## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JKL

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
_____

Defendants respectfully request that this Court extend the date by which they must submit a statement identifying the witnesses they propose to testify at the July 28–29, 2005 hearing.

1.    In its June 14, 2005 Order, this Court ordered the parties to "submit a statement identifying each witness they propose to testify at the Daubert hearing . . . no later than June 24, 2005." (*Id.* at 3.) Defendants are still in the process of attempting to contact their witnesses to determine which, if any, witnesses they will call at the July 28-29 hearing, and the availability of those witnesses. Defendants therefore request that the date by which they must submit a statement identifying proposed witnesses for the July 28–29 hearing be extended from June 24, 2005 to June 29, 2005.

2.    Pursuant to Local Rule 7.1, the parties conferred on June 23 regarding the relief requested by this motion. Plaintiffs' counsel Peter Nordberg indicated to defendants' counsel

Mark Nomellini by telephone that plaintiffs do not oppose the relief requested by this motion, and that plaintiffs will submit their own statement on June 24.

Dated:  June 23, 2005                                    Respectfully submitted,


                                                   s/Christopher Lane
Christopher Lane
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| pnordberg@bm.net | Peter B. Nordberg, Esq.<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103-6365 |
| blumg@s-d.com | Gary B. Blum, Esq.<br>SILVER & DEBOSKEY<br>The Smith Mansion<br>1801 York Street<br>Denver, Colorado 80206 |

                                        s/Patrici Eckman