IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-K-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

### PLAINTIFFS' STATEMENT REGARDING EXPERT TESTIMONY TO BE PRESENTED AT THE DAUBERT HEARING

---

The Court's Order of June 14, 2005, directed the parties to submit a list of expert witnesses each party intends to call to testify at the upcoming *Daubert* hearing. Plaintiffs do not currently intend to call live witnesses at the *Daubert* hearing. However, if Defendants' disclosure indicates that rebuttal testimony will be necessary, Plaintiffs will promptly supplement this statement.

Pursuant to the Court's directives, Peter Nordberg, one of Plaintiffs' counsel, consulted with Mark Nomellini, one of Defendants' counsel, regarding Defendants' list of intended witnesses. Mr. Nomellini stated that Defendants will seek an extension for the submission of their statement.

                                                  Respectfully submitted,

Dated: June 23, 2005

                                                  _____
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs
And the Class