IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-K-181**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion for Extension (doc. # 1381) filed June 23, 2005, is **GRANTED.** Defendants may submit their statement identifying their proposed witnesses for the July 28-29 Daubert hearing no later than **noon** (MST) on June 29, 2005.

Dated: June 23, 2005