IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

Defendants.

---

**UNOPPOSED MOTION TO WITHDRAW APPEARANCE OF JOHN D. ALDOCK,
HEATHER H. ANDERSON, PATRICK M. HANLON, MICHAEL K. ISENMAN,
VALERIE E. ROSS, AND JOSEPH F. YENOUSKAS**

---

John D. Aldock, Heather H. Anderson, Patrick M. Hanlon, Michael K. Isenman,, Valerie E.

Ross, and Joseph F. Yenouskas, all of the Washington, D.C., office of the law firm of Goodwin

Procter, respectfully request to withdraw their appearances in this matter pursuant to

D.C.COLO.LCiv.R 83.3D.

1.       D.C.COLO.LCivR 7.1A Certification:  On June 21, 2005, Joseph J. Bronesky, one of

Defendants' counsel, exchanged e-mails with Gary B. Blum, co-counsel for Plaintiffs, regarding this

Motion.  Mr. Blum stated that Plaintiffs do not oppose this Motion.

2.       Messrs. Aldock, Hanlon, Isenman, and Yenouskas, and Mmes. Anderson and Ross

formerly entered their appearances at various times on behalf of Defendant Rockwell International

Corporation.   Over the past several years, various attorneys from Kirkland & Ellis LLP and Sherman

& Howard LLC have assumed the representation of Rockwell International Corporation. Accordingly, Messrs. Aldock, Hanlon, Isenman, and Yenouskas, and Mmes. Anderson and Ross are no longer playing any role in this action.

3.     By a copy of this Unopposed Motion to Withdraw Appearance, Rockwell International Corporation is advised that Rockwell International Corporation is responsible for complying with all court orders and time limitations established by any applicable rules.  Rockwell International Corporation cannot appear without counsel admitted to practice before the U.S. District Court for the District of Colorado.  Absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against Rockwell International Corporation.

Dated this 28th day of June 2005.

s/John D. Aldock
John D. Aldock
Goodwin Procter, LLP-DC
1800 Massachusetts  Avenue, N.W.
Suite 800
Washington, D.C.  20036
202-346-4000

s/Heather H. Anderson
Heather H. Anderson
Goodwin Procter LLP-DC
1800 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C.  20036
202-346-4000

s/Patrick M. Hanlon
Patrick M. Hanlon
Goodwin Procter, LLP-DC
1800 Massachusetts  Avenue, N.W.
Suite 800
Washington, D.C.  20036
202-346-4000

s/Michael K. Isenman
Michael K. Isenman
Goodwin Procter LLP-DC
1800 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C.  20036
202-346-4000

s/Valerie E. Ross
Valerie E. Ross
Goodwin Procter LLP-DC
1800 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C.  20036
202-346-4000

s/Joseph F. Yenouskas
Joseph F. Yenouskas
Goodwin Procter LLP-DC
1800 Massachusetts Avenue, N.W.
Suite 800
Washington, D.C.  20036
202-346-4000

Respectfully submitted,

s/Joseph J. Bronesky
Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

blumg@s-d.com        Gary B. Blum, Esq.
                     Silver & DeBoskey
                     The Smith Mansion
                     1801 York Street
                     Denver, Colorado  80206

and I hereby certify that I have mailed or served the foregoing to the following participants by U.S. mail or e-mail as indicated:

pnordberg@bm.net        Peter Nordberg, Esq. (via e-mail)
Berger & Montague, P.C.
1622 Locust Street
Philadelphia PA 19103-6365

John D. Aldock (via mail)                Heather H. Anderson (via mail)
Goodwin Procter, LLP-DC                  Goodwin Procter LLP-DC
1800 Massachusetts  Avenue, N.W.         1800 Massachusetts Avenue, N.W.
Suite 800                                Suite 800
Washington, D.C.  20036                  Washington, D.C.  20036

Patrick M. Hanlon (via mail)             Michael K. Isenman (via mail)
Goodwin Procter, LLP-DC                  Goodwin Procter LLP-DC
1800 Massachusetts  Avenue, N.W.         1800 Massachusetts Avenue, N.W.
Suite 800                                Suite 800
Washington, D.C.  20036                  Washington, D.C.  20036

Valerie E. Ross (via mail)               Joseph F. Yenouskas (via mail)
Goodwin Procter LLP-DC                   Goodwin Procter, LLP-DC
1800 Massachusetts Avenue, N.W.          1800 Massachusetts Avenue, N.W.
Suite 800                                Suite 800
Washington, D.C.  20036                  Washington, D.C.  20036

s/Patricia Eckman