IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' STATEMENT IDENTIFYING THEIR PROPOSED
WITNESS FOR THE *DAUBERT* HEARING**
_____

Pursuant to this Court's June 14, 2005 Order, defendants hereby identify the witness they propose to call to testify at the *Daubert* hearing presently set for July 28–29, 2005.[1]  Defendants propose to call Dr. Ralph D'Arge, an economist, to testify concerning plaintiffs' damages experts' proffered opinions, the reliability and fit of their methodologies, and related *Daubert* issues.  Dr. D'Arge is available to testify on July 28, but is not available on July 29.

    1.    <u>D.C.COLO.LCivR 7.1A Certification</u>: Defendants' counsel, Mark Nomellini, discussed this submission with plaintiffs' counsel, Peter Nordberg, on the morning of June 29, 2005.

---

[1] In its Order of June 14, 2005, the Court indicated that the *Daubert* hearing may be continued into the following week.

Dated:  June 29, 2005

Respectfully submitted,

s/Christopher Lane
Christopher Lane
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Merrill Davidoff, Esq.
  Peter Nordberg, Esq.
  Berger & Montague, P.C.
  1622 Locust Street
  Philadelphia PA 19103-6365

  Gary B. Blum, Esq.
  Silver & DeBoskey
  The Smith Mansion
  1801 York Street
  Denver, Colorado  80206

            s/Patricia Eckman