IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed MOTION to Withdraw as Attorney Appearance of John D. Aldock, Heather H. Anderson, Patrick M. Hanlon, Michael K. Isenman, Valerie E. Ross, and Joseph F. Yenouskas, filed June 29, 2005, is **GRANTED.** John D. Aldock, Heather H. Anderson, Patrick M. Hanlon, Michael K. Isenman, Valerie E. Ross, and Joseph F. Yenouskas are permitted to withdraw as counsel of record for Defendants Dow Chemical Company, Rockwell International Corporation.

Dated: June 29, 2005