# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Date:  June 30, 2005                           Reporter: Darlene Martinez
                                               Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill G. Davidoff |
| | Gary Blum |
| Plaintiffs, | Holly Shook |
| | Peter Nordberg |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | Douglas Kurtenbach |
| and THE DOW CHEMICAL COMPANY, | David Bernick |
| | Mark Nomellini |
| Defendants. | Joseph Bronesky |

_____

## COURTROOM MINUTES
_____

**Status Conference**

**2:00 p.m.     Court in session.**

Preliminary comments.

Court confirms the following schedulue:

> *Daubert* motions and all other motions in limine have been filed. Responses are due July 6, 2005, replies are due July 21, 2005.
>
> Hearing on the *Daubert* motions and other motions in limine is set for July 28 and 29, 2005.
>
> Objections to exhibits are due August 15, 2005.
>
> The proposed stipulated pretrial order shall be submitted by August 15, 2005.
>
> Hearing on objections to exhibits, if any, will be included in the status conference on August 22, 2005.

> By September 2, 2005, the following shall be submitted:  proposed jury questionnaire, pretrial order amendments, court copies of exhibits, designated deposition testimony, and final witness lists.
>
> The final trial preparation conference is scheduled for September 13, 2005.

Discussion regarding trial date.

Court states that the case will proceed to trial on October 3, 2005.

Court instructs counsel to set forth in the response or reply brief whether oral argument is necessary on the motion and, if so, why.

Court instructs counsel to meet and confer regarding the pending motions.  Before filing other motions, counsel shall meet and confer.

**ORDERED:  By Wednesday, plaintiffs shall notify the Court whether they intend to offer a rebuttal witness at the hearing set July 28 and 29, 2005.**

Discussion regarding the jury questionnaire.  Court instructs counsel that the questionnaire should be as short as possible.

**ORDERED:  Proposed jury questionnaire shall be submitted by September 6, 2005.**

Court states that problems, if any, with the proposed jury questionnaire will be discussed at the final trial preparation conference on September 13, 2005.

Discussion regarding jury selection.

With regard to defendants' affirmative defense of prior market discount, Court instructs counsel to meet and confer, and submit proposed jury instructions on this defense, along with any objections and proposed alternative instructions, if counsel cannot agree.

Court requests that plaintiffs advise whether they wish to try, in connection with the nuisance claim, the generic causation issue.  Court instructs counsel to meet and confer regarding jury instructions.

After conferring, counsel may submit revised nuisance and/or damage instructions in light of the May 17 rulings.

Court instructs counsel to meet regarding the discovery issues.

**3:02 p.m.**     **Court in recess.**

**3:20 p.m.**     **Court in session.**

Discussion regarding CCE date.

Discussion regarding the questions from counsel.

Court instructs counsel to meet and confer regarding the statement of the case.

**4:06 p.m.**     **Court in recess.**

Time in court - 1:48 minutes.  Conference concluded.