FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 JUL -5 PM 3: 33

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-K-181

---

MERILYN COOK, et al.,

　Plaintiffs,

　　v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

　Defendants.

---

## JOINT MOTION BY PLAINTIFFS AND DEFENDANTS FOR EXTENSION OF TIME

Having met and conferred pursuant to Local Rule 7.1(A), plaintiffs and defendants jointly move for the following short extensions of time to file responsive briefs relating to the parties' pending motions in limine and to exclude expert testimony, which responses would otherwise fall due July 6, 2005.

The parties jointly request an extension of time to Friday, July 8, 2005, to respond to the pending motions in limine.

The parties jointly request an extension of time to Monday, July 11, 2005, to respond to the pending motions to exclude expert testimony.

The parties have been working diligently on their responses. The additional time is necessary to address the numerous legal and factual issues raised in the various motions.

Dated: July 5, 2004.

>Respectfully submitted,
>
>*Holly B. Shook* (signature)
>
>Merrill G. Davidoff
>Peter Nordberg
>BERGER & MONTAGUE, P.C.
>1622 Locust Street
>Philadelphia, PA 19103
>(215) 875-3000
>
>Gary B. Blum
>Steven W. Kelly
>Holly B. Shook
>SILVER & DEBOSKEY, P.C.
>1801 York Street
>Denver, CO 80206
>(303) 399-3000
>
>Attorneys for Plaintiffs
>
>
>David M. Bernick, P.C.
>Douglas J. Kurtenbach
>KIRKLAND & ELLIS, LLP
>200 E. Randolph Drive
>Chicago, IL 60601
>(312) 861-2000
>
>Joseph J. Bronesky
>SHERMAN & HOWARD LLC
>633 Seventeenth Street, Suite 3000
>Denver, CO 80202
>(303) 297-2900
>
>Attorneys for Defendants