IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion by Plaintiffs and Defendants for Extension of Time, (doc. #1389), filed July 5, 2005, is **GRANTED**. The parties have until July 8, 2005 to respond to the pending motions in *limine* and until July 11, 2005 to respond to the pending motions to exclude expert testimony.

Dated: July 6, 2005