OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
BETTER ADDRESS
90-K-181
MINUTE ORDER

RETURN TO SENDER

Stanley B. Siegel

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 06 2015

GREGORY C. LANGHAM
CLERK