# EXHIBIT 3

**ROCKY FLATS NUCLEAR WEAPONS PLANT**
**PROPERTY IMPACT STUDY**
**NOVEMBER 21, 1996**

HUNSPERGER & WESTON, LTD.
5989 S. GREENWOOD PLAZA BLVD., STE. 404
ENGLEWOOD, COLORADO  80112

| 1988 | single-residential | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462 |
|------|--------------------|--------|--------------|---------|-------|--------------|
| 1989 | | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958 |
| 1990 | | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100 |
| 1991 | | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207 |
| 1992 | | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144 |
| 1993 | | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191,390 |
| 1994 | | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954 |
| 1995 | | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340 |

Note also that the previous table does not reflect loss to single-family attached housing or vacant land in the class area. Using 8% average loss to residential property value based on 1995 detached and attached housing prices, we can develop a more current estimate of loss to residential property. The average detached home price in 1995 was $135,614; the average price for attached housing was $94,000. However, those prices already reflect diminution. Therefore, in order to calculate the true loss it is necessary to divide each number by .92, then subtract the respective (actual) average prices. Calculations follow:

|            | Detached   | Attached  |
|------------|------------|-----------|
| Avg. Price | $135,614   | $94,000   |
|            | ÷ .92      | ÷ .92     |
|            | $147,407   | $102,174  |
|            | -135,614   | -94,000   |
|            | $11,793    | $8,174    |

Area-wide loss then is computed as follows:

8,979 detached homes x $11,793 =           $105,889,347
3,040 attached homes x $8,174 =              24,848,960
Total Area Wide Residential Loss =          $130,738,307
                           Rounded:          $131,000,000

To this figure must be added diminution in value to vacant land.

## CONTINGENT AND LIMITING CONDITIONS

This appraisal is subject to the following contingent and limiting conditions:

1.  We have relied upon the University of California - Berkeley to provide an inventory of properties within the class boundary.

2.  Sketches in this report are intended to be visual aids and should not be construed as surveys or engineering reports.

3.  All information in this study has been obtained from sources reasonably and customarily relied upon by real estate experts.

4.  Possession of this report, or a copy thereof, does not imply the right of publication or use for any purpose by any other than that of the addressee without the written consent of the authors.

5.  In compliance with USPAP and other regulatory agencies, we must issue a statement of competence to appraise the subject properties. The firm of Hunsperger ii Weston, Ltd. has appraised numerous properties that are similar to subject and has the expertise to appraise subject properties.

6.  The Highest and Best Use of the properties is considered in aggregate over the class area.

7.  The compensation for this assignment was based on various hourly rates but no way was contingent upon the conclusions. Mr. Clayton's hourly rate for the real estate study is $125 (exclusive of preparation and testimony). Mr. Hunsperger's rate, exclusive of preparation and testimony, is $150 per hour.

## SPECIAL CONTINGENT AND LIMITING CONDITIONS

1.  This appraisal report has been prepared for the exclusive use of the addressee and for the purpose stated herein. It is not transferable without the prior written consent of Hunsperger & Weston, Ltd.

2.  For this analysis, we have relied upon the services of experts in various disciplines. We have performed due diligence to assure ourselves the greatest degree possible of the reliability of the other experts opinions.

3.  The effect measured in this report relates to "stigma" but does not include remediation costs. The term stigma is defined in great detail in a later section of this report. However, in this context it relates to past, present and future risks associated with Rocky Flats, including the likelihood that the class area has been exposed to plutonium.

4.  While we recognize that commercial properties are included in the class definition, they are not easily analyzed by accepted mass appraisal techniques. Nonetheless, it is our experience that commercial properties can be affected by pollution, and if appropriate, those properties may be analyzed on an individual basis at a later date. The value of commercial properties is typically a

## ENVIRONMENTAL CONDITIONS AND THEIR EFFECT ON PROPERTY VALUES

Real estate, for most purchasers, is the single, most important purchase decision they will ever make. Whether it involves the purchase of a home or a non-residential property, there are not many assets that require a larger financial commitment. As such, participants in the real estate market[11] are sensitized to conditions adverse to the free and open operation of the market.

