# EXHIBIT 4

```
1   28071AKW
2   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
3   _____
4   Civil Action No. 90-K-181
5   _____
6   MERILYN COOK, et al.,
7   Plaintiffs,
8   vs.
9   ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
    COMPANY,
10
    Defendants.
11
    _____
12
13                  DEPOSITION OF DEBORAH MILLAGE
14                        June 18, 2004
15  Pursuant to Subpoena taken on behalf of the Defendants at
    7828 Vance Drive, Arvada, Colorado 80003, at 9:28 a.m.,
16  before Kelli J. Wessels, Registered Professional Reporter
    and Notary Public within Colorado.
17
18
19
20
21
22
23
24
25
```

6/18/2004 Millage, Deborah

1  your choice, but you don't have to answer because it is
2  your privilege.
3      Ms. Noteware represents, as she's probably told
4  you, the class of plaintiffs in this case. So anything you
5  discuss with her, if you want it to be, is private. If you
6  don't want it to be, it doesn't have to be. That is your
7  decision.
8      So Ms. Noteware will first object if I ask about
9  that and then you get to decide if you want to answer.
10  A.  Okay.
11  Q.  Obviously, because the court reporter is trying to
12  type everything down we can't both talk at the same time.
13  So even if my questions get a little long and you already
14  know what I'm going to say anyway, you still need to wait
15  until I finish and that way we don't talk over each other,
16  okay?
17  A.  Okay.
18  Q.  Also, because transcripts don't pick up nods or
19  uh-huhs or huh-uhs very well, it is hard to tell what is
20  being said, you have to answer verbally. If you are going
21  to say yes or no you need to say yes or no. If you do say
22  uh-huh or nod, Ms. Noteware and I will probably prompt you
23  to give a verbal answer.
24  A.  Okay.
25  Q.  And last, if you don't understand a question that

5

6/18/2004 Millage, Deborah

1  I'm asking, you tell me. It's for you to decide if you can
2  understand my question. But if you can't, let me know and
3  I will try to rephrase it, is that okay?
4  A.  Yes.
5  Q.  So if you answer a question I can assume that you
6  understood it.
7  A.  Okay.
8  Q.  All right. Do you have an understanding that you
9  are a member of the plaintiff class in this case?
10  A.  Yes.
11  Q.  How did you come to that understanding?
12  A.  I think Ellen called me and told me I was part of
13  -- well, I'm going to have a hard time remembering
14  everything but -- wait a minute, when a company -- I think
15  THK called and said something to me about being a realtor
16  in the area. They asked me first where I lived and then
17  they went back and checked the map and said we can't talk
18  to you.
19  Q.  Right. I was actually on that call as well.
20  A.  Okay.
21  Q.  Do you recall getting any notice about this case
22  in the mail?
23  A.  You mean back in 1989?
24  Q.  Back -- yes, not the subpoena or anything like
25  that, back in the past.

6

6/18/2004 Millage, Deborah

1  A.  About there's going to be like a class action?
2  Q.  Yes.
3  A.  I don't remember, but my husband did.
4  Q.  Okay. How long have you lived in the Denver area,
5  just the greater Denver area?
6  A.  26 years from the time we moved back from
7  California. We lived in California for five years. And
8  prior to that I lived here for three years.
9  Q.  So have you lived -- I'm trying to do the math
10  which is always risky, lived in Colorado since about
11  1978 --
12  A.  Correct.
13  Q.  -- to today? And before that?
14  A.  Five years in California.
15  Q.  And then from about '70 to '73 in Colorado?
16  A.  Correct.
17  Q.  When did you first become a realtor or a broker?
18  A.  A realtor, I was an on-site salesperson and then a
19  realtor. So which do you want, both?
20  Q.  Well, actually, let's do it a little more simply.
21  Do you have a college degree?
22  A.  No, almost.
23      MS. NOTEWARE:  Three years?
24  A.  Once I started doing this I thought, why do I need
25  to go back for another year when I don't need it.

