# EXHIBIT 5

1  27771ADS

2  IN THE UNITED STATES DISTRICT COURT

   FOR THE DISTRICT OF COLORADO

3

   Civil Action No. 90-K-181

4  _____

5  MERILYN COOK, et al.,

6  Plaintiffs,

7  vs.

8  ROCKWELL INTERNATIONAL CORPORATION,

9  Defendants.

   _____

10

11

            DEPOSITION OF RICHARD N. MOOREHOUSE

12

                 May 21, 2004

13

14  Pursuant to Subpoena taken on behalf of the

    Plaintiffs at 1801 York Street, Denver, Colorado

15  80218, at 8:53 a.m., before Diane K. Scholl,

    Registered Professional Reporter and Notary

16  Public within Colorado.

17

18

19

20

21

22

23

24

25

5/21/2004 Moorehouse, Richard

Q. And could you please spell that out, the last name.

A. M-o-o-r-e-h-o-u-s-e.

Q. What is your current address?

A. 10555 West 73rd Place, Arvada Colorado, 80004 -- 5, I'm sorry.

Q. And what is your current phone number?

A. 303 424-5077.

Q. How long have you lived at your West 73rd address?

A. Approximately 22 years.

Q. Okay. And where did you live before then?

A. I'm trying to think of the address. It was 84 -- boy, must have been -- it was at The Pond, and it was 84-something Independence. I can't think of the other two numbers. I should know it off the top of my head, but I don't.

Q. 84 Independence?

A. It was 84-something Independence Street. I'll think of it.

Q. And what town was that in?

A. Arvada.

5

5/21/2004 Moorehouse, Richard

Q. And how long did you live there?

A. We were there four years.

Q. Okay. So you would have moved into your current home in?

A. 1982.

Q. 1982. And then your former home in 1978?

A. Um-hum.

THE REPORTER: Is that yes?

A. Yes.

Q. You'll get used to this. Where did you live before that?

A. Oh, my God. Where did I live before Independence? 8121 Ammons Way.

Q. How do you spell that?

A. A-m-m-o-n-s. Also in Arvada.

Q. Okay. And how long did you live there?

A. Just a little over two years.

Q. Okay. And before then?

A. I'm not sure I even know.

Q. Really?

A. Let me think about it. We've moved a lot at that point. Before --

Q. Perhaps you could give me the name

6

5/21/2004 Moorehouse, Richard

of the city.

A. Before I moved into Independence, we lived in Lakewood for three months. Then I moved to  before that, we were in  let's see. Two months. Then two months to -- try 48 -- 4720 Everett Way.

Q. How do you spell that?

A. E-v-e-r-e-t-t.

Q. Also in Arvada?

A. Wheat Ridge.

Q. And how long were you at that address?

A. About four years or so.

Q. And was there a period between your Everett Way home and your Ammons Way home where you were changing addresses frequently?

A. Yes. I lived in Lakewood for three months while that was being built, and I lived in Westminster for about two or three months while the one on Independence was being built.

Q. Okay. So during what time period were you living at Everett Way?

A. Everett Way to 1972, I believe.

Q. So around '72 to '76?

A. Approximately.  I was unaware that I

7

5/21/2004 Moorehouse, Richard

would have to have all these dates, or I would have looked them up for you.

Q. Don't worry about it. We all forget, especially that far back. Have you lived in the metro Denver area all your life?

A. No.

Q. Where did you -- where were you born?

A. I was born in Oak Park, Illinois.

Q. Okay. And when did you move to the area?

A. 1970.

Q. Do you own any other property besides your house--

A. Yes.

Q. -- in the metro Denver area?

A. Yes, I do.

Q. And where's that?

A. 6324 Urban Court, 6034 Oak Street, 10756 West 68th Place, and 6324 Brooks Drive. That first one is 6023, I'm sorry, Urban Street.

