# EXHIBIT 8



Public Health Assessment for

ROCKY FLATS ENVIRONMENTAL TECHNOLOGY SITE
U.S. DEPARTMENT OF ENERGY
GOLDEN, COLORADO
EPA FACILITY ID: CO7890010526
MAY 13, 2005

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PUBLIC HEALTH SERVICE**
Agency for Toxic Substances and Disease Registry



Case No. 1:90-cv-00181-JLK   Document 1394-8   filed 07/08/05   USDC Colorado   pg 3 of 4

# I. Summary

This public health assessment evaluates past, present and future exposures to environmental contamination associated with the Rocky Flats Environmental Technology Site (RFETS) located in Jefferson County, Colorado. The site was previously called Rocky Flats Plant. Between 1953 and 1989, contractors to the U.S. Department of Energy (DOE) manufactured components of nuclear weapons at Rocky Flats Plant. The manufacturing processes released various contaminants into the environment, both during routine operations and unplanned events, such as fires. These releases decreased considerably in 1989, when Rocky Flats Plant ceased operating and the site's mission shifted to decontamination and environmental clean-up activities. Local community members have long expressed concern about the public health implications of being exposed to contaminants that previously were released into the environment by Rocky Flats Plant.

The Agency for Toxic Substances and Disease Registry (ATSDR) prepared this public health assessment (PHA) because it is required to perform a PHA at all National Priority List (NPL) sites to determine whether local residents who did not work at Rocky Flats Plant could be harmed from contacting environmental contamination and to make recommendations to protect public health in the future. When preparing this PHA, ATSDR gathered and reviewed a large volume of reports, studies and sampling data generated by numerous parties, including the U.S. Environmental Protection Agency (EPA), the Colorado Department of Public Health and Environment (CDPHE), the U.S. Department of Energy (DOE) and its contractors and local community groups, universities and private researchers. A study that weighed heavily in this evaluation was the dose reconstruction study recently completed by the CDPHE contractor. This study presents the most extensive and thoroughly peer-reviewed account of past exposures to contaminants released from Rocky Flats Plant.

Overall, ATSDR believes the available sampling data, epidemiological studies, exposure investigations and other relevant reports paint a consistent picture of the public health implications of environmental contamination near the Rocky Flats Environmental Technology Site (RFETS). Local residents have previously been exposed to trace amounts of site-related contaminants and some exposures continue today; however, past, current and future exposures are below levels associated with adverse health effects. ATSDR's specific findings for past, present and future exposures are the following:

- *Past exposures when Rocky Flats Plant operated (1952–1989).* Rocky Flats Plant previously released contaminants that entered the local groundwater, surface water, soil and air. Residents previously came into contact with contaminants in multiple environmental media, but inhalation of airborne contaminants was the primary exposure pathway for this site. The air contaminants of greatest concern were plutonium and carbon tetrachloride.

Though Rocky Flats Plant released plutonium to the air throughout its history, the overwhelming majority (>99.9%) of plutonium emissions occurred between 1953 and

1

1969. Exposures to plutonium were well below levels associated with adverse health effects. Residents could have experienced a greater exposure, if they lived immediately east and further southeast of the Rocky Flats Plant between 1953 and 1969 and also worked at the plant.

Between 1953 and 1989, Rocky Flats Plant routinely released large amounts of carbon tetrachloride into the air. These emissions dispersed considerably over the 2 miles that separate the source of the release from the nearest off-site location. A modeling analysis was used to estimate the impact on air quality from past emissions at the Rocky Flats Plant assuming that 100% of the carbon tetrachloride used at the facility evaporated into the air. The estimated air quality impact at off-site locations from Rocky Flats Plant was found to be approximately half the ambient-air concentrations of carbon tetrachloride typically observed in suburban and urban locations throughout the United States today. Thus, past exposures to carbon tetrachloride near Rocky Flats Plant were not considerably different than carbon tetrachloride exposures observed at locations across the country.

Overall, ATSDR finds that past inhalation exposure of nearby residents to plutonium and carbon tetrachloride were below levels associated with health effects. This conclusion is based largely on modeling analyses, which have inherent uncertainties. However, it is reassuring to note that this finding is consistent with that of multiple epidemiology studies that found no clear evidence of cancer incidence being associated with place of residence and several exposure investigations that concluded that residents who live nearest to Rocky Flats Plant do not have unusually high amounts of plutonium in their bodies. Inhalation exposures to all other contaminants and exposures to contaminants in other media were of limited public health significance.

- *Current exposures since Rocky Flats Plant shut down (1989–present).* Though routine operations at Rocky Flats Plant ceased in 1989, contaminants from past releases remain in the local environment and ongoing releases have occurred as a result of site clean-up efforts. CDPHE, DOE and other parties have collected thousands of environmental samples to determine where contamination remains and at what levels. Site access restrictions prevent residents from coming into contact with contamination within RFETS, but trace amounts of site-related contaminants are still found at off-site locations. Though residents can come into contact with these off-site contaminants, residents' exposures are substantially below levels of public health concern.

- *Potential future exposures.* Potential future exposures are expected to decrease as site clean-up efforts continue to remove contaminants from the environment. However, the exact extent of future exposures to site-related contaminants depends upon many factors, such as migration of contamination, effectiveness of site clean-up efforts and changes to current land use patterns. Continued operation of environmental surveillance networks and careful review of any proposal to ease access restrictions at the site will help ensure that residents are not exposed to harmful levels of site-related contaminants in the future.