# EXHIBIT 10



COLORADO DEPARTMENT OF HEALTH

*4210 EAST 11TH AVENUE · DENVER, COLORADO 80220 · PHONE 388-6111*

Anthony Robbins, M.D., M.P.A. Executive Director

November 13, 1978

Ms. Peter Murphy
Jefferson County Planning Department
1700 Arapahoe
Golden, Colorado    80419

Dear Ms. Peter Murphy:

As per your request, enclosed are two documents (HASL-235 & HASL-304)
relating to the plutonium contamination from Rocky Flats and its
distribution. Due to the nature of the sampling, the soil concentrations
relate to the total inventory lost by Rocky Flats since the start
of plant operations until the respective study. Note that the
isoconcentration inventory values that are plotted are in units of
millicuries per square kilometer (mCi/km$^2$).

Also enclosed are two isoconcentration maps prepared by Rocky Flats
from their surveillance reports based on their's and other's sampling
and two different computer models. Note that the units are in micro-
curies per square meter ($\mu$Ci/m$^2$).

The maps prepared by the State, which you already have, are based
solely on the State's soil sampling annual surveillance effort and
technique. The values plotted are in disintegrations per minute per
gram of dry soil (dpm/g). The State's Plutonium-in-Soil Standard is
based on the State's soil sampling and analysis technique. The standard
value below which there is no cause for concern for development based
on soil concentrations is 2 dpm/g, or using 1 gram per cubic centimeter
for a soil density, a surface concentration value of 0.01 $\mu$Ci/m$^2$.

Dr. Johnson's soil sampling results differ from the State's primarily
due to the method used for separation of the aliquot analyzed i.e.
"5 micron" particle size (Johnson) versus 2 millimeter particles
(State). Limited analysis on the soil particles resuspended to
ambient air in the Rocky Flats environs indicate that the resuspension
involves a wide spectrum of particle sizes not just respirable particles.
This complicates any risk evaluation.



1/19/95
EXHIBIT
P-194

CDH119124

Ms. Peter Murphy
November 13, 1978
Page 2


A study comparing the various sampling procedures used by EPA, Rocky
Flats, Dr. Johnson and the State is being conducted by EPA, the results
of which might be available in 6 months, depending on the priorities
of EPA.

Persons involved with establishing environmental health standards
(EPA, NRC, DOE and the States) have serious concerns in trying to
use soil contamination values as standards relating to biological
risk.  This is primarily due to the unknowns involved in the pathway
of exposure analysis from soil to ingestion or inhalation of the
material.  This term may cover several orders of magnitude for a
given situation.  Therefore, both the State and EPA in their efforts
have used the soil concentration as an index below which a significant
health impact on the population at risk is not anticipated.  Everyone
would really like zero but that is impractical in the Jefferson
County situation.

The above items solely relate to the soil concentrations from a situation
that was generated in the past.  The future situations must also be
addressed and I will propose a possible alternative to that later.
Because of the various sources of soil disturbance which occur such
as wind, surface run-off, leaching and percolation, plowing, subdivision
site preparation and other mechanical means, the best map available
for your purposes is one containing an inventory of all that was lost
i.e. the HASL maps.

The State, in identifying it's Area of Concern in November, 1972,
requiring soil plutonium concentration data under S.B. 35 (1972),
considered the HASL-235, the two Rocky Flats and the State's data
in its decision.  Subsequent submissions by subdividers under the S.B.
35 requirements, identified values below the State Standard (effective
May 1, 1973).  Values much lower than those plotted in the above
referenced documents were identified at some locations due to the
area's agricultural use i.e. plowing and replowing since the major
plutonium distribution during the years 1968-1969.  The eastern boundry
of the State's Area of Concern has been relocated at Simms Street
based on soil evaluations existing development of certain areas and
the physical presence of Standley Lake.

CDH119125

Ms. Peter Murphy
November 13, 1978
Page 3

To address the matter of future contaminating incidents, which the
above data does not address, another approach must be taken. The
State in preparing an emergency response plan for the Rocky Flats
Plant, using DOE's maximum credible accident parameters, regardless
of the probabilities involved, and the most probable meteorological
conditions, did identify an area within 4 miles of the center of the
plant which, depending on the situation at the time of such an incident,
might need to be evacuated. An area out to a distance of 10 miles
from the plant center (minus the 4 mile area) might take other
preventive measures at that time to preclude a calculated potential
health impact. These areas were identified solely for planning purposes
and are not absolute as they may increase or decrease based on the
specifics of the situation at the time. The 4 mile area on the east
side of the Plant coincides with the State's present Area of Concern.

Based on the above and the distribution of plutonium from the oil
drum storage area, I would recommend an additional buffer, ideally
consisting of an "unoccupied" green belt used for parks, golf
courses and agriculture uses. This buffer zone would be similar to
the State's current Area of Concern. As there are farmsteads, some
residential and industrial subdivisions in this area, those should be
allowed to remain and emergency response procedures appropriately
adopted for any contingency. No other residential subdivision of
properties should be allowed until the plant (and its contamination)
have been removed or remissioned with regard to plutonium and other
hazardous materials. Industrial subdivisions could be allowed, par-
ticularly to the south, west and north, however, the industries
involved must not handle potentially hazardous and toxic materials.

Lands outside of the buffer zone that have not been platted, or that
have been platted but not yet built upon could be replatted, to require
a low population density i.e. one single family residence per 1 acre
plot. This policy should be effective to a distance of 2 miles from
the buffer zone or 4 miles from the current plant boundry. (Beyond
this point building has generally already occurred in the downwind
direction. The reason for the above is to preclude the emergency
plan procedures being ineffective due to high population densities.
It should be pointed out here that evacuation routes to the north
and south are precluded from Simms Street to Highway 121 due to
the physical presence of the Jefferson County Airport and Standley
Lake.

CDH119126

Ms. Peter Murphy
November 13, 1978
Page 4


I fully realize that your present responsibility is to assess geo-
logical aspects including the plutonium soil situation.  Consideration
should also be given to the uranium, radium and thorium soil levels
in the county also.  I would also request that you and your colleagues
consider my suggestions regarding land use around the Rocky Flats
Plant.

Should the Planning Department, the Planning Commission, or the Board
of County Commissioners need additional information in support of
my suggestions, Dr. Tom Vernon, Acting Executive Director of the
Colorado Department of Health, William Auberle, the Associate Director
of the Department for Environmental Programs and myself will be most
willing to discuss this matter with them and you.  In the meantime,
if I may be of any further assistance, please advise.

                                        Sincerely,

                                        Albert J. Hazle, Director
                                        Radiation and Hazardous
                                            Wastes Control Division

AJH:wsr

cc:  Dr. Tom Vernon
     Rocky Flats Monitoring Committee
     Dr. Carl Johnson
enclosures:  As Stated

CDH119127