# EXHIBIT 12

Supplemental Expert Report

# Plutonium in Soil Near the Rocky Flats Environmental Technology Site

F. Ward Whicker

August 6, 2004

## Introduction

This report was prepared in support of litigation in the case of Cook et. al. versus Rockwell International Corporation and the Dow Chemical Company. At issue in this case is the alleged loss of property values as a result of historic releases of plutonium to the environment from the Rocky Flats Plant, a facility located approximately 25 km northwest of Denver, CO. The Class Area, defined on the basis of published information on plutonium levels in surface soil (Krey and Hardy, 1970), lies mostly, but not entirely to the east of Indiana Street, which now forms the eastern boundary of the Rocky Flats Plant Site. To be a member of the Class, a person must have owned property within the Class Area on June 7, 1989 or earlier. The former mission of the Rocky Flats Plant was to manufacture components for nuclear warheads. Currently, the facility is known as the Rocky Flats Environmental Technology Site (RFETS), and the mission is now decontamination of facilities, cleanup of contaminated sites and environmental restoration. In addition, the buffer zone surrounding the industrial area is now managed by the U.S. Fish and Wildlife Service as a wildlife refuge.

This report is intended to supplement my earlier report submitted for litigation in this case. Most of this report was submitted earlier to the Dow Chemical Company and the Colorado Department of Public Health and Environment in 1994. This report covered studies that I and my colleagues conducted between 1991 and 1994. The 1996 report was updated for the purposes of this case to include additional work through November, 1996. By 2002, most of the information was published in peer-reviewed scientific journals, and the relevant articles have been made available. A significant portion of the 1996 report, and certain subsequent publications in the peer-reviewed literature, dealt with studies on plutonium in soil around Rocky Flats. It is this information and subsequent publications of it that is the starting point for this supplemental report.

In addition to my research experience at Rocky Flats and resulting reports and publications, I relied on other reports and peer-reviewed scientific articles in developing this supplement to my original report submitted for this case (Whicker and Ibrahim, 1996). The reports and publications used in developing this document are listed in the section "References Cited, Examined or Pertinent to this Report".

Health and Environment), and the value is 2 dpm/g, or 2 decays per minute per gram soil (State of Colorado, 1970; 1973). The value 2 dpm/g converts to 0.9 pCi/g and to 33 Bq/kg soil. The relevant soil sampling depth to test for compliance with this standard is 0.25 inch, or 0.64 cm (Personal communication, Rob Terry, July 1, 2004). Using these values and Table 4, the 0.9 pCi/g over the top 0.64 cm converts to a value of 0.38 pCi/g over the top 5 cm (Table 6). The State of Colorado value, considered by its developers as "ultraconservative," was based on relationships between levels in soil and ambient air concentrations, inhalation parameters, metabolic and dosimetry information, and dose to risk conversions (CDH, 1976). This standard was re-examined a few years later and still found to be "ultraconservative" in light of newer information (CDH, 1976). The standard remains in effect (CDPHE, 2001).

It is my opinion that the standards described in this section are conservative and offer more than ample protection of the public from the potential health effects from plutonium in soil. For example, previous research (e.g., Hulse et al., 2000; Eisenbud and Gesell, 1997; Whicker and Schultz, 1982;) on natural radioactivity in soil in the area around Rocky Flats and elsewhere shows that concentrations of naturally-occurring alpha radioactivity from uranium and thorium isotopes and their radioactive decay products, excluding radon isotopes, can easily exceed 1,000 Bq/kg (27 pCi/g). Such levels, geographic variations in those levels, and variations in other sources of natural background radiation are far greater than the most restrictive standard, the Colorado 2 dpm/g (0.38 pCi/g in the top 5 cm of soil) guideline. To my knowledge, health effects from such variations in natural background radiation in the United States have never been shown.

### General Observations Concerning Plutonium Levels in Soils

The vast majority of measured plutonium levels in soil within or near the portions of the Class Area that are not government-owned are well-below the extremely conservative Colorado standard of 2 dpm/g. Out of a total of 490 measurements in areas near the RFETS and not classified as background (See Appendix CD1), there are roughly eleven locations that appear to exceed the standard on what appears to be privately owned land within the Class Area. With possibly one or two exceptions, these locations do not appear to be in residential areas. Rather, they appear to be on land used for grazing of livestock. In most cases, these locations are near government-owned land and are some distance from residential areas. The range of values for these eleven locations is 0.40 to 2.1 pCi/g in the top 5 cm of soil.

These few apparent exceedences are just slightly above the Colorado soil standard and the locations mostly appear to be some distance from residential areas. The Colorado standard is extremely conservative. The values are well under NCRP (1999) standards which are also conservative, but more scientifically current and credible. The values are all much lower than the natural variations in natural alpha radioactivity in soils of the area. For these and other reasons, it is my opinion that these values do not currently pose a measurable health risk to members of the Class Area or to the environment, nor did they when the soil samples were collected.