# EXHIBIT 15

# Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats

Robert Goble, Ph.D

Center for Technology, Environment, and Development
of the George Perkins Marsh Institute
Clark University

November 24, 1996

## 2.0 Medical Monitoring Is an Appropriate and Necessary Response to the Releases of Plutonium and Other Toxic Substances from Rocky Flats

The Rocky Flats Nuclear Weapons Plant was established in 1951 and continued to operate until 1990. Its primary mission was to produce atomic bombs made of fissionable plutonium that served as triggers for hydrogen bombs; numerous other military-related manufacturing activities were conducted there as well. As described below and in detail in reports by other experts, the manner in which these operations were conducted exposed people living in the vicinity of the plant to a variety of radioactive and non radioactive toxic materials. In my judgment these exposures were significant and were sufficient to cause latent diseases among members of the exposed group. In such a situation where injuries are hidden or late appearing and where the full extent of the problem is unknown, medical monitoring is an appropriate and effective measure for mitigating the harm caused by the exposures as concluded by Drs. Radford, Teitelbaum, and Gochfeld. (Gochfeld 1996, Radford 1996) (Teitelbaum 1996). The proposed medical monitoring region is shown as Figure 2.1.[1]

The question is do we know enough about the exposures and the risks associated with them to design and justify a medical monitoring program. Answering this question is only partly my task. Design and justification of medical monitoring is the domain of medical and public health professionals. My challenge is to find the relevant information about exposures and risks and to make it available in useful form to the experts concerned with program design.

Other information will also be important. In particular, epidemiological studies as described by Dr. Clapp and Dr. Wing (Clapp 1996, Wing 1996) provide additional evidence concerning the need for medical monitoring. This source of information differs from and complements information on exposures and risks derived from dose reconstruction. Epidemiology can provide more detailed information about health

---

[1] The medical monitoring region is defined as the area lying within at least one of two contours: i) the Krey and Hardy contour for deposited plutonium at a concentration of 5 $mCi/km^2$ (185 $Bq/m^2$) (Krey 1970), and ii) a contour which corresponds to a concentration of approximately $10^{-7}$ $sec/m^3$ for a unit release of a contaminant using the air dispersion model described in Appendix B of the Environmental Impact Statement (USDOE 1980), Table B-2-5. The ISC dispersion model contours developed by ChemRisk (ChemRisk 1994a), which I use in subsequent calculations, are very similar but give concentrations roughly 20% lower.

4

the first-stage fission bombs used to set off the second-stage fusion reaction in hydrogen bombs (ChemRisk 1992, Cochran 1996b).

Operations and events at the plant were generally kept secret. The plant operators developed no systematic public health assessment for the various releases and their communications with the public were primarily in the form of reassurances (Budnitz 1996a, Budnitz 1996b). In 1984, the site was proposed as a Superfund site, and in 1989 it was included in National Priorities List for cleanup of environmental contamination (ChemRisk 1992).

Change in weapons design in the late 1950s required additional manufacturing facilities and placed a heavier emphasis on plutonium (and less on uranium). The weapons design alteration also led to wider use of beryllium, which until then was used only in limited operations on pre-production scale to prepare for the upcoming change. (ChemRisk 1992).

The significant process changes recorded by ChemRisk and RAC occurred in the 1950s: these were the introduction of machining methods employing lubricants to replace dry methods and changes in the chemical form of the plutonium used and in the nature of the weapons manufactured. (RAC 1994b) (ChemRisk 1992).

Another change, not a major process change but one which affects the emission estimates, was a different choice of solvents in an attempt to reduce the use of known carcinogens such as carbon tetrachloride. This occurred in the 1970s (ChemRisk 1992, RAC 1996c).

Although no final plan for clean-up has yet been settled, some activities have been on-going since spring 1995 (1996). The draft report *Choices for Rocky Flats* describes a variety of possible futures under consideration, and indicates that "the decision-making process is still under development" (ASAP 1996) p. ES-10. It is important to note that there are on-going releases of Rocky Flats radioactive material to the plant vicinity (Moore 1996) (Smallwood 1996), and that all the proposals for remediation involve increased risks to workers and the off-site public during the periods of clean up (ASAP 1996).

Plutonium was released from a waste storage area, now known as the 903 pad, from two fires in 1957 and 1969, and from accompanying routine manufacturing operations. Rocky Flats plutonium continues to be resuspended from previously contaminated areas. ChemRisk provides considerable information about these releases (ChemRisk 1992) and the RAC task 2 review report gives a useful history of the 903 pad releases including

9