# EXHIBIT 16



soil movement typically caused by animal burrowing. Animal burrows are clustered, and in some cases, excavation serves to accumulate sediments of like-kind (see below for further explanation).

This soil bioturbation is one of the most influential forces in terrestrial ecosystems (Grinnell 1923, 1933; Taylor 1935; Thorp 1949; Mielke 1977, Hole 1981; Huntly and Inouye 1988; Litaor *et al.* 1996), and has made obsolete previous depth profiles that may have been made for plutonium and other contaminants in Rocky Flats soils. Webb (1992) and Whicker and Ibrahim (1991, 1992) inadvertently supported this point with their 1989 sampling for plutonium, which they then compared to Little's 1972-74 sampling results. Their comparisons showed major reductions in plutonium concentrations within above-ground vegetation, plant litter and the top 3 cm of soil east of the 903 Pad. According to Whicker *et al.* (1990), 92-98% of the plutonium disappeared from the above-ground plant mass and plant litter on Macroplots 1 and 2. According to Webb (1992), the top 3 cm of soil lost 80% and 99% of the plutonium between 1972-74 and 1989 on Macroplots 1 and 2, respectively. During this time, Zeis and Coonfield (1976) reported 63% per year increases in plutonium concentrations in soils one mile off-site, and 46% per year increases at two miles off-site. Whether the plutonium that was susceptible to wind entrainment occurred within the top 0.3 mm or top 1 mm of soil (Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 15, 1996, pages 19 and 89), the plutonium below this layer was moved from the macroplots. The only reasonable mechanism for moving the level of plutonium from the top 3 cm of soil was bioturbation combined with wind entrainment. Hakonson and Nyhan (1980) found a similar major reduction in plutonium from the upper soil horizon at the Trinity Site after 23 years, and some of this plutonium moved down to depths of at least 30 cm. Hakonson and Johnson (1973) and Essington *et al.* (1977) concluded that the original depth profile of plutonium at the Nevada Test Site and the Trinity Site had been obliterated by animal burrowing.

The hardness, stickiness, and plastic qualities of the RFP surface soils (Dames and Moore, App. B to 70-23000-OR-Vol 2c) impedes percolation (Woodward-Clevenger & Associates, Inc. 1974), thereby entraining the deposited materials at or near the soil surface (Little 1976). With the exception of wind transport, which will be discussed below, most of the nonvolatile chemicals and radionuclides at Rocky Flats would have remained within the top several cm of the soil, unless buried by animal burrowing or Plant operators, or unless leached with percolating water through the broken ground of ditches, underground piping and other structures. Surface soil also would have been loosened by dust-bathing small mammals, such as is done regularly by thirteen-lined ground squirrels (Criddle 1939). My assessment will be more focused on the impacts of burrowing animals on the upper 30-cm soil horizon on and around the 903 Pad and Lip areas, although I will also consider depths to 3.5 m (the deepest known northern pocket gopher burrow), and I will assess the influences of burrowing animals on contaminant-bearing soils across the entire Rocky Flats site. Other sites of concern include the mound area, soil dump, embankment and downwind soils of the solar evaporation ponds, original landfill, and the spray fields (Matheson 1952; Putzier 1970; Owen and Steward ca. 1975; DOE 1992a; ChemRisk 1992; also see Vogel maps, Plates 74-77). My focus on the top 30 cm of soil necessitated one of my modifications to the BIOPORT model (McKenzie *et al.* 1986), which profiles depth of soil movement in increments of 0.5 m, instead of the smaller increments I need to consider.

The winds at RFP reportedly average 3.7 m s$^{-1}$ (8.2 mph), and reach gusts of up to 47 m s$^{-1}$ (105 mph) (24-yr average, Annual Rocky Flats Site Meteorology, Climatology, and Wind Rose Data, 1977). The average wind speed meets the Beaufort scale of 3, which is nearly strong enough to raise dust (Lincoln *et al.* 1982). The wind gusts achieve a Beaufort scale of 12, which is almost hurricane-force. Typically, 11-12% of the winds are >7 m s$^{-1}$ (15 mph). Without any other considerations, the strong winds blowing across hard soils with contaminants concentrated at or near the surface likely

increased the risk of resuspension and inhalation by humans soon after release. The surface roughness of vegetation serves to protect the soils from the full force of the winds (Weber 1996). Vegetation covered about 70% of the ground surface of the 903 Pad and Lip areas until 1975, when herbicide was applied (ERDA 1976). The 30% of the surface that had been barren was likely cleared by animal burrowing and by plant removal by harvester ants, just as the 14% of the ground on macroplot 3 was barren due to gophers and wind erosion (Winsor 1980, p. 58). The friability of Rocky Flats soils makes them attractive to small-bodied burrowing animals such as ants, pocket gophers and ground squirrels (Woodward-Clevenger & Associates, Inc. 1974), as particles of friable soil are easy to break apart, or to unglue. Burrowing animals in these friable soils will move soil contaminants at or near the ground surface to the depths of their burrows. This downward transport was recognized years ago by Michels (1972), when he unsuccessfully attempted to import prairie dogs to help transport surface contaminants into the ground where he thought they would be stabilized (i.e., protected from the winds). However, continued animal burrowing would have transported buried contaminants back to the surface on loosened soil particles that are more readily resuspended by winds. A large percentage of the plutonium remaining in soils after 28 years occurred on particles > 53 μm diameter, probably because these particles had not yet weathered and fractured into smaller, suspendable particles (Hakonson and Nyhan 1980).

The high winds and low soil permeability of Rocky Flats were recognized early as threats to long-distance transport of released chemical contaminants (Matheson 1953), even without consideration of the impacts from burrowing animals. The idea of using solar evaporation ponds to dispose of liquid waste had been rejected on the grounds that the winds would carry spray and entrained contaminants for many miles (Matheson 1953). The USGS had rejected the use of unlined solar ponds because they expected vertical cracking in the soil and the formation of deep gullies (Matheson 1953). The idea of spraying diluted waste plutonium onto 1000 acres of grassland was at first rejected due to concerns the low soil permeability would limit the contaminant to the top 0.3 cm of soil, where winds would resuspend and transport them. Despite the early concerns and rejections of these ideas, the solar ponds were implemented soon after Plant production began (Owen and Steward ca. 1975), and Rockwell International began spray irrigating sanitary sewage effluent onto grasslands soon after their start of Plant operations (Setlock 1987). The banks of the solar ponds are now riddled with animal burrows, the mounds of which undoubtedly continue to expose radionuclides and other nonvolatile chemical contaminants previously deposited from spray blown off the ponds (Owen and Steward ca. 1975), so long as no site remediation has occurred. The spray fields are on prominent plateaus where the winds could have had maximum impact. The vegetation on these spray fields is patchy due to clearings made by harvester ants – clearings that exposed bare soil to the Rocky Flats winds. The harvester ant mounds themselves frequently blow away in the wind, but the colonies construct new mounds within only two weeks (Cole 1932b).

RFP operators attempted to protect some soils from the winds with asphalt pavement where plutonium concentrations were of concern to the RFP operators. One such site was the 903 Pad on the Drum Storage Area, and other areas were paved around the 771, 774, 776, and 777 buildings (Owen and Steward ca. 1975). These paved areas were probably also protected from burrowing animals as well, once they were paved. But the pavement would have served as convenient roofing for animal burrows around the perimeter edges of the pavement. Other contaminated areas were covered by ⁻8 cm of soil (Owen and Steward ca. 1975), but this practice would also have attracted burrowing animals (Miller 1964).