# EXHIBIT 18

# THE MAJOR ROCKY FLATS FIRES OF 1957 AND 1969
# AND OTHER INCIDENTS:
# INSIGHTS ABOUT MANAGEMENT PRACTICES

Prepared by

Robert J. Budnitz, Ph.D.
Future Resources Associates Inc.
2039 Shattuck Avenue, Suite 402
Berkeley, California 94704


Assisted by

Nathan Chan, Ph.D.
Decision Focus Incorporated
650 Castro Street, Suite 300
Mountain View, California 94041

November 21, 1996

*[signature]*

[Attachment A is a statement of qualifications and background for Dr. Budnitz; Attachment B is a list of Dr. Budnitz' publications; Attachment C is a short statement concerning Dr. Chan; Attachment D is a statement concerning recent involvement in judicial proceedings; Attachment E is a list of documents considered in the preparation of this report; and Attachment F consists of additional figures that support the report.]

## 1.0 Objective

The objectives of this paper are (i) to discuss the two major fires at the Rocky Flats Plant in 1957 and 1969, including a discussion of the investigations that made certain safety recommendations following each fire; and (ii) from the discussion to obtain insights about management practices at Rocky Flats during the Plant's first approximately fifteen years, from its inception through 1969. I will also discuss my conclusions about how much worse the 1969 fire might have been except for the heroic actions of the onsite firefighters and some just plain luck.

In the course of this discussion it will be demonstrated

> (i) that poor management practices after the 1957 fire, including the Plant's failure to implement appropriate fire-safety measures, were a major cause of the 1969 fire, and contributed to its severity;

> (ii) that during the period under discussion, the Rocky Flats Plant's senior management had (or should have had) full knowledge of the fire-safety needs of the facility, but failed to implement an adequate complement of them;

> (iii) that the fire-safety practices at Rocky Flats were considerably poorer than at other facilities managed contemporaneously for the U.S. Atomic Energy Commission (AEC) by other contractors; and

> (iv) that the 1969 fire might have been an environmental disaster of almost unprecedented size, had the actions of the onsite firefighters been a little less heroic and certain events unluckily turned not out as favorably as they did.

The underlying thrust of the discussion below is that the Rocky Flats Plant's poor management practices in the 1950s and 1960s were the root cause of the 1969 fire. Had these management practices been competent, the 1969 fire would not have occurred in the first place; and had it occurred it would not have been as severe. For the Rocky Flats Plant not to have implemented appropriate fire-safety practices, especially after the 1957 fire, was a breach of acceptable management practice.

2

## 1.1   Summary Overview Comments

Before launching into the detailed discussion below, I believe it useful to introduce some summary comments that provide an overview of the later discussion:

- o   The 1957 fire revealed important weaknesses in the facility's design vis-a-vis fires. Afterwards, a series of recommendations for improving fire safety were made, but many of them were not implemented.

- o   My key criticism concerning Dow Rocky Flats' managerial competence in the fire-safety area is that the top management failed to learn either the technical or the managerial lessons of the 1957 fire, despite lots of advice based on the investigation of that fire. Dow Rocky Flats failed to follow through to provide an adequate complement of fire-prevention and fire-mitigation capabilities; indeed, they allowed over-crowding and mission pressures to contravene appropriate fire protection strategies. Sooner or later their laxness in the fire area was bound to lead to a major fire. When it finally happened in May, 1969, it should not have been a surprise to anybody familiar with the situation. As my analysis of the 1969 fire will show (see below), the Dow Rocky Flats management failed between 1957 and 1969 to consider adequately the range of potential consequences of a major fire, and to take fire-safety and other appropriate steps.

## 2.0   Chronology of the 1957 Fire and the Subsequent Investigations, and Recommendations for Improvement

To serve my purpose here, it is not necessary to write down a highly detailed chronology of the 1957 fire. The literature has such detailed chronologies, including minute-by-minute actions and events. However, I will provide an overview because it will be necessary as I develop my analysis.

3