# EXHIBIT 19

# WASTE-MANAGEMENT PRACTICES ASSOCIATED WITH
# THE 903-AREA PLUTONIUM RELEASES

Prepared by

Robert J. Budnitz, Ph.D.
Future Resources Associates Inc.
2039 Shattuck Avenue, Suite 402
Berkeley, California 94704


Assisted by

Nathan Chan, Ph.D.
Decision Focus Incorporated
650 Castro Street, Suite 300
Mountain View, California 94041

November 21, 1996


*Robert Budnitz*

[Attachment A is a statement of qualifica-
tions and background for Dr. Budnitz;
Attachment B is a list of Dr. Budnitz'
publications; Attachment C is a short
statement concerning Dr. Chan; Attachment D
is a statement concerning recent involvement
in judicial proceedings; Attachment E is a
list of documents considered in the prepara-
tion of this report; and Attachment F
consists of additional tables and figures
that support the report.]

## 2.0  Chronology of Radioactive Waste Management at the 903 Area

The 903 Area at Rocky Flats is an area in the southeastern part of the site that was, at first, an open field.  Today, it is covered with asphalt, beneath which is radioactively contaminated soil.  The asphalting was done in 1969.  As the discussion below will document, in the period before the site was asphalted, the 903 area was a storage site for steel drums containing radio-actively contaminated liquids; these drums were the source of important releases of radioactivity from Rocky Flats to the offsite environment.  It is the purpose of this report to illuminate how these releases came about, and why.

A brief overview of the chronology is as follows.  The first part of the chronology is quoted directly from the "Seed Committee" report.  (This Committee was appointed by Dow Rocky Flats management in August 1970 to review soil contamination issues in and around Rocky Flats.)  The early chronology begins in 1958, and is quoted directly[19]:

| | |
|---|---|
| July 1958 | Drum storage area established.  During subsequent years, drums were continually added which primarily containing plutonium-contaminated machining oils. |
| July 1959 | First drum leakage discovered and rust inhibitor, ethanolamine, was added to drums prior to storage to minimize corrosion |
| January 1964 | First evidence of large scale deterioration of drums reported.  Soil contamination reported as increasing. |
| January 1966 | Small building added to filter and transfer contaminated oil from leaking drums to new drums. |
| January 1967 | Last drums added to storage area and removal to 774 [process area] began.  Oldest drums shipped first. |
| June 1968 | Last drums shipped to Building 774 for processing.  High winds spread some contamination. |

---

19       J.R. Seed (Chairman), K.W. Calkins, C.T. Illsley, F.J. Miner, and J.B. Owen, "Committee Evaluation of Plutonium Levels in Soil Within and Surrounding USAEC Installation at Rocky Flats, Colorado", Report RFP-INV-10, Rocky Flats Plant, July 9, 1971 (henceforth the "SEED COMMITTEE"), at 6