# EXHIBIT 20

1622 LOCUST STREET I PHILADELPHIA, PA 19103-6305 I phone 215/875-3000 I fax 215/875-4604 I www.bergermontague.com

# Berger&Montague, P.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| WRITER'S DIRECT DIAL | (215) 875-3051 |
| WRITER'S DIRECT FAX | (215) 875-5707 |
| WRITER'S DIRECT E-MAIL | cooleware@bm.net |

April 16, 2004

**Via Fax: (312) 861-2200**

Ellen T. Ahern, Esquire
**Kirkland & Ellis, LLP**
200 East Randolph Drive
Chicago, IL 60601

  RE: *Cook, et al. v. Rockwell, et al.*

Dear Ellen:

  I write in response to your letter to Peter Nordberg of April 13, 2004 in which you requested current addresses and affiliations for a list of 29 individuals. What follows is a list of the last known address and affiliations for the individuals you requested.

  1. **David Abelson**, Executive Director, Rocky Flats Coalition of Local Governments, 8461 Turnpike Drive, Suite 205, Westminster, CO 80031. Mr. Abelson is expected to testify concerning the impact of the plant on the surrounding communities, the extent of the cleanup needed and the community reaction to the plant.

  2. **Len Ackland**, Professor of Journalism, University of Colorado; UCB 478, Boulder, CO 80309-0478. Mr. Ackland is expected to testify concerning the history of the plant and the culture of secrecy concerning plant operations.

  3. **Ronald Avery**, former Rockwell employee, 239 S. Caddoa Drive Pueblo, CO 81007. Mr. Avery is expected to testify concerning gross negligence in the operation of the plant.

  4. **Michael Bartleson**, Deputy Director of Public Works, Broomfield, 7241 Teller Street Arvada, CO 80003. Mr. Barleson is expected to testify concerning the impact of the plant on the surrounding communities.

  5. **W. Gale Biggs, Ph.D.**, 59 Benthaven Place Boulder, CO 80305. Dr. Biggs is expected to testify concerning the dispersion of plutonium in the environment and the sampling methods employed by the plant to monitor such releases.

**Berger&Montague,P.C.**
ATTORNEYS AT LAW

Ellen T. Ahern, Esquire
Page 2
April 16, 2004

6. **Joseph S. Bowman**, Alkire Investment Group, 353 Ivy Street Denver, CO 80220. Mr. Bowman is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

7. **Jacque Brever**, former Rockwell employee, 4911 Brokelia Cir. Bradenton, FL 34203. Ms. Brever is expected to testify concerning gross negligence in the operation of the plant.

8. **Sam Cassidy**, former President, Jefferson County Economic Council, University of Denver, Business Ethics & Legal Studies, 2800 S. University Blvd., Unit 108 Denver, CO 80210. Mr. Cassidy is expected to testify concerning the impact of the plant upon the surrounding communities.

9. **Ralph Coleman**, Alkire Investment Group, 8805 Alkire Street Arvada, CO 80005. Mr. Coleman is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

10. **Diane Eckhardt**, Class Member/Property Owner, 9341 West Tennessee Ave. Lakewood, CO 80226. Ms. Eckhardt is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

11. **F. O'Neil Griffin**, Alkire Investment Group, 301 Junction Highway Suite 320,Kerrville, TX 78028. Mr. Griffin is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

12. **Tim Holeman**, Environmental & Natural Resources Advisor, 1550 Milwaukee Street, Apt. 2 Denver, CO 80206. Mr. Holeman is expected to testify concerning the impact of the plant upon the surrounding communities.

13. **Kevin Honness**, former Researcher, Class Plaintiffs, 112 N. Poplar Ave., Apt. 2 Pierre, SC 57501. Mr. Honness is expected to testify concerning an incident in which he was contaminated with radiation while working on the prosecution of this case.

14. **Esther Kettering**, Realtor, Fuller & Co. 1515, Arapahoe Street Suite 1200 Denver, CO 80202. Ms. Kettering is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

15. **Howard Lacy**, President, Ralston Development Corp., Ralston Development Corp. 18300 West Highway 72, Arvada, CO 80007. Mr. Lacy is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

**Berger&Montague, P.C.**
ATTORNEYS AT LAW

Ellen T. Ahern, Esquire
Page 3
April 16, 2004

16. **Ed Ladwick,** Class Member/Property Owner, 13680 96th Avenue Arvada, CO 80005. Mr. Ladwick is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area

17. **John Lipsky,** FBI Agent, 26852 Salazar Drive Mission Viejo, CA 92691. Mr. Lipsky is expected to testify concerning the events surrounding the 1989 FBI raid of the plant and the recklessness with which the plant operated.

18. **Peter Lund,** Alkire Investment Group, 229 South Cherry Street, Denver, CO 80246. Mr. Lund is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

19. **Cynthia McDaniel,** Class Member/Property Owner, 4110 Elizabeth Street Brighton, CO 80601. Ms. McDaniel is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area

20. **David McDaniel,** Class Member/Property Owner, 4110 Elizabeth Street Brighton, CO 80601. Mr. McDaniel is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

21. **Nancy Melichar,** Real Estate Agent, New Century Realty 9035 Wadsworth #4000 Westminster, CO 80021. Ms. Melichar is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

22. **Thomas Montano,** Property Owner, MB Graphics 3800 Pecos Street Denver, CO. Mr. Montano is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

23. **Charles Ozaki,** Assistant City Manager, City of Broomfield, City of Broomfield, One DesCombes Drive P.O. Box 1415, Broomfield, CO 80038. Mr. Ozaki is expected to testify concerning the impact of the plant upon the surrounding communities.

24. **Stewart Poet,** Former Researcher, National Center for Atmospheric Research, 7955 Oxford Road Longmont, CO 80503. Mr. Poet is expected to testify concerning releases of plutonium and dangers posed by the plant.

25. **John A. Ray,** former Dow Employee, 1153 W. Enclave Circle Louisville, CO 80027. Mr. Ray is expected to testify concerning gross negligence in the operation of the plant.

**Berger&Montague, P.C.**
ATTORNEYS AT LAW

Ellen T. Ahern, Esquire
Page 4
April 16, 2004

26. **William F. Smith,** EPA, Colorado Mountain Club, 710 10th Street Golden, CO 80401. Mr. Smith is expected to testify concerning the events surrounding the 1989 FBI raid of the plant and the recklessness with which the plant operated.

27. **Kenneth Stout,** Alkire Investment Group, 2330 Yarrow Street Lakewood, CO 80214. Mr. Stout is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

28. **Barry Talley,** Class Member/Property Owner, 7740 E. Gainey Ranch Road Unit 53 Scottsdale, AZ 85258. Mr. Talley is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

29. **Miriam White,** Property Owner, 3628 N. Taft Hill Road, Ft. Collins, CO 80524. Ms. White is expected to testify concerning the stigma associated with the plant and its impact upon property values in the surrounding area.

Sincerely,

Ellen T. Noteware

ETN/cs