# EXHIBIT 21

LEN ACKLAND, MAY 26, 2004

1

```
1  27683ASG
   IN THE UNITED STATES DISTRICT COURT
2  FOR THE DISTRICT OF COLORADO

3  Civil Action No. 90-K-181

4  _____

5
   MERILYN COOK, et al.,
6
   Plaintiffs,
7
   vs.
8
   ROCKWELL INTERNATIONAL CORPORATION and
9  THE DOW CHEMICAL COMPANY,

10 Defendants.

11 _____

12
                DEPOSITION OF LEN ACKLAND
13                   May 26, 2004

14 Pursuant to Subpoena taken on behalf of the Defendants
   at 555 30th Street, Boulder, Colorado, at 8:05 a.m.,
15 before Sara Goldenberg, Registered Professional Reporter
   and Notary Public within Colorado.
16
```

5/26/2004 Ackland, Len

1  Rocky Flats, and that his property had been damaged by
2  the plant's operation.
3  Q. Was that because of plutonium that had been
4  released from the Rocky Flats plant onto his property?
5  A. I presume so. Again, I'd have to check it,
6  look at the details.
7  Q. Did you know that Mr. Ross has been retained
8  and is working as a private investigator for
9  Mr. Nordberg's law firm in this litigation?
10  MR. NORDBERG: Foundation, form.
11  Q. (BY MR. POLAND) Go ahead. You can answer.
12  MR. NORDBERG: Go ahead and answer. I may
13  register an objection from time to time. That's just to
14  preserve the record, so that any of my objections that I
15  make may be asserted before the Court, may be resolved
16  by the Court later.
17  Unless an attorney instructs you not to
18  answer, as I don't expect will appear in this
19  deposition, you can go ahead and answer the question.
20  That's fine.
21  THE DEPONENT: I see.
22  I now know that he works as an investigator.
23  Q. (BY MR. POLAND) Mr. Nordberg actually
24  brought up a very good point, and I should ask you. Are
25  you represented by an attorney here today?

37

5/26/2004 Ackland, Len

1  A. Not here. I do have my attorney. My
2  attorney's aware that I'm here, and, if need be, I can
3  consult with him.
4  Q. Very good. If you ever need to do so,
5  please let me know, and you'll have an opportunity to do
6  that.
7  As Mr. Nordberg said, he may register an
8  opinion from time to time. Mr. Nordberg might ask
9  questions. I might register an objection. Neither of
10  us, because we do not represent you, will instruct you
11  not to answer a question. And so after we register our
12  objections for the record, you may go ahead and answer
13  the question, if you're able to.
14  MR. NORDBERG: If I just may interpose one
15  clarificatory point. From your point of view, there
16  aren't many circumstances in which an attorney would
17  instruct a witness not to answer a question not
18  involving privilege, which does not obtain between you
19  and me and which does not obtain between you and
20  Mr. Poland. So Mr. Poland is correct to project the
21  extreme unlikelihood that you will receive any such
22  instruction in this deposition.
23  It is conceivable, although highly unlikely
24  and remote, that someone might issue such an instruction
25  for some other reason. And what you need to pay

38

5/26/2004 Ackland, Len

1  attention to, as the witness, is the instruction and not
2  the reason for it.
3  So if an attorney tells you, instructs you,
4  not to answer, your course at that point is not to
5  answer and not to evaluate the validity of the
6  instruction, and perhaps to consult your attorney.
7  MR. POLAND: I may take issue with that, but
8  I don't think that we're going to reach that point.
9  MR. NORDBERG: Nor do I.
10  MR. POLAND: So we'll go on.
11  Q. (BY MR. POLAND) Mr. Ackland, do you have
12  any expectations about what you would be asked to
13  testify to at trial if called as a witness?
14  A. No.
15  Q. Are you prepared to testify about the
16  history of the Rocky Flats plant?
17  A. Yes.
18  Q. Do you believe you have an adequate basis,
19  adequate knowledge, to testify about the history of the
20  Rocky Flats plant?
21  A. It depends on the level of detail.
22  Q. Are you prepared to testify about the
23  culture of secrecy concerning the Rocky Flats plant and
24  its operations?
25  A. Yes.

