*Health Physics* Pergamon Press 1972. Vol. 23 (Oct.), pp. 537–548. Printed in Northern Ireland

# PLUTONIUM-239 AND AMERICIUM-241 CONTAMINATION IN THE DENVER AREA

S. E. POET and E. A. MARTELL

National Center for Atmospheric Research,* Boulder, Colorado 80302

(*Received* 6 *August* 1971)

**Abstract**—Procedures and results of an experimental investigation of $^{239}$Pu and $^{241}$Am contamination in the environs of the Rocky Flats plutonium plant and elsewhere in the greater Denver area are presented and discussed. Measurements of $^{239}$Pu and $^{90}$Sr in the top 1 cm surface layer of soils show that in this layer the $^{239}$Pu contamination in offsite areas just east of the Rocky Flats plant ranges up to hundreds of times that from nuclear tests. In the more densely populated areas of Denver the Pu contamination level in surface soils is several times fallout. The depth distribution of $^{239}$Pu in undisturbed soils in the more heavily contaminated areas show that the contaminant is concentrated largely in a thin surface layer. Results for soils of known last date of disturbance make it evident that most of the offsite Pu accumulated between 1966 and 1969. This corresponds to the period in which Pu in an oil spill area on the plant site was exposed and subjected to wind reentrainment. $^{241}$Am, which grows in from $^{241}$Pu present in the contaminant, now contributes between 3 and 15% as much alpha activity as $^{239}$Pu and ultimately will approach comparable levels.

The important unknowns and uncertainties involved in the estimation of inhalation exposures and the carcinogenic risks from the $^{239}$Pu contamination in the environs of Rocky Flats are briefly reviewed.

## 1. INTRODUCTION

ON 11 May 1969 a fire involving a large amount of plutonium occurred at the Atomic Energy Commission's plutonium processing plant† at Rocky Flats, 16 miles northwest of downtown Denver. During the fire heavy black fumes were observed to discharge into the atmosphere for a brief period and a lighter grey-brown smoke issued from the building for a prolonged period of time. Subsequently millicurie quantities of $^{239}$Pu were found on the roof of the building and on a paved area nearby. The amount of Pu released to the outside environment by this fire is not known.

When plutonium is burned in air the particles produced are highly insoluble PuO$_2$ particles of respirable size[1] and high specific alpha radioactivity. Inhaled particles of this type carry a carcinogenic risk of uncertain magnitude. The prescribed maximum permissible lung burden (MPLB) of 0.016 $\mu$Ci $^{239}$Pu for occupational exposure which is based on uniform tissue dose experience and a relative biological effectiveness (RBE) factor of 10 for alpha radioactivity, may involve a substantial risk.[2,3]

At the outset of this experimental study, the objective was to determine the extent of offsite Pu contamination from the May 1969 fire. Our initial soil measurements, made during 1969, were reported elsewhere[4] and showed appreciable levels of $^{239}$Pu in areas immediately east of the plant. Subsequently representatives of the Dow Chemical Company suggested a September 1957 Pu fire at the Rocky Flats plant[5] and a Pu contaminated oil spill on the plant site as other possible sources of the offsite Pu contamination.

Our $^{239}$Pu measurements in soils, surface waters and sediments in offsite areas surrounding the plant are presented below. The soil samples also were subjected to $^{90}$Sr assay to provide means of distinguishing between $^{239}$Pu of Rocky Flats plant origin and $^{239}$Pu fallout from nuclear tests. To assess which of the suggested sources was responsible for the offsite Pu, the depth distribution of $^{239}$Pu and $^{90}$Sr for a limited number of soils of known last date of disturbance was determined. $^{241}$Am alpha radioactivity also is reported for some soil, water and sediment samples. $^{241}$Am is the daughter product of

---

* The National Center for Atmospheric Research is sponsored by the National Science Foundation.

† Operated by the Dow Chemical Company under AEC contract.

$^{241}$Pu, a $\beta^-$ emitter of 13 yr half-life, present in the Rocky Flats plant plutonium isotope mixture.[6]

## 2. PROCEDURES

(a) *Determination of $^{239}$Pu (plus $^{240}$Pu)\* and $^{90}$Sr*

After preliminary processing of soil and sediment samples, 10 g fractions were taken for analysis. Both 60 mg of $Sr(NO_3)_2$ as carrier and a measured aliquot ($\sim$10 dpm) of $^{236}$Pu calibrated standard solution were added. Each sample was dried and ignited to 600°C to remove volatiles. The sample was digested, in turn with 200 ml 6N HCl, 100 ml conc. $HNO_3$, 20 ml 30% $H_2O_2$ and successively larger amounts of water. The soil sample was filtered and washed twice with 2N $HNO_3$. To the combined filtrate and washes, 5 ml of concentrated $H_3PO_4$ was added. NaOH was slowly added until a precipitate formed and then the solution was adjusted to pH 9 with $NH_4OH$.[7,8] After prolonged digestion the mixture was centrifuged. The precipitate was redissolved in $HNO_3$ and the solution adjusted to 300 ml with 8N $HNO_3$. This solution was slowly passed ($\sim$100 ml/hr) through a freshly prepared Dowex 1-X2 (50–100 mesh) ion exchange column in the nitrate form. The column was washed with 8N $HNO_3$ and the $HNO_3$ solutions were combined and reserved for Sr analysis.[6]

The column was washed with 20 ml of concentrated HCl and the solution discarded. Pu was eluted with 250 ml 0.5N HCl and converted to the nitrate by repeated evaporations to dryness with added $HNO_3$.[7,9] The Pu was purified by recycling through the regenerated column when excess residue was observed.

