

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **92-CR-107**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROCKWELL INTERNATIONAL CORPORATION,

    Defendant.

FILED _March 26, 1992_
United States District Court
Denver, Colorado
James R. Manspeaker, Clerk
By _D. Hatchu_
    Deputy Clerk

---

### INFORMATION
42 U.S.C. § 6928(d)(2)
33 U.S.C. §§ 1311(a) and 1319(c)

---

The United States Attorney charges that:

### INTRODUCTION

1. At all times material herein, the Department of Energy ("DOE") was a department and agency of the United States Government responsible for making nuclear material for defense programs. The basic mission of DOE's defense activities was to produce nuclear material for weapons and naval fuel, and to manufacture nuclear weapons components. DOE was also engaged in research, development and testing programs for nuclear weapons and power systems. Most of DOE's defense activities were carried out at sixteen facilities across the United States.

2. At all times material herein, one of DOE's nuclear weapons facilities was the Rocky Flats Plant ("Rocky Flats"), located approximately sixteen miles northwest of Denver, Colorado, in northern Jefferson County between Golden and Boulder. Rocky Flats was built in 1951 and began operations in 1952. The total site covers approximately 6,550 acres and includes more than 100 buildings and other structures.

3. At all times material herein, Rocky Flats was owned by, and part of DOE. Rocky Flats was administered by DOE as part of its Albuquerque Operations Office, based in Albuquerque, New Mexico. DOE's management at Rocky Flats was known as the Rocky Flats Area Office.

4. Several creeks, including North Walnut Creek, South Walnut Creek and Woman Creek, cross Rocky Flats, flowing generally

west to east. Three series of holding ponds known as the A, B and C series ponds have been built along, and are connected to, the North Walnut Creek, South Walnut Creek and Woman Creek drainages, respectively. A spray irrigation area known as the East Spray Field has been used to dispose of treated wastewater and plant runoff, and consists of the North Spray Field, located north of the East Access Road, and the South Spray Field, located primarily south of the road.

5. At all times material herein, Defendant ROCKWELL INTERNATIONAL CORPORATION ("ROCKWELL") was a Delaware corporation headquartered in El Segundo, California. ROCKWELL managed, operated and maintained Rocky Flats for and on behalf of DOE from June 30, 1975, until December 31, 1989, under several contracts with DOE. Between 1985 and 1989, ROCKWELL employed approximately 5,000 - 6,000 people at Rocky Flats.

6. The Resource Conservation and Recovery Act of 1976 ("RCRA"), Title 42, United States Code, Sections 6901 et seq., as amended, prohibits the treatment, storage and disposal of hazardous wastes without a permit or interim status. In order to obtain a RCRA permit or interim status, a facility is required to, among other things, submit a RCRA Part A permit application in accordance with the regulations. Further, in order to treat, store or dispose of hazardous waste at an interim status facility, RCRA requires compliance with rules and regulations promulgated at Title 6, Colorado Code of Regulations 1007-3, Colorado Hazardous Waste Regulations ("6 C.C.R. 1007-3"), Parts 265 and 270.

7. As used herein, "hazardous wastes" are those substances and materials listed or otherwise identified as hazardous wastes in 6 C.C.R. 1007-3, Part 261.

8. "Mixed wastes" or "mixed hazardous wastes" are wastes which contain both radioactive wastes and non-radioactive hazardous wastes. "Low-level mixed wastes" are radioactive wastes containing transuranic material at or below 100 nanocuries per gram and also hazardous wastes.

9. On July 31, 1986, DOE, the United States Environmental Protection Agency ("EPA") and the Colorado Department of Health ("CDH") entered into a compliance agreement in which DOE agreed that Rocky Flats' low-level mixed wastes were RCRA-regulated by EPA and CDH.

10. On May 1, 1987, DOE issued a "final interpretive rule" under the Atomic Energy Act of 1954, Title 42, United States Code, Sections 2001 et seq., clarifying the applicability of RCRA to all DOE mixed wastes, including low-level mixed wastes. Under this rule, codified at Title 10, Code of Federal Regulations, Part 962, and effective June 1, 1987, the non-radioactive hazardous component of DOE mixed wastes is subject to RCRA regulation, while the actual

- 2 -

radionuclides suspended in the mixed waste is subject to Atomic Energy Act regulation.

11.  The Clean Water Act, Title 33, United States Code, Sections 1251 et seq., as amended, prohibits discharge of any pollutant from a point source into waters of the United States except in accordance with the terms and conditions of a National Pollutant Discharge Elimination System ("NPDES") permit, issued pursuant to Title 33, United States Code, Section 1342. On November 26, 1984, the EPA issued such a permit to Rocky Flats. Among other things, the NPDES permit set specific limits on the kinds of discharges that Rocky Flats could make, the amounts of specific pollutants that could be discharged and where the discharges could be made. The NPDES permit required Rocky Flats to monitor its discharges, and to report the results of such monitoring to EPA.

