AO 106 Rev 3/87 Affidavit for Search Warrant   ATTACHMENT 3-A

# United States District Court

DISTRICT OF __COLORADO__

In the Matter of the Search of

Name, address or brief description of person, property or premises to be searched

The Rocky Flats Plant
U.S. Department of Energy
Rockwell International Corporation
Highway 93
Golden, Colorado  80402

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

I ____Jon S. Lipsky____ being duly sworn depose and say:

I am a(n) __Special Agent, Federal Bureau of Investigation__ (Official Title) and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

The Rocky Flats Plant, U.S. Department of Energy, Rockwell International Corporation, Highway 93, Golden, Colorado 80402, (as more particularly described in Attachment 1 incorporated here by reference)

in the ____State and____ District of ____Colorado____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

the property described on Attachment 2 (incorporated here by reference) which is

evidence or the means or instrumentalities of, or the fruits or other results of, criminal violations of the Resource Conservation and Recovery Act, 42 U.S.C. § 6928(d), the Federal Water Pollution Control Act, 33 U.S.C. §§ 1311(a) and 1319(c), and 18 U.S.C. §§ 1001 and 2.

The facts to support a finding of Probable Cause are set forth in Attachment 3, incorporated here by reference.

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Affiant   SPECIAL AGENT, FBI

Sworn to before me, and subscribed in my presence

Date _____    at   Denver, Colorado
                                      City and State

Name and Title of Judicial Officer    Signature of Judicial Officer

probable cause supporting the warrant, which is discussed in greater detail in Parts 3-10.

### Illegal Treatment, Storage and Disposal of Hazardous and Mixed Wastes

2.3. A careful review of voluminous documents submitted by Rockwell and DOE to EPA and CDH since 1986 reveals that Rocky Flats generates at least 35 to 40 hazardous or mixed wastes which are sent for "final disposal" to various on-site facilities which do not have RCRA permits or "interim status." The knowing treatment, storage or disposal of hazardous or mixed wastes without a permit or interim status is a RCRA felony, in violation of 42 U.S.C. § 6928(d)(2).

### Illegal Treatment of Hazardous and Mixed Wastes in an Unpermitted Incinerator

2.4. The investigation to date, including an examination of documents obtained from DOE and/or Rockwell, establishes probable cause to believe that Rocky Flats is using an outdated and unpermitted incinerator in Building 771 to illegally "treat" at least nine hazardous or mixed wastes in violation of the Resource Conservation and Recovery Act, 42 U.S.C. § 6928(d)(2).

2.5. While permit applications submitted by DOE and Rockwell over the past several years contemplated the incineration of a large variety and substantial quantity of hazardous and mixed wastes in a different incinerator in

- 12 -

Building 776, that incinerator, according to DOE and Rockwell, has never been operational.

2.6. Based upon the new incinerator's unavailability and mounting problems with Rocky Flats' legal capacity for storing hazardous and mixed wastes, there is probable cause to believe that the Building 771 incinerator has been illegally operated to treat or dispose of hazardous or mixed wastes, without a permit or interim status, in violation of 42 U.S.C. § 6928(d)(2).

## Illegal Discharge of Pollutants

2.7. Walnut Creek and Woman Creek are two surface waters which cross the Rocky Flats property. Both are "navigable waters" within the CWA's meaning, and both lead directly to public drinking water supplies at Great Western Reservoir and Standley Lake, respectively. On November 15 and 16, 1988, Rocky Flats discharged various chemicals into Walnut Creek which are not included in, or permitted by its CWA permit.

2.8. DOE's CWA permit also requires prior notification to EPA concerning any process change which will result in the discharge of new or different pollutants, such as the pollutants found in the November discharges, but such notification was not given. Further, FBI surveillance on three days in December 1988 revealed discharges from Rocky Flats' sewage treatment plant into Woman Creek on each day. DOE is not

- 13 -