Case No. 1:90-cv-00181-JLK   Document 1395-7   filed 07/08/05   USDC Colorado   pg 1 of 1

Saturday, December 7, 1985/Section B ★★

# METRO
### THE DENVER POST

OPINIONS,

# Park sought on radioactive land

By Thomas Graf
Denver Post Staff Writer

Jefferson County wants to build a 456-acre park near Rocky Flats on land that "undoubtedly" is contaminated with highly radioactive plutonium, Rocky Flats and county officials said Friday.

About 50 vacant acres directly north of the proposed park already have been found to have plutonium levels four times more than the maximum allowed by the Colorado Health Department for park land, said Charles Illsley, a resource specialist at Rocky Flats. That land is owned by the city of Broomfield.

Results of tests conducted by the health department on the proposed park site should be released early next year.

"Undoubtedly, land adjacent to the (Broomfield) land would have plutonium levels higher than the allowable limits," Illsley said.

Broomfield officials plan to have Rockwell International, operators of the nuclear weapons plant, plow and grade the 50 acres of contaminated land until the radiation levels are dissipated, Illsley said. The land will be used for open space.

Rockwell, which operates the facility for the U.S. Department of Energy, could use the same procedure to clean up the Jefferson County site if it is found to be contaminated, said Illsley.

"The really unknown thing is how many times we'll have to plow it to make it safe," he added. "We're hoping we can do it in one pass. If we don't, we'll have to do it again."

The proposed park is one mile east of Rocky Flats on the northwest corner of West 96th Avenue and Indiana Street. The open space land was doused with wind-blown radiation between 1958-1968, when plutonium-contaminated tanks began leaking on the east side of plant. The oil tanks were covered v gravel and asphalt in 1969.

In 1975, the landowners had s Rockwell International and the U.S. partment of Energy for $170 million contaminating the land. Jefferson Cou was named as a defendant in the law after the county commissioners refu

Please see **PARK** on

## Jeffco hopes to make park safe by plowing

**PARK** from Page 1-B

to rezone the land for residential development.

Broomfield and Jefferson County agreed to buy the land from the owners, the inheritors of the Church estate and Charles and Perry McKay, last July in an out-of-court settlement.

Jefferson County purchased the land for $1.15 million. Broomfield bought 968 acres surrounding the Great Western Reservoir for about $850,000. Each purchase was subsidized by $8.75 million that the Energy Department paid in the settlement.

Members of the Wheat Ridge United Neighborhoods Inc. have voiced concern that the county has purchased the land. The county now wants to develop "a park where children and adults will go for recreation — though they may ingest plutonium from it . . . one of the most destructive, cancer-causing contaminants," the group pointed out in a recent critical newsletter.

Jeffco Open Space Director Ray Printz said he will not develop the land without assurances from the state that any unsafe radiation levels were reduced.



The Denver Post / Bruce Gaut