Case No. 1:90-cv-00181-JLK   Document 1395-9   filed 07/08/05   USDC Colorado   pg 1 of 7

# Accelerating Cleanup: Path to Closure
# Rocky Flats Environmental Technology Site



Rocky Flats - 1998



Rocky Flats End State

Draft February 1998

"REVIEWED FOR CLASSIFICATION/UNCI"
BY: __Damon E. Derendinger  UNU__
DATE: __February 23, 1998__

DOE COOK 98 CLOSURE REQUEST     2945759

## 4.0   SCOPE, COST AND SCHEDULE

This section describes the scope, cost, and schedule of the Document. The methodology used to develop the cost estimate and schedule is also described. Summary costs and schedule information for the case can be found in this section.

### 4.1   General Site Narrative

Rocky Flats occupies an area of approximately 6,200 acres in northern Jefferson County, Colorado, approximately 15 miles northwest of Denver. From its first construction in the early 1950s, the original 2,520-acres Site developed into an industrial complex consisting of more than 700 facilities used for manufacturing, chemical processing, laboratory, support, research and development, and administrative facilities. The Site's main production and support facilities were located near the center of the Site, which occupies about 385 acres. In 1972 a surrounding 3,930-acre parcel was acquired to function as a security and safety "Buffer Zone" to "minimize problems arising from the proximity of an industrial facility to a residential community."

Land adjacent to the Buffer Zone is still used primarily for agricultural and mining purposes. In the 40 years since Rocky Flats was constructed, surrounding multi-use development has approached the Site and the population of the Denver metropolitan area has increased to approximately 2.2 million people living within a 50-mile radius of the Site.

From 1952 to 1989, the primary mission of the site (then called the Rocky Flats Plant) was the production of nuclear and non-nuclear components for nuclear weapons. During this time, activities generally consisted of radioactive (e.g., plutonium, uranium, etc.) and nonradioactive (e.g., stainless steel, beryllium, etc.) metal-working, fabrication and component assembly, and plutonium recovery and purification. Research and development in the fields of chemistry, physics, metallurgy, materials technology, nuclear safety, and mechanical engineering were conducted to advance the Site's mission.

In 1989, almost all of the Site's radioactive material production activities were suspended due to safety and environmental concerns related to Site operations. Additionally in 1989, the Site was placed on the Superfund National Priorities List. In 1992, when the production of the W-88 Trident Warhead was canceled, the nuclear weapons production role of Rocky Flats ended. Although production has ceased, many buildings store nuclear weapons components, other nuclear materials, and wastes. Extensive effort and manpower are required to maintain the facilities in a safe and secure condition.

Following cessation of production activities, the Site is challenged with the task of cleanup. Over the years, many of the facilities and much of the equipment used for the production of nuclear and non-nuclear weapons components are contaminated with radioactive materials and other hazardous materials. Further, the equipment that provides the safety envelopes for the nuclear buildings and the utility support systems are deteriorating and becoming increasingly unreliable with the passage of time

The longer these systems are required to be maintained in an operational state, the higher the cost of repair and replacement. Additionally, as a result of past disposal practices and planned and unplanned events, there have been releases, both wind borne and water borne, of radiological materials and hazardous waste into the environment, including portions of Rocky Flats and surrounding lands.

DOE COOK 98 CLOSURE REQUEST                     2945903

The greatest liability at the Site is the potential risk to health and safety posed by the presence of large amounts of SNM in various forms. Rocky Flats currently stores approximately 12.9 metric tons of plutonium and over 6 metric tons of highly enriched uranium. Much of this material has been stored in temporary packaging since 1989, following the abrupt cessation of nuclear materials production activities. It is this liability that is the major, early focus of the work described in this Document.

To focus management attention on accomplishing measurable progress toward the Rocky Flats intermediate site condition, all cleanup and environmental remediation work has been organized into 29 individual but well integrated and prioritized projects. Management responsibility for each project is assigned to a Project Manager who is accountable for achieving clearly defined cost, schedule, and performance objectives. The project approach reinforces the commitment to clean up Rocky Flats with a measurable and cost effective program.

### 4.2 Scope of Work to be Performed to Achieve the Intermediate Site Condition

The scope of work to be performed to achieve the intermediate site condition in this Document is described below.

*SNM Stabilization, Consolidation, and Storage Activities*

- A total of 6,600 kilograms of plutonium metal and 3,200 kilograms of plutonium compounds would be stabilized and packaged.

- Plutonium pits and other components would be shipped to DOE's Pantex facility, and plutonium metals and oxides would be shipped to offsite repositories.

