

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 11 2005

GREGORY C. LANGHAM
CLERK

Louis W. Pribila
Dow Chemical Company
Midland, MI 48674

MOVED, LEFT NO ADDRESS

UNABLE TO LOCATE
BETTER ADDRESS
90-cv-181
MINUTE ORDER
RETURN TO SENDER
NOT LOCATED AT DOW

Not in system