**EXHIBIT 1A**

The Dorchester Group, L.L.C.

4.  Other methods. A focus of other methods is selection of an analysis method that will permit more general study of data for an area to discern whether there are indications that economic performance of the area, or portions of the area, indicates that economic harm may be indicated; if such indication occurs, more detailed analysis is then performed at the property level.

These methods can be effective, and can overcome many of the problems associated with individual property analyses. However, it is crucial to establish that any properties selected for the sampling are indeed representative of their class, that any measurements of economic harm isolate and eliminate price movements due to outside causes, and that the remaining indications meet the tests of the cause and effect relationship between alleged damaging events or circumstances and the economic harm measured. Even with this assurance, a sampling procedure may not result in fairness to all properties or to all parties in litigation.

*Area-wide Property Analysis*

Area-wide property analyses are more general than either of the two categories described above and their results are commonly less specific. They involve analysis of aggregate information from which inferences can be drawn regarding the properties they represent.

One of the most perplexing problems with area-wide property analyses is the underlying assumption that all property values within a study group somehow react to a stimulus in a common way and/or with a common measured outcome. Each parcel of real estate is unique, even in an area of highly similar tract houses. Even if floor plans are identical, each property has a unique location. Individual properties receive different maintenance, have differing additions and remodeling, and develop their own identities over time. Because real estate is immobile, that identity exists in no other location. Thus, improper assumptions of commonality in market response are hazardous, and frequently incorrect.

Common area-wide property analysis methods include the following:

1.  Analysis of development histories and trends.
2.  Analysis of trends in average sales prices.
3.  Analysis of trends in time on market, time off market, sales volumes, or other indicators of market activity.
4.  Analysis of assessed value patterns and trends.
5.  Statistical analyses applying averaging or trending methods.
6.  Analysis of anecdotal information.

Page 3-9

The Dorchester Group, L.L.C.

These methods can be particularly useful as a first step in searching for possible market aberrations for larger numbers of properties. In this context, they allow analysis of multiple study areas, from which comparisons can be made and differences can be studied.

Because they apply to broader areas, however, the results of area-wide analyses are less specific than other methods and may result in misleading indications. For example, if a study of average sales prices for a given area over time indicates a lower rate of appreciation than observed in another market area, that lower rate may be due entirely to causes other than an event or circumstances alleged to have created economic harm in a particular study situation. Thus, conclusions regarding causality drawn from such studies must be made with caution and with other confirming market research.

Some analysts suggest that economic harm in a given situation can either be estimated or confirmed through "analogous cases," contingent valuation, or other indirect comparison methods including the use of "control groups." Each of these methods can be classified as an area-wide analysis method, and each is subject to erroneous application and abuse.

**Rocky Flats Analysis Methodologies**

The following discussions set forth how our studies were undertaken and the reasons for our approach.

Because of the historical focus of our study, data availability, and the nature of the issues to be considered, oure analyses differ somewhat from those that are performed only for current issues. The rules of this litigation prohibited us from talking directly with plaintiffs and made general market inquiry of individuals more difficult. Limited historical data are available for individual properties in the class area on a dependable basis until approximately the mid-1970s. Many inhabitants and others familiar with properties in the class area have moved or were otherwise unavailable.

*The Analysis Framework*

A study and analysis program was established to gather and analyze data for each of the above components so we might determine whether any of the following could be reasonably concluded from our studies:

1. A failure of the real estate in the class area or nearby to develop from rural to urban uses in an expected way. This includes timing of development, land use types and absorption, and development locations.

2. An apparent reduction in demand for properties of a given type or class that would have observable effect on development of additional properties of similar type or class.

The Dorchester Group, L.L.C.

## Chapter 4: General Development Considerations

**Overview**

This chapter provides an introduction to factors that influence community development, then proceeds to review historical development of the Denver area for the period covered by Rocky Flat's existence. We will summarize population, income, employment, and construction data for the entire area, and for a number of its constituent parts including municipalities. We will also review several economic factors beyond the Denver community that affected Denver and the rest of the nation during this time.

This background information is fundamental to an understanding of the dynamics of real estate development near the Rocky Flats Plant and a study of possible economic harm from the Plant.

We have not been asked to analyze the entire Denver area. It is necessary, however, for us to review some of its historical developments to provide a context for analyses of the Rocky Flats environs and the property class area.

**Factors Influencing Community Growth**

How cities grow, and how to best plan and influence growth, have been subjects of worldwide studies for years. Historically, early development of the United States occurred primarily along the coastal and inland waterway areas. This development pattern was influenced by the forms of available transportation and the need for water to support human activity. Later, development proceeded overland along major transportation routes, with communities often forming at the junctions of land and/or water routes.

