**EXHIBIT 1B**

The Dorchester Group, L.L.C.

## Chapter 5: Analysis of Class Area and Environs

**Historical Overview**

At the time the Rocky Flats site was chosen about 45 years ago, it was located in an isolated agricultural hinterland described as about 20 road miles from the Denver City limits, seven miles from Boulder, and eleven miles north of Golden.[1]  Location of a major industrial facility outside a growing community's principal development area, but with reasonable access and proximity to labor, is common in the United States.  Similar to other such semi-remote industrial developments, establishment of Rocky Flats provided a stimulus for the development of nearby areas.

During early years of the Plant's operations, access to the area was limited. The Denver-Boulder turnpike, which opened for traffic in 1952 provided improved access, but the nearest expressway entry and exit point was over seven miles east of the Plant.  Roads in the vicinity were primarily rural. State Highway 93 provided north-south access to the west of the Plant. Indiana had not been extended as far north as the Plant location.  Highway 128 provided east-west access to the north of the Plant and joined with Highway 93 northwest of the Plant's northwest boundary.

**General Development Considerations**

Before more specific analysis of the property class area and its environs, it is appropriate to examine how the general development considerations set forth in Chapter 4 apply to the Rocky Flats area.  Some data relevant to development trends were summarized by DRCOG (The Denver Regional Council of Governments) and are included in Appendix H.  These data include:

- Sand, gravel and aggregate deposits
- Existing public transportation system (1980)
- Existing railroads and airports (1980)
- Existing regional park and recreation areas
- Regional development framework
- Wildfire hazard areas
- Wildlife habitat areas
- Coal resources

[1] A. T. Waidelich.  Site Selection Survey, Project Apple.  (Cleveland, The Austin Company, prepared for U. S. Atomic Energy Commission, March 27, 1951), p. 2-2.

**The Dorchester Group, L.L.C.**

- Oil and natural gas fields
- Aquifers
- Prime agricultural soils
- Historical sites on the national register of historic places
- Future service areas

From these and other data we were able to develop information about land and other development considerations in or near the property class area:

1. **Water.** Municipal water has been extended to portions of the property class area, and areas nearby, over time. Areas west of Simms Street and north of approximately 88th Street are more rural in character and have historically relied on on-site well water for domestic purposes. Limited water rights were apparently a factor in how land was used in non-urban areas surrounding the plant at its inception. As water has been made available through nearby municipalities, development has been enabled. Rights to ground water have been increasingly regulated and now impose a significant development constraint where public water is not available.

2. **Terrain.** Most areas east of the Rocky Flats Plant are level to gently rolling, but there are areas to the north that are steep and far less suitable for development. Figure 5-1 illustrates flood plains, areas of potential landslides and rock falls, great to moderate bounding, rolling and sliding rock, and potential subsidence areas. From this illustration it is evident that areas east of Indiana Street include the flood plain extending from Great Western Reservoir, flood plain areas south, east, and southeast of the Jefferson County airport, and areas west and south of Standley Lake. There are more development concerns south of Rocky Flats, particularly including the subsidence areas above the former Leyden mines.

3. **Soils.** Soils in the Rocky Flats environs comprise many types, but include significant amounts with moderate to high swell potential. These soil types do not necessarily prohibit construction, but they can have an important effect on costs because additional measures are necessary to stabilize foundations and stem walls. There is a relationship between land price, development and construction costs, and prices that will be paid for finished housing products that must be considered.

4. **Natural hazards.** The principal natural hazards in the Rocky Flats area include flood prone areas, heavy snow, high wind conditions,

THE DORCHESTER GROUP
7650 E. REDFIELD, SUITE D-7 SCOTTSDALE, AZ 85260

Figure 5 - 1

Development Hazards
Rocky Flats Area





**The Dorchester Group, L.L.C.**

and possible subsidence (see Figure 5-1). Although not entirely a "natural" hazard, Standley Lake constitutes a potential hazard for properties that are sited below its dam. Flood areas have generally been incorporated into land use planning as open space and water catchment areas, and subdivision plans appear to respond well to flooding issues. High winds and particulate matter that cause damage exist and have no practical mitigation. Other factors are common to the area. None of these considerations precludes overall development within the area, but each can have site-specific influence.

The Jefferson County Airport provides another potential hazard, particularly for properties in its approach, missed approach, and take-off zones. These zones particularly create hazards from the southeast to the west side of the airport in Jefferson County. This includes northern portions of the property class area. Figure 5-2 illustrates the airport's principal areas of influence, including areas included within the property class.

Gas stored in the former Leyden coal mines constitutes a potential for catastrophic accident and requires special monitoring and safety precautions.

5. **Access.** Access to the Rocky Flats area in general has improved significantly since 1950. Opening of the Denver-Boulder turnpike gave the first level of accessibility to eastern portions of the Rocky Flats area, and this improved with conversion of the toll-road to a freeway with additional on- and off-ramps. General access has also been improved by extension of other urban areas towards the Rocky Flats area, bringing a network of roads and streets with it. Access within the Rocky Flats area is generally good in the eastern and southern portions, but less adequate in the more rural areas. In addition to the former turnpike, the Rocky Flats area is served by a series of state highways, but has no interstate highways that directly serve the area.

