**EXHIBIT 1BB**



THE
DORCHESTER
GROUP

7650 E. REDFIELD, SUITE D-7 SCOTTSDALE, AZ 85260

**Figure 5 – 4**

**Soil Conditions
Rocky Flats Area**

*N*



Soils



Legend
Very High Swell Potential
High Swell Potential
Moderate Swell Potential
Low Swell Potential
Windblown Sand or Silt



Figure 5 - 5

Development Suitability
Rocky Flats Area







. The Dorchester Group, L.L.C.

was platted from 1974 through July of 1975 by Witkin Homes, Jack Witkin, President. Walnut Creek was platted in March of 1970 by Walnut Creek Development, Thomas G. Bonar, President.[5]

Other historical data from the ChemRisk report include:

- Standley Lake was constructed between 1907 and 1912. From 1914 to 1966 its water was used only for irrigation. In 1966 the water was first used by the city of Westminster as a drinking water supply. Currently Westminster, Northglenn, and Thornton own two-thirds of the water rights. Water used for domestic purposes is conventionally treated. The other one-third is transported via irrigation ditches to agricultural areas between Broomfield and Fort Lupton.

- Water from Mower Reservoir was first used for irrigation in 1972. Current uses include agricultural, stock watering, domestic lawn watering, and irrigation of 80 acres. The water is not treated.

Census tract boundaries have changed over time, and did not coincide with ChemRisk's original study area. Thus, some of their approximations accurately represent the data, but include population outside their study area. It is likely that actual population increased gradually over each decade to about 1980, then began dramatic growth as development of areas to the east and south extended to the Rocky Flats environs, and the combination of better access and municipal utilities began to facilitate more intense land development. There is no indication that lands outside the Rocky Flats buffer area failed to develop more rapidly because of any adverse Rocky Flats influence.

*ChemRisk Land Use Information from Interviews*

Task 7 of the ChemRisk study completed in 1994[6] included reports of interviews with individuals who live or work within five miles of the Plant. These interviews confirm the largely rural character of the area, including a mix of ranching, crop growing, horse ranching, and other low intensity land uses.

The ChemRisk report commented that the only major differences in agricultural land use from 1950 to 1980 were that dairies were not operating after the mid-1970s and the southern portion of the Buffer Zone

---

[3] Ibid., p. 39.

[6] Chemrisk. Project Task 7 report, p. 15-23.

**The Dorchester Group, L.L.C.**

was no longer grazed after acquisition of that land by the U.S. Government in 1974-76.

**Historical Residential Development**

Figure 1-2 illustrates the class boundaries for the property class area in the Rocky Flats litigation. The concentric distance rings showing distances from the center of the Rocky Flats Plant apparently coincide with those shown in the ChemRisk report and permit a comparison with their studies.

The sequence of Figures 5-6 through 5-10 illustrates existing residential development for each decade from 1950 through 1990 in the property class area and its immediate vicinity. These are based upon Jefferson County Assessor records, and only approximate actual development statistics. By comparing each of the maps, it is possible to see the differences in locations and extent of development over each decade. The 1950 map (Figure 5-6) shows low density residential scattered throughout the area displayed, primarily along existing roads. This picture of development is consistent with that constructed by ChemRisk. Figure 5-11 combines each of these figures into a single map.

To make additional studies of historical growth in the Rocky Flats environs, we aggregated information for a number of subdivisions. Locations of these subdivisons are shown in Figure 5-12 and additional details for each subdivision are contained in Appendix I. These subdivisions are a sample of all subdivisions in the area and were selected because of their locations, historical time frames, and numbers of transactions. Source data for the sales price analyses was the Brattle Group database. A brief discussion of each subdivision follows (data are approximate due to coding conventions used by the Jefferson County Assessor records which are a base for the Brattle Group's information):

1. **Walnut Creek.** Original planning for Walnut Creek envisioned a Planned Unit Development ("PUD") with several "Units" or phases. The PUD reflects a proposal for development of elementary and junior high schools, a golf course with driving range, and a small commercial office development in addition to residential lots. Public facilities on or adjacent to the site included a water filtration plant, a settling lagoon, a water pumping station for the city of Broomfield, and open area.

   The Walnut Creek subdivision that was developed contains about 90 residential lots, but other portions of the PUD were either not started or were only partially finished. Records indicate that 34 homes were built in 1972 and 1973, but subsequent construction was spread over the next 20 years.

