**EXHIBIT 1C**

The Dorchester Group, L.L.C.

Although there are a number of ownership parcels south of Rocky Flats that are in excess of 40 acres, the area is predominately industrial on each side of Highway 72 extending north to the Plant's southern boundary. Residential development in this area is unlikely because of numerous development considerations.

In the remaining portions of this smaller study area that lay east of Indiana, there are 13 ownerships of greater than 40 acres. Although land development can occur on smaller parcels, the economics of developing land that is not adjacent to existing urban areas, and which is not fully served by necessary residential-utilities, are generally less attractive than developments contiguous with existing growth. The extent of fragmented ownership, and of smaller parcels, in this area is typical of semi-rural land in growing communities where development is still premature.

Parcels of 10 or more acres have the potential to be split into separate ownerships, but during transition of this land to a higher and better use, minimum parcel sizes appear to require three to five acres, and 10 acre or more sizes are not uncommon.

4. **Zoning and land use controls.** Citizens in the Rocky Flats area for many years have expressed their desire for retention of open space along the Front Range. Zoning and long range plans for developments in the immediate vicinity of the Plant generally call for industrial development and preservation of open space consistent with what has occurred in Boulder County. Our discussions with County planners indicated that they would not favor residential subdivision development within this limited corridor in the foreseeable future. Again, this does not mean that such development is impossible, but these considerations further complicate development and would make an actual project, if approved, more costly.

5. **Inharmonious land uses.** Areas south of Rocky Flats have mixed, lower density industrial uses or vacant land associated with gas storage in the old Leyden Mine. These uses are not compatible with normal residential development. Areas east of the Plant have lesser problems of conflicting land uses among themselves, but are the closest lands to the Rocky Flats plant. In terms of residential development, the pre-existence of Rocky Flats as an inharmonious industrial land use is a limiting, but not prohibitive, land use consideration. There is also a waste water treatment plant west of Simms Street and north of Walnut Creek. The Jefferson County Airport generates noise and hazards to residential developments, and apparently has had an effect on development of nearby lands.

The Dorchester Group, L.L.C.

6. **Natural hazards.** As proximity to the Front Range increases, the potential from damage by high winds increases. Land subject to soil swelling and shrinkage has potential hazards that can be mitigated by proper, and more costly, construction techniques. Some areas have flood potential and others, particularly south of the Plant, have potential subsidence problems.

7. **Soils and subsurface issues.** Soils in this area are typical of others in the environs, but the extent of moderate to high swell potential for land increases with proximity to the Front Range. A consideration for potential developments to the south side of our limited study area is the unknown location of mine shafts in the former Leyden mine. We were unable to verify whether any of these shafts might extend to any of the areas studied, but local interviews indicated some possibility that they might.

8. **Supply and demand.** Development has followed a natural progression from the central Denver area outwards towards the Rocky Flats plant over time. It is to be expected that the last areas to develop will normally be those most distant from the central area. (Exceptions occur where "nodes" such as cities develop in the outskirts, or are joined to the city by "in-fill" developments.) There are still thousands of acres of undeveloped land which are available for development in the northern portions of the Denver metropolitan area with which developments in the Rocky Flats area would be required to compete.

   Additions to the Interstate highway system have increased the supply of readily accessible land in other areas, shifting the patterns of growth over time. Development plans for the Rocky Flats area have been impacted by uncertainties about the locations and timing of Interstate W-470. This freeway is an important element in development of non-residential areas in northern Jefferson County and southern Boulder County, particularly lands in the Rocky Flats transition area.

   Considering only those lands more proximate to Rocky Flats, our studies of land development, absorption, and pricing explained in this Chapter show that even the development areas which are adjacent to, or within, the urbanized area have gone through economic cycles and periods of decreased demand. Most notably, these periods were in particular evidence from the mid-1980s through the early 1990s. In addition to a general decline in the economy during this period, development activities in this area, and elsewhere, changed significantly with changes made by the Tax Reform Act of 1986.

The Dorchester Group, L.L.C.

