**EXHIBIT 2**

# SUPPLEMENTAL EXPERT REPORT

## FOR THE COOK CASE

Prepared by:

*Kenneth Wise*

Dr. Kenneth T. Wise

*The Brattle Group*
353 Sacramento Street
San Francisco, California 94111



Exhibit 3
Class and Control Area Price Indexes 1974-2003