**EXHIBIT 3**

# ROCKY FLATS NUCLEAR WEAPONS PLANT
## PROPERTY IMPACT STUDY
### NOVEMBER 21, 1996

HUNSPERGER & WESTON, LTD.
5889 S. GREENWOOD PLAZA BLVD., STE. 404
ENGLEWOOD, COLORADO  80112

# Part III
# MARKET SALES INFORMATION

This portion of our analysis relates to actual sales activity of both land and single-family housing.

### LAND ANALYSIS

- Market study of land prices - area wide

- Market study of land prices - class area

### SINGLE FAMILY HOUSING

- **Existing Stock**

    Comparison of residential resale prices - area wide - with resale prices within the class area

- **New Construction**

    Comparison of various areas with class area

    - floor plan price comparisons
    - price change comparison

---

## LAND ANALYSIS

### Market Study of Land Prices - Area Wide

- We considered the possible impact the Rocky Flats Plant may have had on vacant land prices in recent years. The purpose was to see if land prices in the Rocky Flats area are consistent with other portions of the metro area. This analysis was comprised of the following steps.

    - We looked at vacant land prices in the Rocky Flats area between the late 1980s and 1995. We gathered vacant land sales (10 acres and above) that have occurred over time, within the class area.

    - We then selected other areas of the metropolitan area for study and comparison. Within those geographic areas, we gathered vacant land sales using the same search parameters.

    - We then looked at the weighted average prices over time within each of the five geographic areas. Weighted average price is the sum total of the sale prices divided by the sum total of the acreage sold. The resulting figure provides a central tendency expressed as a unit price, in this case, price per-acre.

- The five geographic areas studied will be referred to as:

    - South Jefferson County
    - South Boulder County
    - Adams County - Rocky Mountain Arsenal area
    - North Jefferson County - Outside Class Area
    - North Jefferson County - Inside Class Area

    The findings are summarized on the following table and graph.

## CUMULATIVE TOTALS (1988-1995)

| | Jefferson County North - Inside Class Area | Jefferson County North - Outside Class Area | Outside Contour Area South Boulder County | Jefferson County South | Adams County - Rocky Mountain Arsenal Area |
|---|---|---|---|---|---|
| Total Acreage Sold | 2,245.17 | 2,957.31 | 8,100.74 | 3,467.73 | 2,678.27 |
| Total Sale Prices | $23,238,657 | $31,411,029 | $98,738,096 | $88,348,593 | $43,173,319 |
| # Parcels Sold | 42 | 31 | 163 | 87 | 44 |
| Avg. Parcel Size | 53.46 | 95.4 | 49.7 | 39.86 | 60.87 |
| Total Acres Sold/Sq. Mile | 88.05 | 78.86 | 112.51 | 52.5 | 103 |
| Total Parcels Sold/Sq. Mile | 1.65 | .83 | 2.26 | 1.32 | 1.69 |
| Weighted Average | $10,351 per acre | $10,621 per acre | $12,189 per acre | $25,477 per acre | $16,120 per acre |
| Price Difference w/Contour | N/A | $270/ac. | $1,838/ac. | $15,126/ac. | $5,769/ac. |
| Price Difference as % | Base | +3% | +18% | +146% | +56% |



## Conclusions - Market Study of Land Prices - Area Wide

Land sale prices between 1988 and 1995.

- The land within the Class Area has the lowest average price per acre of any of the five study areas.

- The relatively low average price per acre may be the result of proximity to Rocky Flats, some impact from proximity to the Jefferson County Airport (at least with respect to land use), and a lack of infrastructure within the area.

- Price differentials ranged from 3% to 146%.

- The comparative geographic area closest to the Class Area line measured a differential of only 3%, while areas further removed measured much greater differences (18% to 146%).

- Prices for Adams County land proximate to the Rocky Mountain Arsenal superfund site were 56% higher than in the Class Area.

### Market Study of Vacant Land Prices - Class Area

- We have confirmed six land sale transactions that occurred between 1989 and 1992. They ranged in size from 42 acres to 1,100 acres. The sale prices were between $1,200 per acre to $6,000 per acre.

- These sales indicate diminution in land value due to proximity to Rocky Flats on the order of 50% for those parcels closest to the Plant property.

