**EXHIBIT 3A**

Office is concerned that they purchased land for expansion of the reservoir, but the land is no longer usable and has no value except perhaps for open space.

While Broomfield is just outside the class area, the Broomfield experience is indicative of stigma arising from contamination. Even the City felt the effects, as they had difficulty obtaining "after market" insurance for a bond financing project.

A recent event underscores the continued concern about drinking water quality. According to the Colorado Department of Health (CDH), heavy rains in April and May of 1995 caused the surface water holding ponds at Rocky Flats to fill to capacity which created concerns about flooding. To alleviate the flooding problem, water had to be released, some of which drained into Great Western Reservoir and Coal Creek. Because the reservoir was low, Broomfield chose to take the water. Subsequent tests indicated that the releases contained plutonium and americium above state standard. While this might or might not pose a health threat, in mid June, the Broomfield City Council chose to switch to Denver water and temporarily discontinue use of Great Western Reservoir water. *"This action was not at the state's request and was probably taken as a precaution and because of public perception related to Rocky Flats water"*, CDH stated. Interestingly, the 1990 survey respondent's fears were realized five years after completion of the study.

In the course of this assignment, we discussed municipal finance with a bond underwriter and the staff of the City of Broomfield, Colorado. They both report that some years ago Broomfield lost its ability to obtain bond insurance on new issues. The lost insurance was reportedly the result of concern by the insurer of risks associated with Broomfield's proximity to the Rocky Flats plant. More specifically, the city issued the bonds but was unable to obtain "after-market" insurance; the insurer was concerned about proximity to the plant. The City of Broomfield official went on to say, in his opinion developers could run into a similar problem in attempting to finance infrastructure through the sale of bonds. He believes it would be necessary now to disclose proximity to Rocky Flats and such a disclosure could influence the bond price, the bond yield and the ability to obtain after-market insurance. He also indicated that the city had acquired land near Rocky Flats to expand the capacity of Great Western Reservoir in order to provide added water service to the City of Broomfield, but the city can now no longer use the property except for open space and they have not been compensated for that loss of use. Obviously, inability to develop infrastructure or absorb onerous costs of infrastructure will effect marketability and value of development land.

Also with respect to the City of Broomfield, we note that in November 1995 the City Council

HUNSPERGER & WESTON, LTD.                                                                                       80

formally opposed any program that calls for on-site disposal of radioactive waste at the former Rocky Flats nuclear weapons plant. The City Council resolution *"opposes those programs which create permanent disposal or indefinite storage of plutonium on-site."* City Council also authorized a letter to Lieutenant Governor Gail Schoettler expressing concern that on-site disposal would *"create a permanent legacy."* DeAnne Butterfield of the Rocky Flats Local Impact Initiative said she believes Broomfield is the first entity to pass such a resolution, although Arvada and Westminster were considering similar measures.

The measures are in response to a plan released by Kaiser-Hill, which calls for removing the most dangerous material by the year 2015 while entombing some "low level" contamination. Kaiser-Hill's proposal has met with considerable concern not only by the local jurisdictions but also by entities such as the Colorado Chapter of Physicians for Social Responsibility and the Jefferson County Commission.

Mr. Clifton Harald was formerly Broomfield's economic development officer from approximately 1990 to 1995. He indicated that there were pros and cons associated with Rocky Flats. On the positive side, it has created jobs for some of the citizens of Broomfield. On the negative side, Mr. Harald fielded many questions regarding Rocky Flats from potential relocating companies. He did indicate that one existing high tech company in Broomfield, EDP, was very concerned and upset over Rocky Flats and pushed the city to be more aggressive to "get rid of" Rocky Flats particularly following the FBI raid of 1989.

Mr. Don Dunshee is the current economic development officer for Broomfield. His comments are contained under the Jefferson County section of this report is his role as the economic development officer for the Jefferson County Economic Council until 1995.

Kirk Oglesby has been the planning director for the City of Broomfield. He indicated that Rocky Flats created the need for a land use plan that would not allow residential development west of Simms Street. This policy has been in place for many years and continues to be as of 1995.

