# EXHIBIT 3B

The RFFSUWG reiterates that approximately 14.2 tons of plutonium remain at the site. This is in addition to americium, uranium and tritium. It is noted that many of these radioactive materials will continue to be handled at Rocky Flats as the plant proceeds with stabilization and consolidation of materials for safe, on-site storage and eventual transfer off site. *"These materials pose an on and off-site hazard as long as they are on the site."*

Although not specifically mentioned in the article but illustrative of the concerns of the group, is the discovery of 55,000 pounds of uranium now buried in leaking drums. According to a May 8, 1995 article in the Denver Post, officials at Rocky Flats say the complex is so polluted and so strapped for cash that it will be years before workers can dig up the leaking uranium. The article goes on to say that chips of uranium soaked in a hazardous industrial solvent were loaded into 125 drums and dumped in a shallow trench. The drums are believed to be rotted and seeping, and the uranium is potentially flammable. The EPA is understandably concerned and one official was quoted as saying, "we have doubts about the integrity of the drums. We have a significant groundwater plume. We've got a problem."

The RFFSUWG is committed and fully supportive of clean-up efforts. However, the time line for clean-up is mind boggling. The best guess (at least as published in their document) for completion of the removal of plutonium residues is the year 2025. When that phase is completed, stored plutonium and backed-logged radioactive and hazardous waste will be removed. That is expected to occur sometime between the years 2025 and 2080. The initial clean-up phase, depending upon developments in technology and availability of funding, is expected to be complete sometime around the year 2080 or thereafter. The group understands that clean-up cannot move faster than cost effective technology allows. It is recognized that the technology probably does not now exist that will allow Rocky Flats to be cleaned up to the desired level.

The group recognizes and identifies in its publication several continuing areas of risk or uncertainty. For example, climatic conditions with relatively high wind speeds have caused increased health and safety concerns since some of the contaminants on-site can be spread by air. While it is recognized that Rocky Flats is adjacent to the northwest edge of the Denver metropolitan area, which has recently experienced its strongest population growth in nearly two decades, much uncertainty remains. These uncertainties concern future site uses, waste and nuclear materials disposal options, the regulatory framework, federal funding and deficiency and productivity gains at the site. **According to the group, "these uncertainties effect use and development of adjacent land."**

The group had to consider clean-up in determining future site uses and the feasibility of certain

uses given the contamination information. The primary consideration was for human health and safety. The group recognizes that investigations into the contamination at Rocky Flats are not complete and new information is forthcoming every day. They note, also, that there are different views regarding which contaminants at Rocky Flats are the most important to consider.

Additional contamination considerations by the Site Use Working Group include Great Western Reservoir and Standley Lake. Past environmental studies have demonstrated that contaminants generated by activities at Rocky Flats are present in these reservoirs and were transported off-site through surface water and air pathways. The group states that because of past contamination events and the threat of future accidental releases, DOE funded construction of an alternative water supply for Broomfield. In addition, a project is underway called the Standley Lake Protection Project which will intercept the occasional runoff of water from Rocky Flats via Woman Creek. This is designed to prevent release into the water supply for the cities of Westminster, Thornton and Northglenn. We understand this project was funded by DOE. According to a June 22, 1995 article in the Denver Post, the water project was begun after the FBI raided Rocky Flats in 1989. Residents were concerned that a flood could wash plutonium from the nuclear weapons plant into Standley Lake.

In summary, the Rocky Flats Future Site Use Working Group Recommendations for Rocky Flats Environmental Technology Site represents a compilation of the views of various stakeholders in the area. These include various economic interests, environmental interests, neighborhood interests and local jurisdictions. While the group is committed to cleaning up Rocky Flats, it does voice concerns about on and off-site health risks to the public. The group understands that complete clean up may take almost 100 years and in the interim there exists the prospect for future releases or accidents involving hazardous materials.

Related to the views expressed in the aforementioned documents is the annexation of land adjacent to the south buffer zone into the City of Arvada. An intergovernmental agreement between the City of Arvada and the County of Jefferson has been signed in order to accommodate the annexation and development of what is known as Jefferson Center. This would be a major mixed use development just south of the plant and as of this writing, the effort is proceeding as planned. Mr. Mike Smith of the City of Arvada Planning Department indicated that the development does indeed adjoin Rocky Flats buffer land and the city is concerned about accidents or future releases associated with Rocky Flats and is committed to a conscientious and proper clean-up effort. Despite these concerns, the city is willing to annex and zone the adjoining land, but no development has yet occurred. As was reiterated by Mr. Smith, this

HUNSPERGER & WESTON, LTD.                                                                 94

project was put on hold some years ago with the demise of anticipated W-470, an extension of the Colorado Highway 470 beltway. It is recalled that one of the reasons for the highway extension's demise was concern that highway construction would disturb contaminants that had been released from Rocky Flats. Nonetheless, the eventual success or failure of Jefferson Center will depend upon construction of a major transportation arterial in the northwest corridor of the metropolitan area.

