**EXHIBIT 3C**

4. . **Superior Metro District**

This district provides water and sanitation services for the Town of Superior and its residential development known as Rock Creek. Mr. Roger McCoy, manager for the district, indicated that since the district is north of the Rocky Flats plant, there is no impact. He went on to say that their water supply is being replaced with "Windy Gap" water later this year. To date, the water supply has primarily been from Marshall Lake, which has been monitored for contamination. To his knowledge, no contamination has been found. Nevertheless, the district will have a new source of water in the foreseeable future.

**G.   W-470 Highway Authority**

The westerly-most leg of the beltway around Denver (W470) was never constructed, and in fact, voters rejected a bill that would have provided financing. We contacted Rich Ferdenandsen, past Chairman of the W470 Authority, to find out what role Rocky Flats might have played in plans for the beltway. Based on our conversation, it appears that there was some resistance to the beltway given concerns about disturbing contaminated soil. Mr. Ferdenandsen did not believe this to be a significant issue, at least from a science perspective, but it was important to voters. In fact, the Authority realized that the whole issue of environmental problems would have to be considered; as such, the alignment was modified several times.

Interestingly, one of the reasons given for lack of development in the area of Rocky Flats is inadequate infrastructure, and it appears that Rocky Flats may have played some role in the rejection of W470.

**H.   Additional Considerations**

In addition to discussing the Rocky Flats issues with municipalities, we considered the following.

<u>Standley Lake Diversion Project</u>

Because Standley Lake provides drinking water for the cities of Westminster, Thornton and Northglenn, it has become necessary to divert Rocky Flats drainage from the lake. In effect, a reservoir is being constructed along Woman Creek upstream of Standley Lake but downstream of Rocky Flats. The project was proposed out of concern by the cities for the integrity of their water supply. This project

is indicative of negative perception, or stigma, related to Rocky Flats.

## VI. MARKET PARTICIPANTS

Real estate is an asset that is immobile. A plot of land is fixed and can never be moved. As such, it may be negatively impacted by conditions external from the site. Market participants are guided by the principle of substitution. A seller is in competition with other sellers of substitute properties. Similarly, prudent buyers may consider several substitute properties before settling on the most advantageous. Such is the nature of an open and free market.

An external force, such as the presence of highly toxic substances, may place the property at risk of being passed over by purchasers, lenders, insurers or tenants. The result is a reduction in competition for a given property or group of properties. This reduced demand has a downward effect on prices.

This effect of a reduced universe of participants does not show up in the transactional record. That is to say, the sales data that are available does not include the transactions that were never made because the market completely bypassed the affected property or properties. This lack of market data can be as informative as the transactions that did occur.

Any real estate market is dependent upon information. That information is relied upon not only by buyers and sellers, but also by appraisers, lenders, mortgage insurers, property and casualty insurers, tenants and others. The element of full disclosure to all of these market participants has a natural impact on transactions. The critical role of information regarding toxic conditions often may make or break a real estate deal.

Real estate values are affected by actual facts and perceptions of facts, not only of buyers and sellers but also of other participants to a real estate transaction. We emphasize that the following are likely participants to the exchange of residential real estate: 1) seller's broker, 2) buyer's broker, 3) buyer, 4) seller, 5) lender, 6) appraiser, 7) title company, and 8) secondary mortgage market or loan insurer. By way of example, all could fall into place up to the point where the secondary market (such as Fannie Mae) is to put its stamp of approval on the loan for purposes of purchasing it; if at that point the loan cannot be sold, the entire transaction could fall apart irrespective of agreement by buyer and seller. Because of these dynamics, we have surveyed several participants typically involved in a transaction to obtain their view on making loans near Rocky Flats.

Each participant plays a different role in a real estate transaction. Each has its own concerns regarding the negative impacts of toxic conditions. A representative sample is summarized below.

## A.   Residential Lenders

We interviewed a representative sample of residential lenders and found no official policy with respect to lending on homes near Rocky Flats. Most say that recent changes in Fair Lending laws make it difficult to preclude lending unless a property is actually known to be contaminated. In-house appraisers for some of the lending institutions do say they take a more critical view of nearby homes because they want to be certain that any impact on value or marketability (if it exists) is taken into account. Understandably, the lenders are concerned about marketability in the event of foreclosure. All emphasize that they will not finance property affected by a known health hazard.

