**EXHIBIT 3D**

## SUMMARY

Significant research findings are summarized as follows:

**Municipalities**

Broomfield:    In the six months following the FBI raid, the city commissioned an opinion survey of its residents.  Significant findings were:

- More than half said that they were more concerned about Rocky Flats than they were a year earlier (which would have been prior to the FBI raid).

- 67% of the respondents believed that property values were affected by Rocky Flats.

- 60% were very concerned about contaminated drinking water and 62% believed Rocky Flats to be a health threat.

As a result of the stigma expressed in the survey, Great Western Reservoir was abandoned as a source of drinking water.

Additionally, the city was unable to obtain "after market" bond insurance because of proximity to Rocky Flats.

Arvada:    Jane McVey, Economic Development Officer for the city, reported several concerns:

- Relocation opportunities have been lost because of the stigma of Rocky Flats.

- Some realtors direct clients away from the area because of Rocky Flats.

- Negative perception is almost impossible to overcome.

- The city is less trusting of DOE efforts to resolve contamination problems.

Like Broomfield, the City of Arvada commissioned a citizens' attitude survey and a significant finding was: 42% believed that Rocky Flats constitutes a health threat; 32% said it does not, but 27% said they did not know.

The city has not experienced bond insurance problems because of proximity to Rocky flats.

Westminster:    Mr. Larry Hulse of the Planning Department stated that residential development would not be permitted west of Simms Street and that inquiries regarding Rocky

Flats were particularly prominent after the 1989 FBI raid.  He believes these inquiries suggest that property values are negatively impacted.

Ms. Susan Graft, of the Economic Development Office, indicates that the plant has been both positive and negative:  Businesses involved in the clean-up of Rocky Flats have created jobs, while other (non-clean-up) companies have refused to locate in the area.

No bonding problems were reported.

Boulder:    Rocky Flats was not reported to be a significant issue except in one respect:

Mr. John Tayer indicated that the stigma associated with the plant precludes development (much to the satisfaction of the city).

**Counties**

Jefferson:    The county is particularly interested in maintaining buffer zones because: 1) hazardous substances remain on, under or near Rocky Flats, 2) the potential exists for the migration of hazardous substances in the environment, 3) 14 tons of plutonium remain on-site and pose a continuing risk and 4) the likelihood of incidents and the consequences of incidents increase yearly.

The county is discouraged by DOE's (and its contractors) past behavior and is concerned about continuing uncertainty.

The County Board of Health in Resolution Number BOH94-4 indicates that the plant poses a potentially significant long-term risk due to: 1) past and potential future releases of hazardous substances into the environments, 2) present and future superfund clean-up activities, and 3) past, present and future storage of plutonium.

Jefferson County is committed to preserving the environmental buffer zone to the core area in order to help protect public health in the environment off-site. Similarly, Jefferson County recognizes that radioactive materials that will be handled at Rocky Flats pose an on and off-site hazard as long as they exist at Rocky Flats.

The Rocky Flats Site Use Working Group (of which Jefferson County is part) recognizes and identifies in its publications several continuing areas of risk or uncertainty.  These uncertainties concern future site uses, waste and nuclear materials disposal options, the regulatory framework, federal funding and deficiency and productivity gains at the site.  In addition, these uncertainties affect use and development of adjacent land.

Jefferson County has adopted a "radiation map" which includes the geographic area of Rocky Flats and surrounding lands.  In order to subdivide property within

the radiation map area, an owner must provide a soil test indicating that no radiation-related substances exist in the parcel to be subdivided. In recent years there has been almost no subdivision activity within the radiation map area. Jefferson County officials suggest that given the radiation area's 22 square mile coverage, the level of activity appears to be extraordinarily low in light of the economic recovery in the Denver metropolitan area since 1990.

The Jefferson County School District declined an offer on the part of DOE to install monitoring devices in Standley Lake High School that could measure pollutants that may or may not have traveled from the plant to the school. The reason given for declining the offer was a potential public relations controversy.

