**EXHIBIT 3E**



Figure 4.13. Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

Notes: *n* = number of respondents. Due to rounding, figures may not always sum to the total.

JIMROCKY413.CDR: 7-2-96



Figure 4.14. Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

Notes: *n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

### Denver metropolitan area

**Heard about events before 1990?**



No answer 4.2% n = 17
Don't know 0.4% n = 2
No 46.6% n = 193
N = 416

**Health risks of very small levels of contaminants in a residential area**



No answer 4.2% n = 17
Don't know 13.9% n = 58
Almost no risk 4.2% n = 17
N = 416

**Figure 4.17. Recollections of past events at Rocky Flats and evaluation of very small health risks in a residential area.**

**Notes:** N/n = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY417.CDR: 7-5-96

**Arvada/Westminster sample**



Don't know
8.5%
$n = 16$

Safe
6.0%
$n = 11$

$N = 188$

**Denver metropolitan area sample**



Don't know
2.7%
$n = 11$

Safe
2.6%
$n = 11$

$N = 416$

**Figure 4.15. Perceptions of current safety at Rocky Flats.**

**Notes:** $N/n$ = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY415.CDR: 7-2-96

## Arvada/Westminster area

### Heard about events before 1990?



No answer
5.3%
n = 10

Don't know
2.8%
n = 5

No
48.8%
n = 92

N = 188

### Health risks of very small levels of contaminants in a residential area



No answer
5.3%
n = 10

Almost no risk
3.3%
n = 6

Don't know
14%
n = 26

N = 188

Figure 4.16. Recollections of past events at Rocky Flats and evaluations of very small health risks in a residential area.

Notes: $N/n$ = number of respondents. Due to rounding, figures may not always sum to the total.

**Public Opinion Survey Conclusions**

Two of the four surveys were conducted immediately following the 1989 FBI raid and two were more recent (although the Decision Research survey referenced the raid). With the exception of the EG&G Rocky Flats Community Relations Department, the responses were overwhelmingly negative. We have given the EG&G survey little weight because of the small sample and the way in which it was administered.

The process of developing this information is called survey research and it is not only relied upon by appraisers but is, in effect, a part of the appraisal process. (See Survey Research Seminar published by the Appraisal Institute.) To reiterate, some significant findings were:

- 62% of the Broomfield respondents and 42% of the Arvada respondents felt Rocky flats is a health threat. Approximately six years later, Decision Research found the same results: 64% of Arvada/Westminster respondents and 63% of Denver metro respondents believe Rocky Flats is a health risk.

- 82% of the Broomfield respondents reported concern about radioactivity from nuclear plants.

- Decision Research reports that 61% of Arvada/Westminster respondents and 77.4% of Denver metro respondents believe Rocky flats is unsafe or probably unsafe.

- Decision Research found that 25% of Arvada/Westminster respondents believed the 1989 FBI raid affected nearby home values while 52% of Denver metro respondents felt the same way. Each group overwhelmingly believed the raid influenced other people to view the area as less desirable.

- 67% of Broomfield respondents believed that Rocky Flats affected home values.

- Decision Research found that 70% of Arvada/Westminster respondents believed Rocky Flats affected property values within six miles of the plant; among those, 92% said the effect was negative. 81% of Denver metro respondents believed Rocky flats affected property values; 97% of those said the effect was negative.

- 46% of Denver metro respondents in the Decision Research survey indicated that they would not buy a house within 4-6 miles of Rocky Flats, if they could name their price. Of those willing to purchase with discounts, the required discount ranged from $6,048 to $30,000.

Based upon the findings developed in these opinion surveys, we have reached the following conclusions:

- The findings are consistent with our own findings presented in the previous section of this report. Responses are overwhelmingly negative with respect to Rocky Flats.

- Because survey findings immediately after the FBI raid are consistent with current survey research, it is apparent that the negatives persist. The Decision Research survey was conducted in one of the greatest housing booms in Denver area history, and respondents continue to avoid the Rocky Flats area.

- It is apparent that much of the registered negative perception was a direct result of the June 1989 FBI raid and disclosures in its aftermath. Two of the surveys were commissioned as a result of the raid and the Decision Research survey cited the raid as a frame of reference.

- Concerns about health effects and negative attitudes about Rocky Flats were and remain pervasive so that it is clear that property values have been adversely impacted by these adverse perceptions.

- Based on responses of survey participants, Decision Research quantified the range of impact to be from approximately $6,000 to $9,300 per home. The weighted average throughout the class area is estimated to be $6,825 per home [(75% x $6,000) + (25% x $9,300)]. This $6,825 per home equates to 4.79% in lost value per house.

- We emphasize that Decision Research did not quantify the impact of completely removing 46% of possible purchasers from the market in the class area. Most certainly cutting the market in half affects price. We estimate the true financial impact to be greater than $6,825 per home.

- To quantify the effect of a 46% reduction in demand, we referenced the average discount required by those willing to buy in the area at the 2 to 4 mile range with a discount incentive. The average incentive required was $30,000 and this amount is applied, below, to the 46% who refused to buy. This assumes that the 46% who expressed the most negative views should be valued at least at the level of respondents who were the closest, but less negative, group.

Thus, based on Decision's Research data, the loss in value for the class area is between $6,825 per home and at least $30,000. The weighted average is calculated below.

```
54% x  $6,825  =  $3,686
46% x $30,000  = $13,800
weighted avg.  =  $17,486 per home
```

The survey research leads us to the conclusion that Rocky Flats creates apprehension in the market place to the extent that there is a reduction of approximately $17,486 in value for houses, on average.

Based on the estimated number of residential properties within the class area, the amount of diminution in value is expressed in the following calculation:

$17,486 x 12,019 residential properties = $210,000,000 (rounded)*

* This does not include vacant land.