**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 90-K-181

-----------------------------------------------------------

DEPOSITION OF RICHARD S. BARTLETT                Volume I

-----------------------------------------------------------

MERILYN COOK, WILLIAM JR. AND DELORES SCHIERKOLK,
RICHARD AND SALLY BARTLETT AND LORREN AND GERTRUDE
BABB, BANK WESTERN, A FEDERAL SAVINGS BANK, A
FEDERALLY CHARTERED SAVINGS BANK, AND FIELD
CORPORATION, A COLORADO CORPORATION, ON THEIR OWN
BEHALF AND AS REPRESENTATIVES OF A CLASS OF PERSONS
AND ENTITIES SUFFERING ECONOMIC HARM; AND MICHAEL DEAN
RICE, THOMAS L. AND RHONDA J. DEIMER, AND STEPHEN M.
AND PEGGY J. SANDOVAL, ON THEIR OWN BEHALF AND AS
REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED
RESIDENTS AND WORKERS,

                    Plaintiffs,

        -vs-

ROCKWELL INTERNATIONAL CORPORATION, a Delaware
Corporation, and THE DOW CHEMICAL COMPANY, a Delaware
Corporation,

                    Defendants.

-----------------------------------------------------------

        Pursuant to Notice and the Federal Rules of

Civil Procedure, the deposition, called by Defendants,

was taken at 9:03 a.m., Tuesday, July 13, 1993, at

1999 Broadway, Suite 4000, Denver, Colorado, before

Susan C. Soderberg, Certified Shorthand Reporter (HI)

and Notary Public within and for the State of

Colorado.



*Walker Reporting, Inc.*

410-17th STREET  •  SUITE 820  •  DENVER, COLORADO 80202  •  (303) 623-3904

7/13/1993 Bartlett, Richard

```
1      A   Yes.
2      Q   During most of that time period from the
3  time you canceled your subscription to 1992, did you
4  more often than not   in other words, more weeks than
5  not -- read the paper two or three times a week?
6      A   No.
7      Q   How about the Rocky Mountain News?   Did you
8  continue to subscribe to the Rocky Mountain News?
9      A   No.
10     Q   Did you cancel your subscription to the
11 Rocky Mountain News at about the same time you canceled
12 your subscription to the Denver Post?
13     A   I don't recall.
14     Q   Why did you cancel your subscription to the
15 Denver Post?
16     A   During those varying time periods we were
17 located at different locations where the newspapers
18 were not deliverable to our address.
19     Q   That's your house on Alkire?
20     A   Yes.
21     Q   Did you cancel the Denver Post after you
22 moved to Alkire?
23     A   No.
24     Q   Before?
25     A   Before.
```

55

7/13/1993 Bartlett, Richard

```
1      Q   Dr. Carl Johnson, you know of him ; don't
2  you?
3      A   Yes.
4      Q   Did you know Carl   did you know of   let
5  me do that.
6          Dr. Carl Johnson, did you know of him before
7  you moved to your residence on Alkire Street?
8      A   No.
9      Q   When did you decide to move from your
10 address on 64th Avenue in Arvada to your present
11 address on Alkire Street?
12     A   Somewhere in approximately 1973.
13     Q   ' 73?
14     A   Yes.
15     Q   When did you actually move to Alkire Street?
16     A   ' 78.
17     Q   There's a five-year time period there.   Can
18 you explain why it took you so long between the time
19 that you decided and the time that you actually moved?
20     A   Our 64th Street address was in the, between
21 the 60th and Alkire.   I believe you said 60th.
22     Q   Sorry.   I mean the 64th Street address.
23 That's where you lived up until 1978?
24     A   Yes.
25     Q   When did you --
```

57

7/13/1993 Bartlett, Richard

```
1      Q   Did you cancel the Denver Post once -- had
2  you decided to move to Alkire when you canceled the
3  Denver Post?
4      A   I don't recall.
5      Q   You indicated that the reason you canceled
6  the Denver Post is because you lived where it wasn't
7  deliverable?
8      A   Correct.
9      Q   I would assume, then, that at some point in
10 time when you decided you were going to move that you
11 made that decision ; is that a reasonable assumption?
12     A   Yes.
13     Q   Now during the time between when you
14 canceled your papers in 1992, how did you get the
15 paper?
16     A   Purchased it at the store.
17     Q   Did you ever have a business address during
18 this time that was any different from your residence?
19     A   During what time?
20     Q   During the time that you lived on Alkire
21 Street from 1978-79?
22     A   Yes.
23     Q   Did you have newspapers delivered to your
24 business address?
25     A   No.
```

