**EXHIBIT 5**

# SUPPLEMEMENTAL EXPERT REPORT REGARDING ENVIRONMENTAL RELEASES AT THE ROCKY FLATS PLANT

Prepared by:

John R. Frazier, Ph.D., CHP
Auxier & Associates, Inc.
9821 Cogdill Road, Suite 1
Knoxville, Tennessee 37932

Prepared for:

Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

August 6, 2004

## Introduction

This report has been prepared at the request of attorneys with Kirkland & Ellis, counsel for defendants in the matter of Merilyn Cook, et al., v. Rockwell International Corporation and The Dow Chemical Company (U.S. District Court – Colorado, Case No. 90-K-181). This report serves as a supplement to the Expert Report of Dr. John A. Auxier (Auxier & Associates, Inc.) that was submitted on November 25, 1996, and addresses specific topics that have arisen since the 1996 Expert Report and that are relevant to the environmental releases from the Rocky Flats Plant (RFP).

## Review of Relevant Documents Published Since 1996

Since submission of the November 25, 1996 Expert Report I have reviewed numerous additional documents pertaining to environmental releases at the RFP. The attached list of documents contains specific published information that I have reviewed since the 1996 Expert Report. The information contained within those documents does not conflict with the statements and opinions contained in the 1996 Expert Report. Furthermore, the information in the listed reports is consistent with the statements and opinions of the 1996 Expert Report. I have also reviewed the annual environmental monitoring reports for RFP since 1996. Those reports are available on the RFP internet site at www.rfets.gov. I have found nothing within those reports that change the statements or opinions in the 1996 Expert Report.

## Publications of the International Commission on Radiological Protection (ICRP) Since 1996

There have been 18 reports of the ICRP issued since the November 25, 1996 Expert Report. A list of those reports is found on the ICRP internet site [www.icrp.org]. The specific reports of the ICRP since 1996 (Publication No. 75 through No. 92) do not introduce information that conflicts with the statements or conclusions of the November 25, 1996 Expert Report. Most of the information contained in those ICRP reports is not relevant to matters pertaining to the RFP in this case. Consideration of the ICRP reports issued since 1996 does not lead to any changes in the opinions presented in the 1996 Expert Report.

## Federal Standards for Radionuclides and Radiation Protection

No new or revised Federal standards have been issued since the November 25, 1996 Expert Report that are applicable to radioactive materials at or near the Rocky Flats Plant or to radiation doses to members of the public from operations at DOE facilities. The Federal standards for plutonium in environmental media that were listed in the 1996 Expert Report have not changed or been replaced since the issuance of that report.

### Air Sampling Locations at the Rocky Flats Plant

The results of air sampling and air monitoring at the RFP and in the surrounding environment were discussed extensively in the November 25, 1996 Expert Report. Those results and the statements and conclusions regarding the air sampling/monitoring data have not changed from the 1996 Expert Report. The appropriateness of the locations of environmental air samplers/monitors at and near the RFP has been addressed by others [ASI 1991; RMUCER 1992]. The conclusion of the reports that considered the appropriateness of the locations of the RFP environmental air samplers/monitors is that those monitors were in locations that would give representative measurements of airborne radioactive materials that could have originated from the RFP. I concur with the findings of those reports as they relate to the placement of environmental air samplers/monitors at the RFP.

### Plutonium in Offsite Soil

Concentrations of plutonium exceeding background concentrations have been measured in soil on some properties near the Rocky Flats Plant (RFP). The above-background concentrations of plutonium are reported to have originated from releases from the RFP. A detailed review of data pertaining to radionuclides in soil in the surrounding environment of the RFP was reported in "Final Report Evaluation of Environmental Data for Historical Public Exposures Studies on Rocky Flats Task 4: Evaluation of Environmental Data Revision 1" [Rope 1999].

The primary isotope of plutonium released from the RFP is plutonium-239 (Pu-239), with Pu-240 as a secondary isotope. Measurement of Pu-239 in soil includes the contribution of Pu-240 in the soil; results of laboratory analysis for Pu-239 in soil are thus reported as Pu-239/240. All concentrations of Pu-239/240 in soil on offsite properties as reported by the RAC study [Rope 1999] are much less than one (1) picocurie (pCi) per gram (g) [i.e., <1 pCi/g]. For comparison, the report indicates that background concentrations of Pu-239/240 in surface soil range from 0.008 pCi/g to 0.1 pCi/g [Rope 1999].

