**EXHIBIT 7**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MERILYN COOK, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 90-K-181 |
| ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY, | : |
| Defendants. | : |

### DECLARATION OF PETER ELZI

**Peter Elzi** declares and states as follows:

1. I am Peter Elzi, a principal with THK Associates, Inc. I have been with THK since 1981. My duties include preparation of feasibility studies for all types of real estate uses, and valuation/appraisal estimates. I am a Colorado State Certified Appraiser. My formal education includes a degree in Real Estate and Construction Management from the University of Denver in 1977.

2. The process of over lot grading typically involves disturbing the first one to two feet of the property to prepare the site for development. After that, the site may need to be balanced (leveled) which can require "cuts and fills" of anywhere from a few inches to 15 to 20 feet.

3. Over the past two decades, the class area has been one of the most active real estate markets in metropolitan Denver. As a result, much of the land has been graded or otherwise disturbed. An additional amount has been encapsulated in the construction of commercial buildings, housing units, parking lots and driveways. Indeed, since 1980, about 40% of the non-government-owned property in the class area has been fully graded, resulting in substantial soil movement.

Declaration.1cr

development. To date, 70 of the 170 acres have been fully improved. On these parcels, topsoil was stripped from the parcel, saved and re-used on portions of the site. Given the topography of the parcels and expansive soils, in many cases areas under the buildings were over-excavated to 10 to 12 feet in depth, soils mixed with non-expansive materials, and re-compacted. Also many of the parking lots were excavated to depths of 5 to 6 feet to deal with expansive soil conditions.

11.  The Five Parks subdivision is actively developing residential parcels. Of the total 252 acre site approximately 75% has been developed to date. Removal of topsoil was typically 6 inches to one foot. This property also has topography/slopes and expansive soils. In some places 15 to 17 feet of excavation was needed to balance the site and stabilize the soils prior to construction.

Dated: January 14, 2005

_____
Peter Elzi

4