**EXHIBIT 9**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,

:       Plaintiffs,

v.                                                    Civil Action No. 90-K-181

ROCKWELL INTERNATIONAL
CORPORATION AND THE DOW
CHEMICAL COMPANY,

                    Defendants.

## DECLARATION OF F. WARD WHICKER, PH.D.

I, F. Ward Whicker, Ph.D. declare and state as follows:

**Summary Conclusions**

1. Based on soil sampling that I and colleagues performed on and around the Rocky Flats Environmental Technology Site (RFETS), as well as my review of relevant scientific studies of plutonium in soil and other environmental media performed by others on and around the RFETS, I conclude that:

   A. Essentially all of the plutonium of RFETS origin deposited on soil offsite, including the Class Area, was deposited before 1970.

   B. Essentially all (over 98 %) of the plutonium of RFETS origin deposited on undisturbed offsite soils is located in the top 9 inches of the soil profile.

   C. Much of the soil in the Class Area where soil sampling has occurred, has been disturbed by development, agriculture or landscaping since 1970, rendering the sampling results meaningless as an indication of how much, if any, RFETS plutonium might still be present on the great majority of individual Class properties.

   D. On the majority of Class properties, which have experienced soil disturbance since 1970, it is not possible to scientifically demonstrate the presence of RFETS plutonium now.

   E. Soil samples taken at any time before the soil on a given property was developed or otherwise disturbed would not reflect how much, if any, RFETS plutonium would be present at those same locations at a later date, nor would it be representative of the amount, if any, of RFETS plutonium in the soil on any other Class properties developed after 1970.

location of interest. Other types of typical landscaping and gardening activities also disturb soil in residential areas.

12. The effects of soil disturbances on measurements of plutonium concentrations in soil are dramatic. For example, leveling of an area for development using large earth scrapers typically removes topsoil from high spots and deposits it in low spots. This would remove plutonium from the high spots, and add to the amounts already present in the low spots. Excavation of basements, building foundations or utility trenches produces large amounts of soil that can be spread over other areas, or mixed in with surface soils, resulting in significant removal, burial and/or dilution of any concentrations of material in soil that was previously near the surface. Grass sod placed on graded soil for landscaping purposes would likely have been grown in areas well away from the main plume of RFETS plutonium deposition, thus covering any potential plutonium concentrations below the sod layer. Buildings, sidewalks and roadways completely alter the distribution of atmospheric dust (including both any plutonium deposited from global fallout and from RFETS) because it alters the flow of rainwater and snowmelt, which in turn redistributes any material associated with the dust deposited on such surfaces.

13. Because of these restrictions, scientifically credible studies of plutonium in soil around the RFETS have all, to the best of my knowledge, sought to sample sites that have been undisturbed over the past several decades, at least. Scientists use several lines of evidence to help determine whether or not a specific site has been undisturbed. These include statements of landowners or land stewards with specific knowledge of the land history, professional judgment based on appearance of the site (slope, surroundings, vegetation cover, etc.), professional judgment based on examination of soil pits for the presence of well-defined soil layers (litter, decomposed organic matter, mineral soil), and examination of the soil profile for global fallout $^{137}Cs$ concentrations with depth. Research has shown that the latter method is an objective and reliable way to determine whether the surface soil at a specific location has been undisturbed since the advent of atmospheric nuclear weapons testing in the late 1950s, or whether the soil has been disturbed in some manner.

14. Much of the land development within the Class Area has occurred after many if not most of the soil sampling studies for plutonium had been completed. The nature and appearance of the Class Area has changed dramatically over the past two to three decades from mostly open space and pasture land to a developing suburban environment.

**Chronology of RFETS Plutonium Deposition, Soil Sampling and Development**

15. Based on my research and my review of other relevant studies, the vast majority of plutonium deposited in offsite soils from RFETS releases occurred prior to 1970.

16. The vast majority of studies of plutonium in soil around the RFETS occurred between 1969 and the mid-1990s, after essentially all of the offsite plutonium deposition occurred.

17. Many of the private properties that were sampled for plutonium in soil appear to have been sub-divided and developed in subsequent years. Extensive soil disturbance on such properties has occurred.

4