**EXHIBIT 10**

RAC Report No. 5-RSALOP-RSAL-1999- FINAL

# FINAL REPORT

## Task 6: Sampling Protocols

Radionuclide Soil Action Level Oversight Panel

December 1999

*Submitted to the Radionuclide Soil Action Level Oversight Panel
in Partial Fulfillment of Contract between RAC and the Rocky Flats Citizen's Advisory Board*



Shierman (1994) provides information on the americium and plutonium concentration soil profiles at the Rocky Flats site. Shierman found that the concentrations of americium and plutonium decreased exponentially as a function of depth for all the locations sampled. Approximately 90% of the total inventories of the two radionuclides resided in the top 9 cm of soil, with approximately 50% of the total inventory for the two contaminants residing in the top 3 cm of soil. No difference was observed in $^{241}$Am and $^{239}$Pu movement vertically in the soil column.

Litaor (1999) examined the plutonium contamination in soils in open space and residential areas near Rocky Flats. Litaor included an analysis of the vertical distribution of plutonium activity from 11 soil pits collected outside RFP. The study indicated that the top layer (0–3 cm) was the most contaminated layer, with over 96% of $^{239,240}$Pu activity accounted for in the top 12 cm of the soil. Below the 12-cm depth, plutonium activity decreased to background levels (see Section 4.4 for a discussion on background soil concentrations).

The studies discussed above indicate that the plutonium and americium appear to behave similarly in the soil. Each radionuclide is expected to be bound within the upper region of the soil profile, with an exponential decrease in activity with depth.

### 4.1.3 Depth Distribution of the Uranium Isotopes

Information on the depth distribution of uranium appears to be less extensive than that for plutonium and americium. RAC did not find the activity distribution of uranium with depth in the soil during a literature search. However, Litaor (1995) conducted a study of the spatial distribution of uranium isotopes in soils at the RFETS. The goal of the Litaor (1995) study was to provide information on the distribution of uranium isotopes in soils east of the RFETS. A spatial analysis of three uranium isotopes was conducted to determine the concentration and distribution pattern of uranium contamination. Geostatistical techniques were used to model the spatial dependency and construct isopleth maps showing uranium isotope distributions.

The Litaor (1995) sampling protocol required 25 equally spaced subsamples to be composited within 4.05 or 1.01-ha plots for uranium isotopes analysis. The soil at each individual location was sampled with a CDPHE sampler. Eighty-four 4.05-ha plots and thirty-four 1.01-ha plots were sampled for a total of 118 plots.

Litaor (1995) identified $^{234}$U activity in soils around the RFETS that ranged from 25.9 to 92.8 Bq kg$^{-1}$ (0.7 to 2.5 pCi g$^{-1}$), with a median activity of 44.4 Bq kg$^{-1}$ (1.2 pCi g$^{-1}$). A spatial structure was not observed with the $^{234}$U data. Litaor (1995) indicated that the lack of spatial structure suggested that $^{234}$U was randomly distributed in the soil environment east of the RFETS. The randomness was also interpreted to reflect inherent irregular variation of $^{234}$U dispersion in the soil that could not be predicted by the sampling method. As an alternative interpretation, Litaor (1995) also indicated that it may represent variability between sampling plots at distances less than that used in the study or samples collected from different populations (natural versus impacted because of Rocky Flats activity). On the basis of the available information, Litaor (1995) concluded that the contribution of Rocky Flats to the activity of $^{234}$U in the soils was negligible.

*Risk Assessment Corporation*
*"Setting the standard in environmental health"*