**EXHIBIT 12**

J001639

# A RISK EVALUATION
## FOR THE
## COLORADO
## PLUTONIUM-IN-SOIL STANDARD

COLORADO DEPARTMENT OF HEALTH

JANUARY, 1976

C54188

## A Risk Evaluation for the Colorado
## Plutonium-In-Soil Standard

The purpose of this document is to lead the reader through a progression of steps, place the associated risks in perspective and to arrive at a simple, logical conclusion based upon the best information available.

### Introduction

In 1973, the Colorado Board of Health adopted a plutonium-in-soil standard to assist county planning and zoning groups in evaluating lands for development in the environs of the U.S. Energy Research and Development Administration's (ERDA) Rocky Flats Plant, Golden, Colorado.[1] Evaluations of potential radiation hazards involving land to be subdivided are required under a state statute enacted in 1972.[2] The standard, considered ultraconservative at the time of adoption, was promulgated on the basis of the then-identified methods of soil sampling and data[3], the then-available ambient air plutonium concentrations associated with contaminated soil[4], an available literature review, the unknown risk associated with general public exposure to such materials and the philosophy that the general public should not be unduly exposed to unnecessary radiation.

With the recent renewed concern for the adequacy of protection afforded by the present standard, the Department has undertaken a reevaluation of the standard of two disintegrations per minute per gram of dry soil (2 dpm/g), or 0.01 microcurie per square meter (0.01 $\mu Ci/m^2$), to determine if, at the present state of knowledge, the standard, as adopted, can still be considered to be ultraconservative. The availability of five (5) years of environmental sampling data in the environs of the Rocky Flats, the BEIR Report of 1972[5], the Liquid Metal Fast Breeder Reactor – Proposed Final Environmental Statement (LMFBR-PFES) of December, 1974, and the U.S. Environmental Protection Agency (EPA) information gathering hearings on transuranics (elements having an atomic number greater than that of uranium, 92) during the winter of 1974-75 provide a basis upon which a conclusion may be drawn.

### Discussion

To generate risk estimates for a population, the following is necessary: 1) dose conversion terms, 2) biological risk estimators, 3) representative concentrations persons are exposed to, 4) inhalation and/or ingestion rates, and 5) representative exposure periods.

### Dose Conversion Terms

The most complex portion of the evaluation involves the conversion of the amount of radioactive material that could be inhaled or ingested to a radiation dose delivered to radiation sensitive tissue. While various models have been developed to accomplish this task, the most accepted are those developed by the International Commission on Radiological Protection (ICRP). There are uncertainties in the parameters and the "standard or reference man" used; however, the conservatism incorporated allows use without undue jeopardy or risk of understatement. An early model recommended by ICRP Publication #2 in 1959 stated, of the readily soluble compounds, 50% would be deposited in the upper respiratory passages and subsequently swallowed, while 25% would be deposited in the lungs (lower respiratory passages) and taken

54189

-2-

directly into the blood. For other compounds not readily soluble, 62½% would be deposited in the upper passages and ultimately swallowed, while 12½% would be retained in the lungs with a biological removal to the bloodstream with an elimination rate best described by a half-time of 120 days (one-half of the material to be removed from the lung to the blood). Twenty-five percent of the amount breathed would be exhaled in both cases. It was fully understood by the ICRP at the time of the adoption of this model that the retention of particulate matter in the lungs depends on many factors, such as the size, shape and density of the particles, the chemical form and whether the person breathes primarily through the mouth or nose.[6]

To calculate a dose conversion term the following information is utilized: 1) the effective energy deposited in the organ of reference, 2) the duration of the exposure to a concentration, 3) the duration of the radiation dose acquisition, 4) the fractions of the material inhaled or ingested reaching the various portions of the body, 5) the physiological elimination half-time for the portions of the body, 6) the radioactive half-life of the material under consideration, and 7) the mass of the organ of reference under consideration.

Table I identifies some of the physical parameters used in calculating radiation dose. (The unit of radiation dose is the rem.) The effective energy is the product of the total energy released and absorbed in the organ of reference adjusted for the radiobiological effectiveness of the radiation in relation to the sensitive tissue. Involved with radiosensitivity is the type of tissue (organ), the type of emission (alpha, beta, gamma, etc.), the energy released, and the distribution of the radioactive material in the organ. (Note, the radiosensitivity adjustment for the bone, and the lower effective energy delivered by Plutonium-241 which is a beta emitter. All other radioisotopes listed are alpha radiation emitters.) The physical or radioactive half-life is the time required for the radiation level to be reduced to one-half of the original intensity and is a "fingerprint" for the specific radioisotope. Figure I depicts the amount of time required to significantly lower the radioactivity content of Rocky Flats plutonium. It should be noted that Americium-241 (Am-241) is a radioactive decay product of Plutonium-241 (Pu-241), and Neptunium-237 is a decay product of Americium-241. Uranium-236 (U-236) is the decay product of Plutonium-240, and Uranium-235 (U-235) is the product of Plutonium-239. Plutonium-242 has a sufficiently long physical half-life (387,000 years) not to be affected over the period of time covered in Figure I. The abundances of the various radionuclides identified in Table I are based on the maximum concentration in the finished product or, in the case of Americium-241, at the point of maximum ingrowth which occurs approximately 80 years following manufacture of the finished product at Rocky Flats. Therefore, the use of such figures will give maximum values and calculated doses relating to a worst case situation. The relative abundances as compared to Pu-239 + 240 are identified, as plutonium measurement in the environment is based on the detection of Pu-239 + 240.

The ICRP subsequently formed a Task Group to develop a more comprehensive method in Lung Modeling for particulate matter retention (TGLM). The report of this group was published in 1966[7] and has been further refined in the ICRP's Publication #19, "The Metabolism of Compounds of Plutonium and Other Actinides"[8], which compliments the earlier recommendations.

The ICRP-TGLM addresses three classes of compounds (Y, W, and D) based on biological elimination rates. Class Y materials are retained for years and Class W is for material retained for weeks in the lung. Class D compounds consist of compounds

C54190

| | Pu 238 | Pu 239 | Pu 240 | Pu 241 | Am 241 | Pu 242 |
|---|---|---|---|---|---|---|
| **Effective Energy (MeV)** | | | | | | |
| Lung | 57 | 53 | 53 | 0.013 | 57 | 51 |
| Bone | 284 | 266 | 266 | 0.013 | 57 | 51 |
| Liver | 57 | 53 | 53 | 0.048 | 283 | 253 |
| Gonad | 57 | 53 | 53 | 0.013 | 57 | 51 |
| PLN | 57 | 53 | 53 | 0.013 | 57 | 51 |
| **Physical Half Life** | | | | | | |
| Days | 31922.85 | 8,908,447.5 | 2,410,650. | 5,523.075 | 158,153.25 | 141,351,750 |
| Years | 87.4 | 24,390 | 6,600 | 14.3 | 433 | 387000 |
| **Rocky Flats Plutonium Abundance** | | | | | | |
| Curies/Gram RF Pu | 0.0017 | 0.057 | 0.070 | 0.013 / 0.42 | 0.013* | 0.000001 |
| Relative to Pu 239 + 240 | 0.02429 | 1 | | 6 | 0.1871 | 0.0001429 |

\* At maximum ingrowth (80 years from time of manufacture at RF); the rest are abundances at the time of manufacture at RF.

