# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| MERILYN COOK, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 90-K-181 |
| v. | ) | |
| ROCKWELL INTERNATIONAL CORPORATION AND | ) | |
| THE DOW CHEMICAL COMPANY | ) | AFFIDAVIT OF DR. JOHN A. AUXIER |
| Defendants. | ) | |

1. My name is John A. Auxier.

2. My area of expertise is health physics. My academic degrees include an AB in physics, an MS in physics, and a Ph.D. in Nuclear Engineering with a major in health physics and a minor in radiobiology. I have over 40 years of experience in the field of health physics, in both research and applications. I have received Comprehensive Certification by the American Board of Health Physics and I am a member of the American Academy of Health Physics. I am a Past President of both the Academy and the Health Physics Society. I have assessed the performance of numerous facilities with respect to radiation protection standards and environmental radioactivity standards. I am familiar with, and have worked with, the applicable federal limits for environmental radioactivity at and near nuclear facilities. My further qualifications to provide this affidavit are detailed in my Curriculum Vitae (Attachment 1).

3. The purpose of this affidavit is to describe the concentration standards for specific radionuclides in air and water in off-site locations in the vicinity of the Rocky Flats Plant from

1

1953 through 1989, and to present a comparison of measured radionuclide concentrations in off-site locations with radionuclide concentration standards.

4. The U.S. Atomic Energy Commission (AEC) and its successors, the Energy Research and Development Administration (ERDA) and the Department of Energy (DOE), have specified the levels of radiation and radioactive materials that may be present in the environment from operations of AEC/ERDA/DOE facilities.

5. The standards for concentrations of radioactive materials in air and water at uncontrolled locations accessible by the general public have been issued by the AEC/ERDA/DOE through Instructions, Manual Chapters, Orders, and in a limited number of cases, through memoranda. Permissible concentrations of most radionuclides (including isotopes of plutonium, cesium, strontium, uranium, and thorium) in air and water at uncontrolled locations accessible to the general public have been listed by the AEC/ERDA/DOE in tables of values contained in the Instructions, Manual Chapters, and Orders that were applicable at the time.

6. I have reviewed the expert reports submitted by the plaintiffs' experts, and have found that plutonium (specifically, $^{239+240}$Pu) is the only radionuclide for which plaintiffs' experts have calculated concentrations. In addition, the definitions of the medical monitoring class and the property class are based on $^{239+240}$Pu. Therefore, this affidavit focuses on $^{239+240}$Pu concentrations. (Plutonium-240 has essentially the same radiobiological properties as plutonium-239, and limits for the two radionuclides are identical. For the purposes of this affidavit, "$^{239}$Pu" shall mean plutonium-239 and plutonium-240, combined.)

7. The standards presented are for $^{239}$Pu in air and water at off-site locations applicable to operations of the Rocky Flats Plant (RFP) from 1953 through 1989. The standards for concentrations for other radionuclides associated with operations at RFP are also listed in the documents referenced herein.

8. The standards used by the AEC and its successors for permissible concentrations of radioactive materials in air and water at uncontrolled locations accessible to the general public were (and are) based on recommendations of national and international organizations for radiation protection, the National Council on Radiation Protection and Measurements (NCRP) and International Commission on Radiological Protection (ICRP), respectively. The recommendations of the NCRP and the ICRP were also incorporated in 10 CFR Part 20, "Standards for the Protection Against Radiation". For example, during the interval 1963 - 1978,

the AEC/ERDA/DOE limits for concentrations of plutonium in air applicable to off-site individuals were identical to the 10 CFR Part 20 limits.

9.  The standards for radionuclide concentrations were determined by the NCRP and ICRP to be levels that are protective of human health, based on data available at the time.

10.  The standards for protection for internally-deposited $^{239}$Pu were prescribed for personnel at AEC facilities in 1951. {D. F. Shaw, AEC Letter to Operations Contractors re: "Permissible Levels of Radiation and Concentrations of Radioactive Isotopes", January 3, 1951} (Attachment 2)

11.  These standards were based on data presented at the Tripartite Conferences beginning in 1949. {"The Tripartite Conferences on Radiation Protection - Canada, United Kingdom, United States (1949-1953)", U.S. Department of Energy, 1984.} The permissible activity of $^{239}$Pu in the body was derived by a direct comparison with the maximum permissible activity of $^{226}$Ra in the body, incorporating differences in physical and metabolic properties of $^{239}$Pu and $^{226}$Ra. Permissible concentrations of $^{239}$Pu in air and water were calculated from the permissible body content, using standard inhalation and ingestion rates.

12.  This method for determining the protection standards for $^{239}$Pu was adopted by the ICRP in "Recommendations of the International Commission on Radiological Protection", {National Bureau of Standards (NBS) Handbook 47, U.S. Department of Commerce, June 29, 1951} (Attachment 3), and in "Recommendations of the International Commission on Radiological Protection - Report of Committee II on Permissible Dose for Internal Radiation", {ICRP Publication 2, Pergamon Press, 1959.}

13.  The NCRP also adopted this method for determining permissible concentrations of $^{239}$Pu in air and water in "Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water" {NBS Handbook 52, U.S. Department of Commerce, March 20, 1953} (Attachment 4), and "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and Water for Occupational Exposure" {NBS Handbook 69, U.S. Department of Commerce, June 5, 1959} (Attachment 5). Changes in $^{239}$Pu protection standards derived with this method over time were due to changes (and improvements) in the knowledge of $^{239}$Pu and $^{226}$Ra metabolism parameters.

3

41. Measured concentrations of radioactive materials in water at a specific location averaged over periods of up to one year, i.e., annual average concentrations, may be used for the purpose of comparing environmental concentrations with the permissible concentration standards. AEC Manual Chapter 0524, August 12, 1963.

42. Concentrations of radioactive materials in air in the vicinity of RFP have been measured since 1953. The air monitoring programs used at RFP, as well as the locations of air monitors/samplers, are described in RFP environmental monitoring reports and in other documents and reports.

43. The operators of the RFP monitored concentrations of radionuclides in air at on-site locations and at off-site locations from 1953 through 1989 using a number of different monitors. These monitors collected over 200,000 air samples during this time.

44. From 1953 to 1970, measurements were made of total long-lived, alpha particle-emitting radioactive material (TLL$\alpha$) in air in the vicinity of RFP. Plutonium-239 is a long-lived alpha particle emitter, and, as such, the concentrations of $^{239}$Pu in air in the vicinity of RFP from 1953 to 1970 contributed to the measured TLL$\alpha$ concentrations. Concentrations of naturally-occurring alpha emitters in air also contributed to these TLL$\alpha$ measurements.

45. The annual average concentrations of TLL$\alpha$ in air (in units of pCi/m$^3$) measured at off-site air monitoring locations from 1953 to 1970 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure 1. Each bar represents the annual average concentration at single monitoring station.

46. The data shown in Figure 1 are difficult to see because the measured concentrations are extremely low when compared with the applicable permissible concentrations.

47. After 1970, direct measurements were made of concentrations of $^{239}$Pu in air in the vicinity of RFP. The annual average concentrations of $^{239}$Pu in air measured at each perimeter location and at each community air monitoring location from 1971 to 1989 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure 2 and Figure 3, respectively. The combined number of perimeter and community monitoring locations ranged from 21 to 28 during this interval, including a number of locations between the RFP production areas and residences in the class areas. Once again, the air monitoring data are shown as vertical bars, but are so far below the applicable permissible concentrations that they are difficult to see.

9