# EXHIBIT 14

*RAC Report No. 14-CDPHE-RFP-1999-FINAL*

# FINAL REPORT

## Technical Summary Report for the Historical Public Exposures Studies for Rocky Flats Phase II

### Part of Task 6: Technical Support for Public Involvement

**September 1999**

*Submitted to the Colorado Department of Public Health and Environment, Disease Control and Environmental Epidemiology Division, Rocky Flats Health Studies In partial fulfillment of Contract No. 100APPRCODE 391*

"Setting the standard in environmental health"

RAC

Radiological Assessments Corporation
417 Till Road Neeses, South Carolina 29107
phone 803.536.4883 fax 803.534.1995

*RAC Report No. 14-CDPHE-RFP-1999-FINAL*

# FINAL REPORT

## Technical Summary Report for the Historical Public Exposures Studies for Rocky Flats Phase II

### Part of Task 6: Technical Support for Public Involvement

**September 1999**

**Authors**

Helen A. Grogan, Ph.D., Cascade Scientific, Inc.
Patricia D. McGavran, McGavran Scientific, Inc.
Kathleen R. Meyer, Keystone Scientific, Inc.
H. Robert Meyer, Keystone Scientific, Inc.
Justin Mohler, Independent Consultant
Arthur S. Rood, K-Spar, Inc.
Warren K. Sinclair, Warren K. Sinclair, Inc.
Paul G. Voillequé, MJP Risk Assessment, Inc.
Jill M. Weber, Independent Consultant

**Principal Investigator**

John E Till, Ph.D., *Radiological Assessments Corporation*

## CONTENTS

INTRODUCTION ... 1
Historical Public Exposures Studies on Rocky Flats ... 2
Plant History and Description ... 3
Estimating Risks from Releases of Radionuclides and Chemicals to the Environment ... 4
Review of the Historical Records ... 5

MATERIALS AND EXPOSURE PATHWAYS ... 5
Plutonium ... 6
Carbon Tetrachloride ... 7
Other Contaminants Examined during Phase II ... 7
Tritium ... 7
Beryllium ... 8
Dioxins ... 9
Uranium ... 10

MODELING APPROACH ... 11
Identifying Discrete and Continuous Releases ... 11
Model Domain and Receptor Grid ... 12
Atmospheric Dispersion and Transport ... 12
Exposure Scenarios ... 13
Risk Evaluation ... 14
Plutonium ... 14
Carbon Tetrachloride ... 15
Beryllium ... 16
Uncertainty ... 17

ATMOSPHERIC RELEASES AND RESULTING RISKS ... 18
Releases of Plutonium ... 19
Routine Operations ... 19
1957 Fire ... 22
1969 Fire ... 24
903 Area ... 26
Summary of Plutonium Releases ... 29
Risks from Plutonium Releases ... 29
Releases of Carbon Tetrachloride ... 33
Releases of Beryllium ... 34

ESTABLISHING CONFIDENCE IN THE RESULTS ... 36
Comparisons with Soil Measurements ... 37
Comparisons with Air Measurements ... 42
Comparisons with Measurements in Other Media ... 44

PUBLIC INTERACTION AND RISK COMMUNICATION ... 45

CONCLUSIONS AND RECOMMENDATIONS .......... 47

REFERENCES .......... 50

APPENDIX A: PHASE I AND PHASE II REPORTS .......... A-1

## FIGURES

1. Location and key environmental features of the Rocky Flats Environmental Technology Site ..... 1
2. Model domain and receptor grid for the Phase II study ..... 13
3. Atmospheric release points modeled for plutonium, beryllium, and carbon tetrachloride ..... 18
4. Estimates of routine plutonium releases (μCi) ..... 20
5. Estimated annual plutonium concentrations in air east of the RFP on Indiana Street outside the current buffer zone ..... 21
6. Estimated 9-hour average plutonium concentration in air 1 m (3.3 ft) above ground at the 50th percentile level during the 1957 fire ..... 24
7. Ground-level time-integrated concentration of plutonium at the 50th percentile level for respirable particles (<15 μm AED) released from the 903 Area between 1964 to 1969 ..... 28
8. Lifetime cancer incidence risk from plutonium inhalation for the laborer scenario: 5th percentile and 95th percentile ..... 30
9. Map showing assumed locations for the laborer scenarios used to calculate cancer risk ..... 31
10. Lifetime cancer incidence risk from plutonium inhalation for the laborer scenario at selected locations in the model domain ..... 32
11. Lifetime cancer incidence risk from carbon tetrachloride inhalation for the laborer scenario: 5th percentile and 95th percentile ..... 34
12. Annual release estimates for beryllium with uncertainty as estimated by ChemRisk (1994b) ..... 35
13. Estimated and measured plutonium soil concentrations in the 0–3-cm (0–1.2-in.) layer for three transects originating from the 903 Area and extending eastward ..... 39
14. Comparison of plutonium soil inventory estimates from soil concentration measurements ..... 41
15. Comparison of estimated annual average plutonium concentrations in ambient air with measurements at four locations in the model domain ..... 43
16. Annual average plutonium concentrations in ambient air from 1953 to 1989 at Indiana Street and plutonium-specific measurements taken from 1970 to 1989 ..... 44

## TABLES

1. Dose conversion factors (rad $\mu Ci^{-1}$) for inhalation of plutonium oxide aerosols ..... 14
2. Lifetime cancer incidence risks per unit dose ($rad^{-1}$) ..... 16
3. Estimated plutonium releases during the 1957 fire ..... 23
4. Estimated plutonium releases during the 1969 fire ..... 25
5. 903 Area discrete release estimates for plutonium attached to <30 µm AED soil particles ..... 27
6. 903 Area continuous release estimates (1964–1969) for plutonium attached to <30 µm AED soil particles ..... 27
7. Plutonium release estimate distributions by event ..... 29
8. Lifetime cancer incidence risk from plutonium inhalation for the laborer scenario at selected receptor locations in the model domain ..... 33
9. Carbon tetrachloride source term estimates ..... 33

## INTRODUCTION

The Rocky Flats Environmental Technology Site is owned by the U.S. Department of Energy (DOE) and is currently operated by the Kaiser-Hill Company. For most of its history, the site was called the Rocky Flats Plant (RFP) and was operated by Dow Chemical Company as a nuclear weapons production, research, and development facility. The RFP is located on 2650 ha (6500 acres) of Federal property about 8–10 km (5–6 mi) from the cities of Arvada, Westminster, and Broomfield, Colorado, and about 26 km (16 mi) northwest of downtown Denver. Since 1975 the original 156-ha (385-acre) main production area has been surrounded by a large buffer zone that now defines the RFP boundary (see Figure 1).

**Figure 1.** Location and key environmental features of the Rocky Flats Environmental Technology Site. The municipal boundaries illustrated are accurate as of 1997. Urban areas were much smaller during most of Rocky Flats Plant operations (1953–1989).

