**EXHIBIT 14A**

## 1957 Fire

A major fire occurred in Building 771 on September 11, 1957, which resulted in a significant release of plutonium to the atmosphere. The fire began in a glove box at about 10 p.m., as a result of spontaneous ignition of metallic plutonium casting residues. Subsequently, the Plexiglas glove boxes caught fire and burned, as did the rubber gloves attached to the glove boxes. The firemen ultimately used water to extinguish the primary fire at 10:38 p.m.; however, the fire had already spread to the exhaust filter plenum system. At 10:39 p.m., there was an explosion in the ventilation system. Some plenum HEPA filters had burned through as early as 10:25 p.m., permitting the direct release of plutonium up the building stack. The exhaust filter plenum consisted of a long concrete-block walled room into which the individual exhaust systems discharged. Exhaust air was passed through a structural steel framework that contained 620, 61-cm (24-in.) square Chemical Warfare Service HEPA filters. Four exhaust fans were connected to the filtered side of the plenum and discharged into a common exhaust duct leading to a concrete tunnel and Building 771's 44-m (144-ft) high stack.

The largest releases of plutonium are estimated to have occurred between 10:15 p.m. and 10:45 p.m. because of the rapid burn-through of the booster system filters[e] and the main plenum filters before water was applied to the plenum filter fire. The exhaust fans were placed on high speed at 10:25 p.m. and stopped working at 10:40 p.m. when fire burned through the power cable. After 10:45 p.m., the main fire was out and releases were much lower. At 2:00 a.m., the fire was declared "knocked down," meaning that all obvious burning had been extinguished. By this time, water had been applied to the plenum fire for 2 hours and 45 minutes. The sum of all plutonium releases after 2:00 a.m. was a small fraction of the total estimated release.

A detailed analysis of the quantity of plutonium released during the fire is presented in Voillequé (1999c). Many factors and their uncertainties were taken into account. The different sources of plutonium that could have contributed to atmospheric releases during the fire were identified. These included the plutonium present in the fire area; plutonium that had accumulated on the booster system filters, main plenum filters, glove box exhaust filters, and room air prefilters before the fire; and plutonium deposited in ductwork that may have been suspended during the fire. Estimates of the collection efficiencies of the various filtration systems were made and supported by historic measurements of activity in plant exhaust systems.

A detailed analysis of the fire chronology established the probable sequence of events during the fire, described the progression of the fire through the filter systems, and provided input for the possible range of oxidation conditions that plutonium metal was exposed to during the fire (Diliberto 1999). The fire was modeled beginning at 10:00 p.m. on the evening of September 11, 1957, and ending at 2:00 a.m. the following morning of September 12, 1957. The first 45 minutes of the fire was modeled in 1-minute intervals to account for the rapidly changing conditions. Releases during this time were summed to give 15-minute totals. The remainder of the fire was modeled in 15-minute intervals, corresponding to the resolution of the available meteorological data.

Table 3 summarizes the median estimate and the 5th and 95th percentiles of the distribution of release quantities for each 15-minute period during the event. The median estimate of the total

---

[e] The name given to the glove box exhaust filters. This system employed eight Chemical Warfare Service filters in two stages to remove plutonium from the glove box exhausts and was located before the main filter plenum.

quantity of plutonium released was 290 g (21 Ci). The 5th and 95th percentiles of the distribution were 160 g (11 Ci) and 510 g (36 Ci), respectively. The release estimates were sensitive to the amount of vigorous oxidation of plutonium assumed, and there is considerable uncertainty that sufficiently high temperatures were achieved for this to occur. If vigorous oxidation did not occur in the manner assumed, the release estimate would be biased high.

**Table 3. Estimated Plutonium Releases during the 1957 Fire (Voilleque 1999c)**

| Day | Time | Distribution of plutonium release quantities (Ci) | | |
|---|---|---|---|---|
| | | 5th percentile | 50th percentile | 95th percentile |
| September 11 | 10:00–10:15 p.m. | 0.034 | 0.06 | 0.099 |
| | 10:15–10:30 p.m. | 5.7 | 11 | 17 |
| | 10:30–10:45 p.m. | 4.1 | 8.8 | 16 |
| | 10:45–11:00 p.m. | 0.14 | 0.28 | 0.50 |
| | 11:00–11:15 p.m. | 0.14 | 0.27 | 0.49 |
| | 11:15–11:30 p.m. | 0.067 | 0.14 | 0.26 |
| | 11:30–11:45 p.m. | 0.067 | 0.13 | 0.25 |
| | 11:45–00:00 a.m. | 0.067 | 0.13 | 0.25 |
| September 12 | 00:00–00:15 a.m. | 0.03 | 0.066 | 0.14 |
| | 00:15–00:30 a.m. | 0.038 | 0.075 | 0.14 |
| | 00:30–00:45 a.m. | 0.024 | 0.048 | 0.083 |
| | 00:45–01:00 a.m. | 0.017 | 0.034 | 0.059 |
| | 01:00–01:15 a.m. | 0.010 | 0.021 | 0.038 |
| | 01:15–01:30 a.m. | 0.0069 | 0.015 | 0.027 |
| | 01:30–01:45 a.m. | 0.0043 | 0.0095 | 0.019 |
| | 01:45–02:00 a.m. | 0.0015 | 0.0044 | 0.011 |
| Total | | 11 | 21 | 36 |

The size of plutonium particles released during the fire is not known. However, release estimates assumed all activity was respirable and could have ranged from submicron to up to 10 μm AMAD. For this reason, we treated particle size stochastically in the transport calculations.

