**EXHIBIT 14B**

## Comparisons with Air Measurements

Comparisons with annual average ambient air measurements were hampered by lack of quality data before 1970. Consequently, comparisons were performed for post-1970 data only. Comparisons in this medium tested the resuspension portion of the model because releases after 1970 were dominated, for the most part, by resuspension of contaminated soil from the 903 Area rather than routine releases from the plant operations. Estimated concentrations onsite and at the new RFP boundary were generally within the range of measured values, with the exception of several years. The model underestimated concentrations at community locations in the late 1970s and early 1980s. However, many of these measurements were below the Atomic Energy Agency's minimum detectable concentration (MDC) and some measurements were less than fallout concentrations in Denver. Negative model bias (model underestimation) during the 1970s and 1980s would not substantially underestimate inhalation exposure for persons who lived in the model domain before this time because exposures were considerably less for those two decades than in the 1950s and 1960s.

Four monitoring stations were selected for evaluating the annual average plutonium concentrations in air, and they include measurements made by the RFP contractor, the Atomic Energy Commission Health and Safety Laboratory (HASL), and the CDPHE. The four locations were (1) the old RFP boundary where it intersects with the east access road, (2) Indiana Street where it intersects with the east access road, (3) the City of Broomfield, and (4) Leyden. Samplers maintained by HASL were located at the old RFP boundary (HASL 4) and near the intersection of Indiana Street and the east access road (HASL 2). The RFP contractor stations included samplers S-32/37[g] located near the HASL 2 sampler and stations in Broomfield and Leyden. The CDPHE sampler D-5 was also located on Indiana Street, but it was located about 500 m (1640 ft) south from the HASL and contractor stations. Annual average measured concentrations at each location were determined by Rope et al. (1999, Table B-14). Annual contributions from fallout sources were estimated from U.S. Public Health Service monitoring of air in Denver and were subtracted from the annual average measured concentrations to yield net annual average plutonium concentrations in air resulting from RFP releases. The net plutonium air concentrations were compared to model estimated air concentrations from the RFP releases (Figure 15).

Estimated concentrations during the 1970s are dominated by resuspension sources, with some perturbations during routine releases from buildings and stacks. The peaks observed in the estimated concentrations in 1974 and 1984 (most pronounced at the Leyden location) reflect routine releases from the Building 771 stack and Buildings 776/777 roof vents. The decrease in the estimated concentrations of plutonium in air from 1970 to 1980 is in response to the decrease in resuspension over time and to a lesser extent, the weathering of plutonium from the 0–3-cm (0–1.2-in.) soil layer. The 903 Area was paved in 1969; therefore, the primary suspension source of plutonium-contaminated soil was eliminated in 1970.

In general, model estimates encompass the measured values until about 1976. After 1976, the model tends to underestimate air concentrations at all locations except Indiana Street. At the Indiana Street location, the model underestimates some of the measurements during the 1981 to 1988 time frame. There is a noticeable increase in the measured concentration during the years

---

[g] S-32 was the sampler designation before 1975. After 1975, the sampler was designated as S-37.

Historical Public Exposures Studies on Rocky Flats Phase II 43
Technical Summary

1976 to ~1982 at all stations except Indiana Street. The reason for this increase was not determined. During the 1976–1982 time frame, several of the annual average concentrations at Leyden and Broomfield were either less than Denver fallout or less than the Atomic Energy Agency's MDC. These measurements should be interpreted with caution because of the large uncertainty associated with them. After 1983, all annual average concentrations at the Leyden and Broomfield stations were less than the RFP contractor's MDC. Samplers monitored by the RFP contractor and CDPHE at Indiana Street during the 1982–1989 time frame had several measurements less than the MDC.



Figure 15. Comparison of estimated annual average plutonium concentrations in ambient air with measurements at four locations in the model domain. The 50th percentile values are shown as the dark line in the shaded region that represents the 5th to 95th percentile range. Measured concentrations in Denver are also shown and are consistent with global fallout concentrations in other U.S. cities.

