**EXHIBIT 15**

# EXPERT REPORT

## Historical Public Exposures Studies on Rocky Flats

John E. Till, Ph.D., President,
*Risk Assessment Corporation*

**August 6, 2004**

_____          August 6, 2004
John E. Till, Ph.D.                Date

"Setting the standard in environmental health"

**Risk Assessment Corporation**
417 Till Road, Neeses, SC 29107
Phone 803.536.4883 Fax 803.534.1995

# Executive Summary

In August 1999, the Health Advisory Panel overseeing the Colorado Department of Public Health and Environment's (CDPHE) Historical Public Exposures Studies on Rocky Flats released the findings of the most comprehensive study of historical releases of radionuclides and chemicals to the environment from the Rocky Flats Environmental Technology Site (RFETS), also known as the Rocky Flats Plant (RFP). Technical oversight for the studies was provided by a 12-member Health Advisory Panel appointed in 1990 by former Governor Roy Romer. This independent panel, made up of scientists, physicians, government officials, community members, local officials, and members of the public was charged with overseeing research that focused on past emissions from Rocky Flats. The panel conducted the studies in an open environment and with extensive public involvement.

The project began in July 1990 with the goal of determining the risks associated with releases of chemicals and radionuclides from Rocky Flats since it began operation in 1952. The studies focused on public, not worker, health issues and reached the following conclusions:

- People who lived near Rocky Flats between 1952 and 1970 were exposed to higher concentrations of plutonium than people who moved to the area later.
- People who were in the path of airborne plutonium releases from a fire on September 11–12, 1957, were subject to the highest risks of all the Rocky Flats Plant releases.
- People who were not in the path of the plume of the 1957 fire were subject to other plutonium releases from the plant, including the 903 Area, routine releases, and a fire in 1969.
- Other than those individuals who were exposed on the night of the 1957 fire, the highest exposure and resulting cancer risks were to people east and southeast of the plant.
- A person's location, lifestyle, and period of exposure were found to have greater effect on health risks than age or gender.
- Large amounts of the cleaning solvent carbon tetrachloride were likely released from the plant resulting in cancer risks comparable to risks from Rocky Flats plutonium releases.

The technical work was carried out in three phases. In Phase I, ChemRisk (a division of McLaren/Hart Environmental Engineering) conducted an extensive investigation of past operations and releases from the RFP. *Risk Assessment Corporation (RAC)* was awarded the contract to conduct Phase II of the study, which was an in-depth investigation of the potential doses and risks to the public from historical releases from Rocky Flats. RAC also conducted Phase III of the project, which included following up on several issues identified by the Health Advisory Panel that remained unresolved at the conclusion of Phase II.

This report summarizes the primary technical conclusions found in the study by *Risk Assessment Corporation*. The focus of the report is on plutonium, the primary radionuclide of importance released by Rocky Flats and the primary contributor to risk among radionuclides included in the analysis. A detailed listing of reports that discuss the findings of the study is included in the References section of this report. Copies of these reports are available publicly at several locations in the Rocky Flats and Denver area. Additionally, results of the project have been published in the open scientific literature and are also listed in the References section.

*Risk Assessment Corporation*
*"Setting the standard in environmental health"*

B-2

## Biography



**John E. Till, Ph.D., President** *Risk Assessment Corporation*

John Till is a graduate of the U.S. Naval Academy. He served in the U.S. Navy Nuclear Submarine Program and retired a Rear Admiral in the U.S. Naval Reserve in 1999. He is a recipient of Distinguished Service Medal, the Legion of Merit, two Navy Meritorious Service Medals, two Navy Commendation Medals, and the Navy Achievement Medal.

Dr. Till is the 1995 recipient of the E.O. Lawrence Award from the Department of Energy in the field of Environmental Science and Technology. He was selected for this honor for his work in public involvement and research in dose reconstruction. Dr. Till received his M.S. degree from Colorado State University in 1972 and his Ph.D. degree from the Georgia Institute of Technology in 1976.

In 1977, moved to his family's farm near Orangeburg, South Carolina. His farm, Embeford Farm, was originally a dairy operation but now produces corn, soybeans, and cotton. In 1977 he also formed *Risk Assessment Corporation* (formerly *Radiological Assessments Corporation*). Since its formation, *RAC* has played a key role in the evolution of methodologies for environmental risk analysis. He has been responsible for a number of major research projects over the past 25 years. These include Chairman, of the Technical Steering Panel for the Hanford Environmental Dose Reconstruction Project, and principal investigator in the successful completion of the Fernald Feed Materials Production Center Historical Dose Reconstruction Project, Phase II of the Rocky Flats Plant Dose Reconstruction Project, Phases I and II of the Savannah River Site Dose Reconstruction Projects. He was also principal investigator for "Analysis of Exposure and Risks to the Public from Radionuclides and Chemicals Released by the Cerro Grande Fire at Los Alamos," and "An Independent Calculation of Soil Action Levels for Cleanup at Rocky Flats."

Dr. Till's scientific achievements include more numerous publications, including editing the first textbook on radiation dose analysis, *Radiological Assessment*, and other documents that stress new approaches to apply and simplify transport and fate mechanisms in environmental and

# Curriculum Vitae

## JOHN E. TILL, PH.D.
## *RISK ASSESSMENT CORPORATION*

417 Till Road
Neeses, South Carolina 29107
Telephone: (803) 536-4883
Fax: (803) 534-1995
E-mail: johntill@mindspring.com
Security Clearances: U.S. Department of Energy Q

### Education

Ph.D., Nuclear Engineering, Georgia Institute of Technology, Atlanta, Georgia, 1976
M.S., Health Physics, Colorado State University, Fort Collins, Colorado, 1972
U.S. Naval Nuclear Propulsion Program, Submarine Force. Three schools consisting of Nuclear Power School, Mare Island, California; S5G Prototype NPTU, Idaho Falls, Idaho; Submarine School, Groton, Connecticut
B.S., Engineering (with distinction), U.S. Naval Academy, Annapolis, Maryland, 1967

### Professional Experience

***Risk Assessment Corporation*** (formerly ***Radiological Assessments Corporation***)
*President/Owner*, Neeses, South Carolina (1977–present)

Owner and president of *Risk Assessment Corporation, Inc.* (formerly *Radiological Assessments Corporation*), which focuses on the analysis of exposure and dose from radionuclides and chemicals released to the environment. Completing research contracts for the Environmental Protection Agency, Chem-Nuclear Corporation, Oak Ridge National Laboratory, Battelle Pacific Northwest Laboratory, Du Pont Company, University of Utah, Centers for Disease Control and Prevention, Colorado Department of Public Health and Environment, Department of Justice, the New Mexico Department of Environment among others.

**Embeford Farm**
*President/Owner (1000-acre family farm)*, Neeses, South Carolina (1977–present)

**Oak Ridge National Laboratory**
*Research Associate*, Oak Ridge Tennessee (1974–1977)

Conducted assessments of radiological impacts around nuclear facilities, performed studies to evaluate environmental impact of advanced fast reactor fuels, and developed and improved models to evaluate radionuclide releases to the environment.