**EXHIBIT 16**

August 2004 Update to 1996 Report

Chris G. Whipple, Ph.D.[1]
Principal
ENVIRON International Corporation

Introduction

This update addresses two developments that have occurred since 1996. The first involves changes to the Rocky Flats site due to ongoing remediation activities. Since 1996, over half the buildings at Rocky Flats have been demolished.[2] All the fissile material onsite in 1996 has been stabilized and shipped to other DOE locations. The current plan is that remedial work at the site will be completed by December 15, 2006. Upon closure, the site will become the Rocky Flats National Wildlife Refuge.

The second development is the completion of many studies related to past operations and with the site following closure. A series of studies were performed for the Colorado Department of Public Health and Environment (CDPHE) under a program named Historical Public Exposures, Phase II. These studies estimate both the risks to residents near the site during the years it was operating and risks that will exist when remediation is completed.

Section 1.    Site Remediation

a)  Disposition of plutonium and enriched uranium

Since my initial expert report in 1996, remediation activities at the site have made significant progress towards site closure. Many of the site conditions addressed in my report and in those from Drs. North and Budnitz have changed and are no longer relevant.

In particular, the report dated November 21, 1996, "Management of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant," D. Warner North and Robert J. Budnitz raised concerns regarding plutonium residues, fire and criticality risks. They drew attention to the quantities of plutonium in storage at RFETS, the conditions of that storage, associated fire risks, and criticality risks. Drs. North and Budnitz conclude that, as a result, there is elevated risk to those living and working near Rocky Flats. Any conditions upon which Drs. Budnitz and North relied regarding the storage of plutonium and plutonium residues have been eliminated:

---

[1] My compensation rate for this work is $300/hour. I have not testified at trial or in a deposition within the past four years. My publications are listed on the attached resume.

[2] The Rocky Flats Environmental Technology Site website, http://www.rfets.gov/doe/, reports that as of April 2004, more than 440 of 805 buildings/structures have been demolished.

b) Historical Public Exposures Studies

Since 1996, additional quantitative and qualitative risk assessments of the areas near the Rocky Flats Environmental Technology Site have been finalized. These findings are consistent with my earlier conclusions that risks to offsite residents are very low.

The CDPHE has supported a series of studies regarding releases and transport of hazardous materials from the Rocky Flats Plant and exposures to those substances. This work has resulted in over twenty reports that carefully evaluate past releases, compare the modeled effect of these releases with soil data, and calculate the associated health risks. Risks from past operation have been estimated for exposures to plutonium, uranium, beryllium, dioxins and carbon tetrachloride.

The Phase II Historical Public Exposures studies conducted by Radiological Assessment Corporation[1] (RAC) are comprehensive in their integration of the various release estimates with fate and transport models and human exposure and risk analyses. A key aspect of the RAC studies is the extent to which work was done to explore the internal consistency of the various analyses. In particular, the three main aspects of the analyses are the estimated releases from the Plant (also referred to as the source term), the fate and transport of the released materials to the surrounding environment, and the resultant concentrations of hazardous substances in the soil.

Extensive amounts of data regarding conditions around the Rocky Flats Plant site are available to support such a quantitative approach. The CDPHE reports that samples have been collected at over 10,000 locations, over 130,000 environmental samples have been collected, and over 400,000 sample analyses have been performed.

In contrast to the anecdotal nature of the reports from Drs. North and Budnitz, these additional quantitative risk assessments conducted for the CDPHE reflect the careful integration of the relevant data into the risk assessments. The CDPHE-sponsored assessments used computer models that are generally accepted by regulators, but the assessments were further strengthened by the evaluation of the appropriateness of the underlying models and assumptions for use under the specific conditions that exist at Rocky Flats. In terms of their technical quality, the RAC assessments reflect the current state of the art for risk assessment. The process by which these studies were conducted was exemplary in the way that the affected public was included in their development.

---

[1] In 1998, *Radiological Assessments Corporation* changed its name to *Risk Assessment Corporation*. *Radiological Assessments Corporation* is listed as the author of all Phase II reports.

Phase II RAC reports reevaluated and expanded on Phase 1 work to estimate the major releases of plutonium to the air from the 1957 and 1969 fires, the 903 Pad, and from routine effluents. Releases of beryllium, carbon tetrachloride and dioxins were also evaluated.

The Phase II effort included many studies to evaluate and compare computer models used to calculate how contaminants would move from off the site and how they would behave in the surrounding areas once deposited on the ground. Model results were compared and calibrated against actual measurements of plutonium in soil. Consideration was given to the contribution of plutonium from atmospheric weapons testing. RAC compared estimated and measured concentrations in soil and found good agreement. The conclusion of this comparison is "Overall, the model-estimated plutonium inventory in soil is within about a factor of 2 of the independent inventory estimates based on plutonium soil concentration data. These results provide some validation of the total quantities of plutonium released from the plant."[1]

The authors conclude that the modeled results are appropriate for other releases: "The same models were used to estimate the atmospheric release and transport of carbon tetrachloride and beryllium as for routine releases of plutonium; therefore, the air monitoring validation data complied for plutonium are relevant for these other materials released. This summary of the validation for plutonium transport in the environment gives us some confidence that we have estimated the transport of other contaminants reasonably well."

In its Phase II studies, RAC addressed the significance of releases of uranium, carbon tetrachloride, and beryllium, along with the health risks from past plutonium releases. Based on the integrated reassessment of the releases, transport and exposure, and toxicity of plutonium and carbon tetrachloride, the overall conclusion from the RAC assessment regarding risks from releases from the Rocky Flats Plant to someone living near the plant between 1953 and 1989 is:

> "Of the scenarios that were modeled, a laborer living and working southeast of Leyden near Indiana Street and 64[th] Avenue throughout the entire period of operations at the RFP has the highest risk of (50[th] percentile) developing cancer from plutonium inhalation. These risks range between $2.0 \times 10^{-4}$ (95[th] percentile) and $2.2 \times 10^{-8}$ (5[th] percentile), with a median risk estimate of $2.3 \times 10^{-6}$."

> The cancer risk from carbon tetrachloride releases were estimated for the laborer scenario as having a "90% probability that the model-

---

[1] *Final Report: Technical Summary Report for the Historical Public Exposures Studies for Rocky Flats Phase II, Part of Task 6: Technical Support for Public Involvement,* H. A. Grogan et al, September 1999.

> estimated incremental lifetime cancer incidence risk for the laborer
> was between $1.3 \times 10^{-6}$ (5% value) and $2.1 \times 10^{-5}$ (95% value)."

This means that the best estimate of the lifetime cancer risk to the offsite individual who lived near the plant the entire time the Plant was operating at the location of highest risk was slightly over 2 in a million. As a point of reference, the US EPA rarely acts on risks of 1 in a million over a lifetime, and may allow risks as high as 100 in a million. An added point of comparison is that the risk that an average American will develop cancer in his or her lifetime is about 1 in 3. The careful reconstruction of historical exposures by RAC confirms that releases of hazardous materials from the Rocky Flats Plant did not produce significant risk to members of the nearby population.

c)   Establishment of site cleanup levels consistent with planned future use

In their reports, Drs. North and Budnitz raise the question of future risks faced by residents near the site. They did not attempt to calculate or quantify such risks. Analyses by RAC under the CDPHE Phase II effort address future risks from the site.

A key task in the remediation of Rocky Flats was to determine what actions were needed to ensure that any possible future risk would be low. The questions are: What needs to be cleaned up, and to what level? The answers to these questions can be expressed in the form of allowable soil and water concentrations for the identified contaminants. Concentration limits, referred to as action levels, are derived to identify what needs to be done during the site closure process so that the site can be used safely as intended following closure.

Soil cleanup levels were derived for the approved future use through a process that began in 1996, including independent assessment by RAC.[1] One aspect of the RAC assessment of the radionuclide soil action levels (RSALs) proposed for plutonium, uranium, and americium for Rocky Flats was to compare them to RSALs at other sites, and provide an explanation for the site-to-site differences that existed.

