**EXHIBIT 17**

ICFKE ENVIRONMENT GRP.    ID:5104195434              FEB 20'97   13:35 No.008 P.02

## Report on Risk Assessments
## At Rocky Flats

Scientific risk analyses regarding the Rocky Flats Environmental Technology Site were reviewed, with particular emphasis on the level of risk associated with plutonium-containing wastes and residues, and compared to the report submitted North and Budnitz. North and Budnitz did not conduct either a qualitative or quantitative risk assessment to support their conclusions. In contrast to the report by North and Budnitz, qualitative and quantitative risk analyses conducted at Rocky Flats have reached the conclusion that the Rocky Flats site does not pose significant health risks to the public as a result of past operations and accidental releases or from its store of plutonium. Such analyses, and reviews of analyses conducted by or for Rockwell, have also generally supported the findings of risk assessments conducted during Rockwell's tenure.

A recent risk analysis of health and ecological risks posed by Rocky Flats and other nuclear weapons facilities was conducted by the Consortium for Environmental Risk Evaluation, a Tulane University-based study of risks at DOE installations under the auspices of the U.S. Department of Energy. In its key findings regarding health concerns posed by Rocky Flats the consortium concluded that "Potential risks to the public are judged to be low." In our judgment, this phrase summarizes appropriately the conclusions of the risk assessment literature we have reviewed regarding Rocky Flats.

### I.   THE ELEMENTS OF QUANTITATIVE AND QUALITATIVE RISK ASSESSMENT

Risk assessment is the scientific evaluation of potential health impacts that may result from exposure to a particular substance or mixture of substances under specified conditions. The purpose of a risk assessment is to provide a qualitative or quantitative analysis of the likelihood that adverse effects might be

associated with potential exposures to chemicals or radionuclides (referred to collectively as chemicals) in environmental media as a result of chemicals released to or contained in various environmental media or compartments (air, soil, water, food).

Both qualitative and quantitative risk assessments are conducted, and include the analytical elements described below. The major difference is that a quantitative assessment will, by definition, provide a numerical value for the amount of exposure or risk while a qualitative assessment will provide a non-numerical description of the potential risk.

The intent of a human health risk assessment is to provide estimates of risk to identified potential receptors. To accomplish this, data on the potential magnitude of chemical emissions and data on the quantity or concentration of chemicals found in environmental media are reviewed. The chemicals, pathways, and receptors that are most relevant to estimates of risk are selected; estimates of intake (or, in the case of some radionuclides, of the external dose) by chemical, pathway and receptor are made using relevant fate and transport models and algorithms; and estimates of risk are developed. None of these analyses were apparently conducted by North and Budnitz for their report.

A fundamental consideration in the conduct of a risk assessment is the distinction between a hazard and a risk. A chemical may pose a hazard due to the nature of its intrinsic toxicity. However, the risk from that hazard is dependent upon the chance of contacting that chemical in sufficient quantities to do harm. Thus, the underlying premise is that the level of risk, if any, is dependent upon (1) the chance of exposure to a hazardous chemical considered in conjunction with the degree of exposure that would occur, and (2) the potential health significance of such exposures, should they occur. These two concepts, referred to as the exposure assessment and risk characterization steps in the risk assessment process, have not been conducted by North and Budnitz.

The likely magnitude of human contact, i.e., the exposure assessment, is determined by identifying actual or potential routes of exposure, characterization

2

of the potentially exposed populations, and determination of the extent of human exposure to the chemicals, conditional on some release of chemicals. A complete exposure pathway consists of four elements: (1) a source and mechanism of chemical release; (2) a receiving or transport medium; (3) a point of potential human contact with the chemical; and, (4) a route of exposure (e.g., inhalation, ingestion) at the exposure point. North and Budnitz did not consider the likelihood that exposure to chemicals referenced in their report would actually occur. The presence of stored radionuclides or other chemicals does not pose a risk to off-site populations, unless the material is released and transported to environmental and human receptors. North and Budnitz define mechanisms through which this could occur, e.g., earthquakes, but provide no assessment of the likelihood of such events or of the likely exposures that would result from such releases.

As noted, another important aspect of a risk assessment is risk characterization, in which probability of developing an adverse health effect from a potential exposure level is computed and uncertainties described. Even if a chemical is released and transported, the quantity of material to which people could be exposed may be insignificant, that is, below levels at which there are concerns for safety or below levels considred to be significant by the appropriate regulatory agencies. In a risk assessment, assessment of the quantitative magnitude of exposures is essential to the analysis. North and Budnitz did not consider the potential magnitude of any hypothetical releases nor did they describe quantitatively the consequences of such releases.

