**EXHIBIT 18**

# WASTE-MANAGEMENT PRACTICES ASSOCIATED WITH THE 903-AREA PLUTONIUM RELEASES

Prepared by

Robert J. Budnitz, Ph.D.
Future Resources Associates Inc.
2039 Shattuck Avenue, Suite 402
Berkeley, California 94704


Assisted by

Nathan Chan, Ph.D.
Decision Focus Incorporated
650 Castro Street, Suite 300
Mountain View, California 94041


November 21, 1996

*[signature: Robert Budnitz]*

[Attachment A is a statement of qualifications and background for Dr. Budnitz; Attachment B is a list of Dr. Budnitz' publications; Attachment C is a short statement concerning Dr. Chan; Attachment D is a statement concerning recent involvement in judicial proceedings; Attachment E is a list of documents considered in the preparation of this report; and Attachment F consists of additional tables and figures that support the report.]

## 2.0 Chronology of Radioactive Waste Management at the 903 Area

The 903 Area at Rocky Flats is an area in the southeastern part of the site that was, at first, an open field. Today, it is covered with asphalt, beneath which is radioactively contaminated soil. The asphalting was done in 1969. As the discussion below will document, in the period before the site was asphalted, the 903 area was a storage site for steel drums containing radioactively contaminated liquids; these drums were the source of important releases of radioactivity from Rocky Flats to the offsite environment. It is the purpose of this report to illuminate how these releases came about, and why.

A brief overview of the chronology is as follows. The first part of the chronology is quoted directly from the "Seed Committee" report. (This Committee was appointed by Dow Rocky Flats management in August 1970 to review soil contamination issues in and around Rocky Flats.) The early chronology begins in 1958, and is quoted directly[19]:

| | |
|---|---|
| July 1958 | Drum storage area established. During subsequent years, drums were continually added which primarily containing plutonium-contaminated machining oils. |
| July 1959 | First drum leakage discovered and rust inhibitor, ethanolamine, was added to drums prior to storage to minimize corrosion |
| January 1964 | First evidence of large scale deterioration of drums reported. Soil contamination reported as increasing. |
| January 1966 | Small building added to filter and transfer contaminated oil from leaking drums to new drums. |
| January 1967 | Last drums added to storage area and removal to 774 [process area] began. Oldest drums shipped first. |
| June 1968 | Last drums shipped to Building 774 for processing. High winds spread some contamination. |

---

[19] J.R. Seed (Chairman), K.W. Calkins, C.T. Illsley, F.J. Miner, and J.B. Owen, "Committee Evaluation of Plutonium Levels in Soil Within and Surrounding USAEC Installation at Rocky Flats, Colorado", Report RFP-INV-10, Rocky Flats Plant, July 9, 1971 (henceforth the "SEED COMMITTEE"), at 6

11

- corrosion on the <u>outside</u> due to weathering was not thereby effectively inhibited.

o  It was not until January 1967, <u>nine years</u> after the initial leakage was found and <u>six or more years</u> after it was identified as important, that the work of emptying the drum field finally began. It would not be completed until June 1968 (a period of 17 months).

o  The asphalting of the area was not completed until September 1969 (another 15 months later.)

## 3.0  Management Attention to the 903-Area Contamination Problem

Putzier[32] provides some insights into the way Dow Rocky Flats staff and management dealt (actually, failed to deal) with the issue of 903-Area contamination and its potential to become airborne:

> "We in the Health Physics Department were fully aware of the potential for materials to blow off plantsite. As a matter of fact, as a result of our routine surveys we had had cold soil brought in to cover up the ground which we found contaminated from leaky drums. Of course as long as the drums were intact, i.e. standing on the ground, they in themselves offered considerable barrier to the reentrainment of dust into the air in effect holding it down and preventing contamination from becoming airborne. So it was uppermost in our minds at the time that with some haste we should cover up this area to prevent the high winds that would come on as expected in the winter months of 1968 and 1969 from carrying the soils off plantsite. We discussed it with management and I think pretty much all the pressure we could bear was brought on them. Even so, it seemed like the Engineering head at the time was not excited enough about it to at least have some gravel brought in and put down. Instead, there was a lot of discussion between our Engineering folks and the Albuquerque AEC Engineering folks. As I understand it, they were in disagreement as to exactly how to engineer the cover and therefore the area went through the winter months without any protective cover and the job was not completed until the following summer and fall. I have witnessed one presentation of the Plant briefing for visitors in which the speaker implied we did not have as much concern for the environment in those days. As far as Health Physics is concerned, I would take issue with that but with respect to our management and the AEC the reader can draw his own conclusions.

---

32          E.A. Putzier, 1982, <u>op. cit.</u>, at 66

17

I have drawn my "own conclusions", which are supported by the extensive discussions elsewhere in this report, and they are that the Dow Rocky Flats upper management simply did not deal properly with the the 903-Area's potential to contaminate the broader environment. The blame for the fact that the broader environment then became contaminated, out to many miles offsite, must in my view be placed with the Dow Rocky Flats management of that time.

### 4.0 Airborne Radioactivity Measurements Near the 903 Area

Putzier[33] discusses the measurement by Dow Rocky Flats staff of airborne activity near the 903 Area:

> "I have been searching and have not been able to find a plot that was put together by Bob Vogel which shows over the years the gross alpha activity that was measured at the air sampling S-8 site, but my recollection of it is that it clearly showed that the airborne levels at that station were elevated more so during the period of time that the 903 Area was unprotected (i.e. after the drums were removed and before the pad was laid down.) The area that was finally covered was defined on the basis of health physics surveys but I think the delay in getting the area covered, relative to those surveys, probably had a lot to do with the excessive amount of contamination that eventually had to be moved out of the so-called lip area. I do know that there was additional loose gravel or dirt cover put on the soils to the east of the pad after the pad had been installed because of the contamination levels that were measured there."

Putzier's memory of the S-8 plot is accurate. Although Putzier could not find it, it is now an important piece of the 903-Area puzzle. It is shown as Figure 3-1 of the "Seed Committee" report[34], which is reproduced here as this report's Figure 1.

Even without accepting the detailed numerical readings on the S-8 plot as accurate, important implications can be drawn from this figure, and from other contemporaneous information about the 903 Area, as to what caused the 903-Area radioactivity to become airborne in such large quantities: it was the physical activity on the pad, as the next section will describe.

---

33   E.A. Putzier, 1982, op. cit., at 67

34   Seed Committee, op. cit., at 7. On p. 6, this report states: "One of these air samplers (designated S-8) is situated directly east of the 903 drum storage area at the east perimeter fence".

18