# EXHIBIT 19

# OVERVIEW OF ROCKY FLATS OPERATIONS

by

Thomas B. Cochran, Ph.D.

November 21, 1996

1

## Introduction

Rocky Flats Plant is one of several large industrial plants that was used in the manufacture of nuclear weapons. The plant is located on a 6,551 acre site (11 square miles) between Boulder and Golden, Colorado, about 16 miles northwest of Denver, [Rockwell, RFP Site Environmental Report for 1988, p. 1].[1] Major plant structures, including more than 100 buildings, are located within a 384 acre security-fenced area, which is surrounded by a "buffer zone" [Ibid.]. Several creeks, including North and South Walnut Creek and Woman Creek, flow generally west to east through the site on their way to communities downstream [CERE, p. 5-22].

Rocky Flats made components for nuclear weapons out of several toxic materials. Typically, the components were made out of either plutonium, which is very toxic, uranium, which is less toxic, or a composite of these two radioactive materials. The plant contained, shipped and received tons of these materials annually. Americium-241 and thorium-232 were also handled in at least kilogram quantities, and curium-244, hydrogen-3 (tritium), neptunium-237, and thorium-228 were handled in less than kilogram quantities [ChemRisk, Task Report 1, 1991, p. 15]. Many of the components also contained beryllium, which while not radioactive, is also very toxic. In addition, there were many other hazardous materials handled at the plant, including large quantities of volatile organic cleaning solvents, some of which are known carcinogens [ChemRisk, Task 1 Report, March 1991; ChemRisk, Task 2 Report, June 1991]. ChemRisk conducted a screening process of some 8,000 chemical and product names used at Rocky Flats and identified 20 chemicals plus pesticides/herbicides that could have exposed off-site populations to health hazards during the operating history of the plant [ChemRisk, Task 2 Report, June 1991, p. 73 and Table 3-17].

All nuclear weapons contain some type of fissile material, an essential ingredient of the warhead, because it can sustain the nuclear chain reaction, which releases explosive energy. The primary types of fissile material used in U.S. nuclear weapons are plutonium and highly-enriched uranium. Rocky Flats manufactured weapon components made of these materials. Because plutonium and highly-enriched uranium are fissile, if too much of these materials are brought together in one location, they can undergo a spontaneous nuclear chain reaction—what is called a criticality event. Although the energy released is nothing akin to that released in a military nuclear weapon, it nevertheless is likely to be sufficient to kill people nearby, and in some circumstances it can release radioactivity to the environment. Therefore, these materials must be handled with special care to prevent the inadvertent assembly of a critical mass of fissile material. In some chemical and physical forms plutonium is pyrophoric, meaning it can catch fire spontaneously, adding to its danger.

Because plutonium and highly-enriched uranium are the essential ingredients of nuclear weapons and because they are very difficult and costly to produce, it is essential that they be well

[1] In 1972 the plant consisted of about 2,520 acres of fenced property [Boss, 1972].

2

protected to prevent their theft and unauthorized use. It also is essential that all of these materials be carefully accounted for, in order to determine whether the physical protection systems that are used to prevent the diversion of these materials are adequate.

In making weapon components, Rocky Flats generated large quantities of plutonium residues and plutonium contaminated waste. The terms "residue," "scrap," and "waste" are sometimes used interchangeably, but to be more precise the term "residue" is often reserved to describe low-grade scrap materials where valuable constituents, such as plutonium, are judged to be feasibly and economically recoverable, as opposed to "waste" materials where recovery is not considered to be cost effective. In other words, plutonium residues are meant to be recycled, and plutonium wastes are meant to be discarded. This distinction is clouded by the fact that most of what used to be considered a plutonium residue is now considered to be a waste.

Rocky Flats was a government-owned contractor-operated (GOCO) plant. Government oversight was provided by the U.S. Department of Energy (DOE), from 1976 to the present, and its predecessor agencies, the Atomic Energy Commission (AEC) from 1947 to 1974, and the Energy Research and Development Administration (ERDA) from 1974 to 1976. A series of major defense contractors actually operated Rocky Flats for the government. The Dow Chemical Company ran the Rocky Flats Plant from the beginning of operations in 1952 until the end of FY 1975 (June 30, 1975). Rockwell International took over on July 1, 1975 and ran the plant until December 31, 1989, a short time after plutonium production operations had been shut down. Since January 1, 1990 the clean-up of the Rocky Flats Plant has been the responsibility of EG&G from 1990 to 1995, and then Kaiser-Hill from 1995 to the present. [For further discussion see Cochran, et al., *Nuclear Weapons Databook*, Volume 2-3, 1987].

### Nuclear Weapon Design Basics

It is helpful, though not essential, to understand a few basics about how nuclear weapons are designed in order to appreciate the Rocky Flats Plant's role in the warhead manufacturing process. The following material is from the public record, is well known and to my knowledge is not in dispute.

All of the stockpiled nuclear weapons in the U.S. arsenal were of three basic types: a) pure fission weapons, b) boosted fission weapons, or c) thermonuclear weapons. The early pure fission weapons were all bombs, and they were called "atomic bombs." Later nuclear weapons were designed for other means of delivery as well. For example, they were placed on missiles, incorporated into artillery shells, and used as land mines. The terms "warhead", or "nuclear warhead" are more precise generic terms that distinguish the "warhead" from the "delivery vehicle." A nuclear warhead contains a "physics package," which is the nuclear portion, and a variety of other components. With respect to the latter, the warhead might contain, for example, one or more of the following components: an arming mechanism, altimeter, battery, parachute, and warhead (or bomb) casing. Rocky Flats primary mission was the manufacture of certain

3

components within the "physics package." The other components were manufactured elsewhere. [For further discussion of weapon design basics see Cochran, et al., *Nuclear Weapons Databook*, Volume 1, Chapter 2, 1984; Cochran and Paine, " The Amount of Plutonium and Highly-Enriched Uranium Needed for Pure Fission Nuclear Weapons," 1995; and Cochran and Paine, "The Role of Hydronuclear Tests," 1995].

*Pure Fission Weapons*

Two basic fission weapon design approaches that are used to achieve a supercritical mass of fissile material are the implosion technique and the gun assembly technique. The less efficient gun assembly technique--used in the bomb, called *Little Boy*, dropped on Hiroshima—involves the assembly without compression of two subcritical masses into a single supercritical mass capable of sustaining a rapid nuclear chain reaction. This technique almost of necessity requires the use of uranium, highly enriched in the isotope uranium-235, for the fissile material. During the Manhattan Project, highly-enriched uranium (HEU) was given the code-name, "oralloy." HEU and "oralloy" were terms subsequently used interchangeably. There were a few atomic bombs of the gun-assembly type built prior to the operation of Rocky Flats, and a few atomic artillery shells of this design built subsequently. Most, if not all of these gun-assembly components were manufactured elsewhere. Some may have been manufactured at Rocky Flats in the early years, but since these are made of uranium, and since our primary interest is in the plutonium activities, we can move directly to a discussion of the implosion type weapons.

