**EXHIBIT 20**

# Management of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant

Prepared by

D. Warner North, Ph. D.
Decision Focus Incorporated
650 Castro Street, Suite 300
Mountain View, California 94041-2055

Robert J. Budnitz, Ph. D.,
Future Resources Associates Inc.
2039 Shattuck Avenue, Suite 402
Berkeley, California 94704

Assisted by
Nathan Y. Chan, Ph. D.
Decision Focus Incorporated

November 21, 1996

---

A statement of qualifications and list of recent publications for Dr. North is included as Attachment A, for Dr. Budnitz as Attachment B, and for Dr. Chan as Attachment C. Attachment D is a list of documents considered in preparing this report. Attachment E is collection of additional materials relevant to the report.

residues and waste continued to accumulate in Buildings 771, 776-777, and elsewhere, in areas and configurations not designed for safe long-term storage.

Rockwell's fundamental management deficiency was a failure to foresee that the original plans might not be implemented. Rockwell management needed to monitor carefully the progress under these plans and to develop alternative, or contingency, plans when deviations from expected progress under the original plans became likely. As such deviations occurred and the inventory of wastes and residues grew, Rockwell failed to recognize the changing nature of its waste/residue problem, and Rockwell failed to develop effective plans for safe storage of these materials with minimal risk.

## B.     Legacy from the Dow EM 1952-75

Rockwell International took over the management of Rocky Flats from Dow Chemical in 1975, as shown in the timeline in Figure 3. Six years before, in 1969, there had been a serious fire involving plutonium in Building 776-777. The integrity of the roof was almost completely lost.[6] If the roof had burned completely through, the extent of the plutonium release would have been much larger -- probably much larger than all previous plutonium releases at the Rocky Flats Plant. The history of fires in the plutonium operations buildings during the Dow era, and the risk implications of the large inventory of plutonium-contaminated materials stored in these buildings are discussed in a companion expert report (Robert J. Budnitz, "Me Major Rocky Flats Fires of 1957 and 1969: Insights about Management Practices," hereafter referred to as the "Fires" Report).

Dow's waste management practices were seriously deficient in many areas. Plutonium-contaminated waste materials placed at the 903 Pad during the 1960s were released as the result of the loss of integrity of the metal barrels in which these wastes were placed. Rockwell management knew or should have known that the released plutonium from the 903 Pad had been blown by the winds off of the site in quantities readily measurable as elevated over the background level from fallout from the atmospheric testing of nuclear weapons. (Dow management activities are discussed in detail in a companion expert report: Robert J. Budnitz, "Waste-Management Practices Associated with the 903-Area Plutonium Releases." ). The plutonium contamination at the 903 Pad was understood as a top priority problem by the late Dominick Sanchini, the

---

[6] "Less than one percent of the total of almost 600 tons of Benelex and Plexiglas shielding was consumed in the fire. Only the heroic efforts of the firefighters limited this burning. Had an appreciable fraction of this shielding burned, there would have been a complete loss of Building 776-777 and its contents and a major release of plutonium to the environment."
-- AEC, Report on Investigation of Fire, Building 776-777 Rocky Flats Plant, Volume III, August 1969, at 2.

Rockwell Management of Wastes, Residues, and Risks
D.W. North and R.J. Budnitz
November 21, 1996   Page 8

president of the Rocky Flats Division of Rockwell International.[7] Any event that could cause a release of plutonium in fine particulate form into the air should have been regarded as a serious problem deserving the attention of Rockwell's senior management.

Rockwell should have learned from Dow's mistakes and their consequences that management of dangerous residues and wastes needed substantial top management attention. Both the fires and the releases from the contaminated area around the 903 Pad provided examples of serious failures in environmental health and safety management. These examples of serious failures should have indicated to Rockwell that large releases of plutonium and other radioactive and toxic materials were possible from fires and from failures to assure containment integrity. Concern about the risk to health and safety posed by releases of plutonium and other toxic substances was acknowledged as legitimate and appropriate by experts in the technical community.[8] Rockwell management did not learn from Dow's experience. Rockwell should have placed a high priority on improving environmental, health and safety practices, and it did not do so.[9]

## C.   Rockwell's Responsibilities

As Management and Operations (M&O) contractor, Rockwell had the responsibility to manage wastes and residues so as to minimize the risk of releases of radionuclides and toxic substances into the environment, in conformance with applicable

---

[7] FBI Interview of Dominick Sanchini, June 10, 1989, Hearings, p. 645.

[8] "A major fire at any one of the DOE's weapons plants would result in deaths and injuries, along with the contamination of the surrounding environment and the disruption of vital defense activities."
-- Health and Safety at the Department of Energy's Nuclear Weapons Facilities, A Report by the Subcommittee on Oversight and Investigations of the U.S. House Committee on Energy and Commerce, June 1989, at 4.

"Groundwater, surface water, and air pathways provide routes for the potential migration of hazardous substances, radioactive mixed wastes, or hazardous wastes or constituents thereof from the Rocky Flats facility into the environment.... The migration of such hazardous materials from the facility may present a threat to the public health, welfare, and the environment."
-- U.S. EPA, U.S. DOE, Colo. Dept. of Health Compliance Agreement, July 31, 1986, at 1.

[9] A long-time Rocky Flats senior environmental manager at the time of the Dow to Rockwell transition stated that:

"I believe also Rockwell's approach was not to listen to or accept advice from the people that had been at the plant for 20 or 30 years but to come in and just with the belief that they had all the answers, even though they had no experience, and that's my judgment."
-- Deposition of Milton Thompson, Cook v. Rockwell, July 25, 1995, at 43-44.