# EXHIBIT 21

# Daniel M. Conway's Expert Opinion Regarding the Effects of the Rocky Flats Plant on Undeveloped Real Estate Values and Improved Commercial Real Estate Values in the Class Area

Prepared By

Daniel M. Conway
THK Associates, Inc.
5325 S. Valentia Way, #200
Greenwood Village, CO 80111

November 22, 1996

## INTRODUCTION

The purpose of this report is to set forth Daniel M. Conway's opinions regarding the effects, if any, of the Rocky Flats Plant ("Rocky Flats") on undeveloped real estate values and improved commercial real estate values in the class area, as defined by the Class Certification Order in Cook et al. v. Rockwell and Dow, Civil Action No. 90-K-181.

As of this report, plaintiffs have provided no expert reports on these topics. Therefore, my opinion may require supplementation after plaintiffs' experts disclose their opinions. The data reviewed includes the following:

- employment, population, household, and housing construction growth in the class area, northwest Denver area, Jefferson County, and the Denver metro region; and

- construction pace of commercial (office, industrial and retail) space in the class area, the northwest Denver area, Jefferson County, and the Denver metro region,

In this report, I present and support the following opinions:

### Opinion I

*BASED UPON MY EXPERIENCE AND THE DATA TYPICALLY RELIED UPON BY DEVELOPMENTAL FORECASTERS, UNDEVELOPED PROPERTY VALUE IN THE CLASS AREA DID NOT SUFFER ANY ADVERSE IMPACT FROM ROCKY FLATS EITHER BEFORE OR AFTER JUNE 7, 1989.*

### Opinion II

*BASED UPON MY EXPERIENCE AND THE DATA TYPICALLY RELIED UPON BY DEVELOPMENTAL FORECASTERS, IMPROVED COMMERCIAL PROPERTY VALUE IN THE CLASS AREA DID NOT SUFFER ANY ADVERSE IMPACT FROM ROCKY FLATS EITHER BEFORE OR AFTER JUNE 7, 1989.*

This report presents the basis, reasons, data and exhibits giving rise to and supporting each of these opinions. In summary, the data shows that growth trends and market performance relating to property development and land use value, for both undeveloped properties and developed commercial properties in the class area, performed at least as well, if not better than, the same indicators for the northwest Denver area, Jefferson County, and the Denver metro region.

The basis for my opinion has been the examination of a variety of publicly available and commonly relied upon property development and market performance indicators for the class area and surrounding communities, including:

- employment growth;
- population growth;
- household formations;
- the addition of office and industrial space in the area; and
- retail/commercial construction in the area. 1)

**Employment**

Employment in the class area was estimated by first inventorying all existing office, industrial and commercial space within the class area by date of construction. Then, by utilizing industry standards for the average square footage of office, industrial, or commercial space required to house an employee, total employment within the class area was estimated. Employment estimates for Jefferson County and the Denver region were derived using publicly available data from the Colorado Department of Labor and Employment.

I first attempted to estimate employment in the class area as an indicator of market performance. Employment is analyzed as an indicator because it drives the demand for all types of real estate. As jobs are added to an area, the economy grows and people will migrate to the area to fill the growing number of jobs. This increase in the local population will in turn result in an increase in the number of households in the area as housing units are constructed to house the added population.

Employment in the class area is compared to Jefferson County and the Denver region in the following table. Total employment in the class area has grown from an estimated 4,151 in 1980 to 9,482 in 1996, or at an average annual rate of 5.3%. In Jefferson County since 1980 employment has grown at an annual rate of 3.9%, and employment in the Denver region grew at an annual rate of 2.2%. In the class area since 1980, employment has grown faster than Jefferson County and the Denver region.

Footnote 1): I have analyzed the data from 1980 to present because prior to 1980, there was no or little development in the class area. Therefore, the period from 1980-1996, represents a reasonable period of time to analyze undeveloped property values and improved commercial property values in the class area. Many of the indicators analyzed have modest information available prior to 1980.

