**EXHIBIT 22**

# DANIEL M. CONWAY'S OPINION REGARDING THE EFFECTS OF ROCKY FLATS ON UNDEVELOPED REAL ESTATE VALUES AND IMPROVED COMMERCIAL REAL ESTATE VALUES IN THE CLASS AREA

## PREPARED BY:

### DANIEL M. CONWAY
### THK ASSOCIATES, INC.
### 2953 SOUTH PEORIA STREET, #101
### AURORA, COLORADO 80014

Economic & Market Research / Land & Development Planning
Landscape Architecture / Community Planning & Design
Golf Feasibility Analysis

## EMPLOYMENT

Employment in the class area was estimated by first inventorying all existing office, industrial, and commercial space within the class area by date of construction. Then, by utilizing industry standards for the average square footage of office, industrial, or commercial space required to house an employee, total employment within the class area was estimated.  Employment estimates for Jefferson County and the Denver region were derived using publicly available data from the Colorado Department of Labor and Employment.  Rocky Flats employment figures were supplied by Source One Management, Inc.

I first attempted to estimate employment in the class area as an indicator of market performance.  Employment is analyzed as an indicator because it drives the demand for all types of real estate.  As jobs are added to an area, the economy grows and people will migrate to the area to fill the growing number of jobs. This increase in the local population will, in turn, result in an increase in the number of households in the area as housing units are constructed to house the added population.

In the following table, employment in the class area is compared to Jefferson County and the Denver region.  It should be noted that Non-Rocky Flats Employment is based upon school and government employment as well as most recent office, industrial, and retail square footage figures, which are adjusted for vacancy rate and subleased space.  It should be also noted that Rocky Flats employment does not include Department of Energy employment figures.  Rocky Flats employment figures from 1997 to 2001 are primary figures, not adjusted.  Adjusted figures include lower tier contractors as well as primary employees and upper tier contractors. Total employment in the class area has grown from an estimated 4,151 in 1980 to 13,072 in 2004, or at an average annual rate of 4.9%.  Since 1980, employment in Jefferson County has grown at an annual rate of 2.8%, and employment in the Denver region grew at an annual rate of 2.3%.  Employment in the class area, since 1980, has grown at a faster rate than Jefferson County and the Denver region.

| | Class Area | | | Number of | Denver |
|---|---|---|---|---|---|
| Year | Non-Rocky Flats Employment | Rocky Flats Employment | Total Class Area Employment | Employed in Jefferson County | Regional Employment |
| 1980 | 467 | 3,684 | 4,151 | 160,744 | 1,007,403 |
| 1981 | 886 | 3,735 | 4,621 | 174,884 | 1,052,239 |
| 1982 | 1,177 | 4,322 | 5,499 | 182,688 | 1,084,952 |
| 1983 | 1,629 | 5,154 | 6,783 | 189,522 | 1,104,338 |
| 1984 | 1,889 | 5,596 | 7,485 | 203,400 | 1,172,062 |
| 1985 | 2,084 | 6,069 | 8,153 | 207,975 | 1,193,414 |
| 1986 | 2,150 | 5,889 | 8,039 | 211,675 | 1,186,728 |
| 1987 | 2,887 | 5,490 | 8,377 | 211,134 | 1,175,183 |
| 1988 | 2,937 | 5,427 | 8,364 | 219,713 | 1,204,352 |
| 1989 | 3,296 | 5,449 | 8,745 | 221,724 | 1,220,994 |
| 1990 | 3,304 | 6,289 | 9,593 | 224,592 | 1,243,986 |
| 1991 | 3,373 | 7,134 | 10,507 | 231,334 | 1,271,820 |
| 1992 | 3,684 | 6,828 | 10,512 | 232,945 | 1,294,827 |
| 1993 | 3,995 | 6,512 | 10,507 | 238,670 | 1,349,249 |
| 1994 | 4,015 | 6,263 | 10,278 | 250,035 | 1,405,610 |
| 1995 | 4,034 | 5,718 | 9,752 | 256,561 | 1,448,252 |
| 1996 | 4,118 | 4,410 | 8,528 | 263,024 | 1,499,490 |
| 1997 | 4,208 | 3,266 | 7,474 | 272,464 | 1,566,510 |
| 1998 | 4,160 | 3,040 | 7,200 | 275,881 | 1,630,094 |
| 1999 | 4,522 | 3,031 | 7,553 | 277,553 | 1,685,409 |
| 2000 | 7,687 | 3,117 | 10,804 | 285,697 | 1,758,525 |
| 2001 | 8,279 | 2,926 | 11,205 | 281,048 | 1,772,436 |
| 2002 | 9,508 | 4,056 | 13,564 | 306,528 | 1,730,999 |
| 2003 | 9,526 | 4,181 | 13,707 | 307,815 | 1,738,267 |
| 2004* | 10,124 | 2,948 | 13,072 | 311,274 | 1,757,802 |
| Annual Rate of Growth | | | | | |
| 1980-2004 | 13.7% | -0.9% | 4.9% | 2.8% | 2.3% |
| 1989-2004 | 7.8% | -4.0% | 2.7% | 2.3% | 2.5% |

