**EXHIBIT 24**

# Measuring the Effects of Proximity to the Rocky Flats Nuclear Weapons Plant on Property Values

© 1996 by John Radke, PhD
**Not for Citation outside the context of the Rocky Flats litigation**
AEGIS laboratory
Institute for Urban and Regional Planning
University of California, Berkeley
Berkeley, CA 94720-2000

1

## Market Impact Analysis (MIA)

We undertake a *market impact analysis* (MIA) where we detail the model used, the selection and extraction of the appropriate data to fuel the model, and the process of empirical estimation of the model. The approach taken here extends and improves upon methods now common in the real estate literature for measuring the effects of hazardous material sites on property values.

Real estate appraisal focuses on the valuation of a property and thus attempts to reduce the variation among market transactions for properties in an attempt to arrive at a fair market price for the properties in question. It attempts to eliminate the anomalies. By contrast, *market impact analysis* identifies, statistically quantifies, and attempts to explain the differences in property value (Kinnard 1992:101). In this study we perform these tasks for the differences in property value between properties near Rocky Flats and those that are in other locations in the Denver region.

We explain the spatial patterns of property value levels in the region given knowledge about the toxins (in this instance, principally plutonium) that resulted from accidental and routine releases from Rocky Flats. We separate the property by category or type (such as *commercial, multi-residential, single family residential* or *vacant*) and where data on sales is available, execute the *market impact analysis* (MIA) over time (in the case of *single family residential* properties).

## Objectives

The approach taken here is to statistically evaluate whether proximity to Rocky Flats influences land values, while holding everything else constant. The main questions to be answered are:

1) Can a causative link be established between Rocky Flats and depressed real estate values in the surrounding area? (Phase I)
2) Can we measure this impact over time to see whether there is a causative link between the FBI raid in June of 1989 and depressed real estate values in the surrounding area? (Phase II)
3) If a causative link is established, can the amount of devaluation be evaluated within the MPC? (Phase III)

We develop a model which uses *multiple regression analysis* (MRA), with property value as the dependent variable, to test our hypotheses. This approach, commonly known as *hedonic price modeling* (HPM), follows accepted academic and professional protocol (Beron, 1992 and Donnelly, 1991). In order to populate the MRA, a fairly large sample of property sales is needed. The annual sales for the four categories of property near Rocky Flats is small (*single family residential* is the exception) and years must be pooled in order to generate a large enough sample for the MRA (in the *commercial, multi-*

*residential* and *vacant land* property categories). Pooling this data (for all but the *single family residential* data) is standard practice under these conditions. For *single family residential* properties, the annual sales deliver a large enough sample in the proximity of Rocky Flats so that we can use MRA to evaluate the impact of the June 1989 FBI raid.

## Improvements Over Similar Studies in the Literature

Previous studies using HPM have used as their independent variables, attributes about the physical property itself (Beron, 1992 and Kinnard, 1992 and Kohlhase 1991) with only limited attempts at location information. Although these physical attributes make up a large percentage of the attributes that comprise a property's value, location is critical and can account for a significant amount of value. Being in the wrong location can cause the physical properties to be devalued (as if levied a tax). This diminution is passed to all improvements and can continue for years. We build on these models from the literature and develop an improved model by introducing location, proximity and accessibility as independent variables. We are able to accurately associate properties with the MPC and enhance variables describing location and spatial association. This greatly enhances the ability of the analysis to account for or explain a larger proportion of value than previously (though not all). Enhancing location analysis is made possible by embedding our data base within a *geographic information system* (GIS) and undertaking sophisticated spatial analysis.

Previous studies using HPM have used stepwise regression to determine which variables had the greatest impact on the property value (Beron, 1992). These earlier studies have either not considered or not clearly indicated a method to account for a phenomenon called *multicolinearity*, although it is less of a problem when only physical property attributes are used as independent variables. Multicolinearity occurs when two or more independent variables are highly correlated with each other. They are said to lack orthogonality. (Chatterjee and Price, 1991) The hedonic regression model gains little predictive power by adding correlated variables to the list of independent variables and in some cases strongly related variables render regression results ambiguous. In fact, if two variables are highly correlated and are included in the hedonic regression model, the one with the best fit to the dependent variable will be taken as the predictor and the other variable will be rejected, even though it too has a strong fit.

To account for and eliminate *multicolinearity*, it is common to apply *factor analysis* which acts to extract the common variation that is shared by independent variables that were correlated. We apply *factor analysis* here using the *principal component method* (Kim and Mueller, 1978) to obtain the input (the resultant factors or principal components replace the variables themselves due to their orthogonality) for the multiple regression analysis. The factors can be considered *composite* variables for the MRA.

One should fine-tune the number of composite variables and their degrees of specificity by adjusting the *eigenvalue* cutoff in *principle component estimation*. If there are too

4

## Table 2

| property category | mean under value within MPC | mean sale price/ within MPC | mean loss within MPC in $ | amount prop within MPC | total loss within MPC |
|---|---|---|---|---|---|

Phase III(in 1993 dollars and using a base # properties from 1989)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1983-93 | *multi-residential* | -21.58% | $121,408/prop | -33409 | unavailable at time of report | |
| 1983-93 | *vacant land* | -32.14% | $24,638/ac | -11669 | 4812 | $ 56,151,228. |
| 1983-93 | *commercial* | -53.03% | $12.69/sq ft | -14.33 | 308398sqft | $ 4,418,494. |
| 1988 | *single-residential* | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462. |
| 1989 | | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958. |
| 1990 | | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100. |
| 1991 | | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207. |
| 1992 | | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144. |
| 1993 | | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191390. |
| 1994 | | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954. |
| 1995 | | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340. |

The *multi-residential* properties contained large residential properties such as apartments which were extracted from the DRESCO data base and pooled over 1983-1993. The exact number of *multi-residential* properties (apartments) within the MPC was unavailable at the time of this report.

The *single family residential* properties reported above do not contain 3,040 condos and townhouses contained within the MPC. This number of condos and townhouses was determined by Hunsperger & Weston after being directed to residential complexes observed within the MPC on the 1989 Aerial Photograph. Since condos and townhouses share the same property category as *single family residential* properties it is reasonable that the percent devaluation for those property types is the same.

## Summary

In the first two phases we show that proximity to Rocky Flats depresses land value. We show this effect on four property sub-markets classified by type: *single family residential, multi-residential, commercial and vacant land*. In all four categories, confidence levels are above 85%, with the multi-residential sub-market being almost 95% and the single family residential being above 98%. In all but *vacant land* the statistical measure of predictive power of the multiple regression equation, the R-squared, is very high (.72 and above). A moderate R-squared for *vacant land* may anticipate, as we expected, random factors to account for a large part of the data variability. This is due to the fact that investing in vacant land is often done for real-estate speculation.