**EXHIBIT 25**



## associates, inc.
market research  planning  landscape architecture  golf feasibility / valuation

July 22, 2003

Mr. Charles McKay
Church Ranch Corporate Center
10050 Wadsworth Boulevard
Westminster, Colorado 80021

CHURCH RANCH

JUL 2 4 2003

Dear Charlie:

Peter and I enjoyed meeting with you and Gregg to discuss THK updating our market and financial feasibility analysis for your Cimarron Park property in Arvada. As we discussed, the proposed project will no longer contain an 18-hole golf course as the land uses will take on a different connotation with the re-alignment of the Northwest Parkway through the middle of the property. It would be expected that the revised analysis would find greater demand for office, hotel, business, retail, and high-density housing, than recommended in our previous report. In order to update our analysis, THK will:

- Update our economic base analysis of the Arvada/metro Denver area environs, especially demonstrating trends since September 11, 2001.

- Profile submarkets within the Arvada environs to include population and household growth, income and age characteristics, housing supply, recent sales and permit data, and other relevant statistics.

- Project demand for office, hotel, business, and retail uses in the Denver metro area, various submarkets, and the primary area surrounding the subject property

- Inventory available office, hotel, business, and retail space in the area surrounding the subject property that would include building name and location, age, square footage, occupancy, rental rates, and lease rates.

- Position your Cimarron Park property in the market for office, hotel, business, and retail uses, illustrating annual demand for each use in terms of square footage and acreage absorption.

- Determine demand for high-density attached and rental apartment housing in the Denver region and various submarkets.

- Inventory high-density residential projects in your site environs.

- Illustrate the amount and type of high density housing in other business parks such as Interlocken, DTC, Meridian, Greenwood Village, etc.

CMCKAY 019385

2953 South Peoria Street, Suite 101  Aurora, Colorado  80014  |  303 770 7201  |  303 770 7132 fax  |  info@thkassoc.com

Mr. Charles McKay
July 22, 2003
Page Two

- Assess supply and demand, which would allow THK to project the pace of absorption and build-out for high-density residential uses on the Cimarron Park property.

- Assess, profile, and recommend specific land use components that can be incorporated into a mixed-use business park development at your Cimarron Park property.

- Recommend land uses that create durable jobs and enhance the tax base of Arvada and complement or buffer adjacent land uses especially in sensitive areas.

- Review the site's physical features to determine if special or unique uses can capitalize on Cimarron Park's features and amenities.

- Program land uses to achieve the most profitable land use program that best achieves the goals and objectives of you, the developer, as well as the City of Arvada.

- Update the fiscal impact analysis to illustrate revenues and expenses to the City of Arvada that will result from development of Cimarron Park. The fiscal impact analysis will also be used to assist with the formation of an Urban Renewal District, Tax District, etc.

THK will provide updated reports with a budget for professional fees of $9,760. We will require 25 to 30 days to complete our analysis. Public hearings will be billed hourly. With your verbal authorization of July 15, 2003, we have already commenced with this work scope and would appreciate your returning an executed copy of the authorization for our files

We appreciate this opportunity to continue working with you, Gregg, and your associates on this very exciting project. If you have any questions or require any additional information, please do not hesitate to contact us.

Sincerely,

Daniel M. Conway
President/Director, Marketing and Economics

**AUTHORIZATION:**

Church Ranch Corporate Center     Date
associates, inc.

CMCKAY 019386