# EXHIBIT 27

# Project Apple: A Summary History of the Establishment of the US Atomic Energy Commission's Nuclear Weapon Fabrication Plant at Rocky Flats, Colorado

**By Jack M. Holl and Richard G. Hewlett**

* * *

The Atomic Energy Commission's (AEC) decision in 1951 to build a plant at Rocky Flats, Colorado to fabricate component parts for nuclear weapons, grew directly out of the international crises that threatened American national security during the Korean War and the Cold War with the Soviet Union. The creation of the Rocky Flats plant was not a singular event, however, but took place in a larger context that indicates that Rocky Flats became a key factor in the security of the United States. In addition to establishing the Rocky Flats Plant, between 1947 and 1952 the AEC dramatically increased nuclear weapon research, development, and production capacity. Existing facilities at Oak Ridge, Tennessee and Hanford, Washington, were significantly augmented. New plants for producing nuclear materials were constructed at Savannah River, Georgia; Portsmouth, Ohio; and Paducah, Kentucky. A feed material production center was located at Fernald, Ohio, and a second component assembly plant was constructed at Amarillo, Texas. In addition to the continental nuclear weapon test site in Nevada, the Commission created a second nuclear weapon laboratory at Livermore, California. Finally, to test experimental reactors, the AEC established a reactor testing station in the remote desert near Idaho Falls, Idaho.[1]

Events that led to the establishment of the Rocky Flats plant can be traced directly to the origins of the Cold War and the legacy of the World War II Manhattan Project. Red thunder rolled across the Soviet Union in August 1949. Shortly afterward, United States Air Force surveillance detected a large radioactive cloud drifting eastward across the Pacific Ocean. The signs were unmistakable—the Soviet Union had successfully detonated a nuclear device ending America's brief monopoly of the atomic bomb. American leaders and nuclear scientists were stunned. Joseph Stalin, the murderer of millions, now commanded history's most powerful weapon of mass destruction. Although some experts had predicted that the Soviet Union might develop its own bomb within five years of Hiroshima in August 1945, the Russian atomic bomb, arriving so swiftly and unexpectedly in 1949, not only took Americans by surprise, but, for the first time in history, also threatened American security on the North American continent.

The atomic bombing of Hiroshima and Nagasaki had ended World War II in the Pacific theater, but use of the bomb had not purchased America long-term nuclear security. No doubt the atomic bomb had saved thousands of lives because Japan's surrender had spared American soldiers the bloody invasion of the Japanese homeland. General Dwight Eisenhower was visiting Moscow when the Japanese surrendered following the atom bombing of Hiroshima. Initially, Eisenhower had been optimistic about post-war American-Soviet relations. But the atomic

[1] F. G. Gosling and Terrence R. Fehner, Closing the Circle: The Department of Energy and Environmental Management 1942-1994 (United States Department of Energy [US DOE], History Division, March 1994), 5.

As the year 1949 drew to a close it became ever more apparent to Lilienthal, Oppenheimer, and the General Advisory Committee that a decision to develop the Super was inevitable. By January 15, 1950, stories were appearing in the press reporting the debate within the Administration. In a short meeting with the committee on January 31, 1950, President Truman approved a recommendation to proceed. Later that same day, the President announced that he had "directed the Atomic Energy Commission to continue work on all forms of atomic weapons, including the so-called hydrogen or superbomb. Like all other work in the field of atomic weapons, it is being and will be carried forward on a basis consistent with the overall objectives of our program for peace and security."[19]

Klaus Fuchs

Two days later, on February 2, the Commission received the shocking news that the British had arrested a scientist who had worked in the Manhattan Project during the war. Klaus Fuchs, born in Germany, had fled to England when the war began and had joined the British atomic energy project. When a group from Britain came to the United States in the summer of 1943 to help Harold C. Urey's team at Columbia on designing a gaseous-diffusion plant, Fuchs was among them. Working in New York until the spring of 1944, Fuchs had a major role in developing much of the technology for gaseous diffusion. Later in 1944 Fuchs went with the British team to Los Alamos to work on the design of the Fat Man implosion weapon. As the United States later discovered, Fuchs, in a meeting with Harry Gold in June 1945, had given the Soviets a precise drawing and measurements of the Fat Man bomb. Obviously the information Fuchs obtained about the American nuclear program at Columbia and Los Alamos was of enormous help to the Soviets in their efforts to develop a fission weapon, since the Soviet bomb was clearly based on the Fat Man design.

The revelation of Fuchs's perfidy added new impetus to American work on the thermonuclear weapon. There was now a very real danger, as Senator McMahon feared, that the Soviets might beat the United States to the weapon.

The 1950 Expansion Program

The weeks following President Truman's decision to accelerate the nuclear weapon program were filled with long meetings among the AEC Commissioners, the Military Liaison Committee and the Joint Committee. On February 24 Secretary of Defense Johnson recommended to the President, with the support of the Joint Chiefs of Staff, an "all-out program" for the hydrogen bomb. Anything less, Johnson declared, would imperil the nation. So important was the Super that if necessary the Joint Chiefs were now willing to forego some production of fission weapons.[20]

---

[19] Public Papers of the Presidents: Harry S. Truman, 138. See also David E. Lilienthal, The Journals of David E. Lilienthal: The Atomic Energy Years, 1945-1950 Vol. 2 (New York: Harper and Row, 1964).
[20] Hewlett and Duncan, Atomic Shield, 1947/1952, 416.

