**EXHIBIT 32**

LEN ACKLAND, MAY 26, 2004

1

```
 1  27683ASG
    IN THE UNITED STATES DISTRICT COURT
 2  FOR THE DISTRICT OF COLORADO

 3  Civil Action No. 90-K-181

 4  _____

 5
    MERILYN COOK, et al.,
 6
    Plaintiffs,
 7
    vs.
 8
    ROCKWELL INTERNATIONAL CORPORATION and
 9  THE DOW CHEMICAL COMPANY,

10  Defendants.

11  _____

12
                DEPOSITION OF LEN ACKLAND
13                   May 26, 2004

14  Pursuant to Subpoena taken on behalf of the Defendants
    at 555 30th Street, Boulder, Colorado, at 8:05 a.m.,
15  before Sara Goldenberg, Registered Professional Reporter
    and Notary Public within Colorado.
16

17

18

19

20

21

22

23

24

25
```



5/26/2004 Ackland, Len

1 speculation in the papers the following day. Three out
2 of four of the speculations were correct, to my
3 recollection. But the government never acknowledged,
4 you know, there was a culture of secrecy, of national
5 security, that pervaded the operations of nuclear
6 weapons facilities.
7     And there are repeated examples of
8 statements from government officials. I quote a couple
9 of them in the book, shortly after the announcement
10 about Rocky Flats, saying, We don't want to say anything
11 that would help Joe Stalin and such comments.
12     So that's the beginning of what I mean by
13 the culture of secrecy. There was a secrecy throughout
14 the period of production at Rocky Flats. And in terms
15 of what I mean by the culture of secrecy, secrecy breeds
16 unaccountability. And the record shows a number of
17 occasions where, because of secrecy, behavior took place
18 that plant officials were not held accountable for.
19     Q.  The secrecy that started out when the plant
20 began its operations, was that a culture that pervaded
21 the weapons complex as a whole, the nuclear weapons
22 complex as a whole?
23     A.  Yes.
24     Q.  If I use the term "nuclear weapons complex,"
25 will you know what I'm referring to?

41

5/26/2004 Ackland, Len

1 first period, from '51 to '69, was a period of almost
2 total secrecy in terms of the operations.
3     From '69 to '89, there was a gradual erosion
4 of some of that secrecy, both by media coverage of
5 Rocky Flats, by whistle blowers who were willing to go
6 public with some of their concerns about Rocky Flats,
7 and by journalists using the Freedom of Information Act
8 to get information from the government about operations
9 out there.
10     Q.  When you're talking about the culture of
11 secrecy, are you talking about what happened inside of
12 the fence line at Rocky Flats?
13     A.  Well, primarily. That's where the secrets
14 were.
15     Q.  Did the culture of secrecy, as you've
16 described it, extend, as well, beyond the fence line to
17 impacts or effects that the Rocky Flats plant might have
18 had on the community in general?
19     A.  Sure.
20     Q.  And how so?
21     A.  Well, because people who knew what was going
22 on, the secrets, if you will, were, by and large,
23 unwilling to speak about those activities in the
24 community. So there was a sense of people not asking
25 what goes on there, because it was secret.

43

5/26/2004 Ackland, Len

1     A.  The production complex.
2     Q.  Hanford, Savannah River, Oak Ridge.
3     A.  Right.
4     Q.  Was that a culture that was established by
5 the Atomic Energy Commission?
6     A.  It was -- it actually preceded the Atomic
7 Energy Commission. It's a culture that, you know,
8 developed during the Manhattan Project and from the very
9 beginning of nuclear weapons production.
10     Q.  Was it a culture that was established by the
11 federal government as part of its effort to develop and
12 produce nuclear weapons?
13     A.  Yes.
14     MR. NORDBERG: Form. I object to the form
15 of the question.
16     I think the witness said yes.
17     Q.  (BY MR. POLAND) You mentioned that the
18 culture of secrecy continued throughout the operation of
19 the Rocky Flats plant; is that correct?
20     A.  Yes.
21     Q.  Did it change over time?
22     A.  Yes.
23     Q.  How did it change over time?
24     A.  I think the biggest change was -- well, if
25 you think of Rocky Flats' history as three periods, the

42

5/26/2004 Ackland, Len

1     Q.  Did that change over time as well?
2     A.  Yes.
3     Q.  And how did it change over time?
4     A.  Again, I think the big change was after
5 1969, when the Mother's Day fire got some significant
6 publicity. And unlike the previous large fire in 1957,
7 newspapers reported on investigation. There were
8 independent scientists who did soil samples off site
9 from Rocky Flats.
10     Activists began organizing against the
11 production of nuclear weapons. You had both antinuclear
12 activists, and you also had environmental activists
13 raising questions. So there was just a lot more
14 publicity about what Rocky Flats was and the dangers
15 that existed. So that was the big change.
16     Q.  And that was beginning after the Mother's
17 Day fire in 1969?
18     A.  Right.
19     Q.  Mr. Ackland, is it correct to say that you
20 do not have any personal observations or personal
21 knowledge about events that occurred at Rocky Flats?
22     A.  No personal observations before I actually
23 visited Rocky Flats.
24     Q.  When did you visit Rocky Flats?
25     A.  In the '90s, I went inside. And I'd been at

