**EXHIBIT 33**

# PLUTONIUM INVENTORY DIFFERENCES
# AT THE ROCKY FLATS PLANT
# AND
# THEIR RELATIONSHIP TO
# ENVIRONMENTAL RELEASES

by

Thomas B. Cochran, Ph.D.

November 22, 1996

1

## Introduction

This report examines the plutonium inventory accounting at the Rocky Flats Plant and its relation to quantitative estimates of plutonium releases to the environment. In order to understand the accounting problems, it may be useful to first read my companion report, "Overview of Rocky Flats Operations," for a better understanding of the nature of the work conducted at Rocky Flats.

Before proceeding, it should be noted that this analysis has been severely limited by the Department of Energy's (DOE's) refusal to release the following two categories of data: a) with rare exceptions inventory difference data for specific material balance areas and buildings, and b) rates of plutonium processing, or production. With respect to the first, DOE has released only the total site-wide inventory differences on an annualized basis, i.e., summed over each year. With respect to the second, as has been said best by L.L. Zodtner and R.F. Rogers, two of Dow Chemical Company's own material accounting experts, "Quantities of material unaccounted for may be large or comparatively small, but these figures by themselves are meaningless unless they are tied to rates of production or rates of processing." [Zodtner and Rogers, 1964]. DOE continues to over-classify MUF related information. See, for example, Dow, Explanation of Material Unaccounted For, "71" Plant, 1954, which demonstrates DOE is still classifying small quantities of plutonium in nitrate solutions and oxides, rather than releasing these data when declassifying document,3.

To appreciate the limitations this lack of data places on an analysis of inventory difference data, imagine wanting to analyze errors made in the personal checking accounts of 100 individuals, but being given access only to the arithmetic sum of the known errors made by all 100 people over one year intervals. Obviously one could say a great deal more if one also had access to the checkbooks and monthly bank statements of each individual. And of course one could better judge the significance of the errors made if one knew how much money was in each individual's account and how this changed over time.

In not releasing detailed plutonium accounting data, DOE's concern appears to be with protecting the mass of plutonium in individual pits. DOE argues that if detailed inventory difference data or plutonium processing rate data were made public, one could calculate the plutonium mass in individual weapons, or weapon components, i.e., weapon pits. This is not true with regard to much of the data DOE has redacted. DOE contends that revealing the plutonium mass of individual pits to a proliferant or potential adversary would be harmful to U.S. national security. In my view this is not the case. Significant information about plutonium, including its critical mass in various concentrations and configurations is readily available in the scientific literature. The fully reflected spherical critical mass of alpha and delta phase weapon-grade plutonium, for example, is publicly revealed to be about 4.4 kilogram (kg) and 5.8 kg, respectively [Zvacek, 1994, 3456701'. The approximate amount of plutonium needed to make nuclear weapons is already well known [See, for example, Cochran and Paine, 1995]. Knowing the plutonium mass in any individual U.S. weapon would not be useful to a proliferant or