**EXHIBIT 34**



Exhibit 5
Class Area and Metro Area Sale Price Indexes