**EXHIBIT 35**



**Exhibit 6**
**Class Area and Metro Area Sale Price Indexes**