# EXHIBIT 36



Exhibit 8
Average Days on Market