# EXHIBIT 37



Exhibit 9
Average Days on Market