**EXHIBIT 38**

1

```
                              VOLUME   2
                              PAGES    1 - 209
                              EXHIBITS 2 - 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

---

MERILYN COOK,            )
et al.,                  )
              Plaintiffs )
v.                       )
                         ) Civil Action
ROCKWELL INTERNATIONAL CORPORATION,) No. 90-K-181
a Delaware corporation, and )
THE DOW CHEMICAL CORPORATION, )
                         )
              Defendants )

---

Deposition of Kenneth T. Wise, Ph.D.

Tuesday, April 15, 1997

Shapiro Haber & Urmy, LLP

75 State Street - Suite 1520

Boston, Massachusetts


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

J. EDWARD VARALLO, RPR/RMR
FRITZ & SHEEHAN ASSOCIATES, INC.
295 DEVONSHIRE STREET - BOSTON, MASS. 02110
617/423-0500   FAX 617/423-0501

FRITZ & SHEEHAN ASSOCIATES, INC.

4/15/1997 Wise, Kenneth

1  Q. Why did you not instead of using the
2  metro area use your control area, the control area
3  that you used in connection with the preparation of
4  Exhibit 2 in your report, I believe?
5  A. The comparison of the class and control
6  area is achieved through the regression analysis,
7  which is a more precise analysis than presented in
8  Exhibit 5 because the analysis comparing the class
9  and control area is controlling for changing
10 features of the houses that sell over time.
11         What I am trying to do here is see if
12 there is some indication when you compare the class
13 area to the entire metropolitan area that something
14 dramatic has happened to the class area and, by
15 inference, the control area relative to the entire
16 metropolitan region. This is an analysis that is
17 based on average sales statistics from the multiple
18 listing service books.
19 Q. This graph in Exhibit 5, the green line
20 representing the class, does it provide me any
21 information about what that line would look like
22 had the raid not occurred? (Pause) Withdraw the
23 question.
24 A. Okay.

129

4/15/1997 Wise, Kenneth

1  Q. Did you undertake any analysis to
2  determine what the green line in Exhibit 5 of your
3  report would have looked like had the raid not
4  occurred?
5  A. Only to the extent that when you look at
6  this chart for the years for which I have
7  information, the green line relative to the blue
8  line is declining on average in the period from
9  1984 to 1989. The implication of that would be
10 that, if anything, one might expect the green line
11 to drop below the blue line in the period after '89
12 if that trend continued. In fact, that's not what
13 happens. The green line moves steadily above the
14 blue line in the period after 1989.
15         MR. SILVERMAN: I'm sorry. Can you
16 read the question and answer back, please.
17         (The reporter read the last question
18 and answer.)
19         MR. SORENSEN: Do you have anything
20 else, Jonathan?
21         MR. SILVERMAN: Just wanted to hear
22 the question and answer again, that's all.
23 BY MR. SORENSEN:
24 Q. Dr. Wise, if you had done only the

130

4/15/1997 Wise, Kenneth

1  analyses that are reflected in Exhibits 5, 6, 7 and
2  8 of your report, just assume for the moment that's
3  all the work that you'd done was to come up with
4  those graphs and the underlying data, based just on
5  that would you in your view be in a position to
6  conclude anything to a reasonable degree of
7  certainty concerning the impact of the raid on
8  property values in the class area? And when I say
9  reasonable degree of certainty, what I mean is
10 would you be willing to testify to a jury that in
11 your expert opinion X was the effect based just on
12 those exhibits?
13         MR. SILVERMAN: That's a different
14 question. It's compound. Objection. Do you want
15 him to answer one question or both?
16 BY MR. SORENSEN:
17 Q. You can go ahead. Do you understand my
18 question?
19 A. It is two questions.
20 Q. Okay, I'll start again. If the only
21 analyses you had done were the analyses that are
22 reflected in Exhibits 5 through 8 of your report
23 and putting aside the other work that you've done,
24 if that's all you had done, would you feel that you

131

4/15/1997 Wise, Kenneth

1  would be in a position as an expert to offer an
2  expert opinion concerning the impact of the FBI
3  raid in 1989 on property values in the class area?
4  A. I would put it this way. As an economist
5  I might be able to draw some inference from these
6  exhibits regarding the question as to whether
7  something dramatic may have happened. It gets more
8  difficult refining an opinion to some precise
9  quantification of the impact from this sort of
10 information. I would not be comfortable presenting
11 an opinion on a percentage impact based only on the
12 information presented in these exhibits that we're
13 talking about.
14 Q. Are you finished?
15 A. Yes.
16 Q. Looking at Exhibit 5 in your report, did
17 you analyze the degree of stability between the
18 class and metropolitan area lines for the period
19 '84 through and up to '89?
20 A. No.
21 Q. Did you undertake to analyze the degree
22 of stability between the class and control lines
23 for any period that is depicted in Exhibits 6, 7 or
24 8?

132