**EXHIBIT 40**

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLORADO

 3
    Civil Action No. 90-K-181
 4

 5   MERILYN COOK, et al.,

 6   Plaintiffs.

 7   vs.

 8   ROCKWELL INTERNATIONAL CORPORATION,
     et al.,
 9
     Defendants.
10
    ------------------------------------------------
11
    DEPOSITION OF F. WARD WHICKER - VOLUME I
12   April 24, 1997

13  ------------------------------------------------

14                          Deposition location:
                            Fort Collins Marriott
15                          350 East Horsetooth Road
                            Fort Collins, Colorado
16
    APPEARANCES:
17

18          JONATHAN AUERBACH, Esq.,
            BERGER & MONTAGUE, P.C.
19          1622 Locust Street
            Philadelphia, Pennsylvania  19103
20
                    For the Plaintiffs.
21

22

23

24

25
```



**AVERY WOODS REPORTING**

1000 Speer Boulevard • Denver, Colorado 80204
303-825-6119 • 1-800-962-3345 • FAX 303-893-8305

4/24/1997 Whicker, F. Ward

```
 1        A    No, I don't.   I mean I can't know
 2   exactly why, I can only speculate.
 3        Q    ( By Mr. Auerbach )   Why do you think he
 4   contacted you?
 5             Mr. Kurtenbach:   Same.
 6        A    I assume he contacted me because we had
 7   some reputation for doing research at Rocky Flats in
 8   the past.
 9             We have a first-class laboratory in my
10   department for doing radiochemistry of the actinide
11   elements.   I teach the subject of radioecology at
12   Colorado State University, so I'm familiar with
13   radionuclides and how they are supported in the
14   environment.
15             We had a history going back to the
16   early 1970's of doing research at Rocky Flats.
17             Furthermore, as I recall now, we had a
18   contract as well with Eg&g to do some research at
19   Rocky Flats, which started in the late 1980's, I
20   believe.
21             So I suspect that Mr. Bernick, maybe
22   with advice from other people, and I don't know who
23   they might be, found out that we were in a good
24   position to conduct additional research.
25             And so I believe that's why we got in
```

9

4/24/1997 Whicker, F. Ward

```
 1   touch.
 2        Q    ( By Mr. Auerbach )   Do you know how he
 3   contacted you the first time?
 4        A    Not really.   I mean it may have been a
 5   phone call, it may have been a letter, I don't quite
 6   recall.
 7        Q    Did you know who he was at that time?
 8        A    Well, he introduced himself, I'm sure.
 9        Q    You hadn't met him prior to that time?
10        A    No, I didn't.
11        Q    Had you heard of him prior to that
12   time?
13        A    No.
14        Q    When Mr. Bernick first contacted you,
15   did he say, I want you and your group to take soil
16   measurements in the area around Rocky Flats and
17   measure plutonium?
18             Mr. Kurtenbach:   Form.   Foundation.
19        A    Well, I don't remember exactly how the
20   conversation went or -- I had some definite ideas
21   myself already as to the kinds of needs one might
22   have in order to do a better job of gross
23   reconstruction and that type of thing.
24        Q    ( By Mr. Auerbach )   Prior to Mr. Bernick
25   contacting you to discuss this initial proposal to do
```

10

4/24/1997 Whicker, F. Ward

```
 1   some studies on behalf of Dow Chemical, what were
 2   those ideas that you just referred to about
 3   the kind of studies that should be done around Rocky
 4   Flats?
 5             Mr. Kurtenbach:   Form.   Foundation.
 6        A    Well, despite the fact that there have
 7   been quite a number of earlier studies done on the
 8   distribution of plutonium in the soil around Rocky
 9   Flats, there had been a number of different methods
10   used to sample the soil, different in terms of the
11   specific procedures about how deep the sample would
12   be taken, how one would decide where to sample in an
13   objective and unbiased way.
14             There was very little data on total
15   deposition, mostly just concentration measurements,
16   anywhere from point three centimeters to five
17   centimeters, very little data had been gathered on
18   the entire depth profile and the entire integrated
19   deposition in terms of total amount per unit area.
20             And in order to be able to correct the
21   various data sets to a common basis, more information
22   was needed about these types of measurements.
23             So that was just one thing that I felt
24   we needed to know.
25             Furthermore, I felt that it would be
```

11

4/24/1997 Whicker, F. Ward

