**EXHIBIT 41**

NCRP REPORT No. 129

# RECOMMENDED SCREENING LIMITS FOR CONTAMINATED SURFACE SOIL AND REVIEW OF FACTORS RELEVANT TO SITE-SPECIFIC STUDIES

Recommendations of the
NATIONAL COUNCIL ON RADIATION
PROTECTION AND MEASUREMENTS

*Issued January 29, 1999*

National Council on Radiation Protection and Measurements
7910 Woodmont Avenue   /   Bethesda, MD 20814-3095

# 1. Introduction

Surface soil can become contaminated with radionuclides through many different mechanisms such as airborne deposition, spills and leaching from contaminated material stored above ground. Current activities associated with the cleanup of contaminated weapons production and storage facilities and the future decommissioning of nuclear facilities might result in additional soil contamination as well as in the discovery of past contamination. Even after cleanup of known contaminated land, some residual contamination will remain. No matter how the contamination occurred, the issue becomes whether the level is sufficiently high, either before or after cleanup, to warrant action or restriction on the use of the contaminated site.

The primary purpose of this Report is to provide screening limits (in $Bq\ kg^{-1}$) which can be applied to sites where the surface soil is determined to be contaminated with one or more radionuclides. These screening limits, which can be defined as a conservative method of relating an effective dose ($E$) limit for a critical group to a corresponding soil contamination level (EPA, 1990a), can be used to allow reasonable judgments to be made regarding the need for possible (further) action based on present soil radionuclide levels. Such judgments need to be consistent with the recommendations of the National Council on Radiation Protection and Measurements (NCRP) regarding radiation exposure to members of the general population, with applicable regulatory limits, and with the principle of ALARA (as low as reasonably achievable). If the surface soil concentration is below the suggested limits, then no further action will generally be required. If the concentration is above the suggested limit, a site-specific dose assessment should be conducted. It is emphasized that the doses given in this Report are strictly for comparison with a limiting value to establish a screening level and do not represent estimates of doses to particular or typical individuals or threshold values for possible adverse effects. The calculated doses are deliberately designed to conservatively represent the maximum dose to any individual. **Thus, these doses are inappropriate for use in calculating population exposures or to estimate health effects.** The calculation of doses to actual individuals requires the use of site-specific and individual-specific parameters in the formulas used for the calculations.

1

To justify the guidance provided, this Report reviews in some detail the scientific basis for estimating both site-specific and generic doses to individuals from all pathways that could result from direct or indirect exposure to the contaminated soil. This review includes discussions of the uncertainty and variability in all the important parameters included in the calculational models. The Report also provides guidance on how to determine the site average radionuclide concentration in surface soil to be used for applying these generic screening criteria. Factors important in site-specific studies are cited in many of the cases discussed.

## 1.1 Scope of Report

Only surface soil contamination is considered. Buried wastes are not considered in this Report. Surface soil refers only to depths comprising the plow layer, *i.e.*, down to a depth of about 30 cm. The guidance herein is not intended to be used for evaluating the implications of an ongoing contamination episode such as a continuing airborne deposition, which is treated in NCRP Commentary No. 3 (NCRP, 1989) and NCRP Report No. 123 (NCRP, 1996). Only radionuclides whose half-lives are longer than 30 d (or are supported by a precursor with a half-life >30 d) are considered. Ground water contamination is not calculated explicitly, although it is recognized that the latter could be an important dose pathway for some sites (see Section 2.2.2). The area contaminated is considered to be relatively extensive (hundreds of square meters or more). All other important dose pathways are considered including external radiation exposure, beta-ray skin dose, ingestion of contaminated foodstuffs, direct and indirect ingestion of soil by humans and animals, and both indoor and outdoor inhalation of resuspended material. Examples of contamination scenarios for which these limits are applicable include widespread contamination from fallout from weapons tests and nuclear facility accidents (such as occurred at Chernobyl) as well as more localized contamination resulting from nuclear facility operations and/or decontamination and decommissioning. An example of the latter would be the plutonium contamination of soils downwind from the Rocky Flats plant (Krey and Hardy, 1970).

