# EXHIBIT 39

Plutonium and Americium in the Environs
of Rocky Flats: Spatial Distribution,
Environmental Transport, and Human Exposure


a report to


Dow Chemical Company
Midland, Michigan 48674
Contract Dow00


and


The Colorado Department of
Public Health and Environment
Denver, Colorado 80222
Contract EMV 930778


F.W. Whicker and S.A. Ibrahim
Principal Investigators


Department of Radiological Health Sciences
Colorado State University
Fort Collins, CO 80523-1673


November 21, 1996

## EXECUTIVE SUMMARY

Introduction

This project began in early 1991 under a 3-year contract with the Dow Chemical Company to generate new data on the distribution and transport of, and human exposure to plutonium and other radionuclides in the off-site environs of the Rocky Flats Plant near Denver, Colorado. Additional funding was obtained in late 1992 through the Colorado Department of Public Health and Environment to extend the sampling to on-site areas in the eastern part of the buffer zone and to conduct related studies to better-understand the transport processes affecting plutonium and other radioactive contaminants such as $^{241}$Am and $^{137}$Cs. The latter study is scheduled for completion in 1997. Because of the funding history and the close relationship between these two research contacts, this report is intended both as a draft final report to the Dow Chemical Company, and a draft interim report to the Colorado Department of Public Health and Environment.

This report is structured as a set of independent chapters, most of which have either been published or are in various stages in the publication process. Except for the seven chapters that have been published or accepted for publication, report chapters are considered "preliminary" at this time because the data are still subject to further critique, analysis and interpretation. However, the basic data presented have been carefully checked for accuracy, so the numbers are not expected to change. This report is being released at this time, not only to the sponsors, but also to members of the public who cooperated in the study and to any other parties who may request the information. This strategy carries some risk that certain interpretations may be altered after critical scientific review. However, it is consistent with our policy of striving for

1

complete objectivity and openness. We have viewed our role in this work as generators of new information that is wide-open to careful public and scientific scrutiny. We have searched for the "truth" in the firm belief that this goal is in the best interests of the general public.

This report provides the actual data and our interpretation of the spatial distribution and environmental transport of plutonium and americium in the soils and vegetation (including lichens) on and adjacent to the Rocky Flats Plant. The spatial domain of this study begins at about 200 m east of the 903 Pad, the apparent source of the vast majority of the plutonium/americium contamination, and extends to about 19 km (~ 12 miles) away in an arc from 60° true bearing to 150° true bearing. This area is believed to encompass the primary contamination plume and the communities and residences most likely to have been exposed to plutonium and americium. Our study also encompassed ten specific community locations, as well as ten "background" locations along the base of the Front Range between Colorado Springs and the Wyoming/Colorado border. We also report in this document the preliminary results of an on-going human urine bioassay study that was designed to measure the potential magnitude of actual exposure of people to off-site plutonium. The study participants included long term residents of the more heavily contaminated off-site areas immediately adjacent to Rocky Flats, as well as people living well-beyond any expected influence of the site. A study of plutonium and global fallout cesium in Great Western Reservoir sediments is also reported here, as well as data on natural and anthropogenic gamma-emitting radionuclides in soil, and variations in ambient natural background radiation levels along the Colorado Front Range.

One piece of work that has not been completed, and which is not reported here, is computer model predictions of dose and associated health risk to the off-site public. Although

2

our model (named "PATHWAY") is functional, many of the findings from our work, as well as information compiled by other contractors of the Colorado Department of Public Health and Environment, needs to be incorporated into the modelling effort if the most credible results are to be obtained. We expect to complete this work by the end of 1997. The urine bioassay results will be used to provide an independent test of the accuracy of the model predictions. Some preliminary comments on expected doses to the public, based on very simplified screening calculations, are presented in this summary.

Findings to Date

Soil Studies

A considerable effort was made to provide qualitative and quantitative descriptions of each soil sampling site. It is clear that historical use and disturbance of the land, soil type, slope, vegetation cover, and numerous other factors can modify the depth distribution and total inventory of soil contaminants. This type of information, as well as details of the soil preparation procedures, are documented in Chapter 1. This information has been used extensively in the interpretation of the radionuclide distribution data. We do not plan to prepare a scientific publication based solely on the information in Chapter 1.

The work on the spatial distribution and inventory of plutonium in soil is documented in Chapter 2. The QA/QC results, chemical procedures, and raw data are also presented in Appendices A-C in Chapter 2. This chapter consists of three main parts: (1) A manuscript on the spatial distribution of plutonium in soils (Health Physics, in press), (2) A manuscript on inventory estimates and (3), a paper defining sources of plutonium, based on isotopic ratios

0

3

(Health Physics, Galley Proof). Some 1,400 independent measurements of plutonium in on-site and off-site samples were made in our laboratory. These data form the basis for the development of statistical models that were used for the prediction of plutonium concentrations at any soil depth down to 21 cm, plutonium inventories based on these concentrations, and either concentrations or inventories as a function of distance and direction from the 903 Pad at Rocky Flats. In general terms, it was found that plutonium concentrations decrease rapidly with soil depth at all undisturbed locations, that the rate of decrease is essentially independent of location, and that > 98% of the plutonium resides in the upper 21 cm of soil. The primary plume of contamination was found to extend nearly due east of the 903 Pad. No other secondary plumes were indicated in the data analysis. The plutonium concentrations and inventories in soil decreased very rapidly with distance from the 903 Pad, regardless of direction studied. No unusual or unexpected depositions of plutonium were found in the study domain. The total plutonium attributable to Rocky Flats that could be accounted for in our primary study domain (a 60-120° true arc from 0.2-19 km from the 903 Pad) was ~ 53 GBq (1.4 Ci). About 95% of this inventory resides on U.S. Department of Energy property between the 903 Pad and Indiana Street. Only 2.7 GBq was estimated to be off-site yet within our study area boundaries. Our inventory estimates were very similar to, though slightly lower than, most historical estimates for the same geographic area. Our "best" inventory estimate, which for the first time corrects for rock volume in soil, was about 50% of the uncorrected estimate. The mean ($\pm$ 1 sd) concentration of plutonium in 0-3 cm soil from ten "background" locations was 2.1 ($\pm$ 0.8) Bq kg$^{-1}$ (0.057 pCi g$^{-1}$). The comparable concentrations measured in ten communities surrounding Rocky Flats were very similar to the background location values.

o

4

It was found that $^{241}$Am and $^{239,240}$Pu activity concentrations in soil were highly correlated (Chapter 3). The median ratio of $^{241}$Ain to $^{239,240}$Pu was 0.18. This ratio was found to be independent of both soil depth and location. Because of this consistency, it is clear that $^{241}$Am decreases rapidly with depth in soil and with distance from the 903 Pad. We can also infer that approximately 10 GBq of $^{241}$Am exists in soil within our study domain. As with plutonium, we would expect ≈95% of the $^{241}$Am inventory to be on-site. Comparisons with earlier studies suggest that the plutonium depth profile has not changed significantly in 25 years. This work was published in Health Physics.

