**EXHIBIT 39A**

*Technology*, Vol. 7 pp. 497–507, 2000
Printed in the USA. All rights reserved.

1072-9240/00 $20.00 + .00
Copyright © 2000 Cognizant Comm. Corp.
www.cognizantcommunication.com

# INVENTORY ESTIMATES OF $^{239,240}$Pu IN SOIL EAST OF ROCKY FLATS, COLORADO

Scott B. Webb, Shawki A. Ibrahim, and F. Ward Whicker

Colorado State University, Department of Radiological Health Sciences, Fort Collins, CO 80523

Through extensive geographic and depth-profile sampling of soils, radiochemical analysis, and statistical modeling, we estimated the total inventory of $^{239,240}$Pu released by the Rocky Flats Environmental Technology Site to the soil east of a waste storage area known as the 903 Pad. Our best estimate, which applies only to a sector located between 0.2 and 19 km from the 903 Pad and within an arc from 60 to 120 true bearing, is 53 GBq (1.4 Ci). This value is roughly a factor of two lower than several historical estimates of environmental plutonium contamination of soil in that same area. Our estimate apparently differs from previous work because it includes the effect of soil displacement by rock, which is very abundant in the study area and which contains very little plutonium. We considered most sources of error in calculating the geometric mean and standard deviation using a Monte Carlo approach. The primary source of variance in the total inventory estimation was the statistical uncertainty in the parameter estimations for the equations used to calculate the inventory. This method resulted in a total uncertainty estimate that was greater than estimates reported for previous studies.

Key words: Plutonium; Rocky Flats; Soil contamination; Environmental health risk

## INTRODUCTION

The Rocky Flats Environmental Technology Site (RFETS), located approximately 25 km northwest of Denver, CO, is a U.S. Department of Energy facility built in 1953 to produce triggers for nuclear warheads. Several incidents at the plant led to contamination of certain nearby areas with plutonium, resulting in concern for the health and safety of the public living in the vicinity. However, it wasn't until after investigations of a plant fire in 1969 that the public became generally aware of plutonium releases from RFETS. Public concern was further heightened in 1989 when agents of the federal government raided the plant in an effort to document alleged criminal acts of mismanagement (1). This action, adverse publicity, concerned citizens, pending litigation, and regulatory mandates have all contributed to the need to quantify and understand the inventory, transport, distribution, and health risk of plutonium and other contaminants in the environs of the RFETS.

Part of the trigger manufacturing process required machining plutonium metal, which generated waste in the form of cutting oil contaminated with plutonium. This waste was stored in metal drums in an open field (the 903 area) at the RFETS until 1968 when they were removed due to large-scale leaks and resultant soil contamination. The 903 area was remediated by removing the contaminated soil and paving the site with fill material and asphalt in 1969. The asphalt containment became known as the 903 Pad. Air sampling data from 1969 suggested that winds (predominantly from the west) dispersed the contaminated soil during the remediation project (2).

Address correspondence to Scott B. Webb, Carlsbad Environmental Monitoring & Research Center, New Mexico State University, 1400 University Drive, Carlsbad, NM 88220. Tel: (505) 234-5538; Fax: (505) 887-3051.

Researchers investigating possible plutonium releases from a 1969 fire at the plant reached the conclusion that this fire (and another in 1957) contributed to environmental contamination, but the 903 Pad was the main source of off-site contamination (2–10). A recent review of the available information, both classified and unclassified, supported the earlier conclusion that the incidents having the greatest potential for off-site release of plutonium were associated with the 1957 fire and the remediation of the 903 area (1).

Sampling programs to estimate plutonium contamination of soil near the RFETS have been conducted periodically since the plant was built. However, no extensive, large-area sampling programs were developed until after the 1969 fire (11). After that incident, several groups investigated the distribution of plutonium in the environment including the Colorado Committee on Environmental Information (8), the US Atomic Energy Commission's Health and Safety Laboratory (3), Dow Chemical Co. (2), and the Colorado Department of Health (10). A summary of the most significant plutonium soil surveys between 1969 and 1973 (i.e., those that would best indicate the initial distribution of plutonium in soil) was compiled by ChemRisk for the Colorado Department of Public Health and the Environment (CDPHE, formerly the Colorado Department of Health) as part of the health studies known as the Rocky Flats Toxicological Review and Dose Reconstruction Project (11). Soil inventory estimation is an important indicator of the general magnitude of the source terms because >99% of the terrestrial ecosystem inventory is expected to be in soil (12).

This article reports new inventory estimates for $^{239,240}$Pu resulting from extensive soil sampling and radiochemical analyses conducted between 1992 and 1994, and statistical modeling of the data. One of our primary goals was to compare these new inventory estimates with historical ones. The current estimate stems from work on the spatial distribution of plutonium in the more heavily contaminated area to the east of the 903 Pad and the more populated region east of the RFETS (13). The important features of our effort to estimate plutonium inventory include ~1400 soil plutonium measurements (96 soil depth profiles), 375 measurements of soil density, ~100 measurements of the volume of rocks, and random

replicate samples to estimate the spatial variability of plutonium throughout the study area. The equations generated to predict plutonium concentrations and deposition per unit area (13) were tested using data from samples specifically collected for that purpose. Additionally, this project was designed to provide data for a comparatively rigorous error analysis of our inventory estimate.

## EXPERIMENTAL METHODS

The study area was established in the eastern part of the RFETS and in the northwestern part of the greater Denver metropolitan area (Fig. 1). This sector appears to have both the greatest levels of soil contamination found around the RFETS (2–4,8) and a growing human population. The sampling plan was designed to provide data that could be used to develop mathematical relationships between the amounts of plutonium in soil and distance and direction from the 903 Pad. Six to 13 100-m² plots (macroplot) were spaced at exponentially increasing distances from the 903 Pad along each of four transects. The transects followed azimuths of 60°, 90°, 120°, and 150° T (from true North) and extended from 0.2 to 19 km from the center of the 903 Pad (Fig. 1). Because accurate estimates of inventories depended on soil concentration profiles that had not been disturbed, sampling sites were selected in natural, apparently undisturbed areas where possible. We realize that all soils are "disturbed" by natural bioturbation and other physical processes, but here we define the term as obvious significant processes that would measurably alter the soil profile (tilling, overgrazing, erosion, animal burrow, etc.). Profiles were verified as undisturbed by analyzing each layer for $^{137}$Cs from global fallout. Profiles that did not have exponentially decreasing concentrations of $^{137}$Cs with depth were not used for the development of the spatial distribution models.

The following soil samples were collected at each macroplot: 1) four 0–3-mm scrapes of surface soil using the CDPHE scoop and template method (10) over a 100 × 50-cm area; 2) soil excavated in 3-cm layers to a depth of 21 cm over a 25 × 25-cm area using a trench technique developed earlier (12,14); 3) three 0–3-cm-deep samples (25 × 25-cm area); 4)



**Figure 3.** The relationship between constant radial thickness $\Delta D$ and the total inventory using the radial thickness constant.

tance from the 903 Pad (Fig. 2). Thus, the area $A_n$ about some point $P_n$ became a function of distance $D_n$:

$$A_n = \frac{\Delta\theta}{360}\left[\left(D_n + \frac{\Delta D_n}{2}\right)^2 - \left(D_n - \frac{\Delta D_n}{2}\right)^2\right] \quad (6)$$

where $\Delta\theta = 3°$ and $D_n = D_{n-1} + 1.4 \times 10^{-4}$ km. The area $A$ ranged from ~0.01 ha (the size of a macroplot) at $D = 0.2$ km to ~8.9 ha at $D = 20$ km. The error associated with this variable area concept was not investigated.

Estimating the error on the total inventory was accomplished by using the estimated errors on the parameters of the inventory equations [eqs. (2–4)]. That is, the curve-fitting software provided a mean value for each parameter and a standard deviation about that mean. The parameter values and estimated errors are listed in Table 1. The error in the inventory was estimated by 1) generating a random normal distribution of 1000 values, 2) randomly selecting each parameter from its distribution, 3) calculating the total inventory value with that set of parameter values, 4) repeating this process 1000 times so that approximately the full range of values for each parameter had been sampled, and 5) reporting the statistics of the results of the 1000 total inventory calculations. The estimated error in parameter $F$, the depth-dependent integral [eq. (2)], had to be calculated using numerical integration and this Monte Carlo technique before the total inventory error could be calculated. In the case of $F$, however,

the results of the 1000 random parameter integrations did not fit any convenient distribution model (normal, log-normal, etc.). Therefore, the sets of Monte Carlo results for $F$ were used as random parameters for the total inventory [eq. (1)] error analysis.

The Monte Carlo method allowed the flexibility to provide uncertainties on the total inventory, a local inventory, or any component of the inventory equation that would allow comparisons to previously reported values. Again, these uncertainties do not include any error introduced by adjusting the area of interest for distance from the 903 Pad.

## RESULTS AND DISCUSSION

The geometric mean estimate of the total RFETS $^{239,240}$Pu in the study area (0.2–19 km and 60–120° from the 903 Pad) is 53 GBq (1.4 Ci) with a geometric standard deviation of 1.6 (Table 2). The quantity of plutonium under the 903 Pad, or within the 0.2-km zone between the pad and the edge of the study area, was not estimated in our study. This region has been highly disturbed by remediation activities throughout the years and was not sampled during the current project. Previous inventory estimates (Table 2) have ranged from 32 GBq (2) to ~400 GBq (8). The likely reasons for the current estimate being less than most of the former estimates are discussed in the context of each previous study, the physical area considered, and the equations used to calculate inventory (e.g., depth distribution, soil density, the estimation of concentrations, fallout contribution, and the volume of rocks).

