# EXHIBIT 39B

small. The thickness of the p-type semiconductor must, therefore, be extremely small, but the depleted region must be >50 μm to effectively allow the α-particle to ionize as much material as possible. The associated electronics must be able to amplify the very small current and sort out the various current sizes to separate α-particles of different energies.

These conditions have, in the past, been effectively met with silicon surface barrier detectors. The thin p-type layer is produced in a n-type base by chemically etching the surface of the detector. Usually a thin layer of gold is evaporated over the p-layer to protect the detector and to allow electrical contact to the p-type semiconductor layer (Wang, Willis and Loveland 1975). The gold and surface of the detector through which the α-particle must pass to be detected is called the "dead layer" and is on the order of 80 nm. Some surface barrier detectors are"ruggedized" by substituting aluminum for the gold layer so that they may be cleaned when necessary.

There are several advantages to the modern PIP type semiconductor for an alpha detector. The "dead layer" may be reduced to ~50 nm with controlled implantation. The implantation material may also act as the electrical contact for the front of the detector and will also reduce the dead layer since a metalic layer won't have to be applied. These reductions in the dead layer increases the resolution of the detector (explained below in The Art of Alpha Spectrum Analysis). Finally, since the front surface is implanted, and not coated, the detectors are naturally "ruggedized" and are easily cleaned.

## THE ALPHA SPECTROSCOPY SYSTEM

The α-particle detector is the front end of the system. It must be enclosed in a vacuum chamber to prevent the α-particles from being absorbed by air molecules. The system must also include high voltage power supplies, amplifiers, timers, signal routers, and signal processors. A block diagram of the new Alpha Spectroscopy System, the ASS-II, used at the Radioecology laboratory is shown in Figure 3. The ASS-II has two major components, the EG&G Ortec Octete modular alpha spectrometer with eight individual detectors and a personal computer (PC). The sub-components of the ASS-II are described below.

Figure 3. Simplified block diagram of the CSU Radioecology Group Alpha Spectroscopy System (ASS).

ALPHA SPECTROMETER UNIT

This modular unit contains the PIP detector, the sample holder, a vacuum chamber and the associated electronics. The bias supply provides the reverse bias voltage to the PIP detector (-50 V) and the various amplifiers condition the signal from the detector for analysis by the other system components. The test pulser puts a signal of known characteristics into the system for routine evaluation of the entire system and for diagnostic purposes. The alpha spectrometer unit in the Ortec, Octete model has built-in vacuum, bias voltage, and leakage current detectors.

MULTIPLEXER

The multiplexer allows multiple inputs from low count rate detectors to the ADC (described below). The signal coming into each input is sampled and if a peak of voltage is detected, it is held in the multiplexer memory. Another circuit continuously scans (typically 2.5 MHz) the input memory and stops when a peak voltage has been captured and held. The multiplexer then connects the memory to the signal output and it is then transmitted to the ADC with gate information for the specific spectrometer. The multiplexer also

provides live and real time clocks to accurately indicate the acquisition time for each detector.

ANALOG TO DIGITAL CONVERTER (ADC) BOARD

The signals coming from the detector via the multiplexer are voltage pulses of various amplitudes corresponding to the energy of the α-particle. The ADC has several tasks to complete with the signals. The first is to convert the analog voltage signals to digital numbers which correspond to associated computer memory addresses in a multi-channel analyzer (MCA). The α-pulse will trigger a count that will be added to the counts existing in that memory channel. The ADC used by the Radioecology Group has 8192 total channels, but these are divided into eight groups for the eight detectors giving each detector a total of 1024 channels to store α-particle energy information. The MCA uses the gate information from the multiplexer to determine which of the specific 8192 channels is associated with a particular α-energy and a particular detector.

COMPUTER CONTROL AND DISPLAY

The MCA is located on the ADC board inside the Octete, and it is entirely software controlled via an interface to an IBM® compatible, PC. Programs access the acquisition data in the MCA memory and compile it into files which may be stored to disk or analyzed using additional programs. The MCA/PC combination provides very flexible acquisition, display and analysis options for the α-spectrum. Instructions for operating the system and using the software are given below, however, a word of caution must be given to the initiate of PC controlled MCAs. Certain operational parameters may be easily changed at the keyboard, such as the number of channels per detector or the conversion gain, i.e., the instruction to the MCA about which channel to select for a given pulse size. These parameters are critical to the calibration and accuracy of the α-spectral analysis and must be set by a qualified technician using an oscilloscope, a pulser, and other electronic test equipment. *Please confer with the Spectroscopy Systems Manager, Scott Webb (1-4806)), or the Nuclear Electronics Specialist, Chuck Sampier (1-5359), if a special α-analysis requires an adjustment to the ADC or MCA operating parameters.*

**THE ART OF ALPHA SPECTRUM ANALYSIS**

The ideal α-spectrum from a mono-energetic alpha source would have all the counts in one channel (Figure 4-a). A single channel alpha spectrum is never observed, and the reasons for the degradation may be divided into two main catagories; source related and electronics related.

ELECTRONIC NOISE

The ionization electrons liberated by an α-particle must be amplified several times, routed, converted to a digit (ADC) and strored before they are represented on the display as a count at a certain energy. Each of these processes has randomly fluctuating errors, or noise, associated with them. The noise associated with an amplifier, for example, will cause the pulse leaving it to be slightly greater or slightly less than the ideal amplitude. This error is magnified by every component until the pulse is placed in a specific

channel. The combined error may result in the selected channel being several channels away from the exact channel.

Noise is inherent in any electronic system, but it can be measured using a test pulser which injects signals having a fixed amplitude at the beginning of the system. A pulser spectrum (Figure 4-b) shows that the error in a non-source spectrum is normally distributed. The full width of the gaussian shaped pulser peak is measured at a point half the distance to the peak maximum height (Figure 4-c). This value, the "full width at half maximum," or FWHM, is a measurement of tha ability of the spectroscopy system to resolve, or distinguish, two unique alpha energies. The FWHM resolution value (in channels or energy) may be used to compare two systems, but it is more commonly used to track the performance of a particular α-system. Resolution measurements are made before and after each use of the Radioecology ASS-II detectors as a quality assurance practice and are easily determined using software programs.

**Figure 4.** An ideal alpha spectrum would be a single line compared to a pulser spectrum which displays the system noise. The ability of the alpha system to resolve energy is measured using the full width at half-maximum value.

Full Width
Max
Half
Counts
Energy
(a) Ideal Spectrum
(b) Pulser Peak
(c) FWHM Measurements

SOURCE RELATED SPECTRAL DEGREDATIONS

The ideal spectrum would have to originate from an ideal α-source. Just as noise in electronics is unavoidable, the perfect α-source is never obtained. Spectral degradations are a result of interference material associated with the radioactive atoms and interference material between the source and the detector. Recall that ~280 eV of the kinetic energy of the α-particle is transferred for every ionization event, or collision, in a solid. If the α-particle does not ionize any atoms until it reaches the detector, the full value of the α-energy will be deposited. If the α-particle looses kinetic energy to atoms within the source itself or in the atmosphere between the source and the detector, it will deposit less than its initial, or full, energy. One may expect, therefore, that real α-source spectra will have counts in the channels with energy values less than the maximum for that radionuclide.

