**EXHIBIT 39C**

| CSU-RG Annual Report<br>Pu Distribution-Appendix B | Calculating Concentrations | MCP-1 ver 1.0<br>7 pages |
|---|---|---|

| | **Colorado State University**<br>**Department of Radiological Health Sciences**<br>**Radioecology Group**<br>Fort Collins, Colorado 80523<br>(303) 491-5343 |
|---|---|
| **Title** | **Method to Calculate Plutonium Concentrations** |
| **Author** | Scott B. Webb |
| **Info** | Document No.: **MPC-1**<br>Version No.: 1.0<br>Effective Date: 17 Oct 91 |

## Introduction

The following method was developed independently by the author for determining plutonium concentrations and the associated uncertainties for samples counted on surface barrier detectors. A similar method was developed earlier (Sill 1971), but certain uncertainty analyses are unique to this paper. These methods are applied routinely to alpha spectroscopy data measured in the CSU Radioecology laboratories, and are directly applicable to spreadsheets. They are also applicable to non-plutonium isotopes but, the samples must contain an internal tracer to use this method. The fundamental philosophy of the following procedure is that each measurement in the determination of concentration has an associated error, and these errors must be reflected in the uncertainty stated for the final concentration reported for the sample.

This paper is part of the author's Ph.D. dissertation and should be treated as proprietary material. The reader is free to use these methods, but this paper must be properly cited.

## Parameter Nomenclature



Main Symbol

A = Activity (dpm)
S = Specific Activity (dpm)
C = Counts
Y = Process Yield
ε = Average Detector
        Efficiency (cpd)
E = Error Value
t = Time (min)
m = weight (g)
[ ] = Concentration

Isotope

(2) = Pu-242, Tracer
(9) = Pu-239,240
(8) = Pu-238

Subscript

a = Acid Blank
i = Sample No. i
s = Tracer
c = Calculated
k = known, Standard

$A_s^{(9)}$

Webb and Ibrahim

CSU-RG Annual Report     Calculating Concentrations       MCP-1 ver 1.0
Pu Distribution-Appendix B                                  7 pages

**Concentration Equations**

The following development will be for $^{239}$Pu as an example, but other isotopes may be directly substituted with the same reasoning. The calculation of concentration is simply the activity of the isotope of interest in the sample divided by the weight of the sample, or

$$(1) \quad [Pu_i^9] = \frac{A_i^9}{m_i}$$

where, classically, the net activity has been calculated as

$$(2) \quad A_i^9 = \frac{\dfrac{C_i^9}{t_i}}{\varepsilon \, Y_i} - A_a^9$$

The yield, $Y_i$, may be calculated for sample 'i' using the tracer counts as follows:

$$(3) \quad Y_i = \frac{A_{ic}^2}{A_{ik}^2} = \frac{C_i^2}{t_i \, \varepsilon \, A_{ik}^2}$$

If the equation for $Y_i$ is substituted into the above equation (2) you have

$$(4) \quad A_i^9 = \frac{C_i^9}{t_i \, \varepsilon \left( \dfrac{C_i^2}{t_i \, \varepsilon \, A_{ik}^2} \right)} - A_a^9$$

which could be rewritten as

$$(5) \quad A_i^9 = \frac{C_i^9}{\left( \dfrac{C_i^2}{A_{ik}^2} \right)} - A_a^9$$

This formula is intuitively, and mathematically, correct since the denominator is statement of the overall, process efficiency including the chemical recovery and the detector efficiency, i.e., total tracer counts observed divided by the activity of tracer initially added. Furthermore, it reflects the detector efficiency at the exact time and under the same conditions as when the sample was counted. This simplification reduces the need to calculate the process yield or separately measure the efficiency, and as will be shown below,

Webb and Ibrahim                                                 B61

it greatly reduces the complications in calculating the uncertainty. The efficiency should, however, be routinely measured to track the detectors performance, and the yield should be also be calculated to evaluate the quality of the counting data, but they are not required to determine the activity of the isotope in the sample.

The equation for plutonium concentration may be now be written as

$$(6) \quad [Pu_i^9] = \frac{1}{m_j}\left[\frac{C_i^9 A_{ik}^2}{C_i^2} - A_a^9\right]$$

where the activity of $^{239}$Pu in the acid blank (or reagent blank) is calculated similarly, i.e.,

$$(7) \quad A_a^9 = \frac{C_a^9 A_{ak}^2}{C_a^2}$$

**Error Analysis**

The philosophy of uncertainty analysis in the Radioecology laboratories is, "If a measurement is involved in the determination, the uncertainty of that measurement must be reflected in the final uncertainty statement," in other words, include all the sources of error. This is called propagation of error. The equation for the variance of a multivariate function is found in the excellent treatise on error analysis by Dr. Knoll (1979). Given a function, f, of several different, independent measurements, i.e., f(xyz), the variance of the function would be

$$(8) \quad \sigma_f^2 = \left(\frac{\partial f}{\partial x}\right)^2 \sigma_x^2 + \left(\frac{\partial f}{\partial y}\right)^2 \sigma_y^2 + \left(\frac{\partial f}{\partial z}\right)^2 \sigma_z^2$$

To calculate the variance of the concentration equation (6), we must have five partial derivatives, one for each of the variables in that equation. If we let $u = [Pu_i^9]$,

$$(9) \quad \sigma_u^2 = \left(\frac{\partial u}{\partial m_j}\right)^2 \sigma_{m_j}^2 + \left(\frac{\partial u}{\partial C_j^9}\right)^2 \sigma_{C_i^9}^2 + \left(\frac{\partial u}{\partial A_a^9}\right)^2 \sigma_{A_a^9}^2 + \left(\frac{\partial u}{\partial C_i^2}\right)^2 \sigma_{C_i^2}^2 + \left(\frac{\partial u}{\partial A_{ik}^2}\right)^2 \sigma_{A_{ik}^2}^2$$

Please note the difference between the superscript to denote $^{242}$Pu (2) verses the '2' used to square a term. The partial derivatives for the concentration equation are:

$$(a) \quad \frac{\partial u}{\partial m_j} = \frac{-1}{m_j^2}\left[\frac{C_i^9 A_{ik}^2}{C_i^2} - A_a^9\right] = \frac{-u}{m_j}$$

Webb and Ibrahim                                                    B62

$$\text{(b)} \qquad \frac{\partial u}{\partial C_i^9} = \frac{1}{m_i}\left[\frac{A_{ik}^2}{C_i^2}\right]$$

$$\text{(c)} \qquad \frac{\partial u}{\partial A_{ik}^2} = \frac{1}{m_i}\left[\frac{C_i^9}{C_i^2}\right]$$

$$\text{(d)} \qquad \frac{\partial u}{\partial C_i^2} = \frac{-1}{m_i}\left[\frac{C_i^9 A_{ik}^2}{(C_i^2)^2}\right]$$

$$\text{(e)} \qquad \frac{\partial u}{\partial A_{ak}^9} = \frac{-1}{m_i}$$

Recall that these terms must be squared to use in the concentration variance equation (9). Now the five variance terms must be examined.

### Measurement Variances

1. Sample Weight Variance, $\sigma_{m_i}^2$

   The scale used to measure the weight of the samples is an electronic balance manufactured by Fisher Scientific (or Denver Instruments). The reported weight error, or repeatability (standard deviation) is 1 mg for the 040 g range and 10 mg for the 10-400 g range. These values correspond to the lowest unit displayed when the sample is weighed. The sample weight variance is taken to be the standard deviation squared.

$$\text{(10)} \qquad \sigma_{m_i}^2 = \begin{cases} 1\ \mu g^2\ \textit{if}\ m_i \le 40\ g \\ 100\ \mu g^2\ \textit{if}\ 40\ g < m_i \le 400\ g \end{cases}$$

2. Count Variances, $\sigma_C^2$

   The variance in the counts is equal to the counts, where we assume that radioactive decay statistics are valid, i.e.,

$$\text{(11)} \qquad \sigma_C^2 = C$$

This relationship holds when $C > 20$, and we can apply normal distribution statistics. Often, however, the total counts in a region of interest (ROI) are less than twenty as in the case of $C_i^8$, $C_a^9$, and $C_a^8$, i.e., the low activity samples and

Webb and Ibrahim                                                          B63

the reagent blanks.  These few counts occur over a time period of 1000 minutes
to 24 h, and it would not be feasible to count for a longer time period or long
enough to get C >20.  We must, therefore, consider the Poisson distribution
model in the case of very low counts.

This model requires that the probability of detection of any single
radioactive atom is very small (p <<1), which is the case for the Pu and Am
isotopes since the half-lives are much greater than the count times and the
detector efficiency is small (~0.3 cpd).  The Poisson variance for these low
counts is the same as Gaussian, or normal, statistics, i.e.,

$$(11) \quad \sigma_C^2 = C$$

It is also reasonable to assume that the true distribution of these counts is
normal if one were to repeat the count many times or count long enough to get
20 counts.

In the case of the variance in acid blank activities, the expected number
of radioactive atoms is very small.  Ideally, only the background counts from
the detector system will be in the acid blank spectra.  Realistically, though,
some alpha contaminants may exist in the reagents, cross contamination may
occur, and probably most importantly, $^{226}$Ra and its progeny may be counted
during the acid blank analysis.  These must be subtracted from the
appropriate sample activities.  It must be concluded that the true alpha activity
in the ROIs of the acid blank samples is non-zero, i.e., they cannot be ignored,
and Poisson statistics apply to the acid blank counts as well.

3.  Tracer Activity Variances, $\sigma_{A_s}^2{}^2$

The activity of the tracer added to the sample or to the acid blank is the
product of the tracer specific activity and the weight of the tracer added, i.e.,

$$(12) \quad A_s^2 = (m_I - m_F)\, S_s^2$$

where the I and F denote the initial and final weight of the tracer vial,
respectively.  To calculate the variance of this derived value, a new concept will
be introduced that utilizes the estimate of the maximum error.  This method
has been used in the physics community[1] and is quite useful when the
uncertainty distribution is unknown or difficult to determine.  The basic
premise was that the maximum error can be measured or estimated and then
reported as such.  Any derived values must be calculated such that final
results will reflect the maximum value using the maximum or minimum
estimated values for the variables.  An example of the concept for reporting
total errors is shown below with some quantity X.

$$(13) \quad E_x = \frac{X_{max} - X}{X}$$

[1] The maximum error concept was introduced to the author by Dr. John Marshall during
physics laboratories at Mesa College , Grand Junction, CO.

Webb and Ibrahim                                                        B64

where $E_x$ is a fraction expressing the total error.

The author's new development to the concept uses the assumption that the maximum estimated value ($X_{max}$) is at the upper 99.73 % confidence limit (99% CL) of an assumed normally distributed error. Therefore,

$$(14) \quad 99\%CL_x = X + 3\sigma_x \quad \text{(Rosner 1986)}$$

Then since $99\%CL_x = X_{max}$, using equation (13) it follows that

$$(15) \quad 3\sigma_x = X_{max} - X = X\,E_x$$

Therefore

$$(16) \quad \sigma_x = \frac{X\,E_x}{3} \quad \text{and}$$

$$(17) \quad \sigma_x^2 = \frac{1}{9}(X\,E_x)^2$$

This analysis may now be applied to the tracer activity and weight values to estimate the uncertainties. It should be noted that this method is used to determine and report the uncertainty in the tracer activity after it is diluted from stock NIST[2] solutions. (See CSU Radioecology procedure TPP-1 for tracer preparation methodology.)

