**EXHIBIT 44**

/6/

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 90-B-181

MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK, RICHARD and
SALLY BARTLETT, LORREN and GERTRUDE BABB, BANK WESTERN, A FEDERAL
SAVINGS BANK, a Federally Chartered Savings Bank, and FIELD
CORPORATION, a Colorado Corporation, on Their Own Behalf and as
Representatives of a Class of Persons and Entities Suffering
Economic Harm; and WILLIAM JR. and DELORES SCHIERKOLK, RICHARD
and SALLY BARTLETT, MICHAEL DEAN RICE, THOMAS L. and RHONDA J.
DEIMER, and STEPHEN M. and PEGGY J. SANDOVAL, on Their Own
Behalf and as Representatives of a Class of Similarly Situated
Residents and Workers,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation, and
THE DOW CHEMICAL COMPANY, a Delaware Corporation,

    Defendants.

## SECOND AMENDED CLASS ACTION COMPLAINT AND JURY DEMAND

    Plaintiffs Merilyn Cook, an individual, William Schierkolk, Jr., an individual, Delores Schierkolk, an individual, Richard Bartlett, an individual, Sally Bartlett, an individual, Lorren Babb, an individual, Gertrude Babb, an individual, Bank Western, A Federal Savings Bank ("Bank Western"), a federally chartered savings bank, Field Corporation, a corporation organized and existing under the laws of the State of Colorado, Michael Dean Rice, an individual, Thomas L. Deimer, an individual, Rhonda J. Deimer, an individual, Stephen M. Sandoval, an individual, and Peggy J. Sandoval, an individual (the "Representative Plaintiffs"), by their attorneys, hereby bring and file, on their own behalf and as representatives of the Classes defined hereinafter, this, their Second Amended Class Action Complaint and Jury Demand (the "Complaint"). The Representative Plaintiffs and members of the Classes hereby reserve, for all purposes, all averments made, claims raised, and demands for relief set forth in their first and first amended complaints herein, which averments, claims, and demands for relief are incorporated herein by reference to the extent necessary to effect such reservation.

79. On or about January 13, 1989, DOE issued a report, publicized in the news media, falsely stating that the operations at Rocky Flats were safe and environmentally acceptable.

80. On or about June 14, 1989, Rockwell's Chief Executive Officer made false and deceptive statements, published in the news media, to the effect that Rocky Flats had been run safely and in compliance with all applicable laws and regulations.

81. On or about January 3, 1990, Rockwell caused to be published in Denver area newspapers a full-page advertisement falsely stating that Rockwell had "managed Rocky Flats with proper regard for public health, safety, and the environment." The advertisement further stated that charges of irresponsible conduct in connection with Rocky Flats were "sensational" and "demonstrably untrue."

82. Defendants concealed, misrepresented, and failed to disclose the true facts with the intention of creating a false impression of the actual facts in the minds of the Representative Plaintiffs and members of the Classes, and with the intent that the Representative Plaintiffs and members of the Classes be lulled into complacency and refrain from seeking redress or pursuing remedial action.

83. The Representative Plaintiffs and members of the Classes reasonably believed Defendants' misrepresentations and relied upon the same in refraining until the present from seeking redress or pursuing remedial action.

## V.   CLASS ACTION ALLEGATIONS

84. This action is brought by the Representative Plaintiffs on their own behalf and, under Fed. R. Civ. P. 23, as representatives of Classes defined herein.

85. The Classes consist of two Classes defined as follows:

### Class I:   Landowner and Business Class

All persons and entities owning an interest in any real property or business or commercial enterprises within five miles of the Rocky Flats facility as of June 7, 1989, whose real or personal property or business or commercial interests were damaged or who otherwise suffered economic harm because of the releases or threatened releases of radioactive and non-radioactive hazardous substances from Rocky