**EXHIBIT 46**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 90-K-181

---

DEPOSITION OF MERILYN COOK                    Volume I

---

MERILYN COOK, WILLIAM JR. AND DELORES SCHIERKOLK, RICHARD AND SALLY BARTLETT AND LORREN AND GERTRUDE BABB, BANK WESTERN, A FEDERAL SAVINGS BANK, A FEDERALLY CHARTERED SAVINGS BANK, AND FIELD CORPORATION, A COLORADO CORPORATION, ON THEIR OWN BEHALF AND AS REPRESENTATIVES OF A CLASS OF PERSONS AND ENTITIES SUFFERING ECONOMIC HARM; AND MICHAEL DEAN RICE, THOMAS L. AND RHONDA J. DEIMER, AND STEPHEN M. AND PEGGY J. SANDOVAL, ON THEIR OWN BEHALF AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED RESIDENTS AND WORKERS,

        Plaintiffs,

-vs-

ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation, and THE DOW CHEMICAL COMPANY, a Delaware Corporation,

        Defendants.

---

Pursuant to Notice and the Federal Rules of Civil Procedure, the deposition, called by Defendants, was taken at 9:00 a.m., Wednesday, July 14, 1993, at 633 - 17th Street, Suite 3000, Denver, Colorado, before Sue A. Osbourn, Registered Professional Reporter and Notary Public within and for the State of Colorado.

*Walker Reporting, Inc.*

410-17th STREET    SUITE 820    DENVER, COLORADO 80202    (303) 623-3904

7/14/1993 Cook, Marilyn

1    A    No.
2    Q    These income tax returns, Miss Cook, are the
3    only income tax returns that we have seen for you. Are
4    you aware of any other income tax returns that you have?
5    A    My income tax is on the extension from '89
6    onward. The records or the copies of the income tax
7    prior to that have been lost.
8    Q    So you don't have any more copies of income
9    tax forms or documents for years 1986 and earlier,
10   correct?
11   A    Correct.
12   Q    You don't know of anyone else who does?
13   A    No.
14   Q    With respect to '89 forward, I believe you
15   said that your income tax is what?
16   A    Is under an extension. It's being worked on
17   now for those years.
18   Q    Okay. And who is doing that work?
19   A    Accounting firm in Springfield.
20   Q    According to these income tax forms for 1987
21   and 1988, isn't it a fact that your horse raising
22   business was operating at a loss?
23   A    Well, I'm not really qualified to assess that,
24   to say it was operating at a loss, to make it that
25   simple. There is a difference between a paper loss and a

149

7/14/1993 Cook, Marilyn

1    -- but, yes, there is a last figure that is a minus or
2    loss.
3    Q    Both income tax forms for '87 and '88 are
4    reporting to the government for taxation purposes that
5    the horse raising business is operating at a loss,
6    correct?
7    A    Correct.
8    Q    Okay. Was it any different in 1986, '85, and
9    '84, to your recollection?
10   A    I don't know.
11   Q    I'm sorry?
12   A    I don't remember. I don't know.
13   Q    From a point of view of your providing income
14   for yourself, did you have any sources of income during
15   the period 1984 to 1990, other than the horse raising
16   business?
17   A    No.
18   Q    Okay. If we begin in 1984 and go forward to
19   1990, roughly how much money, how much cash, did the
20   horse raising business produce over those years?
21   A    I don't know.
22   Q    Is there any record of that anywhere?
23   A    Not that I know of.
24   Q    Okay. Is there anywhere we can find out?
25   Apart from the one financial statement that we had for

150

7/14/1993 Cook, Marilyn

1    you, this Exhibit 113, is there any document that sets
2    forth your assets and your liabilities in the years after
3    1984?
4    A    No.
5    Q    Are there any documents that set forth your
6    income in the years 1994 going forward, apart from these
7    two tax returns?
8    A    No.
9    Q    Do you have any copies of bank statements
10   during that period of time, that is '84 to '90?
11   A    No.
12   Q    Just so we're clear, at any given time during
13   the period 1984 to 1993, can you tell me how much money
14   you owed the banks?
15   A    No.
16   Q    How did you -- if you go back to the period of
17   time, 1984, 1985, 1986, 1987, from your testimony, I
18   opine that in 1984 you were building out property that
19   you had bought, correct?
20   A    Yes.
21   Q    And you were operating this horse breeding
22   business, correct?
23   A    Yes.
24   Q    And that 1985, '86, '87, '88, '89 you were
25   basically pursuing the horse breeding business, correct?

151

7/14/1993 Cook, Marilyn

1    A    And the property, yes.
2    Q    Well, were there -- I think I asked you, Were
3    there any source of business, other than the horse
4    breeding business? Your answer was no?
5    A    What period?
6    Q    '84, '85.
7    A    You just covered a bunch of sales that were
8    sources of income.
9    Q    Sales of properties?
10   A    Yes.
11   Q    During the period '84 to '90, your sole source
12   of income is as a result of the horse breeding business?
13   A    Breeding and boarding.
14   Q    And selling property?
15   A    Yes.
16   Q    What properties did you own during that period
17   of time, '84 to '90?
18   A    The property that is 96th and Indiana and 7610
19   Newman.
20   Q    What?
21   A    And my home at --
22   Q    7618?
23   A    7618 Newman.
24   Q    Any other properties that you owned during the
25   period 1984 to 1990, apart from these two properties?

