**EXHIBIT 47**

# Report on Value Influences on Residential Real Estate in Northeast Jefferson County

By Geneva Austin Smart, SRA

## Qualifications and Experience

I have been a resident of the State of Colorado and the Denver metro region for 41 years. I am a Certified Residential Appraiser in the State of Colorado and Senior Residential Appraiser member of The Appraisal Institute. I am also a licensed Real Estate Broker in Colorado and a member of the Boulder Area Board of Realtors, the Colorado Association of Realtors and the National Association of Realtors.

I have been a residential real estate appraiser for 20 years and have appraised or reviewed the appraisals of more than 5,000 homes in Boulder County and surrounding areas including Jefferson, Weld, Larimer and Gilpin Counties. My knowledge about residential market analysis comes from my appraisal education and years of experience in appraising residences.

For the past 11 years I have also been a real estate and appraisal educator and during that time I have written several course and seminar offerings.

I have been qualified as an expert witness in the State of Colorado District Court, Boulder County and U.S. Bankruptcy Court, Denver, Colorado.

(See exhibit #1)

1

The typical residential buyer here would have to drive by these properties to access the house, and it is likely that they would have a negative impact on value and possibly cause a longer than normal selling time.

(See photo exhibit #8)

14088 96th Avenue and 14208 96th Avenue
Cook/Babb Properties

These properties would not be considered by residential buyers. They have extensive barns, corrals, etc and would not be suitable as a residence.

(See photo exhibits #9 & #10)

**Conclusions Regarding Value Influences on Individual Plaintiff Properties**

These individual homes have been influenced by the various general market factors discussed in this report, and none show any evidence of value influences different from the surrounding properties. From my perspective as a residential appraiser, there is nothing to indicate that Rocky Flats has had any negative value impact on any of these individual properties.

_____ 11-22-96

Geneva Austin Smart, SRA

14