**EXHIBIT 48**

Final RFCA Attachment 5
May 28, 2003

# Rocky Flats Environmental Technology Site Action Levels and Standards Framework for Surface Water, Ground Water, and Soils

## Table of Contents

|  |  | Page |
|---|---|---|
| 1.0 | GENERAL BACKGROUND | |
| | 1.1 Goal of Action Levels and Standards Framework | 5-1 |
| | 1.2 Programmatic Assumptions | 5-3 |
| | 1.3 Action Prioritization and Implementation | 5-4 |
| 2.0 | SURFACE WATER | |
| | 2.1 Basis of Standards and Action Levels | 5-5 |
| | 2.2 Numeric Levels During Active Remediation (Near-Term Site Condition) | 5-5 |
| | 2.3 Numeric Levels After Active Remediation (Intermediate and Long-Term Site Condition | 5-9 |
| | 2.4 Action Determinations | 5-9 |
| | 2.5 Surface Water Monitoring Network | 5-10 |
| 3.0 | GROUND WATER | |
| | 3.1 Basis of Action Levels | 5-11 |
| | 3.2 Action Level Strategy | 5-11 |
| | 3.3 Action Determinations | 5-12 |
| | 3.4 Ground Water Monitoring Network | 5-13 |
| 4.0 | SOILS CONTAMINATED WITH NON-RADIOACTIVE MATERIALS | |
| | 4.1 Action Levels and Basis | 5-15 |
| | 4.2 Action Determinations | 5-15 |
| 5.0 | SOILS CONTAMINATED WITH RADIOACTIVE MATERIALS | |
| | 5.1 Basis for Action Levels | 5-18 |
| | 5.2 Action Levels | 5-18 |
| | 5.3 Action Determinations | 5-18 |

Final RFCA
Attachment 5
May 28, 2003

## Action Level Framework

### 1.0 GENERAL BACKGROUND

#### 1.1 Goal of Action Levels and Standards Framework

During negotiations that resulted in the Final Rocky Flats Cleanup Agreement (RFCA), a working group consisting of the Department of Energy (DOE), the Environmental Protection Agency (EPA), the Colorado Department of Public Health and Environment (CDPHE), and Kaiser-Hill teams was formed to develop a consensus proposal for the appropriate cleanup standards for surface water and action levels for all media that should apply to the Rocky Flats Environmental Technology Site (RFETS or Site). The working group developed this Action Levels and Standards Framework for Surface Water, Ground Water, and Soil (ALF) as its final recommendation in 1996 and several modifications were subsequently proposed, approved and incorporated into ALF. ALF was developed in a manner generally consistent with the Rocky Flats Vision (Vision) and Rocky Flats Cleanup Agreement (RFCA) Preamble Objectives. In some cases, the working group found it necessary to more precisely define aspects of the objectives so that applicability of action levels and required mitigating actions could be completely defined.

The goal of the ALF is to:

- provide a basis for future decision-making;
- define the common expectations of all parties; and
- incorporate land- and water-use controls into Site cleanup.

The Parties have determined that a National Wildlife Refuge is the reasonably anticipated future land use for the purpose of making cleanup decisions. This determination is based upon the assumption that a National Wildlife Refuge will be established in accordance with the Rocky Flats National Wildlife Refuge Act of 2001 (Refuge Act). This determination is also consistent with the RFCA Preamble and RFCA Vision land use assumptions. As a National Wildlife Refuge, the Parties assume that the Site will remain in federal ownership, and the surface will be managed as a Refuge where possible. Residential use is not recognized as a reasonably anticipated future land use. However, the rural resident exposure scenario was evaluated for the purposes of establishing risk-based surface soil action levels for plutonium, americium and uranium. A rural resident exposure scenario was also used to calculate the annual radiation dose under unrestricted land use conditions in order to demonstrate that the risk-based action levels meet assumed relevant and appropriate radiation control standards.

