# WASTE-MANAGEMENT PRACTICES ASSOCIATED WITH
# THE 903–AREA PLUTONIUM RELEASES

Prepared by

Robert J. Budnitz, Ph.D.
Future Resources Associates Inc.
2039 Shattuck Avenue, Suite 402
Berkeley, California 94704


Assisted by

Nathan Chan, Ph.D.
Decision Focus Incorporated
650 Castro Street, Suite 300
Mountain View, California 94041

November 21, 1996

*Robert Budnitz [signature]*

[Attachment A is a statement of qualifications and background for Dr. Budnitz; Attachment B is a list of Dr. Budnitz' publications; Attachment C is a short statement concerning Dr. Chan; Attachment D is a statement concerning recent involvement in judicial proceedings; Attachment E is a list of documents considered in the preparation of this report; and Attachment F consists of additional tables and figures that support the report.]

## 1.0  Objective

The objective of this paper is to discuss some of the waste-management practices at the Rocky Flats Plant during the period of the 1950s and 1960s associated with radioactive wastes stored at the 903 Area.  The Dow Rocky Flats environmental-measurements program during the Dow period is also evaluated.  In the course of this discussion it will be demonstrated

(i) that some of these practices led to important offsite releases of plutonium from the 903 Area to the environment around the plant;

(ii) that at the time the releases occurred the Dow Rocky Flats management and staff had not taken the steps necessary to understand how large these releases were or where they went;

(iii) that because of this, the Dow Rocky Flats management and staff lacked knowledge of whether (or not) these plutonium releases might lead to important radiological consequences to the nearby offsite populations;

(iv) that the principal releases of plutonium from the 903 Area occurred due to a pattern of poor waste-management practices that would not have occurred had the plant been well managed;

(v) that when the principal plutonium releases occurred, or prior to their occurrence, the Dow Rocky Flats management and staff had available to them easily implemented measures that could have prevented the major part of the releases; and

(vi) that the state-of-the-art of environmental monitoring and analysis at the time when the plutonium releases from the 903 Area occurred, and thereafter, was sufficiently mature that measurements could have been made and analyses could have been performed --- but were not --- to understand the radionuclides' transport and environmental fate.

The underlying thrust of the discussion below is that in the 1950s and 1960s it was the Dow Rocky Flats Plant's poor waste-management practices that led to the principal releases of plutonium from the 903 Area to the nearby environment around the Plant.  Had these waste-management practices been competent, these plutonium releases would have been prevented from occurring in the first place; would have been monitored and analyzed when and after they occurred; and in any event would have been understood better by both the Dow Rocky Flats Plant management and the AEC.  For the Dow Rocky Flats Plant not to have prevented the 903-Area releases in the first place, nor to have monitored

2

and analyzed them when and after they occurred, was an egregious
breach of acceptable waste-management practice.

My personal knowledge of the technical capabilities available to
Dow Rocky Flats during this period derives from work that I
performed in the early 1970s, when I was working at the Lawrence
Berkeley Laboratory, a U.S. Atomic Energy Commission research
laboratory, on a survey of instumentation for environmental
monitoring of radiation.  A more detailed discussion of my
personal knowledge at that time about these technical capabili-
ties is provided below (Section 10.2).

1.1   Background on Dow Rocky Flats' Environmental Measurement
      Program

Before launching into the detailed discussion below, I believe it
useful to introduce some background information about Dow Rocky
Flats Plant's program for making radioactivity measurements in
the on-site and offsite environment.  To their credit, the Plant
began to make some measurements even before operations began:
J.B. Owen[1] states in his deposition that even in 1953 (before the
plant began to operate) various soil and vegetation samples had
been taken to establish background (that is, pre-operational)
radioactivity levels in the environment.  The work was done by
experts from the AEC's Hanford site[2].  Thus Dow Rocky Flats had
access to the capability to make such vegetation and soil
measurements from the very beginning.

A more complete picture of the sampling regime in various
environmental media is provided by M.R. Boss[3].  I will quote
Boss' memo here in detail to provide background about what the
Plant staff was measuring over the years:

        "The following information [is] provided concerning the
        chronology of the Rocky Flats environmental program.

        "Air sampling - the initial sampling program began in 1953
        and consisted of 1 off site and 9 on site samplers.  During
        the fall of 1953, and continuing through 1956, the number of
        off site locations increased to 15.  In 1956, the off site

---

1        J.B. Owen, Deposition on May 23, 1996, at 26

2        G.R. Quimby, "Background Measurements of Alpha Particle
         Emitters at Rocky Flats, Colorado", General Electric
         Company, Nucleonics Division, Richland, Washington,
         November 15, 1952

3        M.R. Boss, memorandum to file (December 6, 1972);
         Exhibit 234 to deposition of M.R. Boss on January 25,
         1995

3

sampling was reduced to 9 locations.  In 1960 the number of
on site samplers was increased to 10, with a further
increase to 12 in 1969.  These samples have always been
analyzed for total long-lived alpha activity, with recent
(1972) spot checking for plutonium content.  Early in 1971
the off site sampling network was complimented by the
addition of 12-high-volume-air samplers located approximate-
ly 2 miles from the plant perimeter.  The samples from the
'2-mile perimeter' are analyzed specifically for plutonium
content.

"Vegetation sampling - in 1951 and continuing to 1954,
vegetation samples were collected twice each month.  The
program was inactive from 1954 to 1960, except for a single
collection following the 1957 fire.  Analysis was for gross
alpha activity.  (Selected samples gathered in 1957 were
analyzed for plutonium.)  This program was revived in 1960
with semiannual samples being collected.  Analysis continued
to be for gross alpha.  Routine specific Pu analysis was
initiated in 1971.

"Water sampling - on site and off site sampling began in
1952 (including some municipal tap water samples).  In 1954,
twice monthly sampling of four reservoirs began.  The
frequency was reduced to monthly collections in 1966.  Twice
monthly sampling of the off site locations (including taps
and reservoirs) has persisted since 1969.

"Soil sampling - on site, twice monthly sampling initiated
in 1952 and continued through July 1953.  Those samples
collected were analyzed for gross alpha activity.  The
program was inactive from 1953 to August 1969, except for a
one-time collection following the 1957 fire.  In 1969, the
sampling program was reactivated and modified to its present
form.  Since 1969 these samples were analyzed specifically
for plutonium content."

This compilation by Boss, along with a recent evaluation[4] of the
Dow Rocky Flats environmental measurements program in various
media such as air, soil, vegetation, and water, demonstrates that
from the very beginning the Rocky Flats Plant had capabilities to
sample and measure radioactivity in a variety of environmental
media.  As I will discuss extensively below, this capability was
not developed well nor used appropriately with respect to
environmental contamination from the 903 Area.

---

4            Radiological Assessment Corporation (RAC), "Rocky
             Flats Dose Reconstruction Project, Phase II, Toxicity
             Assessment and Risk Characterization", "Task 4 Report:
             Evaluation of Historical Environmental Data", February
             1996 (henceforth the "RAC REPORT")

**1.2   Evaluation of Dow Rocky Flats' Environmental Measurements Program**

As just mentioned, Dow Rocky Flats did some radiological monitoring around the site from the very beginning, starting even before operations commenced, and they reported their results regularly.[6]  However, as my evaluation here will demonstrate, the overall program during the two-decades-plus of Dow's tenure at Rocky Flats left much to be desired --- a number of important shortcomings made the program <u>inadequate for understanding the actual radiological impacts in the environment</u> that occurred during the Dow era.

