<u>6.2.3   The quantity of plutonium in the environment east of Rocky
Flats, and its pattern:</u>   Concerning the quantity of plutonium
released to the environment, the early teams provided somewhat
different estimates.  Based on their first set of early-1970 soil
samples, Krey and Hardy[70] stated that the amount of plutonium
offsite was in the range of 2.6 to 5.8 curies.  HASL's later
work supported an updated estimate, made in Krey's 1976 paper,[71]
of 3.4 curies.  Martell[72] interpreted his 1969 data to support an
estimate of at least 6.6 curies.  As my discussion below will
show, I believe that the current (1996) state-of-knowledge covers
a sufficiently wide range of uncertainty that it encompasses all
of these estimates.  In fact, I believe (see below) that releases
as large as a few hundred curies are consistent with our current
state of knowledge.

In the intervening quarter-century since the original measure-
ments were made, there have been a number of attempts to go back
over the original measurements to understand what they mean.  As
one recent example, a set of measurements and re-evaluations of
earlier work by Litaor and his colleagues[73] provides somewhat
different interpretations concerning the deposition patterns east
of the Rocky Flats site.  Another recent paper, by Ibrahim and
colleagues[74], analyzes depth profiles and spatial distributions
around the site.  Both the Litaor and Ibrahim papers cite several
other recent examinations of these issues.

The Ph.D. thesis by Webb[75] is another recent work.  Webb and his

---

70      Krey and Hardy, HASL-235, <u>op. cit.</u>

71      Krey, Health Physics, <u>op. cit.</u>

72      Poet and Martell, <u>op. cit.</u>

73      M.I. Litaor, G.R. Barth, and E.M. Zika, "Fate and
        Transport of Plutonium-239 + 240 and Americium-241 in
        the Soil of Rocky Flats, Colorado", J. Environmental
        Quality, Vol. <u>25</u>, 1996.  Also, M.I. Litaor and L.
        Allen, "A Comprehensive Appraisal of $^{241}$Am in Soils
        Around Rocky Flats, Colorado", Health Physics, Vol. <u>71</u>,
        No. 2, August 1996.  See also several earlier papers by
        Litaor cited in these articles.

74      S.A. Ibrahim, M.J. Schierman, and F.W. Whicker,
        "Comparative Distribution of $^{241}$Am and $^{239,240}$Pu in
        Soils Around the Rocky Flats Environmental Technology
        Site", Health Physics <u>70</u>, No. 4, April 1996

75      S.B. Webb, "The Spatial Distribution and Inventory of
        Plutonium-239 East of Rocky Flats, Colorado", Ph.D.
        Dissertation, Department of Radiological Health

31

colleagues made over a thousand new plutonium-in-soil measuremnts
in 1992-1994, and studied a large number of earlier measurements
by others, to understand the current plutonium soil distribution
east of the Rocky Flats site. Webb's depth distribution appears
to be quite similar to that measured by others in the early
1970s, which can be interpreted as evidence that not much
migration downward has occurred in the intervening years. Webb's
best estimate of the present total soil inventory is somewhat
smaller than those reported earlier, but within the overall
uncertainty bands of the various earlier assessments (see my
discussion of uncertainties in the next couple of pages). His
spatial pattern east of the site is similar to that found
earlier -- different in detail, but still clearly indicating that
the 903 Area is the predominant source of the plutonium measured.
Of course, given the substantial bioturbation that Smallwood
describes,[76] as well as a number of other effects that might have
occurred in the intervening years, the assumption by some
researchers that the soil in the Rocky Flats vicinity would
remain "undisturbed" (whatever that word means) for two decades
or more seems incorrect, so direct comparisons between Webb's or
other recent plutonium measurements and those made in the early
1970s are not very useful for my purposes here.

Another recent re-evaluation is the work of ChemRisk[77], that
attempts to understand the major types of uncertainty and their
sources. I have studied the ChemRisk analysis, and while I am
not prepared to endorse all of its conclusions in detail, I find
compelling one key ChemRisk conclusion[78], which is that the
numerical value of the total amount of plutonium dispersed into
the environment east of Rocky Flats from the mid-1960s-to-early-
1970s period is very uncertain.

The sources of this uncertainty are described by ChemRisk as that
project identified them. ChemRisk's principal sources of
uncertainty result from the inability to model the dispersion
from source to sink (the sink is the offsite surface area)
accurately due to various factors such as those I cited above.
The uncertainties due to the soil-sampling aspect and the
laboratory-analytical aspect are smaller, although not negli-
gible, contributing together perhaps $\pm$ 30% (one standard devia-
tion). One major problem is that the size distribution of the
resuspended plutonium-bearing particulate matter from 903 is not

Sciences, Colorado State University, Fort Collins, CO
(1996)

76      K.S. Smallwood, op. cit.

77      ChemRisk, op. cit., pp. 39-73

78      ChemRisk, op. cit., page 82

known well, and this uncertainty propagates through to numerical
uncertainties in the bottom-line offsite-release values.

The ChemRisk report states that the uncertainty is about plus-or-
minus a factor of three (one standard deviation) or plus-or-minus
a factor of about ten (95% confidence bounds.)  The expert report
by R. Goble,[79] part of this proceeding, concludes that these
ChemRisk uncertainty estimates are too small, and that the actual
numerical uncertainty is significantly larger, due to under-
estimated uncertainties in the deposition velocity, possible
short-term losses from the soil, uncertainties in the particle-
size distribution, and the scattered nature of the measurements
themselves.

