**Attachment F**

**Additional Figures Supporting This Report**

**Dr. Robert J. Budnitz**









1971, 903 PAD DOE #15329.08



1967 BARREL STORAGE AREA #7128



LEGEND

SECURITY FENCE

ROCKY FLATS PLANT
BOUNDARY 1951-1974

ROCKY FLATS PLANT
BOUNDARY 1974-PRESENT
(WITH BUFFER ZONE ADDED)

0'        13,200'
SCALE
SCALE: 1"=2.5 Miles

FIGURE 3-2
SITE MAP
ROCKY FLATS

ChemRisk
A Division of McLaren/Hart

Rky0194H/rfh3-2.dgn: Rev: 05-17-94

from the ChemRisk Task 6 report



FIGURE 3-14
AIR SAMPLERS
AT ROCKY FLATS

Rky0194h/rfh3-14.dgn; Rev: 05-20-94

**from the ChemRisk Task 6 report**

TABLE M-1

ON-SITE S-8 AIR SAMPLER LONG-LIVED ALPHA
ACTIVITY RESULTS FOR NOVEMBER 1968
(Winds 30 mph or higher and count rates 10 c min$^{-1}$ or higher are bolded)

| Sampling Period | Sample Count Rate (c min$^{-1}$) | Peak Wind (mph) with Direction |
|---|---|---|
| 10/31-11/01 | 4.8 | 8 NW |
| 11/01-11/04 | 1.2 | 14 W |
| 11/04-11/05 | 1.5 | 14 W |
| 11/05-11/06 | 0.21[a] | 10 W & SE |
| 11/06-11/07 | 0.21[a] | 9 N |
| 11/07-11/08 | 0.21[a] | 15 W |
| 11/08-11/11 | **5.0** | **30 W** |
| 11/11-11/12 | **2.6** | **30 W** |
| 11/12-11/13 | 0.7 | 15 W & S |
| 11/13-11/14 | 0.21[a] | 15 S |
| 11/14-11/15 | 0.21[a] | 15 W |
| 11/15-11/18 | 2.1 | 15 W, SW, N, NW |
| 11/18-11/19 | 1.1 | 15 NW |
| 11/19-11/20 | 0.21[a] | 13 W |
| 11/20-11/21 | 0.7 | 13 W & SE |
| 11/21-11/22 | 0.5 | **30 W & SW** |
| 11/22-11/25 | **134.5** | **30 W & SW** |
| 11/25-11/26 | **35.1** | **30 W** |
| 11/26-11/27 | 0.4 | 10 N |
| Total (c min$^{-1}$) | 190 | |
| Number of Days | 30 | |
| Air Conc[b] (pCi m$^{-3}$) | 0.17 | |

a    MDA - below detection
b    Monthly Average Air Conc.  =  Total c min$^{-1}$ / 0.21 × 2.22 × 81.5 m$^3$ d$^{-1}$ × # of days

Source: Data from site survey sheets found in Federal Records Center (FRC) Boxes #217293 (labeled "Health Physics On Site, Off Site Survey Routine Air Sample Results"), and FRC #SB215089 and #51566 (labeled "Result Sheet for On Site Air Samples").

from the ChemRisk Task 6 report.

**TABLE M-2**

## ON-SITE S-8 AIR SAMPLER LONG-LIVED ALPHA
## ACTIVITY RESULTS FOR DECEMBER 1968
(Winds 30 mph or higher and count rates 10 c min$^{-1}$ or higher are bolded)

| Sampling Period | Sample Count Rate (c min$^{-1}$) | Peak Wind (mph) with Direction |
|---|---|---|
| 11/27-12/02 | 6.7 | 20 W |
| 12/02-12/03 | 2.5 | **40 W** |
| 12/03-12/04 | **23.6** | **40 W** |
| 12/04-12/05 | 6.2 | **35 W** |
| 12/05-12/06 | **261.5** | **35 W** |
| 12/06-12/09 | **14.4** | **30 W** |
| 12/09-12/10 | 2.5 | 15 NW & W |
| 12/10-12/11 | 1.7 | **30 W** |
| 12/11-12/12 | **35.7** | **30 W & NW** |
| 12/12-12/13 | 8.6 | **30 W & NW** |
| 12/13-12/16 | 2.1 | 25 W |
| 12/16-12/17 | 1.6 | 13 SW |
| 12/17-12/18 | 4.3 | 28 W |
| 12/18-12/19 | 3.8 | 28 W |
| 12/19-12/20 | 0.21[a] | 11 N |
| 12/20-12/23 | **11.6** | **30 W** |
| 12/23-12/24 | 1.9 | 23 W |
| 12/24-12/26 | 1.0 | 15 W |
| 12/26-12/27 | 0.21[a] | 25 W |
| 12/27-12/30 | 5.1 | 25 W |
| 12/30-12/31 | 9.2 | 20 W |
| Total (c min$^{-1}$) | 400 | |
| Number of Days | 31 | |
| Air Conc[b] (pCi m$^{-3}$) | 0.34 | |

a    MDA - below detection
b    Monthly Average Air Conc.  =  Total c min$^{-1}$ / 0.21 × 2.22 × 81.5 m$^3$ d$^{-1}$ × # of days

Source: Data from site survey sheets found in Federal Records Center (FRC) Boxes #217293 (labeled "Health Physics On Site, Off Site Survey Routine Air Sample Results"), and FRC #SB215089 and #51566 (labeled "Result Sheet for On Site Air Samples").

**from the ChemRisk Task 6 report**

TABLE M-3

### ON-SITE S-8 AIR SAMPLER LONG-LIVED ALPHA
### ACTIVITY RESULTS FOR JANUARY 1969
(Winds 30 mph or higher and count rates 10 c min⁻¹ or higher are bolded)

| Sampling Period | Sample Count Rate (c min⁻¹) | Peak Wind (mph) with Direction |
|---|---|---|
| 12/31/68-1/02 | **44.3** | 20 W |
| 1/02-1/03 | **36.7** | 20 SW |
| 1/03-1/06 | **116.3** | **35 W** |
| 1/06-1/07 | **215.0** | **50 E** |
| 1/07-1/08 | **422.2** | **50 E** |
| 1/08-1/09 | 2.9 | 25 W |
| 1/09-1/10 | **24.0** | 15 W |
| 1/10-1/13 | **41.9** | 25 W |
| 1/13-1/14 | 9.6 | 20 W |
| 1/14-1/15 | 2.9 | 20 W |
| 1/15-1/16 | **19.1** | 17 W |
| 1/16-1/17 | 4.7 | 16 N |
| 1/17-1/20 | **45.1** | **30 W & SW** |
| 1/20-1/21 | 3.1 | 20 W |
| 1/21-1/22 | **15.3** | 15 W & SW |
| 1/22-1/23 | 4.3 | 13 W, NW, N |
| 1/23-1/24 | **11.0** | 15 W |
| 1/24-1/27 | **68.2** | **40 SW** |
| 1/27-1/28 | 3.4 | 25 S |
| 1/28-1/29 | 1.3 | **35 W** |
| 1/29-1/30 | **55.6** | **35 W** |
| 1/30-1/31 | **654.3** | **45 W** |
| Total (c min⁻¹) | 1800 | |
| Number of Days | 31 | |
| Air Conc[b] (pCi m⁻³) | .15 | |

a     MDA - below detection
b     Monthly Average Air Conc. = Total c min⁻¹ $\times$ 0.21 $\times$ 2.22 $\times$ 81.5 m³ d⁻¹ $\times$ # of days

Source:   Data from site survey sheets found in Federal Records Center (FRC) Boxes #217293 (labeled "Health Physics On Site, Off Site Survey Routine Air Sample Results"), and FRC #SB215089 and #51566 (labeled "Result Sheet for On Site Air Samples").

