### 4.10     Electric Power

**Between the 1957 and the 1969 Fires**

<u>Dow conclusion 10/57</u>: "The loss of power due to the burn-through of [utility] conduit in the [main filter] plenum and the subsequent loss of light hampered the fighting of the fire."[146]

<u>Dow recommendation 10/57</u>: "Do not run unprotected utilities through exhaust ducts or filter banks where service can be interrupted due to fires, etc."[147]

**After the 1969 Fire**

<u>AEC recommendation, 7/69</u>: "The utilities tunnel [for 771] that passes through the main filter plenum between column lines 8 and 9 should be suitably enclosed on each end."[148]

<u>Dow recommendation, 7/69</u>: "Seal ends of tunnel with concrete block and seal around pipes. Hole is about 6 ft. by 6 ft."[149]

To summarize, Rocky Flat's attention to protecting vital <u>electric utilities</u> from fire, which was a direct lesson from the events of the 1957 fire, was inadequate in 1969. In this area, operational or cost considerations seem to have taken precedence over fire safety in the way Dow Rocky Flats management made decisions. This is another serious deficiency.

### 4.11     Conclusions from the Comparisons in Section 4

The citations above in Sections 4.1 through 4.10 include a long list of fire-safety issues that I can characterize, broadly, as follows:

> <u>After the 1957 fire, many recommendations were made to improve fire safety, but by the time of the 1969 fire the concerns that underlay a large fraction of these recommendations had not been properly addressed.</u>

Other serious fire-safety concerns also existed such as a failure

---

146    Dow Investigation 1957, <u>op. cit.</u>, p. 19

147    <u>Ibid.</u>, p. 25

148    N. Glover, K. Hess, T. Eckert, <u>op. cit.</u>

149    <u>Ibid.</u>

36

to implement appropriate training and to follow appropriate fire codes.

<u>Taken as a whole</u>, the pattern is clear: (i) in my view, there simply was nowhere near enough attention paid in the 1957 - 1969 period to fire-safety issues; (ii) because of this lack of attention, I believe that there was a systematic failure in that period to provide enough in the way of fire safety at Rocky Flats.

My conclusions in this matter are not mine alone: as the collection of quotations above shows, this opinion was shared by a large number of others who wrote contemporaneous evaluations. These evaluations were made by experts both within the AEC and outside, both by formal investigating bodies and individual experts, and included several critical evaluations from within the Rocky Flats Plant itself.

One of the most telling evaluations is that provided at the very top level of the AEC. The AEC General Manager (J. Erlewine), who had operational responsibility for the whole AEC (for the weapons complex as well as for the many research installations) and who reported directly to the AEC Commissioners, wrote as follows in his September 1969 letter that transmitted the AEC Investigation Report to the Commission:[150]

> ".....Building 776-777 did not meet minimum AEC fire standards, a condition which increased the fire loss and exposed firemen to fire, plutonium and nuclear criticality hazards.
>
> . . . . . . .
>
> "Building 776-777 is a complex facility which has been rearranged and modified repeatedly over the years to meet changing production requirements and schedules. It appears that in the design of such modifications, fire prevention and fire protection were not accorded the same priority of consideration as were other factors such as the meeting of production schedules, radiation safety, convenience of operation and funding limitations. Since original construction of the Building, new equipment and structures have been added on an <u>ad</u> <u>hoc</u> basis to meet these constantly changing production schedules and requirements leading to overcrowded conditions that made compliance with fire safety regulations difficult if not impossible. Long term operations under

---

150    J.A. Erlewine to the AEC Commissioners, "Report by the General Manager, AEC, on Management Implications of the Fire in Building 776-777, Rocky Flats Plant, and Post-Fire Actions", September 10, 1969

such conditions may have led to an unconscious assumption by contractor and AEC personnel that such conditions were an inherent aspect of large scale weapons production operations with plutonium.

"It appears that fire safety as a part of facility modification design review and the review of operating procedures was not accorded adequate recognition within the operating contractor's organization. There was not centralized responsibility for assessment of and action about fire hazards on a building-wide or major component basis."

Another very telling comment is this quote from the AEC's Investigation Report[151,152]:

"The Dow Rocky Flats program and procedures for assessment and review of fire safety were characterized by a Dow Midland official as 'below average' in relation to those followed at Dow private plants. A former AL [Albuquerque Operations Office] official stated that Dow Rocky Flats has the least technically capable industrial safety and fire protection organization among the AEC contractor-operated plants under AL jurisdiction."

