**Attachment A**
**Statement of Qualifications and Background**
**Robert J. Budnitz, Ph.D.**

1)  My name is ROBERT J. BUDNITZ.  I am the president of Future Resources Associates, Inc. ("FRA"), a technical consulting and research firm in Berkeley, California.  I am testifying as a consultant to Plaintiffs, and not on behalf of my employer, which is neither a party nor a participant in this case.

2)  I provide this statement in connection with the reports that I am submitting on 903-area waste management practices, on fire-safety management practices during the Dow era at Rocky Flats, and (with D.W. North) on waste and residue management at Rocky Flats during the Rockwell era.

3)  The professional societies in which I am a member are the American Physical Society, the Society for Risk Analysis, the American Association for the Advancement of Science, and the American Nuclear Society (ANS).  For the ANS, I was recently elected vice-chairman of the Nuclear Reactor Safety Division -- I will automatically succeed to the chairmanship next year.  I have also served the ANS since 1988 as a member of their "Special Committee on Social Issues and Human Values."  In the past I have also served the ANS, the APs, and the SRA in various capacities.

4)  Since 1975, I have held a concurrent unsalaried appointment as a member of the "Affiliated Faculty" in the Energy and Resources Group, a graduate program at the University of California at Berkeley.  I teach an occasional lecture, par- ticipate in advising for an occasional graduate student (masters or doctoral), and from time to time I advise the regular faculty about overall planning and direction of the graduate program.

5)  A list of my publications is attached as Attachment B.

6)  I received a B.A. in physics from Yale University in 1961; an M.A. in physics from Harvard University in 1962; and a Ph.D. in physics from Harvard in 1968.  During my first three years at Harvard I held a graduate fellowship from the National Science Foundation.  My doctoral dissertation was a high-energy accelera- tor-based electron-scattering experiment to study the structure of the neutron.

7)  During the summer of 1962 I worked for the U.S. Navy's Operations Evaluation Group in the Office of the Chief of Naval Operations at the Pentagon, which required a security clearance. I analyzed operational issues related to Soviet naval radars. That security clearance lapsed a few years thereafter.

8)  After completing my Ph.D. in late 1967 I was employed by the University of California's Lawrence Berkeley Laboratory (LBL),

1

through 1978.  At first I did experimental accelerator-based physics research on elementary particles, under a post-doctoral appointment.

9)  In 1971 I joined LBL's environmental program, and worked for 3-plus years on a large survey of instrumentation for measuring radioactivity in the environment.  In 1974 I became leader of the LBL environmental research program, and in 1975 I became Director of the LBL Energy & Environment Division, and concurrently an LBL Associate Director.  When I left that post in 1978, there were about 350 employees under my direct supervision.

10)  During this period at LBL I had line responsibility for carrying out ERDA/DOE programs according to the full panoply of ERDA/DOE regulations*, and became intimately familiar with the structure of how ERDA/DOE managed its contractor organizations both administratively, programmatically, and technically.  During this period, I also served as LBL's environmental-sciences representative to ERDA/DOE's Division of Biomedical and Environ-mental Research.  The various ERDA/DOE laboratory and weapons-site representatives met regularly in DOE/Washington, which enabled me to understand the full range of ERDA/DOE's programs and capabilities in the environmental field.

11)  In the mid-1970s I became interested in the safety of nuclear power reactors and other nuclear installations, and gradually changed career directions --- since about 1978 that issue has been my principal professional interest.  During this period in the mid-1970s at LBL, my interest in nuclear reactors earned me an appointment to the American Physical Society's 1974-1975 "Study Group on Light Water Reactor Safety", as well as an appointment to the U.S. Nuclear Regulatory Commission's 1977-1978 "Risk Assessment Review Group" that produced a critique for NRC of the famous 1975 "Rasmussen Report".

12)  In mid-1978 I took a two-year leave-of-absence from LBL (afterwards, I did not return to LBL), to become Deputy Director of the Office of Research at the U.S. Nuclear Regulatory Commission in Washington, DC.  At the end of 1979 I was appointed Director of that NRC Office, a position that I held until mid-1980.  During my tenure at NRC I was also, in 1979-1980, the Technical Coordinator of NRC's Special Inquiry into the Three Mile Island Accident.  I was also the US representative to the

---

*    The US Atomic Energy Commission (AEC) ceased operations on January 19, 1975, and was succeeded by ERDA (the US Energy Research and Development Administration), which itself was succeeded by the US Department of Energy (DOE) on October 1, 1977.  However, from an operating contractor's perspective, such as ours at LBL, the AEC/ERDA/DOE rules, regulations, and procedures formed a continuum during this period.

2

Nuclear Energy Agency's Committee on the Safety of Nuclear Installations (in Paris), a prestigious international body working to assure international cooperation on nuclear-safety matters.  As NRC Director of Research, I had line responsibility for over $200 million annually of extra-mural research on the safety and environmental impacts of nuclear reactors and other nuclear installations that NRC regulates, and I directed a staff of over 150.  I reactivated my security clearance upon going to NRC, and it has remained active ever since.

13) In mid-1980, I became a Senior Vice President of Teknekron Research, Inc., a small technical consulting firm in Berkeley, performing mostly air-pollution analyses for the US Environmental Protection Agency.

14) In mid-1981 I formed my own firm, Future Resources Associates, Inc. in Berkeley.  It is a small firm (it currently has three professionals --- at its largest it once had four).  Our specialties include nuclear safety, environmental-impact analyses, alternative electricity-generation technologies with an emphasis on biomass, and air-pollution compliance analyses.

15)  Since I founded FRA in 1981, my own professional work has emphasized nuclear safety analyses and related nuclear-environmental-impact analyses.  Clients have included both governmental and private-sector entities, and I have done a large amount of work on nuclear safety overseas.

16)  I have developed a particular expertise in analyzing the safety of nuclear installations in resisting so-called external phenomena (earthquakes, floods, winds, etc.) and I have written widely on this subject, especially on earthquake safety of nuclear installations.  However, my expertise ranges far beyond that subject, and covers a full spectrum of nuclear-safety issues for nuclear reactors, nuclear waste-handling and waste-management installations, nuclear-materials transportation, and nuclear-fuel-cycle analyses.

