**Attachment F**

**Additional Figures Supporting This Report**

**Dr. Robert J. Budnitz**

6/26/01   BLDG. 771   STACK   (ONE #4208E-04)

















1657 FIRE DMG #2565