

1957 FIRE   DOE  #2567





DOE #2570

1957 FIRE



1957 FIRE      DOE #2571





1957 PIKE   DOE # 2573





