COPY

285

VOLUME II

1    UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO

2              - - -

3
MERILYN COOK, et al,        : CIVIL ACTION
4        Plaintiff(s)          No. 90-K-181
                             :
5        vs.                   CONTINUED ORAL
                             : DEPOSITION OF:
6  ROCKWELL INTERNATIONAL
   CORPORATION, a           : ROBERT J. BUDNITZ, Ph.D.
7  Delaware Corporation
        and                 :
8  THE DOW CHEMICAL COMPANY,
   a Delaware Corporation,  :
9        Defendant(s)

10             - - -

11       Friday, April 25, 1997

12             - - -

13  R E P O R T E D   B Y:

14       IRENE BERNSTEIN, Registered Diplomate

15  Reporter and Notary Public of the Commonwealth of

16  Pennsylvania, on the above date, commencing at 8:06

17  a.m., at the law offices of BERGER & MONTAGUE, 6th

18  Floor Conference Room, 1624 Locust Street,

19  Philadelphia, Pennsylvania.

20             - - -

21

22       DelCASALE, CASEY, MARTIN & MANCHELLO
              Registered Professional Reporters
23           Ten Penn Center, Suite 636
                 1801 Market Street
24         Philadelphia, Pennsylvania 19103
                  (215) 568-2211

ROBERT J. BUDNITZ, Ph.D.

1   process which professional architects and
2   engineers go through, which I have not been
3   involved in.
4   Q.    And I think, as you had said in your
5   report, that you are not an expert in radiation
6   protection?
7   A.    Radiation protection narrowly defined,
8   that's correct.  Radiation protection is the
9   discipline that designs, for example, shielding
10  and procedures to assure that occupational workers
11  are within limits.
12          And I'm certainly -- I could answer no,
13  I'm not, that's not my profession.
14  Q.    Okay.  You are also not an epidemiologist by
15  trade, are you?
16  A.    Oh, no.
17  Q.    And you don't claim to be an expert in
18  epidemiology?
19  A.    That's correct, I'm not an epidemiologist.
20  Q.    Have you ever managed a large industrial
21  facility?
22  A.    Yes.
23  Q.    What facility was that, sir?
24  A.    The Lawrence Berkeley Laboratory, which is

ROBERT J. BUDNITZ, Ph.D.

1    one of the Department of Energy's large national

2    laboratories.  I had a twelve-year career.  And

3    the last three years I was an associate director,

4    under the director at the time -- I think there

5    were seven associate directors, each of whom

6    managed a large division.

7            And I managed the largest of those

8    divisions, with several hundred employees, and

9    many millions of dollars, carrying out a wide

10   range of extensive activities in research and

11   engineering development, that covered most of the

12   disciplines involved in, for example, managing an

13   installation like Rocky Flats; ranging from

14   radiation measurements in the environment, to

15   industrial protection, to mechanical engineering,

16   to electrical engineering, to air pollution work

17   and the like.

18           And that -- that lasted from 1975 to

19   1978, when I took a leave from that installation

20   to go to Washington.

21   Q.    Okay.  Now, you didn't manage any large

22   industrial facilities in the 1950's and 1960s, did

23   you, sir?

24   A.    No.  My managerial experience began in the

369

ROBERT J. BUDNITZ, Ph.D.

1   mean by "safety"; but let me ask you --

2   A.      Ah.

3   Q.      -- some questions --

4   A.      Go ahead.

5   Q.      -- and we'll see if I can try to get through

6   the woods here.

7              Does your expertise include the actual

8   methods of disposal of radioactive waste?

9              MR. SORENSEN:  Objection; vague.

10             THE WITNESS:  In part.

11   BY MR. SORENSEN:

12   Q.      How so?

13   A.      Well, usually the ultimate disposal of

14   radioactive waste is done through its burial in

15   the earth.  For lower level radioactive waste, the

16   burial is done in licensed facilities that are

17   shallow end burial.  I have considerable expertise

18   in how that shallow end burial is designed,

19   operated, and regulated.

20             And for the most dangerous and

21   radioactive of the materials, the disposal is to

22   be accomplished -- there isn't any yet -- by

23   burial deep, deep underneath the ground, in what

24   are called geological repositories, in which the

370

ROBERT J. BUDNITZ, Ph.D.

1    most important two in the United States are the

2    WIPP, W-I-P-P, facility in New Mexico, on which I

3    have worked for the last decade; and the Yucca

4    Mountain facility in Nevada, on which I am

5    currently working.

6            On the low level side I have been

7    involved for the last decade in an effort, as part

8    of an industry consortium in California, to see

9    through the development of a low level waste

10   burial ground in California.

11           I've been an active participant in

12   that process, in the -- through an industry

13   association on which I sit on the board.  It's

14   called the California Radioactive Materials

15   Management Forum.  I have been a board member for

16   about a decade.

17           On the -- on the development of

18   regulations, the regulations that govern those

19   facilities are Part 61 of Title 10 of the Code of

20   Federal Regulations -- it's a Nuclear Regulatory

21   Commission regulation, whose provisions I'm

22   conversant with.

23           And that was under active development

24   during the time that I was a senior officer on the

371

ROBERT J. BUDNITZ, Ph.D.

1    NRC staff.  And there was a branch of technical

2    experts working under my direction there, who were

3    at that time developing the technical basis for

4    those regulations and their improvement.

5              So in low level waste, I have

6    expertise on how the regulations were developed;

7    and I have expertise over the last ten years in

8    the -- the only attempt in the United States to

9    date to actually build a new low level waste

10   burial ground in California, and I've been deeply

11   involved in that process.

