31

## References

1. AEC, "Staff Analysis, A Report on Radiation Problems Related to Plutonium Fabrication of Operations at the Rocky Flats Plant (January, 1968)," February 8, 1968 [This appears to be a draft, given that it contains handwritten edits].

2. AEC, "Report on Investigation of Fire, Building 776-777, Rocky Flats Plant, Golden Colorado, May 11, 1969," Vol. 1-5, U.S. Atomic Energy Commission, August 1969.

3. M.R. Boss, "Plutonium Levels in the Rocky Flats Environs, CY 1971, Dow Chemical U.S.A., Rocky Flats Division, February 29, 1972.

4. Tulane/Xavier Consortium for Environmental Risk Evaluation (CERE), Interim Risk Report, March 1995.

5. ChemRisk, Task 1 Report (R1), "Identification of Chemicals and Radionuclides Used at Rocky Flats," March 1991.

6. ChemRisk, Task 2 Report, "Selection of Chemicals and Radionuclides of Concern," June 1991.

7. ChemRisk, "Operations History," Task 3&4 Final Draft Report, August 1992.

8. ChemRisk, "Estimating Historical Emissions From Rocky Flats," Task 5 Draft Report, November 1992.

9. ChemRisk, "Exposure Pathway Identification and Transport Modeling," Task 6 Draft Report, May 1993.

10. ChemRisk, "Dose Assessment for Historical Contaminant Releases from Rocky Flats," Task 8 Draft Report, Volumes 1 and 2, October 1993.

11. Thomas B. Cochran and Christopher E. Paine, "The Amount of Plutonium and Highly-Enriched Uranium Needed for Pure Fission Nuclear Weapons," Natural Resources Defense Council, Revised 13 April 1995.

12. Thomas B. Cochran and Christopher E. Paine, "The Role of Hydronuclear Tests and Other Low-Yield Nuclear Explosions and Their Status Under a Comprehensive Test Ban," Natural Resources Defense Council, April 1995 (Rev. 1).

32

13. Thomas B. Cochran, William M. Arkin and Milton M. Hoenig, *Nuclear Weapons Databook, Volume I, U.S. Nuclear Forces and Capabilities*, (Cambridge: Ballinger Publishing Company, 1984).

14. Thomas B. Cochran, William M. Arkin, Robert S. Norris and Milton M. Hoenig, *Nuclear Weapons Databook, Volume 2, U.S. Nuclear Warhead Production,* and *Volume 3, U.S. Nuclear Warhead Facility Profiles*, (Cambridge: Ballinger Publishing Company, 1984).

15. Thomas P. Grumbly, "The Plutonium Problem," *EM Government Affairs, DOE, June 1996.*

16. "Chronology of RFP's Material Unaccounted For (MUF)," August 16, 1976.

17. Department of Commerce, National Bureau of Standards, "Permissible Dose from External Sources of Ionizing Radiation," Handbook 59, Issued September 24, 1954, amended January 8, 1957, extended and replaced April 15, 1958.

18. DOE, Albuquerque Operations Office, "Beryllium," December 1983.

19. DOE, "Solid Waste and Residue Management Systems at Rocky Flats," Revision 1, Predecisional Draft, July 25, 1989.

20. DOE, "Closing the Circle on the Splitting of the Atom," January 1995.

21. DOE, Fact Sheet, DOE Openness Press Conference, June 27, 1994.

22. DOE, "Plutonium: The First Fifty Years," February 1996.

23. H.C. Donnelly, Manager, Albuquerque Operations Office, letter to R.E. Hollingsworth, General Manager, AEC, July 11, 1969.

24. Dow, "Report of Investigation of Serious Incident in Building 71 on September 1, 1957," Dow Chemical Company, October 7, 1957.

25. Dow, "A Report on Radiation Problems Related to Plutonium Fabrication Operations at the Rocky Flats Plant," USAEC, Albuquerque Operations Office, (as indicated on p. 3, the report was actually prepared by Rocky Flats Division, Dow Chemical Company), January 1968.

26. Dow, "Request for Plutonium-239 Scrap Processing Services," ASA-1-74, September 12, 1974 [see Cook Req. for MUF 14Dec94, 5750351].

27. Dow, "Analytical Requisitions," November 8, 1976 and April 7, 1977 [see Cook Req. for MUF, 14Dec94, 5750196 and 5750220].

33

28. Dow and Rockwell International, Inc, various monthly ID Summary Reports during the period, 1975-1979.

29. Dunn, Manager, Nuclear Materials Controls, Rockwell, Rocky Flats Plant, internal letter to E.R. Young, "Possible Declassification of MUF," June 22, 1977.

30. U.S. Environmental Protection Agency, U.S. Department of Energy, Colorado Department of Health Compliance Agreement, July 31, 1986.

31. U.S. Environmental Protection Agency (EPA), "Limiting Values of Radionuclide Intake and Air Concentration and Dose Conversion Factors For Inhalation, Submersion, and Ingestion," Federal Guidance Report 11, EPA-520/1-88-020, September 1988.

32. United States General Accounting Office (GAO), "Nuclear Health and Safety, Consensus on Acceptable Radiation Risk to the Public is Lacking," September 1994.

33. H. Giller, AEC Assistant General Manager for Military Applications, Hearings Before the House Committee on Appropriations, 91-2, October 1, 1970, p. 295.

34. Hazelton, memo to W.H. Hauschild, et al., "Plutonium MUF Study - Building 707," August 18, 1971.

35. S.A. Ibrahim, S.B. Webb, and A. Kattel, "Sources of Misinterpretation for Environmental Plutonium Measurements," *Journal of Radioanalytical and Nuclear Chemistry, Articles*, Vol. 194, No.1 (1995) 213-219.

36. P.W. Krey and B.T. Krajewski, "Plutonium Isotopic Ratios at Rocky Flats," USAEC-HASL, HASL-249, April 1972.

37. John W. Lindsay, "Storage of Plutonium and Plutonium Compounds," in "Studies of the Safety of Plutonium Handling Facilities," edited by Milton A. Thompson and Gilbert A. Riordan, The Dow Chemical Company, Rocky Flats Division, RFP-1520, November 4, 1970.

38. Norman H. MacKay, "Material Control Review, The Dow Chemical Company, Rocky Flats Plant," ca. December 27, 1960.

39. H. Robert Meyer, et al., "Rocky Flats Dose Reconstruction Project, Phase II, Toxicity Assessment and Risk Characterization, Task 2, The Rocky Flats Plant 903 Area Plutonium Source Term Development," Draft, February 1966.

40. H. Robert Meyer and Jill Weber, Radiological Assessment Corporation, "Estimating 903 Area Releases," Rocky Flats Health Advisory Panel Meeting, September 12-13, 1996.

34

41. T.R. Mongan, S.R. Ripple, G.P. Brorby, and D.G. diTommaso, "Plutonium Releases from the 1957 Fire at Rocky Flats," *Health Physics*, October 1996, pp. 510-521.

42. T.R. Mongan, S.R. Ripple, and K.D. Winges, "Plutonium Release from the 903 Pad at Rocky Flats," *Health Physics*, October 1996, pp. 522-531.

43. National Research Council, "Barriers to Science: Technical Management of the Department of Energy Environmental Remediation Program," Washington, D.C., 1996.

44. D. Werner North, Robert J. Budnitz and Nathan Chan, "Management of Waste, Residues and Risks by Rockwell International at the Rocky Flats Plant," November 1996.

45. U.S. Nuclear Regulatory Commission, "Principles and Practices for Keeping Occupational Radiation Exposures at Medical Institutions As Low As Reasonable Achievable," Draft, NUREG-0267, December 1977.

46. Anthony Putzier, Deposition of, Cook v. Rockwell, March 15, 1995.

47. Radiological Assessment Corporation (RAC), "Historical Public Exposures Studies on Rocky Flats, Phase II, Technical Memorandum: Evaluation of Background Concentrations of Plutonium in the Environment Around Rocky Flats Plant," DRAFT, February 1995.

48. Radiological Assessment Corporation (RAC), "Rocky Flats Dose Reconstruction Project, Phase II, Toxicity Assessment and Risk Characterization, Task 4: Evaluation of Historical Environmental Data," DRAFT, February 1996.

49. S.R. Ripple, T.E. Widner, and T.R. Mongan, "Past Radionuclide Releases from Routine Operations at Rocky Flats," *Health Physics*, October 1996, pp. 502-509.

50. Roberts, et. al., "A Discussion of Inventory Difference, Its Origin and Effects," EG&G, Rocky Flats Inc., Revision 4, August, 1994.

51. Rockwell, "Classification of Rocky Flats Plant Inventory Difference (ID) Data," Rockwell International, Rocky Flats Plant, December 12, 1979.

52. Rockwell International, "Completed Scrap Declaration," CD79-638, ca. 1982 [Cook Req for MUF 14Dec94, 5749923].

53. Rockwell International, Rocky Flats Plant Site Environmental Report for 1988, RFP-ENV-88, May 1989.

35

54. Romatowski, Manager DOE's Albuquerque Operations Office, memo to J.R. Nicks, and J.E. Dorr, "Special Nuclear Material Inventory Problems," April 13, 1983.

