

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2
   ------------------------------x
 3  MERILYN COOK, et al.,         : Civil Action
                                  :
 4              Plaintiffs,       :
                                  :
 5       vs.                      :
                                  :
 6  ROCKWELL INTERNATIONAL        :
    CORPORATION, a Delaware       :
 7  Corporation, and THE DOW      :
    CHEMICAL COMPNAY, a Delaware  :
 8  Corporation,                  :
                Defendants.       : NO. 90-K-181
 9  ------------------------------x

10           Expert oral deposition of THOMAS B.

11  COCHRAN, Ph.D., taken at the law offices of BERGER

12  & MONTAGUE, P.C., 1622 Locust Street,

13  Philadelphia, Pennsylvania  19103, on Thursday,

14  the 20th day of March, 1997, commencing at 10

15  o'clock a.m., before ANGELA C. BUONANTUONO, a

16  Court Reporter and Foreign Commissioner of Deeds

17  for the Commonwealth of Pennsylvania.

18

19

20

21                      - - -
22        DELCASALE, CASEY, MARTIN & MANCHELLO
             Registered Professional Reporters
23              Suite 636 - 1801 Market Street
              Philadelphia, Pennsylvania   19103
24                   (215) 568-2211
```

Thomas B. Cochran, Ph.D.                     16

1             MR. DAVIDOFF:  Objection to the
2     form of the question.
3             THE WITNESS:  I believe I have
4     expertise in the adequacy of the fire
5     protection procedures as they relate to pit
6     manufacturing facilities.
7  BY MR. KURTENBACH:
8  Q.    Any other expertise relating to fire
9  safety?
10 A.    I have more than a layman's knowledge of
11 fire safety issues related to radiological
12 materials.
13 Q.    Any other expertise related to fire safety?
14 A.    Well, the issues of fire safety in a
15 broader context arise in conjunction with my work
16 as a consultant -- as an advisor to the Department
17 of Energy on the management of radioactive waste
18 and other materials that the department is
19 currently trying to dispose of.
20 Q.    Have you ever written any articles on fire
21 safety?
22 A.    Outside of this case, no.
23 Q.    Have you written any articles on this case?
24 A.    I've submitted two reports, one was an

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                           40

1  Q.     How many of those people?
2  A.     I don't remember.
3  Q.     Do you remember discussing criticality
4  safety with one of those people at least?
5  A.     I was on an advisory committee to the
6  Department of Energy that was asked to examine the
7  processes being developed for decontamination of
8  the Rocky Flats facilities and disposal of the
9  materials and the management of materials.
10         And as part of that work I spent a couple
11 of days at Rocky Flats with a committee of other
12 nuclear chemists and materials experts where we
13 reviewed the material handling problems at Rocky
14 Flats and were briefed by staff at Rocky Flats and
15 of course major consideration and topic of
16 discussion was the issue of criticality and
17 problems associated with criticality as they
18 related to removal of plutonium from glove boxes
19 and containers and processing lines.
20         Part of that discussion dealt with the
21 problems associated with the criticality
22 calculations and the lack of criticality
23 calculations that met current DOE standards for
24 criticality review before one conducts the

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                          41

1    processes.
2          For example, it went into discussion of the
3    need to recalculate the criticality, redo the
4    criticality calculations for miles of piping that
5    had plutonium in it prior to transfer of plutonium
6    from areas within Rocky Flats to a glove box, for
7    example, where material could be processed and
8    removed, so that was a major subject of our
9    review.
10   Q.    When did that take place?
11   A.    Don't pin me down, I would say three or
12   four years ago.
13         It was since 1990, but not in the last
14   couple of years.
15   Q.    Your best estimate would be 1993 or 1994?
16   A.    That would be -- yes.  Again, don't pin me
17   down.
18   Q.    Have you ever published any articles on
19   criticality safety?
20   A.    Only to -- let's see, I don't have a copy
21   of it, but I believe the committee submitted a
22   report -- I mean, I know we submitted a report on
23   the basis of that meeting, which would have dealt
24   with the problems that we discussed, and then

Thomas B. Cochran, Ph.D.                    42

1   there was --
2   Q.      I didn't follow that.  Was that published,
3   that report?
4   A.      No, it would have just been -- gone into
5   the Department of Energy.
6   Q.      Have you ever published any articles on
7   criticality safety?
8   A.      Not dealing solely with that topic.
9   Q.      Have you ever published any articles
10  dealing with criticality safety in any way?
11  A.      Well, outside the context of this -- the
12  context of this litigation?
13  Q.      Correct.
14  A       I have published reports that discuss the
15  criticality -- problems associated with --
16  criticality problems associated with the use of
17  plutonium.
