```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2

 3   MERILYN COOK, et al.,            )
                                      )
 4                   Plaintiffs       )
                                      )
 5        vs.                         )         90 K 181
                                      )
 6   ROCKWELL INTERNATIONAL, et al.,  )
                                      )
 7                   Defendant.       )

 8   _____

 9                      CONTINUED HEARING
                     TRANSCRIPT OF PROCEEDINGS
10   _____

11          Proceedings held before the HONORABLE JOHN L. KANE,

12   JR., U.S. District Judge, for the District of Colorado,

13   beginning at 9:31 a.m. on the 26th day of July, 1995, in

14   Courtroom C-401, United States Courthouse, Denver, Colorado.

15                           APPEARANCES

16   For the Plaintiffs:         Bruce H. Deboskey, Esq.
                                 Steven William Kelly, Esq.
17                               Silver & Deboskey, P.C.
                                 1801 York Street, #700
18                               Denver, Colorado   80206-5607

19                               Merrill Davidoff, Esq.
                                 Peter Nordberg, Esq.
20                               David F. Sorensen, Esq.
                                 Berger & Montague, P.C.
21                               1622 Locust Street
                                 Philadelphia, PA   19103
22

23

24

25       Proceedings recorded by electronic sound recording;
            transcript produced by transcription service.
```

59

1    THE WITNESS: My name is Thomas B. Cochran. It's C-O-C-
2 H-R-A-N.
3    MR. DAVIDOFF: Your Honor, before I begin with this
4 witness, I am pleased to inform the Court that for reasons of
5 circumstances and otherwise, this will be our last witness.
6 We've eliminated a number of them, and two who we had
7 available last week are unavailable. They couldn't get back,
8 so we're going to conclude with Mr. Cochran.
9    THE COURT: All right.
10                    DIRECT EXAMINATION
11 BY MR. DAVIDOFF:
12 Q    Mr. Cochran, what is your age, sir?
13 A    I'm 54.
14 Q    Could you tell the Court your educational background,
15 please?
16 A    I received a bachelor of engineering in electrical
17 engineering from Vanderbilt University in 1962. I stayed at
18 Vanderbilt and received a master's degree in physics under an
19 ADC health physics fellowship in 1967, a thesis in radiation
20 chemistry, and also a Ph.D. at Vanderbilt in physics--excuse
21 me, my master's degree was in '65, and a Ph.D. in physics in
22 1967.
23 Q    Is that training in nuclear physics?
24 A    Yes. A healthy dose of nuclear physics. I took a
25 course in reactor physics as an undergraduate, and at the

Cochran - Direct - Rebuttal                                  60

1  master's degree level, since I was a health physics fellow, I
2  was trained in sort of the physics of radiation protection,
3  and the Ph.D. was high energy. The thesis or dissertation
4  was in high energy physics, which is nuclear physics,
5  involving very high speed particles.
6  Q    Have you served in the military, sir?
7  A    Yes. I served two years in the Navy. I was a professor
8  on active duty at the Naval Postgraduate School in Monterey,
9  where I taught physics and mathematics to other Naval
10 officers.
11 Q    All right. Could you tell us, just so we can get this
12 established, in 1973 you joined an outfit called the NRDC.
13 Could you tell the Court what that is?
14 A    NRDC is an acronym for the Natural Resources Defense
15 Council. That's a large national environmental organization,
16 non-profit. When I joined in '73, it was about a half a
17 dozen professionals and a Ford Foundation grant of a couple
18 of hundred thousand dollars, and today, we are in four
19 offices and have a $20 million annual budget, and a staff of
20 about 170 people, and a large membership.
21 Q    Is it fair to say that the NRDC is one of the largest
22 and best-respected environmental organizations in the United
23 States?
24 A    It's one of the premier environmental organizations,
25 national environmental organizations in the U.S., and other

