# JAMES FLYNN, Ph.D.
(jamesflynn@decisionresearch.org)

*Senior Research Associate, Decision Research, Eugene, Oregon*

*Senior Research Fellow, Pacific World History Institute, San Francisco, CA;*

**Professional Experience**

2000-present, Senior Research Fellow, Leader of the Contemporary Social Issues Research Group, Pacific World History Institute, San Francisco, CA.

1990 – Present: Senior Research Associate, Decision Research, Eugene, OR;

1983 – 1989: Subcontractor, then Associate and Vice-President, Mountain West Research, Phoenix, AZ and Las Vegas, NV

1979 – 1983: Research Director and Principal, Social Impact Research, Seattle, WA

1976 – 1979: Research Associate and Editor of Institute publications, Institute for Social and Environmental Studies, University of Kansas, Lawrence, KS

1966 – 1976: College/University teaching-research positions (Seattle, WA, Greensboro, NC, Rochester, NY, and Kansas City, MO).

**Education**

B.A., Eastern Washington State University, 1963

M.A., 1968; M. Ph., 1972; Ph.D., University of Washington, 1974

# JAMES FLYNN

## Fields of Specialization

Risk Communications, Survey research, Socioeconomic Impact Assessment, Community Studies, Public Planning and Policy Analysis.

## Professional Associations

American Association for the Advancement of Science
American Association for Public Opinion Research
Linguistic Society of America
Risk Assessment & Policy Association (Board of Directors)
Society for Risk Analysis

## Relevant Experience

Directed, managed, and/or conducted funded research on behalf of a wide range of clients and sponsors. Public-sector research for state and local governments in Nevada, Arizona, Washington, Kansas, Missouri, Mississippi, California, and Wisconsin. Federal Agency support from: the National Science Foundation, U.S. Department of Energy, U.S. Nuclear Regulatory Commission, U.S. Army Corps of Engineers, Bureau of Land Management, U.S. Law Enforcement Assistance Administration, U.S. Forest Service, and U.S. Solicitor's Office. In Canada, studies have been undertaken for Health Welfare Canada and the Ontario Ministry of Natural Resources. Private-sector clients have included Puget Sound Power and Light Company, Shell Canada Resources, Limited, Chicago Bridge and Iron Company, Waste Management Inc., Energy National, Inc., Planning Information Corporation, Summa Corporation, Hydro Ontario, and some litigation support. Project manager (1986 – 1992) and project director (1993 – present) for the State of Nevada, Yucca Mountain Socioeconomic Impact Assessment Studies (a high-level radioactive waste repository proposed for Yucca Mountain).

Author and co-author of more than 75 research reports including findings from case studies, surveys, experiments with human subjects, and analysis of existing social and economic data. These reports have been produced for private companies, state, local governments and federal agencies as stand-alone documents, parts of Environmental Impact Statements, as materials for management decisions and as litigation support. Principal Investigator for U.S. Department of Energy, Low Dose Research Program (1999-2002) on Risk Communication and public responses to low dose radiation exposures. Additional basic research funding has been provided by the National Science Foundation, The Alfred P. Sloan Foundation, and The Annenberg Foundation.

JAMES FLYNN

Served on advisory committees: the Atlantic Council of the US on Proliferation and the Future of Nuclear Power, the U.S. Department of Energy with the Low Dose Radiation Research Program; Sandia National Laboratory Visiting Scientist Program for U.S. Department of Defense, Defense Threat Reduction Agency study of Weapons of Mass Destruction; the National Council on Radiation Protection study of Radiation Exposure Standards for the U.S. Nuclear Regulatory Commission; presentations at National Academy of Science/National Research Council meetings and workshops. Reviewer of proposals and as a proposal review panel member for the National Science Foundation; Reviewer of manuscripts for numerous professional journals including *Risk Analysis, the Journal of Risk Research, Journal of Applied Social Psychology, Annals of the Association of American Geographers, Risk: Health, Safety & Environment, Human Organization: Journal of the Society for Applied Anthropology,* and others.

## Publications

Flynn, J., MacGregor, D., Hunsperger, W., Mertz, C.K., and Johnson, S. (Winter, 2004). Demonstrating Stigma Effects in Cases of Property Value Litigation. **The Appraisal Journal.**

Walker, E., M. Kalten, C.K. Mertz, and J. Flynn. (2003). Risk Perception for Developing Diabetes. *Diabetes Care,* **26** (9): 2543-2548.

Flynn, J. (2003). Nuclear Stigma. Chapter 14 in N. Pidgeon, R. Kasperson, & P. Slovic (eds.), *The Social Amplification of Risk.* London: Cambridge University Press.

