July 5, 1996

# Final Report:
## Rocky Flats Health and Housing Survey

prepared by

### James Flynn, Paul Slovic, and C. K. Mertz
Decision Research
1201 Oak Street
Eugene, Oregon 97401


prepared for

### Hunsperger and Weston, Ltd.
5889 South Greenwood Plaza Boulevard, Suite 404
Englewood, Colorado 80111

**1.0 Objectives of the Survey**

A survey was commissioned to obtain information relating to the effects of the U.S. Department of Energy, Rocky Flats nuclear weapons facility located in the northwest section of the Denver, Colorado metropolitan area on property values in potentially affected areas of the communities of Arvada and Westminster.

The survey had the following objectives:

1. To obtain interviews with respondents who were knowledgeable and experienced in the Denver area residential housing market;

2. To interview a random selection of qualified respondents in the Denver metropolitan area and a random selection of respondents in the communities of Arvada and Westminster;

3. To obtain evaluations of community characteristics for Arvada, Westminster, and either Highlands Ranch (located in the southern part of the Denver metropolitan area) or Ken Caryl (located in the southwestern part of the Denver metropolitan area);

4. To ask about and record respondent evaluations of the advantages and disadvantages of living in Arvada and Westminster;

5. To measure respondent perceptions of the Rocky Flats nuclear weapons facility and their evaluations of the overall effects of the facility on the desirability of homes in Arvada and Westminster;

6. To determine how changes in the distance from Rocky Flats and variability in cost might effect the desirability and the acceptability of a house.

### 3.0 Survey, Design, Implementation, and Data Collection

The survey was designed by Decision Research Institute, a nonprofit research group located in Eugene, Oregon. Decision Research specializes in studies of how people make decisions involving technological, environmental, and health hazards and risks.

Decision Research provided the survey instrument to the University of Maryland, Survey Research Center, located at College Park, Maryland, who conducted the interviews. In consultation with Decision Research, a final review and modifications were made at the Survey Research Center. The sampling, data collection, weighting of responses, and other details are contained in the University of Maryland Survey Research Center *Survey Methods* report, a stand-alone document, which also contains a complete copy of the survey instrument and the basic frequency distributions for each item. The first section of the *Survey Methods* report (attached below as an Appendix) is summarized in the remainder of this section.

The target population for this survey was residents 18 years of age and older, currently living in the Denver metropolitan area who: (1) have bought a home in the past five years, or (2) have plans to purchase a home in the next couple of years, or (3) have been actively in the market for a home some time during the past five years.

Two sample frames were used for this study: a list of recent home purchasers that was obtained from the U.S. West telephone company, and a random digit dial (RDD) sample, which was generated by the University of Maryland Survey Research Center.

Within each of these frames, the Arvada/Westminster area was oversampled to obtain a sufficient number of cases in this area alone ($n = 188$).

The University of Maryland Survey Research Center developed weights to correct for sample bias, so that conditions like the number of household telephone numbers, adult household size, and eligibility for the sample could be accounted for. The use of these weights results in noninteger distributions, which we have rounded to the nearest whole number for the analyses in this report. Due to rounding, the figures may not always sum to exactly 100%. The Appendix provides additional information on the sampling and weighting processes.

A total of 604 persons were interviewed during the period August 31, 1995 to October 1, 1995. This total sample included 416 respondents from the Denver metropolitan area, separate from Arvada/Westminster, and 188 respondents from Arvada/Westminster. The margin of error for a total sample size of 604 respondents is 4.1% at the 95% confidence level. At the same 95% level of confidence, the margin of error for the Denver metropolitan area sample of 416 is 5.0%, and for the Arvada/Westminster sample of 188 it is 7.2%. Several ways of calculating the response rate were used resulting in a conservative estimate of 54% and a more realistic estimate of 63%. A more detailed description of the response-rate calculations is presented in the Appendix.

All interviews were conducted from the University of Maryland Survey Research Center Telephone Facility on the College Park Campus. Continuous supervision and monitoring of the interviews was provided by the Survey Research Center staff.

**4.0 Survey Findings**

This description of the survey results generally follows the sequence of questions as they were asked of the respondents.  The survey data base allows analysis at key points for two geographical areas.  One area is the Denver metropolitan area, exclusive of the Arvada/Westminster area, and the other area includes only Arvada/Westminster.

