# APPENDIX

This appendix contains a copy of the first section of *Rocky Flats Study: Methods Report* (October, 1995) prepared by the University of Maryland, Survey Research Center.  The appendix discusses the sample, questionnaire and data collection, survey rates and results, and sample weights.

Two documents provide documentation for the survey data. The *Rocky Flats Study: Methods Report* contains the methods report provided in this appendix, plus a copy of the questionnaire and a frequency distribution of responses to each item in the survey instrument.  A companion document, *Rocky Flats Study: Open-ended Responses for #1229* (October, 1995) provides a verbatim copy of all open-ended responses as recorded at the University of Maryland, Survey Research Center.

Rocky Flats Study
Methods Report
October 1995

Submitted by the Survey Research Center
University Of Maryland

Project Coordinator
Beth Webb

## *SAMPLE*

The target population for this study was residents over 18 currently living in the Denver metro area who 1) had bought a home in the past 5 years OR 2) have plans on purchasing a home in the next couple of years OR 3) had been in the market for a home some time in the past five years. Two different sample frames were used for this study: a list sample of recent home purchasers that was obtained from U.S. West and an RDD sample which we generated. Within in each of these frames the Arvada/Westminster area was oversampled to ensure a sufficient number of cases for analysis of this area alone. One-third of the total sample released was in the Arvada/Westminster area.

## *U.S. West Sample*

U.S. West is able to compile a list of phone numbers of single-family dwelling homeowners who have began new service or moved their service in the past five years. Their best estimate is that the/this list covers 60% of all homeowners who have purchased within the past 5 years. U.S. West randomly selected 2858 of these phone numbers for this study. Approximately 100 of these numbers were used for pretesting. Another 604 numbers were released for main data collection. It was estimated that this number would yield approximately 360 interviews which is 60% of the desired number of interviews(600).

1

## RDD Sample

Since the U.S. West sample does not cover recent homeowners with unlisted phone numbers,r people who plan to purchase a home in the next couple of years, or people who had been in the market for a home in the past 5 years, an RDD sample was also generated. The random digit dial (RDD) sample was selected using a standard two-stage, Waksberg-Mitofsky design. This design gives all households an equal chance of inclusion in the survey, regardless of whether or not their phone number is listed. This sample was compared against the sample purchased from U.S. West and all duplicates were purged.

## Selection Method

Within each sample household, a two-stage selection process was employed. First a target respondent was selected at random from among all adults residing there. The Next Birthday selection method was used. In this procedure, the interviewer asks to interview the adult, 18 or older, who will have the next birthday. This method avoids the bias of selecting whoever answers the phone or happens to be home at the time of the call. It provides a random respondent without having to ask intrusive questions about household composition.

The next stage was to determine if the randomly selected adult met any one of the three eligibility criteria for the study. The following questions were asked to determine this:

> Q1 <    Do you own your home or do you rent it?

      < 1 > OWN
      < 2 > RENT [goto Q3]
      < 3 > OTHER [goto Q3]
      = = = >

2

> Q2 <   In what year did you buy your home?

    < 89 > PRIOR TO 1990
    < 90-95 > RECORD THE NUMBER [RESPONDENT IS ELIGIBLE]
    = = = >

> Q3 <   Do you have plans to buy a home within the next couple of years?

    < 0 > NO
    < 1 > YES [RESPONDENT IS ELIGIBLE]
    < 8 > DK
    = = = >

> Q3a <   At anytime since 1990 were you in the market to buy a home?

    < 0 > NO
    < 1 > YES [RESPONDENT IS ELIGIBLE]
    < 8 > DK
    = = = >

## _QUESTIONNAIRE AND DATA COLLECTION_

Preceding the pretests, interviewers went through a structured training session. There was a mix of experienced and newly recruited interviewers. Experienced interviewers are best able to identify characteristics of the study which could potentially pose problems. However, less experienced interviewers are often more likely to notice additional problems that may have been naturally compensated for, or dealt with, by the more experienced interviewers.

In the pretest training session, interviewers were given an outline of standard pretest procedures and specific items to be aware of such as:

- **Respondent reaction to the survey introduction**
- Any issues regarding selecting the random respondent and determining eligibility
- Identifying question wording which is ambiguous or awkward to read
- Inconsistencies in question logic
- Respondents' comments about questions (to be recorded verbatim)
- Inconsistencies in skip patterns

Following the pretests, a debriefing was held in which interviewers and supervisors reviewed any problems encountered and made suggestions for improvements in the questionnaire. Based on the pretest results, the final version of the questionnaire was developed.

