# Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats

Robert Goble, Ph.D

Center for Technology, Environment, and Development
of the George Perkins Marsh Institute
Clark University

November 24, 1996

TABLE OF CONTENTS

| | | |
|---|---|---:|
| 1.0 | Objectives of this Report and Topics Covered | 2 |
| 2.0 | Medical Monitoring Is an Appropriate and Necessary Response to the | |
| | Releases of Plutonium and Other Toxic Substances from Rocky Flats | 4 |
| | 2.1  Key observations from the history of Rocky Flats operations | 8 |
| | 2.2  Quantitative estimates (with uncertainties) of exposures, doses, and | |
| | risks | 11 |
| | 2.3  Summary | 19 |
| 3.0 | The Availability of Information about Toxic Releases from Rocky Flats and | |
| | Uncertainty and Variability in the Exposure Estimates | 21 |
| | 3.1  The choice of data sets as a basis for estimating exposures and doses | 21 |
| | 3.2  Representations of uncertainty and variability | 22 |
| 4.0 | Estimates of Exposures to Plutonium and Americium | 26 |
| | 4.1  History of releases | 27 |
| | 4.2  The data base on releases and environmental concentrations: reviews | |
| | and controversies | 28 |
| | 4.3  The recommended approach for estimating air concentrations | 29 |
| | 4.4  Estimates of amounts of plutonium and americium inhaled and of | |
| | radiation doses from these amounts | 43 |
| | 4.5  Results for concentrations of plutonium in air, intake of plutonium, | |
| | radiation doses from plutonium , and risks from these exposures | 48 |
| 5.0 | Estimates of Exposures to Volatile Chlorinated Hydrocarbons | 62 |
| | 5.1  The ChemRisk and RAC analysis of releases | 62 |
| | 5.2  Selection of evidence for estimates of emissions and concentrations in | |
| | air | 63 |
| | 5.3  The treatment of a multiplicity of agents | 64 |
| | 5.4  The calculations | 64 |
| | 5.5  Results and implications | 67 |
| 6.0 | Estimates of Exposures to Ethylene Oxide | 68 |
| | 6.1  History and inventories | 68 |
| | 6.2  Why use the inventory to make exposure estimate | 68 |
| | 6.3  The calculation | 69 |
| | 6.4  Results and implications | 70 |
| | 6.5  Summary | 72 |
| 7.0 | Estimates of Exposures to Beryllium | 72 |
| | 7.1 Selection of evidence for estimating exposures | 72 |
| | 7.2  The calculations | 75 |
| | 7.3  Results and implications | 77 |
| | 7.4  Summary | 77 |
| 8.0 | Summary Discussion: Implications for Medical Monitoring | 78 |
| | 8.1  Discussion of risks as they relate to distances from the plant | 78 |
| | 8.2  Calculations  of  exposures and doses to representative individuals | 78 |
| | Sources Cited | 83 |

## 1.0 Objectives of this Report and Topics Covered

I was asked to review such information as is available on class members' exposures to
plutonium and other radioactive materials emitted from the Rocky Flats nuclear weapons
plant, as well as exposures to non-radioactive toxins. I was also asked to make estimates of
the exposures to people living near the plant, to describe how such information may be
used in assessing the risks experienced by those people, and to discuss what these
exposures imply for a program of medical monitoring.

The principal exposures have come from radioactive isotopes of plutonium (Pu) and
americium (am), from volatile chlorinated hydrocarbons (CHC's) used as solvents, and
possibly from ethylene oxide and beryllium. In assessing these exposures I have found it
necessary to rely to a considerable extent on reviews funded by the U.S. Department of
Energy (DOE) and conducted under the auspices of the Colorado Department of Public
Health and the Environment (CDPHE). Phase I of these reviews was performed by
ChemRisk, a DOE contractor; phase II is now underway with studies conducted by
Radiological Assessments Corporation (RAC) another DOE contractor. I have also looked
at a variety of data developed from various sources over the operating period of the plant;
most of these data come from the 1970's and 1980's and have been reviewed by RAC and
ChemRisk. It is important to note that this is an incomplete set of resources for
reconstructing exposures, and that most of the data were acquired and analyzed well after
much of the exposure had occurred. There was no serious contemporary attempt by Dow
and Rockwell to monitor and assess the exposures to people living in the vicinity of the
plant nor did the plant operators inform people in the surrounding community that they
were being continuously exposed to radioactive materials and other toxins. (Budnitz
1996b, RAC 1996e). Although the RAC review is helpful, its usefulness is limited because
it is still a work in progress. A further problem in the use of these review projects is that
the data are not being analyzed with the purpose of assessing medical monitoring needs and
opportunities; thus, the questions I ask are posed somewhat differently from the questions
addressed in the reviews.

My perspective is that of a risk analyst attempting to develop information for the use of
assessing a particular hazard management option - namely medical monitoring. The focus
is on exposure assessment as described for instance in the National Academy description of
risk assessment (National Research Council 1983, National Research Council 1994). I

2

give a quantitative treatment of variability and uncertainty (as recommended in *Science and Judgment in Risk Assessment* chapts 9-11) (National Research Council 1994) and provide results in statistical terms. Medical perspectives will ultimately guide the substance and structure of the actual medical monitoring program My approach is different from and intended to complement and support those medical perspectives.

I have a Ph.D. in physics from the University of Wisconsin and have more than 10 years of experience with research and teaching in fundamental physics. My present position is Research Professor of Environmental Science and Policy and Adjunct Professor of Physics at Clark University. I have taught and conducted research on energy and environmental science and policy at Clark for the past 20 years. My qualifications for performing this analysis include research and teaching experience with risk assessments, air pollution dispersion experiments and models for both short range and long distance pollutant transport, nuclear accident consequence modeling, and dose reconstructions at the Nevada Test Site and Hanford. This experience is described on my resumé which is attached. My resumé includes a publication list.

The structure of my report is as follows: Section 2 provides an overview of the report and a summary of key results; Section 3 describes the key sources of information to be used in estimating exposures and discusses in more detail the characterization of uncertainty and variability in the estimates;Section 4 presents a more detailed description of the methods and results for estimating exposures to the key radiological releases Pu and Am; Section 5 does the same for the volatile CHC's; and Sections 6 and 7 treat the cases of EtO and Be, respectively; finally, Section 8 reviews the implications of this work for medical monitoring.

## 2.0 Medical Monitoring Is an Appropriate and Necessary Response to the Releases of Plutonium and Other Toxic Substances from Rocky Flats

The Rocky Flats Nuclear Weapons Plant was established in 1951 and continued to operate until 1990. Its primary mission was to produce atomic bombs made of fissionable plutonium that served as triggers for hydrogen bombs; numerous other military-related manufacturing activities were conducted there as well. As described below and in detail in reports by other experts, the manner in which these operations were conducted exposed people living in the vicinity of the plant to a variety of radioactive and non radioactive toxic materials. In my judgment these exposures were significant and were sufficient to cause latent diseases among members of the exposed group. In such a situation where injuries are hidden or late appearing and where the full extent of the problem is unknown, medical monitoring is an appropriate and effective measure for mitigating the harm caused by the exposures as concluded by Drs. Radford, Teitelbaum, and Goehfeld. (Goehfeld 1996, Radford 1996) (Teitelbaum 1996). The proposed medical monitoring region is shown as Figure 2.1.[1]

The question is do we know enough about the exposures and the risks associated with them to design and justify a medical monitoring program. Answering this question is only partly my task. Design and justification of medical monitoring is the domain of medical and public health professionals. My challenge is to find the relevant information about exposures and risks and to make it available in useful form to the experts concerned with program design.

Other information will also be important. In particular, epidemiological studies as described by Dr. Clapp and Dr. Wing (Clapp 1996, Wing 1996) provide additional evidence concerning the need for medical monitoring. This source of information differs from and complements information on exposures and risks derived from dose reconstruction. Epidemiology can provide more detailed information about health

---

[1]The medical monitoring region is defined as the area lying within at least one of two contours: i) the Krey and Hardy contour for deposited plutonium at a concentration of 5 mCi/km$^2$ (185 Bq/m$^2$) (Krey 1970), and ii) a contour which corresponds to a concentration of approximately $10^{-7}$ sec/m$^3$ for a unit release of a contaminant using the air dispersion model described in Appendix B of the Environmental Impact Statement (USDOE 1980), Table B-2-5. The ISC dispersion model contours developed by ChemRisk (ChemRisk 1994a), which I use in subsequent calculations, are very similar but give concentrations roughly 20% lower.

4



Figure 2.1a



Figure 2.1b

Rocky Flats: Chronic

### ROBERT L. GOBLE
Resumé
November 1996

Center for Technology, Environment, and Development
 and Department of Physics
Clark University, Worcester, MA 01610
(508)793-7683, (508) 751-4612 FAX (508) 751-4600
eMail (internet) rgoble@vax.clarku.edu

112 Franklin Street
Brookline, MA 02146
(617) 566-4574

## PRESENT POSITION

Clark University (1991-): Research Professor of Environmental Science and Policy, and Adjunct Professor of Physics.

## EDUCATION

B.A. (Honors), Physics, Swarthmore College, June 1962
Ph.D., Physics, University of Wisconsin, January 1967

## PREVIOUS EMPLOYMENT

| | |
|---|---|
| 1984 -85 | Princeton University, Center for Energy and Environmental Studies and Department of Philosophy: Hewlett Fellow |
| 1976 -91 | Clark University, Physics Department and Program on Environment, Technology, and Society: Research Associate Professor, Visiting Assistant Professor (on leave 1984-85) |
| 1974 -76 | Montana State University, Physics Department: Assistant Professor, Adjunct Assistant Professor |
| 1972 -74 | University of Utah, Physics Department: Research Associate/Associate Instructor |
| 1969 -72 | University of Minnesota, Physics Department: Research Associate |
| 1966 -69 | Yale University, Physics Department: Research Staff, Instructor |
| 1962 -66 | University of Wisconsin, Physics Department: NSF Cooperative Fellow, Research Assistant |

## AWARDS, HONORS, AND MEMBERSHIPS ON ADVISORY PANELS

National Academy of Sciences/National Research Council, Committee on Applications of Digital Instrumentation and Control Systems to Nuclear Power Plant Operations and Safety

Advisory Panel on the Rockwell, Santa Susanna Epidemiological Study for the California Public Health Foundation (1992-95)

U.S. EPA Visiting Scientist Award (1991-1994)

Senior Advisor to the Global Information Network of the Rockefeller Foundation Leadership for the Environment and Development (LEAD) Program (1992 - )

Intergovernmental Panel on Climate Change, Experts Workshop on Country Studies, Berkeley, (Sept. 1992)

Advisory Panel on Information Systems for Agenda 21 for the U.N. Conference on Environment and Development (1991-92)

Mathematics Curriculum Evaluation Panel for the Brookline Public Schools (1989-91)

National Science Foundation/National Endowment for the Humanities: Individual Incentive Award (January 1984-January 1986)

Princeton University: Hewlett Fellow (September 1984-June 1985)

American Association for the Advancement of Science: Summer Fellowship in Environmental Science (Summer 1982)

## RECENT RESEARCH ACTIVITIES

**Risk assessment methodology, environmental and occupational impacts on health** - effective use of epidemiology for cancer risk assessment, interspecies extrapolation of risks, radon exposures, epidemiology, and risk assessment, development of a curriculum for ecological risk assessment, technological development and public health in Poland, (Funding from the U.S. EPA, National Council for Soviet and East European Research)

**Sustainable development and climate change** - technology characterization for systems to limit greenhouse gas releases, alternative definitions of sustainable development, the role of sustainable cities in preventing climate disruption, a risk assessment perspective on the threat of climate change, (Funding from the World Bank Global Environment Facility, the U.S. DOE, the Mercedes Foundation, the MacArthur Foundation)

**Nuclear safety and economics** - Institutional issues affecting the growth of nuclear power, nuclear emergency planning alternatives, radioactive waste management, risks from Nevada Test Site activities, power plant performance and economics (Funding from the Three Mile Island Public Health Fund, the Ontario Nuclear Safety Review Board, the Massachusetts Attorney General's Office, the State of Nevada, Lincoln County Nevada, Citizens Against Nuclear Trash, U.S. DOE, Scientist's Institute for Public Information)

**Ethical issues in hazard management** - Risk prioritization at the EPA, Sensitive populations, differences between occupational and environmental protection, Citizen participation and strengthening community health infrastructure, Risk assessment methodologies and their effects on environmental justice (Funding from the NSF, State of New Jersey, Resources for the Future, NIEHS, ATSDR, Sierra Club)

## OTHER RESEARCH

Methodology for assessing hazards from seafood (Funding from R.I. DEP, Sierra Club Legal Defense Fund)

Acid deposition assessment (Funding from the U.S. EPA)

Review of implementation of the Occupational Lead Standard (Funding from U.S. OTA)

Development of a taxonomy for classifying technological hazards (Funding from the U.S. NSF)

Experimental studies of pollutant dispersal in an urban environment (Funding from Clark Univ.)

