**Table 4.3**     Prescription for calculating intake of plutonium, dose to bone, lung, and liver,
and excess relative risk for cancers from the plutonium in air
taking account of variability within population groups

| Information used | Source |
|---|---|
| Breathing rates | RAC 3, Snyder |
| fraction of the time present | my estimate |
| solubility of the inhaled plutonium | RAC 3 |
| dose coefficients and uncertainty | ICRP 56, ICRP 69, RAC 3, Radford |
| RBE and uncertainty | RAC 3 |
| Risk coefficients | Radford, RAC 3 |
| variability in breathing rate | Snyder, RAC 3 |
| variability in exposure | ChemRisk |
| variability in fract of time present | my estimate |
| variability in dose coefficients | RAC 3, Hattis |
| variability in susceptibility | Blumberg, Radford |

**Prescription for calculating intake, doses, and risks**

Step 1:     multiply breathing rate (m3/year) x cumulative conc (Bq - year/m3)
x  fraction of time present to obtain intake
(with uncertainties from uncertainty in cum conc)

Step 2:     assume that the plutonium intake is divided between insoluble (S) and
moderately soluble (M) forms with an uncertainty distribution

Step 3:     multiply intake (Bq) x dose coefficients (Sv/Bq) for each fraction in
solubility to obtain doses for men and women to lung, liver, and bone

Step 4:     perform a Monte Carlo simulation to obtain an uncertainty distribution
for the doses

Step 5:     consider the rbe coefficients described in RAC 3 with uncertainty
and use the ratio of them to the ICRP value of 20 to find alternative doses
perform a Monte Carlo simulation including these factors

Step 6:     Perform the same analyses using the ICRP 71 coefficients

44

**Table 4.3 cont**

Step 7:  Use risk coefficients from Radford for men and women with doses to bone lung, and liver to calculate excess relative risks for cancers to those organs. perform another Monte Carlo simulation

Step 8:  create probability distributions representing inter individual variability within the exposed population groups in breathing rate, time present, air concentrations exposed to, dose coefficients, and risk

Step 9:  Perform a Monte Carlo simulation over these distributions to identify the average (mean) effect of this variability on intake, dose, and risk, and find the effect at the 95th and other %iles

## Mathematical Summary for Steps 1-8

Intake:

| | | |
|---|---|---|
| breathing rate-men (m3/yr) | 9000 | |
| breath rate-women (m3/yr) | 7200 | |

Uncertainty in concentration from Monte Carlo simulation

Dosimetry:

solubility of plutonium

fraction insoluble - triangular distribution

| | | | | | | |
|---|---|---|---|---|---|---|
| midpt | 0.5 | low | 0 | high | | 1 |

dosimetry coefficients - these values assumed to be means of uncertainty distribution

ICRP-56 dose coefficients Sv/bq

| | | | | |
|---|---|---|---|---|
| mICRPBoneY | 8.70E-04 m-lung-Y | 3.20E-04 m-liver-Y | | 1.90E-04 |
| mICRPBoneW | 2.20E-03 m-lung-W | 1.90E-05 m-liver-W | | 4.80E-04 |
| fICRP-BoneY | 8.70E-04 f-lung-Y | 3.20E-04 f-liver-Y | | 1.90E-04 |
| fICRP-BoneW | 2.20E-03 f-lung-W | 1.90E-05 f-liver-W | | 4.80E-04 |

ICRP 71 dose coefficients Sv/Bq

| | | | | |
|---|---|---|---|---|
| mICRPBoneS | 1.80E-04 m-lung-S | 8.80E-05 m-liver-S | | 3.80E-05 |
| mICRPBoneM | 1.50E-03 m-lung-M | 3.20E-05 m-liver-M | | 3.20E-04 |
| fICRP-BoneS | 1.80E-04 f-lung-S | 8.80E-05 f-liver-S | | 3.80E-05 |
| fICRP-BoneM | 1.50E-03 f-lung-M | 3.20E-05 f-liver-M | | 3.20E-04 |

uncertainty distribution for these coefficients - log normal

| | | |
|---|---|---|
| ln gsd | 1 | |
| mean/median | 1.64872127 | |

**Table 4.3  cont**

relative biological effectiveness (rbe) - conversion from Grays to Sieverts

| | | ICRP choice | | 20 no uncertainty indicated | | |
|---|---|---|---|---|---|---|
| | | RAC 3 distributions expressed as multipliers to ICRP value | | | | |
| rbe -bone | | | triangular | | | |
| | mid | 2.5 | | low | 1 | high | 10 |
| rbe-lung | | | triangular | | | |
| | mid | 1.5 | | low | 0.5 | high | 3 |
| rbe-liver | | | triangular | | | |
| | mid | 1 | | low | 0.25 | high | 2 |

Risk coefficients - excess relative risk/Sv

| | male | female | Average |
|---|---|---|---|
| Bone | 0.4 | 0.4 | 0.4 |
| Lung | 0.4 | 1.5 | 0.95 |
| liver | 0.8 | 0.2 | 0.5 |

uncertainty distribution - log normal

| | ln gsd | med/mean |
|---|---|---|
| Bone | 0.9 | 0.7 |
| lung | 0.6 | 0.8 |
| liver | 0.6 | 0.8 |

variability distributions:

parameters relevant to variability in uptake

| parameter | distribution | | | | |
|---|---|---|---|---|---|
| exposure | ln normal | | | | |
| | geom mean | 0.9 | ln gsd | 0.5 | |
| time present | triangular | | | | |
| | mid | 1 | low | 0.7 | high | 1.3 |
| breathing rate | triangular | | | | |
| | mid | 1 | low | 0.4 | high | 2.5 |

parameter relevant to variability in dose

| dose factor | ln normal | | | |
|---|---|---|---|---|
| | geom mean | 0.6 ln gsd | 1 | |

parameter relative to variability in risk

sensitivity      ln normal      not used in this analysis

46

Breathing rates and fraction of time present represent variability and are treated there. There are, however, uncertainties in the cumulative concentrations (already described in Table 4.1), in the chemical form of the released plutonium (RAC 1996a), and in the dosimetry coefficients. For the latter I use two versions presented by the ICRP (ICRP 1990, ICRP 1995), and develop an uncertainty analysis based in part on Radford and RAC (RAC 1996a, Radford 1996), and partly on my experience with dosimetry models in collaboration with Dale Hattis (Hattis 1996, Hattis and Burmaster 1994, Hattis and Goble 1991). I also note that there is a further uncertainty stemming from the use of a relative biological effectiveness (rbe) to relate doses from high linear energy transfer (LET) to low LET. RBE's may depend on organ; they are discussed in the RAC review (RAC 1996a) and I use their suggested values and uncertainty descriptions to provide an alternative dosimetry. There is also significant uncertainty in the risk estimates based on the doses. I use Radford's characterization of uncertainties to develop log normal distributions for these (Radford 1996).

It is important to note that there will be considerable inter individual variability in most of the factors determining uptake of radioactivity and dose[30]. Monte Carlo simulation can be used to describe the variability just as in describing uncertainty, provided, as discussed in Section 3, that the simulations are kept distinct. Then the uncertainty simulation can give confidence intervals for particular percentiles which will describe, for instance the doses expected or at some confidence level to be received by the most exposed 5% of the population group considered. The mathematical assumptions regarding inter individual variability are also described in Table 4.3. The key variables fall into three categories: 1) variation in uptake caused by i) differences in the concentrations at different nearby locations; ii) differences in the fraction of the time people were present (during periods of high concentration) and differences in the effect of houses in reducing exposures; and iii) differences in breathing rate resulting from both physiological differences and activity patterns (during periods of high concentration); 2) differences in the doses caused by differences in the distribution of the radioactivity in the body; and 3) differences in the susceptibility of people to radiation exposure. I do not analyze this last difference in this report; it is however discussed by Radford (Radford 1996), and is significant for medical monitoring. My assumptions for these distributions and their basis is summarized in Table 4.3. It is worth noting that values for the determinants of most of the inter individual

---

[30]Since rbe is a concept used in assigning risks, it is appropriate to assign an uncertainty to it, but to assume that inter individual variability is addressed as differences in individual susceptibility.

variability cannot be specified for particular individuals; rather they represent a statistical property of the whole group.

### 4.5    Results for concentrations of plutonium in air, intake of plutonium, radiation doses from plutonium , and risks from these exposures

The results of the calculations for concentrations of plutonium due to the 903 pad during the peak years are summarized in Table 4.4.  The table gives cumulative concentrations of plutonium in air expressed as Bq-yr/m$^3$ inferred from measured soil concentrations according to the assumptions in Table 4.1.  5th and 95th %ile values are given along with the means of the cumulative concentrations for three downwind locations representing ChemRisk's sectors 4, 8, and 12.  Also shown in Table 4.4 are average concentrations expressed as Bq/m$^3$ assuming that the releases took place over a six year period from 1965-70.

**Table  4.4:**    **Estimates  of  concentrations  of  plutonium  239+240  in  the  air resulting  from  releases  from  the  903  pad  in  the period  1965-70  according  to  the  prescription  of  Table  4.1**

Values for cumulative plutonium concentrations (Bq-yr/m3) using the prescription
of Table 4.1 for different sectors and for different confidence intervals

| cumulative conc (Bq-Yr/m3) | sec 4B | sec 8B | sec 12B |
|---|---|---|---|
| at 95%ile | 2.1E-01 | 7.1E-02 | 2.1E-02 |
| at 90%ile | 1.0E-01 | 3.4E-02 | 1.0E-02 |
| mean | 6.3E-02 | 2.1E-02 | 6.3E-03 |
| at 50%ile | 9.0E-03 | 3.0E-03 | 9.0E-04 |
| at 10%ile | 7.0E-04 | 2.0E-04 | 7.0E-05 |
| at 5%ile | 3.0E-04 | 1.0E-04 | 3.0E-05 |

avg concentrations assuming releases occurred over six year period 1965-70

| Bq/m3 | sec 4B | sec 8B | sec 12B |
|---|---|---|---|
| at 95%ile | 3.50E-02 | 1.18E-02 | 3.50E-03 |
| at 90%ile | 1.67E-02 | 5.67E-03 | 1.67E-03 |
| mean | 1.05E-02 | 3.50E-03 | 1.05E-03 |
| at 50%ile | 1.50E-03 | 5.00E-04 | 1.50E-04 |
| at 10%ile | 1.17E-04 | 3.33E-05 | 1.17E-05 |
| at 5%ile | 5.00E-05 | 1.67E-05 | 5.00E-06 |

In Table 4.5 are shown the multipliers that must be used, in different time periods, to estimate the average concentrations in air from each of the sources of plutonium released and to estimate the concentrations of americium in those time periods.  These multipliers

multiply the plutonium concentrations calculated for each of the locations as listed in Table 4.4.

**Table  4.5:**   Multipliers expressing contributions to concentrations and
doses from releases during other time periods,
as fractions of those due to the 1965-70 903 Pad releases.
Also included are multipliers expressing the added contribution
of americium and plutonium 238 to concentrations and doses

Multipliers that express concentrations as fractions of the yearly average
concentrations of plutonium in air estimated for 1965-70

| Time period | source of release | multiplier for yearly average concentration |
|---|---|---|
| 1953-57 | operations | 0.001 |
| 1957 fire | | 0.08 |
| 1958-64 | operations and 903 pad | 0.1 |
| 1971-89 | resuspension and operations | 0.003 |

Multipliers that express total amounts inhaled and (committed) doses
as fractions of those accumulated from 1965-70

| Time period | source of release | multiplier for total amount inhaled and dose for period |
|---|---|---|
| 1953-57 | operations | 0.001 |
| 1957 fire | | 0.013 |
| 1958-64 | 903 pad releases and operations | 0.1 |
| 1971-89 | resuspension and operations | 0.01 |

Multipliers for Americium and Plutonium 238 contributions to dose

| Time period | Am-241 | Pu-238 |
|---|---|---|
| 1957-70 | 0.15 | 0.03 |
| 1971-89 | 0.2 | 0.03 |

Estimates of amounts of plutonium inhaled are summarized in Table 4.6.  These are based on the assumptions listed in Table 4.3, and include an analysis of uncertainty and inter individual variability based on those assumptions.

**Table 4.6:**   Estimates of inhalation of plutonium (Bq) by adults
resulting from 903 pad releases during 1965-70.
Estimates made according to the prescription of Table 4.3
accounting for inter individual variability in uptake

Values for intake of plutonium 239+240 (Bq) from 903 pad releases using the
prescription of Table 4.3 for different sectors and different confidence intervals

intake of plutonium (in Bq) by an adult male over the period 1965-70
for the mean individual in variability

|            | sec 4B   | sec 8B   | sec 12B  |
|------------|----------|----------|----------|
| at 95%ile  | 2.18E+03 | 7.11E+02 | 2.18E+02 |
| at 90%ile  | 1.00E+03 | 3.34E+02 | 1.00E+02 |
| mean       | 6.24E+02 | 2.03E+02 | 6.24E+01 |
| at 50%ile  | 8.99E+01 | 3.05E+01 | 8.99E+00 |
| at 10%ile  | 7.25E+00 | 2.90E+00 | 7.25E-01 |
| at  5%ile  | 2.90E+00 | 1.45E+00 | 2.90E-01 |

intake of plutonium (in Bq) by an adult female over the period 1965-70
for the mean individual in variability

|            | sec 4B   | sec 8B   | sec 12B  |
|------------|----------|----------|----------|
| at 95%ile  | 1.74E+03 | 5.22E+02 | 1.74E+02 |
| at 90%ile  | 8.85E+02 | 2.65E+02 | 8.85E+01 |
| mean       | 4.35E+02 | 1.31E+02 | 4.35E+01 |
| at 50%ile  | 6.96E+01 | 2.09E+01 | 6.96E+00 |
| at 10%ile  | 5.80E+00 | 1.74E+00 | 5.80E-01 |
| at  5%ile  | 2.90E+00 | 8.70E-01 | 2.90E-01 |

intake of plutonium (in Bq) by an adult male over the period 1965-70
for the 95th %ile individual in variability

|            | sec 4B   | sec 8B   | sec 12B  |
|------------|----------|----------|----------|
| at 95%ile  | 4.88E+03 | 1.59E+03 | 4.88E+02 |
| at 90%ile  | 2.24E+03 | 7.48E+02 | 2.24E+02 |
| mean       | 1.40E+03 | 4.55E+02 | 1.40E+02 |
| at 50%ile  | 2.02E+02 | 6.83E+01 | 2.02E+01 |
| at 10%ile  | 1.63E+01 | 6.50E+00 | 1.63E+00 |
| at  5%ile  | 6.50E+00 | 3.25E+00 | 6.50E-01 |

intake of plutonium (in Bq) by an adult female over the period 1965-70
for the 95th %ile individual in variability

|            | sec 4B   | sec 8B   | sec 12B  |
|------------|----------|----------|----------|
| at 95%ile  | 3.90E+03 | 1.17E+03 | 3.90E+02 |
| at 90%ile  | 1.98E+03 | 5.95E+02 | 1.98E+02 |
| mean       | 9.75E+02 | 2.93E+02 | 9.75E+01 |
| at 50%ile  | 1.56E+02 | 4.68E+01 | 1.56E+01 |
| at 10%ile  | 1.30E+01 | 3.90E+00 | 1.30E+00 |
| at  5%ile  | 6.50E+00 | 1.95E+00 | 6.50E-01 |

Calculations of doses to the bone, lung, and liver using the assumptions of Table 4.3 are shown in Table 4.7 for a hypothetical adult living at each of the three locations throughout the period of exposure. Again, mean, 95th, and 5th %ile doses are presented. Results are presented using the ICRP 56 dosimetry (ICRP 1990) with its assumption of a rbe of 20. The possibility of modifications of the rbe as described by the RAC review (RAC 1996a) is shown for comparison.

**Table 4.7**     Estimates of doses experienced by adults to bone, lung,
and liver (committed doses with uncertainty bands)
resulting from 903 pad releases during 1965-70.
Estimates made according to the prescription of Table 4.3
accounting for inter individual variability in dose and uptake

Values for committed radiation doses (Sv) from 903 pad releases using the prescription
of Table 4.3 for different sectors and for different confidence intervals

committed dose to bone (Sv) using ICRP 56 dosimetry for adult males
for the mean individual in variability

|           | sec 4B    | sec 8B    | sec 12B   |
|-----------|-----------|-----------|-----------|
| at 95%ile | 5.42E+00  | 1.81E+00  | 5.42E-01  |
| at 90%ile | 2.41E+00  | 8.13E-01  | 2.41E-01  |
| mean      | 1.51E+00  | 5.27E-01  | 1.51E-01  |
| at 50%ile | 1.43E-01  | 4.52E-02  | 1.43E-02  |
| at 10%ile | 7.53E-03  | 3.01E-03  | 7.53E-04  |
| at 5%ile  | 3.01E-03  | 1.51E-03  | 3.01E-04  |

committed dose to bone (Sv) using ICRP 56 dosimetry for adult males for the mean
individual in variability assuming an uncertainty in relative biological effectiveness

|           | sec 4B    | sec 8B    | sec 12B   |
|-----------|-----------|-----------|-----------|
| at 95%ile | 2.41E+01  | 8.13E+00  | 2.41E+00  |
| at 90%ile | 1.01E+01  | 3.31E+00  | 1.01E+00  |
| mean      | 7.53E+00  | 2.56E+00  | 7.53E-01  |
| at 50%ile | 5.42E-01  | 1.81E-02  | 5.42E-02  |
| at 10%ile | 3.01E-02  | 1.05E-02  | 3.01E-03  |
| at 5%ile  | 1.51E-02  | 3.01E-03  | 1.51E-03  |

