

1         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO
2

--------------------------------x
3   MERILYN COOK, et al.,       : Civil Action
                         :
4            Plaintiffs,    :
                         :
5         vs.               :
                         :
6   ROCKWELL INTERNATIONAL       :
   CORPORATION, a Delaware      :
7   Corporation, and THE DOW     :
   CHEMICAL COMPANY, a Delaware   :
8   Corporation,            :
                         :
9          Defendants.    : NO. 90-K-181
--------------------------------x
10

11

12                  Expert oral deposition of

13   MICHAEL GOCHFELD, M.D., Ph.D., taken at the law

14   offices of BERGER & MONTAGUE, P.C., 1622 Locust

15   Street, Philadelphia, Pennsylvania  19103, on

16   Wednesday, the 16th day of April, 1997, commencing

17   at 9:40 a.m., before ANGELA C. BUONANTUONO, a

18   Court Reporter and Foreign Commissioner of Deeds

19   for the Commonwealth of Pennsylvania.

20

21                   - - -

22       DELCASALE, CASEY, MARTIN & MANCHELLO
        Registered Professional Reporters
23         Suite 636 - 1801 Market Street
      Philadelphia, Pennsylvania   19103
24             (215) 568-2211

1    start with lung cancer incidents rates.

2         Is it your understanding that Dr. Clapp

3    divided the lung cancer incidents data into

4    five-year periods so that he could analyze whether

5    there was a trend over time?

6    A.    It's my understanding that he received the

7    data in five-year periods, but that he was

8    interested in whether there was a change from --

9    over time, yes.

10   Q.    And is it your understanding that with

11   respect to lung cancer, he did not find a trend

12   over time?

13                  MR. AUERBACH:  Objection.  If

14        you're going to use the word "trend", I

15        would like you to be clear about what it is

16        you mean by "trend".

17   BY MR. KURTENBACH:

18   Q.    You can answer the question, sir.

19   A.    In my reading, he found a trend in that the

20   levels were higher in the latest period that he

21   looked at than in previous periods.

22        He suggested that this corresponded to the

23   long latency from the time of maximum plutonium

24   emissions.