# Report of MICHAEL GOCHFELD MD, PHD
# A MEDICAL SCREENING/SURVEILLANCE IN THE CASE OF
# Merilyn Cook et al. Plaintiffs v. Rockwell International Corporation, et al. Defendants.   Civil Action No. 90-K-181. November 22, 1996

I am a Clinical Professor in the Department of Environmental and Community Medicine at the Robert Wood Johnson Medical School (RWJMS) which is part of the University of Medicine and Dentistry of New Jersey. I am also in the Division of Occupational Health of the Environmental and Occupational Health Sciences Institute. I have been in the field of occupational and environmental medicine since 1969 and have been on the faculty of Robert Wood Johnson (formerly Rutgers) Medical School since 1980. I hold an MD degree from Albert Einstein College of Medicine, a PhD from the City University of New York, and I completed a post-doctoral fellowship in behavioral biology at the Rockefeller University. I am a fellow of the American College of Occupational and Environmental Medicine, and author of many biomedical papers, including some directly related to medical screening and surveillance programs. I have co-edited a book entitled Hazardous Waste Workers specifically focused on the design and interpretation of their medical surveillance programs, and have co-edited a more general book on Environmental Medicine. I am board certified in occupational medicine by the American Board of Preventive Medicine.

In this report I elaborate on my previous affidavit regarding the role of medical surveillance for a target population of individuals currently or formerly residing in the vicinity of the Rocky Flats site, who are believed to have been exposed to a variety of substances released over time from the Rocky Flats Plant. I have reviewed other reports by plaintiffs' experts, indicating significant exposures to and excess cancer risks for the target population from plutonium, beryllium, and organic compounds. Based on these estimates I conclude with a reasonable degree of medical certainty that a medical screening/surveillance program should be offered to this target population to protect their health and reduce their risks. As a guideline in the attachment I have also provided a sample of a screening/ surveillance program with an approximate cost estimate.

This report identifies the role of medical screening and surveillance examinations in evaluating a community exposed to hazardous radioactive and toxic chemical releases in the vicinity of the Rocky Flats Plant (RFP), and offers a program which can significantly reduce the overall health risks of a population, including those directly and indirectly attributable to exposure, at a lower cost than would be required to test for every endpoint conceivably associated with exposure to complex mixtures of radioactive and toxic materials.

The program includes a preliminary screening component that will rely on medical information, exposure information (for example, residence location, timing, duration), physical examination, clinical testing, and other relevant information, coupled with the expert

Chinn further documented other reports of high levels of plutonium offsite, primarily in an eastward direction with a 3.0 mCi/sq km contour 13 km southeast of the plant (the background for the Denver area is 1.3 mCi/sq km). Improved techniques employing the ratio of $Pu_{239}/Pu_{240}$ allowed detection of RFP plutonium at a distance of 30 km east of the plant. There are also reports of significant quantities of other radionuclides including $Am_{241}$. Chinn also describes some of the activities which led to the offsite distribution of plutonium during waste management operations in the 1960s.

The Chinn report provides evidence suggestive of increased cancer risk in areas impacted by Rocky Flats. Chinn concluded that of 40 independent variables tests, "Measures of exposure to Rocky Flats were determined by the multiple regression computer program to be the most significant predictors of total cancer risk" (Chinn 1981). In my mind a significant finding was that the cancers known to be "radiosensitive" were elevated.

*Crump Report*: Crump et al. (1987) also found increases in all cancers and lung cancer near Rocky Flats, particularly for the 1969-1971 period. They concluded that the apparent Rocky Flats effect was confounded by "Urbanization", however, I agree with Dr. Clapp's interpretation (Clapp Report 1996), that they used an unorthodox and untested epidemiologic method by introducing the variable "distance from capital".

*Clapp Report*: I have been given a copy of plaintiff expert, Dr. Richard Clapp's report (Clapp Report 1996). Dr. Clapp compared lung cancer incidence rates for five year periods (1979-1983, 1984-1988, 1989-1992) with the plutonium exposure contours published by Krey and Hardy (1970). I infer that the hypothesis underlying this approach is that if lung cancer was occurring due to exposures from Rocky Flats, there should be an increasing rate of lung cancer in the exposed population as more years elapse and more cases reach the end of their latency phase. After standardizing the odds-ratios (see description in Clapp's report), he found that lung cancer rates had increased for both males and females in the contours closest to Rocky Flats. This supports the hypothesis. The highest odds-ratio was 1.29, suggestive of a 29% increased risk of lung cancer in people exposed 20 or more years ago.

*Is Confounding a Problem*: A common critique of all studies of lung cancer is the "confounding by smoking". Since epidemiologists usually do not have smoking histories, particularly in retrospective studies, it would make it impossible to interpret lung cancer trends if every trend were dismissed as "possibly confounded". I emphasize to students in my epidemiology classes, that a confounder operates only if it is disproportionately distributed among populations. Thus unless members of the target population included a higher proportion of smokers than more distance "reference" populations, any affect observed in the

**Gochfeld Report  Nov.22, 1996**                16