**ROCKY FLATS NUCLEAR WEAPONS PLANT**
**PROPERTY IMPACT STUDY**
**NOVEMBER 21, 1996**

**HUNSPERGER & WESTON, LTD.**
**5889 S. GREENWOOD PLAZA BLVD., STE. 404**
**ENGLEWOOD, COLORADO  80112**



HUNSPERGER & WESTON, Ltd.

5889 South Greenwood Plaza Blvd., Suite 404
Englewood, Colorado 80111
(303) 741-5918 • Fax: (303) 741-2111

Wayne L. Hunsperger, MAI, SRA
Mark S. Weston
Lucianne Zink, MAI
David B. Clayton, J.D.
Kenneth N. Hunsperger

November 21, 1996

Merrill G. Davidoff, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

RE:   Merilyn Cook, et al. v. Rockwell International Corporation and
Dow Chemical Company
Property Value Study

Dear Mr. Davidoff:

In response to class certification granted by United States District Court for Denver, Colorado regarding property impacts near Rocky Flats, we have conducted an analysis of the Property Class Area to determine the impact on property values within the Class Area due to the influence of the Rocky Flats Nuclear Weapons Facility and the 1989 FBI raid on the plant.  The study period relates to just prior to the 1989 FBI raid through 1995.

In order to conduct an exhaustive analysis, we assembled a research team of experienced professionals from various disciplines.  We also used the ample resources of several major American universities.  Specifically, our team consists of real estate experts, risk analysis experts, survey research experts, geographic information system analysis experts and statistical analysis experts.  Several research techniques were employed to determine if it is more likely than not that property values in the Class Area are affected, and if so, to what extent.  Our study is unique and it brings together multi-disciplinary approaches that when considered together illustrate a very clear picture.  Each of the five techniques used in this analysis results in the clear indication that property values have been impacted.  Four of the techniques can be used to quantify the impact, and those results are relatively consistent.

The analysis presented herein has been completed in compliance with the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation and the requirements of the Code of Professional Ethics of the Appraisal Institute, as well as the laws of the State of Colorado.  We direct your attention to our statement of Contingent and Limiting Conditions found on Page 71 for a list of material assumptions used in the report.

AFFILIATED OFFICES:
Boston, Massachusetts • Chicago, Illinois

It is our opinion that properties in the class area to Rocky Flats have been negatively impacted by the nuclear weapons facility, and that impact was exacerbated by disclosures coming out of the 1989 FBI raid on the facility.  Our estimate of diminution in value is illustrated below.

### Final Estimate of Diminution in Value

| | |
|---|---|
| Diminution - Residential Properties: | $169,000,000 |
| Vacant Land: | 21,000,000 |
| Total Diminution in the Class Area: | $190,000,000 |

Respectfully submitted,

HUNSPERGER & WESTON, LTD.

Wayne L. Hunsperger, MAI, SRA
Certified General Appraiser
CG01313804

David B. Clayton
Certified General Appraiser
CG01315748

WLH:DBC:jk

# CERTIFICATION

We certify that, to the best of our knowledge and belief:

- the statements of fact contained in this report are true and correct.

- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions, and conclusions.

- we have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

- our compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

- in accordance with USPAP, this appraisal was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

- our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation.

- the use of this report is subject to the requirements of The Appraisal Institute relating to review by its duly authorized representatives.

- as of the date of this report, I (Wayne L. Hunsperger, MAI) have completed the requirements under the continuing education program of The Appraisal Institute, and both Wayne L. Hunsperger and David B. Clayton are currently certified by the State of Colorado under Certification Number CG01313804 and CG01315748, respectively.

- we have made a personal inspection of the property that is the subject of this report.

- those whose opinions have been relied upon for development of this report have been identified either in the report or in the pleadings of the case.

November 21, 1996

Respectfully submitted,

HUNSPERGER & WESTON, LTD.

Wayne L. Hunsperger, MAI, SRA
Certified General Appraiser
CG01313804

David B. Clayton
Certified General Appraiser
CG01315748

WLH:DBC:jk

# TABLE OF CONTENTS

Letter of Transmittal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

Certification, Signatures and Date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iv

Executive Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Definition of Problem/Purpose of the Study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

Property Under Consideration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65

Relevant Dates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

Scope of the Evaluation Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

Extent of Data Collection . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

Summary of Valuation Methodology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

Contingent and Limiting Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

Rocky Flats History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

Environmental Conditions and Their Effect on Property Values . . . . . . . . . . . . . . . . . . . . 74

Real Estate Market Research . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

      Municipalities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78
      Counties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86
      State of Colorado . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
      Quasi Public Entities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 99
      Market Participants . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 104
      Individual Property Owners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113
      Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 119

Use of Analogous Case Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 121

      Case Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 126-163
      Summary of Case Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 164
      Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 175

Market Sales Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178

      Market Study of Land Prices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 178
      Comparison of Residential Resale Prices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 202
      New Residential Construction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 217

Multiple Regression Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 221

Public Opinion Surveys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 225

      Talmey-Drake/City of Broomfield . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 225
      City of Arvada . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 231
      EG&G Community Relations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 233
      Decision Research . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234
      Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 250

Reconciliation and Final Conclusions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253

Consultants Qualifications . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 260

## **ADDENDA - VOLUME II**

Rocky Flats Health and Housing Survey - Decision Research . . . . . . . . . . . . . . . . . . . . . . . . . . . A

City of Broomfield Issues Survey - Talmey-Drake . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B

Community Relations Survey - EG&G . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C

# EXECUTIVE SUMMARY

### DEFINITION OF PROBLEM / PURPOSE OF THE STUDY

The purpose of this study is to determine the impact on property values within the Property Class Area due to the influence of the Rocky Flats Nuclear Weapons Facility and the 1989 FBI raid of the plant. The study period relates to just prior to the 1989 FBI raid of the plant through 1995.

### PROPERTY UNDER CONSIDERATION

For our specific study area we have adopted "The Property Class Area" as defined in Plaintiffs Motion for Class Certification. The definition of The Property Class is as follows:

*All persons and entities owning an interest (including mortgagee and other security interests) in real property situated within the Property Class Area exclusive of governmental entities, defendants, and defendant's affiliates parents and subsidiaries.*

*There are approximately 13,481 parcels of which an estimated 12,019 are residential properties. Approximately 1,462 additional parcels (or 4,812 acres) belong to the vacant land use category.*

### SCOPE OF THE STUDY

- Review documents relevant to Rocky Flats issues. These include, but are not limited to, news articles, congressional reports, Colorado Department of Health documents, numerous environmental science reports and public documents such as the Rocky Flats Site Wide Environmental Impact Statement (comment response document) and Rocky Flats Future Site Use Working Document. Additionally, memos and correspondence available in the Rocky Flats reading room at the Colorado Department of Health were reviewed.

