**City of Arvada, Colorado**

Rocky Flats has been an issue of concern for the citizens of Arvada as evidenced by a November 1989 "Arvada Citizen Attitude Survey." This survey was conducted by the City of Arvada to gather citizen opinion toward city services, among other issues. One of the other issues was concern over Rocky Flats. The first three questions (related to Rocky Flats) were asked of the citizens in the late 1980s and the fourth was asked in November 1989 after the FBI raid. Results are displayed below.

| 1989 Citizen Attitudes Survey | | | | | | |
|---|---|---|---|---|---|---|
| Statement | Survey Year | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree |
| The City should support the removal of plutonium processing operations from Rocky Flats | 1989 1987 | 38% * | 22% * | 22% * | 10% * | 7% * |
| The City should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained | 1989 1987 | 46% * | 22% * | 19% * | 9% * | 5% * |
| The City should oppose the incineration of toxic radioactive waste at Rocky Flats | 1989 1987 | 56% * | 17% * | 15% * | 7% * | 4% * |
| Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household? (Asked in 1989 only) | Yes 42% | No 32% | Don't Know 27% | | | |

* Not asked that year.

Consistent with responses noted in the survey, Ms. Jane McVey, Economic Development Officer with the City of Arvada indicates Rocky Flats has been and continues to be an impediment to economic development within the city.

# 1989 Arvada Citizen Attitudes Survey

**The city should support the removal of plutonium processing operations from Rocky Flats**



- Strongly Agree
- Agree
- Disagree
- Strongly Disagree
- Neutral

**The city should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained**




- Strongly Agree
- Agree
- Disagree
- Strongly Disagree
- Not Asked

**The city should oppose the incineration of toxic radioactive waste at Rocky Flats**



- Strongly Agree
- Agree
- Disagree
- Strongly Disagree
- Not Asked

**Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household?**



- Yes
- No
- Don't Know

**EG&G Rocky Flats Community Relations Survey**

In the fall of 1994, Laura A. Belsten (with the University of Denver) developed a Community Relations Survey to "measure the effectiveness of Rocky Flats stakeholder outreach programs." The survey was commissioned by the EG&G Rocky Flats Community Relations Department. According to Ms. Belsten, she only crafted the questions; the respondents were selected and the survey administered by EG&G. In addition, it was EG&G who determined the size of the sample.

The survey questionnaire was administered to 50 randomly selected members of the general public as well as elected/appointed officials living within a five mile radius of Rocky Flats. In addition, nine environmental interest groups were surveyed. Thus, there were 59 total responses.

Survey results were as follows:

- The response of the general public group was that they were "neutral" about Rocky Flats. Twenty-five percent reported a favorable impression, 27% reported an unfavorable impression, and 48% were neutral. In contrast, 78% of the "environmental" respondents were unfavorable.

- Four percent rated Rocky Flats as a "high" health risk; 30% rated health risk as "moderate"; 30% said the health risk is "low", and 12% said Rocky Flats poses no health risk. Sixty-six percent of the environmentalists rated health risk as moderate to high. Thus, among the total sample, in excess of 67% of respondents rated the plant as having at least some risk.

- When asked about living near Rocky Flats, only 2% reported being greatly concerned, 10% reported being somewhat concerned, and 32% reported being "concerned a little". The majority (54%) reported they were "not concerned at all."

- A majority of the respondents preferred on-site treatment of nuclear waste as opposed to shipping it off-site.

Generally, the findings of this survey are in marked contrast to those of Talmey-Drake, the City of Arvada and Decision Research. While we have considered these results, they are given little weight in the overall picture. Ms. Beltsen indicated that the survey was not performed in a way that would eliminate all bias. For example, she said that persons who live near Rocky Flats might be inclined to rationalize their decision to live there; since there were no respondents outside the area, there was no basis for comparison. Additionally, she indicated that to eliminate any chance of bias, the survey should have been administered by an independent group, not the plant operator.

---

**Decision Research/Rocky Flats Health and Housing Survey**

Even though we reviewed survey results developed for the Cities of Arvada and Broomfield, as well as for EG&G, we commissioned a more in depth analysis to be conducted by Decision Research. While the survey was administered by the University of Maryland Research Center, the instrument was principally developed by Dr. Paul Slovic, President of Decision Research and Professor of Psychology at the University of Oregon and Dr. James Flynn a Senior Research Associate at Decision Research who has conducted extensive research with respect to nuclear issues.

Primary objectives were: 1) to measure respondent perceptions of Rocky Flats and the overall effect of the facility on nearby properties, and 2) to examine how changes in the distance from Rocky Flats or in the cost of a house might affect desirability associated with the Rocky Flats plant.

