## REAL ESTATE MARKET RESEARCH

In order to understand the market for properties near Rocky Flats and the risk (if any) associated with it, a study of real estate market research data is relevant. That is, because perception of risk is a key component of the decision making process, it is important to identify events or occurrences that provide insight into that process. This is particularly true in order to determine if an area is "stigmatized." *"It is clear that places, products and technologies are stigmatized because they are associated with hazards that have many of the characteristics that contribute to a high perception of risk such as dread consequences and involuntary exposure."*[18] It is axiomatic to real estate that increased risk results in reduced prices or value; it is an inverse relationship. Thus, to understand the dynamics of value, it is necessary to study market behavior relative to contamination.

Non-transactional data is meant to include material other than actual real estate sales data. It may include events, actions, policies, and market perceptions that do not necessarily result in a specific real estate transaction, but do influence the real estate marketplace.

In the context of the Rocky Flats Nuclear Weapons Plant, non-transactional data may include:

1)   government policies designed to protect human health which may include such things as buffer zones from the Rocky Flats plant, land use restrictions in proximity to the plant, soil testing requirements, among others; and,

2)   perceptions within the marketplace and among market participants[19] that influence real estate activity, prices and value.

Following is a summary of our research in this regard.

I.   **MUNICIPALITIES**

In evaluating market data relative to the Rocky Flats Nuclear Weapons Plant, we considered the impact on municipalities proximate to the plant. In the course of this study, we interviewed a variety of decision makers and staff within several municipalities. We also studied policy documents and

---

[18]   Technological Stigma, American Scientist, Gregory, Flynn & Slovic

[19]   Market participants are defined in The Dictionary of Real Estate Appraisal as follows:
market participants - Individuals actively engaged in real estate transactions. Primary market participants are those who invest equity in real property or who use real estate, e.g., buyers, sellers, owners, lenders, tenants. Secondary market participants include those who advise primary participants, e.g., advisors, counselors, underwriters, appraisers.

HUNSPERGER & WESTON, LTD.                                                          78

regulations relied upon by these municipalities in relation to the Rocky Flats Nuclear Weapons Plant. That data generally concerns public health, water quality, growth restrictions, the ability of the municipality to issue bonds, concern of the citizenry, and land use and planning restrictions.

Our findings relative to the various municipalities are detailed below.

### A.   City of Broomfield

In September of 1990, an opinion survey was conducted by Talmey-Drake with the purpose of 1) measuring residents' attitudes relative to health concerns surrounding "the Rocky Flats Nuclear Plant", and 2) measuring community beliefs as to whether Rocky Flats affects the quality of the city's drinking water.  Salient findings included:

- 54% of Broomfield residents said they were more concerned about Rocky Flats in 1990 than one year earlier, particularly with respect to drinking water.

- In terms of general environmental concerns, 60% of Broomfield residents said they were "very" concerned about contaminated drinking water, and 54% said they were "very" concerned about radioactivity from nuclear waste.

- 37% of respondents felt that Rocky Flats posed a moderate health threat to the residents of Broomfield, and an additional 25% felt the threat was "very" serious.  A total of 62% of respondents felt that Rocky Flats posed a moderate or "very" serious health threat with 10% reporting that Rocky Flats does not pose a health threat at all.

- 82% said they were "very" (54%) or "somewhat concerned" (28%) about radioactivity from nuclear plants.

- On the positive side, 40% said they trust the new management of the Rocky Flats plant more than they trusted the previous management.  33% did not and 27% were neutral.

- 67% disagreed with the statement that "Rocky Flats has no effect on property values in Broomfield."  In effect, 2/3rds said Rocky Flats does affect value.

A central issue that emerged from this survey was the fact that one source of Broomfield drinking water (Great Western Reservoir) is located near the plant.  The surveyors stated, *"The high level of concern regarding the perceived contamination in the city's drinking water is therefore not surprising."*

Due to opinions expressed in the survey, Great Western Reservoir was closed as a source of drinking water, and Broomfield is now engaged in the development of an alternative water supply, in part, at the expense of the Department of Energy.  City officials informed us that absent such a project, the City would be unable to attract new business or development.  An official of the City Manager's

---

HUNSPERGER & WESTON, LTD.                                                                79

Office is concerned that they purchased land for expansion of the reservoir, but the land is no longer usable and has no value except perhaps for open space.

While Broomfield is just outside the class area, the Broomfield experience is indicative of stigma arising from contamination. Even the City felt the effects, as they had difficulty obtaining "after market" insurance for a bond financing project.

A recent event underscores the continued concern about drinking water quality. According to the Colorado Department of Health (CDH), heavy rains in April and May of 1995 caused the surface water holding ponds at Rocky Flats to fill to capacity which created concerns about flooding. To alleviate the flooding problem, water had to be released, some of which drained into Great Western Reservoir and Coal Creek. Because the reservoir was low, Broomfield chose to take the water. Subsequent tests indicated that the releases contained plutonium and americium above state standard. While this might or might not pose a health threat, in mid June, the Broomfield City Council chose to switch to Denver water and temporarily discontinue use of Great Western Reservoir water. *"This action was not at the state's request and was probably taken as a precaution and because of public perception related to Rocky Flats water"*, CDH stated. Interestingly, the 1990 survey respondent's fears were realized five years after completion of the study.

In the course of this assignment, we discussed municipal finance with a bond underwriter and the staff of the City of Broomfield, Colorado. They both report that some years ago Broomfield lost its ability to obtain bond insurance on new issues. The lost insurance was reportedly the result of concern by the insurer of risks associated with Broomfield's proximity to the Rocky Flats plant. More specifically, the city issued the bonds but was unable to obtain "after-market" insurance; the insurer was concerned about proximity to the plant. The City of Broomfield official went on to say, in his opinion developers could run into a similar problem in attempting to finance infrastructure through the sale of bonds. He believes it would be necessary now to disclose proximity to Rocky Flats and such a disclosure could influence the bond price, the bond yield and the ability to obtain after-market insurance. He also indicated that the city had acquired land near Rocky Flats to expand the capacity of Great Western Reservoir in order to provide added water service to the City of Broomfield, but the city can now no longer use the property except for open space and they have not been compensated for that loss of use. Obviously, inability to develop infrastructure or absorb onerous costs of infrastructure will effect marketability and value of development land.

Also with respect to the City of Broomfield, we note that in November 1995 the City Council

formally opposed any program that calls for on-site disposal of radioactive waste at the former Rocky Flats nuclear weapons plant. The City Council resolution *"opposes those programs which create permanent disposal or indefinite storage of plutonium on-site."* City Council also authorized a letter to Lieutenant Governor Gail Schoettler expressing concern that on-site disposal would *"create a permanent legacy."* DeAnne Butterfield of the Rocky Flats Local Impact Initiative said she believes Broomfield is the first entity to pass such a resolution, although Arvada and Westminster were considering similar measures.

The measures are in response to a plan released by Kaiser-Hill, which calls for removing the most dangerous material by the year 2015 while entombing some "low level" contamination. Kaiser-Hill's proposal has met with considerable concern not only by the local jurisdictions but also by entities such as the Colorado Chapter of Physicians for Social Responsibility and the Jefferson County Commission.

Mr. Clifton Harald was formerly Broomfield's economic development officer from approximately 1990 to 1995. He indicated that there were pros and cons associated with Rocky Flats. On the positive side, it has created jobs for some of the citizens of Broomfield. On the negative side, Mr. Harald fielded many questions regarding Rocky Flats from potential relocating companies. He did indicate that one existing high tech company in Broomfield, EDP, was very concerned and upset over Rocky Flats and pushed the city to be more aggressive to "get rid of" Rocky Flats particularly following the FBI raid of 1989.

Mr. Don Dunshee is the current economic development officer for Broomfield. His comments are contained under the Jefferson County section of this report is his role as the economic development officer for the Jefferson County Economic Council until 1995.

Kirk Oglesby has been the planning director for the City of Broomfield. He indicated that Rocky Flats created the need for a land use plan that would not allow residential development west of Simms Street. This policy has been in place for many years and continues to be as of 1995.

## B.    City of Arvada

Jane McVey, the economic development officer for the City of Arvada, reported that Rocky Flats has been and continues to be an impediment for economic development within the City of Arvada.

Some companies are reluctant to relocate facilities within proximity to the plant. Ms. McVey reported that the City of Arvada recently lost the relocation of a small manufacturer which had settled on a site near the plant, however, the owner's wife reportedly was too concerned about the risk of Rocky

Flats and the company chose to relocate elsewhere. This company would have constructed between 50,000 and 100,000 SF of building space and employed 40 to 50 people. Another company that located within Arvada in proximity to the plant reports that their Japanese clients will not visit the plant due to fear of radiation from Rocky Flats. Ms. McVey also reported that she knows of realtors who direct clients away from the area in order to avoid the risks associated with Rocky Flats. As part of her economic development duties, Ms. McVey sends information packets based on inquiries from potential land users, corporate relocations, etc. She indicated that over 57 informational pamphlets were sent out to potential users (builders, developers, corporate relocation, etc.) within the past year and there have been no subsequent deals completed. She believes that this is an extraordinarily low response rate given the number of information requests. In her opinion it is difficult to isolate Rocky Flats as a specific issue, although she does believe that it is a *"negative issue no matter what."*

Ms. McVey believes that the negative influence of Rocky Flats is a perception problem that is almost impossible to overcome. For example, Ms. McVey indicates that recently the municipality was becoming more comfortable with the notion that the plant facility would be "cleaned up" with contaminants removed and transported out of the area. However, the operator and the Federal Government have indicated that the contaminants may well stay on the plant site for the indefinite future and may become a more or less permanent storage site for those contaminants. With this change in direction, Ms. McVey indicates that the City of Arvada is less trusting and more suspect that problems will not be resolved in the foreseeable future.

