# MARKET SALES INFORMATION

## I. MARKET STUDY OF LAND PRICES

In the course of the larger study, we considered the impact the Rocky Flats Nuclear Weapons Plant may have had on vacant land values in recent years.

Land value is the basic starting point for considering overall real estate value. *"Land is said to have value, while improvements contribute to value."[21]*

*"Anticipation, change, supply and demand, substitution, and balance are appraisal principles that influence land value. Anticipation means that value is created by the expectation of benefits to be derived in the future.*

*"The supply of and demand for sites in a particular location tend toward equilibrium. If supply declines and demand remains stable or increases, prices rise.*

*"The principal of substitution, which holds that a buyer will not pay more for one site than for another that is similar or equal, applies to land values and indicates that the greatest demand will be for the lowest-priced sites. The principal of balance is also applicable to land values. When the various elements of a particular economic mix or a specific environment are in a state of equilibrium, value is sustained; when the balance is upset, values change."[22]*

For this analysis, we have analyzed: 1) land prices in the Rocky Flats area compared to other metro Denver locations, and 2) examined individual sales near Rocky Flats or other environmental problem areas for evidence of stigma.

### Aggregate Land Prices

These principles stated above are at play in the area proximate to the Rocky Flats Nuclear Weapons Plant, and we explored their relationship with respect to value. To that end, we looked at vacant land prices in the aggregate. We gathered vacant land sales that have occurred over time within the Rocky Flats area. We also selected other areas of metropolitan Denver for study and comparison. Within those geographic areas, we gathered vacant land sales using the same search parameters. We then looked at the weighted average prices over time within each of the five geographic areas.

Weighted average price is the sum total of the sale prices divided by the sum total of the acreage

---

[21] Appraisal of Real Estate, 10th Edition, Page 302

[22] Ibid, 299, 300.

sold. The resulting figure provides a central tendency expressed as a unit price - in this case, price per-acre.

The five geographic areas studied will be referred to as South Jefferson County, South Boulder County, Adams County - Rocky Mountain Arsenal area, North Jefferson County - Class Area and North Jefferson County - Non-Class Area. Each are discussed on the following pages. The reasons each was selected for study will also be explained.

The study relied upon the same search parameters within each geographic area. The source of the sales data was the Roddy Report/Realtrac, a recognized data service serving the Denver metropolitan area. Each of the geographic areas included a search for sales with the following parameters.

| | | |
|---|---|---|
| 1. | Type of sales: | Vacant land |
| 2. | Search period: | January 1, 1988 to December 31, 1995 (8 years) |
| 3. | Land size: | 10 acres and greater |
| 4. | Zoning: | All zoning types included |
| 5. | Excluded sales: | Foreclosures, deeds in lieu of foreclosures, in-house transactions and sales with improvements. However, open space sales and eminent domain acquisitions were included for all areas; thus, even if skewed sales were included, all areas are equally impacted. |

The land sales included all types of zoning ranging from unzoned land with no infrastructure to platted subdivision land with infrastructure in place.

In this aggregate study, the sales represent recorded deed transactions reported by the Roddy Report/Realtrac service. The sales in this "aggregate" study were not confirmed with the buyer or the seller. The data is taken as reported by Roddy and is considered to be reliable.

Each of the five geographic areas is summarized on the pages that follow.



| Geographic Area: | **JEFFERSON COUNTY NORTH - CLASS AREA** |
|---|---|

Boundaries:

That land area within the Class Area line as set out in the class certification order. This area is roughly east and southeast of the Rocky Flats Nuclear Weapons Plant and extends as far south as West 72nd Avenue and as far east as approximately Pierce Street. The northern boundary is approximately West 120th Avenue. Please see the map for more specific boundaries.

Land Area Covered:

25.5 square miles, more or less

General Description
with Notable Features:

Within the Class Area, notable features include Standley Lake, a portion of Jefferson Center, portions of the Jefferson County Airport and Wadsworth Boulevard. The area is characterized by large tracts of vacant land, as well as suburban residential development. Municipalities include parts of the cities of Arvada, Westminster, Broomfield and the Town of Superior. Almost all of the area is within Jefferson County. The area is within close proximity to the Denver-Boulder Turnpike and high tech employment centers in Boulder County. The Rocky Flats Nuclear Weapons Plant is located along the west side of this contour area.

Comparison with
Jefferson County North:
(Class Area)

Not applicable as it is the same.

| Jefferson County North - Class Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Years | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 |
| No. of Parcels Sold | 4 | 3 | 5 | 3 | 8 | 8 | 5 | 6 |
| Total Acreage Sold | 529.96 | 33.15 | 368.26 | 73.94 | 345.73 | 162.37 | 125.74 | 606.02 |
| Total Sale Prices (thousands) | $2,402 | $1,270 | $3,132 | $730 | $3,533 | $5,074 | $4,549 | $2,548 |
| Weighted Average $/Acre | $4,531 | $38,311 | $8,505 | $9,873 | $10,220 | $31,250 | $36,181 | $4,205 |

| Cumulative Totals (1988-1995) | |
|---|---|
| Total Acreage Sold | 2,245.17 |
| Total Sale Prices | $23,238,657 |
| # Parcels Sold | 42 |
| Avg. Parcel Size (Acres) | 53.46 |
| Weighted Average | $10,351 per acre |

| | |
|---|---|
| Geographic Area: | **JEFFERSON COUNTY NORTH - OUTSIDE CLASS AREA** |

Boundaries:

| | |
|---|---|
| North: | West 120th Avenue |
| South: | West 72nd Avenue |
| East: | Sheridan Boulevard |
| West: | North-south line, approximately two miles west of Foothills Highway |

Excluding the area within the Class Area.

| | |
|---|---|
| Land Area Covered: | 37.5 square miles, more or less. This excludes the area within the Class Area, as well as the land that constitutes the Rocky Flats Nuclear Weapons Plant and buffer zone. |

General Description
with Notable Features:

This area is composed of portions of Arvada, Westminster, Broomfield and unincorporated Jefferson County. The most dense development is located along the eastern side, which includes residential neighborhoods and commercial development along major arterials. The western part of the neighborhood is characterized by large tracts of vacant land and sparse residential development. The area includes portions of the Denver-Boulder Turnpike, Wadsworth Boulevard, Westminster Mall, the Foothills Highway and a portion of the Jefferson County Airport.

