# MULTIPLE REGRESSION ANALYSIS

The Appraisal Institute in its seminar titled "Environmental Risk in the Real Estate Appraisal Process," March 1994, recognized that "regression analysis is helpful in some situations." It can be used to estimate the impact of environmental risks on neighboring properties and can be used in situations in which large numbers of property are affected by an environmental risk. The seminar goes on to say that regression analysis is most commonly used in estimating the off-site impact of an environmental risk especially the stigma effect.

The seminar material defines regression analysis as a statistical technique used in real estate analysis to evaluate groups of sale transactions involving land or improved real estate. Four main points are identified below the definition:

- Tool for differentiating impact on value resulting from distinctive factors, e.g., lot size as contrasted with the presence of a fireplace or swimming pool.

- Useful when, for example, there are many sales of houses in a subdivision and the houses are alike in most respects except that some have fire places and swimming pools and are located on larger lots, while others are missing one or more of these features.

- Has also been used to measure such environmental factors as proximity to a school or a busy street.

- Increasingly used to measure the effect of proximity to other types of environmental influences, e.g., proximity to a landfill, electrical transmission lines, power plants, superfund site, etc.

In statistical terms, a response variable (y) is considered in relation to a number of independent variables (x) in this case characteristics that account for property value. In other words, sample data can be analyzed to determine a weight for various property characteristics such as gross living area, number of bedrooms or impact on value due to proximity to the Rocky Flats Nuclear Weapons Plant.

---

Multiple Regression Analysis is one tool used in our study of property values around Rocky Flats. It has been supplemented with a Geographic Information System (GIS) base that allows greater specificity with respect to location and spacial patterns.

### Procedure

Using a GIS base, all Multi-List sales data in the vicinity of Rocky Flats were compared against representative sample data throughout the metro area (excluding City and County of Denver). The purpose of the exercise was to determine the effect Rocky Flats has had on residential and vacant land property values within the class area since the 1989 FBI raid.

### MRA Design Architect

Dr. John Radke at the University of California-Berkeley designed the computer model used in our Rocky Flats analysis, and with the assistance of graduate students at Berkeley, input the data and generated the analysis. Dr. Radke is an expert in GIS, Data Base Management and Digital Terrain Modeling.

A copy of Dr. Radke's report may be found in the Addenda to this appraisal. However, in summary, the Berkeley study was conducted in three phases. In Phase I, eleven years of sales records were pooled in order to obtain a sufficient sample of sales records in three submarkets: commercial, vacant land and multi-residential. In Phase II, monthly sales of single-family residential properties were entered into a data base for study. The data represented almost a 100% sample within the class area over an eight-year period and a representative sample outside the contour area over the same study period. Phase III involved a determination of the actual number of properties and corresponding loss in value within each sub-class. A summary of these results taken from the Berkeley report may be found on the following pages.

### Conclusions

Significant findings and conclusions are:

- Diminution in property value has been persistent.

- Loss in value spiked after the 1989 FBI raid, and although current diminution is not shown to be as great, it does persist.

- Even during one of the greatest housing booms in Denver's history, the data show that homes in the contour area remain undervalued.

- The fluctuations in diminution in value are consistent with findings in other studies indicating that the amount of loss corresponds to level of market knowledge and media attention.

- The fact that the percentage loss has been declining is not an accurate predictor of the future. In other words, some future accident or disclosure would likely cause diminution to again spike. Such an occurrence is likely if not probable given the continued risk associated with the clean up and disposal of wastes at Rocky Flats. Budget constraints and inadequate technology make clean up a risky business. (See March 24, 1996 article in the Denver Post.)

In summary, the Berkeley estimates of loss in value for residential property after the 1989 FBI raid range from 5.45 percent to 9.33 percent; the average over time is approximately 8 percent. Expressed in 1993 dollars, the range of loss for single-family detached residential property is from $64,503,340 to $97,510,144. The Berkeley study estimates loss in value to multi-residential property of 21.58 percent; vacant land at 32.14 percent; and commercial at 53.03 percent.

The following table illustrates the annual loss in value (<u>expressed in 1993 dollars</u>) to single-family detached properties within the class area.

| 1988 | single-residential | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462 |
|------|-------------------|--------|--------------|---------|-------|--------------|
| 1989 | | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958 |
| 1990 | | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100 |
| 1991 | | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207 |
| 1992 | | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144 |
| 1993 | | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191,390 |
| 1994 | | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954 |
| 1995 | | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340 |

Note also that the previous table does not reflect loss to single-family attached housing or vacant land in the class area. Using 8% average loss to residential property value based on 1995 detached and attached housing prices, we can develop a more current estimate of loss to residential property. The average detached home price in 1995 was $135,614; the average price for attached housing was $94,000. However, those prices already reflect diminution. Therefore, in order to calculate the true loss it is necessary to divide each number by .92, then subtract the respective (actual) average prices. Calculations follow:

|  | Detached | Attached |
|---|---|---|
| Avg. Price | $135,614 | $94,000 |
|  | ÷ .92 | ÷ .92 |
|  | $147,407 | $102,174 |
|  | -135,614 | -94,000 |
|  | $11,793 | $8,174 |

Area-wide loss then is computed as follows:

| 8,979 detached homes x $11,793 = | $105,889,347 |
|---|---|
| 3,040 attached homes x $8,174 = | 24,848,960 |
| Total Area Wide Residential Loss = | $130,738,307 |
|  | Rounded: $131,000,000 |

To this figure must be added diminution in value to vacant land.

# PUBLIC OPINION SURVEYS

We have obtained survey research developed by the following:

- Talmey-Drake for the City of Broomfield, Colorado
- City of Arvada, Colorado
- EG&G Rocky Flats Community Relations Department
- Decision Research, a non-profit research group located in Eugene, Oregon

The purpose of survey research, at least in this case, is to understand how people relate to technological, environmental and health risks because their beliefs dictate market price. Public opinion surveys also provide insight into the extent of knowledge around which purchase decisions are based and in fact can be used to quantify purchase decisions. Survey research is nothing more than market research which real estate professionals commonly rely upon. In fact, the Appraisal Institute has developed a seminar titled "Survey Research." Data collection and analysis are as vital to an appraisal as the other methods and procedures employed to estimate value[23]. Data collection is a vital part of our analysis and we have relied upon scientifically developed opinion surveys to assist us in this regard.

