

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

| | | |
|---|---|---|
| MERILYN COOK, et al. | : | CIVIL ACTION |
| vs. | : | |
| ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation and | : | |
| THE DOW CHEMICAL CORPORATION | : | NO. 90-K-181 |

- - -

Thursday, April 24, 1997

- - -

Deposition of WAYNE HUNSPERGER, taken pursuant to notice, at the law offices of Berger & Montague, 1622 Locust Street, Philadelphia, Pennsylvania, beginning at approximately 9:50 a.m., on the above date, before Kenneth T. Brill, Registered Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

26

Wayne Hunsperger

1   with respect to the preparation and the editing and
2   the finalization of your expert report?
3   A.          I really couldn't tell you at the moment.
4   Q.          Can you give me a range?
5   A.          Not without looking.
6   Q.          What would you look at?
7   A.          My billing records.
8   Q.          Do you do the bulk of the work on this
9   report in the months of October and November 1996,
10  is that a fair characterization?
11  A.          No.
12  Q.          For how long had you been working on a
13  draft of this report?
14              MR. DAVIDOFF:  That's objected to as
15              vague and ambiguous.
16              THE WITNESS:  I don't -- I don't
17              recall when we actually began a draft.
18  BY MR. LILLIE:
19  Q.          Is there any section of your report which
20  sets forth a cost approach analysis to the problem
21  here?
22  A.          Of course not; it isn't applicable.
23  Q.          Is there any section of your report in
24  which you use the income approach?

DelCasale, Casey, Martin & Manchello
(215) 568-2211

Wayne Hunsperger

1  A.      No, that isn't applicable either.

2  Q.      Is there any section of your report where
3  you use the sales comparison approach?

4  A.      Not by that title.

5  Q.      Is the sales comparison approach also
6  referred to in your business as the comparable
7  approach?

8  A.      I suppose it could be.

9  Q.      Is the preferred term for you, though, the
10 sales comparison approach when you're dealing with
11 that subject?

12 A.      I suppose.

13 Q.      Is there any section of your report which
14 sets forth a bibliography or an index of the
15 documents upon which you have relied in this report?

16 A.      No, only the footnotes and the specific
17 citations within the text itself.

18 Q.      Is there any reason why you did not
19 prepare a bibliography when you prepared this
20 report?

21 A.      No particular reason.

22 Q.      Were you asked not to prepare a
23 bibliography in this case?

24 A.      No.

43

Wayne Hunsperger

1  it to use this approach?

2  A.          I think probably Mr. Clayton and I decided
3  together that this was what we wanted to do. Maybe
4  I asked Mr. Clayton to do it. I don't exactly
5  recall.

6  Q.          All right. But in any event, this is an
7  idea that comes from either your viewpoint or Mr.
8  Clayton's viewpoint, but it nonetheless is at your
9  behest, is that a fair characterization?

10 A.          Yes.

11 Q.          All right. Have you done analyses before
12 in real estate evaluations where you have looked at
13 and analyzed MLS data?

14 A.          Yes.

15 Q.          Is this a customary approach for people in
16 your business?

17 A.          Yes.

18 Q.          I take it that you considered -- well, let
19 me rephrase it. Do you consider this portion of
20 your analysis to be an important component to your
21 work?

22 A.          Yes.

23 Q.          Why is that?

24 A.          Because it's one way of looking at areas

88

Wayne Hunsperger

1  did you break down in any way various sectors and
2  analyze one group of sectors versus another?
3  A.        No, we just reported the raw data.
4  Q.        Is it true that the Jefferson North rate
5  of appreciation outperformed the next nearest MLS
6  districts with the exception of Jefferson West?
7              MR. DAVIDOFF:  Objection to the
8         form.
9              THE WITNESS:  The mathematical
10        average annual change rate for Jefferson
11        North is slightly greater than for -- I
12        believe it's Jefferson North Central, if
13        that was the question.
14 BY MR. LILLIE:
15 Q.        Well, I think the record speaks for itself
16 on that.  There's no need to get bogged down in this
17 any further.
18             Now, have you made any effort to determine
19 what the reason is for the differences in these
20 rates of appreciation that you have reported here in
21 your report?
22             MR. DAVIDOFF:  That's objected to as
23        vague and over broad.
24             THE WITNESS:  No, I just reported

Wayne Hunsperger

1  the findings.  And the findings are that
2  generally the lowest appreciation rates
3  are found around the Rocky Flats area.
4  BY MR. LILLIE:
5  Q.        And where is your basis for saying that?
6  A.        The fact that -- that those areas near and
7  around Rocky Flats seem to exhibit the lowest annual
8  average change rates.
9  Q.        All right.  Now, have you made any effort
10 to determine why that is the case?
11           MR. DAVIDOFF:  You mean, in this
12           whole report, or -- objection to the form.
13           Vague and over broad.
14           THE WITNESS:  If you're asking if I
15           did further analysis, no.  I only reported
16           that that's where the lowest ones
17           occurred.
18 BY MR. LILLIE:
19 Q.        All right.  Did you do any analysis on the
20 days on market figures in the MLS data?
21 A.        No.
22 Q.        Has that been an approach that you have
23 used in other cases?
24 A.        Perhaps, but I don't recall.

