**Figure 5.**     **Aerial View of Solar Evaporation Ponds**
[Source: Rocky Flats Photography Department, Neg. 41744-16, March 11, 1991]



**Figure 7.    Rocky Flats Ponds and Creeks**
[Source: ChemRisk, Reconstruction of Historical Rocky Flats Operations and Identification of Release Points, Task 3&4 Draft Report, July 1992, p. 178]



FIGURE 5-1
ROCKY FLATS PONDS
AND CREEKS

**Figure 8.    Pondcrete in Triwall Boxes on Pad**

[Source: Rocky Flats Photography Department, Neg. 36264-05, April 24, 1987]



Figure 9.   **Pondcrete on 750 Pad**
[Source: Rocky Flats Photography Department, Neg. 36263-06, April 24, 1987]



**Figure 10.    Diagram of Pondcrete Process**
[Source:  Eric D'Amico, Rockwell International, Pondcrete Quality
Assurance Plan, July 22, 1988]





**Figure 11.    Removal of Solar Pond Sludge**
[Source:  Rocky Flats Photography Department, Neg. 46793-08, August 24, 1994]



**Figure 13.**  **Ponderete Process Cement Usage**
[Source: Cook v. Rockwell Plaintiff's Deposition Exhibit 1088]



**Figure 14.** **Size of Pondcrete Pads, with Standard NFL Football Field**
[Source: DOE, Phase I RFI/RI Work Plan for Operable Unit 10, May 1992, pp. 2-73 and 2-81. Figure generated by Decision Focus Incorporated]





**Figure 15.**   **Slumping Pondcrete Box** 59
[Source: Rocky Flats Photography Department, Neg. 37853-12, May 24, 1988]



**Figure 16.** **Leaking Pondcrete Box**
[Source: Rocky Flats Photography Department, Neg. 37853-11, May 24, 1988]



**Figure 17.** **Crumbling Pondcrete**
[Source: Rocky Flats Photography Department, Neg. 38538-05, October 21, 1988]



**Figure 18.**   **Collapsing Pondcrete Box**
[Source:  ABC News Nightline, The Most Dangerous Building in America, December 20, 1994]



**Figure 19.** **Timeline of Pondcrete Events**
[Figure generated by Decision Focus Incorporated]



**Figure 20.** **Aerial View of B-series Ponds**
[Source: ChemRisk, Reconstruction of Historical Rocky Flats Operations and Identification of Release Points, Task 3&4 Draft Report, July 1992, p. 180]



FIGURE 5-2. THE ROCKY FLATS B-SERIES (LEFT) AND A-SERIES (RIGHT) RETENTION PONDS. VIEW IS TO THE SOUTHWEST.



**Figure 21.    Map of Spray Irrigation Sites**
[Source:  EG&G Rocky Flats, Map ID oushd, August 9, 1994]



**Figure 23.    Runoff from Spray Field**
[Source:  Cook v. Rockwell Plaintiff's Deposition Exhibit 1064]







119123

EAST SPRAY IRRIGATION FIELD
(March 7, 1987)

**Figure 24.   Frozen Spray Irrigation Sprinklers**
[Source:  ABC News Nightline, The Most Dangerous Building in America, December 20, 1994]



**Figure 25.    Location of Known Groundwater Plumes**
[Source:  DOE, Accelerated Site Action Project, Draft Revision 1, February 1996]



**Figure 26.** **Poor Housekeeping Practices**
[Source: Cook v. Rockwell Plaintiff's Deposition Exhibit 576]



1. 883 UTILITY ROOM 4-15-85
of COMBUSTABLE STORAGE AND
3. BLOCKED ACCESS - ELECT PANEL

2. 883 UTILITY Rm 4-18-85
of Excessive combustables
3 blocked access - Panel

3. 883 UTILITY Rm 4-13-85
of Excessive combustables
3 BLOCKED ACCESS - ELECT PANEL

883 UTILITY AREA 4-13-85
OPEN PAINT WASTE,
STORAGE - BLOCKED ACCESS

406043

**Figure 27.** **Formation of Plutonium Oxide on Metal**
[Source: Plutonium Working Group Report on Environmental, Safety and
Health Vulnerabilities Associated with the Department's Plutonium
Storage, Vol. I, November 1994, p. 30]



PLUTONIUM METAL BUTTON
PACKAGED FOR SHORT TERM STORAGE

*Unsealed outer can*

*A deteriorated plastic bag*

*Metal button coated with oxide*

Figure 28.    **Venting of Pressurized Residue Drums at Rocky Flats**
[Source:  ABC News Nightline, The Most Dangerous Building in America, December 20, 1994]



Figure 29.    1994 Inventory of Rocky Flats Residues (masses are lbs. Pu)
              [Sources:  GAO, Removing Plutonium Residues from Rocky Flats will be
              Difficult and Costly, September 1992;  DOE, Plutonium: The First 50
              Years, February 1996.  Figure generated by Decision Focus Incorporated]



Figure 30.    Common Packaging Configuration at Rocky Flats
[Source: Plutonium Working Group Report on Environmental, Safety and
Health Vulnerabilities Associated with the Department's Plutonium
Storage, Vol. I, November 1994, p. 12]



CONFIGURATION OF FAILED PLUTONIUM
FLUORIDE RESIDUE PACKAGE
AT ROCKY FLATS

**Figure 32.** **Vulnerability Ranking of DOE Facilities**
[Source: Plutonium Working Group Report on Environmental, Safety and Health Vulnerabilities Associated with the Department's Plutonium Storage, Vol. I, November 1994, p. 23]



MOST VULNERABLE FACILITIES

Highest

Rocky Flats Building 771

Rocky Flats Building 776

Savannah River Site Building 235-F

Savannah River Site FB-Line

Savannah River Site Old FB-Line

Hanford Plutonium Finishing Plant

Rocky Flats Building 779

Rocky Flats Building 707

Rocky Flats Building 371

Savannah River Site F-Canyon

Savannah River Site H-Canyon

Hanford Retired Facilities

Los Alamos National Lab Pu Facility (TA-55)

Lawrence Livermore National Lab Building 332

**Figure 33.** **Barrel Storage in Building 776**
[Source: Rocky Flats Photography Department, Neg. 17668-26, November 6, 1973]



**Figure 34.** **Barrel Storage in Building 776, Room 127B**
[Source: Rocky Flats Photography Department, Neg. 42294-07, August 16, 1991]



Figure 35.   Barrel Storage Blocking Access to Office Equipment
[Source: ABC News Nightline, The Most Dangerous Building in America, December 20, 1994]



**Figure 36.**   **Plutonium Dust Buildup in Ventilation Ducts**
[Source:  ABC News Nightline, The Most Dangerous Building in America, December 20, 1994]



## Attachment A:
## Statement of Qualifications and Background
## Dr. D. Warner North

(1).    My name is D. WARNER NORTH. I am a senior vice president of Decision
Focus Incorporated (hereafter, "DFI"), a consulting and contract research firm located in
Mountain View, California. I am testifying as a consultant to Plaintiffs, and not on behalf
of my employer, which is neither a party nor a participant in this case.

(2)    I provide this statement in connection with the report that I am submitting with R.
Budnitz, "Management of Wastes, Residues, and Risks by Rockwell International at the
Rocky Flats Plant."

(3)    In this statement I briefly review my background and expertise. A list of my
publications, including all during the past ten years, is at the end of this attachment.

(4).    I received a Bachelor of Science in Physics from Yale University in 1962. I
received a Master of Science in Physics in 1963, a Master of Science in mathematics in
1966, and a Ph.D. in Operations Research, 1970, all from Stanford University. While at
Stanford I held graduate fellowships from the National Science Foundation and from
Stanford University, and teaching assistantships in the Department of Physics and the
Department of Engineering-Economic Systems.

(5).    In the summer of 1964 and then from 1967 to 1977, I was employed by Stanford
Research Institute (now SRI International, hereafter "SRI"), a not-for-profit consulting
and contract research firm in Menlo Park, California. During this period I carried out and
supervised others in a variety of consulting assignments involving the planning of complex
technical enterprises involving uncertainty and environmental risk. Examples include:

(a) a study on the role of nuclear energy in meeting future energy needs in
Mexico, carried out by a joint SRI-Mexican study team. This study led to the
Government of Mexico's decision to call for bids on nuclear electrical generation,
and subsequently, to the construction of Mexico's two nuclear power stations, at
Laguna Verde.

(b). An analysis of cloud seeding to reduce damage caused by hurricanes, for the
United States Department of Commerce. I personally presented this study to the
President's Science Advisor and the President's Science Advisory Committee. The
study was published in *Science* in 1972.

(c) A series of analyses on policies for improving protection against wildland fires
in California, for the United States Forest Service. In the course of this work,
extending over several years, I worked closely with leading wildland fire experts
from the U.S. Forest Service.

(d) An analysis of the risk of contaminating the planet Mars with terrestrial microorganisms from the 1976 Viking landing, for the National Aeronautics and Space Administration.

(e) Analysis of corporate strategy for the General Electric Corporation on gas turbines for electric power generation.

(f) Comparison of the economic, environmental, health, and safety of coal and nuclear electric power generation, for the National Science Foundation.

