## Attachment D
## List of Documents Considered In Preparing
## "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| The Control of Beryllium Hazards | C. Lindeken, O. Meadors | 6/1/60 |
| Beryllium Air Sampling Memos | S. Hammond | 2/1/63 |
| Solar Pond Evaporation Inspection | J. Benson | 6/27/64 |
| Proposed Additional Shielding, Buildings 71, 76, and 77 | J. Bane | 12/15/67 |
| Radioactive Waste Management Plan | Dow Chemical Company | 12/26/68 |
| Recommendations for Building 707 | G. Dunning | 5/27/69 |
| Safety in Buildings 707 and 776 | G. Weldon | 6/4/69 |
| Fire Experience at Rocky Flats Plant | H. Donnelly, M. Biles, L. Joshel, R. Hollingsworth | 7/11/69 |
| Fire Protection Survey of Building 771 | N. Glover, K. Hess, T. Eckert | 7/14/69 |
| Frequency of Fires at Rocky Flats | E. Giller | 7/23/69 |
| Report on Investigation of Fire Building 776-777 Rocky Flats Plant, Vol. 1 | AEC | 8/1/69 |
| Report on Investigation of Fire Building 776-777 Rocky Flats Plant, Vol. 2-A | AEC | 8/1/69 |
| Report on Investigation of Fire Building 776-777 Rocky Flats Plant, Vol. 2-B | AEC | 8/1/69 |
| Report on Investigation of Fire Building 776-777 Rocky Flats Plant, Vol. 3 | AEC | 8/1/69 |
| Report on Investigation of Fire Building 776-777 Rocky Flats Plant, Vol. 4 | AEC | 8/1/69 |
| Report on Investigation of Fire Building 776-777 Rocky Flats Plant, Vol. 5 | AEC | 8/1/69 |
| Construction of Roofs - Buildings 776-777 | J. Derry | 9/2/69 |
| Report by the General Manager, AEC, on Management Implications of the Fire in Building 776-777 | unknown | 9/10/69 |
| Safety Considerations in Buildings 776/777 - 707 at Rocky Flats | E. Giller | 9/24/69 |
| Safety Factors in Buildings 707 and 776 | G. Dunning | 9/26/69 |
| Possible "Areas of Concern" Research at Rocky Flats | L. Matheson | 10/6/69 |
| Plutonium Safety Studies | J. Erlewine | 10/17/69 |
| Safety at the Rocky Flats Plant | M. Biles, R. Hollingsworth, H. Donnelly | 11/1/69 |
| Potential Fire Hazard (Building 776) | M. Thompson | 11/11/69 |
| Hearings before Senate Committee on Appropriations, 91-2, on H.R. 18127 | Senate Committee on Appropriations | 1/1/70 |
| Hearings before House Committee on Appropriations, 91-2, on AEC Appropriation Bill | House Committee on Appropriations | 1/1/70 |
| Final Report Fire Protection Survey | Factory Insurance Association | 2/1/70 |

**Attachment D**
**List of Documents Considered in Preparing**
**"Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"**

| Title | Author(s) | Date |
|---|---|---|
| Glovebox Fire Safety | M. Biles | 5/22/70 |
| Summary of Recommendations, May 11, 1970 [sic: 1969] Rocky Flats Fire | AEC(?) | 7/9/70 |
| Hearings before House Committee on Appropriations, 91-2, on Supplemental Appropriation Bill | House Committee on Appropriations | 10/1/70 |
| Hearings before Senate Committee on Appropriations, 91-2, on H.R. 19928 | Senate Committee on Appropriations | 11/21/70 |
| Fires that Originated within Plutonium Handling Areas | W. Lee | 3/15/71 |
| Draft Environmental Statement - Rocky Flats Plant Plutonium Recovery Facility | AEC | 4/1/71 |
| Incidents at Rocky Flats | H. Donnelly | 10/6/71 |
| Packaging and Shipping of Wastes in Outside Storage | J. Owen | 10/20/71 |
| Study of Plutonium in Aquatic Systems of the Rocky Flats Environs | J. Johnson | 6/1/74 |
| Contaminated Area East of Solar Ponds | C.J. Barker | 10/11/74 |
| Questions Regarding Contaminated Area East of the Solar Ponds | M. Thompson | 10/24/74 |
| Special Survey of Material Accumulations in Glovebox Exhaust Ducts in Building 771 | Cruickshnk et al. | 11/5/74 |
| Fire Safety Design Review, Rocky Flats Plant | TERA Corporation | 12/1/78 |
| Church v. Dow and Rockwall, Pre-Trial Statement | Fairfield and Woods | 1/1/78 |
| 1977 Annual Environmental Monitoring Report | Rockwell | 4/26/78 |
| Construction Management Problems Have Delayed Completion of the New Plutonium Facilities at Rocky Flats, Colorado | GAO | 5/2/78 |
| Fire in Beryllium Air Plenum South of Building 444 | Rockwell | 7/6/78 |
| 1978 Annual Environmental Monitoring Report | Rockwell | 5/15/79 |
| Final Safety Analysis Report Building 374 | Rockwell | 2/1/80 |
| Radionuclide Concentrations in Reservoirs, Steams, and Domestic Waters near the Rocky Flats Installation | Battelle | 2/19/80 |
| Building 371 Final Safety Analysis Report | Rockwell | 7/15/81 |
| Better Oversight needed for Safety and Health Activities at DOE's Nuclear Facilities | GAO | 8/4/81 |
| 1981 Annual Environmental Monitoring Report | Rockwell | 4/15/82 |
| Church v. U.S., District Court Opinion | R. Matsch | 5/27/82 |
| Safety & Safeguards Concerns at Rocky Flats (summary of union concerns) | D. Ross | 1/10/83 |
| Comment on the Safety Analyses and Risk Assessment Report | C. Johnson | 1/21/83 |
| Epidemiological Aspects of Beryllium-induced nonmalignant lung disease - a 30-year update | M. Eisenbud, J. Lisson | 3/1/83 |

## Attachment D
## List of Documents Considered In Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| McKay v. United States, Tenth Circuit Court of Appeals Ruling | Tenth Circuit Court of Appeals | 3/23/83 |
| Transuranium Elements Around the Rocky Flats Plant | C. Illsley | 1/1/84 |
| Legal Environmental Assistance Foundation (LEAF) v. Hodel Opinion | Taylor | 4/13/64 |
| Congressional Request for Information on DOE Hazardous Waste and Radioactive Mixed Waste Management | R.G. Romatowski | 5/29/84 |
| Prerenewal Appraisal of Performance | R.G. Romatowski | 10/15/84 |
| Prerenewal Appraisal of Performance, 1/1/81 through 8/31/84 | DOE | 10/15/84 |
| Colorado Authorization of State Hazardous Waste Management Program | EPA | 10/19/84 |
| NPDES Permit Violation - Bypass of Spray Irrigation Water around NPDES discharge points | unknown | 10/26/64 |
| Control Procedure for Spray Irrigation of Nitrate Sump Water | Rockwell | 11/12/64 |
| Analysis of Great Western Reservoir Plutonium Concentration Data | V. Sackschewsky | 1/2/85 |
| Rocky Flats Risk Assessment Guide | Rockwell | 3/1/85 |
| Annual Report of the Surface Air Sampling Program, 1985 | H. Fealy, R. Larson, C. Sanderson | 3/1/85 |
| Negligent and Shoddy Storage and Maintenance; Building 883 Utility and North Basement Areas | R. Hayne | 4/13/85 |
| Performance Evaluation Report 10/1/84 through 3/31/85 | R. Romatowski | 5/23/95 |
| McKay v. United States, Findings of Fact and Conclusions of Law | R. Matsch | 7/3/85 |
| Long Range Recovery of Plutonium Scrap in the DOE Defense Programs Complex | Economic Discard Limit Task Group | 9/1/85 |
| An Assessment of Safeguards and Security Systems at Selected DOE Nuclear Facilities (Rocky Flats portion of report) | The Aerospace Corporation | 10/1/65 |
| Final Safety Analysis Report Building 776-777 | Rockwell | 11/1/85 |
| Byproduct Material Rule | DOE | 11/1/95 |
| Re: Performance Evaluation Appraisal | DOE | 11/25/85 |
| 1985 Annual Environmental Monitoring Report | Rockwell | 12/1/85 |
| Conceptual Design Report: Environmental Improvement Projects, Underground Piping and Tank Removal | Rockwell | 12/1/85 |
| McKay v. United States, Joint Statement of Settlement | P. McKay | 1/10/86 |
| Goal Achievement Objectives, Plutonium Supply, Demand, Required Ending Inventory Initiatives | R. Romatowski | 4/2/86 |
| Comprehensive Environmental Assessment and Response Program (CEARP), Phase I Draft Report | Rockwell | 4/24/86 |
| Management of Mixed Waste at Rocky Flats | J. Hayden & J. Alexander | 6/17/86 |
| Briefing for Mary L. Walker | DOE, unknown | 7/14/86 |

## Attachment D
### List of Documents Considered in Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| Alternate Spray Irrigation Site | G. Williams | 12/7/87 |
| Spray Irrigation at Rocky Flats | G. Satlock | 12/11/87 |
| Rocky Flats Low-Level Waste Compliance Program | unknown | 12/22/87 |
| REECo Audit of Waste Operations | R. Williams | 12/22/87 |
| Pondcrete Inspection Logs | unknown | 2/1/88 |
| Hazardous Waste Management Facility Inspection Logs | F. DeSalas | 2/1/88 |
| Implementation Plan for Environmental Survey Findings Revision 1.0 | Rockwell | 2/1/88 |
| Outstanding Actions needed to ship pondcrete and saltcrete to the NTS | W. Rask | 2/29/88 |
| Technical Safety Appraisal Building 776-777 | DOE | 3/1/88 |
| Re: 776/777 Safety Appraisal, Letter to B. Wozniak, Rockwell | G. Faulhaber | 4/14/88 |
| Pondcrete Storage 904 Pad | R. Hawes | 5/26/88 |
| Dealing with Problems in the Nuclear Defense Complex Expected to Cost over $100 Billion | GAO | 7/1/88 |
| Waste Operations - Pondcrete Quality Assurance Plan | E. D'Amico | 7/22/88 |
| Photographs of Pondcrete & 788 Building; Cook v. Rockwell Plaintiff's Exhibit 696 | unknown | 7/22/88 |
| Weekly EH Highlights and Reponses | J. Krupar et al. | 8/1/88 |
| Problems Associated with DOE's Inactive Waste Sites | GAO | 8/1/88 |
| Management of Pondcrete pending Repackaging | D. Sanchini, A. Whiteman | 9/1/88 |
| Implementation Plan for Environmental Survey Findings, Revision 2.0 | R. Erfurdt | 9/1/88 |
| Overview Technical Safety Appraisal | Rockwell | 9/9/88 |
| Runoff Water and Spill Data for 750 and 904 Pads | K. McKinley | 9/15/88 |
| Action Plan, 776-777 Technical Safety Appraisal | D. Sanchini | 9/16/88 |
| Estimated Health and Environmental Effects from Airborne Release of Organic Solvents | D. Sanchini | 9/27/88 |
| Nuclear Health and Safety, Summary of Major Problems at DOE's Rocky Flats Plant | GAO | 10/1/88 |
| Joseph Krupar Ledger Vol. 1, 6/20/88 - 10/17/88 | J. Krupar | 10/17/88 |
| Weather Protection for Pondcrete | C. Jierree | 12/19/88 |
| Factual Accuracy Comments for Draft Report of the Rocky Flats Safety Performance Review | A. Whiteman | 12/22/88 |
| P904 and 750 Pondcrete Storage Areas Monitoring Data | F. Lawton | 12/22/88 |

## Attachment D
## List of Documents Considered in Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| Technical Safety Appraisal (plant-wide) | DOE | 1/1/89 |
| The Nuclear Weapons Complex: Managenent for Health, Safety, and the Environment | National Research Council | 1/1/89 |
| Programmatic Guidance for Operations Planning and Facility Design for New Plutonium Recovery Capabilities | B. Twining | 1/25/89 |
| Unstacking, Removal and Overpacking Tri-Wall Pondcrete and Saltcrete Boxes | E. Naimon | 2/1/89 |
| Safety, Modernization, and Env. Cleanup of the U.S. Nuclear Weapons Complex, Hearing before Senate Committee on Armed Services | U.S. Senate | 2/2/89 |
| Quality Assurance Plan: Pondcrete Process | E. Naimon | 2/6/89 |
| Joseph Krupar Ledger, Vol. 2, 10/17/88 - 2/16/89 | J. Krupar | 2/16/89 |
| Misc. materials related to 1989 Chromic acid spill | Rockwell | 3/1/89 |
| Chromium Release Status Reports | Rockwell(?) | 3/1/89 |
| Unusual Occurrence Report - Pondcrete Destabilization | C. Jierree | 3/7/89 |
| RCRA Contingency Plan Implementation Report, Chromium Release | A. Whiteman | 3/10/89 |
| Rocky Flats Chromium Monitoring Data | Rockwell | 3/14/89 |
| Self-Analysis for the Current Six Month CPAF Appraisal Period | D. Sanchini | 3/28/89 |
| Chromic Acid Incident Environmental Release Report | D. Sanchini | 3/29/89 |
| Review of Rocky Flats Chromic Acid Spill | T. Healy | 4/3/89 |
| Letter Re: NPDES Violations | A. Whiteman | 4/5/89 |
| Occupational Safety or Health Complaint Form 628, Fire Hazard in Building 444 | unknown | 4/7/89 |
| Discharge of Water from Pond B-5 following Chromic Acid Spill | various | 4/11/89 |
| Chromic Acid Incident | Rockwell | 4/28/89 |
| Performance Evaluation | DOE | 5/5/89 |
| Award Fee Performance Evaluation Review 10/1/88 through 3/31/89 | DOE | 5/17/89 |
| National Pollutant Discharge Elimination System (NPDES) - Rocky Flats Compliance/Responsibility Issues | G. Setlock | 5/22/89 |
| Cemented Solar Evaporation Pond Sludge Disposal | B. Twining | 6/1/89 |
| Performance Evaluation | DOE | 6/1/89 |
| Health and Safety at the DOE Nuclear Weapons Facilities | U.S. House Committee on Energy & Commerce | 6/1/89 |
| Newspaper Reports RE: FBI Raid and RFP Shutdown, June-Dec 1989 | various | 6/1/89 |
| Application and Affidavit for Search Warrant | J. Lipsky | 6/6/89 |

## Attachment D
## List of Documents Considered in Preparing
## "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| Statement by Admiral James D. Watkins | J. Watkins | 8/6/89 |
| Investigation Initiated at Rocky Flats | Department of Justice | 6/6/89 |
| Special Team Review of Rocky Flats | R. Starostecki | 6/9/89 |
| Safety and Environmental Report 89-SE-FMRP.2-TA-61 | E.S. Goldberg | 6/15/89 |
| Letter from Secretary Watkins to Donald Beall | J. Watkins | 6/15/89 |
| Disposal of Out-of-Date Chemicals via Sanitary Waste | E. Goldberg | 8/19/89 |
| Monitoring Data from 904 and 750 Pondcrete Storage Areas | F. Lawton and C. Sunblad | 6/21/89 |
| Exceedance of Plant Control Guides by Runoff Waters from Pondcrete Storage Areas | G. Setlock | 7/3/89 |
| Stone v. Rockwell Complaint & Docket | J. Stone | 7/4/89 |
| Stone v. Rockwell  Docket and Misc. Filings | various | 7/5/89 |
| Significant Inventory Comments, 1989 Annual Safeguards Survey, Rocky Flats Plant | C. Cruz | 7/10/89 |
| Solid Waste and Residue Management Systems at Rocky Flats Plant | DOE | 7/25/89 |
| Report of the Management Appraisal of Environmental Managment at the Rocky Flats Plant | Rockwell | 7/26/89 |
| Assessment of Environmental Conditions at the Rocky Flats Plant | DOE Special Assignment Environmental Team | 6/1/89 |
| An Assessment of Criticality Safety at the DOE Rocky Flats Plant | Scientech | 9/1/89 |
| Monthly Environmental Monitoring Report, September 1989 | Rockwell | 9/1/89 |
| Re: Pondcrete Nonconformance Reports | E. D'Amico | 9/19/89 |
| Interim Status Closure Plan, Pad 904 | Rockwell | 9/30/89 |
| Interim Status Closure Plan, Pad 750 | Rockwell | 9/30/89 |
| DOE's Award Fees at Rocky Flats Do Not Adequately Reflect ES&H Problems | GAO | 10/18/89 |
| Response to the Assessment of Environmental Conditions at Rocky Flats Plant | Rockwell | 10/20/89 |
| Contractor Accountability at DOE Nuclear Facilities, Hearing before House Committee on Government Operations | U.S. House | 10/24/89 |
| Rocky Flats Plant Low-Level Mixed Waste Plan | Rockwell | 11/29/89 |
| DNFSB Recommendations | DNFSB | 1/1/90 |
| News reports RE: RFP Shutdown and Termination of Operations, post-1989 | various | 1/1/90 |
| Rocky Flats Plant Residue Classification Plan | WASTREN | 1/31/90 |
| Transuranic Waste Storage Limitation at Rocky Flats Plant | GAO | 2/1/90 |

## Attachment D
## List of Documents Considered In Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| Letter to D. Sanchini Re: Performance Evaluation Report | R. Nelson | 2/26/90 |
| Need for Improved Responsiveness to Problems at DOE Sites | GAO | 3/1/90 |
| Residue Compliance Evaluation Report and Interim Compliance Plan | WASTREN | 3/2/90 |
| Rocky Flats Plant Phase I Residue Characterization Plan | WASTREN | 3/30/90 |
| Sierra Club v. DOE Opinion | L. Babcock | 4/12/90 |
| 1990 Nuclear Safeguards Survey Report of EG&G Rocky Flats Inc. | DOE-AL | 7/3/90 |
| AL 1990 Safeguards and Security Survey of Rocky Flats Plant | DOE-AL(?) | 7/11/90 |
| Interviews and Debriefings of Norman Fryback | H.C. Bodley | 7/11/90 |
| Rocky Flats Plant Nuclear Safeguards Survey Report AL No. 095 | R. Inlow | 6/21/90 |
| Fire Protection Survey, Visit No. 4 (Executive Summary only) | Factory Mutual Research Corporation | 11/1/90 |
| Problems with Cleaning Up the Solar Ponds at Rocky Flats | GAO | 1/1/91 |
| Excerpts From: Long-Lived Legacy, Manging High-Level and Transuranic Waste at the DOE Nuclear Weapons Complex | Congress of the United States Office of Technology Assessment | 1/1/91 |
| Nuclear Weapons Complex Reconfiguration Study (excerpts) | DOE | 1/1/91 |
| Complex Cleanup - The Environmental Legacy of Nuclear Weapons Production | OTA | 2/1/91 |
| Residue Inventory Report | D. Sanchini | 3/1/91 |
| Cook v. Rockwell and Dow Class Action Complaint | M. Cook et al. | 4/8/91 |
| Risk Assessment Guide | EG&G | 5/17/91 |
| Exemption from the Requirements of DOE Order 5480.7 and National Fire protection Association Standard 90A for the Lack of Fire Dampers ... | P. Ziemer | 6/27/91 |
| Minutes of ACNFS Meeting July 29, 1991 | ACNFS | 7/29/91 |
| Final Phase II RFI/RI Work Plan, OU 2, Vol. 1 | DOE | 8/19/91 |
| Resolution of Factory Mutual Survey Report Recommendations | EG&G | 9/20/91 |
| Problems Continue for Rocky Flats Solar Pond Cleanup Program | GAO | 10/1/91 |
| Alternate Storage Sites for RFP Mixed Transuranic Waste | L. Smith | 11/5/91 |
| Study of Alternatives for Removal of Mixed Residues from Rocky Flats Plant | DOE PRMP | 11/5/91 |
| ACNFS Final Report (Ahearne Committee) | Advisory Committee on Nuclear Facility Safety | 11/12/91 |
| ACNFS Letters (Ahearne Committee) | Advisory Committee on Nuclear Facility Safety | 11/12/91 |
| ACNFS Meeting Minutes (Ahearne Committee) | Advisory Committee on Nuclear Facility Safety | 11/12/91 |

## Attachment D
## List of Documents Considered in Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| OU 11 West Spray Field Operational History | DOE | 12/1/91 |
| Final Phase I RFI/RI Work Plan, OU 11 | DOE | 12/18/91 |
| Operational Readiness Review of the Analytical Chemistry Laboratory Building 559 | DOE | 1/3/92 |
| United States v. Rockwell, Plaintiff's Sentencing Memorandum | M. Norton, et al. | 3/26/92 |
| United States v. Rockwell, Defendant's Sentencing Memorandum | B. Morgan, L. Foreman | 3/26/92 |
| United States v. Rockwell, Plea Agreement and Statement of Factual Basis | Rockwell, U.S. Attorney's Office | 3/26/92 |
| United States v. Rockwell, Plaintiff's Supplemental Sentencing Memorandum | M. Norton, et al. | 5/28/92 |
| Historical Release Report, Vol. 1 | DOE | 6/1/92 |
| Review of Contractor Documentation for the Rocky Flats Plant in Selected Safety Areas | MITRE | 6/1/92 |
| Environmental Restoration Technical Support Document: A NEPA Support Document for the Rocky Flats Plant | EG&G | 6/5/92 |
| Plutonium Discard Limit Study | LANL | 7/31/92 |
| ChemRisk Tasks 3&4 Report: Reconstruction of Historical Rocky Flats Operations & Identification of Release Points | ChemRisk | 8/1/92 |
| Plutonium Processing in the Nuclear Weapons Complex | GAO | 8/1/92 |
| Building 707 Readiness Fire Protection | B. Campbell | 8/10/92 |
| Cook v. Rockwell and Dow, Statement of Factual Basis | M. Cook et al. | 8/14/92 |
| Environmental Crimes at the Rocky Flats Nuclear Weapons Facility - Hearings before U.S. House of Representatives | Subcommittee on Investigations and Oversight, Committee on Science, Space, & Technology | 9/1/92 |
| Environmental Crimes at the Rocky Flats Nuclear Weapons Facility - Documents before U.S. House of Representatives | Subcommittee on Investigations and Oversight, Committee on Science, Space, & Technology | 9/1/92 |
| Mission Transition Program Management Plan (Main text only) | EG&G | 10/1/92 |
| Nuclear Materials, Removing Plutonium Residues From Rocky Flats Will Be Difficult and Costly | GAO | 10/1/92 |
| SNM Inventory | unknown | 11/1/92 |
| Annual Mixed Residue Reduction Report | DOE | 11/13/92 |
| Cook v. Rockwell, Joint Objections and Responses to Interrogatories | P. Norberg | 11/13/92 |
| Building 707 Risk Assessment Review for Thermal Stabilization Mission | Stone & Webster Engineering | 12/2/92 |
| Beryllium Disease Med Facts | National Jewish Center | 1/1/93 |
| Epidemiology of Beryllium Sensitization and Disease in Nuclear Workers | K. Kreiss et al. | 1/1/93 |
| Environmental Restoration and Waste Management Five-Year Plan, Vol. 1 | DOE | 1/1/93 |
| Environmental Restoration and Waste Management Five-Year Plan, Vol. 2, Installation Summaries | DOE | 1/1/93 |

## Attachment D
## List of Documents Considered in Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| The Prosecution of Environmental Crimes at the Department of Energy's Rocky Flats Facility | H. Wolpe | 1/4/93 |
| Discussion Outline with William Shields, Building 371, 707, and 771 FSARs and Fire Analyses | T. Foppe | 1/25/93 |
| 1992 Annual RCRA Groundwater Monitoring Report | EG&G | 3/1/93 |
| DNFSB Trip Reports - Rocky Flats | DNFSB | 4/1/93 |
| Cook v. Rockwell Plaintiff's Motion for Class Certification | S. Kelly | 6/26/93 |
| Draft Environmental Assessment, Resumption of Thermal Stabilization of Plutonium Oxide in Building 707 | DOE | 9/1/93 |
| Safety, Technical, and Manpower Issues Slow DOE's Disassembly Efforts | GAO | 10/1/93 |
| DNFSB Findings from the Rocky Flats visit, 22-23 Sep 93 | DNFSB | 10/14/93 |
| Secrets of a Bomb Factory - PBS Frontline | PBS | 10/26/93 |
| Defense Programs Safety Survey Report, Vol. 1 | DOE | 11/1/93 |
| Program Management Plan for the Resolution of the Safety Issues associated with the storage of plutonium | DOE | 11/8/93 |
| Recommended Plutonium Release Fractions from Postulated Fires | Battelle | 12/1/93 |
| Radiological Assessments Corporation Task 5 Report: Recommendations for Monitoring to Verify Phases I and II | Radiological Assessments Corporation | 12/1/93 |
| Environmental Management 1994 | DOE | 2/1/94 |
| 1993 Annual RCRA Groundwater Monitoring Report | EG&G | 2/23/94 |
| ChemRisk Task 5 Report: Estimating Historical Emissions from Rocky Flats 1952-1989 | ChemRisk | 3/1/94 |
| Rockwell v. USA, Plaintiff's Response to Request for Admission | Rockwell | 3/4/94 |
| Calculation of the Fire Endurance of the Second Floor Exterior Wall | B. Campbell | 3/10/94 |
| Evaluation of Residue Drum Storage Safety Risks, Revision 1 | W. V. Conner | 3/23/94 |
| ChemRisk Task 7 Report: Demographic & Land Use Reconstruction of the Area Surrounding the Rocky Flats Plant | ChemRisk | 4/1/94 |
| Plutonium Storage Safety at Major DOE Facilities | D. Hurt et al. | 4/14/94 |
| ChemRisk Task 6 Report: Exposure Pathway Identification & Transport Modeling | ChemRisk | 5/1/94 |
| Options for the Disposition of Current Inventory of Rocky Flats Plant Residues | L. Chang | 5/16/94 |
| The Rocky Flats Plant 903 Pad | H. Mayer | 6/7/94 |
| Rocky Flats Draft Strategic Plan | DOE | 6/23/94 |
| Declassification of the Amount of Weapon-Grade Plutonium Involved in Fires at the Rocky Flats Plant... | DOE | 6/27/94 |
| Comprehensive Waste Management Plan | EG&G | 7/1/94 |

## Attachment D
## List of Documents Considered in Preparing
## "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| DOE and Contractor Litigation Costs | U.S. House Energy & Commerce Committee | 7/13/94 |
| Site-Wide Characterization Studies at Rocky Flats | C. Dodge, R. Smith, M. Sidors | 7/18/94 |
| Plutonium ES&H Vulnerability Assessment, SAT report | DOE | 7/29/94 |
| Plutonium ES&H Vulnerability Assessment, WGAT report | DOE | 8/18/94 |
| ChemRisk Task 8 Report: Dose Assessment for Historical Contaminant Releases from Rocky Flats | ChemRisk | 9/1/94 |
| Radiological Assessments Corporation Task 2 Report: Verification of Phase I Source Term & Uncertainty Estimates | Radiological Assessments Corporation | 9/1/94 |
| Plutonium Working Group Report on ES&H Vulnerabilities Associated with the Department's Plutonium Storage | DOE | 9/1/94 |
| Consensus on Acceptable Radiation Risk to the Public is Lacking | GAO | 9/19/94 |
| RFP  Technology Site Conversion Project Plan | DOE | 9/30/94 |
| Draft Rocky Flats Cleanup Agreement | EPA, CDPHE, DOE | 10/8/94 |
| Plutonium Working Group Report, ES&H Vulnerabilities, Vol. I Summary | DOE | 11/1/94 |
| Plutonium Storage at DOE's Rocky Flats Plant | GAO | 12/1/94 |
| Safety Regulation of DOE Nuclear Facilities: A Catalog of Criticisms and Options | M. Holt | 12/12/94 |
| The Most Dangerous Building in America - ABC Nightline | ABC | 12/20/94 |
| Closing the Circle on the Splitting of the Atom | DOE | 1/1/95 |
| Cook v. Rockwell, Deposition of Judy Henderson | J. Henderson | 1/16/95 |
| The DOE's Nuclear Facilities, 1942-1996,  An Introduction to  Regulatory and Safety Issues | T. Fehner and F. Gosling | 2/1/95 |
| Environmental Management 1995 | DOE | 2/1/95 |
| Plutonium Vulnerability Management Plan | DOE | 3/1/95 |
| Estimating the Cold War Mortgage, The 1995 Baseline Environmental Management Report | DOE | 3/1/95 |
| Health and Ecological Risks at the U.S. DOE Nuclear Weapons Complex: A Qualitative Evaluation | Consortium for Environmental Risk Evaluation | 3/1/95 |
| Cook v. Rockwell, Deposition of Charles Barrick | C. Barrick | 3/9/95 |
| Cook v. Rockwell, Deposition of Ralph Hayne | R. Hayne | 3/21/95 |
| Cook v. Rockwell Deposition of Norman Fryback | N. Fryback | 3/22/95 |
| Cook v. Rockwell, Deposition of Norman Fryback | N. Fryback | 3/22/95 |
| Cook v. Rockwell, Deposition of Charles Iilsley | C. Iilsley | 3/30/95 |
| The New Era of Rocky Flats | M. Silverman | 4/10/95 |

## Attachment D
### List of Documents Considered in Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| A Perspective on the Dangers of Plutonium | W. Sutcliffe, et al. | 4/14/95 |
| Cook v. Rockwell, Deposition of Ronald Teel | R. Teel | 5/9/95 |
| Cook v. Rockwell, Deposition of Allen Schubert | A. Schubert | 5/18/96 |
| Unreviewed Safety Question Determination - Plutonium Vulnerability Assessment | DOE | 5/24/95 |
| Cook v. Rockwell, Deposition of Ann Kercher | A. Kercher | 5/25/95 |
| Cook v. Rockwell, Deposition of Greg Williams | G. Williams | 5/31/95 |
| Evaluation of Beryllium Exposure Assessment and Control Programs ... | J. Johnson et al. | 6/1/95 |
| Thomas Grumbly - Budget Cuts and Safety April 1-June 28, 199[5] | various | 6/1/95 |
| Cook v. Rockwell, Deposition of Howard Long | H. Long | 6/15/95 |
| Cook v. Rockwell, Deposition of Daniel Tallman | D. Tallman | 6/20/95 |
| Poor Property Management Allowed Vulnerability to Theft at Rocky Flats | GAO | 7/1/95 |
| Cook v. Rockwell, Deposition of Milton Thompson | M. Thompson | 7/25/95 |
| Independent Oversight Evaluation of Environment, Safety, and Health Programs at RFETS | DOE | 8/1/95 |
| Cook v. Rockwell, Deposition of George Setlock | G. Setlock | 8/7/95 |
| Summary of the July 25, 1995 DNFSB Board/Staff Meeting | DNFSB, Kaiser-Hill | 8/15/95 |
| Cook v. Rockwell, Deposition of Edwin Naimon | E. Naimon | 8/16/95 |
| Present Holdings of Rocky Flats Reading Room | Kaiser-Hill | 9/15/95 |
| Cook v. Rockwell, Deposition of Joseph Krupar | J. Krupar | 11/13/95 |
| Stone v. Rockwell, Declaration & Supplemental Declaration of John A. Kolar | J. Kolar | 11/13/95 |
| Stone v. Rockwell, Memorandum of Points and Authorities | J. Kolar | 11/14/95 |
| Performance Evaluation Report for 4/1/85 - 9/30/85 | DOE | 11/18/95 |
| Rocky Horror Show | M. Lemonick | 11/27/95 |
| Newspaper Reports Re: U.S. Intervention in Stone v. Rockwell | various | 12/1/95 |
| Improving Regulation of Safety at DOE Nuclear Facilities | Advisory Committee on External Regulation | 12/1/85 |
| U.S. v. Rockwell, Affidavit of Bryan Morgan | B. Morgan | 12/18/95 |
| It's the Plutonium - slide package | M. Silverman | 1/1/96 |
| Kaiser-Hill list of pre-existing conditions | Kaiser-Hill | 1/1/96 |

## Attachment D

## List of Documents Considered in Preparing

## "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| Technical Summary Report for Long-term Storage of Weapons-Usable Fissile Materials, Executive Summary | DOE | 1/1/96 |
| Taking Stock: A look at the opportunities and challenges posed by inventories from the Cold War era | DOE | 1/1/96 |
| Accelerated Site Action Project, Choices for Rocky Flats | DOE | 2/1/96 |
| Plutonium, the first 50 years | DOE | 2/1/96 |
| A Rational Approach for Evaluation and Screening of Treatment and Disposal Options for the Solar Pond Sludges at Rocky Flats | K. Dickerson | 2/5/96 |
| Rocky Flats Plant Beryllium Health Surveillance Program | unknown | 2/19/96 |
| Cook v. Rockwell, Deposition of Albert Whiteman | A. Whiteman | 3/12/96 |
| The Rocky Flats Vision | DOE, EPA, CDH | 3/14/96 |
| Cook v. Rockwell, Deposition of James Watkins | J. Watkins | 4/22/96 |
| Independent Oversight Assessment of Radiological Protection Programs within DOE | DOE | 5/1/96 |
| Cook v. Rockwell, Deposition of Richard DelPizzo | R. DelPizzo | 5/15/96 |
| Cook v. Rockwell, Deposition of Candice Jierree | C. Jierree | 5/21/96 |
| Rocky VI, The Final Chapter, Closing the Site | M. Silverman(?) | 5/22/96 |
| Docket for U.S. v. Rockwell | U.S. District Court | 6/1/96 |
| The 1996 Baseline Environmental Management Report | DOE | 6/1/96 |
| Improvements Needed to DOE's Nuclear Weapons Stockpile Surveillance Program | GAO | 7/1/96 |
| Technical Summary Report for Surplus Weapons-Usable Plutonium Disposition | DOE | 7/17/96 |
| Cook v. Rockwell, Deposition of Mark Silverman | M. Silverman | 7/23/96 |
| Rocky Flats Environmental Technology Site Draft Ten-Year Plan | DOE | 7/31/96 |
| Beryllium Support Group | various | 8/1/96 |
| Rocky Flats Reduces Risks in Building 771 | DOE - EM | 9/1/96 |
| Beryllium Tests take on more importance | B. Stange | 9/9/96 |
| Cook v. Rockwell, Deposition of Mary Walker | M. Walker | 9/17/96 |
| Letter and Memo Re: Venting of TRU drums | A. Aim | 10/3/96 |
| Rocky Flats Tour Description | unknown | unknown |
| Rocky Flats Environmental Technology Site Facility Description | Unknown | unknown |
| Misc. materials related to radiation monitoring and incidents | Dow | unknown |

## Attachment D
## List of Documents Considered in Preparing
### "Managment of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant"

| Title | Author(s) | Date |
|---|---|---|
| Review of Rocky Flats Building 707 complex Final Safety Analysis Report ... | W. Stratton and G. Hansen | unknown |
| Exhibit 1088 of Setlock deposition. Misc. exhibits (some authors unknown) related to pondcrete. | Various | unknown |
| Misc. CDH Waste Management Inspection/photographs, File "RF4-7" | Colorado Dept. of Health | unknown |
| Comprehensive Environmental Assessment and Response Program (CEARP) Goals and Plans | DOE | unknown |
| Rocky Flats Fact Sheet - Environmental Impact | City of Broomfield, Colorado (?) | unknown |
| Guidelines for Surface Water Quality: Chromium | M. Taylor, S. Reeder, A. Demayo | unknown |
| Performance Evaluation 4/1/88 through 6/30/88 | DOE? | unknown |
| Performance Evaluation Report 4/1/88 through 9/30/88 | DOE | unknown |
| Miscellaneous DOE-RFP Photographs | Rocky Flats Photo Dept. | unknown |
| Plutonium Vulnerabilities, Reducing Risk in a Time of Change | M. Silverman | unknown |
| Rocky Flats: Looking Toward the Future | M. Silverman | unknown |
| Rocky Flats Budget: Looking Ahead | M. Silverman | unknown |

Attachment E


Additional Materials Relevant to

"Management of Wastes, Residues, and Risks
by Rockwell International at the Rocky Flats Plant"
by D.W. North and R.J. Budnitz



Figure 2.4-17  Surficial Formations in the Rocky Flats Area



Figure 2.4-6 Rocky Flats Plant Holding Ponds



Figure 2.7-2  Typical Building Dry Air Ventilation System



Figure 2.7-3  Typical Glove Box Dry Air Ventilation System

# ROCKY FLATS ENVIRONMENTAL TECHNOLOGY SITE

*The Rocky Flats Environmental Technology Site is located in northern Jefferson County, approximately 16 miles northwest of Denver, Colorado. The site encompasses 11 square miles including the "buffer zone" that surrounds the site.*



U.S. Department of Energy
Rocky Flats Plant, Golden, Colorado

Figure 2.2-1
SITE CONCEPTUAL MODEL

April 1992

2-89



Legend

Surface Water Flow Direction
Drain
Surface Drainage, Indicating Direction
Previous Soil Sample Locations
Previous Surface Water Samples
Organics Detected
Metals Detected
Anions Detected
Radionuclides Detected

U.S. DEPARTMENT of ENERGY
Rocky Flats Plant, Golden, Colorado

FIGURE 2.1-29
IHSS Location Map and Previous
Sampling Locations - Unit 25, 750 Pad
Pondcrete and Saltcrete Storage
(IHSS 214)

2-81



Legend

Surface Water Flow Direction
Surface Drainage, Indicating Direction of Flow
Sample Location
Previous Soil Sample Location
Surface Water Sample
Organics Detected
Metals Detected
Anions Detected
Radionuclides Detected

U.S. DEPARTMENT of ENERGY
Rocky Flats Plant, Golden, Colorado

FIGURE 2.1-27
IHSS Location Map and Previous
Sampling Locations - Unit 15, 904 Pad
Pondcrete Storage (IHSS 213)

2-73

U.S. DEPARTMENT OF ENERGY
Rocky Flats Plant
Golden, Colorado

SCALE IN FEET

FIGURE 1.3-9

UPPERMOST HYDROSTRATIGRAPHIC
UNIT WATER TABLE ELEVATION MAP

1-30

LEGEND

WATER TABLE ELEVATION
BEDROCK MONITOR WELL
ALLUVIAL MONITOR WELL
IN-USE MONITOR WELL
ABANDONED MONITOR WELL
1987 DRILLING PROGRAM



U.S. DEPARTMENT OF ENERGY
Rocky Flats Plant,   Golden, Colorado

FIGURE 1.3-1

General Location of
Rocky Flats Plant



U.S. DEPARTMENT OF ENERGY
Rocky Flats Plant
Golden, Colorado

SCALE IN FEET

FIGURE 1.0-1

LOCATION OF ROCKY FLATS IHSS's

LEGEND

ROCKY FLATS IHSS

1-3



BUILDING 776-777   FIRST FLOOR

APPENDIX A-6

A-9



BUILDING 776-777 SECOND FLOOR

A-10          APPENDIX A-6



BUILDING 776-777 FIRST FLOOR

A-7

APPENDIX A-6



BUILDING 774-777 FIRST FLOOR

PRELIMINARY

APPENDIX A-6

A-8



THE DOW CHEMICAL COMPANY
ROCKY FLATS PLANT
OF THE
U. S. ATOMIC ENERGY COMMISSION

A - 6

APPENDIX A-5



FIGURE 5.2-2  Typical Air Circulation System



FIGURE 5.3-1  Typical Filter Plenum Fire Protection



FIGURE 5.1-2  Location of Operations, Buildings 776/777



EXPLANATION

INDIVIDUAL HAZARDOUS SUBSTANCE SITE

EXISTING SURFACE WATER SAMPLING LOCATION

EXISTING ALLUVIAL GROUNDWATER MONITORING WELL

EXISTING SEDIMENT SAMPLING LOCATION

INTERMITTENT STREAM

DIRT ROAD

ROCKY FLATS BLDG. NO.

U.S. DEPARTMENT OF ENERGY
Rocky Flats Plant, Golden, Colorado

OPERABLE UNIT 6
PHASE I RFI/RI WORK PLAN

IHSSs 142.5-9,
B-SERIES DETENTION PONDS
ALONG SOUTH WALNUT CREEK,
IHSS 216.1 EAST AREA SPRAY FIELD

FIGURE 2-8

REV. AUGUST 1991
APRIL 1991



EXPLANATION

INDIVIDUAL HAZARDOUS SUBSTANCE SITE

EXISTING SURFACE WATER SAMPLING LOCATION

EXISTING ALLUVIAL GROUNDWATER MONITORING WELL

EXISTING SEDIMENT SAMPLING LOCATION

EXISTING BEDROCK GROUNDWATER MONITORING WELL

EXISTING PRE-1986 WELL

INTERMITTENT STREAM

DIRT ROAD

CROSS-SECTION A-A', SEE FIGURE 2-6

A-1 BYPASS (UNDERGROUND PIPE)

U.S. DEPARTMENT OF ENERGY
Rocky Flats Plant, Golden, Colorado

OPERABLE UNIT B
PHASE I RFI/RI WORK PLAN

IHSSs 142.1-4

A-SERIES DETENTION PONDS
(A-1, A-2, A-3, AND A-4)
ALONG NORTH WALNUT CREEK

FIGURE 2-3

REV. AUGUST 1991
APRIL 1991



U.S. DEPARTMENT OF ENERGY
Rocky Flats Plant, Golden, Colorado

OPERABLE UNIT 6
PHASE I RFI/RI WORK PLAN

LOCATION MAP OF INDIVIDUAL
HAZARDOUS SUBSTANCE SITES,
MONITORING WELLS, AIR MONITORING
STATIONS, & DIVERSION STRUCTURES
ALONG NORTH & SOUTH WALNUT CREEKS

FIGURE 2-1 (1 OF 2)