# Measuring the Effects of Proximity to the Rocky Flats Nuclear Weapons Plant on Property Values

© 1996 by John Radke, PhD
**Not for Citation outside the context of the Rocky Flats litigation**
AEGIS laboratory
Institute for Urban and Regional Planning
University of California, Berkeley
Berkeley, CA 94720-2000

1

## Executive Summary

## Introduction

This report contains the results of a three phase study. Each phase was motivated by the general question: what is the impact or effect of proximity to the Rocky Flats Nuclear Weapons Plant on property values? Phase I measures the effect of proximity to Rocky Flats on three property categories which had sales records available in digital or computer form. Phase II measures the impact or effect of proximity to Rocky Flats on property values in the remaining category, *single family residential*, which was not available in digital form. The final phase (Phase III) measures the amount of property devaluated within the Medium Plutonium Contour (MPC).

Phase I integrated known available digital data with the objective of determining if there was any impact or effect of proximity to Rocky Flats on property values. We obtained digital sales data for three property categories; *commercial, multi-residential* and *vacant land*; and determined an impact on all three categories over the period from 1983-1993. These discoveries motivated further inquiry which served to guide the second Phase with the question: could the effect of proximity to the Rocky Flats processing facility on property values be calculated over time, and if so, can the impact or effect of the June 1989 Federal Bureau of Investigation (FBI) raid be measured?

The success of Phase II depended on a large yearly inventory of sales data which could be found in the *single family residential* category of properties. We obtained the *single family residential* sales data from the Multiple Listing Services Sold Property handbook for the Metro Denver region (by Metrolist; Inc.) which included among a number of property characteristics, an exact street address. This locational information made it possible for us to extract nearly 100% of the sales data within the MPC and compare it with a representative sample from the rest of the Denver Metro region. We found an effect of both proximity to Rocky Flats and the June 1989 FBI raid on *single family residential* property values. These discoveries motivated further inquiry (Phase III) where we evaluated property devaluated within the MPC.

The final phase (Phase III) evaluates property devaluated within the MPC. The calculation of this was divided into four property categories; *commercial, multi-residential, vacant land* and *single family residential*. The calculation was undertaken to obtain a best estimate in each category for the year 1989. The data sources for this final Phase were principally existing digital data bases from both the county and private sources, microfiche from the 1989 Jefferson County tax assessor's office (the county tax records), and aerial photographs from a local company, LANDISCOR.

## Market Impact Analysis (MIA)

We undertake a *market impact analysis* (MIA) where we detail the model used, the selection and extraction of the appropriate data to fuel the model, and the process of empirical estimation of the model. The approach taken here extends and improves upon methods now common in the real estate literature for measuring the effects of hazardous material sites on property values.

Real estate appraisal focuses on the valuation of a property and thus attempts to reduce the variation among market transactions for properties in an attempt to arrive at a fair market price for the properties in question. It attempts to eliminate the anomalies. By contrast, *market impact analysis* identifies, statistically quantifies, and attempts to explain the differences in property value (Kinnard 1992:101). In this study we perform these tasks for the differences in property value between properties near Rocky Flats and those that are in other locations in the Denver region.

We explain the spatial patterns of property value levels in the region given knowledge about the toxins (in this instance, principally plutonium) that resulted from accidental and routine releases from Rocky Flats. We separate the property by category or type (such as *commercial, multi-residential, single family residential* or *vacant*) and where data on sales is available, execute the *market impact analysis* (MIA) over time (in the case of *single family residential* properties).

## Objectives

The approach taken here is to statistically evaluate whether proximity to Rocky Flats influences land values, while holding everything else constant. The main questions to be answered are:

1) Can a causative link be established between Rocky Flats and depressed real estate values in the surrounding area? (Phase I)
2) Can we measure this impact over time to see whether there is a causative link between the FBI raid in June of 1989 and depressed real estate values in the surrounding area? (Phase II)
3) If a causative link is established, can the amount of devaluation be evaluated within the MPC? (Phase III)

We develop a model which uses *multiple regression analysis* (MRA), with property value as the dependent variable, to test our hypotheses. This approach, commonly known as *hedonic price modeling* (HPM), follows accepted academic and professional protocol (Beron, 1992 and Donnelly, 1991). In order to populate the MRA, a fairly large sample of property sales is needed. The annual sales for the four categories of property near Rocky Flats is small (*single family residential* is the exception) and years must be pooled in order to generate a large enough sample for the MRA (in the *commercial, multi-*

3

*residential* and *vacant land* property categories). Pooling this data (for all but the *single family residential* data) is standard practice under these conditions. For *single family residential* properties, the annual sales deliver a large enough sample in the proximity of Rocky Flats so that we can use MRA to evaluate the impact of the June 1989 FBI raid.

## Improvements Over Similar Studies in the Literature

Previous studies using HPM have used as their independent variables, attributes about the physical property itself (Beron, 1992 and Kinnard, 1992 and Kohlhase 1991) with only limited attempts at location information. Although these physical attributes make up a large percentage of the attributes that comprise a property's value, location is critical and can account for a significant amount of value. Being in the wrong location can cause the physical properties to be devalued (as if levied a tax). This diminution is passed to all improvements and can continue for years. We build on these models from the literature and develop an improved model by introducing location, proximity and accessibility as independent variables. We are able to accurately associate properties with the MPC and enhance variables describing location and spatial association. This greatly enhances the ability of the analysis to account for or explain a larger proportion of value than previously (though not all). Enhancing location analysis is made possible by embedding our data base within a *geographic information system* (GIS) and undertaking sophisticated spatial analysis.

Previous studies using HPM have used stepwise regression to determine which variables had the greatest impact on the property value (Beron, 1992). These earlier studies have either not considered or not clearly indicated a method to account for a phenomenon called *multicolinearity*, although it is less of a problem when only physical property attributes are used as independent variables. Multicolinearity occurs when two or more independent variables are highly correlated with each other. They are said to lack orthogonality. (Chatterjee and Price, 1991) The hedonic regression model gains little predictive power by adding correlated variables to the list of independent variables and in some cases strongly related variables render regression results ambiguous. In fact, if two variables are highly correlated and are included in the hedonic regression model, the one with the best fit to the dependent variable will be taken as the predictor and the other variable will be rejected, even though it too has a strong fit.

To account for and eliminate *multicolinearity*, it is common to apply *factor analysis* which acts to extract the common variation that is shared by independent variables that were correlated. We apply *factor analysis* here using the *principal component method* (Kim and Mueller, 1978) to obtain the input (the resultant factors or principal components replace the variables themselves due to their orthogonality) for the multiple regression analysis. The factors can be considered *composite* variables for the MRA.

One should fine-tune the number of composite variables and their degrees of specificity by adjusting the *eigenvalue* cutoff in *principle component estimation.* If there are too

many composite variables, some of them will represent noise in the original data. If there are too few of them, certain unique data variations may be overlooked.

## Appropriate Data Issues and Processing

Access to historic sales records is often hampered by the fact that the recording mechanism is not always functioning and/or reporting was simplified and the amount of accurate information is limited. In addition, limited sales in certain property *categories* creates restrictions on the application of statistical methods to predict population characteristics from samples.

In Phase I we pool eleven years of sales records to obtain a sufficient sample (for the MRA) of sales records in the three property categories, *commercial, vacant* and *multi-residential*. This data sample is extracted from a commercial data base where spatial indentifiers of property are reported as Township, Range and Section (TRS). Most property is primarily identified by a parcel number and not by address, which was developed with services such as mail delivery in mind. In studies where property location is desired (such as this one) it is important to obtain a locational identifier. If an address-parcel relate table does not exist (as it did not here) the locational identifier has to be extracted from the tax parcel data base. In this instance, the source data limited the locational identifiers to TRS and was imposed by the limited, commercially available data base which tracked the sale of commercial, vacant and multi-residential property. TRS locates a property within a square mile area on the earth's surface. Given the size of the MPC, this cell size is appropriately the size of a neighborhood.

In Phase II monthly sales of *single family residential* properties were obtained from the Multiple Listing Service (MLS) reports. This data source provided almost 100% of the single family residences sold in the region (some residences choose to sell their property independently from this service) and provides a more than adequate annual sample for the MRA. This large annual sample of sales makes it possible to measure the effect of proximity to Rocky Flats over time and determine whether the 1989 FBI raid had an effect on the property values.

The MLS properties are recorded by address, as MLS serves the real estate sales community which locates and visits properties using address as a navigation tool. With the development of the US Census 1990 TIGER data set, its improvements in 1994 and enhancements made by the AEGIS laboratory, we were able to create a computing environment where we matched and located properties on the earth's surface to within an accuracy of a few hundred yards. With enhancements (corrections to street names and address ranges) to the data base within the MPC, we were able to locate (through address matching) and extract from the MLS, almost 100% of the *single family residential* properties sold each month from 1988 to 1995 within the MPC. The only properties missed were those not listed in the MLS or any that were misprinted in the MLS. We were able to compare this sample within the MPC with an address matched, stratified

random sample representative of the rest of the region. The stratification was accomplished by digitizing the MLS reporting districts (spatial polygons), producing a random sample within each district, and address matching the samples until a more than adequate control sample was generated (which ranged well over 250 sampled sales each year).

The charge in Phase III was to determine the actual number of properties (or acreage in the instance of large vacant land tracts) and evaluate the loss in property value within the MPC in each property category.

## Results

The three phases of the study serve to show a causative link between Rocky Flats and depressed real estate values in the surrounding area. A diminution of property values in all property categories is observed. Although the *commercial* property category is included here (to complete the study of all subclasses), we recognize that commercial properties are not easily analyzed by mass appraisal techniques. Phase II further defines an increase in the diminution of property values within the MPC following the June 1989 FBI raid. Table 1 summarizes our findings.

### Table 1

| property category | mean undervaluation (within MPC) | $r^2$ | confidence level |
|---|---|---|---|
| **Phase I** (pooled 1983-93) | | | |
| *multi-residential* | -21.58% | .86 | 93.3% |
| *vacant land* | -32.14% | .49 | 85.3% |
| *commercial* | -53.03% | .73 | 90.1% |
| **Phase II** | | | |
| 1988   *single-residential* | -7.68% | .72 | 99.88% |
| 1989 | -7.29% | | 99.88% |
| 1990 | -9.33% | | 100% |
| 1991 | -7.69% | | 99.99% |
| 1992 | -9.18% | | 100% |
| 1993 | -8.56% | | 100% |
| 1994 | -7.50% | | 99.99% |
| 1995 | -5.45% | | 99.24% |

The property devaluation within the Medium Plutonium Contour (MPC) for each property category is evaluated in terms of a total dollar loss within the MPC. Table 2 summarizes our findings.

## Table 2

| property category | mean under value within MPC | mean sale price/ within MPC | mean loss within MPC in $ | amount prop within MPC | total loss within MPC |
|---|---|---|---|---|---|

**Phase III**(in 1993 dollars and using a base # properties from 1989)

| | | | | | |
|---|---|---|---|---|---|
| 1983-93 | *multi-residential* | -21.58% | $121,408/prop | -33409 | unavailable at time of report |
| 1983-93 | *vacant land* | -32.14% | $24,638/ac | -11669 | 4812 | $ 56,151,228. |
| 1983-93 | *commercial* | -53.03% | $12.69/sq ft | -14.33 | 308398sqft | $  4,418,494. |
| | | | | | |
| 1988 | *single-residential* | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462. |
| 1989 | | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958. |
| 1990 | | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100. |
| 1991 | | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207. |
| 1992 | | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144 . |
| 1993 | | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191390. |
| 1994 | | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954. |
| 1995 | | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340. |

The *multi-residential* properties contained large residential properties such as apartments which were extracted from the DRESCO data base and pooled over 1983-1993. The exact number of *multi-residential* properties (apartments) within the MPC was unavailable at the time of this report.

The *single family residential* properties reported above do not contain 3,040 condos and townhouses contained within the MPC. This number of condos and townhouses was determined by Hunsperger & Weston after being directed to residential complexes observed within the MPC on the 1989 Aerial Photograph. Since condos and townhouses share the same property category as *single family residential* properties it is reasonable that the percent devaluation for those property types is the same.

## Summary

In the first two phases we show that proximity to Rocky Flats depresses land value. We show this effect on four property sub-markets classified by type: *single family residential, multi-residential, commercial and vacant land*. In all four categories, confidence levels are above 85%, with the multi-residential sub-market being almost 95% and the single family residential being above 98%. In all but *vacant land* the statistical measure of predictive power of the multiple regression equation, the R-squared, is very high (.72 and above). A moderate R-squared for *vacant land* may anticipate, as we expected, random factors to account for a large part of the data variability. This is due to the fact that investing in vacant land is often done for real-estate speculation.

This study confirms that there is a property value depression linked with Rocky Flats. It also confirms that the FBI raid in June of 1989 had a significant impact on the *single family residential* housing stock. Within our comprehensive hedonic price model we estimated and removed the possible effects of an exhaustive list of potential causative variables. The very high R-squared values for three of the four sub-markets attest to the exhaustiveness of our hedonic price model. This is due to the variety of source data (environmental, land use, demographic, socioeconomic, and political) on which it is based and the sophisticated spatial modeling (topographic, topological and locational) that account for more complex causative mechanisms.

Traditional appraisal suggests ideal metrics such as pair sales or sale-resale analysis but the property market does not often cooperate. Comparable sales data can be used where analogous properties are identified and tracked over time to detect loss in value. However, this method requires a meticulous effort and may not be reasonable for data gathering (Kinnard, 1992).

When data are available in large quantities for an entire region, market analysis can be applied to identify and compare property values of land which varies in proximity to the contaminator, in this instance, Rocky Flats. It is reasonable to assume that like properties in a region, sharing the same characteristics, will also share the same property values even if those properties do not share the same neighborhood but are located in neighborhoods with similar land use, socioeconomic, locational and environmental characteristics. With large quantities of data available, multiple regression analysis is the appropriate model to use (Kinnard, 1992).

Our study has similarities to the study performed by Kinnard and Geckler, 1991, which looked at the effects on residential real estate  prices and the properties' proximity to sites subject to releases of radioactive materials. Our study also draws from the study undertaken by Beron, 1992 where she measured the effects of proximity to a uranium processing facility. We advance the methods by: i) adding independent variables acquired through sophisticated  spatial  analysis performed within a GIS, and ii) eliminating *multicolinearity* amongst independent variables by applying the *principal component method* in a *factor analysis* before performing the multiple regression analysis.

# Chapter 1

## The Value of Real Estate

In order to assess whether or not a property value depression exists near the Rocky Flats plant, and to fuel the MRA with independent variables which contribute to property value, we must first understand the value of real estate. How do we assess property value?

Real estate is a commodity that has certain special characteristics: immobility, relatively limited supply of land, relative permanence once land is urbanized, and very diverse utility. Its immobility makes its utility and therefore its demand highly sensitive to what happens in the surrounding area. A limited supply of land and relative permanence of real estate cause its supply to be inelastic; therefore real estate prices are very sensitive to changes in demand and consumption patterns. The diverse utility of real estate requires diverse criteria for evaluation of its utility, depending on the specific consumption activity involved. A prime residential property may be far from satisfactory to a commercial interest. We must account for a property's value by assessing a wide variety of independent variables which include the quality and capability of the property to facilitate and sustain its current land use activity.

## Real Estate Value Is A Bundle of "*Services*"

The complex nature of each land use activity necessitates the division of such activities into smaller components. For example, the activity of habitation can be divided into several facets which include but are not limited to: obtaining shelter, cooking, washing, sleeping, storing personal belongings, disposing of waste, gardening, enjoying leisure, entertaining, socializing, recreation, commuting to work, education, and shopping. Each category of activity demands more or less specific types of *services* from the real estate. In the case of residential real estate, these services include variables such as: living space, bathroom and kitchen facilities, automobile parking, lot size, garbage disposal, utilities, as well as spatially important attributes which include access to: work, school, shopping, parks, and friends. Often considered to be regional amenities; agreeable climate, pleasing landscape, quiet environment, low taxes, low risks of crime, illness, and disasters are also examples of services provided from real estate. Some of these services, especially those requiring physical improvements, are usually included in the real estate, while others are provided by different parties at an extra charge. Utilities fall into this category by supplying water, electricity, and gas. Garbage disposal, fire and police protection are also good examples of extra charge amenities.

## The Composition of the Bundle Depends on Type of Land Use

Commercial real estate provides a very different set of services from those listed above for residential real estate. Visibility from high traffic volume streets or highways, ease of

access for large numbers of customers, physical attractiveness of the commercial area, loading and storage facilities rank higher in importance while kitchens, yard space, quiet environment, access to work, proximity to schools and parks usually do not make the commercial amenity package. It follows that to measure the utility of a piece of commercial real estate one cannot use the same set of variables used to measure residential properties and thus the different property categories were established in this study.

## Location and the Capitalization of Amenities

Within an urban region, locational factors involving natural conditions, historical development patterns, and political traditions have significant influence on lifestyle of residents. Terrain, natural landscape, and micro-climate all influence transportation modes and leisure activities of residents. Such factors as street layout, design of transportation access, and overall density between older inner city neighborhoods and newer suburban developments can strongly affect other factors like lifestyle. For instance, ease of walking access and convenience of public transit lines are important to older neighborhoods in a similar way good freeway access and abundant parking are to the suburbs. Political traditions also influence lifestyle of residents, through the spending of local tax dollars on different mixes of public services for each community. The concept of "Tiebout mobility" describes the process by which residents move to communities that offer their preferred mix of services. As a consequence, the utility to residents of real estate in different communities cannot be measured by any small, fixed set of variables.

Location is critically import in the assignment of value to properties. The theory of capitalization explains the process by which attributes outside the boundaries of a real estate parcel affect its value. Due to immobility of real estate, the quality of services to the occupant, for example the overall level of utility of the real estate, tends to be a function of external benefits or costs, usually termed "amenities" and "disamenities", respectively. Examples of some amenities include; good access to jobs, shopping and entertainment, quality schools, parks, recreation, scenic beauty, and low taxes while noise, traffic congestion, crime, and environmental hazards are bundled as disamenities. The value of a residential property will vary in space as a function of location. Location can be further classified into proximity metrics, such as distance to school, and measures of association where owning property in a scenic area or prestigious neighborhood dictates property value stability. The existence of amenities and disamenities in the surrounding area influences the level of utility received by the real estate occupant, which in turn determines his or her willingness to pay in the form of rent.

The actual value of the property is determined in the marketplace by supply and demand. Buyer's valuations of property are based on the utility values of the amenities offered by the properties. This utility value may vary between buyers; however, when an amenity is in short supply, buyers who have higher utility values will be willing to pay more and

outbid others for this amenity. A seller's valuation of a property is based on the cost of each amenity provided in the property plus a reasonable profit margin. Thus the market price of each amenity or disamenity is determined by its own supply and demand conditions. Amenities with limited supplies or high demands command higher prices, and therefore are more significant determinants of property values; those that have fairly ubiquitous supplies or limited demands will not affect property values significantly.

When looking at land in a fairly populated region it is common that locational attributes are important determinants of real estate value because of the limited spatial extent of existing urban development and economic activities. Physical amenities that have limited supply, such as good views and adjacency to water, also belong to this category. A disamenity is capitalized into the value of real estate (as a deduction) if it severely limits choices of productive use of the property. This is the case of environmental hazards that impact human health (such as Rocky Flats), because there are few possibilities for productive use of the property that do not require either direct human presence on the property, or production or handling of goods on site that are destined for human consumption.

## A Classification of Variables that Influence Property Values

In a relatively developed area, such as the region under study here, the independent variables that influence property value can be classified into six convenient categories based on mechanism of influence.

| Category: | Mechanism of Influence: |
|---|---|
| 1) The building and other improvements | Direct addition or deduction |
| 2) The site (land parcel) | Direct addition or deduction |
| 3) The neighborhood | Association |
| 4) Regional transportation accessibility | Distance or transportation |
| 5) Local government | Non physical factors |
| 6) The real estate market | Non physical factors |

Figure 2.1 illustrates the services provided by real estate and groups the independent variables that compose its value.

## Physical Characteristics: the Building and Site

Building and site characteristics represent the value of property that measures the utility of its physical aspects. This is divided into, i) the land parcel, and ii) the built structure on it. Characteristics that measure the utility of the built structure include: building floor space, quality of materials, quality of construction, level of maintenance, design quality and its compatibility with current consumer preferences and the amount of improvements such as: plumbing, rooms, windows, entry-ways, parking, storage, and landscaping.

Characteristics that measure the utility of the land parcel itself include but are not limited to: parcel size, suitability for construction, slope, soil stability, availability of water supply, availability of waste water disposal, risks of natural hazards, climate, natural landscape, view shed, noise level, air quality, and among other things, toxic contamination. Many of these measures, besides those concerned with logistics of development, can be lumped together as environmental quality. Environmental quality of a real estate is often impacted by land use activities of its neighbors.

## Locational Characteristics: Neighborhood, Accessibility, and Local Government

Locational characteristics can be divided into neighborhood, accessibility, and local government impacts. Quality of streets and other infrastructure, visual quality of nearby properties (the housing stock), plus other buildings (built environment), quantity and quality of neighborhood parks, and school grounds are physical aspects of the neighborhood that are important to real estate values. Socioeconomic aspects of the neighborhood include: income level, demography, crime rate, and poverty. Neighborhood land use characteristics that influence utility levels of real estate include proximity to employment, shopping, nuisance land uses, and traffic volume, among others.

Accessibility is central to the value of land in developed regions. Urban economic activities are characterized by heavy dependence on transportation and communication; good accessibility means savings in cost of money and time for any economic activity, therefore consumers are willing to pay a premium for real estate in such advantageous locations. The level of accessibility to consumers, suppliers, employers, goods and services, and recreational opportunities, is a powerful determinant of property value.

Local government can play a role in influencing property values through tax policies, quality of local public services, and land use policies, in as much as local governments have power to control such aspects of life. Quality of local public services, such as police and fire protection, sewer services, schools, libraries, parks and recreation programs all have significant influence on property value. Active local government land use policies also has a direct influence on property value by affecting the supply of land available for real estate development. Such policies include growth control and land protection. In general, political characteristics become an important determinant of property value in regions with highly fragmented local governments and where strong political difference occurs.

## Market Conditions and Transaction Characteristics

Besides the characteristics mentioned that measure utility of the property itself, another force influencing market values of real estate is the local real estate market. The demand

of certain types of economic activities, and hence of certain types of properties in the local region is important. Similarly, the supply of certain types of properties and the potential of increasing or decreasing this supply in the locality is influential. These supply and demand forces fluctuate in the temporal dimension, and are subject to forces of national and global economic trends.

Market forces also contain a strong speculative dimension where the activities of land speculators can tremendously influence property values. Speculation is more active on vacant, developable properties, in unurbanized areas. It is least active on residential properties, since conversion of residential properties to other uses must be done at the neighborhood scale, requiring costly and time-consuming land assemblies. This conversion is seldom possible or profitable without special government intervention.

# Chapter 2

## The Research Design

The independent variables that influence property value are extracted from the six categories listed in the previous chapter. These independent variables are the inputs for our model to establish property value and property value depression. We follow established guidelines for handling physical characteristic variables in hedonic regression ( Beron, 1992 and Kinnard, 1992 and Kohlhase 1991) and integrate location-based variables developed from established spatial analytical practices (Aronoff, 1989 and Burrough, 1986). We design and construct a GIS which we use to establish sophisticated proximity and accessibility measurements which lead to the inclusion of critical location based variables.

## The Study Region

Rocky Flats is a U.S. Department of Energy manufacturing plant responsible for processing plutonium fuel to be used in nuclear weapons. The plant is located within the Denver metropolitan area, specifically in Jefferson County, Colorado, approximately 15 miles northwest of Denver (See Figure 2.2) in the foothills of the Rocky Mountains. We gathered data from and undertook our modeling in the five counties surrounding the City of Denver (See Figure 2.3).

## Segmentation of the Real Estate Market and Pooling Data

Segmentation of the real estate market is motivated by the earlier discussion where different land use types provide very different sets of services and that different locations have different impacts on different land use types. This discussion underscores the importance of land use type (demand-side) and geographic area (supply-side) in shaping the composition of real estate value. For each land use type, a set of consumption objectives and conventional styles define which attributes of real estate are useful and which ones are not. For each geographic area with its own natural conditions, history, or political traditions, a set of amenities are supplied which influence the actual lifestyle of the real estate occupants. Both forces serve to segment the real estate market into *categories*; with a list of variables that are important measures of real estate utility.

Land Use Type:  In Phase I (where we are dealing with small numbers of properties in specific sub-markets) we adopt a strategy of *data pooling* where we group all *commercial* properties into a single sub-market, and similarly all *multi-residential* properties. Three sub-markets are established in Phase I by pooling the data: *residential, commercial, and vacant land*. A fourth sub-market is established in Phase II, *single family residential*.

Within each sub-market, we call the specific land use types *property sub-types* such as: 1) In the multi-residential sub-market: *duplex / triplex / quadruplex*, *apartment*,

Fig. 2.1

# The Variables



## INDIVIDUAL PROPERTY ATTRIBUTES

**Building Characteristics:**
- Floor Space
- Building Age
- Number of Bathrooms
- Number of Bedrooms
- Garage Size
- Does it Have a Basement?

## ENVIRONMENTAL QUALITY

**Topography & Viewshed:**
- Slope
- Elevation
- View Quality

**Environmental Amenities:**
- Distance to Open Space
- Distance to Lakes

**Pollution & Urbanization:**
- Distance to Major Pollution Sources
- Distance to Traffic
- Distance to Vacant Lots

## LOCAL GOVERNMENT

Local Taxes

Service Quality

Land Use Policies

## TRANSPORTATION ACCESSIBILITY

**Proximity to:**
- Interstate 70
- Boulder
- Downtown Denver
- Commercial Floor Space
- Sources of Employment
- Schools
- Lakes
- Open Space

## SOCIO - DEMOGRAPHIC ATTRIBUTES OF THE NEIGHBORHOOD

**Demography:**
- Population Density
- Age of Population
- Percentage of Minorities

**Socio-Economic Characteristics:**
- Number of College Graduates
- Number of Professional Workers
- Number of Unskilled Workers
- Median Income
- Unemployment Rate
- Crime Rate

**Employment:**
- Unemployment Rate
- Number of Professional Workers
- Number of Unskilled Workers

## LOCAL REAL ESTATE MARKET

Time of Sale

**Property Market Segmentation:**
- Age of Housing Stocks
- Median Income
- Employment Density

## LAND USE IMPACTS

**Neighborhood Use:**
- Age of Housing Stocks
- Proximity to Open Space
- Proximity to Vacant Lots

**Traffic Impacts:**
- Proximity to Interstate 70
- Proximity to Open Space

**Fig. 2.2**

# CITIES



**Fig. 2.3**

# COUNTIES



Legend

Rocky Flats Plant
Interstate
US Highway

ADAMS
ARAPAHOE
BOULDER
DENVER
DOUGLAS
JEFFERSON

Note: counties in Denver Metro area in relation to Rocky Flats.

0    3    6 miles

N

AEGIS Laboratory    10/4/94

*condominium / townhouse / row house*, and *farm / ranch residence* sub-types, 2) In commercial sub-market: *retail / food service, office / bank, accommodation, automobile-commercial*, and *warehouse / general commercial* sub-types, 3) Vacant land sub-market contains no property sub-types, and 4) the single family residential sub-market contains no sub-types. Although different sub-types are not strictly comparable, they do share many common attributes. For instance, all residential properties can be described by attributes such as: size of living space, lot size, number of dwelling units, and age of structure. The assumption behind pooling the property sub-types together (in Phase I) in the regression analyses is that the influence of each amenity or dis-amenity attribute on the different property sub-types is essentially similar within each sub-market. This means, if a great view enhances the value of a townhouse residence by 20%, the same great view is also assumed to boost the value of an apartment building by 20%.

Finally, we must also take into account the differences in improvement type and quality among different property sub-types. This is done through variables that represent each property sub-type in the regression model. Thus properties of different sub-types that are the same otherwise can be valued differently by the regression equation, their difference in price taking the form of a ratio. For example, retail shops could be valued at 30% higher than office buildings that have the same floor space, lot size, age, and location.

Geographic Considerations:  Terrain, urban design, density, and local politics are major forces that affect lifestyles of real estate occupants and therefore shape geographic sub-markets. The Denver metropolitan area can be divided into several geographic sub-markets: the central business district in Denver, central city neighborhoods in Denver, older suburban strip developments, suburban tract developments, semi-rural areas (suburban fringe), mountain communities, and non-metropolitan areas (north of Boulder). The area near Rocky Flats is partially in the suburban tract development zone and partially in the semi-rural zone. Slightly further away there are some older suburban areas (towards Downtown Arvada in the south and Boulder in the north). Other sub-market areas are excluded from this study, because they are not represented in the vicinity of Rocky Flats and would not add to this study. These areas include the areas within the City of Denver, areas north of Boulder, and the mountain regions.

For the same reason we pool property sub-types into common sub-markets, we pool the three remaining geographic sub-markets into one sub-market, the *suburban and semi-rural areas in the metropolitan Denver region.* Due to the spatial resolution of our transaction samples (in Phase I) we did not classify properties according to location in one of the three sub-areas: older suburban, suburban tract, and semi-rural. The common relate field in all the data collected in Phase I was the *township-range-section* (survey section) location identifier. The three sub-areas could easily fall within, or overlap these survey-sections and thus could not be separated. In Phase II the common relate field in all the data collected was the address which was matched to real world coordinates. Even with this accuracy, exact boundaries or divisions between the three geographic sub-markets is questionable and overlap between sub-areas could be argued. This pooling of

geographic sub-markets into one sub-market does not pose a problem since the three sub-areas support very similar suburban lifestyles.

Temporal Considerations:  In Phase I data limitations imposed restrictions on the study's temporal scope and we did not attempt to trace the development of property value depression through time in the three pooled data sets.  We pooled the property sales data used in the regression analyses in the temporal dimension for the entire period of 1983-1993 to increase the sample size and improve its spatial distribution.  For *single family residential* data in Phase II we were not restricted by data limitations and selected to pooled monthly reports into yearly reports to account for seasonable variability in the market.

There are two key assumptions that enable data pooling in the temporal dimension:

1) The values of all location based independent variables (those that are overlaid with real estate transaction records) do not vary significantly during the entire study period.  The location based variables used here are obtained from current data between the years 1990 and 1993.  Since attributes such as: demographics, land use, socioeconomics, accessibility, and environmental quality evolve over time, eleven years (used in Phase I) is near the upper bound of length of time that can be pooled for this type of study.  In Phase II, the 1990 and 1993 location based data fell right in the middle of the eight year study period.

2) The influence of each independent variable on real estate value remains the same for the time period understudy.  This implies that people's lifestyles and market preferences do not change in the eleven year period in Phase I and the eight year period in Phase II. In the event that there is change over time, the statistically estimated influences of independent variables in the hedonic regression model would represent average values over the study period.  Specifically, impact of Rocky Flats is also assumed to remain the same for the study periods.  As a result, the estimated impact function of Rocky Flats is also an average over the study period.

In addition, temporal fluctuations of the real estate market need be taken into account. Similar to how variables representing property sub-types are used, variables representing each year in the study period are used to estimate the yearly fluctuation of the market. For example, suppose in one year values of all properties in a sub-market sell for 20% more than if they were sold in the previous year; and in subsequent years some other fluctuation occurs.  These fluctuations have to be estimated and are revealed in the variables representing each year.

# Chapter 3

## Hypothesis

We hypothesize that there is a causative link between Rocky Flats and depressed real estate values in the surrounding area. In a second hypothesis we state that there is a causative link between the June 1989 FBI raid and depressed real estate values in the surrounding area.

## Method

Hedonic regression is a statistically-based method widely used to study association between real estate value and multiple variables that affect it. It is based on the concept of the hedonic price model, which sees property value as a measure of the total utility of a bundle of services, each of which are valued separately by the market. The value of the property is the combined value of these services. In hedonic regression, the value of properties is the *dependent variable*; each component of real estate value is an *independent variable*. Each independent variable provides a dimension for measuring the utility of properties. Each data sample used in hedonic regression is measured quantitatively in the dependent variable as well as all of the independent variables; each resulting quantity is the variable's *value* for the sample. For instance, an individual's house has 1000 sq. ft. of living space and sells for $50,000; here the house is the sample, living space is the independent variable (1000 sq. ft. is the value of that independent variable), and price ($50,000) is the dependent variable.

## Multiple Regression Analysis (MRA)

In multiple regression we attempt to predict a single dependent variable Y (property value) from a number of independent variables $X_1, X_2, ..., X_k$. We define the regression equation as the path of the mean of the dependent variable for all combinations of the independent variables. In other words, for every combination of fixed independent variables, there will be a distribution of dependent variables. Each distribution will have a mean and standard deviation and we assume the distributions are normal with equal standard deviations. The path of the means becomes a surface and the equation takes the form of:

$$Y = \alpha + \beta_1 X_1 + \beta_2 X_2 + ...... + \beta_k X_k$$

where: $\alpha, \beta_1, \beta_2, . . ., \beta_k$ and are constants.

This model is a linear-type model and assumes an additive functional form. An additive functional form in hedonic regression analysis implies the expression of property value

effects of amenities and disamenities as absolute dollar amounts to be added to or subtracted from the value of the property. This is unreasonable for most amenities in the real world as the effects of one variable on another are usually non-linear.

This may hold true for a fairly limited range of properties, for example, houses of roughly similar size within a geographically limited area. However, the linear-type model no longer applies when the statistical sample includes properties with a wide range of prices and amenity characteristics. In our study, sample property prices range from $20k to several million dollars; the terrain, demographics, infrastructure, and other amenity characteristics of the neighborhoods where the samples are found are widely disparate. In the real world the effects of one variable on another is usually non-linear. This non-linearity is significant in our study for the above reasons so that a non-linear approach must be used.

In cases where quantities of money (or size, weight, etc.) are involved, usually "constant elasticity" (instead of "constant increment") more accurately describes the behavior of such correlations. According to the economic principle of "decreasing marginal utility", adding the same amount of amenity (let's say sq ft) to an already big house adds little utility compared to adding the same amount to a small house.

"Constant elasticity" is mathematically translated to the logarithmic scale, where each doubling of the base amount is counted as the same quantity. For example, increasing a house from 100 sq ft to 200 sq ft adds the same amount of satisfaction as increasing from 200 sq ft to 400 sq ft. Applied to property values, we can say that the same great view that increases a $10,000 house by $2000 would add $20,000 to a $100,000 house. It is likely the bigger house would have more of other amenties that would accommodate a better view, such as more windows and bigger rooms to enjoy the view. It is far more reasonable to say that the view is worth the same *percentage* of the value of their houses, big or small. Expressing influences of independent variables on the dependent variable as percentage ratios implies a multiplicative functional form of the regression model.

One can treat the correlation as roughly linear (using the additive form regression equations) if the data set has a narrow spread in the quantitative dimensions (value, size, etc.). The logarithmic function, if taken in a narrow interval, approaches linearity. This would demand that no sample has more than double the size or value of any other sample. This is not the case in this study of measuring the effects of proximity to Rocky Flats on property values and the additive functional form of the regression model is ruled out.

With all extensive variables (including the dependent variable, property value) transformed to logarithmic scale, the multiple regression model assumes a multiplicative functional form. Influence of extensive independent variables are characterized by *elasticities*. For example, if lot size increases by 10%, and property value increases by 3%, the lot size elasticity of property value is 0.3. On the other hand, influence of intensive variables are characterized by percentage ratios as illustrated by the view exam-

18

ple above. The multiplicative functional form improves the predictive power of the hedonic regression model.

The multiplicative form can be computed without esoteric math by taking the logarithm of many variables so that the regression equation appears additive. In literature this is called the log-log functional form. In this study the form of the regression equations is similar to:

$$\log Y = \log \alpha + \beta_1 * (\log X_1) + \beta_2 * (\log X_2) + \beta_3 * (\log X_3) + \dots + \beta_k * (\log X_k).$$

where: $\alpha, \beta_1, \beta_2, \dots, \beta_k$ and are constants.

It can also be written as:

$$Y = \alpha * X_1^{\beta_1} * X_2^{\beta_2} * X_3^{\beta_3} * \dots * X_k^{\beta_k}$$

## Embedded Within A Geographic Information System (GIS)

A GIS is constructed and used as a framework within which to embed the study. The power of the GIS facilitates the sensitive and accurate quantification of spatial measurement. Spatial analytical metrics are incorporated to better model proximity, accessibility and to generate several location independent variables for the hedonic regression (Aronoff, 1989 and Burrough, 1986).

Geographic information can be defined as consisting of facts about specific places on the Earth's surface. A contemporary definition of GIS can be stated as: A computerized system which incorporates both spatial and attribute data to automate the storage, retrieval, analysis and modeling of spatial structure, association and location (Burrough, 1986). The purpose of such a system would be to add value to the data held within and offer a common framework to analyze and expand information and knowledge. In this study it proved very effective as a framework within which view shed analysis, proximity and models of potential interaction and association could be launched to predict more accurately impacts associated with location.

## Addressing Multicolinearity

We eliminate *multicolinearity* in independent variables by applying the *principal component method* of *factor analysis* which extracts the common variation that is shared by the independent variables that were correlated.

Factor analysis (FA) is a standard statistical tool used to solve multicolinearity problems in multiple regression models. Without the aid of factor analysis, multicolinearity among independent variables will result in unstable regression equations. Factor analysis

reduces a larger number of independent variables to a small number of *factors* or complex variables. Each factor will be highly correlated with several independent variables, while virtually non correlated with others. They represent the underlying logical associations among these independent variables. The factors are also virtually not correlated with each other, satisfying a basic data requirement of MRA that the effects of different predictive variables are mutually independent. In multiple regression, the factors take the place of the independent variables that they are closely associated with, producing more robust regression models.

Theoretically, it is possible to generate as many factors as there are independent original variables. However, in actual application a small number of them will monopolize most of the data variation, each one being closely associated with a number of independent variables. The rest of the factors represent small, localized data variations that do not exist in more than one independent variable. By keeping only factors above the standard criterion (eigenvalue equal to 1), we discard the small, localized data variations which are most likely noise. Thus factor analysis helps cut noise in the data, and therefore helps generate better multiple regression models.

## Operational Framework

Phase I and II (Figure 3.1) have similar operational frameworks, as displayed in Figure 3.2 (Phase I) and Figure 3.3 (Phase II), for constructing and implementing our HPM. This method adapts HPM to the special needs of this study's objectives and resources. These figures show data originating from two areas: i) the attribute data composed of property characteristics and sales, and ii) spatial data composed of location characteristics and geographic surface information. This facilitates the use of GIS technology to spatially relate many layers to attribute data, making it possible to run an HPM with a large number of independent variables. It also enables us to apply sophisticated computational techniques of spatial analysis extensively in modeling spatial processes and data processing.

## Data Requirements

Basic data requirements of hedonic regression are:
1) A comprehensive set of predictive variables perceived to significantly affect real estate values;
2) Effects of different predictive variables are mutually independent;
3) Large number of data samples well distributed across all predictive variables, for example, samples with any permutation of values of independent variables should be available.

The standard statistical estimation method used in hedonic regression studies is *multivariate regression.* It tests empirically the association between each predictive variable, for example, square footage of floor space of the neighborhood, and the

Fig. 3.1

# The Research Phases

Chart: 1





**Fig. 3.2**

# Summary: Obtaining Data for the Variables - Phase I

Other Data Sources

Imagery / GIS

Township, Range & Section Matching

LOCATIONAL VARIABLES

DISTANCE FROM ROCKY FLATS

INDIVIDUAL PROPERTY CHARACTERISTICS

TIME OF SALE

Sale Price in Current Dollars

SALES PRICE CORRECTED FOR INFLATION

DEPENDENT VARIABLE

Fig. 3.3

# Summary: Obtaining Data for the Variables - Phase II

dependent variable (in this case real estate or property values), holding all other predictive variables constant. Its result is an empirically-based mathematical equation that best predicts real estate values from the values of independent variables. Along with the predictive mathematical equation, several statistical measures are also produced, such as *confidence level* and *R-squared*. They measure the strength of statistical association between each independent variable and the dependent variable, and the magnitude of predictive power of each independent variable.

## The Data Matrix

A comprehensive hedonic price model of real estate requires a large data matrix with each row representing one property sale record, and each column containing values of each independent or dependent variable. Ideally, all variables that affect property values should be assessed for individual properties during the course of transactions. This is done during real estate transactions by sellers and potential buyers for their own financial self-interests. However, even if they are collected, such assessments are often qualitative, subjective, and sometimes cannot be clearly articulated as they are non-standardizable and therefore unsuitable for quantitative analyses. Currently, real estate appraisers only collect values of lot size in addition to a few attributes of the built structure.

For many categories of independent variables listed in Chapter 1, data is available but only in aggregated form such as the census tract level, the city or at a county level. In order to utilize such aggregated data from various sources, one needs to spatially relate them with disaggregated property sales records. Traditionally this is done manually and is an extremely time-consuming and tedious task which severely limits the researcher's ability to handle large samples or large numbers of attributes, consequently compromising the quality of the analyses.

GIS technology offers a solution to this problem. It utilizes the speed and accuracy of computers to perform spatial overlay, data manipulation, and other sophisticated spatial analysis operations, enabling the researcher to do far more sophisticated models with far larger data sets at a tiny fraction of the cost of time and effort. This study applies GIS technology to overlay disaggregate property sale records with many layers of attribute data from other sources. Thus it is able to make full use of the most detailed format available for each data layer, originally collected by different institutions for different purposes at different aggregation levels.

In addition to the data overlay features which assist in the disaggregation of some attribute data sets, spatial analysis can be used to model spatial processes, generating influence functions that measure features such as; slope, view shed, proximity, and accessibility. This facilitates the incorporation of more complex causative mechanisms into the hedonic price model than traditionally possible, improving its overall predictive power.

## A **Strategy for Assembling and Constructing the Data Matrix**

Constructing an exhaustive list of independent variables that influence real estate value is essential to the logical soundness of this study. This list includes variables that are important to people's life-style and their economic activities. Substantial numbers of potential buyers must perceive the benefits associated with each amenity variable or costs associated with each dis-amenity variable. Amenities that are over-supplied are not included because they are not valued by the market. Variables in the list represent attributes of the physical property or its location that are easily assessed by agents of the market, based on information easily obtainable on site or widely available to the public. Unpublished information cannot affect market activities. Finally, in order to satisfy the data requirement for a large number of data samples that are well distributed across all predictive variables, new variables should not be added to the list if they are highly correlated with existing variables in the list. Many perceived amenity variables are highly correlated with each other through underlying causative mechanisms, a phenomenon called *multicolinearity*. For instance, higher income neighborhoods usually have better schools. The hedonic regression model gains little predictive power by including both variables to the list. A caveat to note here: sometimes high correlation among independent variables are not due to underlying causative mechanisms, but rather due to small sample size. In such cases a larger sample will remove the multicolinearity. In this study we kept our sample size large.

In Chapter 1 a mechanism for classifying the independent variables that influence property value was presented. These categories are effective for defining, assembling and organizing the data within the data matrix where each row represents each property sale transaction and each column represents each variable. Figure 3.4 illustrates the flow chart to generate the *data matrix*. The types of variables need to be assembled into the database include:

1) The dependent variable: property sale price,

2) Independent variables that are collected at the property level. These primarily characterize the building and the sale transaction, and

3) Independent variables from other sources at various aggregation levels. These third type of independent variables are related with property sale data through spatial overlay (a technique common in GIS) and can be classified as *location-based variables*. Some of these variables are generated by sophisticated spatial analysis techniques (gravity modeling) within the GIS while others, such as air distance to Rocky Flats are simple distance based variables.

Segmentation of the real estate market is undertaken using land use type since property value is directly associated with it. This segmentation, which will be discussed further in the next section, means that one data matrix needs to be built for each sub-market. Here



**Fig. 3.4**

# Construction of the Data Matrix



we define four data matrices, one for *single family residential*, one for *multi-residential*, one for *commercial*, and one for the *vacant land* sub-market. In addition, the residential and commercial data matrices need to have an additional variable:

4) Property sub-types exist for commercial and residential but not vacant land. Each property sub-type is represented in the regression analysis by a dummy variable to estimate the fluctuation amongst sub-types.

# The Data Base Construction

The data base construction includes generating the dependent variable while accounting for inflation and generating the independent variables which fall within the six convenient categories based on mechanism of influence (as illustrated in Figure 2.1). Many of the independent variables were generated once for both Phase I and II. However, due to the nature of the source data, several methods to generate independent variables were significantly modified between Phase I to Phase II in order to meet the needs of the MRA.

## Phase I - The Pooled Data Set (DRESCO)

### The Dependent Variable:

The dependent variable used here and in most studies of this nature (Kinnard, 1992) is *Property Sales Records.* We use property sale data for the *commercial, multi-residential* and *vacant* properties from DRESCO, a company that collects real estate transaction data in the Denver metropolitan region, to populate this variable. The spatial extent of the data includes all Denver suburban areas east of the Front Range of Rocky Mountains, and south of Boulder. Figure 3.5 illustrates the area (defined by survey sections) from which we drew the property sales records. The temporal extent of the data ranges from 1983 to the end of 1993. There are a total of about 10,000 records in the data.

### The DRESCO Data

DRESCO reports that their data base contains all real estate transactions that occurred during the eleven-year period. They also report that they have taken care to make sure that all transactions are 'arm's length' sales, such that the sale prices are more likely to be in line with fair market values of the properties. Although the data base is not perfect, DRESCO appears to have provided good quality control in recording pertinent information about each property and classifying the properties into detailed land use categories.

The major weakness in the DRESCO data is the lack of single family residential proper-ties. DRESCO has concentrated efforts in collecting transactions of 'business' real estate

which translates to a *mean sale price* of $500,000 in most areas while the *mean property value* of single family residential properties in the area of study is in the lower $100,000's (according to county assessors' records). In the pooled residential sample used to run hedonic regression here, single family properties constitute less than 15% of the total with apartments forming the bulk of the sample. Since most of the properties in close proximity to Rocky Flats are single family residential, this puts some limits on the applicability of the results of this study to those single family properties. This *single-residential* sub-market was dealt with in Phase II of this study.

## Correcting for Inflation

The yearly Consumer Price Indices (CPI's) of the Denver-Boulder Metropolitan area were used to normalize the sale price figures in the property sale records. This adjusted the property sale records for inflation and resulted in the dependent variable (**LNPRICE**)[1] being recorded in constant 1993 dollars.

## The Independent Variables

The collection of independent variables used in the hedonic regression include a wide range and exhaustive set of variables which characterize the individual property according to: building and land parcel information, natural and social factor impacts, neighborhood and regional amenities, as well as location based characteristics including association and proximity issues.

### The Building and Site Attributes

We used four building attributes from DRESCO as independent variables in the hedonic regression analysis. They are; lot size in acres (**LNACRES**), size of living space in square feet (**LNSQFT**), number of units in building (**LNUNITS**), and age of built structure (**LNAGE**), computed by taking the difference between year of sale and year of construction. For the vacant land sub-market only lot size and number of lots in a parcel (**LNUNITS**) among these independent variables is meaningful.

## Land Use Sub-Markets and Property Sub-Types

Sub-markets are divided according to big land use categories, formed by combining more detailed DRESCO land use categories: *residential, commercial*, and *vacant land*. Each sub-market contains several property sub-types:

---

[1] It is important to note here that all the variables in this document have been assigned a proper name for future reference purposes. These names aid in the discussion where at times a complex analysis was undertaken to generate a variable for the regression equation. The dependent variable is given the proper name (*LNPRICE*) here.

1) In residential sub-market: *duplex / triplex / quadruplex*, *apartment*, *condominium / townhouse / row house*, and *farm / ranch residence* sub-types.
2) In commercial sub-market: *retail / food service*, *office / bank*, *accommodation*, *automobile-commercial*, and *warehouse / general commercial* sub-types.
3) Vacant land sub-market contains no property sub-types.
Each property sub-type is represented by a variable in the regression equation.

## Time of Transaction

Dummy variables are used to estimate the yearly fluctuation of the market and are generated for each year, from 1983 to 1993, according to the year of sale attribute in the DRESCO data.

## Common Location Identifier: Survey-Section

Properties in the DRESCO data base are spatially encoded to the *township-range-section* grid of the Public Land Survey System. Each cell in the survey grid is denoted a *survey-section*, roughly one square mile. The survey-section is the common attribute used to relate property sale records with location-based variables. It defines the maximum spatial resolution possible in our subsequent analysis. Figure 3.5 maps the one square mile TRS grid.

Since a one-square mile section is roughly the size of most neighborhoods, survey-sections are sufficiently localized for carrying attribute information at the neighborhood level and above. Among all the variables that influence real estate value, building characteristics and transaction time exist at the property level in the DRESCO data base. The *survey-section* is of adequate spatial resolution for neighborhood characteristics, accessibility, and government characteristics. Only site characteristics are somewhat compromised by the *survey-section* level spatial resolution, especially those characteristics with high degrees of spatial variability, such as slope, viewshed, flood plains, proximity to lakes and streams. We average these attribute information at the neighborhood level rather than at the property level, and thus average or smooth out the influence of these attributes, and seemingly reducing their importance in the valuation of real estate.

## Location-Based Variables

These variables include all the independent variables not yet identified in this report. Appendix A contains a series of flowcharts where chart A through P graphically trace the data sources, processing steps, and resulting variable names of all the location-based variables. Each section of the flowchart groups variables derived from a common data source (such as the first group, charted as A, *Land Use*) or generated by a common spatial modeling technique (such as group 16, charted as H, *Auto Accessibility*). Note that all

**Fig. 3.5**

# SURVEY-SECTIONS



Legend

Rocky Flats Plant
Interstate
US Highway
County Boundaries

Survey-section boundaries

Survey-sections in Denver Metro Area in relation to Rocky Flats.

0    3    6 miles

N

County Locator Map.

Rocky Flats Plant

AEGIS Laboratory    1/5/95

variables generated in each group are based on *survey-sections*. Anticipated impacts of these variables on property values follows the description of each group.

1) *Land use* (chart A in Appendix A)  The source of this data is Metrolist, a company that distributes property data compiled by the tax assessors of the counties. The data consists of disaggregate property records which store basic information, such as land use category, location by survey-section, lot size, building floor size, and price of last sale for every property within our study area which totals nearly 500,000 in number. The information was extracted from Metrolist in early 1994. The data quality of Metrolist appears to be the same as the quality issued by each county, problematic. There are large portions of the database with missing attribute information, and it is common that one property may be incorrectly associated with a few dozen duplicate records. The largest hurdle to overcome before this ancillary data set could be included was the county level uniqueness of the land use classification system.  The biggest problem faced is that the land use classification systems are geared towards taxation and do not lend themselves easily to the objectives of our study. For example, one county does not distinguish between single family dwellings and other types of owner-occupied housing.

We aggregated this Metrolist data to estimate the total floor space and total acreage of each land use type by survey-section. The variables generated in the final step represent various proximity measures (see Appendix B): proximity to residential floor space (***PLNFLR2R***), proximity to commercial floor space (***PLNFLR2C***), proximity to industrial floor space (***PLNFLR2I***), proximity to acreage of vacant / agricultural land (***PLOT2V***).

Land use has complex impacts on property values and directly depends on the land use of the impacted property. In the suburban or semi-rural sub-market, convenient access to commercial and industrial land uses enhances the value of residential properties because suburban densities are usually not high enough to have significant noise and traffic impacts on residential neighborhoods, and newer industries in the suburbs tend to have low environmental impacts. Proximity to *vacant or agricultural* land is likely to enhance residential values while high residential density is likely to negatively impact residential values. On the other hand, commercial properties that are in close proximity to dense residential areas and other commercial areas are likely to experience enhanced values, while proximity to industrial or vacant land should have little impact. In the case of vacant land, proximity to high density commercial, industrial, and residential land uses should all have strong impacts on value.

2) *Population and employment* (chart B in Appendix A)  The source of population data is the US Census Bureau and employment data was obtained from the Bureau of Labor Statistics. Both data sets came in digital form as tabular files from the Denver Regional Council of Governments (DRCOG). The spatial components of this data, traditionally thought of as a map of census tracts, were imported from the US Census Bureau TIGER digital files. The resultant variables both represent density measures, population per acre (***ZLNPOPDN***), and employment per acre (***ZLNEMPDN***). Both these variables are likely

to have mixed impacts on residential values, but should impact positively on both commercial and vacant land values.

3) *Other demographic data* (chart C in Appendix A)  The source of these data is the same as the population data discussed in data group (2).  However, the difference is that these data are only available for selected census tracts, therefore interpolation (Appendix B) was necessary to generate a complete spatial database of these attributes.  The resulting variables are: median household income (**ZLNINC**), percent minority population (**ZPCMINOR**), median age of housing stock (**ZLNAGE**).  High median household income should enhance all property values.

Concentration of minority population possibly reduces residential values due to prejudicial factors and impacts should be much smaller on commercial and vacant land values.  Older housing stock should reduce all property values.

4) *Socioeconomic and retail sales* (chart E in Appendix A)  The source of socioeconomic data is the County and City Databook, 1992.  The source of retail sales data is the Colorado Department of Revenue.  Both data came in tabular form, and are keyed to cities and counties.  The map of cities and counties were imported from the US Census Bureau TIGER digital files into the GIS .  The resulting variables are: number of serious crimes per 100,000 population (**ZCRIME**) and percent of population under poverty level (**ZPOVERT**).  Retail sales data are used in computing accessibility measures (Appendix B).

Crime and poverty should both have negative impacts on all property values.  The fact that the raw data are keyed to cities and unincorporated counties make the data less precise spatially than desired, especially for large cities or large unincorporated suburban areas.

5) *Traffic volume* (chart F in Appendix A)  The source of this data is Denver Regional Council of Governments (**DRCOG**).  It came as a traffic map with road class and traffic volumes marked.  We digitized this data onto a GIS street map and imported data from US Census Bureau TIGER digital files.  We then transferred traffic volume data from street links onto *survey-sections* using some GIS spatial manipulation tools and techniques.  The variable generated in the final step is a proximity measure (Appendix B): proximity to vehicle-miles of auto traffic (**ALNTRAF**).

Traffic volume should have positive impacts on commercial and vacant land values; it should also impact positively on residential values for the same reason commercial land uses do in data group (1).

6) *Whether in Boulder County* (chart D in Appendix A) Boulder county was taken from the GIS map of counties assembled in data group (4).  The resulting variable takes the value of 1 if the *survey-section* is in Boulder County, 0 otherwise (**BOULDER**).

27

This variable is motivated by growth control policies that have been in place in Boulder County for several decades. Growth control policies reduce amount of new developments, therefore have positive impacts on residential and commercial values and negative impacts on vacant land values. Likely environmental quality improvements should have similar impacts on residential values. However, growth control might also stifle business growth and consequently have negative impacts on commercial and vacant land values.

7) *Open space* (chart L in Appendix A)  The source of this data is Denver Regional Council of Governments (DRCOG). It came as a GIS map of parks, national forests, and open space preserves in Arc/Info format. The resulting variable represents a proximity measure (Appendix B): proximity to open space (*JOPENSP*).

Proximity to designated open space areas and other recreational lands are likely to enhance residential and vacant land values, because it generates recreational amenities and reduces supply of developable land.

8) *Lakes* (chart M in Appendix A)  The source of this data is the same as that of open space in data group (7). It was delivered as a GIS digital map or coverage containing the lakes information. The resulting variable is a measure of air distance from shores of lakes (*JLNDLAKE*).

Proximity to lakes should enhance residential and vacant land values for the same reason as proximity to open space as in data group (7), but to a higher degree because lakes are better view and recreational amenities.

9) *Flood plains* (chart K in Appendix A)  The source of this data is the same as that of open space in data group (7). It came as a digital map of sand and gravel deposits. The resulting variable is the percent of land in flood plains (*JFLOOD*). We used locations of sand and gravel deposits as a proxy in order to locate flood plains.

The flood plains data naturally should have a higher degree of resolution than the *survey-section*, because the impacts of being *in* and being *near* a flood plain are opposite. Areas in flood plains have high risks of flood. Some of these areas cannot be developed and therefore do not appear in the property sale database. Some areas are developed but require high flood insurance premiums; these areas should impact negatively on real estate values. Areas near flood plains but have little flood risk are highly desirable properties because of their flatness, soil stability, scenic quality of streams, and ease of access; these areas impact positively on property values. Impacts on vacant land values are the same as developed properties depending on exact locations of the properties.

10) *Air pollution* (chart O in Appendix A)  The source of this data is the Colorado Department of Health and is published in an air quality report of 1994. It consists of monitoring data for ozone, carbon monoxide and particulate matter (PM) in tabular form. The locations of the monitoring sites were also specified in the report. We identified the

monitoring sites on map, then entering them into the GIS as points. We then entered the tabular data and linked it with the point monitoring sites. We then extrapolated this data to all *survey-sections*. The resulting variable is a weighted sum of the concentrations of the three pollutants (***QPOLLUTN***).

Air pollution should have negative impacts on property values, especially residential values. Types of air pollution that affect property values are the conspicuous kinds such as visible air pollution. In the Denver region, they are represented by the visually unappealing "brown cloud", which consists of mostly dust particles. Studies have been conducted on this phenomenon, but detailed assessments that compare its impacts on different locations have not been published.

11) *Hazardous waste* (chart N in Appendix A)  This source of this data is the Environmental Protection Agency (USEPA). It came in the form of a GIS map with point locations identifying the following types of hazardous waste sites: CERCLA (Comprehensive Environmental Response, Compensation, and Liability Act), RCRA (Resource Conservation and Recovery Act), TRIS (Toxic Release Inventory System), landfill, salt pile, and sludge. We computed a weighted sum of all types of hazardous sites except RCRA for all locations, then generated a proximity measure (Appendix B): proximity to hazardous waste sites (***QLNHAZW***).

Hazardous waste sites should impact negatively on all property values, if the locations and nature of the sites are widely known to the public.

12) *Distance to Rocky Flats* (chart P in Appendix A)  We first identified the center point of Rocky Flats on map. The resulting variable is a measure of air distance from this point in miles (***QRFMILE***).

Anticipated impacts on property values have been discussed earlier.

13) *Topography* (chart I in Appendix A)  From the DEM we produced elevation and slope data, both keyed to square cells 300 ft along a side. We then averaged elevation and slope data for each *survey-section*, through GIS spatial overlay analysis. The resulting variables are: mean elevation of survey-section (***KELEV***), mean percent slope of survey-section (***KSLO***), and standard deviation of slope in each *survey-section* (***KSTDSLO***).

Impacts of terrain on property values are likely to be mixed. In general, flat areas enhance all categories of property values because of higher buildability and easier access. Areas with rolling terrain also enhance property values due to attractive scenery. Higher elevations can also enhance property values because of better views as well as psychological reasons.

14) *Viewshed* (chart J in Appendix A)  We developed computer programs to measure view quality, keyed to the same 300 by 300 ft cells mentioned in group (13). Our algorithm calculates the depth of view for each cell looking at each direction, then sums up

the results for all directions to obtain a total measure of view quality (depth and width). This variable is called total view quality (***KLNTVIEW***). We generate another sum, weighted in favor of the mountainous western direction, and call the resulting variable view quality to the west (***KLNVUWES***).

Both view measures should positively impact real estate values, especially residential and vacant land values. In particular, one can see the majestic Front Range of Rocky Mountains when looking west, if one's view to the west is not blocked.

The next two variable groups (15 and 16) have been generated by network modeling and all variables generated in each group are based on survey-sections (Appendix B). Again, a brief discussion on the anticipated impacts of these variables on property values follows each group.

15) *Auto travel time* (chart G in Appendix A)  In this variable group we are not doing spatial interaction modeling per se, but the analysis used in this group is a preparatory step for spatial interaction modeling in the next variable group (16). In this group we measured automobile travel times to various regional attractions from each survey-section. This involves the following steps:

15a) Setting up the regional transportation *network*: The network consists of a GIS map commonly referred to as a coverage or layer of streets and highways with road class information attached, built in data group (5). This map layer contains all streets in the entire Denver metropolitan region which totals nearly 90,000 links. We then assign a travel speed to each link in the network based on road class information.

15b) Inputting destinations: We identified regional attractions, including Downtown Denver, schools, and nearby ski resorts on map. We then digitized these point locations onto the GIS map of streets and highways.

15c) *Network analysis*: We employ a path-finding algorithm to find the shortest-time-path between each origin-destination pair, (i.e. from each survey-section to each regional attraction). Each shortest-time-path resulting from the analysis may traverse hundreds of links in the street network. The variable of auto travel time to Downtown Denver (***AMINDTN***) is generated at this step by identifying the shortest-time-path between each survey-section and Downtown Denver.

15d) Selecting the minimum travel time to schools and ski resorts: We allocated each survey-section to the closest school by selecting the minimum of all travel times to schools from each survey-section. The same process was applied for ski resorts. The resulting variables are: minimum auto travel time to schools (***AMINSCH***), and minimum auto travel time to ski resorts (***AMINSKI***).

Auto travel time to downtown Denver should enhance all types of property values, because downtown Denver is the foremost concentration of economic activities, services,

and entertainment in the region. Auto travel time to schools is not likely to have much of an impact on property values because schools are fairly well distributed in the region with respect to residential areas. Auto travel time to ski resorts should have a small positive impact on residential values, because most locations in the region have good access to ski resorts. This could also act as a surrogate for mountain access.

16) *Auto accessibility* (chart H in Appendix A) In this variable group we compute accessibility measures similar to the proximity measures presented in Appendix B, based on the gravity model. Again, the reason we use the gravity model here instead of a minimum distance or travel time based measure is the ubiquitous nature of the destinations and the quality differentiation among similar destinations. For example, there are retail establishments in many locations, but they can be differentiated in terms of size and attractiveness. We first calculate the minimum auto travel time between each origin-destination pair, then apply the gravity model to estimate the probability of spatial interaction between each pair, given information about the destination's quality and the time it takes to complete the interaction (i.e. the time it takes to travel there). The following steps are involved:

16a) Setting up origins and destinations: Due to the substantial demand for computer power of this analysis, we aggregated the 1200 plus survey-sections to nearly 150 larger "access zones", each focusing on a regional transportation node (usually a major street intersection) and encompassing from 4 up to 24 survey-sections. Each access zone is both an origin and a destination in our network analysis. Thus the total number of shortest-time-paths to be generated between origin-destination pairs is more than 20,000.

16b) Assigning quality measures to each destination: There are four measures of destination quality that we generated: total population, total household income, total employment, and total retail sales. We took results from data groups (2), (3), and (4), which were based on survey-sections, and aggregated them for each access zone.

16c) Generating shortest-time-paths between origin-destination pairs: We used the same regional transportation network as in group (15), and followed the same procedure as in step (15c).

16d) Applying the gravity model to calculate probability of each trip: We applied the mathematical equation

$$T_{ij} = A_i B_j \exp ( -k\, r_{ij} )$$     (see Appendix B for details)

to each origin-destination pair. The probability of each trip is proportional to the quality of the destination and inversely related to the time it takes to make the trip.

16e) Summing up trip probability over all destinations for each origin: The sum of trip probabilities to all employment destinations from each point of origin is the measure of

its *accessibility* to employment; and so on. Hence we arrive at the variables: accessibility to population (***ACCPOP***), accessibility to employment (***ACCEMP***), accessibility to aggregate household income (***ACCINC***), and accessibility to retail sales (***ACCSALE***).

Accessibility measures are likely to have strong positive impacts on all property values. Accessibility to employment and to retail sales should especially enhance residential values. Accessibility to population and to income should especially enhance commercial values .

# Phase II - The MLS Data Set

## The Dependent Variable:

Like Phase I, the dependent variable used here is *Property Sales Records*. We use property sales data for the *single-residential* from MLS, a company that collects real estate transaction data in the Denver metropolitan region, to populate this variable. The spatial extent of the data includes all Denver suburban areas east of the Front Range of Rocky Mountains, and south of Boulder. Specifically the geographical area covers Denver Suburban Counties, including Adams, Arapahoe, Jefferson, Douglas, and Boulder County south of Base Line Road.   Figure 2.3 (from the previous chapter) illustrates the area from which we drew the property sales records. The temporal extent of the data ranges from 1988 to 1995. Our total sample from the MLS was 6392 records.

## Single Family Residential (MLS)

Similar to the data base founded on the DRESCO data source, the data base construction here includes generating the dependent variable while accounting for inflation and generating the independent variables which fall within the six convenient categories based on mechanism of influence (as illustrated in Figure 2.1).

MLS reports that their data base contains the majority of real estate transactions that occur each month during the eight-year period. This data source contains almost 100% of the single family residences sold in the region (some residences choose to sell their property independently from this service) and provides a more than adequate annual sample for the MRA.   This large annual sample of sales makes it possible to measure the effect of proximity to the Rocky Flats processing facility over time and determine whether events at Rocky Flats had an effect on the property values. MLS has provided good quality control in recording pertinent information about each property.

## The Independent Variables

The collection of independent variables for the *single-residential* sub-market includes the wide range and exhaustive set of variables used in Phase I. Much of the data is used in its native state from the data sets built in the first phase of the study. Individual properties

were evaluated according to location (city, county, address), sale price, sale time, living
space, bedrooms, bathrooms, garage, basement, time of construction and neighborhood
and regional amenities which included association and proximity issues.

The range of sales prices is large (approx. $20,000 to $2,000,000) so that the distribution
is highly skewed. This variation is characteristic of the distribution in Phase I and we
chose the regression model's functional form to be logarithmic. Again, the logarithmic
functional form restores it to a normal distribution, the property values are measured in
elasticities and samples with higher values are prevented from having disproportionately
large influences over regression results.

## Location-Based Variables

In the first phase of the project, location variables were generated on the survey-section
level. This limited the spatial resolution of the location variables and ultimately reduced
the confidence levels of the results. In the second phase of the project, we obtained
property sales keyed to point locations. Since many of the original locational attributes
had higher spatial resolution (than the survey-section), it is possible to enhance the
accuracy and sensitivity of the locational variables.

These higher resolution locational variables include: whether property is within the MPC,
distance to Rocky Flats, auto accessibility to employment, proximity to traffic, auto travel
to downtown, ski resorts, and Boulder; proximity to lakes, open space, terrain elevation,,
slope, and variation of slope, and view quality; proximity to vacant, commercial, and
residential landuses, proximity to toxic sites, including CERCLA sites, census
information such as population, employment density, household income, racial
composition, age of housing stock, educational attainment, occupational composition,
crime/unemployment/poverty rates, etc. Certain variables found to be irrelevant to single
family housing valuation or having too low resolution have been dropped, such as auto
travel time to schools, whether in the flood plain, air pollution (too few monitoring sites),
accessibility to retail sales (retail sales volumes are only referenced to cities and
counties). Locational variables are adjusted by taking their natural logarithm whenever
the original distribution is highly skewed.

## Common Location Identifier: Street Address

Properties in the MLS data base are spatially encoded by their *street address* as they
serve the real estate sales community which locates and visits properties using address as
a navigation tool. With the development of the US Census 1990 TIGER data set, its
improvements in 1994 and enhancements made by the AEGIS laboratory, we were able
to create a computing environment where we matched and located properties on the
earth's surface to within an accuracy of a few hundred feet. Figure 3.6 illustrates the
process of address matching the MLS data. With enhancements (corrections to street
names and address ranges) to the data base within the MPC, we were able to locate

**Fig. 3.6**

# A ddress Matching





3 Sand Cherry

Select a specific property in the
Metrolist database and find its address.

Use GIS to find the address in
a digital map of the area.

(through address matching) and extract from the MLS, almost 100% of the *single family residential* properties sold each month from 1988 to 1995 within the MPC. The only properties missed were those not listed in the MLS or any that were misprinted in the MLS. Figure 3.7 illustrates the sample sales georeferenced in the vicinity of the MPC and in the Denver Metro region.

We were able to compare this sample within the MPC with an address matched, stratified random sample representative of the rest of the region. The stratification was accomplished by digitizing the MLS reporting districts (spatial polygons), producing a random sample within each district, and address matching the samples until a more than adequate control sample was generated (which ranged well over 250 samples each year).

Site characteristics are enhanced (over TRS) by the *street address* level spatial resolution, especially those characteristics with high degrees of spatial variability, such as proximity measures.

## Time of Transaction

Dummy variables are used to estimate the yearly fluctuation of the market and are generated for each year, from 1988 to 1995, according to the year of sale attribute in the MLS data.

## Correcting for Inflation

As in Phase I, the property sale records were adjusted for inflation and resulted in the dependent variable being recorded in constant 1993 dollars.

# Phase III - Amount Of Property Devaluated Within The MPC

In Phase I the DRESCO data set played a key role in providing information on sales for the *commercial, multiple residential* and *vacant land* property categories but it did not provide numbers for the total amount of land in each category within the MPC. To obtain these numbers the Metrolist data set, along with other sources, was used. Metrolist listed the property by category and allowed estimates of numbers of properties, square footage and in some instances acres to be predicted.

Since *commercial* property is marketed and valued in square footage, that property category was extracted from the Metrolist data set along with the item or field containing the square footage.

**Fig. 3.7**

# A ddresses Sampled
## Phase II



*Multiple residential* is not measured, nor is it reported in, square footage. The Metrolist data set lists it as a property type. This category did not include individual condos or townhouses.

Although the numbers of properties in the category *vacant land* can be calculated, it is more appropriate to calculate the amount or area in *vacant land* since this property category is valued as price/area and includes very large parcels which are often subdivided (at some later time) into smaller buildable units. The Metrolist data set often did not include any value in the data fields that represented size of parcel (such as square feet or acreage). This lack of reporting is common in county data records where the size of the property is often described in tax parcel information which either does not easily translate into an area data field or it is too expensive to transcribe into digital form. We therefore calculated the total area of *vacant land* by digitizing in land use and land cover information from a variety of sources (both county and municipal) and interpreting 1989 aerial photographs from a local company, LANDISCOR. We subtracted from the MPC all areas owned by Rocky Flats, all government land (which included municipal lands), all recreation and park lands, hydrographic features, and areas occupied by residential or commercial properties (from the 1989 aerial photograph). The resultant land was that which is considered *vacant land* and was reported here in acres. Figure 3.8 maps this *vacant land* within the MPC. There were vacant lots recorded in the tax assessor's records that were likely dispersed amongst the existing residential properties. Since we eliminated residential neighborhoods from the map in Figure 3.8, we added these properties to the total vacant land inventory later, assuming an average size lot of 7,000 square feet (Hunsperger & Weston).

The final property category, *single family residential*, was georeferenced by address matching, addresses for each property obtained from tax assessor's records. The Metrolist data set identified property by Township, Range and Section which was not spatially sensitive for this Phase II of the study. To identify tax parcels to be coded, the MPC was spatially intersected with the Township, Range and Section map (TRS). Any TRS that touched the MPC was listed. This list was broken into two categories, those TRS that were 100% inside the MPC and those that were on the border of the MPC. Microfiche containing tax assessor information was obtained and coded providing property number, owner and location (as a street address where feasible). We address matched the data from this list and determined if a property was within the MPC. Since the success of address matching depends on the integrity of the reporting of each address (for example a spelling mistake would not match an address) we know ahead of time we will likely not match a 100% of the data. We therefore combined the TRS and address matching to determine how many properties were within the MPC, calculated our accuracy in address matching, assumed that the error in those that did not match was not systematic and thus the distribution was normally distributed, and estimated the number of *single family residential* properties within the MPC. We checked this number by interpreting and digitizing the visible houses on the 1989 aerial photograph from LANDISCOR.



Fig. 3.8