Once the community becomes aware that it has been (or may be) exposed to hazardous substances, property values begin to suffer. As the process unfolds, a certain "stigma" begins to form in the minds of market participants. In the case of Rocky Flats, the stigma issue was exacerbated by the 1989 FBI raid. Since that date, the investigations and subsequent closure of the plant have received considerable coverage by the news media and a number of past, present and future risks have been pointed out. While as of this writing, not all documents have been released by the Department to Energy, we do know, for example: 1) drinking water may have been tainted, 2) soils on-site are highly contaminated, 3) nearby residents have been subjected to releases of hazardous materials, 4) 14½ tons of plutonium remain on site, 5) barrels used to store plutonium and uranium waste have leaked and 6) the community does not know if or when hazardous substances will be removed from the site. (Such an event itself is considered to be risky.) Stigma at and around Rocky Flats is based upon very real risks, as well as perceptions with respect to those risks. It is important to understand that stigma in this context does not relate simply to proximity to Rocky Flats, but more substantively to the very real risks of nuclear materials and actual exposure to hazardous releases. We point out also that our research indicates that many community residents are not knowledgeable about some of these risks and in fact, if they were, we believe the negative reaction would be even greater. A community once "stigmatized" may have an almost impossible burden as it has been branded in the marketplace. Remediation of the toxic conditions is a start, however, the stigma may persist.

The degree to which a community is stigmatized is a function of the underlying facts (assuming they are known and clearly understood), as well as the perception of what those facts really are. Numerous articles and studies have been published over the past several years related to concerns and actions on the part of potential purchasers of environmentally affected real estate. Similarly, there is a growing body of literature concerning the negative responses toward the construction of environmentally

---

[11]    Market participants are defined in The Dictionary of Real Estate Appraisal as follows:
     market participants - Individuals actively engaged in real estate transactions. Primary market participants am those who invest equity in real property or who use real estate, e.g., buyers. sellers. owners, lenders, tenants. Secondary market participants include those who advise primary participants, e.g., advisors, counselors, underwriters, appraisers.

## EG&G Rocky Flats Community Relations Survey

In the fall of 1994, Laura A. Belsten (with the University of Denver) developed a Community Relations Survey to "measure the effectiveness of Rocky Flats stakeholder outreach programs." The survey was commissioned by the EG&G Rocky Flats Community Relations Department. According to Ms. Belsten, she only crafted the questions; the respondents were selected and the survey administered by EG&G. In addition, it was EG&G who determined the size of the sample.

The survey questionnaire was administered to 50 randomly selected members of the general public as well as elected/appointed officials living within a five mile radius of Rocky Flats. In addition, nine environmental interest groups were surveyed. Thus, there were 59 total responses, a very small sample.

Survey results were as follows:

- The response of the general public group was that they were "neutral" about Rocky Flats. Twenty-five percent reported a favorable impression, 27% reported an unfavorable impression, and 48% were neutral. In contrast, 78% of the "environmental" respondents were unfavorable.

- Four percent rated Rocky Flats as a "high" health risk; 30% rated health risk as "moderate"; 30% said the health risk is "low", and 12% said Rocky Flats poses no health risk. Sixty-six percent of the environmentalists rated health risk as moderate to high. Thus, among the total sample, in excess of 67% of respondents rated the plant as having at least some risk.

- When asked about living near Rocky Flats, only 2% reported being greatly concerned, 10% reported being somewhat concerned, and 32% reported being "concerned a little". The majority (54%) reported they were "not concerned at all."

- A majority of the respondents preferred on-site treatment of nuclear waste as opposed to shipping it off-site.

Generally, the findings of this survey are in marked contrast to those of Talmey-Drake, the City of Arvada, and Decision Research. While we have considered these results, they are given little weight in the overall picture. Ms. Beltsen indicated that the survey was not performed in a way that would eliminate all bias. For example, she said that persons who live near Rocky Flats might be inclined to rationalize their decision to live there; since there were no respondents outside the area, there was no basis for comparison. Additionally, she indicated that to eliminate any chance of bias, the survey should have been administered by an independent group, not the plant operator.

A copy of the survey document may be found in the Addenda to this report.

233

HUNSPERGER & WESTON, LTD.



## Arvada/Westminster area

Figure 4.13. Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

**Notes:** $n$ = number of respondents. Due to rounding, figures may not always sum to the total.

JIMROCKY413.CDR: 7-2-96



## Denver Metropolitan area

**Heard of these events?**

No
36.9%
n = 153

Don't know
1.8%
n = 8

n = 416

n = 255

**Did these events effect your evaluation
of property near Rocky Flats?**

No
47.8%
n = 122

Don't know
0.4%
n = 1

n = 255

n = 255

**Was your evaluation
positive or negative?**

Don't know
0.1%
n = 1

Positive
6.0%
n = 8

n = 132

**Did these events effect
the public's evaluation?**

Don't
know
4.3%
n = 11

More
desirable
1.6%
n = 4

n = 255

**Figure 4.14.  Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the
Rocky Flats operations contractor.**

**Notes:** n = number of respondents. Data for the Denver metropolitan area do not include
Arvada/Westminster. Due to rounding, figures may not always sum to the total.

Denver metropolitan area

Heard about events before 1990?

Health risks of very small levels
of contaminants in a residential area





**Figure 4.17. Recollections of past events at Rocky Flats and evaluation of
very small health risks in a residential area.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include
Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY417.CDR: 7-5-96



**Arvada/Westminster sample**

Safe
6.0%
*n* = 11

*N* = 188

Don't know
8.5%
*n* = 16

**Denver metropolitan area sample**

Safe
2.6%
*n* = 11

Don't know
2.7%
*n* = 11

*N* = 416

**Figure 4.15. Perceptions of current safety at Rocky Flats.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIM\ROCKY415.CDR: 7-2-96



Arvada/Westminster area

Heard about events before 1990?

Health risks of very small levels
of contaminants in a residential area

Figure 4.16. Recollections of past events at Rocky Flats and evaluations of
very small health risks in a residential area.

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.

JIMROCKY416.CDR: 7-5-86

**Public Opinion Survey Conclusions**

Two of the four surveys were conducted immediately following the 1989 FBI raid and two were more recent (although the Decision Research survey referenced the raid). With the exception of the EG&G Rocky Flats Community Relations Department, the responses were overwhelmingly negative. We have given the EG&G survey little weight because of the small sample and the way in which it was administered.

The process of developing this information is called survey research and it is not only relied upon by appraisers but is, in effect, a part of the appraisal process. (See Survey Research Seminar published by the Appraisal Institute.) To reiterate, some significant findings were:

- 62% of the Broomfield respondents and 42% of the Arvada respondents felt Rocky flats is a health threat. Approximately six years later, Decision Research found the same results: 64% of Arvada/Westminster respondents and 63% of Denver metro respondents believe Rocky Flats is a health risk.

- 82% of the Broomfield respondents reported concern about radioactivity from nuclear plants.

- Decision Research reports that 61% of Arvada/Westminster respondents and 77.4% of Denver metro respondents believe Rocky flats is unsafe or probably unsafe.

- Decision Research found that 25% of Arvada/Westminster respondents believed the 1989 FBI raid affected nearby home values while 52% of Denver metro respondents felt the same way. Each group overwhelmingly believed the raid influenced other people to view the area as less desirable.

- 67% of Broomfield respondents believed that Rocky Flats affected home values.

- Decision Research found that 70% of Arvada/Westminster respondents believed Rocky Flats affected property values within six miles of the plant; among those, 92% said the effect was negative. 81% of Denver metro respondents believed Rocky flats affected property values; 97% of those said the effect was negative.

- 46% of Denver metro respondents in the Decision Research survey indicated that they would not buy a house within 4-6 miles of Rocky Flats, if they could name their price. Of those willing to purchase with discounts, the required discount ranged from $6,048 to $30,000.

Based upon the findings developed in these opinion surveys, we have reached the following conclusions:

- The findings are consistent with our own findings presented in the previous section of this report. Responses are overwhelmingly negative with respect to Rocky Flats.

- Because survey findings immediately after the FBI raid are consistent with current survey research, it is apparent that the negatives persist. The Decision Research survey was conducted in one of the greatest housing booms in Denver area history, and respondents continue to avoid the Rocky Flats area.

- It is apparent that much of the registered negative perception was a direct result of the June 1989 FBI raid and disclosures in its aftermath. Two of the surveys were commissioned as a result of the raid and the Decision Research survey cited the raid as a frame of reference.

- Concerns about health effects and negative attitudes about Rocky Flats were and remain pervasive so that it is clear that property values have been adversely impacted by these adverse perceptions.

- Based on responses of survey participants, Decision Research quantified the range of impact to be from approximately $6,000 to $9,300 per home. The weighted average throughout the class area is estimated to be $6,825 per home [(75% x $6,000) + (25% x $9,300)]. This $6,825 per home equates to 4.79% in lost value per house.

- We emphasize that Decision Research did not quantify the impact of completely removing 46% of possible purchasers from the market in the class area. Most certainly cutting the market in half affects price. We estimate the true financial impact to be greater than $6,825 per home.

- To quantify the effect of a 46% reduction in demand, we referenced the average discount required by those willing to buy in the area at the 2 to 4 mile range with a discount incentive. The average incentive required was $30,000 and this amount is applied, below, to the 46% who refused to buy. This assumes that the 46% who expressed the most negative views should be valued at least at the level of respondents who were the closest, but less negative, group.

  Thus, based on Decision's Research data, the loss in value for the class area is between $6,825 per home and at least $30,000. The weighted average is calculated below.

  54% x  $6,825  =  $3,686
  46% x $30,000  =  $13,800
  weighted avg. =  $17,486 per home

---

HUNSPERGER & WESTON, LTD.                                                                   251

The survey research leads us to the conclusion that Rocky Flats creates apprehension in the market place to the extent that there is a reduction of approximately $17,486 in value for houses, on average.

Based on the estimated number of residential properties within the class area, the amount of diminution in value is expressed in the following calculation:

**$17,486 x 12,019 residential properties = $210,000,000 (rounded)\***

\* This does not include vacant land.