7

6/18/2004 Millage, Deborah

1  Q.  (BY MR. BAKKE)  Spend money or lose money in the
2  interim?
3  A.  Right.
4  Q.  When did you start work post-high school?
5  A.  Post -- well, that would be 1970.
6  Q.  What did you do in 1970?
7  A.  I lived in -- well, you want my whole work history
8  or do you want real estate related?
9  Q.  Did you do any real estate related work from '70
10  to '73?
11  A.  No.
12  Q.  Okay. Let's skip to '78 then.
13  A.  That's when in '78 I went to work for the builder
14  as a signer and then probably started selling in '80 or '81
15  on site for a builder.
16  Q.  What builder were you selling for starting in 1980
17  to 1981?
18  A.  Pine Crest Homes.
19  Q.  Was there an individual who owned Pine Crest
20  Homes?
21  A.  Ron Hauptman.
22  Q.  How long did you do on-site selling for Pine Crest
23  Homes?
24  A.  Until he closed the doors which was -- you know, I
25  know you're going to do a deposition on him so you'll have

8

6/18/2004 Millage, Deborah

1  to ask him. It was either late '89 or the beginning of
2  1990, as I recollect.
3  Q. Was that your full-time job and position from the
4  '80, '81 period to late '89, early '90 period selling for
5  Pine Crest Homes?
6  A. Yes.
7  Q. What responsibilities did you have selling for
8  Pine Crest Homes?
9  A. Writing contracts, taking people through the
10 process till their home was finished. I did a little bit
11 of being a manager and an on-site salesperson at the same
12 time, probably the last two years, before he closed the
13 doors. But other than that I was just basically the
14 on-site person, the main person selling the homes.
15 Q. As a manager in the last two years from, I guess,
16 about '88 through early '90 at Pine Crest Homes, what did
17 you do?
18 A. I just managed his salespeople, because his sales
19 manager that he had before left the company. Really, the
20 market wasn't busy enough to have someone manage the people
21 without being an active on-site salesperson at the same
22 time. So I did both.
23 Q. Were you an on-site salesperson at different sites
24 over that approximately ten-year period working for Pine
25 Crest Homes?

9

6/18/2004 Millage, Deborah

1  most of the contracts. So I would say 80 percent of them
2  at bare minimum.
3  Q. What time period were you selling out in the Lake
4  Crest cottage homes area?
5  A. That was the -- what did I say, '81? Probably '81
6  to '83, '84, I think. I can't remember. I just remember I
7  had my daughter during that time so I was there at that
8  time.
9  Q. About how many units were there in the Lake Crest
10 patio homes development?
11 A. Well, we had patio homes and then we also had the
12 cluster homes. So I started at the cluster and then went
13 to the patio. But it is all in the same neighborhood. So
14 there was -- probably between the cluster and the patio
15 homes I would say there was probably 125.
16 Q. And, again, were you the primary salesperson for
17 all of the units?
18 A. When I was at the cluster homes I was the primary
19 and then there was somebody else at the patio homes. And
20 then I changed to the patio homes and then I was the
21 primary.
22 Q. What was the difference between the cluster homes
23 and the patio homes at the Lake Crest cluster homes and
24 Lake Crest patio homes?
25 A. Cluster homes were less expensive. They were on

11

6/18/2004 Millage, Deborah

1  A. Yes.
2  Q. How many of the sites which you worked in were in
3  the Westminster, northern half of Arvada, or northern
4  Jefferson County area, say, within ten miles of Rocky
5  Flats?
6  A. All of them.
7  Q. Could you take me through those sites as well as
8  you can remember them?
9  A. Um, the first one was at 81st and Kipling. That
10 was called Lake Crest Cottage Homes. After that I went up
11 to right on the south side of Standley Lake which was
12 called the Lake Crest Patio Homes. I sold at Crown Point
13 which was 100th and just west of Wadsworth. Then I sold at
14 86th and Kipling again called Lake Crest Cape. I think
15 that's chronologic. But I was at all of those.
16 Q. About how many units total were there at the Lake
17 Crest cottage home site? I'm just looking for a rough --
18 was it like ten or a hundred or a thousand?
19 A. I'm going to give you a pure guess. At the
20 cottage homes I bet there was 75, that's a guess.
21 Q. What percentage of the homes at Lake Crest would
22 you have personally sold?
23 A. Of those cottage homes?
24 Q. Yes.
25 A. I had a partner at one point in time, but I wrote

10

6/18/2004 Millage, Deborah

1  small lots, kind of little cul-de-sacs. Whereas the patio
2  homes were a little more expensive. They were on zigzag
3  lots. It was just a different concept.
4  Q. You said those were south of Standley Lake. Was
5  there any cross -- was there any street running through
6  there, a large street?
7  A. Miller.
8  Q. Would that be for both the Lake Crest cluster
9  homes and Lake Crest patio homes would be around there?
10 A. Miller and Moore. Moore would be the patio homes
11 and Miller would be the cluster. I don't know how I'm
12 remembering this.
13 Q. You spent a lot of years selling those homes.
14 A. Yeah, I did.
15 Q. What years do you think you were out there selling
16 the Lake Crest cluster homes and Lake Crest patio homes?
17 A. Maybe '83 to '86. You know, I'm guessing.
18 Q. I'm just trying to get general time frames.
19 A. Yeah.
20 Q. We'll ask Mr. Hauptman as well and see if he has a
21 feel for it.
22 A. He'll probably say I remember more, but I don't.
23 Q. What about the Crown Point development at 100th
24 and just west of Wadsworth, about how many units were there
25 there?

12

6/18/2004 Millage, Deborah

1  metropolitan Denver area in terms of the housing market?
2  A. Number one, my husband has been a realtor for 29
3  years so we have lots of dinner conversations. Read the
4  paper, it is all over the paper. There is HUD foreclosures
5  all over the paper. I mean, it's pretty obvious what's
6  going on whether you just focus on the northwest area or
7  not.
8  Q. When did the housing market start to pick back up
9  again in the Denver area?
10 A. I would say probably '93, '94.
11 Q. Now, in the ten years that you were selling for
12 Pine Crest, did you consider Rocky Flats to be an
13 impediment to your ability to sell those homes?
14 A. At times because you had to give a disclosure out
15 and if somebody wasn't educated on Rocky Flats, you know,
16 just because of plutonium and anything like that they would
17 -- yeah.
18 Q. Which time periods were you giving disclosures?
19 A. The whole time I was there. The date you had to.
20 It was federally mandated when you sold the house you had
21 to have them sign a thing saying you have -- live within
22 ten miles of Rocky Flats.
23 Q. That was all the way from 1980 until you stopped
24 working for Pine Crest?
25 A. Correct.

17

6/18/2004 Millage, Deborah

1  Q. And that was true that you were giving disclosures
2  for all of the developments where you were selling for Pine
3  Crest?
4  A. Correct.
5  Q. How many people walked away from deals or were not
6  willing to buy because of Rocky Flats? And by how many I
7  mean percentage wise of people that were coming to talk to
8  you?
9  A. There wasn't a huge percentage. It was usually if
10 somebody came from out of state and didn't understand it.
11 If somebody lived in the surrounding area it didn't bother
12 them because they weren't afraid of it.
13 But if you've got somebody from out of state or
14 maybe from Boulder who is very -- I don't know,
15 environmentally conscious then you might lose a sale
16 because of that. What's the percentage? Maybe -- that's
17 hard -- maybe 3 percent.
18 Q. So obviously you sold hundreds of homes between
19 1980 and 1990 for Pine Crest out in that --
20 MS. NOTEWARE: Object. Finish the question, but I
21 object to the time frame. I don't think she said 1990.
22 MR. BAKKE: Yeah, let me reask the question.
23 Q. (BY MR. BAKKE) Am I correct that you sold
24 hundreds of homes for Pine Crest between the '80, '81
25 period up to the late '89 or early '90 period?

18

6/18/2004 Millage, Deborah

1  A. Correct.
2  Q. And about, a very rough estimate, how many people
3  would you have talked to that were in the market for Pine
4  Crest Homes in that ten year period?
5  MS. NOTEWARE: The best you could do.
6  Q. (BY MR. BAKKE) Yeah, is it a thousand or ten
7  thousand? I'm just trying to get a magnitude.
8  A. Well, if you had based your traffic on maybe 40
9  people a week and you multiply that out by however many
10 years, that's probably what you'll come up with. I mean,
11 that's my best guess that that's what I remember traffic
12 was around. So I would have to have a calculator to figure
13 that out.
14 MS. NOTEWARE: Or we could ask Brett to do it
15 because he likes math.
16 Q. (BY MR. BAKKE) Well, 40 a week for let's say 52
17 weeks a year.
18 A. 52, yeah.
19 Q. It's about 2,300 people a year?
20 A. For ten years.
21 Q. So 20,000 a year, very roughly?
22 A. Right. I would rather have you do it that way
23 instead of me coming up with some number out of the sky.
24 Q. Of those 20,000 people about that you were talking
25 to, how many do you think wouldn't buy a house or

19

6/18/2004 Millage, Deborah

1  specifically tried to get a discount for their house
2  because of proximity to Rocky Flats, a few hundred?
3  MS. NOTEWARE: Can you break that down to didn't
4  buy a house at discount because she hasn't talked about
5  discounts at all.
6  MR. BAKKE: Sure. Actually, good point.
7  Q. (BY MR. BAKKE) Did you ever give a discount in
8  any of your Pine Crest Homes when someone asked for it
9  because of Rocky Flats?
10 A. No.
11 Q. Let's just talk about people who wouldn't buy.
12 A. Yeah. It was kind of like you get people with
13 those high power tension lines, they -- if they don't like
14 them, they won't buy. If they didn't like Rocky Flats,
15 they won't buy. It's not that you can discount them to
16 talk them into it.
17 Q. How often did people of the -- well, are -- strike
18 that.
19 Of the 20,000 people you talked to, how many of
20 them do you think specifically told you the reason they
21 didn't want to buy was because of Rocky Flats?
22 A. I guess probably not more than -- probably 30 to
23 40 people, I mean, that specifically said no.
24 Q. Were there any other reasons that people said they
25 didn't want to buy homes in the various communities that

20

| | |
|---|---|
| 1 A. Correct. | |
| 2 Q. Have you done work for Ron Hauptman's new company |
| 3 while you've been working -- |
| 4 A. Yes. |
| 5 Q. At Metro Brokers? When did you start working with |
| 6 Mr. Hauptman again? |
| 7 A. Probably -- well, what he did was when he closed |
| 8 Pine Crest then he was kind of in limbo. Then he started |
| 9 building a house here on a lot and a house there on a lot. |
| 10 And I would always list them for him because he knew me. |
| 11 So I would do the -- I would list his homes for |
| 12 him besides doing all other resale. And then as he grew he |
| 13 -- once he got to the point where he went into the Overlook |
| 14 III -- he would have little subdivision and I would list |
| 15 them. The market still wasn't -- that was probably like |
| 16 '92. The market wasn't red hot but it was decent, coming |
| 17 back. I would just list the houses and sell them. |
| 18 Once he needed an on-site salesperson to sit on a |
| 19 good subdivision, you know, with several -- then I hired -- |
| 20 started working as his sales manager also hiring his |
| 21 salespeople to sit on site. And I do that to this day |
| 22 along with resale. |
| 23 Q. What percentage of your time is it that is devoted |
| 24 to being a sales manager for Mr. Hauptman's company? |
| 25 A. Right now? |

25

1 Q. Yes.
2 A. It has gotten to be like 75 percent. He keeps me
3 very busy.
4 Q. What is Mr. Hauptman's company called?
5 A. Remington Homes.
6 Q. When did you start working as a sales manager for
7 Remington Homes?
8 A. Asked him when he opened up the Overlook III.
9 He'll have those dates. I'm not 100 percent sure of when
10 that opened up, but that's when we started.
11 Q. Was that while you were still at Moore and
12 Company?
13 A. Or Oak Park. It might have been Oak Park, too.
14 Yeah, I think that was -- might be -- let me think. No, it
15 was when I was here. So it had to be like '94 maybe when
16 he opened up Oak Park which is right at 108th and Oak. We
17 hired a salesperson to sit on site. That was the first one
18 and then Overlook III.
19 Q. In your past about 14 years in resale and as a
20 sales manager, what percentage of the homes that you've
21 sold have you sold in sort of that Westminster, northern
22 Arvada area?
23 A. Probably 80 percent.
24 Q. So -- and how many homes did you sell in a year on
25 average over that 14-year period?

26

1 A. Are you talking about with Remington or just
2 resale?
3 Q. Both. Just total.
4 A. Probably 100.
5 Q. So would you say that on average over the past 14
6 years you sold about 80 homes a year up in that northern
7 Arvada, Westminster, Broomfield area?
8 A. Including Remington, yeah. Yes. Now, they're not
9 all just up there. Remington is now down south, too. But
10 in the beginning it was more concentrated up here. Resale
11 was probably more concentrated up here, but I did Wheat
12 Ridge, Lakewood, downtown. I don't go out southeast.
13 Q. Why don't you sell in the southeast?
14 A. Because I don't know it well enough to feel like
15 I'm doing a service to people. I refer them to other
16 people.
17 Q. So with about 80 homes a year approximately in
18 that area over 14 years, would you say you have sold over a
19 thousand homes in the last 14 years up in that area --
20 A. Probably.
21 Q. -- around Rocky Flats?
22 MS. NOTEWARE: Objection to the form of the
23 question. She answered before you said around Rocky Flats
24 but go ahead.
25 A. Well, what do you consider -- do you consider

27

1 Broomfield?
2 MR. BAKKE: Right, that's what her question -- her
3 objection is. Let me be more specific.
4 MS. NOTEWARE: I threw that in the end after you
5 answered. It just wasn't very clear.
6 MR. BAKKE: It is a reasonable objection and you
7 also now understand that is an issue. Let me do it again.
8 Q. (BY MR. BAKKE) In the area within five, six miles
9 of Rocky Flats, so that's part of Broomfield, most of
10 Westminster and, I guess, about half of Arvada; would you
11 say you've sold over a thousand homes in the past 14 years
12 in that area?
13 MS. NOTEWARE: Within five miles of Rocky Flats?
14 MR. BAKKE: Approximately.
15 MS. NOTEWARE: In all directions?
16 A. Fourteen years, you're talking about from 1990 to
17 2004?
18 Q. (BY MR. BAKKE) Yes.
19 A. Yeah. Yes.
20 Q. In that -- in that we talked about '83 through
21 '90, in '90 to 2004 in selling homes within about five
22 miles of Rocky Flats, has Rocky Flats been a significant
23 impairment to selling homes?
24 A. No.
25 Q. Did you have to make disclosures in any of the

28

6/18/2004 Millage, Deborah

1  homes you sold --
2    A.   No, not after -- no.
3    Q.   Do you remember when -- well, I guess you made
4  disclosures up to about the late '80s?
5    A.   Right. What I recall is when Pine Crest closed
6  their doors we were still doing the disclosures. When he
7  reopened -- on resale you never had to do it. But when he
8  reopened, I don't believe there was the -- I think the
9  federal government quit mandating that. Whenever the
10 federal government quit mandating it. But it never had to
11 be done for resale.
12   Q.   Well, of the approximately thousand homes you've
13 sold up in the Rocky Flats area, how often have people told
14 you that they're not going to buy a home -- any of those
15 homes you were selling because of Rocky Flats?
16   A.   There's only been a couple of times when there's
17 one specific subdivision, this was in the early 1990s,
18 Rocky Flats is a nonissue right now, for the most part I
19 should say, but there's one that's up there -- and I can't
20 remember the name of the subdivision, but it's right up
21 there. It's the closest to Rocky Flats up there beyond
22 Countryside.
23   Q.   Walnut Grove?
24   A.   Yes. That subdivision probably got hurt a little
25 bit more than anywhere else because of the visibility of

29

6/18/2004 Millage, Deborah

1  you being able to see Rocky Flats.
2    Q.   Do you believe to the degree Walnut Grove was
3  affected, it was affected different than the rest of the
4  area up there near Rocky Flats?
5    A.   Yes.
6    Q.   Did you sell homes in Walnut Grove?
7    A.   No.
8    Q.   Why did you not sell in Walnut Grove?
9    A.   Nobody -- well, when I was working with buyers I
10 showed there but nobody ended up wanting to buy those. And
11 I do think the visibility of being able to see Rocky Flats
12 had an effect on it. But I sold a lot of homes to people
13 who worked out on Rocky Flats also.
14   Q.   When you were selling homes to people that worked
15 at Rocky Flats, did some of those workers specifically want
16 to live close to Rocky Flats?
17   A.   You know, they never said that. They were more
18 interested in the home in the subdivision. Of course they
19 didn't want to live southeast and drive. But they didn't
20 say, I want to be within a 5-mile radius of Rocky Flats and
21 some of them were and some of them weren't.
22        But I don't ever remember that specific
23 requirement. It was more what they could buy for their
24 money than it was anything else.
25   Q.   And when you say that for Walnut Grove, Rocky

30

6/18/2004 Millage, Deborah

1  Flats you felt it was an issue because you could see it, do
2  you mean that just physically seeing a big industrial plant
3  is a problem --
4    A.   Well, they know what it is.
5    Q.   -- or it was a problem --
6    A.   Well, its location and proximity was closer to
7  Rocky Flats. And that was probably more of an issue when
8  the real estate market was bad. Because when the real
9  estate market starts turning, people have more choices.
10 Just like right now you can't sell a bad location because
11 there's more choices out there for people to make. So
12 they're going to choose a better location because they have
13 the choice.
14       So to me it's driven by the economy. Builders
15 also went out of that whole area. It was left vacant for a
16 while with vacant lots and some foundations in there. It
17 looked like a ghost town.
18   Q.   When the market was bad, were builders pulling out
19 of other areas as well further away from Rocky Flats?
20   A.   Well, they did -- yeah, I mean in Aurora you had a
21 lot of condos that -- I mean, condos in Aurora got killed
22 probably more than anybody. They were overbuilt.
23   Q.   Do you sell Walnut Grove today?
24   A.   Haven't. Just never had the opportunity to. No,
25 never sold that.

31

6/18/2004 Millage, Deborah

1    Q.   When was the last time someone who was looking at
2  Walnut Grove that you were showing Walnut Grove to
3  mentioned Rocky Flats as a problem?
4    A.   Early 1990s.
5    Q.   Other than Walnut Grove from 1990 to today, are
6  any of the homes you've sold, were there issues where
7  people brought up Rocky Flats of those thousand or so homes
8  up in the area within 5 miles of Rocky Flats?
9    A.   Did they what, I'm sorry?
10   Q.   Did they mention Rocky Flats as a concern or a
11 reason they didn't want to buy a particular home?
12   A.   From 1990 till today?
13   Q.   Yes.
14   A.   Not that I can recall.
15   Q.   When you had been selling in that northwest Denver
16 area of Westminster, Arvada, some of Broomfield, has --
17 have the Leydon Mines ever come up as a problem with any of
18 the homes you were selling?
19   A.   I had a listing not too long ago, probably five
20 years ago, right by the Leydon Mines and that came up a
21 little bit with that listing and the Public Service plant
22 that you can see out there. You could actually view it
23 from the deck of this house. And that had an impact on
24 that, yeah.
25   Q.   In the past 14 years when you've been selling

32

6/18/2004 Millage, Deborah

1 homes in the northwest Denver area, has the Jefferson
2 County Airport traffic ever come up as a concern or as
3 something that made buyers not want a particular home?
4     A.   The only place that I have heard, but I have not
5 experienced myself, that people have had a problem is up at
6 about Old Wadsworth and 108th there's a subdivision up
7 there, Green Knolls, and it's over the flight pattern of
8 the Jefferson County Airport. And there are people that
9 say don't take me up there because I don't want to live
10 over the flight pattern. That's the only subdivision that
11 I really heard that it's affected.
12    Q.   Did any of the people you sold to tell you not to
13 take them up there?
14    A.   I might have had one or two. I did sell a couple
15 up there. And those people it did not bother, but I told
16 them ahead of time that, you know, you are because when you
17 work with a buyer you need to disclose everything.
18    Q.   What about high tension power lines? Has that
19 been a problem for any homes that you've tried to sell in
20 the past 14 years?
21    A.   Yes.
22    Q.   How often has that a been a problem?
23    A.   Well, Remington has had a couple of projects.
24 One, where we didn't have an on-site salesperson and I sold
25 them and that was out at -- off of 58th and Easley. And

33

6/18/2004 Millage, Deborah

1 some of the homes backed up to high power tension lines and
2 some people absolutely would not buy because of it and some
3 people would. And they were pretty close to those. Some
4 people did studies on them.
5      We had to get studies from Public Service to hand
6 out literature to say -- unless you stand directly
7 underneath it, it is not going to be hazardous to your
8 health. And do disclosures so people understand and some
9 people did and some people didn't.
10   Q.   Has being near railroad tracks or high traffic
11 roads been an issue for any of your sales in the past 14
12 years?
13   A.   I would say the majority of people don't want to
14 live right on top of a railroad track. I've never shown
15 houses on a railroad track, because I don't want people to
16 try to list them and try to sell them again when you can't
17 get them sold.
18      The -- in real estate, location is incredible
19 especially when the market slows down. You can't sell a
20 bad location when they've got other choices.
21   Q.   In general, what are the positives of that -- of
22 the northwest Denver area that you bring out that you
23 experience when you're selling out there, you know,
24 northern Arvada, Westminster?
25   A.   Why do people want to be there?

34

6/18/2004 Millage, Deborah

1    Q.   Yes.
2    A.   Close to the mountains, easy access to I-70. You
3 have quite a few ways to get downtown rather than
4 southeast. You've got I 25. You have several different
5 ways to get downtown. People like the western suburbs. It
6 has never been a problem to sell.
7    Q.   Are there any negatives to that northwestern area
8 of northern Arvada, Westminster, Broomfield that you've
9 experienced while selling homes out there?
10   A.   No, I mean it just depends on where their job is.
11 You know, if we can get some of the companies to come back
12 up to the Flatirons area, you know, you are going to sell
13 more.
14   Q.   How's the market doing in the greater Denver area
15 today?
16   A.   The market is -- with resale there's, to me,
17 homes on the market. It's tough. Things are still
18 selling. Things that show well that have a good location
19 still sell. If they're overpriced or not at a good
20 location or not in good condition they don't sell. They'll
21 sit on the market forever.
22   Q.   When did the market start to soften some, the
23 housing market in Denver?
24   A.   Just lately. Probably in March of 2001. It was
25 before September 11th. And that's when we started losing

35

6/18/2004 Millage, Deborah

1 the tech jobs and the cable jobs and all that kind of
2 stuff.
3    Q.   What communities would you say or municipalities
4 are most like western Westminster in terms of the kinds of
5 houses that people buy, the kind of socioeconomic people
6 that are looking?
7    A.   In western Westminster?
8    Q.   Yeah, like western Westminster. Let's take
9 Westminster as a whole. What would you consider if you
10 were trying to -- well, someone said, well, show me
11 something like Westminster; what would you show them?
12   A.   Well, you're right, you should do western
13 Westminster versus -- I mean, there's different sections of
14 Westminster. We've got a lot of older houses that are a
15 lot less expensive. So if you went to western Westminster
16 you would probably show them -- are you talking about
17 southeast or up here?
18   Q.   Just anywhere that you might show houses.
19   A.   If I showed western Westminster I'd probably show
20 Arvada, you could show Lafayette, some of Louisville,
21 though those are a little more expensive just because of
22 their proximity to Boulder. I would say that's what you
23 would show.
24   Q.   What about northern Arvada? If you were showing
25 northern Arvada, what other areas would you show?

36

6/18/2004 Millage, Deborah

```
1     A.   Northern Arvada is probably a little bit more
2  pricey then western Westminster, not much. So you could
3  show the Louisville, Lafayette area. You could show
4  Broomfield for sure. Wheat Ridge is too old. Golden, you
5  could show some of the Golden.
6     Q.   What areas -- what areas that you show are
7  comparable to Lakewood?
8     A.   Wheat Ridge. Big lots, older homes. Now, that's
9  central Lakewood. You go down south Lakewood you've got --
10 that would be more comparable to like Arvada, Westminster,
11 that area because you've got the newer or ten-year old
12 homes in south Lakewood.
13    Q.   Is Lakewood considered in general by the market
14 and the people you sell to to be more or less attractive
15 than Arvada, Westminster?
16    A.   Are you talking about --
17    Q.   For similar homes.
18    A.   Central Lakewood, south Lakewood, just Lakewood as
19 a general?
20    Q.   Is it different for the different parts?
21    A.   Right. I mean, some of Lakewood is not very
22 appealing. It is pretty old. If you go down to the south
23 Lakewood that's more like the Arvada area that's newer. So
24 I would say Lakewood and Arvada are probably pretty
25 similar.
```

37

6/18/2004 Millage, Deborah

```
1     Q.   Okay. Where is your home today? What's the
2  address?
3     A.   6811 Orion Court.
4     Q.   How long have you lived at 6811 Orion Court?
5     A.   Since August of 1999.
6     Q.   Where did you live before the Orion Court home?
7     A.   In Meadowglen on 81st Lane, 8795 I think it was.
8  Is that what I have? Do you guys know? Have you looked me
9  up? I think that was the old address.
10    Q.   When did you live in the Meadowglen Lane home?
11    A.   Um, I think we -- we've lived in four homes in
12 Meadowglen. So we would sell one and buy another one. It
13 is all in the same neighborhood. So since my kids were --
14 since David was like 2 years old and he's 26 so -- and I've
15 lived in this house, what, five years. So 21 minus 2 --
16 about 18 years, I'm going to guess, but in four different
17 homes.
18         My husband is a realtor so we buy one, fix it up,
19 go to the next one, you know.
20    Q.   Other than your homes in Meadowglen and your home
21 on Orion Court, have you owned other homes or apartments?
22    A.   We have rentals.
23         MS. NOTEWARE: And the one she talked about in
24 Meadowglen she said she owned.
25         MR. BAKKE: That's what I said.
```

38

6/18/2004 Millage, Deborah

```
1          MS. NOTEWARE: Okay. I didn't hear. I'm sorry.
2     Q.   (BY MR. BAKKE) How many rentals do you own today?
3     A.   Six, I think.
4     Q.   When did you first -- when did you purchase your
5  first rental home as an investment? What time frame?
6     A.   When I lived in Denver?
7     Q.   Yes.
8     A.   Forget California?
9     Q.   Yes.
10    A.   When we first moved to Denver in 1978. My husband
11 was a realtor then. He always bought rentals.
12    Q.   Have you always maintained some degree of rentals
13 from 1978 to the present time?
14    A.   Yes.
15    Q.   About how many do you usually carry?
16    A.   I would say anywhere from 6 to 12.
17    Q.   The rental homes that you've owned from 1978 to
18 today, how many of them are in the Arvada, Westminster,
19 Broomfield area?
20    A.   The ones we own right now?
21    Q.   Just in general, what percentage?
22    A.   Oh, I would -- because we like them close to home,
23 I would say 90 percent of them are in that area.
24    Q.   Carrying 6 to 12 rental homes for more than 25
25 years, is it fair to say you've had a lot of renters?
```

39

6/18/2004 Millage, Deborah

```
1     A.   Yes. Good ones and bad ones.
2     Q.   Have you had any trouble renting any of your homes
3  because of Rocky Flats?
4     A.   No.
5     Q.   Have any of the renters raised questions about
6  Rocky Flats?
7     A.   No. Not to my knowledge, I should say.
8     Q.   Are you the one who deals with the renters when
9  they are renting?
10    A.   No. That's why -- Darrell does that. I mean, I
11 deal with them sometimes but --
12         MS. NOTEWARE: You don't show the property?
13    A.   No. I don't think that is wise for a woman to be
14 out there doing that.
15    Q.   (BY MR. BAKKE) Your husband does that?
16    A.   Mm-hmm. But I think he would have brought it up
17 if we constantly couldn't have rented one particular
18 property because of that. Now, he may have gotten somebody
19 asking. I have no idea. He's never brought it up to me.
20    Q.   Just in general, have you had any difficulty
21 keeping the numerous rental homes you had rented on a
22 regular basis?
23    A.   Depends upon the economy. Yes, we went through
24 when the economy was bad, the rentals were bad.
25    Q.   How have you done in terms of appreciation on the
```

40

6/18/2004 Millage, Deborah

A. Well, I could probably take us -- David was 2 and he's 26 now so 24 years ago. So what was that, 1980?

Q. Of the approximately 50 homes that you've sold, the four Meadowglen Lane homes and about 45 rentals or so up in that area within about 5, 6 miles of Rocky Flats, have you ever listed the homes for a lower price because of your concerns about proximity to Rocky Flats?

A. No.

Q. Has anyone ever demanded or requested a discount in any of those 50 homes you've sold because of proximity to Rocky Flats?

A. Not to my knowledge, because Darrell takes care of the rentals when we list them. He lists them. But not to my knowledge did he ever tell me that somebody didn't want to buy it because of Rocky Flats.

Q. What about your homes that you've sold, did you --

A. No.

MR. BAKKE: Do you want to take a break?

THE DEPONENT: No, I'm okay.

MS. NOTEWARE: Can we go off the record?

MR. BAKKE: Yes.

(Whereupon, a short recess was taken.)

Q. (BY MR. BAKKE) In any of your sales that you've made for homes since the government stopped requiring

45

6/18/2004 Millage, Deborah

disclosure relating to Rocky Flats in the late '80s time frame, have you ever made any disclosure relating to contamination -- plutonium contamination or proximity to Rocky Flats or anything like that?

A. If people asked me how close they are to Rocky Flats I would tell them. I don't remember specifically. In a seller's property disclosure that we have to -- you know, when I list a house, it will say, you know, is there any environmental issues or conditions, most people put, no, because they don't feel that Rocky Flats has contaminated anything. You know, but you're not on contaminated ground at Rocky Flats either, you know.

There are -- I'm sure there's contaminated ground up there. They don't feel it will affect them though. I guess history will tell.

Q. We talked about your homes in terms of listings, do -- when you're selling homes for people, do they ask your advice in trying to set a price, a list price, for the homes?

A. Oh, of course.

Q. When you're setting a list price for, you know, the thousand home -- strike that.

We talked about a roughly a thousand

A. That includes Remington.

Q. Is that sales and purchase?

46

6/18/2004 Millage, Deborah

A. Yeah, that is sales and purchase so that includes Remington, so --

Q. Have you been the listing agent for selling homes for more than 200 homes over the past 15 years up in the area within about 5 miles of Rocky Flats?

A. I guess because I listed a lot of -- yeah, that's probably true.

Q. Okay. Of the hundreds of homes that you listed out in the Rocky Flats area, have you ever decided to list the homes for lower prices because of proximity to Rocky Flats?

A. Rocky Flats usually is a nonissue unless people can see it or unless they have read something in the paper that's come out that's become -- people usually don't pay any attention to anything. Rocky Flats, E-470 connecting, unless it's in the paper or they've been made aware of it then it becomes an issue.

Q. What about you, when you are giving advice to people about listing homes, have you suggested that they list their homes for a lower price or do you figure some sort of discount into your listing price for Rocky Flats for some of the homes that you've listed?

A. No.

Q. As a realtor/broker working in the Denver area, what kind of resources do you use for information?

47

6/18/2004 Millage, Deborah

A. For?

Q. Data to know what the market is doing, to know how to list homes, things like that.

A. You've got the Multiple Listing Service which is probably your key. You know, you're going to do comparables or if you don't have comparables you're going to do square footage -- price per square foot comparables. That is going to be your biggest resource right there.

Q. Is the MLS data reliable?

A. Oh, yes.

Q. What do you use MLS data for?

A. Well, you get sold comparables to figure out what is selling in that neighborhood for like for like property. If you feel this property is in better condition than most in there you might put it at a little higher price.

MLS data is your best source of what the market is doing. How long it has been on the market. You can get all kinds of information.

Q. Do you use the assessor's data for anything?

A. You use public records of what they've got for square footage. A lot of times the assessor's office is wrong. The assessor's office is low as far as what they think the value is. It is always lower than what it is.

Q. Any other resources you use for determining what the market is doing?

48