Q. Okay.

A. Those are the ones I own in the metro area.

Q. Do you own any properties outside of

8

5/21/2004 Moorehouse, Richard

1    the metro area?
2        A.    Yes, I do.
3        Q.    Could you please list those.
4        A.    1027 Sutton Way, Estes Park.
5        Q.    Estes Park?
6        A.    Um-hum.
7        Q.    Is that in Colorado?
8        A.    Excuse me?  Estes Park?
9        Q.    Yes.
10       A.    Well, yeah.
11       Q.    Okay.  You have to forgive me.  I'm
12   from out of state --
13       A.    Oh, okay.
14       Q.    -- so these names are a little
15   unfamiliar to me.  Any others?
16       A.    No, not presently.
17       Q.    Okay.  And all the other addresses
18   are in?
19       A.    Arvada.
20       A.    Arvada.  What types of properties
21   are these?
22       A.    Single-family residential.
23       Q.    Are you renting them out?
24       A.    Yes, I am.
25       Q.    How long have you invested in rental

9

5/21/2004 Moorehouse, Richard

1    properties?
2        A.    Since approximately 1971.
3        Q.    Okay.  I know this is a lot of
4    information, but please bear with me.  Were
5    there any other investment properties that you
6    owned at any other time?
7        A.    Oh, yes.  And don't even bother
8    asking me the addresses, because there are too
9    many of them to even -- without going back to my
10   records and looking them up, from memory.
11       Q.    About how many properties would you
12   say you've owned over the years?
13       A.    Probably about 15, give or take a
14   little.
15       Q.    Okay.  And about how many of those
16   have been in the Denver metro area?
17       A.    All of them.
18       Q.    Do you have any experience as a real
19   estate developer?
20       A.    No.
21       Q.    Where do you currently work?
22       A.    I work for Moorehouse & Company,
23   which is a Metro Broker.
24       Q.    So are you the owner of Moorehouse &
25   Company?

10

5/21/2004 Moorehouse, Richard

1        A.    Yes, I am.
2        Q.    Do you have any employees there, or
3    associated brokers?
4        A.    I have two other agents that work
5    with me.
6        Q.    What are their names?
7        A.    Kathryn Uken.
8        Q.    Could you please spell that.
9        A.    U-k-e-n.
10       Q.    And Kathryn with a C or a K?
11       A.    K.
12       Q.    Okay.
13       A.    I knew you were going to ask me
14   these questions.  I'd say the other gal for six
15   months and ready to fire her.  I'm sorry.  I'm
16   drawing a blank.  I can look that up.
17       Q.    And now I'm a little -- I'm just
18   learning about how the real estate industry
19   works.  Are these two people who work at
20   Moorehouse & Company, are they considered your
21   employees or are they considered something else?
22       A.    Independent contractors.
23       Q.    If you remember later, we can come
24   back to it.
25       A.    Stephanie is her first name, and

11

5/21/2004 Moorehouse, Richard

1    she's got like a double, triple last name, and I
2    can't remember right now.  I will in a while.
3    Well --
4        Q.    Does your company have a website?
5        A.    No.
6        Q.    Before you founded Moorehouse &
7    Company --
8        A.    Yes.
9        Q.    -- where did you work?
10       A.    Perry & Butler.
11       Q.    I'm sorry.  Could you please say
12   that again.
13       A.    Perry & Butler.
14       Q.    Perry & Butler.  And during what
15   time period did you work there?
16       A.    I was there approximately 21 years.
17       Q.    Could you give me dates?
18       A.    Exact dates?
19       Q.    The best that you can do.
20       A.    I'd have to go back to that and
21   figure it out.  I don't know, off the top of my
22   head, exact dates.
23       Q.    How about years?
24       A.    I said approximately 21 years.
25       Q.    Right, but from which year to which

12

5/21/2004 Moorehouse, Richard

```
1      A.   I was a salesperson for the first
2   two years, which was required by law before you
3   take the broker's license.
4      Q.   And that's considered an agent?  Is
5   that considered --
6      A.   I don't know --
7      Q.   -- in common terminology to be --
8      A.   I don't know what you're asking.
9      Q.   I'm asking, if I were an ordinary
10  person going to buy or sell my house, I would
11  walk into a real estate company and ask to see a
12  real estate agent, correct?
13     A.   I don't know if you would do that.
14     Q.   Well, what would you do if you were
15  going to buy or sell your house?
16     A.   That's not --
17     Q.   Who would you ask for help?
18     A.   I wouldn't.  I'm a real estate
19  broker.
20     Q.   What would the ordinary person off
21  the street do?
22     A.   I can't tell you what the ordinary
23  person off the street would do.  I'm not an
24  ordinary person off the street.
25     Q.   So you don't understand the common
```

17

5/21/2004 Moorehouse, Richard

```
1   terminology, when people refer to a real estate
2   agent, what they mean?
3      A.   Real estate agent does not indicate
4   salesman or broker.
5      Q.   What does it indicate?  What could
6   it indicate?
7      A.   What it says, a licensed individual
8   by the State of Colorado.
9      Q.   So you were licensed as a real
10  estate salesperson for two years before you were
11  licensed as a broker?
12     A.   That was the law at that time.
13     Q.   So the proper terminology would be
14  salesperson, then?
15     A.   (Nodded head.)
16     Q.   Okay.  Just as long as I have that
17  straight.
18     A.   That is correct.
19     Q.   Now, where was the -- are you
20  licensed by any state or local real estate
21  boards?
22     A.   The answer to your question is no.
23     Q.   Who are you licensed by?
24     A.   In the real estate boards?  I'm
25  licensed by the State of Colorado.  I think we
```

18

5/21/2004 Moorehouse, Richard

```
1   answered that question before.
2      Q.   And how long have you been licensed
3   by the state of Colorado?
4      A.   Since the date I gave you earlier.
5      Q.   1972?
6      A.   1970.
7      Q.   Okay.
8      A.   August 1st.
9      Q.   Have you ever been licensed or
10  certified by any other real estate boards
11  besides the State of Colorado?
12     A.   State of Colorado's not a real
13  estate board.
14     Q.   What is it?  I'm --
15     A.   It's a licensing agency.
16     Q.   Have you ever been licensed by any
17  other licensing agencies?
18     A.   It's a commission, real estate --
19  real estate commission.
20     Q.   Okay.  Well, I'm not -- I have never
21  worked in the real estate industry --
22     A.   I understand.
23     Q.   -- so you'll have to forgive me that
24  I don't understand some of the particular
25  terminology.  Have you ever been licensed by any
```

19

5/21/2004 Moorehouse, Richard

```
1   other real estate --
2      A.   No.
3      Q.   -- licensing agencies?
4      A.   No.
5      Q.   Okay.  So just Colorado.  Have you
6   ever had any disciplinary action instituted
7   against you before the Colorado state licensing
8   agency?
9      A.   No.
10     Q.   Have you ever had any complaints
11  filed against you?
12     A.   Yes.
13     Q.   When was that?
14     A.   I'm trying to think.  It would be
15  somewhere probably between -- about 1971.
16     Q.   Okay.  And that was the only one?
17     A.   That's correct.
18     Q.   What did you do to prepare for
19  today's deposition?
20     A.   Nothing.  I didn't know I had to.
21  I wasn't told I had to prepare and give dates,
22  et cetera.
23     Q.   Well, did you speak with defense
24  counsel --
25     A.   Yeah.
```

20

5/21/2004 Moorehouse, Richard

1  Q.   Well, let's break it up into late
2  1990s and early 1990s.
3  A.   And your question is?
4  Q.   What was the average sale price of
5  homes that you were dealing with through that
6  time period?
7  A.   In the late 1990s, we were probably
8  dealing in the range that probably was very
9  similar to what I'm talking to you about.  I --
10  Q.   Okay.
11  A.   We haven't had a huge change in
12  value.  Could have been slightly lower, because
13  inflation has gone up a little.
14  Q.   And in the mid-1990s, what was the
15  average sales price of homes you were dealing
16  with?
17  A.   It probably dropped somewhat from
18  the -- before.  The houses stayed the same, but
19  the price range dropped probably -- we're
20  talking dropped down to maybe 200 to 250 range
21  at that point.
22  Q.   And in the early 1990s?
23  A.   Again, it would have dropped
24  probably just a little bit more than that,
25  because house prices were less at that point.

37

5/21/2004 Moorehouse, Richard

1  Q.   So, to put a dollar amount on it,
2  what would be the price range?
3  A.   175 to 225, strictly a guess.
4  Q.   In the late 1980s, what would you
5  say the average price of homes that you were
6  dealing with was?
7  A.   The average price of homes at that
8  time was considerably less, because we were in a
9  large depression at that point real-estate-wise,
10  and probably they dropped at that point to in
11  the neighborhood of probably 75 to 150 range,
12  100 to 150 range, somewhere in that range.
13  Q.   Now, I think you said earlier that
14  you're looking at -- throughout all these time
15  periods, they were pretty much the same types of
16  homes.  It was just the market factors that
17  caused the prices to change?
18  A.   I think, on average, homes were
19  probably consistent in terms of the types of
20  homes I sold.
21  Q.   How would you describe those types
22  of homes?
23  A.   They range from   anywhere from a
24  small, one-, two-bedroom condo to very, very
25  large, 3-, 4-thousand-square-foot houses.  I

38

5/21/2004 Moorehouse, Richard

1  don't know if there's an average.
2  Q.   Since Moorehouse & Company was
3  founded, about how many housing -- house
4  transactions have you been involved   has your
5  company been involved with per year?
6  A.   Since that time frame?
7  Q.   Either since that time frame or per
8  year, whichever is easiest for you to answer.
9  A.   It varies from year to year, but
10  probably averaged, over the last three years,
11  probably in the neighborhood of about 18, 20 for
12  me.  My agents have sold a little more than
13  that, so it probably averages maybe 25 to 30,
14  including my agents' sales.
15  Q.   Now, I'm going to ask you the same
16  questions again, but throughout the 1990s.  In
17  the late '90s, about -- while you were working
18  with Perry & Butler, about how many housing
19  transactions were you involved in a year, on
20  average?
21  A.   I would say it's stayed fairly
22  consistent.
23  Q.   About how long have they stayed
24  fairly consistent?
25  A.   Since I came into the industry.

39

5/21/2004 Moorehouse, Richard

1  Some years are better than others, obviously.
2  Q.   Right.  Have you ever -- scratch
3  that.  Have you had any special training in
4  order to evaluate property values?
5  A.   Yes.
6  Q.   And what kind of training is that?
7  A.   In college, I took several appraisal
8  courses, and in course of business, do --
9  experience doing appraisals for relocation
10  companies called broker price opinions.
11  Q.   Now, do you offer -- I'm sorry.
12  Were you going to say something?
13  A.   Nothing.  I didn't say anything.
14  Q.   Do you offer broker price opinions
15  in connection with houses that you -- you, as an
16  agent or broker, are involved in the purchasing
17  or selling?  Excuse me.  I should rephrase that.
18  Do you offer broker price opinions in connection
19  with real estate -- real estate transactions
20  that you are engaged in as a broker?
21  A.   In the terms of the relocation
22  company broker price opinion, no.  Do real
23  estate agents give an opinion of what we think
24  the value of a property is to put it on the
25  market?  Yes.

40

5/21/2004 Moorehouse, Richard

1    probably have that in your records.  I'm sure
2    you have exactly when it started and exactly
3    when it went away.
4         Q.   By 1989, was that disclosure still
5    required --
6         A.   To the best --
7         Q.   -- do you recall?
8         A.   -- of my knowledge, it was at that
9    point, yes.
10        Q.   Other than when you presented
11   clients with this disclosure form, did you have
12   any discussions with your clients about Rocky
13   Flats during that --
14        A.   I'm not sure I understand what
15   you're asking.
16        Q.   During the 1989 to '95 time
17   period --
18        A.   Yes.
19        Q.   -- did any of your clients ask you
20   about Rocky Flats?
21        A.   Yes.
22        Q.   Do you recall any of those
23   conversations?
24        A.   Word for word, no.
25        Q.   Do you recall the substance of the

5/21/2004 Moorehouse, Richard

1    conversations?
2         A.   Substance of the conversation would
3    basically be "What do they do out there," if
4    they didn't already know.  "How do you
5    personally feel about it," they would ask me.
6    Questions like that.  Anybody who had objections
7    to living in the area would say, "No, I don't
8    feel comfortable here.  Let's go look at another
9    area."
10        Q.   Do you recall anybody telling you
11   that they didn't feel comfortable in that area,
12   and there's --
13        A.   I feel that, and I believe, if I
14   remember correctly, I had approximately two out-
15   of-state transfer buyers in that time frame that
16   decided they didn't want to live near Rocky
17   Flats, so we sold them houses outside that area.
18        Q.   Do you recall the names of those
19   buyers?
20        A.   No, I don't, off the top of my head.
21        Q.   Do you recall what years they were
22   looking?
23        A.   I would have to look up the     I
24   don't even know if I have the statistics
25   anymore.  At the time, I didn't know I would

5/21/2004 Moorehouse, Richard

1    have to be coming up with that information.
2         Q.   Do you recall any other specific
3    conversations?
4         A.   Specific conversations?  No, I don't
5    remember specific conversations with clients.
6         Q.   Do you recall what you would tell
7    people when they asked what Rocky Flats does?
8         A.   To the best of my knowledge, what I
9    told them is they made triggers for bombs.
10   That's what I -- that's what the public was
11   told.  That's what I was aware of.
12        Q.   Did you tell people that they worked
13   with nuclear materials?
14        A.   I understood it was plutonium.
15        Q.   And you told your clients that Rocky
16   Flats was working with plutonium?
17        A.   Probably, yes.  And my opinion
18   always was, "If for any reason that bothers you
19   at all, let's go look in a different area."
20        Q.   When your clients would ask you how
21   you felt about Rocky Flats, what would you tell
22   them?
23        A.   I would tell them, personally, it
24   doesn't bother me.  I've lived my whole life
25   within a few miles of a nuclear facility.

5/21/2004 Moorehouse, Richard

1         Q.   Was there ever a time in your career
2    as a real estate broker in the Westminster,
3    Broomfield, Arvada, Jefferson County area, that
4    you felt that Rocky Flats affected property
5    values?
6         A.   No.
7         Q.   During the 1989 to 1990 time period,
8    do you recall any specific real estate
9    transactions that you were involved in as a
10   broker?
11        A.   Do you want addresses?
12        Q.   If you have them.
13        A.   I would have to look up the
14   addresses.  I remember the houses and the
15   people, but I don't remember the addresses or
16   their names, necessarily.
17        Q.   You don't remember any of the
18   specific names or addresses?
19        A.   I would have to look it up --
20        Q.   Okay.
21        A.   -- because I -- I know, but to give
22   you the actual names and addresses, no, I can't.
23        Q.   What do you mean by you know?
24        A.   I can picture the houses and where
25   they're at --

5/21/2004 Moorehouse, Richard

1    probably, people.
2         Q.   And did you use those forms at any
3    time when you were not being required to do so?
4         A.   No.
5         Q.   You testified -- you mentioned that
6    two out-of-state buyers raised Rocky Flats as an
7    issue when purchasing a home?
8         A.   Um-hum.
9         Q.   Was that at the time when you were
10   using the disclosure forms?
11        A.   I believe it was.
12        Q.   Now, after that time period was over
13   where you -- when you no longer had to use any
14   of the disclosure forms --
15        A.   Yes.
16        Q.   -- did any buyer ever mention Rocky
17   Flats to you as an issue?
18        A.   Not that I can recall.
19        Q.   Did any seller ever mention Rocky
20   Flats to you as an issue after that time?
21        A.   You mean they were selling their
22   house because they lived in the Rocky Flats area
23   and wanted to move out of it?
24        Q.   Right.
25        A.   Is that the question?  No.

101

5/21/2004 Moorehouse, Richard

1         Q.   No, they did not ever mention it?
2         A.   No, they did not, yes.
3         Q.   You testified that you've sometimes
4    helped sellers set the list price, particularly
5    when you serve as a listing agent?
6         A.   That's -- yes.
7         Q.   Have you ever taken Rocky Flats into
8    consideration when setting the list price?
9         A.   No.
10        Q.   You talked about some trends in the
11   real estate market earlier in your testimony.
12   When you were talking about those trends, were
13   you talking specifically about the trend -- the
14   real estate market in northwest Denver?
15        A.   I don't recall what you're asking --
16   what you're talking about.
17        Q.   You testified that there was a slump
18   in the real estate market in the late '00s?
19        A.   Yes.
20        Q.   Is that something that was true of
21   the entire Denver metropolitan area?
22        A.   Yes, it was.
23        Q.   What areas would you consider to be
24   comparable areas to Arvada within the north --
25   within the Denver area?

102

5/21/2004 Moorehouse, Richard

1         A.   Westminster, mostly Broomfield,
2    Littleton are typical examples of areas that are
3    very similar to Arvada as far as types of houses
4    and price ranges and      Lakewood.  Builders who
5    built in those areas built in several different
6    areas at the same time.
7         Q.   What about Aurora?  Is that
8    something you could -- would consider similar to
9    Arvada or Westminster?
10        A.   There are some similarities, but as
11   a whole, it's a little bit different.  I would
12   consider Aurora and Thornton to be more similar
13   to each other than similar to Arvada.
14        Q.   How are they different than Arvada?
15        A.   More mushrooming growth.  Typically,
16   they had at that time lesser expensive homes,
17   not as good a -- not as good of school
18   districts, supposedly, in some people's minds.
19        Q.   You own a house at 10555 West 73rd;
20   is that right?
21        A.   Yes, it is.
22        Q.   When did you purchase that home?
23        A.   March of 1982.
24        Q.   And how has the property value done
25   for that home since your purchase?

103

5/21/2004 Moorehouse, Richard

1         A.   I paid approximately 132,000 for it
2    in 1982.  I'm sorry.  It was 130,000 exactly.
3    And the property value has probably gone up to
4    the neighborhood of approximately 350,000.
5         Q.   Did you invest in any other
6    properties in the 1989 to 1990 time frame?
7         A.   Yes, I did.
8         Q.   Which houses were --
9         A.   House I had --
10        Q.   -- were those?
11        A.   -- on Independence at The Pond, we
12   purchased, I believe, in 1978.  We sold it in
13   1982.  We bought that property, if I remember
14   correctly, for 67,000-some-odd dollars.  We sold
15   that four years later for 147,000.  That was
16   within the area that -- the core area that
17   you're looking at in there.
18        Q.   Were any of the other properties
19   that you invested in over the years in that
20   area?
21        A.   No.  They were outside the area.
22        Q.   You testified earlier that you sold
23   between 18 and 30 houses per year, or you at
24   least had that many transactions --
25        A.   Yes.

104

5/21/2004 Moorehouse, Richard

Q.   -- is that right?  I just wanted to
clarify that that -- you meant that that was per
year; is that right?

A.   Yes, I did, um hum.

Q.   Now, you said that you know some Dow
or Rockwell employees?

A.   Yes, I have had some that have been
customers and some that I know personally.

Q.   Have you had any conversations with
any of these employees about this lawsuit?

A.   No, I have not.

Q.   You mentioned a 15- to 20-year
period where there were a number of news stories
about Rocky Flats.  Did that 15- to 20-year
period begin sometime in the 1970s?

A.   From what I remember, there's always
been publicity since I've lived in the area
about Rocky Flats, yes.

MS. BRENNAN:  Thank you.

MS. MacNAUGHTON-WONG:  Okay.
Nothing further from me.  Off the record.

105

---

5/21/2004 Moorehouse, Richard

1   C E R T I F I C A T I O N
2
3        I, Diane K. Scholl, Registered
4   Professional Reporter, appointed to take the
5   deposition of
6        RICHARD E. MOOREHOUSE,
7   certify that before the deposition the deponent
8   was duly sworn to testify to the truth; that the
9   deposition was taken by me on May 21, 2004; then
10  reduced to typewritten form, by means of
11  computer-aided transcription; that the foregoing
12  is a true transcript of the questions asked,
13  testimony given, and proceedings had.
14       I further certify that I am not
15  related to any party herein or their counsel and
16  have no interest in the result of this matter.
17       IN WITNESS WHEREOF, I have hereunto
18  set my hand on May 28, 2004.
19
20  _____
21       Diane K. Scholl
         Registered Professional Reporter
22
    Proofread by:  S. Barrette
23
24
25

107

---

5/21/2004 Moorehouse, Richard

1        WHEREUPON, the within proceedings
2   were concluded at the approximate hour of
3   11:03 a.m. on May 21, 2004.
4        I do hereby certify that I have read
5   the foregoing deposition and that the same is a
6   true and accurate transcript of my testimony,
7   except for attached amendments, if any.
8
9        _____
         RICHARD E. MOOREHOUSE
10
11  ( ) No changes      ( ) Amendments attached
12
13
14       SUBSCRIBED AND SWORN TO before me
15  this _____ day of _____, 2004.
16
17
18       _____
         NOTARY PUBLIC
19       Address _____
         _____
20       My Commission Expires _____
21
22
23
24
25

106

---

5/21/2004 Moorehouse, Richard

1   ESQUIRE DEPOSITION SERVICES
    Registered Professional Reporters
2   3400 East Bayaud Avenue, Suite 480
    Denver, CO  80209
3   303-316-0330
4   May 28, 2004
5   Stephanie Ann Brennan, Esq.
    Kirkland & Ellis LLP
6   200 East Randolph Drive
    Chicago, IL  60601
7
    Re:  Cook vs. Rockwell
8   Deposition of:  RICHARD E. MOOREHOUSE
    Date of Deposition:  May 21, 2004
9   Date of Trial:  None
10  Enclosed is the original signature page of the
    above deposition.  It was agreed that you would
11  arrange for signature for the above deposition
    by means of your copy transcript and the
12  enclosed original signature page.
    Also enclosed is a form of Amendment for
13  changes, if necessary.  After having the
    signature page and Amendment form signed, please
14  have them notarized and return for filing . . .
15
    X_   to this office within 30 days to comply
16       with the statute
17  Thank you for your attention to this matter.
18  Sincerely,
19  ESQUIRE DEPOSITION SERVICES
20  cc:  Jennifer MacNaughton-Wong, Esq.
21
22
23
24
25

108