39

5/26/2004 Ackland, Len

1  Q. What does that mean to you? I'm going to
2  use the specific phrase and ask you what it means to
3  you, if anything. The phrase is the culture of secrecy
4  concerning Rocky Flats plant operations.
5  A. The Rocky Flats plant, from the very get-go,
6  as you recall, it was part of what was called Project
7  Apple, which was the search for a site to process
8  plutonium and manufacture plutonium bombs. It was to be
9  an industrial-scale site that would take over the job
10  from Los Alamos. And that search began in 1950 and was
11  secret, as most nuclear things were in those days, and
12  things nuclear.
13  Well, so when Rocky Flats was determined --
14  the current site of Rocky Flats was determined to be the
15  best site by the government for this facility, there was
16  a news conference held by the Atomic Energy Commission
17  in March of 1951, and a big headline in the Denver Post
18  to the effect: There's good news today. AEC to build
19  40 million-dollar atomic plant or something. That's a
20  paraphrase. I don't have the exact. There's a picture
21  of it in there, an illustration in the book.
22  At that time, the information about
23  Rocky Flats, what Rocky Flats would be doing, was
24  secret. And at the news conference, the government
25  officials declined to answer questions. There was

40

**Page 41**

5/26/2004 Ackland, Len

1  speculation in the papers the following day. Three out
2  of four of the speculations were correct, to my
3  recollection. But the government never acknowledged,
4  you know, there was a culture of secrecy, of national
5  security, that pervaded the operations of nuclear
6  weapons facilities.
7         And there are repeated examples of
8  statements from government officials. I quote a couple
9  of them in the book, shortly after the announcement
10 about Rocky Flats, saying, We don't want to say anything
11 that would help Joe Stalin and such comments.
12        So that's the beginning of what I mean by
13 the culture of secrecy. There was a secrecy throughout
14 the period of production at Rocky Flats. And in terms
15 of what I mean by the culture of secrecy, secrecy breeds
16 unaccountability. And the record shows a number of
17 occasions where, because of secrecy, behavior took place
18 that plant officials were not held accountable for.
19    Q.  The secrecy that started out when the plant
20 began its operations, was that a culture that pervaded
21 the weapons complex as a whole, the nuclear weapons
22 complex as a whole?
23    A.  Yes.
24    Q.  If I use the term "nuclear weapons complex,"
25 will you know what I'm referring to?

**Page 42**

5/26/2004 Ackland, Len

1   A.  The production complex.
2   Q.  Hanford, Savannah River, Oak Ridge.
3   A.  Right.
4   Q.  Was that a culture that was established by
5  the Atomic Energy Commission?
6   A.  It was -- it actually preceded the Atomic
7  Energy Commission. It's a culture that, you know,
8  developed during the Manhattan Project and from the very
9  beginning of nuclear weapons production.
10  Q.  Was it a culture that was established by the
11 federal government as part of its effort to develop and
12 produce nuclear weapons?
13  A.  Yes.
14      MR. NORDBERG: Form. I object to the form
15 of the question.
16      I think the witness said yes.
17  Q.  (BY MR. POLAND) You mentioned that the
18 culture of secrecy continued throughout the operation of
19 the Rocky Flats plant; is that correct?
20  A.  Yes.
21  Q.  Did it change over time?
22  A.  Yes.
23  Q.  How did it change over time?
24  A.  I think the biggest change was -- well, if
25 you think of Rocky Flats' history as three periods, the

**Page 43**

5/26/2004 Ackland, Len

1  first period, from '51 to '69, was a period of almost
2  total secrecy in terms of the operations.
3         From '69 to '89, there was a gradual erosion
4  of some of that secrecy, both by media coverage of
5  Rocky Flats, by whistle blowers who were willing to go
6  public with some of their concerns about Rocky Flats,
7  and by journalists using the Freedom of Information Act
8  to get information from the government about operations
9  out there.
10  Q.  When you're talking about the culture of
11 secrecy, are you talking about what happened inside of
12 the fence line at Rocky Flats?
13  A.  Well, primarily. That's where the secrets
14 were.
15  Q.  Did the culture of secrecy, as you've
16 described it, extend, as well, beyond the fence line to
17 impacts or effects that the Rocky Flats plant might have
18 had on the community in general?
19  A.  Sure.
20  Q.  And how so?
21  A.  Well, because people who knew what was going
22 on, the secrets, if you will, were, by and large,
23 unwilling to speak about those activities in the
24 community. So there was a sense of people not asking
25 what goes on there, because it was secret.

**Page 44**

5/26/2004 Ackland, Len

1   Q.  Did that change over time as well?
2   A.  Yes.
3   Q.  And how did it change over time?
4   A.  Again, I think the big change was after
5  1969, when the Mother's Day fire got some significant
6  publicity. And unlike the previous large fire in 1957,
7  newspapers reported on investigation. There were
8  independent scientists who did soil samples off site
9  from Rocky Flats.
10        Activists began organizing against the
11 production of nuclear weapons. You had both antinuclear
12 activists, and you also had environmental activists
13 raising questions. So there was just a lot more
14 publicity about what Rocky Flats was and the dangers
15 that existed. So that was the big change.
16  Q.  And that was beginning after the Mother's
17 Day fire in 1969?
18  A.  Right.
19  Q.  Mr. Ackland, is it correct to say that you
20 do not have any personal observations or personal
21 knowledge about events that occurred at Rocky Flats?
22  A.  No personal observations before I actually
23 visited Rocky Flats.
24  Q.  When did you visit Rocky Flats?
25  A.  In the '90s, I went inside. And I'd been at

5/26/2004 Ackland, Len

1  about the selection of Colorado in general as the site
2  for the Rocky Flats plant; is that correct?
3      A.  That's correct.
4      Q.  And what did you find that the records
5  showed about the selection of Colorado as the site for
6  the Rocky Flats plant?
7      A.  It basically was pork barrel politics. The
8  two Colorado senators at the time, one Republican and
9  one Democrat, were both members of the Joint Committee
10 on Atomic Energy, which controlled the Atomic Energy
11 Commission budget. And they wanted Project Apple to be
12 located in Colorado, or they didn't not want, as things
13 often happen.
14     In other words, they had spoken out against
15 the location of a nuclear reactor in Colorado in 1950
16 but didn't speak out against Rocky Flats. And indeed,
17 the record -- the record that's available shows that
18 Senators Johnson and Millikin wanted Rocky Flats because
19 of the standard reasons: jobs, contracts.
20     Unfortunately, the records of those senators
21 are incomplete. Johnson had his records destroyed.
22 Millikin had -- his personal records were very
23 incomplete. So it was -- that was a real mystery, to
24 try to unravel exactly why Colorado was selected.
25     Q.  Before you wrote this book, and before you

109

5/26/2004 Ackland, Len

1  wrote those conclusions that you lay out in the book
2  about what the record shows, had you seen anywhere else
3  that it had been written, the role that the Colorado
4  senators had in bringing the Rocky Flats plant to
5  Colorado?
6      A.  Not before I started doing research. The
7  only reference that I recall finding on that was an
8  obituary for Johnson mentioned -- maybe Millikin's, too.
9  I'd, again, have to go back -- but indicated that they
10 were pleased at having brought such facilities as the
11 Rocky Mountain Arsenal, NORAD, and Rocky Flats.
12     Q.  Your understanding, that was, again, in your
13 words, pork barrel politics?
14     A.  Yeah.
15     Q.  If you'd turn to page 69 in your book, the
16 second paragraph from the top. I'm going to direct your
17 attention to the third sentence down, which reads,
18 "Scientists, engineers, and architects from Los Alamos
19 already had drawn up Building 991's blueprint, which is
20 the reason excavation could begin so quickly."
21     Do you see that?
22     A.  Yes.
23     Q.  What was Building 991, if you recall?
24     A.  Building 991 was the assembly building. It
25 was the first one that was completed.

110

5/26/2004 Ackland, Len

1      Q.  Does this reflect your conclusion, based on
2  what the records showed, that it was scientists,
3  engineers, and architects from Los Alamos who had
4  designed that building?
5      A.  Yes.
6      Q.  I draw your attention to the last paragraph
7  on page 69. And there is a quote there from Jim Stone
8  that says, "I did the mechanical design for Building
9  771." And it says, "Jim Stone, who got his first look
10 at the plutonium-processing building decades later."
11 Quote, "I never saw the site and never even knew the
12 orientation of the site," close quote.
13     What was the source of that quotation from
14 Jim Stone?
15     A.  It's an interview with Stone. It should be
16 footnoted. Let me see if I can find it.
17     Q.  Is it page 263 that has the note?
18     A.  63.
19     Q.  How about page 263, No. 6, in Chapter 4?
20     A.  Yeah. Right. This was from an interview
21 with the author May 10th, '95.
22     Q.  Did you ever see any kind of written
23 document or confirmation of Mr. Stone's claim that he
24 did the mechanical design for Building 771?
25     A.  No.

111

5/26/2004 Ackland, Len

1      Q.  So this statement that's attributed to
2  Mr. Stone is based solely on the interview that you
3  conducted with him?
4      A.  Apparently so.
5      Q.  Were you able to corroborate in any other
6  way that Mr. Stone, in fact, did do the mechanical
7  design for Building 771?
8      A.  No.
9      Q.  Who is Mr. Stone, by the way?
10     A.  He is a former employee at Rocky Flats, who
11 then became a whistle blower in the mid to late '80s,
12 then filed suit against the government, I presume -- I'm
13 not exactly sure who he filed suit against -- and a
14 couple of years ago won a settlement in that suit -- won
15 a verdict in that suit.
16     Q.  Do you know whether the lawsuit that was
17 filed had named as a defendant Rockwell International
18 Corporation?
19     A.  I don't recall.
20     Q.  If you could turn to page 120, please.
21     And generally, is the discussion on page 120
22 referring to the 1957 fire?
23     A.  Yes.
24     Q.  I'd like to draw your attention to the very
25 last paragraph of page 120. There is a statement that

112

5/26/2004 Ackland, Len

1  says, quote, "Dow Chemical Company's official
2  investigation report, completed in October 1957 but
3  classified 'Secret' by the government until 1993, stated
4  that 18.3 pounds," and then in parens, "(8.3 kilograms)
5  of plutonium were unaccounted for after the fire."
6      Do you see that?
7      A.  Yes.
8      Q.  I wanted to ask you about the official
9  investigation report.  Now, you say in your book that it
10 was classified as secret by the government until 1993,
11 correct?
12     A.  Yes.
13     Q.  What is the basis for that statement,
14 Mr. Ackland?
15     A.  The basis for the statement was that it
16 was -- that document was declassified under the Clinton
17 administration, and Hazel O'Leary was Secretary of
18 Energy.
19     Q.  Do you know whether any form of the 1957 --
20 the official investigation report was released by the
21 government before 1993?
22     A.  I don't recall offhand.
23     Q.  Do you know whether -- if I refer to that
24 document as the 1957 fire report, will you know what I'm
25 referring to?

113

5/26/2004 Ackland, Len

1      A.  I think so.
2      Q.  Do you know --
3      A.  I need to look at it to see.
4      Q.  At the document itself?
5      A.  Yeah.  I mean, it would be helpful to see
6  exactly.  I mean, there are so many different reports,
7  you know, that got released on this.  But yeah, if you
8  refer to it as that, then --
9         MR. POLAND:  Let's go off the record for a
10 second.
11        (There was a pause in the proceedings.)
12        (Defendants' Deposition Exhibit 9 was
13 marked.)
14     Q.  (BY MR. POLAND)  Mr. Ackland, the court
15 reporter has handed you a copy of a document marked as
16 Exhibit No. 9.
17     A.  Right.
18     Q.  And the Bates stamp on that, for the record,
19 is Ackland 00158 on the first page.  Is this a document
20 that you've seen before, Mr. Ackland?
21     A.  Yes.
22     Q.  Can you describe the document, please.
23     A.  Yes.  This is a document that, at the very
24 top of it, has "Secret" with a line drawn through it.
25 It says it's the "Report of Investigation of Serious

114

5/26/2004 Ackland, Len

1  Incident in Building 71 on September 11th, 1957, the Dow
2  Chemical Company, Rocky Flats Plant, Denver, Colorado."
3         And then it says it was declassified, and it
4  gives the names of two classification officers and a
5  date, February 24th, 1993.
6         So in answer to your previous question,
7  that's how I knew it was declassified.
8      Q.  So Exhibit No. 9 is the document to which
9  you are referring, in your book, on page 120, when you
10 talk about "the official investigation report completed
11 in October 1957 but classified 'Secret' by the
12 government until 1993"?
13     A.  Yes.
14     Q.  And to go back to my previous question:  Do
15 you know whether a copy of the document, that is
16 Exhibit No. 9, in any format was released by the
17 government before February 24th, 1993?
18     A.  I don't recall offhand.  There undoubtedly
19 was some kind of release done, but I don't recall.
20     Q.  Fair enough.  You can set the document to
21 the side.
22        Would you turn to page 123, please.  Again,
23 on page 123 is the discussion about the 1957 fire?
24     A.  Yes.
25     Q.  And I'd like to draw your attention to --

115

5/26/2004 Ackland, Len

1  I'm going to have to read the sentence, because it's
2  maybe about a third of the way down the page.  It
3  states, quote, "Some of the shocking details about
4  dangerous production practices at Rocky Flats, such as
5  glove boxes made entirely of Plexiglas and equipment
6  overcrowding, were contained in Dow's secret 78-page
7  fire investigation report," close quote.
8         And again, is that a reference to what we've
9  marked as Exhibit No. 9, the 1957 fire report?
10     A.  Yeah, I assume so.
11     Q.  I'd like to turn your attention to page
12 No. 126.  Again, talking about the 1957 fire?
13     A.  Mm-hmm.
14     Q.  And the second sentence on that page states,
15 quote, "A 1970 AEC report conceded, 'Environmental
16 sampling following this fire showed detectible amounts
17 of plutonium on vegetation collected off site out to a
18 distance of 8 1/2 miles,'" close quote, correct?
19     A.  Yes.
20     Q.  And there is an attribution for that source
21 in the end note there.  What was the source of that?
22        Strike the question.
23        What document are you referring to there?
24     A.  This is -- on page 270 is an AEC report that
25 was published "In Senate Subcommittee of the Committee

116

5/26/2004 Ackland, Len

1 Objection, asked and answered.
2     THE DEPONENT: It's not an area where I have
3 enough expertise to answer.
4   Q.  (BY MR. POLAND)  Throughout your book there
5 are instances, indeed, probably a pervading theme, that
6 secrecy and classification were used to -- strike that
7 question.
8     Your book discusses the issues of secrecy
9 and classification, correct?
10   A.  Some.
11   Q.  Mr. Ackland, in your opinion, did the
12 secrecy surrounding the operations at the Rocky Flats
13 plant affect the public's knowledge of possible
14 contamination released from the Rocky Flats plant?
15   A.  Yes.
16   Q.  In what way?
17   A.  A lot of behavior took place at the plant
18 that was concealed by secrecy and claims of national
19 security, that any possible impact on either workers or
20 the public wouldn't have been open for discussion or
21 evaluation.  There was no accountability for those kinds
22 of actions due to the culture of secrecy, as we
23 discussed earlier.
24   Q.  Did there come a time when the public --
25 strike that question.

193

5/26/2004 Ackland, Len

1     In your opinion, did the secrecy surrounding
2 the operations at Rocky Flats affect the public's
3 knowledge of the amount of plutonium released from the
4 Rocky Flats plant?
5   A.  Yes.
6   Q.  Did it affect the public's knowledge of the
7 fact that plutonium had been released from the
8 Rocky Flats plant into the surrounding community?
9   A.  Yes.
10   Q.  Did it -- did the secrecy --
11   A.  Again, let me -- both of those answers need
12 some qualification, because it depends on what part of
13 history you're talking about, because things changed
14 over time.
15     During the 37 years of weapons production at
16 the facility, after the Environmental Protection Agency
17 went into business and monitoring was done, there were
18 times when there was more information known, in terms of
19 the air monitoring and all.  So, you know, it varied
20 over time.
21   Q.  And let me pick up on that, and let's talk
22 about the period of time after 1970.  It's true, isn't
23 it, that the secrecy surrounding or involved with the
24 Rocky Flats plant did not prevent public knowledge of
25 the 1957 fire, the 903 pad releases, and the 1969 fire,

194

5/26/2004 Ackland, Len

1 correct?
2     MR. NORDBERG:  This is a question about the
3 post-1970 period?
4     MR. POLAND:  That's correct, Peter.
5     THE DEPONENT:  In 1969, there were articles
6 about the '69 fire.  There was an article -- there were
7 articles about the '57 fire.  The 903 pad, the first
8 public revelation, as far as I know, is in early 1970,
9 again, as we discussed earlier, with the Colorado
10 Committee Report being released by Ed Martell and then a
11 response by Dow and AEC that the 903 pad had leaked.  So
12 after -- in the 1970 period there was information about
13 all three of those, yes.
14   Q.  (BY MR. POLAND)  And in the 1970 period
15 there also was information that was made public that
16 plutonium from Rocky Flats had been released into
17 residential areas surrounding the plant, correct?
18   A.  Yes.
19   Q.  And in the 1970s there were claims made
20 publicly of excess cancers caused by exposure to
21 plutonium released from Rocky Flats, correct?
22   A.  Yes.
23     MR. POLAND:  Let's go off the record for a
24 moment.  I want to check my notes, and then I think I'm
25 done.

195

5/26/2004 Ackland, Len

1     (There was a pause in the proceedings.)
2     MR. POLAND:  Let's go back on the record.
3 I have no further questions.
4     MR. NORDBERG:  Can we go off the record for
5 a moment?
6     MR. POLAND:  Sorry.  I should have said
7 something.
8     MR. NORDBERG:  If you have no further
9 questions, that's an important thing to know.  Since you
10 have no further questions, I think the way to speed the
11 conclusion of this is to give me five minutes to look at
12 my notes.
13     (A break was taken from 1:27 p.m. to
14 1:35 p.m.)
15     EXAMINATION
16 BY MR. NORDBERG:
17   Q.  Good afternoon, Mr. Ackland.  You always
18 need to be skeptical when an attorney says he has only
19 10 or 15 minutes worth of questions, but that's my
20 belief, that I have only about that many questions.
21     I'd like to start just by quickly running
22 through four of the exhibits from this morning.  I have
23 just a couple of short questions about each.
24     And the first one I'd like to have you have
25 a look at is Exhibit 5, which would be the letter to

196