(b) *Determination of $^{241}$Am and $^{239}$Pu*

Small aliquots of calibrated spike solutions of $^{236}$Pu and $^{243}$Am were added to 10 g of screened dry soil in a Pt dish and heated to 600°C. The sample was first digested in 6N HCl, then with conc. $HNO_3$, cooled and 10 ml 30% $H_2O_2$ was added. After the $H_2O_2$ reaction was complete, the sample was digested, cooled, diluted to 8N $HNO_3$ and centrifuged. The centrifugate was passed slowly ($\sim$100 ml/hr) through a Dowex 1 column in the $NO_3^-$ form, the column was washed with 8N $HNO_3$ and the $HNO_3$ solutions combined for Am separation. The Pu was removed from the column with 0.5N HCl and was converted to nitrate[7,9] and plated (see below). To the Am solution 9 mg La carrier was added. The solution was evaporated to dryness and converted to $Cl^-$ with HCl. The residue was digested with 100 ml $H_2O$, centrifuged and the residue rejected. The solution acidity was reduced with NaOH and 20 ml saturated oxalic acid added. Solution was adjusted to pH $\sim$ 2 with NaOH, digested, and oxalate precipitate was centrifuged, redissolved in 0.5N HCl, adsorbed on a Dowex 50-X8 (50–100 mesh) column and the Am eluted with HCl-ethanol solution.[10–12]

(c) *Plutonium plating*

The purified Pu nitrate solution was evaporated to dryness and 10 ml 0.4N $HNO_3$ was added. A polished stainless steel disk was washed with $HNO_3$, rinsed and placed in a plating cell. Two ml of 1.5N $NH_4OH$ were added to the Pu solution and the solution poured into the plating cell. Pu was plated at the cathode over 0.8 $cm^2$ area of the stainless disk for a period of 3 hr at $\sim$0.3 amp current and 12 V potential. The plating solution was made slightly basic during the last 30 min with $NH_4OH$ added as necessary. The plated disk was subjected to red heat in an oxidizing flame. This procedure is essentially that of SANDERS and LEIDT.[13]

(d) *Americium plating*

The HCl-ethanol solution of Am was evaporated to dryness and the residue dissolved in 10 ml $NH_4Cl$ plating solution.[14] The solution was adjusted to pH 3 with 2N HCl. The Am was plated on a Pt disk cathode at 12 V and 0.5 amp for 2 hr. Thick deposits which gave poor spectra were removed with concentrated $HNO_3$, recycled on Dowex 50 and/or Dowex 1 and replated.

(e) *Strontium-90 determination*

Following purification and yield determination, the Sr fraction was stored to allow $^{90}$Y growth. Subsequently Y carrier was added and the Y was separated, purified,[8] and Y yield

---

\* Because their $\alpha$ energies are indistinguishable the abundant $^{239}$Pu and less abundant $^{240}$Pu are determined together but usually referred to as $^{239}$Pu alone.

determined. The Y sample was mounted on a thin backing and counted between two thin-walled $\beta^-$ flow counters in closeسandwich geometry with steel and anticoincidence shielding. The $^{90}$Y was counted in decay to allow resolution of the $^{90}$Y activity from the chemical blank $\beta^-$ activity and background. The absolute $^{90}$Sr activity was calculated from the measured $^{90}$Y activity and Y and Sr yield data, using techniques calibrated with a $^{90}$Sr solution standard.

(f) *Plutonium-239 and $^{241}$Am measurement*

The plated samples were mounted close to a silicon surface barrier crystal detector in a vacuum chamber at room temperature. Samples were counted with a multichannel pulse height analyzer. Calibrated standard spikes of $^{236}$Pu and $^{243}$Am which had been added to each samples for $^{239}$Pu and $^{241}$Am analysis respectively, eliminated uncertainties due to recovery yield, plating efficiency, adsorption, scattering and geometry. Absolute disintegration rates were estimated directly from the ratio of total pulses under the $^{239}$Pu (plus $^{240}$Pu) and $^{236}$Pu peaks (or $^{241}$Am and $^{243}$Am peaks) and the known spike activity, with very small corrections for background and spike impurities.

(g) *Soil sampling and processing*

All soil samples (with the exception of soil profiles 3, 4, 5 and 7, Table 3) were collected from even, undisturbed sites which had not been subjected to the action of irrigation or plowing. Where the history of the sampling sites was not known the soil samples were taken along old fence lines near midspan between posts. The vegetation was cropped closely and discarded. Each soil sample was collected over an area about 1000 cm$^2$ by spatula, with special care to provide samples of the stated depth as uniformly as practical. For depth profiles precautions were taken to avoid contamination from the higher soil horizons.

The soil samples were air dried, pulverized to break down soil aggregates, sieved to removed particles >0.05 cm diameter and thoroughly mixed. For each analysis a 10 g aliquot was taken by the cone and quarter technique. The measured density of the screened and dried surface soils averaged about 1.0 g/cm$^3$, the approximate density of the top 1 cm depth of soils. Thus a radioactivity concentration of 1 dpm/g in surface soils (Tables 1 and 2) corresponds to $\sim$1 dpm/cm$^2$ (equivalent to 4.5 mCi/km$^2$) in the 1 cm depth surface layer.

To test the adequacy of procedures for the extraction of $^{239}$Pu and $^{90}$Sr from soils, a number of samples were reextracted and yielded negligible additional $^{239}$Pu and $^{90}$Sr. Replicate analyses of a number of soil samples were made and all showed good agreement within twice the standard deviation except for samples at sites B and C, included in Table 2. The lack

Table 1. *Plutonium-239 and $^{90}$Sr fallout from nuclear tests in surface soils, Colorado Eastern Slope areas*\*

| Location | $^{239}$Pu (dpm/g) | $^{90}$Sr (dpm/g) | $^{239}$Pu/$^{90}$Sr (activity ratio) |
|---|---|---|---|
| Loveland | 0.047 ± 0.013 | 1.05 ± 0.02 | 0.044 ± 0.012 |
| Loveland | 0.056 ± 0.025 | 1.01 ± 0.03 | 0.055 ± 0.025 |
| Loveland | 0.045 ± 0.008 | 1.09 ± 0.02 | 0.041 ± 0.007 |
| Loveland | 0.026 ± 0.006 | 1.23 ± 0.02 | 0.021 ± 0.005 |
| Loveland | 0.043 ± 0.005 | 1.00 ± 0.01 | 0.043 ± 0.005 |
| Brighton | 0.093 ± 0.009 | 5.13 ± 0.04 | 0.018 ± 0.002 |
| Cripple Creek | 0.140 ± 0.027 | 3.01 ± 0.07 | 0.047 ± 0.009 |
| Cripple Creek | 0.052 ± 0.012 | 1.10 ± 0.02 | 0.047 ± 0.011 |
| Cripple Creek | 0.117 ± 0.015 | 3.76 ± 0.03 | 0.031 ± 0.004 |
|  |  | Weighted average† | 0.034 ± 0.005 |

\* Soil samples, 0–1.0 cm depth and $\sim$1000 cm$^2$ area collected September 1969—January 1970 (Errors tabulated represent one standard deviation).

† Weighting is inversely proportional to the per cent error represented by one standard deviation.

540 PLUTONIUM-239 AND AMERICIUM-241 CONTAMINATION IN THE DENVER AREA

Table 2. Plutonium-239 and $^{90}$Sr in surface soils in the Denver area*

| Location† | Collection date | $^{239}$Pu (dpm/g) | $^{90}$Sr (dpm/g) | $^{239}$Pu/$^{90}$Sr (activity ratio) |
|---|---|---|---|---|
| A | 8/25/69 | 1.29 ± 0.06 | 1.13 ± 0.03 | 1.14 ± 0.06 |
| B | 8/25/69 | 2.33 ± 0.11 | 2.14 ± 0.01 | 1.08 ± 0.05 |
| B | 8/25/69 | 13.5 ± 0.9 | 1.59 ± 0.02 | 8.49 ± 0.58 |
| C | 8/25/69 | 0.092 ± 0.018 | 0.57 ± 0.02 | 0.16 ± 0.03 |
| C | 8/25/69 | 0.057 ± 0.014 | 0.72 ± 0.05 | 0.079 ± 0.020 |
| D | 9/18/69 | 0.128 ± 0.009 | 0.29 ± 0.01 | 0.44 ± 0.04 |
| E | 9/18/69 | 0.279 ± 0.015 | 4.08 ± 0.08 | 0.068 ± 0.004 |
| F | 9/18/69 | 0.209 ± 0.020 | 2.93 ± 0.07 | 0.0713 ± 0.007 |
| G | 10/2/69 | 0.314 ± 0.022 | 5.58 ± 0.10 | 0.0563 ± 0.004 |
| H | 10/2/69 | 0.129 ± 0.018 | 2.04 ± 0.03 | 0.063 ± 0.009 |
| I | 10/2/69 | 1.72 ± 0.08 | 0.45 ± 0.02 | 3.8 ± 0.2 |
| J | 10/2/69 | 1.15 ± 0.05 | 0.91 ± 0.04 | 1.3 ± 0.1 |
| K | 10/2/69 | 0.881 ± 0.044 | 1.75 ± 0.03 | 0.503 ± 0.027 |
| L | 10/2/69 | 0.116 ± 0.017 | 0.52 ± 0.01 | 0.22 ± 0.03 |
| M | 10/2/69 | 0.370 ± 0.030 | 1.31 ± 0.03 | 0.282 ± 0.024 |
| N | 10/2/69 | 1.34 ± 0.05 | 2.28 ± 0.08 | 0.588 ± 0.030 |
| O | 11/20/69 | 0.068 ± 0.011 | 1.96 ± 0.02 | 0.035 ± 0.006 |
| P | 11/20/69 | 0.108 ± 0.015 | 1.41 ± 0.02 | 0.077 ± 0.011 |
| Q | 11/20/69 | 0.040 ± 0.007 | 0.79 ± 0.02 | 0.051 ± 0.009 |
| R | 11/20/69 | 0.078 ± 0.016 | 1.00 ± 0.03 | 0.078 ± 0.016 |
| S | 11/20/69 | 0.102 ± 0.011 | 0.61 ± 0.02 | 0.17 ± 0.02 |
| T | 11/20/69 | 0.175 ± 0.038 | — | — |
| U | 11/20/69 | 0.320 ± 0.012 | 2.06 ± 0.02 | 0.16 ± 0.01 |
| V | 11/20/69 | 0.543 ± 0.027 | 1.80 ± 0.02 | 0.302 ± 0.015 |
| W | 11/20/69 | 0.033 ± 0.009 | 0.51 ± 0.02 | 0.065 ± 0.018 |
| X | 11/20/69 | 0.187 ± 0.017 | 2.38 ± 0.04 | 0.079 ± 0.007 |
| Y | 11/20/69 | 0.420 ± 0.025 | 3.53 ± 0.05 | 0.119 ± 0.007 |
| $Z_1$ | 1/28/70 | 0.117 ± 0.022 | 2.79 ± 0.03 | 0.042 ± 0.008 |
| $Z_2$ | 1/28/70 | 0.239 ± 0.041 | 1.54 ± 0.03 | 0.155 ± 0.027 |
| $Z_3$ | 11/18/69 | 0.304 ± 0.023 | 4.84 ± 0.10 | 0.063 ± 0.005 |
| Derby | 1/28/70 | 0.052 ± 0.009 | 0.37 ± 0.01 | 0.14 ± 0.02 |
| NE Denver | 1/28/70 | 0.104 ± 0.013 | 1.07 ± 0.03 | 0.097 ± 0.013 |
| Aurora | 1/28/70 | 0.055 ± 0.016 | 0.34 ± 0.02 | 0.16 ± 0.05 |
| E Denver | 1/28/70 | 0.106 ± 0.018 | 0.58 ± 0.02 | 0.18 ± 0.03 |
| SE Denver | 1/28/70 | 0.091 ± 0.014 | 1.25 ± 0.02 | 0.073 ± 0.011 |
| SW Denver | 1/28/70 | 0.068 ± 0.009 | 1.15 ± 0.03 | 0.059 ± 0.008 |
| Golden | 1/28/70 | 0.088 ± 0.012 | 0.95 ± 0.02 | 0.093 ± 0.013 |

* Soil samples 0–1.0 cm depth and ~1000 cm$^2$ area (errors tabulated represent one standard deviation).
† Soil sampling sites near the Rocky Flats plant are indicated by capital letters on the map, Fig. 1.

of agreement of results for these two sites, which are near the contaminant source, are attributed to the presence of relatively large Pu particles. The difference in results for two 10 g samples from site B is equivalent to the alpha activity of one 6 $\mu$ diameter particle of $^{239}$PuO$_2$.

### 3. RESULTS AND DISCUSSION

(a) *Plutonium-239 and $^{90}$Sr in surface soils*

Our initial assessment of the presence of $^{239}$Pu contamination in offsite areas surrounding the Rocky Flats plutonium plant involved the collection of surface soil samples of 1 cm depth. The samples were subjected to both $^{90}$Sr and $^{239}$Pu assay in order to provide basis for distinguishing between $^{239}$Pu from the Rocky Flats plant and that from nuclear weapons tests. The $^{239}$Pu/$^{90}$Sr activity ratio observed for airborne debris from nuclear tests ranges from 0.016 to 0.041.[15,16] The cumulative total of $^{239}$Pu and $^{90}$Sr fallout from nuclear tests deposited in Derby, Colorado up to 1970 is

reported[16,17] to be 1.5 mCi $^{239}$Pu/km$^2$ and 65 mCi $^{90}$Sr/km$^2$. This corresponds to a $^{239}$Pu/$^{90}$Sr activity ratio of 0.023 for the cumulative fallout (averaged over its full depth distribution) in the Denver area soils. However because Derby is only 17 miles east of Rocky Flats and appears to have received some $^{239}$Pu from the plant (Table 2 and discussion), 0.023 perhaps should be considered an upper limit for the cumulative fallout ratio. HARLEY[19] reported a $^{239}$Pu/$^{90}$Sr production ratio of 0.017 for Northern Hemisphere fallout, corresponding to a ratio of 0.023 for cumulative fallout in 1971 after correction for $^{90}$Sr decay. The $^{239}$Pu/$^{90}$Sr activity ratios for the top 1 cm depth layer of soils in Colorado eastern slope areas at some distance from Rocky Flats, Table 1, range from 0.018 to 0.055 with a weighted average of 0.034 ± 0.005. This average ratio of 0.034 for surface soils is higher than the ratio 0.023 for cumulative fallout. The difference may be explained either by the more rapid transport of water soluble $^{90}$Sr to greater depths by the action of soil moisture than is the case for insoluble $^{239}$Pu or by the presence of $^{239}$Pu from sources of different $^{239}$Pu/$^{90}$Sr ratio.

Results for surface soils collected in offsite areas around the plant at locations shown in Fig. 1 and elsewhere in the Denver area are listed in Table 2. The highest $^{239}$Pu concentrations were observed in areas east of the plant (Table 2 and Fig. 1).

The contribution of $^{239}$Pu from Rocky Flats relative to that from nuclear tests can be estimated by dividing the $^{239}$Pu/$^{90}$Sr ratios (last column, Table 2) by 0.034, the average $^{239}$Pu/$^{90}$Sr ratio for surface soils at more distant locations (Table 1), and subtracting 1. Thus the Rocky Flats contribution ranges from 250 times fallout at a distance of 2 miles east of the plant (site B) to 10 times fallout in Westminster, 8 miles east of the plant (site U) and to several times fallout in the eastern suburbs of Denver (Table 2). These estimates apply only for the $^{239}$Pu present in the top 1 cm depth of undisturbed soils.

(b) *Plutonium-239 versus depth*

The depth distribution of $^{239}$Pu and $^{90}$Sr was determined in soil samples collected from selected sites in the contaminated area east of the Rocky Flats plant and the results are presented in Table 3. Profiles number 1, 2 and 6, Table 3, were collected in undisturbed grassy areas and show that most of the $^{239}$Pu contamination from Rocky Flats is concentrated in a thin layer at the soil surface. On first consideration the data for these three undisturbed profiles suggest that $^{90}$Sr is transported downward more rapidly than $^{239}$Pu by the action of soil moisture and other weathering processes. However even the lowest soil horizons show $^{239}$Pu/$^{90}$Sr ratios (Table 3, last column) which equal or exceed 0.023, the $^{239}$Pu/$^{90}$Sr ratio for cumulative fallout from nuclear tests. Thus we have no unequivocal evidence that $^{90}$Sr is transported downward more rapidly than $^{239}$Pu in undisturbed soils in Colorado eastern slope areas. The concentration of $^{239}$Pu at the soil surface in areas immediately east of Rocky Flats is attributed to the recent arrival of $^{239}$Pu contamination from the plant site (see below).

KREY and HARDY[17] report a large fraction of the total $^{239}$Pu at greater soil depths. However this observation applies only for soil samples from locations some distance from the more heavily contaminated area east of the plant or for disturbed soils.

Soil samples for profile number 3, Table 3, were collected on 20 November 1969 at a fence line in a roadside depression at site I. For this profile, the low surface concentration of $^{239}$Pu compared to that of a surface sample collected at this site on 2 October 1969 (Table 2) as well as the irregular depth distribution of the $^{239}$Pu were, at first, difficult to explain. When this site was revisited again in January 1970, it was observed that more than 3 ft of dirt had accumulated in some sections of this roadside depression as a result of wind erosion of a large plowed area west of the site. It is evident that a depression such as site I is an area which accumulates windblown soil material and thus is a disturbed site, unsuitable for soil sampling.

(c) *Offsite contaminant origin*

In an attempt to date the period of arrival of the offsite contamination and thereby establish the source of the offsite $^{239}$Pu, two soil profiles were collected on an earth dam between sites J and L, Fig. 1, and two others nearby



FIG. 1. Dow Chemical Company Rocky Flats plutonium plant and surrounding areas. Capital letters indicate soil sampling sites (see Tables 2 and 3 for $^{239}$Pu and $^{90}$Sr results).

(profiles 4–7, Table 3). The accumulation of $^{239}$Pu on the earth dam (profiles 4 and 5, Table 3) amounts to only a few per cent of the total $^{239}$Pu accumulated at nearby sites (profiles 6 and 7, Table 3). It is evident that most of the offsite contamination east of the Rocky Flats plant was deposited before April 1969 when construction of the earth dam was completed. Thus the 11 May 1969 fire at the Rocky Flats plant could not have contributed significantly to the offsite $^{239}$Pu contamination in this area. The $^{239}$Pu on the earth dam provides an indication of the amount accumulated due to local redistribution of surface soil contamination in

S. E. POET and E. A. MARTELL 543

Table 3. *Vertical profiles of $^{239}$Pu and $^{90}$Sr in soils in the contaminated area east of Rocky Flats*

| Profile No. | Location* (date collected) | Depth (cm) | $^{239}$Pu (dpm/g) | $^{90}$Sr (dpm/g) | $^{239}$Pu/$^{90}$Sr (activity ratio) |
|---|---|---|---|---|---|
| 1 | J (12/17/69) | 0–0.3 | 4.64 ± 0.40 | 2.61 ± 0.07 | 1.78 ± 0.16 |
|   |   | 0.3–1.3 | 1.73 ± 0.09 | 2.67 ± 0.06 | 0.648 ± 0.037 |
|   |   | 1.3–2.5 | 0.070 ± 0.011 | 1.72 ± 0.04 | 0.041 ± 0.007 |
|   |   | 2.5–5.0 | 0.018 ± 0.005 | 1.26 ± 0.03 | 0.014 ± 0.004 |
|   |   | 5.0–7.5 | 0.020 ± 0.006 | 0.39 ± 0.02 | 0.051 ± 0.016 |
|   |   | 7.5–10.0 | 0.017 ± 0.008 | 0.13 ± 0.01 | 0.13 ± 0.06 |
| 2 | K (12/17/69) | 0–0.3 | 5.02 ± 0.17 | 1.62 ± 0.03 | 3.10 ± 0.12 |
|   |   | 0.3–1.3 | 0.89 ± 0.13 | 1.28 ± 0.04 | 0.70 ± 0.10 |
|   |   | 1.3–2.5 | 0.121 ± 0.030 | 1.31 ± 0.01 | 0.092 ± 0.023 |
| 3 | I (11/20/69) | 0–0.3 | 0.090 ± 0.022 | 0.77 ± 0.01 | 0.12 ± 0.03 |
|   |   | 0.3–0.7 | 0.049 ± 0.010 | 0.60 ± 0.02 | 0.082 ± 0.017 |
|   |   | 1.3–2.5 | 0.044 ± 0.006 | 0.56 ± 0.02 | 0.078 ± 0.011 |
|   |   | 5.0–7.5 | 0.078 ± 0.019 | 0.70 ± 0.03 | 0.11 ± 0.03 |
|   |   | 12.7–14.0 | 0.096 ± 0.016 | 0.58 ± 0.01 | 0.17 ± 0.03 |
| 4 | Site No. 1 on Earth Dam† between J and L constructed in March and April 1969 (2/10/70) | 0–0.3 | 0.050 ± 0.013 | 0.15 ± 0.01 | 0.33 ± 0.09 |
|   |   | 0.3–1.3 | 0.047 ± 0.018 | 0.23 ± 0.02 | 0.20 ± 0.08 |
|   |   | 1.3–2.5 | 0.046 ± 0.005 | 0.16 ± 0.02 | 0.29 ± 0.05 |
|   |   | 2.5–5.0 | 0.006 ± 0.005 |   |   |
|   |   | 5.0–7.5 | 0.009 ± 0.005 |   |   |
| 5 | Site No. 2 on Earth Dam† (2/10/70) | 0–0.3 | 0.182 ± 0.008 | 0.33 ± 0.02 | 0.56 ± 0.04 |
|   |   | 0.3–1.3 | 0.029 ± 0.007 | 0.18 ± 0.01 | 0.16 ± 0.04 |
|   |   | 1.3–2.5 | 0.057 ± 0.018 | 0.08 ± 0.01 | 0.7 ± 0.2 |
|   |   | 2.5–5.0 | 0.014 ± 0.004 | 0.06 ± 0.01 | 0.2 ± 0.1 |
|   |   | 5.0–7.5 | 0.068 ± 0.014 | 0.13 ± 0.02 | 0.52 ± 0.13 |
|   |   | 7.5–10.0 | 0.010 ± 0.005 | 0.02 ± 0.02 | 0.5 ± 0.6 |
| 6 | Area 600' from Earth Dam undisturbed at least 8 yr (2/10/70) | 0–0.3 | 2.39 ± 0.10 | 2.08 ± 0.03 | 1.15 ± 0.05 |
|   |   | 0.3–1.3 | 0.512 ± 0.036 | 1.67 ± 0.04 | 0.307 ± 0.023 |
|   |   | 1.3–2.5 | 0.048 ± 0.006 | 1.13 ± 0.03 | 0.043 ± 0.005 |
|   |   | 2.5–5.0 | 0.019 ± 0.005 | 0.75 ± 0.08 | 0.025 ± 0.007 |
|   |   | 7.5–10.0 | 0.004 ± 0.004 | 0.34 ± 0.02 | 0.01 ± 0.01 |
| 7 | Irrigated pasture area 300' from Earth Dam last ploughed in 1966 or 1967 (2/10/70) | 0–0.3 | 1.62 ± 0.08 | 0.78 ± 0.04 | 2.1 ± 0.2 |
|   |   | 0.3–1.3 | 0.82 ± 0.04 | 0.52 ± 0.02 | 1.6 ± 0.1 |
|   |   | 1.3–2.5 | 2.07 ± 0.08 | 0.39 ± 0.01 | 5.3 ± 0.2 |
|   |   | 2.5–5.0 | 0.159 ± 0.027 | 0.71 ± 0.02 | 0.22 ± 0.04 |
|   |   | 5.0–7.5 | 0.060 ± 0.015 | 0.57 ± 0.03 | 0.11 ± 0.03 |
|   |   | 7.5–10.0 | 0.107 ± 0.007 | 0.54 ± 0.03 | 0.20 ± 0.02 |

\* Locations indicated by capital letters are shown on the map, Fig. 1.
† Surface samples of 0.3 cm depth from 3 other sites on the Earth Dam showed 0.076 ± 0.013, 0.133 ± 0.016 and 0.080 ± 0.008 dpm $^{239}$Pu/g soil.

the 10 month period between dam construction and sample collection. However because of the unusual configuration of the terrain at the dam site and the presence of exposed subsoil immediately upwind, this apparent rate of redistribution may not represent that for more regular and undisturbed terrain.

The very irregular depth distribution of $^{239}$Pu and $^{90}$Sr in soil profile 7, Table 3, compared to their smooth trend in undisturbed soil profiles 1 and 6, Table 3, may be due to the action of irrigation as well as plowing. The high $^{239}$Pu in this profile is confined to the upper 2.5 cm depth, indicating that most of the offsite Pu contamination had accumulated at this location since it was plowed in 1966. Thus the 1957 fire did not contribute substantially to the more heavily contaminated area east of the plant.

The period of accumulation of most of the offsite $^{239}$Pu contamination east of the plant, 1966 to April 1969, corresponds closely to the period the oil spill area contamination was exposed to the action of winds, between 1967 when the drums were reprocessed and July 1969 when the spill area was paved.[20] Thus it is concluded that Pu from the spill area was the main source of contamination in the contoured area, Fig. 2.

(d) *Plutonium-239 in surface waters and sediments*

Results of $^{239}$Pu measurements in local surface waters and sediments are summarized in Table 4. The highest levels of $^{239}$Pu are observed in the pond at A (Fig. 1) and in Great Western Reservoir, part of the Broomfield water supply. Both are fed by Walnut Creek which receives liquid waste effluents from the Rocky Flats plant after they have passed through several liquid waste holding ponds on the plant site. The results show that $^{239}$Pu is highly adsorbed on sediments and suggest that the $^{239}$Pu in liquid effluents may be largely concentrated on sediments within the holding ponds and along Walnut Creek and perhaps in the pond at A as well. Levels of $^{239}$Pu in mud and silt of Great Western Reservoir are comparable to $^{239}$Pu in nearby surface soils (Table 2). Thus $^{239}$Pu already present in Great Western Reservoir may be explained by airborne debris from the spill area rather than by accumulation of liquid wastes.

Local surface waters all show $^{239}$Pu concentrations appreciably higher than that of Boyd Lake in Loveland, Colorado. However, results for Boyd Lake, about 40 miles north of Rocky Flats, are not necessarily representative of $^{239}$Pu levels from nuclear tests. The maximum permissible concentration of $^{239}$Pu in water applicable to exposure of the general public is $5 \times 10^{-6}$ $\mu$Ci/ml,[21] corresponding to $11 \times 10^3$ dpm/l. Thus the observed range of concentrations of $^{239}$Pu in surface waters, Table 4, are well below the recommended standard. However because $^{239}$Pu is concentrated by adsorption on sediments, uptake of $^{239}$Pu in fish, plants, and other biological material merits investigation. Algae taken from Great Western Reservoir contained 2.1 dpm $^{239}$Pu per gram of dried algae (Table 5), a level appreciably higher than that of sediment samples from this reservoir (Table 4).

(e) *Americium-241 contamination*

A full appreciation of the nature and significance of the alpha radioactivity contamination

Table 4. *Plutonium-239 in surface waters and sediments*

| Sample location | Collection date | $^{239}$Pu in water (dpm/l.)† | $^{239}$Pu in sediments (dpm/g)† |
|---|---|---|---|
| Pond A* | 8/25/69 | 0.432 ± 0.030 | 6.99 ± 0.30 |
| Pond A* | 8/25/69 | — | 18.2 ± 1.2 |
| Pond A* | 8/25/69 | — | 4.82 ± 0.21 |
| Pond A* | 7/15/70 | 1.81 ± 0.18 | — |
| Great Western Reservoir* | 10/2/69 | 0.214 ± 0.007 | 0.142 ± 0.016 |
| Great Western Reservoir* | 7/15/70 | 0.046 ± 0.008 | 0.454 ± 0.051 |
| Calkins Lake* | 9/10/69 | 0.016 ± 0.004 | 0.109 ± 0.009 |
| Ralston Reservoir* | 9/18/69 | 0.025 ± 0.004 | — |
| Boulder Reservoir (NE of Boulder) | 9/11/69 | 0.016 ± 0.016 | 0.015 ± 0.004 |
| Dodd's Lake (NE of Boulder) | 8/31/69 | 0.023 ± 0.004 | — |
|  | 9/11/69 | 0.029 ± 0.014 | — |
| Boyd Lake (Loveland, Colo.) | 9/22/69 | 0.003 ± 0.002 | 0.014 ± 0.004 |
| Tap water, Broomfield, Colo.‡ | 2/5/70 | 0.038 ± 0.005 | — |

\* Locations shown on map, Fig. 1.
† Errors tabulated represent one standard deviation.
‡ Broomfield draws part of its water supply from Great Western Reservoir.



FIG. 2. Plutonium-239 accumulation in soils surrounding the Dow Chemical Company Rocky Flats plutonium plant, KREY and HARDY.[17]

S. E. POET and E. A. MARTELL 545

Table 5. Americium-241 and $^{239}$Pu in environmental samples

| Sample description* | Collection date | $^{241}$Am (dpm/g)† | $^{239}$Pu (dpm/g)† | $^{241}$Am/$^{239}$Pu (activity ratio) |
|---|---|---|---|---|
| Soil, E | 9/18/69 | 0.030 ± 0.018 | 0.246 ± 0.021 | 0.12 ± 0.07 |
| Soil, J | 10/2/69 | 0.30 ± 0.04 | 7.75 ± 0.95 | 0.04 ± 0.01 |
| Soil, N | 10/2/69 | 0.13 ± 0.02 | 0.90 ± 0.05 | 0.14 ± 0.02 |
| Soil, U | 11/20/69 | 0.030 ± 0.013 | 0.89 ± 0.05 | 0.034 ± 0.015 |
| Soil, (surface Profile 6, Table 3) | 2/10/70 | 0.48 ± 0.07 | 2.88 ± 0.34 | 0.17 ± 0.03 |
| Sediment (Pond at A) | 8/25/69 | 2.8 ± 0.8 | 18.2 ± 1.2 | 0.15 ± 0.05 |
| Sediment (Great Western) | 10/2/69 | 0.06 ± 0.03 | 0.19 ± 0.03 | 0.3 ± 0.2 |
| Sediment (Great Western) | 10/2/70 | 0.07 ± 0.04 | 0.45 ± 0.05 | 0.2 ± 0.1 |
| Algae, genus *Rhizoclonium* (Great Western) | 10/2/70 | 0.26 ± 0.07 | 2.12 ± 0.21 | 0.12 ± 0.04 |
| Water (Pond at A) | 7/15/70 | 0.43 ± 0.13‡ | 1.81 ± 0.18‡ | 0.24 ± 0.08 |

\* Locations shown in Fig. 1.
† Errors tabulated represent one standard deviation.
‡ Activity in dpm/l.

west of Denver requires the assessment of present and future levels of $^{241}$Am and its distribution in the environment. Americium-241 is an alpha emitting isotope of the man-made transuranium element, americium. The presence of $^{241}$Am in the Denver area contamination stems from its growth from $^{241}$Pu, present in the Rocky Flats plutonium mixture. OWEN[6] reports that most of the plutonium processed at Rocky Flats has an isotopic composition as follows: <1% $^{238}$Pu, ~93% $^{239}$Pu, ~6% $^{240}$Pu, <1.0% $^{241}$Pu and <0.1% $^{242}$Pu. The $^{241}$Pu decays by $\beta^-$ emission with a half-life of 13 yr. The $^{241}$Am, which emits 5.5 MeV $\alpha$ particles with a half-life of 460 yr, will attain its maximum radioactivity contribution when the $^{241}$Pu is substantially depleted by radioactive decay, about 70–80 yr after chemical purification of the plutonium mixture. At that time the $^{241}$Am alpha activity which would correspond to an initial $^{241}$Pu abundance of 1.0% would add another 54% to the total $\alpha$ activity of Pu. For lower $^{241}$Pu abundances the $^{241}$Am would be correspondingly lower. However these estimates do not include the contribution of independent releases of $^{241}$Am in liquid and airborne effluent which may result from the processing of chemically separated $^{241}$Am at the Rocky Flats plant.[6]

Our results for $^{241}$Am and $^{239}$Pu measurements of environmental samples from the contaminated area east of Rocky Flats are summarized in Table 5. Our separation procedure for Am gave low recovery yields, which, coupled with the low total sample activities, resulted in large errors for some of the $^{241}$Am results. The results (Table 5) show that present levels of $^{241}$Am range between 3 and 30% of the $^{239}$Pu activity. The variable concentration ratios are not inconsistent with $^{241}$Am growth in Pu contaminant mixtures of various ages (times since Pu purification within the 20 yr period of Rocky Flats plant operation) and with various $^{241}$Pu parent abundances, less than 1% of the Pu isotope mixture. It also is possible that differences in the chemical properties of $^{241}$Am and $^{239}$Pu give rise to their fractionation or separation by action of physical, chemical, and biological processes in the environment. Thus as the offsite contamination continues to age and the $^{241}$Am increases due to $^{241}$Pu decay, the $^{241}$Am activity may approach or even exceed the $^{239}$Pu activity of some environmental materials. For this reason it is important to carry out $^{241}$Am as well as $^{239}$Pu measurements in environmental surveys in the future in order to assess the full extent of $^{241}$Am growth as well as to evaluate weathering and fractionation processes.

(*f*) *Plutonium-239 distribution*

Results of an independent study of the $^{239}$Pu and $^{90}$Sr in soils surrounding the Rocky Flats plant, reported by KREY and HARDY[17,18] provide added information on the contaminant

distribution. Krey and Hardy collected soil samples to a depth of 20 cm and thus their results should represent the total cumulative deposition, or nearly so. Their results for the $^{239}$Pu distribution in the more heavily contaminated areas east of the plant are summarized in the contour map, Fig. 2. Based on soil measurements at Derby, Colorado, fallout from nuclear tests has contributed about 1.5 mCi $^{239}$Pu/km$^2$ in this area. Thus the Rocky Flats plant contribution to the total $^{239}$Pu contamination, Fig. 2, ranges from about 1300 times fallout at the east edge of the plant (the 2000 mCi/km$^2$ contour) to about equal that of fallout at the 3 mCi/km$^2$ contour. Our depth distribution of $^{239}$Pu for undisturbed soils (profiles 1, 2, 6, Table 3) show that $^{239}$Pu contamination from the plant is largely confined to the upper 1 or 2 cm depth within the contoured area, Fig. 2. When the depth distribution of the $^{239}$Pu and the location of each soil sample is considered, our results, Table 2, and those of KREY and HARDY,[17,18] Fig. 2, show reasonably good agreement.

KREY and HARDY[17] estimate that the total $^{239}$Pu from Rocky Flats plant in offsite areas within the 3 mCi/km$^2$ contour, Fig. 2, amounts to 2.6 Ci. Based on the $^{239}$Pu and $^{90}$Sr soil data[17,18] and taking 0.023 as the $^{239}$Pu/$^{90}$Sr activity ratio for cumulative fallout, we estimate an additional 4.0 Ci of $^{239}$Pu from Rocky Flats beyond the 3 mCi/km$^2$ contour out to 64 km distance in the northeast quadrant alone. On the same basis, the HASL results[17,18] for soils from Loveland, Plattville and LaSalle, Colorado (sites 48–65 km north and northeast of Rocky Flats) exhibit an average of 1.25 mCi $^{239}$Pu/km$^2$ attributable to Rocky Flats. The latter result indicates an appreciable contribution of $^{239}$Pu from the plant at and beyond 64 km distance to the northeast.

There are too few soil data to allow estimation of the amounts of $^{239}$Pu contamination from the plant outside the 3 mCi/km$^2$ contour in the southeast, southwest and northwest directions. Winds during the 11 September 1957 and 11 May 1969 fires would have carried the effluent Pu to the southeast and southwest, respectively. Thus the assessment of the total offsite $^{239}$Pu contamination is very incomplete.

### 4. CONCLUDING REMARKS

On the basis of the results presented in this paper it is concluded that most of the $^{239}$Pu contamination in the contaminated offsite area east of the Rocky Flats plant was deposited in the period 1966–1969, indicating that the $^{239}$Pu contaminated oil spill area on the plant site must be the main source. It also is clear that in undisturbed soils within the contaminated area most of the several curies of $^{239}$Pu present is concentrated in a shallow layer at the soil surface. The offsite $^{239}$Pu resulted from the wind re-entrainment of $^{239}$Pu on the ground surface in the spill area on the plant site. The $^{239}$Pu on soil surfaces in both onsite and offsite areas is subject to further redistribution by the action of winds. The possible significance of the offsite $^{239}$Pu contamination stems mainly from the inhalation exposures which occurred during its initial transport to offsite areas plus the added exposures resulting from subsequent resuspension of the deposited $^{239}$Pu by the further action of winds as well as by vehicular traffic and other activity. To the radiation dose from inhaled $^{239}$Pu must be added that contributed by $^{241}$Am, ultimately an additional 25–50%.

That inhalation exposures incurred during the period in which the offsite $^{239}$Pu contamination was accumulating may have been significant is indicated by approximate dose commitment estimates. SHLEIEN[22] estimated a 50 yr dose commitment of 160 mrem to the respiratory lymph nodes of people due to fallout $^{239}$Pu inhalation between May 1965 and March 1969. Over the full period of over 20 yr for all nuclear testing the corresponding 50 yr dose commitment would be about 10 times greater and therefore in excess of 1 rem. Within the contoured area, Fig. 2, where the $^{239}$Pu contaminant from Rocky Flats ranges from 2 to hundreds of times the total fallout $^{239}$Pu accumulation, the dose commitment would be correspondingly higher. Such an estimate assumes that the same proportion of $^{239}$Pu particles from Rocky Flats and from fallout are of respirable size. Although particles released by Pu fires are known to be of respirable size,[1] the size distribution of the airborne $^{239}$Pu transported from the spill area is not known.

The added inhalation exposures and dose commitments resulting from the disturbance of

contamination on soil surfaces are difficult to assess. That wind reentrainment of surface deposits takes place in the Rocky Flats area is amply illustrated by the fact that $^{239}$Pu deposited on the ground in the oil spill area on the plant site accounts for most of the offsite contamination east of the plant. The physical processes involved in the resuspension of deposited particles are described by BAGNOLD.[23] The erosion of soil surfaces and the resuspension of Pu particles can proceed effectively by the action of strong, gusty winds on dry, sparsely vegetated surfaces—conditions which are commonplace at Rocky Flats and its environs. Because most of the offsite Pu contaminant east of the Rocky Flats is concentrated at the soil surface it can be subjected to the wind reentrainment process repeatedly until it is extensively weathered or plowed. Contaminant deposited on paved surfaces and elsewhere in urban areas is more readily disturbed and resuspended by vehicular traffic and human activity. An understanding of these processes and of the inhalation exposures resulting from them is needed to assess the significance of $^{239}$Pu deposited on soils and other surfaces.

The distribution and origin of $^{239}$Pu in soils at greater distances from the Rocky Flats plant merits further investigation. Because effluent from the 1957 and 1969 fires would have been carried to the southeast and the southwest respectively, the distribution of $^{239}$Pu in soils out to greater distances in these two quadrants is needed to assess the total offsite $^{239}$Pu and the possible presence of areas of appreciable $^{239}$Pu contamination. In addition, the presence of $\sim$1.25 mCi $^{239}$Pu/km$^2$ attributable to Rocky Flats at distances 48–65 miles north and northeast of the plant require further investigation and explanation. Plutonium-239 from the oil spill area would be disturbed only by strong, gusty winds and carried eastward, conforming to the pattern of offsite contamination, Fig. 2. If the presence of curie quantities of $^{239}$Pu at appreciable distances to the north and northeast were to be explained by the accumulation of normal stack effluent from the plant, then the total of such effluents would exceed the reported total of 0.038 Ci[24] by more than two orders of magnitude.

No reliable estimate can be made of the $^{239}$Pu lung burdens acquired during the period of offsite $^{239}$Pu accumulation or due to its subsequent reentrainment In addition, even if the lung burdens were known, the cancer risk applicable to a given number and size of $^{239}$Pu particles in the lung and lymph nodes is highly uncertain. For discussion of this complex problem (which includes the possibility that the present permissible lung burden, 0.016 $\mu$Ci of $^{239}$Pu, involves a high risk) the reader is referred to several recent articles.[2,3,25,26] In view of the possibly significant inhalation exposures to people working in and downwind of the spill area or living in areas east of the plant, a medical follow-up of the exposed groups, to assess Pu lung burdens and their consequences, would appear to be in order. Occupational groups with potentially high exposures include those who worked in the oil spill area, handling and reprocessing oil drums and those who were involved in paving the spill area. We recommend that the $^{239}$Pu lung and lymph node burdens of domestic animals that have lived within the 10 mCi/km$^2$ contour area, Fig. 2, since 1966 be measured. Results of such measurements would provide a qualitative index for the inhalation exposures of the residents of this area.

*Acknowledgements*—We thank VERYL FRAHM and DAVID BUCKNER for their assistance in the collection and chemical processing of environmental samples. We also thank Dr. JOHN HARLEY who provided the calibrated standard solutions of $^{236}$Pu and $^{243}$Am.

## REFERENCES

1. J. R. MANN and R. A. KIRCHNER, *Health Phys.* **13**, 877 (1967).
2. R. N. DEAN and W. H. LANGHAM, *Health Phys.* **16**, 79 (1969).
3. D. P. GEESAMAN, An analysis of the carcinogenic risk from an insoluble alpha-emitting aerosol deposited in deep respiratory tissue, UCRL-50387, February and UCRL-50387 Addendum, October, Lawrence Radiation Laboratory, University of California Livermore (1968).
4. E. A. MARTELL, P. A. GOLDAN, J. J. KRAUSHAAR, D. W. SHEA and R. H. WILLIAMS, *Environment* **12**, 14 (1970).
5. D. C. HUNT, *Nuclear Safety* **12**, 85 (1971).
6. J. B. OWEN, Control of personnel exposures to external radiations in a plutonium chemical

7

548  PLUTONIUM-239 AND AMERICIUM-241 CONTAMINATION IN THE DENVER AREA

Plant, Dow Chemical Company Rocky Flats Division Report, RFP-1254 (1968).
7. E. E. CAMPBELL and W. D. MOSS, *Health Phys.* **11**, 737 (1965).
8. U.S. Atomic Energy Commission, Health and Safety Laboratory, Manual of Standard Procedures, NYO-4700 (1967).
9. Y. MIYAKE, Y. KATSURAGI and Y. SUGIMURA, *Paper Meteorol. Geophys. Tokyo* **19**, 267 (1968).
10. G. R. CHOPPEN and A. C. STRODE, *J. Inorg. nucl. Chem.* **55**, 377 (1960).
11. K. STREET and G. T. SEABORG, *J. Am. Chem. Soc.* **72**, 2790 (1950).
12. S. G. THOMPSON, B. C. HARVEY, G. R. CHOPPEN and G. T. SEABORG, *J. Am. Chem. Soc.* **76**, 6229 (1954).
13. S. M. SANDERS, JR. and S. C. LEIDT, *Health Phys.* **6**, 183 (1961).
14. R. F. MITCHELL, *Anal. Chem.* **32**, 326 (1960).
15. Y. MIYAKE, Y. KATSURAGI and Y. SUGIMURA, *J. Geophys. Res.* **75**, 2329 (1970).
16. P. J. MAGNO, P. E. KAUFFMAN and B. SHLEIEN, *Health Phys.* **13**, 1325 (1967).
17. P. W. KREY and E. P. HARDY, Plutonium in soil around the Rocky Flats plant, USAEC Report HASL-235, (1970).
18. E. P. HARDY, P. W. KREY and M. FEINER, Accumulated fallout strontium-90 in the Rocky Flats area, USAEC Report HASL-237, (1970).
19. J. H. HARLEY, Worldwide plutonium fallout from weapons tests, in: Proceedings of Environmental Plutonium Symposium, 13 Los Alamos Report LA-4756, (1971).
20. M. B. BILES, Summary of contaminated waste storage burial at the Rocky Flats plant site. Enclosure to letter M. B. Biles, Director AEC Division of Operational Safety to M. C. Waddell, Chairman, Colorado Health Planning Council, (1970).
21. U.S. Atomic Energy Commission, Rules and Regulations Title 10, Part 20, Standards for Protection Against Radiation, Appendix B, Table 11 (1965).
22. B. SHLEIEN, *Health Phys.* **18**, 267 (1970).
23. R. A. BAGNOLD, *Int. J. Air. Poll.* **2**, 357 (1960).
24. U.S. Atomic Energy Commission, Information Division, press release, (1970).
25. W. H. LANGHAM, The problem of large area plutonium contamination, in: Bureau of Radiological Health Seminar Program, Seminar Paper No. .002 (1968).
26. A. B. LONG, *Nuclear News* **14**, 69 (1971).

OCKY FLATS *Environmental* MASTER FILE *(Poet, Martell)* *Ed Martell*
Reprinted f.

0007792

70-67000-*R 199*
015

Key Words
Poet, S.E.
Martell, E.A.
Pu in soil
Americium
Soil sampling
Soil analysis

**PERGAMON PRESS**
OXFORD NEW YORK LONDON PARIS