## COUNT 1
### (Illegal Storage of Hazardous Wastes)
### (42 U.S.C. § 6928(d)(2)(C))

On or about June 15-24, September 11-30 and December 7-16, 1987, February 15-24, May 6-25, July 18-27 and September 14-23, 1988, and February 6-15, 1989, in the State and District of Colorado, at Rocky Flats, at Building 788 and the 750 Pad, and on or about June 6-15, August 1-10 and December 5-14, 1988, and June 1-10, 1989, at the 904 Pad, ROCKWELL knowingly stored mixed hazardous wastes -- that is, pondcrete (including EP toxic cadmium wastes) and saltcrete (including EP toxic chromium wastes), in knowing violation of material requirements of applicable interim status standards, in failing to maintain and operate Building 788 and the 750 and 904 Pads in such a manner as to minimize the possibility of sudden or non-sudden releases of hazardous waste constituents to the environment, in violation of 6 C.C.R. 1007-3, Section 265.31; failing to remedy various deteriorations and malfunctions of equipment and structures on a schedule which would ensure that such problems did not lead to environmental risks, in violation of 6 C.C.R. 1007-3, Section 265.15 (c); failing, upon discovering that pondcrete and saltcrete containers were not in good condition and that some containers were leaking, to transfer the pondcrete and saltcrete from their containers to containers that were in good condition, and failing to manage the waste to prevent leaking, in violation of 6 C.C.R. 1007-3, Section 265.171; and handling and storing the pondcrete and saltcrete containers in a manner that may have ruptured the containers and caused them to leak, in violation of 6 C.C.R. 1007-3, Section 265.173; all in violation of Title 42, United States Code, Section 6928(d)(2)(C).

## COUNT 2
### (Illegal Storage of Hazardous Wastes)
### (42 U.S.C. § 6928(d)(2)(A))

On or about October 5-9, November 16-20 and December 14-18, 1987, and January 18-22, February 22-26, March 21-25, April 18-22 and May 16-20, 1988, in the State and District of Colorado, at Rocky Flats, ROCKWELL knowingly stored mixed hazardous wastes -- that is, pondcrete (including EP toxic cadmium wastes) and saltcrete (including EP toxic chromium wastes), at the 904 Pad, without a permit or interim status to store such wastes under Title 42, United States Code, Sections 6925 or 6926, in violation of Title 42, United States Code, Section 6928(d)(2)(A), and 6 C.C.R. 1007-3, Colorado Hazardous Waste Regulations, Sections 100.11 and 100.20.

## COUNT 3
### (Illegal Treatment, Storage of Hazardous Wastes)
### (42 U.S.C. § 6928(d)(2)(A))

On or about August 13-17, October 9-12 and 14-18, November 15-19 and 24-27 and December 17-18 and 20-25, 1987, and January 4-8, 23-27 and January 29-February 1, February 3-7, 20-24 and February 27-March 2, March 6-10 and April 8-12, 1988, in the State and District of Colorado, at Rocky Flats, ROCKWELL knowingly stored and treated, by way of solar evaporation, mixed hazardous wastes -- that is, concentrated salt brine, a corrosive hazardous waste, in a surface impoundment known as Solar Evaporation Pond 207C, without a permit or interim status to treat or store such wastes under Title 42, United States Code, Sections 6925 or 6926, in violation of Title 42, United States Code, Section 6928(d)(2)(A), and 6 C.C.R. 1007-3, Colorado Hazardous Waste Regulations, Sections 100.11 and 100.20.

## COUNT 4
### (Illegal Storage of Hazardous Wastes)
### (42 U.S.C. § 6928(d)(2)(A))

On or about September 21-30 and December 7-16, 1987, and March 14-23 and June 8-17, 1988, in the State and District of Colorado, at Rocky Flats, ROCKWELL knowingly stored mixed hazardous wastes -- that is, vacuum filter sludge (including EP toxic cadmium and chromium wastes), in Building 964, without a permit or interim status to store such wastes under Title 42, United States Code, Sections 6925 or 6926, in violation of Title 42, United States Code, Section 6928(d)(2)(A), and 6 C.C.R. 1007-3, Colorado Hazardous Waste Regulations, Sections 100.11 and 100.20.

## COUNT 5
### (Negligent Clean Water Violation)
### (33 U.S.C. § 1319(c)(1)(A))

On or about August 10-19 and November 12-21, 1987, and March 7-16, April 11-20, May 9-18 and November 9-18, 1988, in the State and District of Colorado, at Rocky Flats, ROCKWELL negligently violated conditions and limitations implementing Title 33, United States Code, Sections 1311 and 1317 in Rocky Flats' NPDES permit, concerning Part II, Section A (Management Requirements), Paragraph 1 (Change in Discharge), Part III (Other Requirements, Management Practices Plan) and Part II, Section A (Management Requirements), Paragraph 3 (Facilities Operation), in failing to report new, different and increased discharges of pollutants, failing to maintain, implement and follow a Management Practices Plan and failing to maintain in good working order and to operate as efficiently as possible all treatment and control facilities installed or used by Rockwell to achieve compliance with Rocky Flats' NPDES permit, in discharging and releasing non-sanitary industrial wastes (including toxic and hazardous substances) to Rocky Flats' sewage treatment plant, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A), and Title 40, Code of Federal Regulations, Subpart K.

## COUNT 6
### (Negligent Clean Water Violation)
### (33 U.S.C. § 1319(c)(1)(A))

On or about March 1, 15 and 30, 1988, in the State and District of Colorado, at Rocky Flats, ROCKWELL negligently violated a condition and limitation implementing Title 33, United States Code, Section 1311 in Rocky Flats' NPDES permit, in that ROCKWELL's discharges from Pond B-3 to Pond B-5 (Outfall No. 001) exceeded the allowable 30-Day Average effluent concentration for five-day Biochemical Oxygen Demand ("BOD-5") of 10 milligrams per liter, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).

## COUNT 7
### (Negligent Clean Water Violation)
### (33 U.S.C. § 1319(c)(1)(A))

On or about April 1, 8, 12, 16, 20 and 30, 1988, in the State and District of Colorado, at Rocky Flats, ROCKWELL negligently violated a condition and limitation implementing Title 33, United States Code, Section 1311 in Rocky Flats' NPDES permit, in that ROCKWELL's discharges from Pond B-3 to B-5 (Outfall No. 001) exceeded the allowable 30-Day Average effluent concentration for BOD-5 of 10 milligrams per liter, as well as the allowable 30-Day Average effluent concentration for fecal coliform of 200 organisms per

100 milliliters, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).

### COUNT 8
### (Negligent Clean Water Violation)
### (33 U.S.C. § 1319(c)(1)(A))

On or about May 1, 15 and 30, 1988, in the State and District of Colorado, at Rocky Flats, ROCKWELL negligently violated a condition and limitation implementing Title 33, United States Code, Section 1311 in Rocky Flats' NPDES permit, in that ROCKWELL's discharges from Pond B-3 to Pond B-5 (Outfall No. 001) exceeded the allowable 30-Day Average effluent concentration for BOD-5 of 10 milligrams per liter, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).

### COUNT 9
### (Knowing Clean Water Violation)
### (33 U.S.C. § 1319(c)(2)(A))

On or about May 18, June 19, July 9, 10 and 22, August 4, November 15, and December 4, 8, 9 and 25, 1987, January 4, March 2, April 22, May 19-20, November 14, and December 2, 9, 15 and 27, 1988, and January 7, February 1, 2, 8, 13, 20 and 25, March 4, 9, 28 and 30, April 11 and 21, May 10, 25 and 31, and June 5, 15 and 23, 1989, in the State and District of Colorado, at Rocky Flats, ROCKWELL knowingly violated conditions and limitations implementing Title 33, United States Code, Section 1311 in Rocky Flats' NPDES permit, concerning Part I, Section A, Paragraph 1 (Effluent Limitations - Outfall No. 001, Discharge from Pond B-3), Part II, Section A (Management Requirements), Paragraph 5 (Bypassing), and Part III (Other Requirements, Bypass of Treatment Facilities), in operating the East Spray Field contrary to good engineering practices and bypassing facilities necessary to maintain compliance with the terms and conditions of Rocky Flats' NPDES permit, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(2)(A).

### COUNT 10
### (Negligent Clean Water Violation)
### (33 U.S.C. § 1319(c)(1)(A))

On or about February 23-28 and March 2-3, 1989, inclusive, in the State and District of Colorado, at Rocky Flats, ROCKWELL negligently violated conditions and limitations implementing Title 33, United States Code, Sections 1311 and 1317 in Rocky Flats' NPDES permit, concerning Part III (Other Requirements, Management Practices Plan), Part I, Section A, Paragraph 1 (Effluent Limitations - Outfall No. 001, Discharge from Pond B-3), Part II, Section A

(Management Requirements), Paragraph 3 (Facilities Operation), and Paragraph 5 (Bypassing), and Part III (Other Requirements, Bypass of Treatment Facilities), in failing to maintain, implement and follow a Management Practices Plan and to maintain in good working order and operate as efficiently as possible all treatment and control facilities necessary to achieve compliance with Rocky Flats' NPDES permit, in discharging and releasing chromic acid, a toxic and hazardous substance, to Rocky Flats'. sewage treatment plant and Pond B-3, spray irrigating the chrome-contaminated wastewater at the East Spray Field contrary to good engineering practices and bypassing facilities necessary to maintain compliance with Rocky Flats' NPDES permit, in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A), Title 40, Code of Federal Regulations, Subpart K.

Respectfully submitted this March 26th, 1992.

MICHAEL J. NORTON  
United States Attorney  
District of Colorado  
U.S. Department of Justice

BARRY M. HARTMAN  
Acting Asst. Attorney General  
Environment and Natural  
  Resources Division  
U.S. Justice Department

KENNETH R. FIMBERG  
Assistant U.S. Attorney  
District of Colorado  
U.S. Department of Justice

PETER J. MURTHA  
Trial Attorney  
Environmental Crimes Section  
Environment and Natural  
  Resources Division  
U.S. Department of Justice

- 7 -