- A total of 3,100 kilograms of plutonium contained within 106,000 kilograms of residue materials resulting from past production activities would be stabilized and repackaged, and the resulting TRU waste would be shipped to DOE's WIPP for disposal.

- A total of 6,700 kilograms of enriched uranium would be packaged and shipped offsite.

*Facility Decommissioning Activities*

The nearly 700 facilities and structures would be deactivated and demolished. Any new facilities constructed to temporarily manage radioactive wastes and plutonium would also be deactivated and demolished once the wastes and plutonium are shipped offsite.

*Waste Management Activities*

- LLW and LLMW would be treated and shipped offsite to either commercial or DOE facilities.

- New LLW management facilities and a TRU/TRM waste staging/shipping facility would either be constructed onsite or existing facilities retrofitted to accommodate these activities.

- Hazardous and sanitary waste would be shipped offsite for treatment and disposal.

- Clean construction debris from demolition would either be used as clean fill and disposed onsite or disposed offsite as industrial fill.

DOE COOK 98 CLOSURE REQUEST    2945904

- Some TRU waste would be shipped offsite to the Idaho National Engineering Laboratory for treatment, prior to disposal at WIPP.

- All TRU waste would be shipped to WIPP for disposal.

*Environmental Cleanup Activities*

- Approximately 6,100 acres would support open space uses. Any of the open space acreage could support future commercial uses, if desired, although the expectation is that only the current Industrial Area would have industrial or commercial reuse.

- Approximately 100 acres would be covered by man-made earthen caps that would be placed over any areas of contamination that remain, such as old landfills, to inhibit contaminant migration. These 100 acres would be restricted open space.

- Approximately 58 environmental remedial actions would be conducted to reduce or remove the sources of volatile organic and/or radiological contamination.

- Sources of contamination would be removed or controlled throughout the life of the project and after achievement of the end state, ensuring that State-mandated water quality standards were met.

- Continuous environmental monitoring would be performed throughout the life of the project (and beyond) to verify that the water quality standards were continuously met.

### 4.3   Cost and Schedule

This subsection presents the time and total estimated cost to accomplish the identified scope of work described above. This Document fully funds all recently negotiated RFCA milestones and DNFSB commitments, thus eliminating the need to renegotiate them. In addition, DOE, RFFO costs reflect a 5 percent per year efficiency gain. The major nuclear facilities are demolished by FY2007. The total cost for this case is estimated to be $7.3 billion in current dollars ($6.3 billion in constant 1998 dollars).

Figure 4-1 represents the funding profile by major Site activity and project. Table 4-1 shows the project completion profile.



**Figure 4-1
Funding Profile**

DOE COOK 98 CLOSURE REQUEST                    2945906

Table 4-1
Completion Profile

| PBS # | Title | FY 97 | FY 98 | FY 99 | FY 00 | FY 01 | FY 02 | FY 03 | FY 04 | FY 05 | FY 06 | FY 07 | FY 08 | FY 09 | FY 10 | Project Cost ($ in 1,000s) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | 97-06 Total | 07-out Total | Project Total |
| 001 | Buffer Zone Closure Project | | | | | | | | | | | | | | | 189,713 | 57,422 | 247,135 |
| 002 | Waste Management Project | | | | | | | | | | | | | | | 935,652 | 208,624 | 1,144,276 |
| 003 | Remediation Waste & Contingent Storage Project | | | | | | | | | | | | | | | 5,456 | 4,981 | 10,437 |
| 004 | SNM Capital Support Project | | | | | | | | | | | | | | | 17,846 | 0 | 17,846 |
| 005 | IAEA Project | | | | | | | | | | | | | | | 1,262 | 0 | 1,262 |
| 006 | SNM Consolidation Project | | | | | | | | | | | | | | | 54,151 | 0 | 54,151 |
| 007 | New Pu Interim Storage Vault | | | | | | | | | | | | | | | 1,644 | 0 | 1,644 |
| 008 | Pu Metals and Oxides Stabilization Project | | | | | | | | | | | | | | | 66,564 | 0 | 66,564 |
| 009 | Pu Solid Residue Stabilization Project | | | | | | | | | | | | | | | 476,016 | 0 | 476,016 |
| 010 | Pu Liquid Stabilization Project | | | | | | | | | | | | | | | 41,561 | 0 | 41,561 |
| 011 | Uranium Disposition Project | | | | | | | | | | | | | | | 13,142 | 0 | 13,142 |
| 012 | SNM Shipping Project | | | | | | | | | | | | | | | 31,458 | 0 | 31,458 |
| 013 | Closure Caps Project | | | | | | | | | | | | | | | 0 | 81,993 | 81,993 |
| 014 | Industrial Zone Closure Project | | | | | | | | | | | | | | | 266,109 | 64,116 | 330,224 |
| 015 | Miscellaneous Production Zone Cluster Closure Project | | | | | | | | | | | | | | | 109,717 | 26,785 | 136,502 |
| 016 | Bldg 371 Cluster Closure Project | | | | | | | | | | | | | | | 311,949 | 22,964 | 334,913 |
| 017 | Bldg 707/750 Cluster Closure Project | | | | | | | | | | | | | | | 233,373 | 9,015 | 242,388 |
| 018 | Bldg 771/774 Cluster Closure Project | | | | | | | | | | | | | | | 207,231 | 0 | 207,231 |
| 019 | Bldg 776/777 Cluster Closure Project | | | | | | | | | | | | | | | 223,197 | 13,635 | 236,832 |
| 020 | Bldg 881 Cluster Closure Project | | | | | | | | | | | | | | | 70,920 | 21,348 | 92,268 |
| 021 | Bldg 991 Cluster Closure Project | | | | | | | | | | | | | | | 17,001 | 0 | 17,001 |
| 022 | Bldg 779 Cluster Closure Project | | | | | | | | | | | | | | | 21,117 | 0 | 21,117 |
| 023 | Utilities & Infrastructure Project | | | | | | | | | | | | | | | 605,007 | 98,728 | 703,734 |
| 024 | Safeguards & Security Project | | | | | | | | | | | | | | | 411,546 | 37,963 | 449,509 |
| 025 | Infrastructure Improvement/Replacement Project | | | | | | | | | | | | | | | 84,685 | 0 | 84,685 |
| 026 | | | | | | | | | | | | | | | | 0 | 0 | 0 |
| 027 | Analytical Services Project | | | | | | | | | | | | | | | 64,425 | 18,902 | 83,327 |
| 028 | Work for Others Project | | | | | | | | | | | | | | | 769 | 0 | 769 |
| 029* | RFFO Program Direct Project | | | | | | | | | | | | | | | 676,449 | 179,475 | 855,925 |
| 030 | K-H Project Management | | | | | | | | | | | | | | | 1,199,542 | 160,177 | 1,359,719 |

* Includes National Program Funding

June 1998

Page 4-5

DOE COOK 98 CLOSURE REQUEST    2945907

### 4.4 Cost and Schedule Methodology

This section addresses the methodology and approach used to develop the cost estimate and schedule for this Document. The cost, schedule, and work scope for this Document are integrated by means of a common sitewide WBS.

<u>Work Breakdown Structure</u>

The WBS identifies all Site work and consolidates it into work segments. Each work segment is dissected into successive levels of detail until adequate management control is possible and individual tasks are fully defined, quantified, estimated, and scheduled. The WBS provides the basis for work scope definition, cost estimating, schedule projections, and reporting of all Site work.

The top two levels of the WBS represent the Site Vision as set forth in the preamble to the RFCA and the intermediate site condition to be achieved. The third level divides the work into cleanup and closure segments to achieve the intermediate site condition. Within a cleanup or closure segment (level 5 of the WBS) the work is divided by facility cluster, IHSS, capital project, or associated waste management or SNM work processes.

*The Rocky Flats WBS:*

- Depicts the hierarchical relationship between work elements, reinforces mission-critical and integrating themes, and emphasizes areas for progress toward the Site of the future.

- Supports grouping of work elements into the 29 Projects that the PBS describes.

- Supports crosscut reporting by program area, source of funds, DOE ADS, type of work, responsible organization, performing organization, subcontractor, and others.

- Supports the network logic scheduling of work and facilities planning for completion of performance measures by incorporating the performance measure into the schedule logic work flow that has been planned for its completion.

- Facilitates communication of work completion, ongoing activities, and planned work with DOE within Kaiser-Hill and the Site subcontractors, and with stakeholders and regulators.

<u>Cost Estimating</u>

The cost figures included in the Document are categorized as planning estimates. The DOE Cost Guide, Volume 6 states that a planning estimate has an accuracy range from -50 percent to +100 percent. The cost estimates included in this document are at least within that range of accuracy and are as credible as possible for this stage of project definition. The FY1997 costs in the Document are the actual costs expended during that year. The cost estimates for FY1998 are from the approved FY1998 Budget contained in the Basis of Estimate Software Tool (BEST97) which is an activity based cost estimating tool developed by the Site. In addition, the Site is currently in the process of updating activity based cost estimates for the life-cycle of the Site.