Each community has one or more specific reasons why it grew or failed to grow. Some communities are established, grow, and then stabilize or decline over time. The existence of "ghost towns" in Colorado and other states of the "old west" demonstrates that continued development is not always assured. This was underscored when the federal government's efforts to create a series of new communities in the 1950s and 1960s ended largely without success.

Community development is first and foremost a response to market supply and demand forces. There must be a supply of suitable and available land, and sufficient demand, for land to economically warrant its development and to sustain its ongoing use. Thus, the study of individual properties and smaller areas of a community require a historical analysis of the community's general development, how sections of the community developed, and a review of relevant physical, economic, and historical factors.

**The Dorchester Group, L.L.C.**

provides bases for the understanding of particular properties and locales as well.

**Economic Cycles and Inflation**

Business cycles are a normal and expected outgrowth of free markets and the overall design of the United States economy. They result from many causes, but their effect is to encourage construction and the purchasing of real estate during upswings of the economy, and to discourage construction and purchasing activity during downswings.

Economic or business cycles are actually more complex than they may seem without further study. What is important for our analysis is simply that business cycles have occurred over time as shown in Table 4-1, and they can be graphically illustrated as shown in Figure 4-1.

**Table 4-1**
**Business Cycle Expansions and Contractions—Months of Duration: 1919-1994**

| Business Cycle Reference Date | | Contraction (trough from previous peak) | Expansion (trough to peak) | Length of Cycle | |
|---|---|---|---|---|---|
| Trough | Peak | | | Trough from previous trough | Peak from previous peak |
| March 1919 | January 1920 | 7 | 10 | ²51 | ¹17 |
| July 1921 | May 1923 | 18 | 22 | 28 | 40 |
| July 1924 | October 1926 | 14 | 27 | 36 | 41 |
| November 1927 | August 1929 | 13 | 21 | 40 | 34 |
| March 1933 | May 1937 | 43 | 50 | 64 | 93 |
| June 1938 | February 1945 | 13 | 80 | 63 | 93 |
| October 1945 | November 1948 | 8 | 37 | 88 | 45 |
| October 1949 | July 1953 | 11 | 45 | 48 | 56 |
| May 1954 | August 1957 | 10 | 39 | 55 | 49 |
| April 1958 | April 1960 | 8 | 24 | 47 | 32 |
| February 1961 | December 1969 | 10 | 106 | 34 | 116 |
| November 1970 | November 1973 | 11 | 36 | 117 | 47 |
| March 1975 | January 1980 | 16 | 58 | 52 | 74 |
| July 1980 | July 1981 | 6 | 12 | 64 | 18 |
| November 1982 | July 1990 | 16 | 92 | 28 | 108 |
| March 1991 | (X) | 8 | (X) | 100 | (X) |
| Average, all cycles: | | | | | |
| 1919 to 1945 (six cycles) | | 18 | 35 | 53 | 53 |
| 1945 to 1991 (nine cycles) | | 11 | 50 | 61 | 61 |

X Not applicable. ¹ Previous peak: August 1918. ² Previous trough: December 1914.
Source: Statistical Abstract of the United States 1995, Table No. 880. Business Cycle Expansions and Contractions—Months of Duration: 1919 to 1994

The Dorchester Group, L.L.C.

Figure 4-1

Business Cycles



For the time periods most proximate to the Rocky Flats litigation, the Denver area began a period of economic contraction in 1982-83 that continued until about 1989-90. This response to overall economic trends around the United States was exacerbated by changes in oil prices which significantly affected many Denver area businesses during this time, a period of overbuilding in the early-1980s that led to real estate over supply, and structural changes in real estate investments such as the Tax Reform Act of 1986. Since the early 1990s, the Denver area has rebounded.

Another measure which is important to understanding real estate pricing and purchasing power is the Consumer Price Index ("CPI"). Figure 4-2 illustrates quarterly CPI data between 1960 and 1994, also showing the annual rate of inflation these data represent.

Mortgage interest rates are also a crucial factor in real estate analyses, and have substantial effect on real estate development and community growth. Average real estate mortgage interest rates for single family homes during the period 1978 to 1993 are shown in Figure 4-3.

**Denver Area Community Development**

Denver is located on the South Platte River in the north central part of the State of Colorado. Situated on a prairie landscape at an elevation of about one mile above sea level, Denver is on the western edge of the Great Plains and the Front Range of the Southern Rocky Mountains which rise abruptly

The Dorchester Group, L.L.C.



**Figure 4-2**
**CPI and Indicated Inflation: 1960-1994**

Source: Statistical Abstract of the United States 1995



**Figure 4-3**
**Single-Family Home Mortgage Interest Rates: 1978-1995**

Source: National Association of Homebuilders, TDG

The Dorchester Group, L.L.C.

downtown and near-downtown areas, and a series of employment nodes circling the downtown area in its outskirts. Each of these employers has had significant influence on residential and non-residential development in the nearby areas, and the Denver International Airport is now expected to anchor the region's most significant future growth.

*Income*

Denver metropolitan area median income increased from $2,877 in 1950 to $40,222 in 1990. Income distributions were not equally spread across the Denver metropolitan area's six counties, as shown in Table 4-3. Douglas County led in median income from 1970 to 1990, with Jefferson County and Arapahoe County virtually tying for second place throughout the two decades. Between 1980 and 1990, Douglas County increased its lead over these two counties, reaching a 1990 median income of over $54,000, about $9,500 higher than the other two. Although Denver County lags all others in median income, its average nearly doubled in the decade of the 1980s, the fastest income growth of any of these counties.

Table 4-3
Median Family Income by County
1950-1990

| County | 1950 (dol.) | 1960 (dol.) | 1970 (dol.) | 1980 (dol.) | 1990 (dol.) |
|---|---|---|---|---|---|
| Adams | 2,627 | 6,357 | 9,428 | 21,353 | 34,618 |
| Arapahoe | 3,095 | 7,137 | 10,623 | 26,945 | 44,874 |
| Boulder | 1,782 | 6,114 | 7,023 | 23,705 | 43,782 |
| Denver | 2,846 | 6,793 | 6,920 | 16,194 | 32,038 |
| Douglas | 2,433 | 5,157 | 11,014 | 30,154 | 54,244 |
| Jefferson | 3,094 | 7,202 | 10,998 | 26,617 | 44,679 |

Source: 1950, 1960, 1970, 1980, 1990 Censuses. U.S. Department of Commerce,

*Construction*

Construction permits are of particular interest to development studies. Permits issued do not equal actual construction in any given year, but do serve as an index of construction activity and of general trends in local economies. Figure 4-11 contains THK's summary of residential construction permits for the six county metropolitan area between 1970 and August 1994.[3] Included are single family and duplex, townhome and condominium, and rental multi-family categories. Tabular data are contained in Appendix G.

---

[3] These data and other construction permits data are quoted from THK Associates, Inc.'s *The THK Report: Real Estate Development Trends, Denver, Colorado* reports. These reports cover the periods 1988 to 1995.

The Dorchester Group, L.L.C.

### Table 4-5
### Population by Municipality
### By Decennial Census 1950-1990

| | 1950 | 1960 | 1970 | 1980 | 1990 |
|---|---|---|---|---|---|
| **NORTHWEST QUADRANT** | | | | | |
| Arvada | 2,359 | 19,242 | 46,814 | 84,576 | 89,235 |
| Boulder | 19,999 | 37,718 | 66,870 | 76,685 | 83,312 |
| Broomfield | - | 4,535 | 7,261 | 20,730 | 24,634 |
| Edgewater | 2,580 | 4,314 | 4,866 | 4,766 | 4,613 |
| Federal Heights | 173 | 391 | 1,502 | 7,838 | 9,342 |
| Golden | 5,238 | 7,118 | 9,817 | 12,237 | 13,116 |
| Jamestown | 118 | 107 | 185 | 223 | 251 |
| Lafayette | 2,090 | 2,612 | 3,498 | 8,985 | 14,548 |
| Longmont | 8,099 | 11,489 | 23,209 | 42,942 | 51,555 |
| Louisville | 1,978 | 2,073 | 5,593 | 12,361 | 12,361 |
| Nederland | 266 | 272 | 492 | 1,212 | 1,099 |
| North Glen | - | - | 27,937 | 29,847 | 27,195 |
| South Boulder | 3,807 | - | - | - | - |
| Superior | 134 | 173 | 208 | 255 | - |
| Ward | 10 | 9 | 32 | 129 | 159 |
| Westminster | 1,686 | 13,850 | 19,512 | 50,211 | 74,625 |
| Sub-total | 48,537 | 103,903 | 217,796 | 352,997 | 406,045 |
| **NORTHEAST QUADRANT** | | | | | |
| Commerce City | - | 8,970 | 17,407 | 16,234 | 16,466 |
| Thornton | - | 11,353 | 13,326 | 42,054 | 55,031 |
| Sub-total | - | 20,323 | 30,733 | 58,288 | 71,497 |
| **SOUTHEAST QUADRANT** | | | | | |
| Aurora | 11,421 | 48,548 | 74,974 | 158,588 | 222,103 |
| Cherry Hills Village | 750 | 1,931 | 4,605 | 5,127 | 5,245 |
| Glendale | - | 468 | 765 | 2,496 | 2,453 |
| Lakeside | 46 | 28 | 17 | 19 | 11 |
| Mountain View | 306 | 826 | 706 | 584 | 550 |
| Sheridan | 1,715 | 3,559 | 4,787 | 5,377 | 4,976 |
| Sub-total | 14,238 | 55,360 | 85,854 | 172,191 | 235,338 |
| **SOUTHWEST QUADRANT** | | | | | |
| Bow Mar | - | 748 | 945 | 930 | 854 |
| Columbine Valley | - | - | 481 | 923 | 1,071 |
| Columbine | - | - | - | 23,523 | 23,969 |
| Englewood | 16,869 | 33,398 | 33,695 | 30,021 | 29,387 |
| Greenwood Village | - | 572 | 2,578 | 5,729 | 7,589 |
| Lakewood | - | 19,338 | 92,787 | 113,808 | 126,481 |
| Littleton | 3,378 | 13,670 | 26,466 | 28,631 | 33,685 |
| Morrison | - | 426 | 478 | 478 | 427 |
| Wheatridge | 878 | 21,619 | 29,795 | 30,293 | 29,419 |
| Sub-total | 21,125 | 89,771 | 187,225 | 234,336 | 252,882 |

Source: 1950, 1960, 1970, 1980; 1990 Census. U.S.Department of Commerce, Economics & Statistics Administration, Bureau of the Census

The Dorchester Group, L.L.C.

Southeast Quadrant's relatively better performance than the other three quadrants reflects the effects of continued industrial development along the eastern I-70 corridor, improved access to the quadrant through the Interstate Highway-225 outer loop extension, and the general economics of land development to the east of the central Denver core. The Northwest Quadrant trailed the Southeast Quadrant's growth by about 10,000 persons during this period, followed by the Southwest and Northeast Quadrants respectively.

Net population changes by decade reflect the operation of complex economic factors. These include the considerations discussed above.

Land use patterns reflect that, as population growth occurred, most growth took place as extensions of the already developed areas, but pockets of "skip development" were also built. Many of these developments that were not contiguous to existing urban development were in county areas where they were later annexed into growing municipalities. Others still remain outside municipality boundaries.

**Growth of Individual Municipalities**

Most of the Denver area's population growth since 1950 has been outside the city of Denver. Table 4-5 shows population changes for each city for each of the ten-year periods. Because of changes in census boundaries, not all census reporting areas are directly comparable from period to period, but overall data for municipalities can be compared over time.

Data for 1950 show Boulder as the largest area municipality, followed closely by Englewood. Aurora was the third largest municipality in 1950. By 1960 Aurora moved past Boulder as the largest municipality despite significant Boulder growth during the decade. In the following ten years, Lakewood's excellent growth moved it to the position as the largest of these municipalities, followed by Aurora and Boulder respectively. Arvada moved into the place of fourth largest municipality, followed by Englewood.

By 1990 Aurora had grown to over 222,000 persons compared with its 1950 population of about 11,000, and was by far the largest of the Denver area municipalities. Lakewood, which was not recorded in the 1950 census, had grown to the second largest community with a population of over 126,000. Arvada was the area's third largest community with a population just under 90,000, and Boulder and Westminster were the fourth and fifth largest communities with populations of about 83,000 and 75,000 respectively.

This four decade growth pattern is symptomatic of the maturity of Denver's central areas, which were largely built-up by the early 1950s, and the competition for expansion that occurred among area municipalities as

The Dorchester Group, L.L.C.

growth was experienced. Cities such as Englewood, Sheridan and Wheatridge grew rapidly between 1950 and 1960, but were subsequently surrounded, fully developed, and left without opportunity to expand by annexation. Other municipalities such as Lakewood and Commerce City grew rapidly during the 1960's and slowed thereafter. A third group of cities, including Arvada and Aurora, are located farther from the Denver community's original development and have continued to grow through the 1980's.

Several other cities, including Broomfield, Thornton and Westminster experienced accelerated development as development activity peaked into the 1970's. Several areas such as Golden, Louisville, and Superior, did not experience their growth until after 1980.

**Summary**

Although the Denver area has not been immune from the adverse effects of national and regional economic cycles, the community has shown significant growth over the past four decades. Figure 4-13, which illustrates the area's geographic growth since 1990 measured as median age of housing stock, shows principal growth has been east-southeast, southwest, and northwest.

The Rocky Flats environs are indicated to have received considerable growth in the 1970-1979 period, with in-fill development around Standley Lake and in northeast Jefferson County receiving additional development in the 1980s. The latter can be seen to have occurred simultaneously with other residential development at the far north side of the metropolitan area during the 1980s.

Denver's significance as an anchor in the development of the Front Range from Pueblo to Fort Collins is increasing. Over 350,000 people have moved to the Front Range since 1990 and nearly one-million more are expected by 2020.[4]

---

[4] National Geographic. *Colorado's Front Range.* November 1996.