6. **Employment.** For many years the Rocky Flats Plant has been the largest single employer in the vicinity of the property class area and its environs. The area is approximately equidistant between downtown Denver and the city of Boulder. Other than the Rocky Flats Plant, there are no large-scale employers in the area that compare with commercial and industrial employment near Denver's central core, Denver's southeast side, or near the developing Denver International Airport. The local employment base is, however, expanding as urbanization proceeds to the north and east, and includes employment areas such as the Storage Technology Plant.

**Page 5-4**

**The Dorchester Group, L.L.C.**

8. **Public Service Utilities.** Full public service utilities are apparently available to all of the urbanized areas of the Rocky Flats environs, but are not available to many of the semi-rural areas. The latter areas typically have electrical and telephone services, but commonly must rely on private sources for water and gas. Septic tanks are also common in the semi-rural areas.

9. **Harmonious and inharmonious land uses.** The issue of harmonizing land uses is a matter of perspective. In terms of Rocky Flat's initial desire to be in a remote area, the push of development into the area as a part of Denver's overall growth, and in response to local stimulus, created nearby developments that can be considered inharmonious with Rocky Flats. Conversely, when viewed from the perspective of nearby residential developments, Rocky Flats could be viewed as inharmonious. From a pure land use perspective, Rocky Flats' existence as a significant industrial land use appears well buffered from the urbanized areas of its environs, and reasonably well buffered from the fringe areas more proximate to its grounds.

Interviews with local planning officials indicate that planning for development in the vicinity of Rocky Flats has proceeded comparably to what would be expected for any large industrial land use. Long range plans have reflected a need to recognize emergency plans for evacuations in the event of unlikely catastrophic accidents at Rocky Flats, but have also dealt with open space, land use buffering, and other related issues.

Land uses in most of the Rocky Flats area appear reasonably well planned to avoid undue land use conflict. There are instances of homes on major streets, residences near commercial developments, multi-family developments in residential areas, railroads passing through residential areas, and the like, but these factors become local considerations that help define the many differences among properties with differing locations.

10. **Cost.** Rising costs of land and land development in southern portions of the Denver metropolitan area were a factor in the Rocky Flats area's development. Until the opening of the Denver-Boulder turnpike, the northwest Denver area was considered more difficult or time-consuming to reach, and the price of land in other areas rose as demand for land increased in those areas. Once access was more available to northern Jefferson County and nearby areas, lower land cost was a principal attraction for new development.

**The Dorchester Group, L.L.C.**

Figures 5-3 and 5-4 respectively illustrate land elevations and soils characteristics for a broad area that includes the Rocky Flats Plant and the property class area. Elevation data provide a basis for calculating slopes (the degree of angle of land at any particular elevation), and for comparing slopes and soil types to determine land development suitability considering only these two elements. We performed that analysis and the results are displayed as Figure 5-5.[2]

**ChemRisk Land Use Information**

Figure 2-1, taken from the ChemRisk Project Task 7 report,[3] shows the original Plant site and its buffer, the additional buffer lands added in the mid-1970s, principal land features near the Plant, and concentric rings measuring five mile distance contours from the center of the Plant. ChemRisk's 1994 report summarizes historical land use as follows:

Land uses in the vicinity of the Rocky Flats Plant are generally of a rural agricultural character. Most of the area within the five-mile radius is agricultural land with interspersed industrial uses and some residential development. The prevalent agricultural uses for the period 1950 through the present include the following: grazing of livestock, primarily cattle, hay production, wheat production, some corn, barley and rye production, and some dairy farms. The land in the area would not be considered prime agricultural land due to the rocky, shallow, soil conditions. Other uses include: some clay, sand, and gravel mining, mini-farms or smaller acreage ranchettes with horses and other farm animals such as chickens, pigs, sheep, etc., rural residences, suburban residences, mountain and county park land or open space, recreational, irrigation, and municipal water supplies, and some industrial manufacturing uses.[4]

Commenting on historical development, the ChemRisk report concluded:

Throughout the years 1950-1990, the five-mile radius study area around the Rocky Flats Plant has changed little, except for the eastern area near the incorporated cities of Westminster, Arvada, Broomfield, Lafayette, and Louisville. The study area around the Plant has retained its rural character, except for two high-density residential areas in the southeastern quarter of the study area. The Countryside subdivision

---

[2] This calculation is an example of Geographic Analysis System analyses we performed during our research. This example is shown for illustrative purposes only and full details of the analysis are retained in our work papers.

[3] ChemRisk, p. 2.

[4] ChemRisk, Task 7 p. 15.



Figure 5 - 3

Land Elevations
Rocky Flats Area



Elevation

**Legend**

| | |
|---|---|
| | 5100 |
| | 5200 |
| | 5300 |
| | 5400 |
| | 5500 |
| | 5600 |
| | 5700 |
| | 5800 |
| | 5900 |
| | 6000 |
| | 6100 |
| | 6200 |
| | 6300 |
| | 6400 |
| | 6500 |
| | 6600 |