   The project's master plan called for many desirable amenities, including a golf course, but the absorption of lots in subdivisions

The Dorchester Group, L.L.C.

| | | |
|---|---|---|
| • Maplewood Estates | 1972-1995 | 6.75 % |
| • Sierra | 1972-1995 | 6.5 % |
| • Club Crest South | 1972-1995 | 7.0 % |
| • Paradise Acres | 1972-1995 | 6.5 % |
| • Club Crest | 1972-1995 | 6.5 % |
| • Parkway Estates | 1972-1995 | 7.5 % |

Comparing these rates of growth with those shown for the Denver metropolitan area, Jefferson County, and the city of Broomfield (outside Jefferson County), which are discussed later in this chapter, it can be seen that each of the subdivisions compared well with general growth trends. Where slower rates of growth are indicated, they are for periods less than the full 1972-1995 time frame, and are not unusual for the shorter period.

Figure 5-13 contains a graph of representative subdivisions from the above analysis. General trends in the economy can be seen. A close scrutiny of sales prices preceding and subsequent to the June 7, 1989 date also shows that there were no significant average price changes surrounding that date. The changes that are observed appear to be more representative of typical responses to economic conditions, but there are no "shocks" or severe changes in the average prices that might denote the effect of some cause that created economic harm.



**Figure 5-13**
**Price Trends, Selected Subdivisions**

Source: Brattle Group and TDG

**Lands and Ownership Proximate to the Plant**

Following acquisitions for the Rocky Flats Plant site and its original buffer, government land acquisition of the Plant was completed in 1976 with acquisition of the expanded buffer lands. This additional buffer was added following the Lamm-Wirth studies. Acquisitions for portions of the final buffer resulted in what is known as the Church litigation. In subsequent years, additional lands have been acquired to resolve remaining issues of contamination or safety, with the total picture of government ownership as

The Dorchester Group, L.L.C.

of June 7, 1989 reflected in Figure 5-14. Enlargements of sections of Figure 5-14 are shown as Figures 5-15 and 5-16. The key to numbered parcels is shown in Appendix J. Under the Court's class certification order, we understand that government-owned lands are excluded from the property class.

*Transition Area Lands*   Between the government owned lands bordering the Plant or beyond and the urbanized areas to the east and south, there is a band of semi-rural property that has combinations of undeveloped land and low density development. Principal land uses include horse farms, acreage homesteads, and crop lands.

There are several other land use factors that are important to recognize in studying these lands:

1. **Utilities**. Municipal utilities have not yet been extended to the bulk of these lands. Development and construction will either require expensive on-site sewage facilities and contracts for water, fire and police protection, and the like, or annexation into a municipality. Rural development has become more difficult over time because of more stringent laws, including both federal and state regulation of wells and waste water disposal. Thus, access to and cost of utilities are limiting factors on development.

2. **Access**. Access to these areas is still circuitous and time-consuming. Some of the roads that serve the area often have high speed traffic despite roads not designed for these speeds. The area broadly had the same lack of access that the currently developed areas had, but the fringe transition area is more remote from the freeways. Access does not prevent development, but current accessibility is less desirable.

3. **Parcel sizes and ownerships**. We make a distinction between lot or parcel splits and the broader act of subdividing land. Splits are simple divisions of a larger ownership into two or more ownerships (or properties that can be separately owned). Subdivision activity is associated with the platting of a number of lots, usually involving provisions for streets, utilities, open space, and other development aspects of the subdivision. Data were gathered for over 175 privately owned properties in an area east of the Rocky Flats Plant and generally extending to Alkire Street (or its extension) between the Jefferson County line on the north and Highway 72 on the south. This study also included properties due south of Rocky Flats and north of Highway 72, bordered on the west by Highway 93 (Foothills Road).

THE
DORCHESTER
GROUP

7650 E. REDFIELD, SUITE D-7 SCOTTSDALE, AZ 85260

Figure 5 - 14

Government and Larger
Private Ownerships
Rocky Flats Area



Government Owned Land
Representative Plaintiffs
Ownership Study Area
Other Parcels



N

Rocky
Flats





### Figure 5 - 15

### Government and Larger
### Private Ownerships (South)
### Rocky Flats Area

Government Owned Land
Representative Plaintiffs
Ownership Study Area





**Figure 5 - 16**

**Government and Larger
Private Ownerships (North)
Rocky Flats Area**



Government Owned Land
Representative Plaintiffs
Ownership Study Area



Rocky
Flats