Many believe that this Act was preceded by a period of overbuilding, as investors hurried to take advantage of the old tax laws before the effective date of the Act's tax law changes. It is certainly correct that new development, and availability of investment capital for developments, were significantly reduced by the new tax laws. Their timing also coincided with a softening of the economy which led to recession in many areas including the Denver metropolitan area.

As of the late 1980s and early 1990s, the liquidation of houses acquired in the Resolution Trust Corporation's takeover of savings and loans created an over-supply of available homes, making new developments even less economically feasible. Signs of recovery were present in 1991 and 1992, but the Denver area was generally considered an economically depressed area in many regards until at least 1993.

Although none of these considerations by itself is necessarily prohibitive for development on all properties considered, together they explain that larger-scale residential or PUD developments in the immediate Plant environs were not attractive as of June 7, 1989. They also indicate that, without significant reasons to the contrary at the individual property level, highest and best land use expectations in the area were most likely for semi-rural uses as the area awaited further transition.

**Field Inspections: What's There Now**

Although specific field inspections were made as a result of The Dorchester Group's engagement on this project, my observations of and experience in the Denver area date back to the 1970s. I have taught many courses for the American Institute of Real Estate Appraisers at the University of Colorado in Boulder, and have been a speaker at a number of events in the Denver area. These activities brought me to the Rocky Flats area on numerous occasions.

Since the 1980s I have consulted with private developers and investors in the Denver area. I also conducted field inspections for this project on a number of occasions.

A map of the property class and nearby areas is shown in Figure 1-2. These areas and others nearby were the focus of our field inspections. Land uses within the property class area according to Jefferson County Assessor records are shown in Table 5-1. This table reflects the property class area's predominately residential character.

The Dorchester Group, L.L.C.

**Table 5-1**

**Summary of Property Class Assessment Parcels by Assessor's Land Use Classifications**

| Type | No. | Pct. |
|---|---|---|
| Residential | 9,685 | 80 |
| Residential: Attached | 1,044 | 9 |
| Condominium | 874 | 7 |
| Residential Vacant Land | 318 | 3 |
| Other/Unknown | 237 | 2 |
| Total | 12,131 | 100 |

Source: Jefferson County and TDG.

Totals may not round to 100 per cent due to rounding.

A number of important conclusions developed from our inspections:

- Areas within the property class boundaries and other properties nearby reveal no discernible difference in type, style, condition, quality, or extent of development among the properties that is not normal at the fringe of an urban area.

- These areas show varying degrees of maintenance and pride of ownership typical for their types and price ranges; there is no evidence of area-wide unwillingness of the occupants to maintain and improve their homes and neighborhoods.

- The amount and dispersion of "For Sale" signs appears normal for markets in general in 1995, and there were no observed "pockets" of higher incidences of for sale signs or other evidences of market disruption.

- An expansion of field inspections to areas beyond the class area also reveals no significant disruptions or significant differences from the areas located more proximate to Rocky Flats.

- Because of terrain, the Rocky Flats Plant can be seen from many locations in and around the class area. Highway 128 (120th Avenue) is less than one mile north of the Plant's north boundary and provides direct views into the Plant's operations areas.

- Western portions of Westminster border on, and are below, the Standley Lake dam. Although a drainage area remains as open space extending from the dam to the northeast, there appears to have been no reluctance of developers to develop and build on land below this dam.

**The Dorchester Group, L.L.C.**

- Commercial uses are expanding in a northerly direction along Wadsworth Parkway and the Wadsworth corridor is developing into an increasingly important commercial district. Areas between Wadsworth and the Denver-Boulder turnpike along 88th Avenue have developed as an important commercial concentration, anchored by the Westminster Mall and the Brookhill Shopping Center.

- Although land use densities south of 88th Avenue are generally similar from Sheridan Boulevard to Simms Avenue, development north of 88th Avenue between these streets is more dense in areas closer to Rocky Flats, west of Wadsworth Parkway, than in areas east of Wadsworth.

- Areas west of Simms Street and South of Standley Lake are a mixture of older and newer developments, but recent additions include a number of more expensive housing developments. These developments now extend to the south of Leyden Lake and include a golf course development.

- Areas north of the Countryside and Walnut Creek subdivisions are developing with office and industrial land uses near the Jefferson County airport.

- The Rock Creek subdivision, located about two miles northeast of the Rocky Flats land, is in Boulder County and is a significant development of well received, expensive homes.

The broader Rocky Flats environs offer many excellent views of the Rockies' Front Range and city lights views of downtown Denver. Within developed areas there are many homes that have view orientations and many that do not. In some areas, particularly in north Arvada, relative terrain differences provide particularly good view opportunities for lots at higher elevations.

Many of the subdivisions, although moderately priced, are very well planned and offer open space, buffer areas, central recreational facilities, and other residential amenities. Some of the most recent land development and construction evidences an upward trend in quality and overall price range for residential properties.

**Development Patterns**

Figures 5-6 through 5-11 illustrate our reconstruction of growth patterns for Jefferson County and for the property class area from 1950 to 1993. The illustration is based upon Jefferson County Assessor's records as to when each property was constructed. During the period to the early 1970s it can be seen that there was little development in the property class area, but cyclical growth in Jefferson County. As urban areas extended towards

The Dorchester Group, L.L.C.

the Rocky Flats area, 1971 saw the beginning of more significant development within the property class area.

By the mid-1970s, class area development involved over 25 per cent of total County residential construction, a high percentage when considering the relative sizes of the County and the property class area. After 1985, developable land within the property class boundaries became more scarce following 15 years of intense development, and the class declined as a percentage of the County's total residential construction.

Jefferson County development has been typical of the United States as a whole, as reflected in Figure 5-17. Until the late 1960s, County growth was relatively less than that for the country, symptomatic of the County's remoteness at that time. By 1960, demand facilitated more rapid growth and thereafter the United States' and County's patterns have been similar.



**Figure 5-17
Residential Construction, U.S. versus Jefferson County by Year Built**

Source: U.S. Bureau of Economic Analysis and Jefferson County Assessor's

The data in Figure 5-18, also taken from Jefferson County Assessor records, illustrate normal and expected patterns of development in Jefferson County and the property class area considering the development characteristics of these areas and economic cycles over the time periods shown. Early residential development features homes on small farms, ranchettes, horse farms, and along major roads. As urban development extends into the area, subdivisions are added to the fringe, expanding the urban core. Some "skip development" is observed, particularly the Walnut Creek subdivision, which was developed ahead of the availability of municipal utility systems and beyond the extent of contiguous growth.

The Dorchester Group, L.L.C.



Figure 5-18
Number of Single Family Residential Properties in Jefferson County and Class Area by Year Built

Source: Jefferson County Assessor, TDG

Figure 5-19 compares residential property growth in Jefferson County and in the property class area between 1950 and 1992, and also shows a timeline on important events involving the Rocky Flats Plant operations. The County reached about 50 per cent of its total residential development over this time in 1972. For the property class area, 1972 was the first year of significant growth and the class area reached its 50 per cent measure of 1992 growth about five years later than the County. For the class area, the period of 1971 to 1978 was a particularly significant growth period, but single family development has continued relatively steadily since then.

These trends can be seen to have been induced at least in part by employment levels and payrolls at the Rocky Flats Plant. Figure 2-3 illustrates total employment by years at the Plant from its opening to 1990. Plant employment trended upwards to about 1970, declined for about five years, then began a new period of growth to 1984. Although a slight decline in employment was experienced over the next four years, total employment remained near the highest levels through 1990.

**News and Anecdotal Information Concerning Rocky Flats**

We gathered considerable historical Rocky Flats publicity from newspapers, magazines, and other public sources. This information was collected to identify the nature, extent, and types of information that was made publicly available before and after the construction of Rocky Flats,



Figure 5-19: Cumulative Per cent of Residential Property Parcels by Year Build

The Dorchester Group, L.L.C.

and to examine news reporting around the time of more important historical events involving Rocky Flats.

Over 950 articles from local Denver newspapers were gathered to cover the period 1951 to 1989. As shown in Figure 5-20, there was limited news reporting until the late 1960s. Beginning in 1969, a significant increase in news reporting is evident, particularly after 1974. More significant amounts of news reporting concerning Rocky Flats protest activities began in 1977, peaked in 1979, generally declined to 1985 (which was still considerably above the pre-1974 newspaper counts, then increased for the remainder of the decade.[8]

**Figure 5-20**
**Number of Local Newspaper Articles Pertaining to Rocky Flats: 1971 through 1989**



There was a particularly significant amount of media reporting that followed the FBI raid in June 1989. On the 14th of June, the CDH was cited as concluding that they did not think there was any kind of imminent threat off-site.[9] Still, in approximately the next six and one-half years, research indicates that there were over 3,250 media releases in Denver area newspapers alone that mentioned Rocky Flats.

A summary of the general content of portions of this public information is summarized in Appendix K. This Appendix also contains a summary of Denver-area newspaper reports about Rocky Flats which was made a part

---

[8] The Dow Chemical Company's Brief in Support of its Motion for Summary Judgment, September 20, 1996.

[9] Boulder Daily Camera. "State Finds Water From Flats Safe." June 14, 1989.

The Dorchester Group, L.L.C.

of The Dow Chemical Company's Brief in Support of its Motion for Summary Judgment in 1996. The Appendix materials are only a partial compilation of all such materials. It is likely that are many more articles other than those we collected, but the media we reviewed is believed representative.

**Real Estate Prices and Price Trends**

We performed a number of price studies for Denver, the northwest Denver area, the class area, and its environs. Principal sources of information were records of the Jefferson County Assessor and those of the Denver Multiple Listing Service. These were also sources for data used by the Brattle Group upon which we also relied for portions of our data. Additionally, we obtained GIS parcel data from Jefferson County which was used to supplement these data.

Jefferson County Assessor's data contain the broadest array of information available from these sources. Unfortunately, they do not contain all the information we sought and also were found to have missing or incomplete data for many records. Accordingly, MLS data were also used to supplement missing data fields and to verify others. The Brattle Group's database has the more extensive combination of data from these two sources, and covers a study area bounded by the Jefferson County border on the north, the Jefferson County border on the east, 64th Avenue (extended) on the south, and Alkire Street (extended) on the west.

We used the Brattle Group's data for any analyses we performed solely within their study area. For analyses that involved property outside the Brattle Group study area, we relied on Jefferson County Assessor's data and MLS data for various districts in the Denver metropolitan area. Each of the databases has information for the June 7, 1989 period and the time frames surrounding that date, but there are differing starting and ending dates depending upon the particular data source. These differences should not affect our overall analyses.

With these data available, we conducted pricing studies of pertinent areas to enable us to respond to the "area-wide" (or market-wide) claims of property damages alluded to in Mr. Hunsperger's affidavit.[10] We were also asked to be prepared to respond to any additional claims he or other plaintiff experts might set forth in their reports once they are made available to us. The following discussions explain our pricing analyses to date.

---

[10] See Mr. Hunsperger's affidavit

The Dorchester Group, L.L.C.

Pricing trends for the Denver metropolitan area as a whole and Central Jefferson County are shown in Figure 5-21 With these average annual prices as a foundation for comparison purposes, we continued these analyses to the Rocky Flats environs of northern Jefferson County and to the property class area.

The purpose of our pricing analysis was first to examine each of the analysis areas to determine average price variability over time. By looking at each area separately, we can calculate the magnitudes of change over time and compare these changes with those that should be expected to occur with normal market shifts over time. Any unexplained variations provide indications that an abnormality, such as adverse economic effects of a contaminating situation or event, may have occurred. The extent of that adverse effect would also be expected to be contained within, but not necessarily constitute all of the unexpected variation.

Figure 5-22 illustrates how this concept would apply in a hypothetical situation and provides a foundation from which our actual analyses can be better understood. Assume for our example that the plotted line is average price in a study area over a number of years. Price is shown on the up and down scale (the Y-axis) and time in years is shown along the base line (the X-axis). Between time A and time B, prices vary from year to year, increasing for several years, then decreasing for several years, then increasing to time B.

At time B a dramatic and uncharacteristic stimulus increases average price, continuing to time C. This aberration is obviously not in keeping with the area's history, and its increased level is maintained for only a short period until prices drop back to a more normal level. After a brief period between time C and D, a significant decline in average price occurs signaling another unusual situation, then returns to the more normal level at time E, continuing from there more normally to time F. Without other information we cannot explain either the B-C time or the D-E time, but the diagram permits us to visually locate significant changes that merit closer study. If a major economic harm situation developed, it would result in a downward movement of the average price line as shown for the D-E period.

The second reason for these calculations is that they also permit us to make comparisons among the areas analyzed. Comparisons between and among different areas allow us to further examine the extent to which a change in a given area is generally experienced in other areas. Real estate markets are sufficiently independent to have expected variances which are not necessarily representative of other markets, but general real estate cycles and other common trends can be found so as to differentiate possible aberrations. Again, these unexplained aberrations could indicate possible market departures attributable to economic harm.



Figure 5-21
Average Sale Price for Selected MLS Districts: 1971-1994



Figure 5-22:
Example of Shocks as Shown by Per cent Difference Between Actual and Trendline and Cycle Based Forecast of Mean Prices: 1973-1994

The Dorchester Group, L.L.C.

A more complete explanation of our average pricing analysis is contained in Appendix M and should be referenced for fuller understanding of the following explanations.

The average price of homes sold from listings on MLS in the Denver Metropolitan Area between 1971 and 1994 are shown by quarters in Figure 5-23. This Figure also shows the total number of transactions for each period. It can be seen that prices tend to go up when the number of sales increases, and go down when transactions volumes decline. This is an expected supply and demand effect. It can also be seen that long term cyclical trends exist in the average prices: there are general average price increases to the early 1980s, a flatter trend to about 1987, a decline to about 1991, and general increases thereafter.

Although we chose not to adjust our analyses for the effects of Denver's annual real estate "seasons," they are evident in the data. If the annual average price is 100, sales prices for the third quarter are typically at about 103 while the first quarter is at 95. This means that on average, prices fare better during the summer to fall period, and poorer during Denver's colder winter months. This seasonality difference translates into a price difference of about eight per cent across the entire metropolitan area. A study of sales volumes on a monthly basis also shows the same seasonality.

In Figure 5-24 we have again plotted the mean sales price by quarter for the metropolitan area for 1973 through 1994 shown in Figure 5-23. This time we added a trend curve which best explains the long range trend for these prices. Comparing the actual averages with the smooth curve of the long range trend, there is a difference between the actual and trend levels for each year, except for those quarters where the lines intersect.

If we abstract each of these differences between the two lines, the differences can be plotted over time in the same way we plotted the average prices. This plot is shown in Figure 5-25. Once again, we overlay a trend curve which shows that the periodic differences between average prices and the long range trend have another cyclical trend which is evident in their own differences. This curve is shown in Figure 5-26. The economics of market pricing models frequently deal with multiple concurrent trends such as these.

At this point, two observations can be made. For the metropolitan Denver area average sales, there is relatively little departure from the long range forecast, and no notable "spikes" or "economic shocks" that would be evidenced by a sudden pronounced peak or valley in the graph. Second, similar observations can be made about the internal cyclical trend in the percentages of price differences in the cycles for these differences.



Figure 5-23
Average MLS Price, Denver Area: 1973-1994



Figure 5-24
Average MLS Price With Trend Line, Denver Area, 1973-1994

$y = 35797e^{0.0167x}$
$R^2 = 0.8162$

Source: Denver MLS and TDG



Figure 5-25
Average Actual and Forecast Price Differences, Denver Area

Source: Denver MLS and TDG



Figure 5-26
Trend, Average Acutal and Forecast Price Differences, Denver Area

Source: Denver MLS and TDG