- The vacant land within the class area, owned by class members, as of June 1989, is estimated to be **4,812 acres**. The average price of vacant land (10 acres+) within the contour area between 1989 and 1995 was $10,351 per acre. But for Rocky Flats, that price average would have been $14,787 per acre. This is expressed in 1995 dollars. The differential equates to $4,436 per acre.

  When applied to the 4,812 acres estimated to be within the class area, the estimated diminution in value is expressed in the following calculation:
  4,812 acres x $4,436 = $21,000,000 (rounded)

SINGLE-FAMILY HOUSING

**Existing Stock - Comparison of residential resale prices area wide with resale prices within the Class Area**

- We compared resale price trends for existing residential (condo and detached) in several geographic areas of the metropolitan area between 1989 and 1995.

- We compared compound appreciation or depreciation rates within submarkets of the metropolitan area to those rates in the Rocky Flats plutonium contour submarket area.

- Those comparative submarkets within Jefferson County as classified by MLS data:

    - Jefferson North
    - Jefferson North Central
    - Jefferson West
    - Jefferson Central
    - Jefferson South Central
    - Jefferson South

- We also compared the Rocky Flats area with neighboring submarkets (non-Jefferson County) that may have been impacted by Rocky Flats.

    - Broomfield
    - North Suburban West

- Finally, we considered the area surrounding the Rocky Mountain Arsenal (RMA) which, like Rocky Flats, is a widely known superfund site with on and off-site contamination. The submarket surrounding the RMA is referred to as North Suburban East. We also considered the North Suburban Central submarket in Adams County which is more removed from the Rocky Mountain Arsenal.

- We compiled the end of year (12 month) statistics provided by Metro List-MLS for 1989 and 1995. We are able to derive a compound appreciation/depreciation rate for each area. That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound change rate per year for the six-year period.

### Conclusions - Residential Resale Prices

- In our data comparison, we compiled the end of year (12-month) statistics provided by Metro List-MLS for 1989 and 1995. We selected as the starting point the year 1989 because it was the year of the FBI raid at Rocky Flats. The year 1995 was selected as the end point in that it is the most recent data available.

- By comparing prices from 1989 and 1995, we are able to derive a compound appreciation/depreciation rate for each area. That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound percent change rate per year for the six year period. Those findings are summarized on the table below.

| MLS - Metrolist Data Summary |||| 
|---|---|---|---|
|  | 1989 | 1995 | Compound % Change |
| Jefferson North* | $83,127 | $124,023 | 6.90 |
| Jefferson North Central* | $91,016 | $129,759 | 6.09 |
| Broomfield* | $94,009 | $138,627 | 6.69 |
| North Suburban West* | $77,405 | $110,319 | 6.08 |
| Jefferson Central | $71,719 | $113,075 | 7.88 |
| Jefferson South Central | $80,659 | $123,991 | 7.43 |
| Jefferson West | $106,311 | $171,014 | 8.25 |
| Jefferson South | $96,309 | $156,488 | 8.43 |
| North Suburban East | $43,825 | $69,580 | 8.01 |
| North Suburban Central | $63,979 | $104,059 | 8.44 |

\* The four lowest appreciation rates are found in those submarkets that include portions of, or in close proximity to the Class Area. The average appreciation rate over these four areas is 6.44% per year. Outside the area, it is 8.07% per year. Based on these figures a $91,000 house in 1989 near the plant would lose 11% in appreciation over a typical 7-year holding period. This data is illustrated graphically on the following pages.



| 1988 | single-residential | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462 |
| --- | --- | --- | --- | --- | --- | --- |
| 1989 | | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958 |
| 1990 | | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100 |
| 1991 | | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207 |
| 1992 | | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144 |
| 1993 | | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191,390 |
| 1994 | | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954 |
| 1995 | | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340 |

Note also that the previous table does not reflect loss to single-family attached housing or vacant land in the class area. Using 8% average loss to residential property value based on 1995 detached and attached housing prices, we can develop a more current estimate of loss to residential property. The average detached home price in 1995 was $135,614; the average price for attached housing was $94,000. However, those prices already reflect diminution. Therefore, in order to calculate the true loss it is necessary to divide each number by .92, then subtract the respective (actual) average prices. Calculations follow:

|  | Detached | Attached |
| --- | --- | --- |
| Avg. Price | $135,614 | $94,000 |
|  | ÷.92 | ÷.92 |
|  | $147,407 | $102,174 |
|  | -135,614 | -94,000 |
|  | $11,793 | $8,174 |

Area-wide loss then is computed as follows:

| 8,979 detached homes x $11,793 = | $105,889,347 |
| --- | --- |
| 3,040 attached homes x $8,174 = | 24,848,960 |
| Total Area Wide Residential Loss = | $130,738,307 |
| | Rounded: $131,000,000 |

To this figure must be added diminution in value to vacant land.

---

## CONCLUSIONS

1. The data demonstrate a substantial reluctance within the Denver Metro Area for home buyers to even consider the market around the Rocky Flats area when making their home buying decision. This unwillingness stems from a persistent perception of historic and continuing risk associated with the plant's history and the fact that radioactive material remains on and off-site.

2. This reduces the potential number of home buyers within the Rocky Flats market area. This smaller universe of buyers affects the supply/demand curve. Basic economic principles dictate that lower demand tends to reduce prices.

3. Multiple Regression Analysis (MRA) conducted by the University of California at Berkeley indicates a diminution in real estate value for properties within proximity to the Rocky Flats plant. This analysis is based on behavior in the market place; if purchasers are not well informed, MRA may understate the true impact.

4. Local governments have altered land use policy in response to the risks associated with the Rocky Flats plant. Such land use decisions tend to discourage residential development within the area and destabilizes supply and demand.

5. A study of residential resale prices within the Rocky Flats area from 1989 to 1995 suggests that while home values have appreciated along with the general metropolitan market, the rate of appreciation has been lower. This differential translates into lost property values.

6. Real estate studies from around the country indicate diminution in value for properties in proximity to environmental problems. When those disamenities involve materials such as plutonium and uranium, the loss in value is often greater.

7. Government entities and the public believe there is continuing risk as long as plutonium remains on-site.

8. Prices tend to fluctuate with certain events disclosed in the media. Any future negative event or disclosure will result in a noticeable decline in prices.

9. The Decision Research survey was conducted during a real estate boom; nonetheless, the results indicated some diminution in value. During a real estate downturn, we would expect the impact to be exacerbated.

10. Data indicate that base value of bulk development land is depressed in the vicinity of Rocky Flats. Principles of land economics suggest that this impact would also relate to improved properties.

### Final Estimate of Diminution in Value

| | |
|---|---|
| Diminution - Residential Properties: | $169,000,000 |
| Vacant Land: | 21,000,000 |
| Total Diminution in the Class Area: | $190,000,000 |

## CONTINGENT AND LIMITING CONDITIONS

This appraisal is subject to the following contingent and limiting conditions:

1. We have relied upon the University of California - Berkeley to provide an inventory of properties within the class boundary.

2. Sketches in this report are intended to be visual aids and should not be construed as surveys or engineering reports.

3. All information in this study has been obtained from sources reasonably and customarily relied upon by real estate experts.

4. Possession of this report, or a copy thereof, does not imply the right of publication or use for any purpose by any other than that of the addressee without the written consent of the authors.

5. In compliance with USPAP and other regulatory agencies, we must issue a statement of competence to appraise the subject properties. The firm of Hunsperger & Weston, Ltd. has appraised numerous properties that are similar to subject and has the expertise to appraise subject properties.

6. The Highest and Best Use of the properties is considered in aggregate over the class area.

7. The compensation for this assignment was based on various hourly rates but no way was contingent upon the conclusions. Mr. Clayton's hourly rate for the real estate study is $125 (exclusive of preparation and testimony). Mr. Hunsperger's rate, exclusive of preparation and testimony, is $150 per hour.

## SPECIAL CONTINGENT AND LIMITING CONDITIONS

1. This appraisal report has been prepared for the exclusive use of the addressee and for the purpose stated herein. It is not transferable without the prior written consent of Hunsperger & Weston, Ltd.

2. For this analysis, we have relied upon the services of experts in various disciplines. We have performed due diligence to assure ourselves the greatest degree possible of the reliability of the other experts opinions.

3. The effect measured in this report relates to "stigma" but does not include remediation costs. The term stigma is defined in great detail in a later section of this report. However, in this context it relates to past, present and future risks associated with Rocky Flats, including the likelihood that the class area has been exposed to plutonium.

4. While we recognize that commercial properties are included in the class definition, they are not easily analyzed by accepted mass appraisal techniques. Nonetheless, it is our experience that commercial properties can be affected by pollution, and if appropriate, those properties may be analyzed on an individual basis at a later date. The value of commercial properties is typically

HUNSPERGER & WESTON, LTD.                                                                                   71

## ROCKY FLATS HISTORY

The Rocky Flats facility was established in 1951 by the federal government and covers 6500 acres of land. Its two main missions were to produce plutonium "triggers" for nuclear weapons and to process retired weapons for plutonium recovery. Plutonium was imported from the Hanford Reservation in Washington State and the Savannah River Plant in South Carolina, and was also recovered from retired warheads and manufacturing residues.

Dow Chemical was the plant operator until 1975, when Rockwell International Corporation took over. In January of 1990, Rockwell was replaced by EG&G as the plant operator. EG&G and its successor, Kaiser Hill, have been involved in cleaning up toxic contamination and updating safety and production procedures, but has not produced any triggers.

In June, 1989, the FBI raided the Rocky Flats plant, in aid of investigations which alleged criminal actions concerning operations and waste treatment. The Department of Energy announced in 1991 that it planned to limit or eliminate nuclear weapon production at the plant. Weapon production has now been discontinued and plans for cleanup are underway. Rockwell pleaded guilty to environmental crimes and paid an $18 million fine.

## ENVIRONMENTAL CONDITIONS AND THEIR EFFECT ON PROPERTY VALUES

Real estate, for most purchasers, is the single, most important purchase decision they will ever make. Whether it involves the purchase of a home or a non-residential property, there are not many assets that require a larger financial commitment. As such, participants in the real estate market[11], are sensitized to conditions adverse to the free and open operation of the market.

Once the community becomes aware that it has been (or may be) exposed to hazardous substances, property values begin to suffer. As the process unfolds, a certain "stigma" begins to form in the minds of market participants. In the case of Rocky Flats, the stigma issue was exacerbated by the 1989 FBI raid. Since that date, the investigations and subsequent closure of the plant have received considerable coverage by the news media and a number of past, present and future risks have been pointed out. While as of this writing, not all documents have been released by the Department to Energy, we do know, for example: 1) drinking water may have been tainted, 2) soils on-site are highly contaminated, 3) nearby residents have been subjected to releases of hazardous materials, 4) 14½ tons of plutonium remain on site, 5) barrels used to store plutonium and uranium waste have leaked and 6) the community does not know if or when hazardous substances will be removed from the site. (Such an event itself is considered to be risky.) Stigma at and around Rocky Flats is based upon very real risks, as well as perceptions with respect to those risks. It is important to understand that stigma in this context does not relate simply to proximity to Rocky Flats, but more substantively to the very real risks of nuclear materials and actual exposure to hazardous releases. We point out also that our research indicates that many community residents are not knowledgeable about some of these risks and in fact, if they were, we believe the negative reaction would be even greater. A community once "stigmatized" may have an almost impossible burden as it has been branded in the marketplace. Remediation of the toxic conditions is a start, however, the stigma may persist.

The degree to which a community is stigmatized is a function of the underlying facts (assuming they are known and clearly understood), as well as the perception of what those facts really are. Numerous articles and studies have been published over the past several years related to concerns and actions on the part of potential purchasers of environmentally affected real estate. Similarly, there is a growing body of literature concerning the negative responses toward the construction of environmentally

---

[11] Market participants are defined in <u>The Dictionary of Real Estate Appraisal</u> as follows:
market participants - Individuals actively engaged in real estate transactions. Primary market participants are those who invest equity in real property or who use real estate, e.g., buyers, sellers, owners, lenders, tenants. Secondary market participants include those who advise primary participants, e.g., advisors, counselors, underwriters, appraisers.

HUNSPERGER & WESTON, LTD.                                                       74

## REAL ESTATE MARKET RESEARCH

In order to understand the market for properties near Rocky Flats and the risk (if any) associated with it, a study of real estate market research data is relevant. That is, because perception of risk is a key component of the decision making process, it is important to identify events or occurrences that provide insight into that process. This is particularly true in order to determine if an area is "stigmatized." *"It is clear that places, products and technologies are stigmatized because they are associated with hazards that have many of the characteristics that contribute to a high perception of risk such as dread consequences and involuntary exposure."*[18] It is axiomatic to real estate that increased risk results in reduced prices or value; it is an inverse relationship. Thus, to understand the dynamics of value, it is necessary to study market behavior relative to contamination.

Non-transactional data is meant to include material other than actual real estate sales data. It may include events, actions, policies, and market perceptions that do not necessarily result in a specific real estate transaction, but do influence the real estate marketplace.

In the context of the Rocky Flats Nuclear Weapons Plant, non-transactional data may include:

1) government policies designed to protect human health which may include such things as buffer zones from the Rocky Flats plant, land use restrictions in proximity to the plant, soil testing requirements, among others; and,

2) perceptions within the marketplace and among market participants[19] that influence real estate activity, prices and value.

Following is a summary of our research in this regard.

### I. MUNICIPALITIES

In evaluating market data relative to the Rocky Flats Nuclear Weapons Plant, we considered the impact on municipalities proximate to the plant. In the course of this study, we interviewed a variety of decision makers and staff within several municipalities. We also studied policy documents and

---

[18] Technological Stigma, American Scientist, Gregory, Flynn & Slovic

[19] Market participants are defined in The Dictionary of Real Estate Appraisal as follows: market participants - Individuals actively engaged in real estate transactions. Primary market participants are those who invest equity in real property or who use real estate, e.g., buyers, sellers, owners, lenders, tenants. Secondary market participants include those who advise primary participants, e.g., advisors, counselors, underwriters, appraisers.

HUNSPERGER & WESTON, LTD.                                                                                              78

regulations relied upon by these municipalities in relation to the Rocky Flats Nuclear Weapons Plant. That data generally concerns public health, water quality, growth restrictions, the ability of the municipality to issue bonds, concern of the citizenry, and land use and planning restrictions.

Our findings relative to the various municipalities are detailed below.

### A. City of Broomfield

In September of 1990, an opinion survey was conducted by Talmey-Drake with the purpose of 1) measuring residents' attitudes relative to health concerns surrounding "the Rocky Flats Nuclear Plant", and 2) measuring community beliefs as to whether Rocky Flats affects the quality of the city's drinking water. Salient findings included:

- 54% of Broomfield residents said they were more concerned about Rocky Flats in 1990 than one year earlier, particularly with respect to drinking water.

- In terms of general environmental concerns, 60% of Broomfield residents said they were "very" concerned about contaminated drinking water, and 54% said they were "very" concerned about radioactivity from nuclear waste.

- 37% of respondents felt that Rocky Flats posed a moderate health threat to the residents of Broomfield, and an additional 25% felt the threat was "very" serious. A total of 62% of respondents felt that Rocky Flats posed a moderate or "very" serious health threat with 10% reporting that Rocky Flats does not pose a health threat at all.

- 82% said they were "very" (54%) or "somewhat concerned" (28%) about radioactivity from nuclear plants.

- On the positive side, 40% said they trust the new management of the Rocky Flats plant more than they trusted the previous management. 33% did not and 27% were neutral.

- 67% disagreed with the statement that "Rocky Flats has no effect on property values in Broomfield." In effect, 2/3rds said Rocky Flats does affect value.

A central issue that emerged from this survey was the fact that one source of Broomfield drinking water (Great Western Reservoir) is located near the plant. The surveyors stated, *"The high level of concern regarding the perceived contamination in the city's drinking water is therefore not surprising."*

Due to opinions expressed in the survey, Great Western Reservoir was closed as a source of drinking water, and Broomfield is now engaged in the development of an alternative water supply, in part, at the expense of the Department of Energy. City officials informed us that absent such a project, the City would be unable to attract new business or development. An official of the City Manager's