### B. City of Arvada

Jane McVey, the economic development officer for the City of Arvada, reported that Rocky Flats has been and continues to be an impediment for economic development within the City of Arvada.

Some companies are reluctant to relocate facilities within proximity to the plant. Ms. McVey reported that the City of Arvada recently lost the relocation of a small manufacturer which had settled on a site near the plant, however, the owner's wife reportedly was too concerned about the risk of Rocky

Flats and the company chose to relocate elsewhere. This company would have constructed between 50,000 and 100,000 SF of building space and employed 40 to 50 people. Another company that located within Arvada in proximity to the plant reports that their Japanese clients will not visit the plant due to fear of radiation from Rocky Flats. Ms. McVey also reported that she knows of realtors who direct clients away from the area in order to avoid the risks associated with Rocky Flats. As part of her economic development duties, Ms. McVey sends information packets based on inquiries from potential land users, corporate relocations, etc. She indicated that over 57 informational pamphlets were sent out to potential users (builders, developers, corporate relocation, etc.) within the past year and there have been no subsequent deals completed. She believes that this is an extraordinarily low response rate given the number of information requests. In her opinion it is difficult to isolate Rocky Flats as a specific issue, although she does believe that it is a *"negative issue no matter what."*

Ms. McVey believes that the negative influence of Rocky Flats is a perception problem that is almost impossible to overcome. For example, Ms. McVey indicates that recently the municipality was becoming more comfortable with the notion that the plant facility would be "cleaned up" with contaminants removed and transported out of the area. However, the operator and the Federal Government have indicated that the contaminants may well stay on the plant site for the indefinite future and may become a more or less permanent storage site for those contaminants. With this change in direction, Ms. McVey indicates that the City of Arvada is less trusting and more suspect that problems will not be resolved in the foreseeable future.

We also spoke with the City Attorney and a Finance officer regarding the impact that Rocky Flats has had on the city's ability to obtain bond financing. Kelly Godshock is the finance director for Arvada. She reported that the city has been able to obtain bond financing for the issues they have been involved in over the past several years. They have issued bonds in 1992 and 1994, and Rocky Flats was not raised as an issue. We also confirmed this with Mr. Dee Wisor who is the city's outside bond counsel. He indicates that disclosures about Rocky Flats may be necessary (depending upon the issue), but the city has had no problems obtaining competitive ratings to the best of his knowledge. The closer to the plant one comes, for example a metro district or special improvement district, it is foreseeable that disclosure becomes ever more important. The test on disclosure in an Official Statement is whether the issue is "material."

Rocky Flats has been an issue of concern for the citizens of Arvada as evidenced by a 1989 "Arvada Citizen Attitude Survey." This survey which we have retained in our files was conducted by

---

the City of Arvada to gather citizen opinion toward city services among other issues. One of the other issues was concern over Rocky Flats. The following three questions (related to Rocky Flats) were asked of the citizens in the late 1980s and the results are displayed below:

| 1989 Citizen Attitudes Survey | | | | | | |
|---|---|---|---|---|---|---|
| Statement | Survey Year | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree |
| The City should support the removal of plutonium processing operations from Rocky Flats | 1989<br>1987 | 38%<br>* | 22%<br>* | 22%<br>* | 10%<br>* | 7%<br>* |
| The City should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained | 1989<br>1987 | 46%<br>* | 22%<br>* | 19%<br>* | 9%<br>* | 5%<br>* |
| The City should oppose the incineration of toxic radioactive waste at Rocky Flats | 1989<br>1987 | 56%<br>* | 17%<br>* | 15%<br>* | 7%<br>* | 4%<br>* |
| Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household? (Asked in 1989 only) | Yes<br>42% | No<br>32% | Don't Know<br>27% | | | |

\* Not asked that year.

In conclusion, the evidence shows that not only Arvada government officials but ordinary citizens have been and remain concerned about Rocky Flats. The experiences of Ms. McVey, the economic development officer for Arvada, certainly provide compelling evidence that Rocky Flats has been a deterrent to development in the area. Additionally, when 42% of citizen responses identify Rocky Flats as a health threat, value cannot help but be impacted.

### C. City of Westminster

Mr. Larry Hulse is with the city's Planning Department. Mr. Hulse has been involved in Rocky Flats issues for several years on behalf of the city. He indicated that due to Rocky Flats and the negative perceptions associated with it, the City of Westminster will not extend residential service west of Simms Street. The zoning will only permit non-residential uses. Mr. Hulse reports that there have been virtually no commercial or industrial requests for land uses west of Simms during his tenure. He reports that many families that are relocating to the area have called the Westminster planning office and inquired about the danger of Rocky Flats. These inquiries were very prominent in the post 1989 FBI raid period. He knows of "many" builder/developer inquiries regarding Rocky Flats and believes these inquiries are indicative of impact on value.

Ms. Michelle Hill, planner for the City of Westminster, described the history of the land west

of Simms Street. That land which is within the city boundaries of Westminster is now designated open space. In the early 1980s, the then land owner submitted a plan for a residential development on the property to be known as "Colorado Hills." Soil testing was done and the results showed contamination by Rocky Flats. The city rejected the plan and disallowed residential development west of Simms. This land was purchased by the city and converted to open space.

Mr. Tom Settle is coordinator of water quality for the City of Westminster. He indicated that the city has been involved in protection of water shed programs regarding Standley Lake and raw water runoff flowing into the lake. He estimated that 1% of the water originates from the Rocky Flats plant area. In the post 1989 FBI raid period, the Standley Lake diversion project was initiated to divert plutonium and other contaminants away from the city's water supply.

Ms. Susan Graft is the Economic Development Officer for Westminster. She stated that the "positives" of the plant are that new business related to the clean-up of Rocky Flats has come to Westminster. That new business accounts for approximately 50 employees. The "negatives" associated with the plant involve the reluctance of some companies to relocate to the area. She indicated that there was a Fortune 500 company that intended to relocate to the "Countrydale" parcel, but declined "in part" because of Rocky Flats. The company indicated that since they had "deep pockets" they were not interested in becoming a target in any associated contamination problems arising from Rocky Flats.

The Finance Director of the City of Westminster is Susan Stubbs. Ms. Stubbs indicated that the City has not experienced rating problems to date due to proximity to Rocky Flats, to the best of her knowledge. She did indicate that water and sewer quality had been discussed with regard to Rocky Flats, and rating agencies have asked them to provide certain information. However, no higher interest rates resulted, nor did they have problems obtaining insurance on the bonds. Ms. Stubbs points out that a recent bond issue in Westminster was highly competitive and there was not an apparent negative impact from Rocky Flats. She did mention that the water quality continues to be monitored and has generated numerous citizen inquiries over the years. To the best of her knowledge, the city is far enough away, for the most part, where Rocky Flats does not have a significant impact on the city.

### D. Town of Superior

The Town of Superior is a small community located north of the Rocky Flats plant and is home to the Rock Creek community. Mr. Bruce Williams is the town manager for Superior. Mr. Williams indicated that in his opinion, Rocky Flats was not a significant problem to date. Something may occur

HUNSPERGER & WESTON, LTD.                                                                                                 84

in the future which could change that. He reports that there are plenty of questions from potential homebuyers, particularly those from Rock Creek. He directs the individuals to government agencies to answer their questions. He indicated that one reason he believes that Rocky Flats is not a significant problem is because the town is "up wind" from the plant.

### E. City of Golden

Mike Bester is the City Manager for the City of Golden. He reports that the City of Golden is concerned about developments at the Rocky Flats plant since it is proximate to the City and some of the city leaders are involved in Rocky Flats issues. He indicated that areas to the north such as Arvada or unincorporated Jefferson County would be more likely to have been impacted. According to Mr. Bester, the City has not had bonding problems associated with Rocky Flats to date.

### F. City of Louisville

Mr. Paul Wood is the Planning Director for the City of Louisville. Wood indicated that Rocky Flats has not been a significant issue for his community, to the best of his knowledge, except for the fact that the employment cutbacks have had a negative impact on the town. He indicated that Louisville's location "upwind" from the plant and north of the Turnpike is a reasonable explanation for the lack of negative impact.

### G. City of Lafayette

Ms. Bonnie Starr is the Planning Director for Lafayette. Starr reports that Rocky Flats is a "non-issue" for Lafayette in that the town is upwind and removed from the Flats area. She stated that it has not been a potential problem for the city, as far as she knows. Lafayette is north of the Turnpike in Boulder County.

### H. City of Boulder

Ms. Cappie Fine with the Finance Department indicated that the City of Boulder has had no apparent bonding problems associated with Rocky Flats and that the plant is far enough away to where it may not have an impact on bonding. The bonds are issued based on the general creditworthiness of the City, which is rated AAA.

Ms. Jane Greenfield of the City Attorney's office indicated that she was aware of no bonding

problems as a result of Rocky Flats, however, she knew of individuals, including herself, who moved from the southern part of Boulder to a more remote location in part to get away from proximity to the plant. She stated that she had a more specialized knowledge of radiation in that she has an academic background in environmental geology.

Mr. John Tayer is the inter-governmental liaison office for the City of Boulder. He reports that there are occasional inquiries from citizens regarding the safety of Rocky Flats. However, for the most part, it is not a significant issue for land use within the city limits. He did indicate that "stigma" associated with the plant may actually be working to the city's benefit. The stigma has a tendency to keep open space areas undeveloped, much to the satisfaction of the City of Boulder.

Overall, while individual citizens and groups within the City of Boulder may be concerned about Rocky Flats as an environmental issue, the city staff members that we spoke with were not significantly concerned about the city's proximity to the plant in that it is some miles away and the city is upwind.

## II. COUNTIES

### A. Jefferson County

Since Rocky Flats is surrounded by unincorporated Jefferson County, interviews with Jefferson County officials were appropriate. In the course of our research, we contacted staff members from the County Commissioners office, the County Board of Health, Planning and Zoning, the Tax Assessor's office, Economic Development and the County Finance Department. The data obtained are summarized below.

### 1. County Commissioners

While we have interviewed representatives of a number of governmental entities, as well as ordinary citizens living in the area, comments and concerns are well documented in two recent publications: the first is a comment/response document relative to the anticipated Rocky Flats Site Wide Environmental Impact Statement; the second is titled <u>Rocky Flats Future Site Use Working Group Recommendations for Rocky Flats Environmental Technology Site</u>.

The first document identified in the preceding paragraph contains comments the United States Department of Energy received in response to publication of the Notice of Intent to Prepare a Site Wide Environmental Impact Statement. Comments were received from citizens and organizations interested in the future of Rocky Flats. The comments are indicative of common perceptions relative to Rocky Flats

and therefore are relevant to a study of impact on value. The comments were published in January 1995; representative excerpts follow:

### Jefferson County Board of Commissioners

The Board passed Resolution No. CC94-654 which makes the point that *"Maintaining in perpetuity, the undeveloped buffer zone of open space around Rocky Flats is a critically important environmental, safety and health constraint which must be required as part of any and all alternative actions proposed by the Department of Energy."*

The Board also indicates that "the reasons originally set-forth by the DOE for acquiring and maintaining an undeveloped buffer zone are even more compelling today because of additional facts and developments which were not commonly known at the time of buffer zone acquisition. Examples of some of the recent developments and disclosures which add further support to the DOE's continuous unbroken and long standing position that an undeveloped buffer zone should be maintained are:

1. Since the establishment of the facility in 1952, materials defined as hazardous substances have been produced and disposed of at various locations at the facility,
    a. Certain hazardous substances, radioactive mixed waste, hazardous waste or constituents thereof remain on, under or near the facility and have been detected in groundwater at the facility.
    b. Groundwater, surface water and air pathways provide routes for the potential migration of hazardous substances, radioactive mixed waste or hazardous waste or constituents thereof from the Rocky Flats facility into the environment.
    c. The migration of such hazardous materials from the facility may present a threat to the public health, welfare and the environment.
    d. The Rocky Flats facility contains both active and inactive solid waste management units which are potential sources for the release of hazardous substances or hazardous waste or constituents thereof.
2. The releases and threatened releases into the environment of hazardous substances from Rocky Flats have resulted in Rocky Flats being designated as a superfund site.

3. Superfund cleanup lands envision long-term or perpetual storage of certain hazardous waste and substances at Rocky Flats.

4. In addition to the hazardous substances being addressed by the superfund cleanup, Rocky Flats today stores approximately 14 tons of plutonium.

5. In all likelihood, large quantities of plutonium and other hazardous materials will continue to be stored at Rocky Flats into the foreseeable future.

6. In August 5, 1994, a DOE Environmental Safety and Health Plutonium Vulnerability Assessment Report executive summary concluded in part:

   a. The misdirected priorities for resource allocation at Rocky Flats are also compounding the severity of plutonium vulnerabilities at the site.

   b. Time is not on DOE's side in regard to plutonium vulnerabilities at the nuclear weapons sites. The likelihood of incidents and consequences of the incidents increase yearly."

As a follow-up to the written comments of the Commissioners, we contacted Janie Sepanik of the County Commissioner's office. Ms. Sepanik indicated there were pluses and minuses with the plant and the activities associated with it. On the positive side, the plant has historically provided high paying jobs for Jefferson County. There have also been some technological and science spin-offs for Colorado University and the Colorado School of Mines. On the negative side, precise and consistent information has been hard to come by from the Department of Energy and its contractors, according to Ms. Sepanik. The only constant has been "uncertainty." (This distrust in our view is a likely source of stigma, which is consistent with research findings of Dr. Paul Slovic of Decision Research.) According to Ms. Sepanik, "it's hard not to be discouraged by the Department of Energy's past behavior."

### 2. County Board of Health

The Jefferson County Board of Health adopted Resolution No. B0H94-4 regarding future development in the vicinity of the Rocky Flats site. The resolution, in effect, summarizes the chronology of events at the site and points out numerous hazards. The Board points out that not only were certain radioactive materials, such as plutonium, uranium, americium and tritium used at the site, but also operations involved the widespread use of other toxic and hazardous materials such as acids, nitrates, solvents, heavy metals, etc., all of which are classified as hazardous substances under CERCLA. The

resolution identifies plutonium as a "powerful carcinogen and is one of the most hazardous substances known to man."

As part of its chronology, the Board recognizes that in connection with the operations of Rocky Flats as a weapons plant, there have been discharges of both radioactive and non-radioactive hazardous substances into the environment surrounding the plant. The Board believes that the plant poses a potentially significant and long-term risk of harm to public health, safety and the environment due to:

a. The past releases and potential future releases of hazardous substances into the environment.
b. The superfund related clean-up activities presently occurring and contemplated to be occurring for years to come.
c. The past, present and future storage of large amounts of plutonium and other hazardous substances.

The County Board of Health concludes its resolution by insisting that future development in the current DOE buffer zone around the Rocky Flats plant be appropriately limited and controlled to the maximum extent possible by law.

In addition to the comments cited above, the Comment Response Document includes statements of a number of individuals and organizations that range from extreme concern about the dangers of the plant to suggestions regarding safe storage and disposal. In summary, the gist of the comments deals with the uncertainties related to storage and/or removal of hazardous material, as well as protection of the public from past and potentially future releases. Almost universally, the respondents want to see preservation of existing buffer areas, as a level of protection to the public.

The second publication was produced in July 1995 by the Rocky Flats Future Site Use Working Group (RFFSUWG), and it was addressed to the Secretary of the Department of Energy. Signatories to the publication include members of various: 1) economic interests, 2) environmental interests, 3) peace and health interests, 4) Rocky Flats neighboring land owners/home owners associations, 5) major adjacent land owners, 6) City of Arvada, 7) Boulder County, 8) City of Boulder, 9) City of Broomfield, 10) Jefferson County, 11) Town of Superior, and 12) City of Westminster. Actual signatories to the document may be found on the following pages. While the group's goal was to provide direction and to make recommendations to DOE, Colorado Department of Health and the EPA regarding the future use

of the Rocky Flats site itself, the publication does provide insight into concerns regarding nearby property owners. The group notes that approximately 6,100 acres (almost ten square miles) are buffer lands and are preserved as open space with few facilities. This area serves as an environmental buffer zone to the core area to protect the site from potential surrounding encroachment to maintain the physical security of the site *and to help protect public health in the environment off-site.* The site remains off-limits to the general public due to health and safety considerations.

June 22, 1995

The Honorable Hazel O'Leary
Secretary of the Department of Energy
Department of Energy
Washington, DC

Dear Madam Secretary:

We are pleased to transmit the "Rocky Flats Future Site Use Working Group Report" to you and the Department of Energy. Our Working Group has deliberated together for one year to prepare this report, from our first organizational meeting on June 16, 1994 to our final meeting on June 8, 1995. On June 22, 1995 we formally adopted this report. As you will see, we represent a diverse group of affected stakeholders and we have worked extremely hard to understand and accommodate each other's concerns.

The future use of the Rocky Flats plant is critical to the Denver region's 2.1 million residents. We hope that this report will serve to ensure an environmentally safe and economically viable transition.

A summary of issues on which the Working Group has reached agreement include:

- a focus on health and safety
- a buffer zone which is predominately preserved and protected open space
- a focus on environmentally conscious cleanup technology in the core industrial area
- a "three phased" context for considering changes of use, based upon cleanup activities and removal of the existing plutonium
- a long-term recommendation that the Federal government clean up this site until it is truly clean, to background levels

The document represents the best thinking of a broad spectrum of our community. We wish to emphasize that we used consensus decision making throughout the process. Where the Working Group was not able to reach consensus, we noted the issue, presented an array of options and documented the specific interests and concerns of the various parties.

Thank you for your consideration of this Group's recommendations. It has been a pleasure to serve the needs of our own community as well as those of the Federal government. We appreciate your efforts to bring our community perspectives into your decision making.

Sincerely yours,
The Rocky Flats Future Site Use Working Group

**STAKEHOLDERS**

Economic Interests

*[signatures]*   Chet Tchozewski

Environmental Interests

Eugene Dellaire
*[signature]*

Peace and Health Interests

Roby Moore
Jim Shepherd, MD
Rocky Flats Workers/Steel Workers Union

(Signatures pending review by legal council and international representatives)

Rocky Flats' Neighboring Landowners/Homeowner Associations

Cindy Holliday   Jean Woods

Major Adjacent Landowners

Richard Myers   Leslie McKay

iii

**STAKEHOLDERS:**

Stuart Asay, City of Westminster, Council Member
Luanne Auble, Economic Interests, Northwest Metro Chamber of Commerce
Bill Berens, City of Broomfield, Council Member
Mark Bosche, City of Superior, Board of Trustees
Tom Brunner, City of Broomfield, Council Member
Joanne Conte, City of Arvada, Council Member
Shelley Cook, City of Arvada, Council Member
Eugene DeMayo, Environmental Interests, Sierra Club
Don Dunshee, Economic Interests, Jefferson Economic Council
Ken Fellman, City of Arvada, Council Member
Jerry Harden, United Steelworkers' Union, President, Local 8031
Emily Holiday, Westminster Neighborhood Association
Tim Honey, City of Boulder, City Manager
Larry Hulse, City of Westminster, Director of Planning
Michael Kortendick, formerly, Jefferson County Planning Department; currently: AT&T Wireless Services
Gary Laura, Jefferson County, Commissioner
Charlie McKay, Major Adjacent Landowner, Church Ranch
LeRoy Moore, Peace and Health Interests, Rocky Mountain Peace Center
Richard Myers, Major Adjacent Landowner, Consultant Representative to Western Aggregates, Inc.
David Navarro, United Steelworkers' Union Rocky Flats
Homer Page, Boulder County, Commissioner
John Shepherd, Peace and Health Interests, Physicians for Social Responsibility, M.D.
Susan Spence, City of Superior, Board of Trustees
Chet Tchozewski, Environmental Interests
David Wilson, Peace and Health Interests, Rocky Mountain Peace Center (1/95 - 6/95)
Jenn Woodis, Rocky Flats Neighboring Landowner, Arvada Citizen

**LOCAL GOVERNMENTS**

City of Arvada

Boulder County and City of Boulder

City of Broomfield
William M. Berens
Thomas N. Brunner

Jefferson County

Town of Superior

City of Westminster

iii