Despite the inter-governmental agreement, Jefferson Center is not without controversy. A June 1995 article in Westword newspaper sets-forth at least that author's version of the controversy. The article begins by stating that land near Rocky Flats has remained largely undeveloped because Rocky Flats has been notorious for four decades of polluting land, air and water with radioactive effluent and toxic chemicals. The author alleges that the State Health Department has quietly discouraged growth within four miles of the plant's center not due to contamination but for "logistics" in the event of a catastrophic accident -- and market forces have thwarted development even in the thousands of empty acres that extend beyond that official buffer zone. It goes on to say, few home owners or businesses have been willing to locate next to one of the world's largest stock piles of plutonium. The balance of the article suggests that demand for undeveloped land has now reached the stage that developers are willing to take a chance on land near a sprawling superfund site plagued with clean-up problems, some of them still without solutions. One of the anticipated subdivisions is Jefferson Center.

A coalition of land owners has pushed the Jefferson Center plan for approximately 10 years. However, critics argue that clean-up of Rocky Flats could actually increase the threat of contamination to nearby communities given the combustible nature of much of the 14.2 tons of plutonium stored there and the strong winds that routinely scour the site. The plan faces a host of problems aside from Rocky Flats, but the significance of this story revolves around Arvada and Jefferson County's willingness to allow or encourage development adjacent to existing Rocky Flats buffer land. It is equally significant to note that the Jefferson Center plan does not have unanimous endorsement.

### 3.   Planning and Zoning

In the course of our research, we had discussions with members of the Planning and Zoning staff. Jefferson County has adopted a "radiation map" which includes the geographic area of Rocky Flats and the surrounding lands. This map includes the area south of 120th Avenue, east of State Highway 93, lands north of Highway 72 and 88th Avenue, as well as land west of Simms Street.

According to Jefferson County regulations as confirmed with Karen Helner (County Geologist),

HUNSPERGER & WESTON, LTD.

95

4.　　Tax Assessor

Because the assessing appraiser works a particular market on a consistent basis, we believe it is important to consider his/her opinions relative to Rocky Flats. In this regard, we contacted John Mikus and Tony DeBell of the Jefferson County Assessor's Office.

Mr. DeBell was aware that there had been a few tax appeals with Rocky Flats being proffered as the basis of diminution in value. He recalled specifically one incident involving a residence <u>west</u> of the plant, and because of the property's location upwind of the plant, the county prevailed. He was aware of no specific data indicating a reduction in value around the plant.

Mr. Mikus handled a tax appeal in 1991 involving vacant development land. He said that because of the plutonium scare, he did not feel justified in increasing the assessed value. While his file notes indicate that he was sympathetic to the property owner, based on the acquisition price, he was unable to reduce value. Presumably, the initial price though was a function of Highway W470 speculation. Like Mr. DeBell, Mr. Micus was not aware of specific examples indicating loss in value to residential properties, but he felt a more thorough study of sales would be necessary in order to be certain.

5.　　Jefferson County Economic Development Council

This agency is charged with the task of recruiting development to Jefferson County, so we contacted Mr. Rob Gilmore to find out how Rocky Flats plays into his plans, if indeed it does. Mr. Gilmore indicated that lack of infrastructure in NW Jefferson County is a primary deterrent to development; he does not know if that is a natural consequence of Rocky Flats. Most Jefferson County development is to the south, but when available lands are gone "developers are going to have to face the Rocky Flats issue." Mr. Gilmore said realistically growth will occur everywhere else before it expands to the Rocky Flats area. However, he is not aware of any projects that have been turned down specifically because of Rocky Flats.

6.　　Finance

In the course of our research, we explored whether the county has had problems obtaining bond financing due to proximity to the Rocky Flats plant. We discussed this issue with Mr. Terry Green of the County Finance Department, and Mr. Brian Colin of Hanifen Emhoff (investment bankers).

Mr. Green indicated that there have been no Certificates of Participation (COP) for Jefferson County since 1991. He did not recall that Rocky Flats was an issue for that COP. He referred us to

HUNSPERGER & WESTON, LTD.

Brian Colin, his investment banker. Mr. Colin indicated that Rocky Flats has not been a significant issue for Jefferson County's general creditworthiness on general obligation bonds. He did indicate that if Rocky Flats were a "material" issue, it would have to be disclosed in the Official Statement. He confirmed that no COP's have been issued since 1991, of which he was aware. He did indicate that in the case of a metro district or a special improvement district proximate to the Rocky Flats plant, it may well be "material" to disclose the Rocky Flats proximity and the issues surrounding the plant in any type of Official Statement. This is particularly true where ad valorem taxes are the primary source of repayment of the bonds. Although it could be a foreseeable problem, he was not aware that it has been a problem to date.

### 7.   Jefferson County Schools

Ms. Kathy Tully is the Real Estate Officer for the Jefferson County School District. She indicated that DOE employees or contractors approached the school district to request a joint science project with Standley Lake High School. The proposal was to install monitoring devices that could measure pollutants that may or may not travel from the plant to the high school. Ms. Tully and the school district declined the offer because of the potential public relations controversy that could occur if those monitoring wells ever indicated pollution. Ms. Tully indicated that concerned parents might have all kinds of adverse reactions to such a program.

She also indicated that the plant has impacted the district with respect to a parcel of vacant land reportedly free of contaminants, but proximate to the plant. Mr. Charlie McKay, the owner, has offered to give the land at no cost to the school district if they would build their football stadium at this location. The district turned Mr. McKay down even though the land would have been donated. This decision was made because "there is just a stigma" that turns parents against a school project in proximity to the plant - even if the land is donated at no cost. Ms. Tully indicated that Mr. McKay "couldn't even give the land away" because of its proximity to Rocky Flats. Ms. Tully also acknowledged that the Jefferson County Airport is also a factor to be considered in siting Jefferson County Schools.

### B.   Boulder County

The County of Boulder has acquired a variety of parcels as part of the Boulder open space program. Many of these parcels are near the Rocky Flats plant and, by definition, these open space acquisitions are designed to preclude development on these properties. However, officials with the Open

HUNSPERGER & WESTON, LTD.                                                         98

Space Department acknowledge that these acquisitions are promulgated by the ability to acquire inexpensive land near the plant.

III:     STATE OF COLORADO -
         COLORADO DEPARTMENT OF HEALTH AND ENVIRONMENT (CDH)

A primary state agency involved with Rocky Flats issues is CDH.  As part of their mission, CDH has reviewed soil testing within the "radiation map" area, also referred to as an "area of concern" around the Rocky Flats plant.   They have also reviewed scientific and engineering reports regarding contamination emanating from the plant.

We discussed some of these issues with Mr. Joe Shefflin, Mr. Carl Spreng and Mr. Rob Terry. We have reviewed and retained copies of contour maps showing contamination emanating from Rocky Flats prepared by a consultant of DOE.

We understand plutonium contamination was found in the soils off-site (Rocky Flats), east of Indiana Avenue.  Within this "area of concern," special construction techniques must be used.  This appears to be a relatively small area of land extending eastward from Indiana Avenue.  However, CDH reports that there have been almost no requests in recent years to develop land within the larger general area.  In their recollection, approximately 30 applications have been submitted over a 25-year period, with only three to four submitted since 1989 within the radiation map area.

In their comments, the CDH posed several questions/issues.  In effect, the CDH stated that a number of issues need to be addressed before a comprehensive site-wide environmental impact statement can be developed.  Primarily, the department is concerned about long-term maintenance and monitoring needed for any radioactive waste disposal established at the Rocky Flats site.  Their questions include: Is the existing buffer zone adequate to protect the public and what will be the pattern of future land uses? Will regional hydrology be affected by radioactive waste disposal? How will individuals, both public and employees, be protected during construction and operation of any radioactive waste disposal site?  What hazards will arise to those who might inadvertently intrude upon a radioactive waste site established on the Rocky Flats property?

IV.     QUASI PUBLIC ENTITIES

In addition to interviews and document review with municipalities, county government and the state CDH, we have gathered data from a variety of quasi public entities listed below.

### A.    Jefferson County Airport

We spoke with Bob Loney of the Jefferson County Airport who indicated that the airport has never used bond financing to the best of his knowledge.  The airport typically finances capital improvements based on matching grants from the Federal Aviation Agency (FAA), wherein the airport puts up 10% and the FAA matches at 90%.  However, with federal budget cuts, the airport may be required to move toward bond financing in the future and Rocky Flats may or may not be an issue.

### B.    North Jefferson County Recreation District

The district provides public recreational facilities such as golf courses, pools, and rec centers to the citizenry of North Jefferson County.  The executive director, Mr. Rob Robinson, indicates that there is a "perception of negativity whether it's real or not" about the Rocky Flats plant.  He stated that there would be a "huge marketing problem" within the buffer area and the adjoining land if the rec district were ever to do anything nearby.  Mr. Robinson is not aware of any bonding problems for the district as yet, and none are anticipated due to proximity to Rocky Flats.  He also indicated that the problems of high winds near the plant would not be conducive to golf course development regardless of contamination.  (We note, however, that a portion of an 18 hole course was developed years ago at Walnut Creek.)

### C.    Northwest Chamber of Commerce

Ms. Luanne Aubel who is CEO of the Chamber of Commerce believes the Rocky Flats concerns are over-exaggerations contrary to the scientific facts regarding Rocky Flats.  She recognizes that risk associated with Rocky Flats has probably discouraged companies and individuals from relocating to the area, but she believes this risk flies in the face of scientific evidence.  She also believes that now that the plant is closed, negative public perception should diminish over time.  She was not aware of any companies in particular that had not relocated to the area because of Rocky Flats, but she indicated that the Chamber would not necessarily know since that information would probably not be made public by the companies considering the area.  She believes that the quality of life that the area provides, far exceeds the negative aspects of Rocky Flats.

---

HUNSPERGER & WESTON, LTD.

100

**D.  . Denver Regional Counsel of Governments (DRCOG)**

We spoke with staff members of DRCOG concerning the impact that Rocky Flats may have had on issues such as land use, population growth, water quality and infrastructure development.  It is our understanding that DRCOG does not actually initiate independent studies, but rather provides data support for its members, which include municipalities.

DRCOG reviews all water quality plans that must be filed before wastewater reuse permits may be issued.  For example, the Jefferson Center project proposed a wastewater reuse plan that required review by DRCOG before approval.  According to DRCOG, during the process of review for the Jefferson Center reuse plan, many entities, including downstream water users, raised questions regarding plutonium and other contamination in the treated affluent.  Apparently, Jefferson Center has incorporated some remedies for those concerns in their wastewater reuse plan.  It is our understanding that any treated wastewater discharge from Jefferson Center will have to be monitored on a regular basis for possible Rocky Flats contaminants.

DRCOG staff members were unfamiliar with any recent development in the Rocky Flats area aside from the Jefferson Center Metro District project.  All new wastewater treatment plans and any material changes in existing wastewater reuse plans would have to be reviewed by DRCOG.  For example, the Great Western Reservoir project is currently under review; the project would allow for Great Western Reservoir to be used for purposes other than municipal drinking water.  This proposed change in use will require review and comment from a variety of agencies and governmental entities, as well as downstream users.  This is expected to raise concerns regarding contamination from Rocky Flats and the possible transport of those contaminants to downstream users.  This process is not expected to be completed for several months.

**E.  Special Improvement Districts**

Most of the lands surrounding the Rocky Flats plant and buffer zone are within unincorporated Jefferson County.  A few of these parcels are within metro districts which will be discussed below.  Beyond those districts are the incorporated areas of Arvada, Westminster, Broomfield and the Town of Superior.

Special improvement districts are created to facilitate the development of infrastructure, often through bond financing.  These mechanisms are common in Colorado, but such districts are few in number in the vicinity of Rocky Flats. Any future formation of new special improvement districts within

HUNSPERGER & WESTON, LTD.                                                                                     101

the area may require disclosure of Rocky Flats within the Official Statements.  If this is the case, it is possible that bond financing may be difficult to obtain or more expensive to obtain due to risks associated with proximity to Rocky Flats.

**F.     Other Districts**

In addition to special improvement districts, we are aware of four metro (or water and sanitation) districts within the immediate vicinity of Rocky Flats.  Each is discussed below.

1.     **Ralston Valley Water and Sanitation District**
We spoke with Mr. Hugh Downing, the manager for the district, who indicated there were no bonding problems associated with proximity to Rocky Flats because the district has no bonds and has no debt on the books.

2.     **Jefferson Center Metro District**
Mr. Howard Lacy indicated that to date they have not had any significant bonding problems associated with Rocky Flats.  Mr. Lacy who is a major land owner in the Jefferson Center project is also a former employee at the Rocky Flats plant.  He believes there is really not a danger associated with the plant.   Nonetheless, he has had marketability problems with his Jefferson Center project and believes prices are greatly depressed because of Rocky Flats.  Mr. Lacy indicates that there is no question that Rocky Flats hurts land value in the area and in particular his project.   He also emphasized that he is not a plaintiff in the present law suit.

Mr. Charles McKay, a partner in this development and landowner in the area, indicated some of his land was condemned for the Standley Lake Diversion project, and that Federal appraisers concluded that his land had been adversely affected by Rocky Flats; as such, it was not as valuable as it otherwise would have been.

3.     **Interlocken**
No response.

---

HUNSPERGER & WESTON, LTD.                                                            102