In summary, homes near Rocky Flats are being financed. The lenders do not believe that properties are contaminated or subject to a health hazard. <u>Proximity</u> alone is not a reason for declining a loan but reportedly steps are being taken to insure that any impact on value or marketability is taken into account. Of course, circumstances would be different if the lenders were to take the position that a health hazard exists.

Specific comments from individual lenders are included below.

<u>Universal Lending Corporation</u>

Representative indicated that she was familiar with Rocky Flats and that their company issues loans in a six-mile radius of Rocky Flats. When asked if the Rocky Flats plants has been an issue in deciding whether or not to issue any loans in the area, the representative stated that it "use to be an issue several years ago but not anymore."

<u>ICM Mortgage Corp.</u>

No response.

<u>American United Mortgage</u>

No response.

<u>Cherry Creek Mortgage Company</u>

No response.

<u>Waterfield Financial</u>

Representative indicated that their company issues loans in proximity to Rocky Flats and when asked if the plant has been an issue, the representative stated "no, the plant isn't close enough."

Home American Mortgage

Representative said they were familiar with Rocky Flats and were aware of the Rock Creek and Standley Lake developments. The representative indicated that Rocky Flats has not been an issue in deciding whether or not to make loans and stated that "unless the appraisal were to mention something detrimental about the environment," they would have no problem issuing the loan.

CTX Mortgage

Representative was familiar with Rocky Flats, although not specifically familiar with developments near the plant. The representative indicated that they issue very few loans in the area. If there were to be something stated in the appraisal that proximity to Rocky Flats is a problem, then they might have a problem issuing that loan.

B.   Residential Mortgage Insurance

We contacted mortgage insurance companies to assess their view of underwriting loans in the Rocky Flats area. Of the companies we contacted, the responses are as follows:

Republic Mortgage Insurance Company

Regarding underwriting near the Rocky Flats plant, the representative stated that if the appraisal indicated something negative then they would investigate.

Commonwealth Mortgage Assurance Company

The representative indicated that they do insure loans in proximity to Rocky Flats and that one of the developments is Rock Creek. When asked if the Rocky Flats plant has been an issue in underwriting, the representative indicated the answer is no, and that there were no special conditions in insuring loans at Rock Creek.

GE Capital Insurance

No response.

C.   Real Estate Appraisers

In the course of this assignment and others, we have interviewed a number of real estate appraisers in regard to their opinions of value and the state of the market surrounding Rocky Flats. Quite a number of residential appraisers are of the belief that Rocky Flats has not impacted property values. However, they point out that by using comparable sales in the same neighborhood, even if they are wrong, that impact will be inherent in their value conclusions. For example, the in-house appraisal staff

at World Savings and Loan Association approaches appraisals of homes near Rocky Flats with a very critical eye. Their chief appraiser reported that they have been unable to discern any loss in value or marketability attributed directly to Rocky Flats. However, he acknowledges that they have neither the resources nor the tools to do the type of study that would determine what these properties would have sold for had there been no Rocky Flats.

Most participants in the secondary mortgage market, including Fannie May, Freddie Mac and the FHA require appraisers to note the proximity of a given property to Rocky Flats and comment on the impact, if any, relative to value and marketability. These underwriters do acknowledge, however, that in many cases this practice has not been followed yet it is tolerated. This observation is confirmed in our discussions with residential appraisers who admit to not following the practice.

In contrast, we have reviewed an appraisal prepared for eminent domain purposes relative to the acquisition of property to facilitate the Standley Lake Protection Project. That is, the appraisal was the basis for government acquisition of private land to be used to divert water from Rocky Flats. The appraisal was prepared for the City of Westminster and the appraiser made several comments relative to Rocky Flats and its impact on values in the area. The appraiser notes the following:

> *"Although the plant is not expected to resume production, its presence impacts the area because of known and unknown radioactive contamination. Because of actual and perceived problems surrounding Rocky Flats, concentrated urban development is not expected to occur in the area anytime in the foreseeable future. In general, the marketplace has a negative perception of the immediate area surrounding this facility. This perception lessens as the distance from the plant increases. This is especially true in those areas where the plant facilities cannot be visually seen. Although urbanization is approaching the area, the Rocky Flats facility is a major deterrent to future development. It will apparently be an extended time period before it is known what actual radioactive contamination exists and what remedial action may be needed. Because of this situation, urbanization may never occur in a particular area surrounding Rocky Flats."*

It is apparent that even among the appraiser community, there are varying degrees of knowledge and opinion. Most are generally aware of Rocky Flats but not of many specifics. Most acknowledge they have neither the resources nor the expertise to do a comprehensive study of property impacts.

Generally, it is their position that if they base their estimates of value on the sales of comparably located properties, that the impact on value and marketability, if it exists, is inherent in their value conclusion. Some, such as the condemnation appraiser quoted above, would take a more definite position that the plant does impact property values in the area. It appears to us that most real estate appraisers working in the area suspect that there may be some effect on properties but do not have the resources at their disposal necessary to study the problem to a definitive degree.

### D. Title Companies

We contacted two major title companies to determine their views on insuring title to homes near Rocky Flats. Both emphasized that their role is to warrant title, not value, so they have no problem with title insurance or nearby properties <u>unless</u> they are subject to an environmental lien (which is not the case). They did say if a property is known to be contaminated or if a health hazard is posed, they will not insure, even absent an environmental lien.

### E. Secondary Mortgage Market

Because the underwriting standards of the secondary market often dictate lending policy, it is useful to understand policies of Freddie Mac, Fannie Mae, FHA and others with respect to homes near Rocky Flats.

Mr. John Hemschott with the Federal Home Loan Mortgage Corporation explained that lenders and appraisers are required to disclose or report proximity to an "EPA site" and account for the impact (if any) on value. Freddie Mac has no blanket policy one way or another for homes near Rocky Flats but does expect the appraiser to quantify, or at least take into account, the stigma impact if it exists. He did say that if the public health is threatened they will not purchase loans; this in turn would likely limit the number of primary lenders who would be willing to finance (assuming they were willing to fly in the face of conventional wisdom in the first place).

Fannie Mae's policy is much the same as that of Freddie Mac. They will purchase loans on homes near Rocky Flats provided any impact is taken into account. However, they reserve the right to refuse loans on property known to be contaminated or where a health hazard exists.

Similarly, FHA requires the appraiser to disclose distance to Rocky Flats and assess the impact on value and marketability if appropriate. FHA will not "red line" an entire area unless the properties are demonstratably contaminated. For example, once the court decided that the Globeville neighborhood

in Denver was contaminated and should be cleaned up, we understand that the FHA refused all loans in the area until the EPA and City of Denver were satisfied that the cleanup was adequate. Unlike Freddie Mac and Fannie Mae, the FHA apparently has recent local experience with declining loans in entire neighborhoods for environmental reasons.

### F.   Realtors

In order to obtain a sense of realtor perception in the community, our staff interviewed the following six real estate sales persons:

1. Joan Pallone of Metro Brokers
2. Herb Zimmerman of Lange Realty
3. Paul Boyer of Boyer/Travis Metro Brokers
4. Ainslie Dougherty of Re/Max West
5. Trent Roth of ERA
6. Paul Barrett of Moore & Company

Generally, the realtors related that they make no disclosures with respect to contamination and/or anticipated clean-up to prospective purchasers, and they are not aware if lenders require such disclosures. With one exception they stated that marketing time is the same in the Rocky Flats area as in any other neighborhood. When asked if prices in the Rocky Flats area are impacted by proximity to the plant, two of the realtors indicated that to be the case.

When asked about prospective purchasers and what they know about Rocky Flats, each realtor interviewed literally expressed a different opinion; the answers ranged from very knowledgeable to no knowledge at all. Similarly, the various realtors expressed diverse reactions to the question, "do potential purchasers ask about Rocky Flats and what do you tell them?" Some said potential purchasers rarely ask; some said they always ask. One realtor identified a personal experience of having a deal fall through because of Rocky Flats.

Realtors opinions about an area can be telling. For example, if they believe it will be difficult to market homes in a certain area or if it will be necessary to discount prices, they may shy away from taking listings in that neighborhood. They can also have an impact on sale transactions by what they disclose or do not disclose to prospective purchasers. While for purpose of this analysis we did not conduct a large sample of realtors, we do believe that generally they do not have much knowledge about

the specifics of Rocky Flats; consequently, the prospective purchasers are getting little or no information from the realtors. If prospective purchasers do make inquiry as to the effect of Rocky Flats, the realtors seem to be sending them to other sources of information. In short, we found little consistency among the realtors that we interviewed with respect to the Rocky Flats issues.

### G. Builders

According to John Winstead, Vice President of Land Acquisitions for Falcon Homes, his company looked into building in the Arvada/Boulder area but postponed it for now. They were particularly interested in the Westwood golf course area but thought that development was slow probably due to the proximity to Rocky Flats. Mr. Winstead believes that once the appropriate regulatory authorities pronounced the Rocky Flats area to be cleaned up and no longer a risk, the land will be developable but that probably will not happen for another 10 to 20 years. He believes that ultimately the land nearest Rocky Flats will be best used for open space or commercial development. Any residential use would depend upon utility extensions because it would not be possible to develop with domestic wells.

A representative of Village Homes reported that slow sales at their Somerset at Westwood project could be due in part to Rocky Flats. She indicated that some prospective purchasers were likely lost due to proximity to Rocky Flats, but she believes purchasing a home is a personal decision and proximity to Rocky Flats affects property differently.

We contacted a salesman with Ryland Homes at Ralston Creek Estates who said that Rocky Flats has not been a problem with sales at this location, but he does believe that it would be difficult to sell homes closer to the Rocky Flats plant. He believes people who grew up in the Denver area and have some knowledge of the history of the Rocky Flats plant would stay away from that location. Many buyers apparently are from out of state. He informed us that Richmond Homes, developer of Rock Creek, requires purchasers to sign a statement indicating that they are buying in proximity to Rocky Flats. This statement is required even though the Rock Creek project is northeast of the plant and out of the prevailing wind pattern.

Given the comments by the Ryland Homes salesman, we contacted Richmond Homes to verify the existence of their disclosure statement. Mr. Rainey, Vice President of Operations, acknowledged that purchasers are required to sign a statement acknowledging that they are aware of Rocky Flats.

Dwight Bainbridge of Castle Builders informed us that there is no chance his company will purchase land around Rocky Flats until the plant and surrounding area is determined to be free of all

pollution. He is concerned about liability given the latency period associated with radiation induced diseases and does not believe that disclosure in and of itself would be sufficient to shed that liability. In his view, only a developer that is large enough and has sufficient money to absorb a law suit would even consider building in the area, i.e., Richmond Homes.

In addition to the home builders identified above, we have interviewed purchasers or builders of specific homes in the Rocky Flats area. We emphasize that these are not major builders; they are builders of individual houses. In fact, we are aware of three homes recently constructed in the Walnut Creek area and the builders expressed no difficulty in selling the property. They did say, however, that the sites were less expensive than in locations more distant from Rocky Flats. In essence, based upon our interviews, most builders are reluctant to risk significant amounts of money in the Rocky Flats area given the uncertainties associated with contamination on-site and perceptions of the area. As one builder put it, given a choice, they would prefer to "risk their money at other less risky locations."

We compiled a list of the top volume builders in the Denver metropolitan area and attempted to interview a representative of each company. We have retained our survey material in our file but summarize the responses below.

### U.S. Home Corp.

The representative was familiar with Rocky Flats, and reported that proximity to the plant has been an issue in deciding whether or not to build homes in the area. He indicated that his company does not want to "hassle" with the special conditions and sales contracts, etc. required for proper disclosure to the purchasers.

### Melody Homes

The representative was familiar with Rocky Flats but was not active in that market. He stated that it is "just not a desirable market for them regardless of Rocky Flats."

### Pulte Homes

No response.

### Park Engle Homes

The representative was familiar with Rocky Flats and had been involved in the Rock Creek Development. When asked if the Rocky Flats plant had been an issue in deciding whether or not to build homes in the area, the representative responded that "it was a slight concern but Richmond had hired an environmental engineering company to do some research and they felt comfortable building in the area. There was a lengthy disclosure with each sales contract."

---

HUNSPERGER & WESTON, LTD.                                                                 111

The Genessee Company

No response.

McStain Enterprises

The representative was familiar with the Rocky Flats plant but indicated that they are not involved in that market. They concentrate primarily in North Boulder.

Kaufman & Broad

No response.

Oakwoods Homes

The representative would not answer any questions.

David Weekley Homes

The representative was familiar with Rocky Flats as well as some developments within the area. When asked if the Rocky Flats plant had been an issue in deciding whether or not to build homes in the area, the representative responded that the company has not wanted to build homes "up there regardless of Rocky Flats."

Centex Homes

The representative was familiar with Rocky Flats and indicated that it has not been an issue in deciding whether or not to build homes in the area. This builder is active in the Broomfield area.

Park Homes West

No response.

April Corporation

No response.

Sheffield Homes

No response.

In addition to interviewing specific builders, we called on new home sales offices within the Class Area, and no sales personnel indicated that Rocky Flats was a problem. In fact, of the sample of six, each stated that Rocky Flats is not a problem . One did offer the name of someone who could provide

more information, and one did say that no one would build near Rocky Flats; consequently, mountain views would be maintained.

Obviously, it would be difficult to sell homes in the area if Rocky Flats were painted as a negative. More importantly, these responses suggest that buyers do not get much information about Rocky Flats unless they are willing to do their own independent research. This might indicate that some purchasers are neither well informed nor well advised; thus, the prices they paid could not be truly indicative of the effects of Rocky Flats, according to the definition of market value.

## VI.   INDIVIDUAL PROPERTY OWNERS

In the course of this assignment, we interviewed a number of property owners in the Rocky Flats area. Opinions within and about the neighborhood vary and the best summary of responses is detailed in the opinion survey located in another section of this report. That survey was prepared by Decision Research of Eugene, Oregon, with the assistance of the University of Maryland Research Center.

In addition to responses summarized by Decision Research, we have included below comments of representative plaintiffs in this case with respect to impacts on their property.

- **Merilyn Cook**

  In Ms. Cook's response to Rockwell's interrogatories, she stated that she learned the property across the street from her had been tested and that it was contaminated. That concerned her as she was informed at the time she purchased the property that there was no contamination on her parcel. Further, Transamerica Title Insurance Company notified her by letter on May 15, 1989 that her property might be polluted by plutonium or other hazardous chemicals. As a result, she believed that the value of her property had decreased because of its proximity to the Rocky Flats plant. She went on to say that she was informed by Jefferson County that she could not change the zoning of her property to allow higher density residential development because of its proximity to the Rocky Flats plant. She noted that several real estate agents were unwilling to list the property for sale without a disclaimer stating that the property was near the Rocky Flats plant. She also indicated that in 1988, clients began to show concern about the safety of horses boarded at her facility. Because of the concerns with respect to their safety, due to location near the plant and the use of well water, the clients began removing their horses from her stables and refused to conduct any additional business with her.

- **Lorren Babb**

  Mr. Babb described in a response to interrogatories his experience purchasing the property and attempting to sell or lease it. He indicated that when he attempted to lease the property, "people would be interested until they found out the property was close to the Rocky Flats plant." He listed the property for sale in 1989 at a price of $200,000. He subsequently sold it in June of 1990 for $137,000. This compares to a purchase price of $128,000 in 1986. Mr. Babb believes his property value was affected by proximity to Rocky Flats and his experiences are indicative

HUNSPERGER & WESTON, LTD.                                                                                    113

of that fact.

- **Richard Bartlett**

  Mr. Bartlett believes his property was adversely affected by proximity to Rocky Flats and cites the following circumstances as evidence. He listed his property for sale in 1988 but indicated that he experienced several rejections because of location near Rocky Flats, and he provided names of some of those who refused to purchase or lease: Ms. Roberta Vider, Ms. Ostrander, Mr. Aki and Dr. Baca. Mr. Bartlett also noted that he was refused loans by five banks. He was told by United Bank that his loan was rejected for "philosophical reasons." He indicated that another bank told his daughter they were not making loans near the Rocky Flats plant.

- **William Schierkolk**

  Mr. Schierkolk is of the opinion that his property would be worth substantially more were it not for proximity to Rocky Flats today. Based upon an insurance valuation, Mr. Schierkolk estimated the value of his property in November of 1992 at $275,000.