In addition, the school district declined the donation of a football stadium site even at no cost to the district. 'This was because of the proximity to the Rocky Flats plant.

## State of Colorado

### Colorado Department of Health:

CDH is charged with reviewing soil test data within the radiation map area located around the Rocky Flats plant. CDH recalls no tests in which measures of plutonium have exceeded the accepted health standard. They also note that only three to four applications have actually been submitted since 1989 within the radiation map area.

## Quasi Public Entities

### W-470 Highway Authority:

The most westerly leg of the beltway around Denver (W-470) was never constructed, in part, due to concerns regarding pollution near the Rocky Flats site. While from a scientific perspective, the Authority did not consider this issue to be significant, it was important to voters who defeated the W-470 extension.

In addition to the W-470 authority, we interviewed various recreation districts, special improvement districts and the Jefferson County Airport. Many expressed no negative experiences regarding proximity to the plant.

## Market Participants

### Residential Lenders:

Because financing is critical to real estate value, we interviewed a number of

residential lenders regarding their policies toward making loans in the Rocky Flats area. All those interviewed make loans in the area, but did indicate that they would not make a loan in the circumstance of a demonstrated health hazard. Their loans, of course, are based on appraisals and they entrust the appraiser to take into account the effect (if any) due to Rocky Flats.

Real Estate Appraisers:

Residential appraisers by and large are not terribly concerned about the effect of Rocky Flats on property values because by using sale comparables from the sale area, any impact (if one does exist) is inherent in their value conclusions. There is rarely discussion of the degree to which market participants took Rocky Flats into account. Most lending institutions require appraisers to note the proximity of a given property to Rocky Flats and comment on the impact, if any, relative to value and marketability. They acknowledge, however, that this policy is not strictly enforced.

Appraisals prepared for condemnation of properties impacted by the Standley Lake Protection Project indicate that Rocky Flats does indeed have a negative effect on the immediate area.

Realtors:

Realtors opinions of value and marketability within the class area are extremely diverse. Some believe property is impacted: some believe it is not. Some report that potential purchasers inquire about Rocky Flats, while others indicate that they rarely are asked. It was apparent from our interviews, however, that prospective purchasers obtain little or no negative information with respect to Rocky Flats from realtors.

Builders:

Like realtors, builders seem to be split on their attitudes toward Rocky Flats. Some will not build in the area but some will. It does appear that small builders are more likely to build homes in the area than are developers of large projects. Although the Rock Creek development is not within the class area, we do note that the builder (Richmond Homes) requires purchasers to sign a statement acknowledging that they are buying in proximity to Rocky Flats. We are not aware of any negative impact on Rock Creek due to proximity to Rocky Flats. Richmond Homes believes there is no impact due to their "upwind" location. On the other hand, small builders in the Walnut Creek area acknowledge that building sites in that location are less expensive than in locations more distant from Rocky Flats.

It is apparent that sales agents for new homes in the contour area do not volunteer much information about Rocky Flats. In fact, most of those surveyed professed no problem at all. Some did offer to provide telephone numbers of

HUNSPERGER & WESTON, LTD.                                                                    118

persons who could provide additional information.

## VIII. CONCLUSIONS

In the development of this section of the report, we interviewed a number of direct and indirect market participants. We also considered research data and opinion surveys developed by others. Based upon this information, we have arrived at the following conclusions.

- It is axiomatic in real estate that value is a function of <u>location</u>, <u>location</u>, <u>location</u>. While not all respondents were negative, quite clearly there is substantial concern in the marketplace with respect to location near Rocky Flats. Officials of the various municipalities, as well as residents of those municipalities, have expressed these concerns. They have taken the form of restrictive land use planning insistence on maintaining a buffer area, and conscious choices not to live or work in the area. In our view, the negatives are so substantial as to impact real estate value.

- We interviewed a number of people who have experienced no problems to date with Rocky Flats, such as title companies, lenders and secondary mortgage market participants. This is because either they believe there is no risk to the service they provide or that risk is already inherent in the sale price of a property. For example, if sale prices are affected by Rocky Flats, the effect is taken into account by using similarly impacted properties as a basis for valuation or for a loan. On the other hand, if these participants believed that an actual health risk exists, they would no longer be players in the marketplace. This response is understandable and in our view, these market participants are not particularly instructive in ascertaining whether properties have been affected by Rocky Flats.

- Generally, the various municipalities and individuals comprising groups, such as the Rocky Flats Future Site Use Working Group, tend to have much more knowledge and concern regarding risks associated with Rocky Flats. On the other hand, the local citizenry appears to develop opinions based upon what they have read or heard, and generally they are not able to articulate their concern to the same level as local government officials. Additionally, based upon our interviews with realtors and builders, it appears they may not be getting sufficient information to be able to make fully informed decisions.

- A substantial amount of negative reaction occurred after the 1989 FBI raid. For example, the Broomfield Opinion Survey appeared to be in response to disclosures arising out of that raid. Similarly, the negative impact of the raid was the genesis for two new public water projects: the Broomfield water supply and the Standley Lake Water Diversion Project. The Arvada Public Opinion Survey was taken six months after the raid. Thus, in our opinion, publicity in the late 1980s, particularly the raid and disclosures arising from it, shaped to a large extent public opinion regarding Rocky Flats.

- We conclude that attitudes toward Rocky Flats are so overwhelmingly negative (particularly after the 1989 FBI raid) that property values are clearly affected. This adverse impact is attributable to more than just perception. Past, present and future risks at Rocky Flats are very real. Neighborhood residents have been exposed to plutonium releases and they continue to be susceptible to the risks associated with storage and transport of plutonium, as well as uranium and other radionuclides.

- From these interviews, it is apparent that some companies have not located to the area because of proximity to Rocky Flats and the stigma associated with the 1989 FBI raid. It is also clear from the opinion surveys that there is a segment of the residential real estate market that has not purchased in this area due to proximity to the plant and the stigma associated with the 1989 FBI raid.

- Municipalities and other governmental entities have had to cope with the after effects and the resulting stigma from the 1989 FBI raid. For example, Broomfield was forced to develop a new water supply and the Standley Lake diversion project was created to prevent contaminated run-off from further impacting the water supply.

- When taken together, this data leads us to the conclusion that the after effects of the 1989 FBI raid and proximity to the Rocky Flats Nuclear Weapons Plant combine to reduce the overall market demand for properties in this area. The resulting loss in demand clearly places downward pressure on real estate prices.

HUNSPERGER & WESTON, LTD.                                                                    120

Jefferson County Airport. However, in our opinion, the most significant factor is the Rocky Flats plant.

- In our view, the data suggests that were it not for Rocky Flats, land near the plant would sell for double the price. In other words, loss in value is up to 50%.

- Data from the Rocky Mountain Arsenal area presents a compelling argument. Lands at that location are affected by a number of negative externalities, not the least of which is the Rocky Mountain Arsenal superfund site. Many residents in the area are aware of the Arsenal's status as one of the most polluted locations in the United States. Many also are aware that contaminated groundwater flows off the Arsenal.. Other negative externalities include numerous heavy industrial sites, refineries and proximity to Stapleton International Airport.

- Thus, we believe much or all of the price differential between the Class Area at Rocky Flats and the Rocky Mountain Arsenal area can be attributed to the extreme negative perception associated with Rocky Flats.

- In our opinion, within the Class Area, vacant land prices have been diminished on the order of 20% to 50%. Those parcels closest to the plant would be diminished to the largest extent, whereas, those parcels more distant from the plant would have the least impact. Overall, a 30% diminution in value is a reasonable estimate for vacant parcels within the class area. This is particularly true since our aggregate sales data included all parcels greater than ten acres in size. Many of the parcels within the Class Area are of a smaller size.

- After confirming some of the individual sales, it becomes apparent that Rocky Flats plays a large role in the valuation of properties in this area.

- For vacant land, most of the value loss within the class area is located in the western section and is in closest proximity to the plant.

- The vacant land within the class area, owned by class members, as of June 1989, is estimated to be **4,812 acres**. The average price of vacant land (10 acres+) within the contour area between 1989 and 1995 was $10,351 per acre. But for Rocky Flats, that price average would have been $14,787 per acre. This is expressed in 1995 dollars. The differential equates to $4,436 per acre.

HUNSPERGER & WESTON, LTD.                                                                 200

## CONCLUSIONS

In our data comparison, we compiled the end of year (12-month) statistics provided by Metro List-MLS for 1989 and 1995. We selected as the starting point the year 1989 because it was the year of the FBI raid at Rocky Flats. The year 1995 was selected as the end point in that it is the most recent data available. By comparing prices from 1989 and 1995, we are able to derive a compound appreciation/depreciation rate for each area. That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound percent change rate per year for the period. Those findings are summarized on the table below.

| MLS - Metrolist Data Summary | | | |
|---|---|---|---|
| | 1989 | 1995 | Compound % Change |
| Jefferson North | $83,127 | $124,023 | 6.90 |
| Jefferson North Central | $91,016 | $129,759 | 6.09 |
| Broomfield | $94,009 | $138,627 | 6.69 |
| North Suburban West | $77,405 | $110,319 | 6.08 |
| Jefferson Central | $71,719 | $113,075 | 7.88 |
| Jefferson South Central | $80,659 | $123,991 | 7.43 |
| Jefferson West | $106,311 | $171,014 | 8.25 |
| Jefferson South | $96,309 | $156,488 | 8.43 |
| North Suburban East | $43,825 | $69,580 | 8.01 |
| North Suburban Central | $63,979 | $104,059 | 8.44 |

- The areas selected for study, like the class area, represent suburban locations in the metro area.
- Most of the geographic areas studied were suburban Jefferson County locations that were part of the same school district, had similar proximity to the mountains and had the same county government.
- The four areas around Rocky Flats had compound appreciation of between 6.08% to 6.90% within the study period.
- Those six areas more removed from Rocky Flats had compound appreciation rates of between

HUNSPERGER & WESTON, LTD.                                                                214

7.43% and 8.44% during the study period.

- The area most similar to the class area, in our opinion, was Jefferson County South, however, it had a compound appreciation rate of 8.43% during the study period.

- The average compound change within those areas closest to Rocky Flats was 6.44% per year. When compared with Jefferson County South, this differential is 1.99% per year.

- At first glance, this is a small differential until one considers the real impact of compound appreciation. The appreciation graph which follows illustrates this concept.

- Even during one of the greatest housing booms in Denver's history, the data show that homes in the contour area remain undervalued.

- The fluctuations in diminution in value are consistent with findings in other studies indicating that the amount of loss corresponds to level of market knowledge and media attention.

- The fact that the percentage loss has been declining is not an accurate predictor of the future. In other words, some future accident or disclosure would likely cause diminution to again spike. Such an occurrence is likely if not probable given the continued risk associated with the clean up and disposal of wastes at Rocky Flats. Budget constraints and inadequate technology make clean up a risky business. (See March 24, 1996 article in the Denver Post.)

In summary, the Berkeley estimates of loss in value for residential property after the 1989 FBI raid range from 5.45 percent to 9.33 percent; the average over time is approximately 8 percent. Expressed in 1993 dollars, the range of loss for single-family detached residential property is from $64,503,340 to $97,510,144. The Berkeley study estimates loss in value to multi-residential property of 21.58 percent; vacant land at 32.14 percent; and commercial at 53.03 percent.

The following table illustrates the annual loss in value (expressed in 1993 dollars) to single-family detached properties within the class area.

| 1988 | single-residential | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462 |
|------|--------------------|--------|--------------|---------|-------|--------------|
| 1989 | | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958 |
| 1990 | | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100 |
| 1991 | | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207 |
| 1992 | | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144 |
| 1993 | | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191,390 |
| 1994 | | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954 |
| 1995 | | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340 |