56

7/13/1993 Bartlett, Richard

```
1      A   I am sorry.   We had an interim move there
2  from 64th to Nelson Street for approximately one year.
3      Q   Oh, okay.   Then you moved to Alkire?
4      A   Yes.
5      Q   All right.   Now what I'm confused about is:
6  Did you decide to move to Alkire in ' 73?   Did I get
7  your testimony right?
8      A   No.   That would have been in ' 76 or ' 77.
9      Q   You actually moved to Alkire in ' 78?
10     A   Yes.
11     Q   Now, I want to talk about that time period,
12 1978, just before you moved to Alkire.   You knew that
13 the Rocky Flats plant was there ; right?
14     A   Yes.
15     Q   And you had come across publicity that there
16 had been a fire in 1969 at Rocky Flats ; is that right?
17     A   Yes.
18     Q   As of 1970 you knew that some people claimed
19 that that fire had released radiation off site ; is that
20 right?
21     A   Yes.
22     Q   And were you aware in ' 78 that people
23 claimed that in general Rocky Flats had released
24 contamination off site?
25     A   Yes.
```

58

7/13/1993 Bartlett, Richard

```
 1      Q   Were you aware that some people claimed that
 2  Rocky Flats was not safe?
 3      A   Yes.
 4      Q   Were you aware that some people claimed that
 5  Rocky Flats had released contamination into the water
 6  supply off site?
 7      A   I don't recall at this point.
 8      Q   At least as of 1978, that information had
 9  been available to you through the Denver Post ; is that
10  right?
11      A   Yes.
12      Q   And as of 1978, information on a lawsuit
13  filed by people who lived near the Rocky Flats plant
14  was available to you, is that right, through the Denver
15  Post?
16      A   Yes.
17      Q   Through the Denver Post?
18      A   Yes.
19          The Deponent:   Can we take a break?
20          Mr. Powers:   Sure.
21          ( A recess was taken. )
22      Q   ( By Mr. Powers )   Why did you decide to move
23  to your present address on Alkire?
24      A   To build a new home.
25      Q   Why did you want a new home?
```

59

7/13/1993 Bartlett, Richard

```
 1      A   60th and Xenon, 64th and McIntyre, and 90th
 2  and Alkire.
 3      Q   Did you live in any of those homes?
 4      A   Yes.
 5      Q   Which ones?
 6      A   All three.
 7      Q   Did you build a house, live in it for a
 8  while, then sell it for a profit ; is that what you did?
 9      A   Yes.
10      Q   The first home was 60th and --
11      A   Xenon.
12      Q   Did you make a profit on that home?
13      A   Yes.
14      Q   How much profit?
15      A   I don't recall.
16      Q   Are there documents which reflect how much
17  profit you made on that house?
18      A   Yes.
19      Q   Do you have those documents?
20      A   Yes.
21      Q   Those documents I don't believe were
22  produced to us.   Was there any reason why that --
23      A   I might have had part of them.
24      Q   What was the second house that you built and
25  lived in?
```

61

7/13/1993 Bartlett, Richard

```
 1      A   Because I'm a builder.
 2      Q   You were a builder at the time?
 3      A   Part of my position was builder, yes.
 4      Q   By builder, do you mean -- were you a
 5  contractor or developer or both?
 6      A   Both.
 7      Q   When did you start becoming a builder?
 8      A   Actually, in high school.
 9      Q   You built homes in high school?
10      A   Yes.
11      Q   During the entire decade of -- strike that.
12          Were you a builder in 1970?   Did you build
13  homes in 1970?
14      A   No.
15      Q   When did you begin to build homes after
16  1970?
17      A   Approximately 1973.
18      Q   How many homes did you build from 1973 to
19  1978?   Give me a rough guess.
20      A   The time period you requested was --
21      Q   ' 73.
22          Mr. Powers:   Will you read that back?   I
23  forget.
24          ( The last question was read. )
25      Q   ( By Mr. Powers )   Where were they located?
```

60

7/13/1993 Bartlett, Richard

```
 1      A   West 64th Avenue and McIntyre.   I don't
 2  recall the exact address.
 3      Q   Did you make a profit on that house?
 4      A   I believe so.   I don't recall exactly, but
 5  it was break-even.
 6      Q   I take it you don't recall what the profit
 7  is?
 8      A   Right.
 9      Q   Are there documents that would reflect the
10  profit you made on your second home?
11      A   Yes.
12      Q   Do you still possess those documents?
13      A   Yes.
14      Q   Who built the house on 64th avenue?
15      A   That's 64th and McIntyre.   I did.
16      Q   Is the primary reason why you moved from
17  that address to your Alkire address in order -- strike
18  that.
19          Was one of the reasons you moved from the
20  64th Avenue to Alkire in order to make money on the
21  64th Avenue house?
22      A   No.
23      Q   Was there any financial reason why you moved
24  from 64th Avenue to Alkire?
25      A   No.
```

62

7/13/1993 Bartlett, Richard

```
 1   publicity ; is that right?
 2      A    Yes.
 3      Q    Did you continue to read newspaper articles
 4   about Rocky Flats as you had before?
 5      A    I would say yes.
 6      Q    You moved closer to Rocky Flats when you
 7   moved to Alkire Street ; is that correct?
 8      A    Yes.
 9      Q    Did the shorter distance between you and
10   Rocky Flats increase your interest in newspaper
11   articles or other media or news regarding Rocky Flats?
12   I will strike that.
13           Did the fact that you lived closer to Rocky
14   Flats than you did before increase your interest in
15   information about Rocky Flats?
16      A    Yes.
17      Q    Your interrogatory, responses to the
18   interrogatories, No. 12 -- well, I will just read it --
19   I will summarize it -- states that, asks you to
20   identify each communication from any person providing
21   you with information concerning contamination of your
22   property, your exposure, the need for medical
23   monitoring and any damages you incurred as a result of
24   releases of chemicals or radioactivity from Rocky
25   Flats.
```

91

7/13/1993 Bartlett, Richard

```
 1           The response is, " I talked with Dr. Carl
 2   Johnson at the Jefferson County Health Department. "
 3           When did you talk with Dr. Carl Johnson?
 4      A    I don't remember that.
 5      Q    Now, Dr. Johnson left the Jefferson County
 6   Health Department in 1981.  It states here that you
 7   spoke with him at the Jefferson County Health
 8   Department.  Would it be fair to state that you spoke
 9   with Dr. Johnson before 1981 when he left?
10      A    May I see that?
11      Q    Sure.
12      A    I am not sure why that paragraph in the
13   interrogatories is there.  I did not personally speak
14   to Dr. Carl Johnson.
15           My wife may have spoken to Dr. Carl Johnson
16   and that ended up in the conversation regarding the
17   testing on our soils.
18      Q    Your wife spoke to Carl Johnson, and this
19   would have been before your soil was tested?
20      A    Yes.
21      Q    Your soil was tested in 1978 and 1979?
22      A    Yes.
23      Q    Did your wife relate to you the fact that
24   she spoke to Dr. Carl Johnson at the time?
25      A    Yes.
```

92

7/13/1993 Bartlett, Richard

```
 1      Q    So your wife would have spoken to Dr. Carl
 2   Johnson about 1978-1979 ; is that right?
 3      A    Yes.
 4      Q    How many times did your wife speak with
 5   Dr. Carl Johnson?
 6      A    I have no number ; I don't know.
 7      Q    More than once?
 8      A    I don't know.
 9      Q    Did she relate to you the substance of the
10   conversation she had with Dr. Johnson?
11      A    I assume she did.  I don't recall the exact
12   conversation.
13      Q    Would it have concerned whether your
14   property was contaminated with materials from Rocky
15   Flats?
16      A    No.
17      Q    The conversation would not have related to
18   that issue, or you don't know?
19      A    I don't know that it related to that issue.
20      Q    You don't know one way or the other?
21      A    No.
22      Q    Did you speak to Al Hazle of the Colorado
23   Department of Health?
24      A    No.
25      Q    Did your wife speak to Al Hazle?
```

93

7/13/1993 Bartlett, Richard

```
 1      A    Yes.
 2      Q    When did your wife speak with Al Hazle?
 3      A    I don't have a date ; it was during that same
 4   time period.
 5      Q    The ' 78 -' 79 time period?
 6      A    Yes.
 7      Q    Was this also relating to the issue of the
 8   testing of your property, the samples taken on your
 9   property?
10      A    It may have been ; I don't know.
11           ( Exhibit 24 was marked. )
12      Q    ( By Mr. Powers )  Exhibit 24 is a March 31,
13   1977 report by Dr. Carl Johnson.  It is titled:
14   " Offsite Distribution of Plutonium in the Respirable
15   Dust On the Surface of the Soil in the Vicinity of the
16   Rocky Flats Plant. "
17      A    Okay.
18      Q    This was produced by either you or your
19   wife.  When did this come into the possession of either
20   you or your wife, this report?
21      A    I can't give you an exact date.  I would
22   assume at the same time that they were doing testing on
23   the soils.
24      Q    Did you read this report at the time?
25      A    Yes.
```

94

7/13/1993 Bartlett, Richard

1    Q    I am asking you your opinion.

2    A    Yes.

3    Q    Do you believe that it was necessary for you

4  to purchase $540 of bottled water a year rather than

5  drink from your well?

6    A    Yes.

7    Q    Is the reason you believe it is reasonable

8  and necessary, was reasonable -- strike that.

9         Is the reason you believe it was reasonable

10  and necessary for you to purchase bottled water rather

11  than drink from your well because you were concerned

12  that your well water may have been contaminated by

13  materials from Rocky Flats?

14    A    Yes.

15    Q    Is the reason you were concerned that your

16  water may have been contaminated -- strike that.

17         The reason that you didn't want to drink

18  that well water was that you were concerned that if you

19  did drink it, it may harm your health or your wife's

20  health?

21    A    Yes.

22    Q    These were concerns you had in 1978?

23    A    Yes.

24    Q    You continued to have those concerns all

25  throughout ; is that right?

119

---

7/13/1993 Bartlett, Richard

1    A    Yes.

2    Q    In 1984 you had your well water tested ; is

3  that right?

4    A    Yes.

5    Q    There is something I want to go back over,

6  and that is the soil samples.

7         When you showed these levels to the

8  individuals that you hired to look at them, did they

9  tell you that although the levels of, let's say, the

10  radiation and plutonium were below standards, they were

11  still above normal or background levels?

12    A    I don't recall exactly what they told me at

13  that time.

14    Q    Did you have that understanding at the time,

15  that some radiation from Rocky Flats had landed on your

16  soil and in fact contaminated it, even if it was below

17  standards?

18    A    Well, I can't answer your question the way

19  you have worded it.

20    Q    Is there something about my question that 's

21  confusing?

22    A    Well, first of all, I don't remember the

23  exact conversation.  What I said previously was that I

24  had an engineer who was knowledgeable about radioactive

25  materials and so forth review the report and tell me

120

---

7/13/1993 Bartlett, Richard

1  whether I should be concerned about the soils, to the

2  point that I would not build my house.   I mean, that's

3  after paraphrasing it, but that's what was meant.

4         And the answer was, from them, no.

5    Q    You should not be concerned?

6    A    They felt that it was all right to go ahead

7  and build the house.

8    Q    Now, when they give you the basis -- did

9  they give you a basis for their conclusion?

10    A    No.

11    Q    They just said, yes or no?

12    A    Correct.

13    Q    Did anybody that your wife made inquiry from

14  state whether the levels of radiation shown on these

15  soils samples reflected some contamination from Rocky

16  Flats?

17    A    I don't remember that that question was ever

18  asked.

19         ( Exhibit 29 was marked. )

20    Q    ( By Mr. Powers )  This is Bartlett Exhibit

21  29.  I think this is the well sample results.

22         Why did you have your well sampled?

23    A    We needed to do testing on the water,

24  usually on an annual basis, for microisms ( sic ) and

25  things of that type.

121

---

7/13/1993 Bartlett, Richard

1    Q    Well — go ahead.

2    A    No.

3    Q    Did your horses drink this water?

4    A    Yes.

5    Q    When you had this test done, were you

6  contemplating drinking the water yourself if the

7  testing came up with not showing any problem?

8    A    I think this was at that time -- it was a

9  test that we were having run because we wanted to see

10  what was in the water.

11    Q    For your horses or for you?

12    A    In the well, period.

13    Q    Is there any information that prompted that

14  interest, anything that prompted that for 1984 as

15  opposed to some other date, why you didn't have that

16  done sooner?

17    A    None that I can remember.

18    Q    Has anybody ever told you that the alpha and

19  beta radiation in your well water is significantly

20  higher than shown in this report?

21    A    No.

22    Q    Do you have any reason to believe that the

23  alpha and beta radiation in your well water is any

24  higher than shown in this report?

25    A    I have not had it tested since then for

122

7/13/1993 Bartlett, Richard

```
1    people were raising those questions?
2        A    Yes.
3        Q    Now, by 1984 did you know that there were
4    questions as to whether you had been exposed to
5    hazardous substances?
6        A    Yes.
7        Q    What did you know about your alleged
8    increased risk that you did not know by 1984?
9        A    And by that -- strike that again.
10            When you filed your lawsuit in 1990, what
11   did you know about your alleged increased risk of
12   health effects from Rocky Flats that you didn't know in
13   1984?
14       A    I know that the Fbi had raided the
15   facilities for misconduct in operation and potential
16   illegal operation of the plant, which raised my
17   question as to my health safety and other matters for
18   being a resident within the area.
19       Q    But what you knew wasn't direct evidence of
20   a health risk?  It was serious questions of a health
21   risk ; is that right?
22       A    Yes.
23       Q    Were you ever a mayor of Arvada?
24       A    Yes.
25       Q    When were you mayor of Arvada?
```

150

7/13/1993 Bartlett, Richard

```
1        A    1965 to 1969.
2        Q    Did you have any political involvement
3    subsequent to your mayoralship?
4        A    Yes.
5        Q    Can you tell me about your political
6    involvement after 1969?
7        A    I have been an elected board member of North
8    Jeffco Park and Recreation District, appointed member of
9    the Colorado Parks and Open Space Board.
10       Q    Is there anything else that you have done?
11       A    No.
12       Q    When were you a member of the North Jeffco
13   Parks and Rec Board?
14       A    On and off, 1971 to 1993.
15       Q    Did your political involvement expose you to
16   people who had questions about whether Rocky Flats
17   posed a health risk?
18       A    Yes.
19       Q    Did that occur off and on from during the
20   1970s and 1980s, this exposure to folks who thought
21   Rocky Flats posed a health risk?
22       A    It was a question that came up during that
23   time period.
24       Q    The good news I have is that I am looking
25   for what may well be my last exhibit.  So --
```

150

7/13/1993 Bartlett, Richard

```
1            Why don't we take a two-minute break while I
2    peruse the exhibits.
3            ( A recess was taken. )
4        Q    ( By Mr. Powers )   Let's go back on the
5    record.  I understand that you are making a claim for
6    emotional distress ; is that right?
7        A    Yes.
8        Q    Could you tell me about your alleged
9    emotional distress?  What does it entail?
10       A    Loss of sleep, gnashing of teeth in my
11   sleep, agitation, short-temperedness, concern.
12       Q    What are you losing sleep over?  Why can't
13   you sleep?
14       A    Because the issue and what we are involved
15   with now has become a major part of my concern for my
16   own health, my children's health, my real-estate values
17   and my business.
18       Q    So you're concerned about your own health?
19   That is part of your stress ; right?
20       A    Yes.
21       Q    And another part of your stress is your
22   concern for your children's health?
23       A    Yes.
24       Q    Concern for your property values?
25       A    Yes.
```

151

7/13/1993 Bartlett, Richard

```
1        Q    Concern for your business ; is that right?
2        A    Yes.
3        Q    What concerns do you have over your
4    business?
5        A    Well, business as a real-estate broker,
6    spent 31 years in the Arvada area.  It's now become one
7    where I have concern over the liability, and the
8    ability as an individual to notify people of the
9    potential hazard that the area may have on their
10   families, which directly affects the amount of business
11   that I can do in that geographical area.
12       Q    That last statement you made about what you
13   tell people -- since you have filed this lawsuit, have
14   you attempted to market -- since you filed this lawsuit
15   have you attempted to market land or properties other
16   than your own in the area near Rocky Flats?
17       A    Yes.
18       Q    Have you told these people that you believe
19   that Rocky Flats is dangerous?
20       A    No.
21       Q    What have you told them?
22       A    I have told people that the presence of
23   Rocky Flats, where it is located and that there's a
24   question that has not been revealed as to the amount of
25   danger that the people in this metropolitan area have
```

152