The chemical form of plutonium in soil is plutonium oxide ($PuO_2$) and it is present as extremely small particles [Rope 1999]. The physical size of one (1) pCi of $PuO_2$ is an invisible particle (microscopic) having an equivalent spherical diameter of approximately 1.4 microns (where a micron is one millionth of a meter). [For comparison, the diameter of a human hair is approximately 40 microns and the diameter of a human red blood cell is approximately 7 microns.] Soil that contains plutonium at less than 1 pCi/g would have a microscopic volume of $PuO_2$ per gram of soil (as the physical diameter of the $PuO_2$ at such low concentrations would be less than 1.4 microns).

Numerous studies have been performed to determine the distribution of plutonium in soil for all depths below the surface of the ground. Samples of soil from various depths were collected and analyzed by radiochemical methods in laboratories to determine the concentration of plutonium in each sample. Those studies are reviewed and summarized in the 1999 report by RAC. The RAC report concludes that plutonium concentrations are

highest within a few centimeters of the ground surface, decrease exponentially beneath the ground surface, and are generally indistinguishable from background concentrations at a depth of 15 centimeters in undisturbed soil. The report notes that 90 percent or more of the plutonium contamination is within the top 12 centimeters of soil in offsite areas investigated.

### Removal of Plutonium From Soil

Location and separation of the extremely small particles of plutonium from soil at low concentrations (less than a few pCi/g) is not technically practical. Soil screening instrumentation and methods lack the needed sensitivity at concentrations less than a few pCi/g. The only way that very low concentrations of plutonium (e.g., less than 1 pCi/g) in soil can be removed from land is to remove the soil that contains the plutonium.

If one were to attempt to remove greater than 90 percent of above-background plutonium from affected offsite properties in the vicinity of the RFP one would need to remove the top 12 centimeters (or more) of soil from those properties. Such removal would correspond to excavating, transporting, and disposing of over 600 cubic yards of soil per acre of land. As soil has a density of roughly one ton per cubic yard, removal of 12 centimeters of soil would equate to over 600 tons of soil per acre of land remediated. The process of excavating, transporting, and disposing of this soil would remove valuable surface soil, cause unnecessary damage to the local environment, present transportation risks to the public, and cost hundreds of thousands of dollars per acre. The result of such remediation would not produce any measurable or demonstratable benefits to the health of anyone on or near the remediated properties. In fact, the overall health risks to the public would be increased as a consequence of the large number of trucks that would be required to haul the excavated soil on public highways.

# JOHN R. FRAZIER, Ph.D., CHP

### *Professional Qualifications*

Dr. Frazier has over 25 years of health physics experience in external and internal dosimetry, environmental dose assessment, radiation risk assessment, radiation spectroscopy, health physics training, bioassay, radiation detection and measurement, and radiological site characterization. Numerous federal agencies including the Nuclear Regulatory Commission (NRC), Environmental Protection Agency (EPA), U.S. Department of Agriculture (USDA), U.S. Department of Defense (DOD), and U.S. Department of Justice (DOJ) have sought his advice on a wide range of health physics and radiation protection topics from operational health physics program design to environmental radiation dose and risk assessments. He has also served as a consultant to private companies and individuals on numerous health physics issues. He is an elected member of the National Council on Radiation Protection and Measurements (NCRP). Dr. Frazier has made presentations on introductory and advanced health physics and radiation protection topics for professional society meetings, student groups, and public interest forums. His publications are in the areas of fundamental interactions of radiation with matter, radiation detection instrumentation, radiological site assessments, and external and internal radiation dosimetry.

### *Education*

       Ph.D., Physics, University of Tennessee, Knoxville, Tennessee; 1978.

       M.S., Physics, University of Tennessee, Knoxville, Tennessee; 1973.

       B.A., Physics, Berea College, Berea, Kentucky; 1970.

### *Registrations/Certifications*

       Certification by the American Board of Health Physics in 1981; recertified through 2005.

### *Experience and Background*

1993 -
Present
   *Senior Radiological Scientist, Auxier & Associates, Inc., Knoxville, Tennessee.*
   Dr. Frazier serves as senior consultant on radiation protection issues for private companies and government agencies. He performs assessments of internal and external radiation exposures, environmental radiation doses and radiological risks from occupational and environmental exposures. He also performs evaluations and

assessments of all aspects of operational health physics programs. Dr. Frazier serves as technical advisor to organizations that perform environmental radiological assessments and risk assessments and that provide occupational radiation protection services in government and industry.

1986 -  *Senior Radiological Scientist, Nuclear Sciences, IT Corporation, Knoxville,*
1993    *Tennessee.*

Dr. Frazier served as senior radiological scientist and technical manager of the health physics consulting group within IT. He was responsible for health physics professional services provided by IT for federal, state, and local agencies, contractors, and private companies. These services included development of all aspects of the health physics programs for nuclear facilities, technical assessments and evaluations of existing health physics programs, and environmental and occupational radiation dose assessments. He served as technical advisor and task manager for radiological aspects of remedial investigations and feasibility studies (RI/FSs). He also served as manager and technical director for specific projects in areas that included design and implementation of environmental monitoring and sampling programs, assessment of operational health physics programs, and radiation dose and risk assessments for occupational exposures and environmental releases. Previous responsibilities included serving as senior technical consultant for upgrading Environmental Health and Safety Programs at the Department of Energy Rocky Flats Plant, Oak Ridge National Laboratory, and the Oak Ridge Y-12 Plant.

1980 -  *Health Physicist, Oak Ridge Associated Universities, Oak Ridge, Tennessee.*
1986

Dr. Frazier developed and coordinated Oak Ridge Associated Universities (ORAU) health physics training programs. He taught health physics and radiation protection courses for several hundred students each year at ORAU Professional Training Programs. He developed new lectures, laboratory exercises, and training materials for health physics training for the Nuclear Regulatory Commission, Department of Energy, and corporate clients. In addition to his training responsibilities, Dr. Frazier served as division health physicist for the Manpower Education, Research, and Training Division of ORAU. He served as technical consultant to federal and state agencies, other training institutions, and ORAU clientele on environmental, health and safety issues. He evaluated radiation measurement and radiation protection instrumentation equipment.

1978 -  *Chief Radiation Physics Section, Bureau of Radiological Health, Rockville,*
1980    *Maryland.*

Dr. Frazier supervised research and support activities of a staff of seven health physics professionals and technicians. He planned and implemented radiation research projects pertaining to ionizing radiation detection/ measurement. He

**JOHN R. FRAZIER, Ph.D., CHP**                                                                 3

scheduled personnel requirements in accordance with the scope of such projects. He coordinated support for external radiation dosimetry by the Radiation Physics Section for all other branches in the Division of Electronic Products. He supervised and performed multi-point calibrations of radiation detection/ measurement instruments per month. Dr. Frazier also assisted in planning radiation dosimetric surveys of large numbers and types of ionizing radiation sources to reduce population exposure. He coordinated environmental radiation dosimetry for extended geographical areas using external radiation dosimeters.

1977-1980   *Research Physicist, Bureau of Radiological Health, Rockville, Maryland.*
Dr. Frazier calibrated X-ray detection/measurement instruments. He maintained radiation calibration secondary standards traceable to the National Bureau of Standards. He evaluated new X-Ray detection/measurement instruments with radio-frequency fields under controlled environmental conditions and a wide range of ionizing radiation fields. He also developed external radiation dosimetry techniques with both active and passive dosimeters.

*Awards/Activities*

Fellow, Health Physics Society, 2000
Elda E. Anderson Award, Health Physics Society, 1988
Senior Technical Associate, IT Corporation, 1988
Distinguished Technical Associate, IT Corporation, 1990
National Council on Radiation Protection and Measurements (NCRP)
   Council Member, 2002-2008
   Scientific Committee 46, 1999-2004

*Professional Affiliations*

Health Physics Society
   (Plenary Membership since 1981; President, 2002-3; President-Elect, 2001-2; Board of Directors, 1992-5; Treasurer-Elect, 1997-8; Treasurer, 1998-2000)
American Academy of Health Physics (Secretary, 1996-1997, Director, 1998)
East Tennessee Chapter of the Health Physics Society (Past President)
International Radiation Protection Association (Plenary Membership)

*Publications*

Dr. Frazier has prepared or contributed to over 100 reports and publications in the fields of health physics and environmental science.

JOHN R. FRAZIER, Ph.D., CHP                                                                  4
___

*List of Publications*

Frazier, J. R., "Negative Ion Resonances in the Fluorobenzenes and Biphenyl" Ph.D. Dissertation, University of Tennessee, Knoxville, Tennessee, 1978.

Frazier, J. R., "Low-Energy Electron Interactions with Organic Molecules: Negative Ion States of Fluorobenzenes," Journal of Chemical Physics, Vol. 69, No. 3807, 1978.

Frazier, J. R., "Performances of X-ray Measurement Instruments in RF Fields," HEW Publication (FDA) 78-8065 Rockville, Maryland, 1978.

Frazier, J. R., "A Dosimetry System for Evaluating Chest X-Ray Exposures," HEW Publication (FDA) 79-I 107, 1979.

Film Badge Dosimetry in Atmospheric Nuclear Tests, National Academy Press, Washington, D.C., 1989.