PLN - Pulmonary Lymph Node

54191



FIGURE 1

ACTIVITY IN 1 GRAM OF
ROCKY FLATS PLUTONIUM
(FINISHED PRODUCT)

CURIES

YEARS

C54192

-3-

which are removed from the lung over a period of days. No plutonium or americium compounds are in Class D because of the ready conversion of the more soluble compounds of these elements to relatively insoluble ones at physiologic pH. Compounds of plutonium, other actinides, and rare earths largely fall into Class Y or Class W. Carbides, oxides, hydroxides, and lanthanide fluorides are generally categorized as Class Y. Nitrates, lanthanide halides, and carbonates are assigned to Class W.[8]

The total lung mass used in the earlier model was 1,000 grams, while TGLM uses 570 grams as the pulmonary lung mass. The TGLM recommends the use of a standard aerosol for modeling purposes of 1.0 micrometer ($\mu$m) activity median aerodynamic diameter (AMAD).[7] AMAD is a term developed to describe a population of particle sizes converted to a density of 1 for comparative purposes, an extremely important consideration. Both ERDA and EPA use a particle size of 0.3 $\mu$m AMAD for initial particle deposition in the respiratory tract[9],[10], as this more nearly represents the aerosols commonly found in the ambient or general environment. Additional conservatism through the use of the 0.1 $\mu$m AMAD aerosols is not justified and will be discussed later.

The dose conversion terms identified in Table II for Pu-239 are calculated based on the retention of particulates in the various portions of the respiratory tract (e.g., the nasopharyngeal, tracheo-bronchial and pulmonary portions); the fractions of retained particles subsequently translocated by physiological means to the blood; the gastrointestinal tract and then to the blood; and from the blood to the organs of reference (radiosensitive tissues). Figure 2 illustrates a generalized model. Additional adjustment is provided for the relationship between the time taken to accomplish the translocation or elimination and the radioactive half-life of the radioactive material. A method of calculation has been generated by the Occupational and Radiological Health Division of the Department in accord with the ICRP recommendations, and the variables used in the equations were taken from ICRP Publication #19. Copies of this information are available from the Division. The CDH procedure has been reviewed by EPA and ERDA and found quite proper.[11],[12]

The dose conversion terms found in Table II were calculated on the basis of acute and chronic exposure situations. An acute situation would approximate the acquisition of the total amount of material at one point in time, while the chronic exposure circumstance would be the acquisition of the total amount over a protracted period. The use of the acute exposure situation dose conversion terms provides additional conservatism even though the chronic situation may be more in line with what might be anticipated. With the exception of the lung dose, all other organ doses will be conservative by about a factor of 1.8. In the case of the gonads, a 30-year period is used as the time appropriate for acquisition of an organ burden and the reproductive processes of a human generation. A 70-year period is used in all other cases as an appropriate life-time exposure. EPA and ERDA use these same exposure periods. It should again be noted that Class D compounds of these elements are not considered to be physiologically available. Additionally, it should be noted that the worst case situations are again selected to add additional conservatism to the dose and risk estimates (e.g., Class Y for Lung and Pulmonary Lymph Nodes (PLN) and Class W for Mineral Bone, Liver and Gonads).

While it has been identified that Class Y compounds concentrate in the pulmonary lymph nodes to a significant level, no deleterious effects (cancers, etc.) have been associated with this physiological phenomenon.[13]

54193

## DOSE CONVERSION TERMS FOR INHALATION OF PLUTONIUM 239

| Organ (exposure period) particle population description (AMAD) | Acute Exposure Dose (rem)/µCi inhaled Compound Class | | | Chronic Exposure Dose (rem)/µCi inhaled Compound Class | | |
|---|---|---|---|---|---|---|
| | Y | W | D* | Y | W | D* |
| **Lung (70 years)** | | | | | | |
| 1.0 µm | 577 | 58.3 | 0.96 | 560 | 58.2 | 0.96 |
| 0.3 µm | 865 | 87.5 | 1.44 | 840 | 87.3 | 1.44 |
| 0.1 µm | 1153 | 117 | 1.92 | 1121 | 116 | 1.92 |
| **Mineral Bone (70 years)** | | | | | | |
| 1.0 µm | 1382 | 3169 | 12856 | 747 | 1713 | 6948 |
| 0.3 µm | 1964 | 3268 | 13292 | 1061 | 1766 | 7184 |
| 0.1 µm | 2588 | 3788 | 15875 | 1399 | 2047 | 8579 |
| **Liver (70 years)** | | | | | | |
| 1.0 µm | 559 | 1283 | 5203 | 335 | 768 | 3116 |
| 0.3 µm | 795 | 1323 | 5380 | 476 | 792 | 3222 |
| 0.1 µm | 1047 | 1533 | 6425 | 627 | 918 | 3847 |
| **Gonads (30 years)** | | | | | | |
| 1.0 µm | 20.7 | 47.5 | 193 | 10.3 | 23.7 | 96.3 |
| 0.3 µm | 29.4 | 48.9 | 199 | 14.7 | 24.5 | 99.5 |
| 0.1 µm | 38.7 | 56.7 | 238 | 19.4 | 28.4 | 119 |
| **Pulmonary Lymph Nodes (70 years)** | | | | | | |
| 1.0 µm | 29214 | 182 | 7.3 | 18977 | 182 | 7.3 |
| 0.3 µm | 43821 | 274 | 10.9 | 28466 | 273 | 10.9 |
| 0.1 µm | 58428 | 365 | 14.6 | 37955 | 364 | 14.6 |

Note:  *Overestimates due to use of same biological elimination constants for the organ of reference in all classes.
(underlined) preferred conversion terms

54194

-4-

Table III identifies the dose conversion terms for ingestion of Pu-239. Many of the caveats (cautions in application and interpretation) referenced in the discussion of Table II apply.

Table IV provides a comparison of the dose conversion terms for the various radionuclides present in Rocky Flats' plutonium based on the particle size population and compound class previously discussed. The effect of the increased absorptive rate of americium compounds from the gastrointestinal tract into the blood has a pronounced effect on the dose conversion terms for the three organs referenced.

The concentrations, total amounts inhaled over the exposure period and the resultant doses, are found in Table V for the various radioisotopes and are based on an ambient air concentration of $4 \times 10^{-11}$ $\mu$Ci Pu-239 + 240 per $m^3$ (0.00000000004 microcurie Pu-239 + 240 per cubic meter of air). Plutonium 239 + 240 concentrations are referenced as the procedures in use for environmental plutonium analysis cannot differentiate between the two radioisotopes. The selection of this specific concentration will be discussed later in this paper under Representative Air Concentration. The relative concentration for each radioisotope (row (1)) has been calculated on the basis of $4 \times 10^{-11}$ $\mu$Ci Pu-239 + 240 per $m^3$ and the relative abundance to Pu-239 + 240 found in Rocky Flats' plutonium identified in Table I. The total amount inhaled over 70 years is calculated by multiplying the respective concentration (row (1)) by the number of days in 70 years (25567.5 days) by a breathing rate of 20 $m^3$/day. The total amount inhaled over 30 years is calculated on the basis of the respective concentration (row (1)), the number of days in 30 years (10957.5 days) and the breathing rate of 20 $m^3$ per day. To calculate the respective doses for the various organs, the appropriate total amount inhaled is multiplied by the proper dose conversion term identified in Table IV. The total dose delivered to the referenced organ by inhalation is the sum of the doses delivered by the various radioisotopes present in Rocky Flats' plutonium and is found in Column (6).

The concentrations, total amounts ingested over the exposure period and the resultant doses are found in Table VI for Rocky Flats' plutonium materials and are based on an agronomic soil (material passing through a 10 mesh sieve) concentration of 2 dpm per g or $1 \times 10^{-6}$ $\mu$Ci Pu-239 + 240 per gram of soil. The selection of this specific concentration is in reference to the state soil standard. The relative concentration for each radioactive material (row (1)) has been calculated on the basis of $1 \times 10^{-6}$ $\mu$Ci Pu-239 + 240 per gram of soil and the relative abundance to Pu-239 + 240, again identified in Table I. The total amounts ingested over 70 years and 30 years are calculated by multiplying the respective time period in days by an ingestion rate of 1 gram of soil per day. This ingestion rate was selected as a reasonable rate of ingestion to be sustained over the exposure periods envisioned. To calculate the respective doses for the referenced organs, the appropriate total amount ingested is multiplied by the proper dose conversion factor found in Table IV. Again, the total dose, in rem, delivered to the respective organs is the sum of all of the doses delivered by the various radioactive materials and is found in Column (6) of Table VI.

As environmental plutonium concentrations are identified on the basis of Pu-239 + 240 with greater accuracy than other radioactive materials in Rocky Flats plutonium, the total dose (rem) delivered to the referenced organs identified in Tables V and VI is divided by the total amount ($\mu$Ci) of Pu-239 + 240 inhaled or ingested over the exposure period and the result is a total rem dose from Rocky Flats' plutonium delivered to the referenced organ over the exposure period per microcuries of

C54195



FIGURE 2

MODEL EMPLOYED FOR DESCRIBING THE METABOLISM OF TRANSURANIC ELEMENTS IN MAN

54196

## TABLE III

### DOSE CONVERSION TERMS FOR INGESTION OF PLUTONIUM 239

| Organ (Exposure Period) | Acute Exposure Dose (rem)/μCi Ingested Compound Class | | | Organ (Exposure Period) | Chronic Exposure Dose (rem)/μCi Ingested Compound Class | | |
|---|---|---|---|---|---|---|---|
| | Y | W | D* | | Y | W | D* |
| Mineral Bone (70 years) | 0.0248 | 0.7427 | 495 | Mineral Bone (70 years) | 0.0134 | 0.4014 | 268 |
| Liver (70 years) | 0.0100 | 0.3006 | 200 | Liver (70 years) | 0.0060 | 0.1800 | 120 |
| Gonad (30 years) | 0.00037 | 0.0111 | 7.42 | Gonad (30 years) | 0.00019 | 0.0056 | 3.71 |

Note:

* overestimates due to use of same biological elimination constants for the organ of reference in all classes.

Absorbed fraction from the gastrointestinal tract are $1 \times 10^{-4}$% for Class Y, $3 \times 10^{-3}$% for Class W and 2% for Class D.

Biological half-times used were 100 years for Mineral Bone, 40 years for Liver and infinity for the Gonade.

(underlined) preferred conversion terms.

C 54197

## DOSE CONVERSION TERMS FOR VARIOUS RF RADIOISOTOPES

Acute Exposure Dose (rem) per microcurie

| Radioisotope | Inhalation (0.3 μm AMAD) | | | | | Ingestion | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Class Y | | Class W | | | | Class W |
| | Lung | Bone | Liver | Gonads | Bone | Liver | Gonads |
| Pu 238 | 916 | 2740 | 1153 | 46.9 | 0.623 | 0.262 | 0.011 | (1) |
| Pu 239 | 865 | 3268 | 1323 | 48.9 | 0.743 | 0.301 | 0.011 | (2) |
| Pu 240 | 865 | 3260 | 1320 | 48.9 | 0.741 | 0.300 | 0.011 | (3) |
| Pu 241 | 0.194 | 0.197 | 0.125 | 0.0065 | 0.00017 | 0.00003 | 0.000001 | (4) |
| Am 241 | 927 | 3318 | 1366 | 51.6 | 25.0 | 10.3 | 0.390 | (5) |
| Pu 242 | 832 | 3111 | 1274 | 47.1 | 0.707 | 0.290 | 0.011 | (6) |
| Pu 239 + 240 (RF Pu)* | 865 | 3267 | 1322 | 48.9 | 0.742 | 0.300 | 0.011 | (7) |
| (column) | (1) | (2) | (3) | (4) | (5) | (6) | (7) |

* In accordance with the abundances in Rocky Flats Plutonium

(row)
(1)
(2)
(3)
(4)
(5)
(6)
(7)

C 54198

TABLE V

INHALATION CONCENTRATIONS, TOTAL AMOUNTS INHALED & DOSE
Based on $4 \times 10^{-11}$ µCi Pu 239 + 240/M3

| | Radioisotopes | | | | | | (row) |
| | Pu 238 | Pu 239 + 240 | Pu 241 | Am 241* | Pu 242 | Total rem | |
|---|---|---|---|---|---|---|---|
| Relative Concentration (µCi/M3) | $1 \times 10^{-12}$ | $4 \times 10^{-11}$ | $2 \times 10^{-10}$ | $7 \times 10^{-12}$ | $6 \times 10^{-16}$ | ---- | (1) |
| Amount Inhaled (µCi) @ 20 M³/day | | | | | | | |
| 70 year (25567.5 days) | $4.97 \times 10^{-7}$ | $2.05 \times 10^{-5}$ | $1.23 \times 10^{-4}$ | $3.80 \times 10^{-6}$ | $2.92 \times 10^{-10}$ | ---- | (2) |
| 30 year** (10957.5 days) | $2.13 \times 10^{-7}$ | $8.77 \times 10^{-6}$ | $5.26 \times 10^{-5}$ | $1.63 \times 10^{-6}$ | $1.25 \times 10^{-10}$ | ---- | (3) |
| Dose (rem) | | | | | | | |
| Lung | $4.55 \times 10^{-4}$ | $1.77 \times 10^{-2}$ | $2.38 \times 10^{-5}$ | $3.52 \times 10^{-3}$ | $2.43 \times 10^{-7}$ | 0.02170 | (4) |
| Mineral Bone | $1.36 \times 10^{-3}$ | $6.68 \times 10^{-2}$ | $2.42 \times 10^{-5}$ | $1.26 \times 10^{-2}$ | $9.09 \times 10^{-7}$ | 0.08081 | (5) |
| Liver | $5.73 \times 10^{-4}$ | $2.70 \times 10^{-2}$ | $1.53 \times 10^{-5}$ | $5.19 \times 10^{-3}$ | $3.72 \times 10^{-7}$ | 0.03281 | (6) |
| Gonads** | $9.99 \times 10^{-6}$ | $4.29 \times 10^{-4}$ | $3.42 \times 10^{-7}$ | $8.40 \times 10^{-5}$ | $5.90 \times 10^{-9}$ | 0.00052 | (7) |
| (column) | (1) | (2) | (3) | (4) | (5) | (6) | |

* at maximum ingrowth
** 30 year period applies to gonads only

054199

TABLE VI

INGESTION CONCENTRATIONS, TOTAL AMOUNT INGESTED & DOSE

Based on the State Soil Standard (2 dpm/g agronomic or $1 \times 10^{-6}$ μCi Pu 239 + 240/g)

| | Pu 238 | Pu 239 + 240 | Pu 241 | Am 241* | Pu 242 | Total rem | (row) |
|---|---|---|---|---|---|---|---|
| Relative Concentration (μCi/g soil) | $2.43 \times 10^{-8}$ | $1 \times 10^{-6}$ | $6 \times 10^{-6}$ | $1.86 \times 10^{-7}$ | $1.43 \times 10^{-11}$ | ---- | (1) |
| **Amount Ingested (μCi) @ 1 gram/day** | | | | | | | |
| 70 years (25567.5 days) | $6.21 \times 10^{-4}$ | $2.56 \times 10^{-2}$ | $1.53 \times 10^{-1}$ | $4.75 \times 10^{-3}$ | $3.65 \times 10^{-7}$ | ---- | (2) |
| 30 years** (10957.5 days) | $2.66 \times 10^{-4}$ | $1.10 \times 10^{-2}$ | $6.57 \times 10^{-2}$ | $2.03 \times 10^{-3}$ | $1.57 \times 10^{-7}$ | ---- | (3) |
| **Dose (rem)** | | | | | | | |
| Mineral Bone | $3.87 \times 10^{-4}$ | $1.90 \times 10^{-2}$ | $2.61 \times 10^{-5}$ | $1.19 \times 10^{-1}$ | $2.58 \times 10^{-7}$ | 0.13933 | (4) |
| Liver | $1.63 \times 10^{-4}$ | $7.67 \times 10^{-3}$ | $4.60 \times 10^{-6}$ | $4.90 \times 10^{-2}$ | $1.06 \times 10^{-7}$ | 0.05684 | (5) |
| Gonads** | $2.85 \times 10^{-6}$ | $2.12 \times 10^{-4}$ | $6.57 \times 10^{-8}$ | $7.93 \times 10^{-4}$ | $1.68 \times 10^{-9}$ | 0.00100 | (6) |
| (column) | (1) | (2) | (3) | (4) | (5) | (6) | |

\* at maximum ingrowth
\*\* 30 year period applies to gonads only

54200

-5-

measured Pu-239 + 240. (See Table VII.)   These composite dose conversion terms
will be used later in this paper to generate the risk estimates used in an
evaluation.  The conservative assumptions and decisions already embodied in
these dose conversion terms should be kept in mind.

## Biological Risk Estimators

The generation of risk estimators (conversion of radiation dose to measurable
biological effect) is also a complex subject, and one addressed with considerable
concern for relevancy.

### Somatic Risks (Cancer)

In the area of plutonium related risk estimators, three models are of major interest.
The first and foremost of these models was based on the conclusions found in the
BEIR Report.

In 1970, the Federal Radiation Council (whose activities have since been transferred
to the Office of Radiation Programs, EPA) asked the National Academy of Sciences for
information relevant to an evaluation of present radiation protection guides.  This
report, commonly referred to as the BEIR Report, entitled "The Effects on Popula-
tions of Exposure to Low Levels of Ionizing Radiation, Report of the Advisory Com-
mittee on the Biological Effects of Ionizing Radiations", was provided in response
to that request.  It presents a summary and analysis of current knowledge relating
to risks from exposure to ionizing radiation.[5]  Table VIII provides a summary taken
directly from the BEIR Report[14] in Columns 1, 2, 3, 4 and 5A, Rows 1, 2, 3 and 4.
Leukemia risks are not provided because dose to the bone marrow (the radiation
sensitive tissue in leukemia carcinogenesis) from bone deposited transuranic elements
is small compared to the dose to other organs and because leukemia has been seen
only infrequently in animal experiments with plutonium exposures following rather
large doses.[15]

Column 2 of Table VIII identifies two models for estimating the risks.  The absolute
risk is based on a linear extrapolation from presently available data and is ex-
pressed as deaths/million population/year/rem.  The relative risk is based on the
same available data expressed as the percentage increase in deaths/rem.  The rela-
tive risk model, contrary to the absolute risk model, generates elevated estimates
due almost entirely to the deaths generated from those irradiated when 0-9 years
of age.  It is caused by the assumed high relative risk (a 2% increase per rem) of
cancer induction in this young age group being projected onto the over 50 year old
age group where the spontaneous cancer death rate is very high.[16]

The plateau region (Column 3) is the interval following the carcinogenic latent
period after irradiation during which the risk remains elevated.  The fraction of
non-leukemia cancers (Column 4) is calculated by dividing the absolute risk for
those aged 10 or more years at the time of irradiation for all cancers, excluding
leukemia, (5 deaths/million population/year/rem), into the absolute risk for the
type of non-leukemia under review (e.g., 1.3 lung cancer deaths/million population/
year/rem divided by 5 total cancer deaths/million population/year/rem is equal to
0.26)[17,18].

Column 5A is taken directly from the BEIR Report and Column 5B is calculated by
multiplying the respective fraction in Column 4 by the respective risk model pre-
dicted excess deaths in Column 5A.

C54201

Total Time Integral (70 or 30 years) Dose (rem) Rocky Flats Plutonium/μCi Pu 239 + 240 Measured

| | Total Rem RF Pu | Microcuries Pu 239 + 240 Inhaled or Ingested | Total rem/μCi Pu 239 + 240 |
|---|---|---|---|
| **Inhalation** | | | |
| Lung | 0.02170 | $2.05 \times 10^{-5}$ | 1100 |
| Mineral Bone | 0.08081 | $2.05 \times 10^{-5}$ | 4000 |
| Liver | 0.03281 | $2.05 \times 10^{-5}$ | 1600 |
| Gonads* | 0.00052 | $8.77 \times 10^{-6}$ | 60 |
| **Ingestion** | | | |
| Mineral Bone | 0.13833 | $2.56 \times 10^{-2}$ | 5.4 |
| Liver | 0.05684 | $2.56 \times 10^{-2}$ | 2.2 |
| Gonads* | 0.00100 | $1.10 \times 10^{-2}$ | 0.091 |

* 30 year exposure

054202

-6-

The predicted excess deaths per million person-rem (Column 6) is generated by multiplying the respective figure from Column 5B by 10 to increase the number from 0.1 rem per year to 1 rem per year, and then dividing that number by 200 (million persons) to arrive at the per million person-rem figure.

As the four estimates for each of the three cancer types referenced describe a log-normal distribution (the logarithms of the numbers describe a normal statistical population), the best estimate of a mean or single number to use in risk estimation would be a geometric mean. The figures in Column 7 were calculated by multiplying the extremes of the predicted excess deaths for the cancer type and extracting the square root (e.g., $\sqrt{15.73 \times 108.42}$ = 40 estimated excess lung cancer deaths per million person-rem).[19]

To ascertain whether such risk estimators are reasonably appropriate, the 40 estimated excess lung cancer deaths/million person-rem was applied to the natural background radon daughter concentrations identified for the Grand Junction area. The absolute risk to uranium miners is 0.63 excess lung cancer deaths/million persons/rem/year.[20] Using a 70-year period, the adjusted risk would be 44.1 excess lung cancer deaths/million persons-rem closely approximating the calculated 40. The average natural background radon daughter concentration is 0.006 WL (Working Level is a special term used to describe radon-daughter exposure in the uranium industry). Exposure to 0.006 WL over 170 hours would be equivalent to 0.006 WLM (Working Level Month). The 170 hour figure is the number of hours a month that a uranium miner is exposed to occupational levels of radon daughters.

There are 3610 -170 hour months in 70 years of continuous exposure to radon daughters. The BEIR Report states that one (1) WLM results in a lung (bronchial epithelium) dose of 5 rem[21], therefore, the total dose over 70 years exposure to 0.006 WL would be 108 rem. The Occupational and Radiological Health Division has calculated a different dose conversion term of 6 rem per WLM and the total rem for the 70-year period would be 130 rem. An average of 120 rem will be used for further calculation.

One hundred twenty (120) rem multiplied by 40 estimated excess lung cancer deaths/million person-rem would equal 4800 estimated excess lung cancer deaths for the exposure period (70 years)/million persons. During that same time, 367,000 persons would die from all causes/million persons (the 1973 national life expectancy figures are 63.3% to live from birth to age 70 and 36.7% to die by age 70 years). Dividing the 4800 estimated excess lung cancer deaths/million persons by the 367,000 persons dying from all causes/million persons results in an estimated lung cancer death rate of 1.31% due to this one source of natural background radiation. As the 1941-1945 Colorado vital statistics' lung cancer death/total deaths were less than 1%, the risk estimator appears to be appropriate and reasonably conservative (overestimates the actual occurrence of deaths).

The other plutonium risk estimators referenced earlier are those generated by Bernard L. Cohen, Ph.D., University of Pittsburgh and John W. Gofman, M.D., Committee for Nuclear Responsibility. Dr. Cohen's model uses the absolute risk estimation solely and, therefore, may underestimate the number of biological effects (cancers).[22] The model generated by Dr. Gofman exclusively uses the relative risk estimation procedure compounded by the use of the 30 or more years of age population (where the spontaneous cancer risk is elevated) and applies a factor of 125 increase in lung cancer due to smoking.[23,24] All three models

Table viii

## SOMATIC RISK ESTIMATORS
### Derivation of Cancer Mortality Risk Estimates From the BEIR Report Estimates*

| Cancer Type | Risk Model | Plateau Region | Fraction of Non-Leukemia Cancers | Predicted Excess Deaths Per Year Per 0.1 Rem Per Year Continuous Exposure of U.S. Population (200 Million Persons) (Exposure In-Utero to 10 + Years) A | B | Predicted Excess Deaths Per Million Person-Rem | Best Estimate of Single Number Predicted Excess Deaths Per Million Person-Rem | |
|---|---|---|---|---|---|---|---|---|
| Non-Leukemia (total) | "Absolute" | 30 years | 1.0 | 1210* | -- | -- | -- | (1) |
| | | lifetime | | 1485* | -- | -- | -- | (2) |
| | "Relative" | 30 years | 1.0 | 2436* | -- | -- | -- | (3) |
| | | lifetime | | 8340* | -- | -- | -- | (4) |
| Lung | "Absolute" | 30 years | 0.26 | -- | 315 | 15.73 | | (5) |
| | | lifetime | | -- | 386 | 19.30 | 40 | (6) |
| | "Relative" | 30 years | 0.26 | -- | 633 | 31.67 | | (7) |
| | | lifetime | | -- | 2168 | 108.42 | | (8) |
| Bone | "Absolute" | 30 years | 0.04 | -- | 48 | 2.42 | | (9) |
| | | lifetime | | -- | 59 | 2.97 | 6 | (10) |
| | "Relative" | 30 years | 0.04 | -- | 97 | 4.87 | | (11) |
| | | lifetime | | -- | 334 | 16.68 | | (12) |
| Liver | "Absolute" | 30 years | 0.016 | -- | 19 | 0.97 | | (13) |
| | | lifetime | | -- | 24 | 1.19 | 2 | (14) |
| | "Relative" | 30 years | 0.016 | -- | 39 | 1.95 | | (15) |
| | | lifetime | | -- | 133 | 6.67 | | (16) |
| (1) | (2) | (3) | (4) | (5) | | (6) | (7) | |

`54204

-7-

(BEIR, Cohen and Gofman) use the national vital statistics' data from 1967. As this information already includes the effect from smoking as it occurs in the national population, and the elevated spontaneous cancer risk population, Dr. Gofman's model would unreasonably overestimate the cancer risks.

Therefore, the risk estimators generated in Table VIII will be used later in this paper to assess the somatic risks associated with living on soil originally contaminated at the state's present soil standard. It should be noted that Column 5 does include the effect from in-utero exposure.[14]

### Genetic Risks

Both ERDA and EPA have used the same biological effects conversion terms for estimating maximum genetic risks at equilibrium (continuous radiation effects reach an equilibrium or steady state of observance in future generations)[19,25]. However, subsequent review of literature suggests the following maximum genetic risk conversion terms (at equilibrium)[26,27]:

### MAXIMUM GENETIC RISK ESTIMATORS

| | |
|---|---|
| Specific defects | 50-500/million person-rem (all generations) |
| Complex defects | 10-1000/million person-rem (all generations) |

Specific defects include dominant diseases, while the complex defects include congenital anomalies, anomalies expressed later and constitutional and degenerative diseases. Chromosomal and recessive diseases belong to the complex defect category but have an extremely small impact.[26] "It is clear that these estimates are subject to great uncertainty. However, these estimates are presented; not as accurate scientific information, but as reasonable values based on current knowledge which, though crude and uncertain as they are, may serve as a better guide to rational uses of radiation than no genetic risk estimates at all."[28]

### Representative Concentrations

#### Air

The Colorado Department of Health has maintained a network of air monitors to sample particulate materials in the ambient air throughout the state. Since 1970, a special network has been established in the Rocky Flats Plant environs utilizing the same type of sampler shelter, sampler and collection media. Air is drawn into the shelter (a covered housing for the sampler) and through a filter media by means of a high-flow-rate blower at a rate of 40-60 cubic feet per minute (1.13 to 1.70 cubic meter per minute) that allows suspended particles having diameters of less than 100 $\mu$m aerodynamic diameter to pass to the filter media surface.[29] The collection (linear) velocity used by the sampler does not markedly differ from the velocities associated with normal respiration. The filter media has been qualified for 0.3 micrometer ($\mu$m) aerodynamic diameter particle size retention of 99.95% at the flow rates in use.[30] The sampler housing opening for unimpeded access to ambient air is located 44 inches from the surface of the ground approximating the height of a young child. This special network operates continuously 24 hours a day throughout the year.

The Health and Safety Laboratory (HASL) of the U.S. AEC, now ERDA, has maintained high volume (1 cubic meter per minute) samplers in the Rocky Flats environs which also are operated continuously. The filter media has also been qualified to have

Γ54205

-8-

a retention of 0.3 μm aerodynamic diameter particles of 99+%, at the sampling rate[30]. The elevation of the sampling head (filter media location) approximates 30 inches from the surface of the ground. HASL has identified a resuspension term (air concentration in microcuries per cubic meter of air divided by the soil concentration in microcuries per square meter of land area) of $1 \times 10^{-9}$ per meter.[31] On October 12-14, 1971, a HASL study identified an average respirable fraction of airborne materials of $25 \pm 9\%$. Additionally, it was concluded that the plutonium was attached to "host" particles (soil) with a mean (average) diameter of about 10 μm.[32]

The Colorado Department of Health (CDH) air sampling station D-3 is located on the Rocky Flats Plant site to the east of the location, referred to as the "lip", on "highly" contaminated soil (approximately 2,000 dpm/g or 10 μCi/m$^2$)[3], and had an overall average (1970-1974) air concentration of 0.00559 picocurie Plutonium-239 + 240/cubic meter of air ($5.59 \times 10^{-9}$ μCi Pu-239 + 240/m$^3$).[4] CDH station D-5 is located at Indiana Street near Womah Creek at the extreme eastern border of the present plant site and is associated with a soil Pu-239 + 240 concentration of approximately 20 dpm/g or 0.1 μCi/m$^2$ (10 times the present state soil standard).[3] The overall average air concentration (1970-74) for station D-5, adjusted by subtracting the air concentration of 0.00008 picocurie Pu-239 + 240/m$^3$ ($8 \times 10^{-11}$ μCi Pu-239 + 240/m$^3$), which CDH has identified as being due to world-wide fallout during that time, was 0.00004 picocurie Pu-239 + 240/m$^3$ ($4 \times 10^{-11}$ μCi Pu-239 + 240/m$^3$)[4]. The soil concentrations identified above refer to the agronomic definition of soil, while the air concentrations are for the totality of the air particulates collected rather than to a respirable size fraction. The resuspension terms for both CDH locations, calculated from the above data, approximate $1 \times 10^{-9}$ per meter*, the same figure identified by HASL. These locations can best be described as operating under quiescent conditions with no local disturbances of a routine and high frequency nature.

EPA suggests the adjustment of the resuspension term identified by actual data for a quiescent location to conditions where local disturbances are routine and frequent by the use of a factor of 100. This would provide an adjusted resuspension term of $1 \times 10^{-7}$ per meter.

CDH data for 1971 and 1972 for the on-site stations have identified an actual increased resuspension caused by local disturbances. In 1971, a drain line was installed to the east of the asphalt pad area (the original site of the wind-strewn field of plutonium soil contamination) and the "lip" and across the service road from 3 CDH air sampling stations. The annual average increase in air concentrations of Plutonium-239 + 240 was about a factor of 0.7. As the duration of the disturbance approximated one month, the increase in the resuspension factor would be a factor of 10 based on adjustment to a duration of one year.[4] During 4 months of 1972, 3 CDH stations were affected by a prolonged routine and high frequency disturbance due to the reconstruction of the liquid effluent retention ponds on South Walnut Creek. The annual average increase in air concentrations of Plutonium-239 + 240 was about a factor of 1.5. Adjustment for a full year of such disturbance would be an increase of the resuspension term by a factor of 5.[4]

Land development involves site preparation with considerable disturbance of the surface soil resulting in a reduced concentration of the plutonium contaminant. As an estimate of the concentration reduction due to site preparation for land

*actually $4-5 \times 10^{-10}$/m

654206

-9-

development, agricultural plowing in the area of known plutonium contamination
has identified a reduction by a factor of 10.[33] Land development including the
paving of streets, installation of sidewalks and driveways, the construction of
buildings and the grassing of lawn areas, will make the remaining soil contamination
unavailable for resuspension.

Using the above reduction (10) for site preparation, as a conservative estimate of
the effect of land development with the adjusted resuspension term suggested by
EPA ($1 \times 10^{-7}$ per meter), a conservative estimate of the ambient air Plutonium-239 +
240 concentration after site preparation can be calculated for land that had
plutonium contamination at the state standard (agronomic soil) prior to development:

$$2 \text{ dpm/g } (0.01 \text{ } \mu Ci/m^2) \times 1/10 \times 1 \times 10^{-7}/m =$$
$$\text{less than } 0.00010 \text{ picocurie Pu-239 + 240/m}^3$$
$$\text{or}$$
$$\text{less than } 1 \times 10^{-10} \text{ } \mu Ci \text{ Pu-239 + 240/m}^3$$

It should again be noted that the air concentrations stated above are for the entire
amount of plutonium collected on the filter media and not that fraction which has a
high probability of reaching the radiosensitive portion of the lung.

Figure 3 identifies that under quiescent conditions the contribution to the air
concentration on soil contaminated to 2 dpm/g (the state standard) would be $2 \times 10^{-6}$
picocurie Plutonium-239 + 240 per $m^3$ or $2 \times 10^{-12}$ $\mu Ci$ per $m^3$. Decreasing the soil
concentration by a factor of 10 for site preparation and increasing the resuspension
term by a factor of 100 due to routine and frequent disturbance, a concentration of
$2 \times 10^{-11}$ $\mu Ci$ per $m^3$ is identified.

Another method of estimating the resultant concentration would be to use the con-
centration identified for CDH station D-5 ($4 \times 10^{-11}$ $\mu Ci$ per $m^3$), reducing that
concentration by a factor of 10 because the associated soil is a factor of 10 greater
than the standard ($4 \times 10^{-12}$ $uCi$ per $m^3$) and then applying the associated site prepara-
tion factor (1/10) and adjusted resuspension term (100). The concentration would
then be $4 \times 10^{-11}$ $\mu Ci$ per $m^3$. This conservative estimate of the concentration of
Plutonium-239 + 240 will be used to calculate the biological effect from living on
soil originally contaminated at the state standard, even though a concentration
factor of 100 lower ($4 \times 10^{-13}$ $\mu Ci$ per $m^3$) could be justified from the above discussion
on resuspension and land development. It should be noted that the air particulate
concentration at CDH D-5 has averaged approximately 37 micrograms/$m^3$ ($\mu g/m^3$).[34] The
increased resuspension term of 100 would result in an average ambient air
particulate concentration of 3,700 $\mu g/m^3$.

On the basis of 0.00012 pCi/$m^3$ (0.00008 pCi/$m^3$ world-wide fallout plus 0.00004
pCi/$m^3$ due to resuspension from 20 dpm per g soil) and a sampling rate of 60 cubic
feet per minute (1.7 cubic meter per minute), a year's sampling would collect
107 pCi (238 dpm) on the filter media. As the filter media was changed every other
day, 183 samples would be collected. Therefore, each sample collected 1.3 dpm
which is equivalent to a Plutonium-239 oxide particle 1.22 $\mu m$ in diameter.[35] As
aliquots of the same sample yielded approximately the same results, the particle
size must be smaller than if the radioactivity was in one particle per sample. An
approximation of the particle size distribution would be 0.3 $\mu m$ AMAD Plutonium-239
oxide, therefore, the use of the dose conversion term for 0.3 $\mu m$ particles is
appropriate.

54207



^54208

–10–

### Soil

As the state's plutonium-in-soil standard is being evaluated in this paper, the concentration of 2 dpm per g of soil (agronomic) will be used in the calculation of estimated biological effects from living on soil contaminated originally to the level of the state standard. Any dilution accomplished due to site preparation or development (an estimated factor of 10 reduction) provides additional conservatism.

### Biological Effects

#### Rocky Flats Plutonium Contamination

##### Somatic Risks

Lung Cancer    To estimate the number of excess lung cancer deaths that might be anticipated from living on soil that was originally (before development) contaminated to the present state soil standard, the following is done. From Table V, Column 6, Row 4, 0.02170 rem is the total radiation dose to the lung from the inhalation of Rocky Flats' plutonium for 70 years at the soil standard. This figure is multiplied by 40 Estimated Excess Lung Cancer Deaths (EELgCD) per million person-rem to yield 0.87 EELgCD per million persons over a 70-year period, or one chance in 1.15 million to die of lung cancer in 70 years.

Bone Cancer    To estimate the number of excess bone cancer deaths that might be attributed from the soil contaminated at the state standard, from Table V, Column 6, Row 5, 0.08081 rem is the total radiation dose to the mineral bone from inhalation of Rocky Flats' plutonium. To this figure, 0.13833 rem due to ingestion of soil (Table VI, Column 6, Row 4) must be added. The total rem would then be 0.21914. This figure is then multiplied by 6 Estimated Excess Bone Cancer Deaths (EEBCD) per million person-rem to yield 1.3 EEBCD per million persons over a 70-year period, or one chance in 0.76 million to die of bone cancer in 70 years.

Liver Cancer    To estimate the number of excess liver cancer deaths that might be attributed to the state standard, the Table V figure of 0.03288 rem (Column 6, Row 6) is added to the Table VI figure of 0.05684 (Column 6, Row 5) for a total of 0.08972 rem. This number is then multiplied by 2 Estimated Excess Liver Cancer Deaths (EELrCD) per million person-rem to yield 0.18 EELrCD per million persons over a 70-year period, or one chance in 5.6 million to die of liver cancer in 70 years.

Other Cancer Estimates    EPA, in its "Plutonium: Statement of the Problem" (Page 5, Appendix I), has stated that 200 estimated excess deaths/year/million person-rem annual exposure and 200 estimated excess non-fatal cancers/year/million person-rem annual exposure would be anticipated. Using an EPA conversion factor equivalent to 0.02 picocurie plutonium based on Plutonium-239 + 240 per $m^3$ over a year, delivering one rem per year to the entire body, and a concentration anticipated of 0.00004 picocurie per $m^3$ for the ambient air associated with the state standard (after development), would be equivalent to 0.002 rem per year. This number multiplied by the EPA risk estimators would yield 0.40 estimated excess deaths per year per million persons and 0.40 estimated excess non-fatal cancers per year per million persons. Over a 70-year period, the estimates would be 28 estimated excess deaths and 28 estimated excess non-fatal cancer per million persons, or one chance in 36 thousand. As the estimators involved use the ICRP Publication #2 parameters (1959) for soluble plutonium, the estimates calculated are questionably high.

54209

-11-

## Genetic Risks

Using the genetic risk estimators previously identified in this paper for maximum specific and complex defects, and 0.00052 rem to the gonads from inhalation (Table V, Column 6, Row 7) plus 0.00100 rem to the gonads from ingestion of soil (Table VI, Column 6, Row 6), the following maximum number of genetic defects are calculated:

| | |
|---|---|
| Specific defects | 0.08-0.8 (all generations) |
| Complex defects | 0.02-2.0 (all generations) |

The above plutonium risk estimates for the Rocky Flats' situation are overestimated over and above the conservancy already identified (high by a factor of 200 for inhalation and 20 for ingestion) since the same material is assumed to be totally in either Class Y (for lung cancer estimates) or Class W (for bone and liver cancer, and genetic effects estimates).

The biological effects calculated above are for the residents. As the worker who prepares the site for development will be exposed, an assessment of the risk is as follows. One-half of a person's daily air volume is inhaled during the working day[36] and an increased resuspension factor of 10,000 is assumed over the quiescent sampler site. Therefore, the construction worker during site preparation is anticipated to receive the same accumulated radiation dose over 70 years as that identified in Tables V and VI from a 1.4 year exposure period. This is equivalent to an ambient air particulate concentration of 370,000 $\mu g/m^3$ exposure over the 1.4 year period without adjustment for weekends and without the required respiratory protection of COSH or OSHA, or other means of fugitive dust control.

## Comparative Data

The National Academy of Sciences' BEIR Report, under genetic risk estimates, recommends that natural background radiation be used as a standard for comparison. "If the genetically significant exposure is kept well below this amount (natural background), we are assured that the additional consequences will neither differ in kind from those which we have experienced throughout human history nor exceed them in quantity."[37]  This statement is also appropriate for somatic effects.

As stated previously, the natural background level as identified for the Grand Junction program (not significantly different from the rest of the state), is 0.006 WL. This is equivalent to 4800 Estimated Excess Lung Cancer Deaths (EELgCD) per million persons, or one chance in 208 of dying of lung cancer in 70 years.

As the State-wide average level of world-wide fallout plutonium due to past atmospheric testing of nuclear weapons is two (2) times the level estimated as associated with soil contaminated to the state standard ($8x10^{-11}$ $\mu Ci$ per $m^3$)[4], the comparative risks would be 1.74 EELgCD per million persons over a 70-year period, or one chance in 0.58 million of dying of lung cancer in 70 years from this source of environmental contamination.

054210

-12-

The annual average background, excluding radon daughter exposures, for Colorado approximates 0.2 rem per year, although some areas which are highly mineralized and at higher elevations will have levels half again as high (0.3 rem per year). The Rocky Flats' environs has a higher than average background. For use here, 0.2 rem per year is assumed as the annual average background genetically significant radiation dose.

Using a 0.2 rem per year natural background genetically significant dose with EPA's 200 estimated excess deaths per year per million person-rem and 200 estimated excess non-fatal cancers per year per million person-rem for 70 years, and the specific and complex maximum genetic risk conversion terms previously identified for a 30-year exposure, Table IX is provided:

Table IX. Risk Estimates for Natural Background
0.2 rem/year Genetically Significant Dose Per Million Population

| | |
|---|---|
| excess deaths | 2,800 over a 70-year period |
| excess non-fatal cancers | 2,800 over a 70-year period |
| maximum specific genetic defects | 300-3,000 all generations (30-year exposure) |
| maximum complex genetic defects | 60-6,000 all generations (30-year exposure) |

The above estimates (Table IX) are in accord with those generated in the "Proposed Rule Making Action - As Low As Practical", U.S. AEC, 1973[38]. The excess deaths and excess non-fatal cancer estimates relate to one chance in 357. The genetic risks are related to the current incidence of 10,000 specific genetic defects per million persons and 50,000 complex genetic defects per million persons per generation (30 years).[26]

The Bureau of Radiological Health's "X-Ray Exposure Study (XES) Revised Estimates of 1964 and 1970 Genetically Significant Dose" identified that the average annual genetically significant dose from diagnostic radiology approximated one-tenth (1/10) of the level herein assigned to natural background radiation, excluding radon daughter exposures.[39] Therefore, one-tenth (1/10) of the risk estimates provided in Table IX also apply. The somatic risks relate to one chance in 3570. It must be pointed out that although there is a risk associated with the use of medical x-ray, a direct benefit is derived from the proper use of diagnostic procedures, assisting the individual to live a longer life.

Perspective

Table X provides a summary of all the somatic risk estimates provided above according to the magnitude of the effect. Table XI provides a similar summary for the genetic risk estimates. As 36.7% of a population of one million persons will die from all causes at or before 70 years of age[40], this is equivalent to one chance in 2.72 of dying by 70 years of age from any cause. The chance of dying of cancer (all types) at or before 70 years of age is equivalent to one chance in 14[41] (73,000 cancer deaths/million population). With the exception of the EPA estimate for the whole body due to inhalation, which is a questionable figure, the plutonium risks are a factor of 1,000 lower than risks of major significance. The conservatism embodied in the plutonium associated estimates should also be recognized.

C54211

TABLE X

ESTIMATED CHANCES OF DYING AT OR BEFORE
70 YEARS OF AGE/IN A LARGE POPULATION

(70 Years of Radiation Exposure)

Vital Statistics (current)

| | |
|---|---|
| death from all causes | 1 chance in 2.7 |
| death from all cancer types | 1 chance in 14 |

Natural Background

| | |
|---|---|
| 0.006 working level | 1 chance in 208 |

Natural Background Other Than Radon Daughters

| | |
|---|---|
| 0.2 rem/yr. excess death | 1 chance in 357 |
| 0.2 rem/yr. excess non-fatal cancer | 1 chance in 357 |

Medical Radiological Diagnostic Procedures

| | |
|---|---|
| 0.02 rem/yr. excess death | 1 chance in 3570 |
| 0.02 rem/yr. excess non-fatal cancer | 1 chance in 3570 |

EPA Whole Body Exposure Due to Inhalation
of Air Associated with State Soil Standard*

| | |
|---|---|
| excess death | 1 chance in > 36,000 |
| excess non-fatal cancer | 1 chance in > 36,000 |

World-wide Fallout Plutonium

| | |
|---|---|
| excess lung cancer death | 1 chance in > 580,000 |

State Soil Standard

| | |
|---|---|
| excess bone cancer death | 1 chance in > 760,000 |
| excess lung cancer death | 1 chance in > 1,150,000 |
| excess liver cancer death | 1 chance in > 5,600,000 |
| combined excess cancer death | 1 chance in > 430,000 |

* questionable estimate due to model used
> means greater than

554212

-13-

Summary

Biological risk estimates have been developed in a step-wise manner to evaluate the hazards due to inhalation and ingestion associated with the present state plutonium-in-soil standard. The calculated values must not be considered absolute, as there are numerous caveats (cautions) on the associated dosimetry and risk estimators[42]. However, with the conservatisms identified in the body of this paper, they place in perspecitve the associated risks. (The actual risks will probably be lower than those calculated.) The very conservativeness of the estimates allows for uncertainties in any synergistic effect for combinations of the various materials used by man without undue jeopardy. The present state plutonium-in-soil standard does not have a significant impact on the life expectancy and genetic risks anticipated for a population so exposed.

From the values calculated in this paper, the present standard can still be considered to be ultraconservative. Further restriction and conservatism by modification of the standard is unwarranted. Amendment of the regulation relaxing the standard is not recommended.

Acknowledgments

The Department wishes to express its appreciation for the review and constructive criticisms of this document, and other similar efforts, by the U.S. Environmental Protection Agency, Criteria and Standards Division, Office of Radiation Programs, and the various groups and contractors of the U.S. Energy Research and Development Administration.

54213

TABLE XI

GENETIC DEFECT ESTIMATES

(30 Years of Radiation Exposure)

| | Defects/Million Population | |
|---|---|---|
| | Specific | Complex |
| State Soil Standard (Inhalation & Ingestion) | | |
| MAXIMUM (all generations) | 0.08 – 0.8 | 0.02 – 2. |
| Medical Radiological Diagnostic Procedures | | |
| MAXIMUM (0.02 rem/yr.) (all generations) | 30 – 300 | 6 – 600 |
| Natural Background (0.2 rem/yr.) | | |
| MAXIMUM (all generations) | 300 – 3,000 | 60 – 6,000 |
| Current Incidence | | |
| all sources | 10,000 | 50,000 |
| (including but not limited to radiation) | | |

C54214

-2-

21. BEIR Report (see 5 above) page 154

22. Bernard L. Cohen, Ph.D., "Hazards in Plutonium Dispersal", University of Pittsburg, July, 1975

23. John W. Gofman, M.D., "The Cancer Hazard From Inhaled Plutonium", Committee for Nuclear Responsibilities, May 14, 1975

24. John W. Gofman, M.D., "Estimated Production of Human Lung Cancers by Plutonium From Worldwide Fallout", Committee for Nuclear Responsibilities, July 10, 1975

25. "Plutonium: Statement of the Problem", Office of Radiation Programs, U.S. EPA, December, 1974

26. BEIR Report (see 5 above) page 57, Table 4

27. LMFBR - PFES (see 9 above) page IIG-63

28. BEIR Report (see 5 above) page 59

29. "Methods of Air Sampling and Analysis", Intersociety Committee, APHA, 1972

30. Lockhart, Patterson, and Anderson, "Characteristics of Air Filter Media Used for Monitoring Airborne Radioactivity, Naval Research Laboratory Report 6054, March 26, 1964

31. H. L. Volchok, "Resuspension of Plutonium 239 in the Vicinity of Rocky Flats", Proceedings of Environmental Plutonium Symposium, Los Alamos Scientific Laboratory LA-4756, August, 1971

32. Volchok, Knuth, and Kleinman, "The Respirable Fraction of Plutonium at Rocky Flats", Health Physics, September, 1972, Volume 23, pages 395-396

33. "Soil Sampling and Evaluation for Wind Blown Plutonium", Good Financial Corporation; adjacent to Indiana Street between 92nd and 108th Avenue, North Jefferson County, Colorado, By: Mining Services, Inc., Denver, Colorado, July, 1974

34. Environmental Data, Colorado Department of Health, July-December, 1974

35. Graph generated from data in "Report of Studies With Particles Impacted on Copper Plates From the Ablation of Six$^{238}$ PuO$_2$ Fuel Particles Under Conditions Simulating Atmospheric Re-entry", Walter Holland, Trapelo/West (formerly Tracerlab), Sandia Report No. SC-CR-68-3470, January, 1969

36. ICRP Publication #2, page 152

37. BEIR Report (see 5 above) page 59

38. "Proposed Rule Making Action - As Low As Practical", U.S. AEC WASH-1258, July, 1973, Volume 1, Annex 5B

39. "X-ray Exposure Study (XES) Revised Estimates of 1964 and 1970 Genetically Significant Dose", U.S. DHEW, PHS, FDA, BRH, February 4, 1975

054215

# References

1. State of Colorado Rules and Regulations Pertaining to Radiation Control, 1970, as amended 1973

2. Colorado Revised Statutes, 1973, Title 30, Article 28, Part 133

3. Health and Safety Laboratory, U.S. AEC, Report #235, 1970; and the Annual and Monthly Environmental Surveillance Reports of Dow Chemical, Rocky Flats Division, and the Colorado Department of Health through 1972

4. Annual and Monthly Environmental Surveillance Report of the Colorado Department of Health

5. "The Effects on Populations of Exposure to Low Levels of Ionizing Radiation", Report of the Advisory Committee on the Biological Effects on Ionizing Radiations, Division of Medical Sciences, National Academy of Sciences, National Research Council, November, 1972 (Commonly referred to as the BEIR Report.)

6. ICRP Publication #2, page 153

7. Report of the Task Group on Lung Dynamics, Health Physics, February, 1966, Volume 12, pages 173-207

8. ICRP Publication #19, pages 5-9

9. "The liquid Metal Fast Breeder Reactor-Proposed Final Environmental Statement (LMFBR - PFES)", WASH-1537, Volume II, U.S. AEC, December, 1974

10. Correspondence dated October 9, 1975 to Albert J. Hazle, Director, Occupational and Radiological Health Division, Colorado Department of Health from Gordon Burley, Ph.D., Standards and Criteria Branch, Office of Radiation Programs, U.S. EPA

11. Gordon Burley, U.S. EPA, correspondence to A. J. Hazle, Colorado Department of Health dated October 9, 1975

12. Nathaniel Barr, U.S. ERDA, correspondence to A. J. Hazle, Colorado Department of Health dated October 28, 1975

13. LMFBR - PFES (see 9 above) pages IIG-60-61 and IIG-56

14. BEIR Report (see 5 above) page 169

15. LMFBR - PFES (see 9 above) pages IIG-58 and IIG-60

16. BEIR Report (see 5 above) page 170

17. BEIR Report (see 5 above) pages 169 and 170

18. LMFBR - PFES (see 9 above) pages IIG-60 and 61

19. Barr, Nathaniel F., Ph.D., "Quantitative Health Estimates of Transuranic Releases", HASL Report #291 DBER, U.S. ERDA, October, 1974

20. BEIR Report (see 5 above) page 154

'54216

-3-

40. National Life Expectancy Data, as interpreted by Colorado Department of Health, Vital Statistics Section for 1973

41. Review of cancer death record summaries by Colorado Department of Health, Vital Statistics Section

42. "Plutonium: Statement of the Problem" (see 23 above) pages 6-12, Appendix I

54217