## Historical Public Exposures Studies on Rocky Flats

Through a 1989 Agreement in Principle between DOE and the State of Colorado, DOE provided the State with funding for health-related studies that were to be directed by the Colorado Department of Public Health and Environment (CDPHE). The purpose of the Historical Public Exposures Studies on Rocky Flats is to evaluate the doses and potential health impacts to nearby residents who may have been exposed to past contaminant releases. This health study focused on members of the public living offsite. A separate joint CDPHE study conducted by the University of Colorado Health Sciences Center is addressing worker exposures. The CDPHE first invited a national panel of experts to help design the health studies. A Health Advisory Panel (HAP) was established with the responsibility of overseeing the health studies. This panel decided to stress public involvement and to separate the research into two major phases conducted by two different contractors to enhance accountability and credibility.

Phase I of this study was carried out by ChemRisk[a]. In Phase I, ChemRisk conducted an extensive investigation of past operations and releases from the RFP. Phase I identified the primary materials of concern; determined release points, events, quantities released, and transport pathways; and made preliminary estimates of offsite dose and risk. The conclusions from Phase I were released in a public summary document (HAP 1993) and a series of task reports by ChemRisk.

Phase II of the study was performed by *Radiological Assessments Corporation*[b] *(RAC)* and involved an in-depth investigation of the potential doses and risks to the public from the key historical releases from the RFP. One key question of interest was whether the public doses and risks warranted an epidemiological study. Phase II was divided into the six tasks listed below.

- **Task 1** Coordinate with ChemRisk to ensure quick and efficient access to the records and individuals contacted by ChemRisk during Phase I of the project
- **Task 2** Verify the radionuclide and chemical release estimates and associated uncertainties that were developed during Phase I of the project
- **Task 3** Conduct an independent assessment of the risks from past Rocky Flats operations using state-of-the-art methods to ensure those risks to the public are carefully identified
- **Task 4** Evaluate historical environmental data, which can provide a basis for risk assessment, reconstructing releases, and validating model estimations
- **Task 5** Provide recommendations for additional offsite measurements to ensure that new measurements focus on the most important locations and releases
- **Task 6** Provide support for the public involvement efforts.

This report summarizes our methods and findings reported during Phase II of the project. More detailed results of the project can be found in the reports listed in Appendix A of this technical summary report.

---

[a] ChemRisk®, A Service of McLaren/Hart Environmental Services, formerly A Division of McLaren/Hart, Alameda, California.

[b] In 1998 *Radiological Assessments Corporation* changed its name to *Risk Assessment Corporation*. For consistency throughout the project, all reports were published by *Radiological Assessments Corporation*.

**Plant History and Description**

Construction of the RFP began in 1952, and the first nuclear weapons components produced at the plant were shipped offsite in 1953. Rocky Flats has been a government-owned, contractor-operated facility, and it was originally run by the Atomic Energy Commission. In 1974, the U. S. Energy Research and Development Administration succeeded the Atomic Energy Commission. The U.S. Energy Research and Development Administration was in turn succeeded by the DOE in 1977. The Dow Chemical Company was the original contractor for operations at the RFP. Rockwell International replaced Dow in 1975 and operated the RFP through 1989. EG&G Rocky Flats, Inc. took over from Rockwell in 1990. In 1994, the Kaiser-Hill Company became the plant operator, succeeding EG&G, and it remains the current contractor for the site. Nuclear operations were conducted from 1953 to 1989.

The primary mission of the RFP was to produce components for nuclear weapons from materials including plutonium, uranium, beryllium, and stainless steel. Additional plant missions have involved plutonium reprocessing and waste management. Production activities included metal fabrication and assembly and chemical recovery and purification of transuranic radionuclides. During plant operations, materials were released to the environment either through routine operations or accidentally. These releases went to air, surface water, and indirectly to groundwater. Some contaminants have been detected in groundwater under the site, but the contamination has not yet traveled offsite. Because the Historical Public Exposures Studies on Rocky Flats address exposures and risks to the public living offsite, the groundwater pathway was not considered in Phase II. It is emphasized that the groundwater pathway may be an important potential pathway of exposure to the public in the future, and it is being considered in other studies.

In 1989, Rocky Flats was placed on the Superfund National Priorities List. In 1991, the DOE entered into a cleanup agreement with the U.S. Environmental Protection Agency (EPA) and the CDPHE. Production ceased in 1992, and current activities at the site center on environmental cleanup and restoration, waste management, and consolidation of materials.

Figure 1 shows the general location and key environmental features of the site. Approximately 2.5 million people currently live within an 80-km (50-mi) radius of the site. Adjacent land use is a mixture of agriculture, open space, industry, and low-density housing. The area is rapidly growing, especially in the corridor between Boulder and Denver and to the west in the direction of Rocky Flats.

The climate is characterized by dry, cool winters and warm summers. Winds, though variable, come predominately from the northwest. The site's sloping geographical location and its proximity to a major mountain range can create dramatic changes in temperature and rapidly changing weather conditions. Of particular importance in our research were the strong westerly winds that develop during the passage of synoptic weather fronts and that often occur in winter and early spring. This environmental factor was particularly important because of concerns about resuspension of dust containing plutonium from soil around the site and the potential exposures to persons living downwind. Annual precipitation averages slightly greater than 38 cm (15 in.), with more than 80% of the precipitation occurring between April and September. The elevation of the site is approximately 1860 m (6100 ft) on the eastern edge. To the east, the topography slopes gradually at an average downgrade of 29 m (95 ft) per mile. Surface drainage at the site occurs in a west to east pattern along several ephemeral streams. Historically, North Walnut Creek, South

Walnut Creek, and Woman Creek drained from the main plant facilities area into the Great Western Reservoir and Standley Lake. The reservoir and lake were used as municipal water supplies until the 1990s when diversion dams and stream flow modifications ensured that neither received surface water from the RFP. The transport of materials from the site through surface water pathways was also of concern to the public and was evaluated in Phase II.

Understanding the impact of past releases from the Rocky Flats Environmental Technology Site is extremely important because of its proximity to such a highly populated area, its popularity because of its agreeable climate and proximity to the Rocky Mountains, and potential future expansion of habited areas near the site.

## Estimating Risks from Releases of Radionuclides and Chemicals to the Environment

The process of estimating risks to people from radionuclides and chemicals released to the environment can best be described using the following illustrative equation:

$$\text{Risk} = (S \times T \times E \times D \times R)_{uvcp} \quad (1)$$

where

- S = source term (quantity and type of material released)
- T = environmental transport and fate of the material released
- E = exposure factors (characteristics of individuals exposed that affect their intakes)
- D = conversion of intakes to dose
- R = conversion of dose to risk
- $u$ = uncertainty analysis
- $v$ = validation
- $c$ = communication of results
- $p$ = public participation.

Each of the areas listed above could be considered a discipline in itself, but the combination of these different areas of expertise gives us estimates of risk for an exposed population. The source term characterizes the amount, type, and length of time the materials were released to the environment. In Phase II, we performed a detailed analysis of specific sources of plutonium, carbon tetrachloride, and several other materials of concern that have been released from Rocky Flats since the beginning of site operations. We studied the transport of these materials through the environment using environmental data and mathematical models. Exposure scenarios that describe the lifestyle, residence location, and duration of exposure were used to characterize contaminant intake via inhalation for hypothetical individuals in the model domain. The exposure scenarios were designed to help people understand whether they were exposed and the amount of exposure they may have received. We used organ-specific plutonium risk coefficients developed specifically for this project and slope factors published by the EPA for chemicals to convert contaminant intake to estimates of incremental lifetime cancer incidence risk.

Finally, the estimates of risk must consider uncertainties, validation, communication of the results, and public involvement in the process. Parameter uncertainty analysis helps us understand the precision of our model estimates. Validation compares the estimated concentrations in

environmental media to corresponding measured data that were collected over the years. Validation is a measure of model accuracy and is one means by which we assess the uncertainty in the model formulation. Risk communication is the process of documenting the results so people can understand them. The public must be involved throughout the process for credibility and to consider their concerns and ideas. This report summarizes how Phase II of the study addressed each of these areas and the results of our study. Complete documentation of Phases I and II of the study is available in a comprehensive set of reports listed in Appendix A.

### Review of the Historical Records

Researchers involved in both Phases I and II conducted extensive searches of the historical records to find information to support the Historical Public Exposures Studies on Rocky Flats. Although most of the records were located onsite or in the Denver area, some records were found in storage areas at other DOE sites and at Federal repositories.

In some cases, information that was needed was classified and had to be declassified before it could be released. Throughout the project, we made every attempt to make all records used in the project available to the public to ensure independent verification of the data used. All information requested for our analysis was made available; no information was withheld because of classification or privacy issues. Over the course of the project, we used thousands of records to help reconstruct releases to the environment, to make estimates of risk, and to help verify our calculations. Although the document search was the most extensive ever conducted on Rocky Flats, as with all historical dose reconstruction efforts, many records could not be found. These records had either been destroyed as part of the routine destruction of records over the years, or they were simply not located in spite of extensive search. Nevertheless, based on the evidence from the historical records, we believe our research has identified the major sources of releases to the environment and exposure to people.

## MATERIALS AND EXPOSURE PATHWAYS

More than 8000 materials were used or stored at the RFP. Some of these were part of the production processes, but most were typical chemicals found in industrial facilities. These materials were released as by-products of the routine operations at the site. A careful evaluation initially done in Phase I, and confirmed during Phase II, indicated that of the more than 8000 materials, plutonium[c] and carbon tetrachloride were the most important contaminants released into the environment in terms of potential exposure and associated risk to the public. Plutonium was processed and fabricated into weapons components at the RFP throughout the period of operation. As a result, it was released to the air and water in greater quantities than most of the other radioactive materials used at the site. Carbon tetrachloride is a solvent that was used to clean plutonium processing machinery and instruments. A number of other contaminants were also identified for further investigation in Phase II, primarily because members of the public

[c] In this context plutonium means weapons grade plutonium, which consists primarily of $^{239}$Pu (~93.8%), $^{240}$Pu (5.8%), and $^{241}$Pu (~0.36%) by weight percent. Specific activity of weapons grade plutonium is 0.072 Ci $g^{-1}$.

Case No. 1:90-cv-00181-JLK Document 1398-24 filed 07/11/05 USDC Colorado pg 15 of 30

expressed concern that these materials received inadequate treatment in Phase I. These additional contaminants were tritium, beryllium, dioxins, and uranium.

The following sections provide information about the major sources and uses of these contaminants at the RFP. The sections discuss criteria used to identify the relevant exposure pathways for each contaminant and to determine if more detailed risk calculations for contaminants other than plutonium and carbon tetrachloride were warranted.

## Plutonium

The principal plutonium isotopes of concern at the RFP are $^{239}$Pu and $^{240}$Pu, which have long half-lives of 24,065 years and 6,537 years, respectively. Plutonium emits alpha particles that are the least penetrating type of radiation, but they create short, dense ionization trails. Alpha particles have such weak penetration abilities that they can be blocked by a piece of paper or the outer layers of the skin. As a result, the prime danger from an alpha-emitting radionuclide like plutonium comes from having it inside the body. For residents in the vicinity of Rocky Flats, plutonium is most likely to have entered the body from breathing air that contained plutonium particles released from the site. Plutonium was released to the atmosphere during routine industrial production from 1953 to 1989 and as a result of two major fires in plutonium processing buildings in 1957 and 1969. In addition, plutonium-contaminated soil from a barrel storage area, called the 903 Area, was blown offsite during windstorms, mainly during 1968 and 1969. These atmospheric plutonium releases were the focus of much of Phase II and are described later in this report.

The Phase I results (ChemRisk 1994a) showed soil ingestion and inhalation of resuspended soil-bound plutonium to be minor pathways when considering the long-term exposure to atmospheric releases from Rocky Flats. Although these pathways become increasingly important for the later years of exposure because of the accumulation of deposited plutonium in soil and the lower airborne emissions directly from the RFP, the doses during 1971–1989 were several orders of magnitude smaller than doses for earlier years (1952–1970).

Plutonium and other radioactive contaminants, such as tritium, were also released into creeks near the RFP, which flowed offsite into drinking water reservoirs east of the plant. Waterborne wastes were treated and released into holding ponds; then water from the ponds was released gradually. Releases to water entered one of the two major creeks that drained the RFP: Walnut Creek (which has north and south branches onsite) or Woman Creek. The creeks also collected storm runoff from the plant site, which contained numerous waste storage burial and incineration areas near the plant's central industrial area. Walnut Creek, which drains about 50% of the RFP site, flows into Great Western Reservoir in northeastern Jefferson County about 2.4 km (1.5 mi) from the plant. In 1989, the City of Broomfield built a diversion ditch around the reservoir to prevent Rocky Flats surface drainage and runoff from entering the reservoir via Walnut Creek. In 1997, the City of Broomfield secured a new drinking water supply; and the Great Western Reservoir is no longer used as a drinking water source. Woman Creek drains about 35% of the RFP site, particularly the southeastern part. Until recently, Woman Creek flowed from the RFP site into Standley Lake, a drinking water supply for the Cities of Westminster, Thornton, and Northglenn and some residents of Federal Heights. In 1996, the new Woman Creek Reservoir was completed to prevent Rocky Flats surface water from flowing into Standley Lake via Woman

Case No. 1:90-cv-00181-JLK   Document 1398-24   filed 07/11/05   USDC Colorado   pg 16 of 30

Creek. Water in the new reservoir is then pumped to Walnut Creek below the Great Western Reservoir, where it flows downstream into Big Dry Creek and the South Platte River.

During Phase I of the project, water monitoring data for radioactivity in drinking water supplies from reservoirs downstream of the RFP were analyzed for their potential impact on offsite populations (ChemRisk 1994b). Conservative screening calculations were used to calculate radiation doses associated with the elevation of radioactivity measured in the Great Western Reservoir, which has been linked to Rocky Flats releases. The results suggested that some contamination of the primary reservoirs from Rocky Flats releases was possible. In Phase II, we compared the estimated exposures from the surface water pathway with historical measurements taken in the environment. This comparison required some knowledge of the methods used onsite to collect, transport, and treat liquid wastes before they were discharged offsite. Thus, our focus was on the liquid waste handling system at the RFP before the mid-1970s.

## Carbon Tetrachloride

Large quantities of carbon tetrachloride ($CCl_4$), a highly volatile solvent, were used at Rocky Flats to clean and degrease product components and equipment. Rocky Flats was formerly the largest volume consumer of carbon tetrachloride in the United States. Most of the carbon tetrachloride evaporated into the air and was released in building ventilation exhausts.

Inhalation of carbon tetrachloride is the exposure pathway of greatest concern for releases from Rocky Flats. Carbon tetrachloride does not bioconcentrate and ChemRisk® (1994a) estimated the dose from direct inhalation is at least 1800 times higher than indirect exposure pathways that involve transfer from air through animals and plants before transfer to humans. No monitoring for carbon tetrachloride released to surface water or soil was conducted. Carbon tetrachloride rapidly volatilizes from soil and surface water and would have likely evaporated from creeks and reservoirs within days of its release. Therefore, concentrations in these media were expected to be inconsequential compared to concentrations in the ambient air.

We evaluated the small amount of air monitoring data that were found, reviewed the evidence of health effects, and estimated airborne concentrations and lifetime carcinogenic incidence risks resulting from inhalation of carbon tetrachloride for generic receptor scenarios. It is important to understand that, as is often the case, monitoring data for carbon tetrachloride and other chemicals are not as available as are data for radionuclides. Because of this, estimating risks from exposure to chemicals is often more difficult and uncertain.

## Other Contaminants Examined during Phase II

### Tritium

Tritium is a radioactive isotope of hydrogen with a 12.5-year half-life that emits low energy beta particles when it decays. Tritium replaces hydrogen in a water molecule so tritiated water is the most common form of tritium in the environment. It reaches surface water (a) directly from precipitation via molecular exchange with water in the atmosphere and direct scavenging of tritium by rain or snow and (b) by direct releases of tritiated water, for example, from the RFP to Walnut and Woman Creeks. Tritium was not produced at the RFP, but it has been released accidentally from the RFP on several occasions during processing of tritium-contaminated scrap

Case No. 1:90-cv-00181-JLK Document 1398-24 filed 07/11/05 USDC Colorado pg 17 of 30

plutonium from Lawrence Livermore Laboratory. On a few occasions, tritium was released unknowingly from the site. In April 1969, 57 Ci was released; in March 1971, 40 Ci was released; in November 1971, 29 Ci was released; in April 1973, 350–1600 Ci was released to air and 50–100 was released to the Great Western Reservoir; and in September 1974, 1.5 Ci was released to air (Meyer and Till 1999).

The tritium release of most concern to the public was the April 1973 incident that released tritium to Walnut Creek, which feeds into the Great Western Reservoir. The main reason for the concern was that the tritium releases to surface water were much higher than any of the other tritium release incidents. Furthermore, the site was not monitoring for tritium at that time because tritium was not a contaminant released during normal operations onsite. Fortunately, the Colorado Department of Health (now called the CDPHE) was monitoring at the site boundary, so tritium measurement data were available to document this accidental release of tritium.

The 1973 tritium release incident occurred when tritium-contaminated scrap material was processed. The incoming material had been checked only for alpha contamination but not for tritium, which is a beta emitter. The processing operations were done at the RFP from April 9–25, 1973. Tritium concentrations did increase in water from the Great Western Reservoir, but there was no measurable difference in tritium concentrations in Standley Lake water before and after the tritium event. This observation is understandable because the plutonium processing areas discharge liquid effluent to the Walnut Creek drainage (see the discussion of liquid effluent treatment in the "Plutonium" section). It was estimated that about 50–100 Ci accumulated in the Great Western Reservoir.

We used the measured tritium concentrations in the Great Western Reservoir following the tritium release event to estimate the radiation dose to an adult from ingestion of Broomfield water during the period of higher-than-normal tritium concentrations. Based on these calculations, the median dose estimate was 0.32 mrem, with 5th and 95th percentiles of 0.16 and 0.58, respectively. For comparison, the committed dose equivalent from natural background levels of tritium in the environment is 0.0012 mrem $y^{-1}$. Natural background from all radionuclides in the body amounts to 39 mrem $y^{-1}$ (NCRP 1987, Table 2.4). Because of the relatively small risks associated with exposure to tritium in the environs of the RFP compared to those associated with other contaminants, detailed source terms and risk estimates were not completed during this phase of the project.

## Beryllium

Beryllium is a nonradioactive metal that was used to make nuclear weapons components. At Rocky Flats, beryllium dust was produced during its machining. The beryllium dust particles were released through vents and stacks at the plant, and in most cases were subjected to the same high-efficiency particulate air (HEPA) filtration as the routine operational emissions of plutonium. Beryllium was released to the air from routine operations and three accidental fires at the RFP from 1958 to 1989.

Beryllium was transferred offsite in the air and in creeks that flowed to surface water used for drinking. Starting in 1980, beryllium was monitored in water effluent. Routine surface water monitoring showed less than the analytical detection limit of 0.05 mg of beryllium per liter of water. Historically, inhalation of beryllium has been a much greater human health concern than ingestion, in part because less than 1% of ingested beryllium is absorbed through the

gastrointestinal tract (EPA 1991). Beryllium is not known to bioaccumulate. In Phase II, we did not evaluate releases of beryllium to surface water further because of a lack of effluent and environmental monitoring data to quantify the releases, insufficient evidence of accumulation in soils and sediments, and low solubility and gastrointestinal absorption.

We reviewed and evaluated several studies of beryllium in soil at the RFP. Available data suggest that atmospheric releases of beryllium from RFP releases are not detectable in soil. We evaluated risk estimates associated with atmospheric releases of beryllium (McGavran and Rood 1999a), and they are described later in this report.

## Dioxins

Dioxins are chlorinated compounds that cause cancer, immunological, developmental, and reproductive effects in experimental animals. Dioxins are released from all combustion processes. Emissions of dioxins from incinerators vary widely depending on the nature of the waste, type of incinerator, operating efficiency, temperature, and air pollution control devices.

A multichambered retort incinerator operated in Building 771 from late 1957 to 1989. The incinerator burned plutonium-contaminated materials such as plastics, paper, rubber, and cloth. The offgas was subjected to scrubbers and filters; it then went to the main building plenum, through a HEPA filter, and was released to the atmosphere from a 43-m (140-ft) stack. After 1968, the offgas was subjected to six banks of HEPA filtration. Ash from the incinerator was sent to a disposal facility or sometimes processed for plutonium recovery. Seven other incinerators or open burning pits were also operated at the RFP at various times.

The incinerator in Building 771 was likely to have been the largest source of dioxins from the RFP because it operated for 32 years and burned chlorinated waste and plastics. Most dioxins released from an incinerator are associated with particulates; therefore, HEPA filters are considered very effective in removing them from the offgas effluent. However, a former RFP incinerator operator indicated that the HEPA filters for the incinerator were often overloaded and were not cleaned or replaced as often as ideal. To help assess the significance of dioxin releases, we performed preliminary screening calculations, also called bounding calculations, to determine potential release, transport, exposure, and cancer risk. Because no monitoring for dioxins was done at any of the facilities, we calculated emissions based on what was known about the throughput and operating parameters for the incinerator.

The HAP held a workshop in February 1995 to talk about methods that might be used to better estimate the formation of dioxins, their release, bioaccumulation up the food chain, exposure, and health risk. A wide variety of opinions existed on the appropriate parameter values. To obtain a range of values, we asked various experts in the field of dioxin emissions from incinerators for their opinion of the best values to use for these parameters. The risk estimates for dioxin releases developed from this workshop are believed to be upper bounds rather than best estimates for two main reasons: 1) the cancer potency factors used were developed by the EPA and correspond to the 95th percentile risk values and 2) reduction of dioxins in airborne effluent from HEPA filtration was not considered.

The central value for the distribution of median risk estimates for cumulative dioxin releases from 1953–1989 was $3 \times 10^{-9}$. The 5th and 95th percentiles of the distribution were $5 \times 10^{-10}$ and $1 \times 10^{-7}$, respectively. These risk estimates are likely to overestimate the true risk. The HEPA filters used for the incinerator likely reduced dioxin emissions considerably. The conservative

risk estimates we calculated for the RFP are less than the risk range of $10^{-6}$ to $10^{-4}$ that is used by the EPA to regulate carcinogenic pollutants.

As a follow up to these screening calculations, we explored several activities that might have provided information about the magnitude of released dioxins. We investigated the practicability of analyzing ash from the incinerator in Building 771, which is still stored at the RFP, to find out if dioxins were formed in measurable quantities in the incinerator. Because the amount of dioxins in the bottom ash might not correlate to the amount released and considering the expense and difficulties associated with analyzing ash containing plutonium, the HAP decided not to pursue ash sample analysis. We investigated the feasibility of analyzing dioxins in blood lipids of incinerator workers or nearby residents. Many difficulties, including the expense, the time that had passed since the incinerator operated, and questions about the ability to detect differences in the concentrations of dioxins in people to be tested, led us to recommend and the HAP to decide that study on human subjects was not justified.

In response to questions raised by members of the public, we also collected information on other waste incinerators operating in the Denver area over the past 40 years. These included municipal waste, hazardous waste, and medical waste incinerators. The Rocky Mountain Arsenal's Submerged Quench Incinerator was the largest incinerator to operate in the Denver area. It operated from June 1993 through July 1995 and burned about 50 times the maximum bounding value of $3.9 \times 10^{5}$ kg $y^{-1}$ throughput used for the screening assessment emissions estimates for dioxins released from the incinerator in Building 771. In light of the large releases elsewhere and because of the significant uncertainty associated with estimating dioxin releases from the RFP, further detailed investigations into releases of dioxin were not conducted.

## Uranium

Uranium is a naturally occurring radioactive metal that, like plutonium, emits radioactivity in the form of alpha particles. Enriched uranium was used at the RFP to make nuclear weapon parts. Voillequé (1999a) documents screening calculations to assess the radiological significance of atmospheric releases of uranium from the RFP relative to plutonium. We evaluated routine atmospheric releases of uranium from buildings, open outdoor burning of depleted uranium metal chip waste, and a conservative assessment of an accidental outdoor fire involving depleted uranium. Based on the Phase II evaluation of routine plutonium releases (Voillequé 1999b), we applied two adjustments to the Phase I routine uranium release estimates (ChemRisk 1994b) to account for nonrepresentative sampling of the uranium concentration in the large exhaust ducts and to account for the effects of self-absorption. The largest amounts of uranium were released in the mid-1950s. We also evaluated releases to surface water and the chemical toxicity of uranium.

Routine releases of plutonium were 4.5 times more significant radiologically than enriched uranium[d] and 2.2 times more significant radiologically than depleted uranium. Furthermore, routine operational releases of plutonium were small relative to the major accidental releases (particularly the 903 Area and the 1957 fire), further diminishing the overall importance of uranium. A conservative assessment of the accidental burning of a pallet of depleted uranium concluded that the radiological significance of uranium released was 60 times less than one high

[d] Enriched uranium has a higher than natural content of the fissionable isotope $^{235}$U, and depleted uranium has less. Because enriched uranium was more valuable, it was controlled more carefully and releases were smaller than for depleted uranium.

wind day of releases from the 903 Area (Voillequé 1999a). These results substantiate the emphasis on plutonium as the primary radionuclide with respect to historical public exposures.

## MODELING APPROACH

This section describes the mathematical modeling approach we used for estimating the lifetime cancer risk resulting from plutonium, carbon tetrachloride, and beryllium releases from the RFP. Mathematical models help translate release estimates from the site into contaminant concentrations in the environment where people live, using available site-specific data. Several elements of the approach are critical to understanding the dose and risk calculations that emerge from this modeling effort. These elements include the types of events for which dose and risk were calculated, the model domain or geographical area of concern that was defined for this project, the atmospheric transport calculations, the historical exposure scenarios, and the types of uncertainty associated with the calculations.

The conceptual model describes the four steps involved in the Phase II calculations: source term, atmospheric transport modeling, exposure scenarios, and risk evaluation. Source term defines the quantity and timing of the contaminants released to the atmosphere. We coupled the source term to an atmospheric transport model to calculate contaminant concentrations in air within the model domain. We assumed various exposure scenarios to calculate contaminant intake via inhalation to hypothetical individuals residing in the model domain. We then converted contaminant intake to organ-specific incremental lifetime cancer incidence risk, using risk coefficients for plutonium and slope factors for nonradiological contaminants.

### Identifying Discrete and Continuous Releases

An important distinction for Phase II of this project was the type of release for which source term, exposure, and risk was explored. For the most part, the releases that emerged from Phase I as important to further investigate were releases that occurred over relatively short periods of time (≤26 hours). In this project, these releases are referred to as discrete releases.

Discrete releases at the RFP were the result of two glove box fires that occurred in 1957 and 1969 that resulted in airborne releases of plutonium, and a series of wind-driven suspension events where plutonium-contaminated soil was suspended from the 903 Area and transported downwind. Therefore, we reviewed three discrete releases for this work: the 1957 fire in Building 771, the 1969 fire in Buildings 776/777, and releases from the 903 Area largely during high wind events that occurred on 6 days in 1968 and 1969.

Continuous releases occurred over the operational history of the facility. In particular, routine operational releases of plutonium occurred from the Building 771 stack and roof vents for Buildings 776/777 and other buildings. We also treated the suspension of plutonium-contaminated soil from the 903 Area during typical meteorological conditions from 1964 to 1969 as a continuous release. Releases of nonradiological contaminants (particularly carbon tetrachloride and beryllium) were also approximately continuous.

Understanding the breakdown of releases into discrete and continuous events is central to understanding the estimated risks from exposure. For discrete events, exposure was dependent on spatial location and timing. If an individual was not in the path of the contaminant plume at the time of the event, that individual was not exposed to the release. In contrast, for continuous

events, exposure occurred throughout the model domain, and the magnitude of exposure was mainly a function of direction and distance from the plant.

### Model Domain and Receptor Grid

We developed a domain early in the project within which contaminant concentrations, receptor exposure, and cancer risk were calculated. The model domain (Figure 2) encompassed a 2200 $km^2$ (860 $mi^2$) area that extended 28 km (17.5 mi) south, 12 km (7.5 mi) west, 22 km (13.75 mi) north, and 32 km (20 mi) east from center of the RFP. Most of the Denver metropolitan area and the city of Boulder are included in the domain. The domain was limited in its western extent because few individuals live there and most of the contaminants traveled east and southeast of the plant. The open circles in Figure 2 define grid nodes, or locations at which calculations within the model were made and individuals could be located.

### Atmospheric Dispersion and Transport

Atmospheric transport modeling was performed using the RATCHET model (Ramsdell et al. 1994). We selected RATCHET based on the results of a model comparison study involving five models (which ranged in complexity from a simple straight-line Gaussian Plume model to a complex terrain model [Rood 1999a]) and results of a site-specific tracer study conducted in 1991. While no model consistently outperformed the others, estimated concentrations from RATCHET exhibited better correlation to observed values overall. In addition, RATCHET incorporates spatially varying meteorological and environmental parameters and modules that perform random sampling of the meteorological parameters, which allowed for a Monte Carlo analysis of uncertainty.

Atmospheric transport simulations were performed differently for discrete and continuous events. For discrete events (Rood and Grogan 1999a, 1999b, 1999c), meteorological data for the specific days of the event were available. We ran RATCHET using the Monte Carlo sampling features that sample from distributions of the basic transport parameters for each Monte Carlo trial.

Continuous events were modeled somewhat differently because meteorological data from the RFP for most of the assessment period were not available. Therefore, we used compilations of recently acquired meteorological data as a surrogate for approximating past conditions. We employed this technique using a 5-year meteorological data set from 1989 to 1993 to estimate annual average plutonium concentrations from routine operational releases and continuous 903 Area suspension releases (Rood 1999b; Rood and Grogan 1999a). We also used this technique to estimate annual average concentrations of carbon tetrachloride and beryllium (McGavran and Rood 1999a, 1999b).

Air concentrations from discrete and continuous releases were integrated over the relevant years of RFP operations at each computational node in the model domain. We combined the time-integrated concentration values with scenario exposure information and risk coefficients to calculate the incremental lifetime cancer incidence risk to hypothetical individuals in the model domain.



Case No. 1:90-cv-00181-JLK Document 1398-24 filed 07/11/05 USDC Colorado pg 22 of 30

**Figure 2.** Model domain and receptor grid for the Phase II study. Receptor nodes are indicated by open circles and define computational nodes at which model calculations were made and individuals could be assumed to be located. Municipal boundaries illustrated are accurate as of 1997. Urban areas were much smaller during most Rocky Flats Plant operations (1953–1989).

## Exposure Scenarios

A key component of the Rocky Flats historical public exposures work was estimating the health impacts to hypothetical individuals in the model domain. The calculated cancer risk to a person from exposure to the contaminants released depended upon a number of factors, such as

- Where the person lived and worked in relation to the RFP
- When and how long that person lived near the RFP (for example, during the key plutonium releases in 1957 and the late 1960s, as opposed to the 1970s when all types of releases were smaller)
- The age and gender of the person
- Lifestyle (for example, did the person spend a great deal of time doing strenuous work outdoors).

Although it is not possible to calculate individual risks for every person who lived or worked in the Rocky Flats area during its operational history, it is also not credible to calculate a single risk value that applies to all residents. To consider the many factors that influence exposure, we developed exposure scenarios of hypothetical residents for whom representative risk estimates could be made. Each scenario represents one individual. These individuals incorporate typical lifestyles, ages, genders, and times spent in the area. The scenarios can help individuals estimate risk ranges for themselves by finding a profile that most closely matches their background. The scenarios were not designed to include all conceivable lifestyles of residents who lived in this region during the time of RFP operations. Rather, they provide a range of potential profiles. Scenarios defined for use in this project included a laborer, an office worker, a homemaker, an infant-child, and a student. The infant-child scenario represented a single individual who matures during the exposure period.

The scenarios were location independent, which allowed us to calculate cancer risk for each scenario at every node in the model domain. In this way, the spatial dependency of risk for each scenario could be observed within the model domain. We reported estimated cancer risks for exposure to carbon tetrachloride, beryllium, and plutonium separately.

## Risk Evaluation

Combining the exposure scenarios with the time-integrated air concentration at the location of interest allowed us to estimate the total contaminant intake via inhalation. We used plutonium risk coefficients developed specifically for this project and slope factors published by the EPA for chemicals to convert contaminant intake to estimates of incremental lifetime cancer incidence risk.

### Plutonium

For plutonium releases at the RFP, inhalation was identified as the primary exposure pathway, and lung, liver, bone, and bone marrow were shown to be the principal organs of concern (Grogan et al. 1999). The dose per unit activity inhaled varied for these four tissues (Table 1). Furthermore, the dose per unit activity (dose conversion factor) also varied depending on the particle size distribution of the inhaled plutonium aerosol (Table 1). We used three different particle size distributions (1, 5, 10-μm activity median aerodynamic diameter [AMAD] and geometric standard deviation of 2.5) to characterize plutonium releases from the RFP.

**Table 1. Dose Conversion Factors (rad $\mu Ci^{-1}$) for Inhalation of Plutonium Oxide Aerosols[a]**

| Cancer site | Dose conversion factor [b] | | |
|---|---|---|---|
| | AMAD = 1 μm [c] | AMAD = 5 μm [c] | AMAD = 10 μm [c] |
| Lung | $1.2 \times 10^{-8}$ (1.9) | $7.0 \times 10^{-9}$ (2.7) | $3.2 \times 10^{-9}$ (4.3) |
| Liver | $5.4 \times 10^{-9}$ (3.0) | $2.6 \times 10^{-9}$ (3.5) | $1.1 \times 10^{-9}$ (4.5) |
| Bone | $2.4 \times 10^{-8}$ (3.0) | $1.2 \times 10^{-8}$ (3.5) | $5.7 \times 10^{-8}$ (4.5) |
| Bone marrow | $1.2 \times 10^{-9}$ (3.0) | $5.9 \times 10^{-10}$ (3.5) | $3.0 \times 10^{-10}$ (4.5) |

[a] Reported in units of $\mu Gy\ Bq^{-1}$ in Grogan et al. (1999).
[b] Geometric mean is listed with geometric standard deviation in parentheses.
[c] Geometric standard deviation of each particle size distribution is 2.5.

Lifetime cancer incidence risk coefficients with uncertainties for plutonium inhalation were developed for lung, liver, bone, and bone marrow (leukemia) as part of the project (Grogan et al. 1999) using four independent sources of information:

1. Epidemiological studies of workers exposed to plutonium in Russia
2. The dose response relationship observed in the Japanese atomic bomb survivors exposed primarily to gamma (low-linear energy transfer) radiation combined with a relative biological effectiveness factor to account for the difference in biological effectiveness of alpha radiation compared to gamma radiation
3. Human dose-response relationships determined for populations exposed to other alpha-emitting radionuclides (mainly radon, thorium, and radium)
4. The results of controlled experiments with animals exposed to plutonium and other alpha-emitting radionuclides.

We combined these independent cancer risk coefficient distributions to develop overall cancer incidence risk coefficient distributions (Table 2) that accounted for both the uncertainties associated with the estimate and an assigned intrinsic merit of the approach. The four primary cancer sites account for ~97% of the total lifetime cancer incidence risk from plutonium inhalation. The influence of gender was accounted for in the analyses (see Grogan et al. [1999] for details). The data also allowed a distinction to be made between the risks and uncertainties to those under 20 years of age at exposure compared to those 20 years old and older. The risk coefficients for persons under 20 years of age were applied to the infant-child and student in the hypothetical exposure scenarios.

## Carbon Tetrachloride

For carbon tetrachloride, inhalation was the exposure pathway of greatest concern for releases from the RFP. Although acute and chronic exposure to carbon tetrachloride may cause toxic injury to the liver, kidney, and nervous system, liver cancer is the health effect expected to occur at lower exposure concentrations. Carbon tetrachloride is classified as a probable human carcinogen by the EPA (EPA 1998a) because it has been shown to cause liver cancer in several animal species. However, studies of workers exposed to high levels of carbon tetrachloride have not been conclusive.

The excess lifetime cancer risk was determined from the product of the carbon tetrachloride inhalation dose and the cancer slope factor. The EPA cancer slope factor represents the 95% upper confidence limit of the probability of a carcinogenic response per daily unit intake of a chemical over 70 years. We used cancer slope factors established by the EPA for calculating liver cancer risk from carbon tetrachloride inhalation (see McGavran and Rood [1999b] for details). In our analysis, we represented the carbon tetrachloride cancer slope factor by a lognormal distribution having a geometric mean of $2.5 \times 10^{-2}$ kg d mg$^{-1}$ and a geometric standard deviation of 1.4.

**Table 2. Lifetime Cancer Incidence Risks per Unit Dose ($rad^{-1}$) [a]**

| Cancer site | Gender | Lifetime incidence risk distribution percentiles[b] | |
|---|---|---|---|
| | | Age under 20 | Age 20 and over |
| Lung [c] | Males/ females | 13 (1.4 - 90) | 13 (1.4 - 86) |
| Liver | Males | 12 (1.5 - 150) | 6.3 (0.81 - 80) |
| | Females | 5.7 (0.60 - 80) | 3.0 (0.32 - 41) |
| Bone | Males | 0.52 (0.011 - 29) | 0.27 (0.0056 - 15) |
| | Females | 0.25 (0.0052 - 14) | 0.13 (0.0026 - 7.4) |
| Bone marrow | Males/females | 1.7 (0.041 - 9.3) | 1.7 (0.041 - 8.7) |

[a] Reported in units of $10^{-2}$ $Gy^{-1}$ in Grogan et al. (1999).
[b] 50th percentile with 2.5 and 97.5 percentiles in parentheses.
[c] Smoking was not accounted for because of lack of information.

## Beryllium

Inhalation was the exposure pathway of greatest concern for beryllium releases from the RFP. Beryllium is classified by the EPA as a B1 probable human carcinogen (EPA 1998a) because even though numerous studies have shown that beryllium compounds are carcinogenic in experimental animals by several routes of exposure (including inhalation), there has been debate as to whether beryllium can cause cancer in humans. A number of epidemiological studies have reported an increased risk of lung cancer in beryllium workers, but deficiencies in the studies have not allowed an unequivocal conclusion to be reached.

We used cancer slope factors established by the EPA to calculate lung cancer risk from beryllium inhalation. We assigned a distribution to cancer slope factor values based on the relative risk estimates from an occupational epidemiological study used by the EPA to determine the slope factors (see McGavran and Rood [1999a] for details). In our analysis, we represented the cancer slope factor for beryllium by a triangular distribution having a most likely value of 8.4 kg d $mg^{-1}$, a minimum value of 0.56 kg d $mg^{-1}$, and a maximum value of 25 kg d $mg^{-1}$.

Beryllium can also cause a serious progressive granulomatous disease called chronic beryllium disease. Although the lung is primarily involved, it is a systemic disease and granulomatous inflammation may involve other organs. No clear dose-response relationship or duration of exposure-response relationship has been established for chronic beryllium disease, which is interpreted as involving a delayed hypersensitivity that may be induced by very low exposures. We compared estimated beryllium air concentrations to the EPA's recently established reference concentration (RfC) for beryllium (EPA 1998b). The EPA defines the RfC as an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without appreciable risk of deleterious effects during a lifetime. The RfC was established based on evidence of sensitization to beryllium that can be detected by measuring in vitro proliferative responses of lymphocytes to beryllium.

## Uncertainty

An important aspect of the modeling effort undertaken for the RFP was the ability of the model to estimate uncertainty in calculated cancer risks. Environmental assessment models are inherently uncertain. Uncertainty in a model arises because of (a) inexact approximations by the mathematical formulations of physical processes that govern the behavior of the system (model uncertainty) and (b) inexact approximations of model inputs (parameter uncertainty). Model uncertainty may be evaluated by comparing model estimations to measured values that are independent of the data used to develop the model. This process is often termed model validation and is a measure of the model's accuracy. Parameter uncertainty arises because of lack of knowledge about a parameter's true value. The uncertainty in a parameter can result from imprecise measurements or because the parameter represents a quantity that is simply impossible to measure directly and, therefore, must be estimated. A parameter uncertainty analysis provides a measure of the model's precision.

The uncertainty analysis included evaluating both parameter and model uncertainties. We evaluated parameter uncertainty using Monte Carlo simulation combined with simple random sampling to generate an empirical approximation of the probability distribution of the model output. We evaluated model uncertainty through model validation. Model validation involved comparing estimated concentrations in environmental media (air, soil, vegetation, and lake sediment) to corresponding, independently measured data.

We handled parameter uncertainty in the air dispersion process differently for discrete and continuous events. For the discrete events, uncertainty was represented by providing probability distributions of the basic transport parameters (wind speed, wind direction, mixing height, precipitation, and Monin-Obukhov scaling length). For the continuous events, uncertainty was represented using several multiplicative correction factors that accounted for uncertainty in the dispersion process, meteorology, deposition, and plume depletion. Source term and risk coefficient uncertainties were also included in both discrete and continuous release simulations.

Uncertainty in the plutonium risk coefficients, expressed as risk per unit activity intake for a given particle size distribution, accounted for dosimetric uncertainties as well as the uncertainties associated with the approaches used to derive risk per unit dose (see Tables 1 and 2).

Some of the uncertainty in the beryllium and carbon tetrachloride slope factors was addressed by using a distribution of slope factors for the risk analyses. For example, for carbon tetrachloride we attempted to account for variation among cancer studies in rodents, metabolic conversions from animals to humans, body weight, and breathing rate variation. We considered uncertainty associated with assuming low dose linearity, extrapolating from high dose animal studies to low dose human exposures, variability in cancer response among animals and humans, and other sources of uncertainty, but these uncertainties could not be quantified.

The components of parameter uncertainty that appear in the cancer risk estimates express uncertainty in the source terms, environmental transport, and risk coefficients. Such components of uncertainty are real in the sense they can be derived from measured quantities or inferred from historical records. We did not include uncertainty related to the exposure scenarios in this assessment. The scenarios were constructed to represent hypothetical individuals living near the RFP during 1953–1989. Such scenarios make it possible to examine the sensitivity of risk estimates to different assumptions about location and time of exposure to RFP releases. The scenarios might also be helpful to some individuals whose exposure history appears to be similar

to the scenario. We emphasize that these scenarios only represent hypothetical individuals and do not correspond to any real person.

## ATMOSPHERIC RELEASES AND RESULTING RISKS

This section describes the results of the in-depth evaluation of the estimated exposure and risks to the public from the key historical releases from the RFP. The Phase II findings confirmed that atmospheric releases of plutonium and carbon tetrachloride to the environment were the sources of the highest risks to those living offsite. Although of lesser significance, the risks associated with atmospheric beryllium releases are also presented because the same methodology was used for their evaluation as for plutonium and carbon tetrachloride. The potential significance of the surface water pathway to risk, which was reevaluated during Phase II, was minor compared to the impact of the air pathway. The atmospheric release points used in the model for these three contaminants are illustrated in Figure 3.



**Figure 3.** Atmospheric release points modeled for plutonium, beryllium, and carbon tetrachloride. Major fires occurred in Building 771 in September 1957 and in Buildings 776/777 in May 1969. The 903 Area was the outside storage location of drums of plutonium-contaminated waste oils. The large black circles indicate air sampler locations before 1973.

In our analysis, the risks from the different contaminants are reported separately; no attempt was made to combine the risk estimates. This approach was used because there is no established methodology for combining risks from radionuclides and chemicals. The current understanding of the interactions between contaminants in the human body and the resulting health risk is in its infancy. As a first step in determining the magnitude of the combined risk, the risk estimates might simply be added assuming they are additive. However, other risk levels are possible because of potential synergistic and antagonistic effects between different types of contaminants.

## Releases of Plutonium

To understand the risks associated with atmospheric releases of plutonium from the RFP, it is convenient to divide the releases into a number of categories: routine operational releases, releases during the 1957 and 1969 fires, and releases from the 903 Area drum storage area. The history and details of the events are described here together with the release estimates. The risks associated with all the plutonium releases are discussed at the end of the section. A description of the modeling approach used for these releases is described in an earlier section of the report ("Modeling Approach").

### Routine Operations

Initially, Building 771, which became operational in 1953, housed essentially all of the plutonium operations. These included plutonium recovery and purification and plutonium component manufacturing (ChemRisk 1992). In 1958, many of the plutonium fabrication operations were moved from Building 771 to Buildings 776/777 when the building came online. The recovery operations stayed in Building 771 (ChemRisk 1992). Construction of Building 707, which was used for plutonium fabrication, was completed in 1972. Plutonium was released via the ventilation exhaust from these plant buildings as a result of normal routine operations at the RFP. Even though the ventilation exhaust systems included HEPA filters designed to remove the bulk of the plutonium, some plutonium was continuously released to the environment.

The quantity of plutonium routinely released from RFP buildings was estimated by ChemRisk® in Phase I of this study (ChemRisk 1994b). The amount released from routine operations was considerably less than from nonroutine events. The term routine releases is used to distinguish between releases from day-to-day operations and those from accidents that are considered separately. Included in the routine operational releases are many minor fires and other off-normal conditions that did not warrant separate analysis. During Phase II, the issues of nonrepresentative sampling of the plutonium concentration in the large exhaust ducts and of the self-absorption correction factor were evaluated by Voillequé (1999b). By combining these results with the bias and uncertainty estimates for the routine effluent monitoring data reported in Phase I, Voillequé (1999b) generated revised estimates of plutonium releases to the environment as a result of routine operations.

The median plutonium release estimate for the entire period of operations was approximately a factor of 3 larger than the Phase I estimate and had a broader range of uncertainty. Figure 4 shows the distributions of release estimates for Building 771 stack (upper graph) and for building roof vents (primarily Buildings 776/777 and 707) (lower graph). Before 1963, releases from the Building 771 stack dominated the routine plutonium emissions. The largest releases were

estimated to be in 1957, the year of the fire in Building 771. Release estimates for that year ranged from 14,000 µCi (5th percentile) to 130,000 µCi (95th percentile) and were due primarily to the extended cleanup work following the accident. The median annual release estimate for the Building 771 stack in 1989 was 0.06 µCi. Plutonium releases during the two major fires in 1957 and 1969 are not included in these estimates (they are described in the following sections). The uncertainty in the release quantity varied from year to year and was the greatest for the early years of plant operation.

**Figure 4.** Estimates of routine plutonium releases (µCi). The upper graph shows the releases from Building 771 stack, and the lower graph the releases from Buildings 776/777 and other roof vents. Releases from the major fires in 1957 and 1969 are not included in the routine release estimates but are addressed separately below (source: Voillequé 1999b).

Effluent was passed through HEPA filtration before discharge to the atmosphere. The median particle size for HEPA filtered effluent was reported to be 0.3 µm. However, when filter leakage occurred, larger particles that were more typical of the workplace aerosols would have been released. For this reason, routine operational releases were assumed to be characterized by a plutonium aerosol with an AMAD of ~1 µm and a geometric standard deviation of 2.5 (Voillequé 1999b).

Figure 5 summarizes the estimated annual concentrations of plutonium in air east of RFP along Indiana Street (the location of highest concentration outside the buffer zone). The median estimates ranged from 0.1 fCi $m^{-3}$ in 1957 to $5 \times 10^{-5}$ fCi $m^{-3}$ in 1978 (Rood 1999b). These values can be compared to weapons testing fallout concentrations of plutonium in air of 0.1 fCi $m^{-3}$ in 1957 and $4 \times 10^{-2}$ fCi $m^{-3}$ in 1978. The geometric standard deviation of the estimated concentration of plutonium in air was typically around 2 to 2.4. A comprehensive analysis of the atmospheric dispersion and transport calculations for the routine releases is given in Rood (1999b) together with the exposure and risk calculations.

**Figure 5.** Estimated annual plutonium concentrations in air east of the RFP on Indiana Street outside the current buffer zone. The 50th percentile is shown as the center dark line in the shaded area that represents the 5th to 95th percentile range. Weapons testing fallout represents estimated $^{239,240}Pu$ concentrations in air from nuclear weapons tests as reported in Rope et al. (1999).