The plutonium released during the fire was modeled as puffs that entered the atmosphere every 15-minutes from 10:00 p.m. September 11 until 2:00 a.m. September 12, 1957. The transport calculations were continued until 7:00 a.m. to allow all the released plutonium to disperse throughout the model domain. The computer code simulations performed using RATCHET covered a 9-hour period. Because the effluent release temperature was estimated to be near 400°C (752°F), there was significant plume rise, and maximum plutonium concentrations in air 1 m (3.3 ft) above the ground were estimated some distance southeast of RFP, not adjacent to it. This represents the air concentration to which people would have been exposed.

At the time the fire started, the plume was transported in a westerly direction for a few kilometers. Around 10:45 p.m., the wind direction at the RFP shifted so that it blew out of the northwest and continued to blow from that direction until about 4:00 a.m., September 12. These winds transported the bulk of the airborne plutonium to Arvada and toward the Denver

metropolitan area. Near southern Arvada, the air mass converged with air flowing from the southwest in the Platte River Valley, which resulted in a northeasterly plume trajectory. Figure 6 shows the estimated plutonium concentrations in air (1 m [3.3 ft] above ground).



**Figure 6.** Estimated 9-hour average plutonium concentration in air 1 m (3.3 ft) above ground at the 50th percentile level during the 1957 fire.

## 1969 Fire

A major fire occurred in a glove box in the north foundry glove box line in Buildings 776/777 on May 11, 1969. The fire started at about 2:00 p.m., when a pressed plutonium metal briquette, stored in an open can in the glove box, spontaneously ignited. At 2:27 p.m., the alarm was received at the fire station. Two minutes later, when the captain and three firemen arrived at the west-end of the building, there were flames 46 cm (18 in.) above the glove box line. At this time, the firemen reported two loud noises and observed fireballs, presumably because of the rapidly burning gases. Based on experience from the 1957 fire, the captain soon directed that water be used to fight the fire. The fire spread along the north foundry glove box line, but it was

prevented from moving into the north machining glove boxes by a barrier. The fire then spread along the north-south conveyer glove box line. The fire was observed in that area at 2:50 p.m., at which time a loud noise was heard and firemen felt vibrations on the second floor of the building. Considerable damage was done to the building and its equipment. Between 3:20 p.m. and 4:10 p.m., smoke was observed issuing from the roof and exhaust vents. The roof was sprayed with water and watched until after 5:00 p.m. The fire was considered contained by 6:40 p.m., and extinguished by 8:00 p.m., at which time a fire watch was established. Several small fires recurred during the night and the following morning.

During the early stages of the fire, Booster System No. 2, which serviced the north foundry line, became clogged. Air from this portion of the building was then processed through Booster System No. 1. Releases from the booster systems were monitored until 4:00 p.m., at which time the stack samplers were disabled by power failure. It was reported that the first two of the four HEPA filter banks in Booster System No. 1 were breached and that the gaskets in the third and fourth filter banks had also failed. The main exhaust system samplers, which operated between May 9 and May 15, indicated that approximately 2.8 mg (200 μCi) of plutonium was released via that exhaust. Measurements made following the fire of surface contamination on the roof indicated that most of the release was via the Booster System No. 1 exhaust duct. These measurements were central to estimating the magnitude of releases during the fire, which was modeled from 2:00 p.m. to 8:00 p.m., May 11, 1969. The total release, which was primarily from Booster System No. 1, is summarized in Table 4 and was estimated to be in the range 140 to 900 mg (0.01 to 0.06 Ci) of plutonium.

**Table 4. Estimated Plutonium Releases during the 1969 Fire (Voillequé 1999d)**

| Time | Distribution of plutonium release quantities (mCi) | | |
| --- | --- | --- | --- |
| | 5th percentile | 50th percentile | 95th percentile |
| 2:00–3:00 p.m. | 0.6 | 1.9 | 3.1 |
| 3:00–4:00 p.m. | 2.6 | 7.5 | 12.4 |
| 4:00–5:00 p.m. | 4.6 | 13.1 | 21.6 |
| 5:00–6:00 p.m. | 3.3 | 9.3 | 15.5 |
| 6:00–7:00 p.m. | 1.3 | 3.7 | 6.2 |
| 7:00–8:00 p.m. | 0.6 | 1.9 | 3.1 |
| Total | 13 | 37 | 62 |

There were no measurements of the particle size of the plutonium released during the fire. However, the HEPA filters in the main filter plenum and booster systems were largely intact. Therefore, it was assumed that most of the particles released were relatively small and respirable. Significant deposition of larger particles on the roof and nearby ground surfaces was likely because the main discharge was via a duct that faced down toward the roof of the building.

We modeled the plutonium released during the fire as puffs that entered the atmosphere every 15-minutes after 2:00 p.m. until 8:00 p.m. May 11, 1969. The transport calculations were continued until 5:00 a.m. the following morning to allow all the released plutonium to disperse throughout the model domain. The RATCHET simulations covered a 15-hour period.

The plume of contamination was initially transported west of the RFP by the prevailing easterly winds that occur during upslope conditions. This continued until about 10:00 p.m., when

there was a change to downslope conditions and a reversal of the plume trajectory to the east. The largest releases are estimated to have occurred from about 3:00 p.m. to 6:00 p.m. The highest 15-hour plutonium concentrations in air (0.67 pCi m$^{-3}$ at the 95th percentile) were estimated at the west entrance of the RFP.

## 903 Area

The 903 Area is located in the eastern part of the main production area of the RFP (Figure 3), and during the late 1950s and 1960s it served as a waste storage area for barrels containing plutonium-contaminated cutting oil and degreasing agents. Carbon tetrachloride was the primary degreasing agent. The combination of radioactivity and hazardous chemicals precluded its storage in traditional waste disposal locations at the RFP. Consequently, the waste was transferred to 55-gallon barrels that were stored outside on a grassy area that became known as the 903 Area. More than 4500 barrels were reported to have been stored at the 903 Area.

Site personnel reported barrel corrosion and subsequent leakage onto the soil as early as 1962. By 1964, this had become a large-scale issue, and fences were constructed to limit the spread of contamination by intruding wildlife. In 1967, efforts were made to remove the barrels from the 903 Area, repackage the contents, and ship the waste offsite to the National Reactor Testing Station,[f] an Atomic Energy Commission facility near Arco, Idaho. Barrel removal was completed in June of 1968. However, by late 1968, there was evidence that wind action had transported plutonium-contaminated soil beyond the 903 Area. In 1969, the area was paved with asphalt to prevent further transport of plutonium-contaminated soil away from the area. The first coat of asphalt was placed over the contaminated area in July 1969, although paving was not completed until November of that year. However, high wind events during January had already spread the contamination further, as did the surface grading and leveling operations that took place in March and April in preparation for paving. The mass of plutonium released to the soil from the leaking barrels is estimated to range between 85 g (6.1 Ci) and 800 g (58 Ci) (Meyer et al. 1996).

We calculated atmospheric releases from the 903 Area for a 6-year period, 1964 through 1969, and divided them into two types: discrete event releases and continuous releases. Discrete event releases occurred during short-term high-wind events in 1968 and 1969 and were modeled as individual days. In contrast, continuous releases occurred during more typical meteorological conditions and were calculated annually from 1964 to 1969.

Air monitoring data from sampler S-8 (Figure 3) were used to identify discrete event releases. This was possible because the S-8 sampler was located east of the 903 Area in the path of soil particles suspended by wind storms. The wind usually blows from west to east during such storms. A total of 24 discrete release event days were identified. Meteorological data for these 24 days were obtained from a portable meteorological station, designated Kent, which was located about 10 km (~6 mi) north of RFP. The station was operated by the National Center for Atmospheric Research in Boulder. As the releases were further investigated, we determined that 6 of the 24 days accounted for about 90% of the total releases (Weber et al. 1999). These 6 days were modeled as discrete events, and the remaining 18 days were included with the continuous plutonium releases.

[f] Current name, Idaho National Engineering and Environmental Laboratory (INEEL).

The uncertainty estimates for the amount of plutonium released into the atmosphere from the 903 Area during the 6-year period for discrete and continuous releases are summarized in Tables 5 and 6. The median estimate for the total activity of plutonium released on particles <30 μm aerodynamic equivalent diameter (AED) was 3.1 Ci (43 g), and the 5th and 95th percentiles of the distribution were 1.4 Ci (19 g) and 15 Ci (208 g), respectively. Releases of plutonium attached to particles >30 μm AED were not quantified because the S-8 sampler was not capable of detecting these large particles. While these large particles did not pose a direct inhalation health risk, they did contribute to offsite contamination.

The six discrete release events resulted in relatively narrow plumes of airborne contamination that extended in an easterly direction from the 903 Area but with a more pronounced northeast-southwest elongation. These high wind events were responsible for suspension of relatively large amounts of plutonium-contaminated soil. For example, east of the plant along Indiana Street, they accounted for about 50% of the airborne plutonium activity concentration (~1 fCi-y m$^{-3}$). However, by their very nature, high wind events also resulted in greater dilution, dispersion, and depletion within the airborne plume than would be estimated had the same activity been released over a longer period of time and modeled using annual average meteorological data.

**Table 5. 903 Area Discrete Release Estimates for Plutonium Attached to <30 μm AED Soil Particles (Weber et al. 1999)**

| Release date | Distribution of estimated release quantity (Ci) | | |
|---|---|---|---|
| | 5th percentile | 50th percentile | 95th percentile |
| 5-Dec-68 | 0.0097 | 0.051 | 0.25 |
| 6-Jan-69 | 0.034 | 0.18 | 0.86 |
| 7-Jan-69 | 0.18 | 0.89 | 4.3 |
| 30-Jan-69 | 0.096 | 0.53 | 2.4 |
| 19-Mar-69 | 0.012 | 0.055 | 0.27 |
| 7-Apr-69 | 0.077 | 0.38 | 1.9 |
| Total[a] | 1.2 | 2.8 | 14 |

[a] The distribution of total releases was determined by sampling from the distribution of each individual release event and summing. It is not the sum of the given percentile value.

**Table 6. 903 Area Continuous Release Estimates (1964–1969) for Plutonium Attached to <30 μm AED Soil Particles (Weber et al. 1999)**

| Year | Distribution of estimated release quantity (Ci) | | |
|---|---|---|---|
| | 5th percentile | 50th percentile | 95th percentile |
| 1964 | 0.00081 | 0.0066 | 0.038 |
| 1965 | 0.00094 | 0.013 | 0.10 |
| 1966 | 0.0013 | 0.014 | 0.11 |
| 1967 | 0.0030 | 0.026 | 0.16 |
| 1968 | 0.039 | 0.19 | 1.0 |
| 1969 | 0.022 | 0.11 | 0.55 |

28

In contrast, the continuous releases resulted in an east-southeast trending ellipsoid shaped plume that reflects the predominant wind direction from the west-northwest. Higher concentration isopleths near the source trend mostly easterly; however, farther away from the source, they trend to the northeast. The northeast trend is believed to be due to the influence of the Platte River Valley and the diurnal pattern of upslope-downslope conditions that characterize the general air movement on the Colorado front range environs. The estimated time-integrated concentration of plutonium attached to respirable soil particles (<15 μm AED) for all 903 Area releases (discrete and continuous) is shown in Figure 7.



**Figure 7.** Ground-level time-integrated concentration of plutonium at the 50th percentile level for respirable particles (<15 μm AED) released from the 903 Area between 1964 to 1969.

The percentage of particles comprising three different particle size fractions was considered for the atmospheric transport modeling: <3 μm AED, 3–10 μm AED, and 10–15 μm AED. The organ-specific plutonium risk coefficients for plutonium aerosols with AMADs of 1 μm, 5 μm, and 10 μm were applied to the three size fractions, respectively. Particles >15 μm AED were not considered in the atmospheric transport modeling because they are not considered respirable and do not penetrate as far as the bronchial region of the respiratory tract. They are eliminated from the body either by direct expulsion (e.g., nose blowing) or via transfer to the gastrointestinal tract.

is represented by the 100 contour in Figure 8, and extended south of the RFP to the intersection of Colorado 58 and Interstate 70. These maximum incremental lifetime cancer incidence risks were in the $10^{-4}$ range (1 chance in 10,000) of developing cancer during a lifetime. However, a single grid node near the southwest corner of the RFP boundary had a 95th percentile cancer risk value of $1.1 \times 10^{-3}$ (about 1 chance in a 1000). The spatial extent of this excursion above the EPA's acceptable risk range was limited to an area no greater than 1 $km^2$ that historically was uninhabited. At the 5th percentile level, the maximum cancer risk was in the $10^{-7}$ range (1 chance in 10 million) of developing cancer during a lifetime.



**Figure 8.** Lifetime cancer incidence risk from plutonium inhalation for the laborer scenario; 5th percentile (left plot) and 95th percentile (right plot). Risk values have been multiplied by $10^6$ so a value of 1.0 in the plot represents a cancer risk of $1 \times 10^{-6}$ or 1 chance in 1 million of developing cancer.

To demonstrate the importance of location and time of exposure, we extracted cancer risk estimates by decade of exposure since plant operations began in 1953 at selected locations in the model domain (Figure 9) for the laborer scenario (Figure 10). The relative importance of each decade of exposure depended on the location within the model domain and the percentile level chosen. The maximum risks at the 95th percentile were estimated from exposure during the years 1953–1959, provided the laborer was located in the path of the plume from the 1957 fire. The selected locations outside the plume from the 1957 fire were Denver, Boulder, Broomfield, Superior, and RFP East Entrance.



**Figure 9.** Map showing assumed locations for the laborer scenario used to evaluate cancer risk.

Cancer risk estimates at these and other locations outside the 1957 plume path were dominated by exposure during the 1960s, primarily from 903 Area releases. In most cases, the 50th percentile and 5th percentile level followed this trend. One exception was the Coal Creek location (Figure 10), which lies to the east of the RFP. The maximum risk at the 50th percentile level was estimated from exposures in the 1960s; at the 95th percentile level, the maximum risk was estimated from exposures in the 1950s. There is a large uncertainty in the estimated risk from exposure during the 1950s for the laborer located at Coal Creek. This uncertainty reflects the uncertainty in the 1957 fire plume path. While there is a low probability the plume traveled in that direction, the resulting risks are relatively high.

Lifetime cancer risk estimates for the laborer scenario at the receptor locations discussed above are tabulated for the 5th, 50th, and 95th percentiles in Table 8. Using the laborer located at Leyden as an example, the cancer risk estimates can be interpreted as follows:

- There is a 90% probability that the model estimated incremental lifetime cancer incidence risk for the laborer located in Leyden was between $2.2 \times 10^{-8}$ (5% value) and $2.0 \times 10^{-4}$ (95% value)

- There is a 5% probability that the model estimated incremental lifetime cancer incidence risk for the laborer located in Leyden was greater than $2.0 \times 10^{-4}$

- There is also a 5% probability the model estimated risk was less than $2.2 \times 10^{-8}$.



**Figure 10.** Lifetime cancer incidence risk from plutonium inhalation for the laborer scenario at selected locations in the model domain. Dots represent the 50th percentile value; horizontal bars represent the 5th and 95th percentiles. Cancer risks have been sorted by decade of exposure.

We may also interpret this to mean, given an exposure history and lifestyle similar to that of the laborer scenario residing in Leyden, there is a 50% probability that there would be about 2 cases of cancer per million similarly exposed individuals, and because of the large uncertainty, a 5% probability that the estimated number of cancer cases attributed to inhalation of plutonium originating from the RFP would be greater than 200 cases per million people at that location, or a 5% probability that there may be as few as 0.02 cases in a population of 1 million similarly exposed individuals. Estimated cancer risks at the 95th percentile level are within the point of departure for acceptable risks established by the EPA of $10^{-6}$ to $10^{-4}$.

**Table 8. Lifetime Cancer Incidence Risk from Plutonium Inhalation for the Laborer Scenario at Selected Receptor Locations in the Model Domain**

| Receptor location | Incremental lifetime cancer incidence risk [a] | | |
|---|---|---|---|
| | 5th percentile | 50th percentile | 95th percentile |
| RFP East Entrance | 0.53 | 11 | 270 |
| Superior | 0.0069 | 0.11 | 3.2 |
| Broomfield | 0.021 | 0.46 | 20 |
| Stanley Lake East | 0.045 | 0.77 | 27 |
| I-70 and Sheridan Blvd | 0.019 | 0.72 | 24 |
| Leyden | 0.022 | 2.3 | 200 |
| Denver | 0.0026 | 0.05 | 1.6 |
| Boulder | 0.0023 | 0.042 | 1.3 |
| Coal Creek | 0.01 | 0.2 | 59 |
| Indiana Street and 64th | 0.026 | 2.6 | 150 |

[a] Risk values have been multiplied by $1 \times 10^6$ thus the tabled value of 11 represents a cancer risk of $11 \times 10^{-6}$ or 11 chances in 1 million of developing cancer.

## Releases of Carbon Tetrachloride

The source term and estimated uncertainty for carbon tetrachloride compiled by ChemRisk® during Phase I was investigated in Phase II and documented in McGavran and Rood (1999b). We did not find any additional information regarding the amounts used or significant process changes that could help refine the release estimates. Investigation of amounts shipped in waste to Idaho and in the aquifer underlying the RFP confirmed the Phase I conclusion that the vast majority of carbon tetrachloride used at the RFP was released to the atmosphere.

Carbon tetrachloride is a volatile organic compound and calculations showed almost all the compound that was disposed of on the ground surface (a common disposal practice in the past) would be released to the air. We assumed most of the carbon tetrachloride routinely used at the RFP evaporated during cleaning and degreasing operations and was vented to the atmosphere via roof vents on Buildings 776/777 and 707 where operations of this type were performed. Release estimates were made for three time periods and are summarized in Table 9. The estimates were based on inventory amounts, plutonium production, and solvent degreaser use during the different time periods (ChemRisk 1994b). In total, 1100 to 5400 tons of carbon tetrachloride was estimated to have been released from 1953–1989 (McGavran and Rood 1999b). This release range was described by a uniform distribution (Table 9).

**Table 9. Carbon Tetrachloride Source Term Estimates**

| Time period | Estimated release in tons per year [a] |
|---|---|
| 1953–1957 | 4–20 |
| 1958–1970 | 40–200 |
| 1971–1989 | 40–200 in 1970, decreasing linearly to 20–100 by 1989. |

[a] Lower and upper bound estimates

The maximum estimated air concentrations of carbon tetrachloride along Indiana Street for 1988 was 0.19 $\mu g\ m^{-3}$. Concentrations for 1988 ranged from 0.095 (5th percentile) to 3.2 $\mu g\ m^{-3}$ (95th percentile). These air concentrations can be compared to typical background concentrations in rural areas of 1 $\mu g\ m^{-3}$. Geometric mean incremental lifetime cancer incidence risk estimates for carbon tetrachloride inhalation (Figure 11) were greatest for the laborer scenario ($5.2 \times 10^{-6}$, GSD = 2.4).

The risks may be interpreted as follows:

- There is a 90% probability that the model-estimated incremental lifetime cancer incidence risk for the laborer was between $1.3 \times 10^{-6}$ (5% value) and $2.1 \times 10^{-5}$ (95% value)
- There is a 5% probability that the model-estimated incremental lifetime cancer incidence risk for the laborer was greater than $2.1 \times 10^{-5}$
- There is also a 5% probability the model-estimated incremental lifetime cancer incidence risk for the laborer was less than $1.3 \times 10^{-6}$.



**Figure 11.** Lifetime cancer incidence risk from carbon tetrachloride inhalation for the laborer scenario; 5th percentile (left plot) and 95th percentile (right plot). Risk values have been multiplied by $10^6$ so a value of 1.0 in the plot represents a cancer risk of $1 \times 10^{-6}$ or 1 chance in 1 million of developing cancer. The risk is based on cumulative inhalation of carbon tetrachloride for the years 1953–1989.

### Releases of Beryllium

Although beryllium was initially used in research and development at the RFP in 1953, beryllium operations only became significant with respect to potential releases beginning in 1958. Beryllium manufacturing operations in Building 444 included casting (foundry), cutting, heat-

treating, rolling, and machining. Beryllium foundry operations ceased in 1975. Details of beryllium component manufacturing, machining, cutting, heat treating, and rolling and other operations and ventilation systems used to control beryllium emissions over the years are described in Phase I and II technical reports (ChemRisk 1992; McGavran and Rood 1999a). With the possible exception of effluent from one building in the early 1960s, all air exhaust discharged from RFP beryllium-processing facilities was subjected to HEPA filtration that was installed to control particulate radioactive effluents (ChemRisk 1992).

Beryllium has been monitored in the plant air exhaust effluent since at least 1963. Air exhaust samples were taken from filter plenum exhausts after the air passed through HEPA filters but before it exited the stack. The sampling practices, sampling system design, sample line losses, calculations of flow rates, and exhaust volume and uncertainties determined previously for radioactive particles were applied to the beryllium sampling data (ChemRisk 1994b). Figure 12 summarizes the estimates with uncertainties for beryllium releases to air. Median release estimates were typically around 10–30 g y$^{-1}$ for the years 1958 to 1971 and generally less than 10 g y$^{-1}$ after 1971. The median total release from 1958 to 1989 was 324 g. The largest release occurred in the year 1968. Beryllium was also released during three fires that occurred in 1962, 1964, and 1978. These releases were monitored by the stack sampling equipment and, therefore, were included in the annual release estimates.



**Figure 12.** Annual release estimates for beryllium with uncertainty as estimated by ChemRisk® (1994b). The 50th percentile values are shown as the dark line in the shaded region representing the 5th to 95th percentile range.

The median estimated concentrations of beryllium in air at the location of highest concentration outside the buffer zone (east of the plant along Indiana Street) for all years in the assessment ranged from $1.3 \times 10^{-6}$ ng m$^{-3}$ in 1986 to $7.3 \times 10^{-4}$ ng m$^{-3}$ in 1968, the year of highest release. The maximum concentration in the model domain for 1968 was calculated within

the plant buffer zone and ranged from $2.5 \times 10^{-3}$ ng m$^{-3}$ (5th percentile) to $6.8 \times 10^{-2}$ ng m$^{-3}$ (95th percentile). This can be compared with an annual average natural background range of 0.03 to 0.3 ng m$^{-3}$ (median of $1 \times 10^{-1}$ ng m$^{-3}$) estimated in Rope et al. (1999).

Incremental lifetime cancer incidence risk estimates for beryllium inhalation were greatest for the laborer scenario ($3.9 \times 10^{-10}$). These risks may be interpreted as follows:

- There is a 90% probability that the model-estimated incremental lifetime cancer incidence risk to the laborer was between $7.5 \times 10^{-11}$ (5% value) and $1.8 \times 10^{-9}$ (95% value)
- There is a 5% probability that the model-estimated incremental lifetime cancer incidence risk for the laborer was greater than $1.8 \times 10^{-9}$
- There is also a 5% probability the model-estimated risk was less than $7.5 \times 10^{-11}$.

Although beryllium exposures for workers at the RFP have been of great concern and the attention to workers may have caused public concern about health effects because of beryllium exposure offsite, the results of this assessment estimated that lung cancer risk from beryllium exposures offsite were negligible.

Great uncertainty is associated with estimating the risk for chronic beryllium disease in the offsite public. The maximum estimated beryllium concentration in air in the entire model domain ranged from $2.5 \times 10^{-6}$ to $6.8 \times 10^{-5}$ µg m$^{-3}$ onsite, concentrations more than 300 times less than the EPA's reference concentration (RfC) of $2.0 \times 10^{-2}$ µg m$^{-3}$. The maximum air concentration estimated along Indiana Street ranged from $9.4 \times 10^{-7}$ to $1.4 \times 10^{-5}$ µg m$^{-3}$, concentrations more than 1400 times less than the RfC. A hazard index calculated using these values would be well below 1; therefore, any cases of chronic beryllium disease are unlikely. However, because of the complexity and apparent immunological nature of chronic beryllium disease, it is difficult to conclude that no cases of chronic beryllium disease may have occurred from offsite exposure.

## ESTABLISHING CONFIDENCE IN THE RESULTS

In this study we used models extensively to estimate the risks to people from plutonium, carbon tetrachloride and beryllium released to the atmosphere from the RFP. The choice of models was based on the available data, the required resolution of the calculations, and uncertainty considerations. Throughout this project, every effort has been made to validate the models to establish confidence in the estimated magnitudes and impacts of the contaminant releases. An important part of the model validation process involves comparing model estimates against an independent set of measurements of like quantities. Model comparison is the means by which the accuracy of the model is evaluated. Accuracy is a measure of how close the model estimation is to a similar measured quantity. We contrast this with model precision, which is the ability of the model to reproduce the same result upon repeated trials, given uncertainty in the input parameters. The parameter uncertainty analysis discussed earlier was used to establish model precision. Other aspects of model validation include testing the face validity of the models and testing the input assumptions. Face validity addresses the acceptability of the model structure and parameters to others familiar with the system. Peer review of the models and assumptions by established experts in the fields of application was used to address these aspects. The HAP and public also participated in the review process at all stages of the project.

Environmental monitoring data potentially useful for model validation were compiled and evaluated in Rope et al. (1999). The validation effort focused on plutonium because quality

environmental measurement data were lacking for carbon tetrachloride and beryllium. The same models were used to estimate the atmospheric release and transport of carbon tetrachloride and beryllium as for routine releases of plutonium; therefore, the air monitoring validation data compiled for plutonium are relevant for these other materials released. This summary of the validation for plutonium transport in the environment gives us some confidence that we have estimated the transport of other contaminants reasonably well. Environmental measurements include plutonium concentrations and total long-lived alpha activity in soil, vegetation, ambient air, water, and lake sediment. Other measurements include plutonium deposition flux and miscellaneous plutonium measurements in lichens, human tissue, human urine, and cattle. The model used in our analysis provided estimates of plutonium concentrations in ambient air and soil. Additional modeling and assumptions were necessary to estimate concentrations in other environmental media. In general, we limited our comparisons to measurements in soil, ambient air, lake sediment, and vegetation.

It is important that the environmental data sets used in model validation exercises are independent of data sets used to develop and calibrate the model. Therefore, it is not valid to compare estimated concentrations with measured values that were originally used to calibrate the model. For example, the source term for the 903 Area was developed and calibrated using measurement data from the S-8 air sampler (Figure 3). Therefore, comparisons of model estimated air concentrations with S-8 air sampler data do not provide evidence of model validation. It is also important that the measured quantities selected for comparison are within the same time and spatial resolution as the model. Spatial resolution of the model was 1 km (0.6 mi) and temporal resolution was typically 1 year. However, provisions were made in the code to provide concentrations averaged over the duration of a discrete event that ranged from 9 to 26 hours.

We acknowledge that we used portions of two soil data sets (Webb 1996; Poet and Martell 1972) to develop plutonium depth distributions. Consequently, these data sets are not entirely independent. Nevertheless, uncertainties associated with the source term, transport, and deposition of plutonium in airborne plumes far outweigh the uncertainties associated with the depth distribution. The model comparisons of plutonium soil inventories are completely independent (because depth distribution is not considered) and provide perhaps the best validation of total plutonium quantities released from the RFP. All the model comparisons were qualitative. That is, we did not perform any statistical analysis between the estimated and observed values or base the performance of the model on some numeric criteria.

### Comparisons with Soil Measurements

Soil represents a significant sink for plutonium deposited from the air. Plutonium is generally highly insoluble and becomes attached to soil particles. For those reasons, it accumulates in the upper soil layers. Measurements of plutonium concentrations in soil were useful for validating the total plutonium released from the site and, in particular, releases from the 903 Area because the 903 Area is believed to have been responsible for most of the offsite plutonium contamination from the RFP releases. (See the discussion at the end of this section.)

Few measurements of plutonium concentrations in soil were performed before 1969. Any information we found referred to total alpha activity in soils from scattered locations. Several technical problems were identified with comparing soil measurements to model estimates. First,

studies used different sampling depth and sample collection methods. The sampling depth used in soil studies varied from several millimeters to ~20 cm (~8 in.). The sampling depth and fraction of the total deposited activity in that depth must be known for a valid comparison to be made between estimated and measured soil concentrations. Second, most of the studies we reviewed did not systematically measure plutonium in soil with distance and direction from the 903 Area. Systematic sampling is important for evaluating the spatial trend of plutonium concentrations in soil.

The Webb (1996) data set was identified as the best available source of soil model validation data. Webb (1996) measured plutonium concentrations in soil in 1994, along four transects out to distances of ~20 km (~12 mi). A consistent protocol was used for all samples, and consideration was given to soil density, rock volume, and distribution with depth. Webb (1996) also provided inventory estimates with uncertainty within his study domain, which covered 209 km$^2$ (81 mi$^2$).

We extracted estimated plutonium concentrations in the 0–3-cm (0–1.2-in.) soil layer for 1989 from the model output by interpolating concentrations between each of the output nodes along each of Webb's transect lines. Model-estimated soil concentrations for 1994 were not available because the model was not set up to make computations beyond 1989. However, the estimated concentrations in 1994 would essentially be the same. The nearest node was located about 500 m (1640 ft) east of the 903 Area. Consequently, estimated concentrations within 500 m (1640 ft) of the 903 Area were unavailable. Estimated plutonium concentrations in soil were extracted separately for the 5th, 50th, and 95th percentile values and are shown in Figure 13 along with the corresponding measured values. We added a mean fallout plutonium concentration of 0.06 pCi $g^{-1}$ determined by Webb (1996) to all the model estimated values because the measurements include plutonium from RFP and fallout sources.

Estimated soil concentrations 2 to 10 km (1.2 to 6 mi.) east of the 903 Area were generally within the range of measured values. At distances <2 km (1.2 mi) from the 903 Area, the model tended to underestimate concentrations, while at distances >10 km (6 mi) the model overestimated concentrations. Model bias was most clearly seen in the 90° and 120° sampling transects used by Webb (1996). Much of the model bias was attributed to the particle size distribution of 903 Area releases. Modeled releases from the 903 Area did not include contaminated soil particles >30 μm AED. These particles are not an inhalation health risk because they are not respirable; however, they do contribute to offsite contamination. Overall, the distribution assigned to particles <30 μm AED appeared to have been biased toward the finer particles. That is, a greater fraction of the activity was assumed to be associated with smaller particles than the soil concentration measurements suggest. Larger particles would deposit closer to the source, resulting in higher estimated soil concentrations close to the source (the 903 Area) and lower estimated soil concentrations at greater distances. If the particle size distribution had been calibrated using the observed deposition pattern, the estimates of plutonium inhalation from 903 Area releases would have been lower because a greater fraction of the activity would be associated with larger, nonrespirable particles.

Historical Public Exposures Studies on Rocky Flats Phase II         39
Technical Summary



**Figure 13.** Estimated and measured plutonium soil concentrations in the 0–3-cm (0–1.2-in.) layer for three transects originating from the 903 Area and extending eastward. Estimated results include 0.06 pCi g⁻¹ from fallout. Measured data are from Webb (1996) and represent plutonium from RFP sources and fallout. The 50th percentile values are shown as the dark line in the shaded region that represents the 5th to 95th percentile range.

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

Soil inventory refers to the total amount of plutonium in the soil column in a defined area. We compared estimated soil plutonium inventories with inventory estimates made by Webb and other researchers and reported in Webb (1996). The inventory estimates were based on extrapolation of measured plutonium concentrations in soil. Inventories were reported for the Webb study area and for the total area affected by the RFP plutonium. The Webb study area was bounded by the 60° and 120° transects out to a distance of about 20 km (12 mi) from the 903 Area and covered 209 km$^2$(81 m$^2$). Model-estimated inventories for the Webb study area were generated by integrating estimated surface concentrations over an area bounded by the 60° and 120° transects. The total area affected by the RFP plutonium varied among researchers, but it was estimated to range from 600 to >2000 km$^2$(230 to >770 mi$^2$). Our calculations assumed the entire model domain (2200 km$^2$ [850 mi$^2$]) was the total affected area. However, most of the plutonium in soil was restricted to an area of about 1000 km$^2$ (390 mi$^2$) where deposition from the 903 Area releases occurred.

The inventory estimates represented only the RFP plutonium sources. Webb's inventory estimates within his study area were generally lower than those made by other researchers. This was attributed to the exclusion of rock volume in estimating inventories and other factors including depth distributions, soil density, and contributions from fallout sources of plutonium. Comparisons of inventory estimates are shown in Figure 14. Our estimate of the plutonium inventory for the Webb study area (upper graph in Figure 14) was slightly less than that made by Webb, but the two are in general agreement. Some of the difference was attributed to underestimating plutonium soil concentrations near the 903 Area because we excluded larger particles (>30 μm AED) from the 903 Area source term, as discussed previously. Most of the other inventory estimates overlap the uncertainty bounds of our inventory estimate. Only Krey (1976) shows a substantially higher inventory estimate than the other researchers.

Plutonium inventories in the entire model domain (lower graph in Figure 14) show our estimate was generally in good agreement with the other estimates. The plutonium inventory estimate made by Poet and Martell (1972) appears to be out of line with other estimates. Poet and Martell (1972) used the measured ratio of $^{239}$Pu to $^{90}$Sr in soil samples collected 48 to 65 km (30 to 40 mi) northeast of the RFP to determine the fraction of the plutonium measured in that region attributable to RFP sources. This technique has some inherent problems given the different environmental mobilities of the two radionuclides over time, and it could lead to an estimate that does not reflect what is actually present.

The RFP inventory estimate made by Seed et al. (1971) (lower graph in Figure 14) was for a very restricted area only, and it is probably not representative of the total RFP plutonium inventory. The Seed et al. inventory estimate for the Webb study area is comparable to other estimates (lower graph in Figure 14) when the same area is considered.

Overall, the model-estimated plutonium inventory in soil is within about a factor of 2 of the independent inventory estimates based on plutonium soil concentration data. These results provide some validation of the total quantities of plutonium released from the plant. Most of the plutonium in soil in the model domain is estimated to have originated from the 903 Area.

Contributions to the total plutonium soil inventory in the model domain from the 1957 fire event were between 0.44 Ci (5th percentile) and 2.6 Ci (95th percentile) based on model simulations. Estimated soil concentrations from routine operations and the 1969 fire would be difficult to discern from fallout plutonium soil concentrations. Far less plutonium was estimated to be deposited in the model domain from the 1957 fire than from 903 Area releases. We attribute

this observation to (a) particles sizes for the 1957 releases were smaller than 903 Area releases, resulting in lower gravitational settling velocities and deposition, (b) winds were relatively light during the 1957 fire compared to the discrete 903 Area releases and resulted in lower calculated deposition velocities, and (c) 1957 fire releases were from an elevated plume compared to ground-level releases for 903 Area.



a.  Limited area evaluted
b.  Uncertainy was assumed to be +/- 20%

**Figure 14.** Comparison of plutonium soil inventory estimates from soil concentration measurements. Model Predicted shows the estimates made in this study. Inventory estimates for Webb's study area (209 km$^2$ [81 mi$^2$])are shown in the upper graph. The lower graph represents the entire area affected by all the RFP releases. Inventory estimates were obtained from Table 2-2 in Webb (1996). The 5th and 95th percentiles of the inventory estimate distributions are shown.

**Radiological Assessments Corporation**
*"Setting the standard in environmental health"*