It is interesting to note that the measured concentrations at the old RFP boundary between the years 1974–1979 (HASL 4) fall off with about the same slope as the estimated values. This observation provides some validation of the time-dependent soil resuspension model used in this

study. In 1980–1981, measured concentrations at HASL 4 increased substantially probably because of resuspension resulting from vehicular traffic.

Figure 16 shows the estimated annual average concentration of plutonium in air at Indiana Street from 1953–1989, along with measured data taken there after 1970. It demonstrates the overall magnitude of exposure from RFP and fallout sources during the operational period of the RFP (1953–1989). The peak annual average concentrations of plutonium in air were about 1 to 2 orders of magnitude greater than concentrations after 1970, and during some years, fallout concentrations exceeded estimated concentrations from RFP sources.



Figure 16. Annual average plutonium concentrations in ambient air from 1953 to 1989 at Indiana Street and plutonium-specific measurements taken from 1970 to 1989. The 50th percentile values are shown as the dark line in the shaded region that represents the 5th to 95th percentile range. Plutonium from global fallout as measured in Denver (shown separately) has been subtracted from the measured values.

## Comparisons with Measurements in Other Media

Environmental monitoring data for plutonium concentrations in lake sediments and vegetation were also identified as potentially useful for model validation purposes. However, additional modeling and assumptions were necessary to estimate plutonium concentrations in these media. The model-estimated plutonium concentrations in Standley Lake sediments appeared to be underestimated. This underestimation was attributed to underestimating plutonium deposition in the vicinity of Standley Lake and soil erosion and fluvial processes that were not included in the model. The estimated plutonium inventory in Great Western Reservoir from airborne plumes matched values estimated by <u>Schoep and Whicker</u> (1995) and <u>Thomas and Robertson</u> (1981) reasonably well.

Estimated concentrations in vegetation generally matched the temporal trends observed in vegetation measurements taken between 1953 and 1964. The model used to estimate

Historical Public Exposures Studies on Rocky Flats Phase II 45
Technical Summary

concentrations in vegetation appeared to overestimate concentrations from the 1957 fire. However, a lack of specific information about vegetation sampling methods and uncertainty in the vegetation model itself made model comparisons in this medium somewhat tenuous.

## PUBLIC INTERACTION AND RISK COMMUNICATION

Interest and questions from the public have played a significant role in the scope and direction of the project. Throughout the course of Phase II, the HAP and *RAC* have maintained an open dialogue with members of the public and have tried to respond to questions and ideas to the greatest extent possible. We have communicated results of our ongoing work regularly to solicit input on our approaches to various aspects of the project, to request additional sources of information, and to inform stakeholders about the progress of the work. It was recognized early on that public concerns would be very important for both the credibility of the research and for identifying issues that were perceived to be critical. As a result, a number of changes were made in the direction of the research to help respond to questions raised.

Several examples of questions raised by the public that were addressed during the study follow.

- Concern about protecting the confidentiality of workers who were interviewed for the project led the *RAC* and the HAP to develop a confidentiality policy in September 1994.
- Questions about the document review process, especially the review of classified records, led to developing simple document databases that were available to the HAP and to the public upon request. The database tracked the classified records and monitoring records that we reviewed during Phase II. This concern also prompted a citizen member of the HAP to apply for and obtain a clearance from DOE to see classified material. This member then accompanied us to the site to help review classified records.
- Because of concern about the quality and analysis of historical measurements and data reported by the RFP operator, *RAC* expanded the data quality section in their project report dealing with the analysis of environmental monitoring data (Rope et al. 1999). To supplement these historic records, other options were continually pursued to verify releases to the environment. For example, historic aerial photographs and government satellite imagery were used in an attempt to visually check for evidence of plumes from some of the fires at the site.
- A mass balance approach of the onsite processes was carefully evaluated to estimate the amount of contaminants released to the environment from the RFP as a way to set an upper bound limit on some of the releases from the site.
- Concern about selecting important contaminants of concern during Phase I of the project led to a careful reexamination of chemicals used or produced at the RFP. Some of the contaminants of concern that were reevaluated during Phase II were dioxin, methyl ethyl ketone, ethylene oxide, propylene oxide, asbestos, uranium, and tritium releases to surface water. We also verified the location of the Ralston School in the late 1950s. This was an important monitoring location following the 1957 fire.

Early in Phase II, we met with members of the public to identify and discuss their concerns about the project. Transcripts of this meeting were recorded and used to understand criticisms about the project up to that point. These issues were catalogued and listed in a notebook for a

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

permanent project record so each one could be addressed to the best of our ability. As Phase II continued, *RAC* added to the list of citizens' concerns and developed responses for them. It was not possible to respond to every issue, but from 210 questions and issues that were raised, responses were developed for more than 200 of them. The few that remain unresolved are issues that lie being beyond the scope of the study or that lack historical information with which to work. Three issues that could not be resolved are listed here.

1. It is important to better understand the significance of sources of uranium, particularly depleted uranium, which were used at the RFP site. This item has been listed as one needing further research. Nevertheless, it is not likely that the use and release of depleted uranium at the site would significantly affect the risk estimates, rather it is more a question of thoroughness of source term evaluation for this radioactive material.
2. The final disposition of the waste drums from the major fire events and reports that some were stored in Building 991 could not be verified. This issue is difficult to completely address because of the lack of knowledge about the number and contents of waste drums shipped offsite.
3. Treating entire contaminated buildings onsite as release points, or source terms, may be an important issue as demolition of buildings and cleanup at the site moves forward. However, this issue is outside the scope of the current project that looked at past releases.

Throughout the project, *RAC* has responded to these questions, concerns, and comments from the public and those closely involved in the process. We compiled these questions and concerns taken from letters, written reports, electronic mail, and questions at public meetings. Questions raised by the public and responses to the questions have been compiled and are available in a project report (Meyer et al. 1999).

Meetings of the HAP were open to the public and evening public meetings were also held to report progress. During the course of Phase II, public meetings were held on a variety of topics from atmospheric transport to developing source terms for releases to the environment. These meetings and one-on-one conversations with interested members of the public were a primary means of communicating the technical work as it progressed and our findings. In addition to direct communication with people, newsletters, fact sheets, and less technical summaries of technical reports were also employed.

Dose reconstruction relies not only on historical records but also on information, either oral or written, given to researchers by people with firsthand knowledge and scientists, workers, and members of the public who have researched or obtained information that may be useful in the study. Because of the sensitive (not classified) nature of some information, there is often a need to protect the identity of individuals. Therefore, a policy was developed to provide guidance on interviews conducted as part of the Historical Public Exposures Studies on Rocky Flats. This policy outlined specific steps that would be taken by the HAP to ensure the confidentiality of individuals who wish to provide information that may be applied in the dose reconstruction for the RFP. Although the policy was not used extensively, we did explain it to people being interviewed in case they wanted to remain anonymous. Development and approval of this policy by the HAP and *RAC* was an important contribution to the study that could be used in future projects.

As with any public study, inquiries from people interested in the research are a vital component of the project's success. We believe that extraordinary efforts were made during the

Historical Public Exposures Studies on Rocky Flats Phase II                                                47
Technical Summary

Historical Public Exposures Studies on Rocky Flats to listen carefully to questions being raised and to respond to these questions to the greatest extent possible. Recommendations and questions from the public played a major role in the scope and outcome of the project.

## CONCLUSIONS AND RECOMMENDATIONS

The results of the Historical Public Exposures Studies on Rocky Flats show that the primary risks posed to the public from operations at the RFP were from plutonium and carbon tetrachloride. These two materials were determined to be the most important contributors to cancer incidence risk from approximately 8000 radioactive and nonradioactive materials that were present at the plant during operations. Inhalation was the most important exposure pathway for these materials. For plutonium, cancer of lung, liver, bone surfaces, and bone marrow (leukemia) are the endpoints (or health effects) of concern and account for ~97% of the total risk. For carbon tetrachloride, liver cancer is the endpoint of concern. Other pathways were much less important, such as ingestion of food and water that contained plutonium or carbon tetrachloride and external exposure from radioactivity in air or on the ground. *RAC*'s estimates of risk were based on a number of scenarios that characterized the lifestyle, period of residence, gender, and age of hypothetical individuals in the Rocky Flats area.

The major event contributing the highest individual risk from plutonium released from Rocky Flats was the 1957 fire. This finding is important and is different from previous analyses of risk at the site that had shown the 903 Area was the major contributor to risk historically. However, exposure and risk from the 1957 fire were contingent on being located in the path of the plume during the small number of hours that the release occurred. Near ground level, the plume from the fire traveled southward, toward Arvada, then northeast toward Northglenn. The amounts of material deposited to soil from the 1957 fire were small because predominantly small particle sizes were released. This makes it difficult to verify the direction of the plume during the fire using soil sampling data. In addition, detailed offsite detailed soil sampling was not performed until after the major 903 Area releases. Releases from the 903 Area during 1964–1969 were the second largest source of risk from plutonium. Approximately 90% of the releases occurred on 6 days during that time period. A wide range of particle sizes was released from the 903 Area and was responsible for most of the measurable offsite contamination from RFP sources.

Of the scenarios that were modeled, a laborer living and working southeast of Leyden near Indiana Street and 64th Avenue throughout the entire period of operations at the RFP has the highest risk of (50th percentile) developing cancer from plutonium inhalation. These risks range between $2.0 \times 10^{-4}$ (95th percentile) and $2.2 \times 10^{-8}$ (5th percentile), with a median risk estimate of $2.3 \times 10^{-6}$.

The risks of cancer incidence from carbon tetrachloride releases were estimated to be comparable to those from plutonium. However, unlike plutonium, carbon tetrachloride has not been demonstrated to cause cancer in humans. The EPA classifies carbon tetrachloride as a probable human carcinogen. Also, few data were available to verify the volumes of carbon tetrachloride released; therefore, the risk estimates for carbon tetrachloride are inherently more uncertain than those for plutonium.

These studies represent a major contribution to the understanding of historical operations and releases from the Rocky Flats facility since it opened in 1952. During the course of the work,

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

*RAC* made every effort to find and obtain historical records that could provide information useful to the research. During this process, many historical records were declassified so they could be publicly available to researchers. As with any dose reconstruction covering a large period of years, some data that would have been helpful could not be located. However, it was possible to make defensible assumptions about missing data to fill gaps using a number of techniques that have evolved during the recent decade of dose reconstructions on DOE sites. In addition, considerable effort was made during the study to use environmental monitoring data collected over the years from a number of different sources to help confirm *RAC*'s estimates of releases and estimated transport through the environment. The results of these validation efforts provided confidence in the results.

There are several important contributions to science and public policy from the Historical Public Exposures Studies on Rocky Flats that are noteworthy. First, and most importantly, these results help people who lived near the RFP understand what contaminants they may have been exposed to and the associated risks. It is important that everyone who lived near Rocky Flats has access to this knowledge. It is also important to have a thorough understanding of the past because the site is no longer operating and parts of it will eventually be released for public use after clean up and remediation activities have been completed.

The study provided a number of new contributions to the development of technical methods that will be of value in future risk assessments. Examples of these contributions include (a) reconstructing the releases of plutonium to the atmosphere (source terms) from the 1957 fire, (b) evaluating resuspension of particles during high wind events that occur in the Rocky Flats area, (c) comparing five air dispersion models to select the model most appropriate for the analyses considering the data available and the geographic location, and (d) estimating organ-specific cancer risk following inhalation of plutonium.

The source term derived for the 1957 fire was unique because of the "inside out" approach that was used to generate it. The Phase I estimate of releases of plutonium from the fire was based primarily on measurements of plutonium in the environment. *RAC*'s estimate of the source term employed a new technique that had not previously been used for reconstructing releases from the 1957 fire at the RFP. The Phase II release estimates from the fire were considerably higher than Phase I.

The study investigated suspension of plutonium-contaminated soil from the 903 Area during high wind events. During the course of this work, *RAC* uncovered previously unused meteorological data that were suitable for atmospheric transport modeling and calculation of wind-driven suspension from the 903 Area. Efforts during Phase I failed to identify this information and, therefore, the previous 903 Area releases were evaluated as a steady-state process over a 5-year period (1964–1969).

Median estimates of respirable release quantities estimated in Phases I and II differed by, at most, approximately a factor of 2 (0.34 Ci in Phase I compared to 0.6 Ci in Phase II). Maximum concentrations estimated during the Phase I study were 2 to 3 times higher for Phase I compared to Phase II estimates. These concentrations differed because the Phase I assessment assumed that the activity was released over a longer period of time at average wind speeds and the Phase II assessment showed that the majority of releases from the 903 Area occurred during high wind events. High winds result in greater soil suspension but also greater dilution of airborne plumes at downwind locations. Consequently, it appears that while discrete high wind events may have contributed to most of the releases and offsite contamination, they did not lead to proportionally

Historical Public Exposures Studies on Rocky Flats Phase II                                49
Technical Summary

---

higher offsite air concentrations. Thus, while the 903 Area is suspected to be the greatest contributor to offsite contamination, it was not the greatest contributor to risk because of the effects of high winds when most of the activity was attached to larger, nonrespirable particles.

It was determined in Phase I that the atmospheric transport of materials was the primary pathway by which people were exposed. Therefore, it was decided very early in Phase II that considerable effort had to be put into selecting an air dispersion model that could cover the geographical area of interest and use the meteorological data available in the historical records. Therefore, it was important to find the right model to fit the geography and the data without an unreasonable expenditure of resources. This decision was made by comparing five different atmospheric dispersion models to see which best suited the study objectives. While no one model outperformed the others in all modeling objectives, the overall performance of RATCHET was best for this project.

One contribution of the study to science was the development of organ-specific lifetime cancer incidence risks with uncertainties for plutonium inhalation. Four independent sources of information were used to estimate the risk coefficients with uncertainties: (1) epidemiologic studies of persons exposed to plutonium, (2) epidemiologic studies of persons exposed to less densely ionizing radiation combined with a relative biological effectiveness factor, (3) epidemiologic studies of persons exposed to alpha-emitting radionuclides other than plutonium, and (4) controlled studies of animals exposed to plutonium and other alpha-emitting radionuclides and extrapolated to humans. The intrinsic merit of these sources was assessed and used to weight the risk estimates for each cancer endpoint. The result was a set of lifetime cancer incidence risk estimates for lung, liver, bone, and bone marrow (leukemia) following plutonium inhalation. The impact of gender and age at exposure on the risk estimates was considered. The approach could be expanded to derive risk estimates with uncertainties for other radionuclide intakes.

Public involvement in the historical dose reconstruction was very important to the success of the project. It was a very open process. Comments and ideas were aggressively sought and had a significant impact on the direction of the research. Examples of issues raised by the public that were addressed in the project include evaluating dioxin released as a result of incinerator operation, estimating risk from beryllium released to the atmosphere, assessing risk of tritium released to surface water onsite, and comparing radiation doses from uranium released from the site to those from plutonium. Each question raised or comment provided was documented and responded to in writing. All of this information was retained and published in one of the final reports for the project. This report will provide a reference for the public if they have questions in the future that were answered by scientists during the course of the project.

In conclusion, Phase II of the Rocky Flats Historical Public Exposures Studies yielded many lessons that must be remembered and applied to future projects. New approaches and techniques that were applied during this historical public exposures study be adapted to both retrospective and prospective risk assessment and should be considered in decision-making about cleanup currently ongoing at the site and at other DOE facilities. Most importantly, the public has a comprehensive analysis that can be drawn upon to understand what happened at Rocky Flats in the past and to identify what their risks might have been from releases of materials to the environment during past operations at the site.

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

## REFERENCES

ChemRisk. 1992. *Reconstruction of Historical Rocky Flats Operations and Identification of Release Points.* Project Task 3 & 4 for Phase I. Final Draft Report. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. August.

ChemRisk. 1994a. *Exposure Pathway Identification and Transport Modeling.* Project Task 6 for Phase I. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. May.

ChemRisk. 1994b. *Estimating Historical Emissions from Rocky Flats 1952-1989.* Project Task 5 for Phase I. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. March.

Diliberto, M.C. 1999. *Rocky Flats Building No. 71 Plutonium Fire Analysis.* Diliberto + Associates, Inc., Englewood, Colorado. July.

EPA (U.S. Environmental Protection Agency). 1991. *Drinking Water Health Advisory for Beryllium.* EPA PB92-135441. Washington, DC.

EPA. 1998a. IRIS (Integrated Risk Information System) Database. National Center for Environmental Assessment, Cincinnati, Ohio.

EPA. 1998b. "Toxicological Review of Beryllium and Compounds." In *Support of Summary Information on the Integrated Risk Information System (IRIS).* Washington, DC. April.

Grogan, H.A., W.K. Sinclair, and P.G. Voillequé. 1999. *Assessing Risks of Exposure to Plutonium.* RAC Report No. 5-CDPHE-RFP-1998-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Krey, P.W. 1976. "Remote Plutonium Contamination and Total Inventories from Rocky Flats." *Health Physics* 30: 209–214.

Krey, P.W. and E.P. Hardy. 1970. *Plutonium in Soil Around the Rocky Flats Plant.* Report HASL-235. Health and Safety Laboratory, U.S. Atomic Energy Commission, New York, New York.

Krey, P.W. and B.T. Krajewski. 1972. "Plutonium Isotopic Ratios at Rocky Flats." In *Health and Safety Laboratory, Fallout Program Quarterly Summary Report (December 1, 1971 through March 1, 1972).* Rep. HASL-249. Edited by E.P. Hardy. Health and Safety Laboratory, U.S. Atomic Energy Commission, New York, New York.

HAP (Health Advisory Panel). 1993. *Health Advisory Panel's Report to Colorado Citizens on the Phase 1 Study of the State of Colorado's Health Studies on Rocky Flats.* Colorado Department of Public Health and Environment, Rocky Flats Health Studies.

McGavran, P.D. and A.S. Rood. 1999a. *Estimated Exposure and Lifetime Cancer Incidence Risk from Beryllium Released to the Air from the Rocky Flats Plant.* RAC Report 2-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

McGavran, P.D. and A.S. Rood. 1999b. *Estimated Exposure and Lifetime Cancer Incidence Risk from Carbon Tetrachloride Released to the Air from the Rocky Flats Plant.* RAC Report 4-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Meyer, K.R. and J.E. Till. 1999. *Characterization of Releases to Surface Water from the Rocky Flats Plant.* RAC Report No.7-CDPHE-1996-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Meyer, H.R., S.K. Rope, T.F. Winsor, P.G. Voillequé, K.M. Meyer, L.A. Stetar, J.E. Till, and J.M. Weber. 1996. *Task 2: The Rocky Flats Plant 903 Area Characterization.* RAC Report No. 2-CDPHE-RFP-1996-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina.

Meyer, K.R., H.G. Grogan, and J.E. Till. 1999. *RAC Responses to Public Questions and Concerns.* RAC Report No.12-CDPHE-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

NCRP (National Council on Radiation Protection and Measurements). 1987. *Ionizing Radiation Exposure of the Population of the United States.* NCRP Report 93. National Council on Radiation Protection and Measurements, Bethesda, Maryland.

Poet, S.E., and E.A. Martell. 1972. "Plutonium-239 and Americium-241 Contamination in the Denver Area." *Health Physics* 23: 537-548.

Ramsdell, J.V. Jr., C.A. Simonen, and K.W. Burk. 1994. *Regional Atmospheric Transport Code for Hanford Emission Tracking (RATCHET).* PNWD-2224 HEDR. Battelle Pacific Northwest Laboratories, Richland, Washington.

Rood, A.S. 1999a. *Rocky Flats Dose Reconstruction Project, Phase II: Performance Evaluation of Atmospheric Transport Models.* RAC Report No. 3-CDPHE-RFP-1996-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. 1999b. *Estimated Exposure and Lifetime Cancer Incidence Risk from Routine Plutonium Releases at the Rocky Flats Plant.* RAC Report No. 8-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999a. *Estimated Exposure and Lifetime Cancer Incidence Risk from 903 Area Plutonium Releases at the Rocky Flats Plant.* RAC Report No. 1-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999b. *Estimated Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the 1957 Fire at the Rocky Flats Plant*. RAC Report No. 2-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999c. *Estimated Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the 1969 Fire at the Rocky Flats Plant*. RAC Report No. 7-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999d. *Comprehensive Assessment of Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the Rocky Flats Plant, 1953–1989*. RAC Report No. 13-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rope, S.K., K.R. Meyer, M.J. Case, H.A. Grogan, D.W. Schmidt, M. Dreicer, T.F. Winsor, and J.E. Till. 1999. *Evaluation of Environmental Data for Historical Public Exposures Studies on Rocky Flats*. RAC Report No. 1-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Schoep, D. A. and F.W. Whicker. 1995. "$^{239,240}$Pu and $^{137}$Cs in the Sediment of Great Western Reservoir", In: *Plutonium and Americium in the Environs of Rocky Flats: Spatial Distribution, Environmental Transport, and Human Exposure - Preliminary Draft, A Report to Dow Chemical Company and the Colorado Department of Public Health*, F.W. Whicker and S.A. Ibrahim, Principal Investigators. Colorado State University, Fort Collins, Colorado.

Seed, J.R., K.W. Calkins, C.T. Illsley, F.J. Miner, and J.B. Owen. 1971. *Committee Evaluation of Plutonium Levels in Soil within and Surrounding USAEC Installation at Rocky Flats, Colorado*. Report RFP-INV-10. The Dow Chemical Company, Rocky Flats Division, Golden, Colorado.

Thomas, C. W. and D. E. Robertson. 1981. *Radionuclide Concentrations in Reservoirs, Streams and Domestic Waters Near the Rocky Flats Installation*. Pacific Northwest Laboratory, Richland, Washington. April.

Voillequé, P.G. 1999a. *Results of Screening Calculations to Assess the Relative Importance of Rocky Flats Uranium Releases*. RAC Report No. 11-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999b. *Review of Routine Releases of Plutonium in Airborne Effluents at Rocky Flats*. RAC Report No. 6-CDPHE-RFP-1998-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999c. *Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71*. RAC Report No. 10-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999d. *Estimated Airborne Releases of Plutonium During the 1969 Fire in Building 776-777*. RAC Report No. 9-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Webb, S.B. 1996. *The Spatial Distribution and Inventory of $^{239}Pu$ East of the Rocky Flats Plant*. PhD dissertation. Colorado State University, Fort Collins, Colorado.

Weber, J.M., A.S. Rood, H.R. Meyer, and J.E. Till, 1999. *Development of the Rocky Flats Plant 903 Area Plutonium Source Term*. RAC Report No. 8-CDPHE-RFP-1998-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

# APPENDIX A

## PHASE I REPORTS

ChemRisk. 1992. *Reconstruction of Historical Rocky Flats Operations and Identification of Release Points*. Project Task 3 & 4 for Phase I. Final Draft Report. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. August.

ChemRisk. 1994. *Estimating Historical Emissions from Rocky Flats 1952-1989*. Project Task 5 for Phase I. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. March.

ChemRisk. 1994. *Exposure Pathway Identification and Transport Modeling*. Project Task 6 for Phase I. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. May.

ChemRisk. 1994. *Demographic and Land Use Reconstruction of the Area Surrounding the Rocky Flats Plant*. Project Task 7 for Phase I. Final Draft Report. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. April.

ChemRisk. 1995. *Dose Assessment for Historical Contaminant Releases from Rocky Flats*. Project Task 8 for Phase I. Prepared for the Colorado Department of Public Health and Environment. ChemRisk, A Division of McLaren/Hart, Alameda, California. January.

## PHASE II REPORTS

Case, M.J., P.D. McGavran, H.R. Meyer, K.R. Meyer, A.S. Rood, S.K. Rope, D.W. Schmidt, and T.F. Winsor. 1994. *Recommendations for Monitoring to Verify Phases I and II – Part I*, Radiological Assessments Corporation, Neeses, South Carolina. November.

Grogan, H.A., W.K. Sinclair, and P.G. Voillequé. 1999. *Assessing Risks of Exposure to Plutonium*. RAC Report No. 5-CDPHE-RFP-1998-FINAL(Rev.1). Radiological Assessments Corporation, Neeses, South Carolina. August.

McGavran, P.D. and A.S. Rood. 1999. *Estimated Exposure and Cancer Risk from Beryllium Released to the Air from the Rocky Flats Plant*. RAC Report 2-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

McGavran, P.D. and A.S. Rood. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from Carbon Tetrachloride Released to the Air from the Rocky Flats Plant*. RAC Report 4-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Meyer, H.R., S.K. Rope, T.F. Winsor, P.G. Voilleque, K.M. Meyer, L.A. Stetar, J.E. Till, and J.M. Weber. 1996. *Task 2: The Rocky Flats Plant 903 Area Characterization.* RAC Report No. 2-CDPHE-RFP-1996-FINAL. *Radiological Assessments Corporation,* Neeses, South Carolina.

Meyer, K.R. and J.E. Till. 1999. *Characterization of Releases to Surface Water From the Rocky Flats Plant.* RAC Report No.7-CDPHE-1996-FINAL(Rev. 1). *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Meyer, K.R., H.G. Grogan, and J.E. Till. 1999. *RAC Responses to Public Questions and Concerns.* RAC Report No.12-CDPHE-1999-FINAL. *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Rood, A.S. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from Routine Plutonium Releases at the Rocky Flats Plant.* RAC Report No. 8-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Rood, A.S. 1999. *Rocky Flats Dose Reconstruction Project, Phase II: Performance Evaluation of Atmospheric Transport Models.* RAC Report No. 3-CDPHE-RFP-1996-FINAL(Rev.1). *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from 903 Area Plutonium Releases at the Rocky Flats Plant.* RAC Report No. 1-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the 1957 Fire at the Rocky Flats Plant.* RAC Report No. 2-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the 1969 Fire at the Rocky Flats Plant.* RAC Report No. 7-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999. *Comprehensive Assessment of Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the Rocky Flats Plant, 1953–1989.* RAC Report No. 13-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Rope, S.K., K.R. Meyer, M.J. Case, H.A. Grogan, D.W. Schmidt, M. Dreicer, T.F. Winsor, and J.E. Till. 1999. *Evaluation of Environmental Data for Historical Public Exposures Studies on Rocky Flats.* RAC Report No. 1-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation,* Neeses, South Carolina. August.

Historical Public Exposures Studies on Rocky Flats Phase II        3
Technical Summary

Voillequé, P.G. 1999. *Review of Routine Releases of Plutonium in Airborne Effluents at Rocky Flats.* RAC Report No. 6-CDPHE-RFP-1998-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999. *Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71.* RAC Report No. 10-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999. *Estimated Airborne Releases of Plutonium During the 1969 Fire in Buildings 776-777.* RAC Report No. 9-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999. *Results of Screening Calculations to Assess the Relative Importance of Rocky Flats Uranium Releases.* RAC Report No. 11-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Weber, J.M., A.S. Rood, H.R. Meyer, and J.E. Till. 1999. *Development of the Rocky Flats Plant 903 Area Plutonium Source Term.* RAC Report No. 8-CDPHE-RFP-1998-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.