In the course of this analysis, RAC made a careful evaluation of five environmental computer models commonly used to assess risks from radionuclides in soil, and documented their recommendation to use the RESRAD model to derive RSALs. Following completion of the RAC study, the US EPA, CDPHE, and DOE prepared a report, *Task 3 Report and Appendices: Calculation of Surface Radionuclide Soil Action Levels for Plutonium, Americium, and Uranium*. The RAC analyses and the report by EPA, CDPHE, and DOE facilitated the evaluation of various

---

[1] J. E. Till et al, Final Report, Technical Project Summary, Radionuclide Soil Action Level Oversight Panel, February 2000.

exposure scenarios, to ensure that the action levels set for the cleanup would be protective for the planned future site use.

### 1) Who is to be protected?

One key issue in developing such action levels through the use of a risk assessment is the selection of the characteristics of the person or group to be protected. In the Rocky Flats analyses of action levels, several exposure scenarios were evaluated. Because the intended site use is as a wildlife refuge, one scenario addressed exposures and risks to a wildlife refuge worker. The other scenarios evaluated were for an office worker, an open space user, and a rural resident. The hypothetical wildlife refuge worker was selected because this scenario is consistent with the selected site use, and is more constraining than other scenarios consistent with the planned site use. That is, for the same assumed soil concentrations, the hypothetical wildlife refuge worker is assumed to receive greater exposure and risk than would the hypothetical office worker and open space user.

For the wildlife refuge worker, office worker, and open space user, the primary exposure pathways identified in the analysis were soil ingestion, dust inhalation, and external gamma radiation. For the hypothetical rural resident, additional exposures were calculated to occur through the consumption of on-site fruits and vegetables. Other pathways were evaluated and found to contribute insignificantly to exposure; these include surface water ingestion, surface water dermal contact, soil-dermal contact, sediment ingestion, and sediment-dermal contact.

For all the scenarios, exposures were calculated to increase with greater time spent outdoors. It makes sense that someone who spends half his or her time outdoors, as is assumed for the wildlife refuge worker, would ingest more soil and inhale more dust than an office worker who spends little time outdoors. Similarly, buildings offer some shielding from direct gamma exposures from radionuclides in soil; so direct exposures are higher for someone who spends time outdoors than for one who is indoors.

The rural resident scenario was also evaluated to determine exposures and risks that might result from such a situation. The hypothetical rural resident receives higher exposures and risks than the wildlife refuge worker, due to the assumption that the rural resident spends 24 hours a day, 350 days a year on the site and consumes locally grown food. In contrast, the wildlife refuge worker is assumed to work a normal 40-hour week, and not to grow food on the site. Although the rural resident scenario is not consistent with the planned site use and is therefore not an appropriate basis for the derivation of RSALs, the scenario was included in the assessments because it provides a measure of how the site would perform under unrestricted conditions.

The work by RAC in developing these scenarios and setting up a modeling framework for their evaluation reflects exceptional care. For example, the EPA provides guidance for assumptions to be used in risk assessments regarding soil ingestion. This guidance notes several factors that affect estimates of soil ingestion, for example, children and people who work outdoors or garden eat more dirt than the average adult. The RAC approach uses a range of values for soil ingestion to reflect the fact that the rate of soil ingestion varies from one person to another and that there are uncertainties in how much soil is consumed.

The RAC team reviewed the studies on which EPA's estimates are based to see whether they were appropriate and applicable at Rocky Flats. By doing so, they were able to calculate separate outdoor and indoor soil ingestion rates so that assumptions about the fraction of time spent outdoors could be appropriately modeled. This again reflects an extraordinarily high standard of technical quality.

Similarly, RAC paid particular attention to how exposures from dust inhalation were calculated. This is a complicated problem for which no single model is ideal. The amount of dust that is resuspended is very sensitive to ground level wind speeds, to the distribution of soil particle sizes, to the presence or absence of vegetative cover, to the degree to which the land is flat or rough, to the moisture content of the soil, etc. Models are available that include the resuspended dust pathway, but experience has made it clear that a generic, one-size-fits-all modeling approach does not work well across the range of characteristics encountered at different locations.

It is not uncommon to find risk assessments in which dust exposures were analyzed by simply using a model's "default" parameters. "Default" parameters are those the model uses unless the model user provides an alternative value. Typically, the model prefers to use local data to default values, if appropriate local data are available. In a good risk assessment, it is desirable to collect sufficient parameter data to customize a model to use parameters that reflect actual site conditions to the extent possible.

The analysis of dust exposures by RAC went beyond normal good practice. RAC's report to the RSALOP describes what was done:

> The *mass loading* parameter is a measure of resuspension of soil from the ground. Resuspension is a complex process that is affected by many environmental factors that have not been well documented. The current version of RESRAD uses a mass loading factor to define resuspension but even the developers of RESRAD stressed its inadequacy at representing actual conditions at a given site. As a result, *RAC* used historic air monitoring data as the best measure of resuspension. *RAC* considered the location of each scenario onsite where the hypothetical person resides and/or works and used actual

10

air monitoring data in combination with the soil contamination data to estimate a relationship between concentrations in air and soil that was used to estimate resuspension. This process bypasses the calculation in RESRAD and defines resuspension based on actual air monitoring data from the site.

### 2) What level of protection is judged to be appropriate?

Another key risk assessment-based element in remediation planning is the selection of cleanup levels. In evaluating alternative cleanup levels, analyses considered both radiation dose rates for decommissioning set by the U.S. Nuclear Regulatory Commission and residual risks levels associated with the EPA's Superfund requirements. The NRC rule requires that the site be cleaned up so that a future user will not receive a dose greater than 25 mrem per year. The US EPA Superfund program uses an acceptable risk range for lifetime cancer risk of $10^{-4}$ to $10^{-6}$ (that is, a lifetime risk between 1 in 10,000 and 1 in 1,000,000).

As noted, at Rocky Flats, the wildlife refuge worker scenario was selected as the basis for the RSALs. This resulted in a RSAL for plutonium of about 100 pCi/g of soil.[1] Attachment 5 of the RFCA indicates that the RCRA parties have agreed that accelerated actions are to be used for soil with plutonium activity above 50 pCi/g. Use of a lower value than that calculated should ensure that it is highly unlikely that anyone would be exposed to risks above 1 in 100,000 under the site's future use plan. Even for a rural resident scenario, lifetime risks are below 1 in 10,000, and fall within EPA's acceptable risk range.

Conclusions

As described above, since my 1996 report was written, an extensive amount a work has been done to quantify past and future risks around the Rocky Flats Site. This work reflects risk assessment at its best:

- The basis for analysis, including the choice of models and parameters, is clear and well documented;

- Models were benchmarked against measured concentrations and against alternative models;

- Alternative models were evaluated and the most appropriate models were selected for use;

---

[1] Footnote h to Table 3 of Attachment 5 of the RCRA indicates that the RSAL for Pu-239 is 116 pCi/g; Table 1-1 of the EPA, CDPHE, and DOE September 30, 2002 report indicates a value of 91 pCi/g.

- Uncertainties were carefully included in the analysis;

- Models were supplemented by direct measurements when and where that produced a more reliable result, as with the dust exposure analysis;

- Exposure scenarios were developed in conjunction with and consistent with plans for future site use;

- Regulators and the Citizens Advisory Board provided review and oversight of the work as it proceeded; and

- The work was peer reviewed.

The work by RAC discussed above includes all the elements of a sound assessment. The reports by Drs. North and Budnitz contain none of these elements. They cite anecdotes and speculate about how events that happened many years ago might have been worse than they were. They speculate that conditions present at the site in 1996 could cause future harm.

The concerns Drs. North and Budnitz expressed about Building 771 have become irrelevant. The plutonium and other material this building once contained have been stabilized, repackaged, and shipped off the site. All gloveboxes and piping have been removed, and the decontaminated building is being demolished. Once that is complete, the hillside where Building 771 was located will be recontoured to control runoff and reseeded with native grasses.


Chris Whipple

August 8, 2004
Date

12

**Chris G. Whipple, Ph. D.**                                                                    1

**Education**

1974    Ph.D., Engineering Science, California Institute of Technology

1971    M.S., Engineering Science, California Institute of Technology

1970    B.S., Engineering Science, Purdue University

**Experience**

Dr. Whipple is a Principal in Environ International's Emeryville, California office. His expertise is with the management of risks to health and the environment; his experience includes work on risk assessment methods, risk management, regulation, and risk communication. Major emphases of his work have been with risks associated with radioactive wastes, with hazardous air pollutants, and with risk communication. He has served on numerous national committees to study and advise on radioactive waste management, including committees of the National Academy of Sciences, Environmental Protection Agency, and National Council on Radiation Protection and Measurement, of which he is a member. He was elected to membership in the National Academy of Engineering in 2001. Dr. Whipple was a charter member of the Society for Risk Analysis and served as its second president. In 1990, he received the society's outstanding service award. His experience prior to joining Environ includes positions as Vice President of ICF Consulting, Vice President of ICF Kaiser International, and Technical Manager for Environmental Risk Assessment of EPRI's Environment Division. Selected examples of his recent work include the following:

**Radioactive Waste Management**

- Chairman of the National Academy of Sciences (NAS) Committee on Review of the Hanford Site's Environmental Remediation Science and Technology Plan (2000-2001). Vice-Chairman of the NAS Committee on Optimizing the Characterization and Transportation of Transuranic Waste Destined for the Waste Isolation Pilot Plant (2002-2004). Vice-Chairman of the NAS Committee on Long-Term Institutional Management of DOE Legacy Waste Sites: Phase 2, (2001-2003). Member of the Academy's Board on Radioactive Waste Management from 1985 to 1995 and Chairman from 1992 to 1995. Served as member of NAS committees on the Technical Bases for Yucca Mountain Standards and the Waste Isolation Pilot Plant (WIPP). Served on the Committee on Radioactive Waste Management with the USSR.

- For Ch2MHill Hanford, served on a panel to review a draft risk assessment for the first Hanford tank farm closure.

- Chaired a peer review of the Total System Performance Assessment (TSPA) of the proposed Yucca Mountain radioactive waste repository. This work was conducted under a contract from TRW.

- Serves on the Yucca Mountain Science & Technology Review Panel. This Panel reviews research needs for DOE's Office of Civilian Radioactive Waste Management.

EXHIBIT

**Chris G. Whipple, Ph. D.**

- Member of the Civilian Radioactive Waste Management System Management and Operating Contractor Monitored Geologic Repository (MGR) Consulting Board. This Board advised the Yucca Mountain Project M&O contractor.

- For the Secretary and Under Secretary of Energy, reviewed documents and briefing materials in connection with the Yucca Mountain site recommendation.

- For the Swedish Radiation Protection Institute (SSI), reviewed relevant documents and offered advice on compliance issues associated with the Swedish Radiation Protection Institute's *Regulations Concerning the Final Management of Spent Nuclear Fuel and Nuclear Waste*. The review is aimed at the identification of strategies and research projects that may help SSI develop the standards.

- For various law firms and other private clients, provided litigation and other support with technical reviews and analyses involving radioactively contaminated sites, radiation exposures, naturally occurring radioactive materials (NORM), and nuclear operations. Conducted risk assessments for radioactive materials disposed of in a landfill, from radon emissions from a landfill gas-fired power plant, and to workers inside a biotech facility. Firms include Hunton & Williams, Kirkland & Ellis, Paul, Hastings, Janofsky, and Walker, McGinnis, Lochridge, and Kilgore, Loeb & Loeb, Akin, Gump, Strauss, Hauer & Feld, White & Case, Luce, Forward, Hamilton & Scripps, Gray Cary Ware & Freidenrich, Latham & Watkins, and Gibson, Dunn & Crutcher.

- For the Department of Energy and the Westinghouse Hanford Company through Kaiser Engineers Hanford, helped establish technical bases for the Hanford tank characterization effort and define the technical requirements to resolve issues with characterization. This work involved safety issues associated with tank characterization and management, and data quality objectives work for the process for removing cesium from tank wastes.

- As a member of an EPA Science Advisory Board subcommittee, developed a risk assessment and uncertainty analysis model for carbon-14 emissions from a high-level radioactive waste repository. This analysis led the subcommittee to conclude that current uncertainties in key performance parameters precluded a judgment of whether emissions of carbon-14 would exceed regulatory limits for high level waste.

- For Westinghouse Idaho Nuclear Company and later for Lockheed Idaho Technology Company, reviewed performance assessments for a repository containing high level radioactive wastes from the Idaho Chemical Processing Plant. This work is designed to evaluate the comparative merit of treatment options for different waste types.

- For a private client, reviewed documents and wrote comments on the proposed plan for remediation of a large CERCLA site undergoing cleanup under the FUSRAP program.

- Member of the National Council on Radiation Protection and Measurements (NCRP). Member of NCRP Committee 92 on Public Policy and Risk Communication. Served on Committee 64, on Environmental Issues and on the Program Committee for the 1994 NCRP Annual Meeting.

- Was a principal reviewer of the WIPP performance assessment as part of the NAS WIPP Committee. Chaired a Committee of EPA's National Advisory Committee on Environmental Policy and Technology for WIPP issues. Testified before committees of

ENVIRON

**Chris G. Whipple, Ph. D.**

the House Armed Services Committee and the New Mexico legislature on NAS recommendations regarding WIPP. Served as vice-chair of the NAS Committee on Optimizing the Characterization and Transportation of Transuranic Waste Destined for the Waste Isolation Pilot Plant.

- Chaired a review by NAS of DOE's technical analyses regarding aspects of the EPA standard for high-level waste. The issues included the regulatory treatment of human intrusion into a radioactive waste repository, the uncertainties in future projections of risk, the use of multiple pathway analyses and of collective dose to improve the waste standard, and the derivation of an equivalence unit for high level and transuranic waste.

- For Lawrence Berkeley National Laboratory, reviewed risk assessments of radioactive tritium releases from the lab and presented results of the review to the Environmental Action Committee of the Berkeley City Council and at an evening town meeting. Served on an Environmental Sampling Project Task Force for this issue.

- Consultant to the Nuclear Regulatory Commission's Advisory Committee on Nuclear Waste and the U.S. Nuclear Waste Technical Review Board.

- Consultant to EPRI's Nuclear Power Division on high level waste issues, including an assessment of the regulatory approach to manage environmental risks from high-level radioactive wastes in comparison to the approach taken to manage other environmental health risks and confirmation of repository performance.

- As member of National Academy of Sciences Board on Radioactive Waste Management, reviewed and critiqued DOE's approach to site selection for a high-level radioactive waste repository.

- Publications on radioactive waste management in *Scientific American, Nuclear Technology, The Environmental Professional,* and elsewhere.

**Environmental Risk Assessment**

- Appointed as a Special Master by a Federal Judge to a study group to oversee the investigation and possible remediation of mercury contamination of sediments of the Penobscot River in Maine.

- For the American Forest and Paper Association, American Petroleum Institute, Association of Metropolitan Sewerage Agencies, U.S. Steel, and the Utility Water Act Group, worked on many aspects of methylmercury exposure assessment, including fish consumption rates, fish advisories, the application of mercury-related water quality criteria to lakes and rivers, and risk assessments for various mercury sources. EPRI provided additional support for the study.

- For a private client, prepared a "Fish Tissue White Paper" concerning mercury contamination in a Northeastern U.S. Lake.

ENVIRON

**Chris G. Whipple, Ph. D.**                                                   4

- For EPRI, in conjunction with Charles Rivers Associates, evaluated the cost-effectiveness of alternative approaches to control mercury emissions from U.S. coal-fired power plants. This analysis estimated the changes in exposures to methylmercury from fish consumption that would result from the mercury controls proposed under a MACT approach and under the Clear Skies Initiative.

- For EPRI, evaluated the 2000 and 2002 data releases from the National Health and Nutrition Evaluation Survey (NHANES) regarding blood and hair concentrations of mercury in women of childbearing age and in children. The data release also included information on fish consumption.

- Consortium for Risk Evaluation with Stakeholder Participation (CRESP) – participated in a project managed by the Robert Wood Johnson Medical School at Rutgers University and the University of Washington School of Public Health to evaluate the U.S. Department of Energy's use of risk in decision-making.

- Consortium for Environmental Risk Evaluation (CERE) - Phase I. Managed key aspects of a major study of risks from the Department of Energy's nuclear weapons complex. As a contractor to Tulane University, the project reviewed studies concerning risks to the public, to workers and the environment from six major DOE facilities.

- Consortium for Environmental Risk Evaluation - Phase II. As a subcontractor to Tulane University, lead the evaluation of computer-based multimedia risk assessment models. The project evaluated the MEPAS, RESRAD, and MMSOILS models by conducting case studies of DOE sites where risk assessments have been made.

- Assisted the electric utility industry with risk analyses of toxic air emissions from coal and oil-fired power plants, and helping the industry evaluate the impacts and requirements of the 1990 Clean Air Act Amendments. This work includes risk assessment for emissions from coal- and oil-fired power plants. A significant emphasis of this work has been the assessment of mercury exposures and of risks from radionuclide emissions. The radionuclide analysis led EPA to revise its risk assessment model for releases of radionuclides to the air, CAP88-PC. The work also includes a study of the relationship between mercury exposure limits and fish advisories.

- Managed office that conducted numerous risk assessments for private clients and for government, including assessments for EPA at four Superfund sites. Office reviewed risk assessments for EPA Region IX Superfund office and California Regional Water Quality Control Board.

- Conducted a risk analysis and review of EPA's analysis of a proposed gasoline additive for a private client. This work included presentation of a technical paper at an EPA workshop and discussions of the analysis with EPA staff.

- Currently a member of the National Academy of Sciences Board on Environmental Studies and Toxicology. Served on the NAS Committee on the Health and Ecological Effects of Synfuels Industries. Member, Peer Review Group for EPA's Integrated Risk Analysis for Synfuels Program.

- Consulted to EPA's Office of Air Quality Planning and Standards on methods to deal with uncertainty in risks from criteria air pollutants.

**Chris G. Whipple, Ph. D.**                                                                                     5

- Numerous publications on the comparative risks of energy sources, including articles in *Risk Analysis* and the *Journal of Energy Engineering*.

**Risk Communication**

- For a major California corporation, consulted on risk management, assessment, and communications efforts associated with chemical contaminants in a residential neighborhood. Work included interpretation of site data, development of options for dealing with state regulators, development of communication approaches and messages for site residents, city officials and the news media.

- Met with local elected officials, reporters, plant workers, and members of the public in connection with a private client risk assessment for a cement kiln operating on fuel containing hazardous liquid wastes.

- Served on the National Academy of Sciences Committee on Risk Perception and Communication; this committee produced the well-regarded 1989 publication, "Improving Risk Communication."

- Member of advisory committees for National Science Foundation projects on "Towards Understanding Public Responses to Risky Technologies" and on "The Societal Management of Technological Hazards."

**Nuclear Safety**

- As a contractor to Sandia National Lab, serves as a member of the Senior Technical Advisory Panel of the Department of Energy's Nuclear Explosive Safety Study Group, 2000-.

- Chairman, International Atomic Energy Agency Coordinated Research Program on Risk Criteria for the Nuclear Fuel Cycle, 1983-87. Served on other IAEA committees dealing with radiological protection and safety criteria.

- As a member of National Academy of Sciences Committee on Nuclear Safety Research, reviewed the Nuclear Regulatory Commission's research activities.

- Participated in Nuclear Regulatory Commission activities to develop quantitative safety goals for nuclear power plants. Wrote EPRI's comments on NRC's proposed goals. Member of NUMARC (Nuclear Utility Management and Resource Council) ad hoc committee to assess and respond to proposed EPA regulations for radionuclides.

- Publications include articles in *Nuclear Safety*. Studies include assessment of the financial risks to utilities from nuclear plant accidents, use of safety goals for risk management, and liability issues associated with nuclear power insurance.

ENVIRON

**Chris G. Whipple, Ph. D.**                                                                                    6

**Professional Activities**

The National Academies/National Research Council

> Chairman, Committee on Environmental Decision Making: Principles and Criteria for
>    Models, 2004-
> Member, National Academy of Engineering (elected 2001)
> Member, Board on Environmental Studies and Toxicology. 2001-
> Chairman, National Academy of Engineering Program Development Committee
> Vice-Chairman, Committee on Optimizing the Characterization and Transportation of
>    Transuranic Waste Destined for the Waste Isolation Pilot Plant, 2002-2004.
> Vice-Chairman, Committee on Long-Term Institutional Management of DOE Legacy
>    Waste Sites: Phase 2, 2001-2003.
> Chairman, Committee on the Review of the Hanford Site's Environmental Remediation
>    Science and Technology Plan, 2000-2001.
> Member, Board on Radioactive Waste Management, 1985-1995, Chairman 1992-1995.
> Member, Oversight Commission for the Evaluation of the Science, Engineering,
>    and Health Basis of the Department of Energy's Environmental
>    Management Program, 1995.
> Member, Committee on the Technical Bases for Yucca Mountain Standards, 1993-95.
> Member, Committee on the Waste Isolation Pilot Plant, 1989-1996.
> Member, Committee on Risk Appraisal in Development of Facilities Design Criteria,
>    1989-91.
> Member, Committee on Radioactive Waste Management with the USSR, 1990.
> Member, Committee on Risk Perception and Communication, 1988-90.
> Member, Committee on Nuclear Safety Research, 1985-86.
> Member, Committee on the Health and Ecological Effects of Synfuels Industries, 1984.

Society for Risk Analysis

> Charter Member and Fellow
> President, 1982-1983
> General Chairman, Annual Conference, 1983 and Co-chair, Annual Conference, 1989
> Chaired committees on Nominations, Conferences, and Local Chapters
> Lecturer, SRA Course on Risk Assessment, 1986-1995
> Established Northern California Chapter, 1986, President, 1988-89
> Member, Editorial Advisory Board, *Risk Analysis*
> Recipient, Outstanding Service Award, 1990
> As former SRA president, is a member of the Council of Scientific Society Presidents
>    Alumni Association

EPA

> Member of EPA's National Advisory Council for Environmental Policy and Technology
> (NACEPT) 1997-2000; member NACEPT Executive Committee FY 1999. Member of
> EPA's NACEPT Committee on Environmental Information, Economics, and Technology,
> 1995-1996. Member and Chairman of EPA's NACEPT Committee on Waste Isolation
> Pilot Plant Review, 1992-99.
>
> Member of EPA Science Advisory Board Radiation Advisory Committee Subcommittee
> on High-Level Waste/Carbon-14, 1992.

ENVIRON

**Chris G. Whipple, Ph. D.** 7

National Council on Radiation Protection and Measurements (NCRP)

    Elected to Membership in 1995; re-elected 2001
    Member of Committee 64 on Environment Issues, 1995-2003
    Member of Committee 92 on Public Policy and Risk Communication, 1998-
    Member of planning committee for NASA-sponsored symposium on "Acceptable
        Radiation Exposure from Space Activities"
    Member of Organizing Committee for 1994 Annual Conference

Other

    Recipient, Purdue University Distinguished Engineering Alumni Award, 2004.

    Member, Advisory Committee for the Energy and Environment Directorate, Lawrence
    Livermore National Laboratory, 2002-.

    Member, Technical Advisory Board, Center for Multiphase Environmental Research,
    Washington State University.

    Member, Environmental Sampling Project Task Force, Lawrence Berkeley National
    Laboratory, 2000-2001.

    Member, Advisory Board for the Department of Nuclear Engineering and Radiological
    Sciences, The University of Michigan, 1999-2003.

    Member, Advisory Board, *Environmental Practice,* 1999- and *The
    Environmental Professional,* 1985-95. Both are publications of the National Association
    of Environmental Professionals.

    Member, Advisory Committee, Health Sciences Research Division, Oak Ridge National
    Laboratory, 1995.

    Member, Steering Committee, International Risk Assessment/Risk Management Forum,
    Medical University of South Carolina Environmental Hazards Assessment Program,
    1995-96.

    Member, Advisory Committee for the Center for Risk and Systems Analysis for the
    Control of Toxics, UCLA School of Engineering, 1990-95.

    Member, Advisory Board, Center for Risk Management of Engineering Systems, School
    of Engineering and Applied Science, University of Virginia, 1987-90.

    Member, National Science Foundation Advisory Committees on "An Assessment of the
    State-of-the-Art of Risk Assessment," "Towards Understanding Public Responses to
    Risky Technologies" and on "The Societal Management of Technological Hazards."

    Program Committee for PSA '85, PSA '87, and PSA '89, meetings on probabilistic safety
    assessment sponsored by the American and European Nuclear Societies, Society for Risk
    Analysis, and several other professional societies.

ENVIRON

**Chris G. Whipple, Ph. D.**

Course Director, AAAS-NSF Chautauqua-Type Short Course for College Teachers on Risk-Benefit Analysis, as Special Consultant to the University of Missouri and the University of Georgia, 1978-83.

Course Director, NATO Advanced Study Institute on Technological Risk Assessment, Erice, Italy, 1981.

Lecturer, Mechanical Engineering Department, Stanford University, 1978-79.

ENVIRON

**Chris G. Whipple, Ph. D.**                                                        9

**Selected Publications and Presentations**

"Merit Panel Review of the C-Tank Farm Closure Performance Assessment," Helen Grogan, Kathryn Higley, David Kosson, and Randy Maddalena, co-authors. Report prepared for CH2M Hill Hanford, April 2004.

"Using Multimedia Risk Models in Environmental Monitoring," C. Travis, K.R. Obenshain, J.T. Gunter, J.L. Regens, co-authors, in *Environmental Monitoring*, CRC Press. 2004

*Improving the Characterization Program for Contact-Handled Transuranic Waste Bound for the Waste Isolation Pilot Plant*, Committee on Optimizing the Characterization and Transportation of Transuranic Waste Destined for the Waste Isolation Pilot Plant, National Academy Press, Washington, DC 2004.

"Analysis of Emissions, Exposures, and Risks of Toxic Air Emissions from U.S. Coal and Oil-Fired Power Plants," presented at the Conference on Urban Air Pollution and Energy, Chinese Academy of Engineering and U.S. National Academy of Engineering, Beijing, October 15-17, 2003.

"Nuclear Waste Disposal Concepts," presented at the IAEA General Training On Methodologies For Geological Disposal in North America, Lawrence Berkeley National Laboratory, August 11, 2003 and at Vanderbilt University, September 15, 2003.

"Trends at the Intersection of Risk Assessment and Policy," Plenary talk at the World Risk Congress, Brussels, June 22, 2003.

"A Framework for Assessing the Cost-Effectiveness of Electric Power Sector Mercury Control Policies" report for EPRI, Anne Smith and John Rego, co-authors, March 2003.

*Implementation of EPA's Methylmercury Criterion for Fish Tissue*, coauthored by David Dean of AMEC Earth & Environmental. Prepared for the American Forest and Paper Association, the American Petroleum Institute, the Association of Metropolitan Sewerage Agencies, U.S. Steel, and the Utility Water Act Group, 2002. Published as EPRI Technical Report 1005520, March 2003.

*Blood Levels of Mercury and Fish Consumption: Preliminary Analysis of the NHANES 2002 Data Release*, prepared for EPRI, 2003.

"Conceptual Site Models and Multimedia Modeling: Comparing MEPAS, MMSOILS, and RESRAD," James L. Regens, Karen Obenshain, Curtis Travis, co-authors, *Human and Ecological Risk Assessment*, Vol. 8, No. 2, pp. 391-403, 2002.

*Science and Technology for Environmental Cleanup at Hanford*, Committee on the Review of the Hanford Site's Environmental Remediation Science and Technology Plan, National Academy Press, Washington, DC, 2001.

"The Sensitivity of Fish Advisories to Changes in the Reference Dose for Mercury: A Case Study of Eight States," prepared for EPRI and the Utility Air Regulatory Group, Hunton & Williams, December 1999.

**Chris G. Whipple, Ph. D.**

"Peer Review of the U.S. Department of Energy's Use of Risk in its Prioritization Process," by the Peer Review Committee of the Consortium for Risk Evaluation with Stakeholder Participation, December 15, 1999.

"Limitations of Multimedia Models for Use in Environmental Decision Making," C. Travis, K. Obenshain, J.L. Regens, co-authors, *Environmental Monitoring & Assessment,* Vol. 71, No.1, 2001.

"The Sensitivity of Fish Advisories to Changes in the Reference Dose for Mercury: A Case Study of Four States," prepared for the Utility Air Regulatory Group, Hunton & Williams, and EPRI, Diane Wisbeck, co-author, August 27, 1999.

"Total System Performance Assessment Peer Review Panel – Final Report," Robert Budnitz, Rodney Ewing, Dade Moeller, Joe Payer, and Paul Witherspoon, co-authors, February 11, 1999.

*Multimedia Modeling and Risk Assessment,* James L. Regens, Curtis Travis, Karen R. Obenshain, James T. Gunter, Vincent Miller, David Hoel, Gianni Chieruzzi, Martin Clauberg, and Patricia D. Willis, co-authors, Medical University of South Carolina Press, 1999.

"A Comparative Analysis of U.S. Environmental Health Regulations," D. Wayne Berman and John Kessler, co-authors, presented at the International Symposium on Radioactive Waste Disposal: Health and Environmental Criteria and Standards, Stockholm, September 1, 1998.

"Total System Performance Assessment Peer Review Panel – Third Interim Report," Robert Budnitz, Rodney Ewing, Dade Moeller, Joe Payer, and Paul Witherspoon, co-authors, June 25, 1998.

"Acceptable Risk Levels in U.S. Laws and Regulations," D. Wayne Berman and John Kessler, co-authors, presented at the 8th International High-Level Radioactive Waste Management Conference, Las Vegas, May 13, 1998.

"Dioxins and Dibenzofurans," a report prepared for EPRI, January 27, 1998.

"Total System Performance Assessment Peer Review Panel – Second Interim Report," Robert Budnitz, Rodney Ewing, Dade Moeller, Joe Payer, and Paul Witherspoon, co-authors, December 12, 1997.

"Findings and Recommendations from a Multimedia Model Comparison at DOE Sites," , Larry Regens, Curtis Travis, Gianni Chieruzzi, Karen Obenshain, James T. Gunter, Vincent Miller, Patricial D. Willis, co-authors. Presented at the Society for Risk Analysis Annual Meeting, Washington, DC, December 10, 1997.

"Assessment of Risks from Radionuclide Emissions from Southern Company Steam-Electric Power Plants," Ralph Roberson and Diana Wong, co-authors, prepared for EPRI and Southern Company, October 24, 1997.

"Risk Communication in Action: Examples from Industry," presented at a seminar sponsored by the Gas research Institute on Carbon Monoxide: Communicating Risk and Responsibility, Chicago, October 14, 1997.

ENVIRON

**Chris G. Whipple, Ph. D.**                                                      11

"Dioxin Issues," presented at the EPRI Environment Advisory Group Meetings, St. Louis, October 6, 1997.

"Probabilistic Assessment of Regional Mercury Exposure," C. Seigneur, P. Pai, M. Gerath, D. Mitchell, G. Hamby, G. Gong, and L. Levin, co-authors, *Water, Air and Soil Pollution*, Vol. 97, pages 159-168, 1997.

"Total System Performance Assessment Peer Review Panel – First Interim Report," Robert Budnitz, Rodney Ewing, Dade Moeller, Joe Payer, and Paul Witherspoon, co-authors, June 20, 1997.

"Multimedia Risk Model Comparison for Environmental Restoration," James L. Regens, Curtis Travis, David Hoel, Karen Watanabe, Gianni Chieruzzi, co-authors, presented at Waste Management '97, Tucson, March 5, 1997.

"Evolution of Selected technical Issues in High-Level Radioactive Waste Management," presented at the American Geophysical Union 1996 Fall Meeting, San Francisco, December 16, 1996.

"Risk Assessment Case Studies Using Four Multimedia Risk Assessment Models," Karen Watanabe, Larry Regens, Gianni Chieruzzi, Kathy Yuracko, Karen Obenshain, and Al Unione, coauthors, presented at the Society for Risk Analysis Annual Meeting, New Orleans, December 10, 1996.

"Radioactive Waste Management," a plenary speech at the Nuclear Stewardship Policy Review Workshop, sponsored by DOE's Office of Policy and International Affairs and Lawrence Livermore Laboratory, Lawrence Livermore National Laboratory, October 28,1996.

*The Waste Isolation Pilot Plant: A Potential Solution for the Disposal of Transuranic Waste,* Committee on the Waste isolation Pilot Plant, National Research Council, National Academy Press, 1996.

"Geologic Disposal of U.S. Radioactive Wastes: Technical, Regulatory and Policy Issues," presented to the Nuclear Engineering Department Colloquium, Purdue University, October 21, 1996

"Sensitivity of Mercury Exposure Calculations to Physical and Biological Parameters: Fish Consumption" Uses a simulation approach to estimate the distribution of methylmercury exposures from fish consumption," Leonard Levin, Christian Seigneur, co-authors, presented at the Fourth International Conference on Mercury as a Global Pollutant, Hamburg, August 4-8, 1996.

"Can Nuclear Waste Be Stored Safely at Yucca Mountain?", *Scientific American*, June 1996.

"Approaches to Acceptable Risk," presented at NCRP Symposium on Acceptable of Risk from Radiation Application to Human Space Flight, Crystal City, VA, May 29, 1996.

"Analytical Issues in the Exposure Assessment of Mercury Emissions from Coal-Fired Power Plants," Rudy Von Burg, co-author, presented at the Annual meeting of the Air and Waste Management Association, Nashville, June 24-26, 1996.

ENVIRON

**Chris G. Whipple, Ph. D.**

"Recommendations from EPA's Review Committee on WIPP," "Comments Regarding the NAS Report on Yucca Mountain Standards," "Biosphere Assumptions in Repository Performance Assessment," and "Repository Risk Perceptions and Regulatory Standards." Invited papers presented at the International High-Level Radioactive Waste Management Conference, Las Vegas, April 29-May 3, 1996.

"The Use of Health Risk Assessment to Estimate Desirable Sampling Detection Limits," *Journal of the Air and Waste Management Association*, Volume 45, 823-830, October 1995. Co-authors are Christian Seigneur, Elpida Constantinou, Mary Fencl, Leonard Levin, and Lawrence Gratt.

"Methodological Issues in Radionuclide Risk Assessment for Coal-Fired Power Plants," Ralph Roberson, D. Wayne Berman, David Jeffrey and Robert Cheung, co-authors, presented at the EPRI/DOE International Conference on Managing Hazardous and Particulate Air Pollutants, Toronto, August 15, 1995.

"Utility Industry-Wide Risk Assessment of Trace Substances: Results," Leonard Levin, David Cohan, Lawrence Gratt, Christian Seigneur and Elpida Constantinou, co-authors, presented at the 88th Annual Meeting of the Air & Waste Management Association, San Antonio, June 18-23, 1995.

"Assessment of Utility-Origin Mercury Exposure and Risk," Leonard Levin, Christian Seigneur, Elpida Constantinou, and Rudolph Von Burg co-authors, presented at the 88th Annual Meeting of the Air & Waste Management Association, San Antonio, June 18-23, 1995.

*Technical Bases for Yucca Mountain Standards,* Committee on Technical Bases for Yucca Mountain Standards, National Research Council, National Academy Press, 1995.

*Health and Ecological Risks at the U.S. Department of Energy's Nuclear Weapons Complex: A Qualitative Evaluation,* a report to DOE from the Consortium for Environmental Risk Evaluation, managed by Tulane University. The principal authors are James L. Regens, Chris Whipple, Warner North, David G. Hoel, Timothy A. Hall, Eugene A. Hughes, Annette Shipp, Greg Linder, Donald S. Wilson, Anne E. Smith, R. Robert Steele II, and Robert F. Ward. In addition, there are 33 contributing authors. March 1995.

*Health Risks Associated with Low Doses of Radiation,* H. Behling and K. Behling, co-authors, report for the Electric Power Research Institute, EPRI TR-104070, Project 2920-11, August 1994.

Risk Communication and Low Level Radioactive Waste," presented at the Low Level Radioactive Waste Storage Workshop, Oakland, CA, April 12, 1994 and Newport Beach, CA April 14, 1994.

"Risks from Energy Sources," presented at the Second International Conference on Hazardous Air Pollutants, Washington, D.C., July 13, 1993.

"Repositories, Risk, and Regulation," presented at the International High-Level Radioactive Waste Management Conference, Las Vegas, April 28, 1993.

ENVIRON

**Chris G. Whipple, Ph. D.**

*An SAB Report: Review of Gaseous Release of Carbon-14*, U.S. Environmental Protection
Agency, Science Advisory Board, Radiation Advisory Committee, HLW/Carbon-14
Subcommittee, April 1993.

"Risk Regulation," presented in the Waste-Management Education & Research Consortium
Teleconference Series on Waste Minimization & Pollution Prevention, University of
New Mexico, October 21, 1992. This series was awarded the United States Distance
Learning Associations first place award for "The Best Distance Learning Program, 1992,
High Education - Live Programming."

"How to Think About Future Site Use at Hanford," presented to the Hanford Future Site Use
Working Group, Richland, WA, June 25, 1992.

"Environmental Risk Communication," presented to the Seattle Chapter of the Public Relations
Society of America, June 11, 1992.

"Analytical Approaches to Define Acceptable Risk," presented at a Symposium on Energy, the
Environment, and Risk Analysis in Honor of Chauncey Starr's 80th Birthday, Stanford
University, March 27, 1992. Also served a program chairman for the symposium.

"An Overview of Risk Assessment," presented at an American Industrial Hygiene Association
Symposium, Foster City, CA, March 19, 1992.

"Risk Communication and EMF" presented to the Annual EPRI EMF Conference, San Jose,
October 18, 1991; Wisconsin Electric Association, Tomah, WI, February 20, 1992;
Pennsylvania Electric Association, Harrisburg, June 5, 1992; Jersey Central Power &
Light, Morristown, NJ, December 4, 1992.

Testimony on the National Academy of Sciences Committee on the Waste Isolation Pilot Plant
letter report, to a panel of the House Armed Services Committee, Washington, DC, June
18, 1991.

"Comments on the EPA/ORD Risk Assessment for MMT Use in Unleaded Gasoline," June 20,
1991, submitted by Ethyl Corporation as part of a waiver application to EPA.

"Health and Environmental Risks and Benefits from the Use of Methylcyclopentadienyl
Manganese Tricarbonyl (MMT) in Unleaded Gasoline," presented at the EPA
Manganese/MMT Conference and Workshop, Raleigh, NC, March 13, 1991.

"Why Talk to the Public?" presented at a March 28, 1990 workshop and published in *Business,
Society and Environmental Crises: Who and What Will the Public Believe?* Proceedings
1990, Institute for Business, Ethics, and Public Issues, University of Houston, 1991.

"Historical Overview of Energy Risk Comparisons," *Journal of Energy Engineering*, American
Society of Civil Engineers, December 1990.

"Formulation of a Modular Mathematical Model for Multimedia Health Risk Assessment," C.
Seigneur, co-author, presented at the AIChE Summer Meeting, August 20-22, 1990.

ENVIRON

**Chris G. Whipple, Ph. D.**                                                                14

"Inconsistent Values in Risk Management," presented at a Workshop on Risk and Risk
Communication, Tufts University, January 11, 1990, and published in *Social Theories of
Risk*, Sheldon Krimsky and Dominic Golding, editors, Praeger Press, 1992.

"Greenhouse Gases and the U.S. Electric Utility Industry," presented at the Northern Plains
Conference on Greenhouse Gases and Global Warming, sponsored by the South Dakota
Public Utilities Commission, Pierre, SD, August 29, 1989.

Testimony on the National Academy of Sciences Committee on the Waste Isolation Pilot Plant
letter report, to the New Mexico Interim Committee on Radioactive and Hazardous
Materials, Santa Fe, August 21, 1989.

"Comparative Risks of Energy Production," in *Information Needs for Risk Management*, C. D.
Fowle, A. P. Grima and R. E. Munn, editors, Environmental Monograph No. 8, Institute
for Environmental Studies, University of Toronto, November 1988. [Peer reviewed
volume based on a September 1985 conference.]

"Courts Speak on Risk Issue," in *Forum for Applied Research and Public Policy*, Volume 4,
Number 2, Summer 1989.

"Risk Communication," EPRI Workshop on Manufactured Gas Sites," Pittsburgh, April 21, 1989.

"Acceptable Risk," Society for Risk Analysis Course on Carcinogen Risk Assessment,
Washington, DC, April 4, 1989.

*Improving Risk Communication*, Committee on Risk Perception and Communication, National
Research Council, National Academy Press, 1989.

"Reinventing Nuclear Waste Management: Why 'Getting It Right the First Time' Won't Work,"
Waste Management '89 conference proceedings, Tucson, February 27, 1989.

"Environmental Management at DOE Facilities," Session Moderator, You Can Make a
Difference Conference - Deciding Our Environmental Future, Stanford University,
January 28, 1989.

"Risk Communication Research at EPRI," AAAS Meeting, San Francisco, January 17, 1989.

"Acceptable Risk in Regulation: The Impact of Recent Court Decisions on Public Policy for Risk
Management," in *Risk Analysis: Prospects and Opportunities*, the proceedings of the
Society for Risk Analysis 1988 Annual Conference, Plenum Press.

"Nonpessimistic Risk Assessment and De Minimis Risk as Risk Management Tools," in *The Risk
Assessment of Environmental Hazards*, Dennis Paustenbach, Ed., John Wiley & Sons,
Inc., New York, 1988.

"Risk Communication," EPRI Workshop on Manufactured Gas Sites," Pittsburgh, September 22,
1988.

"Risk Communication," talk given to the Economic Round Table of San Francisco, August 3,
1988.

**Chris G. Whipple, Ph. D.**                                                                15

"An Overview of Risk Assessment," Meeting of the California Council for Environmental and
    Economic Balance, Squaw Valley, Ca., July 26, 1988.

"Acceptable Risk," Society for Risk Analysis Course on Carcinogen Risk Assessment,
    Washington, DC, March 30, 1988.

"Acceptable Risk," in *Carcinogen Risk Assessment*, Curtis Travis, ed., Plenum Press, New York,
    1988.

"Nuclear Safety Goals in Light of the Chernobyl Accident," C. Starr, co-author, *Nuclear Safety*,
    Vol. 29, No. 1, January-March 1988.

"Acceptable Risk," presented at the University of Virginia Center for Risk Management of
    Engineering Systems Open House/Symposium, November 18, 1987.

"U.S. Nuclear Safety Goals in Light of the Chernobyl Accident," presented at the Society for Risk
    Analysis Annual Meeting and published in the proceedings, Houston, November 4, 1987.

"Radiation Risk and Risk Communication," presented at a Seminar sponsored by the Electric
    Council of New England, Boston, October 20, 1987.

*De Minimis Risk*, Edited Volume, Plenum Press, New York, 1987.

"Application of the De Minimis Concept in Risk Management," in *De Minimis Risk*, C. Whipple,
    editor, Plenum Press, New York, 1987.

"Analytical Approaches to Acceptable Risk," in *Risk and Natural Resources*, Southern Natural
    Resource Economics Committee, published by Mississippi State University, Sandra
    Batie, ed., September 1987.

"Credibility in Nuclear Waste Management," presented at a workshop at the Battelle Human
    Affairs Research Center, Seattle, August 8, 1987.

Book review of *Regulating Industrial Risks*, Harry Otway and Malcolm Peltu, eds., Butterworths,
    London, 1985; in IEEE Transactions on Engineering Management, Vol. 34, No. 2, 1987.

"Risk-Based Standard Setting in Engineering," presented to the National Council for Public
    Works Improvement, Washington, DC, July 31, 1987.

"U.S. Nuclear Safety Goals in Light of the Chernobyl Accident," presented at the International
    Atomic Energy Agency Coordinated Research Meeting, Nuclear Research Center, Rez,
    Czechoslovakia, April 13, 1987.

"Acceptable Risk," Society for Risk Analysis Course on Carcinogen Risk Assessment,
    Washington, DC, April 8, 1987.

"Probabilistic Risk Assessment and Nuclear Safety Goals," Stanford University, February 25,
    1987.

"Understanding Acceptable Risk," presented at a workshop of the Southern Natural Resource
    Economists Association, Atlanta, October 23, 1986.

ENVIRON

**Chris G. Whipple, Ph. D.**                                                    16

"An Overview of Risk," presented at a conference of the American Bar Association Standing
   Committee on Environmental Law, New York City, April 30, 1986.

"Risk Analysis," seminar at the University of California at Irvine, April 25, 1986.

"Current Status of Nuclear Power Plant Safety Goals," ORSA, Los Angeles, April 14, 1986.

"Approaches to Acceptable Risk," in *Risk-Based Decision Making in Water Resources*, Y. Y.
   Haimes and E. Z. Stakhiv, editors, proceedings of an Engineering Foundation
   Conference, Santa Barbara, CA, November 4, 1985, American Society of Civil
   Engineers, New York, 1986.

"Dealing with Uncertainty About Risk in Risk Management," in *Hazards: Technology and
   Fairness*, National Academy of Engineering Series on Technology and Social Priorities,
   National Academy Press, 1986.

"Fundamentals of Risk Assessment," *Environmental Law Reporter*, August 1986; also in the
   proceeding of the American Bar Association Standing Committee on Environmental Law
   14th Annual Airlie House Conference on the Environment, Warrenton, VA., May 18,
   1985.

Letter to *Risk Analysis*, Vol. 5, No. 4, commenting on "Use of Acute Toxicity to Estimate
   Carcinogenic Risk," December 1985.

Letter to *Science*, Vol. 229, commenting on "The Electricity Industry's Dilemma", 1985.

"Comparative Analyses of Energy Risks and Their Use in Decision-Making," keynote talk at
   EPRI Workshop on Structural Reliability Analysis, Boston, September 5, 1985.

"Safety Goals and Comparative Energy Risks," State Department sponsored course at Stanford
   University on Management of Nuclear Power Programs, August 20, 1985.

"Comparative Risks of Energy Production," presented at the American Statistical Association
   Annual Meeting, Las Vegas, NV, August 5, 1985.

"Redistributing Risk," *Regulation*, May/June 1985.

"Risk Assessment Research at EPRI," presented to the American Petroleum Institute Annual
   Health, Safety, and Environment Meeting, New Orleans, March 25, 1985.

*Risk Analysis in the Private Sector*, Proceedings of the Society for Risk Analysis Annual
   Conference, New York, August 1983. Coedited with Vincent Covello, Plenum Press,
   1985.

"Managing Electricity Production Effects," C. Starr co-author, in *Risks and Benefits of Energy
   Systems*, International Atomic Energy Agency, Vienna, 1984.

"Methods for Environmental Health Risk Assessment," American Public Health Association,
   Anaheim, CA., November 14, 1984.

"Risks from Energy Production and Use," Stanford University, October 29, 1984.

ENVIRON

**Chris G. Whipple, Ph. D.**

"Risk Approaches in Setting Radiation Standards," presented at the AIF Conference on Radiation Protection, Standards and Regulatory Issues, Orlando, Florida, October 9, 1984.

"Application of the De Minimis Concept in Risk Management," presented to a Joint Session of the American Nuclear Society and Health Physics Society, New Orleans, LA., June 6, 1984.

"Cancer Control in the Workplace: Some Examples from the Utility Industry," co-authored with L. A. Sagan in *Reducing the Carcinogenic Risks in Industry*, P. F. Deisler, ed., Marcel Dekker, Inc., New York, 1984.

"A Perspective on Health and Safety Risk Analysis," C. Starr, co-author, *Management Science*, Vol. 30, No. 4, pp. 452-463, April 1984.

"Comparisons of the Health Impacts of Energy Systems," Stanford University lecture, October 10, 1983.

"Economic and Social Aspects of Electricity Use," C. Starr, S. Schurr, W. Esselman co-authors, U.S. National Committee, 12th Congress of the World Energy Conference, New Delhi, India, September 1983.

*A Review of the 1982 Department of Energy Health and Environmental Effects Assessments on Coal Liquefaction and Oil Shale Technologies,* Committee on Health and Ecological Effects of Synfuels Industries, National Research Council, National Academy Press, 1983.

"Opportunities for the Social Sciences in Risk Analysis – An Engineer's Viewpoint," presented at a NATO Advanced Study Institute, Les Arcs, France, August 29, 1983.

"Current Issues in Risk Analysis," a seminar at Lawrence Livermore National Laboratory, April 15, 1983.

*Technological Risk Assessment,* Proceedings of a NATO Advanced Study Institute, P. Ricci, L. Sagan, coeditors, Martinus Nijhoff, The Hague, 1983.

"Comparison and Interpretation of Energy Risk Estimates," presented to the American Physical Society, New York City, January 26, 1983.

"What's Right and Wrong with Risk Analysis," presented at a symposium for science writers, National Academy of Sciences, Washington, DC, November 18, 1982.

"Evaluation of Great Deserts of the World for Perpetual Radiowaste Storage," L.M. Libby, M.G. Wurtele co-authors, *The Environmental Professional*, Vol. 4, pp. 111-128, 1982.

"The Use of Quantitative Safety Goals for Nuclear Power Plants," ORSA-TIMS, San Diego, October 26, 1982.

"Evaluation of an International, Perpetual and Retrievable Facility for Storage of Vitrified Radioactive Waste," L.M. Libby, M.G. Wurtele co-authors, *Nuclear Technology*, Vol. 59, October 1982.

ENVIRON

**Chris G. Whipple, Ph. D.**                                                  18

"Electricity Futures," luncheon talk to the San Francisco Planning and Urban Research
  Association, October 20, 1982.

"Future Electricity Needs and Sources," presented to employees of Arkansas Power and Light and
  local science teachers, Little Rock, October 7, 1982.

"Health and Environmental Impacts of Electricity Production," luncheon talk to the Little Rock
  Rotary Club, October 7, 1982.

"Current Issues in Risk Analysis," a seminar at Oak Ridge National Laboratory, August 31, 1982.

"Comparing Public and Utility Risks from Nuclear Power," co-authored with C. Starr, condensed
  by F. Forscher from *Nuclear Safety*, Vol. 23, No. 1, 1982, in *Hazard Prevention*,
  May/June 1982.

"Risk Assessment: Evaluating Error in Subjective Estimates," co-authored with B. Fischhoff, *The
  Environmental Professional*, Vol. 3, No. 3, 1982.

"Coping with Nuclear Power Risks: The Electric Utility Incentives," C. Starr, co-author, *Nuclear
  Safety*, Vol. 23, No. 1, January-February 1982.

"Aggregate Elasticity of Energy Demand, *The Energy Journal*, Vol. 2, No. 2, by the Energy
  Modeling Forum 4 Working Group (about 40 people), 1981.

"Energy Production Risks: What Perspective Should We Take?," *Risk Analysis*, Vol. 1, No. 1,
  1981, along with a reply to comments by J. Holdren and H. Inhaber on the article.

"Risks of Risk Decisions," C. Starr, co-author, *Science*, Vol. 208, June 6, 1980. Also published in
  AAAS Symposium Volume, *Risk in the Technological Society*, Westview Press, 1981.

"Assessing Energy Risks," provided to the Committee on Science and Technology, U.S. House of
  Representatives, Hearings on Societal Risks of Energy Systems, Washington, DC, June
  18, 1981.

"Modeling Basis for Energy Risk Assessment," P. Ricci, co-author, 74th Annual Meeting of the
  Air Pollution Control Association, Philadelphia, June 21-26, 1981.

"The Energy Impacts of Solar Heating," *Science*, Vol. 208 April 18, 1980.

"Insurance and Nuclear Power: The Price-Anderson Act," July 1978. Revised February 1981, in
  *Review of Nuclear Energy Issues and Topics*, K. Ott, editor, Plenum Press, 1981.

"Assessing Health Risks Associated with Ambient Air Quality Standards," B. Fischhoff, co-
  author, prepared for Environmental Protection Agency, Office of Air Quality Planning
  and Standards, November 1980.

"The Impact of Solar Heating on U.S. Energy Supply," presented at the Regional Utilities
  Workshop, Northeast Louisiana University, Monroe, Louisiana, September 20, 1980.

"Insurance and Catastrophic Events: Can We Expect De Facto Limits on Liability Recoveries?",
  co-authored with K. Solomon and D. Okrent, The Rand Paper Series, RAND/P-5940,

**Chris G. Whipple, Ph. D.**                                                              19

March 1978. Also published in *Proceedings of the American Nuclear Society Topical Meeting on Probabilistic Analysis of Nuclear Reactor Safety*, Los Angeles, May 8-10, 1978.

"An Overview of the U.S. Energy Problem," presented at the AIAA/FASST Symposium, Massachusetts Institute of Technology, Cambridge, Massachusetts, April 14, 1978.

"Some Thoughts on Societal Risk Acceptance Criteria," co-authored with D. Okrent, UCLA Report ENG-7743, June 1977.

*Energy and the Environment, a Risk-Benefit Approach*, H. Ashley, R. Rudman, coeditors, Pergamon Press, 1976."

"General Philosophy of Risk-Benefit Analysis," C. Starr, R. Rudman co-authors, *Annual Review of Energy*, Vol. I, 1976.

"Rayleigh-Taylor Instability of Surface Layers as the Mechanism for Bioconvection in Cell Cultures," M.S. Plesset, H. Winet co-authors, *Journal of Theoretical Biology*, Vol. 59, 1976.

"Comments on 'Rayleigh-Taylor Instability of Thin Viscous Layers'," M.S. Plesset co-author, *Physics of Fluids*, Vol. 19, No. 3, March 1976.

"Rayleigh-Taylor Instability of Surface Layers as the Mechanism for Bioconvection," M.S. Plesset, H. Winet co-authors, *Proceedings of the Tenth Symposium on Naval Hydrodynamics*, Office of Naval Research, 1974.

"An Analysis of the Steady State of the Bioconvection in Swarms of Swimming Micro-Organisms," M.S. Plesset, H. Winet co-authors, in *Proceedings of the Symposium on Swimming and Flying in Nature*, Plenum Press, 1974.

"Viscous Effects in Rayleigh-Taylor Instability," M.S. Plesset co-author, *Physics of Fluids*, Vol. 17, No. 1, 1974.

ENVIRON