## II   RISK ANALYSES CONDUCTED AT ROCKY FLATS DURING ROCKWELL'S TENURE

A variety of risk assessment studies were conducted during Rockwell's tenure as contractor at Rocky Flats, including (1) environmental impact statements (EISs) and environmental assessments (EAs) to meet requirements

3

of the National Environmental Policy Act, and (2) for safety analysis reports (SARs) for non-reactor nuclear facilities.

A risk assessment of site activities and hazards was conducted by Rockwell in the late 1970's for the Site's Final Environmental Impact Statement (FEIS) which was publicly-issued in 1980. It provided a quantitative assessment of risks from bounding accidents, called Maximum Credible Accidents, although seismic risks were not assessed. The FEIS concluded that risk to the public from potential accidents involving nuclear materials was less than one percent of the annual risk from background radiation.

At the direction of the Governor of Colorado, the State (Department of Health and Division of Disasters and Emergency Services) with assistance from Rockwell and DOE, used these FEIS results to develop an off-site emergency preparedness plan that was equivalent to the requirements of the U.S. Nuclear Regulatory Commission (NRC) for commercial nuclear power plants This is believed to be the first emergency plan for a DOE non-reactor nuclear facility. It was based on selection of bounding accidents from the FEIS risk assessment results, postulating consequences by dispersion modeling and dose assessments techniques similar to the FEIS risk assessment methodology, and the establishment of protective action guides (i.e., radiological dose limits for plutonium) and specified protective actions (e.g., sheltering, evacuation, etc.), to define the extent of off-site emergency planning zones.

Another risk assessment of Site activities was completed by Rockwell in 1982 to meet the DOE Secretary of Energy commitment to the State of Colorado to conduct the Long Range Rocky Flats Utilization Study (LRUS). The LRUS risk assessment evaluated additional Maximum Probable Accidents to include risk from more likely accidents, including earthquakes. The LRUS risk assessment concluded that earthquakes and extreme winds dominated estimates of risk to the public from accidents and that this risk was much less than the risk from background radiation. Based on the LRUS risk assessment results and a cost/risk-benefit analysis, the Secretary of Energy committed to the

4

State of Colorado to perform structural upgrades of selected plutonium facilities to natural phenomena design basis accident criteria which would reduce already low risks to the public by approximately a factor of ten.

The DOE Albuquerque Operational Safety Division approved a recommendation from Rockwell to adopt probabilistic risk assessment (PRA) approaches for the development of SARs for each nuclear facility. A Rocky Flats Risk Assessment Guide (RFRAG) was completed by Rockwell in 1985 that tailored the PRA techniques applied for commercial nuclear power plants for application to non-reactor nuclear facilities. This included surveying accident analysis and risk assessment techniques and computer models being applied at other DOE and NRC non-reactor nuclear facilities.

This effort resulted in a July 1986 report that addressed risks posed by natural events potentially impacting upon plutonium-handling facilities at Rocky Flats.[1] That study assessed the potential impact of earthquakes, wind and tornadoes on buildings 559, 707, 771, 774, 716/771 and 779. The study was conducted so that Rockwell could determine what modifications to buildings would be most effective in terms of risk reduction. The study assessed the likely damage to each building from the listed potential events, factored against the likelihood of those events. The report then calculated the amount of plutonium that could be released in such an event, and estimated the radiological consequences and risks to the public.

That study concluded, as did the 1980 FEIS and 1982 LRUS, that risks from site accidents are less than risks from natural background radiation. The 1986 risk results were used to update the LRUS cost/risk-benefit analysis and to re-prioritize natural phenomena upgrade commitments made by the Secretary of

---

[1] Risk From Natural Phenomena Events For Existing plutonium-Handling Facilities At The Rocky Flats Plant; Prepared by Safety Analysis Engineering; July 1986.

5

Energy. Seismic and extreme wind upgrades for Buildings 559, 707A (Modules J and K), and 779 were completed in the late 1980's.[2]

### III.   RISK ANALYSES CONDUCTED AT ROCKY FLATS SINCE THE END OF ROCKWELL'S TENURE

Risk analyses related to Rocky Flats after Rockwell's tenure have been generally supportive of the assessments conducted during the time Rockwell operated the site, and have not identified any significant off-site health risks from Rocky Flats. For example, in 1990 the DOE established a Special Task Force to review the Rocky Flats FSARs with emphasis on resumption of plutonium operations in the Building 559 Plutonium Analytical Laboratory. The DOE report (DOE *Special Task Force Report on the Rocky Flats Plant Final Safety Analysis Report*, February 1991) reassessed the risks associated with Building 559 accidents evaluated in the FSAR done by Rockwell in 1987. This review concluded that the risks to the public from accidental releases from Building 559 were low, taking into account both operational accidents and natural phenomena such as earthquakes. In contrast to the comments about Rockwell's FSAR by North and Budnitz (including specific criticisms cited from the DOE Special Task Force 1991 report), the overall findings of the 1991 review of the Rockwell-era FSAR are positive. The specific findings of the review are (from Section 4.6 Conclusions, pages 51-52):

1. The accident analysis methodology used to calculate the accident source terms is basically sound. While initial documentation was lacking, upon more detailed review and after performing additional calculations, the assumptions and parameters used in the FSAR accident analysis are shown to be reasonable on an overall basis.

---

[2] White Paper Report; Structural Upgrade of Existing Plutonium Facilities, Rockwell International Authorization Number 369707, Revision III, January 28, 1988.

6

2. Including the additional potential operational accidents and worst case natural phenomena accidents had a minor (about a factor of 2) increase in the magnitude of the release.

3. The key assumption numerical values used in determining the best-estimate risk curve are reasonable. The Subteam members judged that the assumptions used are derived from conventional methods and did not result in obvious "outline" values compared to those used in risk analyses of operations of similar types of facilities.

4. The methodology used to calculate the composite risk curves, i.e., the maximum off-site individual dose is similar to the accepted methods employed in probabilistic risk assessment.

5. With 1) the additional accident analyses as presented in Appendix D, 2) using more standard conservative meteorological assumptions (F stability, 1 m/s), and 3) current dose conversion factors, the calculation of individual dose at the site boundary is somewhat higher than portrayed in the FSAR.

6. The latent cancer fatalities risk curve from the FSAR was compared to a latent cancer fatalities risk curve generated using the standard MACCS code with 1990 Colorado census data, 1989-90 RF meteorology and existing FSAR accidents with additional accident scenarios. The MACCS code predicts less LCF (latent cancer fatalities) than those predicated by the FSAR or the FSAR methodology with additional accidents.

7. The risk to the public (latent cancer fatalities) due to Building 539 operations and the calculated risk from the "candidate" accident scenarios are lower, by a reasonable margin, than the commercial power reactor risk. This perspective led to the conclusion that the Building 559 operations present considerably less risk than the operating nuclear power plants.

A companion review of the 1987 FSAR to that cited above was conducted by Stone & Webster Engineering Corporation for EG&G, (FSAR Review Team Report on Rocky Flats Building 707, November 1991). This review evaluated the FSAR analysis of Building 707. Again, in contrast to the unfavorable characterization of the FSAR by North and Budnitz, the Review Team's first overall finding (ES-2) was that "The extensive review reported herein validates, i.e., confirms, that the risk envelope defined as the composite maximum offsite individual and latent cancer fatality risk curves reported in the FSAR, is a reasonable representation of risk for plutonium operations in Buildings

7

707/707A. In fact, our rebaselining indicates that the FSAR risk envelope is probably higher than a more extensive analysis would find later." This last comment (that more extensive analysis would probably lead to a reduced risk estimate) is in direct contradiction to the comments by North and Budnitz (page 69) regarding their view of the urgency of updating the FSAR.

Another extensive risk assessment since Rockwell's departure was the CERE report: an extensively peer reviewed qualitative risk analysis whose focus was on the potential risks to workers, off-site residents, and ecological receptors from Rocky Flats and five other DOE installations. The CERE team reviewed risk assessments and other risk-relevant documents. The risks to public health and safety considered by the CERE team included those from both chemical hazards and radioactive materials, and considered both site contamination and stored wastes. CERE's general finding regarding the magnitude of risks posed by DOE facilities is clearly described by the following question and answer in its Volume 1, Chapter 5 Conclusions:

> Are there significant risks at the six installations studied in the first year by CERE that require additional immediate attention beyond what is now planned by the U.S. Department of Energy (DOE) under the federal facility agreements and planned environmental management activities?
>
> The answer to this question is a carefully qualified "no." We reviewed more than 1,600 risk-related documents, contacted experts inside and outside of DOE and its contractors, and tried to understand the concerns and perspectives for the interested and affected parties. From these investigations, CERE found no new or additional, significant individual risks requiring immediate attention beyond what is now planned by DOE under the federal facility agreements and planned EM activities at the six installations. CERE's findings do, however, confirm the need for DOE to continue to manage many previously identified risks involving contaminated areas and facilities, and to manage the storage of radioactive and toxic waste materials.

## CONCLUSION

North and Budnitz did not conduct either a qualitative or quantitative risk assessment to support their conclusions. In contrast to the report by North and

8

Budnitz, qualitative and quantitative risk analyses conducted at Rocky Flats have reached the conclusion that the Rocky Flats site does not pose significant health risks to the public as a result of past operations and accidental releases or from its store of plutonium.

ICF Kaiser

_____          February 20, 1997
Chris Whipple                      Date


_____          _____
Annette Shipp                      Date

9