In the more efficient implosion technique, a peripheral charge of chemical high explosive (HE) is detonated in a manner designed to compress (i.e., implode) a subcritical mass into a supercritical configuration, i.e., a configuration that can sustain a rapidly multiplying nuclear chain reaction. In an implosion type weapon the fissile material is typically either plutonium, highly-enriched uranium, or a composite of the two materials. In the most straightforward design the core of fissile material is a solid sphere or cylinder, surrounded by a reflector/tamper, which in turn is surrounded by the HE. The neutron reflector serves to reflect escaping neutrons back into the fissile material during the nuclear chain reaction. The tamper is meant to hold the fissile material together in a supercritical configuration for a longer period of time than it would be held together if there were no tamper. Early atomic bombs used thick uranium tampers, that also served as a reflector. Later designs replaced the thick uranium tamper with a thin beryllium reflector.

A sphere has the smallest surface-to-volume ratio, and therefore the smallest neutron loss and smallest critical mass. Other geometries are used where the diameter of the device must be kept small—to fit, for example in an artillery shell. To obtain a given yield considerably less fissile material is needed for an implosion weapon than for a gun-assembly weapon.

For spherical geometries, the fissile and reflector/tamper components are typically fabricated as hemispherical shapes that are then nested and bonded together. The fissile material and reflector/tamper components may be plated, or sealed within a thin metal (e.g., stainless

4

steel) shell to prevent corrosion. The entire package of materials within the HE—the fissile material, tamper/reflector and stainless steel shell--is called the "pit" of the warhead, analogous to the pit of a peach.

The first implosion type fission weapons used a plutonium core surrounded by a thick uranium tamper. The first device, tested at *Trinity*, and the bomb, called *Fat Man*, dropped on Nagasaki were implosion designs, each with a spherical core of 6.2 kilograms (kg) (13.7 pounds) of plutonium.[2]

Implosion type weapons were also made with highly-enriched uranium (HEU) cores. Because HEU has a larger critical mass, more HEU was required than plutonium in the early "solid" core designs. Nevertheless, HEU was cheaper to make and more plentiful, so the U.S. stockpiles HEU as well as plutonium cores. In 1955, the Dow Chemical Company was studying the criticality hazard associated with the storage of HEU oralloy spheres in arrays [Schuske, 1955]. Measurements and/or calculations were taken using 25, 30 and 31.5 kg oralloy spheres, therefore, it is reasonable to assume that the masses of some oralloy cores manufactured at Rocky Flats were in this range, and 20 to 30 kg oralloy cores were stockpiled. In 1948 the first nuclear weapon test was conducted of a device with a "composite core," wherein a small inner plutonium component (probably on the order of two kg), was surrounded by a thicker oralloy shell. These composite cores made more efficient use of the available plutonium and HEU, and began to replace the all plutonium and all HEU cores made previously. All of these plutonium, HEU and composite cores were often called "capsules" and they could be stored separately from the rest of the nuclear weapon. In the 1950s, the earlier "solid," or "solid-pack" fissile core with its thick (typically 0.5 to 2.5 inch) natural uranium tamper gave way to a more efficient hollow core design—a thin shell of fissile material (usually plutonium) surrounded by a thin beryllium reflector, all sealed within a stainless steel outer shell. Full scale production of the hollow pits began at Rocky Flats in about 1958 [See Young, 1977, p. 33]. The amount of plutonium used in the hollow core pit, was larger than the amount typically used in the composite core, although still much less than that used in the Trinity device.

*Boosted fission weapons*

By incorporating thermonuclear fuel (also called fusion fuel)--typically a mixture of deuterium and tritium gas (or lithium hydrides)--directly into (or proximate to) the core of fissile material the efficiency of the fission bomb can be greatly increased; that is, one can obtain a much higher yield from a given quantity of fissile materials, or alternatively, the same yield from a much smaller quantity. In U.S. weapons using boosted fission cores the fusion material, a mixture of a few grams of deuterium and tritium gas, is normally stored in a gas reservoir

---

[2] For those who have not quite mastered the metric system and are use to thinking in terms of pounds, one kilogram equals 2.2046226 pounds. For our purposes, to approximate the number of pounds, just double the number of kilograms.

5

external to the pit. Shortly before the warhead is timed to explode, the gas mixture is supplied to the hollow pit through a connecting tube by explosively breaking the connecting seal. Rocky Flats manufactured the hollow boosted fission pits. The gas reservoirs were also fabricated at Rocky Flats, but were filled and installed at other DOE sites.

### Thermonuclear weapons

Thermonuclear, or fusion, warheads, are nuclear warheads that incorporate fusion materials into the design. Strictly speaking, a boosted fission warhead is a thermonuclear warhead. However, when speaking of thermonuclear weapons, we are usually referring to a staged device, where the radiation from a fission explosive is contained and used to transfer energy to compress and ignite a separate component containing the fusion fuel. The fission explosive device is called the primary, and in a two stage device the fusion component is called the secondary. The primary, which may be a pure fission device or a boosted fission device, is also sometimes called a "trigger," in the sense that it "triggers" the thermonuclear explosion. This is why it is often said that Rocky Flats manufactures the nuclear "triggers," referring to the core of the primary. The cores of the primaries of modern two-stage thermonuclear warheads are all boosted. The average plutonium content of a modern stockpiled warhead averages about 3 kg. The secondary usually contains both thermonuclear materials and fissile material, primarily uranium. The secondary does not have to contain both; it could be a pure fission component or a pure fusion component. In addition to the pits, Rocky Flats manufactured some of the uranium components in the secondaries until this activity was transferred to the Y-12 Plant at Oak Ridge.

This brief introduction provides sufficient information to better understand the mission and activities at Rocky Flats.

## History of Rocky Flats Operations

The two nuclear weapons dropped on Japan were designed, developed and fabricated at Los Alamos during the Manhattan Project. Stockpiled nuclear weapons continued to be manufactured at Los Alamos, and until 1949 this was the principal manufacturing site. In subsequent years Los Alamos National Laboratory (LANL) maintained a capability to manufacture nuclear warhead devices, and designed and assembled warheads for testing in at the Nevada Test Site. Beginning in 1949, plutonium cores were manufactured at the Plutonium Process and Storage Facility (Z Plant) on the Hanford Reservation in the state of Washington. Construction of Rocky Flats began in 1951, and production of nuclear weapons components there commenced in 1952. The Z Plant stopped manufacturing plutonium weapon components in December 1965, but continued to process plutonium into metal and recover plutonium from scrap and residues [Teal, 199, p. 1-120]. The Rocky Flats Plant operated in a production mode until 1989. Since the halt of production operations, Rocky Flats production activities have been shifted to LANL, albeit, on a much reduced scale.

6

The principal activity at Rocky Flats from 1952 to 1989 was the manufacture of nuclear weapon pits. In the early days these were "solid-pack" plutonium and HEU cores, followed by composite cores, followed by hollow cores for boosted fission weapons and two-stage thermonuclear weapons. As noted earlier Rocky Flats also manufactured uranium components for thermonuclear secondaries and tritium reservoirs.

Rocky Flats received its plutonium raw materials from three primary sources, the Hanford Reservation (beginning in April 1953), Savannah River Site (beginning in 1955), and the return of cores and pits recovered from obsolete warheads disassembled elsewhere, primarily at Pantax in Amarillo, Texas [Dow, "A Report on Radiation Problems," 1968, pp. 23 and 25]. Rocky Flats processed by chemical and other means, the virgin plutonium from Hanford and Savannah as necessary to convert it to a relatively pure metal alloy. The plutonium recovered from obsolete pits was also processed to remove americium-241, a radioactive decay product of plutonium-241. The plutonium alloy was molded into the required shapes, and then machined to its final dimensions. The plutonium, uranium and beryllium components were then assembled and in the case of the newer pits, sealed within an airtight shell of stainless steel to which was attached a tritium delivery tube. The final assembled pit was then sent to another plant for final assembly of the weapon. In recent years final assembly took place at the Pantex Plant.

In sum, Rocky Flats was primarily in the business of manufacturing nuclear weapon "pits" for implosion type fission weapons and thermonuclear primaries. The fissile components of gun assembly type fission weapons and the secondaries of thermonuclear weapons were mostly fabricated elsewhere. The pits manufactured at Rocky Flats, and the other components manufactured at other Department of Energy facilities, were sent elsewhere, e.g., Pantex in Amarillo, Texas, for final assembly.

*Plutonium Operations*

A complete plutonium weapons fabrication and processing facility was maintained at Rocky Flats since the first plutonium was received. Plutonium feed came from three main sources: the Hanford Reservation, the Savannah River Site, and recovery of plutonium components from retired weapons. Plutonium parts fabricated elsewhere were first received at Rocky Flats in March 1952, and assembled into weapon components. The first plutonium feed, as plutonium nitrate solution, arrived at Rocky Flats from Hanford in April 1953, and attempts at processing in Building 771 were started in May 1953 [Dow, "A Report on Radiation Problems," 1968, p. 23]. Early in 1955 the Savannah River Plant started shipping plutonium metal as buttons to Rocky Flats. During the period 1953 to 1955, the plutonium feed received as plutonium nitrate solution arrived in containers of about 1 liter in size [Young, 1977, p. 34; Zodtner and Rogers, 1964, p. 5].

In the early period all plutonium production operations through finished plutonium components were performed in one building, Building 71 (now called Building 771) [Dow, "A Report on Radiation Problems," 1968, p. 8; ChemRisk, Task 3&4 Final Draft Report, 1992, p.

7

60]. Plutonium in nitrate form was chemically processed into metal buttons which were introduced directly into the casting process. The plutonium in the form of cast shapes were then machined into weapon component parts. The assembly of plutonium components and non-plutonium parts was done in Building 991 [ChemRisk, Task 3&4 Final Draft Report, 1992, p. 60].

It was also necessary to recycle plutonium contaminated scrap and residues to recover and reuse the plutonium. Sources of casting feed, therefore, included not only plutonium buttons produced in Chemical Operations (Building 771), but also rejected parts, feed ingots, rolling mill scrap and briquettes from machine turnings [Young, 1977, pp. 34-35]. In addition, obsolete weapons from storage sites were disassembled and the plutonium component parts were recycled.

Chemical Operations, the plutonium recovery operations in Building 771, often described in terms of two functional divisions—"fast" and "slow" recovery operations, also called "Fast Recycle" and "Slow Recycle." The fast recovery operation processed relatively pure metal, oxide and "skull" materials through a series of processes, including dissolution, evaporation, participation, calcination, hydrofluorination and reduction to pure recycle metal buttons. It processed plutonium nitrate solution, turning the liquid to a solid (powder) and then to a pure metal. The metal buttons were sent to the foundry for casting or to storage [ChemRisk, Task 3&4 Final Draft Report, 1992, p. 60].

The slow recovery operation, also in Building 771, received materials with greater concentrations of impurities and therefore required more pre-processing before entering the fast side process for conversion to metal [ChemRisk, Task 3&4 Final Draft Report, 1992, p. 60]. The primary goal of slow recovery operations was to reduce the amount of plutonium in numerous categories of residues deemed suitable for plutonium recovery, including scrap metal, filter sludge, graphite molds, graphite scarfings, sand, slag, crucibles, insulation, analytical laboratory residues, air filters, incinerator ash, dry box gloves and other combustibles and washables. In the early period the americium was removed by the slow recovery process. The slow recycle facility included incineration, leaching, dissolution, concentration, purification, ion exchange processes, and chloride salt processing [Young, 1977, pp. 35-36].

With age plutonium—particularly plutonium in the older retired weapons—builds up a small concentration of americium-241 (Am-241) as a result of the radioactive decay of plutonium-241 (Pu-241). Americium-241 reduces the effectiveness of the plutonium in weapons and is a nasty contaminant that contributed significantly to the radiation exposure of the Rocky flats workers.[3] When the concentration of Am-241 becomes too high it is desirable to remove it

---

[3] "Our major radiation exposure control problems at Rocky Flats in 1958 and 1959 was caused by a sudden influx of 'site return items' and subsequent recovery of americium. The effect of this program was with us before we in Health Physics were aware of what was going on. Once the problem was defined it took about 1½ years to shield the area adequately;" "Summary of Radiation problems at Rocky Flats," Rocky Flats, ca. November 1967.

8

before refabricating the plutonium into new weapon parts. In 1957 an americium line was installed in Building 771. The processes used for extraction, purification, and recovery of americium evolved over the years. The recovered americium-241 was shipped to Oak Ridge [CERE, 1995].

In 1968 a molten salt extraction process was introduced so that essentially pure plutonium metal, such as metal from site returns, could be processed. The output from this process, in the form of molten salt buttons, served as recycle feed into the casting operation at the foundry in Building 777 [ChemRisk, Task 3&4 Final Draft Report, 1992, pp. 69-71].

In the earlier period of Rocky Flats operations cast shapes for "capsule" type weapons were made in the foundry and then transferred to the machine shop for machining. In 1956 fabrication techniques for thin-shell hollow pits were being developed in the Building 771 Fabrication and Inspection area [Dow, "A Report on Radiation Problems," 1968, p. 25]. During the first half of 1957 efforts to develop fabrication and assembly techniques for the thin-shell pits continued in Building 771 [Ibid.]. It was recognized that the amount of plutonium scrap resulting from the fabrication processes, which would require chemical processing, would be significantly greater than the scrap from capsule type weapons that had been in production since 1953 [Ibid., pp. 25-26]. This scrap consisted of more metal lathe turnings, coolant oils, graphite from casting operations, more combustibles, more drybox gloves, and other miscellaneous residues. [Ibid., p. 26]. This change in weapon design, and the phase out of plutonium fabrication operation at the Hanford Z Plant, resulted in three problems: the necessity to increase the capacity of the chemistry facility, higher radiation exposure to the hands of workers, and a growing backlog of plutonium contaminated residues [Ibid.]. Large quantities of plutonium-contaminated oils and solvents accumulated because the contractor did not provide the needed processes or disposal options when the plant shifted to the production of new thin-shell hollow pits [See Meyer, et al., RAC, February 1996, p. 1]. The residues were stored for future processing due to the lack of processing capacity, beginning in about 1958, much of it outside in 30 and 55 gallon drums at the 903 Pad [Ibid., p. 3]. These drums were the origin of most of the plutonium that was released to the environment from Rocky Flats.

Since the installation of a rolling mill in October 1958 for the production of hollow pits, ingots were cast for rolling and forming. Pressed shapes were transferred to the machine shop where they were machined to specified dimensions for assembly and shipment off-site [Young, 1977, p. 35]. Some weapon components, including pit components, must be shaped to an accuracy of a few millionths of an inch [DOE, "Closing the Circle on the Splitting of the Atom," 1995, p. 19.]. This can result in increased scrap and residue production.

Plutonium foundry, fabrication and assembly operations began in newly constructed Buildings 776 and 777 during the summer of 1957. A rolling and forming operation was started in Building 776 during FY 1958 for the production of hollow pits. A new modular plutonium fabrication facility, Building 707, was placed in operation in 1971. The new facility included

9

foundry, rolling, forming, machining, assembly, inspection and "autoclave" operations for the production of bonded weapons [Young, 1977, p. 33].

In 1968, it was decided to replace Building 771 recovery operations. Groundbreaking took place in 1973 for what was to become Building 371. The new facility was plagued with problems from the onset of construction, and delays prevented "cold start-up" before 1981. Design flaws finally resulted in Building 371 chemical processing being shut down in 1985 before ever achieving full-scale operation. [ChemRisk, Task 3&4 Final Draft Report, 1992, p. 60].

A more extensive treatment of plutonium operations at Rocky Flats can be found in ChemRisk, "Operations History," Task 3&4 Final Draft Report, 1992, pp. 59-96].

### Enriched Uranium and Beryllium Operations

Here, I will not go into detail regarding enriched-uranium and beryllium operations, since my focus is on plutonium. The uranium and beryllium operations are described more extensively in ChemRisk, "Operations History," Task 3&4 Final Draft Report, 1992, pp. 74-77. Here, suffice it to say, enriched uranium was first received at Rocky Flats in March 1952 [Young, 1976, p. 73]. Fabrication of enriched-uranium parts began a year later and was discontinued in 1965 [Ibid.; and Rockwell, "Classification of Rocky Flats ID Data," 1979, p. 9]. During 1962, enriched uranium operations (the oralloy line) was moved to the Oak Ridge Y-12 Plant [ChemRisk, Task 5 Draft Report, 1992, p. 147]. Enriched uranium (oralloy) component operations left the plant in 1964, along with the uranium recovery operations [ChemRisk, "Operations History," Task 3&4 Final Draft Report, 1992, p. 77]. Beryllium operations became part of the primary production line in 1958 [Ibid., p. 75].

### Radioactivity

Before discussing the toxicity of plutonium quantitatively, it may be useful to review a few basics about radioactivity and the assessment of health effects.

### Terminology

"Radiation," refers to energetic x-rays, gamma-rays, alpha particles, beta particles and neutrons. These different forms of radiation are emitted when radionuclides undergo radioactive decay. They are referred to as **"ionizing radiation"** because as they pass through, or are absorbed within matter, including human tissue, they excite or ionize atoms and molecules. This in turn can cause chemical and physical changes in the matter. When this radiation is absorbed in the human body these changes can result in deleterious health effects, including cancer and genetic effects.

23

## Toxicity of Beryllium

Beryllium has been used by contractors, including Dow and Rockwell, of the DOE and its predecessor agencies since the early 1940s in many nuclear applications. Inhalation of small amounts of beryllium dust can lead to lung disease, called berylliosis [Walker, 1986; and DOE, "Beryllium, 1983]. While not radioactive, beryllium metal and several beryllium compounds have been shown to cause cancer in animal studies, is a suspected carcinogen in humans, and is considered carcinogenic by the U.S. Occupational Safety and Health Administration (OSHA) [DOE, "Beryllium, 1983, pp. 34-35 (old page numbers)]. "Inhalation is the primary route of uptake of insoluble beryllium. The latent period for beryllium varies greatly from periods of several months to several years. The disease is of long duration and is of progressive severity. In addition, it is not easy to diagnose, since abnormalities that occur are not specific for this disease." [Sheppard, 1986]

## Rocky Flats Fires

There were two major fires at Rocky Flats that are known to have resulted in important releases of plutonium to the environment, one in 1957, and the second in 1969.

### 1957 Fire

The 1957 fire began in Building 771 at about 10 pm on September 11, 1957 when metallic plutonium casting residues spontaneously ignited in a glovebox in Room 180 [ChemRisk, Task 5 Draft Report, 1992, p. 202]. The gloveboxes were constructed with combustible "plexiglas." The plexiglas caught fire as did the attached rubber gloves [Voillequé, 1995, p. 1]. Combustible gases spread through the duct work and into the final filter plenum. Approximately 30 percent of the flammable chemical warfare system (CWS) filters, which removed plutonium from glovebox exhaust, were consumed [Young, 1977, p. 53].

After the September 1957 fire, there were reviews of fire safety at Rocky Flats that led to numerous recommendations of actions that needed to be taken [See, for example, Dow, 1957, pp. 25-27]. Many of the actions were not taken for reasons of cost and perceived production requirements. Following the 1957 fire Dow Chemical Company permitted the installation of flammable Benelex shielding in gloveboxes, failed to install and maintain adequate fire detection equipment, failed to provide adequate fire protection training, failed to install and maintain adequate fire breaks between working areas and permitted the piecemeal removal of the wall (a fire break) between buildings 776 and 777. As was noted by the AEC after the 1969 fire, the "776-777 complex was not designed of constructed to meet AEC fire safety standards – nor does it appear that any concerted effort over the years have been made to achieve these standards." [AEC, 1969]  As a consequence of Dow Chemical Company negligence, fires continued to plague Rocky Flats. I have not seen data for earlier years, but during the three year period, June 1966 through May 1969, a total of 164 fires of all kinds were reported to the fire department at

24

Rocky Flats [Donnelly, 1969]. For the most part these were unanticipated fires as opposed to fires involving the routine processing of plutonium in Buildings 771 and 776 that were extinguished by the operator as part of his normal operation [Ibid.]. Of the 164 total, 31 fires directly involved plutonium, one of these the May 11, 1969 fire [Ibid.].

*1969 Fire*

The May 11, 1969 started in a glovebox in one of the processing areas of Building 776/777. It is theorized that the fire started when plutonium briquettes spontaneously ignited in a metal storage container [See, for example, AEC, 1969]. Despite the fire hazard represented by the pyrophoric nature of plutonium and the hundreds of tons of flammable material in the building, there was only one operator on duty in the building when the fire broke out [Sauderland, *Denver Post*, June 29, 1969, p. 23]. Thus, the fire was allowed to spread before it was discovered. The fire burned for approximately four hours with some relatively minor flare-ups discovered as much as six hours after the first fire alarms [Dunn, 1977, p. 212]. Damage to the buildings was extensive, and while the fire is not believed to have breached the building roof, exterior contamination was measured on the roof of Building 776, apparently due to failure of a filter. Plutonium was tracked out of Building 776 by firefighters and was detectable on the ground around the buildings. [Young, 1977, p. 56.]

The May 11, 1969 fire could have been much worse. Several hours into the fire, firemen noticed that the roof was getting soft and began watering it down. Had the roof collapsed, containment would have been lost and plutonium contaminated smoke released to the environment. This would have been a disaster of major proportions. According to the AEC, only the heroic efforts of the firefighters limited the burning [AEC, 1969]; hundreds of square miles could have been contaminated and the cleanup costs could have been astronomical [Giller, 1970]. This fire, and many of the early "unanticipated" fires, could, and should, have been prevented, had Dow Chemical Company given appropriate attention to the lessons learned from the earlier fires.

### The 903 Pad

The story of the 903 Pad is one of the more egregious examples of the disregard for public health and safety by Rocky Flats management. A chronology of 903 Area events has been developed by the Radiological Assessment Corporation [Meyer, et al., RAC, 1996, pp. 2-5; see also, Seed, et al., 1971, p. 6]. Due to poor waste management practices, Dow Chemical Company permitted the on-site buildup of radioactive waste and residues. In July 1958 a storage area for drum storage of radioactive waste/residues was established in the 903 area. Many of the 30 and 55 gallon drums contained plutonium contaminated lathe cutting oil from the plutonium machining of weapon components. The drums were stored outside, initially directly on the dirt. Dow Chemical Company discovered the drums were leaking in July 1959. At that time it would have, or should have, recognized that the plutonium was exposed to the environment and was capable of being carried off-site by the winds. Dow added a rust inhibitor to the barrels, but they

25

continued to leak. In January 1964 large scale leakage of the drums was reported. Another two year lapsed before Dow started transferring oil out of the leaking drums. A year later, in January 1967, Dow began removing drums for processing in Building 774. By this time there were 5,237 drums, of which 3,572 were said to have contained plutonium. After the last of the drums were removed in June 1968, Dow burned the vegetation in October 1968, and began grading the site in November 1968, in preparation for paving it with asphalt, applied fill material on the site beginning in July 1969, and asphalt in November 1969. Dow permitted the grading to take place during high wind conditions, leading, or contributing, to additional excessive off-site contamination as the contaminated soil was blown off-site.

Also because of Dow's poor waste management practices, it is not well known even to this day how much plutonium was in the drums or how much leaked out. The barrels were not properly labeled, so it was difficult to tell how old the drums were or how much plutonium each contained. Radiological Assessment Corporation (RAC) recently estimated a total of 9 to 18 kg of plutonium were in the drums and from 40 to 1,800 grams of plutonium leaked out into the soil.

## Off-Site Plutonium Contamination

There were four major *known* sources of off-site plutonium releases from the Rocky Flats Plant, from: a) routine filtered stack emissions, b) the 1957 fire, c) the 1969 fire, and d) the 903 Pad. Of course there were surely other releases that were smaller, simply missed, or went unreported. Over the years a number of investigators have made estimated the releases from one or more of these four known sources. We have not heard the end of efforts to quantify these releases, as new data will derive from expert testimony in the ongoing Rocky Flats litigation, Cook, et al., v. Rockwell International Corp., et al. (No. 90-K-181 (D. Colo.)). This brief review below does not address these new data, but is limited to selected previous estimates.

### Routine Filtered Stack Emissions

Based on stack gas monitoring data, Ripple, et al., present ChemRisk's best estimate of the routine plutonium emissions between 1953 and 1989 as 0.22 MBq (6 µCi), with a 95 percent confidence range of 0.090-0.56 MBq (2.4-15 µCi). Using 0.073 Ci/g, this estimate is equivalent to 80 µg Pu (range 30 - 300 µg Pu).

### 1957 Fire

An estimated 9 to 25 kg of plutonium metal may have been involved in the 1957 fire [Voillequé, 1995]. Early estimates of total known and unknown quantities of plutonium released to the atmosphere as a consequence of the 1957 fire were reported as one gram (0.07 curies) [Young, 1977, p.54]. Rockwell International later claimed that 0.37 gram (0.025 curie) of plutonium were released through a filter system damaged in the 1957 fire. [Dunn, 1977, p. 10].

26

"Barrick (1981) provides the largest published estimate of the total release of radioactivity to the environment from the September 11, 1957 fire at Rocky Flats. Barrick estimates that the release was between 0.7 and 1.3 curies, with a most probable value of 1.0 curie. At 0.0734 Ci per gram of plutonium, a release of 1 curie corresponds to 14 grams of plutonium." [ChemRisk, Task 5 Draft Report, 1992, p. 202] Barrick's estimate is 26 to 57 times that of Rockwell. Mongan, et al., reporting on the ChemRisk study results, estimated 1.9 GBq (0.05 Ci) as an upper bound to the plutonium releases from the 1957 fire [Mongan, et al., 1996, pp. 510-521]. This corresponds to about 0.7 g of plutonium. Voilleque estimated releases from the main filter bank in the range 4 to 25 g of plutonium [Voilleque, 1995, p. 22].

### 1969 Fire

As indicated above, Rockwell claimed that while plutonium was tracked out of Building 776 by firefighters and was detectable on the ground around the buildings. [Young, 1977, p. 56.] ChemRisk [Task 8 Report], estimated that the 1969 fire released 2.8 mCi (40 mg) of plutonium. Voilleque estimates that approximately 7 mCi (range 2-20 mCi) was deposited on the roof and approximately 1 mCi (range 0.3-3 mCi) was deposited on the ground nearby [Voilleque, 1996].

### 903 Pad

Mongan, et al., present ChemRisk's estimate of the plutonium releases associated with the 903 Pad. The ChemRisk mean estimates are [Mongan, et al., 1996, p. 526; and ChemRisk, Task 6 Draft Report, 1993, p. 80]:

    410 GBq (11 Ci) were re-deposited on the pad
    520 GBq (14 Ci) escaped from the pad. [190 g of plutonium]
    300 GBq ( 8 Ci) traveled beyond the security fence
    250 GBq ( 7 Ci) escaped to beyond the site boundary of the uninhabited buffer zone
                around the plant. [96 g of plutonium].

The uncertainty in the these results, due to the application of the Fugitive Dust Model, according to Mongan, et al., and ChemRisk is about a factor of 10 [Ibid.].

The environmental releases from the 1969 fire and the 903 Pad were certainly avoidable, and represent a clear violation of the ALARA principle, a basic tenant of the health physics profession.

One of the problems for those who reside, or own property, near the Rocky Flats Plant, is that plutonium is extremely toxic; its contamination is invisible; it is difficult to measure, and it is exceedingly difficult to assess, or determine an upper limit on, an individual's risk of getting cancer as a result of exposure to plutonium—even by the experts. Moreover, there are the added risks associated with ongoing cleanup activities. Even the radioactive waste buried on site can be

brought by gophers and other small animals to the surface where the contamination can be resuspended by the wind and blown off-site [Smallwood, 1996].

## The MUF Problem

Dow Chemical Company was grossly negligent in its failure to adequately account for plutonium (and highly-enriched uranium) inventories during the initial period of operation of Rocky Flats—during the period from April 1953, when the first shipments of plutonium nitrate arrived on site from Hanford, through FY 1963 (June 1963). For over a decade, Dow did not systematically measure the plutonium in residues and scrap, set no limits on the plutonium content in scrap, failed to conduct frequent clean-out inventories of equipment and processes lines, and as a consequence allowed the cumulative plutonium inventory difference to climb to 665 kg—equivalent to the amount of plutonium in the pits of some 220 modern nuclear weapons.

For at least five years the annual plutonium inventory difference was running at several percent of throughput (as high as 8 percent in 1956), compared to less than one percent in later years after some of the inventory problems were brought under greater control. For a decade, Dow did not try to systematically address the reasons the inventory differences were so large. As noted in a 1964 internal Rocky Flats MUF study, "The plutonium losses experienced during the entire history of the Rocky Flats plant have been significant. These losses have never been explained or properly justified and this study was conducted to determine their source and causes." [Zodtner and Rogers, 1964]

In 1964, more than a decade after the plant started operations, Dow finally started addressing the inventory difference problem. But during a three year transitional period, the cumulative plutonium inventory difference climbed another 435 kg, or the equivalent of what is in 150 modern nuclear weapons.

Even during the five year period, FY 1980-FY 1984, when Rockwell International was operating the plant, the site-wide plutonium inventory differences were running 30 to 40 kg per year.

For relevance of Rocky Flats Plant MUF to off-site releases, see my companion report, "Plutonium Inventory Differences at the Rocky Flats Plant and Their Relation to Environmental Releases," November 21, 1996.

28

### The Criticality Problem

*Until safety is given appropriate priority relative to production and until DOE instills a healthy, questioning attitude about nuclear safety in all of the people who work there, Rocky Flats Plant will not operate as safely as it can and should.*

Criticality Safety Assessment Team
SCIENTECH
September 1989. p. ES-5.

An inadvertent criticality event occurs when too much fissile material is brought together unintentionally to form a critical mass, thereby creating a runaway nuclear chain reaction. Since the assembly of the material into a critical mass is unintentional, the release of energy is extremely small compared to that released by a nuclear weapon or a nuclear power reactor; nevertheless, it can be lethal to those in the immediate vicinity. As indicated in a 1989 DOE funded review of criticality safety at Rocky Flats, "A criticality accident at the Rocky Flats Plant could produce a potentially lethal dose of neutrons and gamma radiation to workers at close range, could generate heat and fission products, and in extreme but low probability circumstances, could result in the release of radioactive material to the environment." [SCIENTECH, p. ES-1]

The critical mass of fissile material depends upon a number of factors, including the type of fissile material, e.g., plutonium, high-enriched uranium, the chemical and isotopic composition, density, shape, and the types and locations of surrounding materials. To get a flavor of the range of critical masses of materials used at Rocky Flats under selected conditions see Table 2. A sphere of dense ($\alpha$–phase) plutonium (3.12% Pu-240) inside a thick (5-30 cm) beryllium reflector has a critical mass between 2.5 and 5.5 kg, depending on the thickness of the beryllium. In solution, where the plutonium concentration is 20 to 40 grams per liter, the critical mass of plutonium can be as low as 500 grams.

Criticality accidents have been recognized as an important safety concern since the first such accident occurred on February 11, 1945 during the Manhattan Project. There were some 21 criticality accidents outside of reactors at AEC facilities United States between 1945 and 1964 resulting in the deaths of a half dozen workers [Thompson and Beckerley, 1964, pp. 608-612]. Many features were incorporated into the Rocky Flats Plant design to reduce the probability of an inadvertent criticality event, and the need to follow strict criticality safety operating procedures was well known to the AEC/ERDA/DOE and the Rocky Flats contractors.

During the entire history of the Rocky Flats Plant, from 1952 to the present, there was never a unplanned criticality event at Rocky Flats, or at least none reported. In this regard, however, Rockwell International, can be considered lucky, because as evidenced by the 1989 criticality safety review, Rockwell did not maintain adequate criticality conditions and practices

29

at Rocky Flats [SCIENTECH, 1989]. The review team identified a case of excessive amount of plutonium which had accumulated in the duct work, unknown to the plant managers, and indications that similar situations may have occurred elsewhere. The review team also found situations where plutonium was stored in a manner that could result in a criticality accident if a store room were flooded or if the drums fell together, for example, during an earthquake. The team also indicated that there had been more than 600 procedural infractions recorded by the criticality safety program at Rocky Flats since 1962 [Ibid.]. These examples of Rockwell's failures are summarized in the Executive Summary of the 1989 review, which is included as Attachment A to my report.

### Pondcrete

Failure to adequately manage the huge quantities of radioactive and other hazardous residues and wastes at Rocky Flats was not limited to the issues surrounded the 903 Pad discussed above. Another notable example is Rockwell's efforts to dispose of radioactive solar pond sludge by sequestering it in concrete, what became known as "pondcrete." For a more extensive treatment of the pondcrete and other waste management issues at Rocky Flats, see U.S. v. Rockwell, 1992; and North, Budnitz and Chan, 1996.

On July 31, 1986 the U.S. Environmental Protection Agency (EPA), DOE and the Colorado Department of Public Health reached an agreement under which Rockwell, among other requirements, was to close and clean out solar evaporation ponds that had been used to evaporate waste water that had been contaminated with radioactivity and other hazardous materials, and process and ship off-site the contaminated waste removed from the pond [EPA, DOE, Colo. Dept. of Health Compliance Agreement, July 31, 1986]. The ponds had been leaking into the groundwater.

Rockwell developed a process for solidifying the sludge at the bottom of the ponds by mixing it with concrete and making concrete blocks which were about 40 inches by 40 inches by 26 inches. These blocks weighed between 0.6 and 0.9 tons each. But Rockwell never perfected the process. Instead of hardening like concrete, many of the blocks were soft like putty. After sending some 2000 pondcrete blocks to Nevada for disposal, officials there refused to accept further shipments. Rockwell's response was to continue to make semi-soft pondcrete blocks in plastic lined cardboard boxes, and to store the boxes at the 750 Pad, protected only a tarp that frequently blew off in high winds. By the end of September 1987, there were over 10,000 such boxes of pondcrete stored at the 750 Pad. Running out of room, Rockwell began storing blocks at the 904 Pad as well.

Not surprisingly given these conditions, the blocks began to deteriorate. In May 1988, a box at the 904 pad fell and broke open. By this time some 16,500 blocks were stored outside at Rocky Flats. The DOE determined that 9,000 of these had deteriorated. There is no obvious

30

way to repair the damage caused by Rockwell's failed pondcrete process and storage regime. The cleanup cost is likely to run into the hundreds of millions of dollars.

### Conclusions

The toxicity and hazardous nature of plutonium, uranium and beryllium were known to the plant's contractors well before the Rocky Flats Plant was built, and in fact to a large extent the plant was designed with these hazards in mind. The toxic nature of plutonium and beryllium, and the fact that there would be large volumes of hazardous residues and wastes produced, was recognized from the start. The concern over fires and criticality conditions, and that one must keep careful track of the whereabouts of plutonium and highly-enriched uranium was well known. But something went awfully wrong.

For 37 years the plant's first two contractors operated Rocky Flats with callous disregard for these hazards. The contractors placed highest priority on meeting warhead component production quotas, and failed to exercise the due diligence and meticulous attention to detail required to insure the public's health and safety. As a consequence there were fires that could have been prevented and should not have occurred. In violation of the ALARA principle, there were releases of plutonium to the environment that could have been prevented and should not have occurred, unnecessarily exposing the public to an increased risk of cancer. Private property was contaminated effectively forever. One contractor, Rockwell International, in 1992 pleaded guilty to committing ten environmental crimes, five of which were felonies [U.S. v. Rockwell, 1992]. There was a huge unnecessary buildup of radioactive waste. When the plant was shut down in 1989 for safety violations, it was left in a condition that has made cleanup of the site an expensive nightmare for the government. There were about 12.7 metric tons (t) of plutonium left at the plant [DOE, 1996, p. 20]. Some of the plutonium was stored in temporary plastic packaging, which has since begun to deteriorate, producing hydrogen gas that can contribute to pyrophoric conditions [National Research Council, 1996, p. 13]. Even today there are thousands of drums of hazardous wastes stored in available spaces throughout the various building at Rocky Flats—another fire hazard waiting to happen. The site may never be cleaned up adequately, largely because of the egregious manner in which the plant was operated for more than three decades resulting in extensive contamination of the site and the accumulation of large volumes of toxic wastes.

The deplorable conditions at Rocky Flats did not have to exist. The United States was, and is, the richest industrialized country in the world. Dow and Rockwell International, the two contractors that operated Rocky Flats from 1952 to 1989, rank respectively, among the largest chemical and defense contractors in the country. They could have done the job right had they wanted and chosen to do so. Instead, the contractors placed profit ahead of public health and safety.

Signed:   *[signature]*

Date:   November 21, 1996

31

## References

1. AEC, "Staff Analysis, A Report on Radiation Problems Related to Plutonium Fabrication of Operations at the Rocky Flats Plant (January, 1968)," February 8, 1968 [This appears to be a draft, given that it contains handwritten edits].

2. AEC, "Report on Investigation of Fire, Building 776-777, Rocky Flats Plant, Golden Colorado, May 11, 1969," Vol. 1-5, U.S. Atomic Energy Commission, August 1969.

3. M.R. Boss, "Plutonium Levels in the Rocky Flats Environs, CY 1971, Dow Chemical U.S.A., Rocky Flats Division, February 29, 1972.

4. Tulane/Xavier Consortium for Environmental Risk Evaluation (CERE), Interim Risk Report, March 1995.

5. ChemRisk, Task 1 Report (R1), "Identification of Chemicals and Radionuclides Used at Rocky Flats," March 1991.

6. ChemRisk, Task 2 Report, "Selection of Chemicals and Radionuclides of Concern," June 1991.

7. ChemRisk, "Operations History," Task 3&4 Final Draft Report, August 1992.

8. ChemRisk, "Estimating Historical Emissions From Rocky Flats," Task 5 Draft Report, November 1992.

9. ChemRisk, "Exposure Pathway Identification and Transport Modeling," Task 6 Draft Report, May 1993.

10. ChemRisk, "Dose Assessment for Historical Contaminant Releases from Rocky Flats," Task 8 Draft Report, Volumes 1 and 2, October 1993.

11. Thomas B. Cochran and Christopher E. Paine, "The Amount of Plutonium and Highly-Enriched Uranium Needed for Pure Fission Nuclear Weapons," Natural Resources Defense Council, Revised 13 April 1995.

12. Thomas B. Cochran and Christopher E. Paine, "The Role of Hydronuclear Tests and Other Low-Yield Nuclear Explosions and Their Status Under a Comprehensive Test Ban," Natural Resources Defense Council, April 1995 (Rev. 1).

32

13. Thomas B. Cochran, William M. Arkin and Milton M. Hoenig, *Nuclear Weapons Databook, Volume I, U.S. Nuclear Forces and Capabilities*, (Cambridge: Ballinger Publishing Company, 1984).

14. Thomas B. Cochran, William M. Arkin, Robert S. Norris and Milton M. Hoenig, *Nuclear Weapons Databook, Volume 2, U.S. Nuclear Warhead Production,* and *Volume 3, U.S. Nuclear Warhead Facility Profiles*, (Cambridge: Ballinger Publishing Company, 1984).

15. Thomas P. Grumbly, "The Plutonium Problem," *EM Government Affairs, DOE, June 1996.*

16. "Chronology of RFP's Material Unaccounted For (MUF)," August 16, 1976.

17. Department of Commerce, National Bureau of Standards, "Permissible Dose from External Sources of Ionizing Radiation," Handbook 59, Issued September 24, 1954, amended January 8, 1957, extended and replaced April 15, 1958.

18. DOE, Albuquerque Operations Office, "Beryllium," December 1983.

19. DOE, "Solid Waste and Residue Management Systems at Rocky Flats," Revision 1, Predecisional Draft, July 25, 1989.

20. DOE, "Closing the Circle on the Splitting of the Atom," January 1995.

21. DOE, Fact Sheet, DOE Openness Press Conference, June 27, 1994.

22. DOE, "Plutonium: The First Fifty Years," February 1996.

23. H.C. Donnelly, Manager, Albuquerque Operations Office, letter to R.E. Hollingsworth, General Manager, AEC, July 11, 1969.

24. Dow, "Report of Investigation of Serious Incident in Building 71 on September 1, 1957," Dow Chemical Company, October 7, 1957.

25. Dow, "A Report on Radiation Problems Related to Plutonium Fabrication Operations at the Rocky Flats Plant," USAEC, Albuquerque Operations Office, (as indicated on p. 3, the report was actually prepared by Rocky Flats Division, Dow Chemical Company), January 1968.

26. Dow, "Request for Plutonium-239 Scrap Processing Services," ASA-1-74, September 12, 1974 [see Cook Req. for MUF 14Dec94, 5750351].

27. Dow, "Analytical Requisitions," November 8, 1976 and April 7, 1977 [see Cook Req. for MUF, 14Dec94, 5750196 and 5750220].

33

28. Dow and Rockwell International, Inc, various monthly ID Summary Reports during the period, 1975-1979.

29. Dunn, Manager, Nuclear Materials Controls, Rockwell, Rocky Flats Plant, internal letter to E.R. Young, "Possible Declassification of MUF," June 22, 1977.

30. U.S. Environmental Protection Agency, U.S. Department of Energy, Colorado Department of Health Compliance Agreement, July 31, 1986.

31. U.S. Environmental Protection Agency (EPA), "Limiting Values of Radionuclide Intake and Air Concentration and Dose Conversion Factors For Inhalation, Submersion, and Ingestion," Federal Guidance Report 11, EPA-520/1-88-020, September 1988.

32. United States General Accounting Office (GAO), "Nuclear Health and Safety, Consensus on Acceptable Radiation Risk to the Public is Lacking," September 1994.

33. H. Giller, AEC Assistant General Manager for Military Applications, Hearings Before the House Committee on Appropriations, 91-2, October 1, 1970, p. 295.

34. Hazelton, memo to W.H. Hauschild, et al., "Plutonium MUF Study - Building 707," August 18, 1971.

35. S.A, Ibrahim, S.B. Webb, and A. Kattel, "Sources of Misinterpretation for Environmental Plutonium Measurements," *Journal of Radioanalytical and Nuclear Chemistry, Articles*, Vol. 194, No.1 (1995) 213-219.

36. P.W. Krey and B.T. Krajewski, "Plutonium Isotopic Ratios at Rocky Flats," USAEC-HASL, HASL-249, April 1972.

37. John W. Lindsay, "Storage of Plutonium and Plutonium Compounds," in "Studies of the Safety of Plutonium Handling Facilities," edited by Milton A. Thompson and Gilbert A. Riordan, The Dow Chemical Company, Rocky Flats Division, RFP-1520, November 4, 1970.

38. Norman H. MacKay, "Material Control Review, The Dow Chemical Company, Rocky Flats Plant," ca. December 27, 1960.

39. H. Robert Meyer, et al., "Rocky Flats Dose Reconstruction Project, Phase II, Toxicity Assessment and Risk Characterization, Task 2, The Rocky Flats Plant 903 Area Plutonium Source Term Development," Draft, February 1966.

40. H. Robert Meyer and Jill Weber, Radiological Assessment Corporation, "Estimating 903 Area Releases," Rocky Flats Health Advisory Panel Meeting, September 12-13, 1996.

34

41. T.R. Mongan, S.R. Ripple, G.P. Brorby, and D.G. diTommaso, "Plutonium Releases from the 1957 Fire at Rocky Flats," *Health Physics*, October 1996, pp. 510-521.

42. T.R. Mongan, S.R. Ripple, and K.D. Winges, "Plutonium Release from the 903 Pad at Rocky Flats," *Health Physics*, October 1996, pp. 522-531.

43. National Research Council, "Barriers to Science: Technical Management of the Department of Energy Environmental Remediation Program," Washington, D.C., 1996.

44. D. Werner North, Robert J. Budnitz and Nathan Chan, "Management of Waste, Residues and Risks by Rockwell International at the Rocky Flats Plant," November 1996.

45. U.S. Nuclear Regulatory Commission, "Principles and Practices for Keeping Occupational Radiation Exposures at Medical Institutions As Low As Reasonable Achievable," Draft, NUREG-0267, December 1977.

46. Anthony Putzier, Deposition of, Cook v. Rockwell, March 15, 1995.

47. Radiological Assessment Corporation (RAC), "Historical Public Exposures Studies on Rocky Flats, Phase II, Technical Memorandum: Evaluation of Background Concentrations of Plutonium in the Environment Around Rocky Flats Plant," DRAFT, February 1995.

48. Radiological Assessment Corporation (RAC), "Rocky Flats Dose Reconstruction Project, Phase II, Toxicity Assessment and Risk Characterization, Task 4: Evaluation of Historical Environmental Data," DRAFT, February 1996.

49. S.R. Ripple, T.E. Widner, and T.R. Mongan, "Past Radionuclide Releases from Routine Operations at Rocky Flats," *Health Physics*, October 1996, pp. 502-509.

50. Roberts, et. al., "A Discussion of Inventory Difference, Its Origin and Effects," EG&G, Rocky Flats Inc., Revision 4, August, 1994.

51. Rockwell, "Classification of Rocky Flats Plant Inventory Difference (ID) Data," Rockwell International, Rocky Flats Plant, December 12, 1979.

52. Rockwell International, "Completed Scrap Declaration," CD79-638, ca. 1982 [Cook Req for MUF 14Dec94, 5749923].

53. Rockwell International, Rocky Flats Plant Site Environmental Report for 1988, RFP-ENV-88, May 1989.

35

54. Romatowski, Manager DOE's Albuquerque Operations Office, memo to J.R. Nicks, and J.E. Dorr, "Special Nuclear Material Inventory Problems," April 13, 1983.

55. M.J. Sauderland, *Denver Post*, June 29, 1969, p. 23.

56. C.L. Schuske, "Neutron Multiplication Measurements of Oralloy Units in Arrays," The Dow Chemical Company, AEC Research and Development Report, Criticality Hazards, RFP-51, June 29, 1955.

57. SCIENTECH, "An Assessment of the Criticality Safety at the Department of Energy Rocky Flats Plant, Golden Colorado," [cannot Read the Document Number], July-September 1989.

58. J.R. Seed, K.W. Calkins, C.T. Illsley, F.J. Miner, and J.B. Owens, "Committee Evaluation of Plutonium Levels in Soil Within and Surrounding USAEC Installation at Rocky Flats, Colorado," Dow Chemical Company, RFP-INV-10, July 9, 1971.

59. Danny R. Sheppard, Acting Director, Office of Operational Safety, Department of Energy, Memorandum to Mary. L. Walker, September 19, 1986.

60. K.Shawn Smallwood, 1996, private communication.

61. J.A. Teal, "Briefing Information on PFP History and Processes in Support of Ventilation Air Characterization Studies," August 17, 1990, which includes SD-CP-SAR-021, May 24, 1989.

62. T.J. Thompson and J.G. Beckerley, *The Technology of Nuclear Reactor Safety*, (Cambridge: The M.I.T. Press, 1964), pp. 608-612.

63. United States v. Rockwell International Corporation, "Plea Agreement and Statement of Factual Basis," March 26, 1992.

64. Paul G. Voilleque, "Estimating Airborne Releases of Plutonium During the 1957 Fire in Building 71," in Radiological Assessment Corporation (RAC), "The Rocky Flats Dose Reconstruction Project, Phase II, DRAFT, May 1995.

65. Paul G. Voilleque, "1969 Fire in Building 776," RAC, Rocky Flats Health Advisory Panel Meeting, September 12, 1996.

66. Mary L. Walker, Assistant Secretary, Environment, Safety, and Health, Department of Energy, Memorandum to the Under Secretary of Energy, DOE, October, 6, 1986.

67. Scott B. Webb, "A Study of Plutonium in Soil and Vegetation at the Rocky Flats Plant," Masters Thesis, Colorado State University, Spring 1992.