2

| | Class Area | | | | |
|---|---|---|---|---|---|
| Year | Non-Rocky Flats Employment | Rocky Flats Employment | Total Class Area Employment | Number of Employed in Jefferson County | Denver Regional Employment |
| 1980 | 467 | 3,684 | 4,151 | 159,445 | 883,200 |
| 1989 | 3,296 | 5,449 | 8,745 | 237,338 | 1,033,600 |
| 1990 | 3,304 | 6,289 | 9,593 | 245,987 | 1,057,700 |
| 1991 | 3,373 | 7,134 | 10,507 | 253,206 | 1,072,400 |
| 1992 | 3,684 | 6,828 | 10,512 | 257,365 | 1,100,500 |
| 1993 | 3,995 | 6,512 | 10,507 | 261,861 | 1,133,000 |
| 1994 | 4,015 | 6,263 | 10,278 | 276,963 | 1,163,700 |
| 1995 | 4,034 | 5,718 | 9,752 | 285,937 | 1,204,600 |
| 1996 | 4,118 | 5,364 2) | 9,482 | 295,791 | 1,245,400 |
| Annual Rate of Growth 1980-1996 | 14.6% | 2.4% | 5.3% | 3.9% | 2.2% |

Exhibit 1: Employment Levels in the Class Area, 1980-1996

Source: Colorado Department of Labor and Employment and THK Associates, Inc.

Footnote 2) The 1996 Rocky Flats employment number is a THK estimate based on recent trends. However, due to changes in contractor status, these numbers may understate total Rocky Flats employment.

**Population and Number of Households**

The population and the number of households in the class area were estimated using data from census tracts from the U.S. Department of Commerce, Bureau of the Census, and analyzing aerial photographs of the class area. By counting the number of structures within the class area and utilizing vacancy and population per household data from the Bureau of the Census, it is possible to estimate the population and the number of households within the class area.

Growth in population and in the number of households are additional indicators of development and land use value, and both indicators have also grown in the class area since 1980. Population and the number of households are analyzed in order to both check the employment increases of an area to make sure there is a corresponding increase in population and households and because many of the industry standards for determining demand utilize population and the number of households as determinants in the anticipated demand.

3

As shown below, population in the class area has grown from 21,402 in 1980 to 38,160 in 1996, while households have grown from 6,676 to 13,420 over the same timeframe.

Since 1980, the growth in population in the class area at an annual rate of 3.7% compares to an annual rate of 1.6% in Jefferson County, and 1.4% in the Denver region. The growth rate of households in the class area has been 4.5% since 1980, compared to 2.2% in Jefferson County and 1.8% in the Denver metro region.

Exhibit 2: Trends in Population and Households in the Class Area and Surrounding Areas, 1980-1996

| Year | Class Area | | Jefferson County | | Denver Metro | |
|---|---|---|---|---|---|---|
| | Population | Households | Population | Households | Population | Households |
| 1980 | 21,402 | 6,676 | 368,820 | 129,780 | 1,605,690 | 608,400 |
| 1989 | 29,780 | 10,380 | 434,390 | 164,980 | 1,835,690 | 732,910 |
| 1990 | 31,172 | 10,838 | 438,430 | 166,540 | 1,848,320 | 737,790 |
| 1996 | 38,160 | 13,420 | 475,140 | 184,880 | 1,998,330 | 807,780 |
| (1980-1996): Percent | 3.7% | 4.5% | 1.6% | 2.2% | 1.4% | 1.8% |

Source: U.S. Dept of Commerce, Bureau of Census and THK Associates, Inc.

**Office, Industrial, Retail/Commercial Land Use Value**

I have distinguished between office, industrial and retail/commercial space. The addition of office, industrial, and retail/commercial space has also been quite active in the class area. Estimates of each type of space in the class area were derived by a physical inventory of every office, industrial and commercial building in the class area, then deriving the existing square footage in the class area by using public information from the assessor's office of each of the necessary jurisdictions. By analyzing historical permit and assessor data, estimates of the total existing square footage of each type of space can be derived based on the date of construction of the existing buildings in the class area.

The analysis of office, industrial and retail/commercial property development in the class area was derived from a representative inventory of office, industrial and retail/commercial properties. Due to the in-exact nature of the property class area definitions as derived from plaintiffs' map contours, the numbers contained in Exhibit 3-9 may, in fact, be significantly underestimated. Therefore, I anticipate supplementing my report, if appropriate, after receipt of plaintiffs' experts' reports and/or further clarification of the property class definition.

4

## Office

Since 1980, approximately 134,382 square feet of office space has been added in the class area. This translates into an annual addition of 8,399 square feet of space at a growth rate of 6.89%. The amount of office construction that has occurred in the class area since 1980 compares favorably with other areas. The Denver region has added office space at a rate of 3,730,313 square feet or 6.79% since 1980, and the northwest Denver area has seen space added at 6.44% annually, or by 261,242 square feet.

EXHIBIT 3: Office Activity in the Class & Comparative Areas to the Class Area, 1980-1996

| Year | Total Square Feet in the Class Area | Total Square Feet in the Northwest Denver Area | Total Square Feet in the Denver Region |
|---|---|---|---|
| 1980 | 70,642 | 2,440,811 | 32,093,486 |
| 1989 | 195,509 | 6,219,650 | 89,695,611 |
| 1996 | 205,024 | 6,620,683 | 91,778,501 |
| Total | 205,024 | 6,620,683 | 91,778,501 |
| Average | 8,399 | 261,242 | 3,730,313 |
| Rate of Growth (1980-1996) | 6.89% | 6.44% | 6.79% |

Source: THK field survey, Jefferson County Asessor's Office, Grubb & Ellis, Cushman Wakefield, CB Commercial, Black's Guide, Fuller and Company and THK Associates, Inc.

**Industrial**

Since 1980, the square footage of industrial space in the class area has grown from zero to approximately 192,365, representing an exponential growth rate. This translates into an annual addition of 12,023 square feet of space since 1980, or a growth rate of 23.93% since 1989. The amount of industrial construction that has occurred in the class area since 1989, also compares favorably with other areas. The Denver region has added industrial space at a rate of 3,259,111 square feet or 2.87% since 1989, and the northwest Denver area has seen space added at 6.28% annually, or by 1,214,633 square feet.

EXHIBIT 4: Industrial Activity in the Class and
Comparative Areas to the Class Area, 1980-1996

| Year | Total Square Feet in the Class Area | Total Square Feet in the Northwest Denver Area | Total Square Feet in the Denver Region |
|---|---|---|---|
| 1980 | 0 | 11,765,634 | 90,984,926 |
| 1989 | 42,841 | 25,396,634 | 131,873,126 |
| 1996 | 192,365 | 31,199,755 | 143,130,699 |
| Total | 192,365 | 31,199,755 | 143,130,699 |
| Average | 12,023 | 1,214,633 | 3,259,111 |
| Rate of Growth (1980-1996) | 23.93% | 6.28% | 2.87% |

Note: Class area growth rate represents growth from 1989-1996 due to lack of existing space prior to 1980

Source: THK field survey, Jefferson County Asessor's Office, Grubb & Ellis, Cushman Wakefield, CB Commercial, Black's Guide, Fuller and Company and THK Associates, Inc.

6

**Retail/Commercial**

The class area has also added a significant amount of retail/commercial space since 1980. There are approximately 1,136,700 square feet of retail/commercial space in the class area today. Of that, a total 1,056,834 square feet has been added since 1980. In the class area, retail/commercial space has been added at 66,052 square feet annually, or at an average rate of 18.05% per year.

At an average rate of growth of 18.05%, the class area has been one of the most active areas in the entire Denver region in terms of new retail/commercial construction.

EXHIBIT 5: Retail Activity in the Class and Comparative Areas to the Class Area, 1980-1996

| Year | Total Square Feet in the Class Area | Total Square Feet in the Northwest Denver Area | Total Square Feet in the Denver Region |
|---|---|---|---|
| 1980 | 79,866 | 9,500,000 | 25,000,000 |
| 1989 | 851,880 | 12,055,600 | 48,388,400 |
| 1996 | 1,136,700 | 21,623,100 | 64,778,300 |
| Total | 1,136,700 | 21,623,100 | 64,778,300 |
| Average | 66,052 | 757,694 | 2,486,144 |
| Rate of Growth (1980-1996) | 18.05% | 5.27% | 6.13% |

Source: THK field survey, Jefferson County Asessor's Office, Grubb & Ellis, Cushman Wakefield, CB Commercial, Black's Guid Fuller and Company and THK Associates, Inc.

7

In addition to this statistical analysis of indicators used to determine value in the class area and comparative areas, I have considerable experience in market analysis and land planning with specific properties in and adjacent to the class area. I have provided consulting services on numerous projects in or adjacent to the class area.

The Wadsworth Boulevard corridor, in particular, is a vibrant, active and successful commercial corridor that has developed within the class area over time. In recent years, since approximately 1980, the Wadsworth Boulevard corridor, between 10th Avenue in Broomfield and 88th Avenue in Westminster, has been steadily developing with a variety of commercial uses. This commercial growth is a product of, and a catalyst to the population and household growth, as well as employment growth in the surrounding areas. From my experience, this area's growth has been unimpaired by the Rocky Flats plant's operations.

The following exhibits (Exhibits 6-9) demonstrate the considerable amount of development activity that has occurred in the class area. This level of activity, combined with my personal experience in the area lead me to conclude that from the perspective of a development forecaster, Rocky Flats has not had any adverse impact on the market performance or land use value of both the undeveloped properties and developed commercial properties in the class area. Indeed, sophisticated commercial entities continue to invest capital in the class area and have done so both before and after the FBI raid in 1989.

I anticipate supplementing my report, if appropriate, after receipt of plaintiffs' experts' reports.

8

| | Exhibit 6: Representative Commercial Property Development Within the Class Area | | | | |
|---|---|---|---|---|---|
| | Name/Location | Address | Building Use Type | Year Built | Building Size |
| 1 | NEC Kipling & 80th | 8048 Kipling<br>9959 W 80th | Retail | 1978 | 10,436 |
| 2 | Wadsworth Arbor Shoppete<br>SEC Wadsworth & 88th | 8410 Wadsworth Blvd | Retail | 1978 | 11,800 |
| 3 | Stanley Plaza<br>SWC 88th & Wadsworth | 8735-8755 Wadsworth Blvd | Retail | 1979 | 38,500 |
| 4 | Boulevard Shopps<br>NWC Wadsworth & 94th | 8121-8161 W 94th Ave | Retail | 1979 | 19,130 |
| 5 | Ball Corp<br>Colrado Office Center | 9300 W 108th Cir | Office | 1979 | 70,642 |
| 6 | Stanley Lake Prof Bldg | 8723-8725 Wadsworth Blvd | Office | 1980 | 14,116 |
| 7 | Homestead House<br>NEC Wadsworth & 94th | 9410 Wadsworth Pkwy | Retail | 1981 | 199,563 |
| 8 | Hugh M Woods<br>NEC Wadsworth & 94th | 9330 Wadsworth Pkwy | Retail | 1981 | 35,592 |
| 9 | Stanley Shores<br>SWC W 100th Ave. | 9975-9995 Wadsworth Pkwy | Retail | 1982 | 102,302 |
| 10 | Lake Plaza<br>N Field St & 88th | 9008-9118-9134 W 88th Ave | Retail | 1982 | 19,180 |
| 11 | Remax West/Metro Brokers<br>SEC Yukon & Wadsworth | 9035 Wadsworth Blvd<br>9030 Yukon St | Office | 1982 | 79,624 |
| 12 | Arbor Village | 8770 Wadsworth Blvd<br>7430 W 88th Ave | Retail | 1983 | 86,752 |
| 13 | Village Inn<br>W/S Wadsworth @ 90th | 9000 Yukon St | Retail | 1984 | 4,917 |
| 14 | Brentcross Shops<br>NEC Wadsworth & 92nd | 7707-7735 W 92nd Ave | Retail | 1984 | 28,930 |
| 15 | Worlds of Tile<br>SEC Wadsworth & 94th | 9333 Wadsworth Pkwy | Retail | 1984 | 8,000 |
| 16 | Ball Corp<br>Colrado Office Center | 9343 W 108th Cir | Industrial | 1984 | 42,841 |
| 17 | NEC Wadsworth & 88th | 7125-7275 W 88th Ave | Retail | 1985 | 68,093 |
| 18 | Mission Commons<br>NWC Wadsworth & 88th | 8895 Wadsworth Blvd<br>7689 W 88th Ave | Retail | 1985 | 150,000 |
| 19 | 10900 N Dover St<br>E of Wadsworth | 10900 N Dover St | Office | 1985 | 21,000 |
| 20 | Westbrook Shopping Ctr<br>SWC W 99th & W 100th | 9100 W 100th Ave | Retail | 1986 | 44,287 |

9

| | Name/Location | Address | Building Use Type | Year Built | Building Size |
|---|---|---|---|---|---|
| 21 | The Wave<br>W/S Wadsworth @ 92nd Ave | 9195 Wadsworth Pkwy | Retail | 1987 | 6,286 |
| 22 | State Farm Insurance | 7625 W 92nd Ave | Office | 1987 | 10,127 |
| 23 | Ball Corp<br>Colrado Office Center | 9675 W 108th Cir | Industrial | 1988 | 115,459 |
| 24 | Ethan Allan<br>NEC Wadsworth & 100th Ave | 8780 W 101st Ave | Retail | 1988 | 12,500 |
| 25 | Texaco Convenience Store<br>W/S Wadsworth @ 92nd Ave | 7805 W 92nd Ave | Retail | 1990 | 3,230 |
| 26 | Nakamura-Tomei<br>NEC Church Ranch & 103rd | 10333 Church Ranch Blvd | Industrial | 1991 | 34,065 |
| 27 | NEC Wadsworth & W 90th<br>& SEC 92nd & Wadsworth | 9010 Wadsworth Blvd<br>9050 Wadsworth Pkwy<br>9110 Wadsworth Pkwy | Retail | 1993 | 249,000 |
| 28 | Goodyear | 9075 Yukon St | Retail | 1993 | 5,612 |
| 29 | Goldenbanks Banks<br>NWC Wadsworth & 100th | 10001 Wadsworth Pkwy | Office | 1995 | 5,482 |
| 30 | Carrabas Restaurant<br>NEC W 92nd Ave & Old Wadsworth | 9100 W 100th Ave | Retail | 1995 | 6,248 |
| 31 | Oral Surgery Center<br>NWC Club Crest Dr & 80th Ave | 8025 Club Crest Dr | Office | 1996 | 4,033 |
| 32 | Discount Tire<br>N/S W 92nd Ave | 9200 Wadsworth Blvd / 7401 W 92nd | Retail | 1996 | 8,190 |
| 33 | Brakes Plus<br>E/S Old Wadsworth Blvd | 9200 Wadsworth Blvd / 7401 W 92nd | Retail | 1996 | 5,408 |
| 34 | Diamond Shamrock<br>NWC Old Wadsworth & Church Ranch | 7605 W 101st Ave (aka Church Ranch Blvd) | Retail | 1996 | 2,410 |
| 35 | Kinder Care<br>N/S Church Ranch Blvd | 7395 Church Ranch Blvd | Retail | 1996 | 10,334 |
| | | | | | 1,534,089 |

Source: Jefferson County Assessor's Office and THK Associates, Inc.