Exhibit 1: Employment Levels in the Class Area, 1980-2004

* Employment figures for Jefferson County and the Denver Regional area have been estimated for 2004.

Source: Colorado Department of Labor and Employment, and THK Associates, Inc.

3

## POPULATION AND NUMBER OF HOUSEHOLDS

The population and number of households in the class area were estimated using data from census tracts from the U.S. Department of Commerce, Bureau of the Census, and analyzing building patterns of major subdivisions located in the class area. By counting the number of structures within the class area and utilizing vacancy and population per household data from the Bureau of the Census, it is possible to estimate the population and the number of households within the class area.

Growth in population and in the number of households are additional indicators of development and land use value, and both indicators have also grown in the class area since 1980. .

As shown below, population in the class area has grown from 21,402 in 1980 to 44,013 in 2004, while households have grown from 6,676 to 16,781 over the same timeframe.

Since 1980, the population growth in the class area has increased at an annual rate of 3.0%, compared to an annual rate of 1.6% in Jefferson County, and 2.0% in the Denver region. The growth rate of households in the class area has been 3.9% since 1980, compared to 2.1% in Jefferson County, and 2.2% in the Denver metro region. It should be noted that population and household figures for 1981 to 1988 in Jefferson County and the Denver Metro Area have been rounded and have been estimated based on information from permit data. Exhibit 2A and 2B demonstrate the annual construction volumes of major subdivisions in the class area since 1950.

4

**Exhibit 2: Trends in Population and Households in the Class Area and Surrounding Areas, 1980–2004**

| Year | Class Area Population | Class Area Households | Jefferson County Population | Jefferson County Households | Denver Metro Population | Denver Metro Households |
|---|---|---|---|---|---|---|
| 1980 | 21,402 | 6,676 | 368,820 | 129,780 | 1,605,690 | 608,400 |
| 1981 | 21,868 | 6,906 | 374,520 | 132,910 | 1,628,300 | 620,480 |
| 1982 | 22,382 | 7,156 | 379,210 | 135,720 | 1,649,160 | 632,030 |
| 1983 | 23,498 | 7,606 | 387,120 | 139,730 | 1,678,370 | 646,930 |
| 1984 | 25,651 | 8,406 | 402,450 | 146,500 | 1,731,550 | 671,300 |
| 1985 | 27,567 | 9,146 | 415,580 | 152,570 | 1,774,350 | 691,900 |
| 1986 | 28,092 | 9,436 | 424,030 | 157,000 | 1,800,670 | 706,280 |
| 1987 | 28,336 | 9,636 | 431,490 | 161,120 | 1,824,650 | 719,910 |
| 1988 | 29,383 | 10,116 | 434,450 | 163,610 | 1,833,750 | 727,790 |
| 1989 | 29,780 | 10,380 | 434,390 | 164,980 | 1,835,690 | 732,910 |
| 1990 | 31,172 | 10,838 | 438,430 | 166,540 | 1,848,320 | 737,790 |
| 1991 | 31,830 | 11,088 | 443,714 | 168,549 | 1,870,958 | 748,974 |
| 1992 | 32,744 | 11,428 | 450,530 | 171,140 | 1,902,410 | 763,760 |
| 1993 | 34,398 | 12,028 | 461,150 | 175,180 | 1,944,440 | 783,150 |
| 1994 | 36,016 | 12,618 | 472,340 | 178,490 | 1,977,400 | 787,120 |
| 1995 | 37,344 | 13,108 | 481,210 | 182,370 | 2,014,380 | 803,520 |
| 1996 | 38,160 | 13,420 | 475,140 | 184,880 | 1,998,330 | 807,780 |
| 1997 | 41,944 | 15,000 | 486,600 | 189,360 | 2,061,690 | 832,780 |
| 1998 | 42,732 | 15,540 | 508,681 | 194,642 | 2,152,308 | 859,385 |
| 1999 | 42,671 | 15,780 | 515,994 | 197,877 | 2,214,964 | 884,442 |
| 2000 | 42,196 | 15,868 | 527,056 | 206,067 | 2,400,570 | 939,971 |
| 2001 | 42,448 | 16,018 | 523,320 | 204,740 | 2,346,940 | 935,640 |
| 2002 | 43,058 | 16,304 | 541,110 | 211,690 | 2,527,050 | 990,280 |
| 2003 | 43,197 | 16,413 | 539,560 | 211,600 | 2,546,150 | 999,160 |
| 2004 | 44,013 | 16,781 | 542,330 | 213,710 | 2,593,070 | 1,019,910 |
| (1980-2004): Percent | 3.0% | 3.9% | 1.6% | 2.1% | 2.0% | 2.2% |
| (1989-2004): Percent | 2.6% | 3.3% | 1.5% | 1.7% | 2.3% | 2.2% |

Source: U.S. Dept. of Commerce, Bureau of Census, and THK Associates, Inc.

5

Exhibit 21 - Construction Permits for NCAC Subdivisions within the Nancy Creek Class Area (1950-2004)



Source: City of Arvada Community Development, City of Westminster Community Development Department, Jefferson County Assessor's Office, & THK Associates, Inc.



Construction Pace for Major Subdivisions within the Rocky Flats Class Area



Cummulative Unit Construction Total of Major Subdivisions within the Rocky Flats Class Area (1950 - 2004)

## OFFICE, INDUSTRIAL, RETAIL/COMMERCIAL LAND USE VALUE

I have distinguished between office, industrial, and retail/commercial space. The addition of office, industrial, and retail/commercial space has also been quite active in the class area. Estimates of each type of space in the class area were derived by a physical inventory of every office, industrial, and commercial building in the class area. I then derived the existing square footage in the class are by using public information from the assessor's office from each of the necessary jurisdictions. By analyzing historical permit and assessor data, estimates of the total existing square footage of each type of space can be derived based on the date of construction of the existing buildings in the class area.

The analysis of office, industrial, and retail/commercial property development in the class area was derived from a representative inventory of office, industrial, and retail/commercial properties.

## OFFICE

Since 1980, approximately 2,797,395 square feet of office space has been added in the class area. This translates into an annual addition of 112,251 square feet of space at an annual growth rate of 14.7%. The amount of office construction that has occurred in the class area since 1980 compares favorably with other areas. The Denver region has added office space at an annual rate of 3,318,539 square feet, or 5.3%, since 1980, and the northwest Denver area has seen space added at 7.1% annually, or by 423,471 square feet per year. The square footages within the class area are based upon inventory of existing buildings in the class area and information from the Jefferson County Assessor.

**Exhibit 3: Office Activity in the Class & Comparative Areas to the Class Area, 1980-2004**

| Year | Total Square Feet in the Class Area | Total Square Feet in the Northwest Denver Area | Total Square Feet in the Denver Region |
|------|------|------|------|
| 1980 | 103,382 | 2,440,811 | 32,093,286 |
| 1981 | 117,498 | 2,908,020 | 38,753,085 |
| 1982 | 117,498 | 3,236,939 | 45,393,733 |
| 1983 | 197,122 | 4,254,038 | 59,817,933 |
| 1984 | 197,122 | 4,622,502 | 69,855,177 |
| 1985 | 197,122 | 5,264,560 | 78,410,433 |
| 1986 | 218,122 | 5,786,832 | 86,236,580 |
| 1987 | 218,122 | 6,219,650 | 88,934,711 |
| 1988 | 230,279 | 6,219,650 | 89,623,611 |
| 1989 | 345,738 | 6,219,650 | 89,695,611 |
| 1990 | 345,738 | 6,219,650 | 89,695,611 |
| 1991 | 345,738 | 6,219,650 | 89,975,489 |
| 1992 | 391,229 | 6,219,650 | 90,129,489 |
| 1993 | 391,229 | 6,219,650 | 90,129,489 |
| 1994 | 391,229 | 6,219,650 | 90,271,489 |
| 1995 | 391,229 | 6,219,650 | 90,415,589 |
| 1996 | 462,322 | 6,282,446 | 90,565,364 |
| 1997 | 466,355 | 6,335,446 | 91,200,717 |
| 1998 | 466,355 | 6,547,446 | 93,111,870 |
| 1999 | 511,355 | 7,100,046 | 95,082,492 |
| 2000 | 1,623,831 | 9,104,946 | 100,313,325 |
| 2001 | 1,686,523 | 9,663,046 | 104,209,125 |
| 2002 | 2,793,395 | 12,216,294 | 109,464,468 |
| 2003 | 2,793,395 | 12,564,120 | 111,043,002 |
| 2004 | 2,797,395 | 12,604,120 | 111,738,225 |
| Total | 2,797,395 | 12,604,120 | 111,738,225 |
| Annual Average | 112,251 | 423,471 | 3,318,539 |
| Annual Rate of Growth | | | |
| (1980-2004) | 14.7% | 7.1% | 5.3% |
| (1989-2004) | 15.0% | 4.8% | 1.5% |

Source: THK field survey, Jefferson County Assessor's Office, Grubb & Ellis, Cushman Wakefield, CB Commercial, Black's Guide, Fuller and Company, Landiscor, and THK Associates, Inc.

## INDUSTRIAL

Since 1980, the square footage of industrial space in the class area has grown from zero to approximately 332,655, representing an exponential growth rate. This translates into an annual addition of 13,861 square feet of space since 1980, or an annual growth rate of 10.6% since 1989. The amount of industrial construction that has occurred in the class area since 1989 also compares favorably with other areas. The Denver region has added industrial space at an annual rate of 3,433,639 square feet, or 1.8%, since 1989, and the northwest Denver area has seen space added at 3.2% annually, or by 1,208,037 square feet per year. It should be noted that square footages within the class area are based upon an inventory of existing buildings in the class area and information from the Jefferson County Assessor. Furthermore, most figures in the following table have been rounded.

| | Exhibit 4: Industrial Activity in the Class & Comparative Areas to the Class Area, 1980-2004 | | |
|---|---|---|---|
| Year | Total Square Feet in the Class Area | Total Square Feet in the Northwest Denver Area | Total Square Feet in the Denver Region |
| 1980 | 0 | 11,765,634 | 90,984,926 |
| 1981 | 0 | 14,926,380 | 97,905,817 |
| 1982 | 0 | 16,670,830 | 104,916,497 |
| 1983 | 0 | 18,198,450 | 109,810,079 |
| 1984 | 0 | 21,300,630 | 114,944,731 |
| 1985 | 73,083 | 22,323,290 | 120,766,487 |
| 1986 | 73,083 | 23,150,360 | 123,622,047 |
| 1987 | 73,083 | 23,029,430 | 126,330,870 |
| 1988 | 73,083 | 24,947,110 | 129,568,414 |
| 1989 | 73,083 | 25,396,634 | 131,873,126 |
| 1990 | 73,083 | 25,799,620 | 133,466,712 |
| 1991 | 73,083 | 26,746,950 | 134,644,659 |
| 1992 | 107,148 | 26,973,310 | 134,644,659 |
| 1993 | 107,148 | 27,777,740 | 136,459,587 |
| 1994 | 107,148 | 29,374,650 | 139,343,651 |
| 1995 | 107,148 | 30,291,630 | 140,860,098 |
| 1996 | 107,148 | 31,199,755 | 143,130,699 |
| 1997 | 107,148 | 35,437,768 | 148,604,581 |
| 1998 | 107,148 | 36,514,220 | 153,663,040 |
| 1999 | 233,655 | 37,040,941 | 158,063,662 |
| 2000 | 233,655 | 37,891,612 | 160,236,710 |
| 2001 | 233,655 | 39,264,233 | 165,173,192 |
| 2002 | 332,655 | 39,787,316 | 168,396,273 |
| 2003 | 332,655 | 40,799,225 | 171,875,309 |
| 2004 | 332,655 | 40,758,525 | 173,392,259 |
| Total | 332,655 | 40,758,525 | 173,392,259 |
| Annual Average | 13,861 | 1,208,037 | 3,433,639 |
| Annual Rate of Growth (1980-2004)* | 8.3% | 5.3% | 2.7% |
| (1989-2004) | 10.6% | 3.2% | 1.8% |

* Class area growth rate represents growth since 1985
due to lack of existing space prior to 1985

Source: THK field survey, Jefferson County Assessor's Office,
Grubb & Ellis, Cushman Wakefield, CB Commercial, Black's Guide,
Fuller and Company, Landiscor, and THK Associates, Inc.

## RETAIL/COMMERCIAL

The class area has also added a significant amount of retail/commercial space since 1980. There are approximately 1,801,521 square feet of retail/commercial space in the class area today. Of that, a total 1,732,816 square feet has been added since 1980. In the class area, retail/commercial space has been added at 72,201 square feet annually, or at an average rate of 14.6% per year.

At an average rate of growth of 14.6%, the class area has been one of the most active areas in the entire Denver region in terms of new retail/commercial construction. Again, square footages within the class area are based upon inventory of existing buildings in the class area and information from the Jefferson County Assessor. Moreover, the square footages in the Northwest Denver area and the Denver region from 1981 to 1996 have been estimated.

| Year | Total Square Feet in the Class Area | Total Square Feet in the Northwest Denver Area | Total Square Feet in the Denver Region |
|------|-----------|-----------|-----------|
| 1980 | 68,705 | 9,500,000 | 25,000,000 |
| 1981 | 137,705 | 9,727,250 | 27,269,150 |
| 1982 | 337,268 | 9,931,260 | 29,438,740 |
| 1983 | 473,353 | 10,222,390 | 32,237,610 |
| 1984 | 612,138 | 10,713,910 | 36,815,360 |
| 1985 | 653,985 | 11,154,610 | 40,684,940 |
| 1986 | 653,985 | 11,476,230 | 43,386,130 |
| 1987 | 1,158,985 | 11,775,360 | 45,946,430 |
| 1988 | 1,166,271 | 11,956,130 | 47,426,640 |
| 1989 | 1,166,271 | 12,055,600 | 48,388,400 |
| 1990 | 1,166,271 | 12,805,620 | 49,452,150 |
| 1991 | 1,169,501 | 13,771,560 | 51,889,930 |
| 1992 | 1,169,501 | 15,017,200 | 55,113,100 |
| 1993 | 1,169,501 | 16,959,540 | 58,257,500 |
| 1994 | 1,405,113 | 18,550,920 | 58,901,300 |
| 1995 | 1,405,113 | 20,416,340 | 63,566,490 |
| 1996 | 1,406,681 | 21,623,100 | 64,778,300 |
| 1997 | 1,439,271 | 21,551,400 | 65,823,800 |
| 1998 | 1,439,271 | 19,646,700 | 64,844,200 |
| 1999 | 1,474,705 | 21,790,300 | 68,338,300 |
| 2000 | 1,792,705 | 21,577,000 | 69,699,100 |
| 2001 | 1,797,765 | 24,966,800 | 73,884,600 |
| 2002 | 1,797,765 | 25,817,012 | 79,748,779 |
| 2003 | 1,797,765 | 27,641,968 | 85,212,621 |
| 2004 | 1,801,521 | 27,665,788 | 85,524,030 |
| Total | 1,801,521 | 27,665,788 | 85,524,030 |
| Annual Average | 72,201 | 756,908 | 2,521,835 |
| Annual Rate of Growth (1980-2004) | 14.6% | 4.6% | 5.3% |
| (1989-2004) | 2.9% | 5.7% | 3.9% |

**Exhibit 5: Retail Activity in the Class & Comparative Areas to the Class Area, 1980-2004**

Source: THK field survey, Jefferson County Assessor's Office, Grubb & Ellis, Cushman Wakefield, CB Commercial, Black's Guide, Fuller and Company, Landiscor, and THK Associates, Inc.

In addition to this statistical analysis of indicators used to determine value in the class area and comparative areas, I have considerable experience in market analysis and land planning with specific properties in and adjacent to the class area.  I have provided consulting services on numerous projects in or adjacent to the class area.

The Wadsworth Boulevard corridor- the portion in the class area in particular- is a vibrant, active and successful commercial corridor that has had significant development over time.  Since approximately 1980, the Wadsworth Boulevard corridor, between 10th Avenue in Broomfield and 88th Avenue in Westminster, has been steadily developing with a variety of commercial uses.  This commercial growth is a product of, and a catalyst to, the population and household growth, as well as employment growth in the surrounding areas.    From my experience, this area's growth has been unimpaired by Rocky Flats.

The following exhibits (Exhibits 6-9) demonstrate the considerable amount of development activity that has occurred in the class area.  This level of activity, combined with my personal experience in the area, lead me to conclude that, from the perspective of a development forecaster, Rocky Flats has not had any adverse impact on the market performance or land use value of either the undeveloped properties or the developed commercial properties in the class area.  Indeed, sophisticated commercial entities continue to invest capital in the class area and have done so  since1980.

### INTERVIEWS WITH CLASS AREA STAKEHOLDERS

I have conducted numerous interviews with public officials, developers, builders, and other stakeholders doing business in the class area and its environs. Interviews were conducted in December, 2003 through June 2004 with the following entities, and in a number of cases I reviewed the depositions of these individuals.

I.    **City of Arvada**
       Mike Helms – Director of Planning
       Gordon Reusink – Director of Parks and Open Space
       Bill Ray – Director of Public Works
       Tom Steinhaus – Director of Economic Development

Tom Steinhaus, who has been with Arvada since 1998, talks to 14-20 business prospects per month, but almost never talks about potentials in the Rocky Flats environs because it lacks infrastructure and access. He mentioned one company that did a lot of business with Japanese Companies and they relocated from a 70th Avenue location because the Japanese would not visit their plant because of the proximity of Rocky Flats and their fear of being near a nuclear bomb producing facility.   Arvada's Urban Renewal Plan, which includes Vauxmont and Cimmaron, found this area to have a lack of infrastructure and land assemblage problems. Tom Steinhaus has not observed any diminished housing values near Rocky Flats.  In fact, a zip code study he reviewed shows values higher in the Rocky Flats environs than those in Cherry Hills.  He would like to see Rocky Flats redeveloped into a business park instead of a wildlife refuge.

Mike Helms stated that nothing at Rocky Flats has affected property values or slowed the rate of growth in the City of Arvada and growth has been steady and strong.  Bill Ray stated that Jefferson City has not taken off yet because of lack of access and infrastructure and its lack of activity has had nothing to do with Rocky Flats. Village of Five Parks is one of the top five performing communities in the nation, and Rocky Flats has not been an impediment to it in any way, according to  Bill Ray.

Gordon Reusink reviews  any reports on Rocky Flats and anything of importance  would be worked into policy, but no policy issues regarding Rocky Flats are reflected in the Arvada Comprehensive Plan.  Mike Helms said that there were federally required disclosures relative to Rocky Flats back in the 1970's, but nothing required currently.  Also, Arvada has acquired 2,200 acres of open space since 1999 in the Rocky Flats environs and Rocky Flats was never been a consideration as a factor in open space acquisitions, and land prices were never discounted because of Rocky Flats. Mike Helms stated that Arvada does not, nor has it ever, taken Rocky Flats into consideration when rezoning properties and there have never been any concerns with Rocky Flats voiced by citizens in public meetings.  Land values and home values have spiked higher in Arvada since the early 1990's, and the rate of escalation in values has been higher than the rest of the metro area according to Mike Helms.

II.    **City of Westminster**
        Ron Hellbusch – Assistant Public Works Director
        Al Nelson – Director of Public Works
        Dave Shinneman – Planning Manager
        Lynn Wodell – Open Space Coordinator
        Marty McCullough – City Attorney
        Susan Grafton – Economic Development Director

Dave Shinneman stated that Rocky Flats has not had any negative impact on development and it has never been an issue in any development rezoning case.   In reviewing 58 to 80 developments per year for six years, very few, if any, have ever related a concern regarding Rocky Flats.  Al Nelson and Ron Hellbusch, of public works, reiterated that, to the best of their recollection, no issues related to Rocky Flats' impact on land use decisions or on the diminishing of value of lands in the class area or in its environs have occurred.  Ron Hellbusch worked at Rocky Flats at the time of the FBI raid.

Lynn Wodell stated that in the many open space meetings that she has attended there were none where citizens raised any issues relative to radioactive material on open space lands, although Rocky Flats employees have had  some concerns with radioactive material on open space relative to agricultural uses.  Lynn Wodell does not think that Rocky Flats has had any impact on the prices the City of Westminster or Jefferson County have paid for open space lands.

Susan Grafton stated that economic recovery from the metro wide downturn in the late 1980s started in 1991, and the City of Westminster had great retail development but needed primary employment companies.  When Susan Grafton started at Westminster in 1991, the city was not known very well and her challenge was to point it out as open and a great place for businesses.  Her studies said biotech and geotech and small companies with less than 200 were the best prospects.  Incentives were used early on and she promoted the city's highly educated work force.  Now the City of Westminster has enough development activity and they do not have to use incentives.  Susan Grafton is not concerned about having adequate economic development.  Susan Grafton talks to 200 companies per year and only once in 13 years has Rocky Flats ever been mentioned.  One company  Susan Grafton thinks was a glass manufacturing company raised an issue regarding Rocky Flats, but she thinks really did not locate in the city because they did not have any other Colorado operations.  In fact, she does not think that this company ever did build a new plant.  She has never heard Rocky Flats mentioned in a rezoning hearing and it never came up when they were negotiating with McData for its location on the site adjacent to Rocky Flats.  In fact, Rocky Flats has had a positive economic impact in that a spinoff company has been started by ex-Rocky Flats employees and this company employs a significant number of people in their Transient Particular Matter Environmental Consulting Group.

### III.   City of Broomfield
Kathy Schnoor – Environmental Services Superintendent
Shirley Garcia – Environmental Services Coordinator
Kristan Pritz – Open Space Director
Kirk Oglesby – Director of Government Affairs and previous Director of Planning
Terry Ware – Planning Director
Don Dunshee – Broomfield Economic Development Corporation

Kathy Schnoor has been with the city since 1982 and is not aware of any impacts on the value of land, housing, or commercial.  Rocky Flats certainly did not slow build out along US 36 and construction at Interlocken, Westmoor, and McData also illustrate this point.  Kathy Schnoor says that the city does not have any special rules related to Rocky Flats.  Great Western Reservoir has met all standards required for protection against contamination over the years, except in three occurrences, on holding ponds above the reservoir.  In fact, this water will be used for the irrigation of landscape at Interlocken and at the Broadlands Golf Course.  The city

set up a call center following the FBI raid in 1989, but Ms. Schnoor has never found anything problematic in soil tests around Great Western Reservoir.

Kristan Pritz is preparing an open space trail system plan that will tie Broomfield to the wildlife refuge park at Rocky Flats.

Shirley Garcia acknowledged that she was not aware of anyone or any company having experienced a diminishing of value to their house, business, or real estate as a result of Rocky Flats.

Kirk Oglesby was planning director from the mid 1990's and said that nothing changed in the Broomfield Master Plan after the FBI raid and that Rocky Flats was never a consideration in this plan. Broomfield did not want residential west of Simms Street because they could not sewer it. This decision had nothing to do with Rocky Flats. Rocky Flats did not slow down development at McData and it did not make land any cheaper. Broomfield staff did not support residential on Carlson/Level 3 site because they thought it was isolated and not part of community or school system. City council approved annexation and zoning over staff objections and it included residential, and Rocky Flats never came up in the related public hearings.

Terry Ware, who has been with the City and County of Broomfield for a year and half, said that Rocky Flats has never come up in any of his discussions regarding land use and plans do not reflect anything with regard to Rocky Flats. In Terry Ware's opinion, development in the Rocky Flats area of Broomfield is complete and they are focusing on the northeast area of the city.

Don Dunshee ran the Jefferson County Economic Development office from 1986 to 1995, then moved to Broomfield. Don Dunshee said it was futile to show Rocky Flats area for industrial and business development because it lacked water and sewer service, as well as other utilities, infrastructure, and a circumferential highway. In 9 years, he had only one company show any interest in locating in the Rocky Flats area and that was a diesel company that wanted trains to camouflage noise pollution. Don Dunshee never shows or takes a business prospect to a site that needs to be rezoned, and all the land in the Rocky Flats area needs to be rezoned. Don Dunshee stated that home values in the Countryside subdivision have probably inflated at rates exceeding metro Denver, and rental housing near Rocky Flats has doubled in value in the last 6 years. During leasing of the Level 3 buildings, even though it is adjacent to Rocky Flats, issues related to Rocky Flats have never come up in any of Don Dunshee's conversations. Don Dunshee does not believe that Rocky Flats diminished land values in the class area or its environs. Also I have reviewed the deposition of Sam Cassidy. His comments for his one year of service with the Jefferson County Economic Development office conflict with Don Dunshee's more than nine years of experience. Furthermore, I am in the process of making an appointment with the Jefferson County Economic Development office to review their files relative to Rocky Flats. A meeting date as yet has not been confirmed.

**IV.   Jefferson County**
　　　Ralph Schell – Director of Open Space/Community Resources
　　　Richard Turner – Director of Planning and Zoning
　　　Dan Brindle – Director of Public Works
　　　Anne Kelson – Assistant County Attorney

Dan Brindle, who has been with the county since 1991, is very involved in the environmental aspect of planning Jefferson County's section of land adjacent to Jefferson County Airport and Rocky Flats has never come up as a topic for discussion.

It may be necessary for me to conduct further research and interviews following the deposition of others yet to be deposed, including Charlie McKay and Howard Lacey, but this will depend upon information obtained in new depositions.

In summary, it is evident from these interviews that public documents relating to land use issues do not reflect any policies that control or restrict land uses in the class area or its environs that might diminish real estate values because of Rocky Flats. Further, Rocky Flats is not cited as a land use deterrent by citizens or public officials in annexation or zoning hearings for lands in the class area or its environs. The general perception, with very few exceptions, is that Rocky Flats has not diminished the pace of development and construction, nor has it negatively impacted home values, commercial building values, or land values.

The fact that Rocky Flats has not diminished land, home, or building values is reflected in the empirical data and the observations of numerous public officials, developers, builders, and realtors that have been responsible for processing and permitting hundreds of land use submittals, conversing with hundreds of economic development prospects, building thousands of residences, selling hundreds of homes, and building hundreds of thousands of square feet of commercial structures. As more than one market participant informed me, Rocky Flats is a "non-issue".

## COMPENSATION

I have been compensated for preparing this research and conducting these interviews at my standard hourly rate of $145 per hour and I anticipate supplementing my report, if appropriate, after receipt of plaintiffs' experts' reports.

The foregoing represents my expert opinion regarding the effects of the Rocky Flats plant on undeveloped real estate values and improved commercial real estate values in the class area.

Daniel M. Conway
President
Director, Marketing & Economics
THK Associates, Inc.
2953 South Peoria Street, Suite 101
Aurora, Colorado 80014

## QUALIFICATIONS

*Daniel M. Conway* is an economic, marketing and research authority specializing in economic
evaluation and forecasting.  Mr. Conway has had over 36 years of experience as an urban
economist.  For the last 10 years as President,  16 years as Vice President and the last 26 years
as Director of Economics and Market Research for THK, he has conducted numerous
socioeconomic impact studies, economic forecasts, market and economic valuation studies,
political impact assessments and financial planning studies throughout the country.  Mr. Conway
frequently testifies as an expert witness for litigation in market and urban economic feasibility
analysis, lost profits and value analyses, and has been qualified as an expert witness in
numerous states including Colorado, Arizona, New Jersey and Texas.

*Mr. Conway* attained his Urban Land Economics degree from the University of Wisconsin,
Madison in 1968.  He was recruited out of the University by the firm of Harman, O'Donnell &
Henninger (HOH) to conduct economic feasibility and impact studies.  After serving ten years at
HOH, Mr. Conway accepted a principal position at THK.  During the course of his tenure at THK,
Mr. Conway has directed economic analyses and business assessments in numerous
communities including Las Vegas and Reno, Nevada; Oxnard, Palm Springs, Los Angeles, San
Diego and Carmel,  California; St. Louis and Kansas City, Missouri; Oklahoma City and Tulsa,
Oklahoma; Houston, Dallas and Austin, Texas; Mobile and Birmingham, Alabama; Albuquerque
and Santa Fe, New Mexico; Seattle, Washington; Portland, Oregon; and Phoenix and Tucson,
Arizona.

*Mr. Conway* is a frequent guest speaker for economic associations and trade organizations and
is a member of the Urban Land Institute.  He has been a real estate and urban land economic
honorarium instructor at the University of Colorado and at the University of Denver.  He has
published many articles including the CCIM Magazine piece entitled "Market Analysis, the Road
to Profit, Prosperity and Peace of Mind".  Other professional and community activities of Mr.
Conway have included membership on the Board of Directors of a federally chartered national
bank, and a member of the Mile High Transplant Bank.   He also participated on the
Archbishop's Inner City Sun School Committee to assess the future needs of elementary
education in the inner city of Denver.


## PUBLICATIONS DURING THE LAST TEN YEARS

- ULI:  Broward County, Florida, Redevelopment Potentials (panel member), March 15,
  2004.

- ULI: Jackson, Tennessee, Tornado Damage Assessment and Redevelopment Potentials
  (panel member), August 2, 2003.

- Colorado Real Estate Journal, "Metro Denver Projected Real Estate Trends for 2003",
  Daniel M. Conway, January 23, 2003.

- ULI:  Jersey City, New Jersey, Power House Arts District Redevelopment Potentials
  (panel member), March 3, 2002.

- Brighton Chamber of Commerce Journal, "Speech to Brighton Chamber of Commerce",
  Daniel M. Conway, October 2001.