Once again President Truman turned for advice to the Special Committee of the National Security Council, which had advised him on the Super decision in January. On March 1, 1950, the Special Committee, consisting of Secretary Johnson, Secretary of State Dean Acheson, and Acting Chairman of the Atomic Energy Commission Sumner T. Pike, recommended to the President a major expansion of production facilities as necessary in the interests of national security.[21] Truman accepted the recommendation and ordered the Commission and the Department of Defense to develop specific plans for the expansion.

NSC-68 and the Impact of the Korean Conflict

The deteriorating international situation in 1950, culminating in the outbreak of the Korean conflict on June 24, again raised the possibility of a "quantum jump" in the production of fissionable material and weapons. Within days after hostilities broke out in Korea, Senator McMahon asked the Commission to consider a 50 percent expansion in the production of fissionable materials. Only a few days later the Military Liaison Committee, speaking for the Joint Chiefs of Staff, suggested an expansion two and a half times its existing capacity. In the meantime the Commission had set in motion plans for a major expansion of production reactors to provide tritium for thermonuclear weapons, which no one was then certain could be built. President Truman had persuaded the DuPont Company in June to undertake the construction of a new site for two reactors to produce tritium and plutonium while Argonne National Laboratory pushed ahead with the design of the heavy-water reactors that would meet the anticipated needs for tritium.

President Truman's sense of urgency was sparked in part by a report on the international situation in June 1950. At the time of his decision on the Super on January 31, 1950, the president had asked Secretaries Acheson and Johnson to reexamine the national objectives of peace and war and the effect on these aims of the Soviet nuclear capabilities demonstrated in the detonation of the first Soviet fission weapon the previous summer. The highly classified report, NSC-68, was not available even to the Commissioners. NSC-68 described the United States as involved in an epic struggle to protect its freedoms from an aggressive, totalitarian Soviet Union. Only with a show of force through a massive build-up of military strength, including nuclear weapons, could the nation avert the dangers of war.[22]

Soviet Espionage

Clear evidence of a communist attack on the home front was emerging as the Korean conflict began. Further FBI investigations following Fuchs's arrest revealed a large Soviet espionage program against the United States during World War II, with the Manhattan Project a priority target. On May 23, 1950, federal authorities arrested Harry Gold, a young Philadelphia

---

[21] Ibid., 416-417. See also a March 23, 1950 letter or Appendix "C" in "President's Directive for 1951 Production Program," AEC 16/13, January 17, 1951.

[22] "A Report on the National Security Council by the Executive Secretary on United States Objectives and Programs for National Security," NSC 68, April 14, 1950.

chemist, on charges of engaging in espionage for the Soviet Union. Gold's confession showed him to be the link between Klaus Fuchs, the convicted British scientist, and a Soviet spy ring. On June 17, newspaper headlines reported the arrest of David Greenglass, a former army sergeant who had been a machinist at Los Alamos during World War II. Greenglass' confession led on August 17 to the indictment of his sister, Ethel Rosenberg, her husband, Julius, and Anatoli Yakovlev, a Soviet consular official. Greenglass admitted that beginning in November 1944 he had furnished information about the Los Alamos project and technical information about weapon design to his wife, Ruth, the Rosenbergs, and Gold. Fuchs's action then was not an isolated incident of betrayal but part of an organized Soviet intelligence operation against the United States nuclear weapon program.

During the summer of 1950 there were growing military and congressional pressures on the Commission to increase production of nuclear materials and weapons. In August Senator Henry M. Jackson, a member of the Joint Committee, wrote the Secretary of Defense that "anything short of doubling present and authorized production of weapon materials, within the briefest possible time, will do injury to the security of the United States."[23] Senator McMahon agreed with Jackson but questioned whether even that degree of expansion would be sufficient.

To draft the expansion program to be recommended to the President, the Department of Defense and the Commission appointed a joint working group of senior officials from both agencies. In determining the feasibility of the expansion program recommended in its report of September 6, 1950, the working group considered military requirements, foreseeable uranium ore supplies, construction and production schedules, and costs in terms of money, manpower, and materials. The study showed that the program would require all the foreseeable world supply of uranium ore available to the United States and its allies, thus creating an effective ceiling on the expansion of production facilities during the next several years.

On September 11, 1950, the Joint Chiefs of Staff established new minimum production objectives for the period ending July 1, 1956. The Joint Chiefs considered requirements for the strategic air offensive as well as weapons for counter-attack against Soviet fission weapons, weapons for industrial targets, and weapons for the defense of Western Europe and other vital areas. The defensive mission represented a new requirement for small tactical weapons and guided missiles anticipated in new weapon designs to be tested in the spring of 1951. The report submitted to the president on October 2 called for additional gaseous-diffusion plants at a new site; additional reactors for tritium and plutonium production at a new site; and expansion of ore acquisition, ore processing, weapon fabrication, and weapon storage facilities. The total cost was estimated to be $1.4 billion, or about as much as the whole Manhattan Project during World War II. President Truman approved the plan on October 9, 1950.

---

[23] "History of Expansion of AEC Production Facilities." AEC 1140, August 16, 1963, 19.

Plans for Expansion, October 1950

As the Commission informed the Joint Committee in October, the expansion approved by the President would nearly double the production capacity of previously authorized programs. The increased production capacity, together with the expansion of weapon fabrication and storage facilities, was "considered to be the maximum feasible program without exorbitant or unreasonable expenditures in light of the supplies of [uranium] ore foreseeable at this time." The expansion facilities would use all available virgin ore, depleted wastes, and all that could be squeezed out of the production pipeline. The loss of foreign ore supplies in the event of war would force a cut-back in production of material for weapons. The new gaseous-diffusion site was estimated to cost $465 million, plus $130 million for a new power plant; for the new tritium production site, $365 million; and for the ore and weapon facilities, $440 million.[24]

Selection of the new sites quickly followed the President's decision. Preliminary studies by the joint working group in September had narrowed the sites to be considered. On October 18 the Commission approved Paducah, Kentucky, for the new gaseous-diffusion plants (C-31 and C-33). After considering more than one hundred sites DuPont recommended a site in South Carolina on the Savannah River. The Commission approved the site on November 22. Construction of both sites started in January 1951.

Response to National Emergency

Creating a new weapon fabrication plant at Rocky Flats, Colorado, was also a part of the Atomic Energy Commission's expansion plan. Air Force General James McCormick, Jr., the AEC Director of Military Application, summarized the key purpose for establishing the Rocky Flats facility on October 9, 1950. The AEC should:

> Commence as soon as possible the construction of a new plant for the fabrication and assembly of both pits and cores, including facilities for the recovery of fissionable materials, with the goal of having this plant in operations during the latter part of 1952. Such a plant, as a self-contained entity, is necessary, in addition to any expansion of existing facilities, if the Commission is to have an impressive and secure capability for lively and efficient major conversion programs in future years.[25]

Dr. Max F. Roy, assistant director of production at Los Alamos Scientific Laboratory, also urged the Commission to construct a manufacturing plant capable of processing enriched uranium and plutonium. Roy envisioned a plant capable of mass-producing the nuclear weapon stockpile. Furthermore, Roy wanted to transfer weapon production work to an industrial facility so that Los

[24] Letter, Gordon Dean, AEC Chairman to Brien McMahon, JCAE Chairman, October 20, 1950.
[25] "Fission Weapons Development and Production Program for 1951-1953." AEC 374, October 9, 1950, 7.

Alamos could concentrate on scientific research and development. Roy would ultimately also serve as a consultant assisting the AEC in choosing a contractor for the new production plant.[26]

The Korean conflict took on crisis proportions in late November 1950, when Chinese troops crossed the Korean border and pushed American troops back in a bloody retreat. In a nation-wide radio and television broadcast on December 15, President Truman alerted the American people to the grave danger that faced the nation. The Chinese, by entering the conflict, the president said, "have shown that they are now willing to push the world to the brink of a general war to get what they want. . . . The future of civilization depends on what we do – on what we do now and in the months ahead."

Truman outlined a four-point program to meet the communist threat: (1) "continue to uphold, and if necessary defend with arms, the principles of the United Nations – the principles of freedom and justice"; (2) work with other nations to strengthen combined defenses; (3) build up America's armed forces and make more weapons; and (4) expand the American economy and "keep it on an even keel." In exhorting the American people to action, the president declared:

> We must set very high targets, and be willing to make an all-out effort to reach them. Workers will be called to work more hours. More women, and more young people and older workers, will be needed in our plants and factories. Farmers will have to set higher goals of production. Businessmen will have to put all their know-how to work to increase production.[27]

The next morning the president issued a proclamation of national emergency. Earlier at a press conference, Truman had made it clear that the United Nations forces would fight on in Korea, even hinting, much to British consternation, that nuclear weapons might be used if necessary.

Project Apple–Establishing Rocky Flats

The Commission's immediate response to the national emergency was to press ahead with Project Apple, the construction of a new weapon fabrication plant that would become Rocky Flats, and to authorize construction of a sixth reactor (C) at Hanford. The October decision reflected the need to revamp the production line for nuclear weapons, which had remained unchanged since 1947. Hanford and Oak Ridge produced plutonium and uranium-235 in metallic form, which was shipped to Los Alamos for further purification, casting, machining, and assembly into nuclear cores. The cores were then sent to Sandia Laboratories for assembly into weapons.

This arrangement was adequate while the quantities of fissionable materials and numbers of weapons to be produced were reasonably small. In the state of Cold War that existed in early

[26] "Man responsible for RFV pays visit," Dow Corral, Dec. 4, 1964, as noted in the Rocky Flats Cold War Museum (abbreviated as RFM).
[27] Public Papers of the Presidents: Harry S. Truman, 741-744.

1951, however, the old system would no longer be adequate. The huge amounts of nuclear materials that would come from the 1947 and 1950 expansion programs would completely overwhelm existing capacity. Increased production, however, was only part of the story. In addition to fabricating a rapidly increasing number of nuclear cores in the years ahead, the new facility would have to recast and machine cores of obsolete weapons in the stockpile. It would also be necessary to produce cores for an increasing number of weapon types as Pacific and continental tests produced opportunities for new weapon designs. The heavier load on Los Alamos for research, design, and testing of new weapons made it essential to relieve the laboratory of its weapon fabrication responsibilities in order to achieve the objectives set by the President as essential for national security. Finally, in time of war, it was critical that the Commission should be capable of responding quickly to new developments and requirements.

As outlined in January 1951, the new Rocky Flats plant would fabricate plutonium, enriched uranium, and normal uranium into weapon parts and would modernize weapons in the nuclear stockpile when necessary. The new facility would also serve as a bridge between experimental design of new weapons at Los Alamos and assembly-line production operations. The engineering group at Rocky Flats was expected to have close ties with Los Alamos and "have cognizance over all of the operations of engineering, production, and final inspection of both plutonium and uranium parts." In approving the proposal, the Commission concurred that "the highest priority should be given to Project APPLE." The cost of the project was estimated at $45 million.[28]

A key consideration in Project Apple was the urgent need for conversion of obsolete weapons. General McCormick wrote the Commission: "Since the stockpile represents cumulative production, the incremental capacity required for an expeditious stockpile conversion is larger than the basic capacity required to handle current production of new material." McCormick concluded:

> The highest priority should be given to Project APPLE with the following understanding of its scope:
>
> (1) It shall encompass all aspects of the engineering, production, and final assembly, inspection, and approval for stockpile of both pits and cores.
>
> (2) It shall have a capacity to produce [classified] sets a month and to assemble and inspect [classified] sets a month, of all of these parts on a one-shift, 40-hour week basis.[29]

The technical challenge of Rocky Flats' mission was so daunting as to give some Commission officials pause. Walter J. Williams, the acting AEC General Manager, told the

---

[28] "Scope of Project Apple." AEC 394/2, January 24, 1951, 2, 6. See also Minutes, AEC Meeting 522, January 25, 1951, 45-46.
[29] Ibid., 1, 6.

Commissioners on February 27, 1951, that the logistical complexities of the construction and operation of such a plant were so great that in his opinion at least six months more than the presently envisaged eighteen months should be expected before the plant would come into production. Instead, Williams proposed building the weapon fabrication plant at Savannah River, where experienced chemists accustomed to the metallurgy of fissionable materials would be available. In the end, the Commission was reluctant to add to DuPont's burdens at Savannah River and approved construction of the plant at Rocky Flats.

The Commission emphasized urgency to act on Rocky Flats when it forwarded to President Truman the annual recommendation for 1951 production goals. The AEC informed the President that current bomb production consumed the entire available supply of fissionable material except for allocations for research. The only fissionable material available came from the production plants and from nuclear cores of obsolete weapons. Until Rocky Flats was in operation, special nuclear material from old weapons would not be going into new ones.

With the Commission decision to proceed with Project Apple, the Santa Fe Operations Office immediately began seeking contractors for the project. The Dow Chemical Company had already agreed informally to be the operating contractor for the plant. Gordon Dean, Chairman of the Atomic Energy Commission, wrote to the President of Dow Chemical Company, "We believe it will not be necessary to emphasize to you the high urgency and importance of this operation to the national security."[30]

Site Selection for Project Apple

The Commission hired the Austin Company, an engineering and construction firm in Cleveland, Ohio, to find a site for the plant. Austin surveyed the plains states for a suitable site west of the Mississippi; north of Texas, but including the Panhandle; south of the northern boundary of Colorado; and east of Utah. The site was to be two miles on a side, preferably already owned or controlled by the federal government, and not less than five miles or more than twenty-five miles from a community of at least 25,000 population. The Project Apple site also required a dry moderate climate with good highway, rail, and air transportation.

In its survey the Austin Company first examined twenty-one localities within the designated area. Only nine of these localities were found to meet the population criterion. Each of these localities was then evaluated in terms of the established criteria. Climatic conditions were an important factor and were satisfied only by the Colorado sites. The natural hazards criterion was evaluated in terms of dust storms, tornados, and earthquakes. On all three counts, the Denver area seemed fully qualified.

Attractiveness of the locality to workers proved difficult to evaluate. Among the factors considered in the evaluation were the attractiveness of residential areas and labor and housing availability. Labor and housing were found to be in short supply in all the localities, but it was

[30] Letter, Gordon Dean, AEC Chairman, to Leland L. Doan, President, Dow Chemical Co., January 3, 1951.

noted that Denver, as an important tourist center, had excellent accommodations for transients and had proved an excellent labor pool for Los Alamos. Thus Denver emerged clearly as the best locality for the plant.

Within the Denver locality Austin found dozens of sites with satisfactory terrain and minimum occupancy. The field survey reduced these to seven sites nearest to the City of Denver that could be economically served with electric power, water, railroads, and highways. After a field inspection of all seven sites, two sites were found superior to the other five: Site 1, northeast of Denver bordering Highway US 6, near the Rocky Mountain Arsenal; and Site 4, at Rocky Flats northwest of the city. Both sites had the advantage of being in remote areas far removed from industrial development, yet still with reasonable access to Denver.

In comparing the two locations, the engineers found Site 4 superior in terms of geological factors such as good bearing gravel and boulders with little susceptibility to dust storms. Site 1 contained sandy loam with good bearing values but possibly dusty in dry weather. Site 4 was 3.5 miles farther from Denver than Site 1. Site 4 was superior in terms of isolation, having only one homestead on the site and greater distance from small communities than did Site 1. The two sites had equal access to highways. Site 1 was closer to Stapleton Airport and to water and gas lines, but it was also close to the Rocky Mountain Arsenal, which was being used by the Chemical Warfare Service. Site 4 was closer to power lines. Carefully balancing all of these factors, the Austin Company recommended the more remote, isolated Site 4 at Rocky Flats.

The Commission approved the selection of the Rocky Flats site for Project Apple on March 20, 1951. Three days later the Commission informed the Joint Committee of its decision and then issued a press release, stating that "acquisition of land for the new facility, a secret type of operation, will begin immediately. . . ."[31] The reference to secrecy was indicative of the paramount importance that the Commission and the Department of Defense attached to protecting information about weapon technology during the Cold War—but it was also a clear indication that the facility would be nuclear weapon related.

In justifying the Rocky Flats plant, Chairman Gordon Dean wrote to Senator McMahon on February 5, 1951, that the new facility "was designed to bridge the gap between the Laboratory version of a new nuclear model and the engineered specifications adapted to quantity production. It is planned that this new facility will, when in operation, relieve the Los Alamos Scientific Laboratory of its present responsibilities for the inspection, acceptance, and assembly of nuclear components." Dean added: "Project APPLE will, by engaging in the production of nuclear components, contribute to the strategic dispersion of nuclear fabrication facilities."[32]

In announcing the selection of the Rocky Flats site in March 1951, Chairman Dean wrote Dan Thornton, the Governor of Colorado, and to all the members of the Colorado congressional delegation. Although news of the Rocky Flats project caught the Denver area by surprise, the

---

[31] AEC Press Release 357, March 23, 1951. "AEC Selects Site Near Denver for New Production Plant."

[32] Letter, Gordon Dean, Chairman AEC, to Brien McMahon, Chairman JCAE, February 5, 1951.

response from these officials and the local press was highly favorable. Elected officials and the public-at-large understood that the new plant would not only be an economic boon to the Denver area but also would contribute to the national defense effort. "There's Good News Today," the Denver Post announced in bold face headlines. **"U.S. TO BUILD $45 MILLION A-PLANT NEAR DENVER."**[33]

In nearby Boulder known as the "Athens of the West," the announcement of the AEC's plans for build an atomic facility near the sleepy university town received a more mixed reaction. Real estate brokers looked forward to a boom with the attendant problems of crowded schools, increased traffic, and inadequate public utilities. Land values were already increasing dramatically. Mayor J. Perry Bartlett, owner of a local clothing store, observed that "from an economic viewpoint, Boulder business certainly welcomes the projects." University of Colorado administrators expressed pleasure over the location of the atomic facility "from a scientific point of view." There appeared to be less of a concern about becoming a military target in wartime than about losing the quiet life-style of the academic town.[34]

Design and Construction at Rocky Flats

By May the Commission had completed funding arrangements for the project and opened an office in Denver, with Dow as the operating contractor for the plant and the Austin Company as design and construction contractor. A ground-breaking ceremony on a portion of the site was held on May 8, and the first construction buildings, beginning with an all important guard house, were erected the next week. Breaking ground for the first processing building, then known as Building 91, was delayed until July 16 when the Corps of Engineers had to resort to condemnation proceedings to obtain some of the property required for the plant. By that time Austin had signed a definitive contract for all the design work and 50 percent of the construction. Not waiting for the formal contract, Austin had already completed 22 percent of the plant design. Later that year construction also began on Buildings 71, 44, and 81. Early in 1953 some of the utilities on the site were still incomplete. Water was brought from Boulder in tank trucks and a steam locomotive provided heat to the occupied buildings. Despite these difficulties, the plant was substantially completed by July 1953 and began some operation the following month, with the first completed cores shipped later that year.

Originally the plant had four areas of operation, each separated by large meadows and connected to the others by gravel roads. The A Plant included Building 44 operations, which involved almost exclusively the fabrication of depleted uranium parts. B Plant included Building 81, which recovered processed enriched uranium and turned it into components. C Plant included Building 71, which housed plutonium operations. Building 91 was the center of final assembly of cores. Each building was designed to be self-contained so that it could continue

[33] Pat Buffer, Rocky Flats Communications, Dow, "Rocky Flats Site History," n.d.; Denver Post, March 23, 1951.
[34] Harvey A. Kadish, "Atomic Plant to End Town's Lazy, Quiet Life," Long Beach, California, The Independent, April 8, 1951, as noted in RFM.

were: how to dovetail a new expansion with those already under way; how best to employ limited resources and production capacity to make available plutonium, uranium-235, tritium, and other critical materials in the proper ratio for weapon requirements; and how best to make provision for the results of the spring 1951 weapon tests in the Pacific, which were likely to revolutionize plans for thermonuclear weapons. Coming to reasonable conclusions on these questions in three different scenarios required months of intensive studies at headquarters and in the field.

Planning for Expansion

One complicating factor was that the Department of Defense, while fully supporting the need for the study and for an additional expansion program, would not provide the Commission with specific requirements for numbers and types of weapons, on which the study should be based. For this and other reasons, the Commission considered the cost estimates submitted to the Joint Committee on August 31, 1951, to be approximate. Months of joint discussions and studies with the Department of Defense would be necessary to arrive at a responsible plan. Critical in any case were the limitations on financial and physical resources.

AEC Commissioner T. Keith Glennan shared some of the anxiety that pervaded the Commission's deliberations with two of his colleagues in August 1951. Glennan had come to accept the fact that "there is no prospect of an early settlement of the 'cold war.'" It appeared to him "likely that localized actions, each capable of spreading into a major conflict, may continue for many years to plague the Western World." Turning to the Soviet threat, Glennan observed:

> Indeed, continued uncertainty as to the progress made by our potential enemies plus a conviction that, at the least, the USSR possesses a sufficient number of bombs to cause serious damage in the United States and other parts of the Western World would seem to argue for increasing the tempo and scope of our weapons activities. Only by such an action may we be certain that our armed forces are kept in an advanced state of readiness.[36]

Echoing Glennan's concerns, AEC Chairman Gordon Dean warned in October 1951 that, while drafting the expansion program, the Commission "should leave no stone unturned in our own shop in anticipating a new expansion and in getting the most out of our present plant and that now under construction." The critical period for national security, Dean thought, was the period from 1951 to 1955, when production from the expansion program would first come out of the pipeline. Dean believed, however, that a fourth expansion was "inevitable" and was justified by better prospects for ore supplies. "We must face up to the inevitability of this expansion and not feel as though we must await completion of the maximum program studies [requested by the Joint Committee]."[37]

---

[36] Memorandum, Commissioner T. Keith Glennan to Commissioners Murray and Smyth, August 8, 1951.
[37] Memorandum, AEC Chairman Gordon Dean to the Commissioners, October 19, 1951.

By November 1951 the Commission had completed a feasibility study for the new expansion program, which, after approval by the Department of Defense and the National Security Council, was the subject for discussion by the Secretaries of Defense and State and the Chairman of the Atomic Energy Commission with President Truman on January 16, 1952. The president approved the objective of a 50 percent expansion of plutonium production and a 125 percent expansion of U-235 production. He directed the Commission, in collaboration with the Department of Defense and the Office of Defense Mobilization to develop a program to meet these objectives. In his public announcement of the decision, President Truman noted that his decision was based on studies and recommendations of a special committee of the National Security Council. "The proposed expansion," the President stated, "is made necessary by the fact that national security and the security of the free world demand that we maintain our leadership in the field of atomic energy."[38]

The 1952 Expansion Plan

Until funding was approved the Commission could not take formal action on the expansion, but planning continued on the assumption that there would be one additional uranium-235 plant (K-33) at Oak Ridge, two more (C-35 and C-37) at Paducah, and three (X-326, X-330, and X-333) at a new site at Portsmouth, Ohio. For plutonium production, the plan was for two large "Jumbo" reactors (KE and KW) at Hanford. And for Rocky Flats there would be a new plant for the reduction, casting, machining, and chemical recovery of normal and enriched uranium metal at a cost of $40 million.

Defense Secretary Robert A. Lovett conveyed the urgency of the expansion program to the National Security Council in May 1952. The objective was to afford the United States superiority in nuclear weapons over the Soviet Union or any other enemy. The discovery of large reserves of uranium ore in the western United States now made the proposed expansion feasible. The expansion was based on careful analysis of the role of nuclear weapons in augmenting the nation's military capacity. "In addition to strengthening and extending the strategic role of atomic weapons, technical developments in both weapons and delivery systems have demonstrated the feasibility of a highly effective tactical application. . . . These technical applications, as progressively developed and supported by an adequate stock of fissionable materials, will go far toward providing the free world a means of balancing the superior manpower and the advantage of surprise and initiative held by the Communist forces."[39]

Toward a Thermonuclear Weapon

While the Commission and its contractors were working to complete the 1950 expansion plants and at the same time preparing for the 1952 expansion, the scientists at Los Alamos

---

[38] Memorandum, Morse Salisbury to Gordon Dean, Chairman AEC, et al. "Draft Statement by the President," January 18, 1952.

[39] Memorandum, Robert A. Lovett to Executive Secretary, National Security Council, "Expansion of the Atomic Energy Program," May 16, 1952.

searched for a feasible design of a thermonuclear weapon. After months of pursuing dead ends, they came up with what seemed like a possible design that incorporated the Ulam-Teller concept. Working at top speed, the Los Alamos team designed an experimental device for testing in *Operation Ivy* at Enewetak in the fall of 1952. The test on November 1 produced a thermonuclear reaction in which a substantial amount of energy was generated from the fusion of hydrogen isotopes. *Mike*, however, was hardly a deliverable weapon. It weighed as much as fifty tons and required elaborate cryogenic equipment to keep the deuterium in liquid form.

<u>The Soviet Challenge</u>

So swift were the changes in weapon technology during 1952 and 1953 that the Joint Chiefs of Staff found it advantageous to make frequent revisions in weapon requirements. The *Ivy* series opened new areas for weapon design and new possibilities for military applications. Interest in weapon development was further stimulated on August 8, 1953, by the Soviet announcement of the successful detonation of what it claimed to be a thermonuclear device. Refusing to comment on the Soviet statement until air samples of bomb debris could be collected, AEC Chairman Lewis L. Strauss did not confirm the report until August 19, and then he did nothing to make clear that the exact nature of the Soviet experiment was unknown. All that the Air Force was able to detect from the samples was that "a fission and thermonuclear reaction had taken place over Soviet territory."[40] The American public and most government officials were left to believe, as Congressman W. Sterling Cole, a member of the Joint Committee on Atomic Energy, asserted, that the Russians had detonated a hydrogen bomb "only nine months after our own hydrogen test."[41] Not until years later was it determined that the Soviet test was not a true thermonuclear weapon, but only a fission device "boosted" with deuterium and tritium.

Whatever the true nature of the Soviet test, it further reinforced the conviction that thermonuclear weapons would soon be a reality. In September 1953, the Joint Chiefs assumed that "a family of thermonuclear weapons will be delivered not unlike the family of fission weapons . . . to reflect the wide range of yields and varying means of delivery" of fission weapons. The Joint Chiefs found that the production of thermonuclear weapons would be "the cheapest method to obtain high yield weapons and improved destructive capacity."[42]

<u>Operation Castle</u>

The series of tests of thermonuclear weapons at *Operation Castle* in 1954 confirmed the expectations of the Joint Chiefs. The *Bravo* shot on February 28 proved a shocking success. Expected to have a yield equivalent to 4 to 8 megatons of TNT, *Bravo* reached 15 megatons.

---

[40] Hewlett, Richard G. and Jack M. Holl, <u>Atoms for Peace and War, 1953-1961: A History of the United States Atomic Energy Commission, Volume III</u> (Berkeley: University of California Press, 1989), 58.
[41] Ibid.
[42] "History of Expansion of AEC Production Facilities," AEC 1140, August 16, 1963, 50.

The second test, *Romeo*, produced a yield of 11 megatons. The tests clearly demonstrated the feasibility of building deliverable thermonuclear weapons.

The stunning success of the *Castle* test series and other weapon design improvements kept military requirements in a constant state of flux during the rest of the year. Not until 1955 did the Commission succeed in completing a systematic examination of long-range requirements. Some guidance for the future came in a statement from the Department of Defense describing the stockpile composition desired for the next three years. The statement confirmed the objective of "a strong thermonuclear retaliatory capability and a strong atomic weapons air defense position." Also reflected in the statement were growing requirements for air-defense, anti-submarine, and tactical ground-force weapon systems, all of which would place a heavy demand on the Commission's production facilities.[43]

Expansion at Rocky Flats

These new requirements had a direct impact on operations at Rocky Flats. The original plant had been substantially completed in July 1953 and began some operation the following month. The plant was fully operational in 1954 with a total of 700,000 square feet of building space. The plant was the major production facility for the fabrication of nuclear components for fission weapons and the primaries for thermonuclear weapons. Rocky Flats performed all U-235 pit fabrication, canning of capsules, and retrofitting of war reserve nuclear components. All assembly and inspection of nuclear components for stockpile, wherever fabricated, were performed at the plant. Rocky Flats was also responsible for production process development and was currently working on fabrication procedures for a significant advance in weapon technology.

The existing plant, however, did not have the capacity or equipment to meet the requirements of the thermonuclear expansion program. In August 1955, the Santa Fe Operations Office awarded a contract to the Catalytic Construction Company of Philadelphia to provide architect-engineer services for an expansion of the Rocky Flats plant. In October 1955, the Commission announced the award of a contract to Swinerton and Walberg of San Francisco and Denver, to construct two new buildings and modify three existing buildings and related facilities at an estimated cost of $13.5 million. By December, construction personnel had moved to the site and excavations for Buildings 776, 777, and 883 had started. By June 1956, Building 447 was 97 percent complete, and the whole expansion project at Rocky Flats, 28 percent complete. In March 1957, the concrete roof on Building 999 and the rolling mill foundations for Building 883 were complete. Construction was also moving ahead on Buildings 444, 447, 776, and 777. The expanded facilities came into operation in July 1957. The 1956-57 expansion added Buildings 447, 776, 777, 883, 997, 998, and 999, along with additions to Buildings 444, 881, and 771 (See Map 1).

[43] Ibid., 51.

Map I

Most of these expanded facilities were directly related the change in core design from the solid units derived from the Fat Man design to sealed hollow units, which used much less uranium while incorporating more plutonium. Like previous designs, the sealed unit used high explosives to implode the fissionable materials, but the hollow geometry and the larger amounts of plutonium used created a more powerful but smaller and lighter weapon that could serve as warheads in missiles and artillery shells.

The new buildings at Rocky Flats enabled the plant to move beyond the production of core components for fission weapons and to place maximum effort on producing enriched uranium triggers or pits, the first-stage fission devices that fire the second-stage thermonuclear weapons. The plant was responsible for fabricating the triggers, canning the capsules, and retrofitting components of obsolete weapons from the stockpile. Chemical operations at Rocky Flats purified plutonium and beryllium. Rocky Flats then put refined plutonium, and for a time U-235, through a series of metallurgical processes involving reduction of the metal, rolling, blanketing, forming, and heat treating. It was also responsible for recovery of plutonium and other elements from obsolete weapons removed from the stockpile and from scrap generated in production operations. Rocky Flats also supported the weapon laboratories at Los Alamos and Livermore with specialized research, particularly on plutonium materials, processes, and handling.

A few years later Rocky Flats became the primary manufacturer of triggers under the single-mission concept, which concentrated each major production operation at a single specialized site. All assembly and inspection of nuclear components, wherever fabricated, were now performed at Rocky Flats. The result was a dramatic rise in production at Rocky Flats in the 1960s. By 1964, the work force at reached a plateau of 3,000 persons where it remained for more than a decade. Other expansions produced Building 559 in 1967 (see Map 2); four more buildings (440, 707, 750, and 865) in the early 1970s; and Buildings 371 and 480 in the early 1980s (see Map 3). By the 1980s Rocky Flats had almost 6,000 employees.

Plant and Process Improvements

The original technology and facilities for producing uranium-235, plutonium, and tritium were conceived and placed in operation under a situation of great national emergency. Subsequent additions to production facilities, while designed to take advantage of proven technological advances, were also constructed during periods when pressing military requirements made it essential that the plants be built with speed and operate at demonstrated reliability. Under these conditions it was reasonable to assume that additional operating experience, plus a vigorous development program, would increase production. In fact, results exceeded expectations.

The 1952 expansion program accomplished a 125 percent increase in U-235 production when all the gaseous diffusion plants came into operation in 1956. With no major modifications in equipment, the cumulative effect of a series of process improvements was to increase



N. PERIMETER ROAD
W. PERIMETER ROAD
E. PERIMETER ROAD
CENTRAL AVE
SAGE AVE
CEDAR AVE
CACTUS AVE
COTTONWOOD AVE
PUMP HOUSE
BUILDINGS, STRUCTURES, AND FACILITIES
LEGEND
SYMBOL
DESCRIPTION
BUILDING OR STRUCTURE
PAVED AREA
WATER
PAVED STREET OR ROAD
GRAVEL AREA
UNDERGROUND STRUCTURE
FENCE
RAILROAD TRACK
EXHAUST STACK
GATE NUMBERS
GRAPHIC SCALE 1"=150'
AREA PLOT PLAN
E14300-1
Map 2



LEGEND
AREA PLOT PLAN
D 30000-1 Z
COMPUTER GENERATED
Map 3

production capacity of the entire complex by 26 percent by 1961 while power levels were reduced by 1.5 percent. The separation work produced per power unit had thus increased by nearly one-third, or almost the equivalent of a fourth gaseous-diffusion site.

Similar improvements were realized in operation of the production reactors at Savannah River, which came into operation in 1954 and 1955. Each of the reactors initially carried a design power rating of 383 megawatts. During the following eight years of reactor operation, the power ratings were raised as a result of a succession of improvements to the reactors, fuel elements, and cooling water supply, supplemented by an ever improving technical understanding of the true limits on reactor power. By 1963 the reactors were rated at maximum power levels ranging from 2,300 to 2,600 megawatts.

During the same years the weapon fabrication plant at Rocky Flats made a comparable contribution to the nation's defense during the Cold War. The plant produced almost all of the cores and fission primaries in the stockpile. Some measure of its achievement can be judged from the number of weapons and weapon types added to the stockpile from the time the plant first began operation in 1953. In 1952 the number of warheads in the stockpile was 841; by 1961 that number had grown to 22,229. From 1952 through 1970, 23,444 weapons were retired from the stockpile; the cores and fission primaries of most of these weapons were re-fabricated at Rocky Flats. It has been estimated that from 1945 to 1986 the nuclear weapon production complex manufactured 60,000 warheads of 71 types for 116 kinds of weapon systems. Most of these nuclear assemblies contained components manufactured at Rocky Flats—originally plutonium cores for fission weapons, then composite cores of plutonium and U-235, then cores for implosion weapons using only U-235, then fission primaries for thermonuclear weapons.

Without Rocky Flats the stockpile of thermonuclear and fission weapons that provided nuclear muscle could not have been created. Thus Rocky Flats made a critical and unique contribution to the arsenal of nuclear weapons that were deemed essential to the national defense during the Cold War. Forty years later it is difficult to recapture the sense of danger and the imminence of war that hung over the nation in the late 1940s and 1950s. The national anxiety of those years came fully to bear on those branches of the federal government that were responsible for the nation's security. And the sense of mission and responsibility felt by the Department of Defense and the Atomic Energy Commission set the high priority that was attached to construction, operation, and expansion of the Rocky Flats plant.