44

5/26/2004 Ackland, Len

1  about the selection of Colorado in general as the site
2  for the Rocky Flats plant; is that correct?
3       A.  That's correct.
4       Q.  And what did you find that the records
5  showed about the selection of Colorado as the site for
6  the Rocky Flats plant?
7       A.  It basically was pork barrel politics.  The
8  two Colorado senators at the time, one Republican and
9  one Democrat, were both members of the Joint Committee
10 on Atomic Energy, which controlled the Atomic Energy
11 Commission budget.  And they wanted Project Apple to be
12 located in Colorado, or they didn't not want, as things
13 often happen.
14      In other words, they had spoken out against
15 the location of a nuclear reactor in Colorado in 1950
16 but didn't speak out against Rocky Flats.  And indeed,
17 the record -- the record that's available shows that
18 Senators Johnson and Millikin wanted Rocky Flats because
19 of the standard reasons: jobs, contracts.
20      Unfortunately, the records of those senators
21 are incomplete.  Johnson had his records destroyed.
22 Milliken had -- his personal records were very
23 incomplete.  So it was -- that was a real mystery, to
24 try to unravel exactly why Colorado was selected.
25      Q.  Before you wrote this book, and before you

109

5/26/2004 Ackland, Len

1  wrote those conclusions that you lay out in the book
2  about what the record shows, had you seen anywhere else
3  that it had been written, the role that the Colorado
4  senators had in bringing the Rocky Flats plant to
5  Colorado?
6       A.  Not before I started doing research.  The
7  only reference that I recall finding on that was an
8  obituary for Johnson mentioned -- maybe Millikin's, too.
9  I'd, again, have to go back -- but indicated that they
10 were pleased at having brought such facilities as the
11 Rocky Mountain Arsenal, NORAD, and Rocky Flats.
12      Q.  Your understanding, that was, again, in your
13 words, pork barrel politics?
14      A.  Yeah.
15      Q.  If you'd turn to page 69 in your book, the
16 second paragraph from the top.  I'm going to direct your
17 attention to the third sentence down, which reads,
18 "Scientists, engineers, and architects from Los Alamos
19 already had drawn up Building 991's blueprint, which is
20 the reason excavation could begin so quickly."
21      Do you see that?
22      A.  Yes.
23      Q.  What was Building 991, if you recall?
24      A.  Building 991 was the assembly building.  It
25 was the first one that was completed.

110

5/26/2004 Ackland, Len

1       Q.  Does this reflect your conclusion, based on
2  what the records showed, that it was scientists,
3  engineers, and architects from Los Alamos who had
4  designed that building?
5       A.  Yes.
6       Q.  I draw your attention to the last paragraph
7  on page 69.  And there is a quote there from Jim Stone
8  that says, "I did the mechanical design for Building
9  771."  And it says, "Jim Stone, who got his first look
10 at the plutonium-processing building decades later."
11 Quote, "I never saw the site and never ever knew the
12 orientation of the site," close quote.
13      What was the source of that quotation from
14 Jim Stone?
15      A.  It's an interview with Stone.  It should be
16 footnoted.  Let me see if I can find it.
17      Q.  Is it page 263 that has the note?
18      A.  63.
19      Q.  How about page 263, No. 6, in Chapter 4?
20      A.  Yeah.  Right.  This was from an interview
21 with the author May 10th, '95.
22      Q.  Did you ever see any kind of written
23 document or confirmation of Mr. Stone's claim that he
24 did the mechanical design for Building 771?
25      A.  No.

111

5/26/2004 Ackland, Len

1       Q.  So this statement that's attributed to
2  Mr. Stone is based solely on the interview that you
3  conducted with him?
4       A.  Apparently so.
5       Q.  Were you able to corroborate in any other
6  way that Mr. Stone, in fact, did do the mechanical
7  design for Building 771?
8       A.  No.
9       Q.  Who is Mr. Stone, by the way?
10      A.  He is a former employee at Rocky Flats, who
11 then became a whistle blower in the mid to late '80s,
12 then filed suit against the government, I presume -- I'm
13 not exactly sure who he filed suit against -- and a
14 couple of years ago, won a settlement in that suit -- won
15 a verdict in that suit.
16      Q.  Do you know whether the lawsuit that was
17 filed had named as a defendant Rockwell International
18 Corporation?
19      A.  I don't recall.
20      Q.  If you could turn to page 120, please.
21      And generally, is the discussion on page 120
22 referring to the 1957 fire?
23      A.  Yes.
24      Q.  I'd like to draw your attention to the very
25 last paragraph of page 120.  There is a statement that

112