```
 1   good to develop an independent way of sampling in
 2   order to develop a statistical model of the spatial
 3   pattern of plutonium in soil.
 4             So I could see a number of ways that
 5   things could be improved to have a more complete
 6   understanding of how plutonium is distributed, what
 7   the levels are, what the total inventory might be.
 8        Q    ( By Mr. Auerbach )   Are there any other
 9   areas that you thought needed to be addressed in
10   addition to these two that you just mentioned?
11             Mr. Kurtenbach:   Same.
12        A    Well, yes.   There were a number of
13   questions that had been raised, one of which was how
14   does plutonium move down into the soil profile, what
15   are the mechanisms involved, and how do you model
16   that accurately.
17             We had some uncertainty about the
18   mechanisms, there had not been that much research
19   specifically designed to elucidate that, so one of
20   the things that we wanted to do, I wanted to do, was
21   to understand better how plutonium moved down through
22   the soil profile and why it becomes distributed as it
23   does.   So that was another kind of a scientific
24   motivation for me.
25             I had no interest at the time in the
```

12

4/24/1997 Whicker, F. Ward

1   litigation aspects of it.   I had a lot of interest in
2   the scientific aspects of it.
3          I was impressed with Mr. Bernick's
4   approach when we talked, because at the time, it
5   looked as though -- you know, before I had contact
6   with him, it looked as though a lot of answers were
7   going to -- or a lot of questions were going to go
8   unanswered.
9          And I had had a rather poor
10  relationship with EG&G, quite honestly, in terms of
11  the contractual arrangements, and I was quite
12  frustrated in our ability to do our research under
13  their sponsorship, and so when an opportunity came
14  along to do additional work, I was certainly
15  interested in doing it.
16         I was impressed with the approach that
17  Mr. Bernick had in the sense that he seemed
18  interested in the science as well, and I believe I
19  presented ideas to Dow Chemical and so on, and of
20  course Bernick was aware of it, and I must say that
21  it was a very good arrangement for us, because we
22  were able to pursue our research with no hassle, no
23  interference of any kind from either Mr. Bernick or
24  Dow Chemical.   So that was good for us.
25         We also had an agreement that we would

13

4/24/1997 Whicker, F. Ward

1      A   The goals under the EG&G contract were
2   a little bit different.
3      Q   How so?
4      A   Primarily what we tried to do under the
5   EG&G contract was to attempt to repeat a study which
6   had been done by Craig Little back in the early
7   1970's on specific sites that we called macroplots.
8   These are about a hundred meters by a hundred meters
9   in area.   There were two of these.
10         The basic question that we were asking
11  there was has the plutonium in those macroplots
12  changed in terms of total amount or depth profile in
13  the soil.
14     Q   Are those two different things or are
15  you using those terms synonymously?   You said total
16  amount or depth profile?
17     A   I should say and.   We were interested
18  in both.
19         Also of interest in the EG&G-sponsored
20  work was levels of plutonium in vegetation.   The
21  basic question there that I was interested in from a
22  scientific viewpoint was does plutonium become more
23  available with time or does it become less available
24  with time to the plants and also to animals, and so
25  under that sponsorship, we did studies on vegetation,

15

4/24/1997 Whicker, F. Ward

1   be free to publish the information freely, to share
2   it with anyone.   We had a legitimate request from
3   anyone who had a legitimate request for the data, and
4   I felt comfortable with that.
5      Q   ( By Mr. Auerbach )   Did you have the
6   opportunity to pursue any of these three research
7   areas you've just discussed, and I'll briefly recap
8   what they are:
9          One was to develop information about
10  the total amount or the integrated deposition of
11  plutonium in the environments around Rocky Flats,
12  that was one area you mentioned, correct?
13     A   Yes.
14     Q   And the second area was to develop an
15  independent way of sampling?
16     A   Yes.
17     Q   In order to develop the spatial pattern
18  of plutonium in the soil around Rocky Flats, correct?
19     A   That's correct.
20     Q   And the third area that you mentioned
21  you were interested in pursuing is that soil and how
22  plutonium moves down into the soil profile, correct?
23     A   Yes.
24     Q   Now did you attempt to conduct research
25  on any of those three areas under your EG&G contract?

14

4/24/1997 Whicker, F. Ward

1   we did studies on small mammals.
2          I believe those were the primary goals
3   of the EG&G-sponsored research.
4          We did not do off-site sampling under
5   the EG&G sponsorship.   All of that work was confined
6   to macroplots one and two on the plant site.
7      Q   Did you propose to EG&G that you do
8   off-site sampling?
9          Mr. Kurtenbach:   Form.   Foundation.
10     A   I don't honestly recall.   I do not
11  think so.   I do recall proposing other things to EG&G
12  which they did not fund.
13     Q   ( By Mr. Auerbach )   What were those
14  things they did not fund?
15     A   We were interested in whether or not
16  there was any -- we could find any evidence of
17  plutonium transport, lateral transport from macroplot
18  one or macroplot two.
19         Our initial finding in terms of the
20  quantities of plutonium in that soil and so forth
21  were that in general, the levels in depth profiles
22  were quite similar between the data taken in the
23  early 1970's and the data taken in the late 1980's,
24  with one noticeable difference, and that noticeable
25  difference was that the levels of plutonium in the

16

4/24/1997 Whicker, F. Ward

1  top three centimeters of soil appeared to be
2  substantially less than they were in the early
3  1970's.
4      Q  This is in the top three centimeters of
5  soil?
6      A  Yes.
7      Q  They were substantially less?
8      A  Yes.
9      Q  What do you mean by substantially less?
10     A  Well, less than half.  I would hasten
11  to add that we did not know for certain that they
12  indeed were less.
13         There were some differences between the
14  early study in the 1970's and the studies that we
15  were doing in the late 1980's, one of which was a
16  different analysis technique, another of which was
17  that we were not able to sample exactly the same
18  spots in the two cases.
19         In both cases, in both studies, we
20  sampled randomly within the macroplot, and given the
21  substantial spatial heterogeneity within the
22  macroplot, it is possible that the difference we saw
23  between the two studies was simply due to happening
24  to sample in different spots where the levels were
25  lower to begin with.

17

4/24/1997 Whicker, F. Ward

1      Q  What do you refer to that as?  It's
2  called sampling variability?
3      A  Yes, spatial sampling variability.  It
4  was rather high in both studies, so, you know, after
5  we saw -- after the data came back and we looked at
6  it, we had to conclude that there is an indication
7  that there has been soil loss.
8         Nevertheless, it's only an indication,
9  and what the truth was, we didn't really have -- I
10  felt we didn't have enough information to conclude
11  that with any certainty.
12         Because of that, I recall proposing to
13  EG&G that we do some additional work in an effort to
14  find out if that was really happening, in other words
15  was there a really substantial erosion going on or
16  not, was the difference that we saw simply a matter
17  of sampling.
18         I had a couple of different approaches
19  that I could have used to address that question all
20  the better and proposed those, but they were not
21  interested in funding it.
22     Q  Did they explain why --
23     A  Or I can't say they were not
24  interested.  I just can only say that they did not
25  fund it.  It may be because of they didn't have the

18

4/24/1997 Whicker, F. Ward

1  money, they were being cut back severely at the time,
2  or it may be that they felt it wasn't worthwhile, I
3  don't know what the answer is, but they did not fund
4  it.
5      Q  Well, did you understand what EG&G's
6  goals were in funding the research that they did fund
7  through Csu?
8         Mr. Kurtenbach:  Foundation.  Form.
9      A  No, I don't.  I can only speculate
10  again.  It's kind of interesting in the small time
11  that we had EG&G support, the manager of the contract
12  and so forth, in other words the EG&G people changed
13  like three times.
14         The people that were there initially
15  were very interested in our research, they thought it
16  was important, they thought those were interesting
17  scientific questions, they seemed to be quite
18  interested in supporting the work.
19         Within a year though, the main manager
20  there, I think his name was Kirk Mckinley, had left
21  EG&G.
22         A young lady that worked under him was
23  very supportive of our work, her first name was
24  Laura, I can't remember the last name, she was there
25  for two years after we started and she left as well.

19

4/24/1997 Whicker, F. Ward

1         The managers that took over that area
2  of responsibility after that seemed much less
3  interested in research and much less interested in
4  supporting it.
5      Q  Who were those managers?
6      A  In a way, it's like a bad memory.  I
7  could go back through my records and find the names.
8  They don't occur to me right now.  I believe that one
9  of them who ended up sort of killing our research, as
10  well as a lot of other research there, ended up
11  leaving EG&G as well, but not until the damage to the
12  research programs had been done.  His name may occur
13  to me later this morning.  If it does, I'll tell you
14  what his name was.
15     Q  Did you think that the research
16  question as to whether there was movement of
17  plutonium from these two macroplots that you
18  discussed was any less important than the research
19  questions that EG&G had funded from the standpoint of
20  understanding the nature and transport of plutonium
21  in the environment around Rocky Flats?
22         Mr. Kurtenbach:  Form and foundation.
23     A  I think additional studies to better
24  understand the transport and movement over the
25  long-term are very important.

20

Q ( By Mr. Auerbach ) Why are they important?

Mr. Kurtenbach: Same.

A I think they have implications in terms of how they manage these plutonium-contaminated sites, the potential expenditure of millions if not billions of dollars to recommend immediate or leave alone lands that are contaminated.

Certainly, if there is large-scale movement, one would want to understand it and know how to mitigate it, so I can think of many reasons why this would be important.

You know, again, my interest all along has been to try to understand the mechanisms involved in the movement, that's my scientific interest, and it had been my opinion right from the -- well, based upon our early work at Rocky Flats that plutonium or other radionuclides that are particle reactive, once deposited on soil, that their fate is largely governed by the movement of soil itself, and so long as the soil is relatively stable, then these radionuclides should remain in place, at least the vast majority of it.

We had conducted some very small scale research with Craig Little in the early 1970's in

which we tried to actually measure erosion of soil at Rocky Flats, and based upon that part, that work wasn't really conducted over a long enough period with enough rigor to be certain, but there was indication from that work that the soil was quite stable, and so I developed the idea that it appears to be so.

On the other hand, this one finding by Scott Webb in the late 1980's was troubling. It suggested that maybe we couldn't be so sure and that other work needed to be done.

I still have an opinion that the soil movement is not likely to be significant provided that they leave a natural vegetation cover in place and at least in most sites other than, you know, if there is steep terrain or if there is a hundred-year flood, something like that, then obviously you can get erosion and movement of contaminants along with the soil.

But under most conditions, I believe in general that that's -- that things are likely to stay put pretty much, but I think there's other data that would support that general feeling, but I think you can always find some exceptions.

Q ( By Mr. Auerbach ) And one of those is

the Webb study of the earlier macroplots, is that correct?

Mr. Kurtenbach: Form and foundation.

A Yes, that seems to be a possible exception.

Again though, it may not be an exception simply because it may have been sampling error, it may have been analytical differences. The analysis techniques were markedly different between the two studies.

Q ( By Mr. Auerbach ) But we really don't know for sure whether that's the case, whether the differences that are observed are due to the sampling variation or differences in analytical techniques, correct?

A That's correct, I do not know.

Q Do you know, does Mr. Webb -- I suppose it's Dr. Webb now?

A Dr. Webb now.

Q -- if Dr. Webb shares your views about the movement of plutonium in soil and particularly with respect to the findings that Webb made at macroplot one and macroplot two?

Mr. Kurtenbach: Form and foundation.

A Well, I don't honestly know what

Dr. Webb feels down deep in his heart about this.

I can tell you this: that we had some honest disagreements and discussions about it, they were respectful ones, but he felt very strongly that the evidence was strong enough on this data that there actually had been movement, quite a substantial fraction of the top three centimeters based upon his work, and even though I didn't necessarily agree with that, I could not prove one way or the other what the truth was.

It's my policy as a graduate advisor that if I can't out-argue the students and so forth -- he's the senior author of that work and I encourage students to publish the work as they see fit, which he did.

Q ( By Mr. Auerbach ) Scott Webb was one of your graduate students?

A He was one of my graduate students, sure.

Q And you supervised his work?

A That's correct. So I had no problem with him publishing the work. I suspected that it would lead to it would end up raising a lot of eyebrows because it kind of went against the conventional wisdom.

1  within the University, but I do worry about, you
2  know, the students especially.
3      Q    You feel a sense of responsibility for
4  your students?
5      A    I certainly do, yes.
6      Q    Well, given the contamination of
7  radionuclides at a number of Doe facilities,
8  including Savannah River, Rocky Flats, Hanford, don't
9  you think it's a mistake for Doe to cut back on the
10  science that you referred to earlier?
11      Mr. Kurtenbach:  Form.
12      Q    ( By Mr. Auerbach )  I'm talking about
13  the positions that are devoted to conducting
14  scientific research in issues related to the
15  contamination and clean-up of weapons complex
16  facilities.
17      Mr. Kurtenbach:  Form.  Foundation.
18  Speculation.  Assumes facts not in evidence.
19  Relevance to this litigation.
20      You are trying to do a little discovery
21  for some future action?
22      Mr. Auerbach:  Is that a legal
23  objection, counsel?
24      Mr. Kurtenbach:  You bet it is.  Is
25  that a legal question?

1      Mr. Auerbach:  Oh, yes.
2      Mr. Kurtenbach:  What does that have to
3  do with this lawsuit?  Doe is not a defendant to this
4  lawsuit.  Do you want to make some kind of showing,
5  counsel, as to what that has to do with any issue in
6  this lawsuit?  I think there is a local rule in the
7  court saying if you ask a question, you have to have
8  a way to connect it to the lawsuit.
9      Mr. Auerbach:  I do, and you don't get
10  to adjudicate relevancy determination right now.
11      Mr. Kurtenbach:  I ask for a basis.
12      Mr. Auerbach:  This lawsuit involves a
13  nuclear weapons facility which has been contaminated
14  with rings and which is undergoing some degree
15  of remediation, and that is at issue in this
16  lawsuit.
17      Q    ( By Mr. Auerbach )  You can answer the
18  question, Dr. Whicker.
19      Mr. Kurtenbach:  Same objections.  I
20  don't see any connection that that has to do with the
21  question you've asked.
22      Q    ( By Mr. Auerbach )  You can answer.
23  He's made his objection for the record.
24      Mr. Kurtenbach:  Could I have the
25  question read back, please?

1      Mr. Auerbach:  And the judge will make
2  a determination at the appropriate time.
3      Mr. Kurtenbach:  Could I have the
4  question read back, please?
5      ( Whereupon, the record was read back by
6  the reporter as requested. )
7      The Deponent:  Are we ready?
8      Q    ( By Mr. Auerbach )  Sure.  I'm dying to
9  know the answer.
10      A    Well, let me phrase it this way:
11      It certainly would be a mistake, for a
12  number of reasons which I could go into.
13      On the positive side though, starting
14  last year, the environmental management program of
15  Doe started a new science program to support
16  environmental restoration and remediation, it's
17  called the Em science program.  Em stands for
18  environmental management, and the science program is
19  designed to allow people to compete for research
20  related to the clean-up of the weapons complex.
21      So that's a new program, and I'm
22  encouraged by it.  We have several proposals pending
23  in that program, and in fact one of the proposals
24  that we submitted last year for that program was
25  funding, and it's this last one in my CV here,

1  Determining Significant Endpoints for Ecological Risk
2  Analysis.  That's at Savannah River.
3      Q    Have you submitted any new proposals
4  related to Rocky Flats?
5      A    We have.
6      Q    What are they about?
7      A    One of them is not specifically dealing
8  with Rocky Flats, but in western sites in general,
9  and this includes sites such as Los Alamos, Hanford,
10  Idaho National Engineering Laboratory, and let's
11  see -- Idaho National Engineering Lab, Hanford, Rocky
12  Flats, Los Alamos.
13      Those are the main sites where we
14  propose to do some of the very things that we have
15  already talked about in this deposition concerning
16  long-term measurements on the stability of plutonium
17  in soil.
18      Q    Why is that important?
19      Mr. Kurtenbach:  Form and foundation.
20      A    I think the main justification that I
21  would pose is that there is a large push to remediate
22  sites that are contaminated.
23      By remediation in this instance, it
24  would mean taking bulldozers and digging up plutonium
25  or cesium-contaminated soil, and, quote, disposing of

4/24/1997 Whicker, F. Ward

```
 1    it.
 2            In my opinion, this would lead to the
 3    expenditure of many billions of dollars, it would not
 4    reduce risks to the public, it would devastate the
 5    local environments.
 6            And so I think it's really important to
 7    do very sound human health and ecological risk
 8    assessments for these contaminated sites, and we have
 9    talked about some of them here.
10            The area directly east of the 903 pad
11    at Rocky Flats is one area in question.  Another area
12    in question would be the 200 area at Hanford.  Should
13    we spend billions of dollars to clean these sites up.
14       Q   ( By Mr. Auerbach )  I don't understand.
15    Why do you need to carry out these studies if you've
16    already determined that it's not worth the
17    expenditure involved with remediation in terms of the
18    relative reduction in risk to human health?
19            Mr. Kurtenbach:  Form and foundation.
20       A   It's my belief, based on what I know
21    now, that the best thing to do is leave it alone,
22    because I don't think it is posing a hazard, and I
23    don't think there is evidence to support the idea
24    that even the plants and animals levels in these
25    contaminated sites are being jeopardized.
```

4/24/1997 Whicker, F. Ward

```
 1       Q   ( By Mr. Auerbach )  Well then, why do
 2    you need to get funding for these additional studies
 3    that you're proposing?
 4            Mr. Kurtenbach:  Same objections.
 5       A   Because the law of the land, all the
 6    environmental regulations, particularly Superfund,
 7    requires that assessments be done before they
 8    actually take action, and if the assessments are not
 9    done with very good science, done very well, then
10    they will be subject to a great deal of uncertainty,
11    and if they are subject to a great deal of
12    uncertainty, there is a good chance they are going to
13    say, well, you've got to clean it up because we
14    think -- we don't think there is a strong enough case
15    that this is the case.
16            So I think, you know, my interest in it
17    is -- you know, is just doing very specific and high
18    quality science to support a decision one way or the
19    other, and that's the motivation I would have to go
20    on.
21       Q   ( By Mr. Auerbach )  But in your mind,
22    you already know which way the decision should be
23    made?
24            Mr. Kurtenbach:  Form and foundation.
25       A   No, that's not quite true stated that
```

4/24/1997 Whicker, F. Ward

```
 1    way, because there may be highly localized areas that
 2    should be cleaned up.
 3            On the other hand --
 4       Q   Rocky Flats?
 5            Mr. Kurtenbach:  Form and foundation to
 6    that.
 7       A   Yes.  Perhaps the 903 pad and the lip
 8    of the pad should be cleaned up, because it's
 9    continuing to act as a source.
10            On the other hand, I don't think that
11    the entire buffer zone east of the 903 pad should be
12    cleaned up.
13            Now the question is, where precisely do
14    you draw the line between clean-up and leaving it
15    alone?  And that's a very critical question, both in
16    terms of dollars to be spent and in terms of the
17    ecological damage that could result.
18            There are forces out there which argue
19    strongly for clean-up:  Public opinion pushes
20    clean-up because it sounds good, the political
21    machinery and the business machinery pushes for it
22    because it means a lot of economic activity, right?
23            So that's a very strong force, and I
24    think it's going to take very, very strong science to
25    come to a decision that will be entirely defensible,
```

4/24/1997 Whicker, F. Ward

```
 1    where we draw the line between clean-up and not
 2    cleaning it up.
 3       Q   ( By Mr. Auerbach )  In following this
 4    line, Dr. Whicker, it's even possible that
 5    remediation or clean-up efforts could even create a
 6    situation in which there is greater release of
 7    hazardous material and exposure to off-site
 8    populations, isn't that true?
 9            Mr. Kurtenbach:  Object to the form and
10    foundation.  Speculation.  Incomplete hypothetical.
11    Where, when, why, how.
12       Q   ( By Mr. Auerbach )  At Rocky Flats, for
13    instance, at the present time.
14            Mr. Kurtenbach:  That doesn't clarify
15    it.
16       A   Well, one way to answer it is that the
17    major releases from the 903 pad did occur in
18    conjunction with remediation activities, and if they
19    were to -- if they were to let's say remediate a large
20    area of contaminated soil at Rocky Flats, it's hard
21    to imagine that that could be done without some
22    additional resuspension of soil into the air, and
23    whether that would be hazardous or not to the public,
24    I doubt, but nevertheless, why do it if you don't
25    have to?  I think one should not do that sort of
```

4/24/1997 Whicker, F. Ward

1  thing unless it's absolutely necessary.
2        Q    ( By Mr. Auerbach )  But you could
3  imagine conditions under which that resuspension of
4  material during a reradiation at Rocky Flats could
5  result in exposures of radionuclides at harmful
6  levels to people off-site?
7        Mr. Kurtenbach:  Object to the form for
8  the reasons as the last.  In addition, vague.
9        A    Well, the part of your question
10 that's --
11       Mr. Kurtenbach:  I have all the same
12 objections as I did to the last question.  In
13 addition, vague.
14       Go ahead.
15       A    The problem that I have with your
16 question is at levels that would harm human health.
17 I doubt that.
18            On the other hand, I don't doubt that
19 the activity of clean-up could result in increased
20 air concentrations off-site and increased
21 deposition.
22            I think that it could be done with a
23 great deal of care to sort of minimize the amounts
24 leaving the site, but I can't imagine it being done
25 without there being any measurable oversight

109

4/24/1997 Whicker, F. Ward

1  releases.
2        Q    ( By Mr. Auerbach )  Were there any other
3  proposals relating to Rocky Flats that you have
4  recently made to Doe?
5        A    Yes.
6        Q    What are those?
7        A    Just one other one that relates to
8  Rocky Flats in part.  It also relates to Hanford and
9  Inel, and that is the proposal to better understand
10 the ability of lichens to act as a biomonitoring
11 device.
12            Incidentally, on neither of these
13 proposals, the previous one we were just talking
14 about and the lichen one, I'm not the -- I would not
15 be listed as the principal investigator.
16            The principal investigator for the one
17 we have been talking about concerning the long-term
18 fate of plutonium in soil would be led by Dr. David
19 Brashears at the Los Alamos National Laboratory, and
20 I would just sort of serve as an advisor to the
21 project and spend a minimal amount of time on the
22 lichens, the PI would be Dr. Ibrahim from our
23 department, and again, I would have a minimal role
24 other than just being an advisor.
25            If you would like, I could expound a

110

4/24/1997 Whicker, F. Ward

1  little bit on that.
2        Q    Let me ask you this:
3            Has funding been approved for either of
4  these two proposals, the lichen study or the
5  long-term fate plutonium study?
6        A    No, these proposals were just submitted
7  about two weeks ago and we will not hear about them
8  for probably three or four more months.
9        Q    If you do receive funding for these
10 studies, will funds be allocated to support graduate
11 students to work on these projects as has been done
12 in the past?
13       A    Yes.
14       Q    These will be graduate students at Csu
15 in your department?
16       A    Yes.
17       Q    And those are the only two additional
18 proposals to Doe with respect to studies of plutonium
19 in the Rocky Flats environs?
20       A    That's correct.
21       Q    Other than proposals to Doe, do you
22 have any new proposals pending to study the
23 radioecology of Rocky Flats?
24       A    Nothing dealing specifically with Rocky
25 Flats, no.

111

4/24/1997 Whicker, F. Ward

1        Q    Anything that deals in part with Rocky
2  Flats?
3        A    No.
4        Q    Was Mr. Bernick your sole contact with
5  respect to the proposal to carry out radioecological
6  studies at Rocky Flats that was funded by Dow?
7        Mr. Kurtenbach:  Form and foundation.
8        A    No.
9        Q    ( By Mr. Auerbach )  Who else did you
10 have contact with in connection with the funding of
11 that contract which is embodied in your expert
12 report?
13       A    Bernick was the original contact, but
14 at some point later, and I can't remember when that
15 was, it may have been after we actually got started
16 or it may have been before that, I can't quite
17 remember, but a lawyer by the name of Walter
18 Lancaster was our main contact for a good period of
19 time during that work.
20       Q    So you first had contact with
21 Mr. Bernick in 1991 and he asked you to consider
22 doing some radioecological studies of Rocky Flats,
23 right?
24       Mr. Kurtenbach:  Form and foundation.
25       A    Again, I don't recall whether he asked

112

1    A   I think he's out in the -- I know he's
2  in the northeast, it may be Boston or somewhere in
3  that vicinity.
4         I think it's Constantine or something
5  like that.  We just call him Costa.  He's done
6  radiation biology research.  He's a very well-known
7  man.  He's had a medical orientation in the
8  radiobiology area.  He's -- I think he may be retired,
9  but we consulted him about the study early on and he
10  suggested to us that we ought to do creatinine
11  measurements of the urine.
12    Q   Why?
13    A   Well, creatinine, apparently people
14  tend to excrete a very specific amount of creatinine
15  in urine every day, and so if one takes urine samples
16  and measures the creatinine, one can determine
17  whether or not -- or you can have a clue at least as
18  to whether or not the volume of urine that you got in
19  an individual truly represents roughly a day's worth
20  of urine excretion.
21         And the reason we were interested in
22  that, we were interested in more than just
23  concentration, you know, amount per liter.  We were
24  also interested in the amount excreted per day and
25  the amount excreted per day of course is the property

1  of the concentration and the volume excreted per day.
2    Q   So there was a check to make sure that
3  you were getting the urine output required for your
4  study from each subject?
5    A   Yes, sort of a quality control check to
6  make sure that the volume that they -- that we got
7  from that individual, that it was really truly
8  collected over a period that represented a
9  twenty-four hour period rather than maybe -- maybe
10  rather than just a twelve-hour period or maybe a
11  forty-eight-hour period or so on.
12    Q   Do you know whether plutonium in the
13  human body has an effect on creatinine production?
14    A   I would -- certainly not at background
15  levels, no.
16    Q   What's your basis for making that
17  statement?
18    A   Well, because the radiation dose from
19  plutonium at background levels is a fraction of a
20  millirem per year, and people are getting three
21  hundred millirem roughly from natural background
22  sources.
23         That's such an insignificant fraction
24  of the total that I can't imagine it would affect the
25  basic physiological process.

1    Q   Have you seen any studies that were
2  designed to test the issue of whether plutonium in
3  the human body can affect the production of
4  creatinine?
5    A   I haven't, no.
6    Q   And you have no opinion as to whether
7  plutonium at levels above background in the human
8  body can affect the production of creatinine?
9    A   Well, I wouldn't stake my reputation on
10  saying that it did or did not, because I don't really
11  know.  I can't imagine that plutonium at levels that
12  would represent background or even a factor of ten or
13  a hundred above background could possibly affect
14  something like creatinine production.
15    Q   But you are aware of no studies on the
16  subject?
17    A   No, I'm not.
18    Q   And other than Dr. Maledskos's
19  suggestion about measuring creatinine, did he make
20  any other suggestions with respect to the design of
21  the first urine study?
22    A   I don't think so.  We just asked him
23  about that specific point.
24    Q   It was your idea to contact Maledskos?
25    A   Well, I had met him earlier, and I

1  think Dr. Ibrahim had known Maledskos for some years
2  anyway from some work that he did many years ago at
3  New York University where he was involved in
4  measuring thorium and uranium in human bone tissues
5  and so on, and I know Maledskos was real interested
6  in those things.
7         So he knew Maledskos, and I think the
8  contact with Maledskos was actually between -- the
9  main contact was between him and Ibrahim.
10    Q   Did you have contact with any other
11  physicians with respect to the design of the first
12  urine study, other than Dr. Maledskos?
13    A   No, I don't think so.
14    Q   Did you have contact with any
15  epidemiologists with respect to the design of the
16  first urine study?
17    A   No.
18    Q   Did you have contact with any
19  physicians with respect to the design of the second
20  urine study?
21    A   I don't believe so.
22    Q   Did you have any contact with any
23  epidemiologists with respect to the design of the
24  second urine study?
25    A   I don't remember for sure.  I

4/24/1997 Whicker, F. Ward

1  actually we can probably count most of them from
2  here.
3         Q    You are referring to what's been marked
4  as Whicker Exhibit 9?
5         A    Yes, Exhibit 9, so let's translate.
6  Thirty or forty.
7         Q    Thirty or forty macroplots, and you
8  were counting up the small circles that appear on
9  Exhibit 9?
10        A    That's correct.
11        Q    Each one represents a macroplot?
12        A    That's correct.
13             Mr. Kurtenbach:   Let me just state an
14  objection for the record, that there's no prohibition
15  from your looking in your report if you need to
16  answer a question.
17             Mr. Auerbach:   And it doesn't have to
18  be in the form of an objection.
19        Q    ( By Mr. Auerbach )   Dr. Whicker, if you
20  want to look at your report, that's --
21        A    If you want to know the exact number
22  and want to take the time to do it, I'll be happy --
23  do you want me to do that?
24        Q    Well, if you are satisfied that the
25  number is somewhere within the range of thirty to

230

4/24/1997 Whicker, F. Ward

1  forty macroplots, I'll accept that answer.
2        A    Okay.
3        Q    And you had specific criteria for
4  selecting the sample sites, the individual sample
5  sites within each of the macroplots, correct?
6        A    I don't think so.   If I understand your
7  question correctly, we had some specific criteria for
8  selecting the macroplots.   They needed to be as close
9  to the transect line as possible, they needed to be
10  on land which we could gain access to, some
11  landowners would not allow us to sample on their
12  property for one reason or another.
13             We tried to pick land that was
14  relatively flat and which happened to be, quote,
15  undisturbed from the standpoint of, you know, plowing
16  and other forms of mechanical disturbance.
17             So as best we could, we tried to
18  achieve those criteria.   We didn't always succeed,
19  but we came as close as we could.
20             Now within -- once we located a
21  macroplot, we noted its location as precisely on maps
22  as we could, we checked it against the global
23  positioning system reading.
24             Then within the macroplot we selected
25  specific spots for sampling on strictly a randomized

231

4/24/1997 Whicker, F. Ward

1  basis so that every -- what that means is that every
2  point within that macroplot would have an equal
3  probability of being chosen for sampling.
4        Q    By undisturbed, you meant that the
5  macroplot was free of plowing and other forms of
6  mechanical disturbance, is that correct?
7        A    At least as far as we could tell, and
8  we used professional judgment, the types of plants
9  that were growing there, which is a good reflection
10  of past disturbance.
11             Wherever possible, we talked to either
12  the landowner or someone familiar with the history of
13  that land, asked them if it had ever been disturbed
14  to their knowledge, and all those sorts of things we
15  did whenever we could, tried to verify that it had
16  been undisturbed.
17        Q    Did you keep a log of the efforts to
18  assess whether these macroplots were undisturbed?
19        A    Yes.
20        Q    And you have that log?
21        A    Well, we have records and notes and
22  even photographs taken and filed away that refer to
23  each and every macroplot, and then, you know, there
24  are -- there's information in Chapter 1 of this
25  document, Exhibit 1, which talks about the

232

4/24/1997 Whicker, F. Ward

1  characteristics of the sites and so forth.
2        Q    Those notes that you referred to, do
3  they contain notes of interviews with property owners
4  or people who are familiar with the history of
5  particular macroplots that you were interested in?
6        A    Whether that was specifically recorded
7  in the notes, I do not know.   This was done by Jim
8  Stone, and we would have to go back to those files to
9  see what he specifically recorded in terms of any
10  interviews that he had.
11             He may not have recorded anything other
12  than if they said it had obviously been disturbed,
13  obviously he would locate the macroplot there.   I'm
14  sure he did not record -- well, I don't think he
15  recorded, you know, the details of all the
16  interviewing.
17             He made a judgment that it was
18  acceptable or not.   What he might have recorded, I do
19  not know.
20        Q    So it was Mr. Stone who made the
21  determination as to whether a macroplot was
22  disturbed?
23        A    Yes, he did.   He had a very good feel
24  for it and a good background for doing that.   I had
25  confidence in his judgment on that.

233

315

1                  IN THE UNITED STATES DISTRICT COURT

2                     FOR THE DISTRICT OF COLORADO

3
      Civil Action No. 90-K-181
4

5     MERILYN COOK, et al.,

6     Plaintiffs.

7     vs.

8     ROCKWELL INTERNATIONAL CORPORATION,
      et al.,
9
      Defendants.
10
      ------------------------------------------------
11
      DEPOSITION OF F. WARD WHICKER - VOLUME II
12    April 25, 1997

13    ------------------------------------------------

14                           Deposition location:
                             Fort Collins Marriott
15                           350 East Horsetooth Road
                             Fort Collins, Colorado
16
      APPEARANCES:
17

18         JONATHAN AUERBACH, Esq.,
           BERGER & MONTAGUE, P.C.
19         1622 Locust Street
           Philadelphia, Pennsylvania  19103
20
                      For the Plaintiffs.
21

22

23

24

25

1 representativeness of these undisturbed samples
2 contained in your report, which is Exhibit 1?
3    A   Yes, it -- well --
4    Q   Or is it something that you would infer
5 from the information in your report?
6    A   I would infer it from the manuscript
7 that is part of Chapter 2 dealing with inventory
8 estimates, if I can refer to that.
9    Q   So in Chapter 2, you are referring to
10 especially the second document in Chapter 2, the
11 draft November 19, 1996, for submission to Health
12 Physics, Inventory Estimates of Plutonium-239 in Soil
13 East of Rocky Flats, Colorado?
14    A   That's correct.
15        So there's a certain uncertainty bound
16 around our estimate, which I think is fairly robust,
17 so it reflects the uncertainty in the -- based on data
18 itself.
19    Q   Are you referring to Table 2 in the
20 report?
21    A   The fifth -- I may refer you to figure
22 five, I believe it is in this manuscript dealing with
23 inventory.
24        Yes, it's figure five.
25    Q   Is it labeled figure five?

245

1    A   It doesn't have a label on it, but it's
2 in the right order, and there is a figure attachment
3 that appears before the figures.
4    Q   So this is the figure that has
5 captioned at the bottom, total inventory and study
6 area, in parenthesis it has the abbreviation for
7 gigabequerels?
8    A   Yes.
9    Q   And it shows the number of plots that
10 seem to be labeled with different authors, the top
11 plot is Krey, 1970, and the bottom plot is labeled
12 Current Study, 1994 data, in parenthesis it says rock
13 volume considered?
14    A   That's correct.   That's what I'm
15 referring to.
16    Q   Okay.
17    A   So if you look at the magnitude of the
18 range of possible values here, you are talking about
19 fifty-three gigabequerels with about a factor of two
20 or so uncertainty.
21        So I think that just based upon that,
22 if we were to take a sample in any one particular
23 spot out there that was relatively undisturbed, it
24 would probably be larger than a factor of two, simply
25 because coming up with this, you are summing across

248

1 areas.
2        When you sum uncertainty, you tend to
3 get a reduction in the uncertainty in the sum because
4 sometimes you are estimating low, sometimes you are
5 estimating high, but when you add them up, the
6 uncertainty tends to get smaller.
7        If you are multiplying uncertainty,
8 they tend to get bigger, but when you are doing the
9 additive process, it does get smaller.
10        So I would just kind of, based on my
11 experience, guess that the uncertainty on any one
12 plot might be on the order of a factor of three,
13 maybe even a factor of four to five.   I would not be
14 too surprised at that.
15        Let me approach this another way and
16 back up to the previous manuscript in Chapter 2 and
17 refer you to what would be -- let me refer you to
18 figure five, which is a --
19    Q   I'm sorry, sir.   This is figure five in
20 the first paper, Chapter 2?
21    A   In the first paper in Chapter 2, and it
22 is a plot of measured plutonium values -- plutonium
23 concentration values plotted against the model
24 predicted values, and from that plot -- the predicted
25 values are based upon the estimated concentrations

247

1 from the model.   This is the statistical model.
2    Q   Let me just interrupt you for a second
3 just so that the record accurately reflects the
4 figure you are referring to.   It's a figure that has
5 a caption Regression on Measured Values Greater Than
6 zero point five becquerels per kilogram.   The
7 measured ideals zero point ninety-four predicted.
8 That's rated for the one point zero three power.   It
9 says R equals zero point ninety-three, N equals six
10 hundred.
11        And the bottom caption -- the caption
12 for the X axis says predicted plutonium-239
13 concentration and the Y axis says measured
14 plutonium-239 concentration.   I'm sorry.
15    A   Okay.   That's indeed the figure that
16 I'm referring to, and if you just look at that
17 figure, you can see that the vast majority of the
18 data points falls within an order of magnitude.
19        In other words, if you make a
20 prediction at a given point, the actual data points,
21 the vast majority of them fall within a factor of
22 ten, and in fact I could say probably there would be
23 a very high probability that most of them would fall
24 within a factor of five.
25        But yet there are a few that are more

248

4/24/1997 Whicker, F. Ward

1 than a factor of ten beyond the predicted value, so I
2 think this set of data would probably provide the
3 best answer to your question in terms of the
4 likelihood that a sample would fall within the
5 prediction at any one location.
6       So as you can see, this spread, this
7 uncertainty would be a little bit greater than the
8 one for inventory, which is summing across all those
9 locations.
10      Again, we have a set of data which is a
11 better measure of the reliability of the statistical
12 model for predicting what can actually be measured.
13      That's what I would rely on.
14      Q    And your study area was an area
15 contained within a sixty to a hundred and twenty
16 degree arc extending out from zero point two to
17 nineteen kilometers from the 902 pad, correct?
18      A    That's correct.
19      Q    Do you know what percentage of the land
20 in that area is undisturbed?
21      A    Not offhand.  I would say this:
22      Most of the area within the Rocky Flats
23 boundaries, you know, west of Indiana Street, that
24 would fall within the domain of our model would be
25 undisturbed, and I would say maybe ninety percent.

249

4/24/1997 Whicker, F. Ward

1 positive of that.
2       So I think Jim Stone would know more
3 precisely what the history of that land is than I
4 do.
5       Q    And all of the notes that Mr. Stone
6 kept concerning the assessment of macroplots are
7 maintained in your department at Csu?
8       A    Yes, they would be in one of our file
9 cabinets somewhere in the department.  I'm sure if we
10 had to, we could locate all of that information.
11      Let me quickly look at something here,
12 if you don't mind me taking a moment.
13      Q    Okay.
14      A    I might refer you to Appendix D of
15 Chapter 1.  This was prepared by Jim Stone and it
16 kind of lays out characteristics of the macroplots,
17 and included in the characteristics are the direction
18 from the 903 pad, in other words the transect, the
19 distance in kilometers from the 903 pad.
20      And then he has land use type listed
21 here with six different categories of land use, he
22 has an indication of the level of disturbance based
23 upon certain criteria.
24      Q    What does one correspond to the level
25 of disturbance, do you know offhand?

251

4/24/1997 Whicker, F. Ward

1       That's just a guess.  Probably greater
2 than ninety percent would fall in the relatively
3 undisturbed category.
4       Now when you get just east of Indiana
5 Street, much of that area had been plowed.
6       Q    What percentage of that area has been
7 plowed?
8       A    I don't know precisely.
9       Q    More than half?
10      A    I'm unsure.
11      Q    Did you make any effort to determine
12 what percentage of the area east of Indiana in your
13 study area had been plowed?
14      A    No.
15      Q    So it's not contained in your report?
16      A    I don't think so.
17      Q    Do you know the time period in which
18 this area would have been plowed east of Indiana in
19 your study area?
20      A    No, not specifically, I don't know.
21      You know, based on my discussion with
22 Mr. Kurtenbach when he was giving me a little bit of
23 the history of what happened following the Church
24 litigation, I think the plowing may have occurred
25 after Doe acquired that land, although I'm not

250

4/24/1997 Whicker, F. Ward

1       A    I think one was probably the least
2 disturbed, but that would be in his report here.
3       Mr. Kurtenbach:  It's about five pages
4 beyond this page right here, and you'll see the key.
5 No page number, but there's a key.
6       The Deponent:  Okay.
7       Mr. Auerbach:  The last page of
8 Appendix D?
9       Mr. Kurtenbach:  Right.
10      The Deponent:  It's on the last page?
11      Mr. Kurtenbach:  Of Appendix D.
12      The Deponent:  So it is further back.
13 Okay.  I'm sorry.
14      Mr. Auerbach:  Right.
15      Mr. Kurtenbach:  Right.
16      The Deponent:  Oh, here we go.
17      Okay.  Yes.  Level one is unused or
18 moderate use in the past for pasture.
19      Q    ( By Mr. Auerbach )  That's undisturbed?
20      A    That's the most undisturbed category.
21 Virtually none of this land is completely pristine in
22 the sense that it had never been used for anything.
23      I mean almost all of this had been at
24 least grazed in the past by cattle or sheep.
25      Q    Now when was the determination made as

252

4/24/1997 Whicker, F. Ward

1  given your criteria for measuring whether a site is
2  disturbed or not?
3      A   Yes, I would expect resuspension to be
4  higher from a recently disturbed site.
5          After some length of time, when the
6  vegetation cover gets established, then it would
7  probably revert to something similar to a never
8  disturbed site.
9      Q   How long would it take for the
10  vegetation to re-establish that the site returns to a
11  condition that would render the resuspension rate
12  that would render a unit as an undisturbed site?
13      A   It would all depend on the undisturbed
14  site.  If it were completely left alone and allowed
15  to revegetate on its own, it would probably take two
16  or three years before you would have a reasonable
17  cover of weedy type vegetation.
18          If the first couple years, maybe even
19  for -- even up to five or six or seven years, it would
20  be mainly the invading weeds, but these invading
21  weeds would -- there would be some cover of those
22  within the first -- within a couple of years, there
23  would be a reasonable cover of those.
24          That would dramatically reduce
25  resuspension even within a couple of years, even

256

4/24/1997 Whicker, F. Ward

1  though it's weeds.
2      Q   What rate of resuspension would
3  increase at a recently disturbed site as compared to
4  an undisturbed site?
5          Mr. Kurtenbach:  Form and foundation.
6      A   I believe that it would probably be --
7  well, you know, it would depend upon the nature of
8  the disturbance.
9          Probably one of the worst things that
10  could happen would be for it to be plowed in terms
11  of -- well, plowing is a significant disturbance
12  because it really loosens the soil and makes it
13  quite vulnerable to resuspension, and in that case,
14  the resuspension of soil on the surface of that
15  freshly plowed material would be as much as
16  perhaps two orders of magnitude higher than it was
17  before.
18          On the other hand, if the original
19  contamination was located on the surface, when you
20  plow it you buried it in less contaminated soil, so
21  the effect of that on plutonium resuspension might be
22  problematical.
23          Chances are the amount of plutonium
24  going into the airstream following plowing would be
25  somewhat less than it was before, because much of it

257

4/24/1997 Whicker, F. Ward

1  would be buried.
2      Q   ( By Mr. Auerbach )   What about
3  resuspension during plowing?
4      A   That's --
5          Mr. Kurtenbach:  Form and foundation.
6      Q   ( By Mr. Auerbach )   Let me rephrase the
7  question.
8      A   Okay.
9      Q   You stated in your earlier answer that
10  plowing would affect contaminated soil from the top
11  with uncontaminated soil, correct?
12      A   Yes.
13      Q   If you are plowing, not all of the
14  material being plowed is going to go under.  Some of
15  it is going to be resuspended during the plowing,
16  right?
17      A   Yes.
18      Q   And in fact the resuspension of that
19  material could increase dramatically with the
20  increase of wind speed, correct?
21          Mr. Kurtenbach:  Form and foundation.
22      A   Yes.  The effect of the plowing on the
23  resuspension during the act of plowing would be very
24  much dependent upon a number of factors:  moisture,
25  content of the soil at the time it was plowed, the

258

4/24/1997 Whicker, F. Ward

1  wind speed at the time it was plowed, certainly it
2  would be very important.
3          If the soil were quite moist while it
4  was being plowed under, then the amount resuspended
5  could be quite minimal, and also if it were a little
6  bit dryer but the wind speed was very low during the
7  plowing operation, it could be fairly low.
8          If it were dry and loose, and the winds
9  were very high when it was being plowed, then quite a
10  bit of material could be resuspended.
11      Q   ( By Mr. Auerbach )   How much material?
12          Mr. Kurtenbach:  Form and foundation.
13  Same objections.
14      A   I don't know.
15      Q   ( By Mr. Auerbach )   Are you familiar
16  with reports of resuspension rates for various
17  locations and conditions in the scientific
18  literature?
19      A   I'm familiar with some, yes.
20          One of the best studies was conducted
21  by John Pinder of the Savannah River site where they
22  looked at the effect of plowing, they looked at the
23  effect of harvesting on resuspension of plutonium
24  into the air and the contamination of the grain that
25  they were harvesting during that operation.

259

4/24/1997 Whicker, F. Ward

1    resuspension would be very, very difficult.
2         Q    ( By Mr. Auerbach )   Why is that?
3         A    It's easy to measure concentration in
4    air, it's easy to measure the amount of the inventory
5    of plutonium say on the ground, but to measure a
6    rate, you'd have to be measuring the flux, and I'm
7    not sure how you would do that.   I could imagine how
8    you might calculate it, but it's hard to imagine how
9    you would actually directly measure the rate of
10   resuspension.
11        Q    Do you know of any efforts to measure
12   resuspension rates at Rocky Flats?
13        A    No, not in the units of a rated or a
14   rate cost, I do not know of efforts to measure it.   I
15   suspect that individuals might use models to predict
16   what the resuspension rate might have been in order
17   to explain a given say measurement of plutonium, an
18   air concentration.
19        Q    It's your position that the
20   after-the-fact analysis of cesium in a soil depth
21   profile is determinative whether a site has been
22   disturbed or not?
23        A    I think it's a pretty good indicator of
24   at least significant soil disturbance.
25        Q    Well, are there situations in which a

284

4/24/1997 Whicker, F. Ward

1         Mr. Kurtenbach:   Form and foundation.
2         A    I'm not sure I understand your
3    question, because when you say undisturbed, do you
4    mean undisturbed by significant events like plowing
5    or --
6         Q    ( By Mr. Auerbach )   I'm implying that
7    using the term in the way that you applied it in the
8    course of your study, the Dow/cdh study that you
9    performed.
10        A    Okay.   In that sense -- okay, please ask
11   your question again then, and I'll try to answer it.
12        Q    One of your criteria for the selection
13   of macroplots in your study area is that the site be
14   undisturbed, and you've explained at length the way
15   in which you've evaluated whether a site is
16   undisturbed.
17        A    Right.
18        Q    So I'm asking you if -- and you've also
19   testified that you used this after-the-fact check by
20   examining the cesium distribution with the soil depth
21   as an indicator as to whether a site has been
22   disturbed or not.
23        A    Okay.
24        Q    So I'm asking you, is it possible that
25   that after-the-fact check of the cesium soil profile

286

4/24/1997 Whicker, F. Ward

1    site could be disturbed but the cesium profile
2    analysis would not indicate that the site had been
3    disturbed?
4         A    Well, again, disturbance is a relative
5    term, and, you know, processes that we talked about
6    earlier, like bioturbation processes, you could
7    classify that as disturbance, that's a natural
8    disturbance, and that's going on most certainly at to
9    some degree most of the time, and that may indeed
10   account for why we see some material getting deeper
11   into the soil.
12        So the kind of disturbance that is
13   revealed by either a plutonium or a cesium profile of
14   soil I would expect it always to reveal this ongoing
15   natural low level disturbance that we see from
16   earthworms and other invertebrates and so on.
17        But the kind of thing that would really
18   stand out as a major disturbance, such as a plowed
19   field or something, or a prairie dog or a pocket
20   gopher that appeared to cause a real significant
21   disturbance, would be revealed by an odd profile such
22   as I showed in my Exhibit 2 for a plowed field.
23        Q    Isn't it possible that the cesium depth
24   profile analysis could indicate that a site was
25   disturbed when in fact the site was undisturbed?

285

4/24/1997 Whicker, F. Ward

1    could falsely indicate that a site had been disturbed
2    when in fact it had been undisturbed?
3         Mr. Kurtenbach:   Form and foundation.
4         A    I don't think so.   I think it would be
5    quite reliable for the specific spot where the cesium
6    profile came from.
7         I might hasten to add that for the
8    actual soil samples that were measured for plutonium,
9    those very samples were also counted on the gamma
10   detection system for cesium and were suggested for
11   radiochemical analysis.
12        So we are talking about the exact
13   identical column of soil was used in either case.
14        So if the cesium profile that we get
15   out of that comes back looking as we would expect it
16   to look if it had not been significantly disturbed,
17   then I would have confidence that it had not been,
18   have a high degree of confidence.
19        Q    Do you know what percentage of
20   material, soil, is immediately resuspended under
21   eighty mile per hour wind conditions?
22        Mr. Kurtenbach:   Form and foundation.
23        A    Not in general, no.
24        Q    ( By Mr. Auerbach )   Do you know under
25   certain conditions what the percentage of material

287

4/25/1997 Whicker, F. Ward

1  maximum residential location to exceed the background
2  level for the U. S. population?
3      A    Well, it came out to be -- that
4  calculation came out to be about one millirem per
5  year as opposed to -- so yes, it did exceed it, if I
6  use the highest location.
7      Q    I'm sorry, which exceeded --
8      A    If I use a thousand becquerels per
9  square meter.
10     Q    Then what?  Could you just finish the
11 sentence?
12     Mr. Kurtenbach:  I'm going to state a
13 form and foundation objection to the question.
14     Let me back up.  I think I know what
15 you are trying to get at, and I don't think he
16 understands your question.
17     A    You know, going back to page twelve,
18 let's see if I can retrace here what I did on this.
19     Approximately ten to the third
20 becquerels per square meter is what I used as the
21 highest off-site deposition location, which is
22 considerably above the -- so that would be like just
23 east of Indiana Street.
24     Q    ( By Mr. Auerbach )  The sixty-three
25 becquerels per meter square deposition plutonium you

351

4/25/1997 Whicker, F. Ward

1  consider to be comparable to background, correct?
2      A    Correct.
3      Q    And the value that you compared your
4  calculated effective dose-to was zero point one
5  millirem per year figure for the U. S. population
6  provided in the Ncrp report number ninety-three,
7  correct?
8      A    What I said here is if I used
9  sixty-three becquerels per square meter and did the
10 same calculation on that basis, I would have gotten a
11 value of point zero six millirem per year.  That
12 isn't too different from point one millirem per year.
13     Q    Again going back to the highest urine
14 value to date would imply zero point one millirem per
15 year from plutonium.
16     What would that imply in terms of a
17 lifetime dose, for example, to the lung?
18     Mr. Kurtenbach:  Form and foundation.
19     A    Well, I don't know right now.
20     Q    ( By Mr. Auerbach )  Would you know how
21 to calculate that?
22     A    I could think about it and probably
23 come up with a calculation, yes.
24     Q    Would that number be higher than that
25 zero point one millirem?

352

4/25/1997 Whicker, F. Ward

1      A    It might be, because -- well, it might
2  not be.
3      In terms of calculating a lifetime
4  dose, you would need to take in the time dependence
5  very carefully to integrate the lung burden over time
6  and follow its clearance, and so you would only count
7  the disintegrations that occurred in the lung.
8      And of course if the material was
9  mainly deposited in the lung over a relatively short
10 period of time, then after some years, much of that
11 would have left the lung.
12     Then you would also have to use the
13 weighting factor for the different organs.
14     Q    Is that weighting factor for lung
15 greater than one?
16     A    No, all the weighting factors are less
17 than one, so they add up to the sum of all, but yes,
18 it could certainly be calculated.
19     Q    What does the zero point one millirem
20 per year effective dose rate imply for a lifetime
21 committed dose for the lung?
22     Mr. Kurtenbach:  Same objection.
23     A    I don't know.  I have not calculated
24 it.
25     Q    ( By Mr. Auerbach )  But that figure

353

4/25/1997 Whicker, F. Ward

1  could be less than zero point one millirem?
2      Mr. Kurtenbach:  Form and foundation.
3      A    I don't know.
4      Q    ( By Mr. Auerbach )  The same question
5  with respect to the bone.
6      A    I don't know.
7      Q    And with respect to the liver?
8      A    I don't know.
9      Mr. Kurtenbach:  Do you want him to
10 calculate it?
11     Q    ( By Mr. Auerbach )  Could you calculate
12 that right now?
13     A    Not with what I have with me.  I would
14 need to refer to some handbooks.
15     Q    Which handbooks would you be referring
16 to?
17     A    Federal Guidance Report 11 for one,
18 Icrp document 26, make sure I'm looking at the right
19 weighting factors, and I would not take the trouble
20 to do that until I were going to really get into it
21 and do it very carefully, which - plan to do, but -
22 would really try to do the whole thing fairly
23 carefully, and that would take me quite some time,
24 that would take some days to find all the information
25 and so on.

354

```
 1        A   Possibly.   I don't recall.
 2        Q   Did lawyers from Kirkland & Ellis ever
 3   talk to you about the propriety of your conducting
 4   soil samples on properties within the class area,
 5   private properties within the class area?
 6             Mr. Kurtenbach:   Object to the form.
 7   No foundation.
 8        A   I don't understand the question.   What
 9   do you mean the propriety of it?
10        Q   (By Mr. Auerbach)   Did they ever
11   discuss with you the fact that you might be sampling
12   soil on the properties of members of the class in
13   this litigation?
14             Mr. Kurtenbach:   Form and foundation.
15        A   I don't recall specifically.   I mean we
16   were aware that that might happen.   I mean that
17   didn't take a lot of sense to figure this out, but we
18   didn't ask whether they were involved in litigation.
19             We didn't sample at all with regard to
20   who might be involved in litigation and who might not
21   be.   We didn't care about that.   We were more or less
22   blinded to that.
23        Q   (By Mr. Auerbach)   And it was not part
24   of your standard practice to inform private property
25   owners that your team was conducting this sampling on
```

```
 1   behalf of the Dow Chemical Company and in connection
 2   with Dow's defense of this litigation, correct?
 3             Mr. Kurtenbach:   That would be form and
 4   foundation.
 5        A   It was not our practice to offer that
 6   information.   We told them -- again, I wasn't there,
 7   but I remember discussions with Jim Stone and Sharren
 8   as far as how we should approach individuals.
 9             We told them, I'm sure, that we were
10   scientists at Colorado State University doing a
11   scientific study, we told them exactly what our
12   objectives were in terms of understanding the levels
13   of plutonium in the various geographic areas, we told
14   them how we were doing it, we told them if they were
15   interested, we would be more than happy to provide
16   the data to them when we obtained it.
17             Whether any of those people ever asked
18   were we doing it under sponsorship of Dow or Cdh or
19   whoever, I do not know.
20        Q   (By Mr. Auerbach)   But that wasn't my
21   question.
22             My question was whether it was part of
23   your standard practice, and you've already answered
24   that it was not part --
25             Mr. Kurtenbach:   Object to that.   I
```

```
 1   think you cut him off in the middle of his answer.
 2             Mr. Auerbach:   Well, his answer was
 3   nonresponsive so --
 4             Mr. Kurtenbach:   It doesn't give you a
 5   right to cut him off.   You can withdraw your
 6   question.
 7             Mr. Auerbach:   I already got an answer
 8   to my question.
 9             Mr. Kurtenbach:   But not a complete
10   one.
11        Q   (By Mr. Auerbach)   You don't recall
12   whether anybody asked you?
13        A   No.
14             Mr. Kurtenbach:   Form and foundation.
15        Q   (By Mr. Auerbach)   Dr. Whicker, would
16   you turn to Chapter 6 in your report, Exhibit 1?
17        A   Sources of Misinterpretation?
18        Q   Correct.
19        A   Now this document, which is included in
20   your expert report, was authored by your colleagues,
21   Dr. Ibrahim and your students, Dr. Webb, and is it
22   Dr. Kattel?
23        A   This is Archina Kattel.   She was a
24   research associate.
25        Q   All colleagues of yours.
```

```
 1        Are you familiar with this paper?
 2        A   Yes.
 3        Q   Do the authors of this paper report on
 4   a finding of plutonium-238 in kiln dust in a cement
 5   plant thirty kilometers north of Rocky Flats?
 6        A   Yes.
 7        Q   And this was an unusual finding, wasn't
 8   it?
 9        A   Yes.
10        Q   And it's unusual in that one wouldn't
11   expect to find levels of plutonium-238 as high as was
12   found in this incinerator kiln?
13        A   That's correct.
14             Mr. Kurtenbach:   Form and foundation.
15        Q   (By Mr. Auerbach)   And your group rules
16   out Rocky Flats as a source of this plutonium-238,
17   didn't they?
18             Mr. Kurtenbach:   Same.
19        A   Well, they were very skeptical about
20   it, and Dr. Ibrahim got involved in it, and he felt
21   that based on his research that if the analysis
22   carried out for plutonium is not very good in terms
23   of separation of plutonium from some of the naturally
24   occurring radionuclides, you can get peaks in the
25   alpha spectrum that are about the same energy of some
```

4/25/1997 Whicker, F. Ward

1  of the plutonium isotopes.
2          And so particularly at very low levels
3  of plutonium, it can be misinterpreted as being
4  plutonium when in fact it may be alpha particles from
5  a little bit of some uranium and thorium isotopes
6  that might have gotten through.
7          So that was the basic point of the
8  paper.
9      Q    ( By Mr. Auerbach )   But with respect to
10 this example that the authors used in the report, the
11 example of the finding of plutonium-238 in
12 incinerator kiln dust, the authors did not say that
13 what was measured was not plutonium-238?
14         Mr. Kurtenbach:   Same.
15     A    Well, I haven't read this in quite some
16 time.   What page are you on?
17     Q    ( By Mr. Auerbach )   Well, I'm looking at
18 page 218.
19         The authors state that, based on
20 research conducted by our group and other
21 investigators, the plutonium-239 to plutonium-238
22 ratio in the environment around Rocky Flats is very
23 similar to that of fallout.
24     A    Okay.
25     Q    The failure by the Epa to detect the

4/25/1997 Whicker, F. Ward

1  around the plant, and they've measured that ratio of
2  forty or fifty to one.
3      Q    I'm talking about Dr. Ibrahim and your
4  other colleagues who co authored this paper.
5          Did they base their understanding of
6  the isotopic signature from Rocky Flats plutonium in
7  part on their knowledge of the isotopic ratios for
8  weapons grade plutonium processed at Rocky Flats?
9      A    Oh, I think they just primarily used
10 the data that they had collected in soil.   He may
11 have looked up some information on stated ratios in
12 the weapons grade material.
13         I'm not sure what information he had
14 available to him, but he may have looked up some of
15 that.   It's not too hard to find that information.
16     Q    Well, wouldn't a different conclusion
17 have to be drawn about the source of the
18 plutonium-238 found in this incinerator kiln if Rocky
19 Flats processed plutonium-238 separately?
20         Mr. Kurtenbach:   Form and foundation.
21 Speculation.
22     A    Not necessarily at all.   The basic
23 point of Ibrahim's paper here is that it's quite
24 possible to get an analytical result which is flat
25 wrong, particularly for plutonium-238.

4/25/1997 Whicker, F. Ward

1  more abundant plutonium-239 would exclude the above
2  sources as possible explanations.
3      A    Yes.   In other words, why didn't they
4  find plutonium-239.
5      Q    And since the isotopic signature from
6  either fallout or Rocky Flats emissions did not match
7  with what was found in the cement kiln dust, the
8  suspected problem may have been analytical artifacts,
9  isn't that what they said?
10     A    Yes, that's correct.
11     Q    But isn't the key to making that
12 conclusion the assumption that these investigators
13 made that they knew what the isotopic signature in
14 Rocky Flats emissions was?
15     A    Yes.
16         Mr. Kurtenbach:   Form and foundation.
17     Q    ( By Mr. Auerbach )   Did you endorse --
18     A    You know, I might back up and say that
19 Ibrahim's experience with plutonium isotopic ratios
20 is based primarily on soil data, which sort of
21 reflects the cumulative deposition history from Rocky
22 Flats, so he hasn't really measured plutonium
23 isotopic ratios and their filters specific to maybe
24 different facilities and so on in air filters, but
25 his experience base is mainly soils and vegetation

4/25/1997 Whicker, F. Ward

1      Q    ( By Mr. Auerbach )   But they summarily
2  dismiss the possibility that the source of that
3  plutonium-238 was found in an incinerator kiln thirty
4  kilometers north of Rocky Flats, originating from
5  Rocky Flats?
6          Mr. Kurtenbach:   Same.
7      A    I don't know if I would characterize it
8  using those words, but they had great doubts that it
9  came from Rocky Flats if they didn't see
10 plutonium-239 as well.
11     Q    ( By Mr. Auerbach )   Did they consider
12 the possibility that there was separate processing of
13 plutonium-238 at Rocky Flats plant throughout its
14 operating history?
15         Mr. Kurtenbach:   Same.
16     A    I don't know.   I don't know what he
17 considered.
18     Q    ( By Mr. Auerbach )   Well, if in fact
19 there was separate processing of plutonium-238 at
20 Rocky Flats as opposed to the amounts associated with
21 the process of weapons grade plutonium at Rocky
22 Flats, wouldn't it be important to know that in
23 arriving at any determination as to the likely source
24 of the plutonium-238 found in this incinerator kiln?
25         Mr. Kurtenbach:   Form and foundation.

4/25/1997 Whicker, F. Ward

1  Incomplete hypothetical.   No basis in the record.
2  Vague.   Speculation.
3           A    I don't know what he considered and
4  whether it would necessarily be that important.
5           There were two points too.   The other
6  point is that how in the world would --
7           Mr. Auerbach:   Dr. Whicker, I'm sorry.
8  That's not responsive.
9           Mr. Kurtenbach:   You withdraw the
10 question?
11          Q    ( By Mr. Auerbach )   The question is not
12 whether Dr. Ibrahim knew.
13          I asked you as a radioecologist whether
14 it would be important -- the information about
15 separate processing of plutonium-238 at Rocky Flats,
16 as opposed to its association with weapons grade
17 plutonium processed there, be an important piece of
18 information in arriving at a determination as to the
19 origin of the plutonium-238 found in the incinerator
20 kiln.
21          Mr. Kurtenbach:   That would be form,
22 foundation, speculation.   No basis in the record.
23 Vague.   Overbroad.
24          If you've got something you want to
25 show him, show it to him.

399

1  into it, if that was the goal of the project, to
2  establish whether it could have come from Rocky
3  Flats.
4           Ibrahim simply raised doubt about it
5  coming from Rocky Flats, and he pointed out in this
6  paper an alternative explanation.
7           Q    ( By Mr. Auerbach )   Wouldn't it be
8  particularly troubling if plutonium-238 from Rocky
9  Flats was actually deposited in appreciable levels, I
10 mean levels that can be detected in a kiln thirty
11 kilometers north of Rocky Flats?
12          Mr. Kurtenbach:   I would object to
13 that.   Vague.   Mischaracterizes the evidence.   No
14 basis.   Foundation.   Speculation.   Incomplete
15 hypothetical.
16          Q    ( By Mr. Auerbach )   Can you answer the
17 question?
18          A    It would be troubling to some perhaps.
19          Q    Would it make any difference to you
20 today in interpreting the results reported in
21 Chapter 6 of your report to review information about
22 whether plutonium-238 was separately processed at
23 Rocky Flats?
24          Mr. Kurtenbach:   Same objections.
25          A    I don't think I would approach it that

401

1           Mr. Auerbach:   I'll conduct the
2  deposition the way I see fit, counsel.
3           Mr. Kurtenbach:   Then I'll object.
4           Mr. Auerbach:   You've made your record
5  objection.   That's fine.   Let's move on.
6           A    Maybe, maybe not.   What they do inside
7  the buildings may or may not be relevant to what
8  really gets off-site in kiln dust some miles away.
9           If it were up to me and I were doing it
10 from scratch, and if my main goal were to determine
11 if it could possibly come from Rocky Flats, I would
12 look at the air monitoring data, I would look at that
13 more than anything else in terms of determining the
14 signature and the soil data.
15          That's probably the best overall
16 record, and the soil, in terms of the signature of
17 the material that gets off the plant site.
18          Q    ( By Mr. Auerbach )   The air monitoring
19 data throughout the plant's operating period provided
20 detailed information on the concentration of
21 plutonium-238?
22          Mr. Kurtenbach:   Form and foundation.
23 Broad.   Vague.   Speculation.   Incomplete
24 hypothetical.
25          A    I don't know.   I would certainly check

400

1  way unless I had an awful lot of funding and that was
2  really an important goal to determine that.
3           My first question would be, is the
4  analysis correct?   Is this really true?   It sounds
5  like it's a highly unlikely finding, and so I would
6  first look at the analysis technique.
7           Secondly, I would go to the monitoring
8  data.   If all of those things indicated that there
9  were unusual and unexpected releases of 238, then
10 sure, one should look further and find out where in
11 the world is it coming from?
12          Then one might discover, yes, there may
13 be special processes that put out a high ratio of 238
14 to 239, so it would probably be done in a step-wise
15 fashion.
16          It would all depend upon the nature of
17 the goals of the study and whether it was -- what you
18 could do.
19          Based on what I know, I wouldn't
20 believe this result either.
21          Q    ( By Mr. Auerbach )   You wouldn't believe
22 the result obtained in the --
23          A    That there was plutonium 238 in the
24 cement kiln dust.
25          Q    Because?

402

4/25/1997 Whicker, F. Ward

```
 1              I think if we were to narrow it down to
 2   a specific site and a specific set of conditions, one
 3   might be able to justify a somewhat smaller range,
 4   but not a lot smaller.
 5         Q    ( By Mr. Auerbach )  Do you have an
 6   opinion as to whether quantity of plutonium in the
 7   soils around the area that you and your team
 8   sampled -- I'm talking about sampling the soil -- were
 9   higher prior to the time of your samples, at any
10   time?
11              Mr. Kurtenbach:   That would be form and
12   foundation.
13         A    Can you narrow it down to -- you are
14   talking about one particular macroplot, or are you
15   talking about close in, or are you talking about
16   anywhere in the entire study area?
17         Q    ( By Mr. Auerbach )  Just generalizing to
18   the study area as a whole --
19         A    Ranging from the 903 pad out to
20   nineteen kilometers?
21         Q    Let's talk about off-site.
22         A    Okay.
23         Q    In your study area.
24         A    Okay.
25         Q    Are you convinced that the amount of
```

415

4/25/1997 Whicker, F. Ward

```
 1   plutonium in the soil measured in that area has not
 2   changed since its initial deposition from the 903
 3   pad?
 4              Mr. Kurtenbach:   Vague.
 5         A    Well, I think there is pretty strong
 6   evidence that it hasn't changed much.
 7              We did not sample off-site in the early
 8   years, so what we can do is compare or present data
 9   to the data collected by other people in the earlier
10   years.
11              We have compared our data to the Krey
12   and Hardy data taken in 1970 and it seems rather
13   compatible with it.   I do not think our data are
14   generally compatible with other studies in the area
15   around Rocky Flats because of discussions I've had
16   with Iggy Litaor, who has done kriging ( phonetic )
17   analyses and spatial analyses of taking several
18   different studies and determining isoplats and
19   contours and so forth based upon historical data
20   sets, based upon adding in his own data.
21              And I know -- he told me he did an
22   analysis where he included our data, and he said our
23   data didn't really change the picture any, which
24   suggests that our data is compatible with most of the
25   historical data, much of which was collected quite
```

416

4/25/1997 Whicker, F. Ward

```
 1   earlier.
 2              So it's my belief that the picture has
 3   not changed that much in the off-site area.
 4         Q    ( By Mr. Auerbach )  Following initial
 5   deposition of plutonium in the soil -- I'm talking
 6   about the initial deposition after release from the
 7   903 area -- is it reasonable to assign a value to a
 8   fraction of plutonium remaining in the soil to be
 9   less than one?
10              Mr. Kurtenbach:   That would be form and
11   foundation.
12         A    It sounds like a question you were
13   asking yesterday, and I'm not sure I quite understand
14   it.
15         Q    ( By Mr. Auerbach )  After initial
16   deposition, some amount of the plutonium had been
17   resuspended.
18         A    At some point downwind?
19         Q    At some point downwind, yes.
20              Mr. Kurtenbach:   Same.
21         A    Now after that, what?
22         Q    ( By Mr. Auerbach )  Some of this
23   material is maybe transported again.
24         A    Okay, like resuspended.
25         Q    That's true, correct?
```

417

4/25/1997 Whicker, F. Ward

```
 1              Mr. Kurtenbach:   Same.
 2         A    Yes.   Now what was the question again?
 3         Q    ( By Mr. Auerbach )  Isn't it important
 4   to assign a range of uncertainty as to the fraction
 5   of plutonium remaining following the subsequent
 6   resuspension after initial deposition?
 7              Mr. Kurtenbach:   Same.
 8         A    Well, I don't know, because it depends
 9   on what you are trying to do.
10         Q    ( By Mr. Auerbach )  If you are trying to
11   assess exposures to persons living in a contaminated
12   area?
13              Mr. Kurtenbach:   Same.
14         A    It would depend upon -- in my mind, it
15   would depend upon the stability of the soil in that
16   location.
17              I believe that probably ninety-nine
18   percent of the plutonium that is deposited in a given
19   location is likely to remain there unless the soil is
20   seriously disturbed by plowing or fire or something
21   like that.
22              So calculating the fraction that
23   remains over time may not be relevant at all,
24   particularly if you have any kind of long-term data
25   that indicates whether the levels have changed over
```

418

4/25/1997 Whicker, F. Ward

1 uncertainty analysis for the dose coefficients that
2 you used —
3          Mr. Kurtenbach:  Same objections.
4      A   Yes, I would.   There has been some
5 recent work on that.   I would consult with other
6 experts on that.
7      Q   ( By Mr. Auerbach )  Well, why did you do
8 a worst case calculation for the purposes of this
9 Executive Summary?
10     A   I just wanted to put this whole funny
11 thing into perspective in my own mind and have it on
12 record for the purpose of being honest with my
13 opinion at the current time.
14         And I know that that carries the risk
15 that later on you may change your mind, later on you
16 might find more information, but I'm just being quite
17 honest in exposing what I think the data implies at
18 this point in time.
19         I felt that was important to do,
20 because a lot of people -- I mean this is what
21 everybody is really concerned about are what are the
22 implications of the data at this point in time, and
23 one could just be closed-mouthed about that all the
24 way through the study until you get to the very end
25 and you come up with something, but I'm willing to

423

---

4/25/1997 Whicker, F. Ward

1      A   Yes.
2          Mr. Kurtenbach:  Form and foundation.
3      A   Sure.   Somebody like me would never
4 make that decision, but somebody would have to make
5 that decision.
6      Q   ( By Mr. Auerbach )  You said you
7 wouldn't make that decision, because you are not a
8 physician, is that correct?
9          Mr. Kurtenbach:  Same objection.
10     A   I don't know that such a decision would
11 be made by any one person.   If it's litigation, it
12 would probably be a jury or a judge.
13     Q   ( By Mr. Auerbach )  But a different
14 question:
15         You are not a physician, are you?
16     A   No.
17     Q   You have no medical training?
18     A   No medical training whatsoever.
19     Q   And you are not an epidemiologist, are
20 you?
21     A   Not by any stretch of the imagination.
22     Q   You are not a pulmonologist, are you?
23     A   No.
24     Q   You are not a toxicologist, are you?
25     A   No.

425

---

4/25/1997 Whicker, F. Ward

1 take the risk that I might be proven wrong later on
2 when we do it more carefully.
3      Q   So do you think it's appropriate to do
4 a worst case scenario calculation in order to help
5 decide whether or not to implement a medical
6 monitoring program?
7          Mr. Kurtenbach:  Form and foundation.
8      A   I wouldn't make such a decision on the
9 basis of this.
10     Q   ( By Mr. Auerbach )  I'm just talking
11 about generally, would it be appropriate to use a
12 worst case analysis in order to decide whether
13 medical monitoring is appropriate?
14         Mr. Kurtenbach:  Same objection.
15     A   No.
16     Q   ( By Mr. Auerbach )  What kind of
17 analysis would be appropriate?
18         Mr. Kurtenbach:  Same objection.
19     A   I would do a realistic analysis
20 combined with an uncertainty analysis of that, and it
21 would have to be done, in my mind, very rigorously to
22 decide whether something like that is going to be
23 expensive and intrusive and everything else.
24     Q   ( By Mr. Auerbach )  You would consider
25 whether it was expensive to implement a program?

424

---

4/25/1997 Whicker, F. Ward

1      Q   And you are not a health physicist, are
2 you?
3      A   Well, I know quite a bit of health
4 physics.
5      Q   Do you consider yourself to be a health
6 physicist?
7      A   I guess to advertise myself as a
8 card-carrying health physicist that's certified, no,
9 I'm not certified.
10     Q   You consider yourself to be a
11 radioecologist, isn't that true?
12     A   That's right.
13     Q   Are you familiar with Krey and Hardy's
14 studies of the concentration and distribution of
15 plutonium in the soils around Rocky Flats that were
16 conducted in the early to mid-1970's?
17     A   I'm generally familiar with the fact
18 that they did it and the general findings, what the
19 general findings were.   I haven't reviewed their
20 papers in detail recently.
21     Q   But those studies are discussed in
22 Chapter 2 of your report in the manuscript entitled
23 Inventory Estimates of Plutonium 239 in Soil East of
24 Rocky Flats, Colorado, that's authored by Webb,
25 Ibrahim and yourself, correct?

426

A    That's correct.

Q    Now what is the difference between your and Webb's treatment of rocks in the sampling of plutonium in the soils around Rocky Flats and those treatment of rocks by Krey and Hardy, if any?

A    It's our belief that they did not consider the volume of upper layers of soil occupied by rock in making their calculations of total inventory, whereas -- and in fact I don't believe, at least we have no evidence that they even had measurements of the fraction of the volume of soil occupied by rocks.

It turns out that the rock content of the soil is extremely high near the 903 pad and remains relatively high out for quite some distance, but it generally tapers off as you get further away.

Q    What does begin to taper off?

A    Well, we have a plot in there over a certain range, and it shows a general decline throughout, but the main point is though that on average, particularly where most of the plutonium is located, which is on the site, that, you know, roughly fifty percent of the volume is rock.

So rocks don't harbor any significant quantities of plutonium.  There may be a little bit

on the surface, but if you wash the surface, the plutonium could be washed off relatively easily.  It's mainly on the soil rather than in the rocks.

So when you correct for the rock volume, as we did, you end up coming out with a slightly smaller inventory.

Q    Well, you had to correct for the rock volume because of the method that is used -- I mean you and Mr. Webb, to sample and estimate plutonium inventories, is that correct?

Mr. Kurtenbach:  Form and foundation.

A    We did not have to consider the rock volume, but we felt that it was more accurate to do so.

In fact, we made the calculation with and without considering the rock volume, and found that the difference is about a factor of two.

In fact, our estimates when we did not consider the rock volume were overlapped, the uncertainties certainly overlapped with the uncertainties in those of the historical estimates.

Q    (By Mr. Auerbach)  Well, in your study of the inventory of plutonium in soil, part of the analysis was to measure your samples by weight, isn't that correct?

A    The samples that were analyzed were weighed out, certainly.

Q    And then based on some knowledge about the density of those samples, you were able to calculate the inventory of plutonium associated with each of those samples, correct?

A    In the soil volume, and then in the total volume of the soil that was actually sampled, we actually carefully shaved the rocks and measured the volume of rocks that came from that total volume of soil.

So that's where we came up with the fraction of the total soil bulk volume that was composed of rock.

Q    When Dr. Webb first performed this analysis -- which I believe was in satisfaction of his master's degree requirements, isn't that correct?

A    No, it was his doctoral work.

Q    His doctoral work.  Okay.

-- did he at first fail to consider the rock volume?

Mr. Kurtenbach:  Form and foundation.

Q    (By Mr. Auerbach)  In his analysis of the plutonium inventory?

A    No, he didn't.  He chose to do it with

and without right up front.  In fact, we made a conscious effort to measure the rock volume at the beginning of the study.

Q    So he never failed to perform an inventory estimate that failed to account for a rock volume?

Mr. Kurtenbach:  Form.

A    He chose to do it both ways.

Q    (By Mr. Auerbach)  That was part of his initial rock study?

Mr. Kurtenbach:  Same.

A    Yes, and that's why part of the initial study, we made an effort to measure rocks.  That was very time-consuming and tedious to do the rock volume measurement.  It took a lot of time and effort to do it.  We had to do that right up front when he took the sample.

Q    (By Mr. Auerbach)  Isn't it true that the Krey and Hardy estimates of plutonium inventory in the soils around Rocky Flats were not dependent upon the weight of the samples taken?

Mr. Kurtenbach:  Form.  Foundation.

A    I don't think I can agree.  I think they had to take a sample of a known weight and so many becquerels per gram.

4/25/1997 Whicker, F. Ward

1    Q    And this is an effort to plot the
2  relationship of the percentage of Rocky Flats
3  plutonium in plutonium soil samples as a function of
4  distance from the 903 pad, is that correct?
5          Mr. Kurtenbach:   Object to the form.
6      A    Yes.
7    Q    ( By Mr. Auerbach )   If you look at this
8  chart, you find that the line that you fit to
9  describe the relationship between percent inventory
10 from Rocky Flats and distance from the 903 pad
11 suggests that at a distance of ten kilometers from
12 the 903 pad, approximately fifty percent of the
13 plutonium found can be attributed to Rocky Flats, is
14 that correct?
15         Mr. Kurtenbach:   Form and foundation.
16     A    With the caveat that the linear
17 extrapolation -- or the linear curve is the best fit
18 to this.   I'm not convinced that it is.
19         It seems that there should be more of a
20 hyperbolic curve, but if you extrapolate from the
21 linear line the ten kilometers, it looks like you
22 would come out to be about -- it would be a little
23 closer to forty percent than fifty percent.
24     Q    ( By Mr. Auerbach )   So at ten
25 kilometers, that line suggests that if one were to

438

4/25/1997 Whicker, F. Ward

1  those initial releases?
2          Mr. Kurtenbach:   Form and foundation.
3      A    Yes, with the caveat that the soil has
4  not been subject to unusual or severe erosion
5  processes.
6          ( Whereupon, Deposition Exhibit 18 was
7  marked for identification. )
8      Q    ( By Mr. Auerbach )   I'm going to show
9  you a document which we've marked as Whicker
10 Exhibit 18.   It's entitled Year by Year Trends in
11 Plutonium Level of the Soil Around Rocky Flats.   It's
12 dated June 1, 1996, and it's by C. D. Zeis and D. C.
13 Coonfield.
14         Are you familiar with this document?
15     A    I think -- I remember the citation from
16 somewhere.   This may have been pointed out to me in
17 my deposition relative to Hanford, but I have not
18 studied this document and I had not been familiar
19 with it before.
20     Q    Isn't it true that Zeis and Coonfield
21 report a sixty-three percent per year increase in
22 plutonium concentrations in soils a mile off-site of
23 Rocky Flats in the period 1973 and 1975?
24     A    If you look at Table 2.
25         Mr. Kurtenbach:   That would be form and

440

4/25/1997 Whicker, F. Ward

1  sample for plutonium in the soil, that forty percent
2  of that plutonium would be due to Rocky Flats as
3  opposed to worldwide fallout from weapons testing, is
4  that correct?
5          Mr. Kurtenbach:   Form and foundation.
6      A    Yes, with the caveat that you are on
7  the ninety-degree transect.
8      Q    ( By Mr. Auerbach )   And at a distance of
9  approximately five kilometers from the pad along that
10 ninety-degree transect, what portion of the inventory
11 would be attributable to Rocky Flats activities?
12     A    Well, according to this analysis --
13         Mr. Kurtenbach:   Same.
14     A    -- roughly eighty percent.
15     Q    ( By Mr. Auerbach )   Have you reviewed
16 Dr. Auxier's report in connection with this case?
17     A    No, I haven't seen it.
18     Q    Is it your belief that measurements of
19 plutonium in the soil taken approximately twenty to
20 twenty-five years after what you believe were the
21 major releases of plutonium from Rocky Flats, the 903
22 pad releases, that the measurements taken twenty to
23 twenty-five years later are a very good indicator of
24 the amount of plutonium that was available to be
25 inhaled by persons living in the area at the time of

439

4/25/1997 Whicker, F. Ward

1  foundation.
2      Q    ( By Mr. Auerbach )   Correct.
3      A    It has one mile from --
4      Q    -- the plant site.
5      A    One mile east of Indiana Street?
6          Mr. Auerbach:   Let's see.
7          Mr. Kurtenbach:   The document speaks
8  for itself.   He said he's not familiar with it.   So
9  let's finish this up.
10     Q    ( By Mr. Auerbach )   Accepting these
11 results reported in this paper, Doctor, at one mile
12 from Rocky Flats, based on twenty sample sites during
13 the time 1973 to 1975, the authors of the paper found
14 that there was a sixty-three percent increase in the
15 level of plutonium in soil.
16         That's indicated in Table 2.   Do you
17 see that?
18     A    I see the figure.
19         Mr. Kurtenbach:   Form and foundation.
20     Q    ( By Mr. Auerbach )   And two miles out,
21 the increase is forty-six percent.
22         Do you see that?
23         Mr. Kurtenbach:   Same.
24     A    I see that.
25     Q    ( By Mr. Auerbach )   Would this

441