## 1.2 Approach

For screening purposes, it is appropriate to establish as a goal the limitation of the maximum annual $E$ to a member of the most

critically exposed group, *i.e.*, to insure that no individual is likely to receive a dose that exceeds some recommended limit. The approach used to calculate the screening doses in this Report is to first review the current models for estimating the dose to individuals for each pathway. Then, based on an extensive literature review, recommended parameter values are presented for eight different land-use scenarios describing the present or intended use of the contaminated site. These chosen parameter values are used to calculate the highest annual $E$ from external exposure or committed effective dose $[E(\tau)]$ from inhalation or ingestion that would be delivered by both the nuclide and its progeny for each radionuclide considered for each land-use scenario.[1] Prudently conservative values are suggested for the uncertainty in each parameter value used in the models and scenarios. This uncertainty reflects both true variability due to biological and environmental variations, human lifestyle differences, etc., and lack of knowledge as to the correct mean or central tendency. If possible, this uncertainty is characterized by a distribution parameter such as a standard deviation or geometric standard deviation. Sometimes, only a range can be estimated for a particular parameter because of a lack of adequate information regarding the true distribution of potential values. In those cases, a triangular distribution is assumed, encompassing the estimated 5 to 95 percent limits. To estimate the likely median and maximum dose to an individual in the critical group, the distribution of potential individual doses from each pathway and the total dose from all relevant pathways is calculated stochastically using the estimated uncertainty for each chosen parameter value. The 95th percentile of the calculated total dose distribution was then used as an estimate of the maximum dose to any individual in the critical group. Section 7 of this Report describes the methodology used for these stochastic calculations.

These "maximum" dose estimates and a postulated "acceptable" maximum annual dose to any individual from exposure to any single contaminated site is used to estimate the recommended soil concentration screening limits presented in this Report. Each of the calculated screening doses can be thought of as a conservative estimate of the maximum annual $E(\tau)$ to a representative member of the most

---

[1] Usually the maximum annual dose occurs in the first year of exposure. However, for a few very long-lived nuclides, the ingrowth of progeny may result in a higher annual dose sometime in the future. For those nuclides, the highest annual dose in any year over the next 1,000 y is calculated, and this value is used for setting screening criteria. A 1,000 y limit is consistent with delays used in the past for screening guidance (NCRP, 1996). In any case, only the dose for a few very long-lived radionuclides, primarily members of the naturally occurring uranium and thorium series, will continue to increase beyond 1,000 y (see Appendix A).

exposed population group. The most exposed population will depend not only on the land-use scenario, but also on the particular radionuclide. Separate calculations are made for children and for adults and the highest dose is used for the guidance presented in this Report. The screening limits and total screening doses are tabulated in Section 2. The calculated $E(\tau)$ for each pathway and land-use scenario are tabulated in Appendix A. Using specific guidance provided in this Report, the reader can use the individual pathway doses for site-specific assessments and for the summation of doses from sites contaminated with more than one nuclide.

By following this approach, the calculated annual $E(\tau)$ and screening limits provided in this Report are expected to be much more realistic than previous screening models, yet still conservative. Previous NCRP screening recommendations (NCRP, 1989; 1996) assigned a single safety factor of 10 to the calculated total screening dose which was already a conservative value. The more extensive uncertainty analysis used for this Report provides separate land use, pathway and nuclide dependent screening limits. This approach eliminates the need to assume a single overly conservative overall safety factor to cover the range of all possible exposures and thus avoids undue conservatism in recommending screening soil concentration limits for particular sites and nuclides. NCRP Commentary No. 8 (NCRP, 1993a), for example, states that the screening limits given in Commentary No. 3 (NCRP, 1989) for airborne deposition scenarios were likely to be too conservative for external exposure while perhaps not conservative enough for ingestion of food grown on nutrient-depleted soil. Thus, by providing only a single screening limit for all land uses, the screening guidance in Commentary No. 3 is probably too conservative for certain land-use scenarios, for example where no food is grown.

Finally, the approach taken here assumes that if the measured nuclide concentration in soil can result in an annual $E(\tau)$ higher than the recommended screening limit, a site-specific dose assessment will be performed. Such an assessment might consider not only annual doses but also the lifetime risk to potentially exposed populations.

### 1.3 Land-Use Scenarios

Separate calculations have been made for eight different land-use scenarios. The intent is to differentiate among uses where different dose pathways might dominate, the most exposed population group

might differ, or the range of a particular critical parameter might be more limited, while keeping the number of different scenarios considered to a manageable level. This results in a narrower range of possible individual doses for each projected land use. Thus, the screening limits for particular land uses are lower than would be required to maintain a comparable level of conservatism if all possible land uses were lumped together. The land-use scenarios chosen are described below.

### 1.3.1 *Agricultural* (AG)

This scenario is intended for sites used primarily for food production for human consumption, *e.g.*, vegetables, fruit, grain, etc. It is assumed that there are no dwellings on the contaminated site itself in order to more clearly distinguish this type of land-use from a rural land-use scenario. Thus, only adults are assumed to be exposed *via* inhalation and/or external radiation, although children and infants, in addition to adults, may be exposed *via* ingestion of contaminated food produced on the site. The most exposed individuals would depend on the dose pathway and radionuclide. If external exposure and/or inhalation is the most important dose pathway, the most exposed population would be farmers working on the site. If the ingestion pathway is significant for the nuclide in question, infants and children might be the most exposed population, even if they do not live on the site. Separate calculations of the maximum dose are made for adults and for children and infants and the highest dose used for the screening limits presented for this scenario.

### 1.3.2 *Heavily Vegetated Pasture* (PV)

This scenario is for sites used primarily for milk or meat production. Again, it is assumed that there are no dwellings and thus no direct external or inhalation exposure to children or infants. The most exposed population for the external radiation and inhalation dose pathways would be adults working on the land. For the ingestion dose pathway, the most exposed population group would be individuals who obtain most of their meat and milk from animals ingesting fodder grown on the site. Thus, the most exposed population group for the ingestion pathway will depend on the particular radionuclide since adults ingest more meat than children or infants but the dose per unit intake for many radionuclides is higher for infants and children (see Section 5). As for the agricultural scenario, separate

calculations of the maximum dose from all relevant pathways are made for adults and for children and infants and the highest total dose used for the screening limits presented for this scenario. This scenario should also be used for agricultural sites used to grow feed for meat or milk production.

### 1.3.3 *Sparsely Vegetated Pasture* (PS)

This scenario is identical to the previous except that the site is assumed to be located in an arid area. Resuspension of surface soil is assumed to be higher at these sites. A typical site might consist of open range land. Grazing animals are assumed to get less of their total diet from the site than for more heavily vegetated sites. This scenario should be used for sites where one might expect higher than average resuspension. It should also be used for sites with a higher than average potential for ingestion of soil by both animals and humans, either directly or *via* resuspension onto vegetation.

### 1.3.4 *Heavily Vegetated Rural* (RV)

This scenario is intended to include open fields and forested sites. Some ingestion of contaminated food is assumed from gardens, wild game, or fruits and mushrooms from forests. It is assumed that there may be dwellings directly on the contaminated site. The most exposed population group will depend on the particular radionuclide but would most likely be children and infants living on the site that ingest milk from a backyard cow. This scenario can also be used for farms where persons live on site, as contrasted to the agricultural land-use scenario where it is assumed that no people live on site.

### 1.3.5 *Sparsely Vegetated Rural* (RS)

The rural-sparsely vegetated scenario is similar to RV except, as for the sparsely vegetated pasture scenario, the site is likely to be in an arid area. Less food is assumed to be produced on these types of sites. However, resuspension of surface soil is assumed to be higher than for more heavily vegetated sites.

### 1.3.6 *Suburban* (SU)

This scenario is for residential properties. Some minor food production such as that from vegetable gardens is assumed to occur. The

most exposed population would likely be children who live on the site, play outdoors, and ingest vegetables grown on the site and perhaps some contaminated soil.

### 1.3.7 *No Food Suburban* (SN)

This scenario is identical to SU except that no food is produced from the site. Parks, schools, developed recreational sites and residential lawns would be included in this land-use scenario. The most exposed individuals would likely be children playing outdoors, inhaling resuspended soil and possibly ingesting contaminated soil.

### 1.3.8 *Construction, Commercial, Industrial* (CC)

This scenario is for sites where the soil is likely to be disturbed due to present or future construction activities or activities involving earth moving or for sites used for industrial or commercial purposes. It is assumed that there are no dwellings on the site and no children are exposed. The critically exposed group consists of adult workers from external radiation exposure and/or inhalation and ingestion of suspended contaminated soil. The doses from construction and earth moving activities are likely to be short term and thus the screening limits will be somewhat more conservative than for long-term exposures.

# 2. Recommended Screening Limits for Contaminated Soil

This Section lists screening guidance for over 200 radionuclides with half-lives >30 d. This guidance is based on the screening dose calculations described in Sections 3 through 7.

If the exposure is from a single site, as for the doses calculated in this Report, the NCRP recommends that the dose to the maximally exposed individual from any single set of sources, *e.g.*, at a particular site, should not exceed 0.25 mSv y$^{-1}$. This is intended to insure that the total dose rate to that individual from all man-made sources other than medical exposures does not exceed 1 mSv y$^{-1}$. Thus, to remain consistent with these recommendations, the screening limits recommended in this Report are based on limiting the maximum $E(\tau)$ rate to any individual to 0.25 mSv y$^{-1}$. Dose limits that appear to be lower than that used here are currently under consideration by regulatory bodies such as the U.S. Nuclear Regulatory Commission (NRC) and U.S. Environmental Protection Agency (EPA). However, the limits proposed by NRC and EPA, which are intended for cleanup of contaminated sites, are based on the median dose to an individual in the most critically exposed population rather than the maximum dose to any individual as used in this Report. Thus, the screening limits proposed here will generally be considerably higher (*i.e.*, more conservative) than the values proposed for regulatory purposes. It is again emphasized that the guidance proposed in this Report is for use in screening and is not intended for use as cleanup criteria, since the conservative nature of the guidance given here could result in greater amounts of soil being removed than would be necessary with realistic, site-specific calculations.

## 2.1 Recommended Screening Limits

Table 2.1 lists the recommended screening limits for each nuclide considered in this Report. The limits were calculated by dividing 0.25 mSv by the calculated "maximum" screening total dose per unit

8

TABLE 2.1—Recommended screening limits (Bq kg$^{-1}$).[a]

| Isotope | $T_{1/2}$ (d) | AG | PV | PS | RV | RS | SU | SN | CC |
|---|---|---|---|---|---|---|---|---|---|
| Be-7   | 5.3E+01 | 2.1E+04 | 2.6E+04 | 2.5E+04 | 1.2E+04 | 1.1E+04 | 1.2E+04 | 1.2E+04 | 2.5E+04 |
| Be-10  | 5.8E+08 | 1.2E+04 | 3.9E+04 | 2.3E+04 | 1.8E+04 | 1.5E+04 | 3.2E+04 | 1.7E+05 | 2.7E+05 |
| Na-22  | 9.5E+02 | 1.0E+02 | 7.1E+01 | 3.8E+01 | 3.7E+01 | 3.0E+01 | 5.8E+01 | 5.9E+01 | 1.2E+02 |
| Al-26  | 2.6E+08 | 7.5E+01 | 9.0E+01 | 8.6E+01 | 4.1E+01 | 3.7E+01 | 4.1E+01 | 4.1E+01 | 8.6E+01 |
| Si-32  | 1.6E+05 | 2.3E+01 | 5.2E+00 | 2.9E+00 | 5.2E+00 | 4.5E+00 | 7.1E+01 | 3.4E+04 | 6.0E+04 |
| S-35   | 8.7E+01 | 4.5E+02 | 5.0E+01 | 2.7E+01 | 7.6E+01 | 6.4E+01 | 1.5E+03 | 1.1E+06 | 4.4E+05 |
| Cl-36  | 1.1E+08 | 3.5E+00 | 5.4E−01 | 2.3E−01 | 5.8E−01 | 3.9E−01 | 1.2E+01 | 1.4E+05 | 3.3E+05 |
| K-40[b]| 4.7E+11 | 1.2E+03 | 1.5E+03 | 1.5E+03 | 6.6E+02 | 6.1E+02 | 6.6E+02 | 6.6E+02 | 1.5E+03 |
| Ca-41  | 5.1E+07 | 1.1E+03 | 9.0E+02 | 4.7E+02 | 6.5E+02 | 5.5E+02 | 3.5E+03 | 1.2E+06 | 6.7E+06 |
| Ti-44  | 1.7E+04 | 9.5E+01 | 1.1E+02 | 1.0E+02 | 4.8E+01 | 4.2E+01 | 5.1E+01 | 5.1E+01 | 1.1E+02 |
| Ca-45  | 1.6E+02 | 3.7E+02 | 1.7E+02 | 9.4E+01 | 1.4E+02 | 1.2E+02 | 1.2E+03 | 5.7E+05 | 2.8E+06 |
| Sc-46  | 8.4E+01 | 3.2E+02 | 3.8E+02 | 3.7E+02 | 1.7E+02 | 1.5E+02 | 1.7E+02 | 1.7E+02 | 3.7E+02 |
| V-49   | 3.3E+02 | 1.8E+06 | 1.3E+06 | 6.9E+05 | 1.4E+06 | 1.1E+06 | 4.7E+06 | 2.2E+07 | 9.0E+07 |
| Mn-53  | 1.4E+09 | 8.3E+03 | 1.0E+04 | 5.0E+03 | 6.3E+03 | 5.8E+03 | 2.8E+04 | 8.1E+06 | 3.7E+07 |
| Mn-54  | 3.1E+02 | 3.1E+02 | 4.1E+02 | 3.7E+02 | 1.6E+02 | 1.5E+02 | 1.9E+02 | 2.0E+02 | 4.2E+02 |
| Fe-55  | 9.9E+02 | 2.0E+05 | 6.5E+04 | 3.7E+04 | 1.4E+05 | 1.1E+05 | 3.9E+05 | 8.0E+05 | 5.2E+06 |
| Co-56  | 7.9E+01 | 1.8E+02 | 1.8E+02 | 1.2E+02 | 8.5E+01 | 7.7E+01 | 9.8E+01 | 9.9E+01 | 2.1E+02 |
| Co-57  | 2.7E+02 | 2.6E+03 | 9.9E+02 | 5.4E+02 | 9.5E+02 | 8.3E+02 | 1.5E+03 | 1.5E+03 | 3.3E+03 |
| Co-58  | 7.1E+01 | 7.7E+02 | 7.5E+02 | 5.2E+02 | 3.6E+02 | 3.2E+02 | 4.2E+02 | 4.3E+02 | 9.1E+02 |
| Fe-59  | 4.5E+01 | 9.5E+02 | 1.1E+03 | 1.1E+03 | 5.1E+02 | 4.6E+02 | 5.1E+02 | 5.1E+02 | 1.1E+03 |
| Ni-59  | 2.7E+07 | 3.1E+04 | 1.1E+03 | 5.6E+02 | 1.1E+03 | 8.5E+02 | 1.0E+05 | 4.9E+06 | 1.8E+07 |
| Co-60[c]| 1.9E+03 | 7.9E+01 | 4.4E+01 | 2.3E+01 | 3.2E+01 | 2.8E+01 | 4.4E+01 | 4.5E+01 | 9.9E+01 |
| Fe-60  | 3.7E+07 | 7.3E+01 | 3.9E+01 | 1.8E+01 | 3.0E+01 | 2.5E+01 | 4.2E+01 | 4.3E+01 | 9.2E+01 |
| Ni-63  | 3.5E+04 | 1.3E+04 | 4.9E+02 | 2.4E+02 | 4.9E+02 | 3.6E+02 | 4.0E+04 | 1.9E+06 | 7.0E+06 |
| Zn-65  | 2.4E+02 | 1.4E+02 | 4.9E+01 | 2.4E+01 | 5.0E+01 | 3.9E+01 | 2.0E+02 | 3.0E+02 | 6.5E+02 |

| Nuclide | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| U-232* | 2.6E+04 | 2.7E+01 | 6.3E+01 | 3.2E+01 | 2.3E+01 | 1.9E+01 | 4.5E+01 | 7.4E+01 | 1.2E+02 |
| U-233 | 5.8E+07 | 1.5E+02 | 3.6E+02 | 1.8E+02 | 1.6E+02 | 1.3E+02 | 4.2E+02 | 2.0E+02 | 1.5E+03 |
| U-234 | 8.9E+07 | 1.6E+03 | 1.3E+03 | 6.5E+02 | 9.6E+02 | 6.4E+02 | 3.6E+03 | 8.2E+03 | 5.3E+03 |
| Np-235 | 4.0E+02 | 1.1E+05 | 7.9E+06 | 3.0E+05 | 9.7E+04 | 8.8E+04 | 1.2E+05 | 1.6E+05 | 3.1E+05 |
| U-235 | 2.6E+11 | 4.0E+02 | 9.2E+02 | 4.8E+02 | 2.8E+02 | 2.1E+02 | 4.5E+02 | 6.1E+02 | 6.5E+02 |
| Np-236A | 4.2E+07 | 2.2E+02 | 6.8E+02 | 3.5E+02 | 1.8E+02 | 1.5E+02 | 2.9E+02 | 4.2E+02 | 7.2E+02 |
| Pu-236* | 1.0E+03 | 7.4E+02 | 1.8E+03 | 8.8E+02 | 6.1E+02 | 5.0E+02 | 1.2E+03 | 1.9E+03 | 1.3E+03 |
| U-236 | 8.5E+09 | 1.7E+03 | 1.3E+03 | 6.9E+02 | 8.9E+02 | 6.9E+02 | 3.9E+03 | 9.5E+03 | 5.7E+03 |
| Np-237 | 7.8E+08 | 9.6E+01 | 2.7E+03 | 5.2E+02 | 1.4E+02 | 1.3E+02 | 2.5E+02 | 4.9E+02 | 5.4E+02 |
| Pu-237* | 4.5E+01 | 2.8E+04 | 1.0E+05 | 3.3E+04 | 1.5E+04 | 1.4E+04 | 1.5E+04 | 1.5E+04 | 3.3E+04 |
| Pu-238* | 3.2E+04 | 4.8E+02 | 7.5E+03 | 6.8E+02 | 8.3E+02 | 3.2E+02 | 1.3E+03 | 2.4E+03 | 4.8E+02 |
| U-238 | 1.6E+12 | 1.4E+03 | 1.4E+03 | 7.1E+02 | 8.1E+02 | 6.2E+02 | 2.1E+03 | 3.0E+03 | 3.9E+03 |
| Pu-239 | 8.8E+06 | 4.9E+02 | 7.1E+03 | 6.1E+02 | 8.5E+02 | 2.9E+02 | 1.2E+03 | 1.9E+03 | 4.7E+02 |
| Pu-240 | 2.4E+06 | 4.8E+02 | 7.5E+03 | 6.4E+02 | 8.2E+02 | 3.1E+02 | 1.2E+03 | 2.0E+03 | 4.7E+02 |
| Am-241 | 1.6E+05 | 5.4E+02 | 8.9E+03 | 6.6E+02 | 9.0E+02 | 3.3E+02 | 1.2E+03 | 1.9E+03 | 4.7E+02 |
| Cm-241 | 3.3E+01 | 3.4E+03 | 1.2E+07 | 3.9E+03 | 1.8E+03 | 1.7E+03 | 1.8E+03 | 1.8E+03 | 3.9E+03 |
| Pu-241* | 5.3E+03 | 1.8E+04 | 3.0E+05 | 2.2E+04 | 3.2E+04 | 1.1E+04 | 4.3E+04 | 6.6E+04 | 1.6E+04 |
| Am-242m | 5.5E+04 | 5.6E+02 | 9.3E+03 | 6.9E+02 | 9.5E+02 | 3.3E+02 | 1.2E+03 | 1.9E+03 | 4.8E+02 |
| Cm-242* | 1.6E+02 | 9.8E+03 | 2.8E+05 | 1.1E+04 | 1.3E+04 | 4.4E+03 | 1.8E+04 | 3.3E+04 | 7.1E+03 |
| Pu-242 | 1.4E+08 | 4.5E+02 | 7.2E+03 | 6.2E+02 | 7.9E+02 | 3.0E+02 | 1.2E+03 | 2.0E+03 | 4.7E+02 |
| Am-243 | 2.7E+06 | 3.9E+02 | 9.5E+03 | 4.9E+02 | 4.0E+02 | 2.4E+02 | 4.3E+02 | 4.8E+02 | 3.7E+02 |
| Cm-243 | 1.0E+04 | 5.0E+02 | 1.1E+04 | 7.1E+02 | 5.8E+02 | 3.2E+02 | 6.6E+02 | 7.6E+02 | 5.4E+02 |
| Cm-244* | 6.6E+03 | 7.8E+02 | 1.4E+04 | 1.1E+03 | 1.3E+03 | 4.8E+02 | 1.8E+03 | 3.3E+03 | 7.5E+02 |
| Pu-244 | 3.0E+10 | 3.0E+02 | 6.9E+03 | 3.4E+02 | 2.7E+02 | 1.6E+02 | 2.8E+02 | 3.1E+02 | 2.7E+02 |
| Cm-245 | 3.1E+08 | 2.9E+02 | 4.7E+03 | 3.6E+02 | 4.3E+02 | 1.7E+02 | 5.3E+02 | 7.0E+02 | 2.8E+02 |
| Cm-246 | 1.7E+06 | 4.4E+02 | 6.9E+03 | 6.6E+02 | 7.4E+02 | 2.8E+02 | 1.2E+03 | 2.1E+03 | 4.7E+02 |
| Bk-247 | 5.0E+05 | 2.3E+02 | 4.3E+03 | 2.9E+02 | 3.1E+02 | 1.3E+02 | 3.8E+02 | 5.6E+02 | 2.2E+02 |
| Cm-247 | 5.7E+09 | 2.9E+02 | 7.5E+03 | 3.6E+02 | 2.6E+02 | 1.7E+02 | 2.7E+02 | 2.9E+02 | 3.1E+02 |
| Cf-248 | 3.3E+02 | 2.9E+03 | 7.8E+04 | 3.8E+03 | 3.8E+03 | 1.2E+03 | 5.1E+03 | 8.9E+03 | 2.8E+03 |
| Cm-248 | 1.2E+08 | 1.2E+02 | 2.2E+03 | 1.8E+02 | 2.1E+02 | 8.1E+01 | 3.1E+02 | 5.6E+02 | 1.4E+02 |

## 2.1 RECOMMENDED SCREENING LIMITS / 17

soil concentration in Sv (Bq kg$^{-1}$)$^{-1}$ from Table 2.2.[a] The doses given in Table 2.2 represent the median and maximum annual dose (calculated using the median dose and safety factor) over the next 1,000 y from all pathways from the listed parent nuclide and all of its progeny for the most critically exposed population group. The dose distributions were calculated using a Monte Carlo technique as described in Section 7. The calculated doses for each dose pathway and land-use scenario are given in Appendix A along with the delay indicating the year of maximum exposure and whether the most exposed population consists of children or of adults. Progeny with half-lives >30 d are also listed separately in Tables 2.1 and 2.2 since the progeny may be present at the time the contamination is discovered even though the parent has already decayed away or the contamination scenario may have been such that the particular decay product was separated from its parent prior to release to the soil. However, if a radionuclide is present in the soil only as a result of decay of a precursor also present in the soil, only the screening limit for the parent should be used because the dose from the daughter product is included in that of the precursor.

As described earlier, the screening limits given in Table 2.1 are designed to restrict the total annual dose to any exposed person from a single contaminated site to <0.25 mSv y$^{-1}$ as recommended in NCRP Report No. 116 (NCRP, 1993b). The units are Bq kg$^{-1}$ dry soil. The radionuclide concentration in the soil is assumed to have been determined in a manner consistent with the guidance given in Section 6. The half-lives and radionuclide transformation data used for the dose calculations were taken from ICRP (1983) and are listed in Appendix B.

The screening limits in Table 2.1 for the transuranics are, in general, less conservative than presently used. For example, EPA guidance (EPA, 1990b) recommends a screening limit for $^{239}$Pu of 8 kBq m$^{-2}$ in order to limit the dose to <0.1 mSv. If the plutonium is uniformly distributed to a depth of 5 cm, this would correspond to a concentration of about 100 Bq kg$^{-1}$ as opposed to 300 to 7,000 Bq kg$^{-1}$ recommended here based on a limiting dose of 0.25 mSv.

For perspective, the limits given in Table 2.1 may be compared with actual levels measured in soils from some documented contamination scenarios. Uranium-238 concentrations measured outside the Fernauld site averaged 400 Bq kg$^{-1}$ in soils up to 1 km from the site boundary with a maximum of 1,100 Bq kg$^{-1}$ at the fence line

---

[a]Table 2.2 actually lists the calculated median dose and the safety factor which is the ratio of the 95th percentile to the median. The maximum dose used is the product of these two entries.

(Stevenson and Hardy, 1993) while the screening limits in Table 2.1 range from 600 to 4,000 Bq kg$^{-1}$. Plutonium measured in soil in the environs of Rocky Flats were <75 Bq kg$^{-1}$ offsite, but levels as high as 750 Bq kg$^{-1}$ were measured at the inner fence line (Krey and Hardy, 1970). Global fallout plutonium levels in soil are generally about 1 Bq kg$^{-1}$ (UNSCEAR, 1988) while plutonium measured in soils in populated area downwind of the Nevada Test Site were usually <5 Bq kg$^{-1}$ (Beck and Anspaugh, 1991). Similar values were measured downwind of Chernobyl to a distance of 50 km (UNSCEAR, 1988). These values can be compared to the screening limits in Table 2.1 for $^{239}$Pu which range from 300 to 7,000 Bq kg$^{-1}$. Cesium-137 concentrations measured in some soils in Sweden from the Chernobyl accident exceeded 1,000 Bq kg$^{-1}$ (UNSCEAR, 1988) compared to the screening limits in Table 2.1 which range from 100 to 450 Bq kg$^{-1}$. The screening limit for $^{137}$Cs was also exceeded in many areas of eastern Europe as well as in the areas of the former Soviet Union directly downwind from Chernobyl (Likhtariov et al., 1996; UNSCEAR, 1988). For contrast, $^{137}$Cs concentrations from global fallout ranged from 25 to 75 Bq kg$^{-1}$ (UNSCEAR, 1988) and for sites downwind of the Nevada Test Site from 25 to 35 Bq kg$^{-1}$ (Beck and Anspaugh, 1991).

Although the median screening doses calculated for $^{238}$U, $^{226}$Ra and $^{210}$Pb are comparable to values calculated in previous NCRP guidance (NCRP, 1984a), the screening limits for naturally occurring radionuclides $^{238}$U, $^{232}$Th and $^{40}$K and their progeny represent a special situation which is discussed later in Section 2.2.3

### 2.1.1 *Multiple Nuclide Contamination*

If a site is contaminated by more than one nuclide or nuclide series, e.g., $^{137}$Cs and $^{134}$Cs, then it will be necessary to ensure that the total of their maximum annual $E(\tau)$ will not exceed 0.25 mSv. In general, this can be accomplished by ensuring that:

$$\Sigma(S_i/SF_i) < 1 \qquad (2.1)$$

where:

$S_i$ = the measured concentration of nuclide i
$SF_i$ = the corresponding screening limit for nuclide i from Table 2.1

The result will be approximate since the maximum (95th percentile) doses are summed algebraically rather than stochastically combined (e.g., the median and 95th percentiles of a sum of approximately lognormally-distributed doses will generally not equal the corresponding sum of the medians or 95th percentiles, particularly if one



or more of the distributions are very skewed). However, the result is sufficiently conservative for screening. For site-specific assessments, it would be appropriate to recalculate the doses and uncertainties and sum them stochastically allowing for nuclide-related correlations that might result in a broader distribution of doses. As mentioned previously, if both a parent and its decay products are present in the soil, the latter as a result of the decay of the parent in the soil, only the screening limit for the parent need be used since the dose from all decay products is included in the parent dose.

### 2.1.2 *Alternate Limiting Doses*

As discussed in Section 2.1, the screening recommendations in this Report are predicated on limiting the annual $E(\tau)$ to any individual from a contaminated soil site to 0.25 mSv. If subsequent NCRP guidance or federal or state guidance modifies this recommended limit, the applicable screening limits in Table 2.1 can be derived simply by scaling the values to the chosen dose limit, $L$, *i.e.*,

$$SF_{new} = (SF \times L_{new}/0.25 \text{ mSv}) \qquad (2.2)$$

### 2.2 Application of Screening Limits

In general, if the measured surface soil concentration is below the applicable value specified in Table 2.1, it is unlikely any individual will exceed an annual $E(\tau)$ from that source of 0.25 mSv. Thus, further action would not be required. If the concentration in soil exceeds the screening limit, a site-specific assessment should be carried out. Such a site-specific assessment should follow a graded approach that takes into account by how much the measured concentration exceeds the screening limit. Even if the measured concentration in the soil is higher than the screening recommendation, a simple evaluation of the applicability of the calculated screening doses and assumed land-use scenario to the particular site may be sufficient to show that the dose to any individual will actually be less than recommended limits (see Section 2.2.4). If not, a more extensive site-specific dose assessment may be required, including a more elaborate assessment of the true soil concentration levels and spatial variation.

### 2.2.1 *Applicability of Tabulated Land-Use Scenarios*

This Report provides guidance for a limited number of land-use scenarios. Although they cover a broad range of situations, they are

not all inclusive. Actual sites may have mixed use, *i.e.*, a residential site may be subject to some construction activity. Other sites may be modified in a way that reduces the exposure from contaminated soil to nil, *e.g.*, paved over. Judicious application of the tabulated screening limits would mandate that for sites with land use not exactly conforming to those for which the guidance is formulated, one should apply the screening limits for the closest most conservative match. If none of the land uses examined are appropriate, alternate screening limits should be derived. This can be accomplished easily using the individual pathway screening doses and safety factors given in the appendices.

One should note that for nuclides where the external dose pathway dominates, the dose is less sensitive to the land use than for nuclides where either the inhalation or ingestion dose predominates. In addition, the ingestion dose is sometimes very sensitive to whether milk or meat is produced on the site.

Other factors to consider in applying the screening limits for the various land-use scenarios are the true spatial extent of the contamination and the precision and accuracy of the soil radionuclide concentration determination. The projected future, as well as the present, utilization of the site should also be considered, particularly if the contamination is due to very long-lived radionuclides. If a site could be used in the future in a manner that would result in more restrictive limits, for example to grow food, one may need to apply more restrictive screening limits than those based on present utilization. Whether people may eventually live on the site and whether infants and/or children may be exposed are important as well.

### 2.2.2 *Special Situations*

Some special situations might result in individuals receiving doses higher than allowed by the screening limits in Table 2.1. The reason for this is that incorporating special situations which generally affect only a very small number of people can result in higher doses and that the available models for estimating doses to individuals can have a very large uncertainty in special situations. If these doses, with their accompanying uncertainty, were folded into the doses from the more important pathways, the calculated screening limits that would result for many of the land-use scenarios considered would be so low as to not be of practical use as a screening tool. In particular, as discussed below, if a large public aquifer underlies an area of widespread contamination, a site-specific assessment will probably be necessary. Similarly, if individuals are known to drink