In an effort to understand and quantify the mechanisms and rates of vertical penetration of aerially-deposited plutonium into the soil profile, several field sampling and laboratory soil column studies were undertaken (Chapter 4). In the first phase of these studies, undisturbed soil layers near the 903 Pad were separated into "dissolved", clay, fine silt, course silt, sand, and gravel fractions. Each fraction was analyzed for $^{239,240}$Pu and $^{241}$Am. There was no evidence that contaminated particles of different sizes migrated at different rates into the soil. Although the clay fraction (0.45 - 2 $\mu$m) had the highest activity concentration for both elements, course silt (10 - 53 $\mu$m) held most of the soil inventory due to its mass abundance in the samples. In the second phase of work, three mechanisms of particle transport into the soil profile were investigated. Five soil size fractions were separated, individually labeled irreversibly with $^{234}$Th tracer, and applied to the top of soil columns. The columns were subject to 130 years of precipitation equivalent, frost heaving and cracking through drying. Water infiltration alone did not produce particle migration, but frost heaving and especially soil cracking did produce

0

Although these measurements pertain only to cosmic and terrestrial gamma radiation, they illustrate that differences in annual radiation doses received by individual members of the public can easily vary by 50 to 100 mrem, or more, based solely on residence location. Variations within the Denver area alone ranged to over 10 $\mu$R/hr, or ~ 88 mrem/year. We believe that variations in exposures to natural radon and daughter products can be even larger.

<u>Implications of Data for Human Doses from Plutonium</u>

Although we have not yet embarked on performing rigorous dose computations for the general public living near Rocky Flats, it is possible at this time to perform initial screening calculations. Such calculations ignore many complexities in the pathways of plutonium transport, however one can take a conservative approach, assuming the worst conceivable situation and choose parameters that tend to maximize the computed doses. This type of approach was attempted, based on our actual soil and vegetation data. Previous work has indicated the inhalation pathways to be the dominant ones for environmental plutonium. The following approach estimates the effective dose from (1) inhalation of material in the initial (pre-deposition) clouds of aerosol, and (2) inhalation of resuspended material from the soil that is on-going.

For the "initial cloud" calculation, we can start with the residence location having the highest likely offsite deposition, a value of approximately $10^3$ Bq/m$^2$. Dividing this figure by a reasonable, but we feel conservative deposition velocity of 0.5 cm/sec, or 432 m/day, one gets a time-integrated air concentration at that location of 2.32 Bq-days/m$^3$. The exposure of a person at that location, assuming occupancy over the entire Pu release history, to be approximately:

12

(2.32 Bq-day/m$^3$) (23 m$^3$ air inhaled/day) (0.25 deposited) (1/3 time outdoors)

or 4.45 Bq inhaled and deposited in the pulmonary region of the lung. This leads to an effective committed dose, using the ICRP dose factor for class Y $^{239}$Pu:

$$(4.45 \text{ Bq}) (8.33 \text{ mrem/Bq})$$

or 37 mrem. The average annual dose would be about 37 mrem/50 year commitment period or 0.74 mrem/year.

A simple approach for resuspension again uses the total soil deposition of 10$^3$ Bq/m$^2$ at the location of interest. We have not explicitly measured resuspension factors at Rocky Flats, however our vegetation data can be used to estimate a value because we have shown resuspension to be the primary contamination pathway for vegetation. This calculation asks what resuspension factor would be necessary to give the observed levels of plutonium on vegetation, given a measured soil inventory at the same location, and assumed values for an air to plant deposition velocity ($V_d$) and a weathering loss rate constant ($k_w$). There is ample literature to support a $V_d$ of 0.2 cm/sec (173 m/day) to vegetation and a $T_w$ of 14 days, giving a $k_w$ of $4.95 \times 10^{-2}$/day. It can be easily shown that the resuspension factor (RF) can be estimated from:

$$RF = R_{(plant/soil)} \, k_w/V_d$$

where

$$R_{plant/soil} = \text{Bq Pu/m}^2 \text{ (plant)/Bq Pu/m}^2 \text{ (soil)}$$

Our measured values for R have averaged about $1.1 \times 10^{-4}$ since 1972. Therefore, using these values in the expression above, we obtained a RF of $3.1 \times 10^{-8}$/m, which we feel to be a reasonable value for aged deposits. This calculation thus proceeds to multiply the soil deposition of 10$^3$ Bq/m$^2$ by $3.1 \times 10^{-8}$/m to get a mean air concentration of $3.1 \times 10^{-5}$ Bq/m$^3$. Multiplying

13

this value by $8.4 \times 10^3$ m$^3$/year inhaled, 1/3 time outdoors, and 0.25 deposited in the pulmonary region, we obtain an annual pulmonary deposition of $2.1 \times 10^{-2}$ Bq. Multiplying $2.1 \times 10^{-2}$ Bq/year by 8.33 mrem/Bq as before, we obtain 0.17 mrem/year from inhalation of resuspended soil.

The two inhalation pathways therefore, could conceivably lead to annual effective doses of about 0.74 + 0.17 mrem/year or approximately 1 mrem/year. If we had started these calculations with the mean global fallout background Pu deposition of about 63 Bq/m$^2$ instead of $10^3$ Bq/m$^2$ for the maximum residential location, we would have calculated an effective dose rate of about 0.06 mrem/year, which is similar to the value of about 0.1 mrem/year calculated for the U.S. population by NCRP (Report 93, 1987), especially considering that we did not calculate dose from the ingestion pathway here. This calculation is reasonably consistent with the urine data, where it can be shown that the highest urine value measured to date would imply an effective dose rate of roughly 0.1 mrem/year from plutonium.

We believe it is evident from the data on naturally occurring alpha emitters in soil (Chapter 11) and the geographic variations in natural background in the Denver area (Chapter 12), that the actual doses to off-site residents from plutonium of RFETS origin are, by comparison, likely to be very small. Historical data on plutonium concentrations in small mammals living on extremely contaminated soil at the edge of the 903 Pad illustrated some 20 years ago that this element does not tend to enter the body very readily.

14

The State of Colorado has for a number of years promulgated a guideline for plutonium in soil of 2 dpm/g or 33 Bq/kg. Levels of plutonium in surface soil that are below this guideline have been considered to be below a level that might warrant consideration in the use and development of the land. The average levels of plutonium ($^{239,240}$Pu) in 0-3 cm surface soil that we measured offsite exceeded this value in only two study macroplots, DX1 (95 Bq/kg) and DX2 (34 Bq/kg), although one of 4 microplots at FX2 had a value of 50 Bq/kg, with the mean value being 30 Bq/kg (Appendix C). No other macroplots in our offsite study area were found to have mean surface soil plutonium levels over 33 Bq/kg. Macroplots DX1 and DX2 are 2.76 and 3.17 km due east of the 903 Pad, while macroplot FX2 is 3.66 km southeast of the 903 Pad. None of these macroplots are near residential structures, and in fact macroplots DX1 and DX2 are on government-owned land (Fig. 1). On macroplot DX1, the natural alpha radioactivity in 0-3 cm soil, assuming equilibrium of $^{238}$U and $^{232}$Th with all their daughter products, can be shown, based on data in Chapter 11, to be approximately 1,200 Bq/kg (excluding Rn isotopes), a factor of over 100 times higher than the plutonium activity. Several of these natural daughter products have a generally higher biological mobility than plutonium and $^{232}$Th has a higher inhalation dose conversion factor than does $^{239}$Pu.

*F. Ward Whicher*

*21 November 1996*

15

# SOIL SAMPLING SITE CHARACTERIZATION
## NEAR THE ROCKY FLATS PLANT

James M. Stone
Scott B. Webb
F. W. Whicker

Colorado State University

Department of Radiological Health Sciences

Radioecology Group

November 21 , 1994

## INTRODUCTION

Interpretations of radionuclide concentrations in soils must take into consideration variables that may affect inventories and distributions in the profile.  Variations in soil type, density, and moisture; vegetation density, and type; and other factors such as slope, stoniness, land use practices, disturbance levels, soil erosion and deposition may influence transport distribution of radionuclides in the environment.

We sampled soils at and near the Rocky Flats Plant (RFP) to examine the spatial distribution of plutonium. Historic releases occurred at the RFP between 1957 and 1969. The largest was windblown contaminated soil from the 903 Pad, a former oil drum storage area (Hammond 1971, Seed et al. 1971, Krey and Hardy 1970, Krey 1976, and Hohenemser 1987).

The focus of this report is soil sampling and site characterization results found during the sampling phase of the project.  Comparisons of the characteristics at the different soil sampling locations will aid in the interpretive phase of the radionuclide distribution and transport studies.  Also, an understanding of the site characteristics of the general area could help in better-understanding the possible health risks associated with the RFP.

## SOIL SAMPLING AND PREPARATION

### Overview

A sampling plan was developed to examine plutonium and other radionuclide distributions in undisturbed lands:
1) along four transects east of the 903 Pad at RFP in the

prevailing downwind directions, 2) in ten populated communities around the Denver-Boulder-Golden area, 3) in previously studied areas near the 903 Pad that were sampled several times in the past, and 4) in ten locations sufficiently removed from Rocky Flats to represent background levels of global fallout along the Front Range of Colorado (Figures 1 - 5). Where possible, undisturbed properties were selected for soil sampling in order to get a record of depositional history from global fallout and any contributions from the RFP.

<u>Transects East of the RFP</u>

We sampled along three transects that each begin at the 903 Pad on RFP (onsite) and extend to the east (offsite) for approximately 20 km in the directions of 90°T (due east), 60°T (northeast), and 120°T (southeast). A fourth transect extends from the southern boundary out to 20 km at 150°T (south-southeast) from the 903 Pad (Figures 1 and 2).

Along each of these transects are 6 to 13 soil sampling locations referred to as macroplots. The macroplots are spaced at exponentially increasing distances from the 903 Pad. Each macroplot consists of a 10 m x 10 m area within which four 1 m x 1 m microplots were randomly selected for collecting vegetation and sampling soils from the surface to depths of 3 mm, 3 cm, and 21 cm.

Inside the RFP buffer zone boundaries (Figure 2), each of the four microplots were sampled (Figure 6). Samples consisted of 3-mm deep layers, utilizing the Colorado Department of Health (CDH) method over a 1 m by 0.5 m area (5000 cm$^2$), and a 21-cm deep profile taken as 7 layers or lifts (each 25 cm x 15 cm x 3 cm). For locations outside the RFP buffer zone boundaries (offsite), one microplot was sampled in the same manner as onsite and 3 microplots were sampled as shown in Figure 7. These 3 microplots differ in that the 21-cm deep profile was taken as one sample (5 cm x

2

our model (named "PATHWAY") is functional, many of the findings from our work, as well as information compiled by other contractors of the Colorado Department of Public Health and Environment, needs to be incorporated into the modelling effort if the most credible results are to be obtained. We expect to complete this work by the end of 1997. The urine bioassay results will be used to provide an independent test of the accuracy of the model predictions. Some preliminary comments on expected doses to the public, based on very simplified screening calculations, are presented in this summary.

Findings to Date

Soil Studies

A considerable effort was made to provide qualitative and quantitative descriptions of each soil sampling site. It is clear that historical use and disturbance of the land, soil type, slope, vegetation cover, and numerous other factors can modify the depth distribution and total inventory of soil contaminants. This type of information, as well as details of the soil preparation procedures, are documented in Chapter 1. This information has been used extensively in the interpretation of the radionuclide distribution data. We do not plan to prepare a scientific publication based solely on the information in Chapter 1.

The work on the spatial distribution and inventory of plutonium in soil is documented in Chapter 2. The QA/QC results, chemical procedures, and raw data are also presented in Appendices A-C in Chapter 2. This chapter consists of three main parts: (1) A manuscript on the spatial distribution of plutonium in soils (Health Physics, in press), (2) A manuscript on inventory estimates and (3), a paper defining sources of plutonium, based on isotopic ratios

3

1980). Detailed sampling procedures for this project are summarized in Appendix A.

## Community Samples

Soil samples were taken in ten communities in the RFP area for plutonium analysis (Figure 3). At these locations, a 0-3 cm deep surface soil lift and a 0-21 cm deep soil column were taken. In-situ gamma spectroscopy measurements were also obtained at each of these locations.

## Previous Study Areas

Seventeen areas along the eastern and southern boundaries of the RFP Buffer Zone were selected for soil sampling as previous study areas (Figure 4). Each of these locations have areas equal to approximately 1/4 of a section. These areas have been sampled several times by RFP contractors since the early 1970's (Dow, 1972; Dow, 1973-1975; Rockwell 1975 - 1988). These areas were involved in the Church litigation of 1985. Most of the soil samples analyzed from these areas in the past were 0-5 cm deep.

Replicating these studies, we also took 0-5 cm deep soil samples (10 cm x 10 cm x 5cm lifts) using the RFP method (DOE 1980). The CSU-RG sampling consisted of compositing 10 randomly selected samples from each of the 17 areas (Figure 4). Portions of the land, near the east entrance to RFP, were plowed to test this as a remediation method for reducing plutonium levels. In these remediation areas, samples H12 and H13 were composited from the undisturbed soils between the plowed strips. Soil samples H14 and H15, were 0-5 cm deep samples composited from soils within the plowed strips. All other previous study area locations were selected by land use type. Some are still undisturbed areas except for minor disturbances from pasturing in the past while others were tilled until 1985

4

for crop farming.  These are covered in more detail in the site characterization portion of this paper.

## Background Locations

Ten undisturbed locations were selected along the Front Range of Colorado between the Wyoming-Colorado Border and Colorado Springs (Figure 5).  Ten microplots were randomly selected at each background location.  At each microplot, vegetation biomass samples were collected and the soils were sampled at depths of 0-3 mm, 0-3 cm, and 0-21 cm.  Then the 10 microplots were composited by lift type.  These microplots were all collected as per Figure 7.

## Soil Preparation

Soils were prepared for analysis by drying, sieving to <2 mm, homogenizing, and grinding.  Aliquots were split for Pu and gamma spectroscopy analysis.  Figure 9 is a flow chart illustrating the soil preparation scheme.  Detailed procedures are provided in Appendix B.

## Quality Assurance / Quality Control

Quality assurance and quality control (QA/QC) procedures for the soil sampling, site characterization, and soil preparation phase of this project have been summarized in Appendix C.

## SITE CHARACTERIZATION

## Overview

Characteristics recorded at all sampling sites included features such as location, land use, land disturbance levels, landform, slope, vegetation cover and biomass,

5

in the same catagory, large flowering yucca plants were good indicators that land had not been tilled in recent years.

The vegetation was photographed with a 35 mm camera at 1 m above the surface for each microplot before sampling the soil. The slides were later projected onto a grid to calculate percent cover by the point count method (Branson, 1962). Median values for percent vegetation cover were approximately 85% at onsite, offsite, and background sampling locations (Table 2). Plant coverage at the community sites and previous study areas averaged approximately 75 and 65%, respectively. Comparisons of means suggest that no significant differences exist between onsite, offsite, community, and background locations (p = 0.198) with respect to percent vegetation cover.

Biomass measurements were made for vegetation collected at onsite and offsite transect locations and at background locations after drying the material at $110^\circ$ C for 24 hours (Appendix D). Median values for onsite and offsite transect locations were 268 and 258 dry g/m$^2$, respectively. Background locations were comparable, with a median value of 284 dry g/m$^2$. Statistical comparison for biomass measurements indicates there is no significant difference between onsite, offsite, and background areas (p = 0.642).

### Land Use and Disturbance Levels

Land usages are summarized in Appendix D for each of the macroplot locations. Some locations have more than one designation. An example would be land once overgrazed that has returned to a more natural state as native grasses reappear. The macroplots were photographed to provide documentation of disturbance and land use.

Disturbance levels were ranked from undisturbed natural areas (level 1) to highly disturbed areas where the soil profile had been destroyed (homogenized) by tilling in the past (level 5). Disturbance is generally associated with land use. For example, overgrazed land is likely to become

more disturbed with time as invader plants have more room to succeed, and often the land becomes infested by prairie dogs due to the shortened grass height.  Disturbance levels are listed in Appendix D based on field characteristics (See Key for Appendix D).  Most locations sampled showed disturbance levels of < 2.  Disturbance levels < 3 are suggestive of minimal erosion conditions and should maintain a depositional history indicative of relatively undisturbed soils suitable for profile sampling.  A comparison of disturbance levels between groups indicated no significant difference (p = 0.326) between onsite, offsite, community, and background locations.

Previous study areas had the most disturbance of the sampling locations with 7 of 17 composite areas tilled in the past.  This group was sampled to a depth of 5 cm to be compared to sampling done in the past by RFP and should not be directly compared with the other groups in this study.

<u>Slope and Landforms</u>

Median values for slope angle and direction are reported for each soil sampling location (Appendix D). Level to shallow-sloped (<5$^O$) lands were preferred for soil sampling due to the direct relationship between slope angle and erosion potential of soils  (Miller and Donahue 1990). All except three locations had slopes less than 5$^O$.  Median values for slope angles found in the different sampling groups, sampled for soils were 2.75$^O$ for onsite transects, 2.5$^O$ for offsite transects, and 2.0$^O$ for community, background and previous study locations (Table 2).  Analysis of variance (ANOVA) comparisons of slope measurements for onsite, offsite, community, and background sampling areas had a p value of 0.961 suggesting no significant difference between these groups.  The slopes for most locations dip  in an easterly direction, consistant with most of the prairie lands along the Front Range of Colorado.

9

Landforms were noted at each location to distinguish between hilltops, midslopes, and valley floors (Appendix D). Top and midslope areas consist generally of well- drained soils compared to tighter soils more typical of valley floors. Care was taken to limit top and midslope sites to broad, flat areas whenever possible, and to stay away from areas in valley floors that tend to pond or puddle. Similar percentages of each land type were used for the onsite and offsite transect portion of this study. Valley floors were sampled less frequently for community and background locations. Many of the previous study composite areas contained at least 2 or 3 of the designated landforms. The four cardinal directions were photographed across the center of the macroplots to provide additional documentation of the sampling site with respect to landforms in the surrounding area.

<u>Soil Type and Soil Profiles</u>

The surface soils sampled ranged from cobbly and gravelly sandy loams to clay loams with the latter dominating most locations (Appendix D).  Figure 10 illustrates the relationship of the sand-silt-clay compositions to these soil types. Clay loams are more cohesive than silty and fine sandy soils making them less susceptible to erosional effects of raindrop splash, overland water flow, and wind. Clay loams were found at 67% of onsite transect locations, 67% of offsite transect locations, 70% of community locations, and 60% of the background sites. Almost all of the previous study areas contained clay loam soils. The remainder of the soils at all locations were sandy loam to loam soils except for one (FX4) which consisted of almost all clay. Cobbly and gravelly sandy loams tend to be found on terrace slopes and broad mesa-like hilltops such as found at the 903 Pad at the RFP. Clay loams typically have formed on hillsides and valley floors.

hardpan is reported in Appendix D.  These resistant layers were found within the top 21 cm of profiles at approximately 50% of the locations sampled.  Most occurred below a depth of 15 cm but were found as shallow as 8 cm.  Chi-square comparisons of the soil sampling groups were made for the presence or absence of hardpans in top 21 cm of the soils. No significant differences existed (p = 0.6).

The presence of caliche zones ($CaCO_3$ accumulations) were noted for approximately 40% of the onsite and offsite transect locations, 30 % of background locations, and 10% of community sites (Appendix D).


Percent Rock

One of the more unique soil sampling problems encountered by this project was the abundance and large size of rocks at some of the sampling locations.  This often rendered standard soil sampling techniques unworkable. Plutonium and other radionuclides tend to attach to very small soil particles (<0.5 mm) and not the rock fraction (>2.0 mm).  The presence of large amounts of rock in the soil profile displaces soil and therefore reduces the quantity of soil that contaminants can sorb to.  Large rocks in some soils may also provide an additional conduit for water movement and consequently affect radionuclide transport.

Rock percentages (Appendix D) were determined by sieving the rocks from a 25 cm x 25 cm x 21 cm trench excavated in front of each soil profile sampled.  After determining rock density, percentages were determined by volume.  The largest rock at each location was also noted. Rock varied from 0.2% to 75% by volume and up to 30 cm in diameter.  Almost all rocks were rounded to subangular and of granitic composition typical of alluvial fan material. Although background locations generally contained less rock

12

than found in the RFP area, the average size of the rocks present were similar in all groups sampled (Table 2).

<u>Soil Density</u>

Bulk density samples were collected at each location using a displaced volume technique (Appendix E). After measuring the volume, drying the collected soil for 24 hours at 110° C, and weighing, the bulk density was determined by:

$$\text{Bulk Density} = \frac{\text{(Mass of dried soil sample including rock)}}{\text{(Volume of the soil sample including rock)}}$$

Bulk density measurements thus estimated were not useful for our needs because the samples contained varying amounts of rock. Since Pu would not be present in rock material, the bulk density calculation (including rocks) overestimated the density of soil and the total Pu inventory calculation (rocks are generally over 2.5 times more dense than most soils). Soil density information is also important for proper evaluation of the in-situ gamma measurements. Therefore, the rocks > 2 mm were sieved from the soil density samples and rock volumes determined in order to adjust the soil volumes to reflect the soil density (dry g/cm$^3$) without rocks. Adjusted soil densities were calculated as follows:

$$\text{Adjusted Soil Density} = \frac{\text{(Soil \& Rock Mass) - (Rock Mass)}}{\text{(Soil \& Rock Vol.) - (Rock Vol.)}}$$

Adjusted soil densities were measured for the top two layers (0-3 cm and 3-6 cm) of the soil profile at every location. These top two layers were most important because the majority of Pu (up to 75%) typically would be found in the top 6 cm of the soil (Webb 1992). Adjusted soil density data were collected to a depth of 12 cm at several locations. Figure 11 is a box plot diagram for all soil

13

densities collected in the top 12 cm of soil and illustrates
how soil density typically increases at a decreasing rate
with depth in the study area.

Variation associated with estimating a soil density was
determined at one location (Figure 12). Seven soil density
measurements were taken at the same macroplot, by the same
operator, and at various soil moisture conditions over a
two-month period. Each time the measurements were made on
the top four layers of the soil (each layer was 3 cm thick).
The coefficients of variation in adjusted soil density
measurements for each layer in the profile were 7, 8, 7, and
6% in the top four layers, respectively. These variations
were a reflection of soil/rock variation over the macroplot,
soil moisture variation over time, and operator/instrument
error. Adjusted soil density measurements at all sites,
however, would likely be subject to similar uncertainties.

Similarities between onsite, offsite, community, and
background locations were tested. No significant
differences were found for soil density measurements between
the sampling groups for the 0-3 or the 3-6 cm layers.

## Soil Moisture

Samples taken for soil density measurements also
doubled for soil moisture measurements. Soil moisture
levels (mass water content) were determined gravimetrically
($110^\circ$ C for 24 hrs), then adjusted for rock content
(Appendix D). Adjusted moisture contents were determined
by:

$$\text{Soil Moisture \%} = \frac{(\text{Wet Soil \& Rock Mass}) - (\text{Dry Soil \& Rock Mass})}{(\text{Dry Soil \& Rock Mass}) - (\text{Rock Mass})} \times 100$$

This calculation assumes moisture in rock to be negligible.
Collection of soil density/soil moisture samples was always
coincident with the in-situ gamma spectroscopy measurements

11/21/97   FRI 16:20 FAX 773 702 3022          U of C Library                                    ⓦ022

The specific goals of this work were (1) to develop a mathematical model, based on extensive sampling, to predict soil concentrations of $^{239,240}$Pu as a function of distance and direction from the 903 Pad, and at any soil depth down to 21 cm; (2) to develop a constant to convert surface (0–3 cm) soil concentrations to total deposition per unit area (Bq m$^{-2}$); (3) to measure the volumes of soil occupied by rocks (> 2 mm) and soil bulk densities as a function of soil depth and other variables to allow more precise estimates of total deposition; and (4) to compare plutonium concentrations in the main plume of contamination to those in eleven nearby communities and ten "background" locations.

## METHODS

### Study area

The main study area was established in the eastern part of the RFETS buffer zone (~30 km$^2$ area of land used to separate the public from plant operations) and in the northwestern part of the greater Denver metropolitan area, including portions of Boulder, Jefferson, Adams and Denver Counties (Fig. 1). The topography of the on-site lands is characterized by a series of flat, wind-scoured, alluvial plateaus divided by five separate water drainages (Little and Whicker 1978) while the off-site terrain studied to the east is typically more gently rolling than the RFETS site and generally slopes away from it. Land uses in the study area have ranged from high density residential to agricultural, including light industrial, recreational and open space. The strongest winds are generally from the west and northwest (Rockwell 1985). More complete descriptions of the site, including data on geology, soils, climate and biota, are available (U.S. DOE 1980).

### Sampling

The soil sampling plan was designed to provide data that could be used to develop mathematical relationships between plutonium concentrations and distance and direction from the 903 Pad. Six to thirteen 100 m$^2$ macroplots were spaced at exponentially increasing distances from the 903 Pad along each of four transects. The transects followed azimuths of 60°, 90°, 120°, and 150° T (true bearing), and all but the 150° T transect extended from 0.2 to approximately 19 km from the origin (Fig. 1). On-site sampling along the 150° transect was not conducted because of the history of soil disturbance in that area. A review of recent work (Litaor 1993) indicated that the primary plume of contamination extended almost due east of the 903 Pad, and that these azimuths should capture most, but not necessarily all of the plutonium inventory. Since accurate estimates of concentrations and deposition per unit area depended on soil profiles that had not been physically disturbed, sampling sites were selected in natural, undisturbed areas where possible. Lack of disturbance was judged primarily by the plant community composition, which is expected to be typical of the shortgrass plains. We also used historical land use information when available. Soil types were described during the actual sampling; the majority (67%) turned out to be clay loams, but gravelly sandy looms occurred more frequently near the 903 Pad (Stone et al. 1994).

One particular interest was the evaluation of the spatial sampling variance in the plutonium data to enable quantification of uncertainty in the study results. To accomplish this, samples were replicated at four randomly located, 1 m$^2$ microplots within each macroplot (Fig. 2). The general sampling procedure was to (1) clip the standing vegetation at ground level inside a 1,250 cm$^2$ frame, then scrape ~ 3 mm of surface soil using the CDH scoop and template method (CDH 1977); (2) clip the standing vegetation at ground level inside a 625 cm$^2$ frame then excavate a 25 cm long × 10 cm wide area of



Fig. 1. Map of the study area near Rocky Flats, CO. Samples were collected from macroplots (squares) along four transects, from various communities (triangles), and from background locations (X) along the Front Range. The maps are not to scale.



Fig. 2. Four microplots were randomly located inside each macroplot for the purpose of replicating samples at the sites and estimating sampling and spatial variability. Vegetation and soil from different depths were collected from each of the four microplots.

Case No. 1:90-cv-00181-JLK   Document 1398-55   filed 07/11/05   USDC Colorado   pg 26 of 31

central part of the major communities surrounding Rocky Flats (Fig. 1). Again, undisturbed natural areas were sought for sampling (Stone et al. 1994).

## Analysis

The soil preparation procedure was to dry, sieve to <2 mm, homogenize, grind, split, and package the samples for shipment to an escrow agent to ensure analyses in the "blind." The specific procedures for preparing and analyzing soil samples for plutonium were developed in prior projects (Webb 1992) and modified for the current investigations. The most significant improvements in plutonium analysis were a batch-leaching procedure developed to accommodate soil sample sizes up to 50 g (Ibrahim, Webb and Whicker 1992) and the use of passivated ion-implanted surface barrier detectors for the alpha spectroscopy. Although the concentration calculation methods employed in the current investigation were based on earlier work (Sill 1971), the reported uncertainty included all sources of counting and other laboratory error in the concentration measurements, i.e., the uncertainty values are statistical estimates of the cumulative laboratory error.

## Quality assurance/quality control

The Quality Assurance/Quality Control Program had the goal of providing confidence in the quality of the results, both by control of sample collection and analysis and by adequate replication to determine and quantify sources of variance and error (Whicker et al. 1991). The first component of the program was the utilization of an escrow agent to replace sample field codes, which contained location information, with randomized laboratory numbers. Thus, all samples were analyzed in the blind.

An internal tracer to track chemical yield, $^{242}$Pu purchased from the National Institute of Standards and Technology, was added to each sample and a reagent blank sample was processed identically with most batches of six to eight samples. The distribution of activities in the blanks was as expected, i.e., heavily skewed towards lower values. The median $^{239,240}$Pu activity for all acid blanks was 0.5 mBq ($n = 146$) and 75% of all the blanks had activities less than 1.9 mBq. All samples processed with acid blanks having activities greater than 5 mBq were rejected and reanalyzed.

Replicate analysis was used to determine the degree of homogeneity of the samples and laboratory precision. Sixty-seven samples were homogenized, split and sent through escrow to be used as blind replicates. Approximately 69% of the pairs of $^{239,240}$Pu determinations are in agreement with one another ($\alpha = 0.005$). The pairs that did not statistically agree were random over the entire range of concentrations observed, i.e., were not clustered. The discrepancy between replicated samples may have been due to incomplete homogenization or laboratory error. In every case, the third analysis did not provide a reason for rejecting either of the first two

replicates, and all three values were used for further data analysis.

Participation in several interlaboratory comparison exercises with the International Atomic Energy Agency (Ballestra et al. 1991, 1993, 1994) and others (Simon and Graham 1993) was a key element in the QA/QC program. Seven samples of contaminated soils and sediments in four different exercises were analyzed with none of our $^{239,240}$Pu values being statistically different than the reported mean (or median) value. The results indicated that the analysis method used during this study provided values which were in excellent agreement with the participating international laboratories.

## RESULTS

### General results

Approximately 1,400 individual plutonium measurements were made during the project.

All sets of grouped data (e.g., grouped by depth, distance, etc.) were first tested for normality, homogeneity, etc., and then the appropriate parametric or nonparametric tests were applied. Since $^{239}$Pu and $^{240}$Pu could not be resolved by the detector systems used during the project, all values reported as $^{239}$Pu will also include $^{240}$Pu. We also measured $^{238}$Pu in all samples, however these are not reported here since the mean $^{238}$Pu:$^{239,240}$Pu activity ratio was only 0.017.

Plutonium concentrations decreased rapidly with depth into soil and with distance from the 903 Pad. The mean concentrations ranged from ~40 Bq kg$^{-1}$ to ~4 kBq kg$^{-1}$ in 0–3 cm deep soil on the RFETS. Values ranged from background levels (~2 Bq kg$^{-1}$) to ~120 Bq kg$^{-1}$ in surface soils off-site. The greatest off-site concentrations of $^{239}$Pu have been found just east of the RFETS. These areas have been previously described (U.S. DOE 1991). The plutonium contamination plume appeared to extend approximately due east of the RFETS since concentrations were elevated substantially along the 90° T transect relative to values along all other transects, as well as to the community and background locations. The means and standard deviations for $^{239}$Pu concentrations in 0–3 cm soil are given for each macroplot along the three main transects in Table 1. Results for the 150° T transect were all near or below background concentrations and thus not shown in Table 1 (They are plotted in Fig. 4).

Concentrations of $^{239}$Pu measured in surface soils from background locations ranged from 1.1–4.6 Bq kg$^{-1}$ with a mean value of 2.1 Bq kg$^{-1}$ (Table 1). Mean concentrations of $^{239}$Pu in 0–3-cm-deep soil taken from the ten community sites were slightly greater (mean value of 2.3 Bq kg$^{-1}$) than our mean background estimate but not significantly different from it ($p = 0.17$, Mann-Whitney Rank Sum Test). A range of previously reported values of $^{239}$Pu in background soils near Rocky Flats was approximately 0.3–4.5 Bq kg$^{-1}$ (Schmidt 1995). Specific trends in the plutonium data were explored in greater detail through statistical models.

Case No. 1:90-cv-00181-JLK   Document 1398-55   filed 07/11/05   USDC Colorado   pg 27 of 31

52.7 kgm$^{-2}$ m$^{-2}$ (kilograms of plutonium bearing soil per square meter). It was also evaluated to infinite depth using a gamma function (Råde and Westergren 1990) with the result of 53.1 kg m$^{-2}$. The results differed by less than 1%, therefore, one may estimate the deposition at any location in the study area by multiplying the $^{239}$Pu concentration in the 0–3 cm layer by 53 kg m$^{-2}$, or

$$I^{g,D} = 53[^{239}Pu]^{g,D}_{0-3\,cm}(Bq\ m^{-2}). \qquad (6)$$

The above equation is applicable when rocks (> 2 mm) are ignored. It is reasonable to assume (Little and Whicker 1978) that rocks do not contain a significant quantity of plutonium; therefore, any estimate of deposition must be adjusted by the volume of soil displaced by rock. The median percent of the volume occupied by rocks at each macroplot is plotted as a function of distance in Fig. 7.

The rock volume appeared to decrease as a power function with distance from the 903 Pad ($r = -0.67$), thus the final equation for deposition adds the rock volume estimation to eqn (6) as shown:

$$I^{g,D} = 53(1 - 0.45D^{-0.21})[^{239}Pu]^{g,D}_{0-3\,cm}(Bq\ m^{-2}). \qquad (7)$$

This deposition model, which relied on empirical distance, direction, and depth functions, was tested by predicting a 0–21 cm inventory at 50 individual microplots outside the RFETS boundary and comparing those values to the 0–21 cm samples collected and analyzed from those sites. The concentration values from these samples were not used to derive the equations, thus they served as a legitimate test of the model. The soil density for the 0–21 cm sample was calculated by dividing the weight of the prepared soil by the estimated volume of 525 cm$^3$. The results of the model prediction (Fig. 8) are in reasonable agreement with the estimated values.



**Fig. 8.** The inventory model (eqn 7) was tested by predicting the $^{239}$Pu inventory to a soil depth of 21 cm at 17 off-site macroplots and comparing the values to measured inventories from 0–21 cm deep samples collected there. The model somewhat overestimated the measured inventories, but there was no statistically significant difference between the two groups ($p > 0.78$, $t$-test on log transformed values).

### Environmental sampling variance

The degree of variation in $^{239}$Pu concentrations for 0–3 cm soil was compared at each 100 m$^2$ macroplot using the coefficient of variation[‡], or CV (Table 1). There was no correlation between CV and distance from the 903 Pad ($p = 0.99$), nor was there a correlation between the CV and transect direction ($p = 0.35$). The median CV in $^{239}$Pu concentrations in 0–3 cm soil throughout the study area was 33%, but values ranged from 12 to 98%. Little (1976) and Webb (1992) reported the CV in 0–3 cm soil concentrations near the 903 Pad as 73% and 36%, respectively ($n \geq 8$). In comparison, the mean analysis CV for the ~1,400 individual $^{239}$Pu concentration measurements was only 8%; consequently, the estimated error for any value generated by the above equations should be dominated by the environmental and sampling variance over the analytical errors.

### DISCUSSION

**Plutonium depth distribution in soil**

The equation developed to estimate the $^{239}$Pu concentration at any depth from the 0–3 cm value (eqn 1) is simply an empirical, mathematical description and not necessarily a reflection of specific mechanisms. The two component exponential within eqn (1) was required to model the trend in the concentrations below ~9 cm to decrease at a slower rate, and the fourth power term allowed the model to predict slightly lower concentrations in the 0–3 mm layer. Krey et al. (1977) sampled very thin layers of soil at the surface (to a depth of



**Fig. 7.** The volume of rocks (> 2 mm diameter) in soil to a depth of 21 cm was measured at each microplot throughout the study area. The data shown are the median percent rock volumes from each macroplot. A significant correlation ($p < 0.001$) was found between distance and rock volume.

‡ The coefficient of variation, CV, is defined as the standard deviation divided by the mean (Rosner 1986).

Case No. 1:90-cv-00181-JLK   Document 1398-55   filed 07/11/05   USDC Colorado   pg 28 of 31

several millimeters) and recognized that the peak concentration of $^{239}$Pu occurred below the surface of the soil in a few plots on the RFETS. The current study, however, includes 0–3 mm deep concentrations with the soil profile data in an area extending from the 903 Pad to the populated regions near Denver. Nonetheless, the observed rapid decrease in $^{239}$Pu concentration with depth into soil was similar to profiles reported by virtually all of the previous investigators of RFETS plutonium contamination (Krey and Hardy 1970; Krey et al. 1976; Krey et al. 1977; Little 1976; Webb 1992; Webb et al. 1993; Litaor et al. 1994).

We are not certain about the quantitative significance of the various possible mechanisms that cause and control the soil depth profiles for plutonium. Nevertheless, it is interesting that the general pattern was quite consistent in our study, even though a large range of soil types occur over the study area (USDA 1975). Webb (1992) argued that some of the initial plutonium may have been in a more soluble, chloride form when it was deposited, which would allow it to penetrate into the soil rapidly at first, then bind to the soil as it became oxidized. Regardless of the mechanisms which caused the observed depth structure, the plutonium appears to be bound tightly to the soil, under normal oxygenated conditions, and is not subject to transport other than with the soil, e.g., soil erosion (Webb 1992), colloid movement (Bates et al. 1992), biotic perturbation (Litaor et al. 1994; Winsor and Whicker 1980), and soil cracking (Higley 1994). Rare events, such as prolonged saturated conditions, could potentially alter the plutonium oxidation state and cause some mobility of dissolved forms.[8] The relatively uniform concentration of plutonium over the first 2 cm is suggestive of some on-going natural mixing process in that region.

### Spatial distribution of plutonium in soil

Little (1976) was able to model the decrease in plutonium concentrations with distance as a power function using limited data on two transects, each less than 500 m long. That model held quite well for this study over much greater distances and for several directions of plutonium dispersion (eqn 2). This study, however, added the directional azimuth to distance as an additional independent variable to describe the spatial distribution of plutonium in surface soil near the RFETS (eqn 3). Although eqns (1) and (3) are complex and completely empirical, they may be used to estimate $^{239}$Pu concentrations at sites within the study area which were not sampled. However, these equations should be used only in the region from 60° T to 120° T and from 0.2–19 km, since data outside this area were not used to generate the model. It is also clear from Fig. 5 that plutonium concentrations $< 5$ Bq kg$^{-1}$ are much less accurately predicted than the higher levels near the contamination source.

The basic spatial pattern of plutonium dispersion observed in this study is consistent with recent investigations which indicate a main plume extending almost due east of the 903 Pad (Litaor et al. 1994; Litaor 1995a; Litaor et al. 1995). In our current study, the highest concentrations were estimated to be in the 94–100° T direction from the 903 Pad (eqn 3), supporting the premise that the plutonium contamination plume was mainly to the east, at least for distances up to several km. We did not observe evidence of a southeast-trending plume as was reported by Krey and Hardy (1970) and Krey (1976), as all samples taken along the 150° T transect were near or below our estimate of global fallout background levels for the region. Furthermore, the trend of soil concentrations vs. distance along the transect was not significant (Fig. 4). Our 0–3 cm soil values for two communities in the southeasterly direction, Arvada and Wheatridge, were 1.4 and 1.1 Bq kg$^{-1}$, respectively, both below our regional mean background estimate of 2.1 Bq kg$^{-1}$. Our data, however, are not adequate to conclude the lack of a southeast plume because of the limited number of primary sampling locations (Fig. 1) and the lack of on-site samples in this direction due to considerable soil disturbance in the area. The controversy (Hardy and Krey 1995; Litaor 1995a; Litaor 1995b) concerning such a southeast plume cannot likely be settled conclusively without additional sampling in that region.

This paper describes the recent distribution of $^{239}$Pu near Rocky Flats, but levels of plutonium in surface soil (0–3 mm and 0–3 cm depths) may have decreased from earlier studies. Terry (1994) reported a steady decline in $^{239}$Pu concentrations throughout the RFETS and surrounding area in surface soils since 1970; however, inconsistencies in the sampling depths over the years could explain the seemingly reduced levels he observed (Jones and Zhang 1994). Decreases in $^{239}$Pu concentrations in vegetation, litter and 0–3-cm-deep soil over a 17-y interval were observed for a single macroplot near the 903 Pad, and it was hypothesized that erosion may account for the apparent loss (Webb 1992). Overland or surface flow of precipitation was directly observed on that site in 1995,[8] but evidence of severe erosion was absent from the well-vegetated plots sampled during the current study. More study is required to understand the nature, importance, and magnitude of the potential mechanisms of plutonium loss from surface soils around the RFETS.

### CONCLUSION

To the best of our knowledge, this is the first comprehensive soil study around Rocky Flats to perform careful measurements of soil bulk density vs. depth and rock volume vs. distance for incorporation into deposition and ultimate inventory calculations (to be dealt with in a future paper). We believe the dry bulk density vs. depth relationship is related to the increased organic matter content of near-surface soil. The decreased rock content with distance east of the 903 Pad likely reflects

---

[8] Personal communication with M. Iggy Litaor, formerly with the Environmental Restoration Div., EG&G Rocky Flats, Inc., Golden, CO; May 1995.

Webb, Ibrahim, and Whicker                    A Three-Dimensional Spatial Model of Pu in Soil near RF

To make a rough distinction between sources, we compared the plutonium concentrations and deposition estimates near the RFETS to levels at various locations along the base of the Front Range of Colorado.  Ten background sites were selected at locations where only global fallout plutonium would be expected to occur (Fig. 1).  Ten of the following samples were collected and composited at each background site: vegetation, 0-3 mm soil scrape, 0-3 cm deep soil, and 0-21 cm deep soil.  In addition, we measured soil plutonium levels in the central part of the major communities surrounding Rocky Flats (Fig.1).  Again, undisturbed natural areas were sought for sampling (Stone et al. 1994).

Analysis

The soil preparation procedure was to dry, sieve to < 2 mm, homogenize, grind, split, and package the samples for shipment to an escrow agent to ensure analyses in the "blind". The specific procedures for preparing and analyzing soil samples for plutonium were developed in prior projects (Webb 1992) and modified for the current investigations. The most significant improvements in plutonium analysis were a batch-leaching procedure developed to accommodate soil sample sizes up to 50 g  (Ibrahim, Webb and Whicker 1992) and the use of passivated ion-implanted surface barrier detectors for the alpha spectroscopy.  Although the concentration calculation methods employed in the current investigation were based on earlier work (Sill 1971), the reported uncertainty included all sources of counting and other laboratory error in the concentration measurements, i.e., the uncertainty values are statistical estimates of the cumulative laboratory error.

Quality Assurance / Quality Control

The Quality Assurance / Quality Control Program had the goal of providing confidence in the quality of the results, both by control of sample collection and analysis and by adequate

replication to determine and quantify sources of variance and error (Whicker *et. al.* 1991). The first component of the program was the utilization of an escrow agent to replace sample field codes, which contained location information, with randomized laboratory numbers. Thus, all samples were analyzed in the blind.

An internal tracer to track chemical yield, $^{242}$Pu purchased from the National Institute of Standards and Technology, was added to each sample and a reagent blank sample was processed identically with most batches of six to eight samples. The distribution of activities in the blanks was as expected, i.e., heavily skewed towards lower values. The median $^{239,240}$Pu activity for all acid blanks was 0.5 mBq (n = 146) and 75% of all the blanks had activities less than 1.9 mBq. All samples processed with acid blanks having activities greater than 5 mBq were rejected and reanalyzed.

Replicate analysis was used to determine the degree of homogeneity of the samples and laboratory precision. Sixty-seven samples were homogenized, split and sent through escrow to be used as blind replicates. Approximately 69% of the pairs of $^{239,240}$Pu determinations were in agreement with one another ($\alpha = 0.005$). The pairs which did not statistically agree were random over the entire range of concentrations observed, i.e., they were not clustered. The discrepancy between replicated samples may have been due to incomplete homogenization or laboratory error. In every case, the third analysis did not provide a reason for rejecting either of the first two replicates, and all three values were thus used for further data analysis.

Participation in several interlaboratory comparison exercises with the International Atomic Energy Agency (Ballestra, *et. al.* 1991; Ballestra, *et.al.* 1993, Ballestra *et.al.* 1994) and others (Simon and Graham 1993) was a key element in the QA/QC program. Seven samples of contaminated soils and sediments in four different exercises were analyzed with none of our

7

$^{239,240}$Pu values being statistically different than the reported mean (or median) value.  The results

indicated that the analysis method used during this study provided values which were in

excellent agreement with the participating international laboratories.

## RESULTS

### General Results

Approximately 1,400 individual plutonium measurements were made during the project.

All sets of grouped data (e.g., grouped by depth, distance, etc.) were first tested for normality,

homogeneity, etc. and then the appropriate parametric or non-parametric tests were applied.

Since $^{239}$Pu and $^{240}$Pu could not be resolved by the detector systems used during the project, all

values reported as $^{239}$Pu will also include $^{240}$Pu.  We also measured $^{238}$Pu in all samples, however

these are not reported here since the mean $^{238}$Pu/$^{239,240}$Pu activity ratio was only 0.017.

Plutonium concentrations decreased rapidly with depth into soil and with distance from

the 903 Pad.  The mean concentrations ranged from ~40 Bq kg$^{-1}$ to  ~4 kBq kg$^{-1}$  in 0-3 cm deep

soil on the RFETS.  Values ranged from background levels (~2 Bq kg$^{-1}$) to ~120 Bq kg$^{-1}$ in

surface soils off-site.  The greatest off-site concentrations of $^{239}$Pu were found just east of the

RFETS.  These areas have been previously described (U.S. DOE 1991).  The plutonium

contamination plume appeared to extend approximately due east of the RFETS since

concentrations were elevated substantially along the 90° T transect relative to values along all

other transects, as well as to the community and background locations.  The means and standard

deviations for $^{239}$Pu concentrations in 0-3 cm soil are given for each macroplot along the three

main transects in Table 1.  Results for the 150° T transect were all near or below background

concentrations and thus not shown in Table 1 (They are plotted in Fig. 4).