### Krey and Hardy: 1970

Based on 52 samples collected at 33 sites surrounding the RFETS, Krey and Hardy (3) developed the first map of total deposition (GBq km$^{-2}$) contour lines for the region (Fig. 4). They were also the first investigators to measure the depth distribution of plutonium in soil and reported that plutonium had migrated to below 13 cm. They estimated the soil density to be 1.2 g cm$^{-3}$ down to 15 cm and 2.4 g cm$^{-3}$ below that depth. To calculate the total inventory, they measured the area bounded by a specific contour and multiplied that by the average inventory in that con-

WEBB, IBRAHIM, AND WHICKER

**Table 2.** Summary of Results From Studies Since 1969 That Estimated the Rocky Flats Environmental Technology Site [239]Pu Inventory in Soil Near the Site

| Reference | Total [239]Pu Inventory (GBq) | Estimated Error | Study Area Inventory (GBq) | No. of Sites/ Samples | Global Fallout Estimation | Notes |
|---|---|---|---|---|---|---|
| Krey and Hardy 1970 (3) | 251 | ±20% | 99.4 | 33/52 | 55.5 Bq m$^{-2}$ (1 sample) | Used linear relationship for inventory vs. distance. Investigation of depth distribution. First contour map. |
| Seed et al. 1971 (2) | 32.5 | ±15% | 124 | 135/135 | 86 Bq m$^{-2}$ (estimated) | Used data by Krey and Hardy, and Poet and Martell. Hyperbolic functions with distance. No depth distribution. Limited area. |
| Poet and Martell 1972 (8) | 400 | — | —$^a$ | 18/~80 | 55.5 Bq m$^{-2}$ (9 samples by isotopic ratio) | Majority of Pu in top few centimeters. Reported RFETS Pu out to 65 km. |
| Krey and Krajewski 1972 (17) | 133 | <2x | 72 | 35/54 | 55.5 Bq m$^{-2}$ (isotopic ratio) | Used previous HASL data. Developed inventory relationship based on area enclosed by contour. |
| Krey 1976 (5) | 359 | ±20% | 179 | 54/~80 | 62.9 Bq m$^{-2}$ (isotopic ratio) | Refined previous HASL work. Higher value due to integrated power function up to 903 Pad. |
| Current study 1994 | —$^b$ | 21–136 GBq$^c$ | 53.3 | 96/>1200 | 62.9 Bq m$^{-2}$ (10 sites along Front Range) | Empirical equations for 3-D distribution of Pu. Only study to consider effect of rocks. |

The study area inventory was for a sector from 60° to 120° T and 200 to 20 km from the 903 Pad as defined for the current study.
$^a$The fraction of the reported total inventory for the Poet and Martell study that was in the current study area was not determined due to incompatible methods of estimating inventory values.
$^b$The current work was conducted only in the study area. The resulting empirical equations were not extrapolated to regions beyond the study area boundaries.
$^c$95% confidence interval based on geometric mean of 53.3 GBq and a geometric standard deviation of 1.6

tour. The lowest contour readily discernible as RFETS plutonium was 111 MBq km$^{-2}$. They reported that the total plutonium within that contour was 133 GBq and estimated that the RFETS plutonium outside that area could be as high as 118 GBq for a total inventory of 251 GBq. Their estimate did not include the plutonium under the 903 Pad.

By superimposing the current study area boundaries (a 60° sector) over the Krey and Hardy contour map (Fig. 4), it was possible to estimate the percent of area within each contour that was also within the study area. Using an average, or between-contour, inventory and multiplying it by the bounding area, the total 1970 inventory within the study area was estimated to be 99 GBq, almost a factor of two greater than our estimate. Krey and Hardy reported an analytical precision of 20%, which was similar to the precision in replicate samples taken from the same location, indicating that soil sampling was representative of the area studied. Therefore, 20% was used as an error estimate for their inventory within the study area. A comparison of the estimated inventories between all the investigations, adjusted to the region bounded by the current study area, is shown in Figure 5 and summarized in Table 2.

### The "Seed Report": 1971

Seed et al. (2) compiled the available soil deposition data from contemporary investigators, added



**Figure 4.** Contour map of spatial inventory values.

their own data, and generated a different contour map. Their approach was different in that they fit transects through the existing data and adjusted the transect directions from the 903 Pad until hyperbolic functions (i.e., $d = a + br - k$, where $d$ is the inventory per square kilometer, and $r$ is the distance from the 903 Pad in kilometers; the parameters $a$, $b$, and $k$ changed for each sector) provided good regression results. They used 17 different equations to describe the plutonium inventory in 17 sectors around RFETS. They estimated the local inventory of the 903 Pad (14 TBq km$^{-2}$) and used that value as one of the points for all of the regression analyses. They integrated the equations in each sector and summed the results to estimate the total inventory between 74 GBq km$^{-2}$ and 481 MBq km$^{-2}$ with a result of 17 GBq. They



**Figure 5.** Total inventory estimates in the study area in GBq.

WEBB, IBRAHIM, AND WHICKER

estimated the total release of plutonium, not including the 903 Pad itself, to be 32 GBq.

Adjusting the Seed et al. (2) inventory estimate for the region defined by the current study area was accomplished exactly as Seed et al. calculated the inventory (i.e., the equation for each sector was integrated and the results were summed). However, the integrands were changed to 0.2–20 km and to 60–120° (the current study area boundaries), which did not exceed the limits of the data used by Seed et al. This produced an estimated total inventory in the study area of 142 GBq. Seed et al. did not consider global fallout in their inventory, but estimated it to be 86 MBq km$^{-2}$. Subtracting this estimate over the 209 km$^2$ of the study area resulted in a net inventory of 124 GBq of RFETS plutonium. They did, however, perform a robust error analysis, and using the same techniques, we estimated the error on the 124 GBq in the study area to be 15% (Fig. 5).

## Krey and Krajewski: 1972

Krey and Krajewski (17) refined the earlier inventory estimate by Krey and Hardy (3) by taking additional soil samples, using $^{238}$Pu to $^{239}$Pu and $^{240}$Pu to $^{239}$Pu ratios to refine the predicted global fallout levels, and developing a mathematical relationship between inventory and enclosed contour areas. They were able to reproduce the inventory estimate within the 111 MBq km$^{-2}$ contour using the mathematical approach, and were also able to refine the estimate of plutonium outside the contour. The equation they used was based on the recognition that the physical area ($A_c$) bounded by a contour line was related to the contour values using a power function. The inventory could be calculated by integrating the area:

$$\int_{C_1}^{C_2} A_c \cdot dC = \int_{C_1}^{C_2} 211 \cdot C^{-0.8365} \cdot dC = 1291 \cdot C^{0.1365}\Big|_{C_1}^{C_2} \quad (7)$$

where $C$ is the contour value (mCi km$^{-2}$). The new estimate for the plutonium inventory between the 111 MBq km$^{-2}$ contour and the 74 GBq km$^{-2}$ contour (3) was reported to be 107 GBq. The area within the 74 GBq km$^{-2}$ contour enclosed 0.35 km$^2$; thus, an additional 26 GBq was added for a total of 133 GBq. This was somewhat lower than the 1970 estimate,

but the mathematical relationship between contours and areas allowed the revision. The new equations had incorporated the fallout deposition estimate of 55.5 GBq km$^{-2}$, and further adjustments were not required.

The quantity of plutonium within each contour could easily be integrated to determine the inventory. Adjustment of the 1972 inventory to reflect the quantity of plutonium in the current study area was done exactly like the 1970 Krey and Hardy study adjustment (i.e., reduce the inventory by the percent of area within the current study area) (Fig. 4). The 1972 inventory within the 60° sector of the current study area was estimated to be 72 GBq. Krey and Krajewski (17) stated that the error on the inventory was expected to be better than a factor of 2.

## Poet and Martell: 1972

Poet and Martell (8) conducted an independent sampling program near RFETS to determine the plutonium inventory. Their inventory findings were in agreement with Krey and Hardy (3), and they reproduced the original contour map (Fig. 4) in their publication. However, based on the measured ratio of $^{239,240}$Pu to $^{90}$Sr in samples collected 48–65 km north and northeast of RFETS, Poet and Martell estimated an additional 45 MBq km$^{-2}$ of RFETS plutonium out to 65 km in the northeast quadrant alone, or an additional 147 GBq above global fallout [and above the 251 GBq reported by Krey and Hardy (3) for a total of ~400 GBq]. The use of $^{239,240}$Pu to $^{90}$Sr ratios for this calculation is questionable because these radionuclides have substantially different mobilities in soil (18).

Although Poet and Martell (8) analyzed soil from profiles to determine the depth distribution, they concluded that, "most of the $^{239}$Pu contamination from Rocky Flats is concentrated in a thin layer at the soil surface." This was in direct conflict with the findings of Krey and Hardy (3), Krey (5), Krey et al. (6); Krey et al. (7), and Krey (4). Poet and Martell also stated that the larger fraction of $^{239}$Pu found by Krey and Hardy (3) at depths below a few centimeters applied only to sites more distant from the heavily contaminated areas near the 903 Pad or to profiles from disturbed sites. We analyzed soil from 96 profiles located at 42 different sites between 0.2 and 19 km

from the 903 Pad. In none of these cases was it observed·that the largest fraction of plutonium resided in the top few centimeters of the profile. Even allowing for some plutonium migration during the 26 years between the deposition event (903 area remediation in 1968) (2), there appears to be no major differences between the cumulative percent inventory profiles in samples taken in 1970 (3), in 1972 (12), in 1975 (7), in 1989 (14), and in 1994 (13). Figure 6 compares these profiles with those reported by Poet and Martell (8).

Because Poet and Martell (1972) assumed that most of the plutonium deposition was located in the 1-cm-deep samples they collected, it would seem that their estimate of total inventory would be less that that of Krey and Hardy (3), who included the additional, deeper plutonium in their estimate of inventory. Poet and Martell's large estimate of inventory, it seems, is driven by their conclusion that RFETS plutonium measurably contaminated land out to 65 km from the 903 Pad. We could not confirm this conclusion in our current study because plutonium concentrations reached the mean background level (2.1 Bq kg⁻¹ in 0–3-cm-deep soil samples) within 19 km of the 903 Pad on all the transects we sampled (13,19). For this and various other reasons, we were reluctant to adjust Poet and

Martell's total inventory estimate to the current study area for comparison.

### Krey: 1976

Krey (5) prepared a final revision to his work on RFETS inventories (3,17). Collecting additional samples and using mass spectrometry to distinguish between RFETS and fallout plutonium allowed him to revise the area/contour equation [eq. (7)] to reflect the rapidly increasing local inventory within the 74 GBq km⁻² contour instead of applying an average value over the 0.35 km² area it encloses. Krey added an additional contour of 7.8 TBq km⁻² at the edge of the 903 Pad to allow the integration from 0 to 7.8 TBq km⁻², resulting in a total inventory of 359 GBq. Again, Krey (5) used the overall reliability of his lab to repeat results of analyses on split samples to infer the overall uncertainty in the total inventory, 20% for this phase of his work.

Adjusting the 1976 Krey inventory for the current study area was done by measuring the percent of the total area within each contour that was within the 60° sector of the study area (i.e., the same technique used for the Krey et al. studies above). The estimated inventory within the current study area was 179 GBq (Fig. 5).



**Figure 6.** The distribution of ²³⁹Pu with depth into soil near the Rocky Flats Environmental Technology as reported by various authors.

## General Overview

The complexities of the inventory equations [eqs. (1–4)] provide no particular insight on the mechanisms of plutonium transport from the 903 Pad. The intrinsic value of these equations lies in their ability to predict spatial deposition at any location within the study area. ChemRisk (11) compiled and reported the locations and inventories at many of the historical sampling sites for the Rocky Flats Dose Reconstruction Project. Predicting the inventory at each of the reported locations (1) tested our current deposition equation [eq. (1)], and the results (Fig. 7) indicated that there were no large discrepancies that would make the above total inventory comparisons biased or invalid. In fact, the results provide a completely independent test of the equations. These equations, although completely empirical, provide a tool to those concerned with plutonium transport or health risk models.

The ability to estimate spatial deposition using a set of equations is convenient, but probably as important is the ability to estimate the uncertainty of the estimates. A significant observation concerning the inventory comparisons (Fig. 5) is the relatively large error on our current estimate. This range of values reflects the Monte Carlo propagation of uncertainty from most known sources in our RFETS plutonium inventory estimate. In one case the rock volume was ignored in order to compare the value directly with the historical estimates. When this was done, our estimates are roughly in the center of, and not significantly different from, historical estimates (Fig. 5). Although the range of statistically possible values for the estimate is large (approximately a factor of 2), we believe that it accurately characterizes the total uncertainty involved with the sampling, analysis, and calculation of the inventory. Other researchers cited here apparently did not consider uncertainties in depth distribution, soil density, global fallout deposition, or the uncertainties due to rocks

Our study was designed to investigate spatial variances in $^{239,240}$Pu deposition by collecting and analyzing similar samples located within 10 m of one another. The average coefficient of variation for $^{239,240}$Pu concentrations in such replicated 0–3-cm-deep soil samples throughout the study area was 33% (13). This value included the environmental variance plus any error introduced by laboratory analysis. It would have been convenient to assign this relative error to the inventory estimate; however, this would not indicate that the distribution of possible values is lognormal. Because essentially every quantity associated with measuring plutonium inventories near Rocky Flats involves an exponential or power function, it is reasonable to assume that the errors would not be normally distributed.



**Figure 7.** Comparison between predicted values using eqs. (2–4) and reported val-

Our current best estimate of the total $^{239,240}$Pu in the current study area (0.2–19 km, 60–120°, accounting for rocks) is 53 GBq (geometric mean with a geometric standard deviation of 1.6). Therefore, the 95% confidence interval for the inventory is approximately 21–136 GBq. The upper value is not statistically different from adjusted estimates made for studies by Krey and Hardy (3), Seed et al. (2), or Krey and Krajewski (17). A concurrent inventory study by the authors (20), using a more sensitive, mass isotopic ratio technique, yielded inventory values that were not significantly different than those offered in this article.

## CONCLUSIONS

Our current best estimate of $^{239,240}$Pu released by RFETS to the soil outside of the 903 Pad, but inside the study area, is 53 GBq with an estimated upper 95% confidence limit of 136 GBq. This value is less than, but not statistically different from, most of the previous inventory estimates. It is unique among all the historical studies in that it includes the effect of displacing soil by rock, which contains insignificant quantities of plutonium. It is also unique in that most sources of error were considered in calculating the geometric mean and standard deviation. The inventory equations provide a new tool for estimating spatial inventories to the east of Rocky Flats.

*Acknowledgments:* Funding for this study was provided by Dow Chemical Co. (contract DOW-0012) and by the Colorado Department of Public Health and Environment (contract ENV-903778). Special thanks are offered to CEMRC and to Tom Kirchner for his assistance on statistical approaches used in this article.

## REFERENCES

1. Chem Risk Corp. Estimating historical emissions from Rocky Flats. Task 5 draft. Denver, CO: Colorado Department of Health; 1992.
2. Seed, J. R.; Calkins, K. W.; Illsley, C. T.; Miner, F. J.; Owen, J. B. Committee evaluation of plutonium levels in soil within and surrounding USAEC Installation at Rocky Flats, Colorado. Dow Chemical, Rocky Flats Division. RFETS-INV-10; 1971.
3. Krey, P. W.; Hardy, E. P. Plutonium in soil around the Rocky Flats Plant (HASL-235). New York: USAEC-Health and

Safety Laboratory (US DOE Environmental Measurements Laboratory); 1970.
4. Krey, P. W. Plutonium-239 contamination in the Denver area. Health Phys. 26:117–120; 1974.
5. Krey, P. W. Remote plutonium contamination and total inventories from Rocky Flats. Health Phys. 30:209–214; 1976.
6. Krey, P.; Hardy, E.; Volchok, H., et al. Plutonium and americium contamination in Rocky Flats Soil–1973 (HASL-304). New York: US ERDA-Health and Safety Laboratory (US DOE Environmental Measurements Laboratory); 1976.
7. Krey, P. W.; Hardy, E. P.; Toonkel, L. E. The distribution of plutonium and americium with depth in soil at Rocky Flats (HASL-318). New York: US ERDA-Health and Safety Laboratory (US DOE Environmental Measurements Laboratory); 1977.
8. Poet, S. E.; Martell, E. A. Plutonium-239 and americium-241 contamination in the Denver area. Health Phys. 23:537–548; 1972.
9. Poet, S. E.; Martell, E. A. Reply to "plutonium-239 and americium-241 contamination in the Denver area." Health Phys. 26:120–122; 1974.
10. Colorado Department of Health. Radioactive soil contamination (cesium-137 and plutonium) in the environment near the Rocky Flats Nuclear Weapons Plant. Denver, CO: Colorado Department of Health; 1977.
11. Chem Risk Corp. Exposure pathway identification and transport modeling. Task 6 draft. Denver, CO: Colorado Department of Health; 1993.
12. Little, C. A. Plutonium in a grassland ecosystem. Ph.D. dissertation, Colorado State University, Fort Collins, CO. Ann Arbor: University Microfilms (abstract 77-6802); 1976.
13. Webb, S. B.; Ibrahim, S. A.; Whicker, F. W. A three-dimensional spatial model of plutonium in soil near Rocky Flats, Colorado. Health Phys. 73:340–349; 1997.
14. Webb, S. B. A study of plutonium in soil and vegetation at the Rocky Flats Plant. M.S. thesis, Colorado State University, Fort Collins, CO; 1992.
15. American Standards for Testing Materials. Standard test method for density and unit weight of soil in place by the rubber balloon method. No. D 2167-84. Phildelphia, PA: American Society for Testing and Materials; 1985.
16. CRC handbook of chemistry and physics. Boca Raton, FL: CRC Press, Inc.; 1993.
17. Krey, P. W.; Krajewski, B. T. Plutonium isotopic ratios at Rocky Flats (HASL-249). New York: US Atomic Energy Commission-Health and Safety Laboratory (US DOE Environmental Measurements Laboratory); 1972.
18. Price, K. R. The depth distribution of $^{90}$Sr, $^{137}$Cs and $^{239,240}$Pu in soil profile samples. Radiochim. Acta 54:145–147; 1991.
19. Schmidt, D. W. Evaluation of background concentrations of plutonium in the environment around the Rocky Flats Plant. Technical memorandum, working draft. Neeses, SC: Radiological Assessments Corp.; 1995.
20. Ibrahim, S. A.; Webb, S. B.; Whicker, F. W. Contributions of Rocky Flats releases to the total plutonium in regional soils. Health Phys. 72(1):42–48; 1997.

Appendix B:  Plutonium Analysis Procedures

# APPENDIX B

## Plutonium Analysis Procedures

The following section lists the specific procedures used by the Colorado State University Radioecology (CSU-RG) laboratory personell to analyze soil and vegetation for plutonium.

Soil Acid Leaching Procedure ................    B1

Iron Co-Precipitation Procedure ............    B8

Solvent Extraction Procedure for
Pu in Vegetation, Litter, and Soil .........    B11

Procedures for Pu Electrodeposition
in $H_2SO_4$                        ......    B15

Alpha Spectroscopy Procedures for
Plutonium                          ......    B18

Method to Calculate Plutonium
Concentrations                     ......    B60

CSU-RG Annual Report      Soil Acid Leaching          SAL-3   ver 3.1
Pu Distribution - Appendix B                                     7 pages

| | |
|---|---|
| | **Colorado State University**<br>**Department of Radiological Health Sciences**<br>**Radioecology Group**<br>Fort Collins, Colorado   80523<br>(303) 491-5343 |
| Title | **Soil Acid Leaching Procedures** |
| Author | Scott B. Webb<br>(Modifications by Archana Kattel) |
| Info | Document No.:  **SAL-3**<br>Version No.:   3.1<br>Effective Date:  1 Jan 93 |

## Introduction

This leaching procedure is adopted from common methods and may be found in numerous citations. The end point will be a soil extract in 8M $HNO_3$. Version 3.0 was initiated after dedicated leaching experiments were performed during May 1992. Version 3.1 includes minor modifications to facilitate sample processing in the lab, but also requires the use of a steam table to heat the acids and eliminates the cold leaching step.

## Special Reagents, Materials or Apparatus

1.   Porcelain crucible and cover

2.   Muffle furnace

3.   Air Reduction Manifold (Designed at CSU to rapidly reduce liquids by evaporation (~100 mL h⁻¹ of $HNO_3$)

4.   Teflon® Beakers

5.   Stirring Hot plates

6.   Steam Table ( electric, eight hole concentric - ring water bath)

7.   Teflon coated magnetic stir bars, ~ 6 cm long

8.   250 mL polyethylene centrifuge tubes with screw caps

Webb and Ibrahim                                           B1

9.      Centrifuge large enough for six of the above tubes and with the capability of spinning at 2000 rpm

**A.**      **Soil Preparation Procedure**

**A1.**      Read the information on the Radiochemical Analysis Instructions sheet located on the clipboard with the Radiochemical Analysis Record (RAR) data sheets. It will list the samples to be analyzed, the amount of soil to use, the amount of tracers to be used, and any other specific information about the samples.

**A2.**      Retrieve the sample containers from the locked storage cabinet.

       a   Ensure that the CSU Radioecology seal is intact. If it is broken, contact Scott Webb or Shawki Ibrahim before using the sample.
       b   Place the sample containers (16 oz. HDPE jars) on the homogenizing wheel at speed setting 5 (~30 rpm) for 5 min.
       c   Allow the dust to settle before proceeding.

*Safety Note:* Any procedures involving soil outside of a hood should only be done while the technician is wearing a dust respirator.

**A3.**      Weigh 50 g (unless a different amount is specified) of sample into a porcelain crucible.

       a   Write the sample number on the crucible with a Sharpie® pen.
       b   Tare a 250 mL porcelain crucible without the lid on the triple beam balance. Record the weight in the Tare section of the RAR. Slide the beam weights to add 50 g.
       c   Using a scoop, begin transferring the 50 g until the beam starts to rise.
       d   Adjust the 1 g slider until the beam is centered. Read and record the weight in the Gross section of the RAR.
       e   Remove the crucible from the balance and dig a shallow hole in the soil for the addition of the tracer later.
       f   Cover the crucible and wipe it with a clean, damp paper towel.
       g   Wipe the jar threads with a damp paper towel, replace the cover and wipe the entire jar.
       h   Clean the scoop with the damp paper towel and discard the towel.

Repeat procedure A3a-g for all the samples on the list. Clean the balance tray and the work area when all soil transfers are complete. Return the sample containers to the cabinet.

**A4.**      Special Instruction for preparing Acid Blank Samples

       a   Write the sample number on the crucible with a "Sharpie" pen.

b Tare a 250 mL porcelain crucible without the lid on the triple beam balance.  Record the weight in the Tare section of the RAR.  Slide the beam weights to add 5 g.

c Add  5 ml of iron  carrier into the crucible

d Adjust the 1 g slider until the beam is centered.  Read and record the weight in the Gross section of the RAR.

e Cover the crucible and wipe it with a clean, damp paper towel.

f Put on the hot plate to evaporate the liquid carefully and slowly.

**B.**  **Plutonium/Americium Tracer Addition (Spiking) Procedure**

B1. Review the Radiochemistry Analysis Instructions for type and quantity of tracer(s) to be added to each sample.  Retrieve the tracer from the locked isotope cabinet in MRB327A.  Check the tracer(s) to ensure that the specific activity is correct for the samples, and calculate the weight of tracer required to achieve the indicated activity. *Rule of thumb:* At least 100 mg of tracer should be added to each sample.

*Safety Note:*  All work with tracers must be performed by a trained and qualified person.

a Zero the analytical balance (Mettler mod. H15 in MRB325).

b Cut the tip from the $^{242}$Pu doll bottle with a scalpel.

c Record the initial weight of the bottle in the BEFORE section on the RAR of the first sample.

d Uncover the first sample and add the indicated quantity of tracer to the hole in the soil.  Count the drops of tracer added to approximate the weight (1 drop = ~10 mg).

e Re-weigh the doll bottle and record the weight in the AFTER section on the RAR of the first sample and in the BEFORE section on the RAR of the second sample to be spiked.

f Cover the sample just spiked.

g Proceed in this manner until all the samples have had $^{242}$Pu added.

h Flame seal the doll bottle and store it in the glass vial.

i Check the zero point on the analytical balance.  Note on the first sample RAR if zero deviated during the addition of tracer.

Repeat B1a-i for the second tracer type, e.g. $^{242}$Am, if required.  Bury the tracer(s) in the hole with the soil surrounding it before muffling.  Be sure not to touch the tracer with the utensil and wipe it clean between each sample.  Store the tracers in the locked isotope cabinet immediately after spiking the samples.

**C.**  **Soil Ashing**

C1. Place the sample in the muffle furnace and record the locations on the map board.

a Set the temperature to 250° C and turn on both switches.
b Change the furnace sign to "HOT".
c Wait 2 h and reset the temperature to 500° C.
d Wait 2 h and reset the temperature to 700° C.
e Leave the samples in the furnace for 24 h.

C2.    Cool the furnace and remove the samples.

a Shut off the switches and allow the furnace to cool overnight.
b Open the lower door when the temperature is below 400° C.
c Open the furnace fully when the temperature is below 200° C.

*Safety Note:* Do not remove the samples if the furnace temperature is above 200° C. Do not change the furnace sign until the oven has cooled to room temperature (20-25° C).

d Remove the crucibles and remark the sample numbers according to the location map.
e Allow the samples to cool to room temperature.
f Re-weigh the samples without lids on the triple beam balance. Record the weight on the back of each RAR with the heading "Weight after muffling".

**D.     Leaching**

D1.    Transfer the soil and acids to the centrifuge tube ( 250 mL ).

a Write the sample number on the centrifuge tube and the cap.
b Using a glass powder funnel and a scoop, transfer the dry soil to the tube.
c Place ~5 mL of ~2 M $HNO_3$ in the crucible and scrub it with a rubber policeman. Transfer the $HNO_3$ to the centrifuge tube.
d Place ~3 mL of ~2 M $HNO_3$ in the crucible and scrub it with a rubber policeman a second time. Transfer the $HNO_3$ to the centrifuge tube.
e Combine 100 mL of $HNO_3$ , 50 mL of HCl and 20 mL of HF in a Teflon beaker (the "Triplet" of acids).
f Slowly add ~100 mL of the Triplet of acids to the centrifuge tube. Watch for the vigorous reaction and cool the sample if necessary.

*Safety Note:* The addition of concentrated $HNO_3$ to the soil may result in a vigorous reaction. Always keep the mouth of the tube pointed away. Always wear the appropriate personal protective equipment and work in a fume hood when handling any acids. The vigorous reactions may also be expected from the addition of HCl or HF to the sample. Have a container of ice water ready to quench the reaction and to cool the sample.

Webb and Ibrahim                                                    B4

g Loosely cap the centrifuge tube and leave for 1-24 h to allow the reactions to complete and to allow the sample to cool to room temperature.

*Safety Note:* The vapors from the open centrifuge tubes are potentially harmful. The technician should work in a well ventilated area, work in a hood, or wear a respirator with an Acid/Gas cartridge. *Rule of Thumb:* If you can smell the acids, use a hood or wear a respirator.

D2.    First hot acid leaching

a Set the water bath and air manifold system under the hood. Check the water level in the water bath and heat the water to boiling.
b Cap the centrifuge tubes with the specially modified caps (with holes) for air purging. Place the samples in the water bath.
c Agitate the soil/acid mixture by bubbling air into the sample in 15 min. intervals with 15 min. between each interval. Continue the cycle for a total of 1.5 hours of heating and agitation.
d Remove the samples from water bath and cool for 20 minutes.
e Weigh each sample to determine the heaviest one.

*Safety Note:* The vapors from the open centrifuge tubes are potentially harmful. The technician should work in a well ventilated area, work in a hood, or wear a respirator with an Acid/Gas cartridge. *Rule of Thumb:* If you can smell the acids, use a hood or wear a respirator.

f Bring the weight of the other samples up to the heaviest observed weight using deionized water.
g Place the samples in the centrifuge and spin them for 5 min. at 2000 rpm.
h Decant the free acids into a 250 mL Teflon beaker and evaporate the liquid on the hot plate in the hood. Reserve the soil residues for subsequent leachings.

*Safety Note:* The addition of concentrated $HNO_3$, HCl or HF to the soil residue may result in a vigorous reaction. Always wear the appropriate personal protective equipment and work in a fume hood when handling hot leaching. Ensure that the hood is operating correctly before proceeding. Always evaporate acids in the hood.

D3.    Second hot acid leaching

a Slowly add ~70 mL of the Triplet of acids (volume of acid depends upon the soil sample size) to the soil residue ( from step D2h) and set the centrifuge aside until the vigorous reaction subsides.
b Place the samples in the hot water bath and repeat steps D2b-g.

c  Decant the supernatant into the same Teflon beaker already on the hot plate (step D2h) and save the soil residue for the final water leach.

d  Continue to reduce the acids to near dryness.

*Safety Note:*  The vapors from the open centrifuge tubes are potentially harmful.  The technician should work in a well ventilated area or wear a respirator with and Acid/Gas cartridge.  *Rule of Thumb:*  If you can smell the acids, use a hood or wear a respirator.

D4.   Final leaching

a  Add 50 mL of de ionized water (DIW) to the centrifuge tube containing the soil residues from the hot leaching.

b  Cap the centrifuge tube and vigorously shake the acid to dislodge the packed soil.

c  Place the sample in the hot water bath and heat for 30 min.. Agitate the soil by bubbling air into the sample for the last 15 minutes.

d  Remove the centrifuge tubes from the water bath and allow them to cool .

e  Repeat steps D2d-g (centrifuge).

*Safety Note:*  The vapors from the open centrifuge tubes are potentially harmful.  The technician should work in a well ventilated area or wear a respirator with an Acid/Gas cartridge.  *Rule of Thumb:*  If you can smell the acids, use a hood or wear a respirator.

f  Decant the free acid into the 250 mL Teflon beakers already on the hot plate from step D2h and reserve the soil residues for disposal.

g  Continue to reduce the acids to near dryness under the air manifold stream and continue to dry the paste.  Do not allow it to bake or char.

## E.   Leaching Completion and Disposal

E1.   Soil Residue Disposal

a  While the leachate is being reduced, Add 25 mL of de ionized water (DIW) to the centrifuge tube containing the soil residues from the final water rinsing.

b  Cap the centrifuge tube and vigorously shake the water to dislodge the packed residues.

c  Transfer the water/soil slurry to the 1 L Teflon beaker.

d  Add another 25 mL of DIW to the centrifuge tube and vigorously shake the water to rinse the tube.  Transfer the water to the beaker. Ensure that the centrifuge tube is clean of all residues and reserve it for additional procedures.

e  Add another 150 mL of DIW to the ̱ ̱ ̱ ̱ ̱ ker.

f  Stir the water and soil for ~5 min. on the stirring hot plate with heat.

g  Decant the water to acid waste and measure the pH.

h  Continue to add water (Use the largest allowable volume of tap water for subsequent rinsings.), stir, decant and measure the pH of the rinse until it is greater than pH 6.

i  When the acidity of the rinse is greater than pH 6, discard the soil to the Waste Soil Vessel.

E2.  Soil Extract Preparation

a  Add 25 mL of 8 M $HNO_3$ to the dry leachate in the Teflon beaker while it is still warm.

b  Using a rubber policeman, manipulate the leachate until it dissolves, i.e., mash the chunks and stir the solution. Add up to 20 mL more of 8 M $HNO_3$ to aid in dissolving the leachate.

c  Rinse the original centrifuge tube with 5 mL of 8 M $HNO_3$, discard the rinse and transfer the dissolved soil solution to the tube.

d  Place 5 mL of 8 M $HNO_3$ in the Teflon beaker and scrub it. Transfer the acid to the centrifuge tube.

e  Weigh each sample to determine the heaviest one.

f  Bring the weight of the other samples up to the heaviest observed weight using 8 M $HNO_3$. The final volume of 8 M $HNO_3$/leachate should not exceed 60 mL.

*Safety Note:* The vapors from the open centrifuge tubes are potentially harmful. The technician should work in a well ventilated area or wear a respirator with an Acid/Gas cartridge. *Rule of Thumb:* If you can smell the acids, use a hood or wear a respirator.

g  Place the samples in the centrifuge and spin them for 10 min. at 2000 rpm.

h  Decant the free solution into a vessel appropriate for the subsequent procedure.

i  Discard the leachate residues and original centrifuge tube.

| | |
|---|---|
| | **Colorado State University**<br>**Department of Radiological Health Sciences**<br>**Radioecology Group**<br>Fort Collins, Colorado  80523<br>(303) 491-5343 |
| Title | **Iron Co-Precipitation Procedures** |
| Author | Scott B. Webb |
| Info | Document No.:  **FeCoP-1**<br>Version No.:   1.0<br>Effective Date:   23 June 92 |

## Introduction

This is a common procedure found in many references, but this particular procedures was developed at the CSU Radiocology laboratories for soil samples and is to be used with Soil Acid Leaching procedure SAL-3.  The procedure requires that the soil extract be in 6-8 M $HNO^3$ initially.  Soil samples greater than 10 g should contain enough natural iron to precipitate the desired radionuclides.  Acid blanks and samples less than 10 g will have to have iron added to ensure an adequate co-precipitation.

## Special Reagents, Materials or Apparatus

1.  Drying Oven

2.  Ferric Chloride Carrier Solution (100 mg mL$^{-1}$).  Prepare by dissolving 10 g of iron wire in 50 mL of concentrated HCl overnight without heating.  Slowly add 5 mL of $HNO_3$ and stir.  Cool the solution and dilute it to 100 mL with deionized water.  Filter the solution through a medium speed paper filter and store in a tightly capped bottle.

3.  250 mL polyethylene centrifuge tubes with screw caps

4.  Centrifuge large enough for six of the above tubes and with the capability of spinning at 2000 rpm

## A.    Iron Addition Procedure

**A1.**    Evaluate the sample to determine if additional iron is required.

      a  Soil samples greater than 10 g do not require additional iron. Proceed to step A3.

      b  Soil samples less than 10 g, acid blanks, or other samples that lack natural iron will require additional iron.

**A2.**    Addition of iron carrier

      a  Add 50 mg of iron to the sample in the original vessel by piping 0.5 mL of the iron carrier solution into the sample.

      b  Swirl or stir the sample for ~5 min to mix the iron into the sample.

**A3.**    Transfer the sample into a clean 250 mL centrifuge tube.

      a  Attach a sample number sticker to the tube.

      b  Note: The centrifuge tubes will be washed and used again.

*Safety Note:* **CAUTION:** The initial reaction of acids and a base will be quite vigorous! Always point the mouth of the tube away from you. Place the tube in an ice bath to control the reaction.

## B.    Co-Precipitation Procedure

**B1.**    Addition of Ammonium Hydroxide ($NH_4OH$)

      a  Pipe 1-2 mL of concentrated $NH_4OH$ into the centrifuge tube.

      b  Swirl the centrifuge to completely mix the acid and ammonia.

      c  Continue to add ammonia ~2 mL at a time and swirl between additions until the iron will not redisolve.

      d  Continuously cool the sample in the ice bath.

      e  Do not contaminate the $NH_4OH$ supply or cross-contaminate samples with the delivery pipette.

**B2.**    Check the pH

      a  Using a glass rod or pipette (one for each sample), place a small drop of the iron precipitate on a piece of wide range pH paper.

      b  If the pH is below 9, add 1-2 mL more $NH_4OH$ and cap and shake the centrifuge tube to mix the solution.

      c  Recheck the pH.

      d  Continue to add ammonia and check the sample until it is pH 9-10.

**B3.**    Centrifuge the sample

        a  Add a 20% $NH_4OH$ solution to fill the centrifuge tube and equalize the weights for centrifuging.
        b  Spin the samples for 7 min at 2000 rpm.
        c  Drain the supernate to base waste.

**B4.**    Dry the sample for a minimum of 1 h at 100 °C.

**C.**    **Preparation for Extraction**

**C1.**    Redissolve the iron precipitate.

*Safety Note:* **CAUTION:** The initial reaction of acids and a base will be quite vigorous!  Always point the mouth of the tube away from you.  Place the tube in an ice bath to control the reaction.

        a  Slowly add 5 mL of concentrated $HNO_3$.
        b  Cap the centrifuge tube and shake the sample.
        c  If the iron does not dissolve, add an additional 3 mL of $HNO_3$ and shake again.
        d  Continue to add $HNO_3$ in 3 mL additions until the iron dissolves.
        e  Keep track of the quantity of $HNO_3$ added to the sample.
        f  The pH should be just below neutral when the iron dissolves.

**C2.**    Adjust the molarity of the sample.

        a  Add the same quantity of concentrated $HNO_3$ to the sample as was added to get it to dissolve.  For example:  If 11 mL of concentrated $HNO_3$ was required to dissolve the sample, add an additional 11 mL of $HNO_3$.
        b  The sample should now be nearly 8M $HNO_3$.
        c  Add prepared 8M $HNO_3$ until the volume is 60 mL.

**C3.**    Cap the centrifuge tube and set it aside for Pu extraction.

CSU-RG Annual Report    Solvent Extraction     SEP-2
Pu Distribution-Appendix B                    4 pages

|  | |
|---|---|
| | **Colorado State University**<br>**Department of Radiological Health Sciences**<br>**Radioecology Group**<br>Fort Collins, Colorado   80523<br>(303) 491-5343 |
| Title | **Solvent Extraction Procedures for Pu**<br>**in Vegetation, Litter and Soil** |
| Author | Scott B. Webb |
| Info | Document No.:  **SEP-2**<br>Version No.:   2.7<br>Effective Date:  7 August 1991 |

**Introduction**

This is the first documented solvent extraction procedure to receive a version number.  It is the latest modification to the method we developed for Rocky Flats samples.  Version 1.0 used shaking instead of bubbling to mix the solvent phases.  Versions 2.1 - 2.6 were changes made to eluate, bubbling times, number of washes, etc..  The method requires that the sample be in a 6-8 M $HNO_3$ solution and salted with nitrates.

**Special Reagents, Materials or Apparatus**

1.    ALIQUOT-336 (Tricaprylyl Methyl Ammonium Chloride) [ A water insoluble quaternary made by the methylation of a straight chain, saturated, symmetrical tertiary amine.  Carbon chains are $C_8C_{10}$ with the $C_8$ predominating.]  This product is available as a nitrate form, as a phase transfer catalyst and in the stock form[1].  Tricaprylmethyl Ammonium Chloride [$CH_3N(Cl)(C_{18}H_{17})_3$] available from Kodak[2] may also be used.

2.    250 ml separatory funnels

3.    Dry $N_2$ gas with pressure and flow regulator.

---

[1]Henkle Corp.; 2430 N. Huachuca Dr.; Tucson, Az  857450-1273  (602) 624-0912
[2]Eastman Kodak Co., Laboratory & Research Products Div.; Rochester, NY   14650 (800) 225-5572

Webb and Ibrahim                             B11

## A. Preparation of Aliquot-336 (ALQ336)

A1.    Combine ALQ336 (30%) with reagent grade Xylenes (70%) in a separatory funnel and bubble the mixture for 3 min.  Adjust the pressure and flow rate of the $N_2$ gas to ensure complete mixing. *Prepare 50 ml of solution for each sample + 10% for transfer losses.*

A2.    Wash the solution with an equal volume of 8M Nitric acid ($HNO_3$) and bubble the mixture for 10 min.  Allow the phases to separate and drain the lower, aqueous portion to acid waste.

A3.    Use silver nitrate ($AgNO_3$) to check the acid waste for chlorides.

A4.    Repeat the nitric acid wash (A2 and A3) until the acid phase is chloride free.

Note:    The stability of the prepared ALQ336 solution has not been examined, but we have used the solution prepared 24 h before the extraction without any problems.

## B. Sample Extraction Procedure

B1.    Place 25 ml of the prepared ALQ336 into a separatory funnel.  Add the prepared sample to the ALQ336 and bubble for 10 min. Readjust the nitrogen flow and pressure to achieve uniform and homogeneous mixing in all the separation funnels.

B2.    Allow the phases to separate and drain the lower, aqueous phase back into the sample container.  Drain the organic phase into a clean, marked beaker.

B3.    Pour 25 ml of fresh ALQ336 solution into the separation funnel. Combine the first aqueous phase, the sample, with the ALQ336 and extract the solution for another 10 min.

B4.    Allow the phases to separate completely and drain the aqueous portion to a glass beaker for subsequent [241]Am analysis.

B5.    Recombine the first organic phase in the beaker with the second organic extractant in the funnel.  Add 50 ml of 8M $HNO_3$ to the separatory funnel and bubble for 10 min.  Allow the phases to separate and drain the aqueous phase to the [241]Am beaker.

B6.    Repeat the nitric acid wash, but drain the aqueous phase to acid waste.

B7.    Add 50 ml of 10M Hydrochloric acid (HCl) to the separatory funnel and bubble for 10 min.  Allow the phases to separate and drain the

is >6. Discard the used ALQ336 to an approved, labeled HAZARDOUS WASTE container for proper disposal.

## References

Ibrahim, S. A.  Batch procedure for extraction of drugs from urine samples. Journal of Chromatography, 150:286-89.  1978.

Sill, C.W.; Puphal, K. W.; Hindman, F. D..  (Health and Safety Laboratory, U.S. Atomic Energy Commission, Idaho Falls, ID)  Simultaneous determination of alpha-emitting nuclides of radium through californium in soil.  Unpublished report.

Singh, N. P.; Linsalata, P; Gentry, R.; Wrenn, M. E..  Determination of plutonium in sediments by solvent extraction and alpha-spectrometry.  Analytica Chimica Acta, 111:265-274.  1979

| CSU-RG Annual Report<br>Pu Distribution-Appendix B | Pu Electroplating | PEP-2<br>3 pages |
| --- | --- | --- |

| | **Colorado State University**<br>**Department of Radiological Health Sciences**<br>**Radioecology Group**<br>Fort Collins, Colorado  80523<br>(303) 491-5343 |
| --- | --- |
| **Title** | **Procedures for Pu Electrodeposition in $H_2SO_4$** |
| **Author** | Scott B. Webb |
| **Info** | Document No.:  **PEP-2**<br>Version No.:  2.1<br>Effective Date:  16 September 1991 |

## Introduction

This electroplating procedure is adopted from common methods and may be found in numerous citations.  Earlier versions developed in the Radioecology labs at CSU have lead to this method, which produces high quality plates for alpha spectroscopy.  The sample must have been reduced, ashed, and in a sulfuric solution to start this procedure.  Version 2.1 includes an updated drawing of the electroplating cell assembly.

## Special Reagents, Materials or Apparatus

A.   Electrolytic Analyzer with rotating anode and with DC current and potential capacities of 2 A and 10 V, respectively.

B.   Conductivity Cell Electrode.  Material is platinum + 10% iridium alloy.  See Health and Safety Laboratory (HASL) drawing G-17-01, 19??

C.   Conductivity Cell Assembly.  A machined brass fixture mounted on a plexiglass base (Fig. 1).

D.   Platinum Disks.  1.76 cm diameter x 127 $\mu$m thick, hard rolled, virgin platinum disks that are individually wrapped.

E.   60 ml polyethylene bottles with standard screw caps.

F.   Stainless Steel Backing Disk.  1.76 cm diameter x ~250 $\mu$m thick.

Webb and Ibrahim

B15

CSU-RG Annual Report                 Pu Electroplating                              PEP-2
Pu Distribution-Appendix B                                                          3 pages

## Procedure

1.  Cut the bottom 15 mm from a 60 ml PE bottle and assemble the plating cell according to Figure 1. Rinse the cell several times with deionized water (DIW) then fill it. Allow the DIW to stand in the cell to check it for leaks.

2.  Prepare the electroplating machine by inserting the electrode and checking it for concentric running. Ensure that the clips, wires and electrical contacts are free of corrosion and working properly.

3.  Empty the DIW from the cell if it has not leaked. Add ~2 ml of 0.01 M $H_2SO_4$ to the sample and heat it gently. Using a rubber policeman, thoroughly scrub the beaker and transfer the solution to the cell. Repeat the scrubbing and transfers until the cell volume is 5-6 ml.

4.  Add 1 drop of 10% Methyl Red indicator solution and mix it with the solution in the cell. The liquid color will be a shade of pink. Blow ammonia fumes across the surface of the liquid while swirling the cell to mix the solution. Continue to apply ammonia fumes and swirl the cell until the liquid changes to a yellow color. Add 1 or 2 drops of 1M $H_2SO_4$ to change the color back to pink.

5.  Place the cell into a cooling water vessel and attach the cathode wire clip. Center the electrode above the Pt disk and get it as close as possible without touching the electrode to the disk (See Figure 1.). Switch the electrode motor to ON and check for signs and sounds of the electrode touching the cell or the disk. If it is running clear, electroplate the sample at a current density of 1.2 A for 1 h. Record the initial current and potential.

6.  At the end of the electroplating interval, quench the electrolyte with a basic solution of 1 ml of $NH_4OH$ + 9 ml of DIW. Continue to plate for 1-2 min, then switch OFF the current and electrode motor.

7.  Dismantle the cell and rinse the plate with DIW and ethanol, both of which have been adjusted to pH 7-8. Dry the plate under a heat lamp or flame it to a bright red color.

Note: Polished nickel disks have been substituted for the platinum disks with good success. The spectral quality is not as good, but it is adequate for low level Pu samples.

Webb and Ibrahim                                                                    B16

Case No. 1:90-cv-00181-JLK   Document 1398-56   filed 07/11/05   USDC Colorado   pg 28 of 34

Figure 1.  Cross section of electroplating cell assembly.  (Not to scale.)



Approx. 1/8"

1-1/4 "

As Required

Threads to fit
Nalgene LDPE
60 ml bottle

Electroplating cell
base by Pralon
Welding and
Machine.

BREAK
All Edges

3/16 " Drill

1-1/2" DIA Nom
Brass Round Stock
(by CSU)

**Colorado State University**
**Department of Radiological Health Sciences**
**Radioecology Group**
Fort Collins, Colorado   80523
(303) 491-5343

| | |
|---|---|
| Title | **Alpha Spectroscopy Procedures for Plutonium (Octete/Maestro)** |
| Author | Scott B. Webb |
| Info | Document No.:  **PAS-2**<br>Version No.:   1.0<br>Effective Date:  16 July 93 |

## INTRODUCTION

The general procedure for alpha spectroscopy has been in place at the Radioecology laboratories for several years, but this specific method is being written to train new users and to document the standard procedure.  Samples to be counted will be electroplated platinum disks.  These procedures are for specific equipment and computer hardware and software and were written to incorporate additional procedures and escrow requirements of the project funded by the Colorado Department of Health.

Alpha Spectroscopy Procedures for Plutonium (Octete/Maestro), **PAS-2**, does not supercede previously written alpha spectroscopy procedure number **PAS-1**.  PAS-2 was written for a completely different alpha spectroscopy system.  Many of the sections have been retained from PAS-1, e.g., the art of alpha spectroscopy, to maintain a stand-alone document for training purposes.  The greatest differences are in the system description and operation procedures.

This documentation will be part of the author's dissertation and must be treated as proprietary material.  The reader is free to use this information in future work, but proper references and acknowledgments should be made.

## THE ALPHA PARTICLE

The $\alpha$-particle has been described as a helium nucleus composed of two neutrons and two protons--a rather massive particle having a relatively high rest mass ($E = mc^2$).  Because of their large mass, $\alpha$-particles tend to follow very straight paths and are rarely deflected except for the rare, direct collision with an atomic nucleus (Wang, Willis and Loveland 1975).  Alpha particles are

**Table 1.** Energy, abundance and half-lives of selected alpha emitting isotopes (Duggan 1988).

| Energy (MeV) | Nuclide | Half-Life | Abun (%) | Energy (MeV) | Nuclide | Half-Life | Abun (%) |
|---|---|---|---|---|---|---|---|
| 11.65 | $^{212m}Po$ | 45 s | 97 | 5.786 | $^{243}Cm$ | 32 y | 73 |
| 8.88 | $^{211m}Po$ | 25 s | 7 | 5.763 | $^{244}Cm$ | 17.6 y | 23 |
| 8.785 | $^{212}Po$ | 300 ns | 100 | 5.755 | $^{227}Th$ | 18.2 d | 20 |
| 8.377 | $^{213}Po$ | 4.2 ms | 100 | 5.745 | $^{223}Ra$ | 11.43 d | 9 |
| 7.687 | $^{214}Po$ | 164 ms | 100 | 5.742 | $^{243}Cm$ | 32 y | 12 |
| 7.448 | $^{211}Po$ | 520 ms | 99 | 5.73 | $^{225}Ac$ | 10.0 d | 10 |
| 7.384 | $^{215}Po$ | 1.78 ms | 100 | 5.714 | $^{223}Ra$ | 11.43 d | 54 |
| 7.28 | $^{211m}Po$ | 25 s | 91 | 5.707 | $^{227}Th$ | 18.2 d | 8 |
| 7.200 | $^{254}Fm$ | 3.24 h | 85 | 5.684 | $^{224}Ra$ | 3.64 d | 94 |
| 7.158 | $^{254}Fm$ | 3.24 h | 14 | 5.68 | $^{247}Bk$ | 1.4 kY | 37 |
| 7.14 | $^{218}Rn$ | 35 ms | 100 | 5.666 | $^{251}Cf$ | 800 y | 55 |
| 7.07 | $^{217}At$ | 32 ms | 100 | 5.605 | $^{223}Ra$ | 11.43 d | 26 |
| 7.027 | $^{255}Fm$ | 20.1 h | 93 | 5.537 | $^{223}Ra$ | 11.43 d | 9 |
| 6.818 | $^{219}Rn$ | 40 s | 81 | 5.52 | $^{247}Bk$ | 1.4 ky | 58 |
| 6.777 | $^{216}Po$ | 150 ms | 100 | 5.512 | $^{214}Bi$ | 19.7 m | 0.008 |
| 6.70 | $^{218}At$ | 2 s | 94 | 5.499 | $^{238}Pu$ | 86 y | 72 |
| 6.65 | $^{218}At$ | 2 s | 6 | 5.490 | $^{227}Tn$ | 3.823 d | 100 |
| 6.640 | $^{253}Es$ | 20.47 d | 90 | 5.486 | $^{241}Am$ | 458 y | 86 |
| 6.622 | $^{211}Bi$ | 2.15 m | 84 | 5.456 | $^{238}Pu$ | 86 y | 6 |
| 6.56 | $^{222}Rn$ | 38 s | 96 | 5.448 | $^{214}Bi$ | 19.7 m | 0.012 |
| 6.551 | $^{219}Rn$ | 4.0 s | 11 | 5.447 | $^{224}Ra$ | 3.64 d | 6 |
| 6.437 | $^{254}Es$ | 276 d | 93 | 5.443 | $^{241}Am$ | 458 y | 13 |
| 6.424 | $^{219}Rn$ | 4.0 s | 8 | 5.427 | $^{229}Th$ | 1.910 y | 71 |
| 6.340 | $^{221}Fr$ | 4.8 m | 82 | 5.386 | $^{246}Cm$ | 5.5 ky | 81 |
| 6.34 | $^{228}Th$ | 30.9 m | 79 | 5.362 | $^{245}Cm$ | 9.3 ky | 80 |
| 6.287 | $^{220}Rn$ | 55 s | 100 | 5.344 | $^{228}Th$ | 1.910 y | 28 |
| 6.28 | $^{219}At$ | 5.4 s | 97 | 5.342 | $^{246}Cm$ | 5.5 ky | 19 |
| 6.278 | $^{211}Bi$ | 5.12 m | 16 | 5.324 | $^{232}U$ | 72 y | 68 |
| 6.22 | $^{228}Th$ | 30.9 m | 19 | 5.306 | $^{245}Cm$ | 9.3 ky | 7 |
| 6.126 | $^{221}Fr$ | 4.8 m | 15 | 5.305 | $^{210}Po$ | 138.4 d | 100 |
| 6.119 | $^{252}Cf$ | 2.65 y | 84 | 5.276 | $^{243}Am$ | 7.95 ky | 88 |
| 6.115 | $^{242}Cm$ | 163 d | 74 | 5.267 | $^{232}U$ | 72 y | 32 |
| 6.090 | $^{212}Bi$ | 60.6 m | 10 | 5.234 | $^{243}Am$ | 7.95 ky | 11 |
| 6.076 | $^{252}Cf$ | 2.65 y | 15 | 5.168 | $^{240}Pu$ | 6580 y | 76 |
| 6.071 | $^{242}Cm$ | 163 d | 26 | 5.156 | $^{239}Pu$ | 24.1 ky | 73 |
| 6.061 | $^{243}Cm$ | 32 y | 6 | 5.143 | $^{239}Pu$ | 24.1 ky | 15 |
| 6.051 | $^{212}Bi$ | 60.6 m | 25 | 5.123 | $^{240}Pu$ | 6580 y | 24 |
| 6.037 | $^{227}Th$ | 18.2 d | 24 | 5.105 | $^{239}Pu$ | 24.1 ky | 12 |
| 6.031 | $^{250}Cf$ | 13 y | 83 | 5.058 | $^{231}Pa$ | 32.5 ky | 11 |
| 6.002 | $^{218}Po$ | 3.05 m | 100 | 5.054 | $^{229}Th$ | 7340 y | 7 |
| 5.994 | $^{243}Cm$ | 32 y | 6 | 5.028 | $^{231}Pa$ | 32.5 ky | 23 |
| 5.987 | $^{250}Cf$ | 13 y | 17 | 5.013 | $^{231}Pa$ | 32.5 ky | 24 |
| 5.976 | $^{227}Th$ | 18.2 d | 23 | 4.967 | $^{229}Th$ | 7340 y | 6 |
| 5.887 | $^{230}U$ | 20.8 d | 68 | 4.96 | $^{210m}Bi$ | 30 ky | 58 |
| 5.87 | $^{213}Bi$ | 47 m | 2 | 4.951 | $^{231}Pa$ | 32.5 ky | 22 |
| 5.868 | $^{211}At$ | 7.21 h | 41 | 4.95 | $^{227}Ac$ | 21.6 y | 1.2 |
| 5.846 | $^{251}Cf$ | 800 y | 45 | 4.92 | $^{210m}Bi$ | 3 My | 36 |
| 5.83 | $^{225}Ac$ | 10.0 d | 54 | 4.903 | $^{242}Pu$ | 379 ky | 76 |
| 5.816 | $^{230}U$ | 20.8 d | 32 | 4.899 | $^{229}Th$ | 7340 y | 11 |
| 5.182 | $^{249}Cf$ | 360 y | 84 | 4.863 | $^{242}Pu$ | 379 ky | 24 |
| 5.806 | $^{244}Cm$ | 17.6 y | 77 | 4.842 | $^{229}Th$ | 7340 y | 58 |

Webb and Ibrahim                      B19

**Table 1**  Continued

| Energy (MeV) | Nuclide | Half-Life | Abun (%) | Energy (MeV) | Nuclide | Half-Life | Abun (%) |
|---|---|---|---|---|---|---|---|
| 4.821 | $^{233}$U | 162 ky | 83 | 4.44 | $^{235}$U | 23.9 My | 26 |
| 4.811 | $^{229}$Th | 7340 y | 11 | 4.415 | $^{235}$U | 710 My | 4 |
| 4.787 | $^{237}$Np | 2.14 My | 51 | 4.396 | $^{235}$U | 710 My | 57 |
| 4.782 | $^{226}$Ra | 1602 y | 95 | 4.366 | $^{235}$U | 710 My | 18 |
| 4.778 | $^{233}$U | 162 ky | 15 | 4.200 | $^{238}$U | 4.51 Gy | 77 |
| 4.773 | $^{234}$U | 247 ky | 72 | 4.15 | $^{238}$U | 4.51 Gy | 23 |
| 4.770 | $^{237}$Np | 2.14 My | 19 | 4.011 | $^{232}$Th | 14.1 Gy | 77 |
| 4.765 | $^{237}$Np | 2.14 My | 17 | 3.95 | $^{232}$Th | 14.1 Gy | 23 |
| 4.733 | $^{231}$Pa | 32.5 ky | 11 | 3.18 | $^{190}$Pt | 600 Gy | 100 |
| 4.722 | $^{234}$U | 24.7 My | 28 | 3.18 | $^{148}$Gd | 84 y | 100 |
| 4.684 | $^{230}$Th | 80 ky | 76 | 2.73 | $^{150}$Gd | 2.1 My | 100 |
| 4.617 | $^{230}$Th | 80 ky | 24 | 2.50 | $^{174}$Hf | 2 Py | 100 |
| 4.599 | $^{226}$Ra | 1602 y | 6 | 2.46 | $^{146}$Sm | 70 My | 100 |
| 4.597 | $^{235}$U | 710 My | 5 | 2.23 | $^{147}$Sm | 105 Gy | 100 |
| 4.57 | $^{210m}$Bi | 3 My | 6 | 214 | $^{152}$Gd | 110 Ty | 100 |
| 4.556 | $^{235}$U | 710 My | 4 | 1.83 | $^{144}$Nd | 2.4 Py | 100 |
| 4.493 | $^{236}$U | 23.9 My | 74 | | | | |

emitted from radionuclides with considerable kinetic energy which translates to a considerable velocity (KE = 0.5 m•v$^2$). The most significant feature of α-particle energy is probably that it is discrete; i.e., all the α-particles emitted by a specific nuclide will emerge at one or a few well-defined energies, which is a means of identifying the radionuclide. Uranium-238, for example emits α-particles with energies of 4.20, 4.15, and 4.04 MeV (Wang, Willis and Loveland 1975). Plutonium-239, on the other hand, emits α-particles with more than twenty different energies, but only three have emission frequencies greater than 10% (US HEW 1970). The major α-particle energies for selected isotopes are listed in Table 1.

The primary mechanism for energy loss by an α-particle passing through matter is inelastic collisions with atomic electrons. When an α-particle collides with an electron, or otherwise causes it to leave orbit of its parent nucleus, the process is known as ionization. The electron and positive ion, or ion pair, can cause additional ionizations along the trajectory of the α-particle. Such interactions with orbital electrons dissipate the kinetic energy of the α-particle. For example, about 34 eV of the α-particles kinetic energy is used in the formation of a single ion pair in a gas, or, a 6.8 MeV α-particle will produce about 2 x 10$^5$ ion pairs in air before its kinetic energy is completely dissipated. The mean range of α-particles in air is on the order of a few centimeters. Alpha particle ranges in materials other than gases will necessarily be much shorter due to the greater density of electrons and the associated energy "robbing" ionization events (Wang, Willis and Loveland 1975). In fact, the ranges are so short they are often measured in micrometers (Table 2). Knowledge of the α-particle interaction with matter and its discrete energy nature, will allow the explanation of the spectrum to be analyzed.

Webb and Ibrahim

**Table 2.** Linear range of 7-MeV a-particles in some common absorbers (Wang, Willis and Loveland 1975).

| Air | Water | Al | Mica | Cu | Pb |
|-----|-------|-----|------|-----|-----|
| 59,000 μm | 74 μm | 34 μm | 29 μm | 14 μm | 2 μm |

The very short range of α-particles in solid matter creates certain practical problems in alpha spectroscopy. Since α-particles would dissipate their energy very quickly in the window or wall of a gas filled detector, it cannot be used for energy determinations. Placing the sample within the detection media, e.g., liquid scintillation counting, is adequate for the gross detection of alpha particles, but the resolution of such methods is not good enough for spectroscopy. Furthermore, the preparation of sources for α-counting is quite difficult because α-particles are so easily absorbed within the sample itself (Wang, Willis and Loveland 1975). A common alpha spectrometer uses the solid state, or semiconductor detector known as the the passivated, ion-implanted, charged-particle detector (PIP); although, older types of solid state detectors are still in use, e.g., silicon surface barrier (SSB) detectors.

### THE PASSIVADED, ION-IMPLANTED, CHARGED PARTICLE DETECTOR

In order to understand how semiconductor radiation detectors operate, it is necessary to review the basic physics of semiconductors. Consider the compounds of rubber and copper. The first is a poor conductor of electricity and is called an insulator while the other is an excellent conductor. Semiconductors are compounds may exhibit qualities of both a conductor and an insulator. Figure 1 depicts diagrams of the relative energy levels of the electrons in these materials. Electrons in the valence bands are tightly bound to the atomic nucleus, but conduction band electrons are allowed to migrate freely from atom to atom in the lattice of the compound. One can see that only a small amount of additional energy, from thermal vibrations for example, is required to promote the valence electrons to the conduction band in a conductor while considerably more energy is required for an insulator. The energy gap between bands in a semi-conductor is somewhat less than for an insulator, hence less energy is required to promote an electron to the conduction band. Once the electrons are in the conduction band, they are free to move according any forces that act on electrons, e.g., electric fields. Historically a semiconductor was formed by introducing a small amount of known impurities into a crystal of silicon or germanium to overcome the problems with existing impurities in the crystal. The existing impurities would cause electron traps that would not allow the electron to jump to the conduction band, thus, decrease the effectiveness of the material as a detector. The added impurities (donor atoms) provided a different energy band structure to the crystal where the combined conduction band, or donor level, was lower than the trap energy levels. Additionally, the crystal can have certain atoms added to effectively raise the valance energy band to create another type of semi-conductor. Currently, very pure, or hyper-pure, crystals of silicon and germanium may be grown resulting in true semi-conductor materials.

**Figure 1.** Diagram of the theoretical, discrete energy bands of electrons in compounds of insulators, conductors and semiconductors.

| Insulator | Conductor | Semi-Conductor | n-type Semi-Conductor | p-type Semi-Conductor |
|---|---|---|---|---|
| Conduction | | | Conduction | Conduction |
| Forbidden Gap | **Conductor** | Conduction | - - - - - - - Donor Level | Acceptor Level |
| | Conduction | | | - - - - - - - |
| Valence Band | Valence Band | Valence Band | Valence Band | Valence Band |
| **Pure Si** | **Pure Cu** | **Pure Ge** | **Si(P)** | **Si(B)** |

   The theory of using a semi-conductor material as an ionizing radiation detector may best be explained by considering the non-pure type materials first, i.e., silicon surface barrier detectors. The theory will be extended to include hyper-pure semiconductors, or passivated ion-implanted types, at the end of this discussion.

   The forbidden gap is that energy required by a valence electron to get it to move to the conduction band. The donor energy level in an n-type semiconductor is somewhat less than the conduction band, i.e., less energy is required to get an electron from the valence band. The acceptor level in a p-type semiconductor, on the other hand, is slightly above the valence band and only a small amount of additional energy is required to liberate a valence electron. The p-type semiconductor, therefore, will loose electrons from the valence band leaving electron vacancies, or holes. Just as electrons move from atom to atom in the conduction band or at the donor/acceptor levels, electrons may shift in the valance band filling adjacent holes. One may say that the holes are free to move in a semiconductor, and since the holes represent missing electrons, the holes may be considered a moving positive charge.

   When a p-type semiconductor is placed in contact with a n-type to form a p-n junction, the electrons from the n-type silicon will migrate across the junction and fill the holes in the p-type silicon to create a net balance of charge, i.e., there will be no extra holes or electrons. An electric field placed across the junction will cause the electrons in the conduction or acceptor/donor bands to move in the opposite direction of the field. Again, the effect will be that the holes will appear to move in the direction of the field. If the field is applied so that the n-type semiconductor potential is greater than the p-type potential, the field will point from the n-side of the junction towards the p-side. The non-valence band electrons will be pulled farther away from the junction and the holes will migrate in the opposite direction (Figure 2). This condition is called reverse biasing and the effect is to create a region depleted of both electrons and holes. As the reverse bias potential across the junction increases, the depleted region increases. The depth of the depleted region in the semiconductor,

Webb and Ibrahim                                              B22

therefore may be controlled with the bias voltage and the types of materials used.

**Figure 2.** Diagram of a p-n junction with a reverse bias applied. The free electrons will move opposite of the field direction and the holes will move in the field direction creating a depleted region.



The latest detector technology allows the growing of pure crystals of silicon and the ability to implant selected ions into the crystal. This surpassed the previous method of growing the crystal with impurities or drifting them into the lattice. Consider for a moment the effect of implanting boron into an n-type silicon semiconductor. A p-type semiconductor will be created at the surface. If the boron is implanted to a controlled depth and the remainder of the crystal remains n-type, a natural p-n juction will be formed without using two different semiconductor types.

The depleted region acts as the sensitive volume of the semiconductor detector. Ionizing radiation, such as an α-particle, passing through this region will ionize the detector material creating ion pairs (Wang, Willis and Loveland 1975). The free electrons and holes will be caught in the electric field and be swept in opposite directions. The sudden burst of excess moving charges freed by the α-particle will form a current across the junction and cause the potential difference to change slightly. These changes may be measured, amplified and electronically enhanced to complete the detector system. In summary, the ionized electron/hole pairs move across the junction when radiation enters the depleted region to create a short duration change in current and potential in the semiconductor which is measured as an indication of ionization, or a count. Since high energy α-particles create more ion pairs in the same material than low energy α-particles, which in turn creates a greater current and potential difference, one may simply measure the current and potential to know the relative difference between high and low energy α-particles entering the detector. In other words, semiconductor detectors may be used for α-spectroscopy.

Some practical considerations for building an α-particle detector must include the fact that α-particles cannot penetrate solid materials to depths greater than ~50 μm (Table 2), and the total charge liberated by an α-particle and the associated secondary ionizations is (~ 2 x $10^6$ ion pairs) is actually quite

Webb and Ibrahim