**Figure 5.** The spectrum of an actual alpha source will have a tail due to interferences between the alpha particles and the detector.

The amount of degradation can be controlled by carefully preparing the α-source. The great expense associated with analyzing environmental samples for plutonium is due to the laborious task of preparing a suitable α-source. Care is taken to extract and purify the plutonium from the sample and electrodeposit it on a platinum disk. The goal is to lay down in a single atomic layer of plutonium on the surface of the disk so that the emitted α-particles will not collide with impurities extracted with the plutonium. An excellent quality plate will appear very shiny, while a poor quality plate will be dulled due to imputites blocking the reflected light (and consequently, the α-particle trajectory). In general, an excellent plate will correspond to an excellent spectrum. As a final measure to reduce spectral degradation, the counting chambers are evacuated so that air molecules will not interfere with the flight of the α-particles.

SOURCES WITH MULTIPLE ALPHA-EMITTERS

Most environmental samples contain four isotopes of plutonium; $^{238}$Pu, $^{239}$Pu, $^{240}$Pu, and $^{241}$Pu. The analysis requires the addition of $^{242}$Pu as a tracer of the environmental plutonium through the analytical process. Since $^{241}$Pu is not an α-emitter, there will be four isotopes of plutonium on any plate which can be detected. Each of these isotopes decays by α-emission with at least two predominant α-energies (Table 1.). Modern PIP detector and MCA systems are able to resolve the isotopes of $^{238}$Pu, $^{239}$Pu, and $^{242}$Pu from one another, but they cannot adequately resolve the individual α-energies ($^{239}$Pu and $^{240}$Pu cannot be resolved on PIP detectors). In addition to plutonium, other α-emitting isotopes may be present due to inefficient separation and purification processes used to prepare the sample. Examples of these are $^{238}$U, $^{230}$Th, $^{226}$Ra, $^{222}$Rn, and $^{218}$Po from the uranium series and $^{232}$Th, $^{228}$Th, $^{224}$Ra, $^{216}$Po, and $^{212}$Bi from the thorium series (See Table 1 for specific α-energies).

The task of the α-spectrum analyst is to decide which observed counts are associated with each radionuclide of interest. A typical α-spectrum for plutonium (Figure 6) will have three main peaks that will be well resolved if the sample plate is of high quality. The area under the $^{238}$Pu peak will be 20-60 times smaller than the $^{239,240}$Pu (or just $^{239}$Pu for simplicity) peak in environmental samples collected near Rocky Flats, Colorado. The shape of the

lower tails on the peaks is a key to analyzing the counts contributed by each isotope. This shape, as noted above, will vary with the quality of the plate and the electronics.

**Figure 6.** A typical alpha spectrum of plutonium isotopes will also contain some interference radionuclides. The shape of the tails is critical in analyzing the spectrum.

The difficulty in α-spectral analysis occurs when the plate quality is poor or there are many interfering radionuclides plated with the plutonium. The analyst viewing a poor spectrum (Figure 7) must consider how many counts are overlapping from one peak into another. From the discussions about spectral degradation above, it is clear that the higher energy peak will overlap the peak just to the left of it, i.e., $^{239}$Pu will overlap into $^{242}$Pu on a poor quality plate. If one assumes that the shape of the $^{239}$Pu tail is similar the $^{242}$Pu tail, an estimate of the overlapping counts may be made. The analyst may visually extend the $^{239}$Pu tail past the upper energy boundary of the $^{242}$Pu peak and estimate the area under the curve. These counts may be subtracted from the $^{242}$Pu region of interest (ROI[1]) totals and added to the $^{239}$Pu ROI totals. In a similar manner, the width of the $^{242}$Pu peak may be used to gauge the width of the $^{239}$Pu peak if they are approximately the same height.

1 The region of interest, or ROI, is a predetermined set of channels corresponding to a specific radionuclide.

**Figure 7.** A poor quality spectrum may be analyzed by evaluating the shape and width of the Pu-242 peak and applying the estimate to the Pu-239 peak. It is also important to realize that the area under each peak will remain approximately the same (same number of counts) but the shape will change depending on the electroplate quality.



The analyst will have to shift the ROI in the MCA display system to determine the total counts for each peak in a poor quality spectrum. Before adding or subtracting many counts, one should estimate the level of uncertainty that will be introduced when doing this. Nuclear decay statistics (binomial) may be considered poisson distributed if >20 counts originate from the sample source. The standard deviation of the poisson mean, or number of counts observed, is the square root of the counts. This gives the analyst a gauge to evaluate the impact of adding and subtracting peak counts. A rule of thumb is to not to add or subtract counts in excess of the standard deviation of the original estimate. For example, if the $^{239}$Pu peak contained 1000 counts but was obviously overlapping into the $^{242}$Pu ROI which contained 1500 counts, the analyst should not attempt to resolve the overlap if she/he determines that 100 counts must be added to the $^{239}$Pu ROI counts and subtracted from the $^{242}$Pu counts. The analyst would indicate on the count record that the spectrum was of too poor quality to accurately analyze.

Special problems occur when the total counts in a peak are very low. This condition may be seen when analyzing samples for fallout levels of plutonium, when analyzing blank samples and when estimating the contribution of non-plutonium isotopes on the disk. Some spectra may appear to have low quality peaks when the counts are very low. The analyst should use the $^{242}$Pu tracer peak to estimate the spectral quality in these cases and rely on the ROIs set during calibration to determine the counts of the other plutonium peaks. The shape and width of the $^{242}$Pu peak, again, may be used to estimate the ROIs for the other low-count peaks.

**Figure 8.** Isotopic regions of interest with low counts may be estimated using the Pu-242 tracer peak. Some regions will have scattered counts, clustered counts, or indications that a peak would form if it counted long enough.

It is essential for the analyst to record the counts and energy of the small, non-plutonium peaks and clusters. These data on interferences are being compiled to estimate the contribution of uranium, thorium, and other natural radionuclides in the $^{238}$Pu ROI. It is the hope of the author that meaningful $^{238}$Pu measurements may be made by α-spectroscopy on low level environmental samples.

This paper is being written as an introduction to the art of α-spectroscopy. The word "art" is not misleading, since the qualified α-spectroscopist must understand the theory and operation of α-detection equipment and will have analyzed hundreds of samples. These instructions are not a substitute for the many hours of required tutoring necessary to train a good α-spectroscopist.

## SPECIAL MATERIALS OR APPARATUS

1. EG&G Ortec, Octete-PC alpha spectroscopy system (Figure 9). This unit includes 8 ea. model U-016-300-100 passivated, ion implanted surface barrier detectors; a model 918A-OPT B interface card for the PC; and a model 918-OPT C cable to connect the PC and the Octete. The system was shipped with the ADCAM 100 Maestro II MCA emulation software (model A64-BI, version 1.52).

2. Edwards model E2M5 rotary vacuum pump (Vacuum rate of ~6.5 $m^3$ $h^1$ and an ultimate vacuum rating of 2.5 x $10^{-6}$ bar). The vacuum pump includes an Edwards model FL20K forline trap with activated alumina to trap pump oil vapor and a pump oil mist exhaust filter. All fittings are high vacuum NW25 type.

3. BASE, Mod. 100 PC system, including 16 bit-80286 processor, 640 kB RAM, 20 MB hard disk drive, 1.44 MB-3.5" floppy drive, 5.25" disk drive, enhanced keyboard, 14" VGA color monitor, clock/calendar with battery backup, and MS-DOS 3.3. It has one serial port (not connected).

4.     The equipment (except for the vacuum pump) sit on one table located in
       MRB 321. The temperature of the air exiting the fans through the Octete
       is monitored via an electronic thermometer, and the temperature of the
       vacuum pump is monitored by another electronic thermometer.
       Vacuum is routed to the alpha spectroscopy modules and vented
       through a manifold inside the Octete cabinet. The equipment layout
       (Figure 10) together is called the Second Alpha Spectroscopy System, or
       ASS-II.

**Figure 9**  The EG&G Ortec alpha spectroscopy system, the Octete-PC. (Copied
from EG&G sales broshure.)



**Figure 10.** Equipment layout of the second Radioecology Group Alpha Spectroscopy System, the ASS-II, in room MRB321.

**BASIC OPERATING PROCEDURES OF THE ACCUSPEC MCA**

The following procedures are an introduction to the basic operation of the Ortec Maestro II MCA software for alpha spectrum manipulation. Specific procedures utilizing programmed steps are presented in the next section. The analyst counting samples on the ASS-II will perform the following general tasks each time she/he counts and they will be explained below.

1. Load the sample into the chamber.
2. Apply vacuum to the chamber.
3. Apply bias voltage to the detector.
4. Start acquiring spectral data.
5. Save the spectrum to disk.
6. Analyze the spectrum.

STARTUP

If the power is off to the PC, contact The System Manager (1-4806) to have it turned on. The autoexec.bat file will load the appropriate programs and the MCA will be ready to use. If the power is on, the program will be resident and ready to use.

INTRODUCTION

The basic operating procedures for spectral manipulations are provided here to reduce the time new operators need to start using the ASS-II. This information has been condensed from the Maestro II Operators Manual (Ortec model A64-BI). The manual, however, provides an excellent introduction to using the Maestro II software and is reprinted here for convenience.

A multichannel analyzer (MCA is an instrument that records the number of signal pulses occurring at different pulse heights. These numbers are displayed in a graph whose horizontal axis represents the height of the pulse and whose vertical axis represents the number of pulses at that height. For nuclear MCAs, the input signals usually come from a detector and the height of the pulse is proportional to energy.

MAESTRO II combined with a multichannel buffer (MCB) and a personal computer (PC) makes an MCA of remarkable power and flexibility. The MCB provides the fast data collection, the PC provides the display and data storage facilities (e.g., floppy diskettes) and the MAESTRO II sofware provides the link between the operator, the pulse height data (often called a spectrum) and the hardware. It provides complete control of the MCB, display and storage of the data and analysis of the spectral data.

The MCB is an intelligent data acquisition instrument. It can collect data independently of the PC; that is, the PC can be doing other programs while the MCB is collecting a spectrum. All of the features of the MCB are controlled by MAESTRO II in an easy and straightforward manner. MAESTRO II provides both pull-down menus and hot keys (single keys that perform a function) for use by new and experienced operators.

The PC display continuously shows the spectrum, the current operating conditions and the available menus. Working on the spectrum is the most important and most used function of any MCA display, and MAESTRO provides all of these functions on single-key hot keys. Peak location, ROI insertion, expend/contract, scrolling left/right and vertical scale are all hot keys.

Spectrum peak searching, report generation, printing,. archiving, calibration and other analysis tools are available from pull-down menus. When writing files to disk, the opeator is warned about duplicate filenames. When reading files from disk, the operator can

select from a list of appropriate files on the disk. A buffer is maintained in the computer memory so that spectra can be collected while another is being analyzed.

DETECTOR STATUS AND CONTROL

The Octete system has no integral method to activate the detectors or view the operating conditions. Detector bias voltage, leakage current, energy range, and chamber pressures (especially low pressure, or vacuum) all must be viewed on the PC. The program which displays these parameters and allows the operator to switch on or off the bias voltage is called Octete.cmd and is accessed via the "Services"-"Run Cmd File" pull-down menu.

The program will display the chamber vacuum, the detector bias voltage, and the detector leakage current on bar graphs (Figure 11) and give the operating status of each detector. It is essential that the operator fully undertand this display because the safe operation of the ASS-II depends on applying bias voltage only when the vacuum is applied. To switch on or off the bias voltage and display the energy range, or control screen, press the **F9** key. The command keys are listed at the bottom of the display and are summarized below (Table 3). These keys are on the enhanced keyboard and not on the numeric keypad.

**Figure 11** Computer display of the operating status of the detectors via the Octete.cmd program.



Table 3. Keys on the extended keyboard used to control the detectors.

| KEY | FUNCION | NOTE |
|---|---|---|
| F1 - F8 | Selects detector 1 - 8 | |
| Insert | Bias Voltage ON | |
| Delete | Bias Voltage OFF | |
| Page-Up | All Detectors ON | |
| Page-Down | All Detectors OFF | |
| F9 | Toggles between Status screen and Control screen | |
| F10 | Quit Octete.cmd program | Returns to Maestro II program |
| | | |
| ↑ or ↓ | Selects START energy or STOP energy | DO NOT USE |
| ← or → | Increase or decrease START energy or STOP energy | DO NOT USE |

DO NOT USE the "arrow" keys when viewing the energy range display. Doing so will change the detector parameters and cause the calibration to become invalid. *This may seriously effect the accurate analysis of the spectra.* All the detectors start at 3 MeV and stop at 8 MeV since this is the energy range of interest for most samples analyzed by the Radioecolgy Group.

Another word of caution must be given regarding the application of bias voltage. *Always ensure that the vacuum is less than 50 miliTorr (< 50 mT) before applying bias voltage. (Press the F9 key to view the vacuum graph). Conversly, always ensure that the bias voltage is off (0 V) and the leakage current is less than 10 nanoAmps ( 10 nA) before releasing the vacuum.* It is a rule of thumb to wait 1-2 min. after applying vacuum before applying bias voltage, and wait 1-2 min. after turning off the detector before releasing the vacuum.

A final word of caution concerning vacuum and bias voltage relates to when the operator must change samples in one or several selected chambers instead of all eight (the normal operating procedure). *All chambers which are to remain active, i.e., counting with the bias voltage applied, must have the vacuum valve turned to the* HOLD *position when releasing or applying vaccum to the others. Failure to do so may damage the detectors.*

ACQUISITION

Select the detector/segment you wish to use by cycling through the available segments with the keyboard **Page-up or Page-down** keys. Figure 12 is a diagram of the keyboard with descriptions of the function keys. The segment number is shown in the text area at the right of the screen (Figure 13). If the detector/segment is in use, the elapsed time clocks will be counting. You must

stop the acquisition (**Alt-2**) and clear the segment (**Alt-3**) before you start a count.

Again, if the MCA is acquiring counts in the segment, the elapsed time will be changing. Enter the preset live time you wish to count with the following key strokes.

**Alt-P** Pulls down the Preset menu
**Alt-L** Selects the Live Time option
Enter the required count time in seconds
↵ Press the Enter key

The preset live time in the text area will reflect your entry. Press **Alt-1** to start accumulating a spectrum. The elapsed time clocks will begin to count. You must repeat this process for each detector/segment you wish to use.

Figure 12. Keyboard layout of command and control keys used with the Maestro II MCA software.

DISPLAY CONTROL

The arrow, page-up/down, home, end, insert, and delete keys exist both on the keyPAD and on the KeyBOARD. They have distinctly different functions, however, when using the Maestro II software (Figure 12). The notation **kP** will denote the keyPAD keys and **kB** will denote the keyBOARD keys in these instructions. The operator may view all eight segments at once in the FULL display mode or view a single segment in the EXPAND display mode. Use the **F4** key to toggle between the display modes. The spectrum is scrolled by a fixed cursor using the **kP** → or ← keys and may be moved faster by pressing the **kP Page-up** or **Page-down** keys. The spectrum may be expanded

about the cursor by pressing the **kP** + key and unexpanded with the **kP** - (minus) key. The vertical scale may be changed using the **kP** ↑ or ↓ keys and may be switched to a log scale by continuing to press the kP ↑ key. Details about the cursor position and counts in that channel are displayed on the Marker bar at the bottom of the screen.

USING ROI's

Markers for an ROI may be set by positioning the cursor and pressing **Alt-R** followed by **Alt-B** to begin marking channels. The marked channels will turn from blue to red as they are scrolled past the cursor indicating they are part of an ROI. Press **Alt-R** followed by **Alt-O** to turn off channel marking. The status of the ROI mode is displayed in the text area. Delete an unwanted ROI by keying **Alt-R .. Alt-U** to unmark the ROI channels or delete all the ROIs by **Alt-R .. Alt-C**. Again, press **Alt-R** followed by **Alt-O** to turn off channel marking and unmarking.

Selected information about the counts or peak in the ROI may be obtained by several methods. The spectrum must be scrolled until the cursor is in the desired ROI. To obtain the counts within the ROI, press **Alt-C .. Alt-A** and the values will be displayed on the information bar at the bottom of the screen. Specific peak information, e.g., FWHM, may be obtained using **Alt-C .. Alt-I**. The Calculate menu has several other features that will give information about the ROI or spectrum. Many of these, however, are of limited use in alpha spectroscopy, and some of them may seriously effect the accuracy of the analysis. (See the Notes section below.)

SAVING DATA AND ROI'S

Spectral data, including calibration information may be saved to a disk file using the following keystrokes:

**Alt-F** Pulls down the Files menu
**Alt-S** Selects the Save option
Follow the cues provided.

The file name may be any acceptable DOS name, but we are adopting the convention set forth in the Maestro II FILE NAMES chart (Figure 14). The file extensions are assigned by the software. To recall a spectrum from the disk, use:

**Alt-F** Pulls down the Files menu
**Alt-R** Selects the Recall option
Select the file from the list.

Sets of ROIs are saved and recalled in much the same manner using the keystrokes **Alt-R .. Alt-S** or **Alt-R .. Alt-R** instead.

ADDITIONAL NOTES

Many other functions are available through the menus. The operator is welcome to investigate some of these and change them as necessary. **DO NOT CHANGE** items in the following menu functions: **Print, Report, Compare, Calibrate, Sum, Smooth, Strip** and **Quit**. An undetected, although accidental, change to some of the settings such as the calibration will cause errors in subsequent analyses. The Maestro II MCA/software is a powerful combination for the alpha spectrum analyst. Additional information is

available on the use of the MCA software in the manual, but use of the advanced features should be discussed with the System Manager (1-4806) before implementing them system wide on the Radioecology ASS-II. Hard disk management is performed by the System Manager. **Data files are purged once a week.** The spectroscopist must save spectral data files to a floppy disk to archive them.

**Figure 13.** Maestro II MCA software display screen.



**Figure 14.** Maestro-II file naming scheme.

# *Maestro* II FILE NAMES

Scott B Webb
Ver 1.0
14May93

| File TYPE | | Detector | | | Sample TYPE Geometry | | Sample ID CODE | Suffix | |
|---|---|---|---|---|---|---|---|---|---|
| D | Spectral Data | ALPHA | 1 | 1 | P | Pu | Last Five Digits of Sample Number | CHN | Spectral Data |
| B | Background | | 2 | 2 | A | Am | | BAT | Batch |
| R | ROI | | 3 | 3 | T | Th | or | ROI | ROI |
| L | Library | | 4 | 4 | U | U | Julian Date (e.g., 91234) | LIB | Library |
| T | Test / Temp | | 5 | 5 | R | Rn etc | | TXT | Source Code |
| X | Other | | 6 | 6 | | | or | CMD | Comand File |
| Q | Quality Control | | 7 | 7 | | | Location Code | REP | Report |
| K | Calibration E & FWHM | | 8 | 8 | S | Standard | or | | |
| F | Report | | | | G | General | Description | | |
| | | | A | All α | X | Other | | | |

# PROCEDURE FOR COUNTING SAMPLES FOR ALPHA SPECTROSCOPY

## A. Loading and Unloading Samples

A1. Retrieve the next batch of eight samples from Drawer E1 in MRB325C.

A2. Carefully carry the disks and ASARs to the counting room (MRB321) and place the samples in order on the table next to the ASS console.

a. Layout the ASARs so that the detector numbers and sample numbers are visible for easy reference.

b. Select the first disk from the batch and mark 1, for detector #1, in the box on the Alpha Spectral Analysis Record (ASAR-Figure 16).

c. Circle "SAMP" on the list of count types since a sample is being counted vs. a background (BKG) or standard (ROI, Eff, Cal).

d. Mark the date in the START column.

e. Evaluate the plate quality

i. Shiny or Dull?
ii. Mass present?
iii. Any extraordinary marks or plate conditions
iv. Make notes below Plate Quality box

Excellent quality = Very shiny and uniform appearance
Poor quality = Dull, possibly mass present

A3. Evaluate the remaining disks in the batch marking the detector number sequentially, SAMP, the date, and the quality.

A4. Record the data for the batch that is currently counting if necessary (See Section C., Recording and Analyzing Alpha Spectral Data, below).

A5. If the detectors have disks to be removed:

a. Key **Alt-S ..Alt-C**, and select the "**Octete.cmd**" file to launch the detector control program to view the detector/chamber status.

*Equipment Safety Note:* Ensure that the bias voltage has been off (red lights out on the spectrometer units) for 3-5 min. before proceeding.

b. Turn off the vacuum pump (red light out at the switch). Vent all the chambers by placing the individual vacuum valves in the VENT position (counter-clockwise to 270°).

*Equipment Safety Note:* The vacuum valves are precision equipment. Do not exert additional force on the handles when you feel them stop.

c. Carefully open the door to chamber #1.

*Equipment Safety Note:* The chambers have delicate O-rings which must be kept clean and lubricated. Do not use excessive force when opening or closing the chambers. Apply only a very thin film of approved silicon vacuum grease if necessary.

d. Slide out the sample tray (Figure 15) and carefully remove the disk with forceps and place it in its own, labeled culture dish. See the ASARs of the previous batch to ensure that the disk is associated with the correct sample number on the dish.

e. Select the sample to be counted in #1 and carefully remove it from its dish. *Do not touch the disk with your fingers or scratch it with forceps. Double check the dish sample number with the detector number on the ASAR.*

f. Place the disk in the center of the tray in the deepest indention. Ensure that the tray is above the top slot in the chamber (position 0).

g. Replace the tray in chamber #1. *Do not allow the tray to touch the detector.* Do not manipulate the holder to the point that the disk is no longer centered on the tray. Ensure that the tray and holder are pushed all the way to the back of the chamber.

h. Carefully close the cover to chamber #1. See the *Equipment Safety Note* above.

i. Place the sample dish directly under the chamber unit so that the location of the dish indicates on which detector its disk is being counted.

CSU-RG Annual Report
Pu Distribution-Appendix B

Pu Alpha Spec-Maestro

PAS-2 ver 1.0
42 pages

**Figure 15.** Ortec Octete sample tray showing counting location. (Ortec 1990)

Center Pt disk
in lowest indent.
Place sample tray
on the top ledge.
(Position zero)

A6. Repeat steps A10c-A10h for the remaining samples to be counted.

a. Place the dishes so that the dish location indicates the disk location.

A7. Turn all the vacuum valves to the PUMP position (clockwise to 90°) and flip the vacuum pump switch to the on position (red light will come on).

*Equipment Safety Note:* The vacuum valves are precision equipment. Do not exert additional force on the handles when you feel them stop.

a. View the pressure bar graph in the "Octete.cmd" program. The pressure in the chambers should rapidly decrease to ~100 mT (milliTorr). The vacuum should continue to decrease slowly to ~20 mT.

b. Leave the vacuum applied while counting.

Webb and Ibrahim

B43

**Figure 16.** The Alpha Spectral Analysis Record form used by the CSU Radioecology Group is printed on the reverse side of the Radiochemical Analysis Record.

DET No

**Alpha Spectral Analysis Record**

Samp BKG ROI Eff Seq (No___) Rep CAL Version 2.0 7Dec92 SBW

Sample Number

Attach Sticker

| | Start | Stop |
|---|---|---|
| Date (d-m-y) | | |
| Vac (in Hg) | | |
| Temp (°C) | | |
| FWHM (keV) | | |
| Channel | | |
| PreSet Time | | |
| PreS Total | | |
| Manual | | |
| Time (h:m:s) | | |

PLATE QUALITY: Exellent / Poor — REANAL

SPECTRUM QUALITY: Exellent / Poor — RECOUNT

Count Time : :

Spectrum Saved As:

Energy Parameters:

____MeV + 0.00__ Mev/Chan

Notes:

| Isotope | Counts | PChan | PCnt | FWHM |
|---|---|---|---|---|
| 242Pu | | | | |
| 239Pu | | | | |
| 238Pu | | | | |
| Full Spec | | | | |

OTHER PEAKS

| MeV | cnts | | MeV | cnts | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Supervisor's Use Only

## B. Starting an Acquisition

B1. After the vacuum has been applied to all the chambers:

a. Record the pressure level (mT) and the temperature (°C) on the ASARs for samples in chambers #1-#8.

b. If the pressure has not risen since the initial pumping, enter the control mode of the "Octete.cmd" program (**F9**) and turn on the bias voltage to all detectors (**kB Page-Up**). Return to the status mode of the "Octete.cmd" program (**F9**) and ensure that the bias voltage for all the detectors is 50 V.

*Equipment Safety Note:* If bias voltage is applied to a detector without vacuum or while the vacuum is changing, serious damage to the detector may occur.

   c. If the leakage current on any detector exceeds 50 nA, turn off the bias voltage to that detector (**F9, select detector, kB Delete**), and *contact The System Manager (x4806).*

d. If the pressure has risen noticeably or is >100 mT, turn off the bias voltage to that detector (**F9, select detector, kB Delete**), and *contact The System Manager (x4806).*

e. If the system temperature is >30.0° C or if the vacuum pump temperature is >50.0° C, turn off the bias voltage to all detectors (**F9, kB Page-Down**) and wait until the temperature drops before proceeding.

f. Allow 1-2 min. after applying bias voltage to the detectors to stabilize them before acquiring a spectrum.

g. Key **F10** to exit the "Octete.cmd" program.

h. View the spectra for all eight detectors (**F3** to highlight Full, **F4** to highlight "MCB").

B2. Acquire a pre-count (or post-count) Test Pulser spectrum.

a. Switch on the individual pulsers at each detector unit.

b. Run the command file to acquire test pulser spectra (**Alt-S, Alt-C,** select "**Pulser.cmd**", ↵ ) and wait ~1 min.. The MCA will display "Waiting . . . "

B3. Record the test pulser peak parameters.

a. View the pulser report DOS file to obtain the pulser resolution (FWHM) and peak centroid channel by keying **Alt-S .. Alt-E** to exit to DOS and then typing "**type pulser.rep | more**" at the DOS prompt.

b. Record the centroid channel number and the FWHM of the pulser peak on each ASAR. (Record the values to the nearest whole number, i.e., round the value up or down.) *Double check to ensure that the ASAR detector number and the segment number match.*

c. Check the centroid channel and the FWHM against the CURRENT DETECTOR INFO chart located above the ASS-II console.

    d. If the centroid is within ±2 channels from the chart value and the FWHM is within ±2 keV of the chart value, proceed with counting. *If the centroid and FWHM are >2 units from the chart values for that detector, contact the System Manager (1-4806).*

e. Return to the Maestro MCA program by typing "**exit**" at the DOS prompt.

B4. Evaluate the pulser peaks.

a. View segment #1 (**F3** until "Expand" is highlighted, **kB Page-Up** or Down to advance until "Seg# 1" is displayed in the text area).

b. Advance to the pulser peak (**kB** → )

c. Check the appearance of the pulser peak. It should have a gaussian shape and not be too wide. Some other counts may appear in the spectrum due to the sample.

B5. Repeat B4 for detector segments #2-#8.

B6. Switch off the pulsers on each detector unit of the Octete.

B7. Start acquiring a spectra on all segments.

a. Run the command file to acquire spectra (**Alt-S .. Alt-C,** select "**Startall.cmd**", ↵ ).

i. The preset real and live times (Rl Tm, Lv Tm) and the ROI peak count (ROI Cnt) will be set to zero and show blank on the display.

ii. A marker ROI between the $^{242}Pu$ and $^{239}Pu$ regions will be loaded and the ROI integral preset (ROI Int) will be set to 8.

iii. Acquisition will start on all segments.

b. Record the preset live time (0) and total (8) and the start time on the ASARs.

B8. Advance through all the segments (**kB Page-Up/Down**) to ensure that they are counting properly, i.e., the time clocks will be counting. In many cases, the operator will observe counts already on the spectra.

B9. Place the ASARs in the drawer under the ASS-II console.

B10. Double check the detector unit bias voltage lights and vacuum before leaving (Run the "Octete.cmd program). *Note: Return to the Maestro MCA program (F10) before leaving so that the screen saver is activated.*

B11. Return to inspect the spectra and vacuum at least once each hour throughout the day.

## C. Recording and Analyzing Alpha Spectral Data

C1. After ~24 h, it is time to analyze the spectra and change the samples. If the ROI Int has reached its preset value (8), the acquisition will have stopped, i.e., the elapsed time clock will have stopped. Some of the segments may still be acquiring data. In any case, stop all of the detectors by running the "Stopall.cmd" file (**Alt-S .. At-C**, select **"Stopall.cmd"**, ↵ ). This command file stops all the acquisitions and saves the spectral data file with their current calibrations in temporary DOS files on the c:\ drive.

C2. Archive the files onto a floppy disk.

a. Insert a 3.25 in., double density (740 kb) disk entitled **CDHALPHA0?** into drive B.

b. Enter the DOS shell by pressing **Alt-S** (Services) and **Alt-E** (Exit).

c. Type **copyall 11111 22222 33333 44444 55555 66666 77777 88888** at the **c:\mca>** prompt where 11111, 22222, etc., are the last five digits of the sample numbers which are being counted in detectors #1, #2, etc..For example, if the sample number sticker for the sample in the first detector was as shown below, you would type "copyall 75407 22222 333...".

d. Look for the spectral files that were just saved, e.g., D1P75407, when the B drive directory is printed. The latest files will be at the end of the list.

i. Record the file names for each sample on the respective ASAR.

e. If one or more of the files is missing, exit the DOS shell (Enter key) and advance to the appropriate spectrum/segment (kB Page-Up or Down) and save the files using the following procedure (C3).

f. If all of the files are correctly archived, hit the Enter key to return to the Maestro MCA program. Leave the disk in drive B and procede to step C4.

C3. Procedure for manually saving spectral data files to a floppy disk.

a. View the segment of interest. If it is off (elapsed time clock has stopped), proceed to step C3c.

b. If it is still acquiring data, stop it by pressing **Alt-2**.

c. Transfer the spectral data to the buffer (**Alt-5**).

d. Save the spectrum using the following keystrokes:

i. **Alt-F** (Files)

ii. **Alt-S** (Save)

iii. Respond to "Enter the file name to be saved" with "**b:D1P**" followed by the last five digits of the sample number on the ASAR. For example, if the sample number sticker was:

you would type "b:D1P75407". Note that you do not need to use capital letters. The letter D means that the operator is saving a Data file, the one (1) corresponds to detector #1, and P means it is a plutonium spectrum. Use "D2Pxxxxx" for detector #2, etc..

iv. Respond to "Enter the SAMPLE DESCRIPTION" with "**Pu Batch No.**" followed by the batch number stamped on the sample number sticker. For the above sticker you would, for example, enter "Pu Batch No. 53".

e. Exit to the DOS shell (**Alt-S .. Alt-E**) and recall the B drive directory (type "**dir** b:") to ensure that all the files have been saved to disk before proceeding. *Record the file name on the ASAR.* Type "**exit**" at the DOS prompt to return to the MCA program.

C4. Run the command file to list the counts in the marker ROIs and save them in a report for later retrieval(**Alt-S .. Alt-C**, select "**Mark-rep.cmd**",↵ ).

C5. Load the plutonium ROIs (**Alt-S .. Alt-C**, select "**Pu-roi.cmd**",↵ ).

C6. Analyze the plutonium peaks in segment #1.

a. Evaluate the quality of the spectrum. (See the Alpha Spectral Analysis section above.) Record it on the ASAR.

b. If necessary, adjust the ROIs to include all of the plutonium counts in their respective ROIs. (**Alt-R .. Alt-M** to mark additional channels or **Alt-R.. Alt-U** to unmark channels - Either action should be followed by **Alt-R .. Alt-O** to turn off ROI manipulation) See the Alpha Spectral Analysis section above to help decide which counts should be included.

C7. Manually locate the non-plutonium peaks in the spectrum and record the energy (MeV) and the counts for each peak. See the Alpha Spectral Analysis section above to help decide which counts should be included.

a. Mark the non-plutonium peak ROI using **Alt-R .. Alt-M** to start marking channels. Advance to cursor to include all the channels of the peak. Use **Alt-R .. Alt-O** to turn off ROI manipulation.

b. Place the cursor on the peak channel and record the energy (converting kev to Mev by dividing by 1000) on the ASAR.

c. To get the counts in the ROI key **Alt-C .. Alt-A** and read the gross area from the message bar at the bottom of the screen.

d. Clear the non-plutonium ROI after recording the counts by using the DELETE key on the keyboard (**kP Delete**). *Note: Do not delete the plutonium ROIs.*

e. Repeat C12a-d untill all the non-plutonium peaks are recorded.

C8. Advance to segment #2 (**kB Page-Up**).and repeat steps C6-C7e. Continue to each segment until all eight have been analyzed.

C9. Run the command file to list the counts in the plutonium ROIs and save them in a report for later retrieval(**Alt-S .. Alt-C**, select **"Pu-rep.cmd"**,↵).

C10. Run the command file to list the counts in the Full-Spectrum ROIs and save them in a report for later retrieval(**Alt-S .. Alt-C**, select **"Full-rep.cmd"**,↵ ).

C11. Retrieve the stored counting information from the reports.

a. Exit to the DOS shell (**Alt-S .. At-E**).

CSU-RG Annual Report
Pu Distribution-Appendix B
Pu Alpha Spec-Maestro
PAS-2 ver 1.0
42 pages

b. Run the batch file to list the reports by typing "**report XXX**", where XXX is the Batch Number from the sample number sticker stamps. This program will archive the plutonium peaks report to the floppy disk still in drive B.

c. View the report (Figure 17) and record:

i. The live count time (seconds).

ii. The preset marker counts on each ASAR.

iii. The plutonium ROI counts, centroid channel number, and resolution (FWHM) on each ASAR.

iv. The full-spectrum ROI counts on each ASAR.

d. Remove the floppy disk from drive B and store it.

**Figure 17** Example of "Pu-rep.cmd" file report output as viewed from the "report XXX" batch file.

Date and Time of Acquisition
Elapsed Live Time (seconds)
Detector No.
Record the: Gross Area, Centroid Channel, and Fwhm.
Peak Search results if available.
MCB #1 ACQ 06-01-93 AT 14:00:21 RT: 168678.7 LT: 168677.0
Det #1
PLUTONIUM PEAKS
ROI #1-1 RANGE: 350 = 4778.46keV to 394 = 4994.13keV
AREA: Gross = 3507 Net = 3417 +/-63
CENTROID: 385.59 = 4952.89keV
SHAPE: Fwhm = 40.56keV Fwtm = 91.10keV
ID: Pu-242 at 4903.00keV
Corrected Ratio = 0.020 +/-0.00
ROI #1-2 RANGE: 397 = 5008.84keV to 447 = 5253.92keV
AREA: Gross = 449 Net = 390 +/-29
CENTROID: 438.32 = 4211.36keV
SHAPE: Fwhm = 39.58keV Fwtm = 72.53keV
ID: Pu-239 at 5156.00keV
Corrected Ratio = 0.002 +/-0.00
ROI #1-3 RANGE: 467 = 5351.95keV to 518 = 5601.93keV
AREA: Gross = 50 Net = 6 +/-19
Could not properly fit the peak.

Webb and Ibrahim
B50



C12. Acquire and record a post-count test pulser spectrum for each detector/configuration.

a. Repeat steps B2 - B6.

b. *If the centroid and FWHM are >2 units from the chart values for that detector, circle the values on the ASAR and contact the System Manager (x4806).*

C13. Launch the detector control program to view the detector/chamber status (**Alt-S .. Alt-C**, select "**Octete.cmd**" ).

a. Record the chamber pressures (mT) and the system temperature.

b. Check to see that the Leakage Current is <50 nA.

c. Turn off the detector bias voltage (**F9, kB Page-Down**).

d. View the bias voltage bar graph (**F9**). When the biases for all detectors have reached 0 V and the leakage current is <10 nA, turn off the vacuum pump switch (red light out).

e. Key **F10** to return to the MCA program.

C14. Initial the ASAR in the Notes section and file it for quality assurance review and data entry.

## REFERENCES

Duggan, J. L. 1988. Laboratory Investigations in Nuclear Science. Tennelec/Nucleus, Oak Ridge, TN.

EG&G Ortec. 1990. Detectors and Instruments for Nuclear Spectroscopy. EG&G Ortec, 100 Midland Rd, Oak Ridge, TN, 37830. Catalog No. 91/92, 8267 20M 1190.

EG&G Ortec. 1992. Maestro II Software Model A64-BI Operator's Manual. (Sofware Version 1.5x). EG&G Ortec, 100 Midland Rd, Oak Ridge, TN, 37830. Part No. 761840.

EG&G Ortec. 1990. Supplement to MAESTRO II Sofware Manual for OCTETE PC Integrated Alpha Spectroscopy System. (Software Version 1.5x). EG&G Ortec, 100 Midland Rd, Oak Ridge, TN, 37830. Catalog No. 91/92, 8267 20M 1190.

Wang, C. H., Willis, D. L., Loveland, W. D. 1975. Radiotracer Methodology in
the Biological, Environmental, and Physical Sciences. Prentice-Hall,
Englewood Cliffs, NJ.

## APPENDIX A

Printout of Command and Batch files used for automation during
counting on the ASS-II. Specific files are referenced in the text above.

**PULSER.TXT**

This program initiates an acquisition for the pulser then records the
pulser peaks in a file. (See section B2b)

```
SET_mcb 1
set_segment 0
clear
SET_PRESET_CLEAR
SET_PRESET_LIVE 60
START
WAIT
FILL_BUFFER
SET_MCB 0
MARK_PEAKS
REPORT "PULSER.REP"
```

**STARTALL.TXT**

This program will clear the segment, load a marker ROI and set the
preset to stop with eight counts in the marker ROI. The program will then
initiate the acquisition and continue to set up all eight segments. (See section
B7a)

```
SET_mcb 1
set_segment 1 clear
SET_PRESET_CLEAR
recall_roi "1-marker.roi"
SET_PRESET_integral 8
START
set_segment 2
clear
SET_PRESET_CLEAR
recall_roi "2-marker.roi"
SET_PRESET_integral 8
START
set_segment 3
clear
```

```
SET_PRESET_CLEAR
recall_roi "3-marker.roi"
SET_PRESET_integral 8
START
set_segment 4
clear
SET_PRESET_CLEAR
recall_roi "4-marker.roi"
SET_PRESET_integral 8
START
set_segment 5 clear
SET_PRESET_CLEAR
recall_roi "5-marker.roi"
SET_PRESET_integral 8
START
set_segment 6
clear
SET_PRESET_CLEAR
recall_roi "6-marker.roi"
SET_PRESET_integral 8
START
set_segment 7
clear
SET_PRESET_CLEAR
recall_roi "7-marker.roi"
SET_PRESET_integral 8
START
set_segment 8
clear
SET_PRESET_CLEAR
recall_roi "8-marker.roi"
SET_PRESET_integral 8
START
```

**STOPALL.TXT**

This program will stop the acquisition on all segments and save the spectral data in temporary files with the current calibration and detector information. The temporary data files will be accessed later by the "copyall.bat" program. (See section C1)

```
SET_MCB 1
SET_SEGMENT 0
STOP
FILL_BUFFER
```

```
SET_MCB 0
SET_SEGMENT 1
RECALL_CALIB "c:\mca\cal\1-cal.chn"
DESCRIBE_DETECTOR "Det #1-Ortec 300mm^2 ULTRA No. 32-472K7 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t1psave.chn"
SET_SEGMENT 2
RECALL_CALIB "c:\mca\cal\2-cal.chn"
DESCRIBE_DETECTOR "Det #2-Ortec 300mm^2 ULTRA No. 32-472I7 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t2psave.chn"
SET_SEGMENT 3
RECALL_CALIB "c:\mca\cal\3-cal.chn"
DESCRIBE_DETECTOR "Det #3-Ortec 300mm^2 ULTRA No. 32-472J2 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t3psave.chn"
SET_SEGMENT 4
RECALL_CALIB "c:\mca\cal\4-cal.chn"
DESCRIBE_DETECTOR "Det #4-Ortec 300mm^2 ULTRA No. 32-472J3 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t4psave.chn"
SET_SEGMENT 5
RECALL_CALIB "c:\mca\cal\5-cal.chn"
DESCRIBE_DETECTOR "Det #5-Ortec 300mm^2 ULTRA No. 32-472J4 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t5psave.chn"
SET_SEGMENT 6
RECALL_CALIB "c:\mca\cal\6-cal.chn"
DESCRIBE_DETECTOR "Det #6-Ortec 300mm^2 ULTRA No. 32-472J5 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t6psave.chn"
SET_SEGMENT 7
RECALL_CALIB "c:\mca\cal\7-cal.chn"
DESCRIBE_DETECTOR "Det #7-Ortec 300mm^2 ULTRA No. 32-472K6 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t7psave.chn"
```

```
SET_SEGMENT 8
RECALL_CALIB "c:\mca\cal\8-cal.chn"
DESCRIBE_DETECTOR "Det #8-Ortec 300mm^2 ULTRA No. 32-47216 on
   shelf 0"
DESCRIBE_SAMPLE "Rocky Flats Sample--Plutonium analysis"
SAVE "t8psave.chn"
SET_SEGMENT 1
```

**COPYALL.BAT**

This batch file requires that the operator enter the last five digits of all the sample numbers on the command line, then it copies the temporary data files onto floppy disk using the correct sample numbers. (See section C2c)

```
Echo off
cls
rem THIS PROGRAM COPIES TEMPORARY DATA FILES SAVED
rem BY THE STOPALL.CMD FILE IN MAESTRO-II TO THEIR
rem CORRECT FILE NAMES AND ARCHIVES THEM TO A DISK
rem IN DRIVE B:
rem
copy t1psave.chn b:d1p%1.chn
copy t2psave.chn b:d2p%2.chn
copy t3psave.chn b:d3p%3.chn
copy t4psave.chn b:d4p%4.chn
copy t5psave.chn b:d5p%5.chn
copy t6psave.chn b:d6p%6.chn
copy t7psave.chn b:d7p%7.chn
copy t8psave.chn b:d8p%8.chn
dir b:*.chn
pause
del t?psave.chn
rem
echo     ***********************
echo COPYALL.BAT = COMPLETE
echo     ***********************
exit
```

**MARK-REP.TXT**

This program simply retrieves the counts in the marker ROIs and writes them in a report. (See section C4)

```
SET_MCB 0
SET_SEGMENT 1
DESCRIBE_DETECTOR "Det #1"
```

```
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "1-MARKER.ROI"
SET_SEGMENT 2
DESCRIBE_DETECTOR "Det #2"
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "2-MARKER.ROI"
SET_SEGMENT 3
DESCRIBE_DETECTOR "Det #3"
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "3-MARKER.ROI"
SET_SEGMENT 4
DESCRIBE_DETECTOR "Det #4"
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "4-MARKER.ROI"
SET_SEGMENT 5
DESCRIBE_DETECTOR "Det #5"
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "5-MARKER.ROI"
SET_SEGMENT 6
DESCRIBE_DETECTOR "Det #6"
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "6-MARKER.ROI"
SET_SEGMENT 7
DESCRIBE_DETECTOR "Det #7"
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "7-MARKER.ROI"
SET_SEGMENT 8
DESCRIBE_DETECTOR "Det #8"
DESCRIBE_SAMPLE "Counts in Marker ROI"
RECALL_ROI "8-MARKER.ROI"
SET_SEGMENT 0
REPORT "marker.rep"
SET_SEGMENT 1
```

**PU-ROI.TXT**
       This program recalls the plutonium ROIs for each segment.  (See section C5)

```
SET_MCB 0
SET_SEGMENT 1
DESCRIBE_DETECTOR "Det #1"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI  "1-pluto.roi"
```

```
SET_SEGMENT 2
DESCRIBE_DETECTOR "Det #2"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI "2-pluto.roi"
SET_SEGMENT 3
DESCRIBE_DETECTOR "Det #3"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI "3-pluto.roi"
SET_SEGMENT 4
DESCRIBE_DETECTOR "Det #4"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI "4-pluto.roi" S
ET_SEGMENT 5
DESCRIBE_DETECTOR "Det #5"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI "5-pluto.roi"
SET_SEGMENT 6
DESCRIBE_DETECTOR "Det #6"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI "6-pluto.roi"
SET_SEGMENT 7
DESCRIBE_DETECTOR "Det #7"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI "7-pluto.roi" S
ET_SEGMENT 8
DESCRIBE_DETECTOR "Det #8"
DESCRIBE_SAMPLE "PLUTONIUM PEAKS"
RECALL_ROI "8-pluto.roi"
SET_SEGMENT 1
```

**PU-REP.TXT**

This simple program writes the counts and peak information from the plutonium ROIs into a report. The operator must adjust the plutonium ROIs, if necessary, before running the PU-REP command file. (See section C9)

```
SET_MCB 0
SET_SEGMENT 0
REPORT "pupeaks.rep"
```

**FULL-REP.TXT**

This program loads the full spectrum ROIs and writes the counts for each segment into another report. (See section C10)

```
SET_SEGMENT 1
```

```
DESCRIBE_DETECTOR "Det #1"
DESCRIBE_SAMPLE "Counts in FULL ROI"
RECALL_ROI "FULL.ROI"
SET_SEGMENT 2
DESCRIBE_DETECTOR "Det #2"
DESCRIBE_SAMPLE "Counts in FULL ROI"
RECALL_ROI "FULL.ROI"
SET_SEGMENT 3
DESCRIBE_DETECTOR "Det #3"
DESCRIBE_SAMPLE "Counts in FULL ROI"
RECALL_ROI "FULL.ROI"
SET_SEGMENT 4
DESCRIBE_DETECTOR "Det #4"
DESCRIBE_SAMPLE "Counts in FULL ROI"
RECALL_ROI "FULL.ROI"
SET_SEGMENT 5 D
ESCRIBE_DETECTOR "Det #5"
DESCRIBE_SAMPLE "Counts in FULL ROI"
RECALL_ROI "FULL.ROI"
SET_SEGMENT 6
DESCRIBE_DETECTOR "Det #6"
DESCRIBE_SAMPLE "Counts in FULL ROI"
ECALL_ROI "FULL.ROI"
SET_SEGMENT 7
DESCRIBE_DETECTOR "Det #7"
DESCRIBE_SAMPLE "Counts in FULL ROI"
RECALL_ROI "FULL.ROI"
SET_SEGMENT 8
DESCRIBE_DETECTOR "Det #8"
DESCRIBE_SAMPLE "Counts in FULL ROI"
RECALL_ROI "FULL.ROI"
SET_SEGMENT 0
REPORT "FULL.rep"
SET_SEGMENT 1
```

**REPORT.BAT**
    This batch file displays the reports generated by the above command
programs and saves the plutonium peak report to floppy disk with the analysis
batch number. (See section C11b)

```
echo  off
cls
echo       ********************
echo       ********************
```

CSU-RG Annual Report
Pu Distribution-Appendix B
Pu Alpha Spec-Maestro
PAS-2 ver 1.0
42 pages

```
ech  PRESET MARKER VALUES
echo    ********************
echo    ********************
pause
type  marker.rep|more
pause
cls
echo    ********************
echo    ********************
echo  PLUTONIUM PEAK VALUES
echo    ********************
echo    ********************
pause
type  pupeaks.rep|more
pause
cls
echo    *******************
echo    *******************
echo    *******************
echo       FULL ROI VALUES
echo    *******************
echo    *******************
echo    *******************
pause
type  full.rep|more
pause
copy pupeaks.rep b:bat%1.rep
del  *.rep
exit
```

Webb and Ibrahim
B59