The tracer is weighed on an analytical balance with a total estimated error of 200 µg for each measurement. Then the maximum activity of tracer added to the sample or acid blank is calculated from equation (12) as

$$(18) \quad A_{max}^2 = [(m_I + 200\ \mu g) - (m_F - 200\ \mu g)] \cdot S_{max}^2$$

where 200 µg was subtracted from the final weight to maximize the net weight of the tracer. If we let $m_s = mI - mF$, the net weight of the tracer, and use equation (15) we see that the error value for the added tracer is

$$(18) \quad A_{max}^2 = (m_s + 400\ \mu g)(S^2 + S^2 E_s^2) = A^2 + 3\sigma_A$$

After substitutions and reduction of the equations, it may be shown that

$$(19) \quad \sigma_A^2 = \frac{1}{9}(400\ \mu g\ S^2 E_s^2)^2 \left(1 + \frac{1}{E_s^2} + \frac{m_s}{400\ \mu g}\right)^2$$

which is a function of the mean value, error and weight of the tracer specific activity. Note that the second squared term is dimensionless.

---

[2] NIST is the acronym for the National Institute of Standards and Technology

Webb and Ibrahim                                             B65

It may be possible to further reduce this equation, but since an electronic spreadsheet will be used to manipulate the counting data, the values shown are those that are may be directly entered and the computer will take care of the calculations. A word of CAUTION is necessary at this point, The analyst must be careful to distinguish the different tracer activities between the sample and the acid blank. That is $A_{si}^2$ is the tracer activity added to the sample while $A_a^2$ is the activity added to the acid blank. It is advisable to calculate the activity and uncertainty of $^{239}$Pu in the acid blank separately and prior to calculating the $^{239}$Pu activity in the sample. The acid blank calculations are presented in the next section after which the partial derivatives and the variance terms will be combined for the sample.

**Acid Blank Activity and Uncertainty**

The equation for the 239Pu activity in the acid blank is very similar to equation (6) for the sample.

$$(20) \quad A_a^9 = \frac{C_a^9 A_{ak}^2}{C_a^2}$$

The partial derivatives and variance terms are very similar to those derived above and are combined here. Let $v = A_a^9$

$$(21) \quad \sigma_v^2 = \left(\frac{\partial v}{\partial C_a^9}\right)^2 \sigma_{C_a^9}^2 + \left(\frac{\partial v}{\partial C_a^2}\right)^2 \sigma_{C_a^2}^2 + \left(\frac{\partial v}{\partial A_{ak}^2}\right)^2 \sigma_{A_{ak}^2}^2$$

$$(22) \quad \sigma_{A_a^9}^2 = \left(\frac{A_{ak}^2}{C_a^2}\right)^2 C_a^9 + \left(\frac{C_a^9}{C_a^2}\right)^2 \frac{1}{9}(400 \,\mu g \, S_a^2 \, E_{sa}^2)^2 (1 + \frac{1}{E_{sa}^2} + \frac{m_{sa}}{400 \,\mu g})^2 + \dots$$
$$\dots + \left[\frac{C_a^9 A_{ak}^2}{(C_a^2)2}\right]^2 C_a^2$$

We can now proceed to collect the five partial derivatives and the variance terms for the $^{239}$Pu concentration.

Webb and Ibrahim                                                                 

**Final Variance for [²³⁹Pu]**

The partial derivatives (equations 9 a-e) and the associated variance terms will be presented as separate equations for clarity.

(23) $\quad \sigma^2\left[Pu_j^9\right] = \dots$

(a) $\quad \dots = \left[\dfrac{\left[Pu_j^9\right]}{m_i}\right]^2 \bullet \begin{cases} 1\ \mu g^2\ if\ m_i \leq 40\ g \\ 100\ \mu g^2\ if\ 40\ g < m_i \leq 400\ g \end{cases} + \dots$

(b) $\quad \dots + \left[\dfrac{A_{ik}^2}{m_i\ C_i^2}\right]^2 \bullet C_i^9 + \dots$

(c) $\quad \dots + \left[\dfrac{C_i^9}{m_i\ C_i^2}\right]^2 \bullet \dfrac{1}{9}(400\ \mu g\ S_i^2\ E_{si}^2)^2\ (1 + \dfrac{1}{E_{si}^2} + \dfrac{m_{si}}{400\ \mu g})^2 + \dots$

(d) $\quad \dots + \left[\dfrac{C_i^9\ A_{ik}^2}{m_i\ \left(C_i^2\right)^2}\right]^2 \bullet C_i^2 + \dots$

(e) $\quad \dots + \left[\dfrac{-1}{m_i}\right]^2 \bullet \sigma_{A_a^9}^2 \quad$ (See Eq 22)

Again, it may be possible to reduce this equation, but since a spreadsheet will be used to compute the values from raw data, this format will be left as it is here.

**SPREADSHEET DOCUMENTATION**

**Data Entry Format**

            •
            •
            •
            •

Webb and Ibrahim                                             B67

## References

Knoll, G.F.  Radiation Detection and Measurement.  John Wiley and Sons, New York, NY.  1979.

Rosner, B.A.  Fundamentals of Biostatistics.  PWS Publishers, Boston, MA. 1986.

Sill, C.W.  Use of Plutonium-236 Tracer and Propagation of Error.  In: Proceedings of Environmental Plutonium Symposium.  Fowler, E.B.; Henderson, R.W.; Milligan, M.F.; eds.  LASL, Los Alamos, NM: U.S. Atomic Energy Commision.  1971.

MOVEMENT OF 234TH-LABELED SOIL PARTICLES

THROUGH A HOMOGENOUS SOIL MEDIUM.

## BACKGROUND

Reinvestigation of the spatial distribution of plutonium in soils at the U.S. Department of Energy's Rocky Flats Plant (RFP) was recently conducted by the Radioecology Group at Colorado State University (Webb, 1992; Schierman, 1994). That effort raised the question as to how plutonium contamination, deposited on an undisturbed grassland, could move to depth within a few years and then remain apparently immobile for the next twenty (Higley, 1993). In an initial attempt to determine what factors might account for this phenomenon, three mechanisms of physical transport of particles in soil were investigated. Included in this chapter are a description and qualitative assessment of the significance of contaminant transport into soils by water migration, frost heaving, and soil cracking.

### Soil Structure

Soil consists of a combination of physical particles (sands, silts, clays, etc.) cemented together by inorganic and organic constituents such as carbonates, oxides, and humic materials (Miller and Donahue, 1990; Jury et al., 1991). The result of irregular cementation (and other, biotic, factors) is many air-filled passages of varying diameters and lengths that serve to decrease the average density of soil from its mineral density of 2.65 g $cm^{-3}$ to a typical bulk density of 1.2 g $cm^{-3}$ (Miller and Donahue, 1990; Mermut, 1992; Horn et al., 1994). Because of particle rearrangement during wetting and drying cycles, bulk density is not static. It can

change in soils with time: initially increasing in new soils as aggregation occurs, and later decreasing as voids are developed in the soil (Horn, 1994).

Soils that contain more than 15 % clay (particle size < 2 $\mu$m) tend to form structured units known as aggregates or "peds" (Horn et al., 1994). Structure is created in unconsolidated soils during shrinking and swelling (when the soil is dried and wetted) and biological processes, such as earthworm activity and root penetration (Lee, 1985).  The aggregates can vary greatly in size and shape, from a few mm to 100 mm or more for prisms and columnar structures (Horn et al., 1994).

The intra pedal area consists of unconsolidated particles and voids (pores).  There are three distinct pore groups in undisturbed soils: 1) small circular voids (the most frequent); 2) irregular pores (called vughs) and cylindrical channels which are formed by root activity; and, 3) cracks (planar voids between peds with widths > 2 mm) formed by swell-shrink processes of the soil (Mermut, 1992).  The size and distribution of these pore spaces are consequences of the soil type, i.e., sandy soils have large and continuous pores, whereas clay soils have more total pore space, but have smaller pore diameters (Miller and Donahue, 1990) within aggregates.  Clay soils may contain planar voids, which although relatively few in number, often contribute substantially to total porosity (Mermut, 1992).

**Water Migration**

Soil pore spaces provide conduits for water, gas, and dissolved mineral transport (Jury, 1991).  It has been observed that particles with diameters greater than 1$\mu$m can move faster than the average ground-water flow velocity in porous media.  This is attributed to effects such as size exclusion from smaller pore spaces (Horton, 1988; Puls et al., 1992).

Pore spaces can also be a route for the rapid migration of contaminants into soil (Bouma and Dekker, 1978; Bouma and Wösten, 1979; Shipitalo et al.; 1990; Booltink and Bouma, 1991; Horn et al., 1994).  Soils with pronounced structure and large continuous macropores are subject to a phenomenon known as "bypass" flow (Booltink and Bouma, 1991).

33

S. A. IBRAHIM et al.: A GAMMA MONITORING TECHNIQUE

components for weapons to environmental remediation and restoration with the final goal that the RFP facilities are to be decontaminated and decommissioned.

Plutonium-239 in soil and vegetation in the vicinity of RFP may be attributed to four sources: (1) Pu-contaminated cutting oil that leaked into the soil from drums stored at the 903 Pad; (2) Releases to the atmosphere during accidental fires; (3) Low-level releases during normal plant operations; and (4) Global fallout from nuclear weapons testing. Krey and Hardy[1] reported that most Pu contamination was released from the vicinity of the 903 Pad as the result of soil dispersion during remedial activities. Dispersal by prevailing winds was generally in an east-southeasterly direction. Plutonium used for production of nuclear weapons is principally [239]Pu; however, [241]Pu occurs as one percent of the total plutonium by mass.[2] Americium-241 is produced from the radioactive decay of [241]Pu.

Plutonium distribution in the vicinity of Rocky Flats has been characterized by Poet and Martell[2], Krey et al.[3], Little et al.[4], and Webb et al.[5], among others; however, more detailed characterization of Pu distribution in the vicinity of RFP is being carried out in response to continuing public concerns. Additional information about the distribution of Pu will enable a more extensive and reliable assessment of potential health risks to humans that might be related to past operations at the RFP. Detailed characterization of the Pu distribution in the vicinity of the RFP could be accomplished by gathering soil samples for radiochemical analysis; however, this procedure is labor-intensive and time-consuming because of the need for sample acquisition, preparation, and pretreatment, in addition to complex analytical procedures. In-situ field measurements supplemented by radiochemical analyses and laboratory gamma spectroscopy may provide a relatively rapid, cost-effective alternative that can be used to measure and map the distribution of [239]Pu during site characterization.

The objectives of this study were to determine the ratio of [241]Am to [239]Pu as a function of distance from the 903 Pad and depth from the surface at each location, and to compare [241]Am concentrations determined using radiochemical analysis and alpha spectroscopy with concentrations determined using in-situ and laboratory gamma spectroscopy. The goal was to demonstrate that [239]Pu contamination can be inferred from [241]Am concentrations estimated, using results from in-situ and laboratory gamma measurements.

EXPERIMENTAL

The RFP occupies about 1.5 km[2] surrounded by a 26.5 km[2] buffer zone between the plant and surrounding communities. Soil samples were taken from predetermined locations along three lines consisting of six transects originating from the center of the 903 Pad (Figure 1). The A transect on-

117

S. A. IBRAHIM et al.: A GAMMA MONITORING TECHNIQUE



Figure 5. Comparison of $^{241}$Am concentrations estimated using field and laboratory gamma spectroscopy.

spectroscopy measurements, but that soil concentration estimates based on in-situ data were lower than those based on laboratory measurements by a factor of 3.5.

An evaluation of parameters that were used to estimate $^{241}$Am inventories suggests several possible causes of observed differences. Variables that have probably influenced this discrepancy include use of response factors tabulated by Helfer and Miller[12] for detectors with manufacturer's quoted efficiencies of 45% or less that were extrapolated beyond limits of existing data to estimate factors for detectors with efficiencies of 50% or more. The HPGe detector used during this study has an efficiency reported by Canberra Industries, Inc., of 58.1% at 1.332 MeV (relative to a 3x3 inch NaI detector).

Helfer and Miller's published correction factors were for radionuclides emitting photons with energies in excess of 300 keV, whereas the principal photon emitted by $^{241}$Am has an energy of 59.5 keV. Attenuation may therefore have affected activity concentration estimates made using data from in-situ gamma measurements. It is interesting that Helfer and Miller[12] noted that differences between estimated and experimental inventory values tend to be higher for radionuclides that emit lower energy photons.

The most severe effect is probably related to the angular correction factor, which is nearly constant at energies greater than 500 keV for detectors with a length to diameter ratio that is greater than 0.9; however, at photon energies below 200 keV, the angular correction factor is non-linear and

S. A. IBRAHIM et al.: A GAMMA MONITORING TECHNIQUE



Figure 8. Concentrations of [239]Pu in the upper 3 cm of soil in the vicinity of the Rocky Flats Plant along Transect B (on-site) and Transect E (off-site) estimated with field gamma spectroscopy compared with results from radiochemical analysis of soil samples using alpha spectroscopy. The RFP boundary is located approximately 3.0 km from the 903 Pad.



Figure 9. Concentrations of [239]Pu in the upper 3 cm of soil in the vicinity of the Rocky Flats Plant along Transect C (on-site) and Transect F (off-site) estimated with field gamma spectroscopy compared with results from radiochemical analysis of soil samples using alpha spectroscopy. The RFP boundary is approximately 3.0 km from the 903 pad.

S. A. IBRAHIM et al.: A GAMMA MONITORING TECHNIQUE

concentrations that are above background were detected more than 5 km from the 903 Pad. A ramnification of this observation is that $^{239}$Pu concentrations above background also occur in-situ at least 5 km from the 903 Pad because of the inherent association between $^{241}$Am and $^{239}$Pu. The detection limit for $^{239}$Pu has been estimated empirically to be approximately 10 Bq kg$^{-1}$ for in-situ gamma spectroscopy measurements along the six transects. This detection limit is



Figure 10. Comparison of $^{241}$Am concentrations estimated at various locations in the vicinity of the Rocky Flats Plant using field gamma spectroscopy with results from laboratory analysis of soil samples for $^{239}$Pu using alpha spectroscopy.

consistent with a comparison of cumulative results from $^{239}$Pu activity concentrations estimated using in-situ field gamma spectroscopy and corresponding radiochemical analysis of activity concentrations from the same locations (Figure 10). This estimate is three to five times lower than the minimum detectable true activity measure of the LLD proposed by Altshuler and Pasternack,[16] which controls for both Type I error, concluding that the sample contains activity when none is present, and Type II error, concluding that there is no activity in the sample when activity is present, at prescribed confidence levels. The difference between the empirical LLD and that predicted statistically is caused by uncertainties in detector efficiency factors that were used to transform counts to activity.

129

S. A. IBRAHIM et al.: A GAMMA MONITORING TECHNIQUE

## CONCLUSIONS

In-situ gamma spectroscopy combined with a limited number of radiochemical and laboratory gamma analyses is a useful tool for characterizing $^{241}$Am and $^{239}$Pu contamination. Judicious use of a combination of these methods may reduce the cost when it is necessary to characterize the distribution of radionuclides over large areas. In-situ measurements are non-destructive, may be less expensive than laboratory gamma or radiochemical analyses, and are particularly applicable to situations when a quick response is required.

The LLD for $^{241}$Am, and therefore $^{239}$Pu, appears to be about the same for in-situ (10 mBq g$^{-1}$) as for laboratory gamma spectroscopy (20 mBq g$^{-1}$). The LLD for comparable radiochemical analyses is 2 mBq g$^{-1}$. Refinement of calibration factors using energy specific measurements may enable a reduction of the LLD for in-situ gamma spectroscopy by an order of magnitude. This estimate is based on an evaluation of the rate of change of the angular correction factor energies below 300 keV for a detector with a length to diameter ratio of 0.90.

Calibration of field detectors for specific energies that are of interest is critical. This is particularly true for radionuclides emitting photons with energies that are less than 300 keV. It may also be necessary to account for the effects of factors like soil moisture and rock content in order to optimize the LLD.

Several investigations intended to facilitate the use of in-situ gamma spectroscopy measurements for site characterization are in progress or in planning stages. The sensitivity of inventory estimates to variations in parameters used to estimate calibration factors for radionuclides emitting photons with energies less than 300 keV is being examined using models to identify specific parametric changes that have the greatest influence. A study of different methods used to estimate detection limits and thresholds is being carried out to determine effects of relative differences in these estimates on reported concentration activities. The relationship between energy of radionuclides and effective depth distribution is also being studied to determine the efficacy of in-situ gamma spectroscopy for accurately estimating concentration activities, particularly of radionuclides with low energies.

Implications of naturally-occurring radionuclides on the interpretation of in-situ gamma spectroscopy are being examined. The distribution of $^{137}$Cs is also being studied to determine relationships between surface disturbance and observed radionuclide inventories. Related studies will examine relationships between errors in estimated soil inventories of radionuclides, soil moisture content, and volumes and distribution of rocks in soil, as well as other factors that affect soil density.

*

130

Jointly published by
Elsevier Science S.A., Lausanne and
Akadémiai Kiadó, Budapest

Journal of Radioanalytical and Nuclear Chemistry, Articles,
Vol. 194, No. 1 (1995) 213–219

# SOURCES OF MISINTERPRETATION FOR
# ENVIRONMENTAL PLUTONIUM MEASUREMENTS

S. A. IBRAHIM*, S. B. WEBB*, A. KATTEL*

*Department of Radiological Health Sciences, Colorado State University, Fort Collins, Colorado 80523 USA

Analytical and statistical uncertainties associated with low-level measurements may lead to spurious conclusions regarding the behavior of some plutonium isotopes. The general aspect of the methodology used in sample collection, preparation, radiochemical separation and alpha spectroscopy analysis of plutonium is considered. Biases and experimental artifacts that may produce inaccurate results and improper conclusions are discussed with examples from our research and from the open literature.

Above ground nuclear weapons testing has been the major source of plutonium (Pu) in the environment. Accidental and routine releases of Pu have also occurred from reactor operations and nuclear weapon production facilities. The total amounts released by these sources have been relatively minor; however, they often engender fear within the public.

Most of the Pu studies have been concerned with the measurement of $^{239,240}$Pu and $^{238}$Pu isotopes. A significant portion of $^{238}$Pu in the environment occurred in 1964 when the SNAP-9A satellite disintegrated into the atmosphere. The $^{238}$Pu contribution from nuclear testing plus the SNAP-9A device is about 3-6% of the total $^{239,240}$Pu inventory in the northern hemisphere.

Although $^{239,240}$Pu levels from fallout can be detected in soil and other environmental samples, concentration tends to be very low in most environments. This automatically necessitates the assay of large sample size and the use of low-level radiochemical procedures. Particular attention must be paid to method specificity since Pu separation starts with samples containing many possible interferences in large amounts. Unless plutonium is isolated in a pure form, one or more of the similar alpha emitters naturally abundant in environmental samples can be mistaken for $^{238}$Pu. These apparent artifacts can lead to spurious conclusions regarding the differential behavior between $^{238}$Pu and $^{239,240}$Pu such as in the reported presence of $^{238}$Pu in cement kiln dust discussed below.

It is the purpose of this paper to consider some of the general aspects of low-level radiochemical analysis in regard to the methodology used in collection, preparation, chemical separation and alpha spectroscopy analysis of Pu isotopes in environmental examples. Biases that may cause the $^{238}$Pu results to be higher than expected, resulting in low $^{239,240}$Pu/$^{238}$Pu ratios, are discussed. Examples from our own experience and from the literature are presented. Plutonium-239,240 cannot be resolved via alpha spectroscopy and will be referred to as $^{239}$Pu in this report.

## Is $^{238}$Pu More Mobile Than $^{239}$Pu?

There is evidence from the literature that $^{238}$Pu may be more biologically available and more mobile than $^{239}$Pu in certain local environments[1]. On the other hand, plant uptake studies from controlled and natural environments indicate no isotopic difference in the availability of Pu to plants (Ibid.). Not withstanding this contradiction and if Pu isotopic differences are found to actually exist, assessment of radiological dose from Pu can be directly affected. These

0236-5731/95/US $ 9.50
Copyright · 1995 Akadémiai Kiadó, Budapest
All rights reserved

## INTRODUCTION

Contaminated soil may be transported by resuspension processes. Resuspension occurs when the soil is disturbed by wind, animals, mechanical equipment, rain splash, etc.. The contamination on vegetation may contribute to the overall dose to humans that ingest the material (White *et al* 1981, Green and Dodd 1988, Pinder and McLeod 1988) or that ingest products from animals which have fed on the contaminated vegetation (Beresford and Howard 1990, Oughton 1990). Also, humans may receive additional dose by inhaling resuspended soil particles (Zach and Mayoh 1984).

The Rocky Flats Environmental Technology Site (RFETS), formerly the Rocky Flats Plant, is a US Department of Energy facility near Denver, Colorado where plutonium triggers for nuclear weapons were manufactured. Although some work has been done to estimate resuspension at the RFETS (Langer 1974, Langer 1989), resuspension onto vegetation has not been measured in the more populated areas to the east of the plant. Most work on resuspension involved direct measurements of the concentration of contaminants in the air, which in turn were used to estimate the level of contamination on vegetation by applying a deposition velocity or plant interception values from the literature (Hinton *et al* 1993). This type of indirect calculation is useful for the areas where the resuspension and other factors were measured, but they may not apply to larger study areas. A more direct approach is to actually measure the quantity of soil on the vegetation surfaces, a technique referred to as soil mass loading.

Soil mass loading estimates have been made using soil tracers such as plutonium, titanium, and scandium (Hinton *et al* 1993). These elements, especially plutonium, were used because they all are considered to have very low biological mobility, that is, they are not readily taken up by plants through the roots or absorbed through the leaves (Whicker and Ibrahim 1991). Therefore, any of these elements detected in vegetation are considered to be from soil deposited on the surface of the plants.

1

## Source Term of Plutonium

Plutonium in GWR may have originated from different sources and pathways. Atmospheric fallout from nuclear testing, aquatic inputs from the RFP holding ponds and Walnut Creek, surface erosion from soils surrounding GWR, airborne releases from fires at the RF plant and remediation efforts at the 903 pad potentially contributed to the plutonium in GWR (USDOE 1991). There is significant evidence from several previous studies of GWR that the sediments have elevated levels of $^{239,240}$Pu (Table 1). Plutonium levels in the sediment of other Colorado Front Range lakes and reservoirs, outside the range of possible RFP impacts, appear to be significantly lower than GWR (Table 5). In 1989, Cohen et al. (1990) sampled 2 reservoirs (Wellington and Halligan) along the Front Range and found maximum peak inventories of 0.11 kBq m$^{-2}$ and 0.02 kBq m$^{-2}$. In 1992, we extracted 7 cores from Boyd Lake, an 80 ha lake approximately 90 km north of Rocky Flats. The median concentration of the homogenized cores was 0.33 Bq kg$^{-1}$ and the median integrated inventory was 0.04 kBq m$^{-2}$. Taken together, these data suggest that global fallout likely contributed < 5% of the total $^{239,240}$Pu in GWR.

We were next interested in quantifying the plutonium contributed to the reservoir from the aquatic and the aerial pathways. To do this, plutonium and cesium ratios in sediment and soil of the GWR watershed were examined. In 1993, Webb[6] found $^{239,240}$Pu inventories in soils within the immediate GWR watershed to range from 0.10 to 0.77 kBq m$^{-2}$ with a median of 0.28 kBq m$^{-2}$ (n=5). Using the median soil inventory, we found that sediment to soil ratios were highly variable across GWR. Ratios ranged from 0.5 to 85.3 with a median ratio of 8.7 (IQR = 43.4). The highest ratios

---

[6] Unpublished data from Scott Webb, Department of Radiological Health Sciences, Colorado State University, Fort Collins, CO 80523

releases from Rocky Flats between 1957 and 1969 (Ripple et al. 1996; Mongan et al. 1996a, 1996b). These radionuclides have therefore all been present in local soils for roughly similar time periods ($\sim$ 30 ± 5 y).

Measurements of $^{137}$Cs could reveal much about the expected behavior of $^{241}$Am and $^{239,240}$Pu if it could be demonstrated that these actinides have quantitatively similar behavior to that of $^{137}$Cs in soil around Rocky Flats. Shapes of depth profiles for soil concentrations could be compared to assess the similarity in behavior of these radionuclides. Soil concentrations of $^{241}$Am and $^{239,240}$Pu could be normalized to concentrations of $^{137}$Cs in the same samples if the depth profiles are statistically indistinguishable, possibly enabling considerable refinement in our understanding of actinide distribution and potential migration around Rocky Flats. Use of $^{137}$Cs as a surrogate to predict distributions of $^{241}$Am and $^{239,240}$Pu could be advantageous because $^{137}$Cs is generally more abundant than $^{241}$Am in soil around Rocky Flats except near the 903 pad. In addition, more samples could be analyzed with gamma spectroscopy, which is relatively fast and inexpensive when compared to radiochemical separations and alpha spectroscopy.

Specific objectives of this study were to

- Characterize background concentrations and depositions of $^{137}$Cs and $^{241}$Am that are unrelated to Rocky Flats immediately east of Colorado's Front Range;
- Determine how concentrations of $^{241}$Am, $^{239,240}$Pu, and $^{137}$Cs change with depth in soil around Rocky Flats;
- Examine the strength of correlations between depth-normalized $^{241}$Am, $^{239,240}$Pu, and $^{137}$Cs concentrations in soil samples;
- Examine the effect of soil disturbance on the distribution of $^{137}$Cs and thus $^{241}$Am and $^{239,240}$Pu; and
- Estimate ratios of $^{241}$Am and $^{239,240}$Pu to $^{137}$Cs and examine the relationship of these ratios to distance and direction from the 903 pad.

## MATERIALS AND METHODS

### Area of investigation and sample locations

The Rocky Flats Environmental Technology Site, located 20 km northwest of Denver, CO, includes an industrial area of about 1.5 km$^2$ surrounded by a 26.5-km$^2$ relatively undisturbed buffer zone between the plant and neighboring locales. During 1993 and 1994, 1,309 soil samples were collected from the buffer zone, moderately populated outlying residential communities, densely populated urban areas, and undeveloped openspace. Soil samples were collected from 18 on-site and 24 off-site locations along four radial transects, each approximately 20 km long (Fig. 1). An effort was made to sample six to thirteen 10-m by 10-m macroplots in

undisturbed areas along each transect.[9] Macroplots were spaced at logarithmically increasing intervals along transects to assure more detailed information near the 903 pad, the most likely source of contamination. The transect azimuths corresponded to the direction of prevailing strong winds with bearings of 60°, 90°, 120°, and 150° from the 903 pad relative to true North. Samples were also taken from 10 sites in adjacent communities and 10 other sites from Colorado Springs to Fort Collins believed to be well outside the area measurably affected by contaminants from Rocky Flats.

### Soil sampling

Three types of soil samples were taken from randomly selected 1-m$^2$ microplots within each macroplot. The first was a scrape from the top 3 mm of soil over an area 1.0 m by 0.5 m. This sampling method, used to characterize the soil fraction most susceptible to resuspension, has been described by Terry (1994). Samples from 3-cm-thick horizontal layers of soil were also taken from an area 25 cm long by 15 cm wide to a depth of 21 cm from the surface at each on-site macroplot and one of four microplots in each off-site macroplot. Composite samples from 0 to 21 cm soil columns were taken at three other microplots in each off-site macroplot and at background locations. Rocks larger than 3 cm in diameter were removed from soil samples and weighed in the field. Rock volume in samples was estimated using an average density of 2.65 g cm$^{-3}$ (Carmichael 1989) since most were either crystalline or metasedimentary rocks In-situ soil density estimates were made following protocols described in Method D2167-84 (ASTM 1984). Soil densities were adjusted to account for the decreased sample bulk density and volume after rocks were removed. This adjustment was significant where rocks occupied a large fraction of the sampled volume, since these rocks probably contained no detectable $^{137}$Cs or $^{241}$Am (Higley 1994).

### Sample preparation

Soil samples were air dried at room temperature; clods were crushed with a mortar and pestle, and rocks, plant roots, and other large debris were removed using a sieve with 4.75 mm openings. The sieved soil was placed in steel cans and oven dried at 110° C for 24 h, after which samples were mechanically sieved for 30 min using an ASTM No. 10 sieve with 2-mm openings. Dried samples were placed in steel cans 10 cm in diameter and 6 cm high. Cans were sealed with silicone and stored for at least 30 d to bring short lived natural radionuclides into equilibrium and to allow the Compton region to stabilize before gamma spectroscopy measurements were made. Concentrations of $^{232}$Th, $^{226}$Ra, and $^{40}$K in the same samples were also measured during an on-going study to characterize soil concentrations of natural radionuclides. We assumed surfaces of rocks, plant material, and debris removed from samples did not retain signifi-

---

[9] Stone, J. M. Personal communication. Department of Radiological Health Sciences, Colorado State University, Fort Collins, CO 80523; 1994.

Health Physics     March 1999, Volume 76, Number 3



**Fig. 2.** Correlation between concentrations of $^{239,240}$Pu and $^{137}$Cs in soil from all 3-cm depth intervals at on-site and off-site locations to depths of 21 cm around Rocky Flats. Concentrations were normalized to respective mean soil concentrations in samples from depths of 0 to 3 cm.



**Fig. 3.** Correlation between concentrations of $^{241}$Am and $^{137}$Cs in soil from all 3-cm depth intervals at on-site and off-site locations to depths of 21 cm within 0.5 km of the 903 pad. Concentrations were normalized to respective mean soil concentrations in samples from depths of 0 to 3 cm.

Estimated values of $m$ for $^{241}$Am averaged $-0.22 \pm 0.04$ cm$^{-1}$ at the four sample locations closest to the 903 pad. The estimated value of $m$ for $^{241}$Am became closer to zero with increasing distance at locations more than 0.5 km from the 903 pad. We believe that resulted from inherent errors in near-background estimates for soil concentrations of $^{241}$Am, particularly in deeper samples. Rates at which $^{241}$Am decreased with depth at the four close-in sample locations were compared with rates at which $^{137}$Cs and $^{239,240}$Pu changed by regressing differences between the natural logarithms of concentrations on depth as done for $^{137}$Cs and $^{239,240}$Pu. Mean slope estimates were not significantly different from zero ($p = 0.26$ for the difference with $^{137}$Cs and $p = 0.88$ for the difference with $^{239,240}$Pu). This observation led to the conclusion that the mean rate at which soil concentrations of $^{241}$Am changed with depth was nearly indistinguishable from corresponding rates for $^{137}$Cs and $^{239,240}$Pu at these locations. This is consistent with the observation by Moboulou et al. (1998) that 8 y after release fractions of $^{241}$Am and $^{239,240}$Pu decreased at about the same rate with depth in soil around the village of Kopachi several kilometers from a damaged reactor at Chernobyl in the Ukraine. There is also a strong correlation between normalized concentrations of $^{137}$Cs and $^{241}$Am in samples from all depths at the four sample locations closest to the 903 pad (Fig. 3).

**Soil disturbance.** Rates at which soil concentrations of $^{137}$Cs decreased with depth, as described by estimates of $m$, were similar at all macroplots around Rocky Flats

except where surface soil had been disturbed. On average, about 60% of $^{137}$Cs was retained in the top 3 cm of soil (95% confidence interval from 52% to 65%). About 86% was within 6 cm of the soil surface (95% confidence interval from 79% to 88%). Our estimates for the fraction of $^{137}$Cs in the top 6 cm of soil are lower than those by Price (1991), who estimated that 99% of $^{137}$Cs was in the top 5 cm of soil at one sample location on the Hanford site in Washington and at an off-site location that was 25 km upwind from the site. These inconsistencies might be caused by differences in soil characteristics, annual precipitation, or other factors. Where surface soil was undisturbed at the two locations, it is significant that most $^{137}$Cs was in the top 5 to 6 cm of soil because of the tendency of $^{137}$Cs to bind tightly to small soil particles. This property, and the ubiquitous distribution of $^{137}$Cs from global fallout, provided a gauge for determining if surface soil had been disturbed. Distributions of $^{137}$Cs have been used to measure soil losses from erosion (Ritchie and McHenry 1990) and enhanced deposition of sediments (Heit and Miller 1987; Whicker et al. 1994).

Soil concentrations of $^{137}$Cs were relatively uniform throughout 0 to 21 cm soil columns at 4 of 42 macroplots. These sites were therefore excluded from spatial analyses and comparisons during this study. In addition to uniform soil concentrations of $^{137}$Cs in samples from all depths, there was visual evidence of disturbance in the 0 to 21 cm soil column at these sites—for example, nails and other man-made debris as well as compaction at the base of plowed layers (plow soles) in previously tilled fields. Tillage that followed deposition of $^{137}$Cs appeared

to be the primary cause of disturbance at these sites, as has been observed in other agricultural communities throughout the United States (Cline and Rickard 1972; Ritchie and McHenry 1973).

### Areal distribution

Soil concentrations of $^{241}$Am. Soil concentrations of $^{241}$Am in samples from depths of 0 to 3 cm, $C_1(X, \theta)$ in kBq kg$^{-1}$, along transects bearing $\theta$ degrees from true North, decreased with distance, $X$ in km from the 903 pad, at rates described by the equation

$$C_1(X, \theta) = B(\theta) X^{M(\theta)}, \qquad (2)$$

as shown in Fig. 4. Soil concentrations of $^{241}$Am at depths from 0 to 3 mm were similar to concentrations at depths of 0 to 3 cm and so could also be described by eqn (2), as could $^{241}$Am depositions. Exponents, $M(\theta)$, and constants, $B(\theta)$, for equations describing these relationships are listed in Table 3 with $p$-values for the estimates, which were less than 0.001 except those for the 150° transect south-southeast of Rocky Flats where concentrations and depositions of $^{241}$Am were not significantly different from background levels. Soil concentrations of $^{241}$Am in samples from depths of 0 to 3 mm and 0 to 3 cm decreased most rapidly along the 90° and 120° transects, at rates that were nearly proportional to the inverse square of distance. Concentrations of $^{241}$Am were indistinguishable from background levels more than 7 km from the 903 pad.

Soil concentrations of $^{239,240}$Pu decreased similarly with distance from the 903 pad (Webb et al. 1997); however, concentrations were above our estimates of the decision level for $^{239,240}$Pu (3 Bq kg$^{-1}$ in samples from depths of 0 to 3 cm) up to 10 km away. The theoretical activity concentration of $^{241}$Am in weapons-grade plutonium released from Rocky Flats was about 19% of that for $^{239,240}$Pu during 1994, based on isotopic ratios for weapons-grade plutonium reported by Krey and Krajewski (1972). These relative concentration differences probably account for the different distances at which concentrations of $^{241}$Am and $^{239,240}$Pu were distinguishable from background. When estimating the theoretical percentage for the activity concentration of $^{241}$Am in soil relative to $^{239,240}$Pu we assumed that cutting oil contaminated with weapons-grade plutonium leaked from about the same number of drums that were stored at the 903 pad during each year from 1958 through 1964. We also assumed that the weapons-grade plutonium in the drums was purified mid-year during the year of storage. In-growth of $^{241}$Am began immediately following purification. The ratio between activity concentrations of $^{241}$Am and $^{239,240}$Pu was estimated by summing effects of releases from the 903 pad (ChemRisk 1994; Mongan et al. 1996a), annual releases during operations between 1953 and 1989 (Ripple et al. 1996), and releases during the 1957 (ChemRisk 1994; Mongan et al. 1996b) and 1969 (ChemRisk 1994) fires.

Relationships between $^{241}$Am and $^{239,240}$Pu in soil. Relationships between $^{241}$Am and $^{239,240}$Pu in soil were investigated using our data and $^{239,240}$Pu data from splits of the same samples reported by Webb (1996) and Webb et al. (1994, 1997). The data indicate a very strong relationship between $^{241}$Am and $^{239,240}$Pu in soil from depths of 0 to 3 cm, as expected (Fig. 5). A log-log regression yielded

$$[^{239,240}\text{Pu}] = 5.5[^{241}\text{Am}]^{1.1}, \qquad (3)$$

with an $r$-squared value of 0.87 for locations where soil concentrations exceeded decision levels.

The ratio between $^{241}$Am and $^{239,240}$Pu in soil samples from depths of 0 to 3 cm, which was estimated by regression, was 0.18 for all on-site locations. The ratio for off-site locations was 0.36. The ratio between concentrations of $^{241}$Am and $^{239,240}$Pu in soil from depths of 0 to 3 mm for all on-site locations was 0.22. This ratio is the same as that reported by Mongan et al. (1996a) in airborne effluents from Rocky Flats and almost the same as the ratio (0.21) reported by Litaor and Allen (1996) in soil from depths of 0 to 6 mm at their on-site sample locations. These results are also consistent with ratios calculated by Litaor et al. (1998) for concentrations in soil from depths of 0 to 20 cm and 20 to 40 cm at locations close to the 903 pad.

Schierman (1994) and Ibrahim et al. (1995, 1996) used radiochemical separation and alpha spectroscopy to independently estimate the mean ratio between activity concentrations of $^{241}$Am and $^{239,240}$Pu in splits from 63 soil samples that we analyzed with gamma spectroscopy. Their samples were taken from five locations along the



Fig. 4. Variations of $^{241}$Am concentrations in soil from depths of 0 to 3 mm with distance from the 903 pad east of Rocky Flats.

- Approximately 60% of $^{137}$Cs was retained in the top 3 cm of soil and 86% was within the top 6 cm except where tillage, erosion, and other kinds of disturbance had occurred;
- Background activity concentrations of $^{241}$Am in soil from depths of 0 to 3 cm and total depositions in soil to depths of 21 cm had relatively narrow ranges from 0.8 to 1.6 Bq kg$^{-1}$ and 0.15 to 0.30 kBq m$^{-2}$, respectively;
- Soil depositions of $^{241}$Am at on-site locations ranged from 0.36 to 170 kBq m$^{-2}$. Soil depositions ranged from .15 to .75 kBq m$^{-2}$ at off-site locations within 20 km of the 903 pad at Rocky Flats;
- Activity concentrations of $^{241}$Am in the top 3 cm of soil decreased most rapidly in easterly and east-southeasterly directions at rates that were nearly proportional to the inverse square of distance from the 903 pad;
- Activity concentrations of $^{137}$Cs, $^{241}$Am, and $^{239,240}$Pu decreased exponentially with depth in undisturbed soil at rates ranging from −0.18 to −0.27 cm$^{-1}$ with no statistically significant differences between mean rates for the three radionuclides at locations where soil concentrations of $^{241}$Am were above decision levels;
- Activity concentrations of $^{137}$Cs, $^{241}$Am, and $^{239,240}$Pu were very strongly correlated when normalized to corresponding concentrations in samples from depths of 0 to 3 cm;
- Normalizing activity concentrations of $^{241}$Am and $^{239,240}$Pu in soil to activity concentrations for $^{137}$Cs provided a clearer picture of geographical dispersion patterns from the 903 pad at Rocky Flats than normalization to soil mass; and
- The ratio between soil concentrations of $^{241}$Am and $^{239,240}$Pu in the top 3 cm of soil appears to increase from 0.18 at on-site locations to 0.36 at off-site locations. This may be an artifact introduced by inherent errors in concentration estimates; however, these ratios are consistent with ratios reported by other investigators and may reflect differences in composition of weapons-grade plutonium released from Rocky Flats and plutonium in global fallout.

*Acknowledgments*—This study was partly funded by DOW Chemical Corporation under contract DOW00 and the Colorado Department of Health and Environment under contract ENV930778 to Colorado State University. C. Mundy, D. Patel, and J. Mohler assisted with gamma spectroscopy measurements. Special thanks to J. Stone who managed field sampling, sample preparation and QA/QC and to J. Brown for her assistance throughout this study.

## REFERENCES

Anonymous. Fort St. Vrain Nuclear Generating Station environmental monitoring program. Fort St. Vrain, CO: Fort St. Vrain Nuclear Generating Station; 1975.

American National Standards Institute. An American National Standard—Performance criteria for radiobioassay. American National Standards Institute; Standard Method N13.30; 1989.

American Society for Testing Materials. Standard test method for density and unit weight of soil in place by the rubber balloon method. Philadelphia, PA: American Society for Testing Materials; No. D2167-84; 1984.

Arnalds, O.; Cutshall, N. H.; Nielsen, G. A. Cesium-137 in Montana soils. Health Phys. 57:955–958; 1989.

Beck, H. L.; Krey, P. W. Radiation exposure in Utah from Nevada nuclear tests. Science 220:18–24; 1983.

Borak, T. B.; Kirchner, T. B. A method for computing the decision level for samples containing radioactivity in the presence of background. Health Phys. 69:892–896; 1995.

Carmichael, R. S. Practical handbook of physical properties of rocks and minerals. Boca Raton, FL: CRC Press; 1989.

ChemRisk Division, McLaren/Hart Environmental Engineering. Estimating historical emissions from Rocky Flats. Alameda, CA: Health Studies on Rocky Flats, Phase I: Historical Public Exposures Study; report of project task 5 prepared for the Colorado Department of Health and Environment; 1994.

Citizens' Environmental Sampling Committee. Soil and sediment study of off-site areas surrounding the Rocky Flats nuclear weapons plant, Golden, Colorado. Historical Public Exposures Studies at Rocky Flats; report prepared for the Colorado Department of Health and Environment; 1996.

Cline, J. F. Uptake of $^{241}$Am and $^{239}$Pu by plants. U.S. Atomic Energy Commission Doc. BNWL-714:8.24–8.25; 1967.

Cline, J. F.; Rickard, W. H. Radioactive strontium and cesium in cultivated and abandoned field plots. Health Phys. 23:317–324; 1972.

Colorado Department of Health. Radioactive soil contamination (cesium-137 and plutonium) in the environment near the Rocky Flats nuclear weapons plant. Denver, CO: Colorado Department of Health; 1977.

Cooper, L. W.; Larsen, I. L.; Beasley, T. M.; Dolvin, S. S.; Grebmeier, J. M.; Kelley, J. M.; Scott, M.; Johnson-Pyrlte, A. The distribution of radiocesium and plutonium in sea ice-entrained Arctic sediments in relation to potential sources and sinks. J. Environ. Radioact. 39:279–303; 1998.

Cremers, A.; Elsen, A.; De Preter, P.; Maes, A. Quantitative analysis of radiocaesium retention in soils. Nature 335:247–249; 1988.

Curry, L. A. Limits for qualitative detection and quantitative determination: Application to radiochemistry. Anal. Chem. 40:586–593; 1968.

Evans, D. W.; Alberts, J. J.; Clark, R. A. Reversible ion-exchange fixation of cesium-137 leading to mobilization from reservoir sediments. Geochim. Cosmochim. Acta. 47:1041–1049; 1983.

Francis, C. W.; Brinkley, F. S. Preferential adsorption of $^{137}$Cs to micaceous minerals in contaminated freshwater sediment. Nature 260:511–513; 1976.

Gogolak, C. V.; Miller, K. M. $^{137}$Cs measurements near the Rocky Flats plant 12/2/77–12/7/1977. New York: U.S. Department of Energy, Environmental Measurements Laboratory; Memorandum to James E. McLaughlin, Director Radiation Physics Division; 1978.

Hardy, E.; Krey, P. Comments on "Spatial analysis of Plutonium-239+240 and Americium-241 in soils around Rocky Flats, Colorado," by M. I. Litaor. J. Environ. Qual. 24:1219; 1995.

— *Paper* —

# SPATIAL VARIATIONS IN NATURAL BACKGROUND RADIATION: ABSORBED DOSE RATES IN AIR IN COLORADO

J. M. Stone, R. D. Whicker, S. A. Ibrahim, and F. W. Whicker*

*Abstract*—Large and small-scale spatial variations in natural ambient background radiation dose rates in Colorado were investigated at 1,150 specific locations with particular attention to 40 of the more populated areas along the Front Range of the Rocky Mountains. Total dose rates (including cosmic and terrestrial components) in Front Range communities below 2,000 m elevation averaged 135 nGy h⁻¹. Terrestrial dose rates had a coefficient of variation of 17%. Communities above 2,000 m had a mean total dose rate of 196 nGy h⁻¹, and a terrestrial dose rate coefficient of variation of 17%. Across all Front Range communities, the coefficient of variation for terrestrial dose rates was 22%. Within individual communities, coefficient of variation values for terrestrial dose rates ranged from 3 to 21%. Smaller-scale spatial variability (to within a few meters) was relatively small (coefficient of variation values generally ranged from 3 to 7%). A significant linear relationship ($r^2 = 0.83$) between the size of area surveyed (km²) and coefficient of variation value for terrestrial dose rates was found. West of the Continental Divide, the terrestrial component accounted for roughly 60% of total measured dose rates, while east of the Continental Divide, where enriched granitic source rocks and associated soils are prevalent, the terrestrial component generally accounted for two-thirds or more of total dose rates.
*Health Phys.* 76(5):516–523; 1999

Key words: radiation, background; environs, terrestrial; naturally occurring radionuclides; geology

## INTRODUCTION

REGULATORY AND legal issues have motivated extensive research concerning the sources and magnitude of exposures to anthropogenic ionizing radiation. Sources of this radiation include environmental contamination with global fallout radioactivity from nuclear weapons testing and routine or accidental releases from nuclear facilities. In order to fully evaluate anthropogenic radiation exposures in a given area, it is important to establish a site-specific baseline of naturally occurring background radiation. Variability in natural background radiation occurs over a continuum of different scales in time and space. Although portions of the Rocky Mountain region of the United States are known to have comparatively high levels of background radiation, data pertaining to smaller-scale spatial variability of background exposures are somewhat limited.

This report contains the summary results of a study on variation in natural ambient background radiation dose† rates along the Front Range of Colorado with attention to the more populated areas. The background radiation measured in this study was predominantly attributed to terrestrial and cosmic sources. Terrestrial background radiation primarily results from γ-emitting primordial radionuclides such as uranium and thorium (and their decay products), and ⁴⁰K, which are naturally occurring in geologic materials and associated soils. Primary cosmic radiation (mostly protons) impinging on the upper atmosphere from space interacts with atmospheric nuclei to produce secondary radiation reaching the earth's surface in the form of mesons, electrons, and other particles. Dose rates from this secondary cosmic radiation at the earth's surface increase with both elevation and latitude (Eisenbud and Gesell 1997).

The variability of natural background in time and space, both cosmic and terrestrial gamma, has been reviewed in some detail in the reports of UNSCEAR (1988, 1993) and in NCRP report 94 (NCRP 1987). The major variation in cosmic-ray intensity is with altitude, which approximately doubles for every 2,000-meter increase in elevation. The variation in cosmic-ray intensity from 30°N to 60°N latitude is only about 10% at sea level (NCRP 1987). At ground altitudes, and within the latitudinal range of the United States, the variation due to the geomagnetic field effect is less than 2%, while the variation due to the 11-y solar activity cycle has a maximum amplitude of less than 10% of the mean level. In the United States, the average cosmic-ray dose rate in air is about 31 nGy h⁻¹ at sea level, but in Denver (at 1,600 m), for example, the cosmic-ray dose rate is about 55 nGy h⁻¹ (Whicker and Schultz 1982).

The variability in external terrestrial radiation is typically larger than that for cosmic sources. Activity concentrations of primordial radionuclides in rocks are usually higher in igneous than in sedimentary types. There are, however, exceptions, as certain sedimentary

* Department of Radiological Health Sciences, Colorado State University, Fort Collins, CO 80523.
For correspondence or reprints contact R. Whicker at the above address.

(*Manuscript received 19 May 1998; revised manuscript received 9 October 1998, accepted 7 December 1998*)
0017-9078/99/0

Copyright © 1999 Health Physics Society

† In this paper, "dose" refers to absorbed dose in air (nGy).

rocks, notably some shale and phosphate rocks, are highly radioactive (UNSCEAR 1988). The activity concentrations in soil, which are directly relevant to external exposure, are largely determined by the activity concentrations in the source rock. Other factors that can influence terrestrial background radiation include moisture content of the soil, snow cover, as well as characteristics such as topography and man-made structures (Adams et al. 1959; NCRP 1987). Exposure rates at any one location could also be affected over time by variations of atmospheric radon and its progeny near the ground, natural fallout of radon progeny, and the shielding effect of water in or on the ground (Lowder et al. 1964b; NCRP 1987; UNSCEAR 1988).

Large-scale surveys, using different methods and types of instrumentation, have been carried out in a number of countries in order to estimate average nationwide exposures to outdoor external gamma-radiation. Absorbed dose rates in air from 23 countries ranged between 24 and 85 nGy h$^{-1}$ (UNSCEAR 1988). In the United States, three distinct regions of terrestrial dose rates were observed (NCRP 1987). One was the Atlantic and Gulf Coastal Plain with an average dose rate of 26 nGy h$^{-1}$, while the remaining major portion of the country, referred to as the Non-Coastal Plain, had an average dose rate of 53 nGy h$^{-1}$. In addition, the region around Denver showed an average dose rate of 103 nGy h$^{-1}$.

The Front Range of Colorado receives exposures from terrestrial and cosmic sources that are approximately twice the national average because of its relatively high elevation and the frequent presence of granitic rock and uranium or thorium deposits near the surface. Furthermore, the granites of Colorado's Front Range are particularly enriched in these constituents compared to normal granites (Phair and Gottfried 1964). Although elevated dose rates are thought to prevail throughout Colorado, detailed regional measurements and associated variability have not been available.

The overall objective of this study was to measure background radiation using a pressurized ionization chamber (PIC) at locations in and around certain populated areas of Colorado (Fig. 1) in order to estimate the magnitudes of total dose rates (cosmic plus terrestrial) and the spatial variabilities in terrestrial dose rates. There were four parts to the study. A repeated measurements study evaluated measurement protocol and instrument precision by examining both short and long-term variations over time at given locations. A regional variation study investigated regional (and smaller-scale) variations in dose rates between and within various communities along Colorado's Front Range. Within this large area, a small area variation study was conducted using several small (1-hectare) sites to assess measurement variability within a few meters. Finally, a road log study was used to investigate variations in background radiation along Interstate Highways I-25 (N-S) and I-70 (E-W) creating cross sections of Colorado, with PIC measurements spaced every 1–2 km.



Fig. 1. Map of the study area showing a number of measurement locations.

## MATERIALS AND METHODS

PIC measurements were made between June and August 1995 with a Reuter-Stokes[‡] Pressurized Ionization Chamber (PIC), Model RSS-120 with tripod. A Fluke[§] model 25 multimeter was used as a current readout device for the PIC. The PIC unit was calibrated using a $^{226}$Ra standard source (in equilibrium with its progeny) certified by the National Institute of Standards and Technology with reported uncertainty of ± 0.7%. The calibration accuracy of the PIC instrument reported by the manufacturer is better than ± 4%. The "shadow shield" method, as described by the manufacturer, was used for making the calibration. In this method, the instrument sensitivity and contribution from scattered photons into the detector are evaluated experimentally. Repeated measurements of the primary photons were taken with and without a lead shield placed between the source and the PIC sensor at distances of 3, 4, 5, and 6 m. The results of these tests may have been slightly skewed due to imperfections of room geometry, limited repetitions, and measurement error, but the PIC unit's calibration still fell within the allowances set forth by the manufacturer (within ± 1%). The accuracy specification on the readout meter is listed as ± 1%. The measured exposure rates ($\mu$R h$^{-1}$), were converted to absorbed dose rates in air ($\mu$Gy y$^{-1}$) using a multiplicative factor of 76 (NCRP 1987), and were subsequently converted to nGy h$^{-1}$ to accommodate a smaller time scale.

Radial response distance of the PIC was examined with 1,250 measurements completed across the K, Th, and Ra calibration pads maintained by the U.S. Department of Energy's Technical Measurements Center at Grand Junction, Colorado. These pads measure approximately 9 × 12 × 0.5 m and contain varying amounts of $^{40}$K, $^{226}$Ra, and $^{232}$Th mixed into concrete. Measurements were made across each pad (extending 6 m beyond the

[‡] Reuter-Stokes, 8499 Darrow Road, Twinsburg, OH 44087.
[§] Fluke Corporation, 6920 Seaway Blvd., Everett, WA 98203.

edges) at 1-m increments. The instrument response to the edge of each of the calibration pads was detectable at 3 to 4 m on either side of the edge. At 1 m above the ground, the PIC instrument appeared to have little or no radial response to changes in background gamma environments at a distance greater than 4 m.

The decay of natural radionuclides in the environment occurs at random and the cosmic radiation fluence varies slightly over time. This, as well as inherent noise in the measurement system, results in a continuously fluctuating readout of dose rates from the PIC. Such fluctuations were evaluated using a continuous chart recording of PIC measurements at a location in Boulder, Colorado. Dose rate values at this location varied by as much as 43 nGy h$^{-1}$ from one second to the next. Over a longer period of time the mean value at this site became graphically apparent at about 139 nGy h$^{-1}$. Depressing the "hold" button on the PIC readout device freezes the fluctuating numbers and takes a reading of the dose rate at that moment. If only one measurement is sampled at a given site, the uncertainty of characterizing the dose rate is high. By recording the mean of several readings, this uncertainty is reduced.

For all phases of this study, the mean of six readings taken during a 1-min period was used to characterize the dose rate at a given sample site. A 10-s interval between readings was chosen in order to allow time to record each value. The repeated measurement portion of this study helped determine how well this mean of six measurements represented a location by continuing to take these measurements over a longer period of time. Because noise in the measurement system is a source of fluctuations in the PIC readout over time, the standard deviation of the six readings helped provide an estimate of the precision of the PIC measurement. The standard deviation divided by the mean (coefficient of variation) was used to give a relative measure of variability (a percentage), which could be meaningfully compared across many individual measurements. Coefficient of variation[1] (CV) values for each measurement within two large data sets (data from the regional and small area studies) were evaluated with respect to measurement precision in general.

A total of 7,214 PIC measurements were completed at over 1,150 locations during this study. Site characteristics and weather conditions were recorded for each sample location. Also, a photograph was taken at most locations to document characteristics of the general area. Each site was assigned a unique code and plotted on USGS topographic maps, from which elevation data was interpolated and recorded. Global Positioning System (GPS) measurements, using a Magellan[¶] Nav Pro 5000, also were made to document UTM coordinates.

The repeated measurements variation study included 4 sites in which 504 measurements were used to document variations occurring over short time periods (minutes, hours). Here, the mean of six readings (taken over

a 1-min period) was recorded once every 5 min during a 100-min period. At one of these sites, over 1,000 additional measurements were taken over a longer time period (months) to check the calibration of the PIC unit. Fourteen 1-hectare sites were used for the small area variation study, each of which contained 29 sample locations. The first five PIC measurements obtained for a given small area study site were located within the central square meter (the center and four corners) of the 1-hectare site. The remaining 24 measurement locations were evenly spaced (20 m apart) across a grid covering the entire site. The sampling design and sequence remained consistent for each successive small area study site.

The regional study, representing 40 Front Range communities east of the Continental Divide, involved 285 sampling locations. Most PIC sample locations within each community were spaced from 1 to 5 km apart. The road log study involved about 300 sample locations along Interstate Highway I-70 crossing the continental divide (~ 360 km E-W) and close to 150 locations along I-25 through the heavily populated Front Range areas (~ 240 km S-N). PIC measurements were taken every 1 to 2 km along these highways.

Sampling methodology for both the regional variation and road log studies included taking many measurements from inside the vehicle. Far more sites could be sampled in this fashion. When measuring from inside the vehicle, there was a degree of attenuation of natural background due to vehicle shielding. Although estimates of vehicle shielding were developed experimentally during the regional variation study, the true attenuation at given sites due to vehicle shielding alone, relative to other variable factors (e.g., buildings, pavement, topography, soil moisture, etc.), could not be ascertained. Shielding factors were established by taking measurements inside and outside the vehicle, over the same point on the ground, and at the same height (1 m) above the ground surface. Shielding factors were calculated as the ratio of shielded to unshielded measurements. The mean shielding factor established within a given community was used to adjust other vehicle-shielded measurements made within that general vicinity. These mean shielding factors ranged from 0.81 to 0.89 with CV values ranging from 3 to 5%. To adjust shielded measurements taken in other locations, the mean shielding factor for all communities (0.84) was used. The estimated standard deviation on this overall factor was 0.04, giving a CV value of 5%. Approximately half of the regional variation study measurements were taken from inside the vehicle, and subsequently adjusted to account for vehicle shielding. Such adjustments were made by dividing shielded measurements by shielding factors.

In the road log study, shielding factors were not established due to the large number of measurements taken and other practical considerations. To adjust road log data for vehicle shielding, the overall mean shielding factor established for Front Range locations in the regional variation study (0.84) was used. This factor was

[1] CV values are reported to the nearest whole number.
[¶] Magellan Systems Corp., San Dimas, CA 91773.

directly applicable to I-25 locations, but for locations along I-70, there was a question of uncertainty in such application. Shielding factors along I-70 might have differed significantly from this overall "Front Range" factor due to general differences in elevation (which changes the ratio of cosmic to terrestrial radiation), topography, soil moisture, and other site characteristics. A comparative analysis of shielding factors for characteristically different Front Range locations, however, did not support this. The mean shielding factor and corresponding CV value for relatively mountainous or high elevation locations in the regional variation study (0.85 and 4% respectively) were very similar to those found for lower elevation locations on the plains. Thus, the degree of uncertainty in applying the overall mean Front Range shielding factor to data collected at locations along I-70 was not likely to be large.

The PIC instrument does not differentiate between cosmic and terrestrial sources of background radiation. Because the relationship between dose rate from cosmic sources and elevation is already well documented, the terrestrial component alone was of primary interest with respect to spatial variations in Colorado. It was thus necessary to separate out the cosmic component from the PIC measurements. Estimates of the cosmic component were obtained by a predictive equation developed from a graphical representation of absorbed dose rate in air from cosmic radiation vs. elevation (NCRP 1987). Data points were extracted from the graph and converted into units of nGy h$^{-1}$. Various non-linear functions were fitted to the data until the best fit (highest $r^2$) was achieved. A polynomial function was chosen ($r^2$ = 0.999), and elevation data for each PIC measurement location was used to predict the cosmic component as follows:

$$D_c = 7 \times 10^{-6}(E)^2 - 1.2 \times 10^{-3}(E) + 27.38, \quad (1)$$

where

$D_c$ = dose rate from cosmic sources (nGy h$^{-1}$); and
$E$ = elevation (m).

Cosmic dose rate estimates were then subtracted from the total background represented by each PIC measurement in order to estimate the terrestrial component alone.

## RESULTS AND DISCUSSION

### Repeat measurements variation study

The purpose of this part of the study was to determine if the mean of six PIC readings over a 1-min period adequately characterized the mean dose rate at a given location and to evaluate the precision of PIC instrument measurements. For three of the four repeated measurement sites, the mean of the 21 dose rates recorded during the 100-min period rarely had a difference of more than 3 nGy h$^{-1}$ from the dose rate recorded initially. At the fourth site, however, values recorded in the second half of the 100-min period were roughly 18% higher than values established in the first half of the

period. This was apparently caused by a small rainstorm that developed during the measurement period. Rain can wash dust particles and associated radon progeny from the air, depositing them on the ground and increasing terrestrial background radiation. Excluding measurements taken during this rainstorm, the average percent difference between individual means of six readings in 1 min, and the overall mean of the 21 dose rates recorded during the 100-min period was 1.6%.

As mentioned, one of the above locations was also used for a calibration checkpoint where PIC measurements were made over a several-month period. Of the various types of measurements used to check the calibration of the PIC instrument during this period, 56 were unshielded background measurements. For these background measurements, the average percent difference between the means of the six readings in 1 min, and the mean of the 56 dose rates recorded over the 3-mo period was 2.6%. The above results indicate that the mean value of six instantaneous PIC measurements taken over a 1-min period provided a good representation of the true average dose rate at a given sample location.

An analysis of 406 measurements from the small area variation study, based on individual measurement statistics (of the six readings over 1 min), suggested a fairly high degree of precision for the PIC instrument. Individual CV values for all measurements in this portion of the study ranged from 1 to 10% and averaged 4%. Similarly, evaluation of individual CV values across all regional variation study measurements ($n$ = 285) also showed a fairly high degree of precision for PIC instrument measurements. CV values ranged from 1 to 28% and averaged about 4%. The high CV of 28% was for a single measurement location in a mountain community, and if this measurement was excluded, CV values ranged from 1 to 9% and again averaged about 4%.

### Small area variation study

This phase of the study was designed to evaluate spatial variations in terrestrial dose rates within small (1-hectare) areas in various Front Range locations. Coefficient of variations for entire sites ranged from 4 to 7% and averaged 6%. For the central square meter of the small area study sites (5 sample locations each), CV values ranged from 4 to 6% and averaged 5%. The largest percent difference observed between the mean dose rate found in the center of a given site and the mean value for that entire site was approximately 3%. Generally, the degree of variation in terrestrial background radiation for these small-scale sites was considerably less than that observed over much larger areas.

### Regional variation study

The purpose of this part of the study was to examine the general magnitudes of background radiation levels to which the more populated areas of the Front Range of Colorado are exposed and to evaluate larger-scale spatial variations in the terrestrial component along the Front Range. The mean total background dose rate for all

communities along the Front Range was 143 nGy h⁻¹ (Table 1). The magnitude of the mean terrestrial component (95 nGy h⁻¹) was about two-thirds that of the mean total background. The large CV found for terrestrial dose rates (22%) indicated a high degree of spatial variability across all communities. Mean total dose rates were 135 nGy h⁻¹ for communities along the Front Range below 2,000 m elevation and 196 nGy h⁻¹ for communities above 2,000 m. The variability in terrestrial dose rates was essentially equal for locations above and below 2,000 m (CV values were approximately 17% in each case).

Statistical evaluation of all regional variation study measurements suggested that about 30% of the observed variability in dose rates from terrestrial sources is attributable to a linear relationship with elevation (Fig. 2). This apparent relationship, though weak, indicates that, in general, elevational variations in total background are influenced not only by the cosmic component, but also by the terrestrial component in this region. This is consistent with the fact that granitic geology prevails in areas of higher elevation, while sedimentary geology prevails at lower elevations. Although the elevation of a given community clearly affected the general magnitude of total dose rates measured (Fig. 3), the degree of variation in terrestrial dose rates within a given community (Table 2) appeared related to other unidentified factors.

Larger communities tended to have greater CV values for terrestrial dose rates. With respect to the Front Range, far more geographic area was surveyed within larger municipalities and hence differences in general site characteristics were more likely to be encountered. This idea was supported by a significant linear relationship ($r^2 = 0.83$) found between the CV of terrestrial dose rate estimates and the log of the area sampled (Fig. 4). The sampling areas used were rectangles based on UTM coordinates (calculated as maximum north-south distances multiplied by maximum east-west distances). These areas ranged from 1 to more than 10,000 km², all of which excluded mountain locations along the Front Range. Different surface types (grass, pavement, gravel, etc.) contributed additional variability to terrestrial dose rate measurements within larger cities along the Front Range as larger areas generally had a greater variety of surfaces that were sampled. For example, the survey of Denver included 116 measurements representing an area of more than 2,000 km² and involved 5 different types of



Fig. 2. Relationship of dose rate from terrestrial sources vs. elevation for all 285 regional variation study sampling locations.



Fig. 3. Maximum, mean, and minimum total dose rates (cosmic plus terrestrial) for Front Range communities in Colorado. In communities where only one measurement was taken, symbols for these values are directly superimposed.

surfaces. Terrestrial dose rates in this city ranged from 59 to 141 nGy h⁻¹ and had a CV of 17%. Compared to mountain locations, however, the Front Range locations studied had relatively homogeneous environmental characteristics (soils, topography, geology, etc.). This may explain why some larger CV's (as much as 21%) occurred in mountain locations where only a few samples representing small areas were taken. Although larger areas were generally represented by more samples, for all communities studied, no relationship between terrestrial dose rate CV value and sample size was found ($r^2 = 0.07$).

Table 1. Regional variation study results: mean total dose rates (from both cosmic and terrestrial sources) and summary statistics of the estimated terrestrial component for Colorado Front Range communities grouped by elevation (above and below 2000 m).

| | Total mean (nGy h⁻¹) | Terrestrial | | | | | |
| | | mean (nGy h⁻¹) | min (nGy h⁻¹) | max (nGy h⁻¹) | CV (%) | $n$ (locations) | $n$ (readings) |
|---|---|---|---|---|---|---|---|
| Communities < 2,000 m | 135 | 90 | 54 | 141 | 17 | 247 | 1,482 |
| Communities > 2,000 m | 196 | 128 | 96 | 181 | 17 | 38 | 228 |
| All measurements | 143 | 95 | 53 | 181 | 22 | 285 | 1,710 |

Table 2. Regional variation study results: mean total dose rates (from both cosmic and terrestrial sources) and summary statistics of the estimated terrestrial component for individual Front Range communities.

| Communities < 2,000 m | Total mean (nGy h⁻¹) | Terrestrial | | | | n (locations) | elevation* (m) |
|---|---|---|---|---|---|---|---|
| | | mean (nGy h⁻¹) | min (nGy h⁻¹) | max (nGy h⁻¹) | CV (%) | | |
| Berthod | 112 | 70 | — | — | — | 1 | 1,535 |
| Boulder | 142 | 97 | 71 | 120 | 15 | 23 | 1,657 |
| Canon City | 136 | 88 | 77 | 95 | 11 | 3 | 1,789 |
| Castle Rock | 148 | 91 | 87 | 121 | 15 | 5 | 1,892 |
| C. Springs | 134 | 83 | 61 | 120 | 18 | 25 | 1,885 |
| Denver | 138 | 93 | 59 | 141 | 17 | 115 | 1,675 |
| Eldorado Springs | 140 | 94 | — | — | — | 1 | 1,719 |
| Fort Collins | 118 | 75 | 54 | 100 | 13 | 35 | 1,541 |
| Greeley | 115 | 75 | 67 | 120 | 10 | 3 | 1,435 |
| Lafayette | 141 | 97 | 87 | 106 | 7 | 9 | 1,600 |
| Laporte | 128 | 85 | — | — | — | 1 | 1,603 |
| Livermore | 127 | 79 | — | — | — | 1 | 1,777 |
| Longmont | 147 | 105 | 99 | 113 | 7 | 3 | 1,527 |
| Louisville | 153 | 108 | 96 | 120 | 7 | 9 | 1,666 |
| Loveland | 132 | 90 | 77 | 97 | 9 | 6 | 1,526 |
| Lyons | 161 | 116 | — | — | — | 1 | 1,640 |
| Marshall | 122 | 76 | 74 | 78 | 3 | 2 | 1,695 |
| Morrison | 153 | 105 | — | — | — | 1 | 1,792 |
| Poudre Park | 147 | 100 | — | — | — | 1 | 1,756 |
| Sedalia | 132 | 85 | — | — | — | 1 | 1,774 |
| Superior | 126 | 81 | — | — | — | 1 | 1,679 |
| **Communities > 2,000 m** | | | | | | | |
| Allens Park | 208 | 139 | — | — | — | 1 | 2,530 |
| Aspen Park | 171 | 104 | — | — | — | 1 | 2,463 |
| Buffalo Creek | 183 | 124 | 107 | 141 | 20 | 2 | 2,210 |
| Central City | 193 | 120 | 102 | 163 | 21 | 5 | 2,649 |
| Conifer | 190 | 121 | — | — | — | 1 | 2,518 |
| Cripple Creek | 246 | 156 | — | — | — | 1 | 3,078 |
| Devils Head | 219 | 145 | 123 | 181 | 15 | 5 | 2,680 |
| Estes Park | 188 | 125 | 114 | 142 | 8 | 6 | 2,333 |
| Gold Hill | 165 | 96 | — | — | — | 1 | 2,515 |
| Jamestown | 232 | 176 | — | — | — | 1 | 2,109 |
| Larkspur | 168 | 110 | — | — | — | 1 | 2,166 |
| Nederland | 191 | 122 | 119 | 124 | 3 | 2 | 2,542 |
| Oak Creek Canyon | 205 | 144 | 128 | 160 | 16 | 2 | 2,280 |
| Pine | 188 | 132 | — | — | — | 1 | 2,115 |
| Pine Junction | 203 | 131 | — | — | — | 1 | 2,591 |
| Redfeather Lakes | 209 | 140 | 110 | 167 | 20 | 3 | 2,526 |
| Rustic | 163 | 105 | — | — | — | 1 | 2,182 |
| Ward | 195 | 115 | — | — | — | 1 | 2,835 |
| Woodland Park | 169 | 100 | 96 | 103 | 5 | 2 | 2,522 |

* Elevations shown are the mean estimate for all sampling locations within a given community.

PIC measurements in this portion of the study, as mentioned, were made above a variety of surfaces. Each surface (concrete or asphalt pavement, gravel, lawns, natural vegetation, and tilled soils) signified a different type or degree of disturbance. For Front Range locations, CV values for terrestrial dose rates over the various surfaces ranged from 13% for tilled surfaces to 20% for natural surfaces. CV values over paved, natural, and gravel surfaces in mountain communities were between 17 and 18%. No lawns or tilled surfaces were conveniently found for sampling in mountain locations. For the Front Range, mean terrestrial dose rates over the various surfaces ranged from 77 nGy h⁻¹ (tilled soils) to 98 nGy h⁻¹ (paved). Surface differences in mountain communi-

ties were not evident. Although mean values for the various surfaces were not very different in an absolute sense, statistical comparisons of terrestrial dose rates between different surface types were nonetheless performed to determine if surface type affected the general magnitude of dose rate measured.

Standard parametric methods for such comparisons assume normally distributed data sets with equal variances. None of these surfaces had normally distributed data and thus non-parametric methods were used. Kolmogorov-Smirnov tests revealed that at the 95% level of confidence, most of the various surfaces in Front Range locations had significant distributional differences in dose rates with respect to one another while in

Health Physics   May 1999, Volume 76, Number 5



Fig. 4. Spatial variations in terrestrial dose rates (expressed as the coefficient of variation) vs. the log of sampling area. Sampling areas shown ranged from 1 km² within a small Front Range community to more than 10,000 km² for the entire Front Range region. Measurements for which UTM coordinates were unavailable are excluded.




Fig. 5. Estimated background dose rates (D.R.) from cosmic and terrestrial sources along I-70 from Grand Junction to Denver with generalized elevational profile and geology superimposed. Geologic units are simplified into two general types: 1 = sedimentary; 2 = granitic.



Fig. 6. Estimated background dose rates (D.R.) from cosmic and terrestrial sources along I-25 from south of Colorado Springs to Fort Collins with generalized elevational profile and approximate locations of a few front range cities.

mountain locations no such differences were found. This does not imply that the differences observed are related to differences in means, nor does it preclude that possibility. Differences in means are not specifically evaluated by non-parametric methods; however, the Kruskal-Wallis test can be used to statistically evaluate differences in median values.

The Kruskal-Wallis test was used to test for differences between median terrestrial dose rates (at the 95% confidence level) for the various surfaces. When compared with one another, lawns, natural vegetation, and tilled surfaces along the Front Range had no significant differences. Other surface combinations, however, involving gravel or paved surfaces all resulted in significant differences. Mountain town surfaces had no differences in median terrestrial dose rates.

Land adjacent to the Rocky Flats Environmental Technology Site was included in this portion of the study. No measurement anomalies were detected around the site and, therefore, PIC readings appear to reflect normal total background values for the area (130~147 nGy h⁻¹). These sites were considered part of the Denver metropolitan area and were used as such in the data analysis.

**Road log study**

This portion of the study provided estimates of total, cosmic, and terrestrial dose rates along I-70 (E-W) from Denver to Grand Junction, and along I-25 (N-S) from Fort Collins to approximately 70 km south of Colorado Springs. This resulted in large cross sectional profiles of the state illustrating how the relative proportions of the cosmic and terrestrial components of total background vary spatially as a function of elevation or geology (Figs. 5 and 6).

On I-70, there were five sudden decreases observed inside tunnels due apparently to shielding of the cosmic

component. Excluding observations inside tunnels, total dose rates on the western slope of the Continental Divide ranged from 97 to 243 nGy h⁻¹ while on the eastern slope total dose rates ranged from 123 to 293 nGy h⁻¹. The CV for terrestrial dose rates along I-70 was 33%. The large peak in terrestrial dose rates east of the Continental Divide (Fig. 5) was primarily responsible for this large CV value. Terrestrial sources, on average, contributed 62% to total dose rates on the western slope, while on the eastern slope, the terrestrial component averaged 69% of total measured dose rates. Granitoid rocks dominate the eastern slope of the Rocky Mountains in Colorado while sandstones make up most of the western slope. Adams et al. (1959) found average sandstones to contain much lower amounts of thorium and uranium than granites, along with correspondingly lower terrestrial dose rates associated with sedimentary rocks in general.

The greatest relative difference between the two components of total background occurred east of the Continental Divide between Silver Plume and Georgetown. Here the highest terrestrial dose rate found in this study (219 nGy h⁻¹) accounted for 75% of the total measured dose rate. Mason (1966) found average granites to contain 4.5%

potassium, approximately 3 times the national average for soils, and Phair and Gottfried (1964) found Colorado's Front Range granites more enriched in primordial radionuclides than average granites. More specifically, they found thorium contents averaging 79 ppm in the Silver Plume Batholith (a large formation occurring around I-70 near Silver Plume).

The higher average terrestrial dose rates found east of the Continental Divide above 2,000 m can thus be explained by higher than average primordial radionuclide concentrations associated with granitoid rocks. Below 2,000 m, weathering of these igneous rocks has contributed additional potassium, thorium, and uranium to soils formed above sedimentary types of bedrock. Lowder et al. (1964a,b) found these elements (and associated progeny) to be primarily responsible for terrestrial dose rates above soils. Soils in eastern Colorado are reported to contain twice the national average of these constituents (UNSCEAR 1988; Lowder et al. 1964b). This probably explains why the terrestrial component accounted for a greater percentage of total measured dose rates in Denver and other Front Range locations, compared to locations of similar underlying (sedimentary) geology along the western slope.

Variations in dose rate measurements along I-25 (Fig. 6) were less dramatic than along I-70. Total dose rates ranged from 114 to 196 nGy h$^{-1}$. The average contribution of the terrestrial component was 68% and reached a maximum of 75% near Monument at the highest elevation sampled (nearly 2,130 m). This average terrestrial contribution agrees well with that mentioned earlier for regional variation study locations. The CV for terrestrial dose rates along I-25 was 14%. Our understanding of the geology could not clearly account for the observed variations in the terrestrial component. Although there are a few isolated outcrops of granitic or volcanic rock types, sedimentary types are the prevailing geologic unit along I-25. It is conceivable, however, that primordial radionuclides in Front Range soils are spatially distributed in such a way as to preferentially concentrate in certain areas. This could result from proximity to weathering granitic source rocks or subsequent erosional deposition in even more distant areas. In addition, variations in soil moisture or other site conditions are perhaps factors influencing the observed variability in dose rates from terrestrial sources.

*Acknowledgements*—This work was funded by the Dow Chemical Company under a contract to Colorado State University (CSU). Thanks are extended to S. Hulse and C. Sampier of CSU for assistance with field work and instrument calibration and to T. Borak for technical assistance.

## REFERENCES

Adams, J. A. S.; Osmond, J. K.; Rogers, J. J. W. The geochemistry of thorium and uranium. Vol 3. In: Physics and chemistry of the earth. London: Pergamon Press; 1959.

Eisenbud, M.; Gesell, T. Natural radioactivity. In: Environmental radioactivity from natural, industrial and military sources. Fourth edition. San Diego: Academic Press; 1997.

Lowder, W. M.; Beck, H. L.; Condon, W. J. Spectrometric determination of dose rates from natural and fall-out gamma radiation in the United States. Nature 202:745–749; 1964a.

Lowder, W. M.; Condon, W. J.; Beck, H. L. Field spectrometric investigations of environmental radiation in the U.S.A. In: Adams, J. A. S.; Lowder, W. M., eds. The natural radiation environment. Chicago, IL: University of Chicago Press; 1964b.

Mason, B. Principles of geochemistry. 3rd edition; New York: John Wiley and Sons; 1966.

National Council on Radiation Protection and Measurements. Exposure of the population in the United States and Canada from natural background radiation. Bethesda, MD: National Council on Radiation Protection and Measurements; NCRP Report No. 94; 1987.

Phair, G.; Gottfried, D. The Colorado Front Range, Colorado, U.S.A., as a uranium and thorium province. In: Adams, J. A. S.; Lowder, W. M., eds. The natural radiation environment. Chicago, IL: University of Chicago Press; 1964.

UNSCEAR. Sources, effects and risks of ionizing radiation. Report of the United Nations Scientific Committee on the Effects of Atomic Radiation. New York: United Nations; 1988.

UNSCEAR. Sources and effects of ionizing radiation. United Nations Scientific Committee on the Effects of Atomic Radiation. New York: United Nations; 1993.

Whicker, F. W.; Schultz, V. Radioecology: Nuclear energy and the environment. Vol I. Boca Raton, FL: CRC Press, Inc.; 1982.

■ ■