152

7/14/1993 Cook, Merlyn

```
1    Q    Okay.  Did you ever make money on the horse
2    breeding business, Ms. Cook?
3    A    Yes.
4    Q    What year?
5    A    All the years I paid taxes, sent them a check.
6    Q    We know you didn't pay taxes in ' 87, ' 88.
7    A    That's what it says.
8    Q    I'm sorry?
9    A    That's what those indicate, yes.
10   Q    The question is, During what year, if any, did
11   you make money on the horse breeding business?  Do you have
12   any recollection that you actually made money in any given
13   year?
14   A    ' 70, probably ' 71, ' 72, ' 73, ' 74.  This was
15   during a period when I was doing a lot of capital
16   improvements, spending a lot of money into the ranch.
17   And I -- if I was smart enough to read this, and look at
18   this, I would do it myself and wouldn't have paid
19   somebody else to do it.  This was -- this was at a time
20   when -- that the situation was just not -- you know.
21   Q    Well, Ms. Cook, I'll focus on my question of, Do
22   you have a recollection of making money in any year on your
23   horse breeding business -- any year, in your horse breeding
24   business at 96th and Indiana in particular?
25   A    I made money at Westgait.  I made money at
```

165

7/14/1993 Cook, Merlyn

```
1    Stud & Filly.  1982, made a lot of money selling horses.
2         Without the tax returns and stuff, I am at a
3    loss to really tell you when.
4    Q    I want to put the pre -' 83 years to one side
5    and ask you about 96th and Indiana.  I recognize your
6    testimony is you put money in to improve 96th and Indiana.
7    I'm asking you, recognizing that you made those
8    improvements at 96th and Indiana that required putting
9    money into the property, do you specifically recollect
10   making any money at 96th and Indiana in any given year?
11   A    Also I recall billing $50,000 worth of
12   boarding, training, and stud fees in any of those -- in
13   those years.  At least that or around those figures.
14   Q    Which years?
15   A    I don't have the documents in front of me to
16   make -- you know, know.
17   Q    I'm not sure what the question was.
18   A    I'm not either.
19   Q    What I'm getting at is this:  You put money down
20   to buy the property.  You then have to invest a certain
21   amount of money into improving it, and building or
22   continuing -- and then you have the expenses for the
23   business.
24        And really, what I want to know is, Can you
25   tell us that there was any year at 96th and Indiana where
```

166

7/14/1993 Cook, Merlyn

```
1    the income that you realized from those billings to your
2    clients actually exceeded the expenses and the debt
3    service obligations that you had?  Can you specify any year
4    in which that was true?
5    A    No.
6    Q    Is there anywhere that we can go to find out
7    if there was even a single year where you made money at
8    96th and Indiana?
9    A    No.
10   Q    Now, on the Newman Street property, I just
11   want to ask you one more time to be real clear.
12        Is your recollection that was not deeded in
13   lieu of foreclosure, that you kept the deed to the Newman
14   Street property until the sale?
15   A    I went to the closing and signed the papers to
16   transfer it to the new buyer.  The foreclosure -- there
17   was no foreclosure.
18   Q    Did you make any effort to sell any part of
19   your property at 96th and Indiana at any given point in
20   time?
21   A    Yes.
22   Q    When?
23   A    After June of 1989, I called several realtors,
24   and asked to list the property.  There was a general
25   disinterest in listing the property.  A few that were
```

167

7/14/1993 Cook, Merlyn

```
1    willing to list it wanted to add disclaimers of various
2    lengths from a page to three pages.  They indicated,
3    because of the public conception or belief -- feeling
4    about that area after all that publicity, that if the
5    property was marketed, it would have to be marketed at a
6    fire-sale price.
7    Q    Any other efforts that you made to sell any
8    property at 96th and Indiana apart from what you just
9    described?
10   A    No.
11   Q    What realtors -- during what period of time,
12   or over what period of time, did you make these contacts
13   and engage in these activities?
14   A    Late ' 89, ' 90.
15   Q    What part of ' 90?
16   A    Early ' 90.
17   Q    Would that have been before the note was taken
18   over by the other bank?
19   A    Yes.
20   Q    Okay.
21   A    The bank -- never mind.
22   Q    Who took -- what other bank took over this
23   note?  This was the Colorado National Bank note, right?
24   A    Yes.
25   Q    What bank took over the notes in 1990?
```

168

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00438-PSF-OES

TIMOTHY C. HOILES,

Plaintiff(s),

vs.

JOSEPH M. ALIOTO,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: July 11, 2005

On July 8, 2005, the Court heard argument regarding Plaintiff's Motion to Quash July 12, 2005, Deposition of John Bitzer, Jr. [Doc. #249, filed 6/30/05]. Counsel appeared by telephone at the hearing.

For reasons stated on the record, Plaintiff's Motion to Quash July 12, 2005, Deposition of John Bitzer, Jr. [Doc. #249, filed 6/30/05] is DENIED, and the deposition of John Bitzer, Jr., will go forward on July 12, 2005.