This ALF establishes action levels for groundwater and soil, action levels and cleanup standards for surface water and put-back levels for soil. Action levels are numeric levels that, when exceeded, trigger an action determination evaluation in

Final RFCA
Attachment 5
May 28, 2003

accordance with ALF Sections 2-5 and an appropriate accelerated response action. In some cases, concentrations of contaminants below action levels may also trigger an accelerated action (e.g., cleanup of soils contamination that is below soil action levels, but that may impact surface water quality).

A standard is an enforceable narrative and/or numeric restriction established by regulation and applied so as to protect one or more existing or potential future uses. Within this framework, standards are associated with surface water use classifications and applied at points of compliance (POCs). Surface water standards are not being directly applied to ground water or soils; instead, contaminated soils and groundwater are evaluated to determine whether they may adversely impact surface water quality.

Put-back levels apply to soils that contain contaminants at levels that do not trigger an accelerated action, but that are excavated incidental to the conduct of accelerated actions. Put-back levels also apply to soils that have been treated to remove contaminants to below action levels as provided in an accelerated action decision document. DOE is allowed to replace these soils back into the ground if the contaminant concentration does not exceed the action levels listed in Table 3. Soils may be replaced into the ground only in the same Operable Unit (OU) in which they originated. OUs are designated in Attachment 1-*Operable Unit Consolidation Plan*. DOE may, with LRA approval after appropriate consultation, replace excavated soils with contaminant concentrations greater than the put-back levels. In such cases decision factors to be considered include remedy effectiveness and protectiveness, reasonably anticipated future land uses, contaminant levels in surrounding soils, potential for contaminants to affect surface water quality, and costs. Decisions resulting in soil put-back will be recorded in the appropriate closeout report.

Action levels are risk-based and risk is considered additive when multiple contaminants are present. Radiological and non-radiological effects will be assessed independently on a project-specific basis using methodology that is protective of human health and the environment. The cumulative radiological and non-radiological effects will be assessed on a project-specific basis if the concentrations are near their respective action levels.

Following implementation of accelerated actions, final remedial/corrective action decisions, including final cleanup levels will be determined in a Corrective Action Decision/Record of Decision (CAD/ROD). The final remedial/corrective actions specified in a CAD/ROD may require additional work based on the final cleanup levels to ensure an adequate remedy.

Final RFCA
Attachment 5
May 28, 2003

## 4.0 SOILS CONTAMINATED WITH NON-RADIOACTIVE MATERIALS

### 4.1 Action Levels and Basis

A. Action levels are the concentrations in soils of non-radioactive contaminants and uranium for its toxicity, listed in Table 3, Soil Action Levels.

B. Action levels have been calculated to be protective of:

1. A wildlife refuge worker:

   a. Based on a lifetime excess cancer risk of $1 \times 10^{-5}$ to a wildlife refuge worker; and

   b. Based on a Hazard Index (HI) of 1 for a wildlife refuge worker; and

2. Ecological resources.

### 4.2 Action Determinations

The Site will undergo characterization in accordance with the Industrial Area Sampling and Analysis Plan (IA SAP) or the Buffer Zone SAP (BZ SAP). Non-radionuclide soil contamination will be evaluated for Action Determinations as described in A-H, below. Actions will be determined on a case-by-case basis and may include any or a combination of removal, treatment, institutional controls, or engineering controls. For volatile organic compounds, where VOC contamination levels approach free product concentrations, such as at IHSS 118.1, a combination of contaminated soil source removal and groundwater treatment may be selected as the appropriate accelerated action. Where characterization data indicate that soil contamination exceeds action levels within the top 6 inches, DOE will propose to remove the contamination, unless this is not appropriate considering Sections 4.2.G and H.

A. Where soil contamination is identified below 6 inches in depth, the Soil Risk Screen (Figure 3) will be used to evaluate the potential risk of exposure and the need for further accelerated action.

B. Additional soil contamination may need to be remediated or managed to protect surface water quality in accordance with Section 2.0.

C. Where soil contamination exceeds the ecological action levels in Table 3, *Soil Action Levels*, DOE will consider the target species and the exposure unit for that species, and the location, areal extent, and concentration of contamination in evaluating and determining appropriate accelerated actions necessary to protect ecological resources. Accelerated actions to protect ecological resources may include the use of biota barriers, soil removal or target species management actions.

Final RFCA
Attachment 5
May 28, 2003

    D. Following accelerated actions soils with residual contamination will be evaluated in the RFI/RI-CMS/FS and an appropriate response action will be documented in the CAD/ROD. It is anticipated that institutional controls or a combination of institutional controls and engineered controls will generally be used to manage these lower risk sites.

    E. Where asphalt, concrete or other man-made material at existing surface grade covers the soil surface, the basis for action will be determined as if the material had been removed.

    F. Soils beneath "below-grade" structures, e.g., basements, valve vaults, pits, etc., will be addressed through the application of the Subsurface Soil Risk Screen in Figure 3.

    G. Factors to be considered for all Action Determinations:
        1. Actions will be developed in an integrated manner with other actions being taken;

        2. Actions will be consistent with best management practices; and

        3. Actions may be accomplished by means of an interim or final action; and

        4. Remediation and/or management actions will be implemented to protect ecological resources where those actions can be implemented without damaging other ecological resources.

    H. Isolated Data Points
        1. Single geographically isolated data points of contamination greater than action levels will be evaluated using the data aggregation and "hot spot" methodology outlined in the IA SAP and the BZ SAP, and action will be taken as warranted.

        2. These single data points will not trigger a source removal, remedial, or management action, in the absence of the source evaluation.

    I. No Further Accelerated Action Determinations
        1. Any determination that No Further Accelerated Action is required by this section will be made in accordance with the decision criteria found in this section.

        2. If an action is required to be taken based on a determination made in accordance with this section, the action will be taken and be documented in a Closeout Report. The LRA's approval of the Closeout Report is the determination that No Further Accelerated Action is required by this section.

Final RFCA
Attachment 5
May 28, 2003

3. If no action is required to be taken based on a determination made in accordance with this section, the determination will be documented for LRA review and approval. The LRA's approval of the Data Summary Report is the determination that No Further Accelerated Action is required by this section.

Final RFCA
Attachment 5
May 28, 2003

## 5.0 SOILS CONTAMINATED WITH RADIOACTIVE MATERIALS

### 5.1 Basis for Action Levels:

A. Action levels are the concentrations of radioactive materials contamination in soils that have been selected from levels provided in *Results of the Interagency Review of Radionuclide Soil Action Levels*, September 30, 2002.

B. Action level concentrations result in a calculated annual radiation dose, under conditions of unrestricted land use, that does not exceed the annual dose limits in the Colorado Radiation Control Regulations, *Radiological Criteria for License Termination*, 6 CCR 1007-1 RH 4.61 (results in a radiation dose of less than 25 mrem/year to either a wildlife refuge worker or a rural resident), which is a potentially relevant and appropriate requirement for any final remedy.

C. Action levels have been calculated to be protective of:
   1. a wildlife refuge worker; a rural resident, in the event the land use is not restricted to a Wildlife Refuge; and

   2. ecological resources (action levels for radioactive contamination that are protective of human health are lower than concentrations of radioactive contamination that are protective of ecological resources).

### 5.2 Action Levels

A. Radioactive soil contamination exceeding action levels in Table 3, Soil Action Levels, will be evaluated for Action Determinations as described in 5.3, below. These action levels result in a lifetime excess cancer risk of $1 \times 10^{-5}$ to a wildlife refuge worker. For plutonium and americium, these action levels also equate to an excess lifetime cancer risk to a hypothetical rural resident of less than $1 \times 10^{-4}$.

B. The total risk from multiple radionuclides will be accounted for by the sum-of-ratios method.

### 5.3 Action Determinations

The Site will undergo characterization in accordance with the Industrial Area Sampling and Analysis Plan (IA SAP) or the Buffer Zone SAP (BZ SAP). Actions will be determined on a case-by-case basis and may include any or a combination of removal, treatment, institutional controls, or engineering-controls consistent with A–K, below.

A. Where characterization data show that plutonium-239/240 and americium-241 soil contamination exceeds the action level, DOE will remove sufficient

radionuclide contamination to at least meet the action level within the top 3 feet. If plutonium-239/240 and/or americium-241 soil contamination greater than the action level extends below 3 feet in depth, the Subsurface Soil Risk Screen, Figure 3, will be used to evaluate the potential risk of exposure and the need for further accelerated action.

B. Where characterization data show that uranium soil contamination originating at the surface exceeds the action level, DOE will remove sufficient contamination to at least meet the action level within the top 6 inches. If uranium soil contamination greater than the action level extends below 6 inches in depth, the Subsurface Soil Risk Screen, Figure 3, will be used to evaluate the potential risk of exposure and the need for further accelerated action.

C. Plutonium-239/240 and americium-241 soil contamination found in the 3-6 foot depth interval will be addressed as follows:

1. If during characterization of soils between three and six feet total plutonium-239/240 and americium-241 contamination is found at an activity concentration of greater than 3nCi/g, "step out" sampling will be performed to determine the areal extent of contamination.
2. Based upon the results of the "step out" sampling, a removal action may be triggered depending on the areal or volumetric extent of the contamination. If plutonium-239/240 and americium-241 soil contamination is found in the 3-6 foot depth interval that exceeds 3 nCi/g, and the areal extent of the contamination is found to be greater than 80m$^2$, it will be removed to an activity concentration less than 1 nCi/g.
3. If plutonium-239/240 and americium-241 soil contamination is found in the 3-6 foot depth interval at activity concentrations greater than 7 nCi/g, it will be removed to an activity concentration less than 1 nCi/g without additional sampling to determine the areal extent. For contamination between 3 and 7 nCi/g, the areal or volumetric extent of contamination will determine if an action is required. The contaminant levels and areal or volumetric triggers are listed below.

| Contamination Level (nCi/g) | Areal Extent Limit (m$^2$) | Volume Extent Limit (m$^3$) |
|---|---|---|
| 7 | 0 | 0 |
| 6 | 40 | 25 |
| 5 | 50 | 31 |
| 4 | 60 | 37 |
| 3 | 80 | 50 |

Final RFCA
Attachment 5
May 28, 2003

   4. Once excavation is initiated, the principle of ALARA will be applied by removing all soil contamination to less than 1 nCi/g.

   5. If contamination between 1 and 3 nCi/g is found at multiple sampling points for any IHSS or group of IHSSs in close proximity, the DOE and LRA will evaluate the potential for risk of exposure and consult with the community regarding the need for further action.

 D. Original Process Waste Lines (OPWLs) and associated radionuclide contaminated soils are addressed through the OPWL characterization approach described in Attachment 14.

 E. Additional soil contamination may need to be remediated or managed to protect surface water quality in accordance with Section 2.0.

 F. Following accelerated actions soils with residual contamination will be evaluated in the RFI/RI-CMS/FS and an appropriate response action will be documented in the CAD/ROD. It is anticipated that institutional controls or a combination of institutional controls and engineered controls will generally be used to manage these lower risk sites.

 G. Where asphalt, concrete or other man-made material at existing surface grade covers the soil surface, the basis for action will be determined as if the material had been removed.

 H. Soils beneath "below-grade" structures, e.g., basements, valve vaults, pits, etc., will be addressed through the application of the Subsurface Soil Risk Screen in Figure 3.

 I. Factors to be considered for all Action Determinations:

   1. Actions will be developed in an integrated manner with other actions being taken;

   2. Actions will be consistent with best management practices;

   3. Actions may be accomplished by means of an interim or final action; and

   4. Remediation and/or management actions will be implemented to protect ecological resources where those actions can be implemented without significantly damaging other ecological resources.

 J. Isolated Data Points:

   1. Single geographically isolated data points of contamination greater than the action levels will be evaluated using the data aggregation and "hot

Final RFCA
Attachment 5
May 28, 2003

   spot" methodology outlined in the IA SAP and the BZ SAP, and action will be taken as warranted.

  2. These single data points will not trigger a source removal, remedial, or management action, in the absence of the source evaluation.

 K. No Further Accelerated Action Determinations

  1. Any determination that No Further Accelerated Action is required by this section will be made in accordance with the decision criteria found in this section.

  2. If an action is required to be taken based on a determination made in accordance with this section, the action will be taken and be documented in a Closeout Report. The LRA's approval of the Closeout Report is the determination that No Further Accelerated Action is required by this section.

  3. If no action is required to be taken based on a determination made in accordance with this section, the determination will be documented for LRA review and approval. The LRA's approval of the Data Summary Report is the determination that No Further Accelerated Action is required by this section.

Attachment 5, Page 5-21

Final RFCA
Attachment 5
May 28, 2003

### Table 1 - Surface Water Action Levels & Standards

| Analyte | CAS Reference Number | Standards and Action Levels [a] (mg/L) | Basis [b] | Temporary Modifications [c] (mg/L) | PQLs [d] (mg/L) |
|---|---|---|---|---|---|
| Acenaphthene | 83-32-9 | 4.20E-01 | W+F, WS | | 1.00E-02 |
| Acenaphthylene | 208-96-8 | 2.80E-06 | W+F | | 1.00E-02 |
| Acetone | 67-64-1 | 3.65E+00 | PRG | | |
| Acrolein | 107-02-8 | 2.10E-02 | AL | | 1.00E-02 |
| Acrylonitrile | 107-13-1 | 5.90E-05 | W+F | | 5.00E-03 |
| Alachlor | 15972-60-8 | 1.20E-03 | W+F | | 2.00E-03 |
| Aldicarb | 116-06-3 | 7.00E-03 | WS | | 1.00E-02 |
| Aldicarb sulfone | 1646-88-4 | 7.00E-03 | WS | | 3.00E-03 |
| Aldicarb sulfoxide | 1646-87-3 | 7.00E-03 | WS | | 3.00E-03 |
| Aldrin | 309-00-2 | 1.30E-07 | W+F | | 1.00E-04 |
| Aluminum, dissolved | 7429-90-5 | 8.70E-02 | AL | | |
| Ammonia, un-ionized | 7664-41-7 | [e] | [e] | | |
| Anthracene | 120-12-7 | 2.10E+00 | W+F, WS | | 1.00E-02 |
| Antimony, total recoverable | 7440-36-0 | 6.00E-03 | W+F, WS | | 1.00E-02 |
| Arsenic, total recoverable | 7440-38-2 | 1.80E-05 | W+F | | |
| Atrazine | 1912-24-9 | 3.00E-03 | WS | | 1.00E-03 |
| Barium, total recoverable | 7440-39-3 | 4.90E-01 | WS | | |
| Benzene | 71-43-2 | 1.20E-03 | W+F, WS | 5.00E-03 | 1.00E-03 |
| Benzidine | 92-87-5 | 1.20E-07 | W+F | | 1.00E-02 |
| alpha-BHC | 319-84-6 | 3.90E-06 | W+F | | 5.00E-05 |
| beta-BHC | 319-85-7 | 1.40E-05 | W+F | | 5.00E-05 |
| gamma-BHC [Lindane] | 58-89-9 | 8.00E-05 | AL | | 5.00E-05 |
| Benzo(a)anthracene | 56-55-3 | 4.40E-06 | W+F | | 1.00E-02 |
| Benzo(a)pyrene | 50-32-8 | 4.40E-06 | W+F | | 2.00E-04 |
| Benzo(b)fluoranthene | 205-99-2 | 4.40E-06 | W+F | | 1.00E-02 |
| Benzo(g,h,i)perylene | 191-24-2 | 4.40E-06 | W+F | | 1.00E-02 |
| Benzo(k)fluoranthene | 207-08-9 | 4.40E-06 | W+F | | 1.00E-02 |
| Beryllium | 7440-41-7 | 4.00E-03 | SS, WS | | 5.00E-03 |
| Boron, total | 7440-42-8 | 7.50E-01 | AG, SS | | |
| Bromodichloromethane | 75-27-4 | 5.60E-04 | W+F [f] | | 1.00E-03 |
| Bromoform [Tribromomethane] | 75-25-2 | 4.30E-03 | W+F [f] | | 1.00E-03 |
| Bromomethane [Methyl Bromide] | 74-83-9 | 4.80E-02 | W+F | | 1.00E-03 |
| 2-Butanone [Methylethyl Ketone] | 78-93-3 | 2.19E+01 | PRG | | |
| Butylbenzylphthalate | 85-68-7 | 1.40E+00 | W+F, WS | | 1.00E-02 |
| Cadmium, dissolved | 7440-43-9 | 1.50E-03 | TVS [g] | | 5.00E-03 |
| Carbofuran | 1563-66-2 | 4.00E-02 | WS | | 7.00E-03 |
| Carbon disulfide | 75-15-0 | 3.65E+00 | PRG | | |
| Carbon tetrachloride | 56-23-5 | 2.50E-04 | W+F | 5.00E-03 | 1.00E-03 |
| Chlordane | 5103-71-9 | 2.10E-06 | W+F | | 1.00E-03 |
| Chlorobenzene | 108-90-7 | 1.00E-01 | W+F, WS | | 5.00E-03 |
| Chloroethane | 75-00-3 | 2.94E-02 | PRG | | |
| bis(2-Chloroethyl)ether | 111-44-4 | 3.10E-05 | W+F | | 1.00E-02 |
| Chloroform [Trichloromethane] | 67-66-3 | 5.70E-03 | W+F [f] | | 1.00E-03 |
| bis(2-Chloroisopropyl)ether | 39638-32-9 | 2.80E-01 | W+F, WS | | 1.00E-02 |
| Chloromethane [Methyl Chloride] | 74-87-3 | 5.70E-03 | W+F | | 1.00E-03 |
| 4-Chloro-3-methylphenol | 59-50-7 | 3.00E-02 | AL | | 5.00E-02 |
| 2-Chloronaphthalene | 91-58-7 | 5.60E-01 | W+F, WS | | |

Attachment 5, Page 5-22

Final RFCA
Attachment 5
May 28, 2003

## Table 3 - Soil Action Levels

| Analyte | CAS Reference Number | Wildlife Refuge Worker [a] | Ecological Receptor [b] | Units |
|---|---|---|---|---|
| Nitrate | 14797-55-8 | > 1E+06* | | mg/kg |
| Nitrite | 14797-65-0 | 1.02E+05* | | mg/kg |
| Selenium | 7782-49-2 | 5.11E+03* | | mg/kg |
| Silver | 7440-22-4 | 5.11E+03* | | mg/kg |
| Strontium | 7440-24-6 | 6.13E+05* | | mg/kg |
| Tin | 7440-31-5 | 6.13E+05* | | mg/kg |
| Uranium (Total) | | 2.75E+03*[f] | 6.78E+01 (PD) | mg/kg |
| Vanadium | 7440-62-2 | 7.15E+03* | 4.33E+02 (K) | mg/kg |
| Zinc | 7440-66-6 | 3.07E+05* | | mg/kg |
| *RADIONUCLIDES [g]* | | | | |
| Americium-241[c] | 14596-10-2 | 7.60E+01 | 1.90E+03 | pCi/g |
| Plutonium-239/240[c] | 10-12-8 | 5.00E+01/ 1.16E+02 [h] | 3.80E+03 | pCi/g |
| Uranium-234[c] | 11-08-5 | 3.00E+02 | 1.80E+03 | pCi/g |
| Uranium-235[c] | 15117-96-1 | 8.00E+00 | 1.90E+03 | pCi/g |
| Uranium-238[c] | 7440-61-1 | 3.51E+02 | 1.60E+03 | pCi/g |
| *TO BE DETERMINED [i]* | | | | |
| Acenaphthylene | 208-96-8 | TBD | | |
| Benzo(g,h,i)perylene | 191-24-2 | TBD | | |
| 4-Bromophenyl phenyl ether | 101-55-3 | TBD | | |
| Dioxin | 1746-01-6 | TBD | | |
| Furan | 110-00-9 | TBD | | |
| Hexachlorocyclohexane, gamma | 58-89-9 | TBD | | |
| Pendimethalin | 40487-42-1 | TBD | | |
| Pentachlorobenzene | 608-93-5 | TBD | | |
| Pentachloronitrobenzene | 82-68-8 | TBD | | |
| Phenanthrene | 85-01-8 | TBD | | |
| 1,2,4,5-Tetrachlorobenzene | 95-94-3 | TBD | | |
| Trifluralin | 1582-09-8 | TBD | | |

Notes:

[a] Values are based on PRG calculations for a wildlife refuge worker (see RFCA Appendix 3, Implementation Guidance Document Appendix N). Values represent either a $1 \times 10^{-6}$ lifetime excess cancer risk or a HQ=1 for non-cancer toxicity. An "*" indicates that the value for the wildlife refuge worker is based on HQ=1 for non-cancer toxicity. All toxicity factors used in the calculations are from IRIS, from HEAST, or are approved by the NCEA.
[b] Listed values are based on PRG calculations for ecological receptors (see RFCA Appendix 3, Implementation Guidance Document Appendix N) and are based on Lowest-Observed-Adverse-Effects Level (LOAEL) end points. The action level listed is the lowest action level that was calculated for each of the five selected wildlife receptors: Preble's meadow jumping mouse and black tailed prairie dog (fossorial (burrowing) small mammals), mourning dove (small ground-feeding bird), terrestrial invertebrate (multiple species), and American kestrel (avian predator). The acronym in parentheses is the ecological receptor that is the basis for the Action Level shown: (PM) – Preble's Meadow Jumping Mouse; (PD) - Prairie Dog; (MD) Mourning Dove; (I) - Invertebrate; and (K) - Kestrel.
A "*" indicates that the action level is less than the mean plus 2 standard deviations of the Site background concentration. In these cases, the ecological action levels will default to background levels.

Final RFCA
Attachment 5
May 28, 2003

Inferential statistics are recommended to demonstrate cleanup to background levels.

[The Ecological Risk Working Group is evaluating all analytes listed in Table 3 to determine if the analyte is an ecological potential contaminant of concern (PCOC). PRGs will be calculated for analytes determined to be ecological PCOCs. Table 3 will be modified, as appropriate, based on this evaluation.]

[c] Sitewide human health analytes that will be analyzed during characterization at a minimum.
[d] > 1E+09 or >1E+06 indicates the action level has a calculated value greater than 1.00E+09 mg/kg (1,000,000,000 ug/kg) or 1.00 + 06 mg/kg (1,000,000 mg/kg) respectively.

[e] U.S. Environmental Protection Agency (EPA). 1994. Revised Interim Soil Lead Guidance for CERCLA Sites and RCRA Corrective Action Facilities. Office of Solid Waste and Emergency Response. Washington, D.C. Directive 9355.4-12

[f] The action level for total uranium in units of mg/kg accounts for the non-cancer risk. If uranium contamination reported in pCi/g is collocated with plutonium and/or americium contamination, the radiological action levels for uranium isotopes will be included in sum-of-ratios calculations. If uranium concentrations exceeds either action level, an action determination in accordance with ALF Section 5.3 is triggered.

[g] Wildlife refuge worker values for radionuclides are from the Task 3 Report and Appendices: Calculation of Surface Radionuclide Soil Action Levels for Plutonium, Americium, and Uranium (September 30, 2002). The values are for individual radionuclides and are based on a $1 \times 10^{-5}$ excess cancer risk and the 5th percentile of the RSAL distribution. In order to account for the total dose from the multiple radionuclides, sum-of-ratios calculations will be applied to all radionuclides which are present above background. Actual values that trigger actions will therefore likely be lower than the values listed in this table. Action levels for other radionuclides will be determined as necessary and in the same manner used to calculate the values listed in this table.

[h] Although the Pu-239 calculated value at $1 \times 10^{-5}$ risk is 116 pCi/g, the RFCA parties have agreed that accelerated actions are required for soil with Pu activity levels above 50 pCi/g.

[i] Analytes with the note "TBD" are being reviewed to determine if the analyte was used or could have been used at RFETS. If it is determined that the analyte was used or could have been used at RFETS, then a wildlife refuge worker action level will be determined in the same manner used to calculate the wildlife refuge worker values listed in this table.

The scientific notation used in this table indicates the power of ten by which the two-decimal place number is multiplied (e.g., 2.52E-02 = $2.52 \times 10^{-2}$ = 0.0252)