The numerous reasons why the program was inadequate include (i) its overly narrow primary objective; (ii) the absence of routine sampling other than for air and water; (iii) the sparsity of offsite air-monitoring sites; (iv) the fact that of the few offsite air sampling instruments deployed, not all of the filters taken were always measured for their radioactivity; (v) the inattention or carelessness vis-a-vis accuracy; (vi) the absence of adequate quality assurance; and (vii) the failure to understand that meeting applicable air-concentration guidelines does not by itself confirm that no offsite impacts occurred. Each of these inadequacies will be discussed below in turn.

The first key reason why the program was inadequate was that somehow the <u>objective</u> of the offsite-monitoring program got off track, even from the very beginning:  in the Dow era, its objective seems always to have been principally to assure that there would be an offsite capability in case a large-radiation-release event were to occur.  This is supported as follows:

    "Although we maintain air samplers in neighboring populated

_____

5          Monthly reports were issued from the very beginning under various titles.  The first one, dated July 31, 1952, is entitled "Site Survey Section Monthly Progress Report" and these monthlies continued throughout the Dow period under only slightly different titles.  Other monthly reports were issued under titles like "Status Report - Health Physics Input to Operations (Month & Year)".  These reported various measurements, showed trends, reported changes in instrumentation or measurement protocols as appropriate.

           Annual reports were also issued under titles like "Environmental Survey for (Year)" or later "Annual Environmental Monitoring Report, Rocky Flats Plant, January to December (Year)".  These discussed relevant AEC standards and compared the measurements with these standards.

5

areas, these are not visited daily because of the cost involved and because we found them to give the same value as air samples collected daily on site.  The samplers are visited fortnightly principally to insure that they are operating and can be used as a defensive measure in case of an incident on the plant site."[6]

[The philosophy] "was not so much that these samplers were going to give us any refined values of radioactivity in the atmosphere, but rather if we did release something, they would be adequate to give us some indication whether we were in excess of the standards for the general population."[7]

A secondary objective of the program seems to have been to assure that offsite concentrations were below regulatory limits for both air and water, the two media that were regulated specifically by AEC standards during that time period (there were no explicit standards governing soil concentrations, surface soil deposi- tions, or concentrations in vegetation.)[8]

This objective of measuring to assure that concentrations were kept below regulatory limits for air and water is, of course, important on its face.  However, the program did not include routine soil measurements to detect any possible build-up of radioactivity in the surrounding environs --- these had been abandoned very early (soil samples were not measured after 1953).[9]  So when the major releases from the 903 Area occurred in the 1960s (as discussed below in the major part of this report), and even when lesser events occurred (as they often did) that might have had offsite environmental consequences, the Dow Rocky Flats environmental monitoring regime was not in a position to detect any buildup of radioactivity such as plutonium in offsite media such as soil.  The phrase "in a position" here has two aspects: (i) there was no routine sampling of offsite soil, and (ii) there was not a sufficient sensitivity on the part of the program's managers to the potential for a build-up of offsite

_____

6          T. Chapman (Dow Rocky Flats), "Environmental Data", letter to N.H. Woodruff (AEC), February 17, 1960

7          E.A. Putzier, Dow Rocky Flats, "The Past 30 Years at Rocky Flats Plant", September 1982

8          U.S. Atomic Energy Commission, "Title 10, Part 20 - Standards for Protection Against Radiation", Federal Register Vol 25, p. 10914 ff., November 17, 1960. Appendix B, Tables I and II provide numerical standards for ambient air and water but for no other media.

9          S.E. Hammond, Dow Rocky Flats, "Chronology of Back- ground Measurements at Rocky Flats", March 16, 1972

radioactivity, a build-up that would haven been detectable using offsite soil measurements.  (As my discussion below will indicate, the first indications of significant offsite plutonium deposition came from measurements in 1969-1970 made not by Dow Rocky Flats but by an independnet group headed by E.A. Martell.) By the time of the 903-Area events, I believe that Dow Rocky Flats management had been simply lulled into complacency by being told that the regulatory limits were not being exceeded --- the responsible individuals in the Dow Rocky Flats management chain had in my view lost whatever vigilance they might have once possessed (if they ever did have any).

Among the symptoms of this endemic problem were (i) that the network of sites sampled by various offsite air monitoring instruments was sparse, and (ii) that the samples taken were not all analyzed: the record shows that there were six offsite air particulate gross-alpha samplers, which took air-filter samples that should all have been taken back to the laboratory for counting, but for long periods of time <u>only one</u> of these six was actually counted -- the others seem usually to have been dis-carded![10]  The rationale (rationalization?) for this, as recorded by Willging (see footnote), seems extremely weak to me, to the point of irresponsibility.

This is particularly disturbing because Dow Rocky Flats apparent-ly relied on on-site monitors, in particular the stack monitors on their principal plutonium buildings, as the main method for reassuring themselves that air effluents were acceptably low. However, as a 1975 memorandum from J.R. Roeder (AEC Headquarters) to W.M. Lamb (AEC Rocky Flats Office)[11] indicates, the measured

---

10      J.F. Willging (Dow Rocky Flats), "January 3 Comments on the AEC Comments Incorporating My Comments on the EPA Comments on the Rocky Flats Situation", memorandum to W.M. Lamb (AEC, Rocky Flats Area Office), January 3, 1973.  Willging states, "While, in fact, the total air monitoring effort consisted of nine on-site and six off-site samplers, the filter paper from only one sample was routinely analyzed.  The other five were periodically analyzed but no results were ever reported.  This was the practice at that time because historically all off-site samplers showed essentially no difference in results between them and for the sake of convenience only the one nearest the plant site, the one at Coal Creek Canyon, was routinely analyzed and reported."

11      J.R. Roeder (Director, AEC Division of Operational Safety) to W.M. Lamb (AEC Area Manager, Rocky FLats Area Office), Memorandum, "Environmental Monitoring Report Rocky Flats Plant", September 10, 1975

7

values in the ambient environment did not always track properly with the measured stack values.  The memo appears to indicate that it was at the incredibly late date of 1975 (!) that AEC finally understood this fact:

> "Now that most of the new ambient air samplers have been installed, it becomes apparent that the concentration of plutonium in air onsite is 5 to 20 times that measured offsite, and is one-tenth of the maximum stack concentration.  One would expect that atmospheric dispersion would yield a reduction in concentration between the stack and a sampler of at least one-one-thousandth, which suggests that there are other sources contributing plutonium to the ambient air at Rocky Flats, which further suggests that those sources may be larger than all the stacks combined."

Furthermore, accuracy in the air-filter measurements was not thought to be very important: the way the air instruments worked was that they pumped air through a filter for a given period of time, and making an accurate measurement of air concentrations would obviously require knowing the duration of the sampling period accurately.  However, for long periods the sampling methodology did not bother to record the time when each filter was put on and then later replaced by another one -- instead, the sampling period was assumed to be 24 hours (1440 minutes), as evidenced by the fact that the Rocky Flats analysts reported their measurements using a pre-printed form on which the duration of the sampling period was pre-entered -- already printed --- on the form as 1440 minutes, instead of being left as a blank space to be filled in for each individual sample.[12]

Also, although it was and is well known that particulate samplers have problems taking reliable filter samples in high winds, I did not identify in my extensive document research that special attention was given to this issue, even though winds at Rocky Flats often each the 70-mph level and wind gusts in excess of 100 mph occasionally occur.[13]  When I couple this problem with the fact, as discussed later in this report, that resuspension of particulate matter from the ground into the air follows a very strong wind-speed dependence, so that for example it was during the very highest winds that one might expect the largest plutonium airborne concentrations form the 903 Area, the apparent lack of careful attention to wind issues is particularly troublesome.

---

12      See Fig. 3 of H.R. Meyer et al., Radiological Assessments Corporation, "Rocky Flats Dose Reconstruction Project, Phase I, Task 2: Rocky Flats Plant 903 Area Plutonium Source Term Development," draft 1996

13      RAC Report ("Task 4" report), op. cit.

Another problem was with quality assurance in the measurements laboratory. An adequate quality-assurance program ordinarily would have included the sort of routine activities common throughout both the AEC complex and competent industrial laboratories: the routine running of blank samples, duplicate samples, and known-concentration samples, the cross-checking of instruments against each other, etc. For the types of trace radiological measurements that were being performed, where the amounts being measured were often near or below the minimum-detectable levels, regular (usually daily or at most weekly) checks were required to maintain calibrations and measure varying backgrounds. However, as E. Hardy from the AEC's Health and Safety Laboratory (HASL) reported[14], "Analytical quality control, at least as HASL envisions it, is practically non-existent."

This last comment is particularly important because by that time (1973) the AEC HASL group had long since published a radiological-measurements procedures guide[15] that contained explicit quality-assurance guidance, was widely acclaimed both within and outside the AEC[16], and was in widespread use throughout the AEC complex of installations.

In fact, there seems to be no mention in the extensive documentation that I have examined from the Dow Rocky Flats environmental-measurements group that quality assurance and quality control were a part of their routine.

By 1973, the AEC had apparently become sensitized to the fact that off-site plutonium air measurements were higher than background. This is a positive development, albeit rather late, probably coming as a result of the Martell and HASL soil measure-

---

14    E. P. Hardy, AEC Health and Safety Laboratory, "Site Visits at Mound and Rocky Flats", letter to J.H. Harley (Director of HASL), February 8, 1973

15    US AEC, Health and Safety Laboratory, "Manual of Standard Procedures", Report HASL-4700, first edition 1957; second edition 1967; third edition 1970

16    R.J. Budnitz et al., "Survey of Instrumentation for Environmental Monitoring, Volume III – Radiation", Report LBL-1, Lawrence Berkeley Laboratory, first edition 1972, second edition 1975. During the early 1970s I was writing the radiochemical parts of this survey, was intimately aware of the radiochemical and radiological-measurement capabilities and activities of the various AEC sites, and knew that the HASL manual (HASL-4700) was in almost universal use throughout the AEC as a guidance manual for radiological measurements.

ments after the 1969 fire and the subsequent higher visibility
of Rocky Flats (see my extensive discussion later in this
report).  However, this did not necessarily translate into a
sensible and uniform policy for Rocky Flats.  As Hardy reported
after a site visit in early 1973,

> "My impression was that Dow is being squeezed by two
> philosophies from AEC people: (1) that as long as total
> alpha and or Pu [plutonium] activities are below MPC's
> [maximum permissible concentrations] the situation is
> in hand and (2) that Dow must be able to differentiate
> between R.F. Pu and global fallout Pu and when the
> former levels are higher, especially off-site, to take
> some unspecified action.  The result is confusion
> regarding program direction and data evaluation."[17]

This is another symptom of a very difficult situation.  For an
AEC contractor like Dow, one of the essential tasks of upper
management is to clarify conflicting demands like the one cited
by Hardy.[18]  This shows another example of a management failure
on Dow's part.

My summary evaluation of Dow Rocky Flats' environmental-measure-
ments program during the Dow era was that it was seriously
deficient in a number of specific areas, which taken together add
up to a seriously deficient program overall.  The specific
points have been enumerated above, and discussed in detail.  The
deficiencies explain (but of course cannot excuse) why the
largest environmental releases, the airborne plutonium releases
from the 903 Area that will be discussed below in the main body
of this report, went (i) unmeasured, (ii) unrecognized in terms
of their accumulation in offsite soils, and therefore (iii)
unrecognized in terms of their potential importance, until long
after the 903-Area releases had occurred.

---

17      E.P. Hardy, February 8 1973 memorandum, op. cit.

18      I have personal experience from my tenure, a few years
        later, in the senior management at another large AEC
        site, the Lawrence Berkeley Laboratory.  There was
        occasional conflicting guidance from Washington or the
        local Operations Office, and it was the job of senior
        management to be constantly alert to these issues and
        to work out the differences, which usually arose
        because two different agency policy-makers provided
        conflicting policy guidance without appropriate
        communication.

## 2.0   Chronology of Radioactive Waste Management at the 903 Area

The 903 Area at Rocky Flats is an area in the southeastern part of the site that was, at first, an open field.  Today, it is covered with asphalt, beneath which is radioactively contaminated soil.  The asphalting was done in 1969.  As the discussion below will document, in the period before the site was asphalted, the 903 area was a storage site for steel drums containing radio-actively contaminated liquids; these drums were the source of important releases of radioactivity from Rocky Flats to the offsite environment.  It is the purpose of this report to illuminate how these releases came about, and why.

A brief overview of the chronology is as follows.  The first part of the chronology is quoted directly from the "Seed Committee" report.  (This Committee was appointed by Dow Rocky Flats management in August 1970 to review soil contamination issues in and around Rocky Flats.)  The early chronology begins in 1958, and is quoted directly[19]:

| | |
|---|---|
| July 1958 | Drum storage area established.  During subsequent years, drums were continually added which primarily containing plutonium-contaminated machining oils. |
| July 1959 | First drum leakage discovered and rust inhibitor, ethanolamine, was added to drums prior to storage to minimize corrosion |
| January 1964 | First evidence of large scale deterioration of drums reported.  Soil contamination reported as increasing. |
| January 1966 | Small building added to filter and transfer contaminated oil from leaking drums to new drums. |
| January 1967 | Last drums added to storage area and removal to 774 [process area] began.  Oldest drums shipped first. |
| June 1968 | Last drums shipped to Building 774 for processing.  High winds spread some contamination. |

---

19      J.R. Seed (Chairman), K.W. Calkins, C.T. Illsley, F.J. Miner, and J.B. Owen, "Committee Evaluation of Plutonium Levels in Soil Within and Surrounding USAEC Installation at Rocky Flats, Colorado", Report RFP-INV-10, Rocky Flats Plant, July 9, 1971 (henceforth the "SEED COMMITTEE"), at 6

July 1968      Radiation monitoring and mapping of area completed. Levels from $2 \times 10^6$ d/m/g to over $3 \times 10^7$ d/m/g reported.[20]   Penetration of from 1 to 8 inches reported.

Sept. 1968      Preliminary proposal for containment cover prepared by Rocky Flats Facilities Engineering.

July 1969      First coat of fill material applied.

August 1969      Fill work completed, paving contract let.

Sept. 1969      Overlay material, soil sterilant and asphalt prime coat completed.

November 1969      Asphalt containment cover completed including four sampling wells.

The following additional elements of the chronology, quoted directly from Illsley[21], round out this abbreviated account:

January 1970      Report by Dr. Martell (Colo. Comm. for Environmental Information) on plutonium in soil around Rocky Flats

August 1970      Report by HASL on plutonium in soil around the Rocky Flats Plant

July 1971      Report by Dow Chemical on plutonium levels in soil within and surrounding Rocky Flats.

This brief chronological overview tells the bare-bone facts but does not, however, tell the story --- a story of poor management of the radioactive wastes that led to inexcusable releases from the drums, some of which went offsite to contaminate property for many miles downwind, mostly eastwardly. It is a story of neglect, of a failure to take seriously drum corrosion and leakage into the soil, of downright incompetence at the highest levels of Dow Rocky Flats management --- despite some attempts at lower levels to do what was right.

---

20      The unit d/m/g means "disintegrations per minute per gram", and is one way that levels of radioactivity were reported in that period. 2.22 d/m corresponds to 1 pCi (picocurie), or $1 \times 10^{-12}$ curies.

21      C.T. Illsley, "Transuranium Elements Around the Rocky Flats Plant", Dow Rocky Flats, January 1984

The story is principally one of a concerted effort to accomplish the major mission of the Rocky Flats Plant (making nuclear-weapons parts) to the neglect of proper management of the resulting radioactive wastes. From early in its operations, the Rocky Flats operation used various organic liquids, primarily oils but also including carbon tetrachloride, as lubricants in the operation of machining the working metals (mostly plutonium and uranium) into various shapes as nuclear-bomb parts. These liquids became radioactively contaminated and the spent liquids were placed into drums.

The 903-Area story begins when, in 1958, a few drums containing machining oil contaminated with plutonium were shipped to the 903 Area from the metal-machining-and-processing parts of the plant for what was expected to be temporary storage[22]. The shipments continues for several years, and ultimately involved over 5,000 drums. The adjective "temporary" is used here because the Rocky Flats strategy, from the beginning of 903-Area operations until 1967, was to develop a process to reclaim the more valuable materials in the drums, principally plutonium, carbon tetrachloride, and reclaimed/purified mineral oil.[23]

According to a Dow internal memorandum by K.W. Calkins in August 1970[24]:

"Most of the drums transferred to the field were nominal 55-gallon drums, but a significant number were 30-gallon drums. Not all were completely full. Approximately three-fourths of the drums were plutonium-contaminated, while most of the balance contained uranium.....

"Originally, contents of the drums were indicated on the outside, but some of these markings were made illegible through weathering, and no other good records were kept of the contents. Leakage of the oil was recognized early, and in 1959 or possibly earlier ethanolamine was added to the

---

22      E. A. Putzier, "A Summary of On Site Radioactive Waste Disposal", Dow Rocky Flats, April 22, 1970, [henceforth "PUTZIER 1970"], Appendix B-10, which is a report from E.E. Johnston to L.C. Farrell, "Waste Disposal Co-ordinating Group Research Progress Report", Dow Rocky Flats, December 15, 1958

23      Seed Committee, op. cit., at 5

24      Memorandum from K.W. Calkins to L. M. Joshel, "Summary: Drum Field Activity", Dow Rocky Flats, August 19, 1970. Note that the quotes in our text taken from Calkins are repeated almost, but not exactly, verbatim on page 5 of the "Seed Committee" report (op. cit.)

13

oil to reduce the corrosion rate of the steel drums."

According to this same Calkins memorandum, beginning in December 1959, development work was undertaken to bring a still into operation at the site, to be used for the purification and reuse of the carbon tetrachloride and the lubricating oil.  However, because of technical problems the still never worked properly, and in September 1960 that initial operation was discontinued.  A revised design was worked on through June 1963 when the still was finally abandoned.  In parallel, a sludging process for disposing of the still bottoms and other wastes, by mixing with activated silica, was under development.  When the still itself was abandoned in mid-1963, the design capacity of the sludging process was increased to process all contaminated liquids in the barrels.  According to the Calkins memorandum[25]:

   "[F]unds for this project - based on a mixer-extruder system called the 'jelly factory' - were requested.  Installation of the mixer-extruder system [in 774] was completed in January 1964 but startup work revealed major deficiencies in the installation which required extensive modifications. These modifications were not completed until late in 1965.

   "When this equipment was finally ready for operation, a further delay was encountered when it was found that the condition of most of the drums in the oil field had deteriorated to the point of being completely unusable for transfer to the disposal plant, even in the cart provided.  As a result, FY-1966 expense funds were provided to build a temporary structure for transferring the oil into new drums, while simultaneously filtering the oil through one-micron filters for plutonium removal and recovery.

   "After more start-up problems, the final phase of emptying the drum field began on January 23, 1967.  By this time the field contained about 5,240 drums, of which approximately 3,572 contained plutonium contamination.  The oldest drums and those containing plutonium were processed first.  To the best of our knowledge, the last of the plutonium oil was removed on January 25, 1968.  The last of the uranium oil was transferred to a new drum on May 28, 1968, and shipped to the disposal plant on June 5, 1968."

A description of the next part of the 903-Area chronology, the attempt to contain and control the contamination in the soil, is

_____

25        Calkins, op. cit.

covered in a memorandum by K.J. Freiberg dated April 14, 1970[26]:

"In July, 1968, a survey of plutonium contamination on the surface of the soil in the 903 Area was completed. The results of the survey and the Health Physics recommendation for containment of the contamination were sent to Division Services, Manufacturing, and Facilities.

"In October, 1968, weeds and vegetation were burned off the 903 contaminated barrel storage area preparatory to applying an asphalt cap over the area. No airborne contamination problems were encountered.

"In November, 1968, grading outside the hot fence area was started in preparation to applying an asphalt cap over the area. This work consisted of moving slightly contaminated soil to the fenced area.

. . . . .

"In July, 1969 Building 903 was moved to a location immediately east of Building 666.

"On July 23, 1969, the first course of fill was applied to the 903 Area.

"The base course material overlay, the soil sterilant, and the asphalt prime coat for the 903 contamination barrier were completed on September 24, 1969.

"During October, 1969 the asphalt was applied. The four sample wells around the 903 area were completed on November 11, 1969.

"Starting February 23, 1970, operations were started to apply additional fill over the surrounding area directly east of 903 due to soil contamination.

"Additional soil fill operations were completed on March 4, 1970.

"As of April 3, 1970, no water has been detected in the wells."

The chronology from the "Seed Committee" doesn't reveal that the barrel corrosion had become endemic by mid-1962. This fact is

---

26      Putzier 1970, op. cit., Appendix B-34, memorandum from K.J. Freiberg to E.A. Putzier, "903 Oil Drum Storage Area", Dow Rocky Flats, April 14, 1970

supported by a memorandum from F.E. Butler to A.N. Sampson[27] in August 1962, which states:

> "About 50-60 percent of these drums are badly corroded.  The contents of several has already been spilled out on the ground in the storage area.  Unless these materials are disposed of in the very near future a serious contamination problem will develop."

Putzier[28] indicates that leakage of contaminants into the soil at the 903 Area had been discovered even earlier:

> "We do know that somewhere in the early 1960's, because we did have some surveillance among the drums that were stored there [903], we discovered definite leaks into the ground, and we discovered rabbits inhabiting the area and our management agreed to put up a rabbit-proof fence.  To quote from an FY-1961 summary from myself to Piltingsrud, 'Leakage from barrels of contaminated coolants stored outside has been a problem.  At year's end some small amount has been transferred to Building 771 for distillation.'  A report in October 1960 stated that one plutonium-contaminated oil drum had leaked empty, six with oralloy-contaminated oil had leaked empty, and three with depleted uranium-contaminated oil had leaked empty."

It is important to emphasize a few key points from the above discussion of the 903-Area chronology.  My emphasis is on how much time --- <u>many, many years</u> --- wnet by before effective action was taken by Dow Rocky Flats:

o    The first drum leakage was discovered in July 1958, and by mid-1962 50 to 60% of the drums had become "badly corroded."[29]

o    By FY (fiscal year) 1961, leakage had been identified as a "problem".[30]

o    Although steps were taken to reduce corrosion on the <u>inside</u> of the barrels by adding ethanolamide,[31]

---

27    Putzier 1970, <u>op. cit.</u>, Appendix B-19, which is a memorandum from F.E. Butler to A.N. Sampson, "Waste Disposal", Dow Rocky Flats, August 17, 1962.

28    E.A. Putzier, "The Past 30 Years at Rocky Flats Plant", Dow Rocky Flats, November 1982, at 66

29    F.E. Butler to A.N. Sampson memorandum, <u>op. cit.</u>

30    E.A. Putzier, 1982, <u>op. cit.</u> at 66

31    K.W. Calkins, <u>op. cit.</u>

16

corrosion on the <u>outside</u> due to weathering was not thereby effectively inhibited.

o   It was not until January 1967, <u>nine years</u> after the initial leakage was found and <u>six or more years</u> after it was identified as important, that the work of emptying the drum field finally began.  It would not be completed until June 1968 (a period of 17 months).

o   The asphalting of the area was not completed until September 1969 (another 15 months later.)

### 3.0   Management Attention to the 903-Area Contamination Problem

Putzier[32] provides some insights into the way Dow Rocky Flats staff and management dealt (actually, failed to deal) with the issue of 903-Area contamination and its potential to become airborne:

"We in the Health Physics Department were fully aware of the potential for materials to blow off plantsite.  As a matter of fact, as a result of our routine surveys we had had cold soil brought in to cover up the ground which we found contaminated from leaky drums.  Of course as long as the drums were intact, i.e. standing on the ground, they in themselves offered considerable barrier to the reentrainment of dust into the air in effect holding it down and preventing contamination from becoming airborne.  So it was uppermost in our minds at the time that with some haste we should cover up this area to prevent the high winds that would come on as expected in the winter months of 1968 and 1969 from carrying the soils off plantsite.  We discussed it with management and I think pretty much all the pressure we could bear was brought on them.  Even so, it seemed like the Engineering head at the time was not excited enough about it to at least have some gravel brought in and put down. Instead, there was a lot of discussion between our Engineering folks and the Albuquerque AEC Engineering folks.  As I understand it, they were in disagreement as to exactly how to engineer the cover and therefore the area went through the winter months without any protective cover and the job was not completed until the following summer and fall.  I have witnessed one presentation of the Plant briefing for visitors in which the speaker implied we did not have as much concern for the environment in those days.  As far as Health Physics is concerned, I would take issue with that but with respect to our management and the AEC the reader can draw his own conclusions.

---

32       E.A. Putzier, 1982, <u>op. cit.</u>, at 66

I have drawn my "own conclusions", which are supported by the extensive discussions elsewhere in this report, and they are that the Dow Rocky Flats upper management simply did not deal properly with the the 903-Area's potential to contaminate the broader environment.  The blame for the fact that the broader environment then became contaminated, out to many miles offsite, must in my view be placed with the Dow Rocky Flats management of that time.

## 4.0  Airborne Radioactivity Measurements Near the 903 Area

Putzier[33] discusses the measurement by Dow Rocky Flats staff of airborne activity near the 903 Area:

> "I have been searching and have not been able to find a plot that was put together by Bob Vogel which shows over the years the gross alpha activity that was measured at the air sampling S-8 site, but my recollection of it is that it clearly showed that the airborne levels at that station were elevated more so during the period of time that the 903 Area was unprotected (i.e. after the drums were removed and before the pad was laid down.)  The area that was finally covered was defined on the basis of health physics surveys but I think the delay in getting the area covered, relative to those surveys, probably had a lot to do with the excessive amount of contamination that eventually had to be moved out of the so-called lip area.  I do know that there was additional loose gravel or dirt cover put on the soils to the east of the pad after the pad had been installed because of the contamination levels that were measured there."

Putzier's memory of the S-8 plot is accurate.  Although Putzier could not find it, it is now an important piece of the 903-Area puzzle.  It is shown as Figure 3-1 of the "Seed Committee" report[34], which is reproduced here as this report's Figure 1.

Even without accepting the detailed numerical readings on the S-8 plot as accurate, important implications can be drawn from this figure, and from other contemporaneous information about the 903 Area, as to what caused the 903-Area radioactivity to become airborne in such large quantities: it was the physical activity on the pad, as the next section will describe.

---

33      E.A. Putzier, 1982, op. cit., at 67

34      Seed Committee, op. cit., at 7.  On p. 6, this report states:  "One of these air samplers (designated S-8) is situated directly east of the 903 drum storage area at the east perimeter fence".

## 5.0   Correlation of 903-Area Airborne Releases with Physical Activities on the Pad

As I will demonstrate, all indications are that important releases of plutonium from the 903 Area into the air (and its subsequent transport downwind to areas very distant -- many miles -- offsite[35]) were correlated with physical activities on the 903-Area site that apparently stirred up the soil-laden radio-activity, enhancing its release to the air.  [This phenomenon of soil-laden contamination becoming airborne is known by the technical term "resuspension."]  That these activities were not well planned nor appropriately controlled by the Dow Rocky Flats management, to minimize the potential for resuspension of radio-activity, is one key example of a serious managerial lapse.

The Seed Committee[36] reports as follows:

"The deposition of the contamination in the soil of the drum storage area began shortly after the drums were placed in the area.  Resuspension and redistribution of the contamina-tion, however, were certainly not a simple mathematical function of time.  The quantity redistributed was directly associated with removal of the drums which exposed the contaminated soil, physical activity in the area, and the periodic high winds at Rocky Flats.  This can be seen if we study data from air samples collected directly east of the storage area....... [Referring to S-8], [m]onthly averages of the individual daily contamination levels show a very close correlation to physical activity in the drum storage area.  Figure 3-1 [our Figure 1] shows a graph of the monthly average airborne contamination levels determined at air sampler S-8.  When analyzing these data, it is worth noting that from late 1963 to 1965 large scale deterioration of the drums was taking place.  An exclusion fence was added (to limit physical activity in the area.)  One drum was punctured by a fork lift and some soil was added to cover certain contaminated areas.  These physical activities corresponded to the higher 'readings' reported during the 1963 through 1965 period.  Starting in January 1967, a great deal of activity in the area was associated with drum removal.  The contamination level measured in 1968 paral-leled the drum removal activity.  In late 1968, activity associated with weeds being burned and grading of the area can be correlated with high contamination readings.  In April of 1969 when the large rocks and stakes were removed for filling and leveling the area, increased contamination levels were reported.

---

35      See Figure 2 and the accompanying discussion, below.

36      Seed Committee, op. cit., at 6

19

"In November of 1969 the four sample wells were dug, and the increases in contamination level are attributed to the activity in the area.  In April of 1971 a new drainage ditch was completed just west of this area and, again, higher contamination values were observed.

"At no time did the values from air samples indicate that permissible levels of plutonium contamination in air had been exceeded.  However, these data do indicate the more probable period when maximum resuspension and redistribution of the contaminated soil took place."

I need to call attention to three aspects of this Seed Committee quote:  First, this account, from 1971, presents a clear linkage between various physical activities at 903 and the airborne radioactivity measured at station S-8.  Second, the Seed Committee's conclusion that permissible levels of Pu contamination in air were not exceeded seems to be offered as a reason -- an excuse -- for why nobody at Dow Rocky Flats was concerned.  As I shall discuss in detail below, in my view this is a very weak reed indeed on which to be standing.  Even if true, much more information than this simple statement would be necessary to conclude that offsite plutonium emissions were not important.

Third, there is evidence that the Seed report's claim that permissible levels were never exceeded is not true.  For occupational exposures to workers over a 40-hour week, the AEC maximum permissible level for plutonium-239 in ambient air in a controlled area that applied to Rocky Flats at the time[37] was $2 \times 10^{-12}$ microcuries/milliliter of air, which equals 2000 fCi/cubic meter (1 fCi or 1 femtocurie equals $10^{-15}$ Ci.)  For exposures to groups of people in uncontrolled areas the maximum permissible level was 20 fCi/cubic meter.  (I cite these

---

[37]     U.S. Atomic Energy Commission, "Title 10, Part 20 - Standards for Protection Against Radiation", Federal Register Vol. 25, p. 10914 ff., November 17, 1960.  See Appendix B, Tables I and II.  The regulations are also found in Title 10, Code of Federal Regulations, Part 20, 1970 edition.  Also see National Council on Radiation Protection and Measurement, "Basic Radiation Protection Criteria", Report No. 73 (1971).  These standards were in effect throughout the 1960s -- indeed, although I have not tracked the standard through the AEC system beyond the mid-1970s the AEC's successor regulatory agency, the U.S. Nuclear Regulatory Commission, kept these same standards for use in regulating its nuclear-power licensees as late as 1985 (see the January 1985 edition of the Code of Federal Regulations, Title 10, Part 20.)

standards here for background purposes only: I am not an expert on radiation standards, health effects of plutonium exposure, or the relationship of exposures to health effects.)

I am not sure which standard is being cited by the Seed Committee (above) as not having ever been exceeded.  [Indeed, I am not sure exactly which standard or standards Dow Rocky Flats was using during the relevant period, and for which different applications -- the next few sentences and footnotes will show why I am confused.]  If Seed is using the higher occupational standard, then information compiled in the recent RAC report[38], and shown in part from RAC's cited Table B-5 and in part in my Figures 2 and 3 (reproduced from the RAC report, Figures III-21 and III-22)[39] reveals that this level was exceeded at monitor S-8, just east of the 903 Area, on six different days in 1968-69.  If the more restrictive uncontrolled-area standard is intended by the Seed Committee, then there were hundreds of daily readings for which the permissible level was exceeded at one or another of the onsite monitors.  Although I do not know which standard is implied by the Seed Committee, it is notable that M. Biles (AEC) stated[40] in a 1972 memo that "Dow uses 20 fCi/m$^3$, the soluble plutonium guide....".  Dow Rocky Flats' own semi-annual environmental-survey reports in this period[41] seem to use the guide for insoluble plutonium in air, which they quote as 1 pCi/m$^3$ (1000 fCi/m$^3$).

In any event, even if the least restrictive standard is used, then how or why the six days with measured excesses over permissible levels escaped the attention of the Seed Committee is very difficult for me to understand, and reveals to me either another important Dow Rocky Flats management lapse or a purposeful obfuscation.

---

38      RAC Report, op. cit., Appendix B, Table B-5

39      RAC Report, op. cit., Figures III-21 and III-22.  The captions shown are those shown from the RAC report itself, reproduced without alteration.

40      M. Biles (AEC) to H. Donnelly (AEC), memorandum, "AEC Comments re EPA 'Compendium of Environmental Surveillance Around Rocky Flats Plutonium Plant, November 1972'", December 27, 1972

41      See, for example, Dow Rocky Flats, "Environmental Survey, July - December 1969".  However, by the time of writing the similar report for January - June 1971, Dow had switched to 60 fCi/m$^3$.

## 6.0   Amounts of Radioactivity Released from the Drums into the Soil, and from the Soil into the Air and the Broader Environment

## 6.1   Releases from the Drums to the Soil

Concerning the amount of radioactivity releases from the 903-Area drums to the soil, there is considerable uncertainty.  The following discussion will reveal why.

Rocky Flats' own near-contemporaneous (mid-1970) account[42] estimated that about 86 grams of plutonium leaked into the soil. This is equivalent to about 5 1/2 curies of plutonium-239.[43] This 86-gram figure is repeated by the Seed Committee in its report[44].  The estimate is based on the following account:

> "To the best of everyone's memory and knowledge, a total of approximately 100 barrels containing 50 gallons each or 5,000 gallons of oil leaked out of the drums and was absorbed into the soil within the fenced [903] area.
>
> "The average of all oil samples taken from the plutonium contaminated oil barrels was approximately $5 \times 10^{-3}$ grams of plutonium per liter of oil.  This number is backed up by a letter from M.E. Maas dated September 24, 1968, that shows a total of 3,065 grams of plutonium which was accounted for during the process of the contaminated oil ..... taking the 3,572 drums of plutonium which were processed at 50 gallons each we get a total of 178,600 gallons or 675,108 liters of oil.  Divide this number ..... into 3,065 grams and we get $4.54 \times 10^{-3}$ grams per liter.
>
> "Using $4.54 \times 10^{-3}$ grams per liter in conjunction with the estimated 5,000 gallons [18,900 liters] ..... gives 85.81 grams of plutonium.  (This is the amount of plutonium remaining under the asphalt pad.)"

Note, of course, that while the concentration measurements are quoted to three-significant-figure accuracy, the 5,000-gallon estimate for the liquid leakage out of the barrels is very rough, based on what the Frieberg memorandum calls "[t]o the best of

---

42      Freiberg memorandum, op. cit., Appendix B-34 in Putzier 1970, op. cit., paragraph 13 on p. 2

43      1 curie of pure plutonium-239 is equivalent to about 16 grams.

44      Seed Committee, op. cit., at 4

everyone's memory and knowledge."[45]

According to Putzier[46], the 86-gram figure represents just over 1% of the total plutonium that was in the drums, which is reckoned at 8,217 grams.

Several serious problems exist with the 86-gram estimate.  I will summarize these problems as follows:

(i) First, a 1966 Rocky Flats memo, Vance to Farrell[47] cites 5 grams per drum as the estimated inventory, based on a "sampling survey".  This is much greater than the 0.86 grams per drum figure from the Freiberg analysis (86 grams from 100 leaky drums).  However, it is difficult to ascertain what the drum population was for this survey.

(ii) Freiberg's memorandum indicates that after the oil was removed from the drums, a sludge remained in the bottom of each barrel to a thickness of from 1/2 to 3 inches.  Drum counting was done, which measured a total of 5,152 grams of plutonium in this sludge.  This is to be compared to 3,065 grams of plutonium that was measured in the liquid phase as it was removed.  If one postulates that some or all of the sludge leaked out of the bottom of the leaky barrels along with the oil, then the total Pu that leaked out would be considerably more than the 86-gram estimate based on the oil-contamination method used by Freiberg.

(iii) The HASL estimate of plutonium that left the 903 Area and escaped into the environment (see my extensive discussion, below), based on soil sampling, is put at 11.4 curies, or about 180 grams.  This is not consistent with only 86 grams leaking from the drums!  Among other problems with the comparison of these two estimates, besides not knowing how much actually leaked out, is the observation that at least some of the plutonium that leaked out clearly remained in the soil and is still there today, under and around the asphalt.  Also, based on the bioturbation work of K.S. Smallwood, whose expert report is

---

45        Deposition of K.J. Frieberg, November 28, 1995, pages 38-124.  This part of the deposition contains Frieberg's recent recollection on this subject.  The deposition consistently confirms my interpretation of the Frieberg memorandum.

46        Putzier 1970, op. cit., at 3

47        Putzier 1970, op. cit., Appendix B-30, which is a memorandum from J.N. Vance to L.C. Farrell, "Recovery of Plutonium Residues", Dow Rocky Flats, February 9, 1966

another submission by the plaintiffs in this proceeding,[48] there would be significant small-animal churning of the soil, even under the asphalt, over the years and even in the first few years.

Based on the above, my judgment is that the 86-gram estimate is a lower bound.

## 6.2   Releases from the 903 Area to the Environment

Relevant measurements for ascertaining releases from the 903 Area to the surrounding environment are measurements of airborne radioactivity and of the radioactivity in soil. I will discuss these in turn, starting with the airborne-radioactivity measurements:

6.2.1   Airborne radioactivity: A discussion of airborne environmental measurements around Rocky Flats is found in the recent RAC report[49]. That report includes extensive tabular information about measured air concentrations, as well as discussions of the instruments used and locations measured.

Although early-on the environmental airborne-radioactivity measurements were sparse in number, measurements of airborne radioactivity in and around the Rocky Flats site were a part of the health physics program from the beginning of operations, as discussed above (Section 1.1). The various stations took air-filter samples on a daily basis (except on weekends when weekend-long samples were taken). The sampling apparatus was standard for the time[50] and in fact remains not very different even today: a small 2-cfm (cubic feet per minute) pump moved air through a filter which captured particulate matter. The radioactivity on the filter was then counted in the laboratory.

The system provided a measurement for each filter of the total long-lived alpha radioactivity concentration (curies per cubic meter of air), averaged over the sampling period. The data from these stations, even if not very accurate, provide very useful

---

48       K.S. Smallwood, "Bioturbation and Wind-Caused Soil Erosion as a Transport Pathway for Contaminants at the Rocky Flats Plant, Colorado", expert report for this proceeding

49       RAC Report, op. cit., Chapter III

50       R.J. Budnitz, A.V. Nero, D.J. Murphy, and R. Graven, Instrumentation for Environmental Monitoring: Volume 1, Radiation, John Wiley & Sons, New York (1983), pages 240 ff.

indications of when large amounts of radioactive alpha-con-
taminated particulates were in the air near 903.  An example is
the compilation of the monthly averages for the station (S-8)
closest to 903 on the eastern side, that has been introduced
earlier as our Figure 1.

Unfortunately, it is very difficult, using the air-monitoring
data alone, to work out how much radioactivity was leaving the
903 surface area in any given period of time, nor to work out the
cumulative amounts.  This is because without wind speed and
direction information, as well as information about how the
various radioactive species behave physically and chemically,
including the size distributions of particulate matter, one
cannot use the snapshots of airborne concentration to work
backward to calculate the 903 areal "source term" very accurate-
ly.[51]  None of the information just mentioned is available from
contemporaneous data.  Without it, too many unknown processes can
intervene, which means that using airborne data alone the
identical airborne-concentration data can be made consistent with
very widely differing amounts of source-term plutonium, depending
on factors that were not measured contemporaneously.

Another discussion of the issues involved in this type of retro-
spective modeling can be found in the 1994 ChemRisk study.[52]

This is not to say that the air data are not useful.  As the
ChemRisk report emphasizes, the usefulness of the air-concentra-
tion information is largely two-fold:  (i) the patterns of air
concentrations from the several samplers can be used to delineate
the more important (higher concentration) areas from the less
important; and (ii) the data can support an evaluation of the
variation of plutonium contaminant releases from the 903 Area as
a function of wind speed, which can then be used to model
airborne-particulate behavior as a function of particle size and
mass, helping to pin down an overall model for the 903-Area
release.

Temporal correlations can also be identified.  For example, the
RAC report[53] also shows that the highest S-8 measurements were

---

51      For more discussion of these issues, see also the
        expert report by R. Goble, "Exposures from Releases of
        Plutonium and Other Toxic Substances at Rocky Flats",
        that is part of this legal proceeding.

52      ChemRisk, "Project Task 6 Report, Exposure Pathway
        Identification and Transport Modeling", May 1994
        (henceforth "CHEMRISK"), pp. 39-51 (modeling methodo-
        logy) and pp. 69-73 (modeling of 903 releases)

53      RAC Report, op. cit., Appendix B, Table B-5

correlated temporally with various activities on the 903 Area that would have stirred up the soil.

Concerning the distribution by location, one crucial piece of information is as follows:  The air filter samples just adjacent to 903 show an average ratio of over 8 to 1 between the concentrations measured by Station S-8 directly east of 903, and those at Station S-6 located close to 903 but to the northwest.  For Station S-7 located very near 903 but to the southwest, this ratio (S-8 to S-7) is about 6 to 1.[54]  The S-8 measurements are found to be significantly higher for exactly contemporaneous data (the same sampling period), during the periods when the S-8 daily measurements were highest.  <u>This observation essentially proves that the 903 Area was the source of most of the contamination being measured</u>: for any other source at Rocky Flats, the S-6 and S-7 data would not be so systematically different from the S-8 data.  (The spatial patterns from the soil data also support this conclusion --- see below.)

The 1994 ChemRisk analysis[55] has used the air-sampling data to estimate the dependence on wind speed of contaminant release from the 903 Area into the air.  A fifth-power ($v^5$) dependence on velocity is identified by ChemRisk as the best overall fit (although $v^4$ or $v^6$ dependences support fits that are not very different, and it is my professional judgment that even higher-power dependencies could also produce an acceptable fit to the data).  This $v^5$ dependence is then used in the ChemRisk analysis to model the overall releases in terms of both their magnitude and pattern.

Another recent attempt to understand the events at the 903 Area is the draft RAC Task 2 report by Meyer et al.[56]  This report concentrates on trying to understand the 903-Area chronology and the relevant air monitoring data, and contains some useful displays of both the air data itself and certain other information such as wind and weather information.  RAC has identified some original data that were not publicly available before in a useful form, and is in the process of incorporating them into its broader analysis.  I believe that unfortunately this report's current status as a draft report limits its usefulness -- scientists and engineers issue "draft" reports, and especially if

---

54        ChemRisk, <u>op. cit.</u>, p. 78

55        ChemRisk, <u>op. cit.</u>, pp. 78-82

56        H.R. Meyer et al., Radiological Assessments Corporation, "Rocky Flats Dose Reconstruction Project, Phase II, Toxicity Assessment and Risk Characterization, Task 2: Rocky Flats Plant 903 Area Plutonium Source Term Development", draft for public comment, February 1996

labelled "draft for comment", precisely to make their in-
terim/tentative nature clear to all.  Its usefulness is limited
to the extent that it relies on a source, a report by a Rockwell
attorney, J.J. Bronesky[57] that I have been unable to obtain.[58]

**6.2.2  Soil measurements:**  As far as I have been able to
determine, no measurements were made of plutonium in the offsite
soil environment contemporaneously with the 1960s events at the
903 Area that led to the radioactivity's dispersion.[59]  However,
several sets of soil measurements were made in the years
beginning after the May 1969 fire.  Perhaps the most well known
of these early sets of soil measurements were by Martell and
collaborators, and by Krey and Hardy, both of which will be cited
and discussed below (and both of which were made by non-Dow
researchers.).  After these two sets of measurements were
published, additional soil measurements were also made in the
years between 1970 and 1973 by several other groups, all of which
are compiled and listed in the ChemRisk report.[60]  A total of 249
sites are identified there for soil samples between 1969 and
1973.

---

57        Meyer cites this report as "J.J. Bronesky, 'The factual
          development of the "Barrel Incident"', draft memo,
          December 1977, Rockwell International, proprietary
          document, reviewed by H.R. Meyer."

58        Attempts by Berger & Montague, attorneys for the
          plaintiffs in this case, have not been successful in
          obtaining the Bronesky report.

59        However, the capability to have such soil measurements
          made existed at Rocky Flats from the very beginning.
          See Section 1.1 (above).  For additional information,
          see the RAC Report (op. cit.), whose Chapter VIII
          contains a good summary of various soil measurements of
          plutonium around the Rocky Flats site.

          Unfortunately, the soil measurements were sometimes
          thought not to be very important.  A relevant memoran-
          dum [from T.S. Chapman (Rocky Flats) to N.H. Woodruff
          (AEC), "Environmental Data", February 17, 1960] states:
          "The last soil and vegetation samples were collected in
          1958.  These have not been analyzed.  Site survey
          analysis has been made a slack-time activity of our
          urinalysis technicians who have had no slack time in
          the last year."  The reason that the work was given low
          priority is stated as because ".... no incremental
          activity was discovered greater than the statistical
          variation in natural background."

60        ChemRisk, op. cit., Appendix I, Tables I-1, I-2 and I-3

27

The early Martell measurements of plutonium in soil were motivated by the large Rocky Flats fire in May of 1969, which was thought to have released significant plutonium and other radioactivity into the surrounding environment.  Martell, a scientist at NOAA in Boulder who was representing a Subcommittee of the Colorado Committee for Environmental Information (CCEI), a private organization, was the first to publish soil measurements from various locations in the Rocky Flats environs, that showed important offsite plutonium soil contamination.  The first CCEI "pre-print" paper was released in January 1970 via a letter to the AEC[61], and was followed later by two journal articles[62] that presented Martell's findings and his measurement methodology in more detail.

The AEC decided to make its own independent set of soil measurements around Rocky Flats, and dispatched two of its own scientists, P. Krey and E. Hardy, from the AEC's Health and Safety Laboratory (HASL) in New York City in early 1970.[63]  Krey and Hardy published their initial AEC report[64] in August 1970.  It was followed by a series of publications, some in journals and others through the AEC's own publication series, in the next few years, through the mid-1970s, of which the most important are

---

61      Colorado Committee for Environmental Information, Subcommittee on Rocky Flats (E.A. Martell, Chairman), "Report on the Dow Rocky Flats Fire: Implications of Plutonium Releases to the Public Health and Safety", January 13, 1970

62      E.A. Martell, P.A. Golden, J.J. Kraushaar, D.W. Shea, and R.H. Williams, Environment 12, 14 (1970)

        Also, S.E. Poet and E.A. Martell, "Plutonium-239 and Americium-241 Contamination in the Denver Area", Health Physics 23, 537 (October 1972)

63      Both Hardy and Krey in their depositions indicate that the mission was motivated by the AEC's need to obtain its own independent information vis-a-vis Martell's measurements.  See P. Krey's deposition at 68 (Vol. I, May 7, 1996), and E. Hardy's deposition (October 23, 1995) at 39.

64      P.W. Krey and E.P. Hardy, "Plutonium in Soil Around the Rocky Flats Plant", Report HASL 235, US Atomic Energy Commission, Health and Safety Laboratory, New York, August 1, 1970

three in 1973 - 1976.[65]   The HASL researchers were asked by the
AEC to travel from New York to Colorado to make the soil measure-
ments, but they did not utilize Rocky Flats' own sampling or
laboratory capabilities, except that they borrowed technicians
from Rocky Flats to help them obtain access to sampling sites
both on and off the AEC reservation, and also to help them take
their samples.[66]   The laboratory analyses were performed at HASL
itself in New York City, using a widely known and endorsed
plutonium-analytical-measurements method developed at HASL.[67,68]

One technical issue is how deep a soil sample must be to obtain a
representative sample for measurement.  At first, Krey and
Hardy's samples went down 20 cm, but they later concluded that a
10-cm-deep sample was adequate because little plutonium was found
below that depth.  Martell's samples were much shallower, usually
1 cm, although Martell did a few depth-profile studies that
convinced him that most of the deposition was very near the
surface and that he could correct for the remainder.

Neither Martell nor Krey and Hardy set out with a sampling plan
that was comprehensive enough to cover all of the surrounding
offsite area: samples were concentrated in the direction east of
the Rocky Flats site and almost absent in the direction west of
the site.  (It turns out that this sampling scheme was a

---

65        P. Krey et al., "Plutonium and Americium Contamination
          in Rocky Flats Soil, 1973", Report HASL-304, US Atomic
          Energy Commission, Health and Safety Laboratory, 1976

          P.W. Krey, E.P. Hardy, and L.E. Toonkel, "The Distribu-
          tion of Plutonium and Americium With Depth in Soil at
          Rocky Flats", Report HASL-318, US Atomic Energy
          Commission, Health and Safety Laboratory, 1976

          P.W. Krey, "Remote Plutonium Contamination and Total
          Inventories From Rocky Flats", Health Physics 30, 209
          (February 1976)

66        E. Hardy deposition, October 23, 1995, at 227 - 229

67        J.H. Harley (editor), "Manual of Standard Procedures",
          Report NYO-4700, US Atomic Energy Commission, Health
          and Safety Laboratory, August, 1970

68        It is interesting to note Hardy's remark, in his
          deposition within the past year, that he was "not
          aware" of any advances in methods for making these
          types of soil measurements in 1995, compared to the
          methods used in 1970. (Hardy deposition, op. cit., at
          310).  This corroborates my own knowledge that methods
          in the early 1970s were quite advanced.

reasonable one, because most of the radioactivity measured in the soil was found to lie toward the east.)  Also, both sets of samples were too sparse to cover the large area east of the site (where concentrations decreased significantly with distance for sampling sites east of the plant) with enough coverage to get a highly accurate area profile.  Both teams took a few samples at great distances from Rocky Flats, to see how much the Rocky Flats plutonium concentrations declined with distance, and to assess non-Rocky-Flats "background" plutonium that was presumably assignable to worldwide atmospheric-bomb-test fallout.[69]  But neither set of "distant" samples covered enough territory, or with enough sample density, to give a good picture of the decline in soil concentrations with distance, especially near the heavily populated parts of Denver some fifteen to twenty miles distant to the southeast.

Despite these limitations, the samples taken at that time (1969-1970 and during the next few years thereafter) do provide a good picture of the pattern with which plutonium was dispersed offsite, principally to the east.  While the pattern is known reasonably well, what we do not know with high accuracy is the absolute quantity of plutonium that was released from Rocky Flats (principally from 903) prior to 1970 or so.

One key conclusion that the soil data strongly support is that a principal source of environmental plutonium contamination came from the 903 Area.  The line of evidence goes as follows:  The spatial decrease of the soil plutonium concentrations is very sharp as the sampling sites progress to the east from near 903 (on the eastern side): concentrations decline by an order of magnitude over very short distances like several hundred meters.  Although the details of the pattern are uncertain, so that a smaller contribution from another source might still exist in addition to the 903-Area source, it does not seem that any other non-903-Area source for the plutonium could easily explain the main features of this pattern.  (Note also that the pattern of airborne-concentration data from the S-6, S-7 and S-8 samplers also supports this finding very strongly, as noted above.)

---

69      The "background" amount of plutonium on the soil in the Rocky Flats area, due to bomb-test fallout that spread worldwide before the major atmospheric-test programs stopped in the middle 1960s, was estimated by AEC to be between 1.5 and 2.0 $mCi/km^2$, based on measurements conducted by the AEC in the late 1960s.  Note that the fallout radioactivity is very small compared to the areal-deposition estimates to be cited below for Rocky Flats.  Krey (Health Physics, 1976, op. cit.) uses 1.7 $mCi/km^2$ as his value at Rocky Flats, based on his own measurements around Colorado at some distance from Rocky Flats.