The mean estimated release values, according to ChemRisk[80], are
as follows:

|  |  |  |
|---|---|---|
| total released from the 903 Area | 25 | curies of Pu |
| total escaped from the 903 Area | 13.6 | curies[81] |
| total escaped the security fence | 8 | curies |
| total escaped offsite | 6.8 | curies. |

With these recent ChemRisk estimates as backdrop, it is instruc-
tive to return to HASL's and Martell's estimates from the 1970s
(the ChemRisk numbers will be repeated for ready comparison):

Total plutonium that escaped from the 903 Area:

| | |
|---|---|
| Krey and Hardy(1970)[82] | > 4.5 curies |
| Krey(1976)[83] | 11.4 |
| Poet and Martell(1972)[84] | no estimate |
| ChemRisk(1994)[85] | 13.6 |

---

79      R. Goble, "Exposures from Releases of Plutonium and
        Other Toxic Substances at Rocky Flats", expert report
        in this proceeding

80      ChemRisk, op. cit., p. 82

81      The difference between 25 curies and 13.6 curies is
        11.4 curies, which is attributed by ChemRisk to
        redeposition on the 903 Area.

82      Krey and Hardy, HASL-235 (1970), op. cit.

83      Krey, Health Physics (1976), op. cit.

84      Poet and Martell, Health Physics (1972), op. cit.

85      ChemRisk, op. cit., p. 82

Total plutonium that escaped outside the security fence:

| | |
|---|---|
| Krey and Hardy(1970) | 2.6 to 5.8 <u>curies</u> |
| Krey(1976) | 3.4 |
| Poet and Martell(1972) | > 6.6 |
| ChemRisk(1994) | 8 |

If I accept that Goble's estimates of the sizes of the uncertainties are reasonable (and I do, although I need not endorse them in detail for my purposes here), then I am led to the conclusion that the differences among these estimates are all minor compared to the overall uncertainty: <u>all of these estimates are well within the probable uncertainty range</u>.  In fact, as time has passed since the original measurements were made, our understanding has improved about the uncertainties and their implications for the likely releases from the 903 Area, so that we now believe that these uncertainties are very large.

It is crucial to emphasize, also, that the <u>apparent accuracy</u> of these mean values, quoted to two significant figures, is <u>deceiving</u>.  Based on our current state-of-knowledge, the actual value could be perhaps over a few hundred curies, without contradicting the measurements.

<u>6.2.4  The spatial distribution:</u>  Concerning the spatial distribution of offsite plutonium, I present as one estimate a map that ChemRisk published in 1994[86] (my Figure 4, their Figure 3-17).  Another overview of the data is found on another ChemRisk map[87] (my Figure 5, their Figure 3-12); it shows contours encompassing the raw soil-sampling data that ChemRisk used. (Above I noted that Webb[88] has shown that soil measurements taken in 1992-1994 produce a broadly similar spatial pattern east of the site.)

The ChemRisk map (my Figure 4) differs in detail from those presented two decades or more ago by the original researchers, but its broad features are the same, and I believe that this distribution is probably a reasonably accurate picture even if the magnitudes of the actual numbers were to be different: the key features are that the dispersion of plutonium from the 903 Area was principally eastward; there was hardly any dispersion westward; and there is a sharp decrease in the concentrations as one moves eastward from Rocky Flats itself.

---

86        ChemRisk, <u>op. cit.</u>, Figure 3-17, p. 85

87        ChemRisk, <u>op. cit.</u>, Figure 3-12, p. 68

88        S.B. Webb, Ph.D. dissertation, <u>op. cit.</u>

6.2.5    <u>Probable timing of the 903-Area plutonium releases, and
the correlation with physical disturbances at 903:</u>  The best
indicator of the likely timing of the releases is the series of
daily total-long-lived-alpha measurements taken by air-sampler S-
8 located just east of the 903 Area.  Above, I presented and
discussed a plot (my Figure 1) of the monthly average S-8
readings beginning in the early 1960s, and two figures (my
Figures 2 and 3) from RAC with additional detail.

Others, examining these plots (and the daily readings that
underlie them) have concluded that the highest readings are
concurrent with various types of physical activity on the pad.
The evidence is compelling, and I concur.  The best account of
the correlation is from the "Seed Committee"[89], appointed by Dow
Rocky Flats' management to understand the soil contamination
question:

> "The deposition of the contamination in the soil of the drum
> storage area [903] began shortly after the drums were placed
> in the area.  Resuspension and redistribution of the con-
> tamination, however, was certainly not a simple mathematical
> function of time.  <u>The quantity redistributed was directly
> associated with removal of the drums which exposed the
> contaminated soil, physical activity in the area, and the
> periodic high winds at Rocky Flats.</u>  This can best be seen
> if we study data from air samples collected directly east of
> the storage area [that is, sampler S-8] ..... Monthly
> averages of the individual daily contamination levels [for
> S-8] show <u>a very close correlation to physical activity in
> the drum storage area</u>.  [Here the text refers to their
> Figure 3-1, which is our Figure 1.] ..... When analyzing
> those data, it is worth noting that from late 1963 to 1965
> large scale deterioration of the drums was taking place.  An
> exclusion fence was added (to limit physical activity in the
> area).  One drum was punctured by a fork lift and some soil
> was added to cover certain contaminated areas.  These
> physical activities corresponded to the higher 'readings'
> reported during the 1963 to 1965 time period.  Starting in
> January 1967, a great deal of activity in the area was
> associated with drum removal.  <u>The contamination level
> measured in 1968 paralleled the drum removal activity.</u>  In
> late 1968, activity associated with weeds being burned and
> grading of the area can be correlated with high contamina-
> tion readings.  In April of 1969 when the large rocks and
> stakes were removed for filling and leveling the area,
> increased contamination levels were reported." [emphasis
> added]

I also note that the ChemRisk analysis[90] shows a very strong

---

89        Seed Committee, <u>op. cit.</u>, at 6

90        ChemRisk, <u>op. cit.</u>, pp. 81-82

dependence between wind speed and particle resuspension: they find a fifth-power ($v^5$) dependence, meaning that a doubling of the wind speed results in a 32-fold increase ($2^5 = 32$) in resuspension.

<u>6.2.6   Summary conclusions about releases from 903 to the environment:</u>  My overall conclusions are that the releases were important; that the soil concentrations measured and analyzed by the researchers cited came predominantly from the 903 Area; that the broad dispersion patterns east of the site, as represented by my Figure 4, are approximately correct, although various large uncertainties in these patterns do remain; and that the numerical estimates of the total curie amounts released from 903 to the offsite environment are only known within ranges that are uncertain --- substantially so.

<u>7.0   Dow Rocky Flats Management and Staff Knowledge Concerning the Size and Fate of the 903-Area Plutonium Releases</u>

In this section, I will discuss the following conclusion that I have reached: that <u>at the time of the 903-Area releases, the Dow Rocky Flats management and staff had not taken the steps necessary to understand how large these releases were or where they went</u>.

My line of reasoning goes like this:

(1)  The Dow Rocky Flats staff knew that the 903 barrels were leaking.  As I have reported earlier (above), there is firm documentation that they knew that a few barrels had leaked early-on (in 1959), and some time later (by 1964 at the latest, but probably by 1962) that a large fraction of them had leaked.  Some had leaked empty!

(2)  There was a group of air monitoring stations nearby: it measured total-alpha concentrations, and included station S-8 nearby and downwind of the 903 pad.

(3) The Dow Rocky Flats health physics group recorded the air-monitoring information, and concluded that the applicable AEC total-alpha standards were not being exceeded.[91]  Unfortunately,

----

91      For example, the "Seed Committee" (<u>op. cit.</u> at 8) states in its 1971 report that "At no time did the values from air samples indicate that permissible levels of plutonium contamination in the air had been exceeded."

An AEC press release dated February 18, 1970, issued to "put the facts in perspective" about "news media stories on small amounts of plutonium in the soil near

in my opinion, the measurements from this set of air-monitoring
stations were not adequate by themselves to provide an under-
standing of what was being blown off of the 903 Area and carried
by the wind.

(4) The reason why a finding that applicable standards were not
being exceeded is not an adequate basis for figuring out the
total amount being released from 903, or for being able to
ascertain whether any significant deposition was occurring
offsite, is as follows: if enough radioactivity is blown offsite
for a long enough period of time, it can accumulate.  It is a
central tenet of environmental protection that simply measuring
the rate of a process is not necessarily an adequate way to
measure either accumulated releases or long-term impacts.  To
obtain the correct insights, one must integrate these rates
properly.

Furthermore, it is not a simple integral:

    (i) Even to figure out how much airborne plutonium was
    leaving the 903 site, which is simpler than figuring out
    where it might be going, requires an analysis of the
    airborne readings that was apparently not done.

    (ii) To understand a process like particulate plutonium
    being carried by the wind eastward from the 903 Area, and
    where it was going and accumulating, one cannot simply add
    up the rates (specifically, the daily or weekly total-alpha
    concentrations at a close-in site like S-8, or even a
    network of such sites).  One must either have a well-
    understood model that relates the measurements from an
    instrument like S-8 (or a network) to an environmental
    accumulation elsewhere, or one must go out in the environ-
    ment to make direct measurements.  Preferably one should
    have both a model and accumulation measurements.  One also
    needs an understanding of what the various environmental
    measurements do and do not mean --- including their
    efficiencies and sampling strategies.

As far as I can tell based on my review, none of that was done:
no models relating S-8 or the network to environmental accumula-
_____

        the AEC's Rocky Flats plant" [these were media reports
        about the measurements by Martell, first publicly
        released a few weeks earlier], states that "widely
        distributed offsite air samplers have never shown a
        level of radioactivity in excess of the natural
        background radiation that one expects in that part of
        the country."  In my view, this latter statement is at
        the very least misleading.

tion were developed, and no relevant offsite plutonium-accumula-
tion measurements were made.  (As I shall discuss below, all of
this was well within the state-of-the-art.)

7.1  Summary

Based on the above, I believe that the facts demonstrate con-
clusively that at the time of the 903-Area releases to the
offsite environment, the Dow Rocky Flats management and staff had
not taken the steps necessary to understand how large these
releases were or where they went.  They therefore lacked that
understanding.


8.0  Dow Rocky Flats Management and Staff Knowledge Concerning
     the Radiological Consequences of the Plutonium Released from
     the 903 Area

In this section, I will point out briefly the following con-
clusion that I have reached: that because of their inadequate
knowledge concerning the size of the 903-Area plutonium releases,
or of equal importance where they went, the Dow Rocky Flats
management and staff lacked knowledge of whether (or not) these
plutonium releases might lead to important radiological conse-
quences to the nearby offsite populations.

The argument here is an easy logical one:  Surely, without
adequate knowledge about the releases (their size or fate), Dow
Rocky Flats lacked knowledge of whether (or not) these plutonium
releases might lead to important radiological consequences
offsite!


9.0  The Role of Waste-Management Practices in Leading to the
     Principal Releases of Plutonium from the 903 Area

In this section, I will discuss the following conclusion that I
have reached: that the principal releases of plutonium from the
903 Area occurred due to a pattern of poor waste-management
practices that would not have occurred had the Dow Rocky Flats
Plant been well-managed.

9.1  Discussion of 903-Area practices:  There is a long list of
poor management practices relevant to the drum storage activities
at 903.  I shall cite them here, and then comment on them in a
later section (Section 10).

During the initial phase of drum placement on the 903 pad:

o    Dow Rocky Flats did not properly label the drums so that
     these labels would last in legible form.

38

o   They did not keep good records of each drum by its origin
    and contents (radiological and non-radiological).

o   Dow Rocky Flats did not place the drums in a situation that
    was secure against routine effects of the weather.  Instead,
    they were left out in the weather, for what amounted to
    almost a decade after the leaks were discovered.

o   As far as I can tell, there was no routine protocol to
    observe the drums' condition and look for incipient problems
    such as weathering, corrosion, loss of legibility for the
    tags, and so on.

<u>After the first discovery of drum leakage:</u>

o   I have seen no record that actions were taken to intervene
    so as to secure the existing drums against further leakage.

o   Chemicals were added to prevent further corrosion, but it is
    not clear that any actions were taken to reverse the
    existing corrosion, secure those leaking/corroded drums
    against further leaks and losses, or other mitigative
    measures.

o   As discussed above (Section 7), I have seen no indications
    that any analysis was done to estimate the environmental
    pathways or fate (either onsite or offsite) of the material
    that had already leaked into the soil.

o   I have seen no indication that attempts were made to
    ascertain the sum total of the material that had already
    leaked into the soil, or its specific chemical/physical
    characteristics.

o   Most importantly, based on the voluminous material that I
    have reviewed, I have seen no evidence that Dow Rocky Flats
    management, at any important level, believed that the 903-
    Area drum-leakage issue was important.  The chronology
    reveals that a period of time <u>measured in years</u> passed
    between each of the several key milestones in that chrono-
    logy (discovery of the first leakage; discovery of major
    leakage; plans to move or process or remove the waste;
    implementation of those plans; securing the contaminated
    soil against further releases).  While various work was
    always underway on the problem of what to do with the 903
    waste (process it; or re-drum it; or re-cycle some of it;
    etc.), <u>nobody at the Dow Rocky Flats management level seems
    to have taken the leakage seriously.</u>

<u>During and after removal of the drums</u>

As background, the 903 drum contents were treated and the outdoor drum field itself was then eliminated in 1967 - 1968.

o   I have seen no indication in the material that I reviewed that attempts were made, during the drum-removal process, to ascertain the sum total of the material that had leaked into the ground, or its specific chemical/physical characteristics, by any program to sample and measure the contaminated soil on the 903 pad.

o   I believe that the grading and asphalting itself led to substantial releases from the 903 Area, which releases were transported both onsite and offsite, presumably by the winds.  I have seen no evidence that (i) the potential for this was appreciated during the planning of these actions; nor that (ii) mitigating measures were instituted during the actions to prevent/decrease the potential for such releases.

o   Although the health physics group, who were taking and analyzing the airborne-total-gross-alpha data, presumably understood that there were highly elevated readings during the physical activity on the pad, I have seen no evidence that the possible significance of these elevated readings in terms of offsite accumulation was understood.

<u>9.2   Summary on Dow Rocky Flats' Waste Management Practices</u>

Based on the above information, I believe that the facts demonstrate conclusively that at the time when the 903 Area was actively used for storage of radioactive wastes, and continuing through the time when the Area as graded and then asphalted, <u>a pattern of poor waste-management practices existed</u>.[92]

---

92        In fact, the pattern of poor waste-management practices during Dow's tenure at Rocky Flats was by no means limited to plutonium-laden wastes.  The method for disposing of beryllium-contaminated organic solvents was equally irresponsible.  According to a report by C.J. Barker of Dow Rocky Flats ["Special Study: Beryllium in Ambient Air Final Report", May 1, 1978], "Prior to 970, chlorinated hydrocarbon solvent that had been used to rinse beryllium parts was disposed of my pouring it on soil outside Door 10, near the beryllium shop dock on the south side of Building 444."  This is corroborated by a 1975 memorandum, E.A. Putzier to R.E. Yoder ["Weekly Highlights - Week of 8/30 Through 9/5/75"], stating: "C.H. Partington, Building Superintendent of Building 444, reported that until 5 years ago, chlorinated hydrocarbon solvent that had been used

Furthermore, I believe that <u>the plutonium releases from the 903 Area would not have occurred had this aspect of the Dow Rocky Flats Plant's operations been well-managed</u>.

I believe that the pattern of waste-management practices surrounding the 903 Area was so egregiously poor that this conclusion is robust without any attempt to define precisely what "poor" or "well-managed" might mean.

### 10.0 <u>Availability of Easily Implementable Measures To Prevent the 903-Area Releases</u>

In this section, I will discuss the following conclusion that I have reached: that when the principal plutonium releases occurred, or prior to their occurrence, <u>the Dow Rocky Flats management and staff had available to them easily implementable measures that could have prevented the major part of the releases. They systematically failed to avail themselves of these measures, which led both to the offsite radioactive releases themselves and to the management's and staff's failure to understand that important releases had occurred</u>.

For certain of the poor management practices, such as the failure to label the drums securely, this conclusion is relatively straightforward. For other aspects, some technical discussion is necessary.

### 10.1 <u>Easily Supported Conclusions About Management Lapses</u>

For some of the management lapses surrounding the 903 Area, it is easy to support my conclusion that these were in fact lapses, and that readily available measures, had they been implemented, would have prevented a problem.

<u>Failure to label the drums securely:</u> The record shows that when the first drum leakage was detected, many of the labels on the drums were illegible. Even an unsophisticated observer can understand that this was a lapse that should not have occurred, and that readily available technology, well known even to lay people, could have been used instead of whatever system was

_____

> to rinse beryllium parts was disposed of by pouring it on the soil outside Room 106, Building 444. Several samples of that soil, taken at depths of 2 to 4 inches, analyzed 350 to 1000 micrograms of beryllium per gram of soil (normal soil is 0.01 to 2 micrograms per gram)." This seems to me to be a <u>prima facie</u> case of what the phrase "poor management practices", as I have used it, is meant to describe.

41

actually used.  (Obvious ways to tag a barrel so that the tag will survive weathering include a metal tag, metal stamping into the drum body, a ceramic marker, and so on.)

<u>Failure to secure the drums against adverse weather:</u>  The record shows that the drums were left outside, where adverse weather could -- and eventually did -- affect their integrity.  Again, this might be acceptable if the storage of the drums was planned to be for a very short-term interim period (weeks or months, perhaps.)  That the drums were left on the 903 pad, unprotected, for several years, so that many of them ultimately did corrode and release their contents, is a management lapse that should not have occurred and that could readily have been corrected at any time up to the onset of leakage.

<u>Failure to keep good records of each drum by its origin, contents (radiological and non-radiological), and so on:</u>  The record shows that the Dow Rocky Flats waste-management practices did not include the maintenance of adequate drum-by-drum records as to their origin and contents, both radioactive and other contents.  This is a management lapse of considerable importance: its existence means that the phrase "waste management" is somewhat of an oxymoron when used to describe the situation with the 903-Area drums.

<u>Failure to implement a systematic protocol to monitor the 903-Area drums' condition:</u>  The record reveals that leakage of the contents of some of the drums onto the ground and into the soil was discovered sometime in 1959, within a year after the 903 area was first used for drum storage.[93]  If the discovery had been that only one drum was leaking, then an outside observer <u>might</u>, by giving the Dow Rocky Flats staff the benefit-of-the-doubt, allow for a single lapse --- a single bad drum, for example -- that would not necessarily imply a management lapse.  However, the fact that several drums --- ultimately, a very large number --- corroded and leaked is <u>prima facie</u> evidence that no protocol existed (or at least none was implemented) to check the drums' condition, including inspection for incipient problems such as corrosion, weathering issues, loss of legibility of the tags, and so on.  Even routine visual inspection, drum by drum, would have helped, but there is no indication of it in the extensive documentation that I have reviewed.

<u>Failure to take adequate corrective actions upon discovering the initial drum leakage:</u>  The record indicates that steps were taken to adjust the chemical composition of the drum contents to prevent further corrosion on the inside of the drums.  However, the record is ambiguous as to whether attempts were made to secure the drums so that further leakage would not occur, and

---

93      Seed Committee, <u>op. cit.</u>, at 6

clearly steps to inhibit the corrosion that might arise on the drums' outside due to weathering seem not to have been taken. Whether or not such attempts were made, the record is clear as to the result: <u>many more drums leaked</u> after the initial discovery of leakage.  This indicates another management lapse, because easily available measures, that were not costly in the context of the incipient problem, could have prevented further leakage.  It takes hardly any imagination to list the types of feasible measures, including such actions as removing the contents into better drums, or putting the drums indoors, or on a secure bottom pad, etc.

10.2     <u>Conclusions About Management Lapses Whose Support</u>
         <u>Requires Technical Analysis</u>

For a few of the management lapses surrounding the 903 Area, technical analyses are necessary to support my conclusion that these were in fact lapses, and that readily available measures, had they been implemented, would have prevented a problem.  The technical analyses for these lapses are presented next:

<u>Failure to Ascertain the Sum Total or Specific Chemical/Physical</u> <u>Character of the Leaked Material:</u>  I have seen nothing in the record to indicate that the sum total amount of plutonium leakage from the 903-Area drums, or its chemical and physical composition, was studied contemporaneously with the leakage itself. This seems to be a key lapse because without this information the subsequent analysis that could have helped to prevent the subsequent environmental releases could not be accomplished.  To obtain this information was within the state-of-the-art at the time.  The failure to obtain it is to me a sign that Dow Rocky Flats did not take the leakage seriously.

<u>Failure to Perform Analyses and Measurements to Estimate the</u> <u>Environmental Pathways and Fate of the 903-Area Radioactive</u> <u>Releases:</u>  The record shows that only after the May, 1969 fire were useful measurements made to understand the concentrations of plutonium in the soil, both onsite and offsite.  Furthermore, the first soil measurements were not made by Dow Rocky Flats personnel or by their AEC sponsors, but by Martell and his collaborators, representing a private organization; only after Martell's initial paper did the AEC send HASL experts to make their own soil measurements, as discussed above.  These measurements (Martell's and HASL's) revealed that the plutonium offsite pattern was not consistent with its having come from the 1969 fire.  Further examination of the pattern revealed that the 903 Area was a major source of the offsite plutonium contamination that Martell and HASL measured.

Unfortunately, the understanding of this situation did not occur contemporaneously with the events that led to the 903-Area plutonium releases, or even soon thereafter.  This was a serious

43

management lapse which could have been corrected, as my discus-
sion next will show.

When the leakage from the drums onto the underlying soil was
first discovered, the proper course of action should have been to
analyze whether any threat might exist for the radioactive
material to migrate away from the 903 Area. Such an analysis
would have revealed that the plutonium would not remain securely
in place on the pad without specific remedial measures being
taken: in fact, it would have revealed the range of mechanisms
for transport from the 903 Area both to onsite and ultimately to
offsite locations, and the conditions that might allow each such
mechanism to activate. (The mechanisms are chemical, biological,
and physical, including bioturbation[94] and wind-driven resuspen-
sion, in which particles -- predominantly small particles -- can
get picked up and moved large distances by the wind.) The
knowledge gained from such an analysis could then have allowed
managerial decision-makers to understand the implications ---
short-term and long-term --- of the leakage that had already
occurred, and of any further leakage that might soon occur.

As far as I can tell, no such analysis was undertaken. A crucial
point is the fact that analysis of this kind was fully feasible
at the time. By the 1960s, enough was known about plutonium's
physical and chemical behavior in the environment to allow an
analyst to arrive at reasonable conclusions as to the likely
future behavior of the leaked plutonium. Most of the knowledge
about plutonium's environmental behavior was resident within
research groups in the AEC's weapons complex, which groups were
during that period in continual communication with each other
through both the published and unpublished or classified litera-
ture, through formal conferences and informal meetings, and
through a culture that encouraged sharing of such information.

My personal knowledge of the situation stems from work that I
performed in the early 1970s (1971 to 1973), when I was working
at the AEC's Lawrence Berkeley Laboratory on a survey of instru-
mentation for environmental monitoring of radiation.[95] I wrote
sections of that survey on a large number of issues, including a

---

94      K.S. Smallwood, op. cit., discusses the bioturbation
        phenomenon.

95      R.J. Budnitz et al., "Survey of Instrumentation for
        Environmental Monitoring - Volume 3, Radiation", Report
        LBL-1, Lawrence Berkeley Laboratory, 1972. An updated
        version was later published in book form:  R.J.
        Budnitz, A.V. Nero, D.J. Murphy, and R. Graven, Instru-
        mentation for Environmental Monitoring: Volume 1,
        Radiation, John Wiley & Sons, New York, 1983.

44

chapter on measuring plutonium in the environment.[96] In the
course of writing the plutonium chapter, I contacted a large
number of workers throughout the AEC complex of laboratories and
plants, and uncovered not only a fully cooperative willingness to
share information but also a frank attitude about the limitations
as well as the strong points of various methods for assessing
plutonium in the environment.  I also uncovered several con-
ferences on the subject, and an active community both in the U.S.
and abroad, working to improve the methods.  Two relevant
conferences on the subject in this period provide an example of
the extensive activity at the time, and also contain many
additional references on the subject.[97,98]  There was also
expertise outside of the AEC complex.  One example of how
involved the U.S. Public Health Service was in environmental
plutonium-measurement activities in the middle 1960s is a paper
reporting on 1964-1966 measurements throughout the U.S. in air,
rain, diet, milk, and human tissue.[99]  There are many other such
publications in this time period.

With my own personal knowledge as the background for my con-
clusions, I believe without question that techniques were both
available and in use at the time at Rocky Flats as well as
elsewhere in the AEC complex, for the purpose of analyzing
environmental concentrations and fates of the plutonium that had
spilled onto the 903 Area.

There were gaps and uncertainties in some of the knowledge.  For
example, wind-driven resuspension depends critically on site-
specific conditions that had not at that time been explored for
all the different soil types, which meant that the resuspension
analyses (to answer the question of how much soil-based plutonium

---

96      The plutonium chapter of Report LBL-1 (see the
        immediately previous citation) was later published in a
        slightly altered and abbreviated form as R.J. Budnitz,
        "Plutonium: A Review of Measurement Techniques for
        Environmental Monitoring", IEEE Transactions on Nuclear
        Science, NS-21(1), 430, 1974.

97      "Proceedings of Rocky Flats Symposium on Safety in
        Plutonium Handling Facilities", Report CONF-710401,
        U.S. Atomic Energy Commission (1971)

98      E.B. Fowler, R.W. Henderson, and M.F. Milligan,
        "Proceedings of Environmental Plutonium Symposium",
        Report LASL-4756, Los Alamos Scientific Laboratory
        (1971)

99      P.J. Magno, P.E. Kauffman, and B. Shleien, "Plutonium
        in Environmental and Biological Media", Health Physics
        13, 1325 (1967).

45

might become airborne, and at what rate, due to various environ-
mental factors including but not limited to wind issues) would
necessarily be only approximate.  Also, the chemical and physical
form (soluble? insoluble? elemental? chemical compounds? etc.) of
the plutonium on the 903 Area would need to be understood to
support the environmental analyses.  (As I discuss elsewhere in
this paper, such chemical and physical analyses were fully feas-
ible.)

I conclude that the Dow Rocky Flats management and staff were
seriously deficient by their errors of omission in this regard:
specifically, by their failure, immediately after the discovery
of the initial 903-Area drum leakage, to undertake both the
analyses and the measurements to provide an understanding of the
likely transport and fate of the leaked material.  Had such
analyses and measurements been made --- and they were well within
the state-of-the-art --- it is very unlikely that the subsequent
events leading to significant offsite plutonium releases from the
903 Area would have occurred.  This is because both management
and staff at Dow Rocky Flats would have been cognizant of the
likely results of actions at the pad (weeding, grading, asphalt-
ing, etc.) that they later undertook without the benefit of the
requisite understanding.

Failure to plan and execute the drum removal and the grading and
asphalting of the 903 Area so as to minimize offsite plutonium
releases:  As best I can tell (and my conclusion is similar to
that of others in this regard, as discussed in detail above in
Section 6.2.4), the plutonium releases from 903 came principally
from the physical disturbance of the surface area during the
process of moving barrels around, and grading and asphalting the
pad, after the drums themselves had been removed.  In the course
of this physical disturbance of the surface, plutonium was resus-
pended into the air and carried windborne to the east.  (Bio-
turbation may have played a contributory role here as well.)

I conclude that the planning and execution of the drum-moving,
and of the grading and asphalting of the 903 Area, were not done
with adequate cognizance of the potential for disturbing the
plutonium-laden soil, resuspending the plutonium, and thus
allowing it to be carried offsite by the wind.  Therefore, in my
opinion inadequate measures were instituted by the Dow Rocky
Flats management and staff during the drum-moving and the grading
and asphalting to prevent, reduce, or mitigate the potential re-
leases.

10.3  Conclusion Concerning Management Lapses

This long string of management and staff lapses as described
above explains why there was no contemporaneous appreciation
among the Dow Rocky Flats staff or management that important
offsite plutonium releases might be occurring from the 903 Area.

46

**11.0  The State-of-the-Art of Environmental Analysis and Monitor-
ing at the Time of the 903-Area Events**

In this section, I will discuss the following conclusion that I
have reached: that when the principal 903-Area plutonium releases
occurred, the state-of-the-art of environmental monitoring and
analysis was sufficiently mature that measurements could have
been made and analyses could have been performed --- but were not
--- to understand the radionuclides' transport and environmental
fate.

I have already largely supported this conclusion with my discus-
sion just above as to the state-of-the-art of environmental
measurements and analysis.  Here I will provide some additional
detail about the type of measurement capabilities that existed at
the time.

Perhaps the best indication of that capability is that, shortly
after the 1969 fire, a highly competent, state-of-the-art set of
measurements was made in the environs of the Rocky Flats site by
the AEC's in-house experts on the subject, from the AEC Health
and Safety Laboratory (HASL) in New York.  I have discussed these
HASL measurements in detail above.  HASL had previously published
a standard reference work --- a procedures guide --- that was
used throughout the AEC complex for making such measurements.[100]
The HASL staff possessed advanced instruments that could be
deployed in the field, and had access to other advanced instru-
ments at other AEC facilities when these were needed to supple-
ment HASL's own capabilities.  HASL also used state-of-the-art
modeling methods for analyzing the significance of their measure-
ments, allowing them to relate their raw data to important
questions concerning doses to populations exposed to the radia-
tion fields and radionuclide concentrations that they were
measuring.

Besides the capability at HASL, several other laboratories around
the U.S. had advanced measurement capabilities for radionuclides
in the environment.  Although most of them were within the AEC
system (such as at Lawrence Livermore National Laboratory, then
known as Lawrence Radiation Laboratory at Livermore; at the Los
Alamos Scientific Laboratory; at the Oak Ridge and the Brookhaven
National Laboratories; at the National Reactor Testing Station in
Idaho, now known as the Idaho National Engineering Laboratory;
and at the Nevada Test Site), some were not, among them the U.S.
Public Health Service Laboratories in Las Vegas and in Winches-
ter, Massachusetts that became E.P.A.'s Southwestern and North-
eastern Regional Laboratories, respectively, when E.P.A. was

---

100        J.H. Harley, Report NYO-4700, op. cit.

47

formed in 1971.  Researchers from each of these sites, and
several others including several universities, published regular-
ly in the literature about the work that they were doing.  An
example of the widespread activity in this field, referred to
earlier, is the 1971 Los Alamos symposium and the numerous
citations therein.[101]

Advanced capabilities existed in the 1960s for taking acceptable
soil samples; for working with the soil samples to extract
plutonium chemically in various forms;[102] for preparing the
samples properly for counting; for counting the plutonium's
radioactive decays and discriminating these decays from those of
other species, even at very low levels.  (In fact, the AEC had
arranged for soil and vegetation samples to be taken at the Rocky
Flats site as early as 1952 -- see Section 1.1).  Discrimination
of the respirable fraction of airborne particulate matter from
both smaller and larger size ranges was also feasible[103], albeit
with less accuracy and less discrimination capability than became
available later.

One example of the state of capability for measuring plutonium in
the environment is that measurements were made by several
laboratories around the world of the plutonium that had been
deposited through fallout on the earth's surface from atmospheric
nuclear-bomb tests, even though the activity levels of this
deposition were one to two orders of magnitude smaller than
activity levels of concern for public health vis-a-vis the AEC
standards of the time.  This shows that the measurement capabi-
lity was widespread.[104]

The state-of-the-art of environmental-transport-and-fate modeling
was also reasonably well developed at that time --- although not
as well developed as it became in the 1970s with the advent of

_____

101     "Proceedings of Environmental Plutonium Symposium",
        1971, op. cit.

102     Claude W. Sill, Health Physics 17, p. 89 (1969)

103     C.D. Hollowell et al., "Survey of Instrumentation for
        Environmental Monitoring - Volume 1, Air Monitoring",
        Report LBL-1, Lawrence Berkeley Laboratory, 1972

104     The AEC published a "Fallout Program Quarterly Summary
        Report" beginning in 1960; it was compiled at HASL (the
        AEC's Health and Safety Laboratory in New York.)  The
        report covered data from a wide network of stations
        both domestic and worldwide.  A 1965 book is a valuable
        reference on this subject: see E.B. Fowler (ed.),
        Radioactive Fallout, Soils, Plants, Food, and Man,
        Elsevier, Amsterdam (1965)

48

computer-based capabilities and with the major advances in
ecological understanding that came after the formation of E.P.A.
and the emergence of a strong environmental movement worldwide.
Approximate understanding existed, and rough models for analysis
also existed, on the subjects of how materials deposited on
soils, became resuspended, behaved in the atmosphere and the
soil, and ultimately were breathed by recipient humans.[105]
Although today's knowledge is so advanced that the understanding
of that era seems by comparison rather crude, the fact is that
scientists were doing these types of analyses in the 1960s to
support decision-making in a variety of areas involving contami-
nation by both radioactive and non-radioactive species.  And, of
course, very high numerical precision is not necessary to support
most decision-making --- certainly even approximate analyses of
the 903-Area situation could have been of major benefit to Dow
Rocky Flats, AEC, and other decision-makers had the analyses been
available.

Also, an area of measurements that was certainly fully feasible
was measuring the plutonium concentrations in waste materials
such as those placed into the drums at Rocky Flats' 903 Area.
Measuring the plutonium contamination of a drum's contents could
be done quite well by direct sampling of those contents, or even,
although with less accuracy, by non-invasively measuring the
radiation (usually, the gamma rays) emerging from inside a drum
to the outside.  If this was done for each of the 903-Area drums,
the information was obviously not used the way it should have
been.

In my view, none of these capabilities was beyond the ken of the
Dow Rocky Flats staff, which was proud that its health-physics
equipment and staff were up-to-date[106]; and if some special need
were to arise, access to other measurement capabilities either
within or outside the AEC complex was easy to get.

To summarize, I believe that my conclusion is well supported that
adequate measurement and analysis capabilities existed at the
time of the 903-Area events.

---

105     Robert J. Budnitz and John P. Holdren, "Social and
        Environmental Costs of Energy Systems", Annual Review
        of Energy, Vol. 1, pp. 553-580 (1976)

106     E.A. Putzier, "The Past 30 Years at Rocky Flats Plant",
        1982, op. cit., at 66-67

## 12.0   Overview of my Conclusions

The objective of this paper has been to discuss some of the waste-management practices at the Dow Rocky Flats Plant during the period of the 1950s and 1960s associated with radioactive wastes stored at the 903 Area, with emphasis on the releases of plutonium to the offsite environment from that Area.

The underlying thrust of the discussion has been to demonstrate that in the 1950s and 1960s it was the Dow Rocky Flats Plant's poor waste-management practices that led to these offsite releases of plutonium from the 903 Area.  Had these waste-management practices been competent, these plutonium releases would have been prevented from occurring in the first place; would have been monitored and analyzed when and after they occurred; and in any event would have been understood better by both the Dow Rocky Flats Plant management and the AEC.

For the Dow Rocky Flats Plant not to have prevented the 903-Area releases in the first place, nor to have monitored and analyzed them when and after they occurred, nor to have understood the implications of them, was an egregious breach of acceptable waste-management practice.



Figure 3-1. Monthly Averages of Daily Airborne Contamination Values from Air Sampler S-8 Located Just East of the Drum Storage Area.

## Figure 1

## Monthly Averages of Daily Airborne Contamination Values from Air Sampler S-8 just East of the Drum Storage Area (from the Seed Committee report, Figure 3-1)



**Figure III–21.** Daily measurements of total long-lived alpha activity in air at the S–8 sampler near the 903 area. Zero values were omitted from this semi-logarithmic plot, although a net cpm of zero was the mode (most frequently observed measurement) in this and all other onsite air datasets. Horizontal-line appearance of plotted points is due to conversion of data reported in 0.1 cpm increments. For example, the lowest reportable positive count was 0.1 cpm, which is 2.8 fCi m$^{-3}$, or the lowest set of points on this plot.

## Figure 2
## (Figure III–21, from the RAC Task 4 Report )

area.



**Figure III-22.** Number of days per month between October 1964 and December 1971 in which one or more onsite air samplers recorded a daily net count of at least 5 cpm TLLa activity (equivalent to 130 fCi m$^{-3}$ air). There were 166 "high-count days" out of this 2633-day period. January 1969 was the most active month, with 24 out of 31 days registering high alpha counts. The shape of the curve substantiates the timing of releases from the 903 area. Note that the impact of the May 1969 fire is not distinguishable from the larger 903 area impact at these onsite air sampler locations.

## <u>Figure 3</u>
### (Figure III-22, from the RAC Task 4 Report )



**Figure 4**
Total Deposition of Plutonium From the 903 Pad
Predicted by the Fugitive Dust Model (mCi/square km)
(from the ChemRisk Task 6 report, Figure 3–17)



**Figure 5**
**Polygons Enclosing Sampling Locations Where**
**Measured Contamination Exceeded 10, 50, 100, or 500 mCi/square km**
**(from the ChemRisk Task 6 report, Figure 3–12)**