**from the ChemRisk Task 6 report**



FIGURE 3-25
S-8 SAMPLER ACTIVITY FOR
MARCH, APRIL AND MAY OF 1969



**Figure III-9.** Plutonium in air near Rocky Flats and in New York City, measured by the HASL. Monthly and quarterly measurements have been combined into semiannual averages.

from the RAC Task 4 report



**Figure III–13.** Monthly average concentrations of $^{239,240}$Pu at four locations at the east security fence of the Rocky Flats Plant, 1969–1974, as measured and reported by the Colorado Department of Health.



**Figure III–14.** Semiannual averages of plutonium in air measured by CDH at four locations at the east security fence of the Rocky Flats Plant.

from the RAC Task 4 report



**Figure III-15.** Comparison of $^{239}$Pu measurements made by CDH at Station D-3 and HASL at Station RF#1 at the east security fence of the Rocky Flats Plant.



**Figure III-16.** $^{238}$Pu in air in New York City, measured by the HASL surface air monitoring program.

from the RAC Task 4 report



**Figure III–21.** Daily measurements of total long-lived alpha activity in air at the S–8 sampler near the 903 area. Zero values were omitted from this semi-logarithmic plot, although a net cpm of zero was the mode (most frequently observed measurement) in this and all other onsite air datasets. Horizontal-line appearance of plotted points is due to conversion of data reported in 0.1 cpm increments. For example, the lowest reportable positive count was 0.1 cpm, which is 2.8 fCi m⁻³, or the lowest set of points on this plot.



**Figure III–22.** Number of days per month between October 1964 and December 1971 in which one or more onsite air samplers recorded a daily net count of at least 5 cpm TLLa activity (equivalent to 130 fCi m⁻³ air). There were 166 "high-count days" out of this 2633-day period. January 1969 was the most active month, with 24 out of 31 days registering high alpha counts. The shape of the curve substantiates the timing of releases from the 903 area. Note that the impact of the May 1969 fire is not distinguishable from the larger 903 area impact at these onsite air sampler locations.

from the RAC Task 4 report



**Figure III-23.** Comparison of monthly average concentrations of total long-lived alpha (TLLa) activity computed in this study by *Radiological Assessments Corporation (RAC)* and those previously plotted by Seed et al. (1971). Note the semi-logarithmic scale. The minimum detectable activity was 5.5 femtocuries per cubic meter.



**Figure III-24.** Time trend in monthly averages of daily measurements of total long-lived alpha activity in air at the three samplers nearest the 903 area.

from the RAC Task 4 report



**Figure III-25.** Annual average concentrations of total long-lived alpha activity at onsite air samplers in 1969. Minimum detectable concentration = 5.5.



**Figure III-34.** Annual average concentrations of Pu in ambient air at community, perimeter, and five onsite locations between 1971 and 1990 (RFP contractor monitoring). Rocky Flats data used to construct this figure are in Table B–10, Appendix B. The monitoring program was in a state of transition until 1975, when consistent sampling and analysis methods were used for perimeter and community stations. Most of the annual averages before 1980 were reported as "less-than" values. The U.S. background line is the average for Denver CO, Pierre SD, and New York City, which were plotted separately in an earlier section of this chapter (Figure III–6). The minimum detectable concentration (MDC) has been between 0.002 and 0.01 for contractor monitoring since 1975. Thus, their method could not measure as low as U.S. background concentrations in the last part of this time period.

from the RAC Task 4 report



**Figure III-31. Results of community air sampling and analysis for long-lived alpha activity in 1969. Sampler S-18 is SE of Rocky Flats at Wagner School, and Sampler S-25 is further SE at Westminster. The sensitivity of the analysis was poor, due to small sample volumes, short counting times, and variable counter background.**



**Figure III-37.** Comparison of plutonium in air at RF perimeter with more distant locations monitored by the Public Health Service (PHS) in 1972. The PHS data are quarterly averages. The weekly RF points are the geometric average of all perimeter stations for that week (computed by Boss et al. 1973). A quarterly average concentration for the RF perimeter was estimated (by us), by computing the arithmetic average of the weekly concentrations within that quarter. This permits a more valid comparison to the PHS concentrations. RF perimeter concentrations appear to be elevated above fallout levels in the first quarter of 1972.

from the RAC Task 4 report



**Figure III-38.** Weekly measurements of plutonium in air between February 1971 and December 1972 at the 903 area and at the Rocky Flats perimeter in a downwind direction and an upwind direction. For a few of these weeks, there was no sample at S-32, and so the value from S-33 was substituted. The value plotted here for the 903 area was the maximum of measurements made at five different heights between 5 and 25 feet above ground (see next section for description of this monitoring). For 903 area samples, the quoted minimum detectable concentration (MDC) was about 0.4 fCi m$^{-3}$. For perimeter samples, the MDC was quoted as 0.01. Actual sample results greater than the MDC were often reported as "less-than" values, presumably due to low chemical recoveries.



**Figure III-39a.** Concentrations of plutonium in air at 5 feet above the ground surface. Measured by Dow near the 903 area.

from the RAC Task 4 report



**Figure H-1.** Predicted surface air concentrations of $^{239,240}$Pu (fCi m$^{-3}$) from global fallout from nuclear weapons testing. Predictions are for the mid-latitudes in the northern hemisphere.



**Figure VIII-1.** Spatial distribution of plutonium-239,240 (mCi km$^{-2}$) around Rocky Flats, as proposed by Krey and Hardy (1970) and Seed et al. (1971). (from Litaor 1993)

**DRAFT**

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

from the RAC Task 4 report



**Figure VIII-2.** Spatial distribution of plutonium-239,240 (pCi g⁻¹) east of the Rocky Flats Plant, as proposed by Krey et al. (1976).



**Figure VIII-3.** Spatial distribution of plutonium-239,240 (mCi km⁻²) east of the Rocky Flats Plant, as proposed by Krey (1976).

# DRAFT

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

from the RAC Task 4 report

## HIGH ALPHA COUNTS FROM ONSITE AIR SAMPLERS

Table B–5 contains all the daily measurements of total long-lived alpha activity in onsite air which were greater than or equal to 5 cpm (counts per minute). The data were taken from handwritten data sheets located in the Federal Records Center. The data in the table are sorted three ways, by station number, by date, and by the cpm value. The date range encompassed by this data base is October 14, 1964 through December 31, 1971.

### Table B–5. Daily Measurements of Total Long-Lived Alpha Activity Greater Than or Equal to 5 cpm

| Sorted by Station | | | Sorted by Date | | | Sorted by cpm | | |
|---|---|---|---|---|---|---|---|---|
| Station | Date | net cpm | Station | Date | net cpm | Station | Date | net cpm |
| S-1 | 10/7/68 | 5.7 | S-8 | 12/10/64 | 6.4 | S-4 | 5/15/68 | 5 |
| S-1 | 1/24/66 | 5.9 | S-8 | 12/15/64 | 29 | S-5 | 6/17/70 | 5.1 |
| S-1 | 11/2/65 | 7.6 | S-8 | 12/21/64 | 6.7 | S-6 | 9/19/66 | 5.1 |
| S-1 | 6/16/70 | 9.2 | S-8 | 12/22/64 | 19.6 | S-6 | 5/22/68 | 5.1 |
| S-1 | 8/7/67 | 9.9 | S-3 | 1/13/65 | 9.9 | S-8 | 2/4/69 | 5.1 |
| S-1 | 9/6/66 | 10.6 | S-1 | 11/2/65 | 7.6 | S-8 | 2/26/70 | 5.1 |
| S-2 | 12/6/65 | 5.7 | S-2 | 12/6/65 | 5.7 | S-8 | 7/15/68 | 5.2 |
| S-3 | 4/22/68 | 5.3 | S-5 | 12/6/65 | 8.1 | S-3 | 4/22/68 | 5.3 |
| S-3 | 8/23/67 | 5.5 | S-6 | 12/6/65 | 8.7 | S-8 | 6/6/69 | 5.3 |
| S-3 | 5/14/68 | 9.7 | S-1 | 1/24/66 | 5.9 | S-8 | 6/7/69 | 5.3 |
| S-3 | 1/13/65 | 9.9 | S-1 | 9/6/66 | 10.6 | S-8 | 6/8/69 | 5.3 |
| S-4 | 5/15/68 | 5 | S-6 | 9/19/66 | 5.1 | S-8 | 9/13/67 | 5.4 |
| S-4 | 12/27/66 | 7.3 | S-4 | 11/8/66 | 7.6 | S-3 | 8/23/67 | 5.5 |
| S-4 | 11/8/66 | 7.6 | S-4 | 12/27/66 | 7.3 | S-50 | 8/17/71 | 5.5 |
| S-5 | 6/17/70 | 5.1 | S-8 | 1/26/67 | 12 | S-8 | 1/31/68 | 5.5 |
| S-5 | 1/6/69 | 6.2 | S-8 | 2/13/67 | 25.3 | S-8 | 2/3/70 | 5.5 |
| S-5 | 12/6/65 | 8.1 | S-7 | 7/13/67 | 6.8 | S-1 | 10/7/68 | 5.7 |
| S-5 | 6/18/70 | 54.5 | S-1 | 8/7/67 | 9.9 | S-2 | 12/6/65 | 5.7 |
| S-6 | 9/19/66 | 5.1 | S-8 | 8/14/67 | 5.9 | S-8 | 10/24/67 | 5.7 |
| S-6 | 5/22/68 | 5.1 | S-3 | 8/23/67 | 5.5 | S-8 | 4/22/68 | 5.7 |
| S-6 | 10/31/68 | 6.1 | S-8 | 9/13/67 | 5.4 | S-8 | 5/15/68 | 5.8 |
| S-6 | 6/18/70 | 6.8 | S-8 | 10/18/67 | 6.2 | S-8 | 7/29/68 | 5.8 |
| S-6 | 5/21/68 | 6.9 | S-8 | 10/19/67 | 14.6 | S-1 | 1/24/66 | 5.9 |
| S-6 | 4/24/68 | 7 | S-8 | 10/20/67 | 6.8 | S-8 | 8/14/67 | 5.9 |
| S-6 | 12/6/65 | 8.7 | S-8 | 10/21/67 | 6.8 | S-7 | 4/25/68 | 6 |
| S-6 | 4/16/68 | 9.7 | S-8 | 10/22/67 | 6.8 | S-6 | 10/31/68 | 6.1 |
| S-6 | 7/15/71 | 10.4 | S-8 | 10/23/67 | 18.1 | S-5 | 1/6/69 | 6.2 |
| S-6 | 7/10/69 | 12.2 | S-8 | 10/24/67 | 5.7 | S-7 | 6/18/68 | 6.2 |
| S-6 | 1/7/69 | 13.4 | S-8 | 10/25/67 | 6.6 | S-8 | 10/18/67 | 6.2 |
| S-6 | 6/4/68 | 39 | S-8 | 10/30/67 | 6.4 | S-8 | 12/4/68 | 6.2 |
| S-7 | 4/25/68 | 6 | S-8 | 11/9/67 | 7.2 | S-8 | 11/15/67 | 6.3 |
| S-7 | 6/18/68 | 6.2 | S-8 | 11/15/67 | 6.3 | S-8 | 3/6/69 | 6.3 |
| S-7 | 7/13/67 | 6.8 | S-8 | 11/30/67 | 7.4 | S-8 | 12/10/64 | 6.4 |

DRAFT

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

Page B-12
Draft Report

The Rocky Flats Dose Reconstruction Project Phase II
Task 4 Evaluation of Historical Environmental Data

## Table B-5. (cont.)

| Sorted by Station | | | Sorted by Date | | | Sorted by cpm | | |
|---|---|---|---|---|---|---|---|---|
| Station | Date | net cpm | Station | Date | net cpm | Station | Date | net cpm |
| S-7 | 6/24/68 | 6.9 | S-8 | 12/5/67 | 13.7 | S-8 | 10/30/67 | 6.4 |
| S-7 | 8/13/70 | 7.1 | S-8 | 12/6/67 | 67.9 | S-8 | 5/29/68 | 6.5 |
| S-7 | 4/22/68 | 7.2 | S-8 | 1/3/68 | 10.9 | S-8 | 5/30/68 | 6.5 |
| S-7 | 5/2/68 | 7.4 | S-8 | 1/31/68 | 5.5 | S-10 | 6/8/70 | 5.9 |
| S-7 | 5/19/69 | 7.9 | S-8 | 2/1/68 | 9.5 | S-6 | 6/18/70 | 6.6 |
| S-7 | 5/13/68 | 8.3 | S-8 | 3/18/68 | 36.3 | S-8 | 10/25/67 | 6.6 |
| S-7 | 12/30/68 | 8.4 | S-8 | 3/26/68 | 23.9 | S-8 | 12/21/64 | 6.7 |
| S-7 | 2/24/70 | 8.9 | S-8 | 3/27/68 | 25.4 | S-7 | 7/13/67 | 6.8 |
| S-7 | 4/9/68 | 9.1 | S-8 | 3/28/68 | 13.9 | S-8 | 10/20/67 | 6.8 |
| S-7 | 6/10/68 | 9.6 | S-8 | 4/1/68 | 14.1 | S-8 | 10/21/67 | 6.8 |
| S-7 | 5/27/68 | 9.8 | S-8 | 4/2/68 | 13.1 | S-8 | 10/22/67 | 6.8 |
| S-7 | 1/9/69 | 10.7 | S-7 | 4/9/68 | 9.1 | S-6 | 5/21/68 | 6.9 |
| S-7 | 5/8/68 | 11.2 | S-8 | 4/11/68 | 34.9 | S-7 | 6/24/68 | 6.9 |
| S-7 | 10/16/68 | 12.7 | S-8 | 4/12/68 | 34.9 | S-6 | 4/24/68 | 7 |
| S-7 | 5/22/68 | 15.3 | S-8 | 4/13/68 | 34.9 | S-7 | 8/13/70 | 7.1 |
| S-7 | 2/18/69 | 18.2 | S-8 | 4/14/68 | 34.9 | S-7 | 4/22/68 | 7.2 |
| S-7 | 4/10/69 | 18.2 | S-8 | 4/15/68 | 9 | S-8 | 11/9/67 | 7.2 |
| S-7 | 6/4/68 | 19.9 | S-6 | 4/16/68 | 9.7 | S-8 | 2/7/69 | 7.2 |
| S-7 | 1/7/69 | 130.3 | S-3 | 4/22/68 | 5.3 | S-8 | 2/8/69 | 7.2 |
| S-8 | 2/4/69 | 5.1 | S-7 | 4/22/68 | 7.2 | S-8 | 2/9/69 | 7.2 |
| S-8 | 2/26/69 | 5.1 | S-8 | 4/22/68 | 5.7 | S-8 | 4/2/71 | 7.2 |
| S-8 | 7/15/68 | 5.2 | S-6 | 4/24/68 | 7 | S-8 | 4/3/71 | 7.2 |
| S-8 | 6/6/69 | 5.3 | S-7 | 4/25/68 | 6 | S-8 | 4/4/71 | 7.2 |
| S-8 | 6/7/69 | 5.3 | S-7 | 5/2/68 | 7.4 | S-4 | 12/27/66 | 7.3 |
| S-8 | 9/13/67 | 5.4 | S-8 | 5/6/68 | 26.5 | S-7 | 5/2/68 | 7.4 |
| S-8 | 1/31/68 | 5.5 | S-8 | 5/7/68 | 20 | S-8 | 11/30/67 | 7.4 |
| S-8 | 2/3/70 | 5.5 | S-7 | 5/8/68 | 11.2 | S-1 | 11/2/65 | 7.6 |
| S-8 | 10/24/67 | 5.7 | S-7 | 5/13/68 | 8.3 | S-4 | 11/8/66 | 7.6 |
| S-8 | 4/22/68 | 5.7 | S-8 | 5/13/68 | 86.1 | S-50 | 12/11/68 | 7.8 |
| S-8 | 5/15/68 | 5.8 | S-3 | 5/14/68 | 9.7 | S-7 | 5/19/69 | 7.9 |
| S-8 | 7/29/68 | 5.8 | S-4 | 5/15/68 | 5 | S-8 | 3/27/68 | 8 |
| S-8 | 8/14/67 | 5.9 | S-8 | 5/15/68 | 5.8 | S-8 | 7/14/69 | 8 |
| S-8 | 10/18/67 | 6.2 | S-6 | 5/21/68 | 6.9 | S-5 | 12/6/65 | 8.1 |
| S-8 | 12/4/68 | 6.2 | S-6 | 5/22/68 | 5.1 | S-51 | 10/30/68 | 8.1 |
| S-8 | 11/15/67 | 6.3 | S-7 | 5/22/68 | 15.3 | S-7 | 5/13/68 | 8.3 |
| S-8 | 3/6/69 | 6.3 | S-7 | 5/27/68 | 9.8 | S-7 | 12/30/68 | 8.4 |
| S-8 | 12/10/64 | 6.4 | S-8 | 5/29/68 | 6.5 | S-8 | 2/3/69 | 8.4 |
| S-8 | 10/30/67 | 6.4 | S-8 | 5/30/68 | 6.5 | S-8 | 8/6/69 | 8.5 |
| S-8 | 5/29/68 | 6.5 | S-8 | 6/3/68 | 19 | S-8 | 12/19/69 | 8.5 |
| S-8 | 5/30/68 | 6.5 | S-6 | 6/4/68 | 39 | S-8 | 12/20/69 | 8.5 |
| S-8 | 10/25/67 | 6.6 | S-7 | 6/4/68 | 19.9 | S-8 | 12/21/69 | 8.5 |
| S-8 | 12/21/64 | 6.7 | S-8 | 6/4/68 | 23 | S-8 | 12/12/68 | 8.6 |
| S-8 | 10/20/67 | 6.8 | S-7 | 6/10/68 | 9.6 | S-6 | 12/6/65 | 8.7 |
| S-8 | 10/21/67 | 6.8 | S-8 | 6/14/68 | 16.9 | S-7 | 2/24/70 | 8.9 |
| S-8 | 10/22/67 | 6.8 | S-8 | 6/15/68 | 16.9 | S-8 | 4/15/68 | 9 |
| | | | S-8 | 6/16/68 | 16.9 | S-7 | 4/9/68 | 9.1 |

**DRAFT**

from the RAC Task 4 report

### Table B-5. (cont.)

| Sorted by Station | | | Sorted by Date | | | Sorted by cpm | | |
|---|---|---|---|---|---|---|---|---|
| Station | Date | net cpm | Station | Date | net cpm | Station | Date | net cpm |
| S-8 | 11/9/67 | 7.2 | S-7 | 6/18/68 | 6.2 | S-8 | 3/20/69 | 9.1 |
| S-8 | 2/7/69 | 7.2 | S-7 | 6/24/68 | 6.9 | S-1 | 6/16/70 | 9.2 |
| S-8 | 2/8/69 | 7.2 | S-8 | 7/12/68 | 9.4 | S-8 | 12/30/68 | 9.2 |
| S-8 | 2/9/69 | 7.2 | S-8 | 7/13/68 | 9.4 | S-8 | 7/12/68 | 9.4 |
| S-8 | 4/2/71 | 7.2 | S-8 | 7/14/68 | 9.4 | S-8 | 7/13/68 | 9.4 |
| S-8 | 4/3/71 | 7.2 | S-8 | 7/15/68 | 5.2 | S-8 | 7/14/68 | 9.4 |
| S-8 | 4/4/71 | 7.2 | S-8 | 7/29/68 | 5.8 | S-8 | 2/1/68 | 9.5 |
| S-8 | 11/30/67 | 7.4 | S-8 | 9/17/68 | 40.3 | S-7 | 6/10/68 | 9.6 |
| S-8 | 3/27/69 | 8 | S-1 | 10/7/68 | 5.7 | S-8 | 1/13/69 | 9.6 |
| S-8 | 7/14/69 | 8 | S-7 | 10/16/68 | 12.7 | S-3 | 5/14/68 | 9.7 |
| S-8 | 2/3/69 | 8.4 | S-51 | 10/30/68 | 8.1 | S-6 | 4/16/68 | 9.7 |
| S-8 | 8/6/69 | 8.5 | S-6 | 10/31/68 | 6.1 | S-7 | 5/27/68 | 9.8 |
| S-8 | 12/19/69 | 8.5 | S-8 | 11/22/68 | 44.8 | S-1 | 8/7/67 | 9.9 |
| S-8 | 12/20/69 | 8.5 | S-8 | 11/23/68 | 44.8 | S-3 | 1/13/65 | 9.9 |
| S-8 | 12/21/69 | 8.5 | S-8 | 11/24/68 | 44.8 | S-6 | 7/15/71 | 10.4 |
| S-8 | 12/12/68 | 8.6 | S-8 | 11/25/68 | 35.1 | S-1 | 9/6/66 | 10.6 |
| S-8 | 4/15/68 | 9 | S-8 | 12/3/68 | 23.6 | S-7 | 1/9/69 | 10.7 |
| S-8 | 3/20/69 | 9.1 | S-8 | 12/4/68 | 6.2 | S-8 | 6/24/68 | 10.8 |
| S-8 | 12/30/68 | 9.2 | S-8 | 12/5/68 | 261.5 | S-8 | 1/3/68 | 10.9 |
| S-8 | 7/12/68 | 9.4 | S-50 | 12/11/68 | 7.8 | S-8 | 1/23/69 | 11 |
| S-8 | 7/13/68 | 9.4 | S-8 | 12/11/68 | 35.7 | S-8 | 2/5/69 | 11 |
| S-8 | 7/14/68 | 9.4 | S-8 | 12/12/68 | 8.6 | S-8 | 3/4/69 | 11.1 |
| S-8 | 2/1/68 | 9.5 | S-7 | 12/30/68 | 8.4 | S-7 | 5/8/68 | 11.2 |
| S-8 | 1/13/69 | 9.6 | S-8 | 12/30/68 | 9.2 | S-8 | 1/26/67 | 12 |
| S-8 | 6/24/68 | 10.8 | S-8 | 12/31/68 | 22.2 | S-6 | 7/10/69 | 12.2 |
| S-8 | 1/3/68 | 10.9 | S-8 | 1/1/69 | 22.2 | S-7 | 10/16/68 | 12.7 |
| S-8 | 1/23/69 | 11 | S-8 | 1/2/69 | 36.7 | S-8 | 6/26/69 | 12.7 |
| S-8 | 2/5/69 | 11 | S-8 | 1/3/69 | 38.8 | S-8 | 6/25/69 | 12.9 |
| S-8 | 3/4/69 | 11.1 | S-8 | 1/4/69 | 38.8 | S-8 | 4/2/68 | 13.1 |
| S-8 | 1/26/67 | 12 | S-8 | 1/5/69 | 38.8 | S-6 | 1/7/69 | 13.4 |
| S-8 | 6/26/69 | 12.7 | S-5 | 1/6/69 | 6.2 | S-8 | 12/5/67 | 13.7 |
| S-8 | 6/25/69 | 12.9 | S-8 | 1/6/69 | 215 | S-8 | 3/28/68 | 13.9 |
| S-8 | 4/2/68 | 13.1 | S-6 | 1/7/69 | 13.4 | S-8 | 1/10/69 | 14 |
| S-8 | 12/5/67 | 13.7 | S-7 | 1/7/69 | 130.3 | S-8 | 1/11/69 | 14 |
| S-8 | 3/28/68 | 13.9 | S-8 | 1/7/69 | 422.2 | S-8 | 1/12/69 | 14 |
| S-8 | 1/10/69 | 14 | S-7 | 1/9/69 | 10.7 | S-8 | 4/1/68 | 14.1 |
| S-8 | 1/11/69 | 14 | S-8 | 1/9/69 | 24 | S-8 | 10/19/67 | 14.6 |
| S-8 | 1/12/69 | 14 | S-8 | 1/10/69 | 14 | S-8 | 1/17/69 | 15 |
| S-8 | 4/1/68 | 14.1 | S-8 | 1/11/69 | 14 | S-8 | 1/18/69 | 15 |
| S-8 | 10/19/67 | 14.6 | S-8 | 1/12/69 | 14 | S-8 | 1/19/69 | 15 |
| S-8 | 1/17/69 | 15 | S-8 | 1/13/69 | 9.6 | S-8 | 4/3/69 | 15 |
| S-8 | 1/18/69 | 15 | S-8 | 1/15/69 | 19.1 | S-8 | 4/4/69 | 15 |
| S-8 | 1/19/69 | 15 | S-8 | 1/17/69 | 15 | S-8 | 4/5/69 | 15 |
| S-8 | 4/3/69 | 15 | S-8 | 1/18/69 | 15 | S-8 | 4/6/69 | 15 |
| S-8 | 4/4/69 | 15 | S-8 | 1/19/69 | 15 | S-7 | 5/22/68 | 15.3 |
| S-8 | 4/5/69 | 15 | S-8 | 1/21/69 | 15.3 | S-8 | 1/21/69 | 15.3 |

**DRAFT**

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

The Rocky Flats Dose Reconstruction Project Phase II
Task 4 Evaluation of Historical Environmental Data

## Table B–5. (cont.)

| Sorted by Station | | | Sorted by Date | | | Sorted by cpm | | |
|---|---|---|---|---|---|---|---|---|
| Station | Date | net cpm | Station | Date | net cpm | Station | Date | net cpm |
| S-8 | 4/6/69 | 15 | S-8 | 1/23/69 | 11 | S-8 | 6/14/68 | 16.9 |
| S-8 | 1/21/69 | 15.3 | S-8 | 1/24/69 | 22.7 | S-8 | 6/15/68 | 16.9 |
| S-8 | 6/14/68 | 16.9 | S-8 | 1/25/69 | 22.7 | S-8 | 6/16/68 | 16.9 |
| S-8 | 6/15/68 | 16.9 | S-8 | 1/26/69 | 22.7 | S-8 | 1/31/69 | 16.9 |
| S-8 | 6/16/68 | 16.9 | S-8 | 1/29/69 | 55.6 | S-8 | 2/1/69 | 16.9 |
| S-8 | 1/31/69 | 16.9 | S-8 | 1/30/69 | 654.3 | S-8 | 2/2/69 | 16.9 |
| S-8 | 2/1/69 | 16.9 | S-8 | 1/31/69 | 16.9 | S-8 | 10/23/67 | 18.1 |
| S-8 | 2/2/69 | 16.9 | S-8 | 2/1/69 | 16.9 | S-7 | 2/18/69 | 18.2 |
| S-8 | 10/23/67 | 18.1 | S-8 | 2/2/69 | 16.9 | S-7 | 4/10/69 | 18.2 |
| S-8 | 6/3/68 | 19 | S-8 | 2/3/69 | 8.4 | S-8 | 6/3/68 | 19 |
| S-8 | 1/15/69 | 19.1 | S-8 | 2/4/69 | 5.1 | S-8 | 1/15/69 | 19.1 |
| S-8 | 12/22/64 | 19.6 | S-8 | 2/5/69 | 11 | S-8 | 12/22/64 | 19.6 |
| S-8 | 5/7/68 | 20 | S-8 | 2/7/69 | 7.2 | S-7 | 6/4/69 | 19.9 |
| S-8 | 4/24/69 | 21.7 | S-8 | 2/8/69 | 7.2 | S-8 | 5/7/68 | 20 |
| S-8 | 12/31/68 | 22.2 | S-8 | 2/9/69 | 7.2 | S-8 | 4/24/69 | 21.7 |
| S-8 | 1/1/69 | 22.2 | S-7 | 2/18/69 | 18.2 | S-8 | 12/31/68 | 22.2 |
| S-8 | 1/24/69 | 22.7 | S-8 | 2/24/69 | 32.3 | S-8 | 1/1/69 | 22.2 |
| S-8 | 1/25/69 | 22.7 | S-8 | 3/4/69 | 11.1 | S-8 | 1/24/69 | 22.7 |
| S-8 | 1/26/69 | 22.7 | S-8 | 3/6/69 | 6.3 | S-8 | 1/25/69 | 22.7 |
| S-8 | 6/4/68 | 23 | S-8 | 3/18/69 | 23.7 | S-8 | 1/26/69 | 22.7 |
| S-8 | 12/3/68 | 23.6 | S-8 | 3/19/69 | 154.6 | S-8 | 6/4/68 | 23 |
| S-8 | 3/18/69 | 23.7 | S-8 | 3/20/69 | 9.1 | S-8 | 12/3/68 | 23.6 |
| S-8 | 3/26/68 | 23.9 | S-8 | 3/27/69 | 8 | S-8 | 3/18/69 | 23.7 |
| S-8 | 1/9/69 | 24 | S-8 | 4/3/69 | 15 | S-8 | 3/26/68 | 23.9 |
| S-8 | 2/13/67 | 25.3 | S-8 | 4/4/69 | 15 | S-8 | 1/9/69 | 24 |
| S-8 | 3/27/68 | 25.4 | S-8 | 4/5/69 | 15 | S-8 | 2/13/67 | 25.3 |
| S-8 | 5/6/68 | 26.5 | S-8 | 4/6/69 | 15 | S-8 | 3/27/68 | 25.4 |
| S-8 | 12/15/64 | 29 | S-8 | 4/7/69 | 67.2 | S-8 | 5/6/68 | 26.5 |
| S-8 | 2/24/69 | 32.3 | S-7 | 4/10/69 | 18.2 | S-8 | 12/15/64 | 29 |
| S-8 | 4/11/68 | 34.9 | S-8 | 4/24/69 | 21.7 | S-8 | 2/24/69 | 32.3 |
| S-8 | 4/12/68 | 34.9 | S-7 | 5/19/69 | 7.9 | S-8 | 4/11/68 | 34.9 |
| S-8 | 4/13/68 | 34.9 | S-8 | 6/6/69 | 5.3 | S-8 | 4/12/68 | 34.9 |
| S-8 | 4/14/68 | 34.9 | S-8 | 6/7/69 | 5.3 | S-8 | 4/13/68 | 34.9 |
| S-8 | 11/25/68 | 35.1 | S-8 | 6/8/69 | 5.3 | S-8 | 4/14/68 | 34.9 |
| S-8 | 12/11/68 | 35.7 | S-8 | 6/24/69 | 10.8 | S-8 | 11/25/68 | 35.1 |
| S-8 | 3/18/68 | 36.3 | S-8 | 6/25/69 | 12.9 | S-8 | 12/11/68 | 35.7 |
| S-8 | 1/2/69 | 36.7 | S-8 | 6/26/69 | 12.7 | S-8 | 3/18/68 | 36.3 |
| S-8 | 1/3/69 | 38.8 | S-6 | 7/10/69 | 12.2 | S-8 | 1/2/69 | 36.7 |
| S-8 | 1/4/69 | 38.8 | S-8 | 7/14/69 | 8 | S-8 | 1/3/69 | 38.8 |
| S-8 | 1/5/69 | 38.8 | S-8 | 8/6/69 | 8.5 | S-8 | 1/4/69 | 38.8 |
| S-8 | 9/17/68 | 40.3 | S-8 | 12/19/69 | 8.5 | S-8 | 1/5/69 | 38.8 |
| S-8 | 11/22/68 | 44.8 | S-8 | 12/20/69 | 8.5 | S-6 | 6/4/68 | 39 |
| S-8 | 11/23/68 | 44.8 | S-8 | 12/21/69 | 8.5 | S-8 | 9/17/68 | 40.3 |
| S-8 | 11/24/68 | 44.8 | S-8 | 2/3/70 | 5.5 | S-8 | 11/22/68 | 44.8 |
| S-8 | 1/29/69 | 55.6 | S-7 | 2/24/70 | 8.9 | S-8 | 11/23/68 | 44.8 |

**DRAFT**

Appendix B
Detailed Tables and Figures: Air Monitoring

Page B–15

## Table B–5. (cont.)

| Station | Date | net cpm | Station | Date | net cpm | Station | Date | net cpm |
|---------|------|---------|---------|------|---------|---------|------|---------|
| | Sorted by Station | | | Sorted by Date | | | Sorted by cpm | |
| S-8 | 4/7/69 | 67.2 | S-8 | 2/26/70 | 5.1 | S-8 | 11/24/68 | 44.8 |
| S-8 | 12/6/67 | 67.9 | S-10 | 6/8/70 | 5.9 | S-5 | 6/18/70 | 54.5 |
| S-8 | 5/13/68 | 86.1 | S-1 | 6/16/70 | 9.2 | S-8 | 1/29/69 | 55.6 |
| S-8 | 3/19/69 | 154.6 | S-5 | 6/17/70 | 5.1 | S-8 | 4/7/69 | 67.2 |
| S-8 | 1/6/69 | 215 | S-5 | 6/18/70 | 54.5 | S-8 | 12/6/67 | 67.9 |
| S-8 | 12/5/68 | 261.5 | S-6 | 6/18/70 | 6.6 | S-8 | 5/13/68 | 86.1 |
| S-8 | 1/7/69 | 422.2 | S-7 | 8/13/70 | 7.1 | S-7 | 1/7/69 | 130.3 |
| S-8 | 1/30/69 | 654.3 | S-8 | 4/2/71 | 7.2 | S-8 | 3/19/69 | 154.6 |
| S-10 | 6/8/70 | 5.9 | S-8 | 4/3/71 | 7.2 | S-8 | 1/6/69 | 215 |
| S-50 | 8/17/71 | 5.5 | S-8 | 4/4/71 | 7.2 | S-8 | 12/5/68 | 261.5 |
| S-50 | 12/11/68 | 7.8 | S-6 | 7/15/71 | 10.4 | S-8 | 1/7/69 | 422.2 |
| S-51 | 10/30/68 | 8.1 | S-50 | 8/17/71 | 5.5 | S-8 | 1/30/69 | 654.3 |

# DRAFT

***Radiological Assessments Corporation***
*"Setting the standard in environmental health"*

from the RAC Task 4 report

**Table B–6. Monthly Average Concentrations (fCi m$^{-3}$) of Total Long-Lived Alpha Activity in Onsite Air Samples Between October 1964 and December 1971 (Reconstructed from Daily Measurements)**

|  | S-1 | S-2 | S-3 | S-4 | S-5 | S-6 | S-7 | S-8 | S-9 | S-10 | S-50 | S-51 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-64 | 2 | 6 | 2 | 4 | 4 | 3 | 3 | 11 | 6 | 4 | | |
| Nov-64 | 1 | 2 | 6 | 1 | 2 | 2 | 2 | 16 | 3 | 2 | | |
| Dec-64 | 2 | 3 | 4 | 2 | 7 | 4 | 3 | 79 | 4 | 3 | | |
| Jan-65 | 2 | 2 | 11 | 3 | 7 | 2 | 2 | 8 | 3 | 2 | | |
| Feb-65 | 3 | 2 | 2 | 4 | 4 | 4 | 3 | 4 | 2 | 3 | | |
| Mar-65 | 5 | 3 | 3 | 5 | 3 | 5 | 2 | 2 | 3 | 3 | | |
| Apr-65 | 5 | 3 | 2 | 2 | 2 | 3 | 3 | 5 | 2 | 2 | | |
| May-65 | 3 | 13 | 1 | 3 | 4 | 5 | 3 | 4 | 2 | 3 | | |
| Jun-65 | 4 | 2 | 2 | 2 | 4 | 5 | 2 | 8 | 2 | 2 | | |
| Jul-65 | 4 | 2 | 2 | 2 | 3 | 6 | 2 | 9 | 1 | 3 | | |
| Aug-65 | 4 | 1 | 2 | 3 | 3 | 4 | 2 | 5 | 2 | 3 | | |
| Sep-65 | 5 | 3 | 3 | 3 | 7 | 5 | 0 | 5 | 2 | 4 | | |
| Oct-65 | 3 | 3 | 3 | 1 | 2 | 4 | 2 | 3 | 3 | 2 | | |
| Nov-65 | 10 | 3 | 3 | 2 | 4 | 4 | 2 | 9 | 3 | 4 | | |
| Dec-65 | 4 | 7 | 7 | 6 | 14 | 13 | 5 | 7 | 4 | 9 | | |
| Jan-66 | 11 | 6 | 4 | 2 | 8 | 4 | 3 | 12 | 6 | 14 | | |
| Feb-66 | 3 | 2 | 3 | 5 | 6 | 2 | 1 | 11 | 3 | 4 | | |
| Mar-66 | 4 | 2 | 4 | 3 | 3 | 3 | 2 | 11 | 5 | 3 | | |
| Apr-66 | 3 | 2 | 3 | 4 | 4 | 4 | 2 | 6 | 3 | 2 | | |
| May-66 | 4 | 4 | 4 | 3 | 6 | 5 | 5 | 5 | 7 | 7 | | |
| Jun-66 | 7 | 5 | 4 | 2 | 3 | 13 | 8 | 12 | 6 | 8 | | |
| Jul-66 | 7 | 6 | 4 | 4 | 6 | 6 | 5 | 11 | 7 | 6 | | |
| Aug-66 | 15 | 7 | 4 | 12 | 7 | 11 | 8 | 13 | 8 | 6 | | |
| Sep-66 | 28 | 8 | 9 | 12 | 18 | 16 | 5 | 10 | 7 | 8 | | |
| Oct-66 | 11 | 4 | 4 | 7 | 8 | 8 | 9 | 10 | 7 | 4 | | |
| Nov-66 | 7 | 2 | 3 | 16 | 8 | 6 | 6 | 13 | 5 | 3 | | |
| Dec-66 | 7 | 4 | 5 | 14 | 10 | 12 | 4 | 8 | 8 | 6 | | |
| Jan-67 | 8 | 4 | 7 | 15 | 13 | 7 | 6 | 22 | 23 | 8 | | |
| Feb-67 | 5 | 6 | 6 | 22 | 8 | 8 | 13 | 38 | 6 | 4 | | |
| Mar-67 | 6 | 1 | 5 | 11 | 7 | 8 | 5 | 9 | 5 | 3 | | |
| Apr-67 | 3 | 3 | 6 | 6 | 10 | 7 | 3 | 11 | 5 | 7 | | |
| May-67 | 9 | 4 | 7 | 8 | 9 | 12 | 8 | 9 | 6 | 5 | | |
| Jun-67 | 10 | 5 | 8 | 13 | 14 | 11 | 17 | 18 | 5 | 5 | | |
| Jul-67 | 15 | 5 | 7 | 8 | 11 | 14 | 28 | 19 | 9 | 3 | | |
| Aug-67 | 27 | 6 | 15 | 10 | 11 | 17 | 28 | 26 | 10 | 12 | | |
| Sep-67 | 5 | 3 | 3 | 6 | 4 | 14 | 14 | 22 | 4 | 5 | | |
| Oct-67 | 5 | 3 | 7 | 7 | 5 | 15 | 24 | 99 | | 7 | | |
| Nov-67 | 6 | 5 | 10 | 6 | 4 | 9 | 8 | 49 | | 7 | | |
| Dec-67 | 9 | 7 | 17 | 7 | 3 | 3 | 9 | 92 | | 4 | | |
| Jan-68 | 8 | 4 | 12 | 5 | 6 | 3 | 8 | 29 | | 5 | | |
| Feb-68 | 15 | 9 | 23 | 12 | 7 | 6 | 10 | 33 | | 11 | | |
| Mar-68 | 14 | 18 | 22 | 8 | 9 | 17 | 11 | 116 | | 28 | | |
| Apr-68 | 16 | 11 | 13 | 9 | 6 | 27 | 31 | 182 | | 10 | | |
| May-68 | 8 | 9 | 17 | 10 | 7 | 21 | 70 | 155 | | 8 | | |
| Jun-68 | 6 | 6 | 8 | 12 | 4 | 51 | 68 | 110 | | 18 | | |
| Jul-68 | 5 | 4 | 7 | 4 | 4 | 14 | 14 | 31 | | 3 | | |

# DRAFT

from the RAC Task 4 report

**Table B–6. (continued)   Monthly Average Concentrations (fCi m⁻³) of Total Long-Lived Alpha Activity in Onsite Air Samples Between October 1964 and December 1971 (Reconstructed from Daily Measurements)**

| | S-1 | S-2 | S-3 | S-4 | S-5 | S-6 | S-7 | S-8 | S-9 | S-10 | S-50 | S-51 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug-68 | 9 | 6 | 8 | 5 | 7 | 9 | 10 | 17 | | 4 | | |
| Sep-68 | 6 | 6 | 7 | 5 | 5 | 4 | 9 | 50 | | 3 | | |
| Oct-68 | 12 | 7 | 8 | 6 | 4 | 11 | 19 | 33 | | 3 | 7 | 11 |
| Nov-68 | 7 | 4 | 6 | 3 | 7 | 9 | 6 | 168 | | 4 | 4 | 2 |
| Dec-68 | 11 | 6 | 4 | 8 | 6 | 6 | 20 | 357 | | 3 | 11 | 3 |
| Jan-69 | 10 | 6 | 9 | 7 | 10 | 15 | 127 | 1525 | | 3 | 7 | 5 |
| Feb-69 | 6 | 4 | 8 | 5 | 5 | 4 | 23 | 129 | | 3 | 4 | 3 |
| Mar-69 | 7 | 4 | 3 | 5 | 4 | 2 | 4 | 208 | | 2 | 5 | 3 |
| Apr-69 | 7 | 3 | 5 | 3 | 6 | 3 | 22 | 148 | 4 | 4 | 5 | 6 |
| May-69 | 5 | 11 | 9 | 9 | 9 | 17 | 21 | 28 | 10 | 6 | 9 | 6 |
| Jun-69 | 4 | 4 | 7 | 4 | 4 | 7 | 9 | 68 | 4 | 4 | 7 | 3 |
| Jul-69 | 15 | 7 | 7 | 7 | 4 | 20 | 7 | 20 | 4 | 4 | 11 | 6 |
| Aug-69 | 4 | 6 | 5 | 6 | 5 | 7 | 7 | 22 | 5 | 3 | 6 | 9 |
| Sep-69 | 6 | 6 | 5 | 5 | 6 | 5 | 6 | 19 | 4 | 3 | 5 | 5 |
| Oct-69 | 6 | 3 | 5 | 18 | 3 | 5 | 3 | 12 | 2 | 3 | 3 | 3 |
| Nov-69 | 3 | 2 | 4 | 5 | 4 | 3 | 2 | 12 | 2 | 3 | 4 | 4 |
| Dec-69 | 5 | 4 | 5 | 7 | 4 | 2 | 4 | 32 | 7 | 5 | 4 | 4 |
| Jan-70 | 3 | 2 | 4 | 4 | 4 | 3 | 3 | 12 | 3 | 4 | 2 | 3 |
| Feb-70 | 2 | 4 | 5 | 4 | 3 | 4 | 13 | 33 | 3 | 6 | 2 | 7 |
| Mar-70 | 3 | 4 | 4 | 15 | 3 | 5 | 4 | 10 | 4 | 4 | 3 | 5 |
| Apr-70 | 10 | 5 | 5 | 7 | 9 | 7 | 5 | 7 | 2 | 3 | 5 | 3 |
| May-70 | 9 | 4 | 5 | 3 | 4 | 4 | 2 | 10 | 1 | 4 | 4 | 4 |
| Jun-70 | 14 | 7 | 12 | 9 | 57 | 13 | 7 | 10 | 4 | 13 | 7 | 10 |
| Jul-70 | 7 | 5 | 1 | 3 | 2 | 2 | 2 | 4 | 3 | 3 | 4 | 4 |
| Aug-70 | 3 | 4 | 2 | 3 | 2 | 4 | 10 | 4 | 3 | 4 | 2 | 5 |
| Sep-70 | 2 | 6 | 6 | 3 | 3 | 3 | 3 | 5 | 3 | 4 | 4 | 4 |
| Oct-70 | 5 | 3 | 5 | 4 | 3 | 4 | 2 | 5 | 3 | 4 | 3 | 4 |
| Nov-70 | 2 | 6 | 3 | 3 | 5 | 4 | 1 | 3 | 2 | 2 | 4 | 2 |
| Dec-70 | 3 | 4 | 3 | 3 | 3 | 3 | 6 | 5 | 2 | 3 | 4 | 2 |
| Jan-71 | 4 | 4 | 3 | 2 | 3 | 4 | 7 | 5 | 4 | 4 | 4 | 4 |
| Feb-71 | 3 | 4 | 2 | 4 | 4 | 3 | 6 | 7 | 4 | 5 | 3 | 5 |
| Mar-71 | 5 | 4 | 4 | 5 | 3 | 3 | 8 | 8 | 4 | 5 | 8 | 4 |
| Apr-71 | 4 | 4 | 5 | 7 | 4 | 3 | 3 | 26 | 4 | 5 | 5 | 5 |
| May-71 | 5 | 4 | 5 | 3 | 4 | 6 | 4 | 9 | 4 | 5 | 5 | 4 |
| Jun-71 | 4 | 3 | 4 | 5 | 5 | 4 | 4 | 10 | 4 | 7 | 7 | 4 |
| Jul-71 | 4 | 3 | 5 | 4 | 4 | 12 | 4 | 13 | 3 | 2 | 4 | 2 |
| Aug-71 | 4 | 4 | 6 | 4 | 3 | 3 | 4 | 8 | 4 | 3 | 9 | 4 |
| Sep-71 | 5 | 3 | 6 | 3 | 3 | 3 | 2 | 6 | 3 | 4 | 6 | 3 |
| Oct-71 | 5 | 4 | 4 | 3 | 6 | 3 | 2 | 12 | 2 | 5 | 7 | 5 |
| Nov-71 | 3 | 4 | 6 | 3 | 5 | 5 | 3 | 10 | 2 | 4 | 5 | 4 |
| Dec-71 | 4 | 5 | 4 | 3 | 3 | 4 | 4 | 6 | 3 | 4 | 5 | 4 |

**DRAFT**

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*