The key phrases in the AEC quotations above certainly tell the story of Rocky Flats' serious managerial lapses during this period better than I can:

- "... Building 776-777 did not meet minimum AEC fire standards ..."

- "... fire prevention and fire protection were not accorded the same priority of consideration as were other factors ..."

- "... fire safety ... was not accorded adequate recognition within the operating contractor's organization."

- "... Dow Rocky Flats Flats has the least technically capable industrial safety and fire protection organization among the AEC contractor-operated plants under AL jurisdiction."

---

151   AEC Investigation 1969, op. cit., Vol. IV, p. 23

152   I note that during this period AL, the Albuquerque Operations Office, had the line responsibility for the AEC's entire nuclear-weapons-production function, which represented the majority of the operational responsibilities of the Commission.

## 5.0   A Discussion of the Potentially Catastrophic Releases From the 1969 Fire

In this section I will support my opinion that the 1969 fire could easily have been much worse in terms of radioactive releases both onsite and offsite.

Before going into details, it is useful to repeat one short quote from the 1969 AEC Investigation report[153]:

> "Less than one percent of the total of almost 600 tons of Benelex and Plexiglas shielding was consumed in the fire. Only the heroic efforts of the firefighters limited this burning. Had an appreciable fraction of this shielding burned, there would have been a complete loss of Building 776-777 and its contents and a major release of plutonium to the environment." [emphasis added]

Recent reconstructions of the event based largely on air-monitoring data[154] estimate the amounts of plutonium that were released to the environment. Had the firefighters been a little less "heroic"; had the fire not occurred during a shift change; had more of the shielding burned; there could well have been a major breach of the roof, which was already getting "soft" in at least one area,[155] and as I will demonstrate below the release would have been catastrophic. The potential consequences were so great that countering the possibility by the observation that "it did not happen" constitutes, in my view, a willful and negligent disregard of Dow Rocky Flats' responsibility toward public health and safety.

---

153   AEC Investigation 1969, op. cit., Vol. III, p. 2

154   ChemRisk, "Project Task 6 Report, Exposure Pathway Identification and Transport Modeling", May 1994, pp. 139 ff.

155   Concerning the soft roof, the AEC Investigation (1969, op. cit.) states as follows:

> "Firefighters sent to the roof saw smoke coming from some exhaust vents. Although there were no signs of fire in the roof, the roof did get soft in one area (near the location of the 4 High Mill, Columns H-G and 6-7.) The roof was sprayed with water and a fire watch maintained until after 5:00pm." [Vol. I, p. 56]

> "The styrofoam insulation on the roof of Building 776 also melted in the vicinity of the high bay area; but the roof was not breached." [Vol. I, p. 69]

Please note that approximately 1000 kilograms of plutonium is estimated to have burned in the fire.[156]

The potential for catastrophe was reiterated by H. Giller, who was AEC Assistant General Manager for Military Applications, in testimony before the House Committee on Appropriations in October 1970[157]:

> "[P]lutonium handling facilities containing radioactivity ..... have sufficient material in them during a day's operation and heat generating flammables that are part of the process so that if a major fire to break out and break through the building, that is breach the roof, then hundreds of square miles could be involved in radiation exposure and involve cleanup at an astronomical cost .... In the fire we had last year we kept it in the building. If the fire had been a little bigger it is questionable whether it could have been contained."

To back up my conclusion that the 1969 fire might have resulted in a radioactive release of massive proportions, I offer the following analysis, leading to some approximate estimates of how large the release might have been. Before beginning, I wish to emphasize that I cannot offer a quantitative estimate of the probability that a much larger release might have occurred; but I also offer my judgment, based on the quotations above and my own evaluation, that the probability of a total-loss scenario was a "reasonable" probability, not a "highly remote" probability. Any further quantification of this probability is beyond my current ability to analyze or to judge.

The analysis follows:

<u>The Building Loss Scenario:</u>  I will suppose for the sake of this analysis that the onsite firefighters were a little less "heroic" and the building was lost, meaning its ability to retain the radioactivity inside was completely lost. The AEC itself, as in Giller's statement quoted just above, seems to accept that had more of the shielding burned, there could have been a nearly

---

156    The thermal output of the fire was estimated at 100 million Btu, of which 5%, or 5 million Btu, was estimated as coming from the burning of plutonium [AEC Investigation 1969, <u>op. cit.</u>, Vol. I, p. 75]. Plutonium oxidation yields 5.2 Btu/gram [p. 80], from which one derives that about 1 million grams or about 1,000 kilograms of plutonium burned.

157    Hearings before House Committee on Appropriations, 91-2, on Supplemental Appropriation Bill, October 1, 1970, p. 295

complete loss of Building 776-777 and its contents.

Source magnitude: The following calculations present a rough estimate of the effects of such a narrowly averted disaster. The objective is not to create a detailed "what-if" analysis, but rather to illustrate the approximate magnitude of the potential threat to off-site individuals. As discussed above, approximately 1000 kg of plutonium burned in the 1969 fire. The amount of Pu in Building 776-777 at the time was declassified in 1994, and is either 3557 kilograms (the "book inventory") or 3661 kg (the "physical inventory").[158] I will use 3600 kg here as a reasonable estimate.

Release magnitude: Had the roof been seriously breached and the building shell's containment capability completely destroyed (that is, completely opened to the outside environment), then the burning plutonium and shielding would have been directly exposed to the atmosphere, with no ventilation or filtration protection. Of course, only a small portion of the plutonium would have become aerosolized. The ChemRisk Report[159] cites a study of the release characteristics of plutonium in fires. The study found that the release fractions depend on the type of material (solid metal or powdered oxide), the duration of the fire, and the air flow rate. The release fractions into an aerosolized form range up to 0.0003 per hour (on a weight basis).

The 1969 fire burned for approximately 5 1/2 hours. Only less than one percent of the flammable shielding burned; if a significantly larger amount of shielding had been involved, the fire would have burned much longer. Here, I will make a conservative estimate that the fire would have burned twice as long, or 11 hours (although it would seem that if a fire were to liberate over 100 times as much heat, much more than twice as long would perhaps have been needed to put it out.)

Assuming an 11-hour fire duration, the plutonium release fraction could have been roughly 0.0033 (0.0003/hour x 11 hours). Multiplying this by the 3,600 kilograms of plutonium that might have been involved in a "complete loss" scenario, I find that 12 kg would have been aerosolized. This corresponds to about 720 curies of aerosolized plutonium.[160]

---

158    DOE FACTS, "Declassification of the Amount of Weapons-Grade Plutonium Involved in Fires at the Rocky Flats Plant near Denver, Colorado in 1957 and 1969", U.S. Department of Energy, Office of the Press Secretary, date unknown

159    Chem Risk, op. cit., "Tasks 3 and 4 Report: Exposure Pathway Identification and Transport Modeling," p. 138

160    1 curie of plutonium-239 weighs about 16 grams.

Environmental Transport: The ChemRisk report[161] attempts to reconstruct the transport and dispersion of the actual radioactivity using meteorological conditions from the date of the fire. The ChemRisk reconstruction analysis worked backwards from environmental sampling data to estimate the original source term of radioactivity that left the 776-777 building; ChemRisk's best estimate is that the release of plutonium into the air was 2.8 mCi (millicuries). The ChemRisk concentration isopleth map is shown in my Figure 1 (reproduced from ChemRisk's Task 8 report).[162] The two major isopleths shown represent 0.1 and 0.01 pCi/m$^3$ (picocuries per cubic meter or $10^{-12}$ curies per cubic meter).

My estimated airborne plutonium release from the "complete loss" scenario, estimated above at 720 curies, is about <u>250,000 times larger</u> than the ChemRisk best-estimate of 2.8 mCi for what was actually released in 1969.[163] (I am using this ChemRisk release estimate here without endorsing it, one way or the other: I have not done an independent analysis that would have allowed me to evaluate it.)

Exposures: Because the dispersion models are linear in the source term, the air concentrations that would have arisen from the larger postulated release of the "complete loss" scenario can be determined by "scaling up" from the ChemRisk numbers. This scaling up produces the following result: the 0.1 pCi/m$^3$ isopleth scales to 25,000 pCi/m$^3$, and the 0.01 pCi/m$^3$ isopleth scales to 2,500 pCi/m$^3$.

This means that the air concentrations in the "complete loss" plume would have resulted in about 25,000 pCi/m$^3$ airborne concentrations offsite east of Indiana Street and the Great Western Reservoir, and about 2,500 pCi/m$^3$ concentrations well past Interstate 25 eastward into the city of Westminster.

These are <u>enormous</u> concentrations, by any measure. I am not an expert on the biological effects of large plutonium conentrations such as these. But airborne concentrations in the cited range (thousands to tens of thousands of picocuries per cubic meter) are so much larger than any standard I have seen that they are surely unacceptably large. I believe that if even a modest fraction of these estimated releases were to have occurred, the 1969 fire in my view would have been a disaster unmatched ever in the history of the U.S. nuclear weapons program -- indeed, a

---

161      ChemRisk, <u>op. cit.</u>, Task 6 Report, pp. 139 <u>ff.</u>

162      ChemRisk, <u>op. cit.</u>, Task 8 report, Figure 3-8

163      ChemRisk, <u>op. cit.</u>, Task 6 Report, pp. 156-157

42

disaster whose environmental and public-health consequences would make it among the worst in this country's history.

The fact that such a large accident did not actually occur should not have been a cause for complacency in the immediate post-1969-fire period. But as the next subsection will discuss, I have concluded that complacency about this danger was present in the senior levels at Dow Rocky Flats.

### 5.1 Evaluation of Dow Rocky Flats' Attitude toward Large Offsite Releases and Risks

As the discussion just above indicates, I have concluded that there was a very real possibility that the 1969 fire could have turned into a major disaster, with catastrophic radiological releases.

Here I will discuss Dow Rocky Flats' attitude toward this likelihood. I will begin with a quotation from the AEC Investigating Board to back up my conclusion that, even after the narrowly averted disaster of the 1969 fire, Dow Rocky Flats still did not seriously consider the possibility of a huge plutonium release and did not take appropriate action. One egregious example of their failure is that <u>contingency plans for ensuring public safety were not developed</u>. The AEC Investigating Board stated:[164]

> "The Dow official in charge of nuclear safety emergency planning advised the Board that there was no need to have plans for possible off-site damage or personal injuries, since it was not possible for serious off-site contamination to occur, and expressed the view that if such contamination were possible the plant should not be located where it is. He seemed singularly unswayed by the fire on May 11 [1969]. The possibility that it might have resulted in a significant off-site release of plutonium was countered by the observation that it did not happen. The same general attitude and approach was reflected by the Dow General Manager's comments when this subject was discussed with the Operating Board members."

Dow Rocky Flats' General Manager, L. Joshel, clearly stated Dow's responsibility to the AEC Investigating Committee:[165]

---

164    AEC Investigation 1969, <u>op. cit.</u>, Volume IV, p. 35

165    AEC Investigation 1969, <u>op. cit.</u>, "Transcript of Statements", June 3, 1969, Vol. 12

43

> Q. Mr. Joshel, what is your understanding of the responsibilities for fire protection and fire prevention vis-a-vis Dow and AEC at the Rocky Flats plant?
>
> Joshel: Dow feels that it has full responsibility for fire safety at Rocky Flats, and that the responsibility of AEC is naturally determined by AEC, but we understand it could be one of audit and appraisal and recommendations.

Another very illuminating exchange occurred, again from the AEC Investigation Hearings:[166]

> Q. What I am really asking is this: who, if anyone, sat down and thought about the kind of fires that you might have in the plant and thinking about Building 76 particularly and all the material that was in there, and all the combustibles in there? Had you thought about what's the worse [sic] kind of fire we can have in that building and what kind of emergency planning had you thought about in relation to that?
>
> A. (C.M. Love, Dow Industrial Relations Manager) I can't answer.
>
> Q. Do you think anyone has done it?
>
> A. I don't think there was an engineering study of this. I think a lot of people thought about it.
>
> ----
>
> Q. What I am hunting for is where is there a procedure that when an emergency happens with certain things are started to be done or checked to make sure that the public off site doesn't get exposed to some kind of contamination? That's all I am asking for. Is there any such document?
>
> A. (L. Joshel, Dow General Manager) Is there such a document? I don't know of such a document.
>
> ---
>
> Q. All I am searching for is an answer as to how and what mechanism to reassure that when something happens to this plant that there isn't going to be people hurt because they are in the area of the plant.

---

166     AEC Investigation 1969, <u>op. cit.</u>, "Transcript of Statements", June 4, 1969, Volume 12

A. (L. Joshel)  I guess we feel that it's pretty hard to take these steps before we know what the answer is.

Q.  Has there been any study or evaluation of what potentials are or what kind of procedures might be appropriate? Anything put in writing at all about this? ...

A.  I just -- I don't know of anything.

---

L. Joshel:  Your persistent line of questioning is also in regard to something that didn't happen.  We feel that we took the measures that were required by what did happen and we feel that we would have taken adequate steps if something else would have happened.

---

Q.  ... If the same thing happened another time and we didn't keep the fire in the building, would the public then be adequately protected and, frankly from your answers I can't see where you told us they would be adequately protected.

A.  (L. Joshel)  Well, I feel they would be within the -- within the realm of the possibility of protecting them.  In other words, as I said before, I am confident that our people would have taken the correct action, whatever actions are possible, to protect the public.

---

Mr. Hiestand (AEC):  I was just trying to relate all this in, Mr. Joshel, to the overall comments of what kind of evaluation or studies had been done on the possibilities of a fire of this magnitude involving plutonium, see, and what sort of procedures, plans, directions had been established to try to meet such a situation, and then I would like you to be able to try to test what was actually done against any such procedures as had been worked up in advance.  But I keep coming back to apparently there wasn't such preplanning and consideration of a fire of this magnitude.

From the above, I conclude that Dow Rocky Flats' management did not take seriously the possibility that a catastrophic plutonium release might accidentally occur.  To me this is an egregious **failure of managerial responsibility to the AEC and the public.** I am incredulous that Joshel could say (quoted just above) that "... [w]e feel that we took the measures that were required by what did happen and we feel that we would have taken adequate steps if something else would have happened.", and, in response to the follow-up question as to whether in a much larger accident

45

the public would be adequately protected, ".....I feel they would be within the -- within the realm of the possibility of protecting them."

This set of statements is, to say the least, disingenuous. In my opinion, because no offsite emergency plans were developed, nor any training accomplished, there would not have been any realistic measures that the Dow Rocky Flats Plant could have taken, or could have assured would be taken by others (such as other governmental authorities), to protect the public in the event of a huge disaster.

### 6.0   Other Radiological Incidents/Accidents at Rocky Flats During the Dow Era

Besides the two major fires in 1957 and 1969, and the series of events surrounding the major radiological releases from the barrels stored at the 903 area, the record during the Dow era at Rocky Flats contains a large number of other radiological events/incidents/accidents, major and minor. These incidents include fires, handling accidents leading to accidental releases of radioactivity from confined spaces into occupied buildings (and sometimes into the outside environment), equipment malfunctions, and so on.

The record is long. Several compilations of these events exist, including that by Owen and Steward in 1973[167], that by Putzier[168], the 1980 report by Barrick[169], the recent compilations by ChemRisk[170] and RAC[171], and a few others. Also, there is, of course, the documentation covering the 1957 fire, the 1969 fire,

---

| | |
|---|---|
| 167 | J.B. Owen and L. M. Steward, "A Historical Summation of Environmental Incidents Affecting Soils At or Near the U.S. AEC Rocky Flats Plant", Dow Rocky Flats, 1973 |
| 168 | E.A. Putzier, "The Past 30 Years at Rocky Flats Plant", Dow Rocky Flats, November, 1982 |
| 169 | C.W. Barrick, "Past Accidental Releases of Radioactivity From the Rocky Flats Plant", Dow Rocky Flats Environmental Sciences Department, January 14, 1981 |
| 170 | ChemRisk, "Project 6 Task Report, Exposure Pathway Identification and Transport Modeling", May 1995 |
| 171 | Radiological Assessment Corporation (RAC), "Rocky Flats Dose Reconstruction Project, Phase II, Toxicity Assessment and Risk Characterization", "Task 4 Report: Evaluation of Historical Environmental Data", February 1996 |

and the 903-Area releases.

Many individual incidents are also reported; a couple of examples of relatively minor events include the report of the June 21, 1973 779-Yard contamination incident[172] and the June 12, 1964 explosion in Building 76.[173] The 1973 tritium-release incident (discussed in more detail below, Section 6.1) is another example.[174,175] The number of these incidents is large, and the types of reports vary considerably. If an event was serious enough to cross a certain threshold, the AEC guidance of that period required Dow Rocky Flats to produce an investigation report including root-cause analysis, findings, and recommendations. For other apparently less serious events, the surviving documentation that I have seen is sometimes only a short memorandum describing the event and its followup.

The documentary sources for my understanding of these events are not only the compilations cited, but the source documents cited therein, and of course the individual reports where they exist.

Unfortunately, it is difficult for me to evaluate the significance of all of these various events. One major reason is the documentation problem: the documentation of many of these incidents is often incomplete, sometimes because the event was judged at the time to be of minor importance; sometimes perhaps because of the need to protect national security; and sometimes perhaps because what is available to me is not the entire record.[176,177]

---

| | |
|---|---|
| 172 | R.M. Vogel, "Contamination Incident - 779 Storage Yard", Dow Rocky Flats memorandum, July 11, 1973 |
| 173 | J.B. Owen, "Decontamination of Building 76 and Environs Following the Incident of June 12, 1964", Dow Rocky Flats memorandum, June 22, 1964. |
| 174 | U.S. Atomic Energy Commission, "Investigation of the Tritium Release Occurrence at the Rocky Flats Plant", November 26, 1973 |
| 175 | U.S. Environmental Protection Agency, "Investigative Report of the 1973 Tritium Release at the Rocky Flats Plant in Golden, Colorado", July 1974 |
| 176 | Owen and Steward, 1973, op. cit. This report reveals that the documentation concerning many of these events was poor, so that often the authors had to resort to interviews to obtain an adequate information base. |

Nevertheless, there is a pattern present in the record that is disturbing. Rather than try to provide my own evaluation of this pattern, I believe it more useful to use a contemporaneous AEC evaluation to tell its own story, after which I will comment.

The following is an October 6, 1971 memorandum from H.C. Donnelly (Manager of AEC's Albuquerque Operations Office and Dow Rocky Flats' immediate AEC "supervisor") to L. M. Joshel (General Manager of Dow Rocky Flats).[178] This memorandum is a stern reprimand if I ever saw one. The entire memorandum follows:

> "I have carefully reviewed the report of the investigation of the August 22, 1971 contamination incident at Rocky Flats. I have examined the circumstances surrounding the incident in the context of other accidents which have occurred during the past few years. The Dow reaction to each incident in terms of corrective measures has, in general been good. However, the very fact that safety problems continue to recur is evidence that the corrective actions taken are inadequate insofar as overall plant operations are concerned.
>
> "Examination of a number of incidents, in a search for some common characteristics that might identify a basic cause, reveals that:
>
> 1. Several incidents occurred or were amplified because of inadequate procedures, noncompliance with procedures, and human errors at the working level.
>
> 2. Conditions were allowed to develop or deteriorate over an extended period of time until an incident occurred.
>
> "The first observation leads to a conclusion that there were inadequacies in personnel training and in management at the first line supervisory level.
>
> "The second observation seems to indicate a failure at higher management levels to give emphatic attention to devising and supervising plantwide, management-directed programs to minimize the hazard potential and prevent accidents.

---

| | |
|---|---|
| 177 | Putzier, 1982, op. cit. The author points out that Dow Rocky Flats' documentation was not adequate for many of the environmental incidents he discusses. |
| 178 | H. C. Donnelly, AEC Albuquerque Operations Office, to L.M. Joshel, Dow Rocky Flats General Manager, "Incidents at Rocky Flats", October 6, 1971 |

> "A number of reviews of specific phases of the Rocky Flats operations have been conducted by AEC Headquarters, ALO [DOE Albuquerque Operations Office], Corporate [presumably meaning Dow corporate], and independent outside personnel. Obviously, the results of these reviews and the actions emanating therefrom have not been sufficient to correct the internal problems which apparently exist. Only the operating contractor involved with day-to-day activities and direct plant management is close enough to the problems to identify their cause and to effect the necessary changes. The external impetus from Government and public sources alike to improve safety performance at Rocky Flats has been extraordinary, yet incidents continue to occur with regular frequency.
>
> "The hazards and the accident potentials which are inherent in the Rocky Flats operations are well known, and some unavoidable accident may occur; however, we cannot tolerate further incidents involving procedural violations, inadequate safety evaluations, or the deterioration of conditions to an extent that increases accident potential.
>
> "Broad management action must be taken to preclude preventable incidents rather than reacting to crises as they occur. Please avail yourself of all resources at your disposal and ask for any AEC assistance that you may need.
>
> "Please give me a report concerning your action plans."

I have several observations, comments, and conclusions based on this 1971 memorandum:

o   First, the problem identified at the top of this memorandum is that "safety problems continue to recur"; and the most damning conclusion, in my opinion, is "a failure at higher management levels to give emphatic attention to devising and supervising plantwide, management-directed programs to minimize the hazard potential and prevent accidents."

o   Second, it is significant that a "blind carbon copy" of this letter was sent to the AEC General Manager, the senior AEC official below the Commissioners. If, as I suspect, this reprimand letter reflects a concern at the highest (General Manager and Commissioner) level of the AEC, then the reprimand in indicative of widespread and grave AEC concern about Dow Rocky Flats' performance.

o   Third, Dow Rocky Flats' senior management is plainly being blamed for not following through on the recommendations of several AEC and other reviews. The memo also alludes to "extraordinary" pressures from both within and outside the government: "A number of reviews ..... have been conducted. ..... Obviously, the results of these reviews and the

49

actions emanating therefrom have not been sufficient to correct the internal problems which apparently exist. ..... The external impetus from Government and public sources alike to improve safety performance at Rocky Flats has been extraordinary, yet incidents continue to occur with regular frequency."

- Fourth, the letter tells Dow Rocky Flats' senior management that it must act at the senior management level, and that it is being held responsible: "Broad management action must be taken to preclude preventable incidents rather than reacting to crises as they occur."

- Fifth, the letter threatens Dow Rocky Flats' senior management in no uncertain terms: "..... we cannot tolerate further incidents involving procedural violations, inadequate safety evaluations, or the deterioration of conditions to an extent that increases accident potential."

I got my first lessons about management of government installations at the AEC's Lawrence Berkeley Laboratory and at the U.S. Nuclear Regulatory Commission, where a letter like this would have given the senior management very serious cause for concern, challenging as it does the installations's managerial competence. I believe that this is a most unusual letter, coming as it did from the inbred, inward-looking, we-can-do-no-harm, never-tell-the-public-any-bad-news bureaucracy that was the AEC of that era. I also believe that there must have been a good deal of non-written communication (meetings, telephone calls) between Joshel and various senior AEC officials both as a run-up to this letter and in its aftermath.

In my entire 30-plus-years of experience in and around the AEC and it successor agencies, ERDA and DOE, including significant experience working with the top management levels of both DOE and many of its largest contractors, I have never seen (or heard about) any reprimand letter as stern as this one.[179]

---

179  Appendix A describes my experience in detail. Besides my senior-management experience in 1973-1978 at the AEC's Lawrence Berkeley Laboratory and in 1978-1980 with the U.S. Nuclear Regulatory Commission (which was one of the AEC's two successor agencies after its 1975 demise, the other being ERDA that later evolved into DOE), I have interacted directly with DOE and DOE-contractor management at the senior level in many other milieus. As one example, today (fall 1996) I serve on outside review/visiting committees reporting to the Director or equivalent at four DOE sites: Brookhaven National Laboratory; Lawrence Livermore National Laboratory; Oak Ridge National Laboratory; and Argonne National Laboratory. I also just completed a three-year

50

I also conclude that a letter like would not have been written based on only a short series of incidents. It would be written, in my view, only as a result of a long series of incidents, stretching over several years. I have reached this conclusion because the letter clearly indicates that Dow Rocky Flats has been the subject of numerous pieces of advice, but has not responded appropriately --- as the letter itself states, "yet incidents continue to occur with regular frequency."

It is my opinion that this letter reveals a significant vote of no-confidence by AEC management in the ability of Dow Rocky Flats to operate the facility safely in 1971. Based on my own evaluation, I believe that the AEC's no-confidence position is very well founded.

The next sub-section, covering the 1973 tritium-release incident, reveals to me that two years later Dow Rocky Flats still had not fully responded to the issues raised in the 1971 reprimand.

### 6.1  The 1973 Tritium-Release Incident

An important incident occurred over several months in mid-1973 that resulted in the release of up to 2,000 curies of tritium to the environment. The incident reveals important continuing management problems at Dow Rocky Flats. In particular, the Dow Rocky Flats management apparently had not learned the key lessons that had given rise to the 1971 AEC reprimand discussed above.

A shipment of plutonium scrap had been sent to Rocky Flats from Lawrence Livermore Laboratory on March 19, 1973. Believing that the scrap had not been exposed to tritium, Dow Rocky Flats did not monitor for it, and sent the material through the normal processing procedure. During processing in April-May, between 500 and 2,000 curies of tritium were released as tritiated water

---

term (1993-1996) as Chair of a National Academy of Sciences Committee that reviews a major DOE Program ("Environmental Remediation") which gave me occasion to examine how top DOE management currently operates and behaves. Over the past many years I have been similarly involved in several other advisory roles and projects working with top management in DOE and its key contractors (see Appendix A). I have close and good personal as well as professional relationships with several present and past occupants of assistant-secretary-level posts in DOE, NRC, and other similar agencies. (In fact, my NRC post, Director of Research, was at the assistant-secretary-equivalent level.) This experience informs and supports my conclusions about the extraordinary character of this 1971 letter.

vapor from the Building 779 stack.[180] An additional 50 to 100 curies were released as liquid discharges into the sanitary sewer, which subsequently flowed eastward into Walnut Creek and ended up in the Great Western Reservior (GWR).

On June 26, 1973, and again on July 31, at regular environmental surveillance review meetings, the Colorado State Department of Health (CSDH) indicated that its normal sampling had shown high levels of tritium in Walnut Creek. AEC and Dow Rocky Flats both denied that tritium could be coming from the Rocky Flats plant. On September 3, another meeting was held in which CSDH concerns were again raised. Acording to the EPA investigation report:[181]

> "...the AEC and Dow representatives again denied that RFP could be the source of tritium, based on a review of all pertinent plant records. Snce the AEC's and Dow's denials were being made without an independent laboratory analysis for tritium, either by the AEC or Dow, [EPA] Region VIII proposed that EPA check the state's results."

Over the next two weeks, EPA and CSDH, sampling independently, confirmed that Rocky Flats was the source of the tritium contamination. On September 26, AEC officials accepted responsibility for contaminating the GWR with tritium. Measured concentrations reached a maximum in Walnut Creek at a level of about 3,000,000 pCi/l (picocuries per liter), and in the GWR at about 23,000 pCi/l.[182] This compares with the then-standard of 1,000,000 pCi/l and the "normal" level of 1,200 pCi/l.[183] The AEC and Dow Rocky Flats emphasized that concentrations in GWR never exceeded the standards. In response, the mayor of Broomfield, a town that took its drinking water from the Great Western Reservoir, stated:[184]

---

| | |
|---|---|
| 180 | U.S. Atomic Energy Commission, "Investigation of the Tritium Release Occurrence at the Rocky Flats Plant", November 26, 1973 |
| 181 | U.S. Environmental Protection Agency, "Investigative Report of the 1973 Tritium Release at the Rocky Flats Plant in Golden, Colorado", July 1974 |
| 182 | Press Release by Colorado Governor John Vanderhoof, September 18, 1973 |
| 183 | New York Times, "Radiation Traced to A.E.C. Plant in Colorado", September 27, 1973 |
| 184 | John Elliott, Jr. (Mayor of Broomfield), letter to B. Colston (Manager, AEC Rocky Flats Area Office), October 25, 1973 |

> "While it is apparent that the levels of tritium concentrations found by the State Health Department are below the **present** generally accepted standards for maximum permissible levels, the City considers any such release of radioactive materials and subsequent public exposure totally unnecessary and unwarranted. Any attempts to justify the situation with statements to the effect that the maximum permissible standards were not exceeded cannot nor should not be accepted." [emphasis in original]

As I evaluate this incident, the original and ongoing denial by AEC and Dow Rocky Flats that any tritium had escaped from the plant is troubling enough. More troubling is that this incident reveals a continuing serious management lapse to which I would assign the adjective "irresponsible". I have several concerns:

> (i) How could such a release have escaped detection by Dow Rocky Flats? Was their environmental-monitoring protocol so poor that this tritium release was not detected? (I conclude "apparently so!")

> (ii) It is clear to me that this release might easily have been considerably larger and still have escaped detection by Dow Rocky Flats, considering the weakness of their measurement protocol.

> (iii) When confronted with the evidence, how could Dow Rocky Flats have denied that tritium might have come from their site, prior to having done a diligent job to determine the actual facts?

> (iv) Given the sequence of events, it is most disturbing that Dow Rocky Flats did not issue a more honest statement to the effect that they would immediately look into the situation, ascertain the facts, and report these facts to the public.

This is an excellent example of an incident that was just what the AEC was so troubled about when the reprimand memorandum was sent in 1971, warning Dow Rocky Flats that there were to be no more such incidents![185] As I see it, this incident shows that the Dow Rocky Flats management team had in 1973 not yet learned the lessons from the reprimand.

---

[185] As the 1971 Donnelly-to-Joshel reprimand letter (op. cit.) clearly stated, "...we cannot tolerate further incidents...."



**Figure 1**
Exposure Locations for Evaluating the 1969 Fire
(for illustrative purposes only --- see text)
(from the ChemRisk Task 8 report, Figure 3-8)