17)  As a former senior regulator at NRC, I have become a widely-sought consultant to nuclear regulatory bodies overseas, especially in the former Communist countries in eastern Europe. In recent years I have consulted with the chief nuclear regulators in Hungary, Slovenia, Armenia, Lithuania, and Bulgaria.  I have also frequently been a consultant during the past decade to the UN's International Atomic Energy Agency in Vienna.  I have been on IAEA missions to countries such as Bulgaria, Slovenia, and Mexico, as well as serving on several IAEA special project teams developing general nuclear-safety guidance for developing countries.  In 1995, I lectured at an IAEA training course in Turkey for nuclear-reactor-safety engineers from developing countries.

3

18)   For the past three years a large international project, organized by the World Bank's affiliate in London, the European Bank for Reconstruction and Development, has been a principal focal point for a multi-national program to improve the safety of old Soviet-designed nuclear power reactors in eastern Europe and the former Soviet Union.   I was the US representative to that EBRD project's technical oversight body, the "Safety Review Group," from its inception in 1993 until the termination of the body's work in mid-1966.

19)   For the last two years, I have served the EBRD on the "Ignalina Safety Panel" that is overseeing a modern large EBRD-sponsored safety-analysis project that is studying the Ignalina Nuclear Power Station in Lithuania.   Ignalina consists of two nuclear-power reactors of the RBMK (Chernobyl) type; each unit is designed at 1500 megawatts, making them the largest single commercial nuclear generating units in the world.

20)   I was recently appointed by the President of Armenia to be the US representative on the newly-formed "President's Council on Nuclear Energy Safety", advising the President on the safety of the Armenian Nuclear Power Station at Medzamor.

21)   I have done considerable work for the US Department of Energy, either directly or through its national laboratories, on the safety of DOE's nuclear installations.   Among my recent DOE or DOE-contractor projects are:

  o   I have served since 1987 on the outside safety review committee for the High Flux Isotope Reactor, at DOE's Oak Ridge National Laboratory, reporting to the ORNL Director.

  o   I have served since 1988 on the outside review committee for the Engineering Development Division at DOE's Argonne National Laboratory, reporting to the President of the University of Chicago, which administers Argonne's DOE contract.

  o   I have served since 1993 on the outside review committee for the Energy Directorate at DOE's Lawrence Livermore National Laboratory, reporting to the LLNL Director.

  o   In mid-1996, I began a three-year appointment on the outside review committee for the Department of Advanced Technology at DOE's Brookhaven National Laboratory, reporting to the BNL Director.

  o   I am currently a consultant to DOE's Flour Daniel Hanford Company, the prime contractor at DOE's Hanford Reservation in Washington State, on the subject of the

4

safety of waste-cleanup operations for the large radioactive tanks there.

o   Under contract to DOE's Lawrence Livermore National Laboratory, I have served since 1992 as a member of the Steering Committee for the "Existing Facilities Seismic Upgrade" project, which is a DOE-wide activity to upgrade the seismic safety of DOE's existing nuclear facilities.  As part of my responsibilities, I chair the project's Technical Review Team, responsible for reviewing the technical adequacy of all of the project's reports.

o   Under contract to DOE's Los Alamos National Laboratory, I have just completed serving on the "Expert Panel on Aircraft Crash Risk Analysis Methodology" (1994 – 1996), reporting to DOE's Office of Defense Programs. This project developed methodological guidance on how to analyze the risk from aircraft crashes into DOE installations.

o   Under contract to DOE's Sandia National Laboratory, I served from 1987 to 1995 as a member of the outside Peer Review Group for the Performance Assessment activity for the WIPP (Waste Isolation Pilot Project), a deep-geological radioactive-waste site under development by DOE in southern New Mexico.  I am still a consultant to Sandia on the safety of WIPP, and am currently assisting Sandia to complete the DOE Compliance Certification Application to EPA.

o   In 1994-95, I served as the Chairman of the "Senior Seismic Advisory Panel for the Savannah River Site", which advised DOE's Westinghouse Savannah River Company on the seismic safety of the large nuclear-waste tanks at their site in South Carolina.  Previously, in 1988-1992, I had served on three different advisory groups that assisted the Savannah River Laboratory to understand issues related to postulated severe radiological-release accidents at their weapons-material-production reactors.

o   In 1993-95, I served as the Chairman of a specially-constituted "Senior Seismic Hazard Analysis Committee", supported jointly by DOE, NRC, and the Electric Power Research Institute.  This special Committee developed advanced guidance on methodologies for understanding the seismic hazard -- the likelihood of earthquakes -- at large installations in the US, with emphasis on nuclear installations (DOE's, and those of NRC's nuclear-power licensees.)

o   In 1994-95, I served as a member of the "Review Team
     for DOE's Natural-Phenomena-Hazards-Mitigation Order
     and Standards", which advised DOE's Office of Environ-
     ment, Safety, and Health on the DOE internal regulatory
     standards and orders governing the seismic safety of
     its installations.

o   In 1995, under subcontract to the DOE Yucca Mountain
     project that is developing information about the
     prospective high-level radioactive-waste deep-geolo-
     gical repository in Nevada, I served as the chairman of
     a special "Oversight Panel" for the project studying
     the seismic hazard --- the likelihood of earthquakes --
     at the Yucca Mountain site.

o   In 1989-1992, I served as the Chairman of a special
     "Senior External Events Review Group" that advised DOE
     about advanced design problems related to earthquakes
     and high winds, for the "New Production Reactor" (since
     cancelled) that was under development to provide a
     modern means for producing tritium for DOE's nuclear-
     weapons-production capability.

o   In 1993-1994, under a subcontract from DOE's Idaho
     Operations Office, I assisted DOE in the severe-
     accident-analysis part of a large project to write the
     DOE-wide programmatic environmental impact statement
     covering various DOE options for caring for and
     disposing of its large inventory of nuclear-reactor
     spent fuel.  I studied and reviewed various scenarios
     in which the spent fuel could inadvertently become
     involved in a severe radiological accident.

o   In 1988-1990, I served under contract to DOE's Westing-
     house Hanford Company on a review panel for the safety
     analysis then underway for the Hanford N-Reactor, which
     at the time was DOE's principal means of producing
     plutonium for nuclear weapons, and was temporarily shut
     down pending the completion of that safety analysis.

22)  For many years I have provided technical consulting and
analysis on a variety of different topics for the U.S. Nuclear
Regulatory Commission.  Among my recent activities for NRC are:

o   In September, 1996, I completed a two-year research
     project to develop an advanced methodology so that NRC
     can analyze the safety significance of so-called
     "precursor" events related to earthquakes at nuclear
     power reactors; the "precursors" under consideration
     are abnormal design, maintenance, or installation
     problems that would make a reactor more susceptible
     than usual to a large earthquake if it were to occur,

6

and which are discovered and reported to NRC by the utilities from time to time.

o   In the past two years I have participated in two training courses abroad (in Armenia in 1996 and in Hungary in 1995) that NRC organized to train foreign engineers on advanced methods for studying earthquake-design problems at their nuclear power plants. Attending these courses were nuclear engineers from Hungary, Slovakia, Lithuania, Czech Republic, Bulgaria, and Armenia.  I also spent a week in Hungary in 1994 under NRC auspices advising the senior nuclear regulators at the Hungarian Atomic Energy Commission about how to develop seismic regulations for their nuclear reactors.

o   In 1990-1994, I performed the seismic-risk-analysis part of a large NRC research project that studied the risk of nuclear-core-damage accidents during shut-down/refueling periods at two nuclear power stations, the Grand Gulf station (in Mississippi) and the Surry station (in Virginia.)

o   In 1994, I served on a special review, at DOE's Idaho National Engineering Laboratory, of the NRC program for examining equipment failures that occasionally occur among NRC's nuclear-medical-equipment licensees.  The review concentrated on reliability-engineering issues.

o   In 1987, I chaired an "Expert Panel on Nuclear Plant Aging" for the NRC, to examine issues related to license extension for the commercial nuclear plants.

o   In 1984-1987, I chaired an NRC special panel that developed an advanced method, known as the "seismic margin method", that can evaluate the seismic adequacy of a nuclear power reactor more simply than had been the case previously.  The margin method has become so popular that about half of the US' 110 nuclear power plants have used a variant of it in recent years to evaluate their plants.

o   In 1989-1991, I was NRC's principal technical advisor in developing the methodology guidance for the NRC "Individual Plant Evaluation for External Events" Program, a program under which NRC required all 110 operating nuclear power plants to re-evaluate the adequacy of their designs against earthquakes, floods, fires, high winds, and other external phenomena.  I currently have a contract to assist NRC in reviewing the utility submittals under this Program.

o   During this same period (1989 - 1991), I was NRC's
    principal advisor in reviewing an advanced methodology
    for studying fire risk at nuclear power plants, called
    the "FIVE" (Fire Induced Vulnerability Evaluation")
    methodology, that the nuclear utility industry had
    proposed and that required extensive review before NRC
    would endorse it.  Subsequently, about half of the US'
    110 nuclear power reactors have used the FIVE method to
    evaluate fire safety at their plants.

o   In 1991-1995, I served on a special technical panel
    that advised NRC on the latest revision of their
    regulation governing how nuclear power plants are sited
    and designed to withstand earthquakes.

23)  Over the years I have done considerable work for the
National Research Council, the operating arm of the National
Academy of Sciences.  My first NAS work was in 1976.  Among my
more recent activities with the NAS are:

o   A few months ago, I completed a three-year term as the
    Chairman of the NAS "Committee on the Remediation of
    Buried and Tank Wastes", which advises DOE on technical
    issues in nuclear-waste remediation.  I still serve as
    a member of that Committee.

o   In 1993-1995, I served as a member of the NAS "Commit-
    tee on the Technical Basis for Yucca Mountain Stan-
    dards", which advised the Environmental Protection
    Agency on standards for a potential deep-geological
    waste repository in southern Nevada.

o   In 1992-1995, I served as a member of the NAS "Panel on
    Options for the Disposition of Weapons-Related
    Plutonium", which advised DOE, DOD, and the White House
    on options for safely and economically disposing of the
    tens of tons of plutonium which are starting to be
    taken out of decommissioned nuclear weapons, and will
    continue to be taken out over the next decade both in
    the US and in Russia.

24)  For the US Environmental Protection Agency, I have served
since 1993 as a member of the "Advisory Committee on WIPP", which
advises EPA on the standards being developed for regulating the
WIPP (Waste Isolation Pilot Project) repository in southern New
Mexico.

25)  In recent years I have served as a consultant and advisor to
a number of US electric utilities that own nuclear-power
reactors, principally on analyses of the seismic adequacy of
their plants.  My expertise is in the response of safety systems
to earthquakes, not the structural response.  Among my recent

8

clients on this subject are Commonwealth Edison Company (Illinois), Entergy Corporation (Arkansas, Mississippi, Louisiana), the Omaha (Nebraska) Public Power District, Union Electric Company (Missouri), Wisconsin Electric Company, and the New York Power Authority. For the New York Power Authority, I also just completed a review of their most recent fire-safety analysis for the Fitzpatrick Nuclear Station.

26) In 1991-1993 I performed technical analyses to assist the Electric Power Research Institute's effort to influence the standard-setting process for the Yucca Mountain repository that DOE has been developing in Nevada for disposing of high-level nuclear waste deep underground.

27) Since 1994, I have served on a special Peer Review Committee that is assisting the US Army to develop an advanced safety analysis of the Army activity to destroy by incineration the hundreds of thousands of obsolete chemical weapons now stored at eight Army sites. Analysis of fire safety is among the important topics of this work.

28) In 1986 -1987, I served on the Electric Power Research Institute's "Chernobyl Advisory Panel", that advised the US' nuclear-power-generating utilities about various potential safety lessons learned from the Chernobyl nuclear-power accident in the Ukraine.

29) Since 1988, I served on the Board of Directors of the California Radioactive Materials Management Forum, the organization of generators of radioactive waste in California that has been the principal industry/hospital/university lobbying organization to develop the low-level-radioactive-waste site at Ward Valley, California.

30) Since 1985, I have served on the Board of Directors of the Pacific Environment and Resources Center, a non-profit organization in Sausalito, California that carries on educational, research, and public-advocacy programs related to the environment around the Pacific rim.

31) I worked on three projects in the past few years for EG&G Rocky Flats, either directly or indirectly through subcontractors:

o    In 1991, I worked, as a subcontractor to Stone and Webster Engineering Company, on a project to develop an advanced safety analysis to support the restart of two Rocky Flats weapons-production operations. My work consisted of performing and reviewing safety analyses of various postulated accidents.

9

o   In 1994, I served, as a subcontractor to M. West &
    Associates, as the chairman of a specially-constituted
    peer-review group that reviewed the most recent
    evaluation of the seismic hazard -- the likelihood of
    earthquakes -- at the Rocky Flats site.

o   In 1994, I served, under a direct contract from EG&G
    Rocky Flats, as a technical reviewer of a large Rocky
    Flats planning document that attempted to prioritize
    all of the safety-analysis and safety-backfit work
    necessary to restart certain weapons-production
    facilities at Rocky Flats.

# Attachment B
## List of Publications
## Dr. Robert J. Budnitz

"Unsuccessful Search for an Excited Electron", R.J. Budnitz, J.R. Dunning, M. Goitein, N.F. Ramsey, J.K. Walker, and Richard Wilson, Physical Review 141, 1313 (1966)

"Measurements of Elastic Electron-Proton Scattering at High Momentum Transfers by a Coincidence Technique", M. Goitein, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, K. Hanson, D. Imrie, C. Mistretta, J.K. Walker, Richard Wilson, G.F. Dell, M. Fotino, J.M. Patterson, and H. Winick, Physical Review Letters 18, 1016 (1967)

"Quasi-Elastic Electron-Deuteron Scattering at Forward Angles", R.J. Budnitz, J. Appel, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, C. Mistretta, J.K. Walker, and Richard Wilson, Physical Review Letters 19, 809 (1967)

"Neutron Form Factors from Quasi-Elastic Electron-Deuteron Scattering", R.J. Budnitz, J. Appel, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, C. Mistretta, J.K. Walker, and Richard Wilson, Physical Review 173, 1357 (1968)

"Search for the Electroproduction of the N'(1470) Resonance from Deuterium", J. Alberi, J. Appel, R.J. Budnitz, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, C. Mistretta, and Richard Wilson, Physical Review 176, 1631 (1968)

"Differential Cross-Sections for Neutral-Pion Electroproduction Near the First Pion-Nucleon Resonance", C. Mistretta, D. Imrie, J. Appel, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, A. Litke, and Richard Wilson, Physical Review Letters 20, 1070 (1968)

"Angular Distributions for Pi-Plus Electroproduction and the Pion Form Factor", C. Mistretta, D. Imrie, J. Appel, R.J. Budnitz, L. Carroll, M. Goitein, K. Hanson, and Richard Wilson, Physical Review Letters 20, 1523 (1968)

"Coincidence Measurements of Single-Pion Electroproduction Near the Delta(1236) Resonance", C. Mistretta, J. Appel, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, and Richard Wilson, Physical Review D, 184, 1487 (1969)

"Elastic Electron-Proton Scattering Cross-Sections Measured by a Coincidence Technique", M. Goitein, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, K. Hanson, D. Imrie, C. Mistretta, and Richard Wilson, Physical Review D 1, 2449 (1970)

Survey of Instrumentation for Environmental Monitoring, Report LBL-1, Environmental Instrumentation Group, Lawrence Berkeley Laboratory (1972)

"A Charge Asymmetry Measurement System", R.M. Graven, J.H. Brewer, R.J. Budnitz, R.L. McCarthy, and D.H. Miller, Nuclear Instruments and Methods 102, 45 (1972)

"CP-Violating Charge Asymmetry in the Decay $K_L^0$ --> pi + mu + neutrino", R.L. McCarthy, J.H. Brewer, R.J. Budnitz, A.C. Entis, R.M. Graven, D.H. Miller, and W.N. Ross, Physics Letters 42B, 291 (1972)

"Charge Asymmetry in the Decay $K_L^0$ --> pi + mu + neutrino", R.L. McCarthy, J.H. Brewer, R.J. Budnitz, A.C. Entis, R.M. Graven, D.H. Miller, and W.N. Ross, Physical Review D 7, 687 (1973)

"Radon-222 and Its Daughters - A Review of Instrumentation for Occupational and Environmental Monitoring", R.J. Budnitz, Health Physics 26, 145 (1974)

"Tritium Instrumentation for Environmental and Occupational Monitoring - A Review", R.J. Budnitz, Health Physics 26, 165 (1974)

"Plutonium: A Review of Measurement Techniques for Environmental Monitoring", R.J. Budnitz, IEEE Transactions on Nuclear Science, NS-21(1), 430 (1974)

"Krypton-85: A Review of Instrumentation for Environmental Monitoring", R.J. Budnitz, in Noble Gases, R.E. Stanley and A.A. Moghissi (editors), U.S. Environmental Protection Agency, Las Vegas, Nevada (1975)

"Instrumentation for Environmental Monitoring in Biological Systems", N.A. Amer, R.M. Graven, R.J. Budnitz, and D.A. Mack, IEEE Transactions on Nuclear Science, NS-22(1), 633 (1975)

Report to the American Physical Society by the Study Group on Light-Water Reactor Safety, H.W. Lewis, R.J. Budnitz, A.W. Castleman, D.E. Dorfan, F.C. Finlayson, R.L. Garwin, L.C. Hebel, S.M. Keeny, R.A. Muller, T.B. Taylor, G.F. Smoot, and F. von Hippel, Reviews of Modern Physics 47, Supplement No. 1 (1975)

"Review of the American Physical Society Light Water Reactor Safety Study", R.J. Budnitz, IEEE Transactions on Nuclear Science NS-23(1), 25 (1976)

"Social and Environmental Costs of Energy Systems", R.J. Budnitz and J.P. Holdren, in Annual Review of Energy, J.M. Hollander (editor), Vol. 1, 553 (1976)

"Sources of Residuals and Techniques for Their Control: Research and Development Needs", Panel on Sources and Control Techniques, Environmental Research Assessment Committee (R. J. Budnitz, member), National Academy of Sciences (1977)

"U.S. Electricity Through the Year 2000: Coal or Nuclear?", R. J. Budnitz, L. D. Hamilton, J. P. Holdren, and J.D. Morgan, CRC Forum on Energy, CRC Press (1977)

"U.S. Energy Through the Year 2000: How Much Will Be Required?", K.C. Hoffman, R.J. Budnitz, J.H. Gibbons, P.F. Swenson, and D. Wood, CRC Forum on Energy, CRC Press (1977)

"Risk Assessment Review Group Report to the U.S. Nuclear Regulatory Commission," H.W. Lewis, R.J. Budnitz, H.J.C. Kouts, W.B. Loewenstein, W.D. Rowe, F. von Hippel, and F. Zachariasen, Report NUREG/CR-0400, U.S. Nuclear Regulatory Commission (1978)

"Human Disease from Radon Exposures: The Impact of Energy Conservation in Residential Buildings", R.J. Budnitz, J.V. Berk, C.D. Hollowell, W.W. Nazaroff, A.V. Nero, and A.H. Rosenfeld, Energy and Buildings 2, 209 (1979)

"Highlights of the NRC Licensing Process and the NRC R&D Program for Deep Geological Storage Facilities", R.J. Budnitz, IEEE Transactions on Nuclear Science, NS-27(4), 1268 (1980)

Three Mile Island: A Report to the NRC and to the Public, U.S. Nuclear Regulatory Commission Special Inquiry Group, in four volumes: Mitchell Rogovin, Director (R.J. Budnitz, Technical Coordinator), U.S. Nuclear Regulatory Commission (1980)

"How Reactor Safety is Assured in the United States", article in Energy for the Year 2000, Richard Wilson (editor), Plenum Press, New York (1981)

"The Role of Risk Assessment in Reactor Safety", article in Energy for the Year 2000, Richard Wilson (editor), Plenum Press, New York (1981)

"The Response of the Nuclear Regulatory Commission to the Accident at Three Mile Island", article in The Three Mile Island Accident: Lessons and Implications, T.H. Moss and D.L. Sills (editors), Annals of the New York Academy of Sciences, Vol. 365 (1981)

"Review and Critique of Previous Probabilistic Accident Assessments for the Shoreham Nuclear Power Station", R.J. Budnitz, P.R. Davis, S. Fabic, and H.E. Lambert, Future Resources Associates, Inc., Report prepared for Suffolk County (New York) Radiological Emergency Response Plan Steering Committee (1982)

"Future Directions for Seismic Risk Research", R.J. Budnitz, Proceedings of Seismic Risk and Heavy Industrial Facilities Conference, San Francisco, sponsored by Lawrence Livermore National Laboratory (1983)

"Reactor Quality, Factors Affecting Managerial and Institutional Competence of Utility Nuclear Operations", A. Weitzberg, P.D. O'Reilly, J. Snell, M.R. Booska, A.C. D'Hoostelaere, F.C. Duvall, and R.J. Budnitz, Report NUS-4314, prepared by NUS Corporation for U.S. Congress Office of Technology Assessment (1983)

Instrumentation for Environmental Monitoring of Radiation, R.J. Budnitz, A.V. Nero, D.J. Murphy, and R.M. Graven, John Wiley & Sons, New York (1983)

"What We Now Know (And Don't Know) About Reactor Safety", R.J. Budnitz, Workshop on Nuclear Electric Power in the Asia-Pacific Region, Honolulu East-West Center (1983), published in Energy, Vol. 9, 943 (1984)

"External Initiators in Probabilistic Reactor Safety Analysis -- Earthquakes, Fires, Floods, Winds", Risk Analysis 4, 323 (1984)

3

"Report on the Review of Proposed Environmental Standards for the Management and Disposal of Spent Nuclear Fuel, High-Level and Transuranic Radioactive Wastes (40 CFR 191)", H.E. Collier, B.B. Boecker, R.J. Budnitz, F. Culler, S.N. Davis, C. Fairhurst, B. Giletti, S.V. Kaye, K. Krauskopf, T.R. Lash, J.V. Neel, D. Okrent, and F. Parker, High-Level Radioactive Waste Disposal Subcommittee of the Science Advisory Board, U.S. Environmental Protection Agency (1984)

"Uncertainties in the Systems Analysis Part of Seismic Probabilistic Risk Assessment, Phase I Final Report", R.J. Budnitz and H.E. Lambert, report by Future Resources Associates to U.S. Nuclear Regulatory Commission (1984)

"NRC Seismic Design Margins Program Plan", G.E. Cummings, J.J. Johnson, and R.J. Budnitz, Report UCID-20247, Lawrence Livermore National Laboratory (1984); also published in "Transactions of the 8th International Conference on Structure Mechanics in Reactor Technology, Brussels, Report NUREG/CP-0065, U.S. Nuclear Regulatory Commission (1985)

"Probabilistic Risk Assessment Reference Document", J. A. Murphy, D. C. Aldrich, A.S. Benjamin, R.J. Budnitz, J.W. Hickman, V. Joksimovich, W.E. Vesely, and J. Young, Report NUREG-1050, U.S. Nuclear Regulatory Commission (1984)

"An Approach to the Quantification of Seismic Margins in Nuclear Power Plants", R.J. Budnitz, P.J. Amico, C.A. Cornell, W.J. Hall, R.P. Kennedy, J.W. Reed, and M. Shinozuka, Lawrence Livermore National Laboratory, Report NUREG/CR-4334, prepared for U.S. Nuclear Regulatory Commission (1985)

"The Implications of Reduced Source Terms for U.S. Nuclear Regulation and For Existing and New Reactor Designs", R.J. Budnitz, paper presented at Fifth Pacific Basin Nuclear Conference, Seoul (1985)

"Winning Power Generation Technologies for the Future", P.B. Bos, J. M. Weingart, R.J. Budnitz, and J. Doyle, Polydyne, Inc., San Mateo, California, report prepared for Southern California Edison Company (1985)

"An Appropriate Level for Reactor Safety Research", R.J. Budnitz and H.J.C. Kouts, Proceedings of International ANS/ENS Topical Meeting on Thermal Reactor Safety, San Diego, Vol. 5, page XXIV.5-1 (1986)

"Utility Benefits From Targeting Demand-Side Management Programs at Specific Distribution Areas", B. Rosenblum, P. Donovan, H. Hamester, C. LaPorta, J. Taul, J. Eto, E. Kahn, and R.J. Budnitz, Report EPRI EM-4771, report prepared by R&C Enterprises, Ltd., Santa Cruz, California for Electric Power Research Institute (1986)

"Recent Developments in Methodology and Findings From Seismic PSA", R.J. Budnitz, paper presented at Advisory Group Meeting on Treatment of Hazards in Probabilistic Safety Assessment, sponsored by International Atomic Energy Agency, Vienna (1986)

4

"Relay Chatter and Operator Response After a Large Earthquake: An Improved PRA Methodology with Case Studies", R.J. Budnitz, H.E. Lambert, and E.E. Hill, Future Resources Associates, Inc., Report NUREG/CR-4910, prepared for U.S. Nuclear Regulatory Commission (1987)

"A Study of Relay, Breaker, Instrumentation and Control Failures During an Earthquake and Their Effect on Nuclear Power Plant Safety", H.E. Lambert and R.J. Budnitz, paper at ANS/ENS International Topical Conference on Probabilistic Safety Assessment and Risk Management, Zurich, Switzerland, Vol. 1, p. 243 (1987)

"Recent Developments in Methodology and Applications of Seismic PSA", R.J. Budnitz, paper at ANS/ENS International Topical Conference on Probabilistic Safety Assessment and Risk Management, Zurich, Switzerland, Vol. 1, p. 213 (1987)

"Extending a HCLPF-Based Seismic Margin Review to Analyze the Potential for Large Radiological Releases and the Importance of Human Factors and Non-Seismic Failures", R.J. Budnitz, D.L. Moore, J. Young, and R.J. Breeding, Report by Future Resources Associates, Inc. to U.S. Nuclear Regulatory Commission (1987)

"Exploring the Competitive Potential of Magnetic Fusion Energy: The Interaction of Economics With Safety and Environmental Characteristics", J.P. Holdren, D.H. Berwald, R.J. Budnitz, J.G. Crocker, J.G. Delene, R.D. Endicott, M.S. Kazimi, R.A. Krakowski, B.G. Logan, and K.R. Schultz, Fusion Technology 13, 7-56, (1988)

"Techniques for Determining Probabilities of Events and Processes Affecting the Performance of Geological Repositories", R.L. Hunter, C. J. Mann, R.J. Budnitz, J. Conover, H. Einstein, G. Baecher, J. Harbaugh, M. King, A. McBirney, J. Callender, T. Webb, A. Gutjahr, and P. Bartlein, Report NUREG/CR-3964, Sandia National Laboratories, prepared for U.S. Nuclear Regulatory Commission (1987)

"Evaluation of External Hazards to Nuclear Power Plants in the United States", C.Y. Kimura and R.J. Budnitz, Lawrence Livermore National Laboratory, Report NUREG/CR-5042, prepared for U.S. Nuclear Regulatory Commission (1987)

"Reactor Risk Reference Document", M.L. Ernst, J.A. Murphy, M.A. Cunningham, J.A. Malaro, J.C. Glynn, B.M. Morris, J.A. Mitchell, R.S. Denning, R.C. Bertucio, and R.J. Budnitz, Report NUREG-1150, U.S. Nuclear Regulatory Commission (draft, 1987)

"Content of PRA Submittals for Future LWRs", R.J. Budnitz and V. Joksimovich, NUS Corporation, Report NUREG/CR-4812, prepared for Brookhaven National Laboratory and U.S. Nuclear Regulatory Commission (1988)

"State-Federal Interactions in Nuclear Regulation", A.D. Pasternak and R.J. Budnitz, Future Resources Associates, Report UCRL-21090, Lawrence Livermore National Laboratory, prepared for U.S. Department of Energy (1988)

"Assessment of Candidate Reactor Technologies for the New Production Reactor", L. T. Papay, F. Baranowski, W. Behnke, V. Boyer, F. Buckman, R.J. Budnitz, F. Culler, J. Gavin, R. Gens, J. Gilbert, J.E. Gray, J.M. Hendrie, K. Lathrop, R. Patrick, D. Pimentel, L. Roddis, J.H. Schoettler, and N. Todreas, Report DOE/S-0064 to the Energy Research Advisory Board, U.S. Department of Energy (1988)

"Towards Performance Standards", by R.J. Budnitz, chapter in Searching for Safety, by A. Wildavsky, Transaction Books, New Brunswick (1988)

"Individual Plant Examinations for External Events: Guidance and Procedures", R.C. Murray, P.G. Prassinos, J.B. Savy, D.L. Bernreuter, G.E. Cummings, R.J. Budnitz, and M.K. Ravindra, Report NUREG/CR-5259, Lawrence Livermore National Laboratory and U.S. Nuclear Regulatory Commission (1989)

"Individual Plant Examinations for External Events: Review Plan and Evaluation Criteria", R.C. Murray, P.G. Prassinos, J.B. Savy, D.L. Bernreuter, G.E. Cummings, R.J. Budnitz, and M.K. Ravindra, Report NUREG/CR-5260, Lawrence Livermore National Laboratory and U.S. Nuclear Regulatory Commission (1989)

"Summary of the Report of the Senior Committee on Environmental, Safety, and Economic Aspects of Fusion Energy", J.P. Holdren, D.H. Berwald, R.J. Budnitz, J.G. Crocker, J.G. Delene, R.D. Endicott, M.S. Kazimi, R.A. Krakowski, B.G. Logan, and K.R. Schultz, Report UCRL-53776, Lawrence Livermore National Laboratory, report to the U.S. Department of Energy (1989)

"Relay Chatter and its Effects on Nuclear Plant Safety", H.E. Lambert and R.J. Budnitz, Proceedings of the Tenth International (SMiRT) Conference on Structural Mechanics in Reactor Technology, Anaheim, California (1989)

"An Evaluation of the Reliability and Usefulness of External-Initiator PRA Methodologies", R.J. Budnitz and H.E. Lambert, Report NUREG/CR-5477, Future Resources Associates, Inc. and U.S. Nuclear Regulatory Commission (1989)

"A Probabilistic Safety Assessment Peer Review:  A Case Study on the Use of Probabilistic Safety Assessment for Safety Decisions", R. J. Budnitz and H. E. Lambert, International Atomic Energy Agency (Vienna), Report IAEA-TECDOC-522, as a contribution to Manual for PSA and Its Application in Safety Decisions (1989)

"Seismic PRA: Recent Developments in Methodology and Applications", R.J. Budnitz, Proceedings of PSA'89 International Topical Meeting on Probability, Reliability, and Safety Assessment, American Nuclear Society, Pittsburgh (1989)

"The Safety of Current LWRs Against Earthquake-Initiated Accidents", R.J. Budnitz, Proceedings of the 7th Pacific Basin Nuclear Conference, American Nuclear Society, San Diego (1990)

"Recent Extensions to Seismic Margin Review Methodology", R.J. Budnitz, P.G. Prassinos, and M.K. Ravindra, Nuclear Engineering and Design 123, 197-204 (1990)

"Seismic PRA Methods: Insights and Limitations", R.J. Budnitz, in "Proceedings of the CSNI Workshop on PSA Applications and Limitations, Santa Fe, NM in

September, 1990", Report NUREG/CP-0115, U.S. Nuclear Regulatory Commission (1991)

"Advanced Nuclear Reactor Technologies for the Next Century", R.J. Budnitz, contributed paper to "International Andrei Sakharov Memorial Congress on Peace, Progress and Human Rights", Moscow, May 1991

"FSAR Review Team Report on Rocky Flats Plant Building 707", E.A. Warman, chairman of the FSAR Review Team (R.J. Budnitz, member), report by Stone & Webster Engineering Corporation for EG&G-Rocky Flats Inc. and U.S. Department of Energy, 2 volumes (1991)

"The Use of Probabilistic Safety Analysis in New Safety Issue Identification and Ranking", R. J. Budnitz, report to International Atomic Energy Agency (Vienna) as a contribution to Manual for PSA and Its Application in Safety Decisions (1992)

"Seismic Margin Review of a Nuclear Power Plant: A Case Study", R.J. Budnitz, report to International Atomic Energy Agency (Vienna) as a contribution to Manual for PSA and Its Application in Safety Decisions (1992)

"Treatment of Hazards in Probabilistic Safety Assessment", R.J. Budnitz, M. Dusic, J. Faure, M.R. Hayns, and A. van Urk, Safety Series Report, International Atomic Energy Agency, Vienna (1992)

"Extending a HCLPF-Based Seismic Margin Review to Analyze the Potential for Large Radiological Releases and the Importance of Human Factors and Non-Seismic Failures", R.J. Budnitz, D.L. Moore, J. Young, and R.J. Breeding, Report NUREG-/CR-5678, Future Resources Associates, Inc. and U.S. Nuclear Regulatory Commission (1992)

"A Scoping Evaluation of Severe Accidents at the Surry and Grand Gulf Nuclear Power Plants Resulting from Earthquakes During Shutdown Conditions", R.J. Budnitz and P.R. Davis, Future Resources Associates, Inc., report to the U.S. Nuclear Regulatory Commission (1992)

"Enhancing the NRC and EPRI Seismic Margin Review Methodologies to Analyze the Importance of Non-Seismic Failures, Human Errors, Opportunities for Recovery, and Large Radiological Releases", R.J. Budnitz, D.L. Moore, and J.A. Julius, Report NUREG/CR-5679, Future Resources Associates, Inc. and U.S. Nuclear Regulatory Commission (1992)

"Disposition of Weapons Plutonium from the Warheads and Stockpiles of the U.S. and Former U.S.S.R.", Robert J. Budnitz, Proceedings of Second MIT International Conference on the Next Generation of Nuclear Power Technology (1993)

"Evaluation of Potential Severe Accidents During Low Power and Shutdown Operations at Grand Gulf, Unit 1: Analysis of Core Damage Frequency from Seismic Events", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Report NUREG/CR-6143 (Volume 5), Future Resources Associates, Inc., report to the U.S. Nuclear Regulatory Commission (1994)

"Evaluation of Potential Severe Accidents During Low Power and Shutdown

Operations at Surry, Unit 1: Analysis of Core Damage Frequency from Seismic Events During Mid-Loop Operations", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Report NUREG/CR-6144 (Volume 5), Future Resources Associates, Inc., report to the U.S. Nuclear Regulatory Commission (1994)

"Recommendations for Probabilistic Seismic Hazard Analysis: Guidance on Uncertainty and Use of Experts", R.J. Budnitz, G. Apostolakis, D.M. Boore, L.S. Cluff, K.J. Coppersmith, C.A. Cornell, and P.A. Morris, Report NUREG/CR-6372, Lawrence Livermore National Laboratory, sponsored by the U.S. Nuclear Regulatory Commission, U.S. Department of Energy, and Electric Power Research Institute (1995)

"Environmental Impact Comparisons of Alternative Generation Technologies", Robert J. Budnitz, paper at 1995 International Conference on Nuclear Power and Public Acceptance", Taipei, Taiwan (1995)

"Management and Disposition of Excess Weapons Plutonium: Reactor-Related Options", Panel on Reactor Related Options for Disposition of Excess Weapons Plutonium (R. J. Budnitz, member), Committee on International Security and Arms Control, National Academy of Sciences (1995)

"Report of the Review Team on the Department of Energy Natural Phenomena Hazards Mitigation Order and Standards", S. Additon, P. Amico, N. Brown, R.J. Budnitz, J. Christian, R. Murray, K. Perkins, A. Wong, and R. Youngblood, report for the U.S. Department of Energy's Office of Nuclear Safety Policy and Standards (1995)

"Seismic Risks of Nuclear Power Plants Under Shutdown Conditions", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Proceedings of ASME-Pressure-Vessel-and-Piping Hawaii Conference (1995)

"Seismic Risks of Nuclear Power Plants Under Shutdown Conditions", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Proceedings of 13th International SMiRT Conference on Structural Mechanics in Reactor Technology, Porto Alegre, Brazil (1995)

"Barriers to Science: Technical Management of the Department of Energy Environmental Remediation Program", Report by the Committee on Remediation of Buried and Tank Wastes (R.J. Budnitz, Chairman), National Academy of Sciences (1995)

"The Potential Role of Containment-in-Place in an Integrated Approach to the Hanford Reservation Site Environmental Remediation", Report by the Committee on Remediation of Buried and Tank Wastes (R.J. Budnitz, Chairman), National Academy of Sciences (1995)

"Safety of the High-Level Uranium Ore Residues at the Niagara Falls Storage Site, Lewiston, New York," Report by the Committee on Remediation of Buried and Tank Wastes (R.J. Budnitz, Chairman), National Academy of Sciences (1995)

"Technical Bases for Yucca Mountain Standards", Committee on Technical Bases for Yucca Mountain Standards, (R. J. Budnitz, member), National Academy of Sciences (1995)

"Development of a Methodology for Analyzing Precursors to Earthquake-Initiated and Fire-Initiated Accident Sequences", Robert J. Budnitz, George Apostolakis, and Stanley T. Jones, Future Resources Associates, Inc., report to the U.S. Nuclear Regulatory Commission (1995)

# Attachment C
## Statement of Qualifications and Background
## Nathan Y. Chan Ph.D.

1)   My name is NATHAN Y. CHAN.  I am an associate with Decision Focus Incorporated (hereafter, "DFI"), a consulting and contract research firm located in Mountain View, California.

2)   I provide this statement in connection with the technical assistance that I provided in the development of expert reports addressing:

o    Waste storage and operations at Rocky Flats in the Rockwell era, authored by Dr. D. Warner North of DFI and Dr. Robert J. Budnitz of Future Resources Associates, Inc.

o    Fire safety at Rocky Flats in the Dow era, authored by Dr. Robert J. Budnitz of Future Resources Associates, Inc.

o    Events involving the 903 Area at Rocky Flats during the Dow era, authored by Dr. Robert J. Budnitz of Future Resources Associates, Inc.

3)   In this statement, I briefly review my background and expertise.

4)   I received a Bachelor of Science degree in Mechanical Engineering from Texas A&M University in 1987.  I received a Master of Science degree in Operations Research from Stanford University in 1989.  I completed a Doctor of Philosophy degree at Stanford University in 1992, with a major field in Operations Research and a minor field in Civil Engineering - Water Resources.  While at Stanford, I held teaching assistantships in the Department of Operations Research and research assistantships in the Departments of Operations Research and Civil Engineering.

5)   In my doctoral program at Stanford, my dissertation involved the study of pollutant migration in groundwater and optimization of remedial actions.  I also completed coursework in water resources systems analysis, hydrogeology, environmental modeling, and advanced probability and statistics.

6)   In the fall of 1992 I joined DFI.  I have worked on several environmentally-related projects at DFI, including:

o    Development of a mathematical modeling system to simulate the flow of water and contaminants through a powerplant's wastewater system, and the consequent pollutant loading discharged to surface water bodies.

o   Development of the groundwater pathway portion of a multi-pathway risk assessment framework.

o   Modeling and evaluation of the potential increase in heat-related health risks resulting from global climate change.

o   Modeling and analysis of scientific and economic uncertainty and its impact upon governmental policy decisions to mitigate or adapt to climate change.

o   Modeling and risk analysis of carcinogenic and non-carcinogenic inhalation risks resulting from fossil-fired powerplant emissions.

7)  In 1994-1995, I worked on a DFI project as part of the Consortium for Environmental Risk Evaluation (CERE), a group of organizations formed to carry out an overview of risks at the most important sites of the DOE weapons complex.  I was a member of the Rocky Flats Evaluation Team, which qualitatively evaluated and prioritized the most important current risks at the site.  As part of my work, I visited and toured areas of the site outside of the Perimeter Security Zone; reviewed numerous documents addressing waste management, environmental restoration, and plutonium storage and safety; and held discussions with approximate 30 DOE and contractor personnel.

8)  My publications in the open literature include:

o   Chan, N.  Robustness of the Multiple Realization Method for Stochastic Hydraulic Aquifer Management, Water Resources Research, 29(9), 3159-3167, September 1993

o   Chan, N.  Partial Infeasibility Method for Chance-constrained Aquifer Management, Journal of Water Resources Planning and Management, 120(1), 70-89, January/February 1994

o   Wapman, K., Chan, N., Wilson, D., and Goldstein, R.  A Framework for Efficient Watershed Management, presented at the American Society of Civil Engineers First International Conference on Water Resources Engineering, August 1995.

9)  Given my academic training in engineering, environmental sciences, and mathematical modeling, my experience with risk analysis-related consulting projects, and my previous familiarity with the Rocky Flats site and its issues, I believe I am well-qualified to contribute documentary and technical support to the expert reports described above.

## Attachment D
## Statement Concerning Recent Involvement in Judicial Proceedings
## Dr. Robert J. Budnitz

In the past four years, I have given no testimony at
any judicial proceeding, nor have I been deposed on any
subject.


_____
Robert J. Budnitz

# Attachment E
# List of Documents Considered in Preparing This Report
# Dr. Robert J. Budnitz

## CATEGORY 1

Documents cited in the report by Robert J. Budnitz, "Waste Management Practices Associated with the 903-Area Plutonium Releases".

These citations will not be listed again here.

## CATEGORY 2

Documents cited in the report by Robert J.Budnitz, "The Major Rocky Flats Fires of 1957 and 1969 and Other Incidents: Insights About Management Practices".

These citations will not be listed again here.

## CATEGORY 3          Other Documents Considered in Preparing the Expert Reports

Church Litigation (Civil Action No. 75-M-1111, US District Court for the District of Colorado), "Pre-Trial Statement", 1975

US Department of Energy, "Plutonium Working Group Report on Environmental, Safety, and Health Vulnerabilities Associated with the Department's Plutonium Storage", DOE Report DOE/EH-0415 (November 1994)

Deposition of J. Bruce Owen, May 23 - 24, 1996

Deposition of Philip W. Krey, May 7, June 18 - 19 - 20, 1996

Deposition of Edward Hardy, October 23 - 26, 1995

Deposition of Clarence Piltingsrud, March 1 - 2, 1995

Deposition of Merlyn Boss, January 25 - 26, 1995

Deposition of Edward Putzier, March 15 - 16, 1995

Deposition of Edward Vejvoda, October 19 - 20, 1995

Deposition of Robert Vogel, November 15 - 16, 1995

1

Deposition of Richard Delpizzo, May 15, 1996

Health Advisory Panel Public Meeting, September 12, 1996 (view-graphs and handouts)

M.R. Boss, Dow Rocky Flats, "Plutonium Levels in the Rocky Flats Environs", February 29, 1972

US Atomic Energy Commission, Press Release No. N-22, February 18, 1970, "Environmental Program at Rocky Flats"

Dow Rocky Flats, "Radioactive Waste Management Plan", December 26, 1968

Dow "Rocky Flats, "Environmental Assessment for the Removal of Contaminated Soil at the Rocky Flats Plant of the US Energy Research and Development Administration", February 14, 1975

H. R. Meyer, Keystone Scientific, Inc. for Radiological Assessments Corporation, "The Rocky Flats Plant 903 Pad", June 7, 1994, draft interim report

J.B. Owen and L.M. Steward, Dow Rocky Flats, "A Historical Summation of Incidents Affecting Soils at or Near the US AEC Rocky Flats Plant", 1973

Dow Rocky Flats, "Annual Environmental Monitoring Report", various years from 1973 through 1981

J. E. Johnson et al., "Study of Aquatic Systems of the Rocky Flats Environment", June 1974, report to Dow Rocky Flats Plant

US EPA, "Comparison of Soil Sampling Techniques at Rocky Flats", May 1978

R.L. Murri, "Gamma Analysis of Plutonium Contaminated Soil at Rocky Flats", Dow Rocky Flats internal report, January 10, 1977

C. J. Johnson, "Evaluation of the Hazard to Residents of Areas Contaminated with Plutonium", 1977

US EPA, Region VII, "Plutonium Levels in the Sediment of Area Impoundments: Environs of the Rocky Flats Plutonium Plant, Colorado", February 1975

P. Krey and E. Hardy (US AEC Health and Safety Laboratory), "Fidler Readings at Rocky Flats", undated

US Atomic Energy Commission, Health and Safety Laboratory (later the Environmental Measurements Laboratory), "Annual Reports", each year from 1969 to 1991

2

## **CATEGORY 4**   **Documents Reviewed but Not Considered in Preparing The Expert Reports**

Dr. Budnitz reviewed a large number of documents related to "<u>MUF</u>" (Material Unaccounted For"); <u>ID</u> ("Inventory Differences"); <u>safeguards and security</u> at Rocky Flats; and various <u>administrative matters</u> at Rocky Flats, but did not consider any of these documents in the course of preparing the expert reports here about the 903-Area releases and the 1957/1969 fires.

3