12             On the high level side, there's only

13   two repositories:  One is at WIPP, it's dug,

14   waiting for a license; the EPA is now going

15   through a license application; and I served for, I

16   believe, nine years as a member of the senior

17   technical review group for the Sandia, S-a-n-d-i-a,

18   Sandia Laboratories project to develop the analysis

19   to show that it would be safe.

20             On Yucca Mountain, I guess I mentioned

21   already earlier today my involvement there with a

22   performance assessment.

23   Q.    Dr. Budnitz, when was your first substantial

24   involvement with any waste management, hazardous

380

ROBERT J. BUDNITZ, Ph.D.

1    And there's some stuff in between, which I could

2    dwell on if you wish.

3    Q.    Let me go back to my initial question and

4    state it a little differently.

5    A.    I was answering it, I thought?

6    Q.    When did you first hold yourself out as an

7    expert in radioactive and hazardous waste

8    management?

9              MR. SORENSEN:  Objection, vague.  What

10             context?  Litigation, other context?

11             THE WITNESS:  Gee.  I, to this day,

12             don't hold myself out.  I don't think that's

13             a term I would use.

14             MR. TULLY:  Right.

15             THE WITNESS:  I believe that I am

16             recognized throughout the world as an

17             expert.  And the most recent affirmation of

18             that would be -- although, by no means, the

19             only -- that four years ago the National

20             Academy of Sciences was asked by the

21             government to put together and assemble a

22             special committee on this subject.  And I

23             was honored to be asked to be its chair.

24             I don't hold myself out, but I believe

381

ROBERT J. BUDNITZ, Ph.D.

1    I'm recognized.

2         The committee is called the Committee

3    on the Remediation of Buried and Tank

4    Waste.

5         And after a three-year term as its

6    chairman -- the chairmanship is a three-year

7    thing -- I rotated off.  And there is now a

8    new chairman of that committee, although I

9    was its first chairman and so designated.

10        So I -- without arguing about holding

11   myself out.

12        The company that called me up in

13   eighty-one to do that consulting evaluation

14   of incinerators, was not solicited by me.  I

15   got a call on the phone.

16        So my expertise in 1981 must have been

17   sufficient that -- the International Atomic

18   Energy Agency in 1982, eighty-three,

19   whatever it was, in that transportation

20   thing, I didn't hold myself, they called me

21   up.  They literally called me up from

22   Vienna, and asked me to do this.  So they

23   must have known about me.

24        I believe my reputation exists,

384

ROBERT J. BUDNITZ, Ph.D.

1         THE WITNESS:  That doesn't sound like a

2        question that I could answer, even with an

3        extensive discourse.

4         But I did say that surely by the late

5        Seventies, when I was for a year the

6        director of research at the Nuclear

7        Regulatory Commission, and therefore the

8        senior officer employed in doing research

9        on waste activities, among others; I was by

10       then internationally recognized, and surely

11       by then.

12        But it could easily have been before,

13       because I had done a collection of other

14       things that were widely disseminated in the

15       open literature and in conference

16       proceedings and the like, going back to the

17       early and middle Seventies.

18  BY MR. TULLY:

19  Q.   Dr. Budnitz, are there any professional

20  societies in the area of hazardous or radioactive

21  waste management?

22  A.   The principal society that is involved in

23  those activities is the American Nuclear Society,

24  which has -- which -- in the United States.  There

385

ROBERT J. BUDNITZ, Ph.D.

1    are comparable nuclear societies around the world.

2    I am a member of the American Nuclear Society.

3              In fact, there's a division, called

4    the division -- it's called the Nuclear

5    Installations Safety Division.  I want to get that

6    right, because it just changed name.  It used to

7    be -- the Nuclear Installations Safety Division of

8    the society, which organizes sessions in that

9    area, Nuclear Installation Safety Division.

10             And I was honored to have been

11   elected, in a contested election, as the chair of

12   that.  And I will take office in that chairmanship

13   in June for a year's term.  For the preceding year

14   right now I've been the vice chair.  You get

15   elected vice chair, and then you become chair.

16             And I believe that the ANS would be

17   the principal professional society in the United

18   States involved with radioactive waste safety and

19   management.

20   Q.    When did you become a member of the American

21   Nuclear Society?

22   A.    I'm not sure.  A long time ago.

23   Q.    Can you give me a ballpark figure?

24   A.    It's hard.  Twenty years ago?

ROBERT J. BUDNITZ, Ph.D.

1   did, just the names of the facilities and --

2   A.    Well --

3   Q.    -- the times in which you evaluated their

4   waste management programs?

5   A.    Well, the obvious example is the Three Mile

6   Island, which is a facility that produced

7   electricity.  And where, in the course of that

8   investigation, the question of the waste there was

9   a central piece of what was to be understood.

10  Q.    Okay.  Any others?

11  A.    That's an easy -- that's an easy answer.

12  And certainly that was also an important element

13  of the investigation I was involved in at

14  Chernobyl, of course.  Chernobyl is in the

15  Ukraine.

16         Those are two very important and

17  prominent problems in waste.

18  Q.    Any other facilities whose waste management

19  programs you have previously evaluated?

20         MR. SORENSEN:  Production facilities?

21  You just changed your question.

22         MR. TULLY:  Production facilities.

23         THE WITNESS:  Yes.  The Hanford

24  reservation in Eastern Washington is the

391

ROBERT J. BUDNITZ, Ph.D.

1    site of the largest collection of

2    radioactive fishing products in the United

3    States, in tanks.  And I have been involved

4    through the National Academy Committee that

5    I chaired in an evaluation of their waste

6    management practices over the last three

7    years; and the reports listed in my resume

8    here about those practices are an obvious

9    example of this and, by the way, critical

10   of Hanford and very widely admired, I'm

11   proud to say, by people both here and

12   abroad.

13       I've been involved with understanding

14   the waste at Savannah River site in South

15   Carolina, another one of the large DOE

16   sites.  And it was, of course, a production

17   site.  They made tritium and plutonium, as

18   weapons components for fifty years,

19   starting shortly after the Second World War

20   until they finally ceased in the early

21   Nineties.

22       And my involvement there was that the

23   most dangerous situation at Savannah River

24   at the moment is a collection of large

392

ROBERT J. BUDNITZ, Ph.D.

1    radioactive tanks that are in the process

2    of being emptied over the next decade, and

3    their contents being turned into a glass,

4    vitrified glass.

5         And the Savannah River site was

6    concerned about whether, in the intervening

7    period, an accident might arise that would

8    compromise the safety of those.  They did a

9    preliminary analysis, which showed that

10   earthquakes were one of the most important

11   threats.

12        They put together an expert panel,

13   which I chaired, five of us, which performed

14   that evaluation for the Savannah River

15   site, and reported to them on the status of

16   the method they were using then to assure

17   that the site was being managed, that the

18   wastes in that site were being managed

19   properly, in -- in regards to the seismic

20   threat which they faced.

21        Because the problem was that the tanks

22   had been designed and built, some of them

23   in the Fifties, and most of them in the

24   Sixties, using design standards which are

393

ROBERT J. BUDNITZ, Ph.D.

1        now understood to be out of date.  And the

2        question arose as to whether they were

3        still adequate.

4              And I chaired that.  So I suppose that

5        I've had involvement there as well in

6        management, in evaluation of the management

7        practices of Savannah River -- by the way,

8        one of the other very big sites.

9              So far we have Hanford and Savannah

10        River.

11              Golly, how far do you want me to go?

12   BY MR. TULLY:

13   Q.    Well, I've got four on my list.  Any

14   others?

15              MR. SORENSEN:  Give a complete answer.

16              THE WITNESS:  I --

17   BY MR. TULLY:

18   Q.    And I'm asking you for facilities,

19   production facilities where you have, yourself --

20   A.    Well --

21   Q.    -- done an assessment, an evaluation,

22   appraisal, audit, of the waste management --

23   A.    Management practices.

24   Q.    -- practices --

394

ROBERT J. BUDNITZ, Ph.D.

1    A.      Yeah.

2    Q.      -- or programs?

3    A.      Of course, you realize that since

4    managements and programs are very broad, sometimes

5    my involvement would be with an element, rather

6    than the entire.

7    Q.      Sure.

8    A.      But, for example, Savannah River, it was

9    seismic, but it turns out that seismic is the most

10   important thing they had as an issue for safety

11   management.

12           Just --

13           MR. SORENSEN:  If you want to look at

14       your resume.

15           THE WITNESS:  Yeah, I'll look at my

16       resume after I -- excuse me for talking to

17       myself.  I'm going around the world.

18           I was a member of a National Academy

19       of Sciences committee that was evaluating

20       options for disposing of excess plutonium

21       that is at the present time coming out of

22       nuclear weapons both in the United States

23       and in Russia, as we disarm our very large

24       weapons stockpiles to smaller numbers.

ROBERT J. BUDNITZ, Ph.D.

1       And in the course of that panel work,

2    I performed an evaluation of the facility

3    in West Valley, New York, which is the --

4    which is one of the facilities where

5    important high level radioactive waste is

6    currently being stored and processed, to

7    ascertain whether, in the course of their

8    disposing of that waste, liquid waste from

9    an old, shutdown nuclear commercial fuel

10   reprocessing plant, whether that facility

11   would be able to accommodate the management

12   of some weapons plutonium along with its

13   management of the existing radioactive

14   waste that they were in the process of

15   handling.

16       And in the course of that, I had to

17   evaluate whether that facility's operations

18   were adequate or successful, and then turn

19   to whether the weapons plutonium part, if

20   it were introduced there, could be

21   accommodated.

22       That is a section of a  National

23   Academy report which is in my citation

24   list.

396

ROBERT J. BUDNITZ, Ph.D.

1          Now, let's turn to Niagara Falls.

2     During the Second World War, the United

3     States received the uranium that went into

4     the war effort that made the bombs at

5     Hiroshima and Nagasaki.

6          And from the Belgium Congo they

7     received a shipment of very high

8     concentration radioactive ores, which was

9     then processed in St. Louis, purified the

10    uranium that went to then make the bombs.

11    Some of it went to fuel the reactors at

12    Hanford which made the Hiroshima bomb; and

13    some of them went to make the enriched

14    uranium that went into making the Nagasaki

15    bomb.

16         The residue from the St. Louis

17    processing was, shortly after the war,

18    shipped to Niagara Falls, New York; where

19    it was kept in secured, above-ground

20    storage, for a few years.  Then it was

21    buried, under a landfill type burial --

22    several feet underground, and has been

23    there ever since in this site.

24         But the design for that landfill, when

ROBERT J. BUDNITZ, Ph.D.

1    it was accomplished fifteen years ago, was

2    said to be for thirty years. Time was

3    running along. The state of New York asked

4    the National Academy of Sciences, through a

5    congressman, to do an evaluation of what

6    they ought to do next.

7    And that report also is in my resume.

8    And the committee that I chaired at the

9    National Academy of Sciences performed an

10    evaluation of the current status of that

11    high level -- and it's very high level

12    waste -- sitting there in Niagara Falls,

13    and concluded that the current waste

14    management practices were adequate for the

15    next ten or fifteen years, but surely would

16    not be adequate for a very long time, and

17    urged the government to intervene before

18    rather than after trouble began, to provide

19    a more secure management situation for that

20    high level waste.

21    Now, just to tell you what it is, it's

22    mostly very dangerous radium which was

23    extracted from the uranium ore. It is, in

24    fact, the largest single concentration of

398

ROBERT J. BUDNITZ, Ph.D.

1          radium on the face of the earth.  And to

2          tell you how dangerous it is, were the five

3          feet of earth --

4    BY MR. TULLY:

5    Q.    Dr. Budnitz, I hate to interrupt you.  But

6    we're on a limited time schedule today.

7    A.    You asked me a question.

8    Q.    I simply asked you to list the facilities.

9    A.    So that's a facility where the evaluation of

10   the current waste management practices revealed

11   they were adequate, but said they wouldn't be for

12   long.

13          Hey, counsel, I do this for a living.

14   There's a very long list.

15          MR. SORENSEN:  He asked for a list.

16   BY MR. TULLY:

17   Q.    I just asked you for the list, Dr. Budnitz,

18   not for an explanation as to how dangerous --

19   A.    I apologize.

20   Q.    -- radium is.

21   A.    I apologize.

22   Q.    And I hate to interrupt you, sir.

23   A.    I understand.

24   Q.    But we do have a limited time frame today,

399

ROBERT J. BUDNITZ, Ph.D.

1    if you want to make your plane today.

2    A.    I accept your criticism.

3              I was involved in an analysis of

4    building 707 at Rocky Flats in 1971, which was a

5    revisitation of the safety analysis report that

6    Rockwell had done in 1985, which was the subject of

7    an extensive interrogation, question and answers,

8    just yesterday in this same deposition by your

9    colleague.

10             MR. SORENSEN:  I believe you misspoke

11        the date.  You said "1971".

12             THE WITNESS:  Did I say "1971"?  I

13        meant 1991, excuse me.  It was -- it was

14        definitely 1991.  Which we discussed.  And

15        that was -- that was Rocky Flats.

16             So --

17   BY MR. TULLY:

18   Q.    Now, I hazard to ask you this question

19   because --

20             MR. SORENSEN:  Are you interrupting

21        him?  He's giving a list.

22             MR. TULLY:  Okay.

23             THE WITNESS:  Let me go on.

24

400

ROBERT J. BUDNITZ, Ph.D.

1  BY MR. TULLY:

2  Q.     Okay.  Well, go on, please.  Now, these are

3  -- I'm sorry, I want to be clear, because I think

4  we're careening off into a different area.  If not,

5  I want to stop and ask you what you mean.  Because

6  I asked you what facilities --

7  A.     And I said --

8  Q.     -- have you evaluated the waste management

9  practices of?

10  A.     Well, the --

11         MR. SORENSEN:  Wait-- hold on a

12         second.

13         You said "production facilities".  He

14         was giving you a list.

15         THE WITNESS:  Well, Rocky Flats,

16         Building 707, is right at the core of this.

17  BY MR. TULLY:

18  Q.     All right.  199 -- fine.  I just wanted to

19  make sure that --

20  A.     The issue there was that if the building

21  were to fall down in an earthquake, the safe

22  management of radioactive wastes in building 707

23  would be a problem.  And I was involved in that

24  particular aspect of that evaluation.

401

ROBERT J. BUDNITZ, Ph.D.

1    Q.     Okay.  Any others?  Just names of the

2    facilities?

3    A.     I'm trying to decide whether to be narrow

4    or expansive in defining what a facility is.

5    Q.     I'll tell you what, why don't we move on.

6    And if you think of any others, feel free to let me

7    know.

8    A.     The list is not complete.  If you want to

9    move on --

10   Q.     All right.

11   A.     I'm just -- so far I've only gotten back

12   about seven or eight years.

13   Q.     If you think of any others --

14   A.     But I mentioned a few already before that.

15          MR. SORENSEN:  Wait a second.  You

16          said "if you think of any others".  If you

17          want him to take the time now to focus on

18          that question --

19          THE WITNESS:  Yes.

20          MR. SORENSEN:  -- fine.

21          MR. TULLY:  I do not.

22          MR. SORENSEN:  If you want to move on,

23          fine.  But--

24          THE WITNESS:  Okay.

ROBERT J. BUDNITZ, Ph.D.

1    characterize what I wrote in that way, you

2    can.  But I'm not sure I would exactly

3    characterize it with those words.

4         But go ahead.  You can finish your

5    question.  I believe that that's an aspect

6    of what I have done.  Although I probably

7    wouldn't have used those words.

8         I'm very chary about answering "yes" to

9    a question about, where you've characterized

10   something that I've done with your words;

11   because it would -- it may leave the

12   impression that it's all I did, or that the

13   tone you gave is what I did.

14        And so I -- I would say "yes", but with

15   the caveat that go on with whatever you're

16   going towards with that question, because my

17   report speaks for itself.

18  BY MR. TULLY:

19  Q.    Against what objective criteria did you

20  judge the waste management practices in effect at

21  Rocky Flats during the 1950s and 1960s?

22             MR. SORENSEN:  Objection; vague,

23        foundation.

24             THE WITNESS:  Well, that's going to

409

ROBERT J. BUDNITZ, Ph.D.

1    take a very long answer.  And if you want

2    it I --

3         MR. TULLY:  I do want it.

4         THE WITNESS:  One objective figure of

5    merit is comparable practice at facilities

6    similar, although not identical, to Rocky

7    Flats in the contemporaneous period,

8    involving a whole host of activities under

9    the umbrella of radioactive waste management

10    practice.

11  BY MR. TULLY:

12  Q.   Okay.  What comparables did you use in

13  reaching your judgments in this case?

14         MR. SORENSEN:  Wait a minute.  You're

15    now interrupting him.  He was about to

16    continue his answer.

17         THE WITNESS:  So I said that would be

18    one.

19         A second would be applicable legal

20    standards and regulations.

21         A third would be applicable standard

22    industrial codes.

23         A fourth would be standard elements of

24    facility management, which are recognized

410

ROBERT J. BUDNITZ, Ph.D.

1      as being widely applicable, far beyond the

2      radioactive waste arena, as acceptable or

3      unacceptable, in terms of the exercise of

4      managerial responsibilities for safety.

5          Another would be the exercise of

6      appropriate care in the handling of

7      radioactive materials, separate from

8      whether such handling was covered in

9      detail, such elements of handling were

10     covered in detail by a written standard or

11     -- or a regulation.

12         Another would be the organization of

13     an installation to assure the proper

14     uncovering and reporting through management

15     of concerns.

16  BY MR. TULLY:

17  Q.  I don't understand what you mean by that.

18  A.  Well --

19         MR. SORENSEN:  Again, you're

20     interrupting the witness.

21         THE WITNESS:  I understand, so I can

22     say a little more for the next one.

23         What I mean by that is in any complex

24     organization -- even in a small one, but

411

ROBERT J. BUDNITZ, Ph.D.

1    more so in a complex organization -- there

2    needs to be a mechanism in place whereby

3    safety concerns and environmental concerns,

4    that are observed by individuals in the

5    ranks, are aired rather than suppressed,

6    and called to the attention as appropriate

7    to different levels of management; and if

8    they're very important, to the senior levels

9    of management.

10       So that there is a -- a culture that

11   encourages such intercourse and a

12   confidence on the part of individuals

13   within the organization, that concerns will

14   be appropriately dealt with as needed by

15   senior management.

16       And such a standard is judgmental in

17   part; but can be, of course, I believe,

18   evaluated through contemporaneous

19   documentary evidence.

20       Another area would be measurement.

21   Any waste management activity involving

22   radiation requires the continuing support of

23   measurement -- of activities to measure the

24   waste, and areas around the waste, to assure

ROBERT J. BUDNITZ, Ph.D.

1          that any migration or other untoward,

2          undesired events are measured.

3                And an objective standard would be

4          whether the activity was managed in a way

5          that was adequate for that; and, equally

6          important, that it was comparable to the

7          state of the art elsewhere, and was

8          following state of the art practices as

9          they existed at the time.

10               It would be, of course, totally unfair

11         to expect people in any prior year to

12         follow practices only developed since.

13               But that includes, as a central

14         element, the issue of quality control and

15         quality assurance; which has been a

16         backbone hallmark of the Atomic Energy

17         Commission's work in all of its

18         installations from the late Forties until

19         today.

20               And which is -- for example, in the

21         measurement arena, embedded in methodology

22         guides that go back -- well, there's one I

23         know that at least goes back to the

24         Fifties, which would certainly apply as an

413

ROBERT J. BUDNITZ, Ph.D.

1    example of state of the art practice.

2         Another -- this list is extensive, and

3    I am not sure it'll be all-inclusive.  I'm

4    not even making notes about what I've just

5    said, to see.  I'm speaking rather than

6    making notes.

7         Another would be whether the facilities

8    saw to it that appropriate equipment was

9    available and in use, and had the resources

10   to be maintained in support of the

11   measurement mission I just mentioned.

12        Another would be whether the

13   professionals working in the waste

14   management areas -- and there are several

15   different areas involved -- are encouraged

16   to maintain their professional competence

17   through being able to attend national and

18   international meetings, being able to

19   publish in journals, being able to interact

20   with colleagues, and to remain up to date;

21   and, in fact, to improve the state of the

22   art as they need to.

23        So there's a long list of criteria.

24   None of them is black and white.  Each has

414

ROBERT J. BUDNITZ, Ph.D.

1    judgments as well as objective elements

2    involved in its evaluation.  And I'm not

3    even sure I have the whole list.

4         And taken together, they allow an

5    evaluation by people familiar with these

6    areas, to evaluate whether the practices

7    are best in the world, or terrible, or

8    anything in between.

9         There is, of course, a good deal of

10   judgment in all of those rankings.  But,

11   nevertheless, it is generally understood

12   that objective, outside evaluators, while

13   they sometimes differ, usually have a

14   pretty good concurrence about the validity

15   of their evaluations from one to the next.

16        Having been involved in numerous such

17   evaluations, a whole lot of different things

18   over the years, I can tell you that there's

19   very little in the way of important

20   disagreement amongst evaluators.  There's

21   usually broad concurrence of what's seen and

22   found.

23        Another crucial, objective measure

24   would be the actual radioactive releases, if

561

ROBERT J. BUDNITZ, Ph.D.

1        THE WITNESS:  I'm not sure until you

2    give me some more explicit reference.  The

3    Hanford studies in the late Forties, about

4    the transport through ground of --

5        MR. TULLY:  Plutonium.

6        MR. SORENSEN:  Objection; vague.

7        THE WITNESS:  I'm not sure.  I'm -- I

8    think -- I would have to know exactly what

9    the references were, to remind myself

10   whether I had read them.

11       I know that work to understand

12   plutonium in the environment was going on at

13   that early time at several installations

14   around the AEC complex.

15 BY MR. TULLY:

16 Q.    Dr. Budnitz, once the drums in the barrel

17 storage area were leaking, what's the standard

18 industry practice for dealing with them, in the

19 1960s?  If there was one?

20       MR. SORENSEN:  Objection; vague,

21   foundation.

22       Can you read that question back,

23   please?

24       THE WITNESS:  No, I --

562

ROBERT J. BUDNITZ, Ph.D.

1                    - - -

2          (The reporter repeated the pending

3     question.)

4                    - - -

5          THE WITNESS:   I'm not sure I can answer

6     the question as posed.

7          There are any number of responsible

8     actions that a responsible operating entity

9     could take:   One could redrum into intact

10    drums.   One could put a, what I'll call a

11    catcher underneath, so as to catch the

12    leakage, so it wouldn't go to the soil but

13    into something that would then retain it so

14    that it would not be released into the

15    environment.

16         One could modify the chemical

17    composition to decrease the corrosion.   One

18    could place the drums in an

19    indoor-controlled environment rather than an

20    outdoor uncontrolled weather environment, to

21    reduce further effects.

22         And one could surely have isolated the

23    leaking drums as they occurred from intact

24    ones, so as to prevent a well-known

ROBERT J. BUDNITZ, Ph.D.

1    phenomenon, which is the corrosion tends to

2    spread from the corroded to uncorroded

3    similar objects.

4         The fact is that any one or more of

5    those activities, had it occurred, would

6    have, in my view, been judged an acceptable

7    managerial response to the observed

8    corrosion and leakage.

9         And if you want to know what the

10   standard is, the standard is that competent

11   management would have seen to it that some

12   combination of those activities -- one or

13   more -- would have put a stop to the

14   incipient and continuing corrosion and

15   leakage.

16        MR. TULLY:  I may be --

17        THE WITNESS:  I believe that's the

18   standard to which -- to which this activity

19   should be held.

20        And I also want to say that -- without

21   arguing about where that might have been

22   written down -- I believe that that's in

23   the character of the sort of objective

24   standard that I spoke of this morning, as

564

ROBERT J. BUDNITZ, Ph.D.

1          the type of objective evaluation that one

2          can do.

3    BY MR. TULLY:

4    Q.      Okay.  And as you pointed out, those were

5    not written down anywhere in the 1960s, "this is

6    what you do if you've got leaking drums"?

7    A.      Look, look.  I haven't procedures in my

8    house for all the things you do when things

9    happen.  But I've got to tell you, when we spill --

10   when we break a glass on the dining room floor, we

11   don't have a procedure, we pick it up, so the kids

12   don't step on it.

13          When we spill detergent on the kitchen

14   table, we don't have a procedure.  We clean it up.

15          I don't think that the absence of a

16   procedure -- and I doubt that there was such a

17   procedure -- is an adequate, in fact, any, any

18   possible rationale for the lack of the sensible

19   set of activities that I mentioned.

20          I believe that not only was there not

21   such a written procedure; but I couldn't imagine

22   that the Atomic Energy Commission or anybody else

23   would have written a procedure that says, "now,

24   when the drums leak, you've got to do one, two,

565

ROBERT J. BUDNITZ, Ph.D.

1   three, four, five, six, or seven, or a

2   combination".

3                 It's not something that even in 1997 I

4   believe would ever be written down anywhere.   It's

5   common sense.   It is normal adequate safety

6   management practice.   It is the thing that the

7   Atomic Energy Commission expected, and had a right

8   to expect when it hired what it thought was a

9   world-class chemical company to run a complex

10  operation like Rocky Flats.

11                The world-class chemical company that

12  the AEC thought it was hiring, continued to allow

13  the leakage of those barrels into the soil for

14  several years after the first leakage was

15  observed.

16                And the monitoring reports reveal that

17  with each successive report, further leakage and

18  further contamination was occurring.   Therefore,

19  it wasn't as if there should have been some lack

20  of knowledge.

21                The standard that I would apply is, as

22  I've said, and I believe that the Dow Rocky Flats

23  management and operation fails that common sense,

24  normal safety management standard; and it fails it

566

ROBERT J. BUDNITZ, Ph.D.

1   with the opposite of flying colors.

2            The practices observed are so far

3   beyond the normal expected care and diligence with

4   which normal chemical operations occur throughout

5   the world, and did then, as to appall me.

6   Q.    These steps were obvious to anyone, weren't

7   they, Dr. Budnitz?

8   A.    I believe that they are obvious today.

9   They should have been obvious -- I'm not sure

10  which of them -- there's a combination, you don't

11  have to do them all, but you have to do something.

12           The fact that they were not undertaken

13  is, on its face, the proof of the pudding.  The

14  fact that the barrels continued to leak, the

15  corrosion continued to spread, that radioactivity

16  continued to go from contained barrels to

17  uncontained soil, is itself, on its face, a waste

18  management practice for which I would use the word

19  appalling or appalled; and reveals to me a lapse of

20  serious and major proportions.

21  Q.    Let me ask you, are you giving an opinion

22  in this case, Dr. Budnitz, as to waste management

23  practices compared against industry standards?  Or

24  are you giving an opinion as to management

567

ROBERT J. BUDNITZ, Ph.D.

1    attitudes?

2           MR. SORENSEN:  Objection.  Compound.

3           THE WITNESS:  That's --

4           MR. SORENSEN:  Mischaracterizes his

5       testimony.

6           THE WITNESS:  That's a -- that's a

7       dichotomy that I think is a false one.

8           It's hard to understand attitudes.

9       But -- although I have tried to characterize

10      what I saw as being inadequate.

11          It is my opinion that the outcome is

12      unacceptable on its face in a gross way.

13      And that any normal lay person, who was

14      told that this sequence of events happened

15      in the way that it happened, would arrive

16      at the same judgment as I.

17          I believe juries, comprised of lay

18      people; I believe that normal, less

19      technically-educated people than I, when

20      shown this, would conclude, as I have, that

21      a managerial situation that allowed this

22      sequence of events to continue for so many

23      years was a gross management lapse.

24          And that to pose it as am I talking

568

ROBERT J. BUDNITZ, Ph.D.

1          about management attitude, as compared to

2          something else, is to pose an either/or

3          that is just focusing on the wrong

4          question.

5    BY MR. TULLY:

6    Q.    Let me go back and ask you about some of

7    the steps that you think would have rectified this

8    whole situation.

9          Now, one was redrumming.  Now, of

10   course, redrumming barrels that were already

11   leaking posed a health physics risk to the people

12   who would be transferring the contents from one

13   drum to another, wouldn't it?  Or at least that's a

14   factor you would have to take into account.

15         MR. SORENSEN:  Objection.  Compound

16         several times over.

17         THE WITNESS:  It's a fair comment.

18         There is no radiological activity, in terms

19         of handling materials, that doesn't pose

20         some risk to the workers if problems arise.

21         However, I don't think it's too hard

22         to understand that the principal activity

23         in those drums was Alpha.  And that the

24         Alpha is very easy to protect against in

571

ROBERT J. BUDNITZ, Ph.D.

1    were not effected when the drums were eventually

2    removed in 1968.

3                And what I would like to know is what

4    were the objective criteria in existence in 1968

5    for these proper safeguards for removing leaking

6    drums?

7    A.      Well --

8    Q.      From an outside storage facility?

9    A.      -- the word "objective criterion" has to be

10   understood better.

11               The philosophy of radiation protection

12   has, from its inception, included the principle to

13   keep radiation exposures and impacts as low as

14   reasonably achievable, as low as reasonably

15   achievable.

16               And that then places a burden on every

17   operator who has control over radioactive materials

18   to undertake activities or not, with the objective

19   in mind of reducing such exposures and releases in

20   that manner.

21               The activities in 1968 and sixty-nine

22   should be judged against an alara, a-l-a-r-a,

23   notion, as well as what I would consider the more

24   common sense acceptable practice that the

572

ROBERT J. BUDNITZ, Ph.D.

1   industrial managers would routinely take in areas

2   involving hazards and safety.

3            The fact is that the objective

4   criterion that you would use would be whether

5   easily-implemented measures, readily available

6   and known, and inexpensive, were or were not

7   brought to bear to reduce the radiological impacts,

8   and radiological emissions, and radiation doses,

9   in the philosophy of alara, which is to try to do

10  as well as reasonably.

11           And I believe again, that the standard

12  to use is whether there were readily available

13  things, inexpensive as I believe, that were not

14  done.  And it is on that count that I score the

15  Dow managerial competence in waste handling to be

16  poor -- as well as other reasons.  But that is,

17  it's on that count.

18           So to use the word "objective

19  criterion", I don't think that there was a written

20  procedure that AEC wrote, that told them how to

21  move drums, or how to grade contaminated soil.

22           I do believe that the Atomic Energy

23  Commission hired Dow with the incorrect

24  supposition -- it later turned out to be

599

ROBERT J. BUDNITZ, Ph.D.

1       more.

2              At the end is a "to summarize".

3              MR. TULLY:  Right.

4              THE WITNESS:  It's my words, my words,

5       nobody else's words.

6              Turn to 4.2, at the end of page

7       twenty-two.

8              MR. TULLY:  Um-hmm.

9              THE WITNESS:  Two paragraphs, "to

10      summarize".  My words.  That is my

11      professional evaluation of the issue -- 4.2

12      is "building construction and materials".

13             And so there are ten such, where,

14      having produced documentary and

15      contemporaneous reports, and so on, I reach

16      my conclusion.

17             And to characterize the report as

18      predominantly that of others is incorrect.

19      These citations support my conclusions,

20      which are in each section -- it goes down

21      to 4.7, 4.8, 4.9, 4.10; and  then at the end

22      is an overall evaluation, which is my expert

23      evaluation, I believe it starts on page

24      thirty-six, and it goes on for some time

600

ROBERT J. BUDNITZ, Ph.D.

1      thereafter.

2              I'm just trying to be careful that I --

3      my report couldn't be characterized as

4      merely a compilation.  I made the

5      compilation to support my evaluation.  And

6      the citations are here, in order that the

7      reader can easily see the support

8      completely.

9  BY MR. TULLY:

10  Q.     Okay.  I think you took us to page

11  thirty-six and page thirty-seven.  I'd like to

12  draw your attention to the second complete

13  paragraph on page thirty-seven, the first

14  sentence.  "My conclusions in this matter are not

15  mine alone.  As the collection of quotations above

16  shows, this opinion was shared by a large number of

17  others who wrote contemporaneous evaluations".

18              That's something that you wrote,

19  correct, Dr. Budnitz?

20  A.     I have written that.

21  Q.     Okay.  And regardless of the source of

22  where your opinions come from, and your

23  conclusions, the fact is those were the reported

24  conclusions back in 1969, weren't they, 1970?

619

ROBERT J. BUDNITZ, Ph.D.

1          And I believe this is well supported

2    by the supporting -- my conclusion is well

3    supported by these, by these findings.

4    Q.     Dr. Budnitz, have you ever designed, built,

5    or tested a glovebox?

6    A.     Have I ever designed, built, or tested a

7    glovebox?

8    Q.     Yes, sir.

9    A.     No.

10   Q.     Have you ever tested any glovebox materials

11   in the laboratory setting?  Their fire -- I'm

12   sorry, their flammability?

13   A.     No; although I have studied the tests done

14   by others about flammability.

15   Q.     Did you ever do any -- did you ever

16   personally do any flammability tests of Plexiglas

17   or Benelex?

18   A.     No, I don't know anybody that has, except

19   the original citations going way back.

20   Q.     All right.

21   A.     But I do understand their flammability

22   properties; which is, of course, important, on its

23   face, separate from having done the original

24   tests.

620

ROBERT J. BUDNITZ, Ph.D.

1   Q.      Have you ever been the member of a fire
2   department?
3   A.      No, sir.  Although I have fought fires as a
4   volunteer, being hooked in in a volunteer fire
5   situation.
6   Q.      Can you describe for me, sir, briefly what
7   is your firefighting training?
8   A.      Firefighting training?
9   Q.      Yes.
10  A.      Oh, I don't have any firefighting training.
11  Q.      What is your training in fire protection,
12  fire prevention?
13  A.      Ah -- glad, you asked.  We finally came to a
14  question that I can answer with a "yes".
15  Q.      So you can't answer that one with a "yes"?
16  A.      Yes, of course.
17  Q.      I asked you what it was.
18  A.      What is my credentials in that area.
19  Q.      No, I said what is your training in fire
20  prevention?
21  A.      Can you read the question back?  I'll
22  answer your question.
23                      -  -  -
24              (The reporter repeated the pending

ROBERT J. BUDNITZ, Ph.D.

1    question, as follows:

2         "Q.   What is your training in fire

3         protection, fire prevention?")

4              - - -

5         THE WITNESS:   Ah.   I have extensive

6         experience  and important credentials in

7         fire prevention.   The -- the experience is

8         in nuclear facilities, although not Rocky

9         Flats.

10        And I want to insist that although

11        nuclear facilities are all different, one

12        from the other, the rules, regulations,

13        philosophies, and approaches, are very

14        similar; because nearly everybody begins

15        with the underlying fire codes that are

16        prevalent nationally.

17        And my experience is as follows.

18        Beginning in the -- I could -- I have

19        experience in 1978 through 1980, when the

20        Nuclear Regulatory Commission, at which I

21        was a senior officer, was developing fire

22        regulations to improve the safety of

23        nuclear plants.   And I'll come back to that

24        in a minute, but I'm going to say the more

622

ROBERT J. BUDNITZ, Ph.D.

1    recent.

2        Beginning in 1987, the Nuclear

3    Regulatory Commission began a program that

4    ultimately ended up asking every operating

5    nuclear power reactor to reevaluate the fire

6    safety of their facility, using modern

7    safety analysis methods.

8        In order to make that evaluation

9    consistent from one plant to the next,

10   guidance was developed about how to do those

11   analyses so that all hundred and ten would

12   use similar methods.

13       I was the NRC staff's principal

14   consultant in developing the guidance for

15   those methods; which have, in the

16   intervening years, been used by all hundred

17   and ten nuclear plants in a reevaluation of

18   their fire safety.

19       I have been involved in, or in a

20   review capacity, in ten or more nuclear

21   power plant evaluations for that kind, using

22   the methodology that I have been -- that I

23   have participated in reviewing and have

24   overseen.

623

ROBERT J. BUDNITZ, Ph.D.

1          And at the very moment, the Nuclear

2      Regulatory Commission is performing an

3      evaluation of the lessons learned from

4      those hundred and ten -- from the hundred

5      and ten evaluations that were done at a

6      hundred and ten plants.

7          And a report that is drawing the

8      lessons learned from those evaluations, and

9      evaluating, therefore, the fire adequacy of

10     the nuclear commercial industry, is under

11     development, and I'm going to be one of its

12     principal authors.

13         I attended a meeting last -- a week

14     ago today at NRC on that subject.

15         I have other credentials, if you'd

16     like; or if you want to use the time for

17     something else.

18         I believe that it is easy to

19     demonstrate that I have extensive training

20     in how one goes about evaluating the fire

21     safety adequacy of a nuclear facility like

22     this; although, by the way, they're all

23     different in detail.

24  BY MR. TULLY:

625

ROBERT J. BUDNITZ, Ph.D.

1      record is clear you're deciding to use the

2      time another way.  That's --

3              MR. TULLY:  I have much less time to

4      use, thanks to you, sir.  I think that the

5      record is clear I'm moving on when I ask

6      another question.  And I don't know what the

7      objection is.

8              MR. SORENSEN:  The objection is that --

9  BY MR. TULLY:

10  Q.     Dr. Budnitz, could you please answer the

11  question?

12              MR. SORENSEN:  Can you read --

13              MR. TULLY:  I am moving on.

14              MR. SORENSEN:  All right.  Could you

15      read the question back?

16              THE WITNESS:  The answer is no.  I

17      understand the question.  As cited.

18          However, I have evaluated such

19      programs in my career; and have thereby

20      understood how they are established when

21      they're competent, and where certain

22      problems arise.

23  BY MR. TULLY:

24  Q.     On page thirty-one of your report, you talk