55. M.J. Sauderland, *Denver Post*, June 29, 1969, p. 23.

56. C.L. Schuske, "Neutron Multiplication Measurements of Oralloy Units in Arrays," The Dow Chemical Company, AEC Research and Development Report, Criticality Hazards, RFP-51, June 29, 1955.

57. SCIENTECH, "An Assessment of the Criticality Safety at the Department of Energy Rocky Flats Plant, Golden Colorado," [cannot Read the Document Number], July-September 1989.

58. J.R. Seed, K.W. Calkins, C.T. Illsley, F.J. Miner, and J.B. Owens, "Committee Evaluation of Plutonium Levels in Soil Within and Surrounding USAEC Installation at Rocky Flats, Colorado," Dow Chemical Company, RFP-INV-10, July 9, 1971.

59. Danny R. Sheppard, Acting Director, Office of Operational Safety, Department of Energy, Memorandum to Mary. L. Walker, September 19, 1986.

60. K.Shawn Smallwood, 1996, private communication.

61. J.A. Teal, "Briefing Information on PFP History and Processes in Support of Ventilation Air Characterization Studies," August 17, 1990, which includes SD-CP-SAR-021, May 24, 1989.

62. T.J. Thompson and J.G. Beckerley, *The Technology of Nuclear Reactor Safety*, (Cambridge: The M.I.T. Press, 1964), pp. 608-612.

63. United States v. Rockwell International Corporation, "Plea Agreement and Statement of Factual Basis," March 26, 1992.

64. Paul G. Voillequé, "Estimating Airborne Releases of Plutonium During the 1957 Fire in Building 71," in Radiological Assessment Corporation (RAC), "The Rocky Flats Dose Reconstruction Project, Phase II, DRAFT, May 1995.

65. Paul G. Voillequé, "1969 Fire in Building 776," RAC, Rocky Flats Health Advisory Panel Meeting, September 12, 1996.

66. Mary L. Walker, Assistant Secretary, Environment, Safety, and Health, Department of Energy, Memorandum to the Under Secretary of Energy, DOE, October, 6, 1986.

67. Scott B. Webb, "A Study of Plutonium in Soil and Vegetation at the Rocky Flats Plant," Masters Thesis, Colorado State University, Spring 1992.

36

68. Scott B. Webb, "The Spatial Distribution and Inventory of Plutonium-239 East of Rocky Flats, Colorado," Ph.D. Dissertation, Colorado State University, Spring 1996.

69. F.W. Whicker, "Radioecology of Some Natural Organisms and Systems in Colorado," Eleventh Annual Progress Report on Atomic Energy Commission Contract at [11-1] -1156, May 1, 1972-April 30, 1973, COO-1156-63, May 1, 1973.

70. F. Ward Whicker, "Plutonium In Soil As a Basis For Studying Contaminant Releases," Health Studies on Rocky Flats, Rocky Flats Health Advisory Panel Meeting, September 12, 1996 (see handout, "Conclusions, CSU Soil Research (1996)")

71. E.R. Young, Director Safeguards and Security, Rockwell International, "Rocky Flats Plant Enriched Uranium History of Material Unaccounted For (MUF)," December 22, 1976, Appendix 3 to "Classification of Rocky Flats Plant Inventory Difference (ID) Data," Rockwell International, Rocky Flats Plant, December 12, 1979.

72. E.R. Young, Director Safeguards and Security, Rockwell International, "Rocky Flats Plutonium History of Material Unaccounted For (MUF)," January 21, 1977, Appendix 2 to "Classification of Rocky Flats Plant Inventory Difference (ID) Data," Rockwell International, Rocky Flats Plant, December 12, 1979.

73. L.L. Zodtner and R.F. Rogers, "Study of Unaccounted For Plutonium Losses," Dow Chemical Company, Golden, Colorado, January 6, 1964.

74. "Report on Disposal of Classified Radioactive Wastes at Commercial (Licensee) Burial Grounds," accompanying a memo to Edward J, Block, Assistant General Manager for Operations, AEC, and K.F. Hertford, Manager, Albuquerque Operations, January 13, 1964.

75. "Summary of Radiation problems at Rocky Flats," Rocky Flats, ca. November 1967.

37

## Table 1. Buildings at Rocky Flats Associated With Plutonium Use

Building 371　　　Building 371 was designed to serve as a plutonium recovery facility and
replace buildings 771 and 776. The new facility was plagued with problems
from the onset of construction in 1980, and design flaws resulted in the
chemical processing being shut down in 1985 before achieving full-scale
operations. It is now used for storage of special nuclear materials, including
solid mixed residues.

Building 374　　　Building 374, Process Waste Treatment Facility, was designed to replace
Building 774 as the liquid process waste treatment facility. The building has
43,000 square feet of floor space, containing 33 tanks for receiving and
storing liquid wastes for treatment, and containing equipment for acid
neutralization.

Building 559　　　Building 559 started operating as an analytical laboratory. Historically the
building performed chemical analyses to support the weapons
manufacturing program. The building consists of 33,000 square feet of floor
space. And houses glovebox lines and chemical hoods for -processing
plutonium samples and solutions, and other hazardous materials.

Building 707　　　Building 707, Plutonium Manufacturing Building, started operating in 1969
as a plutonium fabrication and assembly building. Historically, the building
cast, machined, and assembled plutonium components. The building
consists of 200,000 square feet of floor space on two levels. The first level
consists of individual modules separated by corridors. The modules (10)
house glovebox lines for processing plutonium metal. Each module is
dedicated to specific manufacturing processes, e.g., foundry operations
(casting, rolling, forming), machining, welding, autoclave operations for the
production of bonded weapons inspection, etc. The upper level housed
mainly ventilation systems and other vital safety equipment. A modular
plutonium fabrication facility was placed into operation in 1971. Building
707 also houses the X-4 Retriever Room ,which contains many forms of
plutonium in storage cans arranged on two floors.

Building 771　　　Building 771 became operational in May 1953 and served as the original
production facility at Rocky Flats. It is a two story building with 150,000
square feet of floor space. Plutonium operations were limited exclusively to
Building 771 until the fire on August 15, 1957. In 1958 most of the
Building 771 production functions were transferred to Building 776. From
that point on, operations in Building 771 focused on plutonium recovery.
Impure sources of plutonium (from oxides, rejected parts, lathe turnings,

38

etc.) were transferred to Building 771, where they would undergo a series of chemical operations, all designed to strip impurities from the plutonium. Pure plutonium metal was the final product for reuse in weapon production.

Building 774        Waste Treatment Facility. Processed the waste from the 903 pad beginning in January 1967.

Building 776/777    Building 776 and 777 were initial separated by a wall that was subsequently opened  to form a single large unit, so that the two are often referred to as Building 776/777.  Building 776/777 started operating in 1957 (FY1978) with Building 776 housing foundry and fabrication operations, and with Building 777 housing assembly operations. The building consists of 223,000 square feet of floor space and houses glovebox lines and hoods for processing plutonium metal and solutions.  In 1969, following a significant industrial fire, all production operations were shut down, and solid waste operations were initiated to dispose of fire damaged equipment and wastes generated during cleanup operations. The manufacturing operations in Building 776 were transferred to Building 707 in 1972.  A rolling and forming operation was started in Building 776 during FY 1978 for the production of hollow pits.  Building 776 served as a waste storage and waste reduction building after that time.  The baler was used to reduce the volume of low-level combustible waste.  Building 776 houses the reduction and consolidation portions of the molten salt clean up line.

Building 777 was an assembly building.  In a process called "briquetting, machine turnings were placed in metal baskets and dipped into a series of four open surface carbon tetrachloride baths prior to placing in a hydraulic press for puck production.  Building 777 houses the vacuum distillation stage of the molten salt clean up line.

Since production operations ceased at Rocky Flats, Building 776/777 has been used to process solid wastes (primarily by size reduction) and store special nuclear materials and special nuclear material residues.

Building 779        Building 779 houses the vacuum melting stage of the molten salt clean up line.

Building 991        In building 991 the assembly of plutonium components and non-plutonium components took place.

39

## Table 2.  Critical Mass Data

| Material | Shape | Condition | Density (g/cm$^3$) | Critical Mass (kg) | Reference |
|---|---|---|---|---|---|
| U (93.86% U-235) | sphere | Unreflected | 18.81 | 48.75 | 1, p. 4 |
| Pu (4.5% Pu-240) | sphere | Unreflected | 15.45 (δ phase) | 16.85 | 1, p. 40 |
| Pu (5.2% Pu-240) | cylinder | Thick water reflector | 19.74 (α phase) | 5.79 | 1, p. 40 |
| Pu (NO$_3$)$_4$ (3.12% Pu-240) | solution | 16 liters | 60 g Pu/liter 310 g nitrite/liter | 0.975 | 2, p. 54 |

Dow conducted a criticality analysis of plutonium-oxide (PuO$_2$) in water in a pit (a storage area) with dimensions:  2 feet x 2 feet x 28 inches.  If the pit collects water with PuO$_2$, and assuming the plutonium is uniformly distributed in the water and over the bottom of the pit, the following values were calculated [Ref. 3]:

| Concentration of Pu in Water | Weight of Pu in Slab | Critical Height |
|---|---|---|
| 1    g/cm$^3$ | 18.598 kg | 1.97 inches (in) |
| 0.5  g/cm$^3$ | 10.431 kg | 2.21 in |
| 0.2  g/cm$^3$ | 5.041 kg | 2.67 in |
| 0.05 g/cm$^3$ | 0.730 kg | 3.87 in |

References:
1)  H.C. Paxton, "Los Alamos Critical-Mass Data," Los Alamos Scientific laboratory, LA-3067-MS, Rev., December 1975.
2)  H.C. Paxton, et al.,  "Critical Dimensions of Systems Containing U235, Pu239, and U233," Los Alamos Scientific Laboratory, TID-7028, June 1964.
3)  L.E. DeMeuse, Memorandum to C.L. Schuske, Dow Chemical Company, May 25, 1969.

B0057

SCIE·DOE·20·18

AN ASSESSMENT OF

# CRITICALITY SAFETY

### AT THE DEPARTMENT OF ENERGY

## ROCKY FLATS PLANT
### Golden, Colorado

July-September 1989

CONTRACT DE-AC01-88EH79081, TASK 20

SCIENTECH INC
ENGINEERING & MANAGEMENT SERVICE
11821 PARKLAWN DR. SUITE 208 ROCKVILLE. MD 2085
301/468-0-1

EGG2010419

AN ASSESSMENT OF

# CRITICALITY
# SAFETY

## AT THE DEPARTMENT OF ENERGY

# ROCKY FLATS PLANT
### Golden, Colorado

July-September 1989

CONTRACT DE-AC01-88EH79081, TASK 20

EGG2010420

COOK   APRIL 11 1994   ITEM 58   88069

## DISTRIBUTION

This is a report of an independent assessment of criticality safety at the Rocky Flats Plant of the U.S. Department of Energy.

Every effort has been made to present to the public and to government officials a thorough technical evaluation and a clear description of criticality safety concerns and related activities at the Rocky Flats Plant.

The document has been reviewed for security classification and is unclassified.

There are no limitations regarding copying or distribution of this report.

Roger J. Mattson
Team Leader
Criticality Safety Assessment Team

September, 1989

EGG2010421

## ABSTRACT

This is a report on the 1989 independent Criticality Safety Assessment of the Rocky Flats Plant, primarily in response to public concerns that nuclear criticality accidents involving plutonium may have occurred at this nuclear weapon component fabrication and processing plant.  The report evaluates environmental issues, fissile material storage practices, ventilation system problem areas, and criticality safety practices. While no evidence of a criticality accident was found, several recommendations are made for criticality safety improvements.

EGG2010422

COOK   APRIL 11 1994    ITEM 58        88071

TABLE OF CONTENTS

Page

Executive Summary ......................................................................................... ES-1

1. Introduction .............................................................................................. 1-1

2. Public Concerns Regarding Criticality Accidents ................................. 2-1

   2.1  Background and Definition of Terms .............................................. 2-1

   2.2  Environmental Cesium-137 as an Indicator
        of a Criticality Accident ................................................................ 2-3

   2.3  1957 and 1969 Fires ....................................................................... 2-8

   2.4  Building 771 Incinerator Issues ..................................................... 2-10

   2.5  Lax Practices ................................................................................. 2-11

   2.6  Review of Allegations of Mr. James Stone .................................... 2-13

   2.7  Criticality Safety Procedure Infractions ........................................ 2-19

3. Fissile Materials in Exhaust Ventilation Systems ................................ 3-1

   3.1  High Efficiency Particulate Air (HEPA) Filters ............................. 3-1

   3.2  Accumulation of Fissile Material in Exhaust
        Ventilation Systems ....................................................................... 3-5

        3.2.1  Holdup Measurement Practices at Rocky Flats Plant ......... 3-5
        3.2.2  Experience with Plutonium Holdup
               from Building Renovations ................................................ 3-7
        3.2.3  Team Holdup Measurements ............................................. 3-8

               3.2.3.1  Description of Detection Equipment ................... 3-8
               3.2.3.2  Plutonium Standards and Calibrations ............... 3-9
               3.2.3.3  Areas and Ducting Measured .............................. 3-9
               3.2.3.4  Assumptions in Data Analysis ............................ 3-10
               3.2.3.5  Results in Building 707 ...................................... 3-10
               3.2.3.6  Results in Building 776, Lead
                        Covered Pipes ..................................................... 3-10

EGG2010423

3.2.3.7  Results in Building 771 ................................................ 3-11

        3.2.3.7.1  Room 149 Readings
               (Incinerator Area).......................... 3-11
        3.2.3.7.2  Exhaust Line 43C ............................ 3-11

        3.2.3.8  Analysis of Measurements ................................. 3-13

4.  Criticality Aspects of SNM Waste and Residue in Containers ............... 4-1

   4.1  Introduction and Background ......................................... 4-1

   4.2  Safety Analysis of Residue Storage................................... 4-2

       4.2.1  Evaluation of Criticality Limits............................. 4-3
       4.2.2  Analysis of the Risk of Accidents........................... 4-4
       4.2.3  Residue Storage Criticality Safety.......................... 4-5

   4.3  Measurement of Plutonium Content of Drums ......................... 4-6

   4.4  Issues Regarding Residue Drum Storage ............................. 4-8

5.  Assessment of Criticality Program ......................................... 5-1

   5.1  Criticality Safety Organization ....................................... 5-1

   5.2  Staffing of Criticality Engineering .................................... 5-2

   5.3  Assessment of Criticality Safety Training .............................. 5-5

   5.4  Risk Analysis and Risk Management Philosophy....................... 5-6

   5.5  Infraction Reporting and Followup................................... 5-9

       5.5.1  Nature of the Infractions................................... 5-9
       5.5.2  Root Cause Analysis ..................................... 5-11
       5.5.3  Analysis of Criticality Safety Procedural Infractions........ 5-15

   5.6  Criticality Calculations and Analysis................................ 5-16

   5.7  Criticality Experiments ............................................ 5-18

   5.8  Defense in Depth.................................................. 5-18

   5.9  Configuration Control.............................................. 5-22

6.  Recommendations and Suggestions....................................... 6-1

EGG2010424

# AN ASSESSMENT OF CRITICALITY SAFETY
# AT THE DEPARTMENT OF ENERGY
# ROCKY FLATS PLANT

## EXECUTIVE SUMMARY

A criticality accident at the Rocky Flats Plant could produce a potentially lethal dose of neutron and gamma radiation to workers at close range, could generate heat and fission products, and, in extreme but low probability circumstances, could result in the release of radioactive material to the environment. Where fissionable materials such as plutonium-239 and uranium-235 are present at the plant in sufficient quantity, a criticality accident can occur either by adding more fissionable material, removing non-fissionable material that would otherwise help avoid or terminate a criticality, or by adding certain non-fissionable materials such as water that could contribute to producing a criticality.

A criticality accident could cause steam to form and increase pressure if the fissile material was contained in a fluid system, eventually resulting in an explosion or rupture which would stop the criticality, or it could release heat more slowly with the possibility of causing recurring or more severe criticalities. Although the absence of chemical high explosives (such as TNT) at Rocky Flats Plant and the presence of controls and physical constraints make a nuclear bomb type of explosion impossible, criticality accidents are a real possibility. The engineering design of criticality safety features and the physical limits and procedures used at the plant are crucial factors in protecting the workers from such an event and in ensuring public safety. Further details on the nature of nuclear criticality events and the history of criticality accidents at other facilities are provided in Appendix H.

This report describes an independent assessment conducted by SCIENTECH, Inc. and funded by the Department of Energy (DOE). It addresses a wide range of concerns involving criticality safety features, limits and procedures implemented at the Rocky Flats Plant. The eleven member Criticality Safety Assessment Team selected by SCIENTECH found no indication that a criticality accident ever occurred at the Rocky Flats Plant; however, several inadequate conditions and practices were identified. Recommendations for corrective actions are included in this report.

In developing its recommendations, the Team investigated the technical details of criticality safety concerns that had been raised by others or that the Team members themselves could identify. The Team was not constrained or restricted in any way in its efforts to assess the status of criticality safety at the Rocky Flats Plant. Its conclusions and recommendations are probably more favorable to the plant than some of its detractors would have expected, but they are certainly more negative than anticipated by Rocky Flats Plant managers.

For example, the Team looked for and discovered several kilograms of plutonium in a pipe that serves as an exhaust ventilation duct for some of the gloveboxes in Building 771 (not the incinerator). The plutonium was *downstream* of the high

efficiency particulate air (HEPA) prefilters relied upon to keep plutonium in the gloveboxes. Thus, this plutonium was outside the normal envelope used to control fissile material inventory. This plutonium was in the form of a slurry, and the quantity found was more than enough fissile material for a criticality accident if consolidated geometrically and if a neutron "reflector" such as water or a human body were present in certain configurations. This location is *upstream* of the final exhaust system HEPA filters, so plutonium was not being released to the environment. Thus, the plutonium that was found by the Team posed no immediate danger to public or worker safety.

Previous to this study, plant managers had insisted that this type of plutonium holdup (accumulation) was not happening at the plant, even though exhaust ducts had been specifically suggested by a former employee and ventilation system designer of plant contractor Rockwell International, Mr. James Stone, as a probable location for dangerous quantities of plutonium to collect. The Team found indications that there may be holdup of significant quantities of plutonium in several other exhaust ducts in the plant. The Team also found evidence that fissile materials had been found in ventilation systems in several buildings at Rocky Flats Plant during past renovations.

A comprehensive program of routine nondestructive assay (NDA) using gamma spectrometry should be undertaken to identify other locations where this type of plutonium holdup is occurring and for Rocky Flats Plant management to monitor and correct this problem in the future. This is the same NDA technology used by the Team in its investigation, and this technology is commonly used at other nuclear facilities to identify and correct the problem of fissile material holdup in ventilation systems. The capability to perform NDA is already in place at the Rocky Flats Plant, but NDA has been previously neglected or avoided for the types of surveys suggested by the Criticality Safety Assessment Team.

Another weakness at the plant is its approach to the nuclear safety philosophy of defense in depth, a concept that is specifically referred to in DOE nuclear criticality safety guidelines as the "double contingency" principle. According to this principle, there must be two independent barriers or impediments between a normal operating condition and a criticality accident. This concept is roughly equivalent to the "single failure" criterion widely used in other nuclear facilities. Implementation of this concept at Rocky Flats Plant is inadequate in that one of the two contingencies used at the plant in criticality safety practice is a procedural limit and the other is sometimes only conservatism in the calculations that are applied to that limit, rather than an *independent* physical or administrative barrier. It is common in the rest of the nuclear industry to assume that such conservatism has already been lost at the time a single failure occurs. Department of Energy criticality safety guidance in this area should be clarified. Other weaknesses in the Criticality Safety Program at Rocky Flats Plant are described in the report.

The Team has raised several concerns about the storage of fissile waste materials and fissile material residues in some locations at Rocky Flats Plant for which evidence could not be found of detailed studies of the effects of either flooding or earthquakes on criticality safety. In the basement of Building 776, where about 300

55-gallon drums of plutonium residue are stored, the Team found that the sump pump was inoperable. The pump was not tagged, so it would not be apparent to anyone relying on the pump to remove water from the room that the pump might not be effective. Also, the criticality safety analysis for the flooding of this storeroom could not be found, so it was not clear whether a criticality accident would occur if the room was inadvertently flooded. This room had previously collected water from the room above. Some of the drums in this room had rusted, and water marks and mineral deposits from external ground water were found on the inside walls by the Team during its inspection. In addition, there are no water level or radiation alarms in this basement storage area. While no imminent danger was found, such a combination of factors is unacceptable.

The Team is also concerned about the storage of residue drums in Building 371 in a vertical arrangement that makes the drums susceptible to falling together during an earthquake. While this and other buildings are themselves reportedly designed to withstand an earthquake, the arrangement of vertical shelving and the presence of only partially restrained drums on the shelves are considered by the Team to be inadequate to protect against the effects of an earthquake. The drums could fall off of their shelves and might create the potential for a criticality accident by piling up on the floor of the building in a configuration for which criticality safety has not been evaluated.

In searching for evidence of a past criticality accident at Rocky Flats Plant, the Team examined a wide variety of records. These records documented:

1. exposures of workers to radiation,
2. infractions of criticality safety procedures,
3. environmental measurements of fission products,
4. serious incidents such as fires that have occurred at the plant,
5. photographs of significant events at the plant,
6. renovations of buildings and systems at the plant, and
7. results of nuclear material accountability programs.

No evidence was found of an accidental criticality ever having occurred at Rocky Flats Plant.

The Team examined records of personnel at Rocky Flats Plant who had the highest levels of exposure to radiation. The radiation exposure records go back to the earliest days of Rocky Flats Plant operations. No exposures were found that would indicate even a minor accidental criticality ever occurred at Rocky Flats Plant. While one could argue that a very minor criticality accident might have occurred and remain undetected, none have been identified to date. Also, if such an accident went undetected by personnel dosimeters, it would not have been detectable in the environment and could not have caused harm to workers or to the public.

The Team reviewed the history of the more than 600 procedural infractions recorded by the criticality safety program at Rocky Flats Plant since 1962 to search for evidence of past criticality accidents. The Team also studied the root causes of

the procedural infractions. Although no evidence was found of past accidental criticalities, the Team found a high incidence of root causes involving personnel error in the procedural infractions, judged to be primarily due to complacency or poor communication on safety matters. Many of these infractions were of a minor but recurring nature, involving violations of limits on mass, separation distance, or the volume of fissile material containers. These infractions are generally unlikely to cause an accident by themselves since they involve the violation of only one of the two barriers required by the double contingency principle. Nevertheless, since 1962, there have been about eight serious criticality safety procedural infractions involving kilogram quantities of fissile materials in such a manner that the remaining safety margin to a criticality accident was unacceptable.

Since no evidence of actual criticality accidents was discovered by the Team in the records of criticality safety procedural infractions, it is possible that rumors or allegations of "frequent criticalities" result from informal language at the plant by the workers themselves. The words "criticality infraction" (or even "criticality" alone) are occasionally used by some workers to describe a violation of the procedures or limits established by the Criticality Safety Program. These are the criticality safety procedural infractions discussed above. This language may cause less experienced workers or persons who supply support services to conclude that a criticality accident, as discussed during employee indoctrination training, has occurred when it actually has not. Recommendations have been made by the Team to address this kind of misinterpretation by improvements in safety training.

The Criticality Safety Assessment Team determined that if there had been a moderate criticality accident at the plant in the past, the radioactive fission products cesium and strontium generated from such an accident would be indistinguishable from background levels of fission products already present in the environment. These background levels of fission products occur throughout the world as a result of fallout from atmospheric testing of nuclear weapons and from reactor accidents. These fallout levels would mask any radioactive evidence of a small or moderate accidental criticality if any such event had occurred at Rocky Flats Plant in the past. The criticality accident used in the Team's calculations that prove this point was typical of accidental criticalities that have occurred at other facilities. A more severe criticality accident would produce other effects that would be impossible to conceal.

In some of its contacts with DOE and contractor personnel at Rocky Flats Plant, the Team detected an absence of healthy inquisitiveness into safety matters. For example, the Team could find no engineering managers who had inquired about the root causes or the long term safety implications resulting from the several building renovations during which potentially hazardous plutonium or uranium accumulations had been discovered in ductwork. The history of such discoveries was not part of a program of "lessons learned." Accumulations of fissile material are also assumed by plant managers to be health physics concerns or material control concerns long before they are recognized as criticality concerns. This is an inappropriate safety philosophy since the accumulations of plutonium that were found in an exhaust duct by this Team are considered already to be a significant criticality safety concern, and neither of these other programs had prevented it.

The lack of inquisitiveness about safety at Rocky Flats Plant is also indicated by the number of people who came to the Team with anonymous tips as to where to look for problems. These people were apparently *afraid to raise their concerns* to their own supervisors. Neither the DOE nor the contractor place a high enough value on people who raise safety questions or otherwise surface bad news. More aggressive actions should be taken to encourage feedback on safety issues from plant workers and to demonstrate management's commitment in this area.

In summary, the Team has found no evidence that a criticality accident ever occurred at the Rocky Flats Plant. The Team, however, is not satisfied with criticality safety practices or with the understanding of nuclear safety standards by the workers at the plant. A number of recommendations for improvements are made in this report. Some of these recommendations address issues raised by the public in the news media, and others arise from observations made by the Team. In the aggregate, the recommendations are meant to suggest to the Department of Energy and to Rocky Flats Plant managers that much remains to be done. Until safety is given appropriate priority relative to production and until DOE instills a healthy, questioning attitude about nuclear safety in all of the people who work there, Rocky Flats Plant will not operate as safely as it can and should.

# THOMAS B. COCHRAN, Ph.D.

**BUSINESS ADDRESS:**
Natural Resources Defense Council, Inc.
1200 New York Avenue, NW,  Suite 400
Washington, D.C.  20005
Voice: 202-289-6868
Fax:   202-289-1060
E-Mail: tcochran@nrdc.org

**HOME ADDRESS:**
4836 N. 30th Street
Arlington, VA 22207
Voice: 703-532-1044

## EMPLOYMENT

April 1973 -   **Natural Resources Defense Council, Inc. (NRDC)**
present:        Senior Scientist; Director of NRDC's Nuclear Program

> Directs NRDC's nuclear program activities, including: exchanges with Russian, Ukrainian, Chinese, and other foreign experts on nonproliferation, arms control, and verification of nuclear testing and nuclear warhead elimination; nuclear weapons data collection and dissemination; litigation related to the operation of U.S. nuclear weapons facilities; U.S. nuclear energy policy; nuclear waste disposal; and radiation protection standards. **Highlights:**

> ★      Initiated, and directed the American participation in, the Nuclear Test Ban Verification Project (1986-1988), a joint project with the Soviet Academy of Sciences, which demonstrated the feasibility of utilizing seismic monitoring to verify a low-threshold test ban. Established in 1986 the first seismic stations in the Soviet Union operated by Americans for monitoring nuclear testing. This NRDC seismic monitoring program was taken over by the Federal government in 1988 and is currently funded by the AIR FORCE and operated by the Incorporated Research Institutes for Seismology (IRIS).  For his leadership, Dr. Cochran received the **American Physical Society's Szilard Award** (1987) and the **Federation of American Scientists' Public Service Award** (1987); and NRDC received the **AAAS Award for Scientific Freedom and Responsibility** (1989) and **Lawyers Alliance for World Security (LAWS) second annual W. Averell Harriman Award** (1992).

> ★      Initiated, and directed the American participation in, the Black Sea Experiment (1989), a joint project with the Soviet Academy of Sciences, the Kurchatov Institute of Atomic Energy, and the Soviet Navy, which examined the utility of passive radiation detectors for verifying limits on sea-launched cruise missiles. In the Black Sea Experiment the American scientific team led by Dr. Cochran measured the gamma-ray spectrum of a live Soviet nuclear warhead aboard the cruiser SLAVA, the flag ship of the Black Sea Fleet.

> ★      Organized and led two Congressional delegations to visit highly sensitive Soviet military installations: the Krasnoyarsk early-warning radar in central Siberia (1987), which violated the ABM Treaty; Chelyabinsk-65, the Soviet's first plutonium production complex (1989); and an anti-satellite laser research facility at Sary-Shagan, the Soviet ABM test site (1989). These delegations were the first foreign visitors to these installations.

> ★      Co-organizer (with Princeton physicist Frank von Hippel and NRDC Senior Research Associate Christopher Paine) of a series of five pathbreaking international workshops on nuclear

testing, nuclear warhead elimination, verified storage and ultimate disposition of highly enriched uranium and plutonium from nuclear weapons (1991-1992). These technical workshops, held in Washington, DC, Moscow and Kiev were co-sponsored by NRDC, the Federation of American Scientists, The Soviet/Russian Foreign Ministry and Ministry of Atomic Energy. Dr. Cochran has good contacts with senior officials in the Russian and Chinese nuclear weapons establishments and Russian Foreign Ministry officials responsible for nonproliferation policy.

★      Initiated and directed NRDC's Nuclear Weapons Databook Project; co-editor and co-author of four *Databook* volumes dealing with U.S. and Soviet Nuclear weapons production and deployment.

★      Co-author of the "Nuclear Weapons" and "The Development of Fusion Weapons" sections under "Technology of War" in the 1990 edition of *The New Encyclopædia Britannica*.

★      Provided policy direction and technical support with respect to successful litigation and lobbying activities designed to force DOE to comply with environmental laws at its weapons facilities, and to halt the construction or operation of facilities that were dangerous or not needed, including: NEPA compliance prior to restart of the Savannah River L-Reactor; unlawful operation of the Y-12 facility at Oak Ridge; construction of the plutonium isotope separation plant at INEL; unsafe operation of the N-Reactor at Hanford; compliance by the Savannah River K-Reactor with Clean Water Act thermal discharge requirements; and construction of the new production reactor at Savannah River for tritium production.

★      In the 1970s and early-1980s Dr. Cochran played a leadership role in the successful efforts to kill the Clinch River Breeder Reactor Demonstration Project, and halt commercial nuclear fuel reprocessing and recycling of plutonium in nuclear power reactors.

**Advisory Roles:**

★      **U.S. Department of Energy** (DOE), member of the **Fusion Energy Advisory Committee** (FEAC) (1994 to present); member of the **Environmental Management Advisory Board** (1994 to present); member of the **Energy Research Advisory Board** (ERAB) (1978-1982), ERAB's Technical Panel on Magnetic Fusion Energy (1983), DOE's Nuclear Proliferation Advisory Panel (1977-1980). Consultant to the DOE on nuclear non-proliferation and nuclear R&D strategy (1977-1980)

★      **Three Mile Island Public Health Advisory Board** (1981-present), which was established in 1981 to provide technical advice on disposition of a Public Health fund created by court order in settlement of a class action lawsuit following the TMI accident.

★      **U.S. Nuclear Regulatory Commission** (NRC), member of the Advisory Panel for the Decontamination of the Three Mile Island Unit 2 (1980-1986); NRC's Peer Panel on Nuclear Reactor Operation Qualifications (1982); and NRC's Safety Goals Workshop (1981).

★      **Energy Research and Development Administration** (ERDA), member of the LMFBR Review Steering Committee (1977).

Resume: Thomas B. Cochran, Ph.D.                                              November 21, 1996   Page 3

★      **U.S. Comptroller General** (GAO), consultant on (a) U.S. and international controls over the peaceful uses of nuclear energy, (b) Advanced Nuclear Technologies, and (c) U.S. Liquid Metal Fast Breeder Reactor Program (1975-present).

★      **U.S. Office of Technology Assessment** (OTA), consultant to the (1975-present): OTA's Panel on Policy Options for Nuclear Power, the Nuclear Task Group of OTA's Analyses of the ERDA Plan and Program (1975), and OTA's Gas Curtailment Study Review Panel.

★      **National Academy of Sciences**, member of the Panel on Strategy for developing Nuclear Merchant Ships (1973-74); and member of the Task Force on Energy Conversion Research and Development of the Federal Power Survey.

★      **Federation of American Scientists**, National Council Member (elected 1985-1988).

★      **American Nuclear Society**, member of ANSI Working Group to Develop Criteria for Radioactive Waste Disposal (1979-1980).

★      **United Nations' Environment Programme** (UNEP), member of the International Panel of Experts on Energy and the Environment (1980).

★      **Governor of Lower Saxony**, West Germany, served as an International Expert in the Review of the Gorleben Nuclear Fuel Cycle Center (1978-79).

★      **World Council of Churches**, member of the International Delegation to the Marshall Islands (1983); and member of the Consultation on Ecumenical Concerns in Relation to Nuclear Energy (1977-78).

★      **The National Council of Churches**, member of the Energy Study Panel (1977).

★      **United States Catholic Conference**, consultant on its Policy Statement on Energy (1980).

★      **Resources for the Future**, and numerous environmental organizations, consultant on environmental issues, energy policy, and arms control.


**Testimony:** Testified before Congress, federal agencies, the Nuclear Regulatory Commission's Advisory Committee on Reactor Safeguards, and the California Energy Commission. Participated in numerous legal proceedings, usually as an expert witness on environmental, health, and safety issues, including NRC licensing proceedings on the Clinch River Breeder Reactor and the Nuclear Fuel Services (Erwin) fuel fabrication facility. Submitted testimony in many administrative rulemaking proceedings before the U.S. Environmental Protection Agency, Department of Energy, and Nuclear Regulatory Commission.

June 1971 -   **Resources for the Future, Inc.**, Washington, D.C.
April 1973:   Senior Research Associate, Quality of the Environment Program.

> Studied environmental effects of the U.S. civilian nuclear power industry, residuals management in the nuclear fuel cycle, liquid metal fast breeder reactor program, national energy policy, and radiation standards. Wrote *The Liquid Metal Fast Breeder Reactor: An environmental and Economic Critique.*

1969 -   **Litton Mellonics Division, Scientific Support**
1971:    **Laboratory**, Fort Ord, California
         Modeling and Simulation Group Supervisor.

> Supervised the activities of ten operation research analysts engaged in military research pertinent to the evaluation of proposed U.S. Army concepts and material by U.S. Army CDCEC.

1967 -   **U.S. Naval Postgraduate School**, Monterey California
1969:    Lt-USNR, Active Duty; Assistant Professor of Physics

> Taught undergraduate and graduate physics and mathematics; Radiation Safety Committee; part-time research involving computer studies of synchrotron radiation production in beam transport systems at Stanford Linear Accelerator, Stanford, California.

## EDUCATION

Summer 1969:    University of Colorado, Boulder. Postdoctorate, Summer Institute of Theoretical Physics.

1965-1967:      Vanderbilt University, Nashville, TN. Doctorate. Major: Physics. Minor: Mathematics. Research in high energy (bubble chamber) physics. NASA Fellowship. Guest Research Associate in Physics Department at Brookhaven National Laboratory, Upton, NY, studying synchrotron radiation shielding problems.

1962-1965:      Vanderbilt University. MS degree in Physics. Research in radiation chemistry. AEC Health Physics Fellow. Applied health physics training, Oak Ridge National Laboratory. Vanderbilt University Radiation Safety Officer.

1958-1962:      Vanderbilt University. BE degree in Electrical Engineering, <u>cum laude</u>. NROTC.

## HONORS

Federation of American Scientists, Public Service Award (1987).
American Physical Society, Szilard Award (1987).
American Physical Society, Fellow

Awards to NRDC as a result of Dr. Cochran's work:
American Association for the Advancement of Science (AAAS), Award for Scientific Freedom and Responsibility (1989)
Lawyers Alliance for World Security (LAWS), second annual W. Averell Harriman Award (shared with former NRDC Chairman, Adrian W. DeWind) (1992).

## PROFESSIONAL AFFILIATIONS

American Association for the Advancement of Science
American Nuclear Society
American Physical Society (Fellow)
Federation of American Scientists
Health Physics Society
Sigma Xi

## SECURITY CLEARANCES

DOE "Q" (inactive); DOD SECRET (inactive)

## PERSONAL

Birth Date:  18 November 1940.
Birth Place:  Washington, D.C.
Wife:  Carol J. Cochran.  Two children.

## BOOKS

Thomas B. Cochran, Robert S. Norris, and Oleg A. Bukharin, *Making the Russian Bomb: From Stalin to Yeltsin* (Boulder, Colorado: Westview Press, 1995).

Thomas B. Cochran, William M. Arkin, Milton M. Hoenig, *Nuclear Weapons Databook, Volume I: U.S. Nuclear Forces and Capabilities* (Cambridge, Massachusetts: Ballinger Press, 1984).

Thomas B. Cochran, William M. Arkin, Milton M. Hoenig, and Robert S. Norris, *Nuclear Weapons Databook, Volume II: U.S. Nuclear Warhead Production* (Cambridge, Massachusetts: Ballinger Press, 1987).

Thomas B. Cochran, William M. Arkin, Milton M. Hoenig, and Robert S. Norris, *Nuclear Weapons Databook, Volume III: U.S. Nuclear Warhead Facility Profiles* (Cambridge, Massachusetts: Ballinger Press, 1987).

Thomas B. Cochran, William M. Arkin, Robert S. Norris, Jeffrey I. Sands, *Nuclear Weapons Databook, Volume IV: Soviet Nuclear Weapons* (Cambridge, Massachusetts: Ballinger Press, 1989).

Thomas B. Cochran, *The Liquid Metal Fast Breeder Reactor: An Environmental and Economic Critique* (Washington, DC: Resources for the Future, 1974). Reviewed in Science 176 (28 April 1974), pp. 391-393.

## ENCYCLOPEDIA ARTICLES

W.J. Frank, Thomas B. Cochran and Robert S. Norris, "Nuclear Weapons," in the section "Technology of War," *The New Encyclopædia Britannica*, 15 Edition (1990), Volume 29, pp. 575-578.

Thomas B. Cochran and Robert S. Norris, "The Development of Fusion Weapons," in the section "Technology of War," *The New Encyclopædia Britannica*, 15 Edition (1990), Volume 29, pp. 578-580.

## PUBLICATIONS RELATED TO NUCLEAR WEAPONS AND ARMS CONTROL

### Recent Publications

"Progress in U.S./Russian Transparency and Fissile Material Disposition," presented at the 5th ISODARCO Beijing Seminar on Arms Control, Chengdu, China, November 12-15, 1996.

"The Relevance of Mordechai Vanunu Disclosures to Israel's National Security," presented at the International Conference "Democracy, Disarmament and Human Rights: The Case of Mordechai Vanunu," Tel-Aviv, Israel, October 14-15, 1996.

"The Cost of Russia's Civil Plutonium Separation Program," with Miriam B. Bowling and Christopher E. Paine, presented at "The Fate of Spent Nuclear Fuel: Problems and Reality," Krasnoyarsk, Russian Federation,  June 22-27, 1996.

"The Role of the G-7 in Shutting Down Dangerous Soviet-Designed Reactors," with Miriam B. Bowling, presented at the Conference on "What are the Alternatives to Globalization? The Role of the G7 and International Financial Institutions," Lyons, France, June 27, 1996.

"Difficult Legacy: Spent Fuel from Soviet Reactors," with Miriam B. Bowling and Elizabeth Powers, January 31, 1996.

"Plutonium: The International Scene," presented at the Pugwash Conferences on Science and World Affairs Public Discussion Meeting "Plutonium Management and Control" at the Royal Society, London, December 8, 1995.

"The Problem of Nuclear Energy Proliferation," *Energy and National Security in the 21st Century*, edited by Patrick L. Clawson (Washington, D.C.: National Defense University Press, 1995), pp. 95-114.

"U.S. Inventories of Nuclear Weapons and Weapon-Usable Fissile Material," revised 26 September 1995.

"Reducing and Controlling the U.S. and Russian Nuclear Weapon Arsenals," presented at the Panel Discussion at the National Assembly of the United States and the United Nations, Washington, DC, August 31, 1995.

"Dismantlement of Nuclear Weapons and Disposal of Fissile Material from Weapons," presented at the "Economic and Social Developments in the Former Soviet Union and the Problem of Nuclear Disarmament" Round Table in Como, Italy, July 3-4, 1995.

"Safety and Control of Nuclear Materials and Nuclear Weapons," presented at the "Economic and Social Developments in the Former Soviet Union and the Problem of Nuclear Disarmament" Round Table in Como, Italy, July 3-4, 1995.

"The Amount of Plutonium and Highly-Enriched Uranium Needed for Pure Fission Nuclear Weapons," with Christopher E. Paine, revised April 13, 1995.

"The Role of Hydronuclear Tests and Other Low-Yield Nuclear Explosions and Their Status Under a Comprehensive Test Ban," with Christopher E. Paine, March 1995.

"Disposition of Fissile Materials from Weapons," presented at the International Policy Forum on "Management & Disposition of Nuclear Weapons Materials," Lansdowne, VA, March 22, 1995.

"Need for a Safeguards Regime for the Weapon States," presented to the 2nd Pugwash Workshop on the "Status and Future of the Nuclear Weapon Complexes of the FSU and US," Moscow, February 19-23, 1995.

"U.S. Assistance to Improve Physical Security and Accounting of Fissile Materials in Russia," presented to the Carnegie Endowment for International Peace Conference on "Nuclear Non-Proliferation in 1995: Renewal, Transition, or Decline," Washington, DC, January 31, 1995.

"U.S. Assistance to Improve Physical Security and Accounting of Fissile Materials in Russia," presented to the Panel on U.S.--Russian Cooperation to Control and Account for Fissile Material of the President's Commission for Advice on Science and Technology, January 27, 1995.

"Proposal for the Disposition of U.S. Plutonium from Weapons," with Christopher E. Paine, November 16, 1994.

"Nuclear Energy's Proliferation Problem," presented to the Institute of National Security/Department of Energy Conference "Energy and National Security in the Twenty-First Century," Washington, DC, November 10, 1994.

"A Proposal for a Joint International Workshop on Verifying Deep Reductions in Nuclear Weapon Stockpiles and Safeguarding Fissile Material Stocks in Nuclear Weapon States," submitted to the Russian Ministry of Atomic Energy by Thomas B. Cochran, Christopher E. Paine and Robert E. Norris, October 26, 1994.

"Proliferation and the Nuclear Disarmament Process -- The Strategic Implications," presented to the *Financial Times* Conference "The Nuclear Industry -- Into the 21st Century?," London, September 14, 1994.

"The Amount of Plutonium and Highly-Enriched Uranium Needed for Pure Fission Nuclear Weapons," with Christopher E. Paine, August 22, 1994.

"Hydronuclear Testing and the Comprehensive Test Ban: Memorandum to Participants - JASON 1994 Summer Study," July 1, 1994.

"Safe Secure Dismantlement of Weapons of Mass Destruction in Russia," comments before the ABA Conference on Nonproliferation of Weapons of Mass Destruction, Washington, DC, June 11, 1994.

"Highly Enriched Uranium Production for South African Nuclear Weapons," *Science & Global Security*, 1994, Volume 4, pp. 33-48.

"Nuclear Warhead Destruction," presented at the United Nations Symposium on Security, Disarmament, and Confidence Building in the CIS Context, Kiev, Ukraine, September 29, 1993.

## Publications related to the Black Sea Experiment

"Gamma-Ray  Measurements of a Soviet Cruise-Missile Warhead," *Science*, May 18, 1990, Volume 248, pp. 828-834, with Steve Fetter, Lee Grodzins, Harvey L. Lynch, and Martin S. Zucker.

"Black Sea Experiment Only a Start," *The Bulletin of the Atomic Scientists*, November, 1989, pp. 13-16.

**Publication and selected speeches related to NRDC/Soviet Academy of Sciences Nuclear Test Ban Verification Project**

"A New U.S.-U.S.S.R. Seismological Program," *Eos* (American Geophysical Union, 24 February 1987), with J. Berger, J. Brune, P. Bodin, *et al.*

"Verifying a Nuclear Test Ban: Technical Requirements and National Security Implications of Lower Thresholds," AAAS Colloquium on Science, Arms Con Control, and National Security, Washington, D.C., October 14, 1988.

"The NRDC/Soviet Academy of Sciences Joint Nuclear Test Ban Verification Project," Acceptance speech, American Physical Society's Szilard Award, Crystal City, Virginia, April 20, 1987.

"Joint Nuclear Test Ban Verification Project of the Soviet Academy of Sciences and the Natural Resources Defense Council, "Borsch II' Lecture, Museum of Natural History, Cleveland, Ohio, June 11, 1987.

**Nuclear Weapons Databook Working Papers**

"United States Nuclear Tests: July 1945 to 31 December 1992," Nuclear Weapons Databook Working Paper 94-1 with Robert S. Norris, February 1994.

"High-Enriched Uranium Production for South African Nuclear Weapons" Nuclear Weapons Databook Working Paper 93-3, October 1993.

"Russian/Soviet Nuclear Warhead Production," Nuclear Weapons Databook Working Paper 93-1, with Robert S. Norris, September 8, 1993 (and earlier editions).

"Making a Virtue of Necessity: START and Strategic Modernization," Nuclear Weapons Databook Working Paper 90-1, with Robert S. Norris, May 1990.

"U.S.-U.S.S.R. Strategic Offensive Forces, 1946-1989," Nuclear Weapons Databook Working Paper 90-2, with Robert S. Norris, May 15, 1990.

"French Nuclear Testing, 1960-1988," Nuclear Weapons Databook Working Paper 89-1, with Burrows, Norris, Arkin, February 1989.

"Implications of the INF Treaty," Nuclear Weapons Databook Working Paper 87-3, with Arkin and Norris, November 1987.

"START and Strategic Modernization," Nuclear Weapons Databook Working Paper 87-2, with Norris and Arkin, November 1987.

"U.S.-U.S.S.R. Strategic Offensive Nuclear Forces, 1946-1987," Nuclear Weapons Databook Working Paper 87-1 (Rev.2), with Norris and Arkin, August 1988.

"Known Soviet Nuclear Explosions, 1949-1985, Preliminary List," Nuclear Weapons Databook Working Paper 86-3, with Jeffrey Sands and Robert Norris, February 1986.

"Known U.S. Nuclear Tests, July 1945 to 31 December 1987," Nuclear Weapons Databook Working Paper 86-2 (Rev. 2A), with Robert S. Norris and William Arkin, January 1988.

"Unannounced U.S. Nuclear Weapons Tests, 1980-84," Nuclear Weapons Databook Working Paper 86-1, January 1986, with Robert S. Norris, William Arkin and Milton Hoenig.

## Other Arms Control Publications

"So Little Time, So Many Weapons, So Much to Do" (with Christopher E. Paine), *Bulletin of the Atomic Scientists*, January/February 1992, pp. 13-16.

"Kiev Conference: Verified Warhead Controls" (with Christopher E. Paine), *Arms Control Today*, January/February 1992, pp. 15-17 (special issue on nuclear weapons in the former Soviet Union), pp. 15-17.

"Finale is Important, Not START" (with Alexi Arbatov), *New Time*, Moscow, November 12-18, 1991, pp. 18-20.

"Appendix A: Classes of data about nuclear weapons and nuclear-weapon materials production that have been declassified by the United States but not in the Soviet Union" (with Christopher E. Paine), in *Ending the Production of Fissile Materials for Weapons; Verifying the Dismantlement of Nuclear Warheads: The Technical Basis for Action*, Federation of American Scientists, June 1991, pp. 45-49.

"A First Look at the Soviet Bomb Complex," with Robert S. Norris, *The Bulletin of the Atomic Scientists*, May 1991, pp. 25-31

"Continued Operation of the K, L, and P Reactors at the Savannah River Site," Testimony to the Department of Energy, Aiken, South Carolina, June 8, 1990.

"The Department of Energy's Savannah River Plant Reactors and U.S. Requirements for Tritium and Plutonium for Nuclear Weapons," A Background Paper prepared with Robert S. Norris and William M. Arkin, October 19, 1988.

"Concerning the Draft Environmental Impact Statement on the Special Isotope Separation Facility," Testimony to the Department of Energy, with Dan W. Reicher, Esq., March 25, 1988.

"Behind the Disclosure of U.S. Secret Tests," with Robert S. Norris, and William M. Arkin, *Bulletin of the Atomic Scientists*, Volume 44, No. 2, March 1988.

"U.S. Nuclear Weapons Production: An Overview," with William M. Arkin and R. Stan Norris, *Bulletin of the Atomic Scientists*, Volume 44, No. 1, January/February 1988.

"The Bomb Book-The Nuclear Arms Race in Facts and Figures," with Arkin and Norris, December 1987.

"Concerning the Scope of the Environmental Impact Statement on the Proposed Renovation and Restart of the N Reactor," Testimony to the Department of Energy, with Dan W. Reicher, Esq., May 12, 1987.

"Concerning the Scope of the Environmental Impact Statement on the Special Isotope Separation Facility," Testimony to the Department of Energy, with Dan W. Reicher, Esq., February 26, 1987.

"Nuclear Weapons," Chapter 1 of World Armaments and Disarmament: *SIPRI Yearbook 1985*, with William Arkin, Andrew Burrows, Richard Fieldhouse, Robert Norris, Jeff Sands. Also annual chapters in *SIPRI Yearbook* for years 1986 - 1990.

"History of the U.S. Nuclear Stockpile 1945-1985," with Robert S. Norris and William M. Arkin, *Bulletin of the Atomic Scientists*, August 1985.

"Resource Paper on the U.S. Nuclear Arsenal," with William M. Arkin and Milton M. Hoenig, *Bulletin of the Atomic Scientists*, August/September 1984.

"The U.S. Nuclear Weapons Stockpile," with William M. Arkin and Milton M. Hoenig, *Arms Control Today*, Volume 12, April 1982.

## CONGRESSIONAL TESTIMONY

August 23, 1995. European Subcommittee of the Senate Committee on Foreign Relations. Re: The Potential Threat Due to Inadequate Control Over Fissile Material in Russia.

June 27, 1994. Subcommittee on International Security, International Organizations and Human Rights, House Committee on Foreign Affairs. Re: Nuclear Weapons and Fissile Material Security in Russia.

April 19, 1994. Military Application of Nuclear Energy Panel of the House Armed Services Committee. Re: Management of Surplus Fissile Material.

July 25, 1990. Senate Select Committee on Intelligence. Re: Monitoring and Security Aspects of the Verification Protocols for the Threshold Test Ban Treaty (TTBT) and The Peaceful Nuclear Explosions Treaty (PNET).

July 23, 1990. Subcommittee on Water, Power and Offshore Energy Resources, House Committee on Interior and Insular Affairs. Re: The Nuclear Regulatory Commission Policy "Below Regulatory Concern".

March 20, 1989. House Armed Services Committee, Department of Energy Defense Nuclear Facilities Panel. Re: The Special Isotope Separation (SIS) Plant, with Dan W. Reicher.

July 17, 1987. Subcommittee on Energy Research and Development, Senate Committee on Energy and Natural Resources. Re: Public Health and Safety Aspects of Operation of the Department of Energy's Nuclear Weapons Production Facilities, with Dan W. Reicher.

May 7, 1986. Subcommittee on Energy Conservation and Power, House Committee on Energy & Commerce. Re: Implications of the Chernobyl Disaster for DOE Production Reactors.

April 5, 1984. Subcommittee on Energy and Water Development, Senate Appropriations Committee. Re: FY 1985 Department of Energy Atomic Energy Defense Activities Appropriations.

November 24, 1981. Subcommittee on Commerce, Consumer, and Monetary Affairs, House Government Operations Committee. Re: Acquisition of Santa Fe International Corporation by Kuwait Petroleum Corporation.

October 1, 1981. Subcommittee on Oversight and Investigations, House Interior And Insular Affairs Committee. Re: Potential Use of American Commercial Spent Fuel to Produce Nuclear Weapons.

March 12, 1981. Task Force on Energy and Environment, House Budget Committee. Re: Reagan Administration's Energy Budget.

March 4, 1981. Subcommittee on Energy Research and production, House Science and Technology Committee. Re: U.S. Breeder Reactor Program.

June 4, 1980. Subcommittee on Energy Research and Production, House Science and Technology Committee. Re: New Directions for Nuclear R&D, Post-INFCE.

April 29, 1980. Senate Governmental Affairs Committee. Re: Reorganization of the NRC.

May 16, 1979. Subcommittee on Energy Research and Production, House Science and Technology Committee. Re: Nuclear Waste Disposal Criteria and Licensing.

April 2, 1979. Subcommittee on Energy Research and Development, Senate Committee on Energy and Natural Resources. Re: FY 1980 DOE Authorization.

March 14, 1979. Subcommittee on Energy, Nuclear Proliferation, and Federal Services, Senate Governmental Affairs Committee. Re: Report of Interagency Review Group on Nuclear Waste Management.

July 18, 1978. Subcommittee on Environment and Atmosphere, House Science and Technology Committee.

July 29, 1977. Subcommittee on Energy and Environment, House Interior Committee. Re: Mr. Conran's Allegations.

June 10, 1977. Subcommittee on Fossil and Nuclear Energy Research, House Science Committee.

June 8, 1977. Subcommittee on Energy Research and Development, Senate Energy Committee.

April 29, 1977.  Subcommittee on Energy and Environment, House Interior Committee.

March 28, 1977.  Subcommittee on Energy Research and Development, Senate Energy Committee.

March 4, 1977.  Subcommittee on Fossil and Nuclear Energy R&D, House Science Committee.

February 27, 1976.  Subcommittee on Energy and Environment, House Interior Committee.  Re: Adequacy of Domestic Safeguards.

July 10, 1975.  Subcommittee to Review the National Breeder Reactor Program, Joint Committee on Atomic Energy.  Re: Clinch River Breeder Reactor.

June 2, 1975.  Subcommittee on Energy and Environment, House Interior Committee.  Re: Clinch River Breeder Reactor.

May 8, 1975.  Joint Economic Committee.  Re: Breeder Reactor Program Economics.

May 2, 1975.  Subcommittee on Energy and Environment, House Interior Committee.  Re: Breeder Reactor Program.

## PUBLICATIONS ON PLUTONIUM TOXICITY AND RADIATION PROTECTION STANDARDS

"Comments of the Natural Resources Defense Council on Working Draft #3 of U.S. Environmental Protection Agency Proposal to Revise 40 CFR Part 191: Environmental Standards for Management and Disposal of Spent Nuclear Fuel, High Level and Transuranic Radioactive Waste" (with Dan W. Reicher), December 13, 1991.

"Definitely Not Below Regulatory Concern:  What is Wrong with the New NRC Policy," July 23, 1990.

"Chernobyl - Estimating Long Term Health Effect," *Bulletin of Atomic Scientists* (August/September 1986), with Frank von Hippel. Reproduced in *Citizen Scientist*, Frank von Hippel, (New York: American Institute of Physics, 1991), pp. 226-235.

"`Maximus De Minimus,' or How the Nuclear Regulatory Commission Proposes to Zap You with High Doses of Radiation and Not Tell You About It," NRDC, April 24, 1986.

Comments on the Proposed National Hazardous Air Pollutant Emissions Standards for Radionuclides, with David D. Doniger and Barbara Finamore, July 14, 1983.

Testimony before EPA on Proposed New Federal Radiation Protection Guidance for Occupational Exposures, April 20, 1981.

Petitions to the NRC to Amend 10 CFR 20.101, Exposure of Individuals to Radiation in Restricted Areas, and attached report "Radiation Standards for Occupational Exposure," with Arthur R. Tamplin, September 26, 1976.

Comments on the draft report of the NAS-NRC Ad Hoc Committee on Hot Particles, July 1976.

Comments by NRDC on NRC's Denial of Petition for Rulemaking Re:  Petition to Amend Radiation Protection Standards, with Arthur R. Tamplin, June 2, 1976.

Petition to EPA to Amend Radiation Protection Guides and attached report "Radiation Protection Guides for Whole Body and Gonad Exposure of Radiation Workers," with Arthur R. Tamplin, October 2, 1975.

NRDC Supplemental Submission to EPA Public Hearing on Plutonium and the Transuranium Elements, with Arthur R. Tamplin and J.G. Speth, December 10, 1974.

"A Critique of the Biophysical Society's Draft Comments on `Radiation Standards for Hot Particles,'" with Arthur R. Tamplin, December 1974.

"The Hot Particle Issue:  A Critique of WASH-1320 as It Relates to the Hot Particle Hypothesis," with Arthur R. Tamplin, November 1974.

Petitions to EPA and AEC to Amend Radiation Protection Standards As They Apply to Hot Particles, with Arthur R. Tamplin, April 10, 1974.

Radiation Standards for Hot Particles:  A Report on the Inadequacy of Existing Radiation Protection Standards Related to Internal Exposure of Man to Insoluble Particles of Plutonium and Other Alpha-Emitting Hot Particles, with Arthur R. Tamplin, February 14, 1974.

Health Effects Associated with Radiation, Chapter IX-E of Energy Research Needs, a report to the National Science Foundation prepared by Resources for the Future, Inc., in cooperation with MIT Environmental Laboratory, October 1971.


## PUBLICATIONS ON NUCLEAR POWER

"The Plutonium Breeder," Paper presented at the International Conference on Plutonium, Omiya Sonic City, Japan, November 2-4, 1991; a revised version of this paper was presented at the International Ecological Conference, Chelyabinsk, Russia, May 22, 1992.

Comments on EPA Proposed Rule, Environmental Standards for the Management and Disposal of Spent Nuclear Fuel, High Level and Transuranic Radioactive Wastes, April 29, 1983.

"Secrecy and Nuclear Power," *The Bulletin of Atomic Scientists*, August-September 1981, p. 37.

"Radioactive Waste Management" (in three parts), DOE Contract ER-78-C-01-6596, with Dimitri Rotow and Arthur R. Tamplin, 1979.

Testimony on Radioactive Waste Disposal at Rede-Gegenrede, Hanover, West Germany, with Jonathan Callender, *et al*, March-April 1979.

Radioactive Waste Disposal Criteria, May 31, 1978.

"Nuclear Waste, Too Much, Too Soon," with Arthur R. Tamplin, May 1978.

Testimony at Windscale Inquiry, White Haven, Cumbria, Great Britain, September 12, 1977.

"Proliferation Resistant Nuclear Power Technologies: Preferred Alternative to the Plutonium Breeder," with other minority members of the LMFBR Review Steering Committee, April 6, 1977.

"Nuclear Weapons Proliferation - The State Threat and the Non-State Adversary," by with Arthur R. Tamplin and with the assistance of J.G. Speth, March 2, 1977.

"The Breeder Reactor: A Poor Buy," with J.G. Speth and Arthur R. Tamplin, *Environment*, June 1975.

"Bypassing the Breeder: A Report on the Misplaced Federal Energy Priorities," with J.G. Speth and Arthur R. Tamplin, NRDC, March 1975.

"Plutonium Recycle: The Fateful Step," with J.G. Speth and Arthur R. Tamplin, *The Bulletin of Atomic Scientists*, November 1974.

"NRDC Comments on WASH-1327, Generic Environmental Impact Statement on Mixed Oxide Fuels (GESMO)," with J.G. Speth and Arthur R. Tamplin,  October 1974.

"The Plutonium Decision: A Report on the Risks of Plutonium Recycle," with J.G. Speth and Arthur R. Tamplin, NRDC, September 1974.

"Energy vs. the Environment, Part II: The Breeder Reactor," *Appalachia*, June 1974, and `Advocates' debate at the Appalachian Mountain Club meeting held in Boston, January 20, 1973.

"NRDC Comments on the Draft LMFBR Environmental Impact Statement," with Arthur R. Tamplin and J.G. Speth, NRDC, April 29, 1974.


## OTHER SELECTED PUBLICATIONS, PAPERS, NOTES, AND LETTERS

Project AMSIM Final Report, Volume I, Terrain Models, with R. Kelly, R. Marchi, P. Patchick, and B. Skipwith.  Prepared for U.S. Army Combat Developments Command Experimentation Command, Fort Ord, California, August 1971.

Evidence for Production of the $N^*$ (1400) and $N^*$ (1400) in the Reaction pp(n) -pp  (n) at 2.8 GeV/c, with T.C. Bacon, F.M. Bomse, and others *Physical Review Letters*, Volume 22, 1969, p. 43.

Comparison of Isobar Production in pp and pn Interactions at 2.8 GeV/c., with T.C. Bacon, F. M. Bomse, and others, *Physical Review*, Volume 162, 1967, pp. 1320-1322.

## M.S. THESIS AND PH.D. DISSERTATION

<u>Soft X-Ray Irradiations of Acetylene Methylacetylene, and Ethylacetylene in the Gas Phase With and Without Admixtures of Noble Gases</u>.  M.S. Thesis (unpublished), Vanderbilt University, 1965.

<u>Antiisobar Production in Antiproton-Deuteron Interactions at 2.8 GeV/C.</u>  Ph.D. Dissertation (unpublished), Vanderbilt University, 1967.

## REFERENCES

John Adams, Esq.
Executive Director
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-2700

Adrian W. Dewind, Esq.
Board of Directors, former Chairman
NRDC
Paul, Weiss, Rifkind, Warton & Garrison
1285 Avenue of Americas; 24th Floor
New York, NY 10019
(212) 373-3138

Rep. John Spratt
1533 Longworth HOB
Washington, D.C. 20515-4005
(202) 225-5501

Rep. Edward J. Markey
2133 Rayburn HOB
Washington, D.C. 20515
(202) 225-2836

J. Gustave Speth, Esq.
United Nations Development Programme
1 U.N. Plaza, 21st Floor
New York, N.Y. 10017
(212) 906-5791

Prof. John P. Holdren
Energy and Resources Program
Bldg. T-4, Room 100
University of California
Berkeley, CA 94720
(510) 642-1139

Prof. Frank von Hippel
Center for Energy and
Engineering Studies
Engineering Quadrangle
Princeton, NJ 08544
(o) (609) 452-4695
(h) (609) 275-7004

Dr. Ray Kidder
Physics Division
Lawrence Livermore National Laboratory
University of California
Livermore, CA 94551
(o) (510) 422-4102
(h) (510) 846-4102

Dr. Richard L. Garwin
IBM Thomas J. Watson Research Center
P.O. Box 218
Yorktown Heights, NY 10598
(914) 945-2555

John M. Deutch
Director
Central Intelligence Agency
Washington, D.C. 20505
(703) 482-1100

Ralph Earle, II, Esq.
Arms Control and Disarmament Agency
320 21st Street, N.W.
Washington, D.C. 20451
(202) 647-2034

Walter Slocombe, Esq.
Department of Defense
The Pentagon
Washington, D.C. 20301-2000
(703) 697-8360