18  Q.      And those are listed on your resume?
19  A.      Yes.
20  Q.      Let me hand you what I have marked as
21  Exhibit 2.
22                  (WHEREUPON, the above-mentioned
23          document is received and marked as
24          Cochran-2 for Identification.)

DelCasale, Casey, Martin & Manchello

1   some of the activity got off-site.

2           I would note, however, two things.  One,
3   criticality events can lead to fires.  Not, you
4   know, not a high probability, but it's -- that's a
5   risk associated with the use of these materials in
6   areas where you have other volatile organic
7   compounds, for example.

8           Secondly, the management of this particular
9   issue, I think, is important, particularly with
10  respect to Rocky Flats, in revealing a pattern of
11  behavior of management with regard to safety
12  issues more generally.  And there I would include
13  criticality, waste management practices, fire
14  safety, and environmental releases.

15          And one can look to how the managers
16  managed this particular safety issue, which has
17  more to do with workers' safety than public
18  safety, in order to gauge their overall attention
19  to details related to safety matters.

20  Q.      And that's the context in which you studied
21  it in this case, correct?

22                  MR. DAVIDOFF:  Objection to the
23      form.

24  BY MR. KURTENBACH:

Thomas B. Cochran, Ph.D.                               97

1   29, that's one, two, three, four, five paragraphs,
2   I've given you a five-paragraph overview.  If
3   you're not happy with that, I direct the reader to
4   the back of the document that gives you the
5   Executive Summary of a first-rate committee that's
6   reviewed criticality safety at the plant, and I've
7   given my own judgment about the interpretation of
8   that in the video, and the document speaks for
9   itself.  I mean --
10  Q.     Is there any other document besides this
11  Scientech review that you reviewed in connection
12  with reaching your opinions concerning criticality
13  management and the Rocky Flats plant?
14  A.     Yes.  I have a 25-year history of studying
15  nuclear safety issues, which includes criticality
16  safety, from the very beginning of my studies at
17  Vanderbilt University in 1962.
18         You know, I'm a nuclear physicist, I know
19  how fission process works, I know how you get
20  criticality event, I know what it does, I know it
21  gives radiation, it's killed people in the past
22  that are nearby, it gives it some fission
23  products, and it can lead to bigger accidents, it
24  can be a precursor of bigger accidents.

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                    101

1            question again in response to --
2                     THE WITNESS:  I've also relied
3            on my participation as a DOE -- as an
4            advisor to the Department of Energy, who
5            was hired as a consultant for the
6            Department of Energy, for the purposes of
7            reviewing practices related to cleaning up
8            the plutonium at the plant, and part of
9            that review, an extensive part of that
10           review, dealt with concerns about
11           criticality safety as it related to
12           cleanup, and the lack of up-to-date
13           criticality analyses that met current DOE
14           orders with respect to performing and
15           documenting the criticality calculations
16           before one engages in the movement of the
17           plutonium.
18    BY MR. KURTENBACH:
19    Q.     Were any of those managing practices the
20    management practices of Dow or Rockwell?
21    A.     I think if Dow and Rockwell had better
22    managed that plant we wouldn't have the plant in
23    such a poor state as it is today with respect to
24    the storage of waste and the disposition of

Thomas B. Cochran, Ph.D.                    102

1   plutonium, and the inability to move the plutonium
2   out and shut it down in a reasonable time and at a
3   reasonable cost.
4           So the criticality safety problems that
5   exist to date, I think, stem in a large measure
6   from the poor practices of the previous
7   contractors, and I'm not sure of the extent to
8   which the lack of documentation on criticality
9   calculations traces back to Rocky Flats -- I mean,
10  to Rockwell or Dow.
11  Q.    You just don't know?
12  A.    I just answered the question.
13  Q.    The question was, were any of the documents
14  that you reviewed in connection with your 1993 or
15  1994 review, at the plant that you referred to in
16  your answer -- I'll change the question --
17  generated by Dow or Rockwell?
18  A.    I don't know.  I did not --
19  Q.    Other than this Scientech report, have you
20  reviewed any documents that describe for you any
21  of the criticality safety methods, procedures or
22  activities that were followed at the plant while
23  Dow was contractor?
24                    MR. DAVIDOFF:  Objection, asked

DelCasale, Casey, Martin & Manchello

1       and answered.
2                   THE WITNESS:  None that I
3       recall.
4  BY MR. KURTENBACH:
5  Q.   Other than this Exhibit 7, have you
6  reviewed any documents that describe the
7  criticality safety procedures, methods or
8  practices that were followed while Rockwell was
9  the manager of this plant?
10                  MR. DAVIDOFF:  Same objection.
11                  THE WITNESS:  You know, for the
12      purpose of discussing criticality safety in
13      my overview report, I did not rely on or
14      review such documents.
15                  However, as I've indicated
16      previously, I relied not only on the
17      Scientech document but my experience,
18      historical experience on this issue.
19                  I may have reviewed some of
20      these documents in the course of preparing
21      this case, but I did not do so for the
22      purposes of writing the section on
23      criticality that begins on Page 28 of
24      Exhibit 2.

Thomas B. Cochran, Ph.D.                         106

1   not as -- various nuclear facilities, but not as a
2   manager of the facility.
3   Q.      Other than your work as a radiation safety
4   officer at Vanderbilt University, have you ever
5   managed any nuclear facility?
6   A.      No, not in the context of being the
7   "manager" of the facility, no.
8   Q.      And other than -- well, not even "other" --
9   have you ever been responsible for nuclear wastes
10  at any facility?
11  A.      I've been responsible for ensuring adequate
12  health physics practices at Vanderbilt University,
13  which had nuclear wastes that required disposal.
14  Q.      Any place else?
15  A.      No.
16  Q.      And did you handle or deal with plutonium
17  when you were working at Vanderbilt University?
18  A.      No.  By the way, though, well....
19  Q.      By the way, though, what?
20  A.      Nothing.
21  Q.      Nothing?
22  A.      I own some uranium.  Does that help you?
23  Q.      Now, if you'll go back to Page 28 of the
24  report.

Thomas B. Cochran, Ph.D.                           165

1            MR. DAVIDOFF:  Are you pointing
2       to a part of the report here?
3   BY MR. KURTENBACH:
4   Q.      Go ahead.
5   A.      I believe that's covered in great detail in
6   Budnitz and Chan's report on fires.
7   Q.      Anything else?
8   A.      That I relied upon?
9   Q.      Right.
10  A       No, I relied on the analysis of Budnitz and
11  Chan.
12  Q.      Do you have any information or evidence --
13  have you seen any information or evidence that
14  indicates --
15  A       Well, let me say this, I want to -- that's
16  what comes to my immediate memory.
17          I mean, I would want to go back and look at
18  fire reports that I've read, but....
19  Q.      If the fire report said something contrary,
20  you would want to make sure that you clarified
21  that for the record, right?
22  A.      Sure.
23  Q.      Well, why don't we take a look at Volume IV
24  of the 1969 fire report, Page 62.

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                166

1   A       You're not disputing that the wall between
2   the two buildings acts as -- serves as a fire
3   break, are you?
4   Q.      It's Page 62 that I'm referring to, sir, in
5   Volume IV.
6   A.      Okay.
7   Q.      See that point Number 12 there on Page 62;
8   do you see that, sir?
9   A.      Yes.
10  Q.      Does it state, "AL approved the removal of
11  the wall separating Building 776 and Building 777
12  in 1961.  The Investigation Board was advised by
13  AL that this wall was not rated as a 'fire wall'
14  and its removal was not considered to have an
15  effect on fire protection requirements"?
16  A.      Yes, I see that.
17  Q.      Do you have a basis to disagree with that
18  statement?
19              MR. DAVIDOFF:  Objection to the
20          form of the question.
21              THE WITNESS:  I want to go
22          back and -- you've raised an issue, I want
23          to go back and review it when I have more
24          time to look at this and other documents --

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                                          167

1  BY MR. KURTENBACH:
2  Q.     Fair enough.  Oh, go ahead.
3  A.     -- and see whether your line of argument is
4  correct.
5  Q.     Do you remember ever laying your eyes on
6  this statement in the '69 fire report before, that
7  I just read to you?
8  A.     I certainly didn't focus on it if I did.  I
9  mean, you know, I looked at this document, this
10 big, big document.
11 Q.     Did you oversee the production of graphics
12 that were included in your videotape that showed a
13 wall being removed from Building 776 and 777?
14 A.     I participated in that, yes.
15 Q.     Who prepared those graphics, sir?
16 A.     There were a number of people involved,
17 including myself and Dr. Budnitz, Dr. Chan, Dr.
18 North, and we had a video technician that was
19 working with us that helped put together the video
20 with the text that we prepared.
21 Q.     And that's Dr. Nathan Y. Chan?
22 A.     Yes.
23 Q.     And did anybody discuss with you during,
24 prior to, or after the preparation of that video,

Thomas B. Cochran, Ph.D.                218

1  Q.      Have you seen any evidence to indicate to
2  you that the soil levels off-site the Rocky Flats
3  plant attributable to Rocky Flats emissions exceed
4  two DPM per gram?
5              MR. SORENSEN:  Objection.
6          Vague as to time.  Vague as to location.
7          Also beyond the scope of his report.  Go
8          ahead.
9              THE WITNESS:  I was not asked
10         to look at the dose reconstruction issues.
11         I did not do so.
12             I would offer a couple of
13         observations.  One is the -- several
14         observations.  One is considerable
15         controversy about the adequacy of radiation
16         protection standards, particularly as they
17         apply to plutonium particulates.
18             And two, the Atomic Energy
19         Commission -- well, that doesn't really
20         apply here, so I'll just skip that for the
21         moment.
22             Two, the Rocky Flats or the
23         contractors have an obligation to ensure
24         that the exposures are below the standards

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                    219

1           as far as practicable, and I do not believe
2           they are in compliance with that
3           requirement.
4      BY MR. KURTENBACH:
5      Q.     Are you done?
6      A.     that's the basic tenor of the -- and I have
7      laid out the case, the reasons I believe that in
8      my report.
9                    MR. SORENSEN:  Are you done?
10     BY MR. KURTENBACH:
11     Q.     Have you calculated --
12                   MR. SORENSEN:  Hold on.  Were
13          you done?
14                   THE WITNESS:  That's good
15          enough.  I'm done for now.  Go ahead.
16     BY MR. KURTENBACH:
17     Q.     In your view, any dose received by people
18     living off the Rocky Flats plant due to Rocky
19     Flats emissions above zero, would be in violation
20     of ALARA, correct?
21                   MR. SORENSEN:  Objection,
22          vague.
23                   THE WITNESS:  Not any.  I
24          would state it in reverse.  On the basis of

DelCasale, Casey, Martin & Manchello

1           my analysis and expert opinion, I do not
2           believe that the Rocky Flats contractors
3           maintained releases of plutonium off-site
4           as low as practicable.
5    BY MR. KURTENBACH:
6    Q.     How far above zero would the releases have
7    to go in order for it to still be within ALARA.
8                   MR. SORENSEN:  Objection.
9                   THE WITNESS:  Do you
10          understand what ALARA means?
11   BY MR. KURTENBACH:
12   Q.     Yes, I do.
13                  MR. SORENSEN:  Objection, vague
14          as to time frame.  Go ahead.
15                  THE WITNESS:  ALARA means as
16          low as reasonably achievable, taking into
17          account economic and practicality.
18   BY MR. KURTENBACH:
19   Q.     Social?
20   A.     Social conditions.
21          It's pretty evident to me, and I think
22   anybody who looked at this evidence, that the
23   management of the 903 pad was inconsistent with
24   the ALARA principal.

Thomas B. Cochran, Ph.D.                          221

1     It's pretty evident to me, and I think
2  others would agree that the management of the fire
3  hazards, particularly as associated with the '69
4  fire -- period leading up to the '69 fire, were
5  inconsistent with the ALARA principal.
6     It's pretty evident to me that the
7  management of the pondcrete and solcrete issues
8  were inconsistent with the ALARA principal.
9     I don't think these contractors engaged in
10 prudent health physics practices in their conducts
11 during the 37 years they operated the plant.
12    Now, the issue of plutonium standards is
13 very tricky.  As you know from my resume, I was
14 involved extensively in rule makings in the early
15 '70s about the adequacy of the plutonium
16 standards.
17    The contractors of the Department of Energy
18 and its predecessors, in general -- this is sort
19 of a general statement -- over the years, together
20 with AEC and DOE and other people, have
21 systematically ensured that their standards --
22 that they didn't have to reduce their radiation
23 protection standards in sort of lock step as they
24 were reduced for the commercial industry, and they

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                     222

1   maintained a self-regulation and, in effect, a
2   separate set of standards that I have long felt
3   were inappropriate and inadequate.
4           And the practices under which they engaged
5   have left a legacy of waste at Rocky Flats that
6   leaves the, as you call them, the people in the
7   class, the people right around Rocky Flats, with
8   a, I think, a risk that is -- of future exposure
9   that is very high and -- unacceptably high and
10  needlessly high because of the way they operated
11  this plant for 37 years.
12  Q.      You have no evidence that any --
13                  MR. SORENSEN:  Hold on.  Were
14      you finished?
15                  THE WITNESS:  Let him....
16  BY MR. KURTENBACH:
17  Q.      You have no evidence that anyone who lives
18  in the class area ever received a dose in excess
19  of the EPA's current annual limits on radiation
20  exposure to members of the general public, do you?
21                  MR. SORENSEN:  I'm sorry, can
22      you repeat that question?
23                  MR. KURTENBACH:  No.
24                  MR. SORENSEN:  Can you read it

DelCasale, Casey, Martin & Manchello