Cochran - Direct - Rebuttal                                61

1  large organizations would include things like National
2  Wildlife, Sierra Club, Environmental Defense Fund, and so
3  forth, but we are among the top ten and we think we're the
4  best, actually.
5  Q    All right.  Now, you've been at the NRDC since 1973.
6  I'm going to ask you some more questions about.  Could you
7  briefly tell the Court your other professional experience
8  between your physics degree from--Ph.D. from Vanderbilt, and
9  your active duty service, and joining the NRDC in 1973?
10 A    After graduating from Vanderbilt, I was in ROTC, so I
11 went immediately into the Navy and went to the Naval
12 Postgraduate School for my tour, which was two years.  I then
13 spent two years working for Litton Industries, which had a
14 contract with the U.S. Army at Fort Ord, and I ran a group of
15 scientists doing computer modeling of actual--actually, field
16 exercises, helicopters versus anti-aircraft missiles.
17           Then, I obtained a appointment at an outfit in
18 Washington, D.C. called Resources for the Future, which is a
19 social science think tank which, at the time, was funded by
20 the Ford Foundation, and I wrote a book on the liquid metal
21 fast breeder reactor program of the Atomic Energy Commission.
22 I was there for two years, and that brings me to April of
23 '73, when I finished the book.  It was a two-year
24 appointment, and then I went over and joined NRDC.
25 Q    Now, the breeder reactor, the fast breeder reactor,

Cochran - Direct - Rebuttal                                64

program was focused on preventing the commercialization of plutonium in the light water reactor industry and the breeder reactors.

In about 1979 or 1980, I was director of the nuclear program at NRDC, and I decided to move part of our program effort into focusing on the arms race issues. We began by writing a series of textbooks or reference books on the nuclear weapons industry. I wrote three books on the U.S. nuclear weapons; one on nuclear forces, and two on the production facilities, such as Rocky Flats and Hanford, and so forth.

Then, we have done a lot of work in collaboration with the Russian--well, at that time, the Soviet Academy of Sciences to demonstrate the feasibility of verifying a comprehensive test ban or low threshold test ban. We, with them, put out seismic monitoring stations around their test site and our test site, visited a number of secret facilities, took Congressional delegations to Russia to visit secret military--then secret military installations; did an experiment with the Russians on the Black Sea.

They loaned me a cruiser with a nuclear weapon on board, and I did some gamma ray spectra analysis of the weapon as part of a program to examine the utility of radiation detectors for monitoring the presence or absence of nuclear weapons on ships. At that time, there was a big

Cochran - Direct - Rebuttal                               65

1   debate over whether the--you could eliminate nuclear cruise
2   missiles from ships and verify that elimination.
3          I've been working closely with people in the U.S.
4   government, particularly DOE, and also various--in Russian
5   foreign ministry, Ministry of Atomic Energy in Russia on
6   issues related to the security of fissile materials in
7   Russia, and the disposition of plutonium and highly-enriched
8   uranium recovered from nuclear weapons, both in the United
9   States and Russia.
10         And I've just finished a book with two of my
11  colleagues on the Russian production facilities, the
12  equivalent of the DOE nuclear weapons complex in Russia,
13  which would be almost a carbon copy of the U.S. facilities,
14  but slightly different in number and--
15  Q    An even bigger mess; is that a fair statement?
16  A    They make the United States look good.
17  Q    All right.  The reason we called you here, among others,
18  or one of the principal reasons is the issue of MUF, M-U-F.
19  Are you familiar with MUF issues?
20  A    Yes, I am.
21  Q    Could you describe to the Court the history of your
22  familiarity with MUF issues, and how you've come to be
23  involved in that?
24  A    Well, in the seventies, when our opposition to the
25  commercial use of plutonium was driven by, in large measure,

Cochran - Direct - Rebuttal                                       66

1   by the difficulty in physically protecting the material in a
2   large fuel cycle and accounting for it, and MUF, or inventory
3   difference, which is the new term in the trade, or new, or
4   it's not very new anymore, was a--it's really the principal
5   means of measuring how well you know the disposition of the
6   material that is in or flowing through these various
7   facilities.
8           So, it's a measure of how well you know where the
9   material is, and, therefore, we, ever since the early
10  seventies, I've been personally interested in what the MUF
11  values are for various types of facilities, and whether you
12  can build an adequate safeguard regime, whether the
13  International Atomic Energy Commission safeguards are
14  adequate for protecting these types of facilities in non-
15  weapon states, and so forth.
16  Q    And is it fair to say the NRDC has been among the groups
17  in the United States which have urged DOE to be more
18  forthcoming about the MUF issues?
19  A    Definitely, and, in fact, in years past, we have done
20  numerous requests for MUF data, but in the early days, most
21  of that data was classified, and you would be lucky to get
22  annual inventory numbers from selected facilities.
23  Q    Now, you are a consultant to the plaintiffs' lawyers.
24  You were hired previous to this contempt proceeding as a
25  consultant to the plaintiffs' lawyers in this case; is that