Flynn, J. and MacGregor, D. (October, 2002). Commentary on Hormesis and Public Risk Communication: Is there a basis for public discussions? *BELLE Newsletter,* **10** (1): 28-30; republished in *Human and Experimental Toxicology* (Journal of the British Society for Toxicology), January 2003. Volume 22, No. 1, pp. 31-34.

Flynn, J., Slovic, P., and Kunreuther, H. (eds.) (2001). *Risk, Media, and Stigma.* London: EarthScan.

Flynn, J. (2001). "Nuclear Energy/Nuclear Waste/Plutonium," in John Barry & E. Gene Frankland (eds.) *International Encyclopedia of Environmental Politics.* London: Routledge.

Flynn, J. (2001) Book Review. *Environment.* Vol. 43, No. 9, p. 40. (J. Samuel Walker (2000). *Permissible Dose: A History of Radiation Protection in the Twentieth Century.* Berkeley: University of California Press).

Satterfield, T, Slovic, P., Gregory, R., Flynn, J., and Mertz, C.K. (2001) Risk Lived, Stigma

## JAMES FLYNN

Experienced, in Flynn, J., Slovic, P., and Kunreuther, H. (eds.) *Risk, Media, and Stigma*. London: EarthScan.

Slovic, P., Flynn, J., Mertz, C., Poumadere, M., and Mays, C. (2000) Nuclear Power and the Public: A Comparative Study of Risk Perception in France and the United States, in O. Renn and B. Rohrmann, (Eds). *Cross-Cultural Risk Perception: A survey of empirical studies* (pp. 55-102). Dordrecht, The Netherlands: Kluwer Academic Press.

Finucane, M., Slovic, P., Mertz, C.K., Flynn, J., and Satterfield, T. (2000). Gender, race, and perceived risk: The "white male" effect. *Health, Risk & Society*, 2, 159-172.

Flynn, J., & Slovic, P. (2000). Avaliações dos Peritos e do Publico Acerca dos Riscos Tecnológicos, Capítulo 8 in Maria Eduarda Gonçalvas (Organizadora). *Cultura Cientifica e Participação Pública*, pp. 109-128.

Flynn, J., & Slovic, P. (1999). Expert and public evaluations of technological risks: Searching for common ground. *Risk: Health, Safety & Environment*, 10(4), 333-358.

Flynn, J., Slovic, P., Mertz, C. K., & Carlisle, C. (1999). Public support for earthquake risk mitigation in Portland, Oregon. *Risk Analysis*, 19(2), 205-216.

Flynn, J., Peters, E., Mertz, C. K., & Slovic, P. (1998). Risk, media, and stigma at Rocky Flats. *Risk Analysis*, 18(6): 715-727. Reprinted as Chapter 18 in Flynn, J., Slovic, P., & Kunreuther, H., (eds.) (2001) *Risk, Media, and Stigma*. London: EarthScan.

Wagner, R. G., Flynn, J., & Gregory, R. (1998). Public perceptions of risk and acceptability of forest vegetation management alternatives in Ontario. *The Forestry Chronicle*, 74, 720-727.

Wagner, R. G., Flynn, J., Gregory, R., Mertz, C. K., & Slovic, P. (1998). Acceptable practices in Ontario's forests: Differences between the public and forestry professionals. *New Forests*, 16, 139-154.

Flynn, J., Kasperson, R., Kunreuther, H., & Slovic, P. (1997). Overcoming tunnel vision: Redirecting the U.S. high-level nuclear waste program. *Environment*, 39 (3), 6-11, 25-30.

Gregory, R., Flynn, J., Johnson, S., Satterfield, T., Slovic, P., & Wagner, R. (1997). Decision pathway surveys: A tool for resource managers, *Land Economics*, 73 (2), 250-254.

Flynn, J. (1996). Constructing and reconstructing respondent attitudes during a telephone survey. In *American Statistical Association 1996 Proceedings of the Section on Survey Research Methods* (Vol. 2, pp. 895-899). Alexandria, VA: ASA.

Boiko, P., Morrill, R., Flynn, J., Faustman, E., van Bell, G., Omenn, G. (1996). Who holds the stakes?  A case study of stakeholder identification at two nuclear weapons production sites, *Risk Analysis*. 16 (2): 237-249.

## JAMES FLYNN

Gregory, R., Slovic, P., & Flynn, J. (1996). Risk perceptions, stigma, and health policy. *Health and Place*, 2(4), 213-220.

Krewski, D., Slovic, P., Bartlett, S., Flynn, J., and Mertz, C.K. (1995). Health Risk Perception in Canada II: Worldviews, Attitudes and Opinions, *Human and Ecological Risk Assessment*. 1(3), 231-248.

Krewski, D., Slovic, P., Bartlett, S., Flynn, J., and Mertz, C.K. (1995). Health Risk Perception in Canada I: Rating Hazards, Sources of Information and Responsibility for Health Protection, *Human and Ecological Risk Assessment*. 1 (2): 117-132.

Flynn, J., and Slovic, P. (1995). Yucca Mountain: A Crisis for Policy, in *Annual Review of Energy and the Environment*. Volume 20: 83-118.

Flynn, J., Chalmers, J., Easterling, D., Kasperson, R., Kunreuther, H., Mertz, C.K., Mushkatel, A., Pijawka, K.D., and Slovic, P., with Lydia Dotto, Science Writer. (1995). *One Hundred Centuries of Solitude: Redirecting America's High-Level Nuclear Waste Policy*. Boulder, Co.: Westview Press.

Gregory, R., Flynn, J., and Slovic, P. (May-June, 1995). Technological Stigma. *American Scientist*. 83: 220-223. Reprinted as Chapter 1 in Flynn, J., Slovic, P., and Kunreuther, H., (eds.) (2001) *Risk Media, and Stigma*. London: EarthScan.

Flynn, J., Slovic, P., & Mertz, C.K. (1994). Gender, race, and perceptions of environmental health risks. *Risk Analysis*. 14 (6), 1101-1108.

Slovic, P., Flynn, J., and Gregory, R. (1994). Stigma Happens: Social problems in the siting of nuclear waste facilities. *Risk Analysis*. 14 (5), 773-777.

Flynn, J., Slovic, P., & Mertz, C.K. (1993). Decidedly different: Expert and public views of risks from a radioactive waste repository. *Risk Analysis*, 13 (6), 643-648.

Flynn, J., Slovic, P., & Mertz, C.K. (1993). The Nevada initiative: A risk communication fiasco. *Risk Analysis*, 13 (5), 497-502. Reprinted as Chapter 19 in Flynn, J., Slovic, P., and Kunreuther, H., (eds.) (2001). *Risk Media, and Stigma*. London: EarthScan.

Flynn, J., & Slovic, P. (1993). Nuclear wastes and public trust. *Forum for Applied Research and Public Policy*, 8, 91-100.

Slovic, P., Flynn, J., & Layman, M. (1993). Perceived risk, trust, and nuclear waste: Lessons from Yucca Mountain. In R. Dunlap, M. Kraft, & E. Rosa (Eds.), *Public opinion and nuclear waste*. Durham, NC: Duke University Press. pp. 64-86.

Flynn, J. (1992). Public trust and the future of nuclear power. *Energy Studies Review*, 4: 268-277.

Flynn, J., Burns, W., Mertz, C.K., & Slovic, P. (1992). Trust as a determinant of opposition to a high-level radioactive waste repository: Analysis of a structural model. *Risk Analysis*, 12 (3), 417-429.

## JAMES FLYNN

Flynn, J., Kasperson, R., Kunreuther, H., & Slovic, P. (1992). Time to rethink nuclear waste storage. *Issues in Science and Technology*, 8 (4), 42-48.

Flynn, J. (April 15, 1992). How not to sell a nuclear waste dump. *Wall Street Journal*, p. A20.

Slovic, P., Flynn, J., & Layman, M. (1991). Perceived risk, trust, and nuclear waste. *Science*, 254, 1603-1607.

Flynn, J., Burns, W., Slovic, P., & Mertz, C.K. (1991). Development of a structural model to analyze public opinion on a high-level radioactive waste facility. In *High level radioactive waste management: Proceedings of the second annual international conference* (Vol. 1, pp. 773-779). New York, NY: American Nuclear Society, Inc.

Slovic, P., Layman, M., Kraus, N., Flynn, J., Chalmers, J., & Gasell, G. (1991). Perceived risk, stigma, and potential economic impacts of a high-level nuclear waste repository in Nevada. *Risk Analysis*, 11 (4), 683-696.

Slovic, P., Layman, M., and Flynn, J. (1991). Perceived Risk, Trust, and Nuclear Waste: Lessons from Yucca Mountain. *Environment*, 33, 6-11 & 28-30.

Flynn, J. (1990). Nuclear Waste Management: A Need for New Actors. *Forum for Applied Research and Public Policy*. 5, (2), p.98.

Flynn, J. (1985). A Group Ecology Method for Social Impact Assessment. *Social Impact Assessment*, No. 99-104, pp.12-24.

Flynn, C., Flynn, J., Chalmers, J., Pijawka, D., and Branch, K. (1983). An Integrated Methodology for Large-Scale Development Projects, in *Social Impact Assessment Methods*, (Kurt Finsterbusch, Lynn G. Llewellyn and C.P. Wolf, eds.) Beverly Hills: Sage Publications, pp. 55-72.

Flynn, J. and Flynn, C. (1983). *Social Impact Management*. Seattle: Social Impact Research..

Flynn, C. and Flynn, J. (1982). The Group Ecology Method: A New Conceptual Design for Social Impact Assessment, *Impact Assessment Bulletin*, 1, (4), 11-19.

Erickson, P. and Flynn, J. (1980). Police Control During a National Political Convention: A Four Perimeter Strategy, *Qualitative Sociology*, 3, (4), 272-298.

Erickson, P., & Flynn, J. (1980). Secrecy as an Organizational Control Strategy: Police Planning for a National Political Convention, in *Secrecy: A Cross-Cultural Perspective*, (Stanton K. Tefft, ed.) New York: Human Sciences Press, pp.251-272.

Erickson, P., Flynn, J., Kukuk, C., & Morgan, B. (1979). Organizational Secrecy and Environmental Control, *Society*, (May/June), pp. 26-51.

# JAMES FLYNN

## Presentations and Papers

National Research Council/National Academy of Sciences, Committee on Transportation of Radioactive Waste. "An Overview of Stigma and Potential Socioeconomic Impacts" and "Key Problem Issues in Risk Communication," Committee Meeting #6, Albuquerque, NM, July 21, 2004.

The Atlantic Council of the United States, "Public Opinion and the Future of Nuclear Power in the United States," October 29, 2003

World Congress on Risk, Brussels, Belgium. "Some Philosophic, Linguistic, and Poetic Elements of Risk Communication," Symposium on "Social Amplification of Risk: Implications for Risk Policy and Governance," June 23, 2003.

U.S. Department of Energy, Low-Dose Radiation Research Program, Office of Science, Contractor's Conference. "Low Dose Radiation, Risk, Decisions and Risk Communication," Rockville, MD, March 2002.

Society for Risk Analysis, "Human Cloning and Its Value Issues: Decision Pathway Results from a National Survey," Seattle, WA, December 3, 2001.

National Research Council/National Academy of Sciences, Workshop on Principles and Operational Strategies for Staged Repository Systems, "Public Interaction and Acceptance Issues," Washington, DC, September 5, 2001

U.S. Department of Energy, Low-Dose Radiation Research Program, Office of Science, Contractor's Conference. "The Design and Implementation of a Risk Communication Research Program," Arlington, VA, June 2001.

Defense Threat Reduction Agency (U.S. Department of Defense) and Sandia National Laboratory, Visiting Scientist Program, "Initial Advanced Concepts and System Requirements for a National Emergency Response Architecture: Risk Communication and Weapons of Mass Destruction," Fort Belvoir, VA and Albuquerque, NM, May, June, & August 2001.

American Chemical Society, Radiation, Health & Safety Symposium, "The Social Context for Communication about Radiation Risk," San Diego, CA, April 2001.

U.S. Department of Energy, Low-Dose Radiation Research Program, Office of Science, Workshop on Risk Communication." The Confusing Context of Risk Communication," Arlington, VA, March 2001.

Defense Threat Reduction Agency/ Federal Bureau of Investigation/U.S. Joint Forces Command, Human Behavior and Weapons of Mass Destruction Crisis/Risk Communication Workshop, Panel IV member: What are the likely psychosocial impacts of WMD and how can they be prevented or mitigated? December 2000. Final Report, March 2001 at http://www.dtra.mil/about/organization/finalreport.pdf.

Gordon Conference, "Radiation Risk, Decisions, and Risk Communication," Sawyer-Colby College, New London, CN, July 2000.

International Conference on Trust, "Trust and Risk Management Communications," Western Washington State University, Bellingham, WA. June 2000.

# JAMES FLYNN

U.S. Department of Energy, Environmental Management, "The Social Geography of Risk Communication," Atlanta, GA, April 2000.

National Cancer Institute/ Center for Disease Control, Workshop on I-131 fallout from Nevada Test Site, "The Social Context for Risk Communication," Rockville, Maryland, January 2000.

Society for Risk Analysis, "The Role of Risk Communication in Response to Technological Stigma," Atlanta, GA., December 1999.

Board on Radioactive Waste Management, National Research Council, "The role of stigmatization in public risk perceptions of high-level radioactive wastes," Irvine, CA, November 1999.

Social Amplification of Risk Workshop, UK Health and Safety Executive, "Nuclear Stigma," London, UK, September 1999.

Risk Assessment and Policy Association, "Low Dose Radiation Exposure and Risk Communication," Alexandria, VA, March 1999.

Society for Risk Analysis, (two papers) "Trust Assessment," and "The Stigmatization of Nuclear Science and Technology, Phoenix, AZ, December 1998.

Gordon Conference, "Communicating Science to the Public: Our Last Frontier," Newport, RI, August 1998.

U.S. Department of Energy, Biological and Environmental Research Advisory Committee, "Risk Communications and Radiation Exposure – Implications for Research on Low Dose Effects," Arlington, VA, July 1998.

U.S. Department of Energy, National Low Level Waste Management Program, Symposium on Understanding Community Decision-Making, "Public perception of radiation risks," Philadelphia, PA, March 1998.

Society for Risk Analysis, "Public Support for Portland, Oregon Earthquake Risk Mitigation," Washington, DC, December 1997.

Federacao Portuguesa das Associacoes e Sociedades Cientificas, International Colloquium on Science and its Publics, "Expert and Public Evaluations of Technological Risks," Lisbon, Portugal, November 1997.

The Atlantic Council of the United States, Asia Seminar on the Long Term Future of Nuclear Power in Asia, "Public Perceptions and Public Participation in Societal Choices About Nuclear Power," Seoul, Korea, June 1997

Annenberg Conference on Risk, Media, and Stigma, "The Nevada Initiative: A Risk Communication Fiasco," Philadelphia, Pennsylvania, March 1997.

Risk Assessment & Policy Association, Biennial International Meetings, "Gender and Risk," Alexandria, Virginia, March 1997.

American Association for Public Opinion Research, 50th Anniversary Meetings, "Constructing Respondent Attitudes During a Telephone Survey," Salt Lake City, Utah, 1996.

Canadian Environmental Assessment Agency, Environmental Assessment Panel on the Nuclear Fuel Waste Management and Disposal Concept, "Addressing Public Concerns about the Management of Radioactive Wastes," Toronto, Ontario, Canada, 1996.

## JAMES FLYNN

Society for Risk Analysis, Honolulu, Hawaii, "Public Perceptions of Risks from Nuclear Technologies," 1995.

University of Oregon, Environmental Law Conference, "Public and Legal Issues of High-Level Nuclear Waste Project at Yucca Mountain, Nevada," Eugene, OR, 1995.

National Science Foundation, Workshop on Democracy and Science, 1994.

Oregon State University, Symposium on Risk Communication, "Communicating with the Public About Risks from Chemicals and Radioactivity," Corvallis, OR, 1994.

Environmental Justice Symposium, "Gender, Race and Perception of Environmental Health Risks, Arlington, VA, 1994.

United Nations Institute for Training and Research, Workshop on Environmental Decision Making and Conflict Resolution, "Multiattribute value elicitation for Environmental Decision-Making and Conflict Resolution," Geneva, 1993.

Department of Environmental Health, University of Washington, Workshop on Risk Communications, "Risk perceptions and risk communications," Seattle, 1993.

Hearings by Nevada Commission on Nuclear Projects, "Status of Socioeconomic Studies for the Proposed High-Level Radioactive Waste Repository at Yucca Mountain, NV," Las Vegas, 1991, 1992, 1993.

Hazards Research and Applications Workshop, "Public Perceptions of Risks from High-Level Radioactive Wastes," Boulder, CO., 1993.

Nuclear Waste Issues Workshop, National Association of Regulatory Commissioners (NARUC) "Risk and Trust Issues for Managing Radioactive Wastes," Washington, DC, 1993.

International Conference on High-Level Radioactive Waste, University of Nevada-Las Vegas and the U.S. Department of Energy, "Risk Studies of Public Responses to the High-Level Radioactive Waste Program at Yucca Mountain," Las Vegas, NV, 1992, 1994.

American Nuclear Society, "Measuring Public Attitudes Toward Radioactive Waste Programs," Savannah, GA, 1992.

Conference on Energy Technology Options for the Twenty-First Century, "Trust and the Future of Nuclear Power," McMaster Institute for Energy Studies, Hamilton, Ontario, Canada, 1992.

Hearings by the U.S. Department of Energy Task Force on Trust and Confidence, "Public Trust as a Determinant of Support for Radioactive Waste Programs," Las Vegas, NV, 1992.

Workshop on the Future of the Rocky Mountain Arsenal, "Public Evaluations of Risks from Chemical Production Facilities," The Urban Forum, Denver, CO, 1991.