4.1 *Evaluations of Communities: Arvada, Westminster, Ken Caryl, and Highland Ranch*

After respondents were screened for the survey, they were asked to rate four communities (Arvada, Westminster, Ken Caryl, and Highlands Ranch) on a list of ten community characteristics, as shown in Table 4.1.  Responses were recorded for people who said they were familiar with the community being evaluated. Respondents were asked to rate Arvada, Westminster, and either Ken Caryl or (if they were not familiar with that community) Highlands Ranch.

[Insert Table 4.1]

For each item that was evaluated, except access to work, the ratings were lower for Arvada and Westminster than for the two alternative communities, Ken Caryl and Highlands Ranch. Arvada/Westminster respondents showed a similar pattern with higher ratings for all communities.  The differences for Denver metropolitan area respondents on community home value stability were the largest recorded for any of the ten items: 3.2 for Arvada and 3.1 for Westminster compared to 3.9 for Highlands Ranch and 4.0 for Ken Caryl.  Arvada and Westminster respondents rated the home values of their communities as considerably higher than did the Denver metropolitan area respondents, half a point difference for Westminster and .4 higher for Arvada. Denver metropolitan area

area respondents rated the overall environmental quality for Arvada and Westminster at 3.0 on a five-point scale. For Highlands Ranch the rating was 3.4 and for Ken Caryl it was 3.7.

[Insert Figures 4.1 & 4.2]

*4.2 Open-ended questions about Arvada and Westminster*

People who rated the environmental quality of Arvada or Westminster as "below average" or "much below average" were asked to say why they gave these lower ratings. Thirty-one people provided explanations for Arvada and 10 of these responses specifically cited Rocky Flats. Fifty-nine people provided explanations for Westminster and 12 of these people cited Rocky Flats. No mention of, or question about, Rocky Flats had been made by the interviewers at this point in the questionnaire.

An additional open-ended question was asked of all respondents, requesting each person to list the advantages and disadvantages of Arvada and Westminster. The intrusion of Rocky Flats into these responses is remarkable since they were completely voluntary on the part of the respondents and they were presented outside the framing of the response that was employed for the evaluation of different communities. Altogether there were 779 disadvantages listed for Arvada and Westminster. Table 4.2 records these responses by category. The dominant pattern of responses was to provide disadvantages within the categories that were used earlier to evaluate the communities (e.g., schools, shopping, etc.). In fact, 719 or 92.3% of the responses fit within these framing parameters. However, 60 responses, or 7.7% of the total were outside these categories. And of these 60 responses, 55 specifically mentioned Rocky Flats.

[Insert Table 4.2]

4.3 *Evaluation of Rocky Flats*

At this point in the survey, about half way through, a series of questions were asked about Rocky Flats. Respondents were asked to distinguish between Rocky Flats and the Rocky Mountain Arsenal. People were asked if they knew where Rocky Flats was located, to which 92.6% of the Arvada/Westminster and 85.6% of the Denver metropolitan area respondents said they did, and then described its general location geographically. Then the respondents were asked to provide up to three images of Rocky Flats. An overall impression of the Rocky flats facility was elicited with the respondents using a five-point scale ranging from "strongly negative" to "strongly positive." The results of the overall impression question are shown in Figure 4.3.

Impressions of Rocky Flats were predominately negative with Arvada/Westminster respondents recording slightly more "strongly negative" ratings and the Denver metropolitan area sample providing considerably more "negative" responses. Positive responses were relatively few, with just 10.2% of the Arvada/Westminster and 6.2% of the Denver metropolitan area respondents providing one of the "positive" ratings. About 1.0% of the Arvada/Westminster and only 0.4% of the Denver metropolitan area respondents gave a "strongly positive" rating. The Arvada/Westminster respondents were more likely to give a neutral rating, neither positive nor negative (35.1%) in comparison to the Denver metropolitan area (22.4%). Overall, 48.4% of the Denver metropolitan area respondents and 44.7% of the Arvada/Westminster respondents provided negative ratings of Rocky Flats.

4.4 *The Effects of Rocky Flats on the Desirability of Homes in Arvada/Westminster*

Subsequent to obtaining impressions of Rocky Flats, respondents were asked for an evaluation of the overall influence of the nuclear weapons facility on the desirability of a residence in the Arvada/Westminster area.[1] Figure 4.4 shows the responses to these questions for the two sample populations.

[Insert Figure 4.4]

The biggest difference between the two samples is with those who said that Rocky Flats "makes no difference" on a home's location; 78.8% of the current residents of Arvada/Westminster chose this category while only 32.8% of the Denver metropolitan area respondents did, a difference of 46 percentage points. About 3.9% of the Arvada/Westminster respondents and 1.4% of the Denver metropolitan area residents said Rocky Flats had desirable effects. The Denver metropolitan area respondents were more likely to say the effects of Rocky Flats were somewhat or considerably less desirable (64.2%) compared to 16.0% of the Arvada/Westminster sample in less desirable effects categories. Arvada/Westminster respondents are more likely to say Rocky Flats makes no difference while the Denver metropolitan area respondents are likely to say the effects of Rocky Flats are undesirable.

---

[1] The format of the question was slightly different for the two samples. Residents of Arvada/Westminster were asked: "Does Rocky Flats make your home's location: (1) Much more desirable; (2) Somewhat more desirable; (3) Somewhat less desirable; (4) Considerably less desirable; and (5) Or does it not make any difference one way or the other?" "Don't know" responses were also recorded.

Denver metropolitan area residents were asked: "Suppose that after searching for some time, you have finally found a house that seems just right. This house is in the Arvada/Westminster area. Would being near Rocky Flats make this house: (1) Considerably less desirable; (2) Somewhat less desirable; (3) Somewhat more desirable; (4) Considerably more desirable; and (5) Or does it not make any difference one way or the other?" "Don't know" responses were also recorded.

In question 49, respondents were asked how far they live from Rocky Flats. A zip code overlay was placed on a scale map of the Arvada/Westminster area. The distance from Rocky Flats to the zip code reported in question D3 was estimated and compared to the perceived distance recorded in question 49. The results of this analysis are shown in Figure 4.5. Ten respondents thought they lived closer than estimated with the zip code map and 59 reported a distance consistent with the zip code map. Over half of the Arvada/Westminster respondents ($n = 102$; 54.3%) perceived that they lived further than indicated by the zip code map estimates. (Seventeen people said they did not know the distance from their residence to Rocky Flats.)

[Insert Figure 4.5]

Of the 148 Arvada/Westminster respondents who said Rocky Flats does not make any difference in the desirability of their current residence, 59.4% ($n = 88$) perceived that they lived further from Rocky Flats than shown on the zip code map while only 29.3% ($n = 43$) of those who knew the correct distance or thought they lived closer said that Rocky Flats made no difference. Those who said Rocky Flats didn't make a difference and also said they did not know how far they lived from the weapons facility made up 11.7% ($n = 17$) of the 148 respondent subgroup.

The Arvada/Westminster respondents who said Rocky Flats made their home's location less desirable ($n = 30$) were likely to estimate a correct or closer distance (61.2%) rather than thinking they were farther away (25.5%).

4.5  *The Effects of Distance from Rocky Flats on Residential Properties*

Increased distance from a hazardous or noxious facility has been shown to reduce the perceptions of risk associated with the facility by community residents. Almost all nuclear industrial facilities, whether for electric power or the production of nuclear weapons, have buffer zones to separate them from their neighbors. Rocky Flats is situated so that it has a buffer zone surrounding it and the nearest residential properties are at a distance of two miles or more.

<u>Arvada/Westminster Responses to the Rocky Flats Buffer Zone</u>.

Arvada/Westminster respondents were informed of the buffer zone and asked if they considered it adequate protection. More than half (54.5%) said this was not adequate while about a third (34.0%) said "yes" it was adequate (7.6% did not know). People who said the two-mile buffer was not adequate and those who said they didn't know ($n = 117$) were then asked if a distance of 4 to 6 miles would be adequate. About two-thirds of this group (65.0%) said that 4 to 6 miles was not enough distance while 24.8% said "yes" it was and 10.3% did not know.

The respondents who said the 4 to 6 mile distance was not adequate and those who said they did not know ($n = 88$) were asked to identify a distance that would provide "adequate protection for you and your family." More than three-quarters of these respondents provided distances in miles while 23.3% did not answer this question. The mean distance was 32.3 miles (distances over 100 miles were coded as 101), the median distance was 20 miles. All residents of Arvada/Westminster live closer to Rocky Flats than these distances.

[Insert Figure 4.6]

<u>Denver metropolitan area responses to distance from Rocky Flats</u>.  The questions about the buffer zone and distance from Rocky Flats were similar for the two samples. The questions for the Denver metropolitan area respondents were based upon a purchase scenario that asked people to "Suppose that after searching for some time, you have finally found a house that seems just right.  This house is in the Arvada/Westminster area." The respondents were informed that the government has provided a two-mile buffer zone and they were then asked if they would buy a house in an area outside that buffer, between 2 and 4 miles from the Rocky Flats plant. Only 16.1% of the respondents ($n = 67$) said "yes" to this question.  Those who said "no" or that they didn't know, where then asked if they would buy if the distance were between 4 and 6 miles.  At this added distance 15.1% of the respondents ($n = 63$) said they would then buy the house and 7.3% (n= 25) said they did not know.  Of the 411 respondents who answered these two questions, 62% ($n = 255$) said they would not buy within 6 miles of Rocky Flats (see Figure 4.7 in section 4.6 below).

These 255 respondents, along with the 25 who said they did not know if they would buy at 4 to 6 miles ($n = 280$) where then asked to provide "the closest distance to Rocky Flats that you would consider."  The mean distance reported was 21.4 miles, the median distance was 15 miles (distances over 100 miles were coded as 101).  Many of the respondents live closer to Rocky Flats than the distances they reported as their preferences.

*4.6 The Design of Scenario Questions to Elicit Respondents' Estimates of Price Effects of Reductions and Distance from Rocky Flats on Residential Home Choices*

Purchasing a home is a multidimensional decision problem wherein price plays an important role. The tradeoffs between advantages and disadvantages often involve consideration of how much money must be spent or how much money can be saved under one set of conditions or another.

To understand how Rocky Flats might influence buying decisions, a set of scenarios was constructed and presented to the respondents. Four progressive scenarios were available to the respondents, as shown in Figure 4.7. The order of presentation was designed to move from the least costly alternative, in terms of discount and distance from Rocky Flats, to the most costly, from the seller's point of view. People were first asked if they would accept an otherwise desirable house within the 2 to 4 mile range without any added inducement. Those who said "yes" (16.1%) had this choice recorded as their final outcome decision. Those who said "no" were then offered the same house but at a distance of 4 to 6 miles, which an additional 15.1% of the sample accepted. This was then recorded as the final outcome decision for these latter respondents.

Those who rejected the house at the 4 to 6 mile distance were offered a series of discounts to the price of the house at the 4 to 6 mile distance. If they refused the first offer of a $5,000 discount they were offered $10,000. If they refused the $10,000 discount they were asked to name an amount of their own choosing. A total of 16.6% accepted the combination of 4 to 6 miles distance and one of the price discount options

offered to them.  Those who refused this set of discount offers (46.2%; $n = 192$) were then recorded as having rejected distance and price discounts altogether.

Those who would accept the combination of 4 to 6 miles distance and a discounted price were then asked if they would accept the same conditions or an even better discount (of their own choice) for a house in the 2 to 4 mile range. This final scenario was agreed to by 7.0% of the respondents and this was recorded as their final decision.

Those who rejected this final scenario (9.6%) had earlier agreed to a price discount at the distance of 4 to 6 miles and this earlier agreement was recorded as their final choice.

Almost half the Denver metropolitan area respondents (46.2%) rejected all the distance and price discount scenarios and said they would not buy the house within the 4 to 6 mile range even if they were allowed to name their own price.

A new variable was created for the Denver metropolitan area sample based upon their answers to this set of questions.  This new variable classified respondents into four groups as shown in Table 4.3.

[Insert Table 4.3]

Those who would buy without a discount included people in both the 2 to 4 mile and the 4 to 6 mile categories.  Those who would buy with a discount included people in both distance categories who would accept a house with a discount of any value.

Compared to the people not willing to buy at all near Rocky Flats, people who would buy a house without requiring a discount were:

- less likely to have negative impressions of Rocky Flats; 36.7% of those willing to buy without a discount said their impressions were strongly negative or negative vs. 80.0% of those who would not buy at all;

- less likely to be familiar with Arvada and Westminster; 61.8% of those willing to buy without a discount considered themselves familiar with Rocky Flats as compared to 71.2% of those who would not buy at all; 68.4% were familiar with Westminster vs. 74.0% of those who would not buy at all;

- more likely to think that being near Rocky Flats would not make a difference in a home's desirability (66.3% vs. 17.5%);

- less likely to think that Rocky Flats is a public health risk (29.1% vs. 81.7% of those not willing to buy at all);

- more likely to think Rocky Flats was safe or probably safe (42.8% vs. 8.2%);

- less likely to have heard of events before 1990 at Rocky Flats (40.7% vs. 56.7%);

- less likely to have heard of the 1989 FBI raid and the $18.5 million fine (53.3% vs. 66.5% of those unwilling to buy);

- less likely to think that the FBI raid and subsequent fine influenced their evaluation of homes near Rocky Flats (32.2% vs. 56.4% of those unwilling to buy);

- less likely to think that very small levels of contaminants would be a moderate or high health risk (48.3% vs. 76.7% of those unwilling to buy);

- more likely to have friends or relatives that work or have worked at Rocky Flats (41.3% vs. 29.1%);

- more likely to be in the middle household-income category ($30,000 to $75,000), 63.1% vs. 51.5%;

- more likely to be younger (49.3% were ages 18 – 34 vs. 28.2% of those unwilling to buy);

- Less likely to be college educated (54.0% vs. 73.5% had some college);

- more likely to be male (61.2% vs. 38.6%).

*4.8 A Summary of Price Reductions and Distance Requested by Respondent for Residential Home Associated with Rocky Flats*

Figure 4.8 provides a flow chart with discounts for respondents' final judgments of the distance and reduced price requirements that would make a suitable house associated with Rocky Flats worth buying.

[Insert Figure 4.8]

The scenarios produced estimates by the respondents of what an acceptable distance and/or discount would be for a house associated with Rocky Flats. The dollar value of the discounts acceptable to those respondents who were willing to make a money trade-off can be calculated for the two final decision categories: those who would buy with and without a discount at 2 to 4 miles, and those who would buy with and without a discount at 4 to 6 miles. The data in Figure 4.8 show the average value of the discount for those who would require one, and a conservative estimate of discount for the sample that includes respondents who would accept a house in the two distance categories

without a discount. The discount for accepting a house within the 2 to 4 mile area is considerably higher than that reported for the 4 to 6 mile area. The net difference, including the no-discount respondents, is 50% higher for the 2 to 4 mile area. If the discount for people who would require one is examined, then the difference is more than twice as high for the 2 to 4 mile area as compared to the 4 to 6 mile area.

Altogether, 16.1% of the respondents would accept a house within the 2 to 4 mile area without a discount, and 15.2% would accept a house in the 4 to 6 mile area without a discount. An additional 16.6% would accept a house in either distance category with discounts. Also important in estimating the potential effect on housing prices is the fact that almost half (46.2%) of the respondents would not trade distance and/or discounts of any size as compensation for a house located within 6 miles of Rocky Flats.

The average discount for the 2 to 4 mile category, for those who required a discount for this scenario ($n = 29$), had a mean value of $30,740 and a median value of $20,000. When the calculations include those who would not require a discount for a purchase in the 2 to 4 mile category, the mean value is $9,270 and the median value is $0 (that is, a greater number would buy without a discount than the number who would buy only with a discount).

The average discount for the 4 to 6 mile category, for those who required a discount for this scenario ($n = 40$), had a mean value of $15,747 and a median value of $10,000. When the calculations include those who would not require a discount for a purchase in the 4 to 6 mile category, the mean value is $6,084 and the median value is $0

(that is, a greater number would buy without a discount than the number who would buy only with a discount).

A large and important proportion of the survey respondents are not included in these calculations of discount values. Those respondents (46.2%) who would not buy at any discount, even if they could fix the sales price at an amount of their own choice. This level of resistance to housing associated with Rocky Flats is expressed by almost half the Denver metropolitan area respondents and would be expected to result in negative marketing and pricing pressures on houses in the communities of Arvada and Westminster. These pressures are not assigned a dollar value from the survey data but the negative economic effects might occur from:

- Residential properties being on the market for longer periods of time,
- A requirement of additional advertising and promotional efforts and expenses to sell properties,
- A differential and negative effect on properties during a poor housing market (this survey was conducted during a very strong housing market in the Denver area),
- An uncertain, vulnerable, and potentially negative marketing condition for housing that may at any time be associated with Rocky Flats through news stories or other accounts of problems with the Rocky Flats facility, such as commentary on the health effects from past operations at the plant.

*4.8 Information about Rocky Flats, Health Effects, and Property Values*

Following the housing-scenario questions, a number of items in the survey asked about Rocky Flats in order to better understand the respondents' attitudes and opinions.

Respondents were asked if houses in the Arvada/Westminster would be more or less desirable if it were not for Rocky Flats. As shown in Figure 4.9, just under half (45.1%) of the Denver metropolitan area respondents said that without Rocky Flats these communities would be "considerably more desirable" (20.9%) or "somewhat more desirable" (24.0%). Fewer than 2.0% said that the communities would be somewhat or considerably less desirable if Rocky Flats were gone. Only 3.1% said they did not know, 32.7% did not provide an opinion to this question, and 17.8% said that Rocky Flats made no difference.

[Insert Figure 4.9]

Question 62 asked people, "Do you think that the Rocky Flats Facility is a source of public health risk?" The results of this question are shown in Figure 4.10. The results are quite similar for the two samples with substantial majorities in both cases saying that the plant was a health risk—64.2% of the Arvada/Westminster and 62.8% of the Denver metropolitan area respondents answered "yes" to this question.

[insert Figure 4.10]

This was followed by two questions: one asked if Rocky Flats had affected the value of property within 6 miles or so, and for those who said there had been an effect, a follow-up question asked if the result was to increase or decrease the value of nearby

property.  Figure 4.11 shows the results of these two questions for Arvada/Westminster and Figure 4.12 shows the results for the Denver metropolitan area sample.

[insert Figure 4.11 and Figure 4.12]

A large majority of each sample also said that Rocky Flats had impacted property values within 6 miles of the facility.  More than two-thirds of the Arvada/Westminster respondents (69.7%) and 81.0% of the Denver metropolitan area respondents agreed that there were impacts on property values.  When asked if the direction of these impacts was to increase or decrease property values, 92.4% of the Arvada/Westminster and 97.0% of the Denver metropolitan area respondents said that Rocky Flats has reduced property values.

*4.9 Some Background Questions about Attitudes and Opinions Regarding Rocky Flats*

What accounts for these attitudes and opinions about Rocky Flats?  One hypothesis is that the past history of the plant, in so far as it is known to the public, has been important in influencing people's perceptions.  Therefore, taking into account the time limitations of a telephone survey, a few questions were asked about the respondents' knowledge and evaluations of a specific event that was highly publicized (i.e., the 1989 FBI raid at the Rocky Flats plant) and of past and current conditions at Rocky Flats.  The specific question about the 1989 raid was:

> In 1989, the Federal Bureau of Investigation raided the Rocky Flats plant to gather information about violations of environmental laws.  Investigations of plant operations were widely reported in the news.  The contractor who operated the plant for the Department of Energy was fined $18.5 million.  Have you heard of these events?

Figures 4.13 and 4.14 summarize the results of this question for the Arvada/Westminster and the Denver metropolitan area samples. About two-thirds (64.7%) of the Arvada/Westminster and 61.3% of the Denver metropolitan area respondents said they had heard of these events. Those who had heard of them were asked if these specific events affected their personal evaluation of homes near the Rocky Flats facility. About a quarter (24.6%; $n = 30$) of the Arvada/Westminster and half (51.8%; $n = 132$) of the Denver metropolitan area residents who had heard about the 1989 raid and its subsequent events said these events had influenced their personal evaluation of nearby housing. In expressing their personal perceptions, Arvada/Westminster respondents said the influence was negative (43.3%) or "much more negative" (50.0%). For Denver metropolitan area respondents, 51.5% said the influence was negative and 37.1% said it was "much more negative." The respondents who had heard of the events were asked how this information "influenced other people to view property near Rocky Flats?" The estimated influence on other residents was judged to have been clearly negative with 87.7% of the Arvada/Westminster and 94.1% of the Denver metropolitan area respondents saying these events influenced other people to view the properties near Rocky Flats as "less desirable."

*4.10 The Legacy of the Past: Is Rocky Flats Currently Safe?*

There are two contradictory evaluations about the effect of the past problems at Rocky Flats on current safety for workers and neighbors. One view sees the facility as safe and the hazards under control; the other view sees it as unsafe. In order to measure public attitudes, two statements were presented to respondents and they were asked to provide an overall evaluation of how safe the facility is now.

Some people say that Rocky Flats is safe and does not present a hazard to workers and neighbors. These people point out that the plant is no longer producing components for nuclear weapons. It has a new contractor, whose only mission is to clean up the environmental problems out there and who is carefully monitoring to prevent any leakage of radioactive materials.

Other people say the plant is unsafe. They point out that approximately 14 tons of plutonium remain on site. In addition, they claim that there are leaking containers of radioactive materials, buildings do not meet current earthquake standards, and clean-up itself may pose risks.

Taking into account everything you know about Rocky Flats, would you say it is: (1) unsafe, (2) probably unsafe, (3) probably safe, or (4) safe? [Don't know responses were also recorded.]

Figure 4.15 shows the Arvada/Westminster and Denver metropolitan area responses to this question. Overall, 60.9% of the Arvada/Westminster and 77.4% of the Denver metropolitan area respondents think that Rocky Flats is now unsafe or probably unsafe.

[insert Figure 4.15]

These adverse evaluations are not necessarily due only to the 1989 FBI raid, which was but one event in the history of the facility, albeit a dramatic and highly publicized one. Respondents were asked about their recollections of earlier events, such as those that took place during the production years at Rocky Flats. The question was: "Before 1990, Rocky Flats experienced fires, soil contamination, and gaseous releases that allowed radioactive substances to spread to residential areas. Do you recall hearing about any of these events?" Responses for the two samples are shown in Figures 4.16 and 4.17, along with the results of a follow-up question about the risk posed by these historical events. Less than half (43.1%) of the respondents from the Arvada/Westminster sample said "yes" to this question, while a somewhat greater

proportion of the Denver metropolitan area (48.9%) respondents recalled hearing about the events before 1990.

[Figure 4.16 & Figure 4.17]

Respondents were then asked: "Do you think that existence of these contaminants in a residential area, at <u>very small</u> levels would be (1) a high health risk, (2) a moderate health risk, (3) a slight health risk, (4) almost no health risk, or (8) don't you know?" The evaluations were similar for the two samples with 60.6 % of the Arvada/Westminster and two-thirds (66.3%) of Denver metropolitan area respondents saying that even very small levels of contaminants would be either a high or moderate health risk in the residential areas.

## 5.0 Conclusions

This survey documents a public perception that Rocky Flats presents a public health risk and that the facility has an adverse affect upon nearby residential properties when they are associated with the former nuclear weapon production plant. The adverse perceptions likely are the result of past activities at the plant, influenced by the 1989 FBI raid, which was widely publicized and which indicated serious environmental problems at the facility. The legacy of the past continues to influence present-day perceptions of Rocky Flats and the nearby residential properties associated with the plant.

This survey supports three conclusions about property values associated with Rocky Flats:

1. The association of a community with Rocky Flats makes housing in that community less desirable. This antipathy is most strongly expressed by the

46.2% of the Denver metropolitan area respondents who said they would not

buy a house associated with Rocky Flats, even when they were offered

distance as a protection and discounted prices as an incentive. These

responses, and the reluctance of other respondents to purchase under the

distance and discount scenarios, indicate that Rocky Flats likely has reduced

the market size and price of houses in Arvada and Westminster.

2.  When respondents were confronted with housing in Arvada and Westminster,

the association with Rocky Flats caused them to want extraordinary distances

between themselves and the weapons plant. Over half the

Arvada/Westminster sample (54.5%) and more than three-quarters (77.5%) of

the Denver metropolitan area respondents said the existing two-mile buffer

was inadequate. A solid majority of the Denver metropolitan area respondents

(61.0%) said they would not buy within 6 miles of Rocky Flats, when distance

was the only factor taken into account. These Denver metropolitan area

respondents said that the "closest distance to Rocky Flats" they would

consider was a mean distance of 21 miles and a median distance of 15 miles.

3.  Only 16% of the Denver metropolitan area respondents would consider a

house in Arvada and Westminster when a discount was offered. The average

discount was $30,740 (median discount value $20,000) in the 2 to 4 mile

range from Rocky Flats for those only willing to consider a discounted house.

If the calculation include those who would buy in the 2 to 4 mile range

without a discount (i.e., their discount price is $0), then the mean discount

price for this range was $9,270.  In the 4 to 6 mile range, the mean discount required for those willing to accept a discount was $15,747 (median discount value $10,000).  When the calculations include those willing to buy at the distance without a discount, the mean value was $6,048.

These findings demonstrate that if and when a residential property is associated with Rocky Flats in the communities of Arvada and Westminster that the properties will be subject to downward pressure on the price of houses. These survey results show that houses in Arvada and Westminster may sell for less than comparable houses in other areas of the Denver market due to the history and reputation of Rocky Flats.

**Table 4.1.** Mean ratings of residential community characteristics by respondents from Arvada/Westminster and the Denver Metropolitan area samples. (Higher scores equal a better rating on a five-point scale.)

| | Arvada (N = 456) | | Westminster (N = 484) | | Ken Caryl (N = 387) | | Highlands Ranch (N = 117) | |
|---|---|---|---|---|---|---|---|---|
| | A/W (176) | DEN (281) | A/W (177) | DEN (307) | A/W (117) | DEN (271) | A/W (28) | DEN (89) |
| Schools | 3.6 | 3.3 | 3.4 | 3.2 | 3.7 | 3.9 | 3.8 | 4.0 |
| Shopping | 3.6 | 3.2 | 3.8 | 3.4 | 3.1 | 3.3 | 3.2 | 3.6 |
| Home values | 3.6 | 3.2 | 3.6 | 3.1 | 4.1 | 4.0 | 4.0 | 3.9 |
| Access to work | 3.3 | 2.8 | 3.0 | 2.8 | 2.3 | 2.9 | 2.5 | 2.8 |
| Air quality | 3.2 | 3.0 | 3.0 | 2.9 | 3.5 | 3.7 | 3.4 | 3.3 |
| Water quality | 3.3 | 2.9 | 3.0 | 2.8 | 3.4 | 3.3 | 3.0 | 3.0 |
| Environment | 3.4 | 3.0 | 3.3 | 3.0 | 3.8 | 3.7 | 3.7 | 3.4 |
| Reputation | 3.7 | 3.2 | 3.2 | 3.1 | 3.9 | 3.9 | 4.0 | 3.6 |
| Safety | 3.7 | 3.2 | 3.3 | 3.1 | 3.7 | 4.0 | 3.9 | 3.9 |
| Overall rating | 3.8 | 3.1 | 3.4 | 3.2 | 3.8 | 3.9 | 4.0 | 3.5 |

Note: Data for the Denver Metropolitan area do not include Arvada/Westminster. The scale for the responses was: Much below average = 1, Below average = 2, Average = 3, Above average = 4, Much above average = 5, Don't know = 8 (not included in mean or median scores). People who rated the environmental quality of Arvada or Westminster as "below average," or "much below average" were asked to say why they gave these lower ratings. Thirty-one people provided explanations for Arvada and 10 of these responses specifically cited Rocky Flats. Fifty-nine people provided explanations for Westminster and 12 of these people cited Rocky Flats.

**Table 4.2.** Disadvantages to Arvada/Westminster (Q31 – Q32A)
1995 Rocky Flats Survey

| Category | Frequency | Percent |
|---|---|---|
| Schools | 12 | 1.5 |
| Shopping | 18 | 2.3 |
| Home values | 48 | 6.2 |
| Housing stock | 32 | 4.1 |
| Access to work | 55 | 7.1 |
| Transportation | 248 | 31.8 |
| Air quality | 18 | 2.3 |
| Water quality | 8 | 1.0 |
| Overall environmental quality | 13 | 1.7 |
| Reputation | 5 | 0.6 |
| Social problems | 20 | 2.6 |
| Personal safety of residents | 33 | 4.2 |
| Overall place to live | 47 | 6.0 |
| Growth/development | 111 | 14.2 |
| Weather | 17 | 2.2 |
| Municipal services | 24 | 3.1 |
| Physical conditions | 10 | 1.3 |
| **Subtotal** | **719** | **92.3** |
| Rocky Flats | 55 | 7.1 |
| Miscellaneous | 5 | 0.6 |
| **Subtotal** | **60** | **7.7** |
| **TOTAL** | **779** | **100.0** |

**Note:** Due to rounding, figures may not always sum exactly to the total.

**Table 4.3.** Denver metropolitan area judgments about buying a house associated with Rocky Flats in Arvada/Westminster: Summary outcome categories.

|                                          | Number | Percent |
|------------------------------------------|--------|---------|
| Would buy without requiring a discount   | 130    | 31.3%   |
| Would require a discount                 | 69     | 16.6%   |
| Would not buy at all                     | 192    | 46.2%   |
| Don't know/No answer/ Miscellaneous      | 25     | 6.0%    |
| TOTAL                                    | 416    | 100.0%  |

**Note:** Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum exactly to the total.