Prior to main data collection, group training sessions were conducted. The training sessions provided information on the background and goals of the study. This included:

- Purpose of the study
- Sponsor and project director
- Eligible respondent
- Goals of the study
- Target cooperation rate
- Schedule
- Refusal conversion plans

The interviewers were trained in procedures used in identifying the correct respondent. This entailed problem solving exercises in addition to written instructions. The supervisors coached each interviewer by asking questions that a respondent might ask.

A major part of the training involved persuading reluctant respondents to cooperate. The training manual contained suggested responses to a number of questions frequently asked by reluctant respondents. The supervisors assumed the role of respondent in this exercise. This practice continued until all interviewers could handle these situations comfortably and correctly.

The next stage of the training required interviewers to go through the questionnaire noting the question-by-question instructions and skip patterns. Interviewers read the survey instrument repeatedly to supervisors in order to familiarize themselves with the questionnaire and to learn how to correctly pace the interview. Finally, interviewers worked in pairs, with one interviewer acting as the respondent. Then, the pair switched roles, providing an opportunity for both to

act as the interviewer.

During data collection, interviewers were monitored from the onset of the study to its completion. Supervisors regularly monitored each interviewer's calls and rated them on:

- Introduction and respondent selection
- Properly administering the questionnaire (reading the questions verbatim, probing, keeping respondents on track)
- Correctly recording the respondents' answers
- Refraining from personal comments

In addition to monitoring, the Field Manager received daily reports on each interviewer's response rate and refusal rate. Interviewers who experienced difficulties were retrained by a supervisor. If there was no improvement by the interviewer after the retraining, the interviewer was removed from the study.

An experienced telephone supervisor was on duty at all times to monitor quality and handle any problems. Shifts were scheduled both during the day, in the evenings, and on weekends. All telephone numbers in the sample were tried up to 20 times. Respondents who initially refused were recontacted by a specialist in refusal conversion.

Interviewing of the general population study occurred from August 31, 1995 to October 1, 1995. All interviewing was conducted from the SRC Telephone Facility on the College Park campus.

*SURVEY RATES AND RESULTS*

A total of 2137 numbers were released.  Six-hundred and four(604) were from the U.S. West sample and 1533 were from the RDD sample.  The disposition of the entire sample is shown in Table 1, the disposition of the numbers from the U.S. West list sample of recent home buyers is summarized in Table 1a, the RDD numbers in Table 1b.

### Table 1
### Disposition of All Sample Released

| Phone Numbers | | Households | |
|---|---|---|---|
| Non-households | 675 | Known Ineligible | 271 |
| Never Answered | 80 | Unknown Eligibility | 494 |
| Households | 1382 | Known Eligible | 617 |
| Total | 2137 | Total | 1382 |

| Known Eligible | | Unknown Eligibility | |
|---|---|---|---|
| Interviews | 604 | Refusals | 171 |
| Refusals | 13 | Not-at-homes | 282 |
| Total | 617 | Misc. problems[1] | 41 |
| | | Total | 494 |

Of the 2137 numbers released,  675 were found to be non-households (businesses and non-working numbers).  In addition, 80 numbers were never answered and are assumed to be non-households.

---

[1] Language, illness, or hearing problems.

6

Of the 1382 identified households, eligibility (whether the randomly selected respondent met one of the three eligibility criteria) was determined for 888, of which 671 were eligible and 217 ineligible. We were unable to select a random respondent and determine eligibility for 494 cases.

## Table 1a
### Disposition of Numbers from the List Sample of Recent Home Buyers

| Phone Numbers | | Households | |
|---|---|---|---|
| Non-households | 50 | Known Ineligible | 52 |
| Never Answered | 4 | Unknown Eligibility | 172 |
| Households | 550 | Known Eligible | 326 |
| Total | 604 | Total | 550 |

| Known Eligible | | Unknown Eligibility | |
|---|---|---|---|
| Interviews | 320 | Refusals | 72 |
| Refusals | 6 | Not-at-homes | 84 |
| Total | 326 | Misc. problems | 16 |
| | | Total | 172 |

Of the 604 numbers from the list sample or recent home buyers, 50 were found to be non-households (businesses and non-working numbers). In addition, 4 numbers were never answered and are assumed to be non-households.

Of the 550 identified households, eligibility (whether the randomly selected respondent

met one of the three eligibility criteria) was determined for 378, of which 326 were eligible and 52 ineligible. We were unable to select a random respondent and determine eligibility for 172 cases.

Table 1b
Disposition of Numbers from the RDD Sample

| Phone Numbers | | Households | |
|---|---|---|---|
| Non-households | 625 | Known Ineligible | 219 |
| Never Answered | 76 | Unknown Eligibility | 322 |
| Households | 832 | Known Eligible | 291 |
| Total | 1,533 | Total | 832 |

| Known Eligible | | Unknown Eligibility | |
|---|---|---|---|
| Interviews | 284 | Refusals | 99 |
| Refusals | 7 | Not-at-homes | 198 |
| Total | 291 | Misc. problems | 25 |
| | | Total | 322 |

Of the 1,533 numbers released from the RDD sample, 625 were found to be non-households (businesses and non-working numbers). In addition, 76 numbers were never answered and are assumed to be non-households.

Of the 832 identified households, eligibility (whether the randomly selected respondent met one of the three eligibility criteria) was determined for 510, of which 219 were eligible and

8

291 ineligible. We were unable to select a random respondent and determine eligibility for 322 cases.

The response rate is the total number of interviews divided by the number of eligible cases. The unknown eligibility category can be treated in various ways. The most conservative approach, treating 100% of such cases as eligible, gives a response rate of (604/1111) or 54%. A more realistic response rate can be calculated by assuming these households had the same eligibility rate(69.5%) as the 888 households for which eligibility was determined. This response rate is $\underline{\hspace{1.5cm}604\hspace{1.5cm}}$, or 62.9%.
$$[.695*494]+617$$

Since the eligibility rates differ greatly between the two sampling frames, another way to calculate the overall response rate is to calculate the response rates for the individual frames and then calculate the weighted average. For the list sample the eligibility rate for the 378 households for which eligibility was determined is 86.2%. The response rate is $\underline{\hspace{1cm}320\hspace{1cm}}$
$$[.862*172]+326$$
or 67.5%. For the RDD sample the determined eligibility rate is 57.0%. The response rate is $\underline{\hspace{1cm}284\hspace{1cm}}$ or 59.8%. Calculating the weighted average of these two response rates based on
$$[.57*322]+291$$
the number of interviews completed from each frame shows a total response rate of (320/604)*.675 + (284/604)*.598 or 63.9%.

## *SAMPLE WEIGHTS*

Four design-level sample weights are necessary for the correct analysis of the general population sample. First, since every telephone number had an equal probability of selection into the sample, those households with more than one telephone number had higher chances of inclusion. A question was asked to determine how many non-business telephone numbers each

household had. This item was used to construct the first weight. Secondly, since only one adult was selected from among all adults in the household, a weight is necessary to adjust for household size. Third, since the randomly selected adult was then screened for eligibility, the probability of a household being included in the study depended upon how many of the household's adults met the eligibility criteria. A series of questions was asked to determine how many of the household's adults, in addition to the respondent, met the eligibility criteria. This information was used to construct the third weight. The fourth design level weight combines the interviews from the two different sampling frames in accordance with the proportion of the Denver Metro area population each represents.

In addition to the four design weights, another weight was created to adjust for the over-sampling of Arvada/Westminster area residents.

For user convenience, two overall weights were created. A weight called WEIGHT combines the four sample design weights but does not correct for the over-representation of Arvada/Westminster area residents. This weight should be used when doing analysis on only Arvada/Westminster area residents or when doing analysis on only residents of the other Denver metro areas(excluding Arvada/Westminster residents). When doing analysis on all Denver metro area residents (including Arvada/Westminster) the weight TOTWEIGH should be used. Totweigh combines the four sample design weights and the weight that corrects for the over-representation of Arvada/Westminster area residents.

# 1989 Arvada Citizen Attitudes Survey

The city should support the removal of plutonium processing operations from Rocky Flats



The city should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained



The city should oppose the incineration of toxic radioactive waste at Rocky Flats



Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household?





**Figure 4.3. Overall impression of Rocky Flats.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY43.CDR: 6-28-96



**Figure 4.4. Opinions about the influence of Rocky Flats on the desirability of homes in the Arvada/Westminster area.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

IIM/ROCKY44.CDR: 6-30-96




**Arvada/Westminster**
*N* = 188

Perceived They
Lived Closer
5.3%  *n* = 10

Don't Know
9%  *n* = 17

Correct
Distance

**Figure 4.5. Perceived distance and zip code distance from Rocky Flats for Arvada/Westminster respondents.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.

JIMROCKY45.CDR: 6-30-96



**Figure 4.6. Rocky Flats buffer zone and respondent preference for distances.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.



**Figure 4.7. Design and distribution of results from a question set with distance and discount options applied to a hypothetical house purchase in the Arvada/Westminster communities. Denver metropolitan area respondents (*N* = 416).**

**Notes:** Five people said that Rocky Flats increased values—did not answer this question set; 25 people (6.0%) said they didn't know or could not answer. *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



**Figure 4.8. Final judgment of distance and price for Arvada/Westminster houses associated with Rocky Flats. Denver metropolitan area respondents ($N = 416$).**

Notes: $N/n$ = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster.



**Denver metropolitan area**

No answer
32.7%
*n* = 136

No difference
17.8%
*n* = 74

Don't know
3.1%
*n* = 13

Somewhat less desirable
1.2%; *n* = 5

Considerably less desirable
0.1%; *n* = 1

*N* = 416

**Figure 4.9. If it were not for Rocky Flats, would houses in Arvada/Westminster be more or less desirable?**

**Notes:** *N/n* = number of respondents. Data for Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIM\ROCKY49.CDR: 7-5-96



**Denver metropolitan area**
*N = 416*

No
23.6%
*n = 98*

Don't know
13.6%
*n = 56*



**Arvada/Westminster**
*N = 188*

No
27.7%
*n = 52*

Don't know
8.1%
*n = 40*

**Figure 4.10. Is Rocky Flats a health risk?**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY410.CDR: 7-3-96



**Arvada/Westminster area**

**Has Rocky Flats effected property values?**

**Has Rocky Flats reduced or increased property values?**

Increased
4.6%
*n* = 6

Don't know/
no answer
3.8%
*n* = 5

*N* = 131

No
24.5%
*n* = 46

Don't know
5.9%
*n* = 11

*N* = 188

Yes
*n* = 131

**Figure 4.11. Perceived influence of Rocky Flats on property values within six miles of the plant.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.

JIMRROCKY411.CDR: 7-5-96

Denver metropolitan area

**Has Rocky Flats effected property values?**

**Has Rocky Flats reduced or increased property values?**







No
9.0%
$n = 37$

Don't know
10.1%; $n = 42$

$N = 416$

Yes
$n = 337$

Other/Don't Know
1.8%; $n = 6$

Increased
0.9%
$n = 3$

$N = 337$

**Figure 4.12 Perceived influence of Rocky Flats on property values within six miles of the plant.**

**Notes:** $N/n$ = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY412.CDR: 7-5-96



## Arvada/Westminster area

**Heard of these events?**

No
33.3%
*n* = 63

Don't know/
no answer
2.0%
*n* = 4

*n* = 188

**Did these events effect
your evaluation of nearby homes?**

No
73.8%
*n* = 90

Don't know
1.6%
*n* = 2

*n* = 122

**Was the effect
positive or negative?**

Neither
3.3%
*n* = 1

Positive
3.3%
*n* = 1

*n* = 30

**Did these events influence other
people to view the area as
more or less desirable?**

Don't know
8.2%
*n* = 10

More
desirable
3.2%
*n* = 4

*n* = 122

Figure 4.13. Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

Notes: *n* = number of respondents. Due to rounding, figures may not always sum to the total.

JIMROCKY413.CDR: 7-2-96




**Denver Metropolitan area**

**Heard of these events?**

**Did these events effect your evaluation of property near Rocky Flats?**

**Was your evaluation positive or negative?**

**Did these events effect the public's evaluation?**

Figure 4.14.  Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

Notes: *n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster.  Due to rounding, figures may not always sum to the total.



## Denver metropolitan area sample

Safe
2.6%
n = 11

Don't know
2.7%
n = 11

N = 416

## Arvada/Westminster sample

Safe
6.0%
n = 11

Don't know
8.5%
n = 16

N = 188

**Figure 4.15. Perceptions of current safety at Rocky Flats.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY415.CDR: 7-2-96



**Arvada/Westminster area**

**Heard about events before 1990?**

**Health risks of very small levels of contaminants in a residential area**

Almost no risk
3.3%
*n* = 6

Don't know
14%
*n* = 26

No answer
5.3%
*n* = 10

*N* = 188

No
48.8%
*n* = 92

No answer
5.3%
*n* = 10

Don't know
2.8%
*n* = 5

*N* = 188

**Figure 4.16. Recollections of past events at Rocky Flats and evaluations of very small health risks in a residential area.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.

JIMROCKY416.CDR: 7-5-96



**Denver metropolitan area**

**Heard about events before 1990?**

**Health risks of very small levels of contaminants in a residential area**

No
46.6%
n = 193

N = 416

No answer
4.2%
n = 17

Don't know
0.4%
n = 2

Almost
no risk
4.2%
n = 17

Don't know
13.9%
n = 58

No answer
4.2%
n = 17

N = 416

**Figure 4.17. Recollections of past events at Rocky Flats and evaluation of very small health risks in a residential area.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.