Demonstration of grid-connected cogeneration at Clark University (Funding from the U.S. DOE, Fairbanks-Morse Corporation, U.S. HUD)

## TEACHING

**Graduate and undergraduate courses in environmental science and policy** - limits of the earth, quantitative risk assessment, advanced quantitative risk assessment, senior seminar, alternative energy laboratory, science writing seminar, science - uncertainty - decisions

**Graduate and undergraduate courses in physics** - quantum mechanics, advanced quantum mechanics, electrodynamics, mechanics, introductory physics, Einstein's ideas, cultural astronomy.

**Ph.D. supervision** - Atmospheric Turbulence and Diffusion in an Urban Environment, Radon Deposition in Nose and Lungs, Pharmacokinetic models for Lead and Lead-210 and models for Radon-induced lung cancer

**Graduate and undergraduate project advising** - Supervision of more than 60 graduate and undergraduate students in energy, air pollution, and physics; High Energy Cosmic Ray Showers; Clark Energy Use Profiles and Models; Environmental Tradeoffs in Cogeneration; Cogeneration Road Map for Colleges and Universities; Measurements of Worcester Weather; Pollutant Dispersal in Urban Arens; Effects of Buildings on Pollutant Dispersal; Cogeneration System Monitoring; Radon in Indoor Air; Radon - Induced Health Effects; AIDS and Health Care Programs in Zaire; Modeling the AIDS Epidemic; Rural Electrification Alternatives, Models for Ecological Risk Assessment, Environmental Labeling of Consumer Products, Risk Analysis from Activities at the Nevada Test Site

**PUBLICATIONS**

### Articles (Energy/Hazards/Air Quality)

"A Practical Approach to Using Epidemiological Data in Cancer Risk Assessments I: Risk Projections when there are Piece-wise Constant Exposure Histories" by R. Goble and C. Chen, to be submitted for publication 1997

"A Regional Concept of Qualitative Growth and Sustainability: Support for a Case Study in Baden-Würtemberg"*Int. J. Sustain. Dev. World Ecol.* v. 3, p. 1-22 1996

"Comparison of Contact Site Cancer Potency Across Dose Routes: Case Study with Epichlorohydrin", by G. Ginsberg, D. Hattis, and R. Goble, *Risk Analysis* v. 16 #5 p. 667-681, 1996

"Social and environmental factors in lung cancer mortality in post-war Poland" by H. Brown and R. Goble, *Environmental Health Perspectives* V. 103, No. 1, Jan. 1995

"Current Priority-Setting Methodology: Too Little Rationality or Too Much?" by Dale Hattis and Robert Goble in *Worst Things First*, ed, A. Finkel and D. Golding, Resources for the Future 1994 p. 107-133

"What Nuclear Emergency Planning Can and Can Not Accomplish" in *Preparing for Nuclear Power Plant Accidents: Selected Papers* ed. D. Golding, J.X. Kasperson, and R.E. Kasperson, Westview Press, Boulder CO, 1994

"Implications of the Accident at Chernobyl for Emergency Planning" by R. Goble and C. Hohenemser, in *Preparing for Nuclear Power Plant Accidents: Selected Papers* ed, D. Golding, J.X. Kasperson, and R.E. Kasperson, Westview Press, Boulder CO, 1994

"The Use of Probabilistic Risk Assessment in Nuclear Emergency Planning" by R. Goble and G. Thompson, in *Preparing for Nuclear Power Plant Accidents: Selected Papers* ed. D. Golding, J.X. Kasperson, and R.E. Kasperson, Westview Press, Boulder CO, 1994

"Prospects for Upgrading Emergency Planning near the Fermi II Nuclear Power Plant" Chapter 7 in *Safety Concerns in Essex County Regarding the Fermi II Nuclear Power Plant,* W. Hutchinson, H. Disch, eds. ILER Research Foundation, January 1994

"Nuclear Power: Past and Future" by C. Hohenemser, R. Goble, and P. Slovic, in *The Energy Environment Connection*, J. Hollander ed. Island Press, 1992.

"Expected Values for Projected Cancer Risks from Putative Genetically-Acting Agents" by Dale Hattis and R. Goble *Risk Analysis* V. 11, No. 3 (1991) pp. 359-363.

"Institutional Aspects of the Future Development of Nuclear Power" (with C, Hohenemser and P. Slovic). *Annual Review of Energy*, Vol. XV, 123-200 (November 1990).

"The Role of Scientists in Risk Assessment" (with H. Brown). *Risk: Issues In Health and Safety* V. I, 283-311 (October 1990)

"Sensitivity Analysis for the Effect of Meteorological and Radioactive Release Conditions on Radiation Doses from Nuclear Power Plant Accidents" (with W. Du) *GeoJournal* V. 23No. 3, 273-282 (1990).

"Estimating the Financial Consequences of a Severe Nuclear Accident in Canada" (with S.C. Lonergan and C. Cororaton), *Energy*, 15(6)507:522 (1990).

"The Social Amplification of Risk: A Conceptual Framework" (with R.E. Kasperson, O. Renn, P, Slovic, H.S. Brown, J.E. Emel, J.X. Kasperson, and S. Ratick). *Risk Analysis*, (1988) pp. 177-187.

"Methodology for Assessing Hazards of Contaminants in Seafood" (with H.S. Brown, and L. Teitelbaum). *Regulatory Toxicology and Pharmacology*, 8:76-101 (1988).

"Turbulence Parameters in an Urban Environment" (with M. Yersel). *Boundary Layer Meteorology*, V. 37, #3 p.271 (1986).

3

"Methods for Analyzing and Comparing Technological Hazards: Definitions and Factor Structures" (with C. Hohenemser, J. Kasperson, R. Kasperson, R. Kates, P. Collins, P. Slovic, B. Fischoff, S. Lichtenstein and T. Layman). In *Risk Evaluations and Management*, V. Covello, J. Menkes and Y. Mumpower, eds. Plenum Press, New York, 1986.

"Protecting Workers, Protecting Publics: The Ethics of Differential Protection" (with P. Derr, R. Kasperson, R. Kates). In V.T. Covello (ed.) *Risk Analysis in the Private Sector*, Plenum Press, New York, 1985.

"Time Scales in the Radioactive Waste Problem" *Equity Issues in Radioactive Waste Management*, R. Kasperson, Ed. Oelgeschlager Gunn, Hain, Cambridge 1983. Chapter 6, p. 139-174.

"Short Distance Diffusion in an Urban Atmosphere" (with M. Yersel, J. Morrill). *Atmospheric Environment*, V. 17, No. 2, 275 (1983).

"Responding to the Double Standard of Worker/Public Protection (with P. Derr, R. Kasperson, R. Kates). *Environment* V. 25, No. 6, 6 (1983).

"Airborne Lead: A Clear-cut Case of Differential Protection" (with D. Hattis and N. Ashford). *Environment* V. 24, No. 1, 14 (1982).

"Technological Risk Perception and Nuclear Power Costs: The Quantification of Uncertainty" (with D. Shakow). *Technological Forecasting and Social Change*, V. 21, No. 3, 185 (1982).

"Worker/Public Protection: The Double Standard" (with P. Derr, R. Kasperson, R. Kates). *Environment*, V. 23, No. 7, 6 (1981).

"Nuclear Power Plant Performance: An Update" (with C. Hohenemser). *Environment* V. 21, No. 8, 32 (1979).

"Power Plant Performance" (with C. Hohenemser). *Environment* V. 20, No.3, 25, (1978)

## Technical Reports and Monographs

*Perspectives on Risk at the Nevada Test Site: Feasibility and Methods for Assessing Cumulative Radiological Exposure Risks Associated with Department of Energy Activities at the Nevada Test Site* Phase I Report to Lincoln County Nevada, Clark University, June 1994

*Slope Factor Comparison Across Dose Routes: Case Study with Epichlorohydrin*, by Ginsberg, G. L., Goble, R. L., and Hattis, D. B. Report to the U.S. Environmental Protection Agency by TRC Environmental Corporation, April, 1994.

*A Data Manager for the Global Environmental Facility* Report to the World Bank by G. Thompson and R. Goble Institute for Resource and Security Studies, January 1994, 38 pages.

*Learning from GEF projects* Report of a Workshop held in Washington Sept. 9, 1993, by G. Thompson and R. Goble, Institute for Resource and Security Studies, September 1993

*Technological Development and Population Health in Poland: Results of a Pilot Study of Industrial Trends and Selected Cancers*, by Brown, H.S. and Goble, R. L., CENTED Publication, Clark University (1992).

*Managing Nuclear Accidents : A Model Emergency Response Plan for Power Plants and Communities* by D. Golding, J. Kasperson, R. Kasperson, R. Goble , J. Seley, G. Thompson and C. Wolf. Westview Press, 1992, 117 pages.

*Design of an Information System on Technologies That Can Limit Greenhouse Gas Emission,* Report of an International Workshop, Washington, D. C. 18-19 February 1992, by G. Thompson. R. Goble, S. Bush- Center for Strategic and International Studies, 1992, 24 pages.

*Perspectives on Possible Health Effects from Exposure to Electromagnetic Fields from Electric Power Lines* A letter report to the Town of Millbury, Massachusetts, July 1990, 8 pages

4

*Developing Practical Measures to Prevent Climate Disruption* (with G. Thompson), CENTED Research Report #6. 1990, 30 pages

*High Radon Houses: Implication for Epidemiology and Risk Assessment* (with R. Socolow), CENTED Research Report #5. 1990, 35 pages.

*Potential Retrieval of Radioactive Waste at Proposed Yucca Mountain Repository: A Review of Risk Issues* (with D. Golding, R. Kasperson), 1988 17 p.

*Postclosure Risk at the Proposed Yucca Mountain Repository: A Review of Methodological and Technical Issues* (with J. Emel, R.E. Kasperson, and O. Renn), 1987 53 p.

*Methodology for Assessing Hazards of Contaminants in Seafood* (with H. Brown, and L. Teitelbaum) the Narragansett Bay Project, U.S. EPA, Rhode Island Department of Environmental Management, 1987 47p.

*Preclosure Risks at the Proposed Yucca Mountain Repository* (with R.E. Kasperson, J. Emel, J.X. Kasperson, and O. Renn). 1987 40 p.

*Nuclear Waste System Risks at the Proposed Yucca Mountain Repository* (with J. Emel, J.X. Kasperson, R.E. Kasperson, and O. Renn), 1987, 116 p.

*Evaluation of the Radtran III Model: Usefulness and Practicability* (with O. Renn), CENTED, Clark University. 1986.

*Site-Characterization Risks at the Yucca Mountain Site: A Preliminary Review* (with J. Emel, R. Kasperson, O. Renn), CENTED, Clark University. 1986.

*The Proposed Sebago Lake Nuclear Waste Repository Area: A Preliminary Assessment of Selected Risk and Social Impact Considerations* (with J. Emel, J. Kasperson, and R. Kasperson). Worcester, MA: Hazard Assessment Group. CENTED. Clark University. 1986.

*Risk Issues Associated with a Salt-dome Repository at Richton, Mississippi* (with H. Brown, J. Emel, J. Kasperson, and R. Kasperson). New York: Social Impact Assessment Network. 1985.

*Methods for Analyzing and Comparing Technological Hazards: Definitions and Factor Structures* (with C. Hohenemser, J. Kasperson, R. Kasperson, R. Kates, P. Collins, A. Goldman, P. Slovic, B. Fischoff, S. Lichtenstein, and M. Layman), CENTED Research Report #3, October 1983.

*Atmospheric Processes Affecting Acid Deposition: Assessing the Assessments and Suggestions for Further Research*, AAAS. Fall 1982.

*Cogeneration: A Campus Option* (with W. Goble) Association of Physical Plant Administrators, Washington, 1980).

*Statistical Analysis of Nuclear and Coal Power Plant Performance* (with C. Hohenemser) Scientists Institute for Public Information, New York, 1978.

## Government Papers

*When the Ceteris Aren't Paribus: Contrasts between Prediction and Experience in the Implementation of the OSHA Lead Standard in the Secondary Lead Smelting Industry*, Report to the Office of Technology Assessment, Robert Goble, Dale Hattis August 1995

"Implementation of the Occupational Lead Standard " (with D. Hattis, M. Ballew, D. Thurston), CENTED Working Paper HAG/WP 83-1, October 1983; in *Preventing Illness and Injury in the Workplace*, Vol. 2, NTIS. Office of Technology Assessment, Washington, Spring, 1985.

*The Acid Deposition Phenomenon and Its Effects: Critical Assessment Document* (with D. Bennett, R. Linthurst) U.S. EPA, EPA/60018-851001, August 1985.

"Grid-Connected Integrated Community Energy System, Clark University":
Phase I, Preliminary Feasibility Study,
v.1: Executive Summary. DOE Report #C00-4211-1/1 (NTIS, 1977)
v.2: Final Report, DOE Report #C00-4211-1/2 (NTIS, 1977).

Phase II, Detailed Feasibility and Preliminary Design
Preliminary Report, DOE Report #C00-4211-2 (NTIS, 1978). v.1: Final Report, DOE Report #C00-4211-3/1 (NTIS, 1978). v.2: Appendices, DOE Report #C00- 4211-3/2 (NTIS, 1978).

**Conference Proceedings, Discussion Papers, and Book Reports** (Energy, Hazards, Air Quality).

Review of *Public Reactions to Nuclear Waste: Citizens' Views of Repository Siting* by Riley E. Dunlap, Michael E. Kraft, & Eugene Rosa, editors ,in Risk Abstracts; Fall 1995

"How Technical Experts can Contribute to the Democratization of Risk Assessment" by Robert Goble and Gordon Thompson, *Childhood Cancer Research Institute Newsletter* October 1994 p, 8-12

Goble, Robert L. "Information Management for Regional Sustainability: Practical Recommendations for Baden-Württemberg" Invited paper for the International Workshop on Regional Sustainability. Stuttgart, Germany. June 8-10, 1994

Goble, Robert L. and Thompson, Gordon T. "Institutionalizing the Obvious: How to incorporate practical experience in policies and programs for environmental protection and sustainable development" A note for discussion. 3 p., March 1994

Goble, Robert L. "How Nuclear Power Controversies become Amplified: Contrasts between Technical Analysis and Public Expectations." Invited paper for Symposium on Perception of Risk and the Future of Nuclear Power: Confronting the Crisis of Public Confidence in Science and Technology, Washington, DC April 1993: *Physics and Society*, v. 23, No. 1, 10-11, January 1994

Brown. H.S. and Goble. R. L., Industrial Development and Population Cancer in Poland. In Levy, B., Ed. *Environment and Health in Eastern Europe*. Proceedings of the Symposium on Occupational and Environmental Health, Pultusk, Poland, June 29-July 2, 1992.

Review of *The Nuclear Energy Option*, by B. Cohen, for Am. J. Phys. V. 60, No. 3, 283-285 March, 1992.

"Uncertainties in Population Risk Estimates Arising from Different Conditions of Exposure to Indoor Radon" (with D. Hattis and R. Socolow), 29th Hanford Symposium on Health and the Environment, Indoor Radon and Lung Cancer: Reality or Myth, Oct. 1990, Richland, WA

"High Radon Houses - Log normal Distribution and Implications for Risk Assessment and Epidemiology." (with R. Socolow) Proceedings of the International Symposium on Radon and Radon Reduction Technology, Atlanta, February 1990.

"The Use of Probabilistic Risk Assessment in Emergency Response Planning for Nuclear Accidents" (with G. Thompson). Proceedings of Society for Risk Analysis Annual Meeting, October 1988, Washington, D.C.

Radioactive Wastes and the Social Amplification of Risk (with R.E. Kasperson, J. Emel, C. Hohenemser, J.X. Kasperson, and O. Renn). In R.G. Post (ed.) Waste Management '87. Tucson, AZ: Arizona Board of Regents (1987).

Can Risk Assessment be Transplanted to Developing Countries? (with H. Brown). Invited paper for the Fourth Tallories Seminar on International Development Entitled "Managing Environmental Risk in the Economic Development of Newly Industrializing Countries." May 12-14, 1987, Tufts University Tallories European Center, France.

"Potential use of $^{210}$Pb as a Biological Marker of Exposure to Radon (with H. Brown). "First International Symposium on Environmental Health, Pittsburgh, PA, June 1987.

"The Variation in Worker Response to Occupational Hazards" in Symposium on Managing High Risk Workers, Society for Risk Analysis, October 1985.

"Acid Rain." Invited talk presented at American Institute of Hydrology Conference, Future Issues in Hydrology, May 31, 1984.

"Short Range Dispersion from a Point Source in an Urban Area" (with M. Yersel). Proceedings of the 6th Symposium on Turbulence and Diffusion American Meteorological Society, Boston (1983).

"A Participatory Approach to Undergraduate Energy Education: the Case of Clark University" (with D. Ducsik). Proceedings of the International Conference on Energy Education, Providence, Rhode Island, 1981.

"Clark University's Grid-Connected Cogeneration Plant" (with J. Rodousakis, J. Cook), *District Heating*, V. 67, No. 1, 4 (1981).

"A Micro meteorological Study in the Worcester Area" (with A. Molod, M. Yersel). Proceedings of the Conference on the Meteorology of Northern New England and the Maritime Provinces, Gorham, ME (1979).

"Grid-Connected Cogeneration at Clark University: The Effect of Terms of Utility Interconnection (with S.E. Nydick). Proceedings of the International Conference on Energy Use Management, Tucson (1978).

"Energy Profiles at Clark University: Implications for Cogeneration" (with R. Collins, A. Gottlieb). Proceedings of the First National Conference on Technology for Energy Conservation, Washington, D.C. (1977).

## Testimony

Goble, Robert L. 1996a. Estimating Exposures from Releases of Radioactive Elements at Hanford: Implications for Medical Monitoring. Report prepared for Berger and Montague, and Roy S. Haber, filed April 1996 in the Jaros, Hamilton, and Criswell cases, Hanford Litigation. April 22, 1996

Goble, Robert L. 1996b. Estimating Exposures from Releases of Radioactive Elements Other than Iodine at Hanford. Report prepared for Berger and Montague, and Roy S. Haber, filed April 1996 in the Jaros, Hamilton, and Criswell cases,Hanford Litigation. April 4, 1996

Goble, Robert L. 1996c Estimating Exposures from Releases of Radioactive Iodine at Hanford and Implications for Assessing the Significance of these Exposures in Causing Disease: Supplementary Report. Report prepared for Berger and Montague, and Roy S. Haber, filed April 1996 in the Jaros, Hamilton, and Criswell cases, Hanford Litigation

Goble, Robert L. 1995 Estimating Exposures from Releases of Radioactive Iodine at Hanford and Implications for Assessing the Significance of these Exposures in Causing Disease. Report prepared for Berger and Montague, and Roy S. Haber, filed November 1995 in the Jaros, Hamilton, and Criswell cases, Hanford Litigation

Goble, Robert L. 1993. <u>Potential Consequences of Severe Accidents at CANDU Reactors: Implications for the Nuclear Liability Act</u>. Energy Probe et al. vs The Attorney General. Filed April 1993, Supplementary Testimony filed July 1993, Further Testimony filed August 1993, presented in Federal Court, Toronto, Ontario, October 1993

Affidavit before the U.S. Court of Appeals: Inadequacies in Emergency Plans for Seabrook Reactor: filed March 1990.

Nuclear Regulatory Commission. Before the Atomic Safety Licensing Board - Deficiencies in the June 1988 Exercise of the Massachusetts and New Hampshire plans, by R. Goble, presented June 1989.

Nuclear Regulatory Commission. Before the Atomic Safety Licensing Board - Deficiencies in the Seabrook Plans for Massachusetts Communities - by G. Thompson, R. Goble, J. Beyea, filed February, 1989.

Nuclear Regulatory Commission. Before the Atomic Safety Licensing Board: Sheltering in the New Hampshire Radiological Emergency Response Plans for the Seabrook Reactor—Concord, N.H. (R. Goble, O. Renn, R. Eckart, V. Evdokinoff) presented May 1988, 118 pages.

Nuclear Regulatory Commission Before the Licensing Board: Rebuttal Testimony on the choice of protective response for the N.H. beach population in New Hampshire Radiological Emergency Response Plan (G. Thompson, R. Goble, and J. Beyea), 35 pages, filed June 30, 1988.

Estimation of Economic Consequences of a Severe Accident at the Pickering Nuclear Power Station (with S. Lonergan, C. Corcoraton). Brief Presented to Ontario Nuclear Safety Review Board, September 24-26, 1987.

Before Department of Energy, Office of Civilian Radioactive Wastes Management: Social and Economic Consequences of a Proposed Sebago Lake Repository—Naples, Maine. April 1986.

**Articles and Conference Proceedings** (Theoretical Particle Physics)

"The reaction $\gamma\gamma \rightarrow \pi\pi$ at low energy," (with R. Rosenfeld, J. Rosner) *Physical Review*, Volume 39, Number 11 (June, 1989).

"Pion Pair Production by Two Photons at Low Energy," Proceedings from the VIII International Workshop on Photon-Photon Collisions (with Rogerio Rosenfeld and Jonathan L. Rosner) Sheresh, Jerusalem Hills, Israel (April 1988) edited by U. Karshon (World Scientific Press, Singapore, 1988).

"Determination of the $\Delta^{++}$ - $\Delta^0$ Mass Difference (with J.S. Ball), Phys. Rev. D 11, 1971 (1975).

"Two Pion Intermediate States in Decay $K^S_0 \rightarrow 2\gamma$ ," Phys. Rev. D 4, 931 (1973).

"Pion Form Factor and Inelastic $\pi$ - $\pi$ Scattering," Proceedings of the International Conference on $\pi$ - $\pi$ Scattering (Tallahassee, 1973).

"Soft Pion Production in Electron-Positron Collisions" (with J.L. Rosner), Phys. Rev. D 5 2345 (1972).

"Current Algebra and Analyticity: Bootstrapping the $\rho$ and $\sigma$ with the Pion Decay Constant Setting the Scale" (with L.S. Brown), Phys. Rev. D 4  723 (1971).

"Pion-Pion Scattering, Current Algebra, Unitarity, and the Width of the Rho Meson" (with L.S. Brown), Phys. Rev. Lett. 20 346 (1968).

"Soft Photons and the Classical Limit" (with L.S. Brown), Phys. Rev. 173, 1505 (1968).

"Cross Section for the Production of a Possible Bound Cascade-Nucleon System" (with M.E. Ebel) Phys. Rev. B 140 1675 (1965).

# Appendix A

conditions in the Rocky Flats plant vicinity and can identify particular health problems of concern; however, epidemiology may fail to identify other concerns because of statistical limitations and these limitations also imply that epidemiology will generally not provide good evidence for ruling out possible health effects. Exposure and risk information are needed to relate a multiplicity of health concerns to Rocky Flats activities and may in some cases provide reassurances that plant activities are unlikely to have posed a threat to a person's health of some particular sort. Reassurance of potentially threatened people, when justified, is one of the possible benefits of medical monitoring.

The major challenge in finding and presenting information on exposures and risks is the great uncertainty in this information. This uncertainty arises because there was no effective or systematic attempt by the plant operators to ascertain off-site exposures to the public during the 1950s and 1960s, which were the periods of greatest releases of toxic materials. And the monitoring which has been performed since 1970 was intermittent and still did not focus on developing an information base adequate for estimating exposures.

Certainty as to the magnitudes of exposure or the health consequences is not medically necessary for justifying medical monitoring (Gochfeld 1996). Furthermore, it would be irresponsible to neglect viable opportunities to protect people or mitigate consequences from a potentially substantial risk, just because one cannot precisely quantify the risks. An analysis of the uncertainties, however, will be important to the evaluation of the appropriateness of medical monitoring.

There are two conflicting dangers an expert must navigate between in trying to make a realistic appraisal of uncertainty. One (Scylla) is the problem of compounding uncertainties when making a detailed analysis. Simply enumerating unfavorable combinations of events may exaggerate hazards.[2] The other navigational danger (Charybdis) is expert overconfidence particularly about the unlikelihood of relatively rare events (see (Cooke 1991) for instance).

A National Academy of Sciences committee has endorsed (National Research Council 1994) the widely used approach of Monte Carlo simulation to avoid the Scylla of

---

[2]Suppose that four (independent) parameters contribute to a result, and suppose you are concerned about a combination of possibilities that are reasonably likely individually; for instance 10% likely or less in each of them; the chance that all four of those possibilities occur together is less than .01% which is quite unlikely.

5

exaggeration, while maintaining information about the details of the analysis. The idea is quite simple. You randomly select values for your parameters (given what you think about their individual uncertainties) and calculate the result of interest; then you repeat this exercise many times (1000 times for instance), and look to see what the range of results is; you might then decide to consider possibilities which are at least 5% or 10% likely to appear. This is the approach I follow in the analysis described in this report and I describe it in more detail in section 3.2. While it does not fully protect against "overconfidence", it offers some navigational help for this problem also, since it at least requires the analyst to consider a multiplicity of sources of uncertainty and requires the analyst to state his or her assumptions explicitly.

A further challenge in presenting information on exposures and doses is that not all individuals in a group of people will have the same exposure or dose. And even individuals experiencing the same dose may differ in how likely they are to be injured. The medical monitoring designers will have to deal with the fact that there will be a range of exposures and doses within each group of exposed people, and they will want information about ranges of exposure as well as averages. Again Monte Carlo simulation provides a convenient tool for making such analyses and that is what I use.

The distinction between uncertainty and variability is important for medical monitoring. Uncertainty confronts us with the question of whether we are making overestimates or underestimates of exposures, doses, and the likelihood of disease attributable to them. Variability confronts us with the certainty that some people will have had higher exposures than average, and that some people are particularly likely to have had a disease caused by those exposures (Goble 1996a). These issues are indicated schematically in Figure 2.2. In the context of medical monitoring, where at issue is a possible opportunity for preventing serious harm, a precautionary approach to the treatment of both variability and uncertainty is appropriate.

6

**Figure 2.2. Uncertainty and Variability**



Monte Carlo simulation is a method which creates a mathematical representation of uncertainties in an analysis and variability in possible outcomes. It is important to keep in mind that the numbers which get calculated should be viewed as representative values and not as precise calculations. It would be absurd to attempt a mathematically precise characterization of uncertainty. My colleague Dale Hattis describes this absurdity in his "third law of uncertainty analysis": an estimate of the magnitude of uncertainty is more uncertain than the uncertainty itself (Hattis 1990). The point of creating the detailed analysis is the discipline of identifying contributions to uncertainty and combining their effect.

The mathematical characterizations of uncertainty and variability and their implications are treated in more detail in section 3.2. Based on my analysis using this approach and on my review of documents describing Rocky Flats operations, I can describe observations and results in four qualitative categories of uncertainty:

     o    observations and results known with a high level of certainty

     o    results expected with substantial likelihood

     o    serious concerns which are of significant likelihood.

7

o      significant concerns which cannot be quantitatively assessed

The objective of this section is to provide an overview of the report as a whole. In the next subsection I review pertinent observations about exposures to the public from the Rocky Flats plant which can be inferred directly from reviews of its operations. In the following subsection I summarize my quantitative treatment of exposures, doses, and risks. The collection of observations is summarized according to the above classification in the last subsection.

### 2.1     Key observations from the history of Rocky Flats operations

The history of Rocky Flats manufacturing operations has been extensively reviewed by ChemRisk (ChemRisk 1992) . Further review, particularly of the events leading to the major plutonium releases, has been conducted by RAC (RAC 1996b)  Cochran provides an overview of weapons production activities (Cochran 1996b) and Budnitz and North (Budnitz 1996a, Budnitz 1996b, North and Budnitz 1996) describe the events leading to the major known releases of radioactivity from the plant.

The Rocky Flats Nuclear Weapons Plant (RFP) is owned by the US Department of Energy (DOE) and has been managed by a series of contractors. The RFP occupies 6,535 acres of Federal property, 16 miles northwest of downtown Denver, Colorado. The 385 acre main production area of the RFP, within the controlled area, is surrounded by a 6,150 acre "buffer zone" which delineates the RFP boundary. (RAC 1994a). The surrounding area is now residential and people are living as close as one mile from the plant boundary.

The plant opened in July 1951 with ground-breaking for the first permanent building, Building 991. Major expansions (new buildings) occurred in 1956-57 and 1967-68. In 1984, RFP employed approximately 6,000 people. Operations were suspended in 1990 after "approximately 100 FBI and EPA agents raided the plant seeking documentation of alleged criminal acts and mismanagement." (ChemRisk 1992) p. 1.

As described by Cochran, the plant played a key role in nuclear weapons production. It had two main missions: production of "triggers" for nuclear weapons, and processing of retired weapons for plutonium recovery. The plutonium triggers, also known as "pits", are

8

the first-stage fission bombs used to set off the second-stage fusion reaction in hydrogen bombs (ChemRisk 1992, Cochran 1996b).

Operations and events at the plant were generally kept secret. The plant operators developed no systematic public health assessment for the various releases and their communications with the public were primarily in the form of reassurances (Budnitz 1996a, Budnitz 1996b). In 1984, the site was proposed as a Superfund site, and in 1989 it was included in National Priorities List for cleanup of environmental contamination (ChemRisk 1992).

Change in weapons design in the late 1950s required additional manufacturing facilities and placed a heavier emphasis on plutonium (and less on uranium). The weapons design alteration also led to wider use of beryllium, which until then was used only in limited operations on pre-production scale to prepare for the upcoming change. (ChemRisk 1992).

The significant process changes recorded by ChemRisk and RAC occurred in the 1950s: these were the introduction of machining methods employing lubricants to replace dry methods and changes in the chemical form of the plutonium used and in the nature of the weapons manufactured. (RAC 1994b) (ChemRisk 1992).

Another change, not a major process change but one which affects the emission estimates, was a different choice of solvents in an attempt to reduce the use of known carcinogens such as carbon tetrachloride. This occurred in the 1970s (ChemRisk 1992, RAC 1996c).

Although no final plan for clean-up has yet been settled, some activities have been on-going since spring 1995 (1996). The draft report *Choices for Rocky Flats* describes a variety of possible futures under consideration, and indicates that "the decision-making process is still under development" (ASAP 1996) p. ES-10. It is important to note that there are on-going releases of Rocky Flats radioactive material to the plant vicinity (Moore 1996) (Smallwood 1996), and that all the proposals for remediation involve increased risks to workers and the off-site public during the periods of clean up (ASAP 1996).

Plutonium was released from a waste storage area, now known as the 903 pad, from two fires in 1957 and 1969, and from accompanying routine manufacturing operations. Rocky Flats plutonium continues to be resuspended from previously contaminated areas. ChemRisk provides considerable information about these releases (ChemRisk 1992) and the RAC task 2 review report gives a useful history of the 903 pad releases including

9

photographs (RAC 1996b) p. 2-5 and 14 photos.  As noted by Budnitz, the RAC review is based in part on a document by Bronesky that has not been made available to the plaintiffs or their experts.  Using the RAC report and other information available to him, Budnitz provides a detailed enumeration of the management lapses which permitted the large 903 pad releases (Budnitz 1996b).

The ChemRisk and RAC reviews have identified a number of radioactive and non-radioactive toxins, the releases of which are of potential concern.  The list is presented by ChemRisk in its Table 1.1. p.4 (ChemRisk 1992) and short descriptions of these appear in pp.103-166.  Of these, I have estimated exposures resulting from releases of plutonium and americium, six volatile chlorinated solvents, ethylene oxide, and beryllium.

Unfortunately, for many years, including the years for which the bulk of plutonium releases occurred, the operators of the plant paid very little attention to monitoring the exposures occurring nearby and did not inform anyone living there of the risks they might be experiencing.  This has meant that there are many difficulties in the ongoing efforts to retrospectively assess exposures.  It also meant that the people living nearby had no opportunity to take measures to protect their health.  Although there is considerable uncertainty in estimating the quantitative magnitude of the exposures which occurred, the studies of ChemRisk, RAC, Cochran, Budnitz, and North to date have developed a plausible picture of underlying events (Budnitz 1996a, Budnitz 1996b, Cochran 1996a, Cochran 1996b, North and Budnitz 1996).  The picture still contains numerous potential unknowns which may affect the dose reconstruction; for instance, there are unanalyzed data and missing and unanalyzed documents, including classified documents.(Budnitz 1996b, Cochran 1996a, Cochran 1996b, Mayer 1996).

Some clearly established observations are:

  o  plutonium from the plant was blown off-site and exposures from it are substantially greater than from Pu in fallout;

  o  inhaled plutonium is generally accepted to be a health hazard with potential consequences that include cancers to lung, bone, liver and other organs;

  o  the efforts made to control plutonium releases from the site were often ineffective or counter-productive;

  o  americium-241 resulting from the radioactive decay of plutonium-241 was also blown off-site and contributed to the health hazard;  because Am$^{241}$ was processed separately during most of Rocky Flats operations, it is

likely that there were separate releases of it, in addition to what was released with the plutonium;

o   the biggest releases of plutonium and americium came from contaminated wastes which leaked from barrels in the 903 pad storage area; the largest of these releases occurred in the period 1965-70;

o   two fires, one in 1957 and one in 1969, also released plutonium off site and the latter of which had the potential for catastrophic releases (Budnitz 1996a);

o   other releases of plutonium resulted from a variety of planned and unplanned plant events, and there is ongoing resuspension of material already deposited into the soil;

o   other substances known to be hazardous were used in the plutonium fabrication effort and there were off-site exposures to these as well: these include volatile chlorinated hydrocarbons (CHC's) such as carbon tetrachloride, $CCl_4$; in addition ethylene oxide (EtO) and Beryllium (Be) were released;

o   very little effort was expended on off-site monitoring during the period of greatest releases extending up to 1970.

2.2   *Quantitative estimates (with uncertainties) of exposures, doses, and risks*

Despite the many uncertainties, presently available data on Rocky Flats releases and current understandings about risk are adequate to show that residents near the plant in the period from the mid 1950s through the 1980s experienced significant exposures and risks to their health from their exposures.[3] Although it is possible that people received exposures to toxins from Rocky Flats through eating food or drinking water or from absorption through the skin or from children eating soil, the principal exposures appear to have occurred through the inhalation of the various toxins and this is the only route of exposure which I consider.

Risks from inhalation can be considered as occurring through a series of steps. These steps are illustrated in the schematic, Figure 2.3. The toxin is released from its source - it travels to a location where it will be present at a certain concentration when a person is breathing - the person inhales the air/toxin mixture at a certain breathing rate - the toxin is absorbed into the body and travels to various organs according to efficiencies of absorption

_____

[3]As noted above, some releases from the site are continuing now.

and concentration in the organs - the presence of the toxin in these organs constitutes a dose which threatens disease according to a relationship between dose and disease incidence.

**Figure 2.3.  Mechanism for risk of inhalation**

Step 1.  Toxin release from the source

Step 2.  Toxin travels to location where it is present when a person is breathing



Step 3.  Person inhales the toxin/air mixture at a certain rate



Step 4.  Toxin is absorbed into the body and travels to various organs (lungs, liver, bone)



Step 5. Toxin is present in organs (=dose)



A major task of this and other reports in this proceeding is to make appropriate estimates of the experience of people in the neighborhood of Rocky Flats for each of these steps. What is needed are quantitative estimates of the concentrations of toxins in the air, estimates of amounts inhaled, and estimates of dose and risk.

Thus, the goal of this assessment is to show that one can estimate exposures for people who were resident at various locations in the vicinity of the Rocky Flats facility over various time periods, including an appropriate description of the uncertainty in the estimates and the variability to be expected in exposures.

The first objective is to calculate estimates of the concentrations of the toxins in the air. These estimates can be used by toxicologists and medical people to find uptake and doses to people and estimate the likelihood of disease. For all of the toxins there is very little direct evidence to use for making estimates for the first step in Figure 2.3 - the amount released.

For plutonium there are, however, footprints, namely the plutonium left behind in the soil after contaminated air passed over the ground, whose trail can be followed to the second step. Measurements of this residue provide the best data set for attempting to estimate the concentrations of plutonium in the air that people breathed which resulted from the biggest releases, material blown away from the leaking barrels in the 903 pad area.

The residues from the 903 pad releases are sufficient to obscure, however, the residues from other known releases from Rocky Flats, such as the 1957 fire. Exposures from the fire can best be estimated by attempting to estimate the potential amounts of plutonium released and then using models to describe how this material may have traveled. A similar approach may be taken to estimate exposures from resuspended material and in this case there are some scattered air concentration data available for comparison.

Because the residues of plutonium on the ground accumulated over the years and because all of the soil measurements occurred after the period of largest releases, these measurements do not, in themselves, tell very much about the time when exposures occurred (unlike the case of the 1957 fire for which we have a definite date). What can be done is to use the measurements of contamination in the soil to infer a cumulative exposure - the total amount of contamination in the air that a person present in the vicinity throughout

the period of releases would have breathed.[4]  There is then some further information consisting of evidence reviewed in the RAC and ChemRisk reports about the timing of the misguided attempts at controlling releases, some scattered measurements of radioactivity in the air, and some data on plutonium layering in sediments, which suggest the periods of time over which the biggest exposures occurred (Budnitz 1996b).

To estimate the radiation doses received by people present for the major portion of the emissions, one can multiply the cumulative concentrations by the amount of air the person breathed and by factors which express how the radioactivity traveled to and irradiated the person's body organs of concern.  These latter steps will be discussed in more detail by the toxicologists, health scientists, and medical doctors contributing reports, but for illustration I provide in this report some standardized calculations with parameters commonly used in risk assessments and generic dose reconstructions.[5]

The inferences leading to the estimate of cumulative concentrations of plutonium in the air and then to doses to particular organs require a number of steps and there is substantial uncertainty in the analysis for each step and in the supporting data.  The steps for analysis are described in more detail in section 4; they require addressing complications such as that there is uncertainty in generalizing from a limited number of soil measurements, that not all plutonium that lands on the soil stays there, that not all of the plutonium in the air was on particles small enough to be inhaled into the lungs and be absorbed into the body, and that the relationship between concentrations of plutonium in the air and amounts deposited in the soil is imperfectly known.  A simple estimate at the uncertainty in the cumulative concentrations calculated resulting from all of these complications is not likely to be sufficiently informative in addressing the concerns for medical monitoring discussed above.  It is better to proceed systematically using Monte Carlo simulations as described above; probability distributions are used to describe the uncertainty in the parameters such as the fraction remaining, the deposition velocity relating concentrations in air to amounts deposited, etc.

As noted above, concentrations of plutonium in air and exposures from the 1957 fire can not be inferred from the soil measurements since they have been overlaid by the 903 pad

---

[4]In effect we are assuming that the soil is keeping an undated record of the amount of plutonium in the air that a person nearby is breathing.
[5]My principal sources are the ICRP, Radford, and the draft RAC review (ICRP 1990, ICRP 1995, RAC 1996a, Radford 1996).

releases and no early measurements were made. Here the best approach is to begin with estimates of the amounts released in the fire and then to model their travel to locations of concern. In section 4. I describe these estimates which I base on the RAC analysis of releases reviewed by Budnitz (Budnitz 1996a) together with the ChemRisk model for transport (ChemRisk 1994a, Mongan et al. 1996). I also present the simulation describing the uncertainty in this analysis.

My treatment of routine releases and later resuspension follows a parallel path. Again I estimate magnitudes of release and assume that ChemRisk has provided adequate (given the magnitude of other uncertainties) descriptions of transport and assess the uncertainty in this approach.

There is further uncertainty in estimating the doses to various organs of an exposed person and this uncertainty also can be incorporated in the Monte Carlo simulations. In addition, there is a considerable amount of inter individual variability in the dose estimates. Some of these individual differences can be addressed for individuals within an established medical monitoring program; most, however, can only be known statistically. For planning purposes, it will be useful to have estimates, even crude estimates, of the variability in the doses different people experienced.

Here are some key results from Section 4. describing the experience of a person inside the medical monitoring region of Figure 2.1 and near the outer boundary of it (exposures and doses closer to the plant will generally be higher):

- o cumulative concentrations of plutonium-239+240 at a distance of 6 miles (10km) East South East of the Rocky Flats plant center are estimated to be .02 Bq-year/m$^3$; this is a best (mean) estimate taking into account the various uncertainties;[6]

- o the 5th and 95th confidence limits for this estimate are .0001 Bq-year/m$^3$ and .07 Bq-year/m$^3$ respectively;

- o cumulative concentrations of am$^{241}$ and pu$^{238}$ and their confidence intervals add to approximately 20% of the plutonium values;

---

[6]The units, Bq-yr/m$^3$ may be interpreted as indicating that if the contamination of .02 Bq-yr/m$^3$ were accumulated uniformly over one year, the average concentration of plutonium throughout the year would have been .02 Bq/m$^3$. In traditional units this is about .6 pCi/m$^3$.

o   the best (mean) estimate of the committed[7] radiation dose from plutonium and americium isotopes to the bones of an adult man taking account of uncertainty is .6 Sv (60 REM) using ICRP 56 (ICRP 1990) dosimetry averaging over the variability among exposed individuals;

o   the upper (95th percentile in uncertainty) confidence limit for the average person in the exposure group is 2 Sv (200 REM) to the bone; the upper confidence limit for the 95th percentile person in the group is 12 Sv (1200Rem), while the upper confidence limit for the 5th percentile person is .2 Sv (20 REM).  Lower (5th percentile) confidence limits are much smaller, ranging from .0001 Sv (10 mrem) to .006 Sv (.6 REM);

o   the uncertainty range for doses is extended if one takes into account uncertainties in the relative biological effectiveness (rbe) of the plutonium alpha emissions. (RAC 1996a) page 107.  Use of recent information about the relative biological effectiveness of alpha radiation from plutonium in bone would increase the estimate of the committed radiation dose to the bones of an adult man to 2.5 Sv (250 REM)[8].  The upper and lower (95th and 5th percentile in uncertainty) confidence limits for a 95th %ile person are 50 and .02 Sv (5000 and 2 REM) respectively;

o   These dose estimates represent substantial risks for the exposed individuals.  Dose response relationships derived from the atomic bomb studies and the studies of patients treated for ankylosing spondylitis together with an estimate of rbe give excess relative risks of bone cancer of 40%/Sv (Radford 1996)[9].  This coefficient implies a best estimate of excess relative risk to the average person (who was exposed throughout the main period of 903 pad releases) of 25-100% depending on the treatment of rbe. The upper confidence limits for excess relative risks to a 95th %ile person are 2000%;

o   the 1957 fire lasted for 13.5 hours and may well have caused significant radiation exposures - best (mean) estimates for the average concentrations at 6 miles over the 13.5 hour period are .07 Bq/m$^3$;

o   deposited plutonium and americium from the 903 pad continued to be resuspended in the air through the 1970's and 1980's; average concentrations and accumulated doses across this period can be estimated to be approximately .003 and .01 times the estimates presented above for the period of peak releases.

----

7 The plutonium resides for a long period of time on bone surfaces and continues to irradiate them.  It is customary to define a "committed" dose which represents the total dose which will be received over the extended residence time of the plutonium, often conventionally taken to be 50 years. (ICRP 1990, ICRP 1995).

[8]There is additional uncertainty that stems from the use of the ICRP dosimetry particularly in the assumptions for the relative biological effectiveness (RBE) in bone of alpha particles in the Pu decay; see for instance the RAC review from task 3 (RAC 1996a).  The RAC review also suggests that the rbe for plutonium irradiating bone is larger than that assumed by ICRP and that difference is reflected in the above estimates.

[9]Radford actually presents a coefficient of 60%/Sv and thus the numbers I present, based on an early discussion with Radford should be multiplied by 1.5.  The RAC review suggests an even larger coefficient (RAC 1996a)p.76.

16

The chlorinated hydrocarbons used as solvents are volatile and left no footprint in the soil. The best available evidence for estimating quantities released for step 1 is inventories of amounts of the substances on hand at various time; a few such inventories were identified by ChemRisk (ChemRisk 1991a, ChemRisk 1991b, ChemRisk 1994c), and used for this purpose. Six such compounds are of particular concern. These are carbon tetrachloride ($CCl_4$), perchlorethylene (PCE) also called tetrachloroethylene, chloroform, methylene chloride, 1,1,1 trichloroethane, and trichloroethylene. The RAC review of releases of carbon tetrachloride concluded that there were no data available that were better for estimating releases and that the range of estimates created by ChemRisk was likely to include the actual amounts released. Estimation of concentrations has uncertainties associated with estimating releases from limited information on inventories and from modeling transport of the material to the location of concern. As discussed in section 4. and section 5. the uncertainties contributed by choice of model are not very great compared to other uncertainties and I therefore rely on ChemRisk's implementation of the relatively simple Integrated Source Code (ISC) model. The estimates for average concentrations of $CCl_4$, PCE, and for the six CHC's collectively are described in section 5. along with the simulations which characterize uncertainty in the estimates. Key results are:

- o    the best (mean) estimates for a 35 year average concentration of $CCl_4$, PCE, and all 6 CHC's at a distance of 6 miles east of Rocky Flats are .15 $\mu g/m^3$, 0.2 $\mu g/m^3$, and .6 $\mu g/m^3$, respectively;

- o    95th upper confidence limits for these estimates are .5 $\mu g/m^3$, .6 $\mu g/m^3$, and 1.8 $\mu g/m^3$, respectively;

- o    these concentrations can be compared with EPA's and California's potency estimates (California Environmental Protection Agency 1996, US EPA 1996) to give rough estimates of cancer risk. For $CCl_4$ the risks are in the range of $10^{-5}$ - $10^{-6}$ for the 95th and 50th % confidence levels, while the risks from the other solvents appear lower. Little yet is known about how to combine the risks from a mix of several of these solvents.

There is additional uncertainty about releases of two other potentially significant toxins. Ethylene Oxide appears in large quantities in an early inventory of chemicals at Rocky Flats. It does not appear in the later inventory and it is not clear what it was used for.[10] For these reasons ChemRisk chose not to include it for study and RAC seems to have

---

[10]Common uses for EtO are as a disinfectant, as a solvent (when mixed with other solvents so that it will be in liquid form), and in certain manufacturing processes for resins. (Landrigan 1992). ChemRisk noted uses of EtO for sterilizing respirators but did not identify other uses (ChemRisk 1992) p. 147.

followed suit (ChemRisk 1992) p. 106-7. In section 6.0 I discuss the implications of assuming either that the inventory was representative of sustained use of EtO for some period of time or that the inventory was the sole use of EtO and represented the total emission.

Beryllium was used for years in weapons fabrication at the plant and is known to have caused occupational illnesses in the workforce (Barnard, J. Torma-Krajewski, and Viet 1996, ChemRisk 1992). If the inventories of Be are used to estimate releases as was done with the volatile organics, substantial offsite exposures are implied.(ChemRisk 1991a). However, Be does not volatilize and the plant did accumulate quantities of it. There is evidence that the plant sold off-site a considerable amount of Be scrap, often with little control over its further disposition.(Dienes 1985, Unknown 1980?, Whiteman 1986) Airborne releases of Be, like releases of Pu, should leave a footprint in the soil. Measurements were made only in 1971 and 1989 (Krey 1992) and the evidence is difficult to interpret due in part to the very limited number of measurements made and to the high reported minimum detection level; the few values above the detection limit suggest but do not establish a clear pattern emanating from the Rocky Flats plant and there are very high values that cannot plausibly be attributed to Be blown from the plant environs. In section 7. I discuss alternative scenarios for interpreting these sets of information. Key results from sections 6 and 7 include:

o      because there is so much uncertainty in choosing a scenario for the release estimate for EtO, the mean (best) estimate of concentrations at 6 miles downwind of .8 $\mu g/m^3$, is substantially greater than the median estimate of .06 $\mu g/m^3$; the 95th to 5th %ile range is 2.4 $\mu g/m^3$ to .002 $\mu g/m^3$;

o      similarly, there is large uncertainty from the different Be scenarios. The mean estimate of Be concentrations at 6 miles downwind is .04 $\mu g/m^3$, while the median estimate is .00004 $\mu g/m^3$; the 95th to 5th %ile range extends from .11 $\mu g/m^3$ down to 2 x $10^{-8}$ $\mu g/m^3$;

o      risks of cancer calculated with EPA and/or California potency factors at the 90th to 95th % upper confidence level for ethylene oxide and beryllium exposures are approximately $10^{-4}$ (California Environmental Protection Agency 1996, US EPA 1996); beryllium exposures at the 90-95th confidence levels exceed the EPA action level by a factor of 10 suggesting a risk of chronic beryllium disease.

### 2.3   Summary

The results described in the previous two subsections have three aspects: i) the nature of the exposures - what substances and when and where; ii) the magnitude and seriousness of the exposures; iii) how certain or uncertain are the exposures.  The following summarizes my scientific judgment about what is known and how well it is known.

The following are known with high level of certainty:[11]

   o   there were exposures to people living within the proposed medical
         monitoring region from a variety of hazardous materials including the
         radioactive elements plutonium and americium, several chlorinated
         solvents including carbon tetrachloride, the metal beryllium, the volatile
         compound ethylene oxide, and numerous other radioactive and non-
         radioactive toxins;

   o   these exposures substantially exceeded background concentrations of
         these materials; however the magnitude of the exposures is uncertain
         because there is only limited historical data;

   o   off-site exposures occurred throughout the period of operations of the
         plant and some exposure is continuing;

   o   peak exposures to plutonium occurred in the 1960's;

   o   better management practices by the plant operators could have reduced the
         exposures substantially;

   o   better management would also have created a data base enabling exposure
         estimates with substantially lower uncertainties.

Even with the large uncertainties described above, there are findings with a substantial likelihood[12] which show significant risks experienced by people in the medical monitoring region:

   o   exposures to plutonium and americium within the medical monitoring
         region across the peak periods gave doses to bones, lungs, and liver
         exceeding .2, .02, and .04 Sv respectively to the more highly exposed
         members of the class; lifetime risks for cancers in those organs associated
         with such doses are believed to exceed $10^{-4}$;

   o   exposures to carbon tetrachloride exceeded .3$\mu$g/m$^3$ for the more highly
         exposed people in the monitoring region giving lifetime cancer risks
         which exceed $10^{-5}$ according to standard EPA and California estimates.

---

[11]better than 90 or 95th% confidence that these results hold
[12]exposures higher than those listed cannot be ruled out with more than 30-70% confidence

Perhaps the most pertinent consideration for medical monitoring design pertaining to the known exposures to a number of toxic agents is that there is a significant likelihood[13] that the levels of exposure present very serious public health concerns. Specifically,

- o   exposures to plutonium and americium within the medical monitoring region across the peak periods may have given doses as great as 10 Sv or even more to the bones of some people; doses to lungs and liver could have been as great as 1 Sv or more; the risks of cancer in each of those organs associated with such doses may well exceed 1% and the excess relative risks are greater than 100%;

- o   radiation doses from plutonium and americium to people exposed only in non peak periods before or after the largest 903 pad releases may still have reached .1, .01, and .02 Sv to bone, lung, and liver, with risks equal to or exceeding $10^{-4}$;

- o   there may have been exposures to Beryllium in the medical monitoring region at long term average concentrations as great as .1 $\mu g/m^3$; if such exposures extended over time, they could have created lifetime lung cancer risks of approximately $10^{-4}$; they also put sensitive people at risk of chronic beryllium disease and exceed the EPA action level by a factor of 10;

- o   there may have been exposures to ethylene oxide at long term average concentrations exceeding 2 $\mu g/m^3$; such exposures, if extended over time, could have created lifetime cancer risks of approximately $10^{-4}$.

Other concerns regarding exposures in the vicinity of the Rocky Flats nuclear weapons plant cannot readily be quantified. The problems discovered to date, the failure to manage effectively these identified releases, the difficulties experienced in obtaining documentation for many of the hazards of the plant, all create a legitimate worry that we are only seeing a portion of the iceberg:

- o   hundreds of other hazardous materials, both radioactive and non-radioactive, were used at Rocky Flats. It is difficult to be confident that the analysis to date has identified all of the releases of concern; ethylene oxide is an example of a potentially serious hazard which was not thoroughly addressed in the ChemRisk and RAC reviews; possible hazards exist from the substances dumped into the ground, which may have been released into the air through biological activity; (Smallwood 1996); chromium is an example;

---

[13]exposures, doses and risks, higher than those listed cannot be ruled out with more than 90 or 95% confidence.

- o   there are ongoing releases of toxic materials from soils on the plant site and its vicinity caused by biological activity and wind erosion;

- o   further accidental releases of toxic materials from the plant remain possible (Chanin and Murfin 1996, Moore 1996);

- o   future emissions from the site may be anticipated as part of clean up efforts; unknown at present is what efforts will be made; also unknown is with what care these efforts will be managed.

## 3.0  The Availability of Information about Toxic Releases from Rocky Flats and Uncertainty and Variability in the Exposure Estimates

Assessing the needs and opportunities for medical monitoring poses special challenges for developing exposure and dose estimates. While the basic science of exposure and dose estimation is no different in this context, medical monitoring introduces special concerns. The objectives are i) to identify the range of exposures that should be addressed within the program and assess the implications of this range ii) to provide an indication of the variability which can be expected in the exposures received by different individuals who might be included in a monitoring program, and iii) to provide guidance as to how exposed individuals may be identified in terms of where they were living and at what times. The implications of uncertainties in the estimates and of variability in the characteristics of exposed individuals must be assessed in this context.

Before turning to the detailed development of exposure and dose information, I explain briefly the basis for my choice of the key data sets used in the estimates, and discuss the quantitative description of variability and uncertainty that accompanies the estimates.

### 3.1   The choice of data sets as a basis for estimating exposures and doses

Because medical monitoring concerns require establishing a reasonable range of possible exposures and doses for people who may be included in the program, the primary need is information which has been subject to review and discussion. For that reason, the reviews conducted by ChemRisk and RAC are particularly helpful and I have made extensive use of them. Based partly on these reviews, I have chosen to use certain particular primary data sets as described in the sections below. While it is regrettable that the RAC review is not complete, the draft papers are still useful as a compendium of information and as a discussion of the usefulness of various data sets. Neither the ChemRisk nor the RAC

21

review has focused on needs for medical monitoring and thus I have had to rephrase some of the questions they have addressed. As noted below, this means that my treatment of uncertainty and variability differs in some details from theirs. The reviews conducted by other experts for this litigation have had a medical monitoring focus and I have been able to rely heavily on them.

A particular challenge of the exposure estimation process has been to describe the time dependence of exposures, when there is very little time-specific information and much of that is of questionable quality. For purposes of medical monitoring, fortunately, I believe that detailed time dependence is not essential; it is more useful to identify periods of time in which characteristic exposures may have occurred. Thus the calculation for plutonium and americium exposures is appropriately made for cumulative exposures over the time period of greatest releases, since a cumulative exposure is most directly related to the data - concentrations of plutonium in the soil - and is also most directly related to the potential for health impacts. It is then adequate to express these exposures as crude averages over various periods of time as rough guidance in interpreting a person's exposure history.[14]

### 3.2   Representations of uncertainty and variability

Ultimately a medical monitoring program will be designed by medical doctors and public health professionals. Their perspective will tend to focus on having capabilities for addressing individual needs and individual histories among the group of people served. In such a context, statistically based assessments provide a relatively crude tool, which, however, has a place both in the justification and in the design of a program. For a medical monitoring program to be effective and of value, I believe that three requirements should be met:

    i)    there must be evidence of significant exposure to identifiable classes of people. Unless the people affected can be identified, monitoring is impractical, and unless the exposure has significant potential consequences for the individuals monitored, little good can be accomplished;

    ii)    there must be useful medical interventions which can be applied based on monitoring results, or the information about the exposures and diseases

---

[14]As discussed below, it is possible with reasonable confidence to make more detailed characterizations of the time dependence of plutonium exposures than the ones I present based on the history of the 903 pad releases (Budnitz 1996b, RAC 1996e), if such detail were deemed useful in the implementation of a medical monitoring program.

22

must have value to the exposed individuals; otherwise, again, little will be accomplished in reducing disease consequences;

iii) it must be practicable to identify and monitor a substantial portion of the affected classes of people. (Goble 1996a)

Furthermore, one must be sure that the program is expected to be more of a benefit than a harm to the affected people. Exposure and dose estimates thus serve the purpose of providing guidance for judging the significance of the exposures and the nature of the harm to be mitigated. They also provide guidance for the practical problem of identifying the people to be covered.

As discussed in section 2, it is important in developing exposure and dose estimates to keep track of both the uncertainty and inter individual variability in the estimates. Uncertainty confronts us with the question are we making overestimates or underestimates of exposures, doses, and the likelihood of disease attributable to them. Variability confronts us with the certainty that some people will have had higher exposures than average, and that some people are particularly likely to have had a disease caused by those exposures (Goble 1996a). In the context of medical monitoring, where at issue is a possible opportunity for preventing serious harm, a precautionary approach to the treatment of both variability and uncertainty is appropriate. That means that one must pay adequate attention to possibilities which are not the most likely ones.

The quantitative representation of variability better describes the group as a whole by giving numerical values for how exposures or doses are distributed among the members. The quantitative representation of uncertainty, in contrast, is a discipline for the analyst to develop a realistic appraisal of the combination of uncertainties and a means for the analyst to communicate the appraisal in unambiguous language. The procedure I follow is that recommended by the NAS committee(National Research Council 1994) chapts 9,10 namely a separate characterization of uncertainty and variability using probability distributions.[15]

The recommendation is to calculate the risk experienced by a person representing a particular percentile of exposure that is deemed of interest. My specific recommendation in

---

[15]The concerns are still linked, in that there will be uncertainty about the extent of variability, however, the approach I take provides a framework for accounting for the linkage explicitly.

this setting is that a determination of significant exposure[16] be made for the 95 percentile person in an exposed group; that is, the person who, because of variability in the exposures received by people in the group, had an exposure greater than or equal to the exposure received by 95% of the people in that group.

The recommendation to use the 95 percentile in variability of exposure for assessing whether the exposure to members of a group is of concern is based on: i) considering 5% of the population in various exposure categories to be a substantial number of affected people (which is reasonable given the size of the proposed medical monitoring region); and ii) the observation that for the sorts of variability expected, a substantial portion, 30-40%, of the total exposure will be experienced by this upper 5% group.[17] (Goble 1996a).

Confronting the possibility of overestimates or underestimates of exposure in the context of medical monitoring also requires a precautionary approach. Thus, the initial screening for monitoring should be relatively inclusive and allow for the possibility that exposures may be underestimated if only most likely values were chosen. Needs for follow-up will, however, be determined by medical observations and an individual exposure estimate.

As with variability it is useful to develop a quantitative representation of the precautionary approach to use in interpreting the results of exposure estimates. Again I draw on a risk assessment perspective as a natural way to develop information for risk management. The precautionary approach I recommend here is to use an upper confidence level (ucl) estimate of the extent of injury. One thereby specifies a quantitative estimate of the exposure measure denoting injury such that one is, for instance, 90% or 95% confident that the true value of that measure is lower than the specification. In the past, I have argued that 90% is a suitable upper confidence level for expressing uncertainty in for instance the dose to a highly exposed (95%ile) person[18]. While many risk applications use a nominal 95% level as a definition of "conservative" see chapt 9 in (National Research Council 1994), there is a natural tendency among the scientific community to underestimate uncertainty particularly at

---

[16] By "significant exposure" in this context, I mean an exposure such that a person experiencing it should be included in a medical monitoring program.  The selection of a particular level is a matter both of medical science and public values; guidance for such choices can be found in established practice and in attempts to develop scientific consensus on them.

[17] Illustrative values for this calculation can be found in Table 9.4 of the National Academy report "Science and Judgment"(National Research Council 1994), by comparing the mean in the top 5%, $M_{95}$ in the table, to the mean of the distribution.  The analysis can also be performed analytically.

[18] That is an estimate of the 95%ile dose such that one is 90% confident that the actual dose to the 95%ile individual does not exceed the estimate.

probability extremes (Cooke 1991), and 90%, in my opinion, better reflects our capabilities for describing uncertainty. In the context of this report, I am compelled to develop my own quantitative characterization of uncertainty based on the rather complex chains of inference required to make exposure and dose estimates. Because any such representation is incomplete and apt to underestimate uncertainties I present here my *calculated* 90th and 95th %ile upper confidence limits. I believe that both of these are reasonably compatible with my descriptions of 90%ile levels in my previous work.

Thus, my combined recommendation for the quantitative representation of both uncertainty and variability is to use the 95 percentile in variability of exposure (or the predicted incidence of disease) to characterize significant exposure and to develop a quantitative estimate of the 95% ucl for specifying it. This recommendation follows the discussion in (National Research Council 1994) (National Research Council 1994) on p. 237 and it is described also in (Hattis and Burmaster 1994) (Hattis and Burmaster 1994).

In Figure 3.1, I provide an illustration of uncertainty and probability distributions for some hypothetical doses. The uncertainty distribution shows dose levels at which I have high or only medium confidence that the actual doses are lower than the indicated level. Such a distribution provides a measure of how likely I consider my dose estimates to be underestimates. The variability distribution shows dose levels such that various percentages of the group will experience doses greater than those indicated. For instance 5% of the group in this example will have doses greater than 10.

25



**Figure 3.1: Illustrations of uncertainty and variability**

## 4.0 Estimates of Exposures to Plutonium and Americium

The principal activity at Rocky Flats was the manufacture of plutonium fission bombs which served as triggers for thermonuclear weapons. Releases of plutonium to the environment and the exposure of people in the neighborhood in the plant are the major environmental concern. Very little attention was paid to monitoring the exposures occurring in the neighborhood particularly during the periods of greatest release. Thus to assess the magnitude of exposures requires inferences from incomplete data collected after the period of highest exposure.

Because plutonium is poorly absorbed when ingested and because the bulk of the releases appear to have been to the air, the exposures of interest resulted from inhalation of plutonium. Plutonium is sufficiently radioactive that its primary hazard is radiation. The isotope of most concern is plutonium-239 ($Pu^{239}$) which was the fissionable isotope used for making bombs. $Pu^{239}$ emits alpha radiation. Because their chemistry is the same and because they are produced in the reactors which produce $Pu^{239}$, other isotopes appear as well in the wastes from Rocky Flats. These include plutonium-240 which is an alpha emitter very similar to $Pu^{239}$, $Pu^{238}$ another alpha emitter, and $Pu^{241}$. $Pu^{241}$ is less significant as a radiation hazard itself, since it is a beta rather than an alpha emitter, but its decay product americium-241 ($Am^{241}$) does represent a significant component of the hazard. Because a certain amount of processing was performed to adjust the plutonium isotopic ratios, since only $Pu^{239}$ had desirable fissioning properties, the ratios among these isotopes was not totally fixed. For a significant period of time, the plant processed wastes to separate out the americium and even sold it commercially. (ChemRisk 1992, USDOE 1980) pages 111, 69.

Plutonium (and americium), once inhaled, will expose lung surfaces to radiation. In addition some of the material will be absorbed into the blood stream and travel to other organs within the body. The highest concentrations within the body and thus the highest exposures are to be found in bones, lungs, and the liver. The alpha radiation emitted by the plutonium and americium is very localized, so that, for purposes of assessing the potential health consequences of exposure it is appropriate to identify doses to the particular organs most affected.

### 4.1    History of releases

The efforts of ChemRisk, RAC, Cochran, and Budnitz (Budnitz 1996a, Budnitz 1996b, ChemRisk 1994a, ChemRisk 1994c, Cochran 1996a, Cochran 1996b, North and Budnitz 1996, RAC 1996b) have identified four principal sources of plutonium which traveled off-site: these are i) routine releases from operations and unplanned events throughout the production period, ii) releases from two plutonium fires, a large fire in 1957 and a more controlled one in 1969 (as Budnitz points out, however, control of the 1969 fire was very fortunate (Budnitz 1996a)), iii) plutonium in wind-blown soil from a contaminated storage area, the 903 pad, of leaking drums; after various attempts at dealing with this area it was paved over in late 1969; iv) resuspension of previously released plutonium from contaminated soil. ChemRisk and RAC concur in asserting that the largest releases were

from the 903 pad and that these were most intense in the last few years before the pad was covered.

### 4.2    The data base on releases and environmental concentrations: reviews and controversies

Concerns about the 1969 fire inspired the first useful off-site measurements, which were performed by researchers independent of the Rocky Flats facility (Poet 1972). From this beginning in 1970, a series of studies were performed by various groups of researchers, including the plant operators and contractors, the Atomic Energy Commission's Health and Safety Laboratory (HASL), and the Colorado Department of Public Health and the Environment (CDPHE) to measure concentrations of plutonium in soil; these studies were later supplemented with measurements of americium. (Krey et al. 1976, Krey 1970, Krey 1971, Krey 1974, Krey 1976, Krey and Hardy 1971, Krey, Hardy, and Toonkel 1977, Krey and Krajewski 1972, Litaor and Allen 1996, Litaor 1995, Litaor et al. 1994, Little 1978, Love 1994). These studies have been reviewed by Webb (Webb 1996) and by ChemRisk and RAC(ChemRisk 1994a, RAC 1996b). Because the amounts of plutonium found were much greater than was expected from the 1969 fire, other explanations were sought. ChemRisk and RAC base their assessment that the 903 pad was the principal source on a combination of four arguments (ChemRisk 1994a, Mongan, S.R. Riple, and Winges 1996, RAC 1996b): i) the detailed pattern of soil contamination appears to extend downwind from the pad (which is at a corner of the Rocky Flats area) rather than from the region of central operations (and the fires); ii) large amounts of contamination were found at the pad; iii) on-site measurements of alpha activity (though not very precise indicators of plutonium) showed highest values near to and downwind of the pad, particularly at the times before the covering of the pad and at times of greatest disturbance in its vicinity; and iv) Rocky Flats is clearly implicated as the major source of the observed soil contamination (within the proposed medical monitoring area) both because the pattern of contamination clearly extends out downwind from the 903 pad, but also the ratios of the amounts of various isotopes of plutonium to amounts of $Pu^{239}$ are characteristic of Rocky Flats material and differ significantly from the ratios found in nuclear weapons fallout (Krey and Krajewski 1972)[19]. Budnitz has reviewed this analysis. (Budnitz 1996b).

---

[19]Cochran points out that Rocky Flats processed plutonium with different mixes of isotopes at different times (and locations). (Cochran 1996a, Cochran 1996b). Furthermore there were separate production activities involving $Pu^{238}$ and $Am^{241}$ (ChemRisk 1992, Cochran 1996a, Cochran 1996b, Litaor and Allen 1996). Consequently isotopic comparisons should not be pushed too far. However, the striking deviations

The interpretation by ChemRisk and RAC appears correct. However, it still leaves many
questions unanswered. The total amount of radioactivity released from the pad is not well
determined and considerable uncertainty shrouds any inference from soil measurements
about the amounts of plutonium in the air available for people to breathe. Furthermore,
because the dominant source of the plutonium measured in the soil appears to be the 903
pad, there is very little independent evidence for testing assumptions about releases from
the fires and routine releases. The situation is only slightly clearer for assessing exposures
to plutonium resuspended after the covering of the 903 pad. A number of measurements of
concentrations in air are available; however, these have been intermittent and at isolated
locations so that considerable uncertainty attends estimates of exposure from this source as
well. This problem is exacerbated because the bulk of resuspension is likely to occur
during infrequent high wind events; moreover there may be problems with measuring
equipment during such events.

### 4.3    The recommended approach for estimating air concentrations

My analysis begins with estimates of air concentrations resulting from releases from the
leaking drums of the 903 pad. These created the largest exposures to radioactive materials
and it is convenient to describe other exposures in relation to these estimates. For this case
and subsequent ones, I develop results for three locations intended to provide a reasonable
representation of conditions in the medical monitoring region. The three locations are
drawn from the ChemRisk transport analysis (ChemRisk 1994a, ChemRisk 1994b); this is
convenient since I use its dispersion modeling for some of the calculations. They are the
ChemRisk calculational points for their sectors 4B, 8B, and 12B, which constitute two
locations inside the medical monitoring region, one (4B) near the plant and one (8B) near
the outer boundary of the region and a third location (12B) near but outside the outer
boundary. The medical monitoring region was shown in Figure 2.1; the ChemRisk sector
map is attached as Appendix A.

Exposures from the 903 pad  The estimates of exposure I present are developed
sequentially starting with the major exposures from the 903 pad. The initial portion of the
analysis uses the soil concentration data as a basis for inferring concentrations in the air.

---

in the isotopic mix of the deposited plutonium is sufficient to show that Rocky Flats rather than weapons
fallout was the dominant source.

The exposure event sequence is that described in Figure 2.1, specialized to plutonium as Figure 4.1  Plutonium is blown off of the Rocky Flats site, appears at some concentration in the off-site air, where it is available to be inhaled.  The total dose to an organ received depends on the total amounts inhaled which depend in turn on how much of the material in the air is respirable, the fraction of that inhaled which travels to and remains in the organ and the dosimetry which relates amounts in the organ to radiation damage to the organ.

Similar relations govern the total amounts appearing in the soil, as illustrated in Figure 4.2. Some of the plutonium blown off-site which appears at a concentration in air off-site will be deposited on the ground.  The amount deposited depends on a deposition rate (usually expressed in terms of a deposition velocity) and the total amount found in the soil will be the fraction of the amount deposited which remains until the measurement period.  Thus accumulated concentrations in the air may be inferred from soil measurements based on information about deposition velocities and the fraction of the plutonium that persists

**Figure 4.1.  Mechanism for risk of plutonium inhalation from air off of the RFP site**

Step 1.  Plutonium is blown off of the RFP site



Pu particles in the air

Rocky Flats Plant

903 Pad

### Figure 4.1cont.  Mechanism for risk of plutonium inhalation from air blown off of the RFP site

Step 2.  Pu appears at some concentration in the off-site air, available to be inhaled



Step 3.  Toxin is absorbed into the body and travels to various organs (lungs, liver, bone)



(not drawn to scale)

31

**Figure 4.1 cont.  Mechanism for risk of plutonium inhalation from air off of the RFP site**

Step 4.  Toxin is present in organs (=dose)

Total dose to an organ=f( total amount inhaled)= f(quantity of respirable material in the air; fraction that travels to and remains in the organ, and organ dosimetry)



Because an indication of the time period for which these exposures are accumulating is needed for medical monitoring, and because the fraction of plutonium remaining in the soil will depend on time, it is desirable to describe the time dependence of these exposures. The soil data provides no direct information about when the plutonium was deposited, and I use the ChemRisk and RAC argument that the highest concentrations appeared between 1965-1970 (Budnitz 1996b, Cochran 1996b).

### Figure 4.2.  Mechanism for plutonium deposition on the ground from air blown off of the RFP site

Step 1.  Plutonium is blown off of the RFP site



Step 2.  Plutonium appears at some concentration in the off-site air and deposits on the ground



deposited amount = concentration x time x deposition velocity

(not drawn to scale)

While the chain of inference is straightforward, the estimated magnitudes of accumulated air concentrations and of doses have considerable uncertainty.  The uncertainty stems from uncertainties in each of the links of the chain.  It is appropriate in assessing the need for medical monitoring to treat these uncertainties systematically.  The treatment I recommend is to focus on the development of the quantities of interest - cumulative air concentrations

33

and doses - and to evaluate how uncertainties in the information used in developing the inference create uncertainties in the key quantities of interest. This approach differs from that taken by ChemRisk in which they attempt to fit a particular model - the fugitive dust model - which has a variety of built in assumptions[20] to the observed data; they then use the model to infer air concentrations. While the ChemRisk chain of inference is analogous to the more schematic (model independent) approach I use, the treatment of uncertainty is different, and there are model dependent uncertainties in ChemRisk's approach that are never described (ChemRisk 1994a, Mongan, S.R. Riple, and Winges 1996). While the RAC review has not yet developed revised exposure estimates, their approach to uncertainty in general seems to focus on the end quantity and to try to avoid unexplored model uncertainties.

The assumptions I have used are summarized in Table 4.1, which gives a prescription including the data and assumptions used and the calculational steps, in outline form and with the mathematical representation.

---

[20]Such as fixing the form of the size distribution of particles and the use of a statistical fitting procedure designed to lessen the influence of the variance in the measurements (Mongan, S.R. Riple, and Winges 1996).

**Table  4.1:**     Prescription for the calculation of exposures from releases of
plutonium and americium from the 903 pad during the years 1965-70

| Information  used | Source  of  information |
|---|---|
| measurements of plutonium in soil and their uncertainties | Krey and Hardy, Webb, Whicker et al., Poet and Martell, ChemRisk 6, Litaor, RAC task 4, |
| plutonium from fallout | RAC task 4, Krey and Krajewski |
| plutonium isotopic ratios and americium measurements | RAC task 4, Webb96 |
| fraction of deposited plutonium remaining | Webb92, Webb96, Whicker, Little, Smallwood |
| respirable fraction | Volchok et al., RAC 4 |
| deposition velocity and its uncertainty | NUREG/CR-6244 |

## Prescription  for  making  estimate

Step 1:     estimate concentrations of plutonium (Ci/km2) in sectors 4B, 8B, 12B

Step 2:     assign uncertainties to these estimates - and create log normal distribution
representing them

Step 3:     estimate the fraction of plutonium remaining after losses and create
triangular distribution reflecting the uncertainty in the estimate

Step 4:     find a ratio expressing the amount of am-241 and Pu-238 as a fraction of
Pu 239 + 240 found

Step 5:     estimate the fraction of plutonium deposited resulting from respirable
particles at sectors 4, 8, 12 and create a triangular distribution
reflecting uncertainty

Step 6:     describe an uncertainty distribution for the deposition velocity for the
respirable portion of the plutonium

Step 7:     calculate using Monte Carlo simulation an uncertainty distribution for
the cumulative concentration of plutonium in air (in $\mu Ci$ - year/m3)
which would have produced the deposits of respirable plutonium

**Table 4.1 cont.**

Step 8:          create an annual average concentration for the period 1965-70
                 by dividing the result of step 7 by 6.

Step 9:          estimate the annual average concentrations of am-241 and Pu-238
                 as fractions of the plutonium concentrations using step 5

**Mathematical Summary for steps 1-9**

mean deposited amounts (Ci/km2) (from Krey and Hardy contours)

| | |
|---|---|
| sector 4B | 0.03 |
| sector 8B | 0.01 |
| sector 12B | 0.003 |

| | | | | |
|---|---|---|---|---|
| log normal distribution: | ln gsd | | 0.7 95th%/mean | 2.5 |
| | | | gm/mean | 0.78 |

fraction remaining - triangular distribution

| | | | | |
|---|---|---|---|---|
| midpt | 0.6 low | | 0.2 high | 0.95 |

| | |
|---|---|
| Am241/Pu (activity) | 0.2 |
| pu238/pu239+240 | 0.05 |

fraction deposited from respirable particles - triangular distribution

| | | | | | | |
|---|---|---|---|---|---|---|
| midpt | 0.3 | low | 0.05 | high | 0.55 |

deposition velocity (m/sec) log normal distribution

| | | | | |
|---|---|---|---|---|
| geom mean | 0.002 | ln gsd | 1.8 |

equation for step 7:
conc = (dep amt) x (resp fract) / (vd) x (fract remain)

The key assumptions and the uncertainties associated with them are:

   o    The amounts of plutonium found in the soil. I use the early 1970's data
        (Krey 1970, ChemRisk, 1994 #383) since it is closest to the period of
        deposition, since it extended reasonably deeply into the soil and was
        collected with the specific aim of estimating amounts deposited, and since
        the quality assurance program has withstood considerable scrutiny over
        time. Uncertainties in these values can be assessed by considering the
        internal variability, and by comparisons with other researchers' data
        (Jones 1994, Litaor 1995, Litaor et al. 1994, Little 1978, Webb 1992,
        Webb 1996, Whicker 1994); my assessment is indicated in Table 4.1.
        Generally speaking, in the region of most interest, namely the proposed
        medical monitoring region, there is satisfactory consistency among the
        various research groups within the uncertainties. Mayer points out that

there are potential problems with the treatment of outliers in some data sets. (Mayer 1996)

o   Losses from the soil.  There is considerable controversy and conflicting data over losses and movement of plutonium from surface soil. Observations at Rocky Flats can be interpreted as indicating a considerable amount of stability between the measurements in the 1970's (Krey et al. 1976, Krey 1970, Krey 1971, Krey 1974, Krey 1976, Krey and Hardy 1971, Krey, Hardy, and Toonkel 1977, Krey and Krajewski 1972, Little 1978, Poet 1972) or they can be interpreted as showing up to 80% losses (U.S. EPA - Region 8 1973, Webb 1992).  Experience elsewhere (at the Trinity site in New Mexico, at the Nevada Test Site, at Los Alamos, and at Hanford (Hakonson and Nyhan 1980)(Environmental Awareness Council 1971)(Healy 1980) (Anspaugh et al. 1975, Sehmel 1984)) is also ambiguous.  It is likely that two separate effects occur: there will be short term losses from the soil as recently deposited material continues to be available for resuspension (Anspaugh et al. 1975, Healy 1980); in addition there will be long term losses as plutonium is redistributed in the soil by water and biological action and blown away by the wind. Only long term losses can be observed in the Rocky Flats data since there was no monitoring of soil in the periods of peak deposition[21].  Because resuspension is very strongly dependent on wind speed and gustiness (RAC 1996b) p. 43-44, losses will most likely occur sporadically.  As indicated in Table 4.1, because of the sparcity of evidence and its inconsistency, I have chosen to specify the total losses as a single parameter with a broad range of uncertainty consistent with the various observations.

o   Deposition velocities - The average rate of deposition of material to the ground as specified by a deposition velocity depends on numerous characteristics of the meteorology, of the material in the air, and of the surface in the region of concern.  The combined uncertainty associated with these characteristics is quite large.  I have taken my central estimate and uncertainty distributions from a very thorough expert solicitation performed for the U.S. Nuclear Regulatory Commission and the Commission of European Communities (U.S. Nuclear Regulatory Commission 1995a, U.S. Nuclear Regulatory Commission 1995b, U.S. Nuclear Regulatory Commission 1995c) using contemporary approaches to expert solicitation (Cooke 1991).

o   Respirable fraction.  Doses from plutonium depend on having the plutonium reach sensitive locations within the body.  Since plutonium is absorbed inefficiently through ingestion and since the principal exposure pathway appears to be the air, it is that component of the plutonium that is attached to particles small enough to be inhaled that is of major concern. Consequently the exposure estimate must be based on amounts of respirable plutonium.  Since particle size is among the variables that affects deposition velocity, care must be taken in defining assumptions about the proportion of plutonium that is respirable.  The approach I use, described in Table 4.1 is to specify a fraction of the deposited plutonium

---

[21]One suggestive pair of measurements six months apart was made by the EPA in 1970 showing substantial reductions over that period (U.S. EPA - Region 8 1973)

that resulted from respirable plutonium and to estimate the uncertainty in that specification and then to calculate respirable concentrations of plutonium based on that fraction. The uncertainty in such a specification is, unfortunately, large: there were few measurements made of air concentrations of plutonium off-site, and many fewer measurements of their size distribution. Soil measurements near the pad indicate that much of the deposited plutonium was in small particles which are attached to larger soil particles (ChemRisk 1994a, Krey et al. 1976, Little 1978, Volchok, M. Schonberg, and Toonkel 1977) but this tells little about what the mix was during release into the air, transport, and deposition. Measurements in air in the 1970s, some of which were offsite but near the plant boundary indicate a respirable fraction in the air ranging from 20 to 50% (Volchok and Knuth 1972). The expectation is that the respirable fraction will be greater the further away one is from the plant. The choice made in Table 4.1 is to specify an intermediate number .3 with a broad range of uncertainty. The choice by ChemRisk is at the low end of the range based on their built in log normal distribution (Mongan, S.R. Riple, and Winges 1996); I believe that this choice is very likely to underestimate the contribution of respirable particles to the deposition near the boundary of the medical monitoring region.

o   <u>Doses from americium and other plutonium isotopes</u>  I have not attempted to calculate doses separately for americium and other plutonium isotopes; instead I take their concentrations as a fraction of the plutonium 239+240[22]. This introduces additional uncertainty, because americium was separately processed (ChemRisk 1992); Litaor, 1996 #524] and so apparently was plutonium 238 (Cochran 1996b). However, there are only limited measurements of americium and the distribution of soil concentrations seems reasonably consistent with the plutonium measurements (Krey et al. 1976, Litaor 1995, Litaor et al. 1994, Webb 1992, Whicker 1994). ChemRisk calculates americium concentrations assuming that there is an initial fraction of americium of approximately 22% of the $pu^{239}$ activity plus the amount that grows in from $pu^{241}$ decay over time (ChemRisk 1994c, Cochran 1996b, Mongan et al. 1996). They thus estimate that Americium constituted roughly 27% of activity released before 1970 (ChemRisk 1994c) p. 108. Other calculations based on expected quantities from material produced in the 1950s and available for breathing in the 1960s are closer to 12% (Krey and Krajewski 1972). Measurements of other plutonium isotopes are too sparse to establish a distribution. I have used single values for all of the ratios since these uncertainties seem small compared to others. My choices are an intermediate ratio of .15 for $Am^{241}/Pu^{239+240}$ and .03 for $Pu^{238}/Pu^{239+240}$.

Combining these variables yields cumulative concentrations. A second challenge is to attempt to develop a time dependence for these exposures. The best available information, given the absence of detailed contemporaneous environmental study, is the history of 903

---

[22]Note that almost all measurements of plutonium were measurements of the sum of the plutonium 239 and 240 present, since their alpha emissions are virtually indistinquishable.

pad activities and the on-site air sampling information reviewed by ChemRisk and RAC[23](ChemRisk 1994a appendix H, RAC 1996b). Based on their review (ChemRisk 1994c, RAC 1996b), I assume that the bulk of releases occurred over the period 1965-70, with smaller releases from 1958-64. This very simple characterization of the time dependence appears in Table 4.5 below. As discussed below in section 8, this characterization could be refined[24] if the designers of the medical monitoring desired; however, there are administrative advantages to keeping the time dependence simple (Gochfeld 1996).

The 1957 fire  The fire of September 11, 1957 is described by ChemRisk (ChemRisk 1994a p. 92-94, ChemRisk 1994c, Mongan et al. 1996), by RAC, (Voilleque 1995), and by Budnitz (Budnitz 1996a). ChemRisk estimated releases by attempting to fit air monitoring data, while Voillequé made an independent estimate based on material present during the fire and conditions prior to and during the fire. (Voilleque 1995) p. 1. ChemRisk gave an upper limit for releases of about 33 g of Pu (about 2Ci, while Voillequé's range of release estimates was from 4-25 g, with the observation that he had taken a severe case, but that more severe assumptions were possible leading to releases four times greater (Voilleque 1995) p. 22. ChemRisk provides a distribution of air concentrations using the INPUFF model (ChemRisk 1994a) sec 3.4.2. I have used Voillequé's discussion to make a mean estimate of a release of approximately 30 g or 2 Ci by taking his extreme upper limit of 7 Ci as a 95%ile confidence limit and using the broad uncertainty distribution developed for the 903 pad[25]. I then assumed that the concentration pattern developed by ChemRisk from the INPUFF puff model provides a reasonable representation when scaled by the amount released. I then expressed the result as a fraction of the annual exposure from the 903 pad. Using the 903 characterization of uncertainties, the 95th%ile upper confidence concentrations are close to four times the mean value, while the 5%ile lower level is a factor of 80 lower. These results are given as multipliers in Table 4.5 to convert from 903 pad concentrations (and uptakes and doses).

Routine Releases  I have accepted the ChemRisk estimation of a geometric mean for routine releases from plant operations. This amounts to a release totaling approximately 50 mCi

---

[23]This review illustrates some of the difficulties and uncertainties involved in working with Rocky Flats plant data. A large value was omitted in the original Rocky Flats presentation which ChemRisk attributes to a transcription error.

[24]For instance the largest releases from the 903 pad probably occurred in 1968-69.

[25]Note that the ratio of the 95th %ile to the mean is relatively insensitive to the choice of distribution for reasonably broad, although not extremely broad distributions (Hattis and Goble 1991).

over the 35 years of plant operations. (ChemRisk 1994c). However, considering all of the possibilities for missing data and questionable measurements, I consider the ChemRisk uncertainty bands to be much too narrow.[26] As with the 1957 fire, my approach is to use the ChemRisk calculation of annual average concentrations in the air (performed using the ISC model) and express these as a fraction of the annual concentrations from the 903 pad; the effect of this calculation is to use the 903 pad characterization of uncertainty for this case as well.

Resuspension of material released and deposited from the 903 pad   The calculation of concentrations of plutonium in the air based on amounts found in the soil assumes that a certain amount of that plutonium gets transported away again. To the extent that occurred during the time before the soil measurements the contribution of that to exposures is accounted for. However, the possibility of depletion of plutonium in the soil and the existence of a number of measurements of plutonium in air since the covering of the 903 pad (RAC 1993) imply that there have been significant continuing releases. I have estimated these releases using two approaches. First I assumed that approximately 2-3 Ci of plutonium was blown away from the Rocky Flats area: this is consistent with the losses described by Webb (Webb 1992, Webb 1996); biotransport is likely to be an important mechanism as described by Smallwood; Smallwood estimates that roughly .7% of the inventory in the upper 20 cm of the soil is blown away per year (Smallwood 1996). Then I used the ChemRisk ISC model to estimate concentrations in the air. As a second approach, I compared these concentrations with the HASL air measurements described by RAC (RAC 1993), and found reasonable consistency within the broad uncertainties of these estimates[27]. Again I characterize these release as leading to concentrations which are a fraction of those estimated for the peak years of the 903 pad releases, and use the implied uncertainty characterization to represent my uncertainties regarding these exposures. These uncertainties are substantial; not only are the air data limited and close to the detection limit, but it is likely that most of the resuspension occurs during occasional high wind events (RAC 1996b) p. 43-44.

---

[26]There is evidence that similar facilities have had much larger releases. (Goble 1996b).

[27]It may well be that this approach significantly underestimates the concentrations, since ISC annual averages do not well summarize the high wind events that probably dominate the resuspension process, and concentrations during these events may not have been well measured. This is an area in which further analysis could be performed if the designers of the monitoring program desired more detailed information about plutonium exposures in the later years.

The assumptions for the releases other than the 903 pad are summarized in Table 4.2.  The results are multipliers which can be used to estimate concentrations of plutonium in the air from the various sources as a fraction of the average concentrations from 903 pad releases during the years 1965-70.  These are presented in Table 4.5 along with multipliers which may be used to obtain estimates of amounts of plutonium inhaled and doses as fractions of those due to the 903 pad releases.

**Table  4.2:**     Prescription for relating exposures from other Rocky Flats plutonium releases to the estimates (with uncertainty) of the 903 pad releases

| Information  used | Source |
|---|---|
| amounts released in 57 fire | ChemRisk, Voillequé, Budnitz |
| dispersion model for 57 fire releases | ChemRisk INPUFF model |
| amounts of plutonium resuspended from the Rocky Flats vicinity | Webb, Smallwood |
| Measurements of plutonium concentrations in air 1970-81 | RAC 4 appendix B |
| Dispersion model | ChemRisk ISC model (note that this may not be appropriate for high wind events) |
| amounts released in routine operations | ChemRisk subject to additional uncertainty |
| Timing of 903 pad releases from 903 pad history and from air sampling | Budnitz, RAC2, |

**Prescription  for  creating  multipliers**

Step 1:     estimate 57 fire release by taking Voillequé extreme (100 g) as 95 %ile ucl, and finding mean and other estimates using the 903 pad uncertainty distribution

Step 2:     estimate concentrations by scaling the ChemRisk INPUFF model results by ratio of amounts released

Step 3:     convert to an annual average concentration and express as a fraction of the 1965-70 903 pad average concentrations

step 4:     estimate the amounts of plutonium resuspended from the Rocky Flats vicinity - assuming that a moderate fraction of the existing inventory has been lost with biotransport an important contributor

41

**Table 4.2cont**

Step 5:     assume that they were dispersed according to ChemRisk ISC model to obtain
            average annual concentrations  (but note that this may be inappropriate
            for high wind events)

Step 6:     compare with typical measurements from the HASL sampling (again with
            a reservation about high wind events

Step 7:     express average concentrations as a fraction of the 1965-70 903 pad
            average concentrations

Step 8:     Routine releases - take from ChemRisk but assign large uncertainties

Step 9:     timing of 903 pad releases - estimate 1958-64 releases as a moderately
            small fraction (10%) of total release from 903 pad

**Mathematical  Summary**

57 fire release in Ci
95th %ile                   7
mean                        2
geo mean                   0.3

resuspension release 1971-89
95th %ile                   10
mean                        3
geo mean                   0.4

routine releases
95th %ile                   1.2
mean                       0.35
geo mean                   0.05

early (1958-64) releases from 903 pad as a fraction of 1965-70 releases
                           0.1

### 4.4 Estimates of amounts of plutonium and americium inhaled and of radiation doses from these amounts

From the cumulative concentrations, doses to various organs[28] can be calculated according to the later segments of Figure 4.1 (using ICRP dosimetry, for instance) by using a further set of assumptions for breathing rates, fraction of the time present while the deposition was accumulating[29] and dose factors. Dose factors can be regarded as a combination of two elements: dosimetry factors which give the dose in Grays (or rads) to the various organs of the body for a given intake of radioactivity, and a relative biological effectiveness (rbe) which adjusts for the additional biological damage caused by alpha emission to give a dose in Sieverts (or REM). Assumptions regarding these variables including uncertainties are summarized in Table 4.3.

---

[28] I present doses to three critical organs in which plutonium concentrates, bone, liver, and lung. Doses to other organs may be calculated by using the dose factors appropriate to the organ. A comparison of dose factors can give approximate values for these doses by scaling from doses to the liver. For instance according to ICRP 56 doses to red marrow are slightly less than 1/4 the doses to the liver, so that the values in Table 4.7 may be used to estimate red marrow doses.

[29] Fraction of time present serves a double function to measure both the fraction of the time spent in the vicinity of the plant and to reflect any reduction in concentration indoors; I present a range of representative values but do not attempt to develop a distribution for the actual population (actual experience depends importantly on the extent of employment outside the vicinity, for instance).