**Table 4.7 cont**

committed dose to bone (Sv) using ICRP 56 dosimetry for adult males
for the 95th %ile individual in variability

|  | sec 4B | sec 8B | sec 12B |
|---|---|---|---|
| at 95%ile | 2.86E+01 | 9.54E+00 | 2.86E+00 |
| at 90%ile | 1.27E+01 | 4.29E+00 | 1.27E+00 |
| mean | 7.95E+00 | 2.78E+00 | 7.95E-01 |
| at 50%ile | 7.56E-01 | 2.39E-01 | 7.56E-02 |
| at 10%ile | 3.98E-02 | 1.59E-02 | 3.98E-03 |
| at 5%ile | 1.59E-02 | 7.95E-03 | 1.59E-03 |

committed dose to bone (Sv) using ICRP 56 dosimetry for adult males for the 95th %ile
individual in variability assuming an uncertainty in relative biological effectiveness

|  | sec 4B | sec 8B | sec 12B |
|---|---|---|---|
| at 95%ile | 1.27E+02 | 4.29E+01 | 1.27E+01 |
| at 90%ile | 5.33E+01 | 1.75E+01 | 5.33E+00 |
| mean | 3.98E+01 | 1.35E+01 | 3.98E+00 |
| at 50%ile | 2.86E+00 | 9.54E-02 | 2.86E-01 |
| at 10%ile | 1.59E-01 | 5.57E-02 | 1.59E-02 |
| at 5%ile | 7.95E-02 | 1.59E-02 | 7.95E-03 |

committed dose to bone (Sv) using ICRP 56 dosimetry for adult females
for the mean individual in variability

|  | sec 4B | sec 8B | sec 12B |
|---|---|---|---|
| at 95%ile | 4.17E+00 | 1.39E+00 | 4.17E-01 |
| at 90%ile | 1.85E+00 | 6.26E-01 | 1.85E-01 |
| mean | 1.16E+00 | 4.05E-01 | 1.16E-01 |
| at 50%ile | 1.10E-01 | 3.48E-02 | 1.10E-02 |
| at 10%ile | 5.79E-03 | 2.32E-03 | 5.79E-04 |
| at 5%ile | 2.32E-03 | 1.16E-03 | 2.32E-04 |

committed dose to bone (Sv) using ICRP 56 dosimetry for adult females for the mean
individual in variability assuming an uncertainty in relative biological effectiveness

|  | sec 4B | sec 8B | sec 12B |
|---|---|---|---|
| at 95%ile | 1.85E+01 | 6.26E+00 | 1.85E+00 |
| at 90%ile | 7.76E+00 | 2.55E+00 | 7.76E-01 |
| mean | 5.79E+00 | 1.97E+00 | 5.79E-01 |
| at 50%ile | 4.17E-01 | 1.39E-02 | 4.17E-02 |
| at 10%ile | 2.32E-02 | 8.11E-03 | 2.32E-03 |
| at 5%ile | 1.16E-02 | 2.32E-03 | 1.16E-03 |

**Table 4.7 cont.**

committed dose to bone (Sv) using ICRP 56 dosimetry for adult females
for the 95th %ile individual in variability

|           | sec 4B    | sec 8B    | sec 12B   |
|-----------|-----------|-----------|-----------|
| at 95%ile | 2.20E+01  | 7.34E+00  | 2.20E+00  |
| at 90%ile | 9.79E+00  | 3.30E+00  | 9.79E-01  |
| mean      | 6.12E+00  | 2.14E+00  | 6.12E-01  |
| at 50%ile | 5.81E-01  | 1.84E-01  | 5.81E-02  |
| at 10%ile | 3.06E-02  | 1.22E-02  | 3.06E-03  |
| at  5%ile | 1.22E-02  | 6.12E-03  | 1.22E-03  |

committed dose to bone (Sv) using ICRP 56 dosimetry for adult females for the 95th %ile
individual in variability assuming an uncertainty in relative biological effectiveness

|           | sec 4B    | sec 8B    | sec 12B   |
|-----------|-----------|-----------|-----------|
| at 95%ile | 9.79E+01  | 3.30E+01  | 9.79E+00  |
| at 90%ile | 4.10E+01  | 1.35E+01  | 4.10E+00  |
| mean      | 3.06E+01  | 1.04E+01  | 3.06E+00  |
| at 50%ile | 2.20E+00  | 7.34E-02  | 2.20E-01  |
| at 10%ile | 1.22E-01  | 4.28E-02  | 1.22E-02  |
| at  5%ile | 6.12E-02  | 1.22E-02  | 6.12E-03  |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult males
for the mean individual in variability

|           | sec 4B    | sec 8B    | sec 12B   |
|-----------|-----------|-----------|-----------|
| at 95%ile | 5.42E-01  | 1.63E-01  | 5.42E-02  |
| at 90%ile | 2.86E-01  | 8.58E-02  | 2.86E-02  |
| mean      | 1.66E-01  | 4.97E-02  | 1.66E-02  |
| at 50%ile | 1.51E-02  | 4.52E-03  | 1.51E-03  |
| at 10%ile | 7.53E-04  | 2.26E-04  | 7.53E-05  |
| at  5%ile | 3.01E-04  | 9.04E-05  | 3.01E-05  |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult males for the mean
individual in variability assuming an uncertainty in relative biological effectiveness

|           | sec 4B    | sec 8B    | sec 12B   |
|-----------|-----------|-----------|-----------|
| at 95%ile | 8.58E-01  | 2.58E-01  | 8.58E-02  |
| at 90%ile | 4.52E-01  | 1.36E-01  | 4.52E-02  |
| mean      | 2.71E-01  | 8.13E-02  | 2.71E-02  |
| at 50%ile | 2.41E-02  | 7.23E-03  | 2.41E-03  |
| at 10%ile | 1.36E-03  | 4.07E-04  | 1.36E-04  |
| at  5%ile | 6.02E-04  | 1.81E-04  | 6.02E-05  |

**Table 4.7 cont.**

committed dose to lung (Sv) using ICRP 56 dosimetry for adult males
for the 95th %ile individual in variability

|            | sec 4B     | sec 8B    | sec 12B   |
|------------|------------|-----------|-----------|
| at 95%ile  | 2.86E+00   | 8.59E-01  | 2.86E-01  |
| at 90%ile  | 1.51E+00   | 4.53E-01  | 1.51E-01  |
| mean       | 8.75E-01   | 2.62E-01  | 8.75E-02  |
| at 50%ile  | 7.95E-02   | 2.39E-02  | 7.95E-03  |
| at 10%ile  | 3.98E-03   | 1.19E-03  | 3.98E-04  |
| at  5%ile  | 1.59E-03   | 4.77E-04  | 1.59E-04  |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult males for the 95th %ile
individual in variability assuming an uncertainty in relative biological effectiveness

|            | sec 4B     | sec 8B     | sec 12B   |
|------------|------------|------------|-----------|
| at 95%ile  | 4.53E+00   | 1.36E+00   | 4.53E-01  |
| at 90%ile  | 2.39E+00   | 7.16E-01   | 2.39E-01  |
| mean       | 1.43E+00   | 4.29E-01   | 1.43E-01  |
| at 50%ile  | 1.27E-01   | 3.82E-02   | 1.27E-02  |
| at 10%ile  | 7.16E-03   | 2.15E-03   | 7.16E-04  |
| at  5%ile  | 3.18E-03   | 9.54E-04   | 3.18E-04  |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females
for the mean individual in variability

|            | sec 4B     | sec 8B    | sec 12B   |
|------------|------------|-----------|-----------|
| at 95%ile  | 4.17E-01   | 1.25E-01  | 4.17E-02  |
| at 90%ile  | 2.20E-01   | 6.60E-02  | 2.20E-02  |
| mean       | 1.27E-01   | 3.82E-02  | 1.27E-02  |
| at 50%ile  | 1.16E-02   | 3.48E-03  | 1.16E-03  |
| at 10%ile  | 5.79E-04   | 1.74E-04  | 5.79E-05  |
| at  5%ile  | 2.32E-04   | 6.95E-05  | 2.32E-05  |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females for the mean
individual in variability assuming an uncertainty in relative biological effectiveness

|            | sec 4B     | sec 8B    | sec 12B   |
|------------|------------|-----------|-----------|
| at 95%ile  | 6.60E-01   | 1.98E-01  | 6.60E-02  |
| at 90%ile  | 3.48E-01   | 1.04E-01  | 3.48E-02  |
| mean       | 2.09E-01   | 6.26E-02  | 2.09E-02  |
| at 50%ile  | 1.85E-02   | 5.56E-03  | 1.85E-03  |
| at 10%ile  | 1.04E-03   | 3.13E-04  | 1.04E-04  |
| at  5%ile  | 4.63E-04   | 1.39E-04  | 4.63E-05  |

## Table 4.7 cont.

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females
for the 95th %ile individual in variability

|            | sec 4B     | sec 8B   | sec 12B  |
|------------|------------|----------|----------|
| at 95%ile  | 2.20E+00   | 6.61E-01 | 2.20E-01 |
| at 90%ile  | 1.16E+00   | 3.49E-01 | 1.16E-01 |
| mean       | 6.73E-01   | 2.02E-01 | 6.73E-02 |
| at 50%ile  | 6.12E-02   | 1.84E-02 | 6.12E-03 |
| at 10%ile  | 3.06E-03   | 9.18E-04 | 3.06E-04 |
| at 5%ile   | 1.22E-03   | 3.67E-04 | 1.22E-04 |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females for the 95th %ile
individual in variability assuming an uncertainty in relative biological effectiveness

|            | sec 4B     | sec 8B   | sec 12B  |
|------------|------------|----------|----------|
| at 95%ile  | 3.49E+00   | 1.05E+00 | 3.49E-01 |
| at 90%ile  | 1.84E+00   | 5.51E-01 | 1.84E-01 |
| mean       | 1.10E+00   | 3.30E-01 | 1.10E-01 |
| at 50%ile  | 9.79E-02   | 2.94E-02 | 9.79E-03 |
| at 10%ile  | 5.51E-03   | 1.65E-03 | 5.51E-04 |
| at 5%ile   | 2.45E-03   | 7.34E-04 | 2.45E-04 |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult males
for the mean individual in variability

|            | sec 4B     | sec 8B   | sec 12B  |
|------------|------------|----------|----------|
| at 95%ile  | 1.11E+00   | 3.34E-01 | 1.11E-01 |
| at 90%ile  | 5.57E-01   | 1.67E-01 | 5.57E-02 |
| mean       | 3.31E-01   | 9.94E-02 | 3.31E-02 |
| at 50%ile  | 3.01E-02   | 9.04E-03 | 3.01E-03 |
| at 10%ile  | 1.51E-03   | 4.52E-04 | 1.51E-04 |
| at 5%ile   | 7.53E-04   | 2.26E-04 | 7.53E-05 |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult males for the mean
individual in variability assuming an uncertainty in relative biological effectiveness

|            | sec 4B     | sec 8B   | sec 12B  |
|------------|------------|----------|----------|
| at 95%ile  | 1.13E+00   | 3.39E-01 | 1.13E-01 |
| at 90%ile  | 5.57E-01   | 1.67E-01 | 5.57E-02 |
| mean       | 3.46E-01   | 1.04E-01 | 3.46E-02 |
| at 50%ile  | 3.31E-02   | 9.94E-03 | 3.31E-03 |
| at 10%ile  | 1.81E-03   | 5.42E-04 | 1.81E-04 |
| at 5%ile   | 9.04E-04   | 2.71E-04 | 9.04E-05 |

**Table 4.7 cont.**

committed dose to liver (Sv) using ICRP 56 dosimetry for adult males
for the 95th %ile individual in variability

|            | sec 4B     | sec 8B     | sec 12B   |
|------------|------------|------------|-----------|
| at 95%ile  | 5.89E+00   | 1.77E+00   | 5.89E-01  |
| at 90%ile  | 2.94E+00   | 8.83E-01   | 2.94E-01  |
| mean       | 1.75E+00   | 5.25E-01   | 1.75E-01  |
| at 50%ile  | 1.59E-01   | 4.77E-02   | 1.59E-02  |
| at 10%ile  | 7.95E-03   | 2.39E-03   | 7.95E-04  |
| at 5%ile   | 3.98E-03   | 1.19E-03   | 3.98E-04  |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult males for the 95th %ile
individual in variability assuming an uncertainty in relative biological effectiveness

|            | sec 4B     | sec 8B     | sec 12B   |
|------------|------------|------------|-----------|
| at 95%ile  | 5.96E+00   | 1.79E+00   | 5.96E-01  |
| at 90%ile  | 2.94E+00   | 8.83E-01   | 2.94E-01  |
| mean       | 1.83E+00   | 5.49E-01   | 1.83E-01  |
| at 50%ile  | 1.75E-01   | 5.25E-02   | 1.75E-02  |
| at 10%ile  | 9.54E-03   | 2.86E-03   | 9.54E-04  |
| at 5%ile   | 4.77E-03   | 1.43E-03   | 4.77E-04  |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult females
for the mean individual in variability

|            | sec 4B     | sec 8B     | sec 12B   |
|------------|------------|------------|-----------|
| at 95%ile  | 8.57E-01   | 2.57E-01   | 8.57E-02  |
| at 90%ile  | 4.29E-01   | 1.29E-01   | 4.29E-02  |
| mean       | 2.55E-01   | 7.65E-02   | 2.55E-02  |
| at 50%ile  | 2.32E-02   | 6.95E-03   | 2.32E-03  |
| at 10%ile  | 1.16E-03   | 3.48E-04   | 1.16E-04  |
| at 5%ile   | 5.79E-04   | 1.74E-04   | 5.79E-05  |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult females for the mean
individual in variability assuming an uncertainty in relative biological effectiveness

|            | sec 4B     | sec 8B     | sec 12B   |
|------------|------------|------------|-----------|
| at 95%ile  | 8.69E-01   | 2.61E-01   | 8.69E-02  |
| at 90%ile  | 4.29E-01   | 1.29E-01   | 4.29E-02  |
| mean       | 2.66E-01   | 7.99E-02   | 2.66E-02  |
| at 50%ile  | 2.55E-02   | 7.65E-03   | 2.55E-03  |
| at 10%ile  | 1.39E-03   | 4.17E-04   | 1.39E-04  |
| at 5%ile   | 6.95E-04   | 2.09E-04   | 6.95E-05  |

**Table 4.7 cont.**

committed dose to liver (Sv) using ICRP 56 dosimetry for adult females
for the 95th %ile individual in variability

|            | sec 4B    | sec 8B    | sec 12B  |
|------------|-----------|-----------|----------|
| at 95%ile  | 4.53E+00  | 1.36E+00  | 4.53E-01 |
| at 90%ile  | 2.26E+00  | 6.79E-01  | 2.26E-01 |
| mean       | 1.35E+00  | 4.04E-01  | 1.35E-01 |
| at 50%ile  | 1.22E-01  | 3.67E-02  | 1.22E-02 |
| at 10%ile  | 6.12E-03  | 1.84E-03  | 6.12E-04 |
| at  5%ile  | 3.06E-03  | 9.18E-04  | 3.06E-04 |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult females for the 95th %ile
individual in variability assuming an uncertainty in relative biological effectiveness

|            | sec 4B    | sec 8B    | sec 12B  |
|------------|-----------|-----------|----------|
| at 95%ile  | 4.59E+00  | 1.38E+00  | 4.59E-01 |
| at 90%ile  | 2.26E+00  | 6.79E-01  | 2.26E-01 |
| mean       | 1.41E+00  | 4.22E-01  | 1.41E-01 |
| at 50%ile  | 1.35E-01  | 4.04E-02  | 1.35E-02 |
| at 10%ile  | 7.34E-03  | 2.20E-03  | 7.34E-04 |
| at  5%ile  | 3.67E-03  | 1.10E-03  | 3.67E-04 |

These dose estimates, particularly those at the upper confidence levels are substantial.[31]
One measure of their significance is the associated risk of cancer to the various organs.
Further uncertainty attends the development of risk estimates.  A review of different
approaches to making risk estimates and the attendant uncertainties is provided by the RAC
group (RAC 1996a).  The particular approach recommended by Radford (Radford 1996)
and reviewed as well by RAC (RAC 1996a), is to use the best evidence for cancer
induction by gamma radiation (primarily from the A-bomb studies) and then to extrapolate
to the case of alpha radiation from plutonium and americium using the concept of a relative
biological effectiveness (rbe).  Radford has provided dose estimates, so derived, and an
indication of the uncertainties associated with them as shown in Table 4.3. (Radford 1996).
Risks of cancers associated with the doses developed in Table 4.7 are shown in Table 4.8.
Once again, I have used Monte Carlo simulation to ascertain the effect of the uncertainties
in the risk coefficients. There is, of course, inter individual variability in the response of
exposed people to radiation as discussed by Radford and Blumberg. (Blumberg 1996,
Radford 1996).  Such variability could be treated along with the other sources of

---

[31] Doses to other organs can be significant as well.  For instance the dose to red marrow - the appropriate
dose for assessing the risk of leukemia - is approximately 1/4 the dose to liver.  Thus in the last section of
Table 4.7, the committed dose to red marrow to the 95%ile female in section 8B using an uncertainty in rbe
is about .3 Sv at the 95th % upper confidence level, and the best (mean) estimate is about .1 Sv.

variability, but I have not done so here.  Differences in susceptibility will be of interest in a medical monitoring program, especially if there are biomarkers for those differences.

**Table  4.8:**     Estimated excess relative risk using Radford risk coefficients
according to the prescription in Table 4.3

Excess relative risk to bone for men using the ICRP 56 dosimetry
for the mean individual in variability according to the prescription
of Table 4.3 expressed in %

|            | sec 4B | sec 8B | sec 12B |
|------------|--------|--------|---------|
| at 95%ile  | 2E+02  | 7E+01  | 2E+01   |
| at 90%ile  | 9E+01  | 3E+01  | 9E+00   |
| mean       | 7E+01  | 2E+01  | 7E+00   |
| at 50%ile  | 3E+00  | 1E+00  | 3E-01   |
| at 10%ile  | 2E-01  | 5E-02  | 2E-02   |
| at  5%ile  | 7E-02  | 2E-02  | 7E-03   |

Excess relative risk to bone for men using the ICRP 56 dosimetry
for the 95%ile individual in variability according to the prescription
of Table 4.3 expressed in %

|            | sec 4B | sec 8B | sec 12B |
|------------|--------|--------|---------|
| at 95%ile  | 9E+02  | 3E+02  | 9E+01   |
| at 90%ile  | 3E+02  | 1E+02  | 3E+01   |
| mean       | 3E+02  | 8E+01  | 3E+01   |
| at 50%ile  | 1E+01  | 4E+00  | 1E+00   |
| at 10%ile  | 6E-01  | 2E-01  | 6E-02   |
| at  5%ile  | 2E-01  | 7E-02  | 2E-02   |

Excess relative risk to lung for men using the ICRP 56 dosimetry
for the mean individual in variability according to the prescription
of Table 4.3 expressed in %

|            | sec 4B | sec 8B | sec 12B |
|------------|--------|--------|---------|
| at 95%ile  | 2E+01  | 7E+00  | 2E+00   |
| at 90%ile  | 1E+01  | 3E+00  | 1E+00   |
| mean       | 8E+00  | 2E+00  | 8E-01   |
| at 50%ile  | 5E-01  | 2E-01  | 5E-02   |
| at 10%ile  | 3E-02  | 8E-03  | 3E-03   |
| at  5%ile  | 1E-02  | 3E-03  | 1E-03   |

**Table 4.8 cont.**

Excess relative risk to lung for men using the ICRP 56 dosimetry
for the 95%ile individual in variability according to the prescription
of Table 4.3 expressed in %

|           | sec 4B | sec 8B | sec 12B |
|-----------|--------|--------|---------|
| at 95%ile | 9E+01  | 3E+01  | 9E+00   |
| at 90%ile | 4E+01  | 1E+01  | 4E+00   |
| mean      | 3E+01  | 8E+00  | 3E+00   |
| at 50%ile | 2E+00  | 6E-01  | 2E-01   |
| at 10%ile | 9E-02  | 3E-02  | 9E-03   |
| at 5%ile  | 4E-02  | 1E-02  | 4E-03   |

Excess relative risk to liver for men using the ICRP 56 dosimetry
for the mean individual in variability according to the prescription
of Table 4.3 expressed in %

|           | sec 4B | sec 8B | sec 12B |
|-----------|--------|--------|---------|
| at 95%ile | 1E+02  | 3E+01  | 1E+01   |
| at 90%ile | 5E+01  | 1E+01  | 5E+00   |
| mean      | 4E+01  | 1E+01  | 4E+00   |
| at 50%ile | 2E+00  | 5E-01  | 2E-01   |
| at 10%ile | 1E-01  | 3E-02  | 1E-02   |
| at 5%ile  | 5E-02  | 2E-02  | 5E-03   |

Excess relative risk to liver for men using the ICRP 56 dosimetry
for the 95%ile individual in variability according to the prescription
of Table 4.3 expressed in %

|           | sec 4B | sec 8B | sec 12B |
|-----------|--------|--------|---------|
| at 95%ile | 4E+02  | 1E+02  | 4E+01   |
| at 90%ile | 2E+02  | 5E+01  | 2E+01   |
| mean      | 1E+02  | 4E+01  | 1E+01   |
| at 50%ile | 6E+00  | 2E+00  | 6E-01   |
| at 10%ile | 4E-01  | 1E-01  | 4E-02   |
| at 5%ile  | 2E-01  | 6E-02  | 2E-02   |

**Table 4.8 cont.**

Excess relative risk to bone for women using the ICRP 56 dosimetry
for the mean individual in variability according to the prescription
of Table 4.3 expressed in %

|            | sec 4B | sec 8B | sec 12B |
|------------|--------|--------|---------|
| at 95%ile  | 2E+02  | 5E+01  | 2E+01   |
| at 90%ile  | 7E+01  | 2E+01  | 7E+00   |
| mean       | 6E+01  | 2E+01  | 6E+00   |
| at 50%ile  | 3E+00  | 1E+00  | 3E-01   |
| at 10%ile  | 2E-01  | 5E-02  | 2E-02   |
| at  5%ile  | 7E-02  | 2E-02  | 7E-03   |

Excess relative risk to bone for women using the ICRP 56 dosimetry
for the 95%ile individual in variability according to the prescription
of Table 4.3 expressed in %

|            | sec 4B | sec 8B | sec 12B |
|------------|--------|--------|---------|
| at 95%ile  | 6E+02  | 2E+02  | 6E+01   |
| at 90%ile  | 2E+02  | 7E+01  | 2E+01   |
| mean       | 2E+02  | 6E+01  | 2E+01   |
| at 50%ile  | 1E+01  | 4E+00  | 1E+00   |
| at 10%ile  | 6E-01  | 2E-01  | 6E-02   |
| at  5%ile  | 2E-01  | 7E-02  | 2E-02   |

Excess relative risk to lung for women using the ICRP 56 dosimetry
for the mean individual in variability according to the prescription
of Table 4.3 expressed in %

|            | sec 4B | sec 8B | sec 12B |
|------------|--------|--------|---------|
| at 95%ile  | 8E+01  | 2E+01  | 8E+00   |
| at 90%ile  | 3E+01  | 9E+00  | 3E+00   |
| mean       | 2E+01  | 7E+00  | 2E+00   |
| at 50%ile  | 2E+00  | 5E-01  | 2E-01   |
| at 10%ile  | 7E-02  | 2E-02  | 7E-03   |
| at  5%ile  | 3E-02  | 1E-02  | 3E-03   |

60

**Table 4.8 cont.**

Excess relative risk to lung for women using the ICRP 56 dosimetry
for the 95%ile individual in variability according to the prescription
of Table 4.3 expressed in %

|           | sec 4B | sec 8B | sec 12B |
|-----------|--------|--------|---------|
| at 95%ile | 3E+02  | 8E+01  | 3E+01   |
| at 90%ile | 1E+02  | 3E+01  | 1E+01   |
| mean      | 9E+01  | 3E+01  | 9E+00   |
| at 50%ile | 6E+00  | 2E+00  | 6E-01   |
| at 10%ile | 2E-01  | 7E-02  | 2E-02   |
| at 5%ile  | 1E-01  | 4E-02  | 1E-02   |

Excess relative risk to liver for women using the ICRP 56 dosimetry
for the mean individual in variability according to the prescription
of Table 4.3 expressed in %

|           | sec 4B | sec 8B | sec 12B |
|-----------|--------|--------|---------|
| at 95%ile | 2E+01  | 7E+00  | 2E+00   |
| at 90%ile | 9E+00  | 3E+00  | 9E-01   |
| mean      | 7E+00  | 2E+00  | 7E-01   |
| at 50%ile | 3E-01  | 1E-01  | 3E-02   |
| at 10%ile | 2E-02  | 5E-03  | 2E-03   |
| at 5%ile  | 9E-03  | 3E-03  | 9E-04   |

Excess relative risk to liver for women using the ICRP 56 dosimetry
for the 95%ile individual in variability according to the prescription
of Table 4.3 expressed in %

|           | sec 4B | sec 8B | sec 12B |
|-----------|--------|--------|---------|
| at 95%ile | 8E+01  | 2E+01  | 8E+00   |
| at 90%ile | 3E+01  | 9E+00  | 3E+00   |
| mean      | 2E+01  | 7E+00  | 2E+00   |
| at 50%ile | 1E+00  | 4E-01  | 1E-01   |
| at 10%ile | 6E-02  | 2E-02  | 6E-03   |
| at 5%ile  | 3E-02  | 9E-03  | 3E-03   |

Near the outer boundary of the medical monitoring area, for the upper confidence limit
exposures, both men and women have increased risks of 30% or more.   The risks of bone
cancer are increased 50% or more, and more than doubled for people living closer to the
plant or for the more highly exposed members of the population group.

## 5.0 Estimates of Exposures to Volatile Chlorinated Hydrocarbons

The manufacturing processes at Rocky Flats used large amounts of several different chlorinated chemicals as solvents. Six of these chemicals, carbon tetrachloride ($CCl_4$), chloroform, tetrachloroethylene (PCE), 111-trichloroethane (TCA), trichloroethylene (TCE), and methylene chloride were identified by ChemRisk as potentially significant hazards based on their toxicity and the quantities used. Because of their volatility it is likely that most of what was used was released into the air and that the primary route of exposure to people was through inhalation. These chemicals are all poisonous at high concentrations; five of them have been identified as carcinogenic.

### 5.1    The ChemRisk and RAC analysis of releases

In its original screening, ChemRisk selected chemicals for further exploration based on a hazard index. They compiled information on inventories of chemicals in two years, 1974 and 1988-9; they then assumed that the inventory represented 10% of annual usage to establish a yearly emission rate; they modeled air concentrations off-site based on a standard air pollutant transport model; using EPA potency indices, they compared the risk posed by this level of emissions to a risk standard specified as a lifetime risk of one in a million; the comparison was expressed as a ratio of the inventory amount to the amount (called an "allowable amount") which, under the same assumptions, would have created a risk equal to the  risk standard. Thus, for instance the 1974 inventory of $CCL_4$ was 22,000 time the "allowable amount" according to this approach. (One document states that Rocky Flats was the largest U.S. user of carbon tetrachloride (ChemRisk 1994c) p.115)  The six volatile chlorinated solvents all had inventories substantially larger than "allowable amounts" and were selected for more detailed study.

The next steps followed by ChemRisk were to attempt more refined estimates of emissions (ChemRisk 1994c). They conducted interviews with plant personnel, examined an annual usage document from 1977, and looked for other records which might indicate usage rates. These sources of information were somehow combined to produce a range of estimates for the substances of concern, expressed as high and low release estimates by year.

In phase II of the CDHPE study, the RAC group reviewed the ChemRisk effort for carbon tetrachloride. They found no additional sources of information on process changes which

would suggest substantially altering the ChemRisk release estimates. They concluded that the ChemRisk release estimates provided a reasonable basis for estimating releases, but that the documents were not complete enough to support a quantitative uncertainty analysis. (RAC 1996c) p. 21.

### 5.2    Selection of evidence for estimates of emissions and concentrations in air

It appears from the RAC review that ChemRisk has developed the most complete basis available for estimating releases of these chemicals and I therefore make use of their estimates. The record is, however, regrettably incomplete, and the lack of documentation of releases by the plant operators means that any estimates of exposure will have substantial uncertainties. As pointed out in the RAC review, it is difficult to assess the basis for the uncertainty range given by ChemRisk for their releases and a quantitative interpretation of the uncertainty is necessarily somewhat arbitrary. Because a quantitative characterization of the uncertainty is desirable for combining with uncertainties and for comparisons with other toxic agents, I have made a particular interpretation of the ChemRisk ranges. Because there does not seem to be any clear reason for the differences in the magnitudes of the ratios between the upper and lower estimates given by ChemRisk for the individual chemicals, my interpretation is generic for all six: for each of the chemicals I assume that the ChemRisk upper release estimate represents the upper 90%ile, and that the 10%ile estimate is a factor of 10 lower. I further choose to represent my uncertainties numerically according to a log normal distribution[32]. These assumptions representing my uncertainty reflect my interpretation of ChemRisk's approach and efforts in estimating releases.

Concentrations in air may be derived in the region of interest by combining the estimate for an annual rate of emissions with a meteorological model that gives an annual average for the concentration at locations of interest. Since the choice of one model rather than another introduces uncertainties which are much smaller than the other uncertainties we must contend with, I choose to follow ChemRisk and use their calculations based on the Industrial Source Complex (ISC) model (ChemRisk 1994a) p 39. This is a well established model; its short term performance was reviewed by RAC (RAC 1996d).

---

[32]As noted above, log normal distributions are appropriate when there are a large number of multiplicative uncertainties. Here it is hard to say how the sources of uncertainty are combined; however, in the subsequent analysis, this choice will be combined multiplicatively with other uncertainties; the log normal form is analytically convenient and its choice should not appreciably affect the overall calculation.

Modeling introduces uncertainties into the estimates beyond the uncertainties associated
with the emissions estimates: predictions at any location will be uncertain because of limits
in both the model capabilities and in the data used by the model; furthermore, there is no
particular reason to believe that the pattern of releases over time was at all consistent with a
constant average release. These two sources of uncertainty contribute independently and
are independent of the estimate of aggregate releases. Again it is convenient to describe my
uncertainty in modeling the concentrations by using a log normal distribution, where the
90%ile/10%ile ratio can be taken to be about 10 for the combined effect[33].

### 5.3    The treatment of a multiplicity of agents

Over time the use of different chlorinated solvents changed, partly because of changes in
production processes, but partly because the operators at Rocky Flats were substituting one
solvent for another. In particular there appears to have been a period in the 1970s when
TCE and TCA were used in an attempt to reduce the use of carbon tetrachloride because of
concerns about its carcinogenicity (ChemRisk 1994c), although there is no indication in the
documents I have seen that there was any systematic attempt by the Rocky Flats operators
to assess the exposures or risks or to assess the supposed benefits of the substitutions.

Throughout operations, the releases have been of a mixture of these toxins. Little in detail
is known about the combined effect of such mixtures. On the other hand the chemicals also
have many similarities and it could be reasonable to consider them in aggregate.
Furthermore, because the information on usage rates for each of the chemicals is sketchy,
how the mix changed over time is also uncertain. The approach I have taken is to focus on
the total use of the six chlorinated solvents and to develop an emissions estimate for this
aggregate, together with the characterization of my uncertainty. I have then made estimates
for each of the six individually as fractions of the total (these fractions are different for three
different time periods as are the estimated total releases)[34].

### 5.4    The calculations

---

[33]My basis for this choice is my general experience with long term models - ChemRisk assigns a factor of
3 to represent the uncertainty in model calculations and does not consider the effect of fluctuating
emissions.
[34]I do not assign an uncertainty to these fractions as my uncertainty for the aggregate is representative of my
uncertainty for each of the individual components

64

The estimate of yearly average concentrations of each of the six chlorinated solvents is specified by the discussion in the previous two subsections. The recipe is summarized in Table 5.1 which provides a summary of the assumptions and their mathematical representation, and the sequence of steps for the calculation. These steps include i) estimating 90%ile emissions and use these to estimate average releases from the ChemRisk upper limit estimates, ii) use of these estimates with the ISC model to calculate annual average concentrations in three down wind sectors (sectors 4, 8, and 12) which represent regions near the plant, further from the plant but within the proposed medical monitoring region, and just outside the proposed monitoring region; iii) uncertainty in these estimates is described using the characterization of the uncertainty in the release estimate and in the modeling; iv) 90%ile and 95%ile upper confidence levels are then derived from this representation of uncertainty.

**Table 5.1:**   Prescription for the calculation of exposures from releases of volatile chlorinated solvents

| Information used | Source of information |
|---|---|
| Upper bound release estimates from ChemRisk and how they changed with time | |
| chemical | ChemRisk Task 5 pages |
| Carbon tetrachloride (CCl4) | 152-156,175 |
| Chloroform (CH2CL2) | 154-159,176 |
| Methylene chloride (CHCL3) | 160-163,177 |
| Tetrachloroethylene (PCE) | 163-167,178 |
| 1,1,1-trichloroethane (TCA) | 167-170,179 |
| Trichloroethylene (TCE) | 170-174,180 |
| generic uncertainty in releases | estimated from range of estimates |
| ISC model relating concentrations to release rates | ChemRisk task 8 p.E-2 |

**Prescription for making estimate**

Step1:          average the upper bound releases over three time periods

Step 2:         add the averages for each period to give a total upper bound release
                of volatile chlorinated solvents in each period

Step 3:         define a log normal distribution for the total release by assuming that
                the upper bound represents the 90th%ile and that the
                ratio of the 90th to the 10th %ile is approximately 10

Step 4:         Use the ChemRisk ISC dispersion factors to estimate total
                concentrations in sectors 4, 8, and 12.

Step 5:         Express the releases of each of the solvents individually as fractions
                of the total for each time period

**Mathematical Summary**

upper bound release estimates (1000 kg/yr) for the total release of chlorinated solvents
  average for 1953-64                              640

parameters of the log normal distribution
geometric mean(1000 kg/yr)          ln gsd
                        203                0.9

factors giving the fraction of the 1953-64 total for the three time periods

| Chemicals | 1953-1964 | 1965-76 | 1977-89 |
|---|---|---|---|
| Total CHC's | 1 | 0.7 | 0.4 |
| CCl4 | 0.20 | 0.30 | 0.21 |
| PCE | 0.46 | 0.11 | 0.003 |
| CHCl3 | 0.03 | 0.03 | 0.017 |
| CH2Cl2 | 0.005 | 0.008 | 0.015 |
| TCA | 0.02 | 0.11 | 0.13 |
| TCE | 0.28 | 0.12 | 0.02 |

ISC dispersion factors (1/m3)
sector 4              5.3E-15
sector 8              2.4E-15
sector 12             1.2E-15

66

### 5.5    Results and implications

The results from these calculations are summarized in Table 5.2. They indicate that my estimate of average concentrations of the six chlorinated chemicals combined could have ranged from .8 - 1.7 $\mu g/m^3$ in the proposed medical monitoring region in the years preceding 1965 with a reduction by a third to over a half in subsequent years. The 95%ile upper confidence estimates are 2.2 - 4.8 $\mu g/m^3$ respectively. Average and 95%ile concentrations for carbon tetrachloride in the early years were .15 - .34 $\mu g/m^3$ and .4 - 1.0 $\mu g/m^3$ respectively and they increased by approximately 50% for the next decade.   Short term exposures could have been 20 - 40 times the average values[35].

**Table  5.2**    Estimates of concentrations of volatile chlorinated solvents calculated according to the prescription of Table 5.1

Values for total concentrations ($\mu g/m3$) of volatile chlorinated solvents using steps 1-4 in Table 5.1

|           | avg conc $\mu g/m3$ in sec 4 | sec 8 | sec 12 |
|-----------|------|------|------|
| at 95%ile | 4.8  | 2.2  | 1.1  |
| at 90%ile | 3.5  | 1.6  | 0.8  |
| mean      | 1.7  | 0.8  | 0.4  |
| at 50%ile | 1.1  | 0.5  | 0.2  |
| at 10%ile | 0.35 | 0.2  | 0.1  |
| at  5%ile | 0.25 | 0.1  | 0.1  |

weighting factors from step 5 to apply to determine the concentrations of particular chemicals in different time periods

fraction of total CHC average conc in each time period

|             | 1953-1964 | 1965-76 | 1977-89 |
|-------------|-----------|---------|---------|
| Total CHC's | 1         | 0.7     | 0.4     |
| CCl4        | 0.20      | 0.30    | 0.21    |
| PCE         | 0.46      | 0.11    | 0.003   |
| CHCl3       | 0.03      | 0.03    | 0.017   |
| CH2Cl2      | 0.005     | 0.008   | 0.015   |
| TCA         | 0.02      | 0.11    | 0.13    |
| TCE         | 0.28      | 0.12    | 0.02    |

These concentrations can be compared with  EPA and California risk estimates for cancers (California Environmental Protection Agency 1996, US EPA 1996); the EPA estimates, for

---

[35] a factor of 10 is a common rule of thumb relating short term peak to average exposures - fluctuations in release rates will increase this ratio.

instance, a $10^{-6}$ lifetime risk of cancer for lifetime exposures to carbon tetrachloride at concentrations of approximately .07 $\mu g/m^3$, while the California estimates are nearly a factor of three higher. Particularly considering that the upper confidence limit concentrations for CCl4 are 20 times this and that the aggregate of chlorinated solvents may have concentrations up to 50 times the CCl4 limit, these constitute significant risks for a person present in the neighborhood for a substantial fraction of Rocky Flats operations.

## 6.0 Estimates of Exposures to Ethylene Oxide

Ethylene oxide (EtO) is a highly reactive chemical which is a gas at standard conditions. A large inventory of it was apparently present in the early 1970's, however, neither ChemRisk nor the RAC team has been able to determine what it was used for and they have not attempted release estimates (ChemRisk 1994c). Since EtO is a known carcinogen and is known to be genotoxic, the possibility that there were substantial public exposures must be of concern in assessing the need for and developing a medical monitoring program. (ATSDR 1990, Landrigan 1992).

### 6.1    History and inventories

Ethylene oxide is primarily used for the synthesis of a variety of organic chemicals. It is also used as a disinfectant and fumigant. EtO is a powerful solvent and is miscible with most organic solvents; since there appears to have been considerable experimentation at Rocky Flats with the choice of solvents (RAC 1996c), it may have been used for this purpose. If this were the use, then, just as for the volatile chlorinated solvents (RAC 1996c), one would expect that almost all of the EtO used would have gone into the air.

The only available information on the amounts of EtO used at Rocky Flats is the 1974 inventory of chemicals collected by ChemRisk. This shows the presence at the plant of 192,000 Kg of EtO (ChemRisk 1992). There is a list from the 1960's which includes EtO but does not give quantities (Hicks 1966). The 1988 ChemRisk inventory does not show that any EtO was present.

### 6.2    Why use the inventory to make exposure estimate

Since the inventory value is the only information on which to base an exposure estimate, that is what I use. Once again the lack of documentation by the plant operators of their handling of toxic materials and the potential for exposures means that uncertainties are inevitable in any estimate of exposures. In comparison with the analysis of the previous

section on chlorinated hydrocarbons, the absence of further information beyond the
inventory value means that there is considerably more uncertainty in these estimates. In my
judgment the uncertainty extends primarily toward lower estimates of exposure: it seems
more likely, though not certain (especially in light of the prevailing secrecy), that there
would have been more discussion of EtO use had there been regular long term consumption
of EtO consistent with the amounts in the 1974 inventory (as there was for some of the
chlorinated hydrocarbons), and that raises the possibility that the inventory amounts reflect
much of what was used, and even the possibility that there was an error in the inventory.
With only one piece of information from a particular year, even more uncertainty shrouds
the attempt to define the time periods for release.

### 6.3     *The calculation*

The calculation of potential exposures is made following the same procedure as the
calculation for exposures to chlorinated hydrocarbons described in section 5.3. The 1974
inventory is converted to an annual release rate of 500 tons per year, which I have chosen
in the absence of better information to assume is representative of the period from 1963-
1982, well before the 1988 inventory. Exposures in the different downwind sectors are
calculated from ChemRisk's tabulation using the ISC model. The principle difference in
this case is that rather than consider this my central estimate as was the procedure for the
chlorinated hydrocarbons, I believe instead that it represents my 90th percentile upper
confidence level. I take as my central estimate the assumption that the inventory reflects a
substantial fraction of the total amount of EtO consumed by the plant (10-50%) over the 20
year period. If as a rough characterization, I describe my uncertainty as a log normal
distribution, that implies that, at the lower 5 or 10% confidence level, the releases were
500-1000 times lower than my upper estimates. Such releases would be consistent with a
mistake in the inventory confusing grams with kilograms. The assumptions I made for this
calculation are summarized in Table 6.1.

**Table 6.1:**     Prescription for the calculation of exposures from releases of ethylene oxide (EtO)

| Information used | Source of information |
|---|---|
| 1974 inventory amount | ChemRisk task 2 Table 3-13 p. 59 |
| period of usage | no information except inventory date |
| ISC model relating concentrations to release rates | ChemRisk task 8 p.E-2 |

**Prescription for making estimate**

Step1:      Create release estimate assuming that inventory reflects approximately 40% of annual usage for the 20 year period 1963-82

Step 2:      Create release estimate assuming that the inventory reflects approximately 40% of usage across the entire 20 year period

Step 3:      Take the step 1 release as a 90%ile ucl estimate for releases and the step 2 release as the 50%ile value and assume that uncertainty is represented by a log normal distribution

Step 4:      Use the ChemRisk ISC dispersion factors to estimate concentrations in sectors 4, 8, and 12.

**Mathematical Summary**

| inventory amount (kg) | step 1 annual release (kg) | step 2 annual release (kg) |
|---|---|---|
| 192,500 | 500,000 | 25,000 |

parameters of the log normal distribution

| geometric mean (kg/yr) | ln gsd |
|---|---|
| 25,000 | 2.3 |

ISC dispersion factors (1/m3)
| sector 4 | 5.3E-15 |
| sector 8 | 2.4E-15 |
| sector 12 | 1.2E-15 |

### 6.4    Results and implications

If releases of EtO were at the upper range of my uncertainty (the 90-95% upper confidence level) then the exposures to the population near Rocky Flats were substantial. Average concentrations of EtO in air in residential areas near the plant could have been as high as 2.5-5.0 $\mu g/m^3$ and .6-1.0 $\mu g/m^3$ just outside the proposed medical monitoring region. These numbers may be compared with the NIOSH recommendation that average occupational exposures be kept below .15 $\mu g/m^3$. Even my central estimates of the exposures that would have been associated with the release of a few times the 1974

inventory spread over many years produce concentrations that are within a factor of 2 or so of the NIOSH recommendation. The range of estimates for long term exposures in the various downwind sectors is summarized in Table 6.2. These are estimates of average exposures; since EtO also has acute effects, one may be concerned about short term exposures; these can be substantially higher than the average since meteorological conditions may be unfavorable and since there may be periods of relatively high releases. Considering both of these possibilities it is reasonable to anticipate that there may have been short term exposures 20 or more times the average.[36]

**Table 6.2:**      Estimates of concentrations of ethylene oxide calculated according
to the prescription of Table 6.1

Values for EtO concentrations ($\mu$g/m3) using steps 1-4 in Table 6.1
for different sectors and for different confidence intervals

|  | avg conc $\mu$g/m3 in sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 5.0E+00 | 2.3E+00 | 1.1E+00 |
| at 90%ile | 2.7E+00 | 1.2E+00 | 6.0E-01 |
| mean | 1.8E+00 | 8.2E-01 | 4.1E-01 |
| at 50%ile | 1.3E-01 | 5.9E-02 | 2.9E-02 |
| at 10%ile | 6.4E-03 | 2.9E-03 | 1.4E-03 |
| at 5%ile | 3.4E-03 | 1.5E-03 | 7.6E-04 |

Weighting factors
to apply for the
years indicated

| 1953-62 | 1963-82 | 1982-89 |
|---|---|---|
| 0.1 | 1 | 0.1 |

As described by Landrigan in addition to animal studies which show cancer, genetic damage, and reproductive system harm from EtO exposures, there have been several studies of workers showing substantial increases in cancer rates, particularly for hematopoietic cancers, in workers exposed to concentrations in the range of 5-20 $\mu$g/m$^3$.[37] Concentrations in the range of 1 $\mu$g/m$^3$ have been shown to be associated with genotoxic effects. The standard California risk estimates give a lifetime cancer risk of $10^{-6}$ for a lifetime exposure at .02 $\mu$g/m$^3$(California Environmental Protection Agency 1996). This

---

[36]see the previous footnote (as described below in footnote 34, we are not concerned with extreme values)
[37]Note that the occupational studies are for exposures occurring over a 40 hour work week which is less than the 168 hours of a full week.

value is 100 times lower than the upper confidence estimates for exposures in the outer portion of the chronic medical monitoring region. Thus, people living near the Rocky Flats plant may have experienced and may be experiencing risks of the order of $10^{-4}$ if there was extensive use of EtO at the plant.

### 6.5   Summary

EtO is a well known toxic chemical which was apparently used in substantial quantities for some period of time at Rocky Flats. While there is very little evidence presently available for making detailed estimates of past exposures of the public to releases of EtO, there is enough reason to believe that there may have been exposures sufficient to create a substantial health risk to the public. The possibility of such exposures should be addressed in any medical monitoring program.

## 7.0  Estimates of Exposures to Beryllium

Beryllium, a light and reactive metal, is used in manufacturing nuclear weapons. The Rocky Flats industrial effort involved both casting and machining of beryllium and also involved refining it to obtain metal of extremely high purity (ChemRisk 1992). Beryllium is a known carcinogen and also causes a specific lung disease called chronic beryllium disease (CBD) which appears to be caused by an immunological reaction. (Barnard, J. Torma-Krajewski, and Viet 1996)(ATSDR 1988). Occupational exposures to beryllium at Rocky Flats have caused numerous cases of CBD and additional cases of sensitivity to beryllium including cases where exposures were apparently very low (Barnard, J. Torma-Krajewski, and Viet 1996, Stange, D.E. Hilmas, and Furman 1996).

### 7.1 Selection of evidence for estimating exposures

Tons of beryllium were generally present on site (ChemRisk 1992, Dienes 1985, Unknown 1980?, Whiteman 1986), however, unlike the volatile organic compounds, one cannot reasonably assume that most of the Be used was released into the air. Indeed large quantities of scrap were sometimes sold, and scrap was also stored for considerable periods on site. Beryllium does oxidize readily so it will be available for transport in the air unless it is stored with care.

72

Because beryllium is reasonably persistent in the environment, one might imagine that if there were substantial emissions from Rocky Flats these would lead to a footprint similar to the plutonium footprint discussed in section 4. Unfortunately the evidence here is difficult to interpret. Colorado Department of Public Health Laboratory measured beryllium in soils around the plant in 1971 and again at similar locations in 1989(Krey 1992) . The results of 1989 showed all values below the analytic detection limits defined by the Laboratory Team. However this detection limit does not provide a very stringent upper bound to the air concentrations which may have been experienced. The 1971 measurements did see positive results. However the largest concentrations observed were to the west, up wind, of the plant and thus not the expected footprint. Slightly elevated levels were observed in a southeasterly direction from the plant in two sectors and these could be a footprint of air emissions. Since large scale beryllium releases likely ended in the mid 1970's (ChemRisk 1992) and the beryllium foundry was cleaned up by 1980 (RAC 1996b) , it may not be surprising if the surface concentrations were lower by 1989. As we shall see, back calculating to estimate the concentrations of beryllium in air that may have produced such a footprint gives concentrations which are of serious health concern. They represent very substantial releases from the site, but these may not be incompatible with the amount of beryllium handled.

Other evidence points to lower releases and thus lower concentrations. ChemRisk bases its estimate of concentrations on beryllium measurements taken from the stacks of buildings in which beryllium operations occurred and these give quite low releases (and estimated concentrations). The RAC review team is skeptical that off-site beryllium measurements now will be able to detect a footprint, and observes that present levels on the ground near the plant appear indistinguishable from background (RAC 1996b). Because of concern about occupational exposures, there was some monitoring of Be air levels in various buildings in which work was performed, and generally values were lower than the occupational limit of 2 $\mu g/m^3$, though considerably higher than the EPA action level of .01 $\mu g/m^3$.

I find myself skeptical of the ChemRisk analysis. It is difficult to believe that with the handling of so much material, the stack measurements are accounting for most of the releases. I am also skeptical of the back calculation from the possible 1971 footprint south east of the plant. The very limited data set and the possibility of other sources as suggested by the measurements West of the plant cast considerable doubt on this interpretation. However, I do not feel that I can rule out either of these possibilities at the 90th or 95th

73

percentile confidence level. Thus, for the purposes of considering the development of a medical monitoring program, I choose to describe three possibilities, the back calculation, the ChemRisk releases, and an intermediate case in which, for lack of better information, I describe my uncertainty as a broad distribution centered somewhere around the geometric mean of the other two cases. My overall uncertainty is reflected by an assignment of a probability of roughly 10% to each of the two limiting cases.

### 7.2     The calculations

The calculation of possible concentrations for each of these scenarios is quite straightforward. ChemRisk has already made the calculation based on stack releases; all that remains is to assign a plausible description of the uncertainty and since the values are extremely low, the choice has no implications.  The back calculation proceeds exactly in analogy with the plutonium calculation.  Concentrations in soil must be converted to an estimate of amounts deposited.  In this case, it is appropriate to assume that there is a substantial background at the level at which most of the measurements are made, so only the excess concentrations are considered.  The amounts deposited are converted to an estimate of the concentration in air which would lead to such deposits.  Again uncertainties must be assigned, and the biggest uncertainty within the scenario is the deposition velocity.[38]  For the rest of the calculation I simply take the geometric mean of the extreme scenarios and assign a broad enough distribution to approach them.  The assumptions for the calculations are summarized in Table 7.1.

**Table  7.1:**     Prescription for the calculation of exposures from releases of beryllium

| Information used | Source of information |
|---|---|
| 1971 and 1988 CDPHE soil measurements | Krey memo |
| deposition velocities | NUREG/CR-6244 |
| fraction remaining after deposition | estimate based on soil losses |
| background beryllium concentration | estimate from lowest reported 1971 values |
| peak period of releases 1958-74 | ChemRisk task 4 p74-76, task 5 p139-149 |
| ChemRisk release estimates | ChemRisk task 5 p. 139-149 |
| ISC model relating concentrations to release rates | ChemRisk task 8 p.E-2 |

**Prescription  for  making  estimate**

Step 1:        attribute the excess, measured -background, soil concentrations
               in sectors 8 and 12 to deposition from Rocky Flats releases

Step 2:        find the cumulative concentration of beryllium in air which would have
               produced that deposition using the NRC/CEC vd
               and the assumed fraction remaining

Step 3:        convert that to an annual average concentration for the period 1958-70

Step 4:        assume that concentration has an uncertainty distribution reflecting
               the uncertainty in vd and the fraction remaining

---

[38]For this portion of the calculation, as for the stack releases, a detailed uncertainty analysis is unnecessary; since unlikely aspects of either of these scenarios contribute little to the overall representation of uncertainty.

## Table 7.1 cont.

Step 5:    Create release estimate using ChemRisk Beryllium releases
           add them up, and average over the period 1958-70

Step 6:    Use the ChemRisk ISC dispersion factors to estimate concentrations in
           sectors 4, 8, and 12.

Step 7:    Calculate the geometric mean of the concentrations from step 3 and step 5

Step 8:    Assign a broad log normal distribution which extends nearly (99%ile)
           to the step 3 and step 6 values to describe uncertainty

Step 9:    Create a general description of uncertainty by assuming that there is
           a .1 chance that the step 3 distribution holds, a .1 chance that
           the step 6 holds and a .8 chance that the step 7 distribution holds

### Mathematical Summary

deposited amounts (g/m2) (from measured amounts - background)

| | |
|---|---|
| sector 8 | 0.12 |
| sector 12 | 0.03 |

deposition velocity (m/sec) log normal distribution

| | | | |
|---|---|---|---|
| geom mean | 0.002 ln gsd | | 1.8 |

fraction remaining - triangular distribution

| | | | | | | |
|---|---|---|---|---|---|---|
| midpt | 0.5 | low | 0.05 | high | 0.95 |

Average concentrations from this calculation (µg/m3)

| | | | | |
|---|---|---|---|---|
| sector 4&8 | 0.24 | | | |
| sector 12 | 0.06 | For step 4 log normal distribution | | |
| | | gm (µg/m3) | ln gsd | |
| | | 0.05 | 1.75 | |

Chem risk estimated releases (g)
          16

| ISC dispersion factors (1/m3) | | average concentrations (µg/m3) | |
|---|---|---|---|
| sector 4 | 5.3E-15 | sector 4 | 8.5E-08 |
| sector 8 | 2.4E-15 | sector 8 | 3.8E-08 |
| sector 12 | 1.2E-15 | sector 12 | 1.9E-08 |

For step 6 log normal distribution

| | |
|---|---|
| gm (µg/m3) | ln gsd |
| 8.5E-08 | 1.75 |

| geometric mean (µg/m3) | | ln gsd for log normal distribution - step 8 |
|---|---|---|
| sector 4 | 1.4E-04 | 3.2 |

### 7.3    Results and implications

The concentrations of beryllium in air for the upper end of my confidence range (90th-95th percentile confidence) are substantial, ranging from .04 to .24 $\mu g/m^3$ across the proposed medical monitoring zone.  These concentrations may be compared with an occupational limit of 2 $\mu g/m^3$ which applies for a working week and at which it appears that CBD can be expected to occur with significant frequency (Barnard, J. Torma-Krajewski, and Viet 1996).  They may also be compared with the EPA action level of .01 $\mu g/m^3$ which is also justified by a concern for individuals who are sensitive to beryllium.  The high concentrations come, of course, from the back calculation scenario.  Much lower concentrations are more typical of the other two scenarios.  The range of results is summarized in Table 7.2.

**Table  7.2:**    Estimates of concentrations of beryllium
according to the prescription of Table 7.1

Values for Be concentrations ($\mu g/m3$) using the combination of distributions (Step 9)
for different sectors and for different confidence intervals

|            | avg conc $\mu g/m3$ in sec 4 | sec 8   | sec 12  |
|------------|------------------------------|---------|---------|
| at 95%ile  | 2.4E-01                      | 1.1E-01 | 5.5E-02 |
| at 90%ile  | 8.9E-02                      | 4.0E-02 | 2.0E-02 |
| at 50%ile  | 2.0E-04                      | 9.0E-05 | 4.5E-05 |
| at 10%ile  | 9.3E-08                      | 4.2E-08 | 2.1E-08 |
| at  5%ile  | 2.8E-08                      | 1.3E-08 | 6.3E-09 |

Weighting factors to apply for the years indicated

| 1953-57 | 1958-74 | 1974-1989 |
|---------|---------|-----------|
| 0.1     | 1       | 0.1       |

### 7.4    Summary

In the context of substantial concerns about exposures of Rocky Flats neighbors to other hazardous materials, there are reasons in addition to the back calculation why the possibility of significant beryllium exposure must be taken seriously in the design of a monitoring program:

o   sensitivity to beryllium and its potential consequence of chronic beryllium disease and beryllium-induced cancers are serious diseases;

o   it is likely that sensitivity to beryllium in some people can appear at relatively low exposure;

o   it is clear that vast amounts of beryllium were handled at the Rocky Flats plant and little is known about the ultimate disposition of it;

o   even if the measurements used in the back calculation do not themselves reflect Be deposits from Rocky Flats, the calculation demonstrates that soil measurements can not be used to rule out the presence of relatively high concentrations of beryllium (well in excess of the EPA action level).

## 8.0 Summary Discussion: Implications for Medical Monitoring

### 8.1    Discussion of risks as they relate to distances from the plant

I have presented calculations of exposures, doses, and risks for three locations relating to the medical monitoring area of Figure 2.1, a location near the plant, a location inside the area but near the outer boundary, and a location outside the boundary.  The choice of an appropriately sized monitoring region should not be based on exposure estimates alone; practical questions for the implementation of a program are relevant, and given the uncertainties in exposure estimates, medical judgment is needed to define the extent of the program. The exposures presented, with their uncertainties, show that significant exposures occurred within the medical monitoring region and that there is significant lowering of exposures at locations outside the region.  Calculations for other locations using the same methods are entirely feasible, depending on the needs of the monitoring program.

### 8.2    Calculations  of exposures and doses to representative individuals

The analysis developed in Sections 4,5,6, and 7 provides a basis for estimating the exposures, uptake and dose received by people in the medical monitoring group depending on their location near the plant, their period of residence, and their age and sex.  A general prescription for making such calculations is shown in Table 8.1.[39]

--------------------

[39]As noted before, radiation doses to organs other than bone, lungs, and liver may be done as well by using the relevant ICRP coefficients.

**Table 8.1:**      Prescription for estimating the exposure and dose of an individual in the medical monitoring group based on information about residence location, period of residence, birth date, and sex

| Information used | Source |
|---|---|
| individual history | the individual |
| breathing rates with age and sex dependence | Snyder, RAC 3 |
| Dosimetry coefficients<br>   with age and sex dependence | ICRP 56, ICRP 71, RAC 3, Radford |
| Risk coefficients<br>   with age and sex dependence | Radford, RAC 3 |
| Pu intakes, doses, and risks from an<br>   accumulated exposure to 903 pad releases | Tables 4.6,4.7,4.8 |
| Multipliers expressing Pu exposures,<br>   doses, and risks for other time periods | Table 4.5 |
| Exposures to CHC's, EtO, and Be for<br>   various time periods | Tables 5.2,6.2,7.2 |

**Prescription for calculating individual exposures, doses, and risks**

| Step 1: | define relevant time periods and location(s) within the medical monitoring region |
|---|---|
| Step 2: | calculate average one year exposures for the peak exposure periods for each toxic substance at the location(s) of concern |
| Step 3: | use the multipliers in Tables 4.5,5.2,6.2,7.2 to estimate exposures and doses to an adult for each of the relevant years of residence |
| Step 4: | adjust breathing rates, and dose factors for years in which the person was a child |
| Step 5: | sum the exposures and doses over the relevant years |

Table 8.2 shows how the prescription of Table 8.1 can be used to calculate exposures and doses for an individual; the calculation is made for a hypothetical person residing for a period of time within the medical monitoring region.

**Table 8.2**      Example exposure and dose estimates made according to the prescription of Table 8.1

Example A:      Hypothetical example used for illustrating calculations:
Adult woman residing near the outer boundary of the chronic exposure
monitoring area for the period 1957-1968

calculation:      location is 8B

peak year exposures

|           | pu-239+240 | am + pu238 | total CHC's | EtO   | Be    |
|-----------|------------|------------|-------------|-------|-------|
|           | Bq/m3      | Bq/m3      | µg/m3       | µg/m3 | µg/m3 |
| at 95%ile | 1E-02      | 2E-03      | 1E+01       | 2E+00 | 1E-01 |
| at 90%ile | 6E-03      | 1E-03      | 2E+00       | 1E+00 | 4E-02 |
| mean      | 4E-03      | 7E-04      | 8E-01       | 5E-02 | 4E-02 |
| at 50%ile | 5E-04      | 1E-04      | 5E-01       | 6E-02 | 9E-05 |
| at 10%ile | 3E-05      | 7E-06      | 2E-01       | 3E-03 | 4E-08 |
| at 5%ile  | 2E-05      | 3E-06      | 3E-02       | 2E-03 | 1E-08 |

total exposure

| pu + am     | 4 years x peak + 7 yrs x .1 peak + 1yr x .08 peak |
| total CHC's | 8 years x peak + 4 yrs x .7 peak                   |
| EtO         | 6 years x peak + 6 years x .1 peak                 |
| Be          | 11 years x peak + 1 year x .1 peak                 |

| intake of radioactivity (Bq) |       | intake of radioactivity (Bq) |       |
|------------------------------|-------|------------------------------|-------|
| mean in variability          |       | 95th %ile in variability     |       |
| at 95%ile                    | 5E+02 | at 95%ile                    | 1E+03 |
| at 90%ile                    | 3E+02 | at 90%ile                    | 6E+02 |
| mean                         | 1E+02 | mean                         | 3E+02 |
| at 50%ile                    | 2E+01 | at 50%ile                    | 4E+01 |
| at 10%ile                    | 2E+00 | at 10%ile                    | 4E+00 |
| at 5%ile                     | 8E-01 | at 5%ile                     | 2E+00 |

doses (Sv)

committed dose to bone (Sv) using ICRP 56 dosimetry for adult females

| mean in variability |       | 95th %ile in variability |       |
|---------------------|-------|--------------------------|-------|
| at 95%ile           | 1E+00 | at 95%ile                | 7E+00 |
| at 90%ile           | 6E-01 | at 90%ile                | 3E+00 |
| mean                | 4E-01 | mean                     | 2E+00 |
| at 50%ile           | 3E-02 | at 50%ile                | 2E-01 |
| at 10%ile           | 2E-03 | at 10%ile                | 1E-02 |
| at 5%ile            | 1E-03 | at 5%ile                 | 6E-03 |

**Table 8.2 cont.**
committed dose to bone (Sv) using ICRP 56 dosimetry for adult females
assuming an uncertainty in relative biological effectiveness

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 6E+00 | at 95%ile | 3E+01 |
| at 90%ile | 2E+00 | at 90%ile | 1E+01 |
| mean | 2E+00 | mean | 1E+01 |
| at 50%ile | 1E-02 | at 50%ile | 7E-02 |
| at 10%ile | 8E-03 | at 10%ile | 4E-02 |
| at 5%ile | 2E-03 | at 5%ile | 1E-02 |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 1E-01 | at 95%ile | 6E-01 |
| at 90%ile | 6E-02 | at 90%ile | 3E-01 |
| mean | 4E-02 | mean | 2E-01 |
| at 50%ile | 3E-03 | at 50%ile | 2E-02 |
| at 10%ile | 2E-04 | at 10%ile | 9E-04 |
| at 5%ile | 7E-05 | at 5%ile | 4E-04 |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females
assuming an uncertainty in relative biological effectiveness

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 2E-01 | at 95%ile | 1E+00 |
| at 90%ile | 1E-01 | at 90%ile | 5E-01 |
| mean | 6E-02 | mean | 3E-01 |
| at 50%ile | 5E-03 | at 50%ile | 3E-02 |
| at 10%ile | 3E-04 | at 10%ile | 2E-03 |
| at 5%ile | 1E-04 | at 5%ile | 7E-04 |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult females

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 2E-01 | at 95%ile | 1E+00 |
| at 90%ile | 1E-01 | at 90%ile | 6E-01 |
| mean | 7E-02 | mean | 4E-01 |
| at 50%ile | 7E-03 | at 50%ile | 4E-02 |
| at 10%ile | 3E-04 | at 10%ile | 2E-03 |
| at 5%ile | 2E-04 | at 5%ile | 9E-04 |

**Table 8.2 cont.**
committed dose to liver (Sv) using ICRP 56 dosimetry for adult females
assuming an uncertainty in relative biological effectiveness

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 2E-01 | at 95%ile | 1E+00 |
| at 90%ile | 1E-01 | at 90%ile | 6E-01 |
| mean | 8E-02 | mean | 4E-01 |
| at 50%ile | 7E-03 | at 50%ile | 4E-02 |
| at 10%ile | 4E-04 | at 10%ile | 2E-03 |
| at 5%ile | 2E-04 | at 5%ile | 1E-03 |

Tables 8.1 and 8.2 show that exposure and dose estimates are feasible for people who have resided in the medical monitoring region for some period in which the Rocky Flats plant operated.

*Robert L. Goble*  -  11/25/96

Robert L. Goble

82

## Sources Cited

1996. O'Leary:  "The closure of Rocky Flats is under way.". Rocky Flats.

Anspaugh, L., J. Shone, J. Phelps, and N. Kennedy. 1975. Resuspension and redistribution of plutonium in soils. Health Phys. 29 : 571-582.

ASAP. 1996. Rocky Flats Environmental Technology Site.  Phase II - Choices for Rocky Flats. Accelereated Site Action Project. Accelerated Site Action Project, Rocky Flats.

ATSDR. 1988. Public Health Statement - Beryllium. Agency for Toxic Substances and Disease Registry.

ATSDR. 1990. Public Health Statement: Ethylene Oxide. Agency for Toxic Substances and Disease Registry.

Barnard, A.E., J. Torma-Krajewski, and S.M. Viet. 1996. Retrospective Beryllium Exposure Assessment at the Rocky Flats Environmental Technology Site. AIHA Journal 57 : 804-808.

Blumberg, Baruch S. 1996. Report To Berger and Montague, P.C. in Reference to the Rocky Flats Litigation. Rocky Flats Litigation.

Budnitz, R.J. 1996a. The Major Rocky Flats Fires of 1957 and 1969:  Insights about Mangement Practices.

Budnitz, R.J. 1996b. Waste-Management Practices Associated with the 903-Area Plutonium Releases.

California Environmental Protection Agency. 1996. Criteria for Carcinogens. California Environmental Protection Agency.

Chanin, D.I., and W.B. Murfin. 1996. Site Restoration: Estimation of Attributable Costs from Plutonium-Dispersal Accidents. NTIS, SAND96-0957.

ChemRisk. 1991a. Health Studies on Rocky Flats, Phase 1:  Historical Public Exposure. Task 2:  Selection of the Chemicals and Radionuclides of Concern.

ChemRisk. 1991b. Health Studies on Rocky Flats, Phase 1:  Historical Public Exposures. Task 1:  Identification of Chemicals and Radionuclides Used at Rocky Flats.

ChemRisk. 1992. Health Studies on Rocky Flats, Phase 1:  Historical Public Exposures. Tasks 3 & 4:  Reconstruction of Historical Rocky Flats Operations and Identification of Release Points.

ChemRisk. 1994a. Health Studies on Rocky Flats, Phase 1:  Historical Public Exposure. Task 6:  Exposure Pathway Identification and Transport Modeling.

ChemRisk. 1994b. Health Studies on Rocky Flats, Phase 1:  Historical Public Exposures. Task 8:  Dose Assessment for Historical Contaminant Releases from Rocky Flats.

ChemRisk. 1994c. Health Studies on Rocky Flats, Phase 1:  Historical Public Exposures. Task 5:  Estimating Historical Emissions from Rocky Flats.

Clapp, R.W. 1996. Report of Dr. Richard W. Clapp. Rocky Flats Litigation.

Cochran, Thomas. 1996a. Plutonium Inventory Differences at the Rocky Flats Plant and their Relationship to Environmental Releases. Rocky Flats Litigation.

Cochran, Thomas B. 1996b. Overview of Rocky Flats Operations. Rocky Flats Litigation.

Cooke, Roger M. 1991. Experts in Uncertainty. New York, Oxford: Oxford University Press.

Dienes, N.S. 1985. Letter to J.R. Nicks. DOE, Albuquerque Operations Office.

Environmental Awareness Council. 1971. Radioecological Consequences of Nuclear Detonations at the Nevada Test Site. Environmental Awareness Council.

Goble, Robert L. 1996a. Estimating Exposures from Releases of Radioactive Elements at Hanford: Implications for Medical Monitoring. Hanford Litigation.

Goble, Robert L. 1996b. Estimating Exposures from Releases of Radioactive Elements Other than Iodine at Hanford. Hanford Litigation.

Gochfeld, Michael. 1996. Medical Monitoring. Rocky Flats Litigation.

Hakonson, T.E., and J.W. Nyhan. 1980. Ecological Relationships of Plutonium in Southwest Ecosystems. In Transuranic Elements in the Environment. Edited by W. E. Hanson. U.S. DOE.

Hattis, Dale. 1990. Three Candidate Laws of Uncertainty Analysis. Risk Analysis 10 : 11.

Hattis, D. 1996. Human Interindividual Variability in Susceptibility to Toxic Effects: From Annoying Detail to a Certain Determinant of Risk. Toxicology 111 : 5-14.

Hattis, D, and D.E. Burmaster. 1994. Assessment of Variability and Uncertainty Distributions for Practical Risk Analyses. Risk Analysis In Press

Hattis, Dale, and Robert L. Goble. 1991. Expected Values for Projected Cancer Risks from Putative Genetically Acting Agents. 11 (3) : 359-363.

Healy, J.W. 1980. Review of Resuspension Models. In Transuranic Elements in the Environment. Edited by W. E. Hanson. 209-235. U.S. DOE.

Hicks, E.E. 1966. List of chemicals used at Rocky Flats. Dow Chemical, Safety Department.

ICRP. 1990. Age-Dependent Doses from Intake of Radionuclides. International Commission on Radiation Protection (ICRP). NTIS, ICRP Publication #56.

ICRP, . 1995. Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 4 Inhalation Dose Coeficient. International Commision on Radiological Protection (ICRP). NTIS, ICRP Publication 71.

Jones, R.H., Y. Zhang. 1994. Spatial and Temporal Analysis of the Rocky Flats Plutonium Data. Colorado Department of Public Health and Environment.

Krey, E. 1992. Review of Discrepancies between 1971 and 1989 Beryllium Soil Analysis.

Krey, P., E. Hardy, H. Volchok, L. Toonkel, R. Knuth, M. Coppes, and T. Tamura. 1976. Plutonium and Americium Contamination in Rocky Flats Soil - 1973. Health and Safety Laboratories (HASL). NTIS, HASL-304.

Krey, P.W., E.P. Hardy. 1970. Plutonium in Soil Around the Rocky Flats Plant. Health and Safety Laboratory of the U.S. Atomic Energy Commission. NTIS, HASL-235.

Krey, P.W. 1971. Comments on Plutonium-239 and Amercium-241 Contamination in the Denver Area , by S.E. Poet and E.A. Martell.

Krey, P.W. 1974. Plutonium-239 Contamination in the Denver Area. 26 : 117-120.

Krey, P.W. 1976. Remote Plutonium Contamination and Total Inventories from Rocky Flats. Health Physics 30 (February) : 209-214.

Krey, P.W., and E.P. Hardy. 1971. Plutonium Contamination from the Rocky Flats Plant. Health and Science Laboratory (HASL). NTIS, HASL-235.

Krey, P.W., E.P. Hardy, and L.E. Toonkel. 1977. The Distribution of Plutonium and Americium with Depth in Soil at Rocky Flats. Health and Safety Laboratories (HASL). NTIS, HASL-318.

Krey, P.W., and B.T. Krajewski. 1972. Plutonium Isotopic Ratios at Rocky Flats. Health and Safety Laboratories (HASL). NTIS, HASL-249.

Krey, P.W., R. Knuth, T. Tamura, and L. Toonkel. 1976. Interrelations of Surface Air Concentrations and Soil Characteristics at Rocky Flats.

Landrigan, Philip J. 1992. Ethylene Oxide. In Environmental and Occupational Exposures. 1033-39.

Litaor, M., and L. Allen. 1996. A Comprehensive Appraisal of Am-241 in Soils around Rocky Flats, Colorado. Health Physics 71 (3) : 347-357.

Litaor, M.I. 1995. Spatial Analysis of Plutonium-239+240 and Americium-241 in Soils around Rocky Flats, Colorado. J. Environ. Qual. 24 (3) : 506-516.

Litaor, M.I., M.L. Thompson, G.R. Barth, and P.C. Molzer. 1994. Plutonium-239+240 and Americium-241 in Soils East of Rocky Flats, Colorado. J. Environ. Qual. 23 (6) : 1231-1239.

Little, C.A., F.W. Whicker. 1978. Plutonium Distribution in Rocky Flats Soil. Health Physics 34 (May) : 451-457.

Love, Jonathon. 1994. Rocky Flats Soil Plutonium (239+240) Survey from 1970 to 1991; Technical Status Report. Colorado Department of Health.

Mayer, Lawrence. 1996. Report concerning outliers in Rocky Flats Data. Rocky Flats Litigation.

85

Mongan, T.R., S.R. Riple, and K.D. Winges. 1996. Plutonium Relelase from the 903 Pad at Rocky Flats. Health Phys. 71 (4) : 522-531.

Mongan, T.R., S.R. Ripple, G.P. Brorby, and D.G. diTommaso. 1996. Plutonium Releases from the 1957 Fire at Rocky Flats. Health Phys. 71 (4) : 510-521.

Moore, LeRoy. 1996. Rocky Flats plays loose with the truth. Daily Camera, November 10, 1996.

National Research Council. 1983. Risk Assessment in the Federal Government: Managing the Process. Washington, DC: National Academy Press.

National Research Council. 1994. Science and Judgement in Risk Assessment. Washington, DC: National Academy Press.

North, D.W., and R.J. Budnitz. 1996. Management of Wates and Residues at the Rocky Flats Plant by Rockwell International.

Poet, S.E. and E.A. Martell. 1972. Plutonium-239 and Americium-241 Contamination in the Denver Area. Health Physics 23 : 537-548.

RAC. 1993. The Rocky Flats Nuclear Weapons Plant Dose Reconstruction Project, Phase II: Toxicity Assessment and Risk Characterization. Task 4: Evaluation of Historical Environmental Data. Radiological Assessments Corporation (RAC).

RAC. 1994a. The Rocky Flats Dose Reconstruction Project, Phase II: Toxicity Assessment and Risk Characterization. Task 5: Recommendations for Monitoring to Verify Phases I and II - Part 1. Radiological Assesements Corporation (RAC).

RAC. 1994b. The Rocky Flats Nuclear Weapons Plant Dose Reconstruction Project, Phase II: Toxicity Assessment and Risk Characterization. Task 2: Verification of Phase I and Source Term Uncertainty Estimates. Radiological Assessments Corporation (RAC).

RAC. 1996a. Historical Public Exposures Studies on Rocky Flats. Phase II: Toxicity Assessment and Risk Characterization. Part of Task 3: Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals. Assessing Risks of Exposure to Plutonium. Radiological Assessment Corporation (RAC). NTIS, RAC Report No.9-CDPHE-RFP-1996-DRAFT.

RAC. 1996b. The Rocky Flats Dose Reconstruction Project, Phase II: Toxicity Assessment and Risk Characterization. Task 2: The Rocky Flats Plant 903 Area Plutonium Source Term Develpoment. Radiological Assesements Corporation (RAC).

RAC. 1996c. The Rocky Flats Historical Public Exposures Studies, Phase II: Toxicity Assessment and Risk Characterization. Task 2: An Analysis of Historical Source Term Estimates for Carbon Tetrachloride at the Rocky Flats Plant. Radiological Assessments Corporation (RAC).

RAC. 1996d. The Rocky Flats Nuclear Weapons Plant Dose Reconstruction Project, Phase II: Toxicity Assessment and Risk Characterization. Task 3A: Performance Evaluation of Atmospheric Transport Models. Radiological Assesements Corporation (RAC).

RAC. 1996e. The Rocky Flats Nuclear Weapons Plant Dose Reconstruction Project, Phase II: Toxicity Assessment and Risk Characterization. Task 4: Evaluation of Historical

Environmental Data. Radiological Assesements Corporation (RAC). NTIS, RAC Report #1 CDPHE-RFP-1996-Draft.

Radford, Edward P. 1996. Comments on Medical Monitoring in the vicinity of the Rocky Flats Nuclear Weapons Plant. Rocky Flats Litigation.

Sehmel, George A. 1984. Deposition and Resuspension. In Atmospheric Science and Power Production. Edited by D. Randerson. 547-583. U.S. DOE.

Smallwood, K.S. 1996. Bioturbation and Wind-Caused Soil Erosion as a Transport Pathway for Contamination at the Rocky Flats Plant, Colorado.

Stange, A.W., D.E. Hilmas, and F.J. Furman. 1996. Possible Health Risks from Low Level Exposure to Beryllium. Toxicology 111 : 213-224.

Teitelbaum, Daniel. 1996. Report. Rocky Flats Litigation.

U.S. EPA - Region 8. 1973. Radioactive levels in the Environs of the Rocky Flats Plutonium Plant, Golden Colorado 1970 part II. U.S. Environmental Protection Agency, Region 8.

U.S. Nuclear Regulatory Commission, and Commission of European Communities. 1995a. Probabilistic Accident Consequence Uncertainty Analysis: Dispersion and Deposition Uncertainty Assessment. Volume 1 Main Report. US Nuclear Regulatory Commission and Commission of European Communities.

U.S. Nuclear Regulatory Commission, and Commission of European Communities. 1995b. Probabilistic Accident Consequence Uncertainty Analysis: Dispersion and Deposition Uncertainty Assessment. Volume 2 Appendices A and B. US Nuclear Regulatory Commission and Commission of European Communities.

U.S. Nuclear Regulatory Commission, and Commission of European Communities. 1995c. Probabilistic Accident Consequence Uncertainty Analysis: Dispersion and Deposition Uncertainty Assessment. Volume 3 Appendices C,D,E,F and G. US Nuclear Regulatory Commission and Commission of European Communities.

Unknown. 1980? Schedule 1 to Part D Non Radioactive Recyclable Materials. Rocky Flats Plant.

US EPA. 1996. IRIS. United States Environmental Protection Agency.

USDOE. 1980. Final Environmental Impact Statement: Rocky Flats Plant Site. U.S. Department of Energy. NTIS, DOE/EIS-0064.

Voilleque, P.G. 1995. Estimated Ariborne Releases of Plutonium During the 1957 Fire in Building 71. Radiological Assesements Corporation (RAC).

Volchok, H., M. Schonberg, and L. Toonkel. 1977. Plutonium Concentrations in Air near Rocky Flats. Health Physics 33 (November) : 484-485.

Volchok, H.L., and R.H. Knuth. 1972. The Respirable Fraction of Plutonium at Rocky Flats. Health Physics 23 (September) : 395-397.

Webb, S.B. 1992. A Study of Plutonium in Soil and Vegetation at the Rocky Flats Plant. M. Sc., Colorado State University.

Webb, Scott B. 1996. The Spatial Distribution and Inventory of Plutonium-239 East of Rocky Flats, Colorado. Ph.D., Colorado State University.

Whicker, F.W. and S.A. Ibrahim. 1994. Plutonium and Americium in the Environs of Rocky Flats:  Spatial Distribution, Environmental Transport and Human Exposure. (Preliminary Draft). Department of Radiological Health Sciences, Colorado State University.

Whiteman, Albert E. 1986. Beryllium at Rocky Flats Plant. Rockwell International. NTIS, 86-RF-2665.

Wing, Steve. 1996. A Critical Review of the United States Department of Energy Efforts to Investigate the Human Health Effects of Plutonium. Rocky Flats Litigation.

**Attachment B - Sample dose estimates to people living in the medical monitoring region following Table 8.2**

| Table 8.2A and 8.2B | Exposure and dose estimates made according to the prescription of Table 8.1 for several examples |
|---|---|

| Example A: | Hypothetical example used for illustrating calculations: Adult woman residing near the outer boundary of the chronic exposure monitoring area for the period 1957-1968 |
|---|---|

calculation:   location is 8B
peak year exposures

| | pu-239+240 | am + pu238 | total CHC's | EtO | Be |
|---|---|---|---|---|---|
| | Bq/m3 | Bq/m3 | μg/m3 | μg/m3 | μg/m3 |
| at 95%ile | 1E-02 | 2E-03 | 1E+01 | 2E+00 | 1E-01 |
| at 90%ile | 6E-03 | 1E-03 | 2E+00 | 1E+00 | 4E-02 |
| mean | 4E-03 | 7E-04 | 8E-01 | 5E-02 | 4E-02 |
| at 50%ile | 5E-04 | 1E-04 | 5E-01 | 6E-02 | 9E-05 |
| at 10%ile | 3E-05 | 7E-06 | 2E-01 | 3E-03 | 4E-08 |
| at 5%ile | 2E-05 | 3E-06 | 3E-02 | 2E-03 | 1E-08 |

total exposure

| | |
|---|---|
| pu + am | 4 years x peak + 7 yrs x .1 peak + 1yr x .08 peak |
| total CHC's | 8 years x peak + 4 yrs x .7 peak |
| EtO | 6 years x peak + 6 years x .1 peak |
| Be | 11 years x peak + 1 year x .1 peak |

| intake of radioactivity (Bq) | | intake of radioactivity (Bq) | |
|---|---|---|---|
| mean in variability | | 95th %ile in variability | |
| at 95%ile | 5E+02 | at 95%ile | 1E+03 |
| at 90%ile | 3E+02 | at 90%ile | 6E+02 |
| mean | 1E+02 | mean | 3E+02 |
| at 50%ile | 2E+01 | at 50%ile | 4E+01 |
| at 10%ile | 2E+00 | at 10%ile | 4E+00 |
| at 5%ile | 8E-01 | at 5%ile | 2E+00 |

doses (Sv)

committed dose to bone (Sv) using ICRP 56 dosimetry for adult females

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 1E+00 | at 95%ile | 7E+00 |
| at 90%ile | 6E-01 | at 90%ile | 3E+00 |
| mean | 4E-01 | mean | 2E+00 |
| at 50%ile | 3E-02 | at 50%ile | 2E-01 |
| at 10%ile | 2E-03 | at 10%ile | 1E-02 |
| at 5%ile | 1E-03 | at 5%ile | 6E-03 |

**Table 8.2 A & B cont.**
committed dose to bone (Sv) using ICRP 56 dosimetry for adult females
 assuming an uncertainty in relative biological effectiveness

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 6E+00 | at 95%ile | 3E+01 |
| at 90%ile | 2E+00 | at 90%ile | 1E+01 |
| mean | 2E+00 | mean | 1E+01 |
| at 50%ile | 1E-02 | at 50%ile | 7E-02 |
| at 10%ile | 8E-03 | at 10%ile | 4E-02 |
| at  5%ile | 2E-03 | at  5%ile | 1E-02 |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 1E-01 | at 95%ile | 6E-01 |
| at 90%ile | 6E-02 | at 90%ile | 3E-01 |
| mean | 4E-02 | mean | 2E-01 |
| at 50%ile | 3E-03 | at 50%ile | 2E-02 |
| at 10%ile | 2E-04 | at 10%ile | 9E-04 |
| at  5%ile | 7E-05 | at  5%ile | 4E-04 |

committed dose to lung (Sv) using ICRP 56 dosimetry for adult females
 assuming an uncertainty in relative biological effectiveness

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 2E-01 | at 95%ile | 1E+00 |
| at 90%ile | 1E-01 | at 90%ile | 5E-01 |
| mean | 6E-02 | mean | 3E-01 |
| at 50%ile | 5E-03 | at 50%ile | 3E-02 |
| at 10%ile | 3E-04 | at 10%ile | 2E-03 |
| at  5%ile | 1E-04 | at  5%ile | 7E-04 |

committed dose to liver (Sv) using ICRP 56 dosimetry for adult females

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 2E-01 | at 95%ile | 1E+00 |
| at 90%ile | 1E-01 | at 90%ile | 6E-01 |
| mean | 7E-02 | mean | 4E-01 |
| at 50%ile | 7E-03 | at 50%ile | 4E-02 |
| at 10%ile | 3E-04 | at 10%ile | 2E-03 |
| at  5%ile | 2E-04 | at  5%ile | 9E-04 |

**Table 8.2 A & B cont.**
committed dose to liver (Sv) using ICRP 56 dosimetry for adult females
assuming an uncertainty in relative biological effectiveness

| mean in variability | | 95th %ile in variability | |
|---|---|---|---|
| at 95%ile | 2E-01 | at 95%ile | 1E+00 |
| at 90%ile | 1E-01 | at 90%ile | 6E-01 |
| mean | 8E-02 | mean | 4E-01 |
| at 50%ile | 7E-03 | at 50%ile | 4E-02 |
| at 10%ile | 4E-04 | at 10%ile | 2E-03 |
| at 5%ile | 2E-04 | at 5%ile | 1E-03 |

Examples B:    Medical Monitoring Class members exposures and doses expressed as
                a ratio to those for Example A

Example B1:    Richard Bartlett - adult male residing at location #1 (between 4B
                and 8B) from 1978 - present

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am        12 years x .003 peak x 2
ratio to example A = .07 peak/4.8 peak = .015

total CHC's    12 years x .4 peak
ratio to example A = 4.8 peak/10.8 peak = .4

EtO            5 years x peak + 7 years x .1 peak
ratio to example A = 5.7 peak/6.6 peak = .9

Be             12 years x .1 peak
ratio to example A = 1.2 peak/11.1 peak = .1

pu +am doses
ratio for m/f differences = 1.3
dose ratio to example A doses = 1.3 x .015 = .02

**Table 8.2 A & B cont.**

Example B2:    Sally Bartlett - adult female residing at location #1 (between 4B
and 8B) from 1978 - present

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am        12 years x .003 peak x 2
ratio to example A = .07 peak/4.8 peak  = .015

total CHC's     12 years x .4 peak
ratio to example A = 4.8 peak/10.8 peak  = .4

EtO            5 years x peak + 7 years x .1 peak
ratio to example A = 5.7 peak/6.6 peak  = .9

Be             12 years x .1 peak
ratio to example A = 1.2 peak/11.1 peak  = .1

pu +am doses
dose ratio to example A doses =  .015

Example B3:    Rhonda Deimer - adult female residing at location #3 (near
the outer boundary) from 1984

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am        6 years x .003 peak
ratio to example A = .018 peak/4.8 peak  = .004

total CHC's     6 years x .4 peak
ratio to example A = 2 peak/10.8 peak  = .2

EtO            6 years x .1 peak
ratio to example A = .6 peak/6.6 peak  = .09

Be             6 years x .1 peak
ratio to example A = .6 peak/11.1 peak  = .05

pu +am doses
dose ratio to example A doses =  .004

**Table 8.2 A & B cont.**

Example B4:     Thomas Deimer - adult male residing at location #3 (near
the outer boundary) from 1984

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am        6 years x .003 peak
ratio to example A = .018 peak/4.8 peak = .004

total CHC's     6 years x .4 peak
ratio to example A = 2 peak/10.8 peak = .2

EtO          6 years x .1 peak
ratio to example A = .6 peak/6.6 peak = .09

Be           6 years x .1 peak
ratio to example A = .6 peak/11.1 peak = .05

pu +am doses
ratio for m/f differences = 1.3
dose ratio to example A doses = .004 x 1.3 = .005

Example B5:     Michael Rice - adult male residing at location #4
(between 4B and 8B) from 1989

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am        1 year x .003 peak
ratio to example A = .003 peak/4.8 peak = .0006

total CHC's     1 year x .4 peak
ratio to example A = .4 peak/10.8 peak = .04

EtO          1 year x .1 peak
ratio to example A = .1 peak/6.6 peak = .015

Be           1 year x .1 peak
ratio to example A = .1 peak/11.1 peak = .01

pu +am doses
ratio for m/f differences = 1.3
dose ratio to example A doses = .0006 x 1.3 = .0008

**Table 8.2 A & B cont.**

Example B6:    Stephen Sandoval - adult male residing at location #5
        (between 4AB and 8B) from 1986

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am        4 years x .003 peak
ratio to example A = .012 peak/4.8 peak  =  .0025

total CHC's      4 years x .4 peak
ratio to example A = 1.6 peak/10.8 peak  = .15

EtO          4 years x .1 peak
ratio to example A = .4 peak/6.6 peak  = .06

Be           4 years x .1 peak
ratio to example A = .4 peak/11.1 peak  = .04

pu +am doses
ratio for m/f differences = 1.3
dose ratio to example A doses =  .0025 x 1.3 = .003

Example B7:    Peggy Sandoval - adult female residing at location #5
        (between 4AB and 8B) from 1986

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am        4 years x .003 peak
ratio to example A = .012 peak/4.8 peak  =  .0025

total CHC's      4 years x .4 peak
ratio to example A = 1.6 peak/10.8 peak  = .15

EtO          4 years x .1 peak
ratio to example A = .4 peak/6.6 peak  = .06

Be           4 years x .1 peak
ratio to example A = .4 peak/11.1 peak  = .04

pu +am doses
dose ratio to example A doses =  .0025

**Table 8.2 A & B cont.**

Example B8:      William Schierkolk - adult male residing at location #6 (between 4B and 8B) from 1978 - present

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am           12 years x .003 peak x 2
ratio to example A = .07 peak/4.8 peak  = .015

total CHC's       12 years x .4 peak
ratio to example A = 4.8 peak/10.8 peak  = .4

EtO                  5 years x peak + 7 years x .1 peak
ratio to example A = 5.7 peak/6.6 peak  = .9

Be                  12 years x .1 peak
ratio to example A = 1.2 peak/11.1 peak  = .1

pu +am doses
ratio for m/f differences = 1.3
dose ratio to example A doses = 1.3 x .015  = .02

Example B9:      Dolores Schierkolk - adult female residing at location #6 (between 4B and 8B) from 1978 - present

total exposure through 1989 - continuing exposures from 1990 have not been estimated
pu + am           12 years x .003 peak x 2
ratio to example A = .07 peak/4.8 peak  = .015

total CHC's       12 years x .4 peak
ratio to example A = 4.8 peak/10.8 peak  = .4

EtO                  5 years x peak + 7 years x .1 peak
ratio to example A = 5.7 peak/6.6 peak  = .9

Be                  12 years x .1 peak
ratio to example A = 1.2 peak/11.1 peak  = .1

pu +am doses
dose ratio to example A doses =  .015

**Table 8.2 A & B cont.**

Example B10:     Pearl Brauch - adult female residing at location #7 (between 4B and 8B) from 1951 - present

total exposure through 1989 - continuing exposures from 1990 have not been estimated

pu + am         (5 years x .001 peak x 2) + (1 year x .08 peak x 2) +
                (7 years x .1 peak x2)+(6 years x peak x2)+(18 years x .003 peak x2)

ratio to example A = 13.7 peak/4.8 peak  = 2.8

total CHC's      12 years x peak + 12 years x .7 peak +13 years x .4 peak

ratio to example A = 25.6 peak/10.8 peak  =2.4

EtO             20 years x peak + 17 years x .1 peak

ratio to example A = 21.7 peak/6.6 peak  = 3.3

Be               17 years x peak + 20 years x .1 peak

ratio to example A = 19 peak/11.1 peak  = 1.7

pu +am doses

dose ratio to example A doses = 2.8

Examples       Terry and Dennis Brauch - males (b. 1951, 1946) residing at location #7
 B11,B12:          (between 4B and 8B) from 1951 - present

total exposure through 1989 - continuing exposures from 1990 have not been estimated

pu + am         (5 years x .001 peak x 2) + (1 year x .08 peak x 2) +
                (7 years x .1 peak x2)+(6 years x peak x2)+(18 years x .003 peak x2)

ratio to example A = 13.7 peak/4.8 peak  = 2.8

total CHC's      12 years x peak + 12 years x .7 peak +13 years x .4 peak

ratio to example A = 25.6 peak/10.8 peak  =2.4

EtO             20 years x peak + 17 years x .1 peak

ratio to example A = 21.7 peak/6.6 peak  = 3.3

Be               17 years x peak + 20 years x .1 peak

ratio to example A = 19 peak/11.1 peak  = 1.7

pu +am doses

ratios for m/f and younger ages = 1.06 (B11) and 1.23 (B12)

dose ratio to example A doses = 2.8 x ratios = 3. (B11) and 3.5 (B12)

**Table 8.2 A & B cont.**

Example B13:   Irene Bartles - adult female residing at location #7 (between 4B and 8B) from 1951 - 1971

total exposure
pu + am        (5 years x .001 peak x 2) + (1 year x.08 peak x 2) +
               (7 years x .1 peak x2)+(6 years x peak x2)+(1 years x .003 peak x2)
ratio to example A = 13.5 peak/4.8 peak  = 2.8

total CHC's    12 years x peak + 7 years x .7 peak
ratio to example A = 16.9 peak/10.8 peak  = 1.6

EtO            9 years x peak + 10 years x .1 peak
ratio to example A = 10 peak/6.6 peak  = 1.5

Be             14 years x peak + 5 years x .1 peak
ratio to example A = 14.5 peak/11.1 peak  = 1.3

pu +am doses
dose ratio to example A doses = 2.8

Example B14:   Sharon Brauch - female (b. 1948) residing at location #7 (between 4B and 8B) from 1951 - 1971

total exposure
pu + am        (5 years x .001 peak x 2) + (1 year x.08 peak x 2) +
               (7 years x .1 peak x2)+(6 years x peak x2)+(1 years x .003 peak x2)
ratio to example A = 13.5 peak/4.8 peak  = 2.8

total CHC's    12 years x peak + 7 years x .7 peak
ratio to example A = 16.9 peak/10.8 peak  = 1.6

EtO            9 years x peak + 10 years x .1 peak
ratio to example A = 10 peak/6.6 peak  = 1.5

Be             14 years x peak + 5 years x .1 peak
ratio to example A = 14.5 peak/11.1 peak = 1.3

pu +am doses
ratio for younger ages = .88
dose ratio to example A doses = 2.8 x .88  = 2.5

**Table 8.2 A & B cont.**

Example B15:    Dan Brauch - adult male residing at location #7 (between 4B
        and 8B) from 1951 - 1976

total exposure
pu + am        (5 years x .001 peak x 2) + (1 year x.08 peak x 2) +
        (7 years x .1 peak x2)+(6 years x peak x2)+(6 years x .003 peak x2)
ratio to example A = 13.5 peak/4.8 peak  = 2.8

total CHC's    12 years x peak +12 years x .7 peak
ratio to example A = 20.4 peak/10.8 peak  = 1.9

EtO        13 years x peak + 10 years x .1 peak
ratio to example A = 14 peak/6.6 peak  = 2.1

Be        17 years x peak +6 years x .1 peak
ratio to example A = 17.6 peak/11.1 peak  = 1.6

pu +am doses
ratio for m/f differences = 1.3
dose ratio to example A doses = 2.8 x 1.3  =  3.5

Example B16:    Carol Brauch - adult female residing at location #7 (between 4B
        and 8B) from 1966 - 1976

total exposure
pu + am        (5 years x peak x2)+(6 years x .003 peak x2)

ratio to example A = 10 peak/4.8 peak  = 2.1

total CHC's    11 years x .7 peak
ratio to example A = 7.7 peak/10.8 peak  = .7

EtO        11 years x peak
ratio to example A = 11 peak/6.6 peak  = 1.6

Be        9 years x peak +2 years x .1 peak
ratio to example A = 9.2 peak/11.1 peak  = .8

pu +am doses
dose ratio to example A doses = 2.1

**Table 8.2 A & B cont.**

Example B17:    Greg Brauch - male (b. 1957) residing at location #7 (between 4B
                    and 8B)  from 1957 - 1977

total exposure
pu + am          (7 years x .1 peak x2)+(6 years x peak x2)+(7 years x .003 peak x2)

ratio to example A = 13.4 peak/4.8 peak  = 2.8

total CHC's      8 years x peak + 11 years x .7 peak + 1yr x .4 peak
ratio to example A = 16.1 peak/10.8 peak  = 1.5

EtO              14 years x peak + 6 years x .1 peak
ratio to example A = 14.6 peak/6.6 peak  = 2.2

Be               17 years x peak + 3 years x .1 peak
ratio to example A = 17.3 peak/11.1 peak  = 1.6

pu +am doses
ratio for m/f and younger ages = 1.3 x .7 = .9
dose ratio to example A doses = 2.8 x .9  = 2.5

# ADDITIONAL DOCUMENTS

## CHEMRISK REPORTS

03/91 ChemRisk Task 1 Report, "Identification of Chemicals and Radionuclides Used at Rocky Flats"

06/91 ChemRisk Task 2 Report, "Selection of the Chemicals and Radionuclides of Concern"

08/92 ChemRisk Project Tasks 3 & 4, Final Draft Report, "Reconstruction of Historical Rocky Flats Operations and Identification of Release Points"

03/94 ChemRisk Project Task 5 Report, "Estimating Historical Emissions From Rocky Flats, 1952-1989"

04/94 ChemRisk Project Task 7 Report, "Demographic & Land Use Reconstruction of the Area Surrounding the Rocky Flats Plant"

05/94 ChemRisk Project Task 6 Report, "Exposure Pathway Identification & Transport Modeling"

09/94 ChemRisk Project Task 8 Report, "Dose Assessment for Historical Contaminant Releases from Rocky Flats"

Undated ChemRisk, Task 5 & Task 6 Update, "Health Risk Assessment Briefing Book #11"

Chemrisk Report, Rocky Flats History  (801613  4/22/92)

ChemRisk (1991). Rocky Flats Historical Investigation Interviews, Repository Document RE-891, interview no. 31, Rod Hoffman.

## RAC REPORTS

July 1993 RAC Report: "Verification of the Ralston School Soil Sampling Location Following the 1957 Fire"

12/93 RAC Draft Report.  Task 4:  Evaluation of Historical Environmental Data

12/93 RAC Draft Report.  Task 5:  Recommendations for Monitoring to Verify Phases I and II

12/93 RAC Draft Report. Task 2:  Verify Phase I Source Term and Uncertainty Estimates

The Rocky Flats 903 Pad, RAC draft report dated 06/07/94

The Rocky Flats Plant 903 Pad, RAC Draft Interim Report dated June 7, 1994.

09/94 RAC Draft Report, "Technical Memorandum: Evaluation of Background Concentrations of Pu in Soils around the RFP"

09/94 RAC Phase II Task 2 Report, "Verification of Phase I Source Term & Uncertainty Estimates"

The Rocky Flats Dose Reconstruction Project, Phase II Toxicity Assessment and Risk Characterization, Task 5: Recommendations for Monitoring to Verify Phases I and II - Part I, Final Report - November 1994.

HAP Briefing Book #19 (02/95)

RAC Technical Memorandum: Evaluation of Background Concentrations of Plutonium in the Environment Around the Rocky Flats Plant. (2/95)

RAC Draft Report, Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71, authored by Paul G. Voilleque (5/95)

RAC Preliminary Draft Technical Memorandum: Review of Aerial Gamma Radiation Surveys Around the Rocky Flats Plant, authored by Duane W. Schmidt (5/95)

RAC Technical Memorandum: Analysis of Dioxin Emissions and Risks from the Rocky Flats Plant Incinerators. (5/95)

RAC Technical Memorandum: Examination of Mass Balance Accounting as a Means for Estimating Plutonium Releases, authored by Paul Voilleque (5/95)

The Rocky Flats Dose Reconstruction Project, Phase II Toxicity Assessment and Risk Characterization, Task 2: The Rocky Flats Plant 903 Area Plutonium Source Term Development, Draft (2/96)

The Rocky Flats Historical Public Exposures Studies, Phase II: Toxicity Assessment and Risk Characterization, Technical Memorandum, Task 2. An Analysis of Historical Source Term Estimates for Carbon Tetrachloride at the Rocky Flats Plant" (2/96)

[RAC Report No. 9-CDPHE-RFP-1996-DRAFT] Assessing Risks of Exposure to Plutonium; Part of Task 3: Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals. (2/96)

RAC Task 3a: Performance Evaluation of Atmospheric Transportation Models (February 1996); "Adaptation of Atmospheric Resuspension Formulations for Use in the Source Term Determination at the Rocky Flats Plant 903 Pad Area," prepared by Jim Weber (2/96)

[RAC Report No. 1-CDPHE-RFP-1996-DRAFT] Phase II Toxicity Assessment and Risk Characterization; Task 4: Evaluation of Historical Environmental Data (2/96)

[RAC Report No. 9-CDPHE-RFP-1996-DRAFT] Assessing Risks of Exposure to Plutonium; Part of Task 3: Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals.  (5/96), (8/96)

RAC Draft Technical Memorandum, Task 2: Characterization of Releases to Surface Water from the Rocky Flats Plant

Task 3 chapter from HAP Briefing Book 25 (9/96)

HAP Briefing Book #20

## SOILS STUDIES

Budnitz RJ et al.  Chapter 16, "Plutonium" from Instrumentation for Environmental Monitoring, Volume I, Radiation, 1983.

Budnitz RJ.  "Plutonium: A Review of Measurement Techniques for Environmental Monitoring", 1974

ENVIRONMENTAL SCIENCES BRANCH SEMIANNUAL PROGRESS REPORT (00004275  1/1/81)

Hardy EP, Krey PW. "Comments on 'Spatial Analysis of Plutonium-239 + 240 and Americium-241 in Soils around Rocky Flats, Colorado' by M.I. Litaor, J. Environ. Qual. 24:506-518", J. Environ. Qual., Vol. 24, no. 6, November-December 1995.

Hardy EP, Krey PW. Plutonium in the Environs of the Former Rocky Flats Plant; Litaor MI, Allen L. Response to Hardy and Krey. [Letters to the Editors] Health Physics vol. 71 no. 5: 796-797.

Hayden JA, DeHerrera ME, Stewart CT.  Particle size distribution of plutonium on soil surface in Rocky Flats East Buffer Zone.  Rockwell International.  9/26/75 (96836)

Healy JW.  An Examination of the Pathways from Soil to Man for Plutonium.

Ibrahim SA, Schierman MJ, Whicker FW.  "Comparative Distribution of 241Am and 239,240Pu in Soils around the Rocky Flats Environmental Technology Site", Health Physics Society, 1996.

Ibrahim SA, Webb SB, Kattel A.  "Sources of Misinterpretation for Environmental Plutonium Measurements", Journal of Radioanalytical and Nuclear Chemistry, Vol. 194, No. 1 (1995) 213-219.

Ibrahim, et al., Comparative Distribution of 241Am and 239,240Pu in Soils around the Rocky Flats Environmental Technology Site

June 22, 1970 correspondence from John H. Harley to M.B. Biles, [ZZZ11719-ZZZ11720].

Langer G.  Resuspension of Rocky Flats Soil Particles Containing Plutonium Particles -
A Review, dated 12/89.

Litaor MI, "Uranium Isotopes Distribution in Soils at the Rocky Flats Plant, Colorado", J.
Environ. Qual. 24:314-323 (1995).

Litaor MI, Ellerbroek D, Allen L, Dovala E.  "Comprehensive Appraisal of 239+240Pu in
Soils Around Rocky Flats, Colorado", Health Physics Society, 1995.

Litaor MI, Thompson ML, Barth GR, Molzer PC.  "Heavy Metals in the Environment:
Plutonium-239 + 240 and Americium-241 in Soils East of Rocky Flats, Colorado", J.
Environ. Qual. 23:1231-1239 (1994).

Little CA, Whicker FW, Winsor TF. "Plutonium in a Grassland Ecosystem at Rocky
Flats", J. Environ. Qual., Vol. 9, no. 3, 1980.

Miller AM.  Determination of Total Activity in Soils.  [Dow internal correspondence].
(COOK SEPT1996 microfilm 5043168)

Nathans MW and Holland WD, Analysis of 239Pu Particles Collected near the Rocky
Flats Facility, October 25, 1971.

Nyhan JW, Miera, Jr. FR, Neher RE.  Distribution of Plutonium in Trinity Soils after 28
Years.  J. Environ. Qual. 5: 431-437.  1976.

Olafson JH, Nishita H, Larson KH.  The Distribution of Plutonium in the Soils of Central
and Northeastern New Mexico as a Result of the Atomic Bomb Test of July 16, 1945.
The University of California Los Angeles Campus School of Medicine.  UCLA-406
Biology and Medicine.  1957.

Proceedings of Environmental Symposium held at LASL, 08/04-05/71" (LA-4756) and
"Resuspension of Pu-239 int he Vicinity of Rocky Flats,"

Quimby GR.  Background Measurements of Alpha Particle Emitters at Rocky Flats,
Colorado, November 15, 1952.

RESULTS OF ANALYSES FOR SPECIAL SOIL SAMPLES COLLECTED ADJACENT
TO THE ROCKY FLATS PLANT SITE * ES-376-77-201  (A16285 7/30/90)

Review of Beryllium Soil Analyses, CDH  (9/24/92)

Review of Discrepancies Between 1971 and 1989 Beryllium Soil Analyses  (12/1/92)

Seed JR, et al. Committee Evaluation of Plutonium Levels in Soil within and surrounding
USAEC Installation at Rocky Flats, Colorado, documents #s ZZZ11711-ZZZ11718.

Thomas R, Ibrahim S.  Plutonium Concentrations in Lichens of Rocky Flats Environs,
1995.

TRANSACTIONS OF MEETING ON ROCKY PLATS BUFFER ZONE ECOLOGICAL AND ENVIRONMENTAL RESEARCH MEETING (00006874 3/4/77)

Whicker FW. Plutonium in Soil as a Basis for Studying Contaminant Relases.

Whicker FW. Radioecology of Some Natural Organisms and Systems in Colorado. (J-1103 4/73)

Zodtner, Rogers. Study of Unaccounted for Pu Losses.

## OTHER
BERYLLIUM SCRAP METAL STATUS (N-192 9/26/73)

SEALED BID PUBLIC SALE (D-22) - BERYLLIUM SCRAP (N-1412 1/8/75)

SEALED BID PUBLIC SALE (D-22) - BERYLLIUM SCRAP (N-1692 1/8/75)

BERYLLIUM SCRAP (02003725 5/2/77)

SEALED BID PUBLIC SALE D-23 BERYLLIUM SCRAP (N-1411 5/5/75)

MUF text 238-Pu example (MUF5750348 )

PROPOSAL APPROVAL; EPIDEMIOLOGY OF MIXED CHEMICAL EXPOSURES: FEASIBILITY STUDY (00444012 1/1/01)

SEALED BID PUBLIC SALE D-23 BERYLLIUM SCRAP (N-1691 5/5/75)

PENDING (00013276 1/1/01)

DISPOSITION OF BERYLLIUM METAL WASTE/SCRAP. (301275 2/17/89)

DISPOSAL OF CHEMICALS (B3019 2/27/70)

MUF text 238-Pu example (MUF5750220 )

BERYLLIUM PROCUREMENT AND SCRAP DISPOSAL (02004675 5/23/78)

transcripts of CRSC meetings dated 02/07/95, 01/05/95 and 10/27/94

BERYLLIUM SCRAP SALE TO KAWECKI BERYLCO INDUSTRIES (02003723 6/8/77)

BERYLLIUM PROCUREMENT AND SCRAP DISPOSAL (02008204 5/22/78)

BERYLLIUM SCRAP CHIPS BID ANALYSIS-INVITATION TO BID D-23 (02009763 7/9/75)

BERYLLIUM INVENTORY - BUILDING 559 (ANALYTICAL.  LABORATORIES). (211874  7/23/84)

MINUTES OF BERYLLIUM WASTE/SCRAP MEETING JUNE 29,.  1988.  (800959 7/12/88)

Conditional Approval of the Final Operable Unit No. 3 Work Plan  (1/30/92)

Simonson to Hestmark correspondence  (1/31/92)

BERYLLIUM SCRAP METAL STATUS  (N-1695  9/26/73)

BERYLLIUM INVENTORY.  (56042  5/1/85)

BERYLLIUM SCRAP RECYCLE DEVELOPMENT EFFORT AT ROCKY FLATS * (02010320  7/1/80)

Folioviews software with Cook and EMF OCR text files and indices

BERYLLIUM SCRAP  (02003726  4/28/77)

MUF text 238-Pu example  (MUF4370078  )

SEALED BID PUBLIC SALE R-2-BERYLLIUM SCRAP  (02003729  4/11/77)

SEALED BID PUBLIC SALE (R-2) BERYLLIUM SCRAP  (02003730  3/21/77)

BERYLLIUM SCRAP DISPOSAL  (02003731  3/11/77)

DISPOSAL OF BERYLLIUM SCRAP  (02003733  2/19/77)

BERYLLIUM PROCUREMENT AND SCRAP DISPOSAL  (02004777  10/25/78)

EXCESS BERYLLIUM POWDER AND SCRAP  (02009103  10/13/76)

BERYLLIUM SCRAP DISPOSAL  (02003727  4/12/77)

1988/1989 chemical inventory on CD

MONTHLY REPORT - INDUSTRIAL HYGIENE SEPTEMBER 1975  (B3123  10/6/75)

List of Chemicals used at Rocky Flats (1966)(Bates # D010895-D010912)

Philip J. Landrigan's chapter on "Ethylene Oxide" from the book Environmental and Occupational Exposures

K.R. Meyer, "Tritium Release from Rocky Flats in 1973", May 1995

MUF text 238-Pu example  (MUF5749916  )

6

05/26/93 Report of the Incident Investigation Subcommittee re: 1957 Fire in Bldg. 771

Barrick, "Harmful & Potentially Harmful Materials Inventory

Materials re: Citizens' Environmental Sampling Committee Soil and Sediment Study

02/10/75 memo from McBride to Ray re: Actinide Concentrations in Tissues of Grazing Cattle from the Rocky Flats, CO

June 1995 letter from Ann J. Lockhart of the Colorado Department of Public Health and Environment enclosing four reports: (1) "Assissing Health Risks from Nuclear Facilities: Epidemiology and Risk Assessment"

Videotapes: All of Binni Abbott's Wind at Rocky Flats Plant, Best of Binni Abbott's Wind at Rocky Flats Plant

J. Mishima article "A Review of Research on Pu Releases During Overheating and Fires"

Documents regarding Beryllium Inventory (Nos. 3003964, 3044540, 3044558, 5083599-5083605, D000520. 330251, 1000068-1000073)

BERYLLIUM SCRAP BID ANALYSIS INVITATION TO BID R-2  (02014253  5/31/77)

REQUEST FOR APPROVAL FOR SALE OF BERYLLIUM SCRAP UNDER CONTRACT NO. AT(29-1)-1106  (J-1251  4/8/71)

EPA report, "Radioactivity Levels in the Environs of the RF Pu Plant" and related documents

MUF text 238-Pu example  (MUF5750196  )

ATSDR's June, 1996 "Consideration of Medical Monitoring for Hanford." (See AE letter dated 08/01/96)

BERYLLIUM AT ROCKY FLATS PLANT  (00013683  8/26/86)

Joseph Goldfield, "High Efficiency particulate Arrestors (HEPA Filters) in the Nuclear Industry", Spetember 1988

Schedule 1 to Part D Non-Radioactive Recyclable Materials  (A12491  )

EML documents (3 boxes)

National Research Council, "Barriers to Science: Technical Management of the Department of Energy Environmental Remediation Progarm", 1996

RFAO Weekly Highlights dated 05/05/89

BERYLLIUM SCRAP STOCK POLICY  (00016001  2/4/85)

Hobbs "Carbon Tet. Emissions from Production Area, Bldg. 707 & 776/777"

Chronology of events (See ELC memo dated 10/03/95)

UNCLAS REF YOUR TWX OF 11-29-72 CONCERNING BERYLLIUM SCRAP INVENTORY AND GENERATION AT ROCKY FLATS  (J-318  )

Citizens Environmental Sampling Committee Meeting Minutes

Environmental Survey Reports, 1952-1962

Putzier and Barick deposition transcripts (for testimony re: Be)

Press clippings re: Contempt Order

A Discussion of Inventory Difference, Its Origin and Effect

RF Annual Environ. Monitoring Reports (1971-1989)

1988/1989 Chemical Inventory on CD-Rom

February 10, 1975 Memo from John R. McBride to Roger Ray re: Actinide Concentrations in Tissues of Grazing Cattle from the Rocky Flats, Colorado - Report NERC-LV-539-36.

Velocity Profiles from Beryllium Emission Sources at the Rocky Flats Plant, dated July 1990

[Dow internal document] Piltingsrud CW to Lee WH, re: Status Report - Health Physics - May 1971.  (COOK 30SEPT96 3457102)

Transcript of the deposition of Anthony Putzier taken March 15, 1995;

Study of Unaccounted For Plutonium Losses, by L.L. Zodtner and R.F. Rogers, dated January 6, 1964;

Final Report - Fire in Beryllium Air Plenum South of Building 444, dated July 6, 1978;

09/24/92 CDH Memorandum re: Review of Beryllium Soil Analyses;

Transcript of Citizens Environmental Sampling Committee, October 27, 1994.

Transcript of Citizens Environmental Sampling Committee, January 5, 1995.

Transcript of Citizens Environmental Sampling Committee, February 7, 1995.

Transcript and Disks of Philip Krey deposition, beginning May 7, 1996 and continuing.

Lieben J, Metzner F.  Epidemiological findings associated with beryllium extraction. Industrial Hygiene Journal Dec. 1959: 494-499.  1959.

February 7, 1975 correspondence from Roger Ray to Dr. Delbert S. Barth re: Actinide Concentrations in Tissues of Grazing Cattle from the Rocky Flats, Colorado - Report NERC-LV-539-36.

Additional documents from the Environmental Measurements Laboratory (Bates stamped EML 06753 - EML 10937).

C.W. Piltingsrud, "Health Physics of Plutonium Operational Experiences", November 21, 1966 speech.

ATSDR's June, 1996 "Consideration of Medical Monitoring for Hanford."

K.R. Meyer, "Tritium Release from Rocky Flats in 1973", May 1995.

June 1995 letter from Ann J. Lockhart of the Colorado Department of Public Health and Environment enclosing four reports: (1) "Assessing Health Risks from Nuclear Facilities: Epidemiology and Risk Assessment"; (2) "Quality Assurance for the Health Studies

National Research Council, "Barriers to Science: Technical Management of the Department of Energy Environmental Remediation Program", 1996.

Joseph Goldfield, "High Efficiency Particulate Arrestors (HEPA Filters) in the Nuclear Industry", September 1988.

Studies of the Mortality of Atomic Bomb Survivors, Report 12, Part 1. Cancer: 1950-1990,  Radiation Research (1996).

Eisenbud M, Lisson J.  Epidemiological aspects of beryllium-induced nonmalignant lung disease: a 30-year update.  Journal of Occupational Medicine Vol. 25 No. 3: 196-202. 1983.

Sussman VH, Leiben J, Cleland JG.  An air pollution study of a community surrounding a beryllium plant.  Industrial Hygiene Journal Dec. 1959: 504-508.  1959.

Watts SR, Walsh FX, Vought VM.  Analytical experiences with beryllium determinations in a comprehensive air pollution study. Industrial Hygiene Journal Dec. 1959: 500-503. 1959.

[Rockwell internal document] Putzier EA to Hill JE, re: Monthly Report - Industrial Hygiene - August 1975.  (COOK 30SEPT96 3457096)

[Dow internal document] Piltingsrud CW , re: Status Report - Health Physics - August 1968.  (COOK 30SEPT96 3457098)

BERYLLIUM SCRAP DISCUSSIONS AT DOE/AL ON JULY 16,. 1987. (703202
8/4/87)

Transcript and Disks of Edward Hardy deposition, beginning October 23, 1995 and
continuing.

A Review of Research on Plutonium Releases During Overheating and Fires authored
by J. Mishima

Rocky Flats Environmental Survey Reports, 1952-1962.

E.E. Buglova, J.E. Kenigsberg and N.V. Sergeeva's paper "Cancer Risk Estimation in
Belarussian Children due to Thyroid Irradiation as a Consequence of the Chernobyl
Nuclear Accident".

NCRP Commentary No. 14, "A Guide for Uncertainty Analysis in Dose and Risk
Assessments related to Environmental Contamination", May 10, 1996.

Documents regarding Beryllium Inventory (Bates #'s 3003964, 3044540, 3044558,
5083599-5083605, D000520, 330251, 1000068-1000073)

Philip J. Landrigan's chapter on "Ethylene Oxide" from the book Environmental and
Occupational Exposures

Plutonium Storage at the Rocky Flats Plant, Golden, Colorado, by Joseph Goldfield,
Consulting Engineer, 06/93.

Plutonium Storage at Major Department of Energy Facilities, Defense Nuclear Facilities
Safety Board Technical Report dated 04/14/94.

High Efficiency Particulate Arrestors (HEPA Filters) in the Nuclear Industry, by Joseph
Goldfield, Consulting Engineer, 09/88.

Environmental Measurements Laboratory documents (3 boxes)

Draft, "Plutonium Working Group Report on Environmental, Safety and Health
Vulnerabilities Associated with the Department's Plutonium Storage, Volume I:
Summary," dated 09/94.

Transcript of the deposition of Charles Barrick taken March 9, 1995 and March 10, 1995

Citizens Environmental Sampling Committee Meeting Minutes Dated: 11/03/93,
10/27/94, 12/01/94, 01/05/95, 02/07/95.

C.W. Barrick, "Harmful and Potentially Harmful Materials Inventory," dated 01/25/74;

Disks containing electronic files related to the Fugitive Dust Model dispersion modeling
and Monte Carlo exposure calculations as well as a disk containing the Inmagic index to
the ChemRisk repository documents;

A Review of Research on Plutonium Releases During Overheating and Fires, J. Mishima, August 1964;

A Discussion of Inventory Difference, Its Origin and Effect, dated August, 1994;

RFAO Weekly Highlights dated 05/05/89, (Bates # 1094 41865-41866);

List of chemicals used at Rocky Flats (1966), (Bates # D010895-D010912);

1988/1989 chemical inventory on CD-Rom.

05/26/93 Report of the Incident Investigation Subcommittee re: 1957 Fire in Building 771;

Undated letter from Abbot to Clark re: EPA Report, "Radioactivity Levels..."

Rocky Flats Annual Environmental Monitoring Reports (1971-1989);

June 11, 1971 letter from Lee to Jones re: "Radioactivity Levels..." (draft and final versions);

June 10, 1971 letter from Hammond to Lee re: "Radioactivity Levels in the Environs of the Rocky Flats Plutonium Plant-- 1970 (EPA, April 1971)";

F. Hobbs, "Carbon Tetrachloride Emissions from Production Area, Building 707 & 776/777, Rockwell International," dated 10/14/82;

EPA Report, "Radioactivity Levels in the Environs of the Rocky Flats Plutonium Plant," dated April 1971;

Discussion Notes for 01/24/94, "Plutonium at the Rocky Flats Plant, Golden, Colorado [Quantities Stored and Dangers]," by Joseph Goldfield, Consulting Engineer, 01/94.

BERYLLIUM SCRAP  (02001985  12/24/69)

[Dow internal document] Piltingsrud CW , re: Status Report - Health Physics - January 1969.  (COOK 30SEPT96 3457100)

BERYLLIUM SCRAP RECYCLE DEVELOPMENT.  (600488  4/15/88)

BERYLLIUM SCRAP STOCK POLICY.  (703203  4/15/88)

MINUTES OF BERYLLIUM WASTE/SCRAP MEETING JUNE 29,.  1988.  (1200800 7/12/88)

MINUTES OF BERYLLIUM WASTE/SCRAP MEETING JUNE 29,.  1988.  (501497 7/12/88)

BERYLLIUM PROCESSES (D-520 )

BERYLLIUM SCRAP (02010324 2/4/80)

DISPOSAL OF BERYLLIUM SCRAP (02003732 2/14/77)

BERYLLIUM SCRAP STOCK POLICY. (703201 2/4/85)

SUBJ: INFORMATION REQUIRED BY THE NATIONAL COMMISSION ON MATERIALS POLICY. FOLLOWING IS THE INFORMATION REQUESTED CONCERNING BERYLLIUM SCRAP INVENTORY AND GENERATION AT ROCKY FLATS. (J-316 12/6/72)

DAILY REPORT FOR THE ALBUQUERQUE OPERATIONS OFFICE (AL) -. MARCH 21, 1988 * BERYLLIUM SCRAP REDUCTION. (82932 3/21/88)

ANALYTICAL REPORT * BERYLLIUM METAL SCRAPS BLDG 705. LAB NUMBER - E87-3315/20320. (20035 6/1/87)

BERYLLIUM SCRAP COST REDUCTION PROJECT - RF PLANT. (902647 10/19/87)

ANALYTICAL REPORT * BERYLLIUM METAL SCRAPS BLDG 705. LAB NUMBER - E87-3315. (20036 4/29/87)

CERTIFICATION OF BERYLLIUM SCRAP METAL FOR STORAGE AT NTS (02029285 4/2/85)

BERYLLIUM SCRAP METAL STATUS (J-207 5/16/73)

BERYLLIUM SCRAP STOCK POLICY. (300430 2/4/85)

BERYLLIUM SCRAP STOCK POLICY (00016001 2/4/85)

ROCKWELL INTERNATIONAL PROPOSED SALE OF BERYLLIUM SCRAP METAL TO BRUSH WEL LMAN INC. INVITATION TO BID R-5 (02010867 7/5/83)

BERYLLIUM PROCUREMENT AND SCRAP DISPOSAL (02004984 5/13/78)

BERYLLIUM SCRAP (IM1001JF). (330241 2/4/80)

ANALYTICAL REPORT - LAB NO. E87-3315/20320, WASTE. NAME: BERYLLIUM METAL SCRAPS, SAMPLE DATE 4/1/87. (300790 6/1/87)

CRITERIA FOR FABRICATION , PURCHASE , AND INSTALLATION OF EQUIPMENT AND FACILITIES FOR BERYLLIUM CASTING AND FR SCRAP RECLAMATION, BUILDING 44, AU TH. 370038 (02011232 8/11/66)

BERYLLIUM INVENTORY. (82724 7/24/84)

WASTE STREAM NUMBER: 20320 - BERYLLIUM METAL SCRAPS 4-1-87.   BLDG
705.  (1102658  4/29/87)

RADIOECOLOGICAL CONSEQUENCES OF NUCLEAR DETONATIONS AT THE
NEVADA TEST SITE  (00003100  3/1/71)

WASTE STREAM NUMBER: 20320 - BERYLLIUM METAL SCRAPS 4-1-87.   BLDG
705.  (1102657  6/1/87)

Barnard AE, Torma-Krajewski J, Viet, SM. 1996. Retrospective beryllium exposure
assessment at the Rocky Flats Environmental Technology Site.  Am. Ind. Hygiene
Assoc. Journal 57: 804-808.

Phase II - Choices for Rocky Flats, Accelerated Site Action Project Draft Revision 1,
2/96

1989 letter from Simonson to Sanchini re: Supplement Ambient Air Monitoring Sites
Along Indiana Avenue

Report of the Task Force on Potential Offsite Contamination [Dow report, CM Love,
Chairman] (00003959 6/70)

Minutes, Advisory Committee for Biology and Medicine, Los Alamos Scientific
Laboratory: October 9-10, 1953, 40th meeting

Minutes, Advisory Committee for Biology and Medicine, Los Alamos Scientific
Laboratory: October 9-10, 1953, 40th meeting

[Dow internal correspondence] HR Hoyle to EE Hicks re: list of chemicals used at Rocky
Flats, including ethylene oxide.  (D010895, 6/23/66)

HASL-237, Manual of Standard Procedures NYO-4700 (3rd edition). Harley JH, ed.
1970.[partial copy - "Sampling Principles"]

[MF-RF-GL-39] Surface water data sheets from 3/22/85 to12/16/85 signed by Illsley /
DeLuillo?.  (COOK SEPT 1996 MICROFILM 5043174)

Betts AW.  Disposal of Waste Material.  [AEC internal document]. (COOK 3 MAY96
request from CITS exc 3457036, 9/25/63)

Farmland Damage Severe, Denver Post 2/24/77.  (COOK SEPT1996 microfilm
5043164)

Deposition exhibits 449, 461, 481, 591, 1093, 1094, 1095, 1128, 1139

BERYLLIUM SCRAP STOCK POLICY.  (600487  4/15/88)

BERYLLIUM SCRAP BID ANALYSIS INVITATION TO BID R-2  (02003724  5/31/77)

Exposure Scenario Development around the RF Plant. K.R. Meyer (9/96)

The Environmental Safety and Health Implications of Plutonium. R.H. Clarke at al. J. Radiol. Prot. 1996 Vol. 16 No2 91-105

[Correspondence] P.G. Voillequé to W.A. Kemper re: Chernobyl Pu contamination, 7/12/96, from HAP Briefing Book 25 (9/96)

Why Should We Do Environmental Dose Recontructions? C.W. Miller, J.M. Smith. Health Phys. 71(4):420-424; 1996

Study for POSC Task Force - Status and Recommendations Concerning Building Air Effluents at Rocky Flats (602651 1/23/70)

Building 771-774 Discrepancy CRDL 950350-6 (602575 12/6/71)

Ventilation Equipment - Building 79 (3/24/65)

Al Voight letter (B3019 9/20/71)

Enclosure of Beryllium Aerotec, Building 779-A (A38841 9/19/69)

Radioactive Levels in the Environs of the RF Plant (GRM07830 12/73)

Final Environmental Impact Statement: Rocky Flats Plant Site, Dated April, 1980 (3 volumes).

MINUTES OF BERYLLIUM WASTE/SCRAP MEETING JUNE. 29,1988. (1103595 7/12/88)



Rocky Flats: Plutonium

Measurements in soil c.1970

(Krey-Hardy, HASL-235, Aug. 1 1970)



Risk Table

## Tables of Chemical Risks

Beryllium

|  | avg conc µg/m3 in sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 2.4E-01 | 1.1E-01 | 5.5E-02 |
| at 90%ile | 8.9E-02 | 4.0E-02 | 2.0E-02 |
| mean | 9.0E-02 | 4.0E-02 | 2.0E-02 |
| at 50%ile | 2.0E-04 | 9.0E-05 | 4.5E-05 |
| at 10%ile | 9.3E-08 | 4.2E-08 | 2.1E-08 |
| at 5%ile | 2.8E-08 | 1.3E-08 | 6.3E-09 |

risk coefficients (1/µg/m3)  comparison values (µg/m3)

| | | | |
|---|---|---|---|
| EPA | 2.40E-03 | risk = 10e-6 EPA | 4.2E-03 |
| Calif | 2.00E-03 | risk = 10e-6 Calif | 5.0E-03 |

| risks - EPA | sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 5.9E-04 | 2.6E-04 | 1.3E-04 |
| at 90%ile | 2.1E-04 | 9.6E-05 | 4.8E-05 |
| mean | 2.2E-04 | 9.6E-05 | 4.8E-05 |
| at 50%ile | 4.8E-07 | 2.2E-07 | 1.1E-07 |
| at 10%ile | 2.2E-10 | 1.0E-10 | 5.0E-11 |
| at 5%ile | 6.7E-11 | 3.0E-11 | 1.5E-11 |

EtO

|  | avg conc µg/m3 in sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 5.0E+00 | 2.3E+00 | 1.1E+00 |
| at 90%ile | 2.7E+00 | 1.2E+00 | 6.0E-01 |
| mean | 1.2E-01 | 5.4E-02 | 2.7E-02 |
| at 50%ile | 1.3E-01 | 5.9E-02 | 2.9E-02 |
| at 10%ile | 6.4E-03 | 2.9E-03 | 1.4E-03 |
| at 5%ile | 3.4E-03 | 1.5E-03 | 7.6E-04 |

risk coefficients (1/µg/m3)  comparison values (µg/m3)

| | | | |
|---|---|---|---|
| Calif | 8.80E-05 | risk = 10e-6 EPA | 1.1E-01 |
| EPA - ? | 8.80E-05 | risk = 10e-6 Calif | 1.1E-01 |

| risks -Calif | sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 4.4E-04 | 2.0E-04 | 9.9E-05 |
| at 90%ile | 2.3E-04 | 1.0E-04 | 5.2E-05 |
| mean | 1.1E-05 | 4.8E-06 | 2.4E-06 |
| at 50%ile | 1.1E-05 | 5.1E-06 | 2.6E-06 |
| at 10%ile | 5.6E-07 | 2.5E-07 | 1.3E-07 |
| at 5%ile | 3.0E-07 | 1.3E-07 | 6.7E-08 |

Values for total concentrations (µg/m3) of volatile
chlorinated solvents using steps 1-4 in Table 5.1

| | avg conc µg/m3 in sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 4.8E+00 | 2.2E+00 | 1.1E+00 |
| at 90%ile | 3.5E+00 | 1.6E+00 | 7.9E-01 |
| mean | 1.7E+00 | 7.7E-01 | 3.8E-01 |
| at 50%ile | 1.1E+00 | 5.0E-01 | 2.5E-01 |
| at 10%ile | 3.5E-01 | 1.6E-01 | 7.8E-02 |
| at 5%ile | 2.5E-01 | 1.1E-01 | 5.6E-02 |

values for
CCl4

| | avg conc µg/m3 in sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 1.1E+00 | 5.0E-01 | 2.5E-01 |
| at 90%ile | 8.1E-01 | 3.6E-01 | 1.8E-01 |
| mean | 3.9E-01 | 1.8E-01 | 8.8E-02 |
| at 50%ile | 2.5E-01 | 1.1E-01 | 5.7E-02 |
| at 10%ile | 8.0E-02 | 3.6E-02 | 1.8E-02 |
| at 5%ile | 5.8E-02 | 2.6E-02 | 1.3E-02 |

risk coefficients (1/µg/m3)  comparison values (µg/m3)

| | | | |
|---|---|---|---|
| EPA | 1.50E-05 | risk = 10e-6 EPA | 6.7E-01 |
| Calif | 4.20E-05 | risk = 10e-6 Calif | 2.4E-01 |

| risks -Calif | sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 4.6E-05 | 2.1E-05 | 1.0E-05 |
| at 90%ile | 3.4E-05 | 1.5E-05 | 7.6E-06 |
| mean | 1.6E-05 | 7.4E-06 | 3.7E-06 |
| at 50%ile | 1.1E-05 | 4.8E-06 | 2.4E-06 |
| at 10%ile | 3.3E-06 | 1.5E-06 | 7.5E-07 |
| at 5%ile | 2.4E-06 | 1.1E-06 | 5.4E-07 |

| risks -EPA | sec 4 | sec 8 | sec 12 |
|---|---|---|---|
| at 95%ile | 1.7E-05 | 7.5E-06 | 3.7E-06 |
| at 90%ile | 1.2E-05 | 5.4E-06 | 2.7E-06 |
| mean | 5.9E-06 | 2.6E-06 | 1.3E-06 |
| at 50%ile | 3.8E-06 | 1.7E-06 | 8.5E-07 |
| at 10%ile | 1.2E-06 | 5.4E-07 | 2.7E-07 |
| at 5%ile | 8.6E-07 | 3.9E-07 | 1.9E-07 |



FIGURE 3-9
RELATIONSHIP BETWEEN THE PLATTED SECTORS AND THE FRONT RANGE OF THE ROCKY MOUNTAINS

ChemRisk, Project Task 8 (Sept. 1994)