- Physically inspect the Property Class Area. Over the last two or three years, we have visited the class area on over 20 different occasions. We have walked parcels of various vacant land and inspected the interiors of several of the representative plaintiff's properties. We also have conducted door-to-door interviews with neighborhood residents and visited sales offices of new subdivision developments in the area.

- Interview market participants. In order to determine attitudes with respect to Rocky Flats and the class area, we interviewed:

  1. Officials of the various assessing jurisdictions;
  2. Various lenders in the real estate community;
  3. Various private government mortgage insurers in the real estate community;
  4. Various real estate brokers who have a history of working in the Rocky Flats area;
  5. Home builders in the region;
  6. Various local government officials;
  7. Local residents and workers; and,

8.    Bond attorneys, land developers and title companies;

- Prepared a narrative report in compliance with the Uniform Standards of Professional Practice of the Appraisal Foundation, the Standards of Professional Practice of the Appraisal Institute, and the Code of Professional Ethics of the Appraisal Institute.

- Performed research necessary to determine if diminution in real estate property values has occurred and, if so, to what extent.  This includes:

   I.     **Real Estate Market Research**
   II.    **Use of Analogous Case Studies**
   III.   **Market Sales Information**
   IV.    **Multiple Regression Analysis**
   V.     **Public Opinion Surveys**





PLUTONIUM CONTOUR AREA

PHOTO DATE: 9/89

# SUMMARY OF THE METHODOLOGY

In order to analyze the impact of the Rocky Flats Nuclear Weapons Facility on the Property Class Area, we have employed a variety of techniques reasonably and customarily relied upon by experts in our field.

**I.**   **Real Estate Market Research**

Perceptions in the marketplace directly affect real estate value; thus, it is necessary to interview various market participants[1] in order to understand market attitudes. For example, sale transactions or projects that did not occur may be as telling as those that did. Additionally, if public attitudes about real estate values in the area are negative, implicitly there will be downward pressure on property value[2]. Real estate impact should be measured in the market of well-informed and well-advised buyers, sellers and users of real estate[3].

**II.**   **Use of Analogous Case Studies**

An analysis of the effects on property values due to similar or analogous environmental problems is useful in predicting and understanding market behavior around Rocky Flats. As identified in an Appraisal Institute research publication[4], this technique can serve as a substitute for direct sales comparison.

**III.**   **Market Sales Information**

This category relates to the traditional study of actual sales data, including the study of individual sales, but also trend analysis, sampling and averaging. For example, sale trends in one area can be compared to trends in another area to determine if a price differential exists and to what it might be attributed.

**IV.**   **Multiple Regression Analysis**

This is defined in Real Estate Appraisal Terminology, published by the Appraisal Institute, as: "measuring the simultaneous influence of a number of independent variables on one dependent variable." The various forms of regression analysis are identified in The Appraisal of Real Estate, 10th Edition as a mathematical technique commonly used by real estate professionals and consultants.

---

[1]   Market participants are defined in The Dictionary of Real Estate Appraisal as follows:
market participants - Individuals actively engaged in real estate transactions. Primary market participants are those who invest equity in real property or who use real estate, e.g., buyers, sellers, owners, lenders, tenants. Secondary market participants include those who advise primary participants, e.g., advisors, counselors, underwriters, appraisers.

[2]   "Environmental Risk and the Real Estate Appraisal Process,", The Appraisal Institute, March 1994, Pg. 150.

[3]   "Environmental Risk and the Real Estate Appraisal Process.", The Appraisal Institute, March 1994, Pg. 23.

[4]   "Measuring the Effects of Hazardous Materials Contamination on Real Estate Values: Techniques and Applications," Appraisal Institute Research Publication, 1992, Pg. 4.

---

### V.   Public Opinion Surveys

Survey research[5] corrected for bias and designed to minimize margin of error is particularly useful to determine how people respond to technological, environmental, and health hazards and risks. Within the context of a properly designed survey, it is also possible to quantify risk and how it impacts real estate value.

---

[5]   Survey Research, published by the Appraisal Institute, July 1989, revised January 1991.

# PART I
# REAL ESTATE MARKET RESEARCH

Real estate market research is meant to include material other than actual real estate sales data. It may include events, actions, policies, and market perceptions that do not necessarily result in a specific real estate transaction, but do influence the real estate marketplace. Real estate market analysis focuses on the motivations, attitudes and interactions of market participants as they respond to the particular characteristics of real estate and to external influences that affect its value[6].

In the context of the Rocky Flats Nuclear Weapons Plant, that data may include:

1)      government policies designed to protect human health which may include such things as buffer zones from the Rocky Flats plant, land use restrictions in proximity to the plant, soil testing requirements, among others; and,

2)      perceptions within the marketplace and among market participants that influence real estate activity, prices and value.

Following is a summary outline of the market participants interviewed.

I.      **MUNICIPALITIES**

      A.      City of Broomfield

      B.      City of Arvada

      C.      City of Westminster

      D.      Town of Superior

      E.      City of Golden

      F.      City of Louisville

      G.      City of Lafayette

      H.      City of Boulder

II.     **COUNTIES**
      A.      Jefferson County

      B.      Boulder County

---

[6]      The Appraisal of Real Estate, 10th Edition, published by the Appraisal Institute, Page 48.

HUNSPERGER & WESTON, LTD.                                                                    7

III. **STATE OF COLORADO -**
**COLORADO DEPARTMENT OF HEALTH AND ENVIRONMENT (CDH)**

IV. **QUASI PUBLIC ENTITIES**

V. **MARKET PARTICIPANTS**
    A.    Residential Lenders
    B.    Residential Mortgage Insurance
    C.    Real Estate Appraisers
    D.    Title Companies
    E.    Secondary Mortgage Market
    F.    Realtors
    G.    Builders

VI. **INDIVIDUAL PROPERTY OWNERS**

Within each of the categories above, we interviewed a number of department heads or officials such as economic development officers and land use planners. We also studied policy documents (such as the Rocky Flats Site Use Working Group Recommendations) and regulations relied upon by the various municipalities in relation to the Rocky Flats Nuclear Weapons Plant. The data generally concerned public health, water quality, growth restrictions, the ability of the municipality to issue bonds, concern of the citizenry and land use and planning restrictions.

## Observations - Real Estate Market Research

Following is a summary of general observations from our interviews.

### Municipalities

Broomfield:    In the six months following the FBI raid, the city commissioned an opinion survey of its residents.  Significant findings were:

    1.    More than half said that they were more concerned about Rocky Flats than they were a year earlier (which would have been prior to the FBI raid).

    2.    67% of the respondents believed that property values were affected by Rocky Flats.

    3.    60% were very concerned about contaminated drinking water and 62% believed Rocky Flats to be a health threat.

As a result of the concern expressed in the survey, Great Western Reservoir was abandoned as a source of drinking water.

Additionally, the city was unable to obtain "after market" bond insurance because of proximity to Rocky Flats, and they are unable to use land acquired for expansion of their Great Western facility for anything other than open space.

Arvada:    Jane McVey, Economic Development Officer for the city, reported several concerns:

    1.    Relocation opportunities have been lost because of the stigma of Rocky Flats.

    2.    Some realtors direct clients away from the area because of Rocky Flats.

    3.    Negative perception is almost impossible to overcome.

    4.    The city is less trusting of DOE efforts to resolve contamination problems.

Like Broomfield, the City of Arvada commissioned a citizens' attitude survey and a significant finding was: 42% believed that Rocky Flats constitutes a health threat; 32% said it does not, but 27% said they did not know.

The city has experienced no bond insurance problems because of proximity to Rocky flats.

Westminster:    Mr. Larry Hulse of the Planning Department stated that residential development would not be permitted west of Simms Street and that inquiries regarding Rocky

Flats were particularly prominent after the 1989 FBI raid. He believes these inquiries suggest that property values are negatively impacted.

Ms. Susan Graft, of the Economic Development Office, indicates that the plant has been both positive and negative: Businesses involved in the clean-up of Rocky Flats have created jobs, while other (non-clean-up) companies have refused to locate in the area.

No bonding problems were reported.

Boulder:    Rocky Flats was not reported to be a significant issue except in one respect:

> Mr. John Tayer indicated that the stigma associated with the plant precludes development (much to the satisfaction of the city).

### Counties

Jefferson:    The county is particularly interested in maintaining buffer zones because: 1) hazardous substances remain on, under or near Rocky Flats, 2) the potential exists for the migration of hazardous substances in the environment, 3) 14 tons of plutonium remain on-site and pose a continuing risk and 4) the likelihood of incidents and the consequences of incidents increase yearly.

The county is discouraged by the Department of Energy's past behavior in addition to the various plant operators and is concerned about continuing uncertainty.

The County Board of Health and Resolution Number BOH94-4 indicates that the plant poses a potentially significant long-term risk due to: 1) past and potential future releases of hazardous substances into the environments, 2) present and future superfund clean-up activities, and 3) past, present and future storage of plutonium.

Jefferson County is committed to preserving the environmental buffer zone to the core area in order to help protect public health in the environment off-site. Similarly, Jefferson County recognizes that radioactive materials that will be handled at Rocky Flats pose an on and off-site hazard as long as they exist at Rocky Flats.

The Rocky Flats Site Use Working Group (of which Jefferson County is part) recognizes and identifies in its publications several continuing areas of risk or uncertainty. These uncertainties concern future site uses, waste and nuclear materials disposal options, the regulatory framework, federal funding and deficiency and productivity gains at the site. In addition, these uncertainties affect use and development of adjacent land.

Jefferson County has adopted a "radiation map" which includes the geographic area of Rocky Flats and surrounding lands. In order to subdivide property within the radiation map area, an owner must provide a soil test indicating that no radiation-related substances exist in the parcel to be subdivided. In recent years there has been almost no subdivision activity within the radiation map area. Jefferson County officials suggest that given the radiation area's 22 square mile coverage, the level of development activity appears to be extraordinarily low given the economic recovery in the Denver metropolitan area since 1990.

The Jefferson County School District declined an offer on the part of DOE to install monitoring devices in Standley Lake High School which could measure pollutants that may or may not have traveled from the plant to the school. The reason for declining the offer was because of a potential public relations controversy.

In addition, the school district declined the donation of land for a football stadium site even at no cost to the district. This was because of the District's concern about proximity to the Rocky Flats plant.

## State of Colorado

Colorado Department of Health:

CDH is charged with reviewing soil test data within the radiation map area located around the Rocky Flats plant. CDH recalls no tests in which measures of plutonium have exceeded the [sic] accepted health standard. They also note that only three to four land use applications have actually been submitted since 1989 within the radiation map area.

## Quasi Public Entities

W-470 Highway Authority:

The most westerly leg of the beltway around Denver (W-470) was never constructed, in part, due to concerns regarding pollution near the Rocky Flats site. According to the authority, while from a scientific perspective, this issue did not appear to be significant, it was important to voters who defeated the W-470 extension.

In addition to the W-470 authority, we interviewed various recreation districts, special improvement districts and the Jefferson County Airport. Some expressed no negative experiences regarding proximity to the plant.

## Market Participants

Residential Lenders:

> Because financing is critical to real estate value, we interviewed a number of residential lenders regarding their policies toward making loans in the Rocky Flats area. All those interviewed make loans in the area, but did indicate that if a health hazard can be proved, they would not make a loan. Their loans, of course, are based on appraisals and they entrust the appraiser with taking into account the effect (if any) of proximity to Rocky Flats.

Real Estate Appraisers:

> Residential appraisers by and large are not terribly concerned about the effect of Rocky Flats on property values because by using sale comparables from the sale area, any impact (if one does exist) is inherent in their value conclusions. There is rarely discussion of the degree to which market participants took Rocky Flats into account. Most lending institutions require appraisers to note the proximity of a given property to Rocky Flats and comment on the impact, if any, relative to value and marketability. They acknowledge, however, that this policy is not strictly enforced.

> We are aware of appraisals prepared for condemnation of properties impacted by the Standley Lake Protection Project indicating that Rocky Flats does indeed have a negative effect on the immediate area.

Realtors:

> Realtors' opinions of value and marketability within the class area are extremely diverse. Some believe property is impacted: some believe it is not. Some report that potential purchasers inquire about Rocky Flats, while others indicate that they rarely are asked. It was apparent from our interviews, however, that prospective purchasers obtain little or no negative information with respect to Rocky Flats from realtors.

Builders:

> Like realtors, builders seem to be split on their attitudes toward Rocky Flats. Some will not build in the class area but some will. It does appear that small builders are more likely to build homes in the area than are developers of large projects. Although, the Rock Creek development is not within the class area, we do note that the builder (Richmond Homes) requires purchasers to sign a statement acknowledging that they are buying in proximity to Rocky Flats. We are not aware of any negative impact on Rock Creek due to proximity to Rocky Flats. Richmond Homes believes the lack of impact is due to their "upwind" location. To our knowledge, no other builder makes such a disclosure, verbal or written. On the other hand, small builders in the Walnut Creek area

---

acknowledge that building sites in that location are less expensive than in locations more distant from Rocky Flats.

Individual Property Owners:

We interviewed the various representative plaintiffs and each has experienced difficulty either with value or with the sale of their property. These experiences are indicative of negative attitudes regarding residential property near Rocky Flats.

In addition to representative plaintiff interviews, Decision Research (with the assistance of the University of Maryland) surveyed 188 respondents from the Arvada/Westminster area (many of which are located in the class area) to determine attitudes of homeowners living near the plant. These responses are detailed in the section of this report titled Public Opinion Surveys. Generally, however, a majority of those respondents living near Rocky Flats believe the plant is unsafe or probably unsafe. Almost half have a negative overall impression of Rocky Flats and 70% believe property values have been affected. On the other hand, of the 65% of nearby residents who have heard of the 1989 FBI raid and subsequent fine, 74% said these events did not affect their evaluation of nearby homes. Interestingly, the results from among 416 respondents not living near the plant, are much more negative. Detailed responses can be found elsewhere in this report, but suffice it to say that an overwhelming percent of both groups believe property values within six miles of Rocky Flats have been negatively affected.

## Conclusions - Real Estate Market Research

Based upon this information, we have arrived at the following conclusions.

- It is axiomatic in real estate that value is a function of location, location, location. While not all responses were negative, quite clearly there is substantial concern in the marketplace with respect to location near Rocky Flats. Officials of the various municipalities, as well as residents of those municipalities, have expressed these concerns. They have taken the form of restrictive land use planning insistence on maintaining a buffer area, and conscious choices not to live or work in the area. In our view, the negatives impact real estate value.

- We interviewed a number of people who have experienced no problems to date with Rocky Flats, such as title companies, lenders and secondary mortgage market participants. This is because either they believe there is no risk to the service they provide or that risk is already inherent in the sale price of a property. For example, if sale prices are affected by Rocky Flats, the effect is taken into account by using similarly impacted properties as a basis for valuation or for a loan. On the other hand, if these participants believed that an actual health risk exists, they would no longer be players in the marketplace.

- Generally, the various municipalities and individuals comprising groups, such as the Rocky Flats Future Site Use Working Group, tend to have much more knowledge and concern regarding risks associated with Rocky Flats, than the general public. On the other hand, the local citizenry appears to develop opinions based upon what they have read or heard, and generally they are not able to articulate their concern to the same level as local government officials. Additionally, based upon our interviews with realtors and builders, it appears they may not be getting sufficient information to be able to make fully informed decisions.

- A substantial amount of negative reaction occurred after the 1989 FBI raid. For example, the Broomfield Opinion Survey appeared to be in response to disclosures arising out of that raid. Similarly, the negative impact of the raid was the genesis for two new public water projects: the Broomfield water supply and the Standley Lake Water Diversion Project. The Arvada Public Opinion Survey was taken six months after the raid. Thus, in our opinion, publicity in the late 1980s, particularly the raid and disclosures arising from it, shaped to a large extent public opinion regarding Rocky Flats.

- We conclude that attitudes toward Rocky Flats are negative (particularly after the 1989 FBI raid) to the extent that property values are clearly affected. This adverse impact is attributable to more than just perception. Past, present and future risks at Rocky Flats are very real. Neighborhood residents have been exposed to plutonium releases and they continue to be susceptible to the risks associated with storage and transport of plutonium, as well as uranium and other radionuclides.

- From these interviews, it is apparent that some companies have not located to the area because of proximity to Rocky Flats and the stigma associated with the 1989 FBI raid. It is also clear from the opinion surveys that there is a segment of the residential real estate market that has not purchased in this area due to proximity to the plant and the stigma associated with the 1989 FBI raid.

- Municipalities and other governmental entities have had to cope with the after effects and the resulting stigma from the 1989 FBI raid. For example, Broomfield elected to develop a new water supply and the Standley Lake diversion project was created to prevent contaminated run-off from further impacting the water supply.

- When taken together, this data leads us to the conclusion that the after effects of the 1989 FBI raid and proximity to the Rocky Flats Nuclear Weapons Plant combine to reduce the overall market demand for properties in this area. The resulting loss in demand clearly places downward pressure on real estate prices.

# PART II
## USE OF ANALOGOUS CASE STUDIES

In the course of this analysis, we reviewed numerous studies published in various periodicals and considered expert reports and court opinions from litigated cases. In most instances, we conducted follow-up interviews with the authors.

**Purpose:**
- To examine the effects of environmental problems in other settings
- To consider how the real estate market reacts to risk, actual or perceived
- To study how that reaction translates into effect on overall value
- To apply these findings to the Rocky Flats context

**Study Source:** 20 case studies of neighborhood wide impacts including:

- Academic valuation studies
- Litigation prepared studies and/or judicial decisions
- Government funded research

**Study Methodology:**

- Multiple Regression Analysis
- Market Opinion Surveys
- Descriptive Statistics

Thus far, we have reviewed case studies, or area-wide analyses, involving effects of contaminants as well as proximity to environmental problems such as nuclear power plants. Contaminants were of all types, including heavy metals, landfills, nuclear waste, PCB's and petroleum hydrocarbons. In addition, we have collected and considered actual trial documents, including expert reports and court opinions. Studies were prepared by real estate appraisers, private consultants, academicians, and in some cases the studies were grant funded. Observations and conclusions as well as a summary of the case studies may be found on the following pages.



18

## SUMMARY OF DATA

| Authors | Source of Pollution | Location | Methodology | Type of Contaminants | Impact Zone | Property Type | Diminution in Value |
|---|---|---|---|---|---|---|---|
| Beron Gartside Rosen Burke | Feed Materials Production Center | Fernald, Ohio | Descriptive Statistics and Multiple Regression Analysis | Uranium Trioxide | 1)Only those with view 2)Up to 4 miles | Single-family residential | Beron-negligible Burke & Rosen - Avg. of $6,500/house, or approximately 10%. |
| Kinnard | Radium contaminated fill material | New Jersey | Statistics and Multiple Regression Analysis | Radon & Gamma Radiation | Within superfund area outward to 500' | Single-family residential | No significant loss unless there was a sensory impact |
| Hunsperger | Lead smelter | Denver, Colorado | Opinion survey; Analogy | Arsenic, lead, cadmium | Entire neighborhood | Single-family residential | 10% to 30% per house ($2,300-$9,900 per house) |
| Center for Real Estate Education and Research, Ohio State University | Hazardous waste landfill | Toledo, Ohio | Multiple Regression Analysis | Hazardous waste (including nuclear) | 2.6 miles to 5.75 miles | Single-family residential | 20% to 50% depending on location ($9,000-$14,000/house) |
| Smith | Petro chemical facilities | Corpus Christi, Texas | Multiple Regression Analysis | Benzene, Toluene, Etc. | Up to ± 3 miles | Primarily SFR; some commercial | $10,000 per property on avg. (± 13% to 50%) |
| New Mexico Supreme Court Justice Franchini's Opinion | Potentially, transportation corridor to Waste Isolation Pilot Project | Santa Fe, New Mexico | Opinion survey | Nuclear waste material | Transportation corridor to WIPP | Single-family residential | 11% to 30% |

HUNSPERGER & WESTON, LTD.

| | Site | Location | Methodology | Contaminant | Distance | Property Type | Result |
|---|---|---|---|---|---|---|---|
| Kohlhase | Ten NPL sites | Houston, Texas | Multiple Regression Analysis | Various | Up to 6 miles | Single-family residential | Approx. $1,000-$18,000/house (2% to 36%) |
| Reichert Sheppard Wise | 30-acre landfill containing some radioactive waste | Uniontown, Ohio | Multiple Regression Analysis | Solid waste, ethane radioactive contaminants (properties themselves were not contaminated) | Depending on the researcher, < 2,500' out to approx. 1 mile | Primarily single-family residential | Nominal to 15%; verdict equates to ± $3,900/house |
| Slovic et al. | Potentially, transportation corridor from Hanford, WA plutonium processing site | Hanford, Washington | Opinion survey | Nuclear material | Transportation corridor through Oregon | Single-family residential | Rates risk but does not quantify diminution in value |
| Smith & Desvousges | Hazardous waste site nuclear power plant | Hypothetical (Boston, MA) | Opinion survey | Hazardous waste site power plant | 10 miles for waste site; 22 miles for power plant | Single-family residential | On ave. $4,100 for those closest to waste site |
| McClelland, Shulze & Hurd | OII landfill | Los Angeles, CA | Telephone survey and regression analysis | No known contamination | Immediate area | Single-family residential | Approx. 7% before closure of the landfill and 3.5% after closure ($4,800 to $9,500/house) |
| Bleich et al. | Landfill (no mention of possible pollutants) | Los Angeles, CA | Multiple Regression Analysis | No known contamination | Immediate area | Single-family residential | No significant loss |

20

Table 1: Summary of Hedonic Property Value Studies*

| Authors | Method | Location | Subject | Year(s) | Sample Size | Reported Values | Values in 1993 dollars |
|---|---|---|---|---|---|---|---|
| Harrison and Stock (1994) | HPV | Boston, MA | hazardous waste sites | 1977-81 | 2,182 | $1,600 at 1½ miles from site<br><br>$13,500 at ½ mile from the site | $2,810 at 1½ miles<br><br>$23,715 at ½ mile |
| Ketkar (1992) | HPV average | 64 municipalities in New Jersey | # hazardous waste site sin region | 1980 | 64 | $2,000/site | $3,500/site |
| Kohlhase (1991) | HPV | Houston, TX | NPL sites | 1976, 1980 and 1985 | 4,800 | $17,740 @ < 1 mile<br>$12,800 @ 1-2 miles<br>$8,542 @ 2-3 miles<br>$5,066 @ 3-4 miles<br>$2,460 @ 4-5 miles<br>$790 @ 5-6 miles | $23,690 @ < 1 miles<br>$17,090 @ 1-2 miles<br>$11,400 @ 2-3 miles<br>$6,770 @ 3-4 miles<br>$3,280 @ 4-5 miles<br>$1,055 @ 5-6 miles |
| McClelland et al. (1990) | HPV | Monterey Park, CA | NPL site | 1983-85 | 178 | $9,790 (7.2%) in the absence of the site | $13,175 |
| Mendelsohn et al. (1992) | HPV | New Bedford, MA | PCB contamination of harbor | 1969-88 | 780 properties;<br><br>1916 sales | $9,000 per household in nearest zone<br>$7,000 per household in more distant zone | $10,500 per household<br><br>$8,200 per household |
| Michaels et al. (1992) | HPV | 3 unidentified sites | hazardous waste sites | 1: 1983-91<br>2: 1984-91<br>3: 1983-91 | 1: 3,474<br>2: 741<br>3: 1,683 | 1: $14,000/mile<br>2: $13,300/mile<br>3: $4,410/mile | 1: $14,770/mile<br>2: $14,030/mile<br>3: $4,650/mile |

HUNSPERGER & WESTON, LTD.

| Michaels and Smith (1990) | HPV | Boston, MA | hazardous waste sites | 1977-1 | 2,182 | $1,150/mile | $2,225/mile |
|---|---|---|---|---|---|---|---|
| Reichert et al. (1992) | HPV | Cleveland, OH | sanitary landfills | 1985-89 | 2,243 | $6,000 for homes in immediate vicinity | $7,000 |
| Rowe et al. (1985) | HPV | Eagle, CO | NPL site | 1985 | 151 | $24,000 per household | $32,050 |
| Schulze et al. (1986) | HPV | West Covina, CA | NPL site | 1983-85 | 185 | $8,800 in the absence of the site | $11,840 |
| Smolen et al. (1993) | HPV | Toledo, OH | hazardous waste site | 1986-90 | 1,237 | $12,000 per mile of distance up to 5.75 miles | $13,290 |
| Thayer et al. (1992) | HPV | Baltimore, MD | hazardous and non-hazardous waste disposal sites | 1985-86 | 2323 | $2,194 per miles | $2,930 per mile |
| Walker and Hoehn (1993) | HPV average | 253 counties in the U.S. | # of NPL sites in county | 1980 | 34,353 | $107 per year per household per site | $190 per year per household per site |

* published in "An Evaluation of Public Preferences for Superfund Cleanup - supported by USEPA

**Conclusions - Analogous Case Studies:**

We have used valuation by analogy: 1) to illustrate the appropriate methodology, 2) to illustrate market reaction to pollution and 3) to provide an indication of possible loss in value around Rocky Flats. Our conclusions are as follows:

- Virtually all the case studies and available literature suggest some impact on surrounding real estate due to actual contamination and/or proximity to an environmental disamenity.

- Impacts vary, but in almost all cases, nearby properties suffer some loss in value. This loss may vary from nominal to as much as 50%.

- In some cases, the amount of loss diminishes the further from the source.

- Impacts can extend outward for several miles. While some cases suggest that only those homes able to view the disamenity are affected. Kohlhase found the effect extending about six miles, and Smith and Desvousges in the case of a nuclear power plant found the effect extending some 22 miles.

- In most cases, an effect is observed, even in the absence of a proven trespass; confirmation of actual trespass in our view likely results in even greater loss in value.

- With the exception of nuclear issues, the market does not always equate its perception of risk with scientific evidence. The studies clearly indicate that the market has a more negative reaction to nuclear issues than any other.

- Multiple regression analysis and opinion surveys are commonly used techniques for measuring market reaction. In the absence of reasonable knowledge, these techniques may understate the true loss (given adequate disclosure).

- The case studies are from all over the United States. Commonality of reaction suggests the use of analogies can be a reliable predictor of market behavior.

- Most of these studies involved toxic materials perceived to be less dangerous than plutonium. Since Rocky Flats involves nuclear materials, including plutonium and uranium, the studies suggest real estate values are diminished for properties proximate the nuclear weapons facility.

- It is relevant to note that only one of the studies shows no significant loss. However, the author indicated he had not explored the level of knowledge in the marketplace; it is noteworthy that not even he was aware of the problem (he drives by it daily) prior to being retained.

**Estimated Loss in Value by this Method:**

$166,000,000 excluding land

---

# Part III
# MARKET SALES INFORMATION

This portion of our analysis relates to actual sales activity of both land and single-family housing.

### LAND ANALYSIS

- **Market study of land prices - area wide**

- **Market study of land prices - class area**

### SINGLE FAMILY HOUSING

- **Existing Stock**

  Comparison of residential resale prices - area wide - with resale prices within the class area

- **New Construction**

  Comparison of various areas with class area

  - floor plan price comparisons
  - price change comparison

---

LAND ANALYSIS

**Market Study of Land Prices - Area Wide**

- We considered the possible impact the Rocky Flats Plant may have had on vacant land prices in recent years. The purpose was to see if land prices in the Rocky Flats area are consistent with other portions of the metro area. This analysis was comprised of the following steps.

  - We looked at vacant land prices in the Rocky Flats area between the late 1980s and 1995. We gathered vacant land sales (10 acres and above) that have occurred over time, within the class area.

  - We then selected other areas of the metropolitan area for study and comparison. Within those geographic areas, we gathered vacant land sales using the same search parameters.

  - We then looked at the weighted average prices over time within each of the five geographic areas. Weighted average price is the sum total of the sale prices divided by the sum total of the acreage sold. The resulting figure provides a central tendency expressed as a unit price, in this case, price per-acre.

- The five geographic areas studied will be referred to as:

  - South Jefferson County

  - South Boulder County

  - Adams County - Rocky Mountain Arsenal area

  - North Jefferson County - Outside Class Area

  - North Jefferson County - Inside Class Area

  The findings are summarized on the following table and graph.

**CUMULATIVE TOTALS (1988-1995)**

| | Jefferson County North - Inside Class Area | Jefferson County North - Outside Class Area | Outside Contour Area South Boulder County | Jefferson County South | Adams County - Rocky Mountain Arsenal Area |
|---|---|---|---|---|---|
| Total Acreage Sold | 2,245.17 | 2,957.31 | 8,100.74 | 3,467.73 | 2,678.27 |
| Total Sale Prices | $23,238,657 | $31,411,029 | $98,738,096 | $88,348,593 | $43,173,319 |
| # Parcels Sold | 42 | 31 | 163 | 87 | 44 |
| Avg. Parcel Size | 53.46 | 95.4 | 49.7 | 39.86 | 60.87 |
| Total Acres Sold/Sq. Mile | 88.05 | 78.86 | 112.51 | 52.5 | 103 |
| Total Parcels Sold/Sq. Mile | 1.65 | .83 | 2.26 | 1.32 | 1.69 |
| Weighted Average | $10,351 per acre | $10,621 per acre | $12,189 per acre | $25,477 per acre | $16,120 per acre |
| Price Difference w/Contour | N/A | $270/ac. | $1,838/ac. | $15,126/ac. | $5,769/ac. |
| Price Difference as % | Base | +3% | +18% | +146% | +56% |

HUNSPERGER & WESTON, LTD.



Prices — Undeveloped Land
Dollars Per Acre

Inside Contour Area
Outside Contour Area

Jefferson Co. North — $10,351
Jefferson Co. North — $10,621
South Boulder County — $12,189
Jefferson Co. South — $25,477
Adams County Rocky Mountain Arsenal Area — $16,120

## Conclusions - Market Study of Land Prices - Area Wide

Land sale prices between 1988 and 1995.

- The land within the Class Area has the lowest average price per acre of any of the five study areas.

- The relatively low average price per acre may be the result of proximity to Rocky Flats, some impact from proximity to the Jefferson County Airport (at least with respect to land use), and a lack of infrastructure within the area.

- Price differentials ranged from 3% to 146%.

- The comparative geographic area closest to the Class Area line measured a differential of only 3%, while areas further removed measured much greater differences (18% to 146%).

- Prices for Adams County land proximate to the Rocky Mountain Arsenal superfund site were 56% higher than in the Class Area.

**Market Study of Vacant Land Prices - Class Area**

- We have confirmed six land sale transactions that occurred between 1989 and 1992. They ranged in size from 42 acres to 1,100 acres. The sale prices were between $1,200 per acre to $6,000 per acre.

- These sales indicate diminution in land value due to proximity to Rocky Flats on the order of 50% for those parcels closest to the Plant property.

- The vacant land within the class area, owned by class members, as of June 1989, is estimated to be **4,812 acres**. The average price of vacant land (10 acres+) within the contour area between 1989 and 1995 was $10,351 per acre. But for Rocky Flats, that price average would have been $14,787 per acre. This is expressed in 1995 dollars. The differential equates to $4,436 per acre.

  When applied to the 4,812 acres estimated to be within the class area, the estimated diminution in value is expressed in the following calculation:

  4,812 acres x $4,436 = $21,000,000 (rounded)

## SINGLE-FAMILY HOUSING

**Existing Stock - Comparison of residential resale prices area wide with resale prices within the Class Area**

- We compared resale price trends for existing residential (condo and detached) in several geographic areas of the metropolitan area between 1989 and 1995.

- We compared compound appreciation or depreciation rates within submarkets of the metropolitan area to those rates in the Rocky Flats plutonium contour submarket area.

- Those comparative submarkets within Jefferson County as classified by MLS data:

  - Jefferson North
  - Jefferson North Central
  - Jefferson West
  - Jefferson Central
  - Jefferson South Central
  - Jefferson South

- We also compared the Rocky Flats area with neighboring submarkets (non-Jefferson County) that may have been impacted by Rocky Flats.

  - Broomfield
  - North Suburban West

- Finally, we considered the area surrounding the Rocky Mountain Arsenal (RMA) which, like Rocky Flats, is a widely known superfund site with on and off-site contamination. The submarket surrounding the RMA is referred to as North Suburban East. We also considered the North Suburban Central submarket in Adams County which is more removed from the Rocky Mountain Arsenal.

- We compiled the end of year (12 month) statistics provided by Metro List-MLS for 1989 and 1995. We are able to derive a compound appreciation/depreciation rate for each area. That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound change rate per year for the six-year period.

## Conclusions - Residential Resale Prices

- In our data comparison, we compiled the end of year (12-month) statistics provided by Metro List-MLS for 1989 and 1995. We selected as the starting point the year 1989 because it was the year of the FBI raid at Rocky Flats. The year 1995 was selected as the end point in that it is the most recent data available.

- By comparing prices from 1989 and 1995, we are able to derive a compound appreciation/depreciation rate for each area. That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound percent change rate per year for the six year period. Those findings are summarized on the table below.

| MLS - Metrolist Data Summary | | | |
|---|---|---|---|
| | 1989 | 1995 | Compound % Change |
| Jefferson North* | $83,127 | $124,023 | 6.90 |
| Jefferson North Central* | $91,016 | $129,759 | 6.09 |
| Broomfield* | $94,009 | $138,627 | 6.69 |
| North Suburban West* | $77,405 | $110,319 | 6.08 |
| Jefferson Central | $82,656 | $113,075 | 5.30 |
| Jefferson South Central | $80,659 | $123,991 | 7.43 |
| Jefferson West | $106,311 | $171,014 | 8.25 |
| Jefferson South | $96,309 | $156,488 | 8.43 |
| North Suburban East | $43,825 | $69,580 | 8.01 |
| North Suburban Central | $63,979 | $104,059 | 8.44 |

* The four lowest appreciation rates are found in those submarkets that include portions of, or in close proximity to the Class Area. The average appreciation rate over these four areas is 6.44% per year. Outside the area, it is 7.64% per year. Based on these figures a $91,000 house in 1989 near the plant would lose 8% in appreciation over a typical 7-year holding period. This data is illustrated graphically on the following pages.





Compound Change in Average Home Prices

Region

Jefferson North
Jefferson North Central
Broomfield
North Suburban West
Jefferson Central
Jefferson South Central
Jefferson West
Jefferson South
North Suburban East
North Suburban Central

New Construction - Comparison of other areas and Class Area

        - Floor plan price comparisons
        - Price increases

- We have researched new home construction trends for several geographic areas of the metropolitan area between 1991 and 1995.

- We have compared these trends with those in the Class Area

- The basis for comparison included the following:

**Floor Plan Price Comparisons**

**Price Change Comparison**

**Conclusions - Market Sales Information**

### LAND ANALYSIS

- The land within the plutonium contour area has the lowest average price per acre of any of the five areas studied.

- The relatively low average price per acre may be the result of proximity to Rocky Flats, some impact from proximity to the Jefferson County Airport, and a lack of infrastructure within the area. The lack of infrastructure, in turn, may be in part attributable to Rocky Flats.

- The comparative geographic area closest to the contour line measured a differential of only 13%, while areas further removed measured much greater differences (18% to 146%).

- Based on the information confirmed; there appears to be diminution in land value due to proximity to Rocky Flats on the order of 50% for those sale parcels closest to the Plant property.

- The vacant land within the class area, owned by class members, as of June 1989, is estimated to be **4,812 acres**. The average price of vacant land (10 acres+) within the contour area between 1989 and 1995 was $10,351 per acre. But for Rocky Flats, that price average would have been $14,787 per acre. This is expressed in 1995 dollars. The differential equates to $4,436 per acre.

  When applied to the 4,812 acres estimated to be within the class area, the estimated diminution in value is expressed in the following calculation:

  4,812 acres x $4,436 = $21,000,000 (rounded)

### SINGLE-FAMILY HOUSING

**Existing Stock**

- During our study period of 1989 and 1995, the four lowest appreciation rates are found in those submarkets that include portions of, or are in close proximity to the Class Area.

- The conclusions show lower appreciation rates in or near the Class Area.

**New Construction**

- As is the case with other data studied in this report, it appears that new construction of single-family homes within the Class Area have price increases that lag the average for the non-class areas studied.

---

# PART IV
## MULTIPLE REGRESSION ANALYSIS

The Appraisal Institute in its seminar titled "Environmental Risk in the Real Estate Appraisal Process," March 1994, recognized that "regression analysis is helpful in some situations." It can be used to evaluate the impact of environmental risks on neighboring properties and can be used in situations in which large numbers of property are affected by an environmental risk. The seminar goes on to say that regression analysis is most commonly used in estimating the off-site impact of an environmental risk especially the stigma effect.

The seminar material defines regression analysis as a statistical technique used in real estate analysis to evaluate groups of sale transactions involving land or improved real estate. Four main points are identified below the definition:

- Tool for differentiating impact on value resulting from distinctive factors, e.g., lot size as contrasted with the presence of a fireplace or swimming pool.

- Useful when, for example, there are many sales of houses in a subdivision and the houses are alike in most respects except that some have fire places and swimming pools and are located on larger lots, while others are missing one or more of these features.

- Has also been used to measure such environmental factors as proximity to a school or a busy street.

- Increasingly used to measure the effect of proximity to other types of environmental influences, e.g., proximity to a landfill, electrical transmission lines, power plants, superfund site, etc.

*Hedonic pricing* is, in effect, a subset of Multiple Regression Analysis. This technique is based on the concept that people pay for a product based on the usefulness of its various characteristics to them.

In statistical terms, a response variable (y) is considered in relation to a number of independent variables (x) in this case characteristics that account for property value. In other words, sample data can be analyzed to determine a weight for various property characteristics such as gross living area, number of bedrooms or impact on value due to proximity to the Rocky Flats Nuclear Weapons Facility.

Multiple Regression Analysis is one tool used in our study of property values around Rocky Flats. It has been supplemented with a Geographic Information System (GIS) base that allows greater specificity with respect to location and spacial patterns.

### Procedure

Using a GIS base, all Multi-List sales data in the vicinity of Rocky Flats were compared against representative sample data throughout the metro area (excluding City and County of Denver). The purpose of the exercise was to determine the effect of Rocky Flats (and the 1989 FBI raid) has on

residential and vacant land property values within the class area.

**MRA Design Architect**

Dr. John Radke at the University of California-Berkeley designed the computer model used in our Rocky Flats analysis, and with the assistance of graduate students at Berkeley, input the data and generated the analysis. Dr. Radke is an expert in GIS, Data Base Management and Digital Terrain Modeling.

<u>Conclusions</u>

Significant findings and conclusions are:

- Diminution in property value has been persistent within the class area.

- Loss in value spiked after the 1989 FBI raid, and although current diminution is not shown to be as great, it does persist.

- Even during one of the greatest housing booms in Denver's history, the data show that homes in the class area remain undervalued.

- The fluctuations in diminution in value are consistent with findings in other studies indicating that the amount of loss corresponds to level of market knowledge and media attention.

- The fact that the percentage loss has been declining is not an accurate predictor of the future. In other words, some future accident or disclosure would likely cause diminution to again spike. Such an occurrence is likely if not probable given the continued risk associated with the clean up and disposal of wastes at Rocky Flats. Budget constraints and inadequate technology make clean up a risky business. (See March 24, 1996 article in the Denver Post.)

In summary, the Berkeley estimates of loss in value for residential property after the 1989 FBI raid range from 5.45 percent to 9.33 percent; the average over time is approximately 8 percent. Expressed in 1993 dollars, the range of loss for single-family detached residential property is from $64,503,340 to $97,510,144. The Berkeley study estimates loss in value to multi-residential property of 21.58 percent; vacant land at 32.14 percent; and commercial at 53.03 percent.

The following table illustrates the annual loss in value (<u>expressed in 1993 dollars</u>) to single-family detached properties within the class area.

| 1988 | single-residential | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462 |
| 1989 | | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958 |
| 1990 | | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100 |
| 1991 | | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207 |
| 1992 | | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144 |
| 1993 | | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191,390 |
| 1994 | | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954 |
| 1995 | | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340 |

Note also that the previous table does not reflect loss to single-family attached housing or vacant land in the class area. Using 8% average loss to residential property value based on 1995 detached and attached housing prices, we can develop a more current estimate of loss to residential property. The average detached home price in 1995 was $135,614; the average price for attached housing was $94,000. However, those prices already reflect diminution. Therefore, in order to calculate the true loss it is necessary to divide each number by .92, then subtract the respective (actual) average prices. Calculations follow:

| | Detached | Attached |
|---|---|---|
| Avg. Price | $135,614 | $94,000 |
| | ÷ .92 | ÷ .92 |
| | $147,407 | $102,174 |
| | -135,614 | -94,000 |
| | $11,793 | $8,174 |

Area-wide loss then is computed as follows:

| | | |
|---|---|---|
| 8,979 detached homes x $11,793 = | $105,889,347 | |
| 3,040 attached homes x $8,174 = | 24,848,960 | |
| Total Area Wide Residential Loss = | $130,738,307 | |
| | Rounded: $131,000,000 | |

To this figure must be added diminution in value to vacant land.

# PART V

# PUBLIC OPINION SURVEYS

We have obtained survey research developed by the following:

- Talmey-Drake for the City of Broomfield, Colorado

- City of Arvada, Colorado

- EG&G Rocky Flats Community Relations Department

- Decision Research, a non-profit research group located in Eugene, Oregon

The purpose of survey research, at least in this case, is to understand how people relate to technological, environmental and health risks because their beliefs dictate market price. Public opinion surveys also provide insight into the extent of knowledge from which purchase decisions are based and in fact can be used to quantify purchase decisions. Market research that real estate professionals commonly rely upon is a specialized subset of survey research. In fact, the Appraisal Institute has developed a seminar titled "Survey Research." Data collection and analysis are as vital to an appraisal as the methods and procedures employed to estimate value[7]. Data collection is a vital part of our analysis and we have relied upon scientifically developed opinion surveys to assist us in this regard.

In the context of this assignment, we obtained copies of and considered three surveys prepared by various groups; in addition, we commissioned our own survey with Decision Research, who in turn used the University of Maryland Survey Research Center to administer the survey. Summaries of each follow:

### Talmey-Drake/City of Broomfield

In September of 1990, an opinion survey was conducted by Talmey-Drake with the purpose of 1) measuring residents' attitudes relative to health concerns surrounding "the Rocky Flats Nuclear Plant", and 2) community perceptions on whether it affects the quality of the city's drinking water. Salient findings included:

- 54% of Broomfield residents said they were more concerned about Rocky Flats in 1990 than one year earlier, particularly with respect to drinking water.

- In terms of general environmental concerns, 60% of Broomfield residents said they were "very" concerned about contaminated drinking water, and 54% said they were very concerned about radioactivity from nuclear waste.

---

[7]     The Appraisal of Real Estate, 10th Edition, published by the Appraisal Institute, Page 167.

- 25% of respondents felt that Rocky Flats posed a very serious health threat to the residents of Broomfield, and an additional 37% felt the threat was moderate. A total of 62% of respondents felt that Rocky Flats posed a moderate or very serious health threat with 10% reporting that Rocky Flats does not pose a health threat at all.

- 82% said they were "very" (54%) or "somewhat concerned" (28%) about radioactivity from nuclear plants.

- 62% of respondents felt Rocky Flats poses a health threat; only 10% believed that Rocky Flats did not pose a health threat.

- 23% of Broomfield residents said they had at one time taken action in regards to Rocky Flats (Talmey-Drake indicated that having almost one-quarter of the population feeling strong enough to take action was actually quite high).

- On the positive side, 40% said they trust the new management of the Rocky Flats plant more than they trusted the previous management. 33% did not and 27% were neutral.

- 67% disagreed with the statement that "Rocky Flats has no effect on property values in Broomfield." In effect, two-thirds said Rocky Flats does affect value.

As a direct result of concerns expressed in the survey, the City of Broomfield closed Great Western Reservoir as a source of drinking water. The survey document stated, *"With the Rocky Flats Nuclear Weapons plant situated practically in Broomfield's back yard and with the barrage of negative publicity surrounding the nuclear plant in the last year, many Broomfield residents are predictably worried."* This comment, of course, refers to publicity after the June 1989 FBI raid.

Relevant findings from this survey are graphically illustrated on the following pages.