A total of 604 persons were interviewed during late summer/early fall 1995. This sample includes 416 respondents from the Denver Metro area (excluding Arvada/Westminster) and 188 respondents from communities proximate to Rocky Flats. The margin of error for a total sample size of 604 respondents is 4.1% at the 95% confidence level. We emphasize that the target population for this survey was residents 18 years of age and older, currently living in the Denver metro area who: 1) have bought a home in the last five years, or 2) have plans to purchase a home in the next couple of years, or 3) have been actively in the market for a home some time during the past five years.

Findings are graphically illustrated on the following pages.



Figure 4.3. Overall impression of Rocky Flats.

Notes: N/n = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



**Figure 4.4. Opinions about the influence of Rocky Flats on the desirability of homes in the Arvada/Westminster area.**

**Notes:** $N/n$ = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.





**Arvada/Westminster**
*N* = 188

Perceived They
Lived Closer
5.3%  *n* = 10

Don't Know
9% *n* = 17

Correct
Distance
31.4%
*n* = 59

Perceived They
Lived Further
54.3% *n* = 102

**Figure 4.5. Perceived distance and zip code distance from Rocky Flats for Arvada/Westminster respondents.**

Notes: *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.



Arvada/Westminster sample

Q51
Is existing two-mile
buffer zone
adequate?

Yes
34.0%
n = 64

Don't know
7.6%
n = 14

No answer
3.9%
n = 7

N = 188

n = 117
No + Don't know

Q52
Would 4-6 miles
be adequate?

Yes
24.8%
n = 29

Don't know
10.3%
n = 12

N = 117

Q53
What distance
then?

Mean distance
32.3 miles

Median distance
20 miles

**Figure 4.6. Rocky Flats buffer zone and respondent preference for distances.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.



**Denver metropolitan area**

No answer
32.7%
*n* = 136

No difference
17.8%
*n* = 74

Don't know
3.1%
*n* = 13

Somewhat less desirable
1.2%; *n* = 5

Considerably less desirable
0.1%; *n* = 1

***N* = 416**

**Figure 4.9.** If it were not for Rocky Flats, would houses in Arvada/Westminster be more or less desirable?

**Notes:** *N/n* = number of respondents. Data for Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

**Arvada/Westminster**
*N* = 188



**Denver metropolitan area**
*N* = 416



**Figure 4.10. Is Rocky Flats a health risk?**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

## Arvada/Westminster area



Has Rocky Flats effected property values?

Don't know
5.9%
n = 11

No
24.5%
n = 46

N = 188

Yes
n = 131

Has Rocky Flats reduced or increased property values?

Don't know/
no answer
3.8%
n = 5

Increased
4.6%
n = 6

N = 131

**Figure 4.11. Perceived influence of Rocky Flats on property values within six miles of the plant.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.

**Denver metropolitan area**



**Has Rocky Flats effected property values?**



**Has Rocky Flats reduced or increased property values?**

No
9.0%
$n = 37$

Don't know
10.1%; $n = 42$

Yes
$n = 337$

$N = 416$

Other/Don't Know
1.8%; $n = 6$

Increased
0.9%
$n = 3$

$N = 337$



**Figure 4.12 Perceived influence of Rocky Flats on property values within six miles of the plant.**

Notes: *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



## Arvada/Westminster area

**Heard of these events?**

Don't know/ no answer 2.0% *n* = 4

No 33.3% *n* = 63

*n* = 188

**Did these events effect your evaluation of nearby homes?**

Don't know 1.6% *n* = 2

No 73.8% *n* = 90

*n* = 122

**Was the effect positive or negative?**

Neither 3.3% *n* = 1

Positive 3.3% *n* = 1

*n* = 30

*n* = 122

*n* = 30

**Did these events influence other people to view the area as more or less desirable?**

Don't know 8.2% *n* = 10

More desirable 3.2% *n* = 4

*n* = 122

*n* = 122

Figure 4.13. Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

Notes: *n* = number of respondents. Due to rounding, figures may not always sum to the total.



Denver Metropolitan area

Heard of these events?

Did these events effect your evaluation of property near Rocky Flats?

Was your evaluation positive or negative?

Did these events effect the public's evaluation?

Figure 4.14.  Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

Notes: *n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster.  Due to rounding, figures may not always sum to the total.



**Figure 4.15. Perceptions of current safety at Rocky Flats.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

**Arvada/Westminster area**



**Heard about events before 1990?**

No
48.8%
n = 92

No answer
5.3%
n = 10

Don't know
2.8%
n = 5

N = 188

**Health risks of very small levels
of contaminants in a residential area**

Almost no risk
3.3%
n = 6

Don't know
14%
n = 26

Slight risk
n = 92

No answer
5.3%
n = 10

N = 188

**Figure 4.16. Recollections of past events at Rocky Flats and evaluations of
very small health risks in a residential area.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.



**Denver metropolitan area**

**Heard about events before 1990?**

**Health risks of very small levels of contaminants in a residential area**

No
46.6%
n = 193

No answer
4.2%
n = 17

Don't know,
0.4%
n = 2

N = 416

No answer
4.2%
n = 17

Slight risk

Almost
no risk
4.2%
n = 17

Don't know
13.9%
n = 58

N = 416

**Figure 4.17. Recollections of past events at Rocky Flats and evaluation of very small health risks in a residential area.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

The Decision Research survey leads to four major conclusions about property values near Rocky Flats.

- Proximity to Rocky Flats makes housing less desirable.

- For those willing to consider housing in the Arvada/Westminster area, the association with Rocky Flats causes people to want extraordinary distances between themselves and the plant itself.

- Within a 2-4 mile range of Rocky Flats, the mean discount necessary for purchase was $9,270 for the sub-group of respondents willing to purchase at all.  Within a 4-6 mile range, the mean required discount is $6,048 for this same sub-group.

- Almost half (46.2%) of respondents (outside the Arvada/Westminster area) would not consider purchasing within six miles of the plant at any price.

- For those willing to consider purchasing within 2-4 miles, some required more than $30,000 as an inducement.

**Conclusions-Survey Research (Opinion Surveys)**

Two of the four surveys were conducted immediately following the 1989 FBI raid and two were more recent (although the Decision Research survey referenced the raid).  With the exception of the EG&G Rocky Flats Community Relations Department, the responses were negative.

The process of developing this information is called survey research and it is not only relied upon by appraisers but is, in effect, a part of the appraisal process.  (A seminar titled Survey Research is sponsored by the Appraisal Institute.)  To reiterate, some significant findings were:

- 62% of the Broomfield respondents and 42% of the Arvada respondents felt Rocky Flats is a health threat.  Approximately six years later, Decision Research found the same results: 64% of Arvada/Westminster respondents and 63% of Denver metro respondents believe Rocky Flats is a health risk.

- 82% of the Broomfield respondents reported concern about radioactivity from nuclear plants.

- Decision Research reports that 61% of Arvada/Westminster respondents and 77.4% of Denver metro respondents believe Rocky flats is unsafe or probably unsafe.

- Decision Research found that 25% of Arvada/Westminster respondents believed the 1989 FBI raid affected nearby home values while 52% of Denver metro respondents felt the same way.  Each group overwhelmingly believed the raid influenced other people to view the area as less desirable.

- 67% of Broomfield respondents believed that Rocky Flats affected home values.

- Decision Research found that 70% of Arvada/Westminster respondents believed Rocky Flats affected property values within six miles of the plant; among those, 92% said the effect was negative.  81% of Denver metro respondents believed Rocky Flats affected property values; 97% of those said the effect was negative.

- 46% of Denver metro respondents in the Decision Research survey indicated that they would not buy a house within 4-6 miles of Rocky Flats even if they could name their price.

Based upon the findings developed in these opinion surveys, we have reached the following conclusions:

- The findings are consistent with our own findings presented in this report.  Responses are negative with respect to Rocky Flats.

- Because survey findings immediately after the FBI raid are consistent with current survey research, it is apparent that the negatives persist.  The Decision Research survey was

---

conducted in the midst of what is perhaps the greatest housing boom in Denver's history, and respondents continue to consider Rocky Flats to be an undesirable factor in their purchase decisions.area.

- It is apparent that much of the registered negative perception was a direct result of the June 1989 FBI raid. Two of the surveys were commissioned as a result of the raid and the Decision Research survey tested perceptions about the raid as a frame of reference.

- The Decision Research survey was conducted six years after the 1989 FBI raid. The negative impressions would likely have been even greater at the time of the raid and its immediate aftermath .

- Concerns about health effects and negative attitudes about Rocky Flats were and are so pervasive, it is clear that property values have been adversely impacted.

- Decision Research found the likely range of impact to be from approximately $6,000 to $9,300 per house. We emphasize that they did not quantify the impact of completely removing 46% of possible Denver metro purchasers from the market. Most certainly cutting the market demand in half affects supply and demand dynamics and further reduces prices.

Loss in value to single-family homes (in 1995) dollars is calculated as follows:

12,019 homes x $17,486/home = $210,000,000 in 1995 dollars.

# CONCLUSIONS

1.  The data demonstrate a substantial reluctance within the Denver Metro Area for home buyers to even consider the market around the Rocky Flats area when making their home buying decision. This unwillingness stems from a persistent perception of historic and continuing risk associated with the plant's history and the fact that radioactive material remains on and off-site.

2.  This reduces the potential number of home buyers within the Rocky Flats market area. This smaller universe of buyers affects the supply/demand curve. Basic economic principles dictate that lower demand tends to reduce prices.

3.  Multiple Regression Analysis (MRA) conducted by the University of California at Berkeley indicates a diminution in real estate value for properties within proximity to the Rocky Flats plant. This analysis is based on behavior in the market place; if purchasers are not well informed, MRA may understate the true impact.

4.  Local governments have altered land use policy in response to the risks associated with the Rocky Flats plant. Such land use decisions tend to discourage residential development within the area and destabilizes supply and demand.

5.  A study of residential resale prices within the Rocky Flats area from 1989 to 1995 suggests that while home values have appreciated along with the general metropolitan market, the rate of appreciation has been lower. This differential translates into lost property values.

6.  Real estate studies from around the country indicate diminution in value for properties in proximity to environmental problems. When those disamenities involve materials such as plutonium and uranium, the loss in value is often greater.

7.  Government entities and the public believe there is continuing risk as long as plutonium remains on-site.

8.  Prices tend to fluctuate with certain events disclosed in the media. Any future negative event or disclosure will result in a noticeable decline in prices.

9.  The Decision Research survey was conducted during a real estate boom; nonetheless, the results indicated some diminution in value. During a real estate downturn, we would expect the impact to be exacerbated.

10. Data indicate that base value of bulk development land is depressed in the vicinity of Rocky Flats. Principles of land economics suggest that this impact would also relate to improved properties.

## Final Estimate of Diminution in Value

| | |
|---|---|
| Diminution - Residential Properties: | $169,000,000 |
| Vacant Land: | 21,000,000 |
| Total Diminution in the Class Area: | $190,000,000 |

## DEFINITION OF PROBLEM/PURPOSE OF THE STUDY

We recognize there is some confusion within the appraisal profession with respect to the difference between a consulting service and an appraisal. For this analysis we have taken the position that our work constitutes an evaluation or consulting service. Consulting is a broad term that is applied to studies of real estate other than estimating value. Examples include land utilization studies; highest and best use analyses; marketability, feasibility, or investment studies; and other research-related studies. This analysis falls into the latter category. While it is not anticipated that an appraisal of any one specific property will be necessary, some statistical analyses relative to a universe of properties will be employed.

Even though it is our position that this work constitutes a real estate consulting service, some readers may interpret it as an appraisal. Therefore, we have adhered to the professional reporting requirements of both types of service. Definitions of market value and property rights considered follow. We have not estimated value for individual properties in this endeavor.

The purpose of this study is to determine the impact on property values within the Property Class Area due to the influence of the Rocky Flats Nuclear Weapons Plant and the 1989 raid of that facility. The study period relates to just prior to the 1989 FBI raid of the plant through 1995.

### Market Value

The Appraisal Institute defines market value as:

> "The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:
>
> a.   buyer and seller are typically motivated,
>
> b.   both parties are well informed or well advised, and each acting in what he considers his own best interest;
>
> c.   a reasonable time is allowed for exposure in the open market,
>
> d.   payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

---

e.     the price represents a normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

*In addition to the criteria identified in the definition of market value, we emphasize that the Appraisal Institute Seminar titled "Environmental Risk and the Real Estate Appraisal Process (1994)" dictates that real estate impact should be measured in the market of well-informed and well-advised buyers, sellers and users of real estate. This is very important because to do otherwise might understate the true impact.*

## Property Rights Considered

The property rights addressed in this assignment are those of the fee simple estate unless specifically otherwise noted.   No consideration has been given to a division of interest, fractional interests, the interests of tenants in possession or the interests or mortgage holders, if any.  Fee Simple Estate is defined as "absolute ownership unencumbered by any other interest or estate subject only to the four powers of government."[8]

## PROPERTY UNDER CONSIDERATION

For our specific study area we have adopted "The Property Class Area" as defined in Plaintiffs' Motion for Class Certification.  The definition of The Property Class is as follows:

*All persons and entities owning an interest (including mortgagee and other security interest) in real property situated within the Property Class Area exclusive of governmental entities, defendants and defendants affiliates parents and subsidiaries.*

*The three maps following this page provide information about properties in the Class Area.   There are approximately 13,481 parcels of which an estimated 12,019 are residential properties. Approximately 1,461 additional parcels (or 4,812 acres) belong to the vacant land use category.*

---

[8]     American Institute of Real Estate Appraisers, The Dictionary of Real Estate Appraisal, Second Edition, Page 20.

# ROCKY FLATS POPULATION EXPOSURE. PLUTONIUM 1990



| HIGH EXPOSURE | MEDIUM EXPOSURE | LOW EXPOSURE | OTHER FEATURES | PLANT BOUNDARY |
|---|---|---|---|---|
| 0 – 200 | 0 – 200 | 0 – 200 | Background | Present Boundary (1974 – Present) |
| 200 – 800 | 200 – 800 | 200 – 800 | Water Features | Original Boundary (1951 – 1974) |
| 800 – 3200 | 800 – 3200 | 800 – 3200 | Major Roads | |
| 3200 – 12800 | 3200 – 12800 | 3200 – 12800 | County Boundary | |

Population in Low Plutonium Exposure Area:      23806
Population in Medium Plutonium Exposure Area:   14666
Population in High Plutonium Exposure Area:     13940

TOTAL POPULATION EXPOSED TO PLUTONIUM:          52412

Population: Demographic & Land Use Reconstruction
of the Rocky Flats Area. TASK 7. By ChemRisk
DRCG. 1990 Population & Household Data
Hydrography & Roads: USGS DLG. 1 : 100000       EIG, INC.   Dec. 1992





Miles  0   0.5   1.1   1.7   2.3          4.7          7.1

Our analysis relates primarily to residential properties and vacant land.

## RELEVANT DATES

As previously noted for our analysis, the study relates to the time period before the 1989 FBI raid of the plant through 1995. The Class Area has been inspected at least twenty times over the last few years.

## SCOPE OF THE EVALUATION SERVICE

1.  We have reviewed documentation relevant to Rocky Flats issues. This involved thousands of pages of information most of which can be found in the Rocky Flats reading room at the Colorado Department of Health. Much of the information has been referenced in the report that follows and is appropriately cited.

2.  We have physically inspected the Property Class Area. We have driven the class area on numerous occasions, walked parcels of vacant land and inspected the interiors of several of the representative plaintiffs' properties.

3.  We have performed research necessary to determine if diminution in property values has occurred and if so to what extent. This will include:

    - Multiple Regression Analysis
    - Public Opinion Survey
    - Development of analogies and/or case studies
    - Development of real estate market data
    - Sales research involving both residential properties and vacant land

    The analysis contained herein is one of the most thorough of this type ever undertaken. We, do not have the expertise to perform all of the functions necessary to complete such a thorough study. Therefore, we have relied on experts in several fields to assist us. Some are in private practice and some are associated with major universities. All will be identified in a later section of this report, but our statistical analysis was done at the University of California at Berkeley. Decision Research, a firm in Eugene, Oregon that specializes in the social impacts of nuclear issues was retained to perform our public opinion survey. The actual interviews were conducted from the University of Maryland.

    Sources for basic sales research and public records include the local real estate Multilist, the various county public records and the Genesis Marketing Group. All this information was input into a basic Geographic Information System designed at the University of California at Berkeley. That system provided the foundation for our statistical analysis.

    The class area was based upon the Court's class certification decision and modeling done by Dr. Robert Goble relating exposure pathways to a geographic area likely to have been exposed by plutonium releases from the Rocky Flats Nuclear Weapons Plant.

4.  We have prepared a narrative report in compliance with the Uniform Standards of Professional Practice of the Appraisal Foundation, the Standards of Professional Practice of the Appraisal Institute, and the Code of Professional Ethics of the Appraisal Institute.

The final conclusions expressed in this report are those of Mr. Wayne L. Hunsperger, MAI, SRA and Mr. David B. Clayton of Hunsperger & Weston, Ltd. We emphasize that in the development of those conclusions, Mr. Hunsperger and Mr. Clayton have not only conducted their own research, but have commissioned other studies of the type reasonably relied upon by real estate professionals and consultants.

## EXTENT OF DATA COLLECTION

While the data sources considered are voluminous, a representative sample of these sources follows:

1.  The Multiple Listing Service.

2.  Public records of the various assessing jurisdictions.

3.  Information available from the Colorado Department of Public Health and the United States Department of Energy, as well as any relevant documents found in the various Rocky Flats reading rooms located throughout the Denver, Colorado metropolitan area.

4.  Interviews with various lenders in the real estate community.

5.  Interviews with various private government mortgage insurers in the real estate community.

6.  Interviews with various real estate brokers who have a history of working in the Rocky Flats area.

7.  Interviews with home builders in the region.

8.  Interviews with officials from the various taxing authorities.

9.  Interviews with various local government officials.

10. Interviews with local residents and workers.

11. Interviews with bond attorneys, land developers and title companies.

12. Study of the available literature relative to real estate contamination issues.

13. Real estate analogies developed from various sources nationwide.

14.    Reports prepared by experts in various real estate disciplines.

## SUMMARY OF THE VALUATION METHODOLOGY

In order to analyze the impact of Rocky Flats, we have employed a variety of techniques commonly relied in the analysis of real estate.

### I.    Real Estate Market Research

Perceptions in the marketplace directly affect real estate value. It is necessary to interview various market participants[9] in order to understand how Rocky Flats impacts real estate value. For example, the appraisal principle of substitution holds that a buyer will not pay more for one property than for an equally desirable substitute. Implicitly then, if Rocky Flats properties are viewed negatively, there will be downward pressure on property value. See also the Appraisal Institutes's seminar titled "Environmental Risk and the Real Estate Appraisal Process", March 1994, Page 126.

### II.    Use of Analogous Case Studies

An analysis of the effects on property values due to similar or analogous environmental problems is useful in predicting and understanding market behavior around Rocky Flats. As identified in an Appraisal Institute research publication[10], this technique can serve as a substitute for direct sales comparison.

Toxic conditions in other geographic areas result in diminution in property values. These analogous case studies provide some indication of the possible extent of diminution in value in the Rocky Flats case. Case studies are also illustrative of the types of methodologies used in quantifying diminution in property value.

### III.    Market Sales Information

This category relates to the traditional study of actual sales data, including not only the study of individual sales but also trend analysis, sampling and averaging.

### IV.    Multiple Regression Analysis

This is defined in Real Estate Appraisal Terminology, published by the Appraisal Institute, as: "measuring the simultaneous influence of a number of independent variables on one dependent variable." The various forms of regression analysis

---

[9]    Market participants are defined in The Dictionary of Real Estate Appraisal as follows:
market participants - Individuals actively engaged in real estate transactions. Primary market participants are those who invest equity in real property or who use real estate, e.g., buyers, sellers, owners, lenders, tenants. Secondary market participants include those who advise primary participants, e.g., advisors, counselors, underwriters, appraisers.

[10]    Measuring the Effects of Hazardous Materials Contamination on Real Estate Values: Techniques and Applications (Appraisal Institute Research Publication), 1992, Pg. 4.

are identified in <u>The Appraisal of Real Estate</u>, 10th Edition as a mathematical technique commonly used by real estate appraisers.

## V.   Public Opinion Surveys

Survey research corrected for bias and designed to minimize margin of error is particularly useful to determine how people respond to technological, environmental, and health hazards and risks.  Within the context of a properly designed survey, it is also possible to quantify risk.  Survey research is defined by the Appraisal Institute as *"the gathering of information about a large number of people by interviewing a few of them."*

In summary, this report contains an all encompassing study of the effects on real estate values due to the influence of the Rocky Flats Nuclear Weapons Plant.  Various techniques are used, all of which are recognized in the appraisal literature and in basic economics.  We have relied upon various experts to assist us in this analysis.  Their reports are either contained in the addenda to ours or are retained in our files.  We emphasize that in the course of this analysis, numerous research techniques, such as GIS (Geographic Information Systems) have been used but not all are specifically identified above.  However, these techniques are well recognized in the fields of statistics, real estate economics and survey research.

## CONTINGENT AND LIMITING CONDITIONS

This appraisal is subject to the following contingent and limiting conditions:

1.  We have relied upon the University of California - Berkeley to provide an inventory of properties within the class boundary.

2.  Sketches in this report are intended to be visual aids and should not be construed as surveys or engineering reports.

3.  All information in this study has been obtained from sources reasonably and customarily relied upon by real estate experts.

4.  Possession of this report, or a copy thereof, does not imply the right of publication or use for any purpose by any other than that of the addressee without the written consent of the authors.

5.  In compliance with USPAP and other regulatory agencies, we must issue a statement of competence to appraise the subject properties. The firm of Hunsperger & Weston, Ltd. has appraised numerous properties that are similar to subject and has the expertise to appraise subject properties.

6.  The Highest and Best Use of the properties is considered in aggregate over the class area.

7.  The compensation for this assignment was based on various hourly rates but no way was contingent upon the conclusions. Mr. Clayton's hourly rate for the real estate study is $125 (exclusive of preparation and testimony). Mr. Hunsperger's rate, exclusive of preparation and testimony, is $150 per hour.

## SPECIAL CONTINGENT AND LIMITING CONDITIONS

1.  This appraisal report has been prepared for the exclusive use of the addressee and for the purpose stated herein. It is not transferable without the prior written consent of Hunsperger & Weston, Ltd.

2.  For this analysis, we have relied upon the services of experts in various disciplines. We have performed due diligence to assure ourselves the greatest degree possible of the reliability of the other experts opinions.

3.  The effect measured in this report relates to "stigma" but does not include remediation costs. The term stigma is defined in great detail in a later section of this report. However, in this context it relates to past, present and future risks associated with Rocky Flats, including the likelihood that the class area has been exposed to plutonium.

4.  While we recognize that commercial properties are included in the class definition, they are not easily analyzed by accepted mass appraisal techniques. Nonetheless, it is our experience that commercial properties can be affected by pollution, and if appropriate, those properties may be analyzed on an individual basis at a later date. The value of commercial properties is typically

---

HUNSPERGER & WESTON, LTD.                                                                 71

a function of income divided by a (risk) rate.  The rate may be adjusted to account for additional risk associated with contaminated properties.

5.     For this analysis, we have not specifically considered the cost of complete remediation. However, we have reviewed **Phase II - Choices for Rocky Flats** dated February 1996, and we are aware that the Department of Energy has proposed six remediation alternatives.  In addition, the document discusses various options to the alternatives.  The only one of which we are aware that references off-site remediation is identified in Section 4.1.7.  In this scenario, a portion of alternative one is combined with off-site clean-up.  Two alternatives are provided.  The first relates to clean-up of approximately 8,400 acres and the second refers to clean-up of approximately 25,500 acres.   According to the document, *the approximate excavation and disposal costs associated with this alternative would range from $36 to $98 billion.*  Based upon the acreages described in each of the scenarios, this equates from about $3.8 to $4.2 millon per acre.  Applied to the subject class area, a range of $75.1 billion to $83.7 billion for remediation is indicated.

## ROCKY FLATS HISTORY

The Rocky Flats facility was established in 1951 by the federal government and covers 6500 acres of land. Its two main missions were to produce plutonium "triggers" for nuclear weapons and to process retired weapons for plutonium recovery. Plutonium was imported from the Hanford Reservation in Washington State and the Savannah River Plant in South Carolina, and was also recovered from retired warheads and manufacturing residues.

Dow Chemical was the plant operator until 1975, when Rockwell International Corporation took over. In January of 1990, Rockwell was replaced by EG&G as the plant operator. EG&G and its successor, Kaiser Hill, have been involved in cleaning up toxic contamination and updating safety and production procedures, but has not produced any triggers.

In June, 1989, the FBI raided the Rocky Flats plant, in aid of investigations which alleged criminal actions concerning operations and waste treatment. The Department of Energy announced in 1991 that it planned to limit or eliminate nuclear weapon production at the plant. Weapon production has now been discontinued and plans for cleanup are underway. Rockwell pleaded guilty to environmental crimes and paid an $18 million fine.

## ENVIRONMENTAL CONDITIONS AND THEIR EFFECT ON PROPERTY VALUES

Real estate, for most purchasers, is the single, most important purchase decision they will ever make. Whether it involves the purchase of a home or a non-residential property, there are not many assets that require a larger financial commitment. As such, participants in the real estate market[11], are sensitized to conditions adverse to the free and open operation of the market.

Once the community becomes aware that it has been (or may be) exposed to hazardous substances, property values begin to suffer. As the process unfolds, a certain "stigma" begins to form in the minds of market participants. In the case of Rocky Flats, the stigma issue was exacerbated by the 1989 FBI raid. Since that date, the investigations and subsequent closure of the plant have received considerable coverage by the news media and a number of past, present and future risks have been pointed out. While as of this writing, not all documents have been released by the Department to Energy, we do know, for example: 1) drinking water may have been tainted, 2) soils on-site are highly contaminated, 3) nearby residents have been subjected to releases of hazardous materials, 4) 14½ tons of plutonium remain on site, 5) barrels used to store plutonium and uranium waste have leaked and 6) the community does not know if or when hazardous substances will be removed from the site. (Such an event itself is considered to be risky.) Stigma at and around Rocky Flats is based upon very real risks, as well as perceptions with respect to those risks. It is important to understand that stigma in this context does not relate simply to proximity to Rocky Flats, but more substantively to the very real risks of nuclear materials and actual exposure to hazardous releases. We point out also that our research indicates that many community residents are not knowledgeable about some of these risks and in fact, if they were, we believe the negative reaction would be even greater. A community once "stigmatized" may have an almost impossible burden as it has been branded in the marketplace. Remediation of the toxic conditions is a start, however, the stigma may persist.

The degree to which a community is stigmatized is a function of the underlying facts (assuming they are known and clearly understood), as well as the perception of what those facts really are. Numerous articles and studies have been published over the past several years related to concerns and actions on the part of potential purchasers of environmentally affected real estate. Similarly, there is a growing body of literature concerning the negative responses toward the construction of environmentally

---

[11]   Market participants are defined in The Dictionary of Real Estate Appraisal as follows:
market participants - Individuals actively engaged in real estate transactions. Primary market participants are those who invest equity in real property or who use real estate, e.g., buyers, sellers, owners, lenders, tenants. Secondary market participants include those who advise primary participants, e.g., advisors, counselors, underwriters, appraisers.

hazardous facilities.  It is also evident that certain types of uses already in existence produce negative adverse and frequently adversarial responses from residents of nearby areas, even when the negatively regarded uses were there first.[12]

There have been numerous efforts to define stigma, although as yet there is no uniformly precise definition.  Generally, stigma is considered to be a condition of real property (other than loss of use) that negatively effects the current value of the property and possibly its future value as well.

Stigma is defined in the Merriam-Webster Dictionary as "a mark of disgrace or discredit."  It has been variously defined in the real estate literature as:

1. "a condition other than loss of use that negatively affects the current and future value of the property."[13]

2. "reduction in value caused by contamination resulting from the increased risk associated with the contaminated property."[14]

3. "a negative impact on property value associated with proximity to a known, alleged or feared contaminated site, simply because the property is near such a site is also *Stigma*.[15]

    a. Stigma may relate to properties that are contaminated or to properties proximate to contamination.

    b. Stigma may occur before, during or after clean-up.

    c. Stigma may be "in time" and/or "in space".  For example, a relevant measure of stigma may be before or after an event or public announcement.  Stigma is said to exist in space when property is affected by location or proximity to an environmental disamenity.

Stigma is recognized in Advisory Opinion 9 to the Uniform Standards of Professional Appraisal Practice and in Nichols on Eminent Domain.  In fact, it is incumbent upon the appraiser to consider all forms of loss in value, as well as cost to cure.  Stigma may also be defined as follows:

---

[12]    Kinnard, "The Stigma Effects of Contamination on Real Property Values," IAAO Legal Seminar, 11/95.

[13]    Michael Elliot-Jones, "Stigma in Light of Bixby Ranch," internal publication.

[14]    Chalmers & Roehr, "Issues in the Valuation of Contaminated Property," The Appraisal Journal, 1/93.

[15]    Kinnard, "The Stigma Effects of Contamination on Real Property Values," IAAO Legal Seminar, 11/95.

> *Stigma is a negative perception resulting from uncertainty and risk. Stigma may be caused by:*
>
> - *Concern about health hazards*
> - *Concern about liability*
> - *Concern about hidden clean-up costs*
> - *Concern about down-ward pressure on value*
> - *Concern about impact on financing*
> - *Concern about marketability*
>
> *Stigma results in loss in real estate value associated with reduced marketability and/or lack of financing. This uncertainty reduces the number of potential buyers for a property. Reduced demand results in downward pressure on value.*

The hazard to real property is likely to be greater for on-site contamination (or to properties that have been exposed to contamination) than for properties proximate to contamination because loss of use and/or cost of remediation may represent servitudes (or liens) against the property. Of course, the expectation of these effects will likely be appropriate to properties proximate to contamination, particularly if the plume is moving in their direction. This will also be true for properties "down wind" from contaminants that can be transported through the air. In effect, "because stigmatization is based on perceptions of risk, places can suffer stigma in advance of any demonstrated physical impacts."[16]

Referenced in <u>Contaminated Communities</u>, written by Michael R. Edelstein, are a number of criteria used by observers for evaluating stigma applicable to toxic exposure: **"Accordingly, one can evaluate how disruptive an exposure event is whether its existence is concealable, whether it affects aesthetic qualities, whether the victim is in anyway responsible for its occurrence, what its prognosis is and the degree of peril it portends."** It is not necessary to satisfy each criteria to have stigma as the "essence of stigma is fear." The book goes on to say that toxic exposure inherently invites stigma and anticipatory fears.

Stigma may manifest itself in various ways. For example, the property may be more difficult or take longer to market; the yield requirement may be greater; the rate of appreciation may not be as great as for unaffected properties, or it may be impossible to market for a period of time. Even after the

---

[16]  Slovic, "Technological Stigma," <u>American Scientist</u>, 8/95.

cure is effected, the same circumstances may apply. In effect, stigma is a result of uncertainty and as long as uncertainty remains, value may be diminished.

In conclusion, the basis for stigma is risk associated with toxic substances. Risk can take the form of fear regarding human health and/or property value. Such fears exist as does stigma. The question that must be answered in every instance in which stigma is found to exist is whether the widespread public fear on which it is based is sufficient to affect the behavior of enough buyers and sellers on the market for the properties involved so that property prices are lower than would otherwise be the case.[17]

For this analysis, we have conducted an extensive search to determine if perceptions related to the Rocky Flats area are prominent enough to translate into negative price/value impacts. First, we conducted considerable research to determine what those perceptions are and secondly, if it is possible to quantify them. Because such a study is necessarily exhaustive, we have conducted our own research, considered the research of others, enlisted the aid of survey research firms such as Decision Research in Eugene, Oregon and used the considerable resources of major American universities such as University of California at Berkeley, University of Maryland and Colorado State University.

---

[17]    Kinard, "The Stigma Effects of Contamination on Real Property Values," IAAO Legal Seminar, 11/95.

---