We also spoke with the City Attorney and a Finance officer regarding the impact that Rocky Flats has had on the city's ability to obtain bond financing. Kelly Godshock is the finance director for Arvada. She reported that the city has been able to obtain bond financing for the issues they have been involved in over the past several years. They have issued bonds in 1992 and 1994, and Rocky Flats was not raised as an issue. We also confirmed this with Mr. Dee Wisor who is the city's outside bond counsel. He indicates that disclosures about Rocky Flats may be necessary (depending upon the issue), but the city has had no problems obtaining competitive ratings to the best of his knowledge. The closer to the plant one comes, for example a metro district or special improvement district, it is foreseeable that disclosure becomes ever more important. The test on disclosure in an Official Statement is whether the issue is "material."

Rocky Flats has been an issue of concern for the citizens of Arvada as evidenced by a 1989 "Arvada Citizen Attitude Survey." This survey which we have retained in our files was conducted by

the City of Arvada to gather citizen opinion toward city services among other issues. One of the other issues was concern over Rocky Flats. The following three questions (related to Rocky Flats) were asked of the citizens in the late 1980s and the results are displayed below:

| 1989 Citizen Attitudes Survey | | | | | | |
|---|---|---|---|---|---|---|
| Statement | Survey Year | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree |
| The City should support the removal of plutonium processing operations from Rocky Flats | 1989 1987 | 38% * | 22% * | 22% * | 10% * | 7% * |
| The City should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained | 1989 1987 | 46% * | 22% * | 19% * | 9% * | 5% * |
| The City should oppose the incineration of toxic radioactive waste at Rocky Flats | 1989 1987 | 56% * | 17% * | 15% * | 7% * | 4% * |
| Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household? (Asked in 1989 only) | Yes 42% | No 32% | Don't Know 27% | | | |

\* Not asked that year.

In conclusion, the evidence shows that not only Arvada government officials but ordinary citizens have been and remain concerned about Rocky Flats. The experiences of Ms. McVey, the economic development officer for Arvada, certainly provide compelling evidence that Rocky Flats has been a deterrent to development in the area. Additionally, when 42% of citizen responses identify Rocky Flats as a health threat, value cannot help but be impacted.

## C.    City of Westminster

Mr. Larry Hulse is with the city's Planning Department. Mr. Hulse has been involved in Rocky Flats issues for several years on behalf of the city. He indicated that due to Rocky Flats and the negative perceptions associated with it, the City of Westminster will not extend residential service west of Simms Street. The zoning will only permit non-residential uses. Mr. Hulse reports that there have been virtually no commercial or industrial requests for land uses west of Simms during his tenure. He reports that many families that are relocating to the area have called the Westminster planning office and inquired about the danger of Rocky Flats. These inquiries were very prominent in the post 1989 FBI raid period. He knows of "many" builder/developer inquiries regarding Rocky Flats and believes these inquiries are indicative of impact on value.

Ms. Michelle Hill, planner for the City of Westminster, described the history of the land west

of Simms Street. That land which is within the city boundaries of Westminster is now designated open space. In the early 1980s, the then land owner submitted a plan for a residential development on the property to be known as "Colorado Hills." Soil testing was done and the results showed contamination by Rocky Flats. The city rejected the plan and disallowed residential development west of Simms. This land was purchased by the city and converted to open space.

Mr. Tom Settle is coordinator of water quality for the City of Westminster. He indicated that the city has been involved in protection of water shed programs regarding Standley Lake and raw water runoff flowing into the lake. He estimated that 1% of the water originates from the Rocky Flats plant area. In the post 1989 FBI raid period, the Standley Lake diversion project was initiated to divert plutonium and other contaminants away from the city's water supply.

Ms. Susan Graft is the Economic Development Officer for Westminster. She stated that the "positives" of the plant are that new business related to the clean-up of Rocky Flats has come to Westminster. That new business accounts for approximately 50 employees. The "negatives" associated with the plant involve the reluctance of some companies to relocate to the area. She indicated that there was a Fortune 500 company that intended to relocate to the "Countrydale" parcel, but declined "in part" because of Rocky Flats. The company indicated that since they had "deep pockets" they were not interested in becoming a target in any associated contamination problems arising from Rocky Flats.

The Finance Director of the City of Westminster is Susan Stubbs. Ms. Stubbs indicated that the City has not experienced rating problems to date due to proximity to Rocky Flats, to the best of her knowledge. She did indicate that water and sewer quality had been discussed with regard to Rocky Flats, and rating agencies have asked them to provide certain information. However, no higher interest rates resulted, nor did they have problems obtaining insurance on the bonds. Ms. Stubbs points out that a recent bond issue in Westminster was highly competitive and there was not an apparent negative impact from Rocky Flats. She did mention that the water quality continues to be monitored and has generated numerous citizen inquiries over the years. To the best of her knowledge, the city is far enough away, for the most part, where Rocky Flats does not have a significant impact on the city.

### D.   Town of Superior

The Town of Superior is a small community located north of the Rocky Flats plant and is home to the Rock Creek community. Mr. Bruce Williams is the town manager for Superior. Mr. Williams indicated that in his opinion, Rocky Flats was not a significant problem to date. Something may occur

in the future which could change that. He reports that there are plenty of questions from potential homebuyers, particularly those from Rock Creek. He directs the individuals to government agencies to answer their questions. He indicated that one reason he believes that Rocky Flats is not a significant problem is because the town is "up wind" from the plant.

### E.    City of Golden

Mike Bester is the City Manager for the City of Golden. He reports that the City of Golden is concerned about developments at the Rocky Flats plant since it is proximate to the City and some of the city leaders are involved in Rocky Flats issues. He indicated that areas to the north such as Arvada or unincorporated Jefferson County would be more likely to have been impacted. According to Mr. Bester, the City has not had bonding problems associated with Rocky Flats to date.

### F.    City of Louisville

Mr. Paul Wood is the Planning Director for the City of Louisville. Wood indicated that Rocky Flats has not been a significant issue for his community, to the best of his knowledge, except for the fact that the employment cutbacks have had a negative impact on the town. He indicated that Louisville's location "upwind" from the plant and north of the Turnpike is a reasonable explanation for the lack of negative impact.

### G.    City of Lafayette

Ms. Bonnie Starr is the Planning Director for Lafayette. Starr reports that Rocky Flats is a "non-issue" for Lafayette in that the town is upwind and removed from the Flats area. She stated that it has not been a potential problem for the city, as far as she knows. Lafayette is north of the Turnpike in Boulder County.

### H.    City of Boulder

Ms. Cappie Fine with the Finance Department indicated that the City of Boulder has had no apparent bonding problems associated with Rocky Flats and that the plant is far enough away to where it may not have an impact on bonding. The bonds are issued based on the general creditworthiness of the City, which is rated AAA.

Ms. Jane Greenfield of the City Attorney's office indicated that she was aware of no bonding

problems as a result of Rocky Flats, however, she knew of individuals, including herself, who moved from the southern part of Boulder to a more remote location in part to get away from proximity to the plant. She stated that she had a more specialized knowledge of radiation in that she has an academic background in environmental geology.

Mr. John Tayer is the inter-governmental liaison office for the City of Boulder. He reports that there are occasional inquiries from citizens regarding the safety of Rocky Flats. However, for the most part, it is not a significant issue for land use within the city limits. He did indicate that "stigma" associated with the plant may actually be working to the city's benefit. The stigma has a tendency to keep open space areas undeveloped, much to the satisfaction of the City of Boulder.

Overall, while individual citizens and groups within the City of Boulder may be concerned about Rocky Flats as an environmental issue, the city staff members that we spoke with were not significantly concerned about the city's proximity to the plant in that it is some miles away and the city is upwind.

## II.     COUNTIES
### A.     Jefferson County

Since Rocky Flats is surrounded by unincorporated Jefferson County, interviews with Jefferson County officials were appropriate. In the course of our research, we contacted staff members from the County Commissioners office, the County Board of Health, Planning and Zoning, the Tax Assessor's office, Economic Development and the County Finance Department. The data obtained are summarized below.

### 1.     County Commissioners

While we have interviewed representatives of a number of governmental entities, as well as ordinary citizens living in the area, comments and concerns are well documented in two recent publications: the first is a comment/response document relative to the anticipated Rocky Flats Site Wide Environmental Impact Statement; the second is titled Rocky Flats Future Site Use Working Group Recommendations for Rocky Flats Environmental Technology Site.

The first document identified in the preceding paragraph contains comments the United States Department of Energy received in response to publication of the Notice of Intent to Prepare a Site Wide Environmental Impact Statement. Comments were received from citizens and organizations interested in the future of Rocky Flats. The comments are indicative of common perceptions relative to Rocky Flats

and therefore are relevant to a study of impact on value. The comments were published in January 1995; representative excerpts follow:

### Jefferson County Board of Commissioners

The Board passed Resolution No. CC94-654 which makes the point that *"Maintaining in perpetuity, the undeveloped buffer zone of open space around Rocky Flats is a critically important environmental, safety and health constraint which must be required as part of any and all alternative actions proposed by the Department of Energy."*

The Board also indicates that "the reasons originally set-forth by the DOE for acquiring and maintaining an undeveloped buffer zone are even more compelling today because of additional facts and developments which were not commonly known at the time of buffer zone acquisition. Examples of some of the recent developments and disclosures which add further support to the DOE's continuous unbroken and long standing position that an undeveloped buffer zone should be maintained are:

1.    Since the establishment of the facility in 1952, materials defined as hazardous substances have been produced and disposed of at various locations at the facility,

    a.    Certain hazardous substances, radioactive mixed waste, hazardous waste or constituents thereof remain on, under or near the facility and have been detected in groundwater at the facility.

    b.    Groundwater, surface water and air pathways provide routes for the potential migration of hazardous substances, radioactive mixed waste or hazardous waste or constituents thereof from the Rocky Flats facility into the environment.

    c.    The migration of such hazardous materials from the facility may present a threat to the public health, welfare and the environment.

    d.    The Rocky Flats facility contains both active and inactive solid waste management units which are potential sources for the release of hazardous substances or hazardous waste or constituents thereof.

2.    The releases and threatened releases into the environment of hazardous substances from Rocky Flats have resulted in Rocky Flats being designated as a superfund site.

---

3.      Superfund cleanup lands envision long-term or perpetual storage of certain hazardous waste and substances at Rocky Flats.

4.      In addition to the hazardous substances being addressed by the superfund cleanup, Rocky Flats today stores approximately 14 tons of plutonium.

5.      In all likelihood, large quantities of plutonium and other hazardous materials will continue to be stored at Rocky Flats into the foreseeable future.

6.      In August 5, 1994, a DOE Environmental Safety and Health Plutonium Vulnerability Assessment Report executive summary concluded in part:

a.      The misdirected priorities for resource allocation at Rocky Flats are also compounding the severity of plutonium vulnerabilities at the site.

b.      Time is not on DOE's side in regard to plutonium vulnerabilities at the nuclear weapons sites.  The likelihood of incidents and consequences of the incidents increase yearly."

As a follow-up to the written comments of the Commissioners, we contacted Janie Sepanik of the County Commissioner's office.  Ms. Sepanik indicated there were pluses and minuses with the plant and the activities associated with it.  On the positive side, the plant has historically provided high paying jobs for Jefferson County.  There have also been some technological and science spin-offs for Colorado University and the Colorado School of Mines.  On the negative side, precise and consistent information has been hard to come by from the Department of Energy and its contractors, according to Ms. Sepanik. The only constant has been "uncertainty."  (This distrust in our view is a likely source of stigma, which is consistent with research findings of Dr. Paul Slovic of Decision Research.)  According to Ms. Sepanik, "it's hard not to be discouraged by the Department of Energy's past behavior."

## 2.    County Board of Health

The Jefferson County Board of Health adopted Resolution No. B0H94-4 regarding future development in the vicinity of the Rocky Flats site.  The resolution, in effect, summarizes the chronology of events at the site and points out numerous hazards.  The Board points out that not only were certain radioactive materials, such as plutonium, uranium, americium and tritium used at the site, but also operations involved the widespread use of other toxic and hazardous materials such as acids, nitrates, solvents, heavy metals, etc., all of which are classified as hazardous substances under CERCLA.  The

resolution identifies plutonium as a "powerful carcinogen and is one of the most hazardous substances known to man."

As part of its chronology, the Board recognizes that in connection with the operations of Rocky Flats as a weapons plant, there have been discharges of both radioactive and non-radioactive hazardous substances into the environment surrounding the plant.  The Board believes that the plant poses a potentially significant and long-term risk of harm to public health, safety and the environment due to:

a.   The past releases and potential future releases of hazardous substances into the environment.

b.   The superfund related clean-up activities presently occurring and contemplated to be occurring for years to come.

c.   The past, present and future storage of large amounts of plutonium and other hazardous substances.

The County Board of Health concludes its resolution by insisting that future development in the current DOE buffer zone around the Rocky Flats plant be appropriately limited and controlled to the maximum extent possible by law.

In addition to the comments cited above, the Comment Response Document includes statements of a number of individuals and organizations that range from extreme concern about the dangers of the plant to suggestions regarding safe storage and disposal.  In summary, the gist of the comments deals with the uncertainties related to storage and/or removal of hazardous material, as well as protection of the public from past and potentially future releases.  Almost universally, the respondents want to see preservation of existing buffer areas, as a level of protection to the public.

The second publication was produced in July 1995 by the Rocky Flats Future Site Use Working Group (RFFSUWG), and it was addressed to the Secretary of the Department of Energy.  Signatories to the publication include members of various: 1) economic interests, 2) environmental interests, 3) peace and health interests, 4) Rocky Flats neighboring land owners/home owners associations, 5) major adjacent land owners, 6) City of Arvada, 7) Boulder County, 8) City of Boulder, 9) City of Broomfield, 10) Jefferson County, 11) Town of Superior, and 12) City of Westminster.  Actual signatories to the document may be found on the following pages.  While the group's goal was to provide direction and to make recommendations to DOE, Colorado Department of Health and the EPA regarding the future use

---

of the Rocky Flats site itself, the publication does provide insight into concerns regarding nearby property owners.  The group notes that approximately 6,100 acres (almost ten square miles) are buffer lands and are preserved as open space with few facilities.  This area serves as an environmental buffer zone to the core area to protect the site from potential surrounding encroachment to maintain the physical security of the site *and to help protect public health in the environment off-site.*  The site remains off-limits to the general public due to health and safety considerations.

June 22, 1995

The Honorable Hazel O'Leary
Secretary of the Department of Energy
Department of Energy
Washington, DC

Dear Madam Secretary:

We are pleased to transmit the "Rocky Flats Future Site Use Working Group Report" to you and the Department of Energy. Our Working Group has deliberated together for one year to prepare this report, from our first organizational meeting on June 16, 1994 to our final meeting on June 8, 1995. On June 22, 1995 we formally adopted this report. As you will see, we represent a diverse group of affected stakeholders and we have worked extremely hard to understand and accommodate each other's concerns.

The future use of the Rocky Flats plant is critical to the Denver region's 2.1 million residents. We hope that this report will serve to ensure an environmentally safe and economically viable transition.

A summary of issues on which the Working Group has reached agreement include:

- a focus on health and safety
- a buffer zone which is predominately preserved and protected open space
- a focus on environmentally conscious cleanup technology in the core industrial area
- a "three phased" context for considering changes of use, based upon cleanup activities and removal of the existing plutonium
- a long-term recommendation that the Federal government clean up this site until it is truly clean, to background levels

The document represents the best thinking of a broad spectrum of our community. We wish to emphasize that we used consensus decision making throughout the process. Where the Working Group was not able to reach consensus, we noted the issue, presented an array of options and documented the specific interests and concerns of the various parties.

Thank you for your consideration of this Group's recommendations. It has been a pleasure to serve the needs of our own community as well as those of the Federal government. We appreciate your efforts to bring our community perspectives into your decision making.

Sincerely yours,
The Rocky Flats Future Site Use Working Group

**STAKEHOLDERS**

**Economic Interests**

**Environmental Interests**

**Peace and Health Interests**

Rocky Flats Workers/Steel Workers Union

(Signatures pending review by legal council and international representatives)

**Rocky Flats' Neighboring Landowners/Homeowner Associations**

**Major Adjacent Landowners**

**LOCAL GOVERNMENTS**

City of Arvada

Boulder County and City of Boulder

City of Broomfield

William M. Berens

Thomas N. Brown

Jefferson County

Town of Superior

City of Westminster

**STAKEHOLDERS:**

Stuart Asay, City of Westminster, Council Member

Luanne Auble, Economic Interests, Northwest Metro Chamber of Commerce

Bill Berens, City of Broomfield, Council Member

Mark Bosche, City of Superior, Board of Trustees

Tom Brunner, City of Broomfield, Council Member

Joanne Conte, City of Arvada, Council Member

Shelley Cook, City of Arvada, Council Member

Eugene DeMayo, Environmental Interests, Sierra Club

Don Dunshee, Economic Interests, Jefferson Economic Council

Ken Fellman, City of Arvada, Council Member

Jerry Harden, United Steelworkers' Union, President, Local 8031

Emily Holliday, Westminster Neighborhood Association

Tim Honey, City of Boulder, City Manager

Larry Hulse, City of Westminster, Director of Planning

Michael Kortendick, formerly: Jefferson County Planning Department;
currently: AT&T Wireless Services

Gary Laura, Jefferson County, Commissioner

Charlie McKay, Major Adjacent Landowner, Church Ranch

LeRoy Moore, Peace and Health Interests, Rocky Mountain Peace Center

Richard Myers, Major Adjacent Landowner, Consultant Representative to
Western Aggregates, Inc.

David Navarro, United Steelworkers' Union Rocky Flats

Homer Page, Boulder County, Commissioner

John Shepherd, Peace and Health Interests, Physicians for Social Responsibility, M.D.

Susan Spence, City of Superior, Board of Trustees

Chet Tchozewski, Environmental Interests

David Wilson, Peace and Health Interests, Rocky Mountain Peace Center (1/95 - 6/95)

Jean Woodis, Rocky Flats Neighboring Landowner, Arvada Citizen

iii

The RFFSUWG reiterates that approximately 14.2 tons of plutonium remain at the site. This is in addition to americium, uranium and tritium. It is noted that many of these radioactive materials will continue to be handled at Rocky Flats as the plant proceeds with stabilization and consolidation of materials for safe, on-site storage and eventual transfer off site. *"These materials pose an on and off-site hazard as long as they are on the site."*

Although not specifically mentioned in the article but illustrative of the concerns of the group, is the discovery of 55,000 pounds of uranium now buried in leaking drums. According to a May 8, 1995 article in the Denver Post, officials at Rocky Flats say the complex is so polluted and so strapped for cash that it will be years before workers can dig up the leaking uranium. The article goes on to say that chips of uranium soaked in a hazardous industrial solvent were loaded into 125 drums and dumped in a shallow trench. The drums are believed to be rotted and seeping, and the uranium is potentially flammable. The EPA is understandably concerned and one official was quoted as saying, "we have doubts about the integrity of the drums. We have a significant groundwater plume. We've got a problem."

The RFFSUWG is committed and fully supportive of clean-up efforts. However, the time line for clean-up is mind boggling. The best guess (at least as published in their document) for completion of the removal of plutonium residues is the year 2025. When that phase is completed, stored plutonium and backed-logged radioactive and hazardous waste will be removed. That is expected to occur sometime between the years 2025 and 2080. The initial clean-up phase, depending upon developments in technology and availability of funding, is expected to be complete sometime around the year 2080 or thereafter. The group understands that clean-up cannot move faster than cost effective technology allows. It is recognized that the technology probably does not now exist that will allow Rocky Flats to be cleaned up to the desired level.

The group recognizes and identifies in its publication several continuing areas of risk or uncertainty. For example, climatic conditions with relatively high wind speeds have caused increased health and safety concerns since some of the contaminants on-site can be spread by air. While it is recognized that Rocky Flats is adjacent to the northwest edge of the Denver metropolitan area, which has recently experienced its strongest population growth in nearly two decades, much uncertainty remains. These uncertainties concern future site uses, waste and nuclear materials disposal options, the regulatory framework, federal funding and deficiency and productivity gains at the site. **According to the group, "these uncertainties effect use and development of adjacent land."**

The group had to consider clean-up in determining future site uses and the feasibility of certain

uses given the contamination information. The primary consideration was for human health and safety. The group recognizes that investigations into the contamination at Rocky Flats are not complete and new information is forthcoming every day. They note, also, that there are different views regarding which contaminants at Rocky Flats are the most important to consider.

Additional contamination considerations by the Site Use Working Group include Great Western Reservoir and Standley Lake. Past environmental studies have demonstrated that contaminants generated by activities at Rocky Flats are present in these reservoirs and were transported off-site through surface water and air pathways. The group states that because of past contamination events and the threat of future accidental releases, DOE funded construction of an alternative water supply for Broomfield. In addition, a project is underway called the Standley Lake Protection Project which will intercept the occasional runoff of water from Rocky Flats via Woman Creek. This is designed to prevent release into the water supply for the cities of Westminster, Thornton and Northglenn. We understand this project was funded by DOE. According to a June 22, 1995 article in the Denver Post, the water project was begun after the FBI raided Rocky Flats in 1989. Residents were concerned that a flood could wash plutonium from the nuclear weapons plant into Standley Lake.

In summary, the Rocky Flats Future Site Use Working Group Recommendations for Rocky Flats Environmental Technology Site represents a compilation of the views of various stakeholders in the area. These include various economic interests, environmental interests, neighborhood interests and local jurisdictions. While the group is committed to cleaning up Rocky Flats, it does voice concerns about on and off-site health risks to the public. The group understands that complete clean up may take almost 100 years and in the interim there exists the prospect for future releases or accidents involving hazardous materials.

Related to the views expressed in the aforementioned documents is the annexation of land adjacent to the south buffer zone into the City of Arvada. An intergovernmental agreement between the City of Arvada and the County of Jefferson has been signed in order to accommodate the annexation and development of what is known as Jefferson Center. This would be a major mixed use development just south of the plant and as of this writing, the effort is proceeding as planned. Mr. Mike Smith of the City of Arvada Planning Department indicated that the development does indeed adjoin Rocky Flats buffer land and the city is concerned about accidents or future releases associated with Rocky Flats and is committed to a conscientious and proper clean-up effort. Despite these concerns, the city is willing to annex and zone the adjoining land, but no development has yet occurred. As was reiterated by Mr. Smith, this

project was put on hold some years ago with the demise of anticipated W-470, an extension of the Colorado Highway 470 beltway. It is recalled that one of the reasons for the highway extension's demise was concern that highway construction would disturb contaminants that had been released from Rocky Flats. Nonetheless, the eventual success or failure of Jefferson Center will depend upon construction of a major transportation arterial in the northwest corridor of the metropolitan area.

Despite the inter-governmental agreement, Jefferson Center is not without controversy. A June 1995 article in Westword newspaper sets-forth at least that author's version of the controversy. The article begins by stating that land near Rocky Flats has remained largely undeveloped because Rocky Flats has been notorious for four decades of polluting land, air and water with radioactive effluent and toxic chemicals. The author alleges that the State Health Department has quietly discouraged growth within four miles of the plant's center not due to contamination but for "logistics" in the event of a catastrophic accident -- and market forces have thwarted development even in the thousands of empty acres that extend beyond that official buffer zone. It goes on to say, few home owners or businesses have been willing to locate next to one of the world's largest stock piles of plutonium. The balance of the article suggests that demand for undeveloped land has now reached the stage that developers are willing to take a chance on land near a sprawling superfund site plagued with clean-up problems, some of them still without solutions. One of the anticipated subdivisions is Jefferson Center.

A coalition of land owners has pushed the Jefferson Center plan for approximately 10 years. However, critics argue that clean-up of Rocky Flats could actually increase the threat of contamination to nearby communities given the combustible nature of much of the 14.2 tons of plutonium stored there and the strong winds that routinely scour the site. The plan faces a host of problems aside from Rocky Flats, but the significance of this story revolves around Arvada and Jefferson County's willingness to allow or encourage development adjacent to existing Rocky Flats buffer land. It is equally significant to note that the Jefferson Center plan does not have unanimous endorsement.

### 3.    Planning and Zoning

In the course of our research, we had discussions with members of the Planning and Zoning staff. Jefferson County has adopted a "radiation map" which includes the geographic area of Rocky Flats and the surrounding lands. This map includes the area south of 120th Avenue, east of State Highway 93, lands north of Highway 72 and 88th Avenue, as well as land west of Simms Street.

According to Jefferson County regulations as confirmed with Karen Helner (County Geologist),

in order to subdivide property within the radiation map area, the owner must provide a soil test indicating that no radiation exists on the parcel to be subdivided. The soil tests must be reviewed by the Colorado Department of Health and the Jefferson County counterpart. A "radiation report" is required to be prepared as are "radiation plans." The map, report and plans shall be approved by the Colorado Department of Health (unless it delegates its authority to the Jefferson County Health Department) prior to plat approval.

Ms. Helner indicates some land use changes have been approved as no contamination was found on-site. However, in other cases contamination was discovered and land uses were not permitted. She indicated that soil sampling may be an expensive process and may have a tendency to discourage land owners from redeveloping their property.

Mr. Marty Ostholthoff of the County Planning Office tracks land use changes and rezoning requests for this portion of the county. He reports that in recent years there has been almost no subdivision activity within the radiation map area. He can only recall one effort to rezone a property within the area. That property was located near 120th at Alkire Road and was owned by Jeffco Air Park Associates. The proposal was to rezone existing industrial land to residential use. The land owner declined to pursue the rezoning once application was made. It is unclear as to the specific reason that the rezoning did not proceed. Nevertheless, that was the only subdivision activity within recent years that Ostholthoff could recall within the radiation map area. Given its large 22 square mile coverage, this is an extraordinarily low level of activity given the economic recovery in the Denver metropolitan area since 1990.

Mr. Richard Turner is Planning Director for the county. He was not able to discuss the Rocky Flats issues with us, but recommended that we talk to a specialist in his office by the name of Kevin Nichols. Mr. Nichols has been in the Jefferson County Long Range Planning area for the past 2½ years. For the long term, the vacant lands around the plant will be considered open space and this will include the plant itself, as well as the buffer. Mr. Nichols indicated that there is a "perception" in the community and "a fear out there that Rocky Flats is dangerous." He indicates that this perception impacts builders and developers. His intuition tells him that the land in the contour area would have been ripe for development within the past five years, but for the Rocky Flats plant. He also indicated that there is a lack of infrastructure in the area, but infrastructure would have been developed if market demand had existed.

### 4.   Tax Assessor

Because the assessing appraiser works a particular market on a consistent basis, we believe it is important to consider his/her opinions relative to Rocky Flats.  In this regard, we contacted John Mikus and Tony DeBell of the Jefferson County Assessor's Office.

Mr. DeBell was aware that there had been a few tax appeals with Rocky Flats being proffered as the basis of diminution in value.  He recalled specifically one incident involving a residence west of the plant, and because of the property's location upwind of the plant, the county prevailed.  He was aware of no specific data indicating a reduction in value around the plant.

Mr. Mikus handled a tax appeal in 1991 involving vacant development land.  He said that because of the plutonium scare, he did not feel justified in increasing the assessed value.  While his file notes indicate that he was sympathetic to the property owner, based on the acquisition price, he was unable to reduce value.  Presumably, the initial price though was a function of Highway W470 speculation.  Like Mr. DeBell, Mr. Micus was not aware of specific examples indicating loss in value to residential properties, but he felt a more thorough study of sales would be necessary in order to be certain.

### 5.   Jefferson County Economic Development Council

This agency is charged with the task of recruiting development to Jefferson County, so we contacted Mr. Rob Gilmore to find out how Rocky Flats plays into his plans, if indeed it does.  Mr. Gilmore indicated that lack of infrastructure in NW Jefferson County is a primary deterrent to development; he does not know if that is a natural consequence of Rocky Flats.  Most Jefferson County development is to the south, but when available lands are gone "developers are going to have to face the Rocky Flats issue."  Mr. Gilmore said realistically growth will occur everywhere else before it expands to the Rocky Flats area.  However, he is not aware of any projects that have been turned down specifically because of Rocky Flats.

### 6.   Finance

In the course of our research, we explored whether the county has had problems obtaining bond financing due to proximity to the Rocky Flats plant.  We discussed this issue with Mr. Terry Green of the County Finance Department, and Mr. Brian Colin of Hanifen Emhoff (investment bankers).

Mr. Green indicated that there have been no Certificates of Participation (COP) for Jefferson County since 1991.  He did not recall that Rocky Flats was an issue for that COP.  He referred us to

Brian Colin, his investment banker. Mr. Colin indicated that Rocky Flats has not been a significant issue for Jefferson County's general creditworthiness on general obligation bonds. He did indicate that if Rocky Flats were a "material" issue, it would have to be disclosed in the Official Statement. He confirmed that no COP's have been issued since 1991, of which he was aware. He did indicate that in the case of a metro district or a special improvement district proximate to the Rocky Flats plant, it may well be "material" to disclose the Rocky Flats proximity and the issues surrounding the plant in any type of Official Statement. This is particularly true where ad valorem taxes are the primary source of repayment of the bonds. Although it could be a foreseeable problem, he was not aware that it has been a problem to date.

### 7.   Jefferson County Schools

Ms. Kathy Tully is the Real Estate Officer for the Jefferson County School District. She indicated that DOE employees or contractors approached the school district to request a joint science project with Standley Lake High School. The proposal was to install monitoring devices that could measure pollutants that may or may not travel from the plant to the high school. Ms. Tully and the school district declined the offer because of the potential public relations controversy that could occur if those monitoring wells ever indicated pollution. Ms. Tully indicated that concerned parents might have all kinds of adverse reactions to such a program.

She also indicated that the plant has impacted the district with respect to a parcel of vacant land reportedly free of contaminants, but proximate to the plant. Mr. Charlie McKay, the owner, has offered to give the land at no cost to the school district if they would build their football stadium at this location. The district turned Mr. McKay down even though the land would have been donated. This decision was made because "there is just a stigma" that turns parents against a school project in proximity to the plant - even if the land is donated at no cost. Ms. Tully indicated that Mr. McKay "couldn't even give the land away" because of its proximity to Rocky Flats. Ms. Tully also acknowledged that the Jefferson County Airport is also a factor to be considered in siting Jefferson County Schools.

### B.   Boulder County

The County of Boulder has acquired a variety of parcels as part of the Boulder open space program. Many of these parcels are near the Rocky Flats plant and, by definition, these open space acquisitions are designed to preclude development on these properties. However, officials with the Open

Space Department acknowledge that these acquisitions are promulgated by the ability to acquire inexpensive land near the plant.

## III:   STATE OF COLORADO -
### COLORADO DEPARTMENT OF HEALTH AND ENVIRONMENT (CDH)

A primary state agency involved with Rocky Flats issues is CDH. As part of their mission, CDH has reviewed soil testing within the "radiation map" area, also referred to as an "area of concern" around the Rocky Flats plant. They have also reviewed scientific and engineering reports regarding contamination emanating from the plant.

We discussed some of these issues with Mr. Joe Shefflin, Mr. Carl Spreng and Mr. Rob Terry. We have reviewed and retained copies of contour maps showing contamination emanating from Rocky Flats prepared by a consultant of DOE.

We understand plutonium contamination was found in the soils off-site (Rocky Flats), east of Indiana Avenue. Within this "area of concern," special construction techniques must be used. This appears to be a relatively small area of land extending eastward from Indiana Avenue. However, CDH reports that there have been almost no requests in recent years to develop land within the larger general area. In their recollection, approximately 30 applications have been submitted over a 25-year period, with only three to four submitted since 1989 within the radiation map area.

In their comments, the CDH posed several questions/issues. In effect, the CDH stated that a number of issues need to be addressed before a comprehensive site-wide environmental impact statement can be developed. Primarily, the department is concerned about long-term maintenance and monitoring needed for any radioactive waste disposal established at the Rocky Flats site. Their questions include: Is the existing buffer zone adequate to protect the public and what will be the pattern of future land uses? Will regional hydrology be affected by radioactive waste disposal? How will individuals, both public and employees, be protected during construction and operation of any radioactive waste disposal site? What hazards will arise to those who might inadvertently intrude upon a radioactive waste site established on the Rocky Flats property?

## IV.   QUASI PUBLIC ENTITIES

In addition to interviews and document review with municipalities, county government and the state CDH, we have gathered data from a variety of quasi public entities listed below.

---

### A.      Jefferson County Airport

We spoke with Bob Loney of the Jefferson County Airport who indicated that the airport has never used bond financing to the best of his knowledge.   The airport typically finances capital improvements based on matching grants from the Federal Aviation Agency (FAA), wherein the airport puts up 10% and the FAA matches at 90%.   However, with federal budget cuts, the airport may be required to move toward bond financing in the future and Rocky Flats may or may not be an issue.

### B.      North Jefferson County Recreation District

The district provides public recreational facilities such as golf courses, pools, and rec centers to the citizenry of North Jefferson County.  The executive director, Mr. Rob Robinson, indicates that there is a "perception of negativity whether it's real or not" about the Rocky Flats plant.  He stated that there would be a "huge marketing problem" within the buffer area and the adjoining land if the rec district were ever to do anything nearby.  Mr. Robinson is not aware of any bonding problems for the district as yet, and none are anticipated due to proximity to Rocky Flats.  He also indicated that the problems of high winds near the plant would not be conducive to golf course development regardless of contamination.  (We note, however, that a portion of an 18 hole course was developed years ago at Walnut Creek.)

### C.      Northwest Chamber of Commerce

Ms. Luanne Aubel who is CEO of the Chamber of Commerce believes the Rocky Flats concerns are over-exaggerations contrary to the scientific facts regarding Rocky Flats.  She recognizes that risk associated with Rocky Flats has probably discouraged companies and individuals from relocating to the area, but she believes this risk flies in the face of scientific evidence.  She also believes that now that the plant is closed, negative public perception should diminish over time.   She was not aware of any companies in particular that had not relocated to the area because of Rocky Flats, but she indicated that the Chamber would not necessarily know since that information would probably not be made public by the companies considering the area.   She believes that the quality of life that the area provides, far exceeds the negative aspects of Rocky Flats.

### D.   Denver Regional Counsel of Governments (DRCOG)

We spoke with staff members of DRCOG concerning the impact that Rocky Flats may have had on issues such as land use, population growth, water quality and infrastructure development. It is our understanding that DRCOG does not actually initiate independent studies, but rather provides data support for its members, which include municipalities.

DRCOG reviews all water quality plans that must be filed before wastewater reuse permits may be issued. For example, the Jefferson Center project proposed a wastewater reuse plan that required review by DRCOG before approval. According to DRCOG, during the process of review for the Jefferson Center reuse plan, many entities, including downstream water users, raised questions regarding plutonium and other contamination in the treated affluent. Apparently, Jefferson Center has incorporated some remedies for those concerns in their wastewater reuse plan. It is our understanding that any treated wastewater discharge from Jefferson Center will have to be monitored on a regular basis for possible Rocky Flats contaminants.

DRCOG staff members were unfamiliar with any recent development in the Rocky Flats area aside from the Jefferson Center Metro District project. All new wastewater treatment plans and any material changes in existing wastewater reuse plans would have to be reviewed by DRCOG. For example, the Great Western Reservoir project is currently under review; the project would allow for Great Western Reservoir to be used for purposes other than municipal drinking water. This proposed change in use will require review and comment from a variety of agencies and governmental entities, as well as downstream users. This is expected to raise concerns regarding contamination from Rocky Flats and the possible transport of those contaminants to downstream users. This process is not expected to be completed for several months.

### E.   Special Improvement Districts

Most of the lands surrounding the Rocky Flats plant and buffer zone are within unincorporated Jefferson County. A few of these parcels are within metro districts which will be discussed below. Beyond those districts are the incorporated areas of Arvada, Westminster, Broomfield and the Town of Superior.

Special improvement districts are created to facilitate the development of infrastructure, often through bond financing. These mechanisms are common in Colorado, but such districts are few in number in the vicinity of Rocky Flats. Any future formation of new special improvement districts within

the area may require disclosure of Rocky Flats within the Official Statements.  If this is the case, it is possible that bond financing may be difficult to obtain or more expensive to obtain due to risks associated with proximity to Rocky Flats.

### F.   Other Districts

In addition to special improvement districts, we are aware of four metro (or water and sanitation) districts within the immediate vicinity of Rocky Flats.  Each is discussed below.

### 1.   Ralston Valley Water and Sanitation District

We spoke with Mr. Hugh Downing, the manager for the district, who indicated there were no bonding problems associated with proximity to Rocky Flats because the district has no bonds and has no debt on the books.

### 2.   Jefferson Center Metro District

Mr. Howard Lacy indicated that to date they have not had any significant bonding problems associated with Rocky Flats.  Mr. Lacy who is a major land owner in the Jefferson Center project is also a former employee at the Rocky Flats plant.  He believes there is really not a danger associated with the plant.   Nonetheless, he has had marketability problems with his Jefferson Center project and believes prices are greatly depressed because of Rocky Flats.  Mr. Lacy indicates that there is no question that Rocky Flats hurts land value in the area and in particular his project.   He also emphasized that he is not a plaintiff in the present law suit.

Mr. Charles McKay, a partner in this development and landowner in the area, indicated some of his land was condemned for the Standley Lake Diversion project, and that Federal appraisers concluded that his land had been adversely affected by Rocky Flats; as such, it was not as valuable as it otherwise would have been.

### 3.   Interlocken

No response.

4.    **Superior Metro District**

This district provides water and sanitation services for the Town of Superior and its residential development known as Rock Creek. Mr. Roger McCoy, manager for the district, indicated that since the district is north of the Rocky Flats plant, there is no impact. He went on to say that their water supply is being replaced with "Windy Gap" water later this year. To date, the water supply has primarily been from Marshall Lake, which has been monitored for contamination. To his knowledge, no contamination has been found. Nevertheless, the district will have a new source of water in the foreseeable future.

**G.    W-470 Highway Authority**

The westerly-most leg of the beltway around Denver (W470) was never constructed, and in fact, voters rejected a bill that would have provided financing. We contacted Rich Ferdenandsen, past Chairman of the W470 Authority, to find out what role Rocky Flats might have played in plans for the beltway. Based on our conversation, it appears that there was some resistance to the beltway given concerns about disturbing contaminated soil. Mr. Ferdenandsen did not believe this to be a significant issue, at least from a science perspective, but it was important to voters. In fact, the Authority realized that the whole issue of environmental problems would have to be considered; as such, the alignment was modified several times.

Interestingly, one of the reasons given for lack of development in the area of Rocky Flats is inadequate infrastructure, and it appears that Rocky Flats may have played some role in the rejection of W470.

**H.    Additional Considerations**

In addition to discussing the Rocky Flats issues with municipalities, we considered the following.

Standley Lake Diversion Project

Because Standley Lake provides drinking water for the cities of Westminster, Thornton and Northglenn, it has become necessary to divert Rocky Flats drainage from the lake. In effect, a reservoir is being constructed along Woman Creek upstream of Standley Lake but downstream of Rocky Flats. The project was proposed out of concern by the cities for the integrity of their water supply. This project

is indicative of negative perception, or stigma, related to Rocky Flats.

## VI.   MARKET PARTICIPANTS

Real estate is an asset that is immobile. A plot of land is fixed and can never be moved. As such, it may be negatively impacted by conditions external from the site. Market participants are guided by the principle of substitution. A seller is in competition with other sellers of substitute properties. Similarly, prudent buyers may consider several substitute properties before settling on the most advantageous. Such is the nature of an open and free market.

An external force, such as the presence of highly toxic substances, may place the property at risk of being passed over by purchasers, lenders, insurers or tenants. The result is a reduction in competition for a given property or group of properties. This reduced demand has a downward effect on prices.

This effect of a reduced universe of participants does not show up in the transactional record. That is to say, the sales data that are available does not include the transactions that were never made because the market completely bypassed the affected property or properties. This lack of market data can be as informative as the transactions that did occur.

Any real estate market is dependent upon information. That information is relied upon not only by buyers and sellers, but also by appraisers, lenders, mortgage insurers, property and casualty insurers, tenants and others. The element of full disclosure to all of these market participants has a natural impact on transactions. The critical role of information regarding toxic conditions often may make or break a real estate deal.

Real estate values are affected by actual facts and perceptions of facts, not only of buyers and sellers but also of other participants to a real estate transaction. We emphasize that the following are likely participants to the exchange of residential real estate: 1) seller's broker, 2) buyer's broker, 3) buyer, 4) seller, 5) lender, 6) appraiser, 7) title company, and 8) secondary mortgage market or loan insurer. By way of example, all could fall into place up to the point where the secondary market (such as Fannie Mae) is to put its stamp of approval on the loan for purposes of purchasing it; if at that point the loan cannot be sold, the entire transaction could fall apart irrespective of agreement by buyer and seller. Because of these dynamics, we have surveyed several participants typically involved in a transaction to obtain their view on making loans near Rocky Flats.

Each participant plays a different role in a real estate transaction. Each has its own concerns regarding the negative impacts of toxic conditions. A representative sample is summarized below.

## A.    Residential Lenders

We interviewed a representative sample of residential lenders and found no official policy with respect to lending on homes near Rocky Flats. Most say that recent changes in Fair Lending laws make it difficult to preclude lending unless a property is actually known to be contaminated. In-house appraisers for some of the lending institutions do say they take a more critical view of nearby homes because they want to be certain that any impact on value or marketability (if it exists) is taken into account. Understandably, the lenders are concerned about marketability in the event of foreclosure. All emphasize that they will not finance property affected by a known health hazard.

In summary, homes near Rocky Flats are being financed. The lenders do not believe that properties are contaminated or subject to a health hazard. Proximity alone is not a reason for declining a loan but reportedly steps are being taken to insure that any impact on value or marketability is taken into account. Of course, circumstances would be different if the lenders were to take the position that a health hazard exists.

Specific comments from individual lenders are included below.

Universal Lending Corporation

Representative indicated that she was familiar with Rocky Flats and that their company issues loans in a six-mile radius of Rocky Flats. When asked if the Rocky Flats plants has been an issue in deciding whether or not to issue any loans in the area, the representative stated that it "use to be an issue several years ago but not anymore."

ICM Mortgage Corp.

No response.

American United Mortgage

No response.

Cherry Creek Mortgage Company

No response.

Waterfield Financial

Representative indicated that their company issues loans in proximity to Rocky Flats and when asked if the plant has been an issue, the representative stated "no, the plant isn't close enough."

Home American Mortgage

Representative said they were familiar with Rocky Flats and were aware of the Rock Creek and Standley Lake developments. The representative indicated that Rocky Flats has not been an issue in deciding whether or not to make loans and stated that "unless the appraisal were to mention something detrimental about the environment," they would have no problem issuing the loan.

CTX Mortgage

Representative was familiar with Rocky Flats, although not specifically familiar with developments near the plant. The representative indicated that they issue very few loans in the area. If there were to be something stated in the appraisal that proximity to Rocky Flats is a problem, then they might have a problem issuing that loan.

## B.    Residential Mortgage Insurance

We contacted mortgage insurance companies to assess their view of underwriting loans in the Rocky Flats area. Of the companies we contacted, the responses are as follows:

Republic Mortgage Insurance Company

Regarding underwriting near the Rocky Flats plant, the representative stated that if the appraisal indicated something negative then they would investigate.

Commonwealth Mortgage Assurance Company

The representative indicated that they do insure loans in proximity to Rocky Flats and that one of the developments is Rock Creek. When asked if the Rocky Flats plant has been an issue in underwriting, the representative indicated the answer is no, and that there were no special conditions in insuring loans at Rock Creek.

GE Capital Insurance

No response.

## C.    Real Estate Appraisers

In the course of this assignment and others, we have interviewed a number of real estate appraisers in regard to their opinions of value and the state of the market surrounding Rocky Flats. Quite a number of residential appraisers are of the belief that Rocky Flats has not impacted property values. However, they point out that by using comparable sales in the same neighborhood, even if they are wrong, that impact will be inherent in their value conclusions. For example, the in-house appraisal staff

at World Savings and Loan Association approaches appraisals of homes near Rocky Flats with a very critical eye. Their chief appraiser reported that they have been unable to discern any loss in value or marketability attributed directly to Rocky Flats. However, he acknowledges that they have neither the resources nor the tools to do the type of study that would determine what these properties would have sold for had there been no Rocky Flats.

Most participants in the secondary mortgage market, including Fannie May, Freddie Mac and the FHA require appraisers to note the proximity of a given property to Rocky Flats and comment on the impact, if any, relative to value and marketability. These underwriters do acknowledge, however, that in many cases this practice has not been followed yet it is tolerated. This observation is confirmed in our discussions with residential appraisers who admit to not following the practice.

In contrast, we have reviewed an appraisal prepared for eminent domain purposes relative to the acquisition of property to facilitate the Standley Lake Protection Project. That is, the appraisal was the basis for government acquisition of private land to be used to divert water from Rocky Flats. The appraisal was prepared for the City of Westminster and the appraiser made several comments relative to Rocky Flats and its impact on values in the area. The appraiser notes the following:

> "Although the plant is not expected to resume production, its presence impacts the area because of known and unknown radioactive contamination. Because of actual and perceived problems surrounding Rocky Flats, concentrated urban development is not expected to occur in the area anytime in the foreseeable future. In general, the marketplace has a negative perception of the immediate area surrounding this facility. This perception lessens as the distance from the plant increases. This is especially true in those areas where the plant facilities cannot be visually seen. Although urbanization is approaching the area, the Rocky Flats facility is a major deterrent to future development. It will apparently be an extended time period before it is known what actual radioactive contamination exists and what remedial action may be needed. Because of this situation, urbanization may never occur in a particular area surrounding Rocky Flats."

It is apparent that even among the appraiser community, there are varying degrees of knowledge and opinion. Most are generally aware of Rocky Flats but not of many specifics. Most acknowledge they have neither the resources nor the expertise to do a comprehensive study of property impacts.

HUNSPERGER & WESTON, LTD.                                                                                      107

Generally, it is their position that if they base their estimates of value on the sales of comparably located properties, that the impact on value and marketability, if it exists, is inherent in their value conclusion. Some, such as the condemnation appraiser quoted above, would take a more definite position that the plant does impact property values in the area. It appears to us that most real estate appraisers working in the area suspect that there may be some effect on properties but do not have the resources at their disposal necessary to study the problem to a definitive degree.

### D.     Title Companies

We contacted two major title companies to determine their views on insuring title to homes near Rocky Flats. Both emphasized that their role is to warrant title, not value, so they have no problem with title insurance or nearby properties <u>unless</u> they are subject to an environmental lien (which is not the case). They did say if a property is known to be contaminated or if a health hazard is posed, they will not insure, even absent an environmental lien.

### E.     Secondary Mortgage Market

Because the underwriting standards of the secondary market often dictate lending policy, it is useful to understand policies of Freddie Mac, Fannie Mae, FHA and others with respect to homes near Rocky Flats.

Mr. John Hemschott with the Federal Home Loan Mortgage Corporation explained that lenders and appraisers are required to disclose or report proximity to an "EPA site" and account for the impact (if any) on value. Freddie Mac has no blanket policy one way or another for homes near Rocky Flats but does expect the appraiser to quantify, or at least take into account, the stigma impact if it exists. He did say that if the public health is threatened they will not purchase loans; this in turn would likely limit the number of primary lenders who would be willing to finance (assuming they were willing to fly in the face of conventional wisdom in the first place).

Fannie Mae's policy is much the same as that of Freddie Mac. They will purchase loans on homes near Rocky Flats provided any impact is taken into account. However, they reserve the right to refuse loans on property known to be contaminated or where a health hazard exists.

Similarly, FHA requires the appraiser to disclose distance to Rocky Flats and assess the impact on value and marketability if appropriate. FHA will not "red line" an entire area unless the properties are demonstratably contaminated. For example, once the court decided that the Globeville neighborhood

---

HUNSPERGER & WESTON, LTD.                                                                    108

in Denver was contaminated and should be cleaned up, we understand that the FHA refused all loans in the area until the EPA and City of Denver were satisfied that the cleanup was adequate. Unlike Freddie Mac and Fannie Mae, the FHA apparently has recent local experience with declining loans in entire neighborhoods for environmental reasons.

### F.    Realtors

In order to obtain a sense of realtor perception in the community, our staff interviewed the following six real estate sales persons:

1.    Joan Pallone of Metro Brokers
2.    Herb Zimmerman of Lange Realty
3.    Paul Boyer of Boyer/Travis Metro Brokers
4.    Ainslie Dougherty of Re/Max West
5.    Trent Roth of ERA
6.    Paul Barrett of Moore & Company

Generally, the realtors related that they make no disclosures with respect to contamination and/or anticipated clean-up to prospective purchasers, and they are not aware if lenders require such disclosures. With one exception they stated that marketing time is the same in the Rocky Flats area as in any other neighborhood. When asked if prices in the Rocky Flats area are impacted by proximity to the plant, two of the realtors indicated that to be the case.

When asked about prospective purchasers and what they know about Rocky Flats, each realtor interviewed literally expressed a different opinion; the answers ranged from very knowledgeable to no knowledge at all. Similarly, the various realtors expressed diverse reactions to the question, "do potential purchasers ask about Rocky Flats and what do you tell them?" Some said potential purchasers rarely ask; some said they always ask. One realtor identified a personal experience of having a deal fall through because of Rocky Flats.

Realtors opinions about an area can be telling. For example, if they believe it will be difficult to market homes in a certain area or if it will be necessary to discount prices, they may shy away from taking listings in that neighborhood. They can also have an impact on sale transactions by what they disclose or do not disclose to prospective purchasers. While for purpose of this analysis we did not conduct a large sample of realtors, we do believe that generally they do not have much knowledge about

---

the specifics of Rocky Flats; consequently, the prospective purchasers are getting little or no information from the realtors. If prospective purchasers do make inquiry as to the effect of Rocky Flats, the realtors seem to be sending them to other sources of information. In short, we found little consistency among the realtors that we interviewed with respect to the Rocky Flats issues.

### G.    Builders

According to John Winstead, Vice President of Land Acquisitions for Falcon Homes, his company looked into building in the Arvada/Boulder area but postponed it for now. They were particularly interested in the Westwood golf course area but thought that development was slow probably due to the proximity to Rocky Flats. Mr. Winstead believes that once the appropriate regulatory authorities pronounced the Rocky Flats area to be cleaned up and no longer a risk, the land will be developable but that probably will not happen for another 10 to 20 years. He believes that ultimately the land nearest Rocky Flats will be best used for open space or commercial development. Any residential use would depend upon utility extensions because it would not be possible to develop with domestic wells.

A representative of Village Homes reported that slow sales at their Somerset at Westwood project could be due in part to Rocky Flats. She indicated that some prospective purchasers were likely lost due to proximity to Rocky Flats, but she believes purchasing a home is a personal decision and proximity to Rocky Flats affects property differently.

We contacted a salesman with Ryland Homes at Ralston Creek Estates who said that Rocky Flats has not been a problem with sales at this location, but he does believe that it would be difficult to sell homes closer to the Rocky Flats plant. He believes people who grew up in the Denver area and have some knowledge of the history of the Rocky Flats plant would stay away from that location. Many buyers apparently are from out of state. He informed us that Richmond Homes, developer of Rock Creek, requires purchasers to sign a statement indicating that they are buying in proximity to Rocky Flats. This statement is required even though the Rock Creek project is northeast of the plant and out of the prevailing wind pattern.

Given the comments by the Ryland Homes salesman, we contacted Richmond Homes to verify the existence of their disclosure statement. Mr. Rainey, Vice President of Operations, acknowledged that purchasers are required to sign a statement acknowledging that they are aware of Rocky Flats.

Dwight Bainbridge of Castle Builders informed us that there is no chance his company will purchase land around Rocky Flats until the plant and surrounding area is determined to be free of all

pollution.  He is concerned about liability given the latency period associated with radiation induced diseases and does not believe that disclosure in and of itself would be sufficient to shed that liability.  In his view, only a developer that is large enough and has sufficient money to absorb a law suit would even consider building in the area, i.e., Richmond Homes.

In addition to the home builders identified above, we have interviewed purchasers or builders of specific homes in the Rocky Flats area.  We emphasize that these are not major builders; they are builders of individual houses.  In fact, we are aware of three homes recently constructed in the Walnut Creek area and the builders expressed no difficulty in selling the property.  They did say, however, that the sites were less expensive than in locations more distant from Rocky Flats.  In essence, based upon our interviews, most builders are reluctant to risk significant amounts of money in the Rocky Flats area given the uncertainties associated with contamination on-site and perceptions of the area.  As one builder put it, given a choice, they would prefer to "risk their money at other less risky locations."

We compiled a list of the top volume builders in the Denver metropolitan area and attempted to interview a representative of each company.  We have retained our survey material in our file but summarize the responses below.

### U.S. Home Corp.

The representative was familiar with Rocky Flats, and reported that proximity to the plant has been an issue in deciding whether or not to build homes in the area.  He indicated that his company does not want to "hassle" with the special conditions and sales contracts, etc. required for proper disclosure to the purchasers.

### Melody Homes

The representative was familiar with Rocky Flats but was not active in that market.  He stated that it is "just not a desirable market for them regardless of Rocky Flats."

### Pulte Homes

No response.

### Park Engle Homes

The representative was familiar with Rocky Flats and had been involved in the Rock Creek Development.  When asked if the Rocky Flats plant had been an issue in deciding whether or not to build homes in the area, the representative responded that "it was a slight concern but Richmond had hired an environmental engineering company to do some research and they felt comfortable building in the area.  There was a lengthy disclosure with each sales contract."

<u>The Genessee Company</u>

No response.

<u>McStain Enterprises</u>

The representative was familiar with the Rocky Flats plant but indicated that they are not involved in that market.  They concentrate primarily in North Boulder.

<u>Kaufman & Broad</u>

No response.

<u>Oakwoods Homes</u>

The representative would not answer any questions.

<u>David Weekley Homes</u>

The representative was familiar with Rocky Flats as well as some developments within the area. When asked if the Rocky Flats plant had been an issue in deciding whether or not to build homes in the area, the representative responded that the company has not wanted to build homes "up there regardless of Rocky Flats."

<u>Centex Homes</u>

The representative was familiar with Rocky Flats and indicated that it has not been an issue in deciding whether or not to build homes in the area.  This builder is active in the Broomfield area.

<u>Park Homes West</u>

No response.

<u>April Corporation</u>

No response.

<u>Sheffield Homes</u>

No response.

In addition to interviewing specific builders, we called on new home sales offices within the Class Area, and no sales personnel indicated that Rocky Flats was a problem.  In fact, of the sample of six, each stated that Rocky Flats is not a problem .  One did offer the name of someone who could provide

more information, and one did say that no one would build near Rocky Flats; consequently, mountain views would be maintained.

Obviously, it would be difficult to sell homes in the area if Rocky Flats were painted as a negative. More importantly, these responses suggest that buyers do not get much information about Rocky Flats unless they are willing to do their own independent research. This might indicate that some purchasers are neither well informed nor well advised; thus, the prices they paid could not be truly indicative of the effects of Rocky Flats, according to the definition of market value.

## VI.    INDIVIDUAL PROPERTY OWNERS

In the course of this assignment, we interviewed a number of property owners in the Rocky Flats area. Opinions within and about the neighborhood vary and the best summary of responses is detailed in the opinion survey located in another section of this report. That survey was prepared by Decision Research of Eugene, Oregon, with the assistance of the University of Maryland Research Center.

In addition to responses summarized by Decision Research, we have included below comments of representative plaintiffs in this case with respect to impacts on their property.

- **Merilyn Cook**

    In Ms. Cook's response to Rockwell's interrogatories, she stated that she learned the property across the street from her had been tested and that it was contaminated. That concerned her as she was informed at the time she purchased the property that there was no contamination on her parcel. Further, Transamerica Title Insurance Company notified her by letter on May 15, 1989 that her property might be polluted by plutonium or other hazardous chemicals. As a result, she believed that the value of her property had decreased because of its proximity to the Rocky Flats plant. She went on to say that she was informed by Jefferson County that she could not change the zoning of her property to allow higher density residential development because of its proximity to the Rocky Flats plant. She noted that several real estate agents were unwilling to list the property for sale without a disclaimer stating that the property was near the Rocky Flats plant. She also indicated that in 1988, clients began to show concern about the safety of horses boarded at her facility. Because of the concerns with respect to their safety, due to location near the plant and the use of well water, the clients began removing their horses from her stables and refused to conduct any additional business with her.

- **Lorren Babb**

    Mr. Babb described in a response to interrogatories his experience purchasing the property and attempting to sell or lease it. He indicated that when he attempted to lease the property, "people would be interested until they found out the property was close to the Rocky Flats plant." He listed the property for sale in 1989 at a price of $200,000. He subsequently sold it in June of 1990 for $137,000. This compares to a purchase price of $128,000 in 1986. Mr. Babb believes his property value was affected by proximity to Rocky Flats and his experiences are indicative

of that fact.

- **Richard Bartlett**

  Mr. Bartlett believes his property was adversely affected by proximity to Rocky Flats and cites the following circumstances as evidence.  He listed his property for sale in 1988 but indicated that he experienced several rejections because of location near Rocky Flats, and he provided names of some of those who refused to purchase or lease: Ms. Roberta Vider, Ms. Ostrander, Mr. Aki and Dr. Baca.  Mr. Bartlett also noted that he was refused loans by five banks.  He was told by United Bank that his loan was rejected for "philosophical reasons."  He indicated that another bank told his daughter they were not making loans near the Rocky Flats plant.

- **William Schierkolk**

  Mr. Schierkolk is of the opinion that his property would be worth substantially more were it not for proximity to Rocky Flats today.  Based upon an insurance valuation, Mr. Schierkolk estimated the value of his property in November of 1992 at $275,000.

# SUMMARY

Significant research findings are summarized as follows:

## Municipalities

Broomfield:   In the six months following the FBI raid, the city commissioned an opinion survey of its residents.  Significant findings were:

- More than half said that they were more concerned about Rocky Flats than they were a year earlier (which would have been prior to the FBI raid).

- 67% of the respondents believed that property values were affected by Rocky Flats.

- 60% were very concerned about contaminated drinking water and 62% believed Rocky Flats to be a health threat.

As a result of the stigma expressed in the survey, Great Western Reservoir was abandoned as a source of drinking water.

Additionally, the city was unable to obtain "after market" bond insurance because of proximity to Rocky Flats.

Arvada:   Jane McVey, Economic Development Officer for the city, reported several concerns:

- Relocation opportunities have been lost because of the stigma of Rocky Flats.

- Some realtors direct clients away from the area because of Rocky Flats.

- Negative perception is almost impossible to overcome.

- The city is less trusting of DOE efforts to resolve contamination problems.

Like Broomfield, the City of Arvada commissioned a citizens' attitude survey and a significant finding was: 42% believed that Rocky Flats constitutes a health threat; 32% said it does not, but 27% said they did not know.

The city has not experienced bond insurance problems because of proximity to Rocky flats.

Westminster:   Mr. Larry Hulse of the Planning Department stated that residential development would not be permitted west of Simms Street and that inquiries regarding Rocky

Flats were particularly prominent after the 1989 FBI raid. He believes these inquiries suggest that property values are negatively impacted.

Ms. Susan Graft, of the Economic Development Office, indicates that the plant has been both positive and negative: Businesses involved in the clean-up of Rocky Flats have created jobs, while other (non-clean-up) companies have refused to locate in the area.

No bonding problems were reported.

Boulder:    Rocky Flats was not reported to be a significant issue except in one respect:

Mr. John Tayer indicated that the stigma associated with the plant precludes development (much to the satisfaction of the city).

## Counties

Jefferson:    The county is particularly interested in maintaining buffer zones because: 1) hazardous substances remain on, under or near Rocky Flats, 2) the potential exists for the migration of hazardous substances in the environment, 3) 14 tons of plutonium remain on-site and pose a continuing risk and 4) the likelihood of incidents and the consequences of incidents increase yearly.

The county is discouraged by DOE's (and its contractors) past behavior and is concerned about continuing uncertainty.

The County Board of Health in Resolution Number BOH94-4 indicates that the plant poses a potentially significant long-term risk due to: 1) past and potential future releases of hazardous substances into the environments, 2) present and future superfund clean-up activities, and 3) past, present and future storage of plutonium.

Jefferson County is committed to preserving the environmental buffer zone to the core area in order to help protect public health in the environment off-site. Similarly, Jefferson County recognizes that radioactive materials that will be handled at Rocky Flats pose an on and off-site hazard as long as they exist at Rocky Flats.

The Rocky Flats Site Use Working Group (of which Jefferson County is part) recognizes and identifies in its publications several continuing areas of risk or uncertainty. These uncertainties concern future site uses, waste and nuclear materials disposal options, the regulatory framework, federal funding and deficiency and productivity gains at the site. In addition, these uncertainties affect use and development of adjacent land.

Jefferson County has adopted a "radiation map" which includes the geographic area of Rocky Flats and surrounding lands. In order to subdivide property within

the radiation map area, an owner must provide a soil test indicating that no radiation-related substances exist in the parcel to be subdivided. In recent years there has been almost no subdivision activity within the radiation map area. Jefferson County officials suggest that given the radiation area's 22 square mile coverage, the level of activity appears to be extraordinarily low in light of the economic recovery in the Denver metropolitan area since 1990.

The Jefferson County School District declined an offer on the part of DOE to install monitoring devices in Standley Lake High School that could measure pollutants that may or may not have traveled from the plant to the school. The reason given for declining the offer was a potential public relations controversy.

In addition, the school district declined the donation of a football stadium site even at no cost to the district. This was because of the proximity to the Rocky Flats plant.

## State of Colorado

Colorado Department of Health:

CDH is charged with reviewing soil test data within the radiation map area located around the Rocky Flats plant. CDH recalls no tests in which measures of plutonium have exceeded the accepted health standard. They also note that only three to four applications have actually been submitted since 1989 within the radiation map area.

## Quasi Public Entities

W-470 Highway Authority:

The most westerly leg of the beltway around Denver (W-470) was never constructed, in part, due to concerns regarding pollution near the Rocky Flats site. While from a scientific perspective, the Authority did not consider this issue to be significant, it was important to voters who defeated the W-470 extension.

In addition to the W-470 authority, we interviewed various recreation districts, special improvement districts and the Jefferson County Airport. Many expressed no negative experiences regarding proximity to the plant.

## Market Participants

Residential Lenders:

Because financing is critical to real estate value, we interviewed a number of

residential lenders regarding their policies toward making loans in the Rocky Flats area. All those interviewed make loans in the area, but did indicate that they would not make a loan in the circumstance of a demonstrated health hazard. Their loans, of course, are based on appraisals and they entrust the appraiser to take into account the effect (if any) due to Rocky Flats.

Real Estate Appraisers:

Residential appraisers by and large are not terribly concerned about the effect of Rocky Flats on property values because by using sale comparables from the sale area, any impact (if one does exist) is inherent in their value conclusions. There is rarely discussion of the degree to which market participants took Rocky Flats into account. Most lending institutions require appraisers to note the proximity of a given property to Rocky Flats and comment on the impact, if any, relative to value and marketability. They acknowledge, however, that this policy is not strictly enforced.

Appraisals prepared for condemnation of properties impacted by the Standley Lake Protection Project indicate that Rocky Flats does indeed have a negative effect on the immediate area.

Realtors:

Realtors opinions of value and marketability within the class area are extremely diverse. Some believe property is impacted: some believe it is not. Some report that potential purchasers inquire about Rocky Flats, while others indicate that they rarely are asked. It was apparent from our interviews, however, that prospective purchasers obtain little or no negative information with respect to Rocky Flats from realtors.

Builders:

Like realtors, builders seem to be split on their attitudes toward Rocky Flats. Some will not build in the area but some will. It does appear that small builders are more likely to build homes in the area than are developers of large projects. Although the Rock Creek development is not within the class area, we do note that the builder (Richmond Homes) requires purchasers to sign a statement acknowledging that they are buying in proximity to Rocky Flats. We are not aware of any negative impact on Rock Creek due to proximity to Rocky Flats. Richmond Homes believes there is no impact due to their "upwind" location. On the other hand, small builders in the Walnut Creek area acknowledge that building sites in that location are less expensive than in locations more distant from Rocky Flats.

It is apparent that sales agents for new homes in the contour area do not volunteer much information about Rocky Flats. In fact, most of those surveyed professed no problem at all. Some did offer to provide telephone numbers of

persons who could provide additional information.

## VIII. CONCLUSIONS

In the development of this section of the report, we interviewed a number of direct and indirect market participants. We also considered research data and opinion surveys developed by others. Based upon this information, we have arrived at the following conclusions.

- It is axiomatic in real estate that value is a function of <u>location, location, location</u>. While not all respondents were negative, quite clearly there is substantial concern in the marketplace with respect to location near Rocky Flats. Officials of the various municipalities, as well as residents of those municipalities, have expressed these concerns. They have taken the form of restrictive land use planning insistence on maintaining a buffer area, and conscious choices not to live or work in the area. In our view, the negatives are so substantial as to impact real estate value.

- We interviewed a number of people who have experienced no problems to date with Rocky Flats, such as title companies, lenders and secondary mortgage market participants. This is because either they believe there is no risk to the service they provide or that risk is already inherent in the sale price of a property. For example, if sale prices are affected by Rocky Flats, the effect is taken into account by using similarly impacted properties as a basis for valuation or for a loan. On the other hand, if these participants believed that an actual health risk exists, they would no longer be players in the marketplace. This response is understandable and in our view, these market participants are not particularly instructive in ascertaining whether properties have been affected by Rocky Flats.

- Generally, the various municipalities and individuals comprising groups, such as the Rocky Flats Future Site Use Working Group, tend to have much more knowledge and concern regarding risks associated with Rocky Flats. On the other hand, the local citizenry appears to develop opinions based upon what they have read or heard, and generally they are not able to articulate their concern to the same level as local government officials. Additionally, based upon our interviews with realtors and builders, it appears they may not be getting sufficient information to be able to make fully informed decisions.

- A substantial amount of negative reaction occurred after the 1989 FBI raid. For example, the Broomfield Opinion Survey appeared to be in response to disclosures arising out of that raid. Similarly, the negative impact of the raid was the genesis for two new public water projects: the Broomfield water supply and the Standley Lake Water Diversion Project. The Arvada Public Opinion Survey was taken six months after the raid. Thus, in our opinion, publicity in the late 1980s, particularly the raid and disclosures arising from it, shaped to a large extent public opinion regarding Rocky Flats.

- We conclude that attitudes toward Rocky Flats are so overwhelmingly negative (particularly after the 1989 FBI raid) that property values are clearly affected. This adverse impact is attributable to more than just perception. Past, present and future risks at Rocky Flats are very real. Neighborhood residents have been exposed to plutonium releases and they continue to be susceptible to the risks associated with storage and transport of plutonium, as well as uranium and other radionuclides.

- From these interviews, it is apparent that some companies have not located to the area because of proximity to Rocky Flats and the stigma associated with the 1989 FBI raid. It is also clear from the opinion surveys that there is a segment of the residential real estate market that has not purchased in this area due to proximity to the plant and the stigma associated with the 1989 FBI raid.

- Municipalities and other governmental entities have had to cope with the after effects and the resulting stigma from the 1989 FBI raid. For example, Broomfield was forced to develop a new water supply and the Standley Lake diversion project was created to prevent contaminated run-off from further impacting the water supply.

- When taken together, this data leads us to the conclusion that the after effects of the 1989 FBI raid and proximity to the Rocky Flats Nuclear Weapons Plant combine to reduce the overall market demand for properties in this area. The resulting loss in demand clearly places downward pressure on real estate prices.

## USE OF ANALOGOUS CASE STUDIES

As indicated in the book, Measuring the Effects of Hazardous Materials Contamination on Real Estate Values: Techniques and Applications, published by the Appraisal Institute, valuation by analogy is an important technique, which in the absence of specific sales of like properties, can take the place of the Sales Comparison Approach. The approach is also recognized in the Appraisal Institute seminar titled "Environmental Risk and the Real Estate Appraisal Process."

Analogy is defined by Webster as *inference that if two or more things agree in some respects they will probably agree in others.* Thus, real estate analogies or case studies are used:

- To examine the effects of environmental problems in other settings.
- To understand how the real estate market reacts to risk.
- To study how that reaction translates into overall value. (Historic observations provide a reasonable basis for future expectations.)
- To test the reasonableness of other valuation or evaluation techniques.
- To apply these findings to the Rocky Flats context.

Applied to this study, we have considered a number of analogous cases (both court cases and research studies) to assist us in understanding how the market reacts to contamination (or negative environmental conditions) and how that reaction translates to effect on value. Included in this section of the report are of analogies or case studies of two types: 1) case studies in which actual data have been measured, and 2) opinion surveys in which questionnaires have been used to measure market reactions. The cases selected are relevant in at least one of several respects: 1) they are illustrative of methodology commonly relied upon, 2) they are illustrative of findings in similar court cases, or 3) they are illustrative of reaction to a similar environmental issue.

The economics and appraisal literature are full of case studies and published papers. Sources for the studies range from actual court documents to trade journal articles. In most instances, findings are compared to similar studies for reasonableness. In some instances, papers were published summarizing and discussing the results of other studies. We have included one such case study. It is significant to note that comparisons of results are made with no consideration to the type of environmental condition with generally one exception: nuclear cases are in a class of their own.

On the following pages may be found summaries of several case studies or analogies.