Comparison with
Jefferson County North:          Not Applicable
(Class Area)

| Jefferson County North - Outside Class Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Years | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 |
| No. of Parcels Sold | 2 | 4 | 3 | 2 | 6 | 5 | 5 | 4 |
| Total Acreage Sold | 32.077 | 389.36 | 520.45 | 73.42 | 165.04 | 129.23 | 247.71 | 1,400.02 |
| Total Sale Prices (thousands) | $855 | $2,941 | $3,705 | $600 | $1,872 | $10,157 | $5,833 | $5,449 |
| Weighted Average $/Acre | $26,655 | $7,553 | $7,118 | $8,172 | $11,340 | $78,594 | $23,547 | $3,892 |

| Cumulative Totals (1988-1995) | |
|---|---|
| Total Acreage Sold | 2,957.31 |
| Total Sale Prices | $31,411,029 |
| # Parcels Sold | 31 |
| Avg. Parcel Size (Acres) | 95.4 |
| Weighted Average | $10,621 per acre |

| | |
|---|---|
| Geographic Area: | **SOUTH BOULDER COUNTY** |

Boundaries:

| | |
|---|---|
| North: | Baseline Road |
| South: | West 120th Avenue |
| East: | Sheridan Boulevard |
| West: | Line dividing Range 70 West and 71 West |

Areas Covered:

| | |
|---|---|
| Townships: | 1 South |
| Range: | 69 West and 70 West |
| Sections: | All |

Land Area Covered: 72 square miles

General Description
with Notable Features:

The area represents southeast Boulder County. Much of the land within the area is in unincorporated Boulder County, while several portions are within the corporate city limits of Broomfield, Lafayette, Louisville and Boulder, as well as the Town of Superior. The Denver-Boulder Turnpike traverses the area from the northwest through the southeast. South Foothills Highway No. 93 runs along the western edge. Notable features include Marshall Lake, Coal Creek, Baseline Reservoir, the Eldorado Springs Valley, South Boulder Creek, large tracts of open space, as well as the Coal Creek Golf Course. The area primarily includes residential development and remaining vacant tracts. The residential areas are suburban in character. Supporting development includes high tech employment, including the Storage Technology facility and the Interlocken Office Park. The area also includes a portion of the Jefferson County Airport and the Rock Creek residential development.

Comparison with Class Area
Similarities:

1. Close geographic proximity
2. Major highway
3. Similar proximity to the foothills
4. Similar proximity to mountain recreational areas to the west
5. Proximity to employment centers
6. Proximity to Denver International Airport
7. Jefferson County Airport

Dissimilarities:

1. Separate county governments
2. Separate school districts
3. Proximity to Rocky Flats plant (but not in the direction of prevailing winds)

| South Boulder County | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Years | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 |
| No. of Parcels Sold | 12 | 13 | 16 | 20 | 30 | 21 | 30 | 21 |
| Total Acreage Sold | 647.8 | 386.51 | 756.71 | 1,407.16 | 1,125.05 | 1,130.19 | 1,822.33 | 825 |
| Total Sale Prices (thousands) | $6,877 | $3,124 | $7,757 | $11,321 | $13,774 | $12,646 | $25,182 | $18,058 |
| Weighted Average $/Acre | $10,615 | $8,082 | $10,250 | $8,045 | $12,243 | $11,189 | $13,818 | $21,889 |

| Cumulative Totals (1988-1995) | |
|---|---|
| Total Acreage Sold | 8,100.74 |
| Total Sale Prices | $98,738,096 |
| # Parcels Sold | 163 |
| Avg. Parcel Size (Acres) | 49.7 |
| Weighted Average | $12,189 per acre |

| | |
|---|---|
| Geographic Area: | **JEFFERSON COUNTY SOUTH** |

Boundaries:
| | |
|---|---|
| North: | Generally West Alameda Avenue (extended) |
| South: | West Chatfield Avenue (extended) |
| East: | Denver County Line |
| West: | Quaker Street (if extended) |

Areas Covered:
| | |
|---|---|
| Township: | 4 South |
| Range: | 69 West |
| Sections: | 13-36, inclusive, excluding Denver County portion in section 36 |

| | |
|---|---|
| Township: | 5 South |
| Range: | 69 West |
| Sections: | 1-36, inclusive, excluding portion of Denver County in Sections 1, 10-15 |

| | |
|---|---|
| Township: | 4 South |
| Range: | 70 West |
| Sections: | 13, 24, 25, 36 |

| | |
|---|---|
| Township: | 5 South |
| Range: | 70 West |
| Sections: | 1, 12, 13, 24, 25, 36 |

| | |
|---|---|
| Land Area Covered: | 66 square miles, more or less |

General Description
with Notable Features:

The geographic area covered represents land generally within the city limits of Lakewood and large areas of unincorporated Jefferson County. Notable features within the area include Highway C-470, which was completed in the 1992-1993 period, Highway 285 (Hampden Avenue) as well as Wadsworth Boulevard, which is a major arterial street through the area. Features also include Bear Creek Reservoir, Soda Lakes, Bear Creek, Hayden Green Mountain Park, several golf courses, a federal correctional institute, the Southwest Plaza Mall and Villa Italia Mall. The area can generally be described as a suburban setting with associated infrastructure and related land uses.

Comparison with Class Area:

Similarities:
1. Jefferson County Government
2. Jefferson County School District
3. Commercial influence along Wadsworth Boulevard
4. Similar proximity to mountain recreational areas to the

west
5. Similar proximity to the foothills
6. Proximity to major highways
7. Proximity to major water recreation area

Dissimilarities:
1. Different employment centers
2. Proximity to Denver International Airport
3. Rocky Flats plant
4. Jefferson County Airport (absent)
5. Housing prices

To summarize, we considered Jefferson County South to be similar in many ways to the study area (Class Area). We accumulated the land sales for Jefferson County South that have occurred between 1988 and 1995. The summary of those sales are tabulated below.

| Jefferson County South | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Years | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 |
| No. of Parcels Sold | 3 | 6 | 3 | 5 | 21 | 13 | 16 | 20 |
| Total Acreage Sold | 322.5 | 144.71 | 117.2 | 161.96 | 934.94 | 355.24 | 725.25 | 705.93 |
| Total Sale Prices (thousands) | $10,398 | $7,132 | $4,570 | $2,950 | $15,178 | $6,743 | $15,328 | $26,050 |
| Weighted Average $/Acre | $32,242 | $49,284 | $38,993 | $18,214 | $16,235 | $18,980 | $21,134 | $36,902 |

| Cumulative Totals (1988-1995) | |
|---|---|
| Total Acreage Sold | 3,467.73 |
| Total Sale Prices | $88,348,593 |
| # Parcels Sold | 87 |
| Avg. Parcel Size (Acres) | 39.86 |
| Weighted Average | $25,477 per acre |

Geographic Area:                        **ADAMS COUNTY - ROCKY MOUNTAIN ARSENAL AREA**

Boundaries:
    North:                           East 120th Avenue (extended)
    South:                           East 72nd Avenue
    East:                            Quebec Street, Highway 2, East 96th Avenue, Potomac Street
    West:                            Colorado Boulevard

Areas Covered:
    Townships:                       See map
    Range:                           See map
    Sections:                        See map

Land Area Covered:                      26 square miles, more or less (excludes the RMA)

General Description
with Notable Features:                  This area includes parts of Commerce City, Thornton and unincorporated Adams County. It is located to the west, northwest and north of the Rocky Mountain Arsenal (RMA). Portions of the area are reportedly overlying a contamination plume of groundwater emanating from the RMA. The area includes portions of the South Platte River, Interstate Highway 76 and three major rail lines. While there are clusters of residential neighborhoods, much of the area is characterized by vacant land. Some of these lands are still devoted to agricultural uses. The existing residential neighborhoods are generally 20 years old or older. The area is also characterized by a variety of industrial uses. Within the area, there has been very little residential development in recent years. The area has reasonably good proximity to the new Denver International Airport and good proximity to manufacturing jobs.

Comparison with Class Area:

    Similarities:                 1.    The two areas are located next to large superfund designated sites, one being the Rocky Flats Nuclear Weapons Plant and the other being the Rocky Mountain Arsenal.
                                  2.    Good proximity to major highway systems

    Dissimilarities:              1.    The Class Area has a better quality housing stock.
                                  2.    The Class Area is closer in proximity to the mountain recreation areas and the foothills.
                                  3.    The Adams County area is located closer to the Denver International Airport.

4.     Different school districts
5.     As a percentage of vacant land to improved land, the Adams County area has more vacant land than Jefferson County North.

| Adams County - Rocky Mountain Arsenal Area | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Years | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 |
| No. of Parcels Sold | 1 | 6 | 8 | 5 | 4 | 7 | 7 | 6 |
| Total Acreage Sold | 241.39 | 128.43 | 414.13 | 420.63 | 674.913 | 274.5 | 247.75 | 276.52 |
| Total Sale Prices (thousands) | $10,500 | $2,237 | $6,170 | $2,674 | $9,392 | $2,743 | $2,828 | $6,631 |
| Weighted Average $/Acre | $43,500 | $17,415 | $14,898 | $6,358 | $13,916 | $9,991 | $11,413 | $23,978 |

| Cumulative Totals (1988-1995) | |
|---|---|
| Total Acreage Sold | 2,678.27 |
| Total Sale Prices | $43,173,319 |
| # Parcels Sold | 44 |
| Avg. Parcel Size (Acres) | 60.87 |
| Weighted Average | $16,120 per acre |

| CUMULATIVE TOTALS (1988-1995) | | | | | |
|---|---|---|---|---|---|
| | Jefferson County North - Class Area | Jefferson County North - Outside Class Area | South Boulder County | Jefferson County South | Adams County - Rocky Mountain Arsenal Area |
| Total Acreage Sold | 2,245.17 | 2,957.31 | 8,100.74 | 3,467.73 | 2,678.27 |
| Total Sale Prices | $23,238,657 | $31,411,029 | $98,738,096 | $88,348,593 | $43,173,319 |
| # Parcels Sold | 42 | 31 | 163 | 87 | 44 |
| Avg. Parcel Size | 53.46 | 95.4 | 49.7 | 39.86 | 60.87 |
| Total Acres Sold/Sq. Mile | 88.05 | 78.86 | 112.51 | 52.5 | 103 |
| Total Parcels Sold/Sq. Mile | 1.65 | .83 | 2.26 | 1.32 | 1.69 |
| Weighted Average | $10,351 per acre | $10,621 per acre | $12,189 per acre | $25,477 per acre | $16,120 per acre |
| Price Difference w/Contour | N/A | $270/ac. | $1,838/ac. | $15,126/ac. | $5,769/ac. |
| Price Difference as % | Base | +3% | +18% | +146% | +56% |

HUNSPERGER & WESTON, LTD.



Prices—Undeveloped Land

Dollars Per Acre

Inside Contour Area

Outside Contour Area

Jefferson Co. North — $10,351

Jefferson Co. North — $10,621

South Boulder County — $12,189

Jefferson Co. South — $25,477

Adams County Rocky Mountain Arsenal Area — $16,120

## Market Study of Land Prices - Individual Land Sales

As previously stated, not only have we studied land sale price trends, we have considered circumstances surrounding individual land transactions near the Rocky Flats plant. These data follow:

- In November of 1992, 357.83 acres of land located near State Highway 128 and McCaslin Boulevard were conveyed from the Ochsner-TenEyck Partnership to Colorado Joint Venture No. 3/Victor Thomas at an apparent price of $612,000. The price was arrived at by adding the loan balance of $553,000 to a cash payment of $59,000. This equates to $1,710 per acre.

  This land had been annexed and zoned by the Town of Superior. The ground has topography problems but ultimately we understand that the seller had been unable to finance the property because of its proximity to Rocky Flats. Because of this proximity, the lender was unwilling to foreclose but they did facilitate, in effect, the liquidation of this property. (We use the term liquidation because it appears that this was the only method whereby the property could be sold.) In order to facilitate the sale, the bank was willing to discount the note; thus, the ultimate purchaser was able to acquire a discounted note add cash to the deal and ultimately pay only $612 per acre for the land. We discussed this transaction with all parties involved, including the lender and each indicated to us that the primary reason the property could not be developed or financed was Rocky Flats. This represents a 64% loss in value due to Rocky Flats stigma.

  Ultimately, in 1993, Boulder County acquired the entire 358 acres for open space. We are informed by an official of the Open Space Department that the price was purely one of negotiation. No appraisals were involved. The county based their price on land that they had acquired immediately to the west of this property at $2,800 per acre. The ultimate purchase price paid by the county in 1993 was $2,732 per acre. According to Carolyn Holmberg of Boulder Open Space, the property probably should never have been considered for residential development. In her view, there was a "perceived hazard" that would have made the marketing of residential properties difficult. While she states that Rocky Flats was not a problem to her for open space use, negative perception in the area did allow her to purchase properties nearby for relatively low prices.

- In October of 1990, Boulder Municipal Property Authority acquired land in the estate of Susan M. Lindsay just west of the above-mentioned parcel. The land, totaling 408.23 acres, was, in effect, assembled in more than one transaction at a cumulative price of $1,143,044. This equates to an average unit price of $2,800 per acre. The purpose of the acquisition was for open space. This land is just north of Rocky Flats within the four-mile evacuation zone. This unit price appears to be approximately 40% less than prices paid for more distant open space land. This parcel is adjacent to the above described tract and in fact was the basis of the subsequent purchase.

  By way of comparison, we cite the 1989 acquisition by Boulder County of land in the ownership of Cowdery Company. These lands totalling 328.034 acres were assembled at unit prices ranging from $3,500-$6,000 per acre. While the land was to be used for open space, it is located next to an old landfill which is now a superfund site. Despite

location near the landfill, the unit prices are greater than prices Boulder County paid for lands near Rocky Flats in the two aforementioned transactions. Further, the unit prices paid increased in proportion to distance from the landfill. In relative terms, these transactions suggest that lands near Rocky Flats are extremely depressed (see following map).

- In August of 1992, 42.209 acres of land were purchased at approximately 104th and Alkire Street for an average unit price of $1,291 per acre. The seller was Affiliated National Bank and the purchaser was Brauch, et al. Based on conversations with the seller and its appraiser, this parcel suffered stigma due to proximity to Rocky Flats, even though the buyer was an adjoining property owner. The seller indicated that with the exception of the adjacent property owner, there were no other serious inquiries to purchase the property. We note that this property would have been positively affected by location near Highway W-470. Nonetheless, the eventual selling price was about one-third of the appraised value.

While it may be true that not every land sale transaction is negatively affected by Rocky Flats, many indeed are. It is axiomatic in real estate that the lowest prices in the area tend to set the market. In other words, it is difficult to command high prices in the area when other sellers and buyers are negotiating low prices because of proximity to Rocky Flats and concerns about the resulting effect on marketability. As an example of a similar transaction at a different location, we cite the recent sale of the Gun Club Partnership land at the southeast corner of Mississippi Avenue and Gun Club Road in Aurora. This property is located adjacent to the Lowry Landfill, a superfund site. Approximately 1,100 acres of land was purchased for +/- $1,200 per acre. (This actually represents the consummation of Sale No. 2 on the following spreadsheet.) According to the purchaser (Mr. Michael Sheldon), proximity to the landfill could have resulted in as much as an 80% discount for the land. This example is not unlike those sales that occurred near Rocky Flats. Whether the risk is real or perceived, there is evidence of market resistance; concerns about financing and marketing the end product necessarily add to risk which is inversely proportionate to price.

By way of comparison, we have included nine pre-1989 sales located in the vicinity of Rocky Flats. A summary of these sales follows. Note that the average unit prices range from a low of $3,516 per acre to a high of $12,000 per acre. Sale No. 4 is of particular significance because it is located just south of the Ochsner-Ten Eyck parcel identified as past 1989 Sale No. 1. The same buyers and sellers were also involved, but the post 1989 price was less than half the pre-1989 price.

These transactions indicate at least 50% diminution in value for those lands near to Rocky Flats. It follows also then that if land value is depressed, improved properties would not sell for what they otherwise would have.





| | | | | POST 1989 LAND SALES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sale No. | Grantor/ Grantee | Location | Sale Date | Recording | Zoning | Acres | Sale Price | Price Per Acre | Comments |
| 1 | Ochsner-Ten Eyck-KK Colorado Joint Venture #3/ Victor C. Thomas | NWC of SH-128 & McCaslin Blvd., Inter. SW¼ & pt. SE¼ SEC 36 R1S R70W | 11/92 and 12/92 | 1781 1244681 (Boulder Co.) and 92150381 (Jeff. Co.) | EP | 357.83 | $612,000 | $1,710 | Subject property. With discounted note, price = $612/acre |
| 2 | Gun Club Pship Land/ Undisclosed buyer | SEC E. Mississippi Ave. & Gun Club Rd., Aurora | 1992 | Under Contract | Mixed | 1106.74 | $1,400,000 | $1,265 | This property is under contract. It is located next to an EPA superfund site, Lowry Landfill. |
| 3 | Affiliated National Bank/ Karl P. Brauch | Approx. ¼ mile west of Alkire St. & ½ mile south of 104th Ave. | 1992 | 92095230 Jefferson | A-2 | 42.209 | $54,500 | $1,291 | Approx. 2½ mi. east of Rocky Flats site. Seller indicates that the property suffered from stigma even though the buyer was an adjoining property owner. Appraisal was $3,500 per acre. |
| 4 | Estate of Susan M. Lindsay/ Boulder Municipal Property Authority | East and south portions of T1S, R170W, section 35, north of Hwy. 128 | 10/90 | 1649 1071887 Boulder (deed includes more than this sale) | AG | 408.23 | $1,143,044 | $2,800 | To be used as open space. Approx. ½ mi. north of Rocky Flats site. Approx. 3/4 mi. west of subject no. 6. |
| 5 | K-Investment, Ltd./ Boulder Municipal Property Authority | Approx. 1-3/4 mi. east of S. Foothills Hwy. & ½ mile north of SH-128 Pt. Sec 34, T1S, R70W | 4/90 | 1621 1036937 Boulder | A | 252.94 | $683,234 | $2,701 | To be used as open space |
| 6 | Cowdery Co./ Boulder County | T1S, R70W Sections 23, 24 | 1989 | 1627 1043391 Boulder (more exist; rolling option) | A | 328.034 | $1,488,170 | $3500-$6000 avg. $4,537 | To be used as open space. Located next to an old landfill which is now a superfund site. Lower prices are for land closer to landfill. Approx. 3 miles north of Rocky Flats site. |

| PRE 1989 LAND SALES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale No. | Location | Acres (Rd) | Sale Price | Sale Date | Price Per Acre | Zoning | Grantor/ Grantee |
| 1 | 100th Ave. & Alkire, Pt NE¼, Sec 18, 12S R69W, Jefferson Cty. | 40 | $200,000 | 6/11/86 | $5,000 | A-2 | Frazier/ Jeffco Lnd Ptn |
| 2 | S/S W. 104th Ave., approx. ¼ mile W of Alkire St. Pt Sec 18, T2S, R69W, Jefferson Cty. | 40 | $225,000 | 2/12/87 | $5,625 | A-2 | Brauch/ Jeffco Land Ptn. |
| 3 | Sec. & Nec Indiana St. & 120th Ave., Pt. Sec. 6, 12S, R69W, Jefferson Cty. | 66 | $400,000 | 4/25/86 | $6,061 | A-2 | Shuttleworth/ Ten Eyck |
| 4 | SWC 112th & Simms St., Pt. Sec. 8, T2S, R69W, Jefferson Cty. | 416 | $2,000,000 | 4/25/86 | $4,808 | Pd | Bank Western/ Ten Eyck |
| 5 | Vic. 112th & Alkire, Pt. SE¼ Sec. 6, T2S, R69W, Jefferson Cty. | 41 | $192,000 | 1/8/87 | $4,683 | A-2 | Green & Stouffer/ Ten Eyck |
| 6 | E/S Indiana at W. 118th Ave., Pt. S½ SW¼ NW¼ Sec. 6 T2S, R69W, Jefferson Cty. | 19 | $66,800 | 5/29/86 | $3,516 | A-2 | Kaatz/ Ten Eyck |
| 7 | Approx. ½ mi. W Quaker St. & approx. ½ mi. N 72nd Ave. Pt. Sec. 35, T2S, R69W, Jefferson Cty. | 306 | $3,452,500 | 12/24/86 | $11,283 | A-1 | Quilland/ MDC |
| 8 | NWC Alkire St. & D & RGW RR Sec. 30, T2S, R69W, Jefferson | 162 | $1,620,000 | 1/8/86 | $10,000 | A-2 | Sullivan/ Alkire 86 |
| 9 | W/S Alkire St., approx. 1,500' S 88th Ave., Pt. S½ NE¼ Sec. 30, T2S, R69W, Jefferson Cty. | 28 | $336,000 | 2/13/86 | $12,000 | A-2 | Utzinger/ Alkire 86 |

## Conclusions - Market Study of Land Prices

The previous material represented a comparison of land sale prices between 1988 and 1995. These comparisons were based on five geographic areas: 1) the Class Area near Rocky Flats, 2) Jefferson County North (outside the class area), 3) South Boulder County, 4) South Jefferson County, and 5) Adams County (the Rocky Mountain Arsenal area).

Based upon a comparison of these five areas, we have developed the following conclusions:

- Land sales within the Class Area represent the lowest average price per acre of any of the five geographic areas.

- The relatively low average price per acre is attributed to: proximity to Rocky Flats, proximity to Jefferson County Airport, and lack of infrastructure within the area. To some extent, this is also true of Jefferson County North (outside the Class Area).

- When compared to land within the Class Area, unit price differentials vary from approximately 3% to 146%.

- In relative terms, that portion of Jefferson County North immediately outside the Class Area is most similar in price and most likely is also influenced by proximity to Rocky Flats.

- Land prices in the vicinity of the Rocky Mountain Arsenal are considerably greater (56%) than near Rocky Flats.

- Land prices in South Boulder County are 18% higher than those prices within the Class Area. Interestingly, if we delete the Boulder sales that are to the far west and are much more removed and rural than the subject's Class Area, the differential is much higher. That is to say, when we compare that portion of South Boulder County that is similarly developed to the Class Area, the South Boulder sales are much higher.

- Jefferson County South, which in many ways is most similar to the Class Area in terms of school district, proximity to the mountains, mountain views, county government and proximity to major highways, has land prices substantially higher (146%) than the Class Area.

- Land within the Class Area, on average, sells for less than any of the four areas studied. Except for Jefferson County North - the non-class, the class area lags substantially behind the other areas studied.

- The reasons for this are likely to include the lack of infrastructure in the area and the

HUNSPERGER & WESTON, LTD.                                                                                     199

Jefferson County Airport. However, in our opinion, the most significant factor is the Rocky Flats plant.

- In our view, the data suggests that were it not for Rocky Flats, land near the plant would sell for double the price. In other words, loss in value is up to 50%.

- Data from the Rocky Mountain Arsenal area presents a compelling argument. Lands at that location are affected by a number of negative externalities, not the least of which is the Rocky Mountain Arsenal superfund site. Many residents in the area are aware of the Arsenal's status as one of the most polluted locations in the United States. Many also are aware that contaminated groundwater flows off the Arsenal. Other negative externalities include numerous heavy industrial sites, refineries and proximity to Stapleton International Airport.

- Thus, we believe much or all of the price differential between the Class Area at Rocky Flats and the Rocky Mountain Arsenal area can be attributed to the extreme negative perception associated with Rocky Flats.

- In our opinion, within the Class Area, vacant land prices have been diminished on the order of 20% to 50%. Those parcels closest to the plant would be diminished to the largest extent, whereas, those parcels more distant from the plant would have the least impact. Overall, a 30% diminution in value is a reasonable estimate for vacant parcels within the class area. This is particularly true since our aggregate sales data included all parcels greater than ten acres in size. Many of the parcels within the Class Area are of a smaller size.

- After confirming some of the individual sales, it becomes apparent that Rocky Flats plays a large role in the valuation of properties in this area.

- For vacant land, most of the value loss within the class area is located in the western section and is in closest proximity to the plant.

- The vacant land within the class area, owned by class members, as of June 1989, is estimated to be **4,812 acres**. The average price of vacant land (10 acres+) within the contour area between 1989 and 1995 was $10,351 per acre. But for Rocky Flats, that price average would have been $14,787 per acre. This is expressed in 1995 dollars. The differential equates to $4,436 per acre.

When applied to the 4,812 acres estimated to be within the class area, the estimated diminution in value is expressed in the following calculation:

4,812 acres x $4,436 ≈ $21,000,000 (rounded)

## II.  COMPARISON OF RESIDENTIAL RESALE PRICES

In this section of the report, we focus our attention on a comparison of resale prices for residential properties in defined areas of the metropolitan area.  The data upon which we relied came from the MLS-Metro List Service.  This service compiles the listing and sales data for homes that are typically listed by realtors.  This data does not encompass every sale that occurs.  Rather, it includes only those sale properties that were sold by realtors.  It is considered to reflect a reasonable cross-section of residential market activity.

We wanted to study appreciation or depreciation rates within submarkets of the metropolitan area. Specifically, we wanted to compare appreciation/depreciation over time within the Rocky Flats Class Area as it compares to other metropolitan submarkets.

The Metro List-MLS data is categorized by subcategories within counties.  We compared the Rocky Flats Class Area with all submarkets within the non-mountain, suburban Jefferson County area. Those subsegments are listed as Jefferson North, Jefferson North Central, Jefferson West, Jefferson Central, Jefferson South Central and Jefferson South.  In addition, we wanted to compare the subject Class Area with neighboring submarkets that may have been impacted by Rocky Flats.  Specifically, we considered Broomfield and Westminster which were not located within the Jefferson County areas.  The Metro List-MLS subsegments for these two areas are referred to as Broomfield and North Suburban West.

In addition, we wanted to consider the area surrounding the Rocky Mountain Arsenal which, like Rocky Flats, is a widely known superfund site that has contamination off-site.  The subsegment surrounding the RMA is referred to as North Suburban East.  Also, by means of comparison we considered North Suburban Central which was also in Adams County, but more removed from the Rocky Mountain Arsenal.

In our data comparison, we compiled the end of year (12 month) statistics provided by Metro List-MLS for 1989 and 1995.  We selected as the starting point the year 1989 because it was the year of the FBI raid at Rocky Flats.  1995 was selected as the end point in that it is the most recent data available.   By comparing prices from 1989 and 1995, we are able to derive a compound appreciation/depreciation rate for each area.  That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound change rate per year for the six-year period.  We considered single-family detached and condominiums.

Each of the submarkets considered is summarized below.



| | |
|---|---|
| Study Area: | **JEFFERSON NORTH** |
| Boundaries: | See attached map. |
| Area Includes: | Jefferson North represents portions of Arvada, Westminster and Broomfield. It also includes portions of unincorporated Jefferson County. Jefferson North also includes the Rocky Flats plant and the largest portion of the Class Area. Standley Lake and Great Western Reservoir are also included within this submarket area. |
| School District: | Jefferson |

The following table summarizes the residential sales activity for this area during the 12 months of 1989 and the 12 months of 1995. Weighted average prices are weighted depending upon the number of single-family residential units sold, as compared with the number of condominium units sold.

| Jefferson North | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 1,249 | $90,907 | 984 | $134,853 |
| Condominium | 299 | $50,629 | 357 | $94,162 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | 1989 | 1995 | Compound Rate of Change |
| **Weighted Average Prices** | $83,127 | $124,023 | 6.90 |

| Study Area: | **JEFFERSON NORTH CENTRAL** |
|---|---|
| Boundaries: | See attached map. |
| Area Includes: | The area generally includes sections of older Arvada. |
| School District: | Jefferson |

The following table summarizes the resale statistics for Jefferson North Central during 1989 and 1995.

| Jefferson North Central | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 392 | $92,568 | 1,243 | $136,574 |
| Condominium | 19 | $58,936 | 162 | $77,469 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | **1989** | **1995** | **Compound Rate of Change** |
| **Weighted Average Prices** | **$91,016** | **$129,759** | **6.09** |

Study Area:                          **BROOMFIELD**

Boundaries:                          See attached map.

Area Includes:                       The area generally includes the City of Broomfield which includes portions of Boulder County, as well as Adams County and two separate school districts.

School District:                     Boulder and Adams


The following table summarizes the residential resale statistics for Broomfield during the 12 months of 1989 and the 12 months of 1995.

| **Broomfield** | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 341 | $95,619 | 575 | $141,028 |
| Condominium | 14 | $54,848 | 24 | $81,050 |

| **Weighted Average Comparison** | | | |
|---|---|---|---|
| | **1989** | **1995** | **Compound Rate of Change** |
| **Weighted Average Prices** | **$94,009** | **$138,627** | **6.69** |

| Study Area: | **NORTH SUBURBAN WEST** |
|---|---|
| Boundaries: | See attached map. |
| Area Includes: | The area generally includes portions of Westminster, Federal Heights, Northglen and Thornton. |
| School District: | Adams |

The following table summarizes the residential resale statistics for all of 1989 and 1995.

| North Suburban West | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 735 | $87,783 | 1,208 | $122,015 |
| Condominium | 224 | $43,354 | 403 | $75,249 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | **1989** | **1995** | **Compound Rate of Change** |
| **Weighted Average Prices** | **$77,405** | **$110,319** | **6.08** |

| Study Area: | JEFFERSON CENTRAL |
|---|---|
| Boundaries: | See attached map. |
| Area Includes: | The area generally includes Edgewater, Wheatridge a Lakewood. |
| School District: | Jefferson |

The following table summarizes the residential resale statistics for all of 1989 and 1995.

| Jefferson Central | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 601 | $89,999 | 666 | $127,049 |
| Condominium | 111 | $44,820 | 221 | $70,966 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | 1989 | 1995 | Compound Rate of Change |
| Weighted Average Prices | $82,956 | $113,075 | 5.30 |

HUNSPERGER & WESTON, LTD.

Study Area:                 **JEFFERSON SOUTH CENTRAL**

Boundaries:                 See attached map.

Area Includes:              The area generally includes portions of Lakewood, Morrison and unincorporated areas of Jefferson County.

School District:            Jefferson

The following table summarizes the residential resale statistics for all of 1989 and 1995.

| Jefferson South Central | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 825 | $98,186 | 1,081 | $151,798 |
| Condominium | 507 | $52,140 | 725 | $82,531 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | 1989 | 1995 | Compound Rate of Change |
| Weighted Average Prices | $80,659 | $123,991 | 7.43 |

| Study Area: | **JEFFERSON WEST** |
|---|---|
| Boundaries: | See attached map. |
| Area Includes: | Large area extending as far north as 100th Avenue and as far south as Alameda Avenue. The area includes portions of Arvada, Golden, Lakewood and unincorporated Jefferson County. |
| School District: | Jefferson |

The following table summarizes the residential resale statistics for all of 1989 and 1995.

| Jefferson West | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 282 | $117,584 | 477 | $191,334 |
| Condominium | 55 | $48,512 | 135 | $99,217 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | **1989** | **1995** | **Compound Rate of Change** |
| **Weighted Average Prices** | **$106,311** | **$171,014** | **8.25** |

Study Area:                      **JEFFERSON SOUTH**

Boundaries:                      See attached map.

Area Includes:                   Primarily portions of unincorporated Jefferson County
                                 with a small portion of Lakewood included.

School District:                 Jefferson

The following table summarizes the residential resale statistics for the years 1989 and 1995.

| Jefferson South | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 1,407 | $107,031 | 1,697 | $176,277 |
| Condominium | 342 | $52,190 | 538 | $94,070 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | **1989** | **1995** | **Compound Rate of Change** |
| **Weighted Average Prices** | **$96,309** | **$156,488** | **8.43** |

| Study Area: | **NORTH SUBURBAN EAST** |
|---|---|
| Boundaries: | See attached map. |
| Area Includes: | Portions of Commerce City and unincorporated Adams County. |
| School District: | Adams |

The following table summarizes the residential resale statistics for the years 1989 and 1995.

| North Suburban East | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 118 | $44,564 | 209 | $69,850 |
| Condominium | 10 | $35,101 | 5 | $58,310 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | **1989** | **1995** | **Compound Rate of Change** |
| **Weighted Average Prices** | $43,825 | $69,580 | 8.01 |

| | |
|---|---|
| Study Area: | **NORTH SUBURBAN CENTRAL** |
| Boundaries: | See attached map. |
| Area Includes: | Portions of Thornton, Northglen and unincorporated Adams County. |
| School District: | Adams |

The following table summarizes the residential resale statistics for the years 1989 and 1995.

| North Suburban Central | | | | |
|---|---|---|---|---|
| | 1989 | | 1995 | |
| | # Sold | Average Price | # Sold | Average Price |
| Single-Family Residential | 803 | $69,505 | 1,335 | $109,084 |
| Condominium | 159 | $36,066 | 206 | $71,512 |

| Weighted Average Comparison | | | |
|---|---|---|---|
| | **1989** | **1995** | **Compound Rate of Change** |
| **Weighted Average Prices** | **$63,979** | **$104,059** | **8.44** |

## CONCLUSIONS

In our data comparison, we compiled the end of year (12-month) statistics provided by Metro List-MLS for 1989 and 1995. We selected as the starting point the year 1989 because it was the year of the FBI raid at Rocky Flats. The year 1995 was selected as the end point in that it is the most recent data available. By comparing prices from 1989 and 1995, we are able to derive a compound appreciation/depreciation rate for each area. That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound percent change rate per year for the period. Those findings are summarized on the table below.

| MLS - Metrolist Data Summary | | | |
|---|---|---|---|
| | 1989 | 1995 | Compound % Change |
| Jefferson North | $83,127 | $124,023 | 6.90 |
| Jefferson North Central | $91,016 | $129,759 | 6.09 |
| Broomfield | $94,009 | $138,627 | 6.69 |
| North Suburban West | $77,405 | $110,319 | 6.08 |
| Jefferson Central | $82,656 | $113,075 | 5.30 |
| Jefferson South Central | $80,659 | $123,991 | 7.43 |
| Jefferson West | $106,311 | $171,014 | 8.25 |
| Jefferson South | $97,196 | $156,488 | 8.26 |
| North Suburban East | $43,825 | $69,580 | 8.01 |
| North Suburban Central | $63,979 | $104,059 | 8.44 |

- The areas selected for study, like the class area, represent suburban locations in the metro area.
- Most of the geographic areas studied were suburban Jefferson County locations that were part of the same school district, had similar proximity to the mountains and had the same county government.
- The four areas around Rocky Flats had compound appreciation of between 6.08% to 6.90% within the study period.
- Those six areas more removed from Rocky Flats had compound appreciation rates of betwe

- The area most similar to the class area, in our opinion, was Jefferson County South, however, it had a compound appreciation rate of 8.26% during the study period.
- The average compound change within those areas closest to Rocky Flats was 6.44% per year. When compared with Jefferson County South, this differential is 1.82% per year.
- At first glance, this is a small differential until one considers the real impact of compound appreciation. The appreciation graph which follows illustrates this concept.



Compound Change in Average Home Prices

Jefferson North
Jefferson North Central
Broomfield
North Suburban West
Jefferson Central
Jefferson South Central
Jefferson West
Jefferson South
North Suburban East
North Suburban Central

Region



III.    **New Residential Construction**

We asked the Genesis Marketing Group of Englewood, Colorado to conduct a study regarding new construction of homes. Genesis was asked to compare new home prices within the Class Area with new home prices in other parts of the metropolitan area. Genesis was asked to consider data from 1989 through 1995. Because the data base upon which they relied was incomplete prior to 1991, the data presented is from 1991 through 1995. The following pages contain the Genesis report.

As can be seen, the study includes a comparison of the new home construction within the Class Area and other geographic areas identified by the Multiple Listing Service (MLS). Those are the same geographic areas that we have used for purposes of comparison in other portions of this report.

Genesis first compared new home prices within the Class Area with the same floor plans offered by the same builders within other communities in the metropolitan area. Between 1991 and 1995, 97 floor plans within the Class Area were matched with the same floor plans in other areas. Price comparisons varied widely within any given year. For example, in 1991, certain floor plans within the Class Area were selling for as low as 88.4% of the non-contour average. On the other hand, during that same year, certain floor plans within the Class Area were selling for 111.7% of the average price of that same floor plan in other areas. The average price within the Class Area of all floor plans versus the same floor plans in other locations, was 99.3% in 1991. Through time, it is interesting to note that the price spread widened from 1991 to 1995. For example, in 1991, the price spread within the Class Area was 88.4% to 111.7%. By 1995, the spread was 78.0% to 122.9%.

Genesis also considered base price increases of new homes in the same community over multiple years. They considered price increases within the Class Area and compared them with price increases outside. Within the Class Area, average annual price increases for new homes ranged from 0.2% (1994) to 3.9% (1992). The average of non-class area (MLS) areas ranged from 0.8% (1995) to 4.3% (1993). The cumulative price increase within the Class Area from 1992 through 1995 was 8.1%. The cumulative price increases for the same period as an average of the Class Area MLS areas was 10.7%. That is to say, the sum of the average price increases for all the non-class areas studied was 32% greater than the price increases within the Class Area.

---

HUNSPERGER & WESTON, LTD.                                                                217

Stated another way, if one were to have considered a hypothetical new home in 1991 with a base price of $125,000, within the Class Area that base price would have grown to $135,375 by 1995. On the other hand, the same hypothetical floor plan in the non-class areas in the metropolitan area, in 1991 would have been $125,000 and would have increased in price to $138,870 by 1995. Put simply, by 1995, the new home base price within the Class Area would have been approximately $3,500 less than the same floor plan in another area.

As is the case with other data studied in this report, it appears that new construction of single-family homes within the Class Area have price increases that lag the average for the non-class areas studied. This is one more indication that the area within the Class Area lags market averages.



# The Genesis Marketing Group

NEW HOUSING DATA • MARKET STUDIES • APPRAISALS • PRODUCT DEVELOPMENT

September 18, 1996

David Clayton
Hunsperger & Weston
5889 So. Greenwood Plaza Blvd., Suite 404
Englewood, Colorado  80111

RE: Rocky Flats Area Data Research

Dear Mr. Clayton:

As requested, we have researched base new home prices in areas within and outside the plutonium "plume area" you have defined near Rocky Flats.  The research included a comprehensive review of our database for all new production and custom home communities since 1989.  We have presented a complete analysis of the data beginning in 1991, but you are cautioned that in the process of completing this review, it was determined that some of the comparisons you requested that include data before 1992 are questionable.

First, base new home prices within the "plume" area were compared with matching plans by the same builders within other areas you identified using the geographic areas used by Metrolist, Inc.  A total of 97 floor plans offered by builders within the plume area were found to also be offered in other MLS areas during at least one year from 1991 through 1995.  A summary of the results of this research follows.

| ROCKY FLATS PLAN COMPARISONS PLUME AND NON-PLUME COMMUNITIES | | | | | |
|---|---|---|---|---|---|
| | Base Price of Plume Community Plan as Percentage of Price for Same Plan in Non-Plume Community | | | | |
| | 1991 | 1992 | 1993 | 1994 | 1995 |
| Average Percentage | 99.3% | 100.1% | 100.0% | 97.6% | 97.2% |
| Range in Percentage | 88.4% to 111.7% | 88.7% to 113.9% | 81.7% to 126.5% | 77 .3% to 122.9% | 78.0% to 122.9% |

The second area of research focused on changes in base prices of new home plans in the same community over multiple years, both within and outside the "plume" area, which were analyzed from 1991 through 1995.  The results of this research is summarized in the table below.

7475 E. Peakview Avenue, Building 10, Englewood, Colorado 80111
(303) 771-5125 • FAX (303) 771-1936

| NEW HOME BASE PRICE INCREASES | | | | |
|---|---|---|---|---|
| | Average Price Increase - Number of Plans | | | |
| Metrolist Area | 1992 | 1993 | 1994 | 1995 |
| "Plume Area" (Includes parts of JFN and JFC) | 3.9% 64 | 3.2% 115 | 0.2% 172 | 0.8% 212 |
| BRM Broomfield | 3.8% 68 | 4.2% 119 | 2.8% 271 | 1.2% 366 |
| JFC (Includes part of "Plume Area") Jefferson County Central | 1.3% 25 | 0% 22 | 0% 29 | 0.2% 39 |
| JFN (Includes part of "Plume Area") Jefferson County North | 4.0% 79 | 5.1% 96 | 0.4% 165 | 0.9% 201 |
| JFS Jefferson County South | 3.6% 321 | 3.8% 388 | 1.6% 455 | 0.3% 534 |
| JFW Jefferson County West (Golden) | 3.0% 109 | 2.7% 147 | 1.1% 290 | 0.9% 394 |
| JNC Jefferson County North Central | 3.0% 46 | 2.7% 104 | 0.8% 153 | 0.5% 203 |
| JSC Jefferson County South | 5.4% 73 | 4.1% 103 | 1.9% 148 | 0.7% 218 |
| NSC North Suburban Central | 5.3% 80 | 5.4% 150 | 3.1% 255 | 1.2% 329 |
| NSE North Suburban East | 0% 0 | 0% 0 | 0% 0 | 0% 0 |
| NSW North Suburban West | 1.9% 70 | 7.0% 106 | 2.1% 143 | 1.1% 182 |
| Average of Non "Plume" MLS Areas Total Non "Plume" Plans | 3.7% 767 | 4.3% 1,117 | 1.9% 1,715 | 0.8% 2,226 |

A binder containing the data spreadsheets used to compile and analyze the data that resulted in the above summaries of our research is available for your review in our office.  We appreciate the opportunity to be of service.

Respectfully submitted,

**THE GENESIS MARKETING GROUP**

Wm. Michael Rinner, MAI