In the context of this assignment, we obtained copies of and considered three surveys prepared by various groups; in addition, we commissioned our own survey with Decision Research, who in turn used the University of Maryland Survey Research Center to administer the survey. Summaries of each follow:

## Talmey-Drake/City of Broomfield

In September of 1990, an opinion survey was conducted by Talmey-Drake with the purpose of 1) measuring residents' attitudes relative to health concerns surrounding "the Rocky Flats Nuclear Plant", and 2) community perceptions on whether it affects the quality of the city's drinking water. Salient findings included:

- 54% of Broomfield residents said they were more concerned about Rocky Flats in 1990 than one year earlier, particularly with respect to drinking water.

- In terms of general environmental concerns, 60% of Broomfield residents said they were "very" concerned about contaminated drinking water, and 54% said they were very concerned about radioactivity from nuclear waste.

---

[23]    The Appraisal of Real Estate, 10th Edition, published by the Appraisal Institute, Page 167.

---

- 37% of respondents felt that Rocky Flats posed a moderate health threat to the residents of Broomfield, and an additional 25% felt the threat was very serious. A total of 62% of respondents felt that Rocky Flats posed a moderate or very serious health threat with 10% reporting that Rocky Flats does not pose a health threat at all.

- 82% said they were "very" (54%) or "somewhat concerned" (28%) about radioactivity from nuclear plants.

- 62% of respondents felt Rocky Flats poses a health threat; only 10% believed that Rocky Flats did not pose a health threat.

- 23% of Broomfield residents said they had at one time taken action in regards to Rocky Flats (the surveyor indicated that having almost one-quarter of the population feeling strong enough to take action was actually quite high).

- On the positive side, 40% said they trust the new management of the Rocky Flats plant more than they trusted the previous management. 33% did not and 27% were neutral.

- 67% disagreed with the statement that "Rocky Flats has no effect on property values in Broomfield." In effect, two-thirds said Rocky Flats does affect value.

As a direct result of concerns expressed in the survey, the City of Broomfield closed Great Western Reservoir as a source of water. According to the survey document, *"With the Rocky Flats Nuclear Weapons plant situated practically in Broomfield's back yard and with the barrage of negative publicity surrounding the nuclear plant in the last year, many Broomfield residents are predictably worried."* This comment, of course, refers to publicity after the June 1989 FBI raid.

Various charts and graphs from the report may be found on the following pages. However, the entire survey document is included in the Addenda to this report.

















**City of Arvada, Colorado**

Rocky Flats has been an issue of concern for the citizens of Arvada as evidenced by a November 1989 "Arvada Citizen Attitude Survey." This survey was conducted by the City of Arvada to gather citizen opinion toward city services, among other issues. One of the other issues was concern over Rocky Flats. The 1989 survey was done in November 1989, several months after the FBI raid. Results are displayed below.

| 1989 Citizen Attitudes Survey | | | | | | |
|---|---|---|---|---|---|---|
| Statement | Survey Year | Strongly Agree | Agree | Neutral | Disagree | Strongly Disagree |
| The City should support the removal of plutonium processing operations from Rocky Flats | 1989 1987 | 38% * | 22% * | 22% * | 10% * | 7% * |
| The City should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained | 1989 1987 | 46% * | 22% * | 19% * | 9% * | 5% * |
| The City should oppose the incineration of toxic radioactive waste at Rocky Flats | 1989 1987 | 56% * | 17% * | 15% * | 7% * | 4% * |
| Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household? (Asked in 1989 only) | Yes 42% | No 32% | Don't Know 27% | | | |

\* Not asked that year.

Consistent with responses noted in the survey, Ms. Jane McVey, Economic Development Officer with the City of Arvada indicates Rocky Flats has been and continues to be an impediment to economic development within the city.

# 1989 Arvada Citizen Attitudes Survey

**The city should support the removal of plutonium processing operations from Rocky Flats**



22%, 7%, 10%, 22%, 39%

Strongly Agree, Agree, Disagree, Strongly Disagree, Neutral

**The city should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained**



5%, 19%, 9%, 22%, 45%

Strongly Agree, Agree, Disagree, Strongly Disagree, Not Asked

**The city should oppose the incineration of toxic radioactive waste at Rocky Flats**



15%, 4%, 7%, 17%, 57%

Strongly Agree, Agree, Disagree, Strongly Disagree, Not Asked

**Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household?**



26%, 32%, 42%

Yes, No, Don't Know

**EG&G Rocky Flats Community Relations Survey**

In the fall of 1994, Laura A. Belsten (with the University of Denver) developed a Community Relations Survey to "measure the effectiveness of Rocky Flats stakeholder outreach programs." The survey was commissioned by the EG&G Rocky Flats Community Relations Department. According to Ms. Belsten, she only crafted the questions; the respondents were selected and the survey administered by EG&G. In addition, it was EG&G who determined the size of the sample.

The survey questionnaire was administered to 50 randomly selected members of the general public as well as elected/appointed officials living within a five mile radius of Rocky Flats. In addition, nine environmental interest groups were surveyed. Thus, there were 59 total responses, a very small sample.

Survey results were as follows:

- The response of the general public group was that they were "neutral" about Rocky Flats. Twenty-five percent reported a favorable impression, 27% reported an unfavorable impression, and 48% were neutral. In contrast, 78% of the "environmental" respondents were unfavorable.

- Four percent rated Rocky Flats as a "high" health risk; 30% rated health risk as "moderate"; 30% said the health risk is "low", and 12% said Rocky Flats poses no health risk. Sixty-six percent of the environmentalists rated health risk as moderate to high. Thus, among the total sample, in excess of 67% of respondents rated the plant as having at least some risk.

- When asked about living near Rocky Flats, only 2% reported being greatly concerned, 10% reported being somewhat concerned, and 32% reported being "concerned a little". The majority (54%) reported they were "not concerned at all."

- A majority of the respondents preferred on-site treatment of nuclear waste as opposed to shipping it off-site.

Generally, the findings of this survey are in marked contrast to those of Talmey-Drake, the City of Arvada, and Decision Research. While we have considered these results, they are given little weight in the overall picture. Ms. Beltsen indicated that the survey was not performed in a way that would eliminate all bias. For example, she said that persons who live near Rocky Flats might be inclined to rationalize their decision to live there; since there were no respondents outside the area, there was no basis for comparison. Additionally, she indicated that to eliminate any chance of bias, the survey should have been administered by an independent group, not the plant operator.

A copy of the survey document may be found in the Addenda to this report.

**Decision Research/Rocky Flats Health and Housing Survey**

Even though we reviewed survey results developed for the Cities of Arvada and Broomfield, as well as for EG&G, we commissioned a more in depth analysis to be conducted by Decision Research. While the survey was administered by the University of Maryland Research Center, the instrument was principally developed by Dr. Paul Slovic, President of Decision Research and Professor of Psychology at the University of Oregon and Dr. James Flynn a Senior Research Associate at Decision Research who has conducted extensive research on nuclear issues.

Primary objectives were: 1) to measure respondent perceptions of Rocky Flats and the overall effect of the facility on nearby properties, and 2) to examine how changes in the distance from Rocky Flats or in the cost of a house might affect desirability associated with the Rocky Flats plant.

A total of 604 persons were interviewed during late summer/early fall 1995. This sample includes 416 respondents from the Denver Metro area (excluding Arvada/Westminster) and 188 respondents from communities proximate to Rocky Flats. The margin of error for a total sample size of 604 respondents is 4.1% at the 95% confidence level. We emphasize that the target population for this survey was residents 18 years of age and older, currently living in the Denver metro area who: 1) have bought a home in the last five years, or 2) have plans to purchase a home in the next couple of years, or 3) have been actively in the market for a home some time during the past five years.

The survey supports four major conclusions about property values near Rocky Flats.

- Association with Rocky Flats makes housing less desirable.

- For those willing to consider housing in the Arvada/Westminster area, the association with Rocky Flats causes people to want extraordinary distances between themselves and the plant itself.

- Within a 2-4 mile range of the plant, the mean discount necessary for purchase was $9,270. Within a 4-6 mile range, the mean required discount is $6,048. For those willing to purchase homes, some would require discounts in price up to $30,000.

- Almost half (46.2%) of respondents (outside the Arvada/Westminster area) would not consider purchasing within six miles of the plant at any price.

A copy of the Decision Research report may be found in the Addenda to this report, but graphic representations of the findings follow.



**Denver metropolitan area**
N = 416

Positive 5.8%; n = 24

Strongly positive
0.4%; n = 2

Don't know/
no answer
23.0%
n = 96

n = 55

Neither
positive nor
negative
22.4%
n = 93

**Arvada/Westminster**
N = 188

Strongly positive
1.0%; n = 2

Positive
9.2%
n = 17

Don't know/no answer
10.0%
n = 18

Neither
positive nor
negative
35.1%
n = 66

**Figure 4.3. Overall impression of Rocky Flats.** Data for the Denver metropolitan area do not include

**Notes:** N/n = number of respondents. Due to rounding, figures may not always sum to the total.
Arvada/Westminster.



**Figure 4.4. Opinions about the influence of Rocky Flats on the desirability of homes in the Arvada/Westminster area.**

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



**Arvada/Westminster**
*N* = 188

Perceived They
Lived Closer
5.3%  *n* = 10

Don't Know
9%  *n* = 17

Correct
Distance
31.4%
*n* = 59

**Figure 4.5. Perceived distance and zip code distance from Rocky Flats for Arvada/Westminster respondents.**

**Notes:** *N*/*n* = number of respondents. Due to rounding, figures may not always sum to the total.



Arvada/Westminster sample

Q51
Is existing two-mile
buffer zone
adequate?

No answer
3.9%
n = 7

Yes
34.0%
n = 64

Don't know
7.6%
n = 14

N = 188

n = 117
No + Don't know

Q52
Would 4-6 miles
be adequate?

Yes
24.8%
n = 29

Don't know
10.3%
n = 12

N = 117

Q53
What distance
then?

Mean distance
32.3 miles

Median distance
20 miles

Figure 4.6. Rocky Flats buffer zone and respondent
preference for distances.

Notes: *N/n* = number of respondents. Due to rounding, figures may not
always sum to the total.

**Figure 4.7. Design and distribution of results from a question set with distance and discount options applied to a hypothetical house purchase in the Arvada/Westminster communities. Denver metropolitan area respondents ($N = 416$).**

**Notes:** Five people said that Rocky Flats increased values—did not answer this question set; 25 people (6.0%) said they didn't know or could not answer. $N/n$ = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



**Figure 4.8.** Final judgment of distance and price for Arvada/Westminster houses associated with Rocky Flats. Denver metropolitan area respondents ($N$ = 416).

**Denver metropolitan area**



**Figure 4.9. If it were not for Rocky Flats, would houses in Arvada/Westminster be more or less desirable?**

**Notes:** *N/n* = number of respondents. Data for Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

JIMROCKY49.CDR: 7-5-96

**Arvada/Westminster**
*N* = 188



**Denver metropolitan area**
*N* = 416



**Figure 4.10. Is Rocky Flats a health risk?**

**Notes:** *N*/*n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



## Arvada/Westminster area

### Has Rocky Flats effected property values?

### Has Rocky Flats reduced or increased property values?

Don't know
5.9%
n = 11

No
24.5%
n = 46

N = 188

Yes
n = 131

Don't know/
no answer
3.8%
n = 5

Increased
4.6%
n = 6

N = 131

**Figure 4.11. Perceived influence of Rocky Flats on property values within six miles of the plant.**

Notes: *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.

Denver metropolitan area

Has Rocky Flats effected property values?

Has Rocky Flats reduced or increased property values?







No
9.0%
n = 37

Don't know
10.1%; n = 42

N = 416

Yes
n = 337

Other/Don't Know
1.8%; n = 6

Increased
0.9%
n = 3

N = 337

Figure 4.12 Perceived influence of Rocky Flats on property values within six miles of the plant.

Notes: N/n = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



## Arvada/Westminster area

**Heard of these events?**

**Did these events effect your evaluation of nearby homes?**

**Was the effect positive or negative?**

**Did these events influence other people to view the area as more or less desirable?**

Figure 4.13. Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.

Notes: *n* = number of respondents. Due to rounding, figures may not always sum to the total.



## Denver Metropolitan area

**Heard of these events?**

**Did these events effect your evaluation of property near Rocky Flats?**

**Was your evaluation positive or negative?**

No. 36.9% n = 153

Don't know 1.8% n = 8

n = 416

No 47.8% n = 122

Don't know 0.4% n = 1

n = 255

Don't know 0.1% n = 1

Positive 6.0% n = 8

n = 132

n = 255

n = 255

n = 255

**Did these events effect the public's evaluation?**

Don't know 4.3% n = 11

More desirable 1.6% n = 4

desirable

n = 255

**Figure 4.14.  Evaluations of the 1989 FBI raid and the $18.5 million fine paid by the Rocky Flats operations contractor.**

**Notes:** *n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster.  Due to rounding, figures may not always sum to the total.






Arvada/Westminster sample

Safe
6.0%
*n* = 11

Don't know
8.5%
*n* = 16

*N* = 188

Denver metropolitan area sample

Safe
2.6%
*n* = 11

Don't know
2.7%
*n* = 11

*N* = 416

## Figure 4.15. Perceptions of current safety at Rocky Flats.

**Notes:** *N/n* = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.



**Arvada/Westminster area**

**Heard about events before 1990?**

No answer
5.3%
*n* = 10

Don't know
2.8%
*n* = 5

No
48.8%
*n* = 92

*N* = 188

**Health risks of very small levels of contaminants in a residential area**

Almost no risk
3.3%
*n* = 6

Don't know
14%
*n* = 26

Slight risk

No answer
5.3%
*n* = 10

*N* = 188

**Figure 4.16. Recollections of past events at Rocky Flats and evaluations of very small health risks in a residential area.**

**Notes:** *N/n* = number of respondents. Due to rounding, figures may not always sum to the total.



## Denver metropolitan area

### Heard about events before 1990?

### Health risks of very small levels of contaminants in a residential area

**Figure 4.17. Recollections of past events at Rocky Flats and evaluation of very small health risks in a residential area.**

**Notes:** $N/n$ = number of respondents. Data for the Denver metropolitan area do not include Arvada/Westminster. Due to rounding, figures may not always sum to the total.

**Public Opinion Survey Conclusions**

Two of the four surveys were conducted immediately following the 1989 FBI raid and two were more recent (although the Decision Research survey referenced the raid). With the exception of the EG&G Rocky Flats Community Relations Department, the responses were overwhelmingly negative. We have given the EG&G survey little weight because of the small sample and the way in which it was administered.

The process of developing this information is called survey research and it is not only relied upon by appraisers but is, in effect, a part of the appraisal process. (See Survey Research Seminar published by the Appraisal Institute.) To reiterate, some significant findings were:

- 62% of the Broomfield respondents and 42% of the Arvada respondents felt Rocky flats is a health threat. Approximately six years later, Decision Research found the same results: 64% of Arvada/Westminster respondents and 63% of Denver metro respondents believe Rocky Flats is a health risk.

- 82% of the Broomfield respondents reported concern about radioactivity from nuclear plants.

- Decision Research reports that 61% of Arvada/Westminster respondents and 77.4% of Denver metro respondents believe Rocky flats is unsafe or probably unsafe.

- Decision Research found that 25% of Arvada/Westminster respondents believed the 1989 FBI raid affected nearby home values while 52% of Denver metro respondents felt the same way. Each group overwhelmingly believed the raid influenced other people to view the area as less desirable.

- 67% of Broomfield respondents believed that Rocky Flats affected home values.

- Decision Research found that 70% of Arvada/Westminster respondents believed Rocky Flats affected property values within six miles of the plant; among those, 92% said the effect was negative. 81% of Denver metro respondents believed Rocky flats affected property values; 97% of those said the effect was negative.

- 46% of Denver metro respondents in the Decision Research survey indicated that they would not buy a house within 4-6 miles of Rocky Flats, if they could name their price. Of those willing to purchase with discounts, the required discount ranged from $6,048 to $30,000.

Based upon the findings developed in these opinion surveys, we have reached the following conclusions:

- The findings are consistent with our own findings presented in the previous section of this report. Responses are overwhelmingly negative with respect to Rocky Flats.

- Because survey findings immediately after the FBI raid are consistent with current survey research, it is apparent that the negatives persist. The Decision Research survey was conducted in one of the greatest housing booms in Denver area history, and respondents continue to avoid the Rocky Flats area.

- It is apparent that much of the registered negative perception was a direct result of the June 1989 FBI raid and disclosures in its aftermath. Two of the surveys were commissioned as a result of the raid and the Decision Research survey cited the raid as a frame of reference.

- Concerns about health effects and negative attitudes about Rocky Flats were and remain pervasive so that it is clear that property values have been adversely impacted by these adverse perceptions.

- Based on responses of survey participants, Decision Research quantified the range of impact to be from approximately $6,000 to $9,300 per home. The weighted average throughout the class area is estimated to be $6,825 per home [(75% x $6,000) + (25% x $9,300)]. This $6,825 per home equates to 4.79% in lost value per house.

- We emphasize that Decision Research did not quantify the impact of completely removing 46% of possible purchasers from the market in the class area. Most certainly cutting the market in half affects price. We estimate the true financial impact to be greater than $6,825 per home.

- To quantify the effect of a 46% reduction in demand, we referenced the average discount required by those willing to buy in the area at the 2 to 4 mile range with a discount incentive. The average incentive required was $30,000 and this amount is applied, below, to the 46% who refused to buy. This assumes that the 46% who expressed the most negative views should be valued at least at the level of respondents who were the closest, but less negative, group.

  Thus, based on Decision's Research data, the loss in value for the class area is between $6,825 per home and at least $30,000. The weighted average is calculated below.

  54% x  $6,825  =  $3,686
  46% x $30,000  =  $13,800
  weighted avg. =  $17,486 per home

---

The survey research leads us to the conclusion that Rocky Flats creates apprehension in the market place to the extent that there is a reduction of approximately $17,486 in value for houses, on average.

Based on the estimated number of residential properties within the class area, the amount of diminution in value is expressed in the following calculation:

**$17,486 x 12,019 residential properties = $210,000,000 (rounded)\***

\* This does not include vacant land.

## RECONCILIATION AND FINAL CONCLUSIONS

We have conducted a study to determine if the Rocky Flats Nuclear Weapons Plant has had a demonstrable effect on residential and vacant land values within Property Class Area as defined (and accepted by the court) in the Plaintiffs' Motion for Class Certification.  The study period relates to just prior to the 1989 FBI raid of the plant to the present date.

Our study includes five primary components:

- **Real Estate Market Research**

    Because market attitudes determine value, we interviewed various market participants to understand market reaction to the Rocky Flats Nuclear Weapons Plant.

- **Analogous Cast Studies**

    Responses to other similar or analogous situations are indicative of the type of reaction that can be expected near Rocky Flats.

- **Market Sales Information**

    Sales data near Rocky Flats are compared to data in other areas in order to determine if prices are impacted by Rocky Flats.

- **Multiple Regression Analysis**

    This statistical technique expands the study of data previously discussed.  By use of computer modeling, it is possible to study literally thousands of sales rather than a select few.

- **Public Opinion Survey**

    This is a sophisticated or more precise form of market research.  Within the context of a properly defined and executed survey, it is possible to determine not only how people feel about a particular issue but also to quantify their assessment of risk.

### Findings

The data demonstrate a substantial reluctance within the Denver metro area for home buyers to even consider purchase of a home near Rocky Flats.  Almost half of the Denver metro area respondents surveyed by the University of Maryland would not buy a house near Rocky Flats at any price.  Most of those willing to purchase would do so only with a discount.  Those remaining who would purchase without a discount were: 1) less likely to have heard of certain events, 2) more likely to think Rocky Flats is safe, and among other things 3) more likely to have friends or relatives that work or have worked at

---

Rocky Flats.

In our view, the market has been reduced to the point that prices are significantly impacted. Stated another way, but for Rocky Flats, home prices would be substantially higher. Secondly, it appears that some would-be purchasers do not meet the test of "well informed and well advised." Thus, the introduction of greater knowledge would likely elicit more negative responses.

A study of vacant land prices indicates that development land near Rocky Flats has historically sold at lower prices than could have been obtained elsewhere. This conclusion is supported by individual sales and trends among a large number of sales. It follows that if land is discounted for location, then houses must also sell for less.

Survey research at the local government level also indicates concern about Rocky Flats. For example, the following comments are excerpted from the "Rocky Flats Future Site Use Working Group Report" presented to The Honorable Hazel O'Leary, Secretary of the Department of Energy:

- Approximately 6,100 acres of buffer lands serves as an environmental buffer to help protect public health and the environment off-site.

- Up until 1989 (the date of the FBI raid) plant operations and purposes were kept secret with little management information given to the public.

- The site remains off limits to the general public due to health and safety considerations.

- Radioactive materials, including plutonium, pose an on and off-site hazard as long as they are on the site.

- A rough estimate for off-site plutonium removal is the year 2025. The initial cleanup is expected to be complete in the year 2080+.

- Extreme wind speeds, prevalent in the area, have increased health and safety concerns since some of the contaminants on-site can be spread by air.

- There are uncertainties concerning future site users, waste and nuclear materials disposal options, the regulatory framework and federal funding. These uncertainties affect use and development of adjacent land.

- Investigations into the contamination at Rocky Flats are not complete, with new information being generated every day.

- Past environmental studies have demonstrated that contaminants generated by historical activities are present in Great Western Reservoir and Standley Lake and were transported off-site through surface water and air pathways.

- Because of past contamination and the threat of future accidental releases, DOE funded

---

HUNSPERGER & WESTON, LTD. 254

construction of an alternative water supply for Broomfield.  Similarly, a diversion project has been funded to protect Standley Lake.

These comments are particularly significant because they were offered by community leaders. Clearly these various stakeholders recognized past, present and future risk.  We believe if the average homeowner was as informed or advised about these issues, likely the impact on property value would be noticeably greater.

As the second step in our analysis, we considered the findings developed from studies of situations similar to Rocky Flats.  We considered the effects on neighborhoods and property values due to environmental problems in other areas of the United States.  Observed effects in similar circumstances can be used to predict the effect around Rocky Flats.

The method or methods used typically were either/or multiple regression analysis and public opinion surveys.  In all but one case some effect was observed.  The effects can be characterized as follows:

- Some found loss in value to only those properties having a view of the disamenity.
- Impacts can extend outward for several miles (in one instance, some twenty-two miles).
- Loss in value was found even in the absence of actual trespass.
- Nuclear issues elicit the most concern in the marketplace.
- Loss in value ranged from nominal to as much as 50 percent.

The reaction of the marketplace in these case studies is strongly suggestive that the neighborhood near Rocky Flats will also react negatively.  Given the historic mismanagement at Rocky Flats, the continuing risk associated with the facility, and public distrust with respect to nuclear issues, we believe the case studies make a compelling case for at least ten percent diminution in value to the residential housing stock within the Class Area.

In the third phase of our analysis, we collected data from the area near Rocky Flats and compared it to neighborhoods in other parts of the Denver metro area.  We examined sales trends involving both vacant land and residential housing stock.

Clearly average prices for raw land in the vicinity of the Class Area are less than at other locations.  We believe the comparison with the Rocky Mountain Arsenal area is particularly significant. The area near the arsenal is heavy industrial in nature, it is home to a number of CERCLIS and superfund sites, and is generally perceived in the Denver marketplace to be relatively undesirable.  Nonetheless, the weighted average per acre price in that locale was $16,120 compared to $10,351 in the Class Area, resulting in a 56% differential.

In addition to land sale trends, we considered individual land sales near Rocky Flats.  Some of

those considered were Boulder Open Space acquisitions north of Rocky Flats.  The pattern was quite discernible:

- The K-Investment Property and the Lindsay Trust Property are located nearest Rocky Flats.  They sold for $2,700 per acre and $2,800 per acre, respectively.  This compares with $4,600 to $6,800 per acre at more distant locations.

- The Ochsner-Ten Eyck tract (adjacent to the Lindsay Trust parcel) was discounted because of proximity to Rocky Flats and sold in 1992 at $612 per acre.  It was later resold at $2,800 per acre (the price was based on the Lindsay Trust parcel).

- The Brauch parcel near 100th Avenue and Alkire was sold in 1992 at a price of $1,291 per acre.  This compares to a 1987 acquisition by Brauch of adjoining lands at a price of $5,625 per acre.

- For comparison, we also considered the Boulder Open Space acquisition of the Cowdery assemblage just east of the Cohig landfill, a superfund site.  Prices increased in direct proportion to distance from the landfill.  This is illustrative of a price penalty for proximity to an environmental problem.

- Finally, we note that sale prices in the 1990's were considerably below those in the 1980's.  In our view, this pattern is at least in part attributable to knowledge developed from the 1989 FBI raid.  By way of simple illustration, land near the Great Western Reservoir purchased for $9,000 per acre in 1987 cannot be sold now at any reasonable price.

These trends and examples indicate to us that raw land value in the vicinity of Rocky Flats has been diminished by at least thirty percent.  We emphasize that the raw land in our subject inventory involves very small parcels as well as large acreages.

With respect to improved property values and any diminution thereto, we compared average sale prices over time for several geographic areas and we used a multiple regression computer model.

The average annual compound change or rate of appreciation, was lower in the area near the contour than in the other areas studied.  Near the contour, the compound rate of change averaged 6.44 percent; elsewhere the average was 7.62 percent.  Historically, in the Denver area, houses sell about once every seven years.  Thus, a $91,000 house that sold in 1989 compounded at a 6.44% rate would sell again in 1996 for $140,850.  The same house growing at 7.62% would sell for $152,157 in 1996.  Consequently, the homeowner near Rocky Flats would have lost about $11,000 in appreciation over a typical holding period.  Certainly, this is something a prospective purchaser would take into account if so advised.  It could not help but affect demand for housing and indicates that housing prices in this locale, all else being equal, are less than they would be but for Rocky Flats.

---

HUNSPERGER & WESTON, LTD.

# Lost Appreciation Due To Proximity To Rocky Flats

11% Lost Appreciation ($15,811)

$156,667

$140,856

At 8.07% Appreciation

At 6.44% Appreciation

Year

$Value Per House

| 161,000 | 151,000 | 141,000 | 131,000 | 121,000 | 111,000 | 101,000 | 91,000 |

We have also considered the results of a statistical model developed at the University of California - Berkeley. Researchers used the Multiple Listing Service as a data source and over an eight year period analyzed almost 100% of the residential sales data reported in the Class Area. This data base was compared to a random sales sample from other parts of the Denver metro area (except in Denver County) in order to determine: 1) if proximity to Rocky Flats and the disclosures from the 1989 FBI raid negatively affect property values in the area, and 2) if so, to quantify the effect. The regression model did illustrate a persistent negative effect, but the effect spiked after the raid. Loss in value subsequent to the raid (1990-1992) varied from approximately 7.50 percent to 9.50 percent. Overall, loss in value fluctuated between 5.45 and 9.33 percent. Given that fluctuations are normal and are likely to persist, together with the fact that in this case the regression model has tended to understate the true loss, we would expect diminution in the class area to be at least at the upper end of this range. The model likely understates the loss for two reasons: 1) actual sale prices appear to reflect a level of knowledge below the benchmark of "well advised and well informed;" and, 2) some of the properties are located outside the Class Area but inside an area affected by Rocky Flats. Thus, the estimation of the percentage of property value loss is conservative.

Dr. Radke also concluded about 32% diminution in value to vacant land.

As a final technique, we considered the results of several public opinion surveys including a current survey designed by Decision Research of Eugene, Oregon in concert with The University of Maryland.

All the surveys except the Decision Research study were prepared as a consequence of, or just after, the 1989 FBI raid.

In addition to elicitation of opinions with respect to Rocky Flats, the Decision Research survey provided quantified responses regarding discounts necessary to purchase homes near Rocky Flats. Market responses indicated a range of diminution in value from $6,048 to $9,270 per house. These responses relate to only those persons willing to purchase a home near Rocky Flats. They do not reflect the impact of removing almost half (46.2%) of the Denver metro area buyers from the marketplace. If those people had not refused to participate in the market, certainly demand would be greater and prices higher. This suggests an obvious illustration: if there is one possible buyer for one house and 2 possible buyers for another, the one with the least exposure will likely sell at the lowest price. We quantified this effect and adjusted the Decision Research estimates to account for it.

---

## Conclusions

During the course of this study, we used five different methods to determine if property values were impacted and if so by how much. After careful study and consideration of the data, there can be no doubt that property values have been negatively impacted. Those techniques that lend themselves to quantification are summarized as follows:

### Analogous Case Studies:

Total loss in value is calculated as:

| | | |
|---|---|---|
| 8,979 detached residences x $15,000 = | $134,685,000 |
| 3,040 attached residences x $10,444 = | 31,749,760 |
| | $166,434,760 |
| Rounded: | $166,000,000 |

The above figures do not include loss to vacant land.

### Market Sales Information:

Vacant land: 4,812 acres x $4,436/acre = $21,000,000

### Multiple Regression Analysis

| | |
|---|---|
| 8,979 single-family detached x $11,793 loss = | $105,889,347 |
| 3,040 single-family attached x $8,174 loss = | $24,848,960 |
| Total Residential Loss = | $130,738,307 |
| Rounded: | $131,000,000 |

This does not include vacant land. Dr. Radke found 32% diminution in vacant land value.

### Public Opinion Survey

$17,486/house x 12,019 homes = $210,000,000

This does not include vacant land.

# FINAL CONCLUSIONS

In our opinion, the four techniques point to diminution in value to residential properties and vacant parcels in the Class Area.

In 1995 dollars, the loss for residential properties was $166,000,000 (Analogous Case Studies); $131,000,000 (Multiple Regression Analysis); and, $210,000,000 (Public Opinion Survey). In our final analysis each of the three methods is given equal weight. As stated above, there are reasons the low end of the range represents a conservative estimate. We believe the conclusion from the opinion survey effectively brackets the range. In the end, we conclude that the middle of the range is the appropriate measure of diminution in value, and is $169,000,000.

The diminution in value attributable to the vacant land is estimated by Market Sales Information to be $21,000,000.

Accordingly, our estimate of diminution in value for properties within the Class Area is expressed in the following calculation:

| | |
|---|---|
| Diminution - Residential Properties: | $169,000,000 |
| Vacant Land: | 21,000,000 |
| Total Diminution in the Class Area: | $190,000,000 |

Please note, the estimates are expressed in 1995 dollars.

# WAYNE L. HUNSPERGER, MAI

**PROFESSION**

Real Estate Appraiser and Consultant

**EMPLOYMENT**

President, Hunsperger & Weston, Ltd.

**EDUCATION**

University of Texas at Austin (BBA 1970)

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| 1991-Present | President, Hunsperger & Weston, Ltd. |
| 1984-1991 | President, Hunsperger/Van Court, Inc. |
| 1975-1984 | Appraiser, Midland Federal Savings |

**COURSES, LECTURES AND SEMINARS PRESENTED**

"Appraisal Content" - Pan Pacific Congress, Christchurch, New Zealand
"Impact of HAZMAT on Appraisals" - Pan Pacific Congress, Seoul, Korea
"Valuation of Environmentally Impaired Properties" - Denver, CO (Appraisal Institute)
"Valuation of Environmentally Impaired Properties" - Pittsburgh, PA (International ROW Assoc.)
"Valuation of Contaminated Properties" - St. Louis, MO (AASHTO/FHWA Conference)
"Landfills and Their Effect Upon Value" - Seattle, WA (Appraisal Institute)
"Appraising Contaminated Property" - Vail, CO (Colorado Trial Lawyers Assoc.)
"Valuing Conservation Easements" - San Jose, Costa Rica

**VOLUNTEER ORGANIZATIONS**

Environmental Law and Natural Resources Center (CEDARENA), Costa Rica
Conservation and Management of Tropical Forests (COMBOS), Costa Rica
Justicia Para La Naturaleza, Costa Rica

WAYNE L. HUNSPERGER, MAI
Page 2

PROFESSIONAL AFFILIATIONS

The Appraisal Institute (MAI and SRA)
Past Member - Appraisal Standards Board
Past Member - General Experience Subcommittee
Past Member - Symposium Committee
Past Board of Directors - Chapter 22
Past Chairman - Chapter 22 Admissions Committee (1989, 1990)
Past Chairman - Chapter 22 Candidates Guidance Committee (1988)
The International Right of Way Association
Colorado Certification Number CG01313804

PAPERS AUTHORED

"Cutting the Content to Fit the Fee" - (Published by the 14th Pan Pacific Congress)

"Impact of Hazardous Material on Value" - (Published by the Appraisal Institute, the Hazardous Materials Institute and the 15th Pan Pacific Congress)

"Heavy Metal Pollution and Residential Property Damages" - (Published by the Appraisal Institute)

"Landfills and Their Effect Upon Value" (Published by the Appraisal Institute)

SCOPE OF PRACTICE

All Types of Income Property
Vacant Land
Eminent Domain
Contaminated Properties
Qualified as an Expert Witness in State and Federal Court

REPRESENTATIVE EXPERIENCE

Institutional:          Valuation of Republic Plaza Office Tower, Denver, CO
                        Valuation of Colorado Centre, Denver, CO
                        Valuation of Oasis Apartments, Las Vegas, NV
                        Valuation of Office Building, Bismarck, ND
                        Valuation of Breakers Apartments, Denver, CO
                        Valuation of John Q. Hammons Hotels, Nationwide

WAYNE L. HUNSPERGER, MAI
Page 3

| | |
|---|---|
| Eminent Domain: | Valuation of Convention Center Properties, Denver, CO |
| | Valuation of Denver Airport Properties, Denver, CO |
| | Valuation of Licenses at Rocky Mountain Arsenal, Denver, CO |
| | Valuation of Extraction Well Easements, Fernald, OH |
| | Valuation of Riverfront Properties, Bay City, MI |
| | Valuation of Numerous Highway Takings, Colorado |
| | |
| Environmental: | Valuation of Sand Creek Superfund Site, Colorado |
| | Counseling - Bunker Hill Superfund Site, Idaho |
| | Valuation of Bluff Road Superfund Site, South Carolina |
| | Area-wide Analyses (Heavy Metal Pollution), Colorado |
| | Area-wide Analyses (Munitions Plant), Colorado |
| | Counseling - Petro Chemical Companies, Texas |
| | Counseling - Groundwater Contamination, Arizona |
| | Valuation of Office Building (PCB Contamination), Colorado |
| | Valuation of Industrial Complex (VOC's & Solvents), California |
| | Area-wide Analyses (Diesel Spill), Wisconsin |
| | Valuation of LUSTS, Numerous Locations |
| | Valuation of Heavy Industrial Properties, Ohio and Michigan |
| | Counseling - PCB Contamination, Alabama |
| | Area-wide Analyses (Heavy Metal Pollution), Illinois |
| | Counseling - Economic Impacts of Rocky Mountain Arsenal |

## PARTIAL LIST OF CLIENTS

| | |
|---|---|
| City of Aurora, Colorado | The Travelers Company |
| City and County of Denver | Century Bank |
| City of Littleton, Colorado | Colorado National Bank |
| City of Thornton, Colorado | Denver National Bank |
| City of Westminster, Colorado | Federal Deposit Insurance Corporation |
| City of Colorado Springs, Colorado | Resolution Trust Corporation |
| John Q. Hammons Industries | Great West Life Assurance Co. |
| The Coastal Corporation | Prudential Life Insurance Co. |
| First Denver Mortgage Company | Denver Water Board |
| Manufacturers Hanover Trust Co. | General Services Administration |
| First Interstate Bank of Denver | Ernst and Young Accountants |
| United Bank of Denver | Union Pacific Railroad |
| Mellon Financial Services | Burlington Northern Railroad |
| Bank of America | Department of Justice - U.S. Government |
| United States Post Office | Environmental Protection Agency |
| Citicorp Real Estate Services | Bureau of Reclamation - U.S. Government |
| Teachers Insurance and Annuity Assoc. | Public Service Company of Colorado |
| U.S. Department of Army | Federal Aviation Administration |

RULE 26 TESTIMONY HISTORY

## Testimony of Wayne L. Hunsperger

| NO. | JOB IDENTIFICATION | SUBJECT | DATE | DEPOSITION | TRIAL |
|---|---|---|---|---|---|
| 92-4 | City of Denver v. Union Pacific | condemnation | 1/92 | x | - |
| 92-25 | All American Mini Storage | environmental | 3/92 | x | - |
| 92-64 | Escamilla v. ASARCO | environmental | 9/92 | x | x |
| 92-85 | Oriental Lode Mining Claim | condemnation | 10/92 | - | x |
| 93-60 | CDOT v. Ross | condemnation | 8/93 | x | - |
| 93-84A | USA v. 6.24 Acres | condemnation/ environmental | 10/93 | x | x |
| 93-84B | USA v. 2.10 Acres | condemnation/ environmental | 10/93 | x | x |
| 93-117 | Siegrist Const. v. Western Paving | environmental | 12/93 | x | - |
| 94-14 | City of Central v. Korth | condemnation | 3/94 | - | x |
| 94-29 | RTD v. Hanstrom | condemnation | 5/94 | x | x |
| 94-39 | Northglenn Mall | environmental | 7/94 | x | x |
| 94-62 | Fortner v. Public Service Co. | environmental | 6/94 | x | - |
| 94-43 | Stuart v. Paramount Communication | environmental | 5/94 | x | - |
| 94-45 | Arvada Urban Renewal v. Losasso | condemnation | 5/94 | x | - |
| 94-46 | Baker v. Motorola | environmental | 5/93 | x | - |
| 94-84 | Rent It Center v. Warnes | unjust enrichment | 8/94 | - | x |
| 95-48A | U.S. v.7.362 Acres of Land | condemnation/ environmental | 11/95 | x | - |
| 95-49 | FDIC v. Jackson-Shaw Partners | environmental | 11/95 | x | - |
| 96-15A | Barcelona v. Coastal Mart | environmental | 3/96 | x | - |
| 96-15B | Int. Towers v. Coastal Mart | environmental | 3/96 | x | - |
| 95-16 | CDOT v. Fitzgerald | condemnation | 4/96 | x | x |
| 96-51 | Northglenn Mall v. Perlmutter | environmental | 10/96 | x | - |

## CURRICULA VITAE
## DAVID B. CLAYTON

**EDUCATION**

University of Houston College of Law, J.D.
Texas Tech University, B.A. Economics

**COURSES COMPLETED**

Brownfields Redevelopment: Cleaning Up the Urban Environment
(American Bar Association)

Regulatory Takings and Resources: What Are the Constitutional Limits?
(Natural Resources Law Center - University of Colorado School of Law)

The Appraisal Institute (formerly AIREA and SREA)
Mr. Clayton has completed all the required course work for the MAI designation.
He has also completed several seminars and workshops sponsored by the
Appraisal Institute.

**DESIGNATIONS, LICENSES, AFFILIATIONS**

MAI Candidate: The Appraisal Institute, #M90-648
General Certified Appraiser
Colorado Certification Number: CG1315748
Colorado Attorney at Law (Inactive)
Colorado and Denver Bar Association
Environmental Law Section
Real Estate and Titles Section
Jefferson County Board of Realtors

**LECTURES or PRESENTATIONS MADE**

*Making Sense of Brownfields Redevelopment: Practical Applications*
(March 1996 - Hyatt Regency, Denver)

*The Colorado Brownfields Policy Forum*
(April 1996 - Colorado Convention Center, Denver)

*Turning Brownfields into Gold*
(September 1996 - NAIOP/Marriott City Center, Denver)

*Environmental Issues in Real Estate*
>   (October 1996 - Colorado Society of Certified Public Accountants/Marriott DTC, Denver)

## ARTICLES PUBLISHED or PAPERS PRESENTED

>   *"Challenging Assessments of Contaminated Property"* - <u>Colorado Real Estate Journal</u> September 4, 1996.

## EXPERIENCE

Member of Hunsperger and Weston, Ltd.  Twelve years of experience as a real estate appraiser and consultant in the Denver Metropolitan Area.  Practice includes an emphasis in the areas of:

>   Pension Funds
>   Financial Institutions
>   Environmental Matters
>   Eminent Domain
>   Estates and Trusts
>   Tax Assessment Appeals

## REPRESENTATIVE CLIENTS

City and County of Denver
City of Broomfield
City of Commerce City
City of Greenwood Village
Chemical Bank
Citicorp Real Estate
Colorado National Bank
Dorsey and Whitney, P.C.
Faegre & Benson
Fairfield and Woods
Hall & Evans
Kutak Rock
Mellon Bank
National Bank of Canada
National Bank of Detroit
Nations Bank
State of Colorado
TIAA - CREF
U.S. Department of Justice

U.S. Environmental Protection Agency
U.S. General Services Administration
Wells Fargo Realty Advisors

## RECENT PROJECTS INVOLVING ENVIRONMENTAL ISSUES

**SAND CREEK**

Project for the United States Department of Justice which included identifying and measuring "investment backed expectations" in the context of regulatory taking claims. The subject site was part of a superfund site in Commerce City, Colorado.

**SOUTH CAROLINA**

Project for the United States Department of Justice requiring an evaluation of Bluff Road Superfund Site. Studied real estate issues include "special benefits to the remainder property" arising from the public cleanup project. Valuation analysis included several scenarios including Fee Simple, Leasehold, Easement and License arrangements.

**PETRO-CHEMICAL COUNSELING**

Recently engaged, along with Mr. Wayne Hunsperger, MAI, in helping devise mitigation strategies for enhancing property value impacted by contamination.

**COMMERCE CITY, COLORADO**

Evaluation of property impacts on Commerce City arising from the Rocky Mountain Arsenal. The study was used by the City to demonstrate property and fiscal impact, in its negotiations with US Army, Shell and the United States Environmental Protection Agency. To date, the negotiations have resulted in the federal government agreeing to provide a substantially new water supply, estimated to cost $45 million.

**SAN JOSE, CA**

Appraised contaminated institutional grade industrial property for litigation settlement and to prepare the property for sale. The property was adjacent to a superfund site. Groundwater contamination included hydrocarbons, TCE, among other materials.

**DENVER, COLORADO**

Appraised a downtown office building having PCB contamination. Valuation scenarios included several property interests and valuation dates.

**ROCKY MOUNTAIN ARSENAL**

Appraised the "western tier" of the former Rocky Mountain Arsenal superfund site. Issues involved restrictive covenants, prospective liability for subsequent purchasers, post remediation stigma, prospective purchaser agreements and market demand under two scenarios.

**HOUSTON, TEXAS**

Estimated the impact on market value of soils and groundwater contamination for an investment grade office/warehouse complex. Contaminants included volatile organic compounds including TCEs.

## CASES IN WHICH I HAVE GIVEN DEPOSITION OR TRIAL TESTIMONY

**July 1996**
**City of Sheridan, Colorado vs. First Trust National Association, et al.,** Civil Action No. CV 427, Div. 4 (Arapahoe County)