Wayne Hunsperger

1   have used and which I have colloquially referred to
2   as the case study or analogy study report, what do
3   you call this approach?
4   A.          Case study analysis.
5   Q.          What are the criteria for doing a case
6   study analysis report?
7   A.          I don't know what you mean by "criteria".
8   Q.          What is the matrix of things that you have
9   to go through to do such an analysis?
10  A.          I'm still not with you very well.  Are you
11  asking me in order to develop a case study what do I
12  have to go through, or are you asking me in order to
13  apply case studies, what type of analysis do I have
14  to go through?
15  Q.          I want to know more along the lines of the
16  latter.  What is the procedure or the methodology or
17  the matrix or the criteria that you have set up and
18  used in this particular case to do your analogous
19  case analysis?
20  A.          As the Appraisal Institute text
21  recognized, if the neighborhoods or communities of
22  13,000 residential properties don't sell.  There
23  aren't any properties to be used for direct sales
24  comparison, so they recognize the use of analogous

235

Wayne Hunsperger

1   case studies for a variety of reasons.
2              And the text materials even provide
3   samples of the types of case studies that can be
4   used, and the various texts talk about how they can
5   be used.
6              But I hope I'm still answering your
7   question, but what I had attempted to do in this
8   case is consider a number of case studies in context
9   with the Rocky Flats neighborhood, taking into
10  account if there is any commonality of reaction to
11  environmental disamenities, looking to see if
12  diminution in value occurs, and if so, what are the
13  ranges, are there certain types of -- of
14  environmental disamenities that seem to be more
15  serious than others, and probably other things that
16  I take into account that I can't think of at the
17  moment.
18             But the idea is to put the Rocky Flats
19  neighborhood into context with what's happened in
20  other situations, either locally or around the
21  country.
22  Q.        Okay.  You refer to materials put out by
23  the Appraisal Institute, I believe, in your last
24  answer?

238

Wayne Hunsperger

1  Q.         Are there any other codes or promulgated
2  regulations that apply to people in your business
3  that set forth the appropriate methodology or steps
4  for a case study analysis?
5  A.         Not that I'm aware of.
6  Q.         Can you estimate for me how much time
7  you've spent looking at these various studies that
8  we have in front of us here today in writing up the
9  sections that are in your expert report on this
10 particular topic?
11              MR. DAVIDOFF:  Can he estimate that?
12              MR. LILLIE:  (Nods head.)
13              THE WITNESS:  It's very difficult to
14         say because I didn't sit down one day and
15         begin writing and not look up until I
16         finished.  I did it off and on over a
17         period of time.
18              But it took several months to
19         accumulate the information, talk to the
20         authors in those cases that I could, and
21         begin to make some sense of the cases and
22         relate them to the Rocky Flats area.
23 BY MR. LILLIE:
24 Q.         Did you attempt to interview each of the

DelCasale, Casey, Martin & Manchello
(215) 568-2211

Wayne Hunsperger

1   authors of these various case studies?
2   A.         I don't know if I called all of them, but
3   yes, I attempted to interview the authors.
4   Q.         How many of the authors that you attempted
5   to contact did you actually have a substantive
6   discussion with about their report or their study?
7   A.         Ms. Beron, Mr. Kinnard, people involved in
8   the WIPP case in New Mexico, and Dr. Slovic in his
9   case, Schulze in the OII case, Dr. Bleich in the
10  other landfill case, Ms. Kolhase in the Houston
11  cases.  There may have been others, but those are
12  the ones that I can think of at the moment.
13  Q.         Okay.  With respect to any of these people
14  whom you just identified, did you actually have a
15  sit-down, face-to-face meeting with them about their
16  studies or their reports?
17  A.         Not that I recall.  It was mostly by
18  telephone.
19  Q.         Did you take any notes of your
20  conversations with these folks?
21  A.         Perhaps.
22  Q.         Are those notes still in existence today?
23  A.         Perhaps.
24  Q.         Do you have a file back at your office

249

Wayne Hunsperger

1  case studies upon which you have relied in this
2  case?
3              MR. DAVIDOFF: Objection to the
4          form.
5              THE WITNESS: I didn't have a
6          criteria, per se. I just searched the
7          professional literature and other sources
8          of information to find as many case
9          studies as I could, or within which I
10         could develop reasonable information.
11 BY MR. LILLIE;
12 Q.     Did you have any particular methodology or
13 protocol for your search, other than what you've
14 already told me about?
15 A.     Nothing specific other than searching the
16 literature, the appraisal seminar texts, and
17 discussing these cases with colleagues or other
18 appraisers that I know of who do the same kind of
19 work.
20 Q.     With your conversation with -- let's take
21 the first one you talked to, Mr. Beron. Where does
22 Mr. Beron practice?
23 A.     Ms. Beron.
24 Q.     Ms. Beron, where does Ms. Beron practice?

DelCasale, Casey, Martin & Manchello
(215) 568-2211

294

HUNSPERGER - VOLUME II

1  A.    No, I've not examined the environmental
2  reports, but I have studied the detailed
3  information that's available in meticulous detail.
4  Q.    Referring now to the information that's in
5  Exhibit 10, correct?
6  A.    Yes.  And of course that's been amplified
7  with telephone conversations and discussions with
8  other colleagues.
9  Q.    Okay.  Other than those discussions with
10 colleagues and discussions with the people that you
11 mentioned yesterday and the information that's
12 contained in Exhibit 10, did you at any time either
13 secure or analyze any additional detail with
14 respect to those sites?
15         MR. DAVIDOFF:  Same objection that was
16     noted before.
17         THE WITNESS:  I didn't gather the data
18     to try to replicate the studies, if that's
19     what you're asking me, but I did take the
20     published data and as many backup documents I
21     could get and studied those in meticulous
22     detail as I would any other real estate type
23     situation.
24 BY MR. LILLIE:

1   the surveys, right?

2   A.    Right.

3   Q.    Designing them and administering them and so

4   on.  Now given the results of those surveys, do you

5   contend you're an expert in interpreting the

6   results of public opinion surveys?

7   A.    I still don't know what you mean by

8   "interpreting."

9   Q.    I mean taking the results from a public

10  opinion survey and drawing some conclusion from

11  them.

12  A.    Certainly I think I'm capable of taking

13  results from a public opinion survey and drawing

14  some conclusions from it.

15  Q.    Do you hold yourself out as an expert in that

16  regard?

17  A.    At drawing conclusions?

18  Q.    Mr. Hunsperger, my question is much more

19  precise.

20          MR. NORDBERG:  Sir, that was your

21      question.

22  BY MR. LILLIE:

23  Q.    My question is, do you contend that you are

24  an expert in interpreting the results of public

1    opinion surveys?

2             MR. NORDBERG: Asked and answered.

3        Objection to the form. Argumentative, calls

4        for a legal conclusion.

5             THE WITNESS: I still don't know what

6        you mean by "interpreting," but if your

7        question is can I take the results from a

8        public opinion survey, draw some conclusions

9        from it and even apply those conclusions in

10       some context, particularly the context of my

11       own profession, yes, I can do that.

12   BY MR. LILLIE:

13   Q.   My question is, not taking results and

14   drawing conclusions from them, my question is do

15   you consider yourself an expert in interpreting

16   public opinion survey results? Yes or no?

17   A.   You haven't defined for me yet then what you

18   mean by interpret.

19   Q.   By interpreting I mean taking the data and

20   drawing conclusions from it based in the field of

21   opinion survey design administration. Do you

22   consider yourself an expert in interpreting the

23   results of public opinion survey results?

24            MR. NORDBERG: Same objections.

HUNSPERGER - VOLUME II

1   A.   Multiple regression analysis is really just a
2   statistical tool, more complex perhaps than
3   averaging, but a statistical tool that's available
4   to real estate appraisers to use. It's a form of
5   statistics. And I think I, like any other
6   appraiser, am qualified to take those results and
7   apply them to some estimate of diminution of value
8   or some other way I want to apply them. It doesn't
9   take formal expertise.
10  Q.   What formal training have you had with
11  respect to multiple regression analysis?
12  A.   None.
13  Q.   What courses, if any, have you taught on the
14  topic of multiple regression analysis?
15  A.   None.
16  Q.   Have you attended any seminars where the
17  scope of the seminar was dedicated to the use and
18  interpretation of multiple regression analysis?
19  A.   No.
20  Q.   Have you ever given testimony in a courtroom
21  where you have been giving opinion testimony about
22  the results of a multiple regression study?
23  A.   No.
24  Q.   How would you explain the purpose of using

DelCASALE, CASEY, MARTIN & MANCHELLO (215) 568-2211