(g) Analysis on R&D strategy for the Fossil Energy Division of the Energy Research and Development Agency, the predecessor agency of the Department of Energy.

(6).    In the spring of 1977 I took a leave for several months to serve as a special consultant to John F. O'Leary, the Administrator of the Federal Energy Administration, to carry out a review of the Petroleum Price Regulation program. Another analyst and I recommended a restructuring of this program, including loan of expert staff to the Federal Energy Administration from the Securities and Exchange Commission. Implementation of our recommendations led to recovery of billions of dollars in overcharges from the oil industry.

(7)    Later in 1977 I help to found DFI, where I have been employed continuously since. I have been a corporate officer over this time, and at various times I have served as a director and president of DFI, which now employs approximately 140 people. I have carried out and supervised a variety of consulting and contract research projects for private sector clients, agencies of the United States Government, and agencies of the government of Mexico. Examples include:

(a) Analysis of R&D strategies for development of economic electric power generation based on magnetic fusion, for Los Alamos National Laboratory.

(b) Development of methodology for assessing risks from coal and petroleum coke ash, and application to sites contaminated with such materials, for the Electric Power Research Institute. The application to the Chisman Creek site in Virginia for the Virginia Electric and Power Company helped to make this site, on the National Priorities List under Superfund, into a public park for York County, Virginia. I am not aware of another example in which a Superfund site has successfully been transformed into a public park..

(c) Assessment of risk from radioactivity in phosphate slag, for FMC Corporation. This project involved my giving testimony in a Senate Subcommittee hearing in Idaho.

(d) Analysis of the health and environmental risks from sulfur oxides and particulate matter, and policy decisions on use of pollution control devices on oil burning power plants and reconfiguration of oil refineries, for the Secretary of Energy, Mines, and State-Owned Industry, Government of Mexico.

(e) Development and presentation of testimony to the Clean Air Scientific Advisory Committee of the United States Environmental Protection Agency (hereafter, "EPA") on the health impacts of particulate matter and sulfur dioxide.

(8)     In 1976 I joined the Department of Engineering-Economic Systems at Stanford University as a consulting associate professor. I participated in university research on satellite communications and fisheries management, and I served on the reading committees guiding the research of Ph.D. students. In 1988 I was promoted to consulting professor, and I have continued in this role to the current time. During the past four years I have taught a course (EES 171/271), "The Role of Technology in Policy Decisions," with Dr. Michael May, a Stanford professor who formerly served as Director of the Lawrence Livermore National Laboratory. For the last two years I have taught a course (Biology 155) on small uncertain risks in environmental health with Dr. Donald Kennedy, a former president of Stanford and Commissioner of the Food and Drug Administration (FDA) during the Administration of President Carter.

(9)     Beginning in 1979 I have served as a member and consultant to various subcommittees and committees of EPA. I served as a member and vice-chair of the Hazard Ranking System Review Committee, which reviewed the scoring system used by EPA to evaluate sites for possible listing on the National Priorities List for Superfund. I served as a member and chair of the Global Climate Subcommittee, which reviewed two reports prepared by EPA for Congress on potential effects of global climate change to the United States and on strategies for mitigating global climate change. I served as a member from 1982 to 1990 and as vice chair from 1985 to 1990 of the Environmental Health Committee, which reviews methods for assessing health risks from toxic substances. I served as a consultant to the Clean Air Scientific Advisory Committee in their reviews for setting National Ambient Air Quality standards for lead and ozone.

(10)    Following the passage of Proposition 65, the Safe Drinking Water and Toxic Enforcement Act of 1986, a ballot initiative in California, I served on the newly created Governor's Scientific Advisory Panel, which was charged with recommending the listing of substances known to cause cancer or reproductive toxicity under the terms of this Act. I served on the Governor's Scientific Advisory Panel until my term expired in June 1987. During this time I participated in Panel recommendations for listing for over 250 toxic chemicals.

(11)    Beginning more than 20 years ago I have served as a paid consultant, and more recently, as an unpaid committee member and board member, for the National Research Council of the National Academy of Sciences. I have contributed to more than a dozen

reports by the National Research Council, including many of their most influential reports on environmental risk: Examples include:

(a) *Decisions on Regulating Chemicals in the Environment* (1975). Workshop attendee, contributor to Appendix H.

(b) *Air Quality and Stationary Source Emissions Control* (1975). Paid consultant; principal author of chapter 13.

(c) *Risk Assessment in the Federal Government: Managing the Process* (1983). Committee member.

(d) *Disposal of Chemical Munitions and Agents* (1984). Committee member; assistant chairman, stockpile assessment panel.

(e) *Improving Risk Communication* (1989). Committee member.

(f) *Issues in Risk Assessment* (1992). Committee member; organizing committee for workshop on ecological risk assessment.

(g) *Science and Judgment in Risk Assessment* (1994). Committee member and co-author of Appendix N-2. I served as acting chair for the release of this report to the press, public, and Congress, and I have testified on it before a Congressional Committee at the request of the National Research Council.

(h) *Understanding Risk: Informing Decisions in Democratic Society* (1996). Committee member. I will be discussing this study as part of an invited panel at the upcoming meeting of the Society of Toxicology in March 1997.

(i) *Relationship of Vehicle Weight to Fatality and Injury Risk*, letter report to the Administrator of the National Highway Traffic Safety Administration, June 12, 1996. Committee member and chair.

(12)    During 1985-86 I served as a consultant to the Board on Radioactive Waste Management of the National Research Council in this board's examination of the methodology being used by the Department of Energy (hereafter, "DOE") for selection of sites for a national repository for high-level nuclear waste.

(12) In March 1995 I began a three-year term as a member of the Board on Radioactive Waste Management of the National Research Council. In this capacity I am involved in the formulation, supervision, and review of National Research Council studies on radioactive waste and on the clean-up of the Department of Energy's nuclear weapons complex., which includes Rocky Flats.

(13) In 1989 I was appointed by President Reagan as a one of the original members of the Nuclear Waste Technical Review Board, an independent board established by Congress in the Nuclear Waste Policy Amendments Act of 1987 to provide technical oversight on the DOE program to characterize Yucca Mountain, Nevada as the proposed site for the nation's first repository for high-level nuclear waste. I served on this board until May, 1994. During this time I served on this board I had lead responsibility, as the chair of the Panel on Risk and Performance Analysis, for all issues involving risk of radioactive releases from the repository. I also participated in the activities of other panels concerned with transportation of high-level nuclear waste and environmental health and safety in connection with site characterization and repository construction. I represented the board in meetings with the State of Nevada, the utility industry, the Nuclear Regulatory Commission, and the high-level nuclear waste programs of numerous other countries.

(14) Beginning in the early 1980s I have been an active member of the international Society for Risk Analysis, hereafter, "SRA". I was elected and served as president of the Northern California chapter, as a council member for SRA, and as the president of SRA during 1991-1992.

(15) In the spring of 1994 I was approached by Tulane University to join the Consortium for Environmental Risk Evaluation, a group of organizations formed to carry out an overview of risks at the most important sites of the DOE weapons complex. CERE subsequently received sole-source funding for this multimillion dollar effort, leading to an interim report published in March, 1995. I served as part of the technical leadership of this study and drafted the "Conclusions" (Chapter 5) of the interim report. DFI staff provided extensive technical contributions to the assessment at Rocky Flats and the other five sites covered in this work.

(16) I am highly sought-after as a contributor to scholarly activities on the problems of managing nuclear materials. As recent examples:

(a) I was one of about six Americans invited to participate in a session on risk assessment and risk perception on nuclear waste at the Third International Conference on Probabilistic Safety Assessment and Management, held this past June in Crete, Greece. I have been invited by the chair of the Department of Nuclear Engineering at the University of California, Berkeley to give a departmental colloquium on December 2, 1996 based on the paper that I presented at this meeting.

(b) I have accepted an invitation from *Physics Today* to contribute a an article on the unsolved technological and political problems of nuclear waste, to appear in a special issue of this journal planned for June 1997.

(17) Given my academic training in physics and in the analysis of complex and uncertain technical systems, and my experience on a broad set of risk analysis applications, including

nuclear power plants, chemical munitions, toxic chemicals, fires, and the DOE weapons complex, I believe I am well-qualified to provide an assessment of risk associated with wastes, residues and operations in the Rockwell era of the management of the Rocky Flats Plant.

## SELECTED PUBLICATIONS of D. WARNER NORTH
### (including all publications within the past ten years)

"A Tutorial Introduction to Decision Theory," *IEEE Transactions on Systems Science and Cybernetics*, Vol. SSC-4, pp. 105-115, 1968

"The Decision to Seed Hurricanes," (with R.A. Howard and J.E. Matheson), *Science*, Vol. 176, pp. 1191-1202, 1972.

"The Trials and Tribulations of the Tribnian Situation: A Pilot Level Decision Analysis of Intelligence Resource Allocation," (with A.F. Grum and N.C. Williams), Research Report, Stanford Research Institute, 1972 (subsequently used as a text at the U.S Military Academy, West Point).

"New Methodology for Assessing the Probability of Contaminating Mars," (with B.R. Judd and J.P. Pezier), *Life Sciences and Space Research*, Vol. 13, pp. 103-109, 1974.

"Planning Wildfire Protection for the Santa Monica Mountains," (with F. Offensend and C.N. Smart), *Fire Journal* Vol. 69, January 1975.

"A Methodology for Analyzing Emission Control Strategies," (with M.W. Merkhofer), *Computers and Operations Research*, Vol. 3, pp. 185-207, 1976.

"Decision Analysis of Program Choices in Magnetic Fusion Energy Development," (with D.N. Stengel), *Management Science* Vol 28, pp. 276-288, 1982.

"Quantitative Analysis as a Basis for Decisions Under TSCA," *TSCA's Impact on Society and Chemical Industry*, Washington D.C.: American Chemical Society, pp. 181-195, 1983.

*Risk Assessment in the Federal Government: Managing the Process*, (with committee), Washington, D.C.: National Academy Press, 1983.

*Disposal of Chemical Munitions and Agents*, (with committee), Washington, D.C.: National Academy Press, 1984.

Risk Assessment and Acid Rain Policy: A Decision Framework that Includes Uncertainty," (with W.E. Balson), *ACID RAIN: Economic Assessment*, New York: Plenum Press, pp. 163-181, 1985.

*Review of EPA's Risk Assessment Research Program*, letter report to the EPA Administrator on behalf of the EPA Science Advisory Board, April 22, 1985.

"Risk Assessment: What It Is: How It Works," (with Terry Yosie), *EPA Journal*, Vol. 13, No. 9, pp. 13-15, November 1987.

"Analysis of Uncertainty and Reaching Broad Conclusions," *Journal of the American College of Toxicology*, Vol. 7, pp. 583-590, 1988.

*Improving Risk Communication*, (with committee), Washington, D.C.: National Academy Press, 1989.

Testimony, Hearing before the Subcommittee on Nuclear Regulation, Committee on Environment and Public Works, U.S. Senate: "Phosphate Slag Risk," pp. 61-63, 129-133, August 21, 1990

"Decision Analysis in Environmental Risk Management: Applications to Acid Deposition and Air Toxics," *New Risks*, New York: Plenum Press, pp. 33-43, 1990.

"Risk Analysis: Where Have We Been? Where Are We Going?" *Risk Analysis* Vol. 10, No. 2, pp. 197-198, 1990.

"Do We Know Enough to Take a Risk-Based Approach?" *EPA Journal* Vol. 17, No. 2, p. 31, 1991.

"Risk Assessment for Ingested Inorganic Arsenic: A Review and Status Report," *Environmental Geochemistry and Health* Vol. 14, pp. 59-62, 1992.

"Conclusion: Challenges for the Future," (summary of a conference on the health effects of gasoline) *Environmental Health Perspectives Supplements* Vol. 101 (Suppl.6), pp. 209-212, 1993.

*Science and Judgment in Risk Assessment*, (with committee), Washington, D.C.: National Academy Press, 1994.

"The Value of Research on Health Effects of Ingested Inorganic Arsenic," (with F. Selker and T. Guardino), *Arsenic Exposure and Health*, W.R. Chappell et. al., eds, Northwood: Science and Technology Letters, pp. 1-20, 1994.

Testimony, Hearing before the Subcommittee on Oversight and Investigations, Committee on Commerce, U. S. House of Representatives: "Clean Air Act Amendments: Title III - Hazardous Air Pollutants," pp. 85-91, June 29, 1995

"Use of Expert Judgment on Cancer Dose-Response: Probabilistic Assessment and Plans for Application to Dieldrin," *Low-Dose Extrapolation of Cancer Risks: Issues and Perspectives*, Stephen Olin et. al., eds., Washington, D.C.: International Life Sciences Institute Press, pp. 275-287, 1995.

"Limitations, Definitions, Principles, and Methods of Risk Analysis," Risk Assessment for Veterinary Biologicals, special issue, *Office International des Epizooties, Scientific and Technical Review*, Vol. 14, pp. 913-923, 1995.

*Understanding Risk: Informing Decisions in a Democratic Society*, (with committee), Washington, D.C.: National Academy Press, 1996.

"Risk Perception Versus Performance Assessment Products: Improving the Balance for the Management of Nuclear Waste in the United States," Probabilistic Safety and Management '96, ESREL '96 - PSAM-III, Proceedings of an International Conference, Crete, Greece, June 24-28, 1996, C. Cacciabue and I.A. Papazoglou, eds., New York: Springer-Verlag, pp. 1777-1782, 1996.

## Attachment B
## Statement of Qualifications and Background
### Robert J. Budnitz, Ph.D.

1)   My name is ROBERT J. BUDNITZ.   I am the president of Future
Resources Associates, Inc. ("FRA"), a technical consulting and
research firm in Berkeley, California.   I am testifying as a
consultant to Plaintiffs, and not on behalf of my employer, which
is neither a party nor a participant in this case.

2)   I provide this statement in connection with the reports that
I am submitting on 903-area waste management practices, on fire-
safety management practices during the Dow era at Rocky Flats,
and (with D.W. North) on waste and residue management at Rocky
Flats during the Rockwell era.

3)   The professional societies in which I am a member are the
American Physical Society, the Society for Risk Analysis, the
American Association for the Advancement of Science, and the
American Nuclear Society (ANS).   For the ANS, I was recently
elected vice-chairman of the Nuclear Reactor Safety Division -- I
will automatically succeed to the chairmanship next year.   I have
also served the ANS since 1988 as a member of their "Special
Committee on Social Issues and Human Values."   In the past I have
also served the ANS, the APs, and the SRA in various capacities.

4)   Since 1975, I have held a concurrent unsalaried appointment
as a member of the "Affiliated Faculty" in the Energy and
Resources Group, a graduate program at the University of
California at Berkeley.   I teach an occasional lecture, par-
ticipate in advising for an occasional graduate student (masters
or doctoral), and from time to time I advise the regular faculty
about overall planning and direction of the graduate program.

5)   A list of my publications is attached as Attachment B.

6)   I received a B.A. in physics from Yale University in 1961; an
M.A. in physics from Harvard University in 1962; and a Ph.D. in
physics from Harvard in 1968.   During my first three years at
Harvard I held a graduate fellowship from the National Science
Foundation.   My doctoral dissertation was a high-energy accelera-
tor-based electron-scattering experiment to study the structure
of the neutron.

7)   During the summer of 1962 I worked for the U.S. Navy's
Operations Evaluation Group in the Office of the Chief of Naval
Operations at the Pentagon, which required a security clearance.
I analyzed operational issues related to Soviet naval radars.
That security clearance lapsed a few years thereafter.

8)   After completing my Ph.D. in late 1967 I was employed by the
University of California's Lawrence Berkeley Laboratory (LBL),

1

through 1978. At first I did experimental accelerator-based physics research on elementary particles, under a post-doctoral appointment.

9)   In 1971 I joined LBL's environmental program, and worked for 3-plus years on a large survey of instrumentation for measuring radioactivity in the environment. In 1974 I became leader of the LBL environmental research program, and in 1975 I became Director of the LBL Energy & Environment Division, and concurrently an LBL Associate Director. When I left that post in 1978, there were about 350 employees under my direct supervision.

10)   During this period at LBL I had line responsibility for carrying out ERDA/DOE programs according to the full panoply of ERDA/DOE regulations*, and became intimately familiar with the structure of how ERDA/DOE managed its contractor organizations both administratively, programmatically, and technically. During this period, I also served as LBL's environmental-sciences representative to ERDA/DOE's Division of Biomedical and Environ-mental Research. The various ERDA/DOE laboratory and weapons-site representatives met regularly in DOE/Washington, which enabled me to understand the full range of ERDA/DOE's programs and capabilities in the environmental field.

11)   In the mid-1970s I became interested in the safety of nuclear power reactors and other nuclear installations, and gradually changed career directions --- since about 1978 that issue has been my principal professional interest. During this period in the mid-1970s at LBL, my interest in nuclear reactors earned me an appointment to the American Physical Society's 1974-1975 "Study Group on Light Water Reactor Safety", as well as an appointment to the U.S. Nuclear Regulatory Commission's 1977-1978 "Risk Assessment Review Group" that produced a critique for NRC of the famous 1975 "Rasmussen Report".

12)   In mid-1978 I took a two-year leave-of-absence from LBL (afterwards, I did not return to LBL), to become Deputy Director of the Office of Research at the U.S. Nuclear Regulatory Commission in Washington, DC. At the end of 1979 I was appointed Director of that NRC Office, a position that I held until mid-1980. During my tenure at NRC I was also, in 1979-1980, the Technical Coordinator of NRC's Special Inquiry into the Three Mile Island Accident. I was also the US representative to the

---

*   The US Atomic Energy Commission (AEC) ceased operations on January 19, 1975, and was succeeded by ERDA (the US Energy Research and Development Administration), which itself was succeeded by the US Department of Energy (DOE) on October 1, 1977. However, from an operating contractor's perspective, such as ours at LBL, the AEC/ERDA/DOE rules, regulations, and procedures formed a continuum during this period.

Nuclear Energy Agency's Committee on the Safety of Nuclear Installations (in Paris), a prestigious international body working to assure international cooperation on nuclear-safety matters.   As NRC Director of Research, I had line responsibility for over $200 million annually of extra-mural research on the safety and environmental impacts of nuclear reactors and other nuclear installations that NRC regulates, and I directed a staff of over 150.   I reactivated my security clearance upon going to NRC, and it has remained active ever since.

13) In mid-1980, I became a Senior Vice President of Teknekron Research, Inc., a small technical consulting firm in Berkeley, performing mostly air-pollution analyses for the US Environmental Protection Agency.

14) In mid-1981 I formed my own firm, Future Resources Asso- ciates, Inc. in Berkeley.   It is a small firm (it currently has three professionals --- at its largest it once had four).   Our specialties include nuclear safety, environmental-impact analyses, alternative electricity-generation technologies with an emphasis on biomass, and air-pollution compliance analyses.

15)   Since I founded FRA in 1981, my own professional work has emphasized nuclear safety analyses and related nuclear-environ- mental-impact analyses.   Clients have included both governmental and private-sector entities, and I have done a large amount of work on nuclear safety overseas.

16)   I have developed a particular expertise in analyzing the safety of nuclear installations in resisting so-called external phenomena (earthquakes, floods, winds, etc.) and I have written widely on this subject, especially on earthquake safety of nuclear installations.   However, my expertise ranges far beyond that subject, and covers a full spectrum of nuclear-safety issues for nuclear reactors, nuclear waste-handling and waste-management installations, nuclear-materials transportation, and nuclear- fuel-cycle analyses.

17)   As a former senior regulator at NRC, I have become a widely- sought consultant to nuclear regulatory bodies overseas, especially in the former Communist countries in eastern Europe. In recent years I have consulted with the chief nuclear regula- tors in Hungary, Slovenia, Armenia, Lithuania, and Bulgaria.   I have also frequently been a consultant during the past decade to the UN's International Atomic Energy Agency in Vienna.   I have been on IAEA missions to countries such as Bulgaria, Slovenia, and Mexico, as well as serving on several IAEA special project teams developing general nuclear-safety guidance for developing countries.   In 1995, I lectured at an IAEA training course in Turkey for nuclear-reactor-safety engineers from developing countries.

3

18)   For the past three years a large international project, organized by the World Bank's affiliate in London, the European Bank for Reconstruction and Development, has been a principal focal point for a multi-national program to improve the safety of old Soviet-designed nuclear power reactors in eastern Europe and the former Soviet Union.   I was the US representative to that EBRD project's technical oversight body, the "Safety Review Group," from its inception in 1993 until the termination of the body's work in mid-1966.

19)   For the last two years, I have served the EBRD on the "Ignalina Safety Panel" that is overseeing a modern large EBRD-sponsored safety-analysis project that is studying the Ignalina Nuclear Power Station in Lithuania.   Ignalina consists of two nuclear-power reactors of the RBMK (Chernobyl) type; each unit is designed at 1500 megawatts, making them the largest single commercial nuclear generating units in the world.

20)   I was recently appointed by the President of Armenia to be the US representative on the newly-formed "President's Council on Nuclear Energy Safety", advising the President on the safety of the Armenian Nuclear Power Station at Medzamor.

21)   I have done considerable work for the US Department of Energy, either directly or through its national laboratories, on the safety of DOE's nuclear installations.   Among my recent DOE or DOE-contractor projects are:

- o   I have served since 1987 on the outside safety review committee for the High Flux Isotope Reactor, at DOE's Oak Ridge National Laboratory, reporting to the ORNL Director.

- o   I have served since 1988 on the outside review committee for the Engineering Development Division at DOE's Argonne National Laboratory, reporting to the President of the University of Chicago, which administers Argonne's DOE contract.

- o   I have served since 1993 on the outside review committee for the Energy Directorate at DOE's Lawrence Livermore National Laboratory, reporting to the LLNL Director.

- o   In mid-1996, I began a three-year appointment on the outside review committee for the Department of Advanced Technology at DOE's Brookhaven National Laboratory, reporting to the BNL Director.

- o   I am currently a consultant to DOE's Flour Daniel Hanford Company, the prime contractor at DOE's Hanford Reservation in Washington State, on the subject of the

4

safety of waste-cleanup operations for the large
radioactive tanks there.

o   Under contract to DOE's Lawrence Livermore National
    Laboratory, I have served since 1992 as a member of the
    Steering Committee for the "Existing Facilities Seismic
    Upgrade" project, which is a DOE-wide activity to
    upgrade the seismic safety of DOE's existing nuclear
    facilities.  As part of my responsibilities, I chair
    the project's Technical Review Team, responsible for
    reviewing the technical adequacy of all of the
    project's reports.

o   Under contract to DOE's Los Alamos National Laboratory,
    I have just completed serving on the "Expert Panel on
    Aircraft Crash Risk Analysis Methodology" (1994 –
    1996), reporting to DOE's Office of Defense Programs.
    This project developed methodological guidance on how
    to analyze the risk from aircraft crashes into DOE
    installations.

o   Under contract to DOE's Sandia National Laboratory, I
    served from 1987 to 1995 as a member of the outside
    Peer Review Group for the Performance Assessment
    activity for the WIPP (Waste Isolation Pilot Project),
    a deep-geological radioactive-waste site under
    development by DOE in southern New Mexico.  I am still
    a consultant to Sandia on the safety of WIPP, and am
    currently assisting Sandia to complete the DOE
    Compliance Certification Application to EPA.

o   In 1994-95, I served as the Chairman of the "Senior
    Seismic Advisory Panel for the Savannah River Site",
    which advised DOE's Westinghouse Savannah River Company
    on the seismic safety of the large nuclear-waste tanks
    at their site in South Carolina.  Previously, in 1988-
    1992, I had served on three different advisory groups
    that assisted the Savannah River Laboratory to
    understand issues related to postulated severe
    radiological-release accidents at their weapons-
    material-production reactors.

o   In 1993-95, I served as the Chairman of a specially-
    constituted "Senior Seismic Hazard Analysis Committee",
    supported jointly by DOE, NRC, and the Electric Power
    Research Institute.  This special Committee developed
    advanced guidance on methodologies for understanding
    the seismic hazard -- the likelihood of earthquakes --
    at large installations in the US, with emphasis on
    nuclear installations (DOE's, and those of NRC's
    nuclear-power licensees.)

5

o    In 1994-95, I served as a member of the "Review Team
     for DOE's Natural-Phenomena-Hazards-Mitigation Order
     and Standards", which advised DOE's Office of Environ-
     ment, Safety, and Health on the DOE internal regulatory
     standards and orders governing the seismic safety of
     its installations.

o    In 1995, under subcontract to the DOE Yucca Mountain
     project that is developing information about the
     prospective high-level radioactive-waste deep-geolo-
     gical repository in Nevada, I served as the chairman of
     a special "Oversight Panel" for the project studying
     the seismic hazard --- the likelihood of earthquakes --
      at the Yucca Mountain site.

o    In 1989-1992, I served as the Chairman of a special
     "Senior External Events Review Group" that advised DOE
     about advanced design problems related to earthquakes
     and high winds, for the "New Production Reactor" (since
     cancelled) that was under development to provide a
     modern means for producing tritium for DOE's nuclear-
     weapons-production capability.

o    In 1993-1994, under a subcontract from DOE's Idaho
     Operations Office, I assisted DOE in the severe-
     accident-analysis part of a large project to write the
     DOE-wide programmatic environmental impact statement
     covering various DOE options for caring for and
     disposing of its large inventory of nuclear-reactor
     spent fuel.  I studied and reviewed various scenarios
     in which the spent fuel could inadvertently become
     involved in a severe radiological accident.

o    In 1988-1990, I served under contract to DOE's Westing-
     house Hanford Company on a review panel for the safety
     analysis then underway for the Hanford N-Reactor, which
     at the time was DOE's principal means of producing
     plutonium for nuclear weapons, and was temporarily shut
     down pending the completion of that safety analysis.

22)  For many years I have provided technical consulting and
analysis on a variety of different topics for the U.S. Nuclear
Regulatory Commission.  Among my recent activities for NRC are:

o    In September, 1996, I completed a two-year research
     project to develop an advanced methodology so that NRC
     can analyze the safety significance of so-called
     "precursor" events related to earthquakes at nuclear
     power reactors; the "precursors" under consideration
     are abnormal design, maintenance, or installation
     problems that would make a reactor more susceptible
     than usual to a large earthquake if it were to occur,

                              6

and which are discovered and reported to NRC by the utilities from time to time.

o   In the past two years I have participated in two training courses abroad (in Armenia in 1996 and in Hungary in 1995) that NRC organized to train foreign engineers on advanced methods for studying earthquake-design problems at their nuclear power plants. Attending these courses were nuclear engineers from Hungary, Slovakia, Lithuania, Czech Republic, Bulgaria, and Armenia. I also spent a week in Hungary in 1994 under NRC auspices advising the senior nuclear regulators at the Hungarian Atomic Energy Commission about how to develop seismic regulations for their nuclear reactors.

o   In 1990-1994, I performed the seismic-risk-analysis part of a large NRC research project that studied the risk of nuclear-core-damage accidents during shut-down/refueling periods at two nuclear power stations, the Grand Gulf station (in Mississippi) and the Surry station (in Virginia.)

o   In 1994, I served on a special review, at DOE's Idaho National Engineering Laboratory, of the NRC program for examining equipment failures that occasionally occur among NRC's nuclear-medical-equipment licensees. The review concentrated on reliability-engineering issues.

o   In 1987, I chaired an "Expert Panel on Nuclear Plant Aging" for the NRC, to examine issues related to license extension for the commercial nuclear plants.

o   In 1984-1987, I chaired an NRC special panel that developed an advanced method, known as the "seismic margin method", that can evaluate the seismic adequacy of a nuclear power reactor more simply than had been the case previously. The margin method has become so popular that about half of the US' 110 nuclear power plants have used a variant of it in recent years to evaluate their plants.

o   In 1989-1991, I was NRC's principal technical advisor in developing the methodology guidance for the NRC "Individual Plant Evaluation for External Events" Program, a program under which NRC required all 110 operating nuclear power plants to re-evaluate the adequacy of their designs against earthquakes, floods, fires, high winds, and other external phenomena. I currently have a contract to assist NRC in reviewing the utility submittals under this Program.

7

## Attachment D
### List of Documents Considered In Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| Hazardous and Mixed Waste Storage Facility | W. Weston | 7/31/86 |
| Tri-party Compliance Agreement | EPA, CDH, DOE | 7/31/86 |
| Technical Safety Appraisal Building 707 | DOE | 9/1/86 |
| Quality Assurance Audit of Environmental Monitoring and Related Operations at Rocky Flats Plant September 15-19, 1986 | Science Applications International Corportation | 9/1/86 |
| Environmental Issues at DOE's Nuclear Defense Facilities | GAO | 9/1/86 |
| Quality Assurance Audit of Environmental Monitoring and Related Operations | Science Applications International | 9/24/86 |
| Low Level Waste Certification | E. Naimon | 10/29/86 |
| Performance Evaluation Report 4/1/86 through 9/30/86 | DOE | 11/13/86 |
| B-3 Spray Irrigation Background/Alternatives | G. Potter | 12/5/86 |
| Report of the Review Team on the Mixed Waste Issues at NTS and DOE Facilities Shipping LLW to the NTS | DOE | 12/19/86 |
| Technical Safety Appraisal Building 771/774 | DOE | 1/1/87 |
| Analysis of the Occupational Safety and Health Performance of Rocky Flats Plant/Rockwell International 1981-1986 | R. Lee/ R. Eicher | 1/21/87 |
| Building 707 Final Safety Analysis Report | Rockwell | 3/1/87 |
| NPDES Permit Violation, East Spray Irrigation Field, March 2, 1987 Bypass | G. Setlock | 3/3/87 |
| Waste Stream Identification and Characterization (Overview only) | Rockwell | 4/6/87 |
| Final Byproduct Rule | DOE | 5/1/87 |
| Final Safety Analysis Report - Building 774 | Rockwell | 6/1/87 |
| Building 771 Final Safety Analysis Report | Rockwell | 6/1/87 |
| Implementation Plan for Environmental Survey Findings | Rockwell | 7/15/87 |
| American Mining Congress (AMC) v. EPA Opinion | Starr | 7/31/87 |
| Goal Achievement Objective for Rockwell International - Plutonium Recovery Improvement Project | J. Hoyal | 8/25/87 |
| AL Annual Safeguards Survey for Rocky Flats, 1987 | DOE | 8/31/87 |
| Letters Re: Spray Irrigation | T. Greengard | 9/1/87 |
| 750 Parking Lot Storage of Pondcrete | F. Blaha | 9/28/87 |
| Health and Safety at Department of Energy Nuclear Weapons Facilities | Subcommittee Staff | 10/21/87 |
| Weekly Inspection Log, Hazardous Waste Management Facility | Tofflemayer, Toel, Swenson | 12/1/87 |
| Ground-water Modeling of Impacts of Proposed Spray Irrigation | S.S. Papadopulos & Associates | 12/1/87 |

o    During this same period (1989 - 1991), I was NRC's
     principal advisor in reviewing an advanced methodology
     for studying fire risk at nuclear power plants, called
     the "FIVE" (Fire Induced Vulnerability Evaluation")
     methodology, that the nuclear utility industry had
     proposed and that required extensive review before NRC
     would endorse it.  Subsequently, about half of the US'
     110 nuclear power reactors have used the FIVE method to
     evaluate fire safety at their plants.

o    In 1991-1995, I served on a special technical panel
     that advised NRC on the latest revision of their
     regulation governing how nuclear power plants are sited
     and designed to withstand earthquakes.

23)  Over the years I have done considerable work for the
National Research Council, the operating arm of the National
Academy of Sciences.  My first NAS work was in 1976.  Among my
more recent activities with the NAS are:

o    A few months ago, I completed a three-year term as the
     Chairman of the NAS "Committee on the Remediation of
     Buried and Tank Wastes", which advises DOE on technical
     issues in nuclear-waste remediation.  I still serve as
     a member of that Committee.

o    In 1993-1995, I served as a member of the NAS "Commit-
     tee on the Technical Basis for Yucca Mountain Stan-
     dards", which advised the Environmental Protection
     Agency on standards for a potential deep-geological
     waste repository in southern Nevada.

o    In 1992-1995, I served as a member of the NAS "Panel on
     Options for the Disposition of Weapons-Related
     Plutonium", which advised DOE, DOD, and the White House
     on options for safely and economically disposing of the
     tens of tons of plutonium which are starting to be
     taken out of decommissioned nuclear weapons, and will
     continue to be taken out over the next decade both in
     the US and in Russia.

24)  For the US Environmental Protection Agency, I have served
since 1993 as a member of the "Advisory Committee on WIPP", which
advises EPA on the standards being developed for regulating the
WIPP (Waste Isolation Pilot Project) repository in southern New
Mexico.

25)  In recent years I have served as a consultant and advisor to
a number of US electric utilities that own nuclear-power
reactors, principally on analyses of the seismic adequacy of
their plants.  My expertise is in the response of safety systems
to earthquakes, not the structural response.  Among my recent

8

clients on this subject are Commonwealth Edison Company (Illinois), Entergy Corporation (Arkansas, Mississippi, Louisiana), the Omaha (Nebraska) Public Power District, Union Electric Company (Missouri), Wisconsin Electric Company, and the New York Power Authority.  For the New York Power Authority, I also just completed a review of their most recent fire-safety analysis for the Fitzpatrick Nuclear Station.

26)  In 1991-1993 I performed technical analyses to assist the Electric Power Research Institute's effort to influence the standard-setting process for the Yucca Mountain repository that DOE has been developing in Nevada for disposing of high-level nuclear waste deep underground.

27)  Since 1994, I have served on a special Peer Review Committee that is assisting the US Army to develop an advanced safety analysis of the Army activity to destroy by incineration the hundreds of thousands of obsolete chemical weapons now stored at eight Army sites.  Analysis of fire safety is among the important topics of this work.

28)  In 1986 -1987, I served on the Electric Power Research Institute's "Chernobyl Advisory Panel", that advised the US' nuclear-power-generating utilities about various potential safety lessons learned from the Chernobyl nuclear-power accident in the Ukraine.

29)  Since 1988, I served on the Board of Directors of the California Radioactive Materials Management Forum, the organization of generators of radioactive waste in California that has been the principal industry/hospital/university lobbying organization to develop the low-level-radioactive-waste site at Ward Valley, California.

30) Since 1985, I have served on the Board of Directors of the Pacific Environment and Resources Center, a non-profit organization in Sausalito, California that carries on educational, research, and public-advocacy programs related to the environment around the Pacific rim.

31)  I worked on three projects in the past few years for EG&G Rocky Flats, either directly or indirectly through subcontractors:

- o    In 1991, I worked, as a subcontractor to Stone and Webster Engineering Company, on a project to develop an advanced safety analysis to support the restart of two Rocky Flats weapons-production operations. My work consisted of performing and reviewing safety analyses of various postulated accidents.

- o    In 1994, I served, as a subcontractor to M. West &

9

Associates, as the chairman of a specially-constituted peer-review group that reviewed the most recent evaluation of the seismic hazard -- the likelihood of earthquakes -- at the Rocky Flats site.

o    In 1994, I served, under a direct contract from EG&G Rocky Flats, as a technical reviewer of a large Rocky Flats planning document that attempted to prioritize all of the safety-analysis and safety-backfit work necessary to restart certain weapons-production facilities at Rocky Flats.

# List of Publications
# Dr. Robert J. Budnitz

"Unsuccessful Search for an Excited Electron", R.J. Budnitz, J.R. Dunning, M. Goitein, N.F. Ramsey, J.K. Walker, and Richard Wilson, Physical Review 141, 1313 (1966)

"Measurements of Elastic Electron-Proton Scattering at High Momentum Transfers by a Coincidence Technique", M. Goitein, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, K. Hanson, D. Imrie, C. Mistretta, J.K. Walker, Richard Wilson, G.F. Dell, M. Fotino, J.M. Patterson, and H. Winick, Physical Review Letters 18, 1016 (1967)

"Quasi-Elastic Electron-Deuteron Scattering at Forward Angles", R.J. Budnitz, J. Appel, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, C. Mistretta, J.K. Walker, and Richard Wilson, Physical Review Letters 19, 809 (1967)

"Neutron Form Factors from Quasi-Elastic Electron-Deuteron Scattering", R.J. Budnitz, J. Appel, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, C. Mistretta, J.K. Walker, and Richard Wilson, Physical Review 173, 1357 (1968)

"Search for the Electroproduction of the N'(1470) Resonance from Deuterium", J. Alberi, J. Appel, R.J. Budnitz, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, C. Mistretta, and Richard Wilson, Physical Review 176, 1631 (1968)

"Differential Cross-Sections for Neutral-Pion Electroproduction Near the First Pion-Nucleon Resonance", C. Mistretta, D. Imrie, J. Appel, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, A. Litke, and Richard Wilson, Physical Review Letters 20, 1070 (1968)

"Angular Distributions for Pi-Plus Electroproduction and the Pion Form Factor", C. Mistretta, D. Imrie, J. Appel, R.J. Budnitz, L. Carroll, M. Goitein, K. Hanson, and Richard Wilson, Physical Review Letters 20, 1523 (1968)

"Coincidence Measurements of Single-Pion Electroproduction Near the Delta(1236) Resonance", C. Mistretta, J. Appel, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, M. Goitein, K. Hanson, D. Imrie, and Richard Wilson, Physical Review D, 184, 1487 (1969)

"Elastic Electron-Proton Scattering Cross-Sections Measured by a Coincidence Technique", M. Goitein, R.J. Budnitz, L. Carroll, J. Chen, J.R. Dunning, K. Hanson, D. Imrie, C. Mistretta, and Richard Wilson, Physical Review D 1, 2449 (1970)

Survey of Instrumentation for Environmental Monitoring, Report LBL-1, Environmental Instrumentation Group, Lawrence Berkeley Laboratory (1972)

"A Charge Asymmetry Measurement System", R.M. Graven, J.H. Brewer, R.J. Budnitz, R.L. McCarthy, and D.H. Miller, Nuclear Instruments and Methods 102, 45 (1972)

1

"CP-Violating Charge Asymmetry in the Decay $K_L^\circ \dashrightarrow pi + mu + neutrino$", R.L. McCarthy, J.H. Brewer, R.J. Budnitz, A.C. Entis, R.M. Graven, D.H. Miller, and W.N. Ross, Physics Letters 42B, 291 (1972)

"Charge Asymmetry in the Decay $K_L^\circ \dashrightarrow pi + mu + neutrino$", R.L. McCarthy, J.H. Brewer, R.J. Budnitz, A.C. Entis, R.M. Graven, D.H. Miller, and W.N. Ross, Physical Review D 7, 687 (1973)

"Radon-222 and Its Daughters - A Review of Instrumentation for Occupational and Environmental Monitoring", R.J. Budnitz, Health Physics 26, 145 (1974)

"Tritium Instrumentation for Environmental and Occupational Monitoring - A Review", R.J. Budnitz, Health Physics 26, 165 (1974)

"Plutonium: A Review of Measurement Techniques for Environmental Monitoring", R.J. Budnitz, IEEE Transactions on Nuclear Science, NS-21(1), 430 (1974)

"Krypton-85: A Review of Instrumentation for Environmental Monitoring", R.J. Budnitz, in Noble Gases, R.E. Stanley and A.A. Moghissi (editors), U.S. Environmental Protection Agency, Las Vegas, Nevada (1975)

"Instrumentation for Environmental Monitoring in Biological Systems", N.A. Amer, R.M. Graven, R.J. Budnitz, and D.A. Mack, IEEE Transactions on Nuclear Science, NS-22(1), 633 (1975)

Report to the American Physical Society by the Study Group on Light-Water Reactor Safety, H.W. Lewis, R.J. Budnitz, A.W. Castleman, D.E. Dorfan, F.C. Finlayson, R.L. Garwin, L.C. Hebel, S.M. Keeny, R.A. Muller, T.B. Taylor, G.F. Smoot, and F. von Hippel, Reviews of Modern Physics 47, Supplement No. 1 (1975)

"Review of the American Physical Society Light Water Reactor Safety Study", R.J. Budnitz, IEEE Transactions on Nuclear Science NS-23(1), 25 (1976)

"Social and Environmental Costs of Energy Systems", R.J. Budnitz and J.P. Holdren, in Annual Review of Energy, J.M. Hollander (editor), Vol. 1, 553 (1976)

"Sources of Residuals and Techniques for Their Control: Research and Development Needs", Panel on Sources and Control Techniques, Environmental Research Assessment Committee (R. J. Budnitz, member), National Academy of Sciences (1977)

"U.S. Electricity Through the Year 2000: Coal or Nuclear?", R. J. Budnitz, L. D. Hamilton, J. P. Holdren, and J.D. Morgan, CRC Forum on Energy, CRC Press (1977)

"U.S. Energy Through the Year 2000: How Much Will Be Required?", K.C. Hoffman, R.J. Budnitz, J.H. Gibbons, P.F. Swenson, and D. Wood, CRC Forum on Energy, CRC Press (1977)

2

"Risk Assessment Review Group Report to the U.S. Nuclear Regulatory Commission," H.W. Lewis, R.J. Budnitz, H.J.C. Kouts, W.B. Loewenstein, W.D. Rowe, F. von Hippel, and F. Zachariasen, Report NUREG/CR-0400, U.S. Nuclear Regulatory Commission (1978)

"Human Disease from Radon Exposures: The Impact of Energy Conservation in Residential Buildings", R.J. Budnitz, J.V. Berk, C.D. Hollowell, W.W. Nazaroff, A.V. Nero, and A.H. Rosenfeld, Energy and Buildings 2, 209 (1979)

"Highlights of the NRC Licensing Process and the NRC R&D Program for Deep Geological Storage Facilities", R.J. Budnitz, IEEE Transactions on Nuclear Science, NS-27(4), 1268 (1980)

Three Mile Island: A Report to the NRC and to the Public, U.S. Nuclear Regulatory Commission Special Inquiry Group, in four volumes: Mitchell Rogovin, Director (R.J. Budnitz, Technical Coordinator), U.S. Nuclear Regulatory Commission (1980)

"How Reactor Safety is Assured in the United States", article in Energy for the Year 2000, Richard Wilson (editor), Plenum Press, New York (1981)

"The Role of Risk Assessment in Reactor Safety", article in Energy for the Year 2000, Richard Wilson (editor), Plenum Press, New York (1981)

"The Response of the Nuclear Regulatory Commission to the Accident at Three Mile Island", article in The Three Mile Island Accident: Lessons and Implications, T.H. Moss and D.L. Sills (editors), Annals of the New York Academy of Sciences, Vol. 365 (1981)

"Review and Critique of Previous Probabilistic Accident Assessments for the Shoreham Nuclear Power Station", R.J. Budnitz, P.R. Davis, S. Fabic, and H.E. Lambert, Future Resources Associates, Inc., Report prepared for Suffolk County (New York) Radiological Emergency Response Plan Steering Committee (1982)

"Future Directions for Seismic Risk Research", R.J. Budnitz, Proceedings of Seismic Risk and Heavy Industrial Facilities Conference, San Francisco, sponsored by Lawrence Livermore National Laboratory (1983)

"Reactor Quality, Factors Affecting Managerial and Institutional Competence of Utility Nuclear Operations", A. Weitzberg, P.D. O'Reilly, J. Snell, M.R. Booska, A.C. D'Hoostelaere, F.C. Duvall, and R.J. Budnitz, Report NUS-4314, prepared by NUS Corporation for U.S. Congress Office of Technology Assessment (1983)

Instrumentation for Environmental Monitoring of Radiation, R.J. Budnitz, A.V. Nero, D.J. Murphy, and R.M. Graven, John Wiley & Sons, New York (1983)

"What We Now Know (And Don't Know) About Reactor Safety", R.J. Budnitz, Workshop on Nuclear Electric Power in the Asia-Pacific Region, Honolulu East-West Center (1983), published in Energy, Vol. 9, 943 (1984)

"External Initiators in Probabilistic Reactor Safety Analysis -- Earthquakes, Fires, Floods, Winds", Risk Analysis 4, 323 (1984)

3

"Report on the Review of Proposed Environmental Standards for the Management and Disposal of Spent Nuclear Fuel, High-Level and Transuranic Radioactive Wastes (40 CFR 191)", H.E. Collier, B.B. Boecker, R.J. Budnitz, F. Culler, S.N. Davis, C. Fairhurst, B. Giletti, S.V. Kaye, K. Krauskopf, T.R. Lash, J.V. Neel, D. Okrent, and F. Parker, High-Level Radioactive Waste Disposal Subcommittee of the Science Advisory Board, U.S. Environmental Protection Agency (1984)

"Uncertainties in the Systems Analysis Part of Seismic Probabilistic Risk Assessment, Phase I Final Report", R.J. Budnitz and H.E. Lambert, report by Future Resources Associates to U.S. Nuclear Regulatory Commission (1984)

"NRC Seismic Design Margins Program Plan", G.E. Cummings, J.J. Johnson, and R.J. Budnitz, Report UCID-20247, Lawrence Livermore National Laboratory (1984); also published in "Transactions of the 8th International Conference on Structure Mechanics in Reactor Technology, Brussels, Report NUREG/CP-0065, U.S. Nuclear Regulatory Commission (1985)

"Probabilistic Risk Assessment Reference Document", J. A. Murphy, D. C. Aldrich, A.S. Benjamin, R.J. Budnitz, J.W. Hickman, V. Joksimovich, W.E. Vesely, and J. Young, Report NUREG-1050, U.S. Nuclear Regulatory Commission (1984)

"An Approach to the Quantification of Seismic Margins in Nuclear Power Plants", R.J. Budnitz, P.J. Amico, C.A. Cornell, W.J. Hall, R.P. Kennedy, J.W. Reed, and M. Shinozuka, Lawrence Livermore National Laboratory, Report NUREG/CR-4334, prepared for U.S. Nuclear Regulatory Commission (1985)

"The Implications of Reduced Source Terms for U.S. Nuclear Regulation and For Existing and New Reactor Designs", R.J. Budnitz, paper presented at Fifth Pacific Basin Nuclear Conference, Seoul (1985)

"Winning Power Generation Technologies for the Future", P.B. Bos, J. M. Weingart, R.J. Budnitz, and J. Doyle, Polydyne, Inc., San Mateo, California, report prepared for Southern California Edison Company (1985)

"An Appropriate Level for Reactor Safety Research", R.J. Budnitz and H.J.C. Kouts, Proceedings of International ANS/ENS Topical Meeting on Thermal Reactor Safety, San Diego, Vol. 5, page XXIV.5-1 (1986)

"Utility Benefits From Targeting Demand-Side Management Programs at Specific Distribution Areas", B. Rosenblum, P. Donovan, H. Hamester, C. LaPorta, J. Taul, J. Eto, E. Kahn, and R.J. Budnitz, Report EPRI EM-4771, report prepared by R&C Enterprises, Ltd., Santa Cruz, California for Electric Power Research Institute (1986)

"Recent Developments in Methodology and Findings From Seismic PSA", R.J. Budnitz, paper presented at Advisory Group Meeting on Treatment of Hazards in Probabilistic Safety Assessment, sponsored by International Atomic Energy Agency, Vienna (1986)

4

"Relay Chatter and Operator Response After a Large Earthquake: An Improved PRA Methodology with Case Studies", R.J. Budnitz, H.E. Lambert, and E.E. Hill, Future Resources Associates, Inc., Report NUREG/CR-4910, prepared for U.S. Nuclear Regulatory Commission (1987)

"A Study of Relay, Breaker, Instrumentation and Control Failures During an Earthquake and Their Effect on Nuclear Power Plant Safety", H.E. Lambert and R.J. Budnitz, paper at ANS/ENS International Topical Conference on Probabilistic Safety Assessment and Risk Management, Zurich, Switzerland, Vol. 1, p. 243 (1987)

"Recent Developments in Methodology and Applications of Seismic PSA", R.J. Budnitz, paper at ANS/ENS International Topical Conference on Probabilistic Safety Assessment and Risk Management, Zurich, Switzerland, Vol. 1, p. 213 (1987)

"Extending a HCLPF-Based Seismic Margin Review to Analyze the Potential for Large Radiological Releases and the Importance of Human Factors and Non-Seismic Failures", R.J. Budnitz, D.L. Moore, J. Young, and R.J. Breeding, Report by Future Resources Associates, Inc. to U.S. Nuclear Regulatory Commission (1987)

"Exploring the Competitive Potential of Magnetic Fusion Energy: The Interaction of Economics With Safety and Environmental Characteristics", J.P. Holdren, D.H. Berwald, R.J. Budnitz, J.G. Crocker, J.G. Delene, R.D. Endicott, M.S. Kazimi, R.A. Krakowski, B.G. Logan, and K.R. Schultz, Fusion Technology 13, 7-56, (1988)

"Techniques for Determining Probabilities of Events and Processes Affecting the Performance of Geological Repositories", R.L. Hunter, C. J. Mann, R.J. Budnitz, J. Conover, H. Einstein, G. Baecher, J. Harbaugh, M. King, A. McBirney, J. Callender, T. Webb, A. Gutjahr, and P. Bartlein, Report NUREG/CR-3964, Sandia National Laboratories, prepared for U.S. Nuclear Regulatory Commission (1987)

"Evaluation of External Hazards to Nuclear Power Plants in the United States", C.Y. Kimura and R.J. Budnitz, Lawrence Livermore National Laboratory, Report NUREG/CR-5042, prepared for U.S. Nuclear Regulatory Commission (1987)

"Reactor Risk Reference Document", M.L. Ernst, J.A. Murphy, M.A. Cunningham, J.A. Malaro, J.C. Glynn, B.M. Morris, J.A. Mitchell, R.S. Denning, R.C. Bertucio, and R.J. Budnitz, Report NUREG-1150, U.S. Nuclear Regulatory Commission (draft, 1987)

"Content of PRA Submittals for Future LWRs", R.J. Budnitz and V. Joksimovich, NUS Corporation, Report NUREG/CR-4812, prepared for Brookhaven National Laboratory and U.S. Nuclear Regulatory Commission (1988)

"State-Federal Interactions in Nuclear Regulation", A.D. Pasternak and R.J. Budnitz, Future Resources Associates, Report UCRL-21090, Lawrence Livermore National Laboratory, prepared for U.S. Department of Energy (1988)

"Assessment of Candidate Reactor Technologies for the New Production Reactor", L. T. Papay, F. Baranowski, W. Behnke, V. Boyer, F. Buckman, R.J. Budnitz, F. Culler, J. Gavin, R. Gens, J. Gilbert, J.E. Gray, J.M. Hendrie, K. Lathrop, R. Patrick, D. Pimentel, L. Roddis, J.H. Schoettler, and N. Todreas, Report DOE/S-0064 to the Energy Research Advisory Board, U.S. Department of Energy (1988)

"Towards Performance Standards", by R.J. Budnitz, chapter in Searching for Safety, by A. Wildavsky, Transaction Books, New Brunswick (1988)

"Individual Plant Examinations for External Events: Guidance and Procedures", R.C. Murray, P.G. Prassinos, J.B. Savy, D.L. Bernreuter, G.E. Cummings, R.J. Budnitz, and M.K. Ravindra, Report NUREG/CR-5259, Lawrence Livermore National Laboratory and U.S. Nuclear Regulatory Commission (1989)

"Individual Plant Examinations for External Events: Review Plan and Evaluation Criteria", R.C. Murray, P.G. Prassinos, J.B. Savy, D.L. Bernreuter, G.E. Cummings, R.J. Budnitz, and M.K. Ravindra, Report NUREG/CR-5260, Lawrence Livermore National Laboratory and U.S. Nuclear Regulatory Commission (1989)

"Summary of the Report of the Senior Committee on Environmental, Safety, and Economic Aspects of Fusion Energy", J.P. Holdren, D.H. Berwald, R.J. Budnitz, J.G. Crocker, J.G. Delene, R.D. Endicott, M.S. Kazimi, R.A. Krakowski, B.G. Logan, and K.R. Schultz, Report UCRL-53776, Lawrence Livermore National Laboratory, report to the U.S. Department of Energy (1989)

"Relay Chatter and its Effects on Nuclear Plant Safety", H.E. Lambert and R.J. Budnitz, Proceedings of the Tenth International (SMiRT) Conference on Structural Mechanics in Reactor Technology, Anaheim, California (1989)

"An Evaluation of the Reliability and Usefulness of External-Initiator PRA Methodologies", R.J. Budnitz and H.E. Lambert, Report NUREG/CR-5477, Future Resources Associates, Inc. and U.S. Nuclear Regulatory Commission (1989)

"A Probabilistic Safety Assessment Peer Review: A Case Study on the Use of Probabilistic Safety Assessment for Safety Decisions", R. J. Budnitz and H. E. Lambert, International Atomic Energy Agency (Vienna), Report IAEA-TECDOC-522, as a contribution to Manual for PSA and Its Application in Safety Decisions (1989)

"Seismic PRA: Recent Developments in Methodology and Applications", R.J. Budnitz, Proceedings of PSA'89 International Topical Meeting on Probability, Reliability, and Safety Assessment, American Nuclear Society, Pittsburgh (1989)

"The Safety of Current LWRs Against Earthquake-Initiated Accidents", R.J. Budnitz, Proceedings of the 7th Pacific Basin Nuclear Conference, American Nuclear Society, San Diego (1990)

"Recent Extensions to Seismic Margin Review Methodology", R.J. Budnitz, P.G. Prassinos, and M.K. Ravindra, Nuclear Engineering and Design 123, 197-204 (1990)

"Seismic PRA Methods: Insights and Limitations", R.J. Budnitz, in "Proceedings of the CSNI Workshop on PSA Applications and Limitations, Santa Fe, NM in

6

September, 1990", Report NUREG/CP-0115, U.S. Nuclear Regulatory Commission (1991)

"Advanced Nuclear Reactor Technologies for the Next Century", R.J. Budnitz, contributed paper to "International Andrei Sakharov Memorial Congress on Peace, Progress and Human Rights", Moscow, May 1991

"FSAR Review Team Report on Rocky Flats Plant Building 707", E.A. Warman, chairman of the FSAR Review Team (R.J. Budnitz, member), report by Stone & Webster Engineering Corporation for EG&G-Rocky Flats Inc. and U.S. Department of Energy, 2 volumes (1991)

"The Use of Probabilistic Safety Analysis in New Safety Issue Identification and Ranking", R. J. Budnitz, report to International Atomic Energy Agency (Vienna) as a contribution to Manual for PSA and Its Application in Safety Decisions (1992)

"Seismic Margin Review of a Nuclear Power Plant: A Case Study", R.J. Budnitz, report to International Atomic Energy Agency (Vienna) as a contribution to Manual for PSA and Its Application in Safety Decisions (1992)

"Treatment of Hazards in Probabilistic Safety Assessment", R.J. Budnitz, M. Dusic, J. Faure, M.R. Hayns, and A. van Urk, Safety Series Report, International Atomic Energy Agency, Vienna (1992)

"Extending a HCLPF-Based Seismic Margin Review to Analyze the Potential for Large Radiological Releases and the Importance of Human Factors and Non-Seismic Failures", R.J. Budnitz, D.L. Moore, J. Young, and R.J. Breeding, Report NUREG-/CR-5678, Future Resources Associates, Inc. and U.S. Nuclear Regulatory Commission (1992)

"A Scoping Evaluation of Severe Accidents at the Surry and Grand Gulf Nuclear Power Plants Resulting from Earthquakes During Shutdown Conditions", R.J. Budnitz and P.R. Davis, Future Resources Associates, Inc., report to the U.S. Nuclear Regulatory Commission (1992)

"Enhancing the NRC and EPRI Seismic Margin Review Methodologies to Analyze the Importance of Non-Seismic Failures, Human Errors, Opportunities for Recovery, and Large Radiological Releases", R.J. Budnitz, D.L. Moore, and J.A. Julius, Report NUREG/CR-5679, Future Resources Associates, Inc. and U.S. Nuclear Regulatory Commission (1992)

"Disposition of Weapons Plutonium from the Warheads and Stockpiles of the U.S. and Former U.S.S.R.", Robert J. Budnitz, Proceedings of Second MIT International Conference on the Next Generation of Nuclear Power Technology (1993)

"Evaluation of Potential Severe Accidents During Low Power and Shutdown Operations at Grand Gulf, Unit 1: Analysis of Core Damage Frequency from Seismic Events", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Report NUREG/CR-6143 (Volume 5), Future Resources Associates, Inc., report to the U.S. Nuclear Regulatory Commission (1994)

"Evaluation of Potential Severe Accidents During Low Power and Shutdown

7

Operations at Surry, Unit 1: Analysis of Core Damage Frequency from Seismic Events During Mid-Loop Operations", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Report NUREG/CR-6144 (Volume 5), Future Resources Associates, Inc., report to the U.S. Nuclear Regulatory Commission (1994)

"Recommendations for Probabilistic Seismic Hazard Analysis: Guidance on Uncertainty and Use of Experts", R.J. Budnitz, G. Apostolakis, D.M. Boore, L.S. Cluff, K.J. Coppersmith, C.A. Cornell, and P.A. Morris, Report NUREG/CR-6372, Lawrence Livermore National Laboratory, sponsored by the U.S. Nuclear Regulatory Commission, U.S. Department of Energy, and Electric Power Research Institute (1995)

"Environmental Impact Comparisons of Alternative Generation Technologies", Robert J. Budnitz, paper at 1995 International Conference on Nuclear Power and Public Acceptance", Taipei, Taiwan (1995)

"Management and Disposition of Excess Weapons Plutonium: Reactor-Related Options", Panel on Reactor Related Options for Disposition of Excess Weapons Plutonium (R. J. Budnitz, member), Committee on International Security and Arms Control, National Academy of Sciences (1995)

"Report of the Review Team on the Department of Energy Natural Phenomena Hazards Mitigation Order and Standards", S. Additon, P. Amico, N. Brown, R.J. Budnitz, J. Christian, R. Murray, K. Perkins, A. Wong, and R. Youngblood, report for the U.S. Department of Energy's Office of Nuclear Safety Policy and Standards (1995)

"Seismic Risks of Nuclear Power Plants Under Shutdown Conditions", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Proceedings of ASME-Pressure-Vessel-and-Piping Hawaii Conference (1995)

"Seismic Risks of Nuclear Power Plants Under Shutdown Conditions", R.J. Budnitz, P.R. Davis, M.K. Ravindra, and W.H. Tong, Proceedings of 13th International SMiRT Conference on Structural Mechanics in Reactor Technology, Porto Alegre, Brazil (1995)

"Barriers to Science: Technical Management of the Department of Energy Environmental Remediation Program", Report by the Committee on Remediation of Buried and Tank Wastes (R.J. Budnitz, Chairman), National Academy of Sciences (1995)

"The Potential Role of Containment-in-Place in an Integrated Approach to the Hanford Reservation Site Environmental Remediation", Report by the Committee on Remediation of Buried and Tank Wastes (R.J. Budnitz, Chairman), National Academy of Sciences (1995)

"Safety of the High-Level Uranium Ore Residues at the Niagara Falls Storage Site, Lewiston, New York," Report by the Committee on Remediation of Buried and Tank Wastes (R.J. Budnitz, Chairman), National Academy of Sciences (1995)

"Technical Bases for Yucca Mountain Standards", Committee on Technical Bases
for Yucca Mountain Standards, (R. J. Budnitz, member), National Academy of
Sciences (1995)

"Development of a Methodology for Analyzing Precursors to Earthquake-Initiated
and Fire-Initiated Accident Sequences", Robert J. Budnitz, George Apostolakis,
and Stanley T. Jones, Future Resources Associates, Inc., report to the U.S.
Nuclear Regulatory Commission (1995)

9

## Attachment C
## Statement of Qualifications and Background
## Nathan Y. Chan, Ph.D.

(1)     My name is NATHAN Y. CHAN. I am an associate with Decision Focus Incorporated (hereafter, "DFI"), a consulting and contract research firm located in Mountain View, California.

(2)     I provide this statement in connection with the technical assistance I provided in the development of expert reports addressing:

- Management of wastes, residues, and risks in the Rockwell era, authored by Dr. D. Warner North of DFI and Dr. Robert J. Budnitz of Future Resources Associates, Inc.

- Fire safety in the Dow era, authored by Dr. Robert J. Budnitz of Future Resources Associates, Inc.

- Events involving the 903 Area at Rocky Flats during the Dow era, authored by Dr. Robert J. Budnitz of Future Resources Associates, Inc.

(3)     In this statement I briefly review my background and expertise.

(4)     I received a Bachelor of Science degree in Mechanical Engineering from Texas A&M University in 1987. I received a Master of Science degree in Operations Research from Stanford University in 1989. I completed a Doctor of Philosophy degree at Stanford University in 1992, with a major field in Operations Research and a minor field in Civil Engineering - Water Resources. While at Stanford I held teaching assistantships in the Department of Operations Research and research assistantships in the Departments of Operations Research and Civil Engineering.

(5)     In my doctoral program at Stanford, my dissertation involved the study of pollutant migration in groundwater and optimization of remedial actions. I also completed coursework in water resources systems analysis, hydrogeology, environmental modeling, and advanced probability and statistics.

(6)     In the fall of 1992 I joined DFI. I have worked on several environmentally-related projects at DFI, including:

- Development of a mathematical modeling system to simulate the flow of water and contaminants through a powerplant's wastewater system, and the consequent pollutant loading discharged to surface water bodies.

- Development of the groundwater pathway portion of a multi-pathway risk assessment framework.

- Modeling and evaluation of the potential increase in heat-related health risks resulting from global climate change.

- Modeling and analysis of scientific and economic uncertainty and its impact upon governmental policy decisions to mitigate or adapt to climate change.

- Modeling and risk analysis of carcinogenic and noncarcinogenic inhalation risks resulting from fossil-fired powerplant emissions.

(7)    In 1994-1995, I worked on a DFI project as part of the Consortium for Environmental Risk Evaluation (CERE), a group of organizations formed to carry out an overview of risks at the most important sites of the DOE weapons complex. I was a member of the Rocky Flats Evaluation Team, which qualitatively evaluated and prioritized the most important current risks at the site. As part of my work, I visited and toured areas of the site outside of the Perimeter Security Zone; reviewed numerous documents addressing waste management, environmental restoration, and plutonium storage and safety; and held discussions with approximately 30 DOE and contractor personnel.

(8)    My publications in the open literature include:

- Chan, N.  Robustness of the Multiple Realization Method for Stochastic Hydraulic Aquifer Management, Water Resources Research, 29(9), 3159-3167, September 1993.

- Chan, N.  Partial Infeasibility Method for Chance-constrained Aquifer Management, Journal of Water Resources Planning and Management, 120(1), 70-89, Jan/Feb 1994.

- Wapman, K., Chan, N., Wilson, D., and Goldstein, R.  A Framework for Efficient Watershed Management, presented at the American Society of Civil Engineers First International Conference on Water Resources Engineering, August 1995.

(9)    Given my academic training in engineering, environmental science, and mathematical modeling, my experience with risk analysis-related consulting projects, and my previous familiarity with the Rocky Flats site and its issues, I believe I am well-qualified to contribute documentary and technical support to the expert reports described above.