# Chapter 4

## The Empirical Model

The regression model employed here studies the association between property value and the multiple variables just defined in Chapter 3. The hedonic price model sees property value as a measure of the total utility of the independent bundle of services or variables just defined and valued separately by the market. The value of the property is thus the combined value of these independent services or variables which provide a dimension for measuring the utility of properties.

The actual equation we use to run multiple regression analyses is multiplicative. Each amenity contributes a fraction of property value, rather than a fixed dollar value. For example, having an extraordinary view adds more dollars to the value of a big house than that of a small one. The multiplicative form is made easy to compute by taking the logarithm of many variables so that the regression equation appears additive. In literature this is called the log-log functional form. One must avoid interpreting the contribution of each amenity as a fixed dollar amount, which would be the case if the equation were actually additive in form.

We present the numerical values for all terms except for the location term and the Rocky Flats term in the regression equations, for all property sub-markets:

$$\log P = \log P_0 + \log k_{TIME} + C_L * (\log V_L) + C_F * (\log V_F) + ... + \log k_{LOC} + \log k_{RF}$$

or

$$P = P_0 * k_{TIME} * V_L^{C_L} * V_F^{C_F} * V_U^{C_U} * V_A^{C_A} * k_{LOC} * k_{RF} \ ,$$

where:
$\quad$ $P$ is the price predicted by the hedonic regression model,
$\quad$ $P_0$ is the base price, depending on what sub-type it belongs to,
$\quad$ $k_{TIME}$ is the time of transaction term,
$\quad$ $V_L$ is the lot size in acres (*LNACRES* is its logarithmic form),
$\quad$ $C_L$ is the lot size elasticity of price,
$\quad$ $V_F$ is the floor space in square feet (*LNSQFT* is its logarithmic form),
$\quad$ $C_F$ is the floor space elasticity of price,
$\quad$ $V_U$ is the number of units / lots in structure (*LNUNITS* is its logarithmic form),
$\quad$ $C_U$ is the number of units / lots elasticity of price,
$\quad$ $V_A$ is the age of built structure (*LNAGE* is its logarithmic form),
$\quad$ $C_A$ is the age elasticity of price,
$\quad$ $k_{LOC}$ is the location term,
$\quad$ $k_{RF}$ is the Rocky Flats term.

# The Phase I  Results

In Figure 4.1a the values of $P_0$ for each property sub-type in each sub-market are presented. The absolute magnitudes of these "base prices" are not meaningful by themselves, unless they are plugged into the regression equations of their corresponding sub-markets. Nor are the base prices comparable across sub-markets. Within each sub-market, however, we discover the differences in price levels among different sub-types of property. For instance, an apartment building is worth less than half the value of a condominium building even if they are at the same location, have the same total floor size, total acreage, number of units, and were built at the same time.

b) In Figure 4.1b the values of $k_{TIME}$ by year (1983-1993) for each sub-market are presented. The price levels in 1993 are normalized to 1. The time of transaction term traces market ups and downs for the whole study area during the eleven-year period. For residential properties, market prices were highest in early 1980's, then declined to the lowest level in 1991, but have since recovered to 1988 levels. For commercial properties, there have been a more or less continuous decline of price levels during the whole period. For vacant land properties, market prices boomed to their peak levels in 1985, after which prices declined continuously to the current low level.

c) In Figure 4.1c the values of $C_L$, $C_F$, $C_U$, and $C_A$ for each sub-market are presented. Each elasticity measure indicates the importance of its corresponding property attribute in determination of property value. Since the elasticities are exponents in the regression equation, the predicted property values are highly sensitive to their size. A negative elasticity value represents an inverse relationship between the independent variable (property attribute) and the dependent variable (predicted price). From the chart we discover that floor space is the most important determinant of residential and commercial values, followed by lot size. Age of structure is inversely related to property values as expected. For vacant land properties, lot size is the most important determinant of value. Number of units / lots is the least important determinant of value in all sub-markets.

## Composite Variables - results of Factor Analysis

Often several locational variables are highly correlated with each other, making it difficult to empirically assign associations with property value and a specific single variable. Factor analysis is required to generate composite variables, each with a unique distribution of data samples, so that property value patterns that match its distribution can be assigned to it. One can fine tune the number of *composite variables* and their degrees of specificity by adjusting the eigenvalue cutoff in the principle component estimation. If there are too many *composite variables*, some of them will represent noise in the original data. If there are too few of them, certain unique data variations may be overlooked.

Fig. 4.1a

**Base Prices in Regression Equations**

| Sub-market/Sub-type | Base Price (1993 $) |
|---|---|
| **Residential** | |
| Single Family | 849 |
| Duplex/triplex/quadruplex | 612 |
| Apartment | 502 |
| Condo/townhouse/rowhouse | 1,210 |
| Farm / ranch residence | 1,210 |
| **Commercial** | |
| Office / Bank | 67 |
| Retail / Food | 70 |
| Accomodation | 74 |
| Auto-Commercial | 91 |
| Warehouse | 52 |
| **Vacant Land** | 21,942 |

Fig. 4.1b

**Time of transaction term**

| Year of sale | Sub-market | | |
|---|---|---|---|
| | Residential | Commercial | Vacant Land |
| 1983 | 1.592 | 2.058 | 1.957 |
| 1984 | 1.000 | 1.728 | 2.192 |
| 1985 | 1.410 | 1.394 | 3.320 |
| 1986 | 1.342 | 1.814 | 1.762 |
| 1987 | 1.251 | 1.667 | 1.992 |
| 1988 | 1.000 | 1.395 | 1.464 |
| 1989 | 1.000 | 1.450 | 1.162 |
| 1990 | 0.856 | 1.215 | 1.213 |
| 1991 | 0.767 | 1.000 | 1.000 |
| 1992 | 0.838 | 1.000 | 0.903 |
| 1993/4 | 1.000 | 1.000 | 1.000 |

Fig. 4.1c

**Elasticities**

| Property attribute | Sub-market | | |
|---|---|---|---|
| | Residential | Commercial | Vacant Land |
| Lot size (acres) | 0.226 | 0.278 | 0.505 |
| Floor space (sq. ft.) | 0.582 | 0.521 | - |
| Number of units / lots | 0.146 | - | 0.112 |
| Age of structure (yrs) | -0.185 | -0.242 | - |

In the analysis in Phase I, composite variables were generated from the original 30 location variables processed in the GIS. The location term, $k_{LOC}$ is determined according the following formula as a part of the regression equation:

$$k_{LOC} = \exp (S_1 \times F_1 + S_2 \times F_2 + S_3 \times F_3 + ...),$$

where

$F_i$ is the factor score of the $i$th locational factor from factor analysis, and
$S_i$ is the regression coefficient of the $i$th locational factor.

We present the location term for the three sub-markets in Phase I. All *composite variables* that have statistically significant influence on property values are listed, in the order of their importance. The regression coefficient $S_i$ of each *composite variable* listed represents its "influence" in the overall regression equation, included with it is its confidence level.

For each *composite variable* we describe it by listing all of the location-based variables that are closely associated with it. The *composite variable* serves as a representative of these variables in the regression equation. The variables are listed in the order of their strength of association with the *composite variable*, and all variables with factor loadings greater than 0.5 are listed.

The following are the composite variables, after *direct oblimin rotation*, the second step in the factor analysis which makes the composite variables more interpretable. They are different for each property sub-market.

## Composite variables for the *multi-residential* property sub-market:

1. *Education* ($S_i$ = 0.146, confidence = 100%). This composite variable is highly correlated with median household income, accessibility to schools and proximity to open space, while negatively correlated with unemployment rate and age of housing stock. It should positively affect *multi-residential* property values.

2. *Boulder* ($S_i$ = 0.110, confidence = 100%). This composite variable is highly correlated with shorter travel time to Boulder and negatively correlated to travel time to ski resorts. For reasons of land use restrictions in Boulder County as well as the presence of a large college student population, it should positively affect *multi-residential* property values.

3. *Air Pollution* ($S_i$ = -0.078, confidence = 100%). This composite variable is highly correlated with air pollution and negatively correlated with slope and view quality, which measures expansiveness of view. This variable negatively affects *multi-residential* property values.

4. *Crime* ($S_i$ = -0.059, confidence = 99.69%). This composite variable is highly correlated with crime and the percent of the population in poverty. It also contains

proximity to open space and is negatively correlated with mean elevation which suggests that in the neighborhoods in the higher elevations are safer. This composite variable crime should negatively affect *multi-residential* property values.

5. *View Quality* ($S_i$ = -0.045, confidence = 98.35%). This composite variable is highly correlated with view quality which measures expansiveness of view. It is negatively correlated with flood plain which suggests regulations, difficulty of obtaining a permit and/or difficulty of construction may cause problems. Good views may positively affect *multi-residential* property values.

6. *Accessibility* ($S_i$ = 0.041, confidence = 94.77%). This composite variable is highly correlated with accessibility to employment, retail sales, population, income, traffic volume and shorter auto travel time to downtown. It should positively affect *multi-residential* property values.

7. *Industrial Proximity* ($S_i$ = 0.032, confidence = 93.49%). This composite variable is highly correlated with industrial floor space and undeveloped land while it is negatively correlated with distance to lakes. It should positively impact *multi-residential* properties.

## Composite variables for the *commercial* property sub-market:

In order of influence:

1. *View Quality* ($S_i$ = 0.089, confidence = 100%). This composite variable is highly correlated with view quality which measures expansiveness of view. It is negatively correlated with flood plain which suggests regulations, difficulty of obtaining a permit and/or difficulty of construction may cause problems. Good views may positively affect *commercial* property values.

2. *Crime and pollution* ($S_i$ = -0.075, confidence = 100%). This composite variable is highly correlated with crime rate, minority percentage and the percent of the population in poverty. It is also correlated with air pollution. This composite variable should negatively affect *commercial* property values.

3. *Accessibility* ($S_i$ = 0.066, confidence = 100%). This composite variable is highly correlated with accessibility to employment, retail sales, population, income, employment density, traffic volume and shorter auto travel time to downtown. It should positively affect *commercial* property values.

4. *Open space* ($S_i$ = 0.032, confidence = 98.66%). This composite variable is highly correlated with proximity to open space and negatively correlated with distance to lakes. It would positively affect *commercial* property values.

## Composite variables for the *vacant land* property sub-market:

In order of influence:

1. *Accessibility* ($S_i$ = 0.564, confidence = 100%).  This composite variable is highly correlated with accessibility to employment, retail sales, population, income, employment density, traffic volume, population density and shorter auto travel time to downtown.  It should positively affect *vacant land* property values.

2. *Floor space* ($S_i$ = 0.222, confidence = 100%).  This composite variable is highly correlated with proximity to commercial and residential floor space.  It should positively affect *vacant land* property values.

3. *Crime and pollution* ($S_i$ = -0.197, confidence = 100%).  This composite variable is highly correlated with crime rate, minority percentage and the percent of the population in poverty.  It is also correlated with air pollution.  This composite variable should negatively affect *vacant land* property values.

4. *Open space* ($S_i$ = -0.157, confidence = 100%).  This composite variable is highly correlated with distance to lakes and negatively correlated with proximity to open space.  It should negatively affect *vacant land* property values.

5. *View Quality* ($S_i$ = 0.091, confidence = 100%).  This composite variable is highly correlated with view quality which measures expansiveness of view and median household income.  It is negatively correlated with flood plain which suggests regulations, difficulty of obtaining a permit and/or difficulty of construction may cause problems.  Good views may positively affect *vacant land* property values.

6. *Boulder* ($S_i$ = -0.033, confidence = 92.90%).  This composite variable is highly correlated with shorter travel time to Boulder and the age of the housing stock.  It is negatively correlated to travel time to ski resorts.  For reasons of land use restrictions in Boulder County as well as the presence of a large college student population, it should positively affect *vacant land* property values.

## The Impact of Rocky Flats

The Rocky Flats term $k_{RF}$, can be expressed in the following equation:

$$k_{RF} = 1 + d_{RF},$$

where:
   $d_{RF}$ is the percent change of property value.

The value of $d_{RF}$ is negative if property values are negatively impacted by Rocky Flats, and vice versa. Figure 4.2a-c presents graphs of $d_{RF}$ as a function of air distance to Rocky Flats, for the *residential, commercial,* and *vacant land* sub-markets, respectively. The *R-squared* values and *confidence levels* are also listed next to the graphs and are statistical measures that will be discussed below.

a) Figure 4.2a shows the curve for *residential* properties. Effects of the plant are observable between 4 and 6.5 miles from Rocky Flats. There are no samples located less than 4 miles from Rocky Flats, therefore the effect is unknown for distances within 4 miles of the plant. At 5 miles from Rocky Flats, residential property values are lower than similar properties located elsewhere by nearly 30%. This effect cannot be attributed to any other variables that we included in the regression analysis.

b) Figure 4.2b shows the curve for *commercial* properties. Effects of the plant are observable between 5 and 5.75 miles from Rocky Flats. There are no samples located less than 5 miles from Rocky Flats, therefore the effect is unknown for distance less than 5 miles. At 5.5 miles from Rocky Flats, commercial property values are lower than similar properties located elsewhere by approximately 20%. This effect cannot be attributed to any other variables that we included in the regression analysis.

c) Figure 4.2c shows the curve for *vacant land* properties. Effects of the plant are observable between 3 and 4.25 miles from Rocky Flats. There are no samples located less than 3 miles from Rocky Flats, therefore the effect is unknown for distance less than 3 miles. At 3.5 miles from Rocky Flats, vacant land values are lower than similar properties located elsewhere by nearly 20%. This effect cannot be attributed to any other variables that we included in the regression analysis.

### *R-SQUARED* MEASURES AND *CONFIDENCE LEVELS*

For the *residential* sub-market, the R-squared measure of our hedonic regression model is 0.860; the confidence level of $k_{RF}$ (impact of Rocky Flats) is 93.30%; confidence levels of all other independent variables are above 93.30%. There were originally over 2400 sample cases in the residential sub-market, but only 1000 had complete attribute values; consequently only these cases were used.

For the commercial sub-market, the R-squared measure of our hedonic regression model is 0.728; the confidence level of $k_{RF}$ is 90.08%; confidence levels of all other independent variables are above 90.08%. There were originally nearly 3000 sample cases in the commercial sub-market, but only 2500 had complete attribute values; consequently only these cases were used.

For the vacant land sub-market, the R-squared measure of our hedonic regression model is 0.491; the confidence level of $k_{RF}$ is 85.27%; confidence levels of all other independent variables are above 85.27%. There were originally nearly 3500 sample cases

**Fig. 4.2a**   R-squared = 0.860
Confidence level = 93.30%



**Fig. 4.2b**   R-squared = 0.728
Confidence level = 90.08%



**Fig. 4.2c**

R-squared = .491
Confidence level = 85.27%



in the vacant land sub-market, most had complete attribute values; consequently 3500 cases were used.

## Significance of Confidence Levels

Confidence level is a statistical measure of strength of association between the dependent variable and an independent variable. It can be interpreted as the likelihood that an actual association exists between the two variables. If confidence level is lower than 50%, it means that it is more likely that the statistical relationship between the two variables were due to chance. This is because a statistical sample is a small subset of the real world; random sample is the most representative type of samples, yet its randomness can potentially bias the results of statistical analyses. Sample size is critical here since larger random samples are far more representative of the real world than smaller samples. In order to improve confidence levels in statistical analyses, larger sample sizes are needed.

## Significance of R-squared

R-squared is a statistical measure of predictive power of the multiple regression equation. It represents the percentage of total data variance predicted by the regression equation. A high R-squared means that actual values of the dependent variable in the sample data do not vary very much from values predicted by the regression equation. It is an indication of exhaustiveness of the regression model, because there is little data variance left to be explained by potentially influential and yet unidentified causative variables.

Regression equations produced by this study all have fairly high R-squared values, especially those of the *residential* and *commercial* sub-markets. Due to the highly speculative nature of the *vacant land* sub-market, we expect random factors to account for a large part of the data variability; thus a lower R-squared is to be expected.

## Consistency of Results

As a general remark, the results of the hedonic regression models are very robust. We have run many alternative regression models with slightly different set-ups of regression parameters and the inclusion of slightly different lists of independent variables. Each time the model is run we have arrived at very similar results. Due to the factor analysis, slight variations in the independent variables do not affect the regression equation. Small variations that are not spatially correlated with other variables are discarded as noise. Since there is always more than one variable represented by each *composite variable*, the *composite variable* does not disappear when one of its associated variables is eliminated.

## Impact of Rocky Flats: Estimation Strategy

The shape of the Rocky Flats impact curves are motivated by considerations examined earlier. For example, if we examine the 1000 data samples used in the residential

regression model we discover that between 4 and 6.5 miles from Rocky Flats, most of the data points are below their predicted values. In order to determine the best cutoff distance and the best slope, we employed a systematic process to evaluate each possible shape. We varied the cutoff distance every 0.25 mile and ran a regression model for each value of cutoff distance. From the regression we obtained the best slope (from regression coefficient) at this cutoff distance, and a confidence level measure for the impact function. From the different settings of the cutoff distance, we selected the one with the highest confidence level as the final impact function of Rocky Flats. Figure 4.3 illustrates the impact function (the straight line in logarithmic scale).

1) the impact on value is 0 beyond a cutoff distance (where the line has no slope);
2) the value slopes downward from the cutoff distance as one moves closer to Rocky Flats.

## The Phase II  Results

Two methods were used to empirically determine the effects of Rocky Flats on surrounding property values. **Method 1** assumes that the effect is uniform within the MPC and there is no effect outside. **Method 2**, similar to the methods in **Phase I**, assumes that the effect is dependent on air distance from the borders of the Rocky Flats facility, and goes out to a certain distance to be determined empirically. Beyond this empirically determined distance there would be no effect. With **Method 2**, the cutoff distance was found by selecting the one with the highest confidence level, after running regression estimation with each trial distance.

## Composite variables - the *single family residential* property sub-market:

From the factor analysis, 15 composite variables were generated from the original 40 locational variables. The cutoff eigenvalue was 0.54. One of the 40 original variables, poverty rate, was dropped due to its misleading content. From the data poverty rate is highly correlated with Boulder county, evidently as a result of the large student population attending the University of Colorado, Boulder. The lack of income within the student population by no means implies financial hardship, as the word "poverty" implies. Since household income also measures essentially the same characteristics, poverty rate can be dropped from the analysis.

The following are the 15 composite variables, after direct oblimin rotation, the second step in factor analysis which makes the composite variables more interpretable:

1. *Accessibility.* This composite variable is highly correlated with accessibility to employment, and shorter auto travel time to downtown as well as to ski resorts on west I-70. It should positively affect property values.



**Fig. 4.3**

2. *Education.*  This composite variable is highly correlated with percentage of professionals and college graduates, and negatively correlated with unemployment rate and percentage of unskilled workers.  It should positively affect property values.

3. *Slope.*  This composite variable is highly correlated with slope and view quality, which measures expansiveness of view.  Good views may positively affect property values, but difficulty of construction may cause it to behave otherwise.

4. *Boulder.*  This composite variable is highly correlated with shorter travel time to Boulder.  For reasons of land use restrictions in Boulder County as well as the presence of a large college student population, it should positively affect property values.

5. *Proximity to lakes.*  This composite variable should positively affect property values.

6. *Proximity to open spaces.*  This composite variable measures proximity to parks, wildlife refuges, designated open spaces, and national forests.  It should positively affect property values.

7. *Proximity to CERCLA sites.*  This should negatively affect property values.

8. *Urbanity.*  This composite variable is highly correlated with population, employment, and residential built-up density.  It should positively affect property values, due to the availability of services and jobs.

9. *Proximity to other toxic sites.*  This composite variable measures proximity to landfills, salt piles, sludge, and TRIS sites.  It should negatively affect property values.

10. *Crime.*  This composite variable should negatively affect property values.

11. *Minorities.*  This composite variable measures percentage of non-white population.  It probably has negative effects on property values.

12. *Traffic.*  This composite variable should negatively affect residential property values.

13. *Income.*  This composite variable should positively affect property values.

14. *Slope variation.*  This composite variable probably positively affect property values.

15. *Age of neighborhood.*  This composite variable can have mixed effects on property values.  Even though older neighborhoods tend to have older infrastructure, as well m smaller properties, they tend to have stronger community and more convenient living.

## Regression Estimation

Property attribute variables are not used to generate composite variables and are used in the regression analysis by themselves. This is due to their lack correlation with each other or with locational variables, making the empirical estimation of their effect on property values straight forward. The 6392 samples from the eight yearly periods were pooled together in the regression analysis in order to ensure higher confidence levels of the results, backed by the assumption that the effects of each variable (sans proximity to Rocky Flats) on property values do not vary significantly from one year to the next. *Weighted least squares estimation* was used to balance the influence of samples inside and outside the MPC on the regression results, since different percentage samples were taken from the two areas (100% and 4%, respectively). This ensures that the regression results reflect the property market of the greater suburban Denver region as well as that of the area around Rocky Flats.

Finally, the composite variable "proximity to lakes" was dropped from the regression because it is highly correlated with proximity to Rocky Flats, as Standley Lake sits right in the middle of the MPC. When it is included in regression estimation, the lower property values in the MPC area were shown to be partially the effect of the lake. Since it is inconceivable that a lake should have negative effects on property values, it is reasonable to drop this composite variable.

## The Impact of Rocky Flats

Results of **Method 1** were slightly higher (pre 1991) than **Method 2** where the confidence levels were slightly higher. The R-squared for **Method 1** was 0.718 and for **Method 2** was 0.717. In order of confidence level (all confidence levels are above 95%), the following variables affect *single family residential* property values in the suburban Denver region (according to **Method 1**):

1. Square footage of living space,
2. *Education* (composite variable),
3. Number of garages,
4. Number of bathrooms,
5. Age of structure (negative),
6. *Accessibility* (composite variable, negative),
7. Walkout basement,
8. *Minorities* (composite variable, negative),
9. *Income* (composite variable),
10. *Boulder* (composite variable),
11. Number of bedrooms,
12. Within MPC in 1992 (negative),
13. *Traffic* (composite variable, negative),
14. Within MPC in 1993 (negative),

15. Within MPC in 1990 (negative),
16. *Proximity to other toxic sites* (composite variable, negative),
17. Within MPC in 1991 (negative),
18. Within MPC in 1988 (negative),
19. Within MPC in 1989 (negative),
20. *Urbanity* (composite variable, negative),
21. *Proximity to open spaces* (composite variable).

The results of **Method 2** contain almost identical effects for all variables listed above except for Proximity to Rocky Flats, which were measured by distance dependent functions. Similarly, all confidence levels are above 95%. The effects of proximity to Rocky Flats were the following:

12. Within MPC in 1992 (negative, cutoff distance is 9.0 miles),
14. Within MPC in 1993 (negative, cutoff distance is 8.5 miles),
15. Within MPC in 1990 (negative, cutoff distance is 9.0 miles),
16. Within MPC in 1991 (negative, cutoff distance is 7.5 miles),
18. Within MPC in 1988 (negative, cutoff distance is 7.0 miles),
19. Within MPC in 1989 (negative, cutoff distance is 6.5 miles).

The results suggest that the directional bias of the MPC makes it a slightly better model of effects of Rocky Flats than straight distance from borders of Rocky Flats Plant.

Figure 4.4 summarizes the mean property value loss within the Medium Plutonium Contour for both Methods 1 and 2. Here the "mean sale value" is corrected for inflation and the "mean loss" is the average loss due to Rocky Flats within the MPC. The "loss rate" is derived from Figure 4.5 which summarizes the flat loss estimation within Medium Plutonium Contour.

In Figure 4.5 the "coefficient" term is the size of the effect from the regression equation. The term "effect" (which is the "loss rate") is translated from the "coefficient" by the formula: effect = exp (coefficient) - 100%. The "cutoff" is the boundary which defines the area, beyond which the "effect" is presumed to terminate. At a 95% confidence level, the range of possible values for the "coefficient" is equal to the "coefficient" +/- a "standard error" (which is designated "standard error of coefficient" here). The "t-statistic" measures the effect's distance away from null, in units of standard deviations. The further the effect is away from null, the less likely that the effect arises from pure statistical coincidence. Values higher than 1.9 mean confidence levels are higher than 95%. Finally, "confidence level" measures the chance that the effect arises from pure statistical coincidence (or that no effect exists in reality). A "confidence level" of 100% suggests the effect could not occur by pure statistical coincidence.

Figure 4.6 summarizes the distance dependent loss estimation up to an empirical cutoff distance. The "effect per mile" is for every mile one goes toward Rocky Flats from the cutoff distance, property value suffers losses that equal this percentage of the original

**Fig. 4.4**

**Mean Property Value Loss within Medium Plutonium Contour: Methods 1 & 2**

| Year | MPC | Number of Samples | Mean Sale Value ($) | Method 1 mean loss($) | Method 1 loss rate | Method 2 mean loss ($ | Method 2 loss rate |
|------|-----|-------------------|---------------------|----------------------|--------------------|-----------------------|--------------------|
| 1988 | outside | 343 | 110597.20 | | | | |
|      | inside  | 324 | 106263.50 | -8158.55 | -7.68% | -7046.15 | -6.63% |
| 1989 | outside | 358 | 119766.00 | | | | |
|      | inside  | 365 | 107457.40 | -7838.04 | -7.29% | -5527.64 | -5.14% |
| 1990 | outside | 416 | 112944.30 | | | | |
|      | inside  | 370 | 101578.50 | -9474.82 | -9.33% | -8572.35 | -8.44% |
| 1991 | outside | 318 | 115399.60 | | | | |
|      | inside  | 493 | 104658.30 | -8046.32 | -7.69% | -8607.47 | -8.22% |
| 1992 | outside | 290 | 113403.70 | | | | |
|      | inside  | 624 | 107310.40 | -9854.25 | -9.18% | -10129.90 | -9.44% |
| 1993 | outside | 380 | 119696.70 | | | | |
|      | inside  | 557 | 115628.00 | -9897.10 | -8.56% | -9429.55 | -8.16% |
| 1994 | outside | 282 | 119134.70 | | | | |
|      | inside  | 546 | 122597.50 | -9194.64 | -7.50% | -9726.80 | -7.93% |
| 1995 | outside | 274 | 119196.40 | | | | |
|      | inside  | 452 | 124629.40 | -6796.14 | -5.45% | -6948.29 | -5.58% |
| Total number of sample | | 6392 | | | | | |

Outside MPC: samples range from  3.39 to 41.51 miles away from borders of Rocky Flats Plant.
**Inside MPC: samples range from 2.21 to 5.92 miles away from borders of Rocky Flats Plant.**

**Fig. 4.5**

**Method 1: Flat Loss Esimation within Medium Plutonium Contour**

| year | coefficien | effect | cutoff | standard error of coefficient | t-statistic | confidence level |
|------|-----------|--------|--------|-------------------------------|-------------|------------------|
| 1988 | -0.079884 | -7.68% | MPC | 0.024571 | -3.251 | 99.88% |
| 1989 | -0.075738 | -7.29% | MPC | 0.023303 | -3.250 | 99.88% |
| 1990 | -0.097917 | -9.33% | MPC | 0.022913 | -4.273 | 100.00% |
| 1991 | -0.079998 | -7.69% | MPC | 0.021062 | -3.798 | 99.99% |
| 1992 | -0.096323 | -9.18% | MPC | 0.019488 | -4.943 | 100.00% |
| 1993 | -0.089481 | -8.56% | MPC | 0.019703 | -4.542 | 100.00% |
| 1994 | -0.077960 | -7.50% | MPC | 0.019544 | -3.989 | 99.99% |
| 1995 | -0.056074 | -5.45% | MPC | 0.021001 | -2.670 | 99.24% |

MPC: Medium Plutonium Contour

**Fig. 4.6**

**Method 2: Distance Dependent Loss Estimation up to Empirical Cutoff Distances**

| year | coefficient per mile | effect per mile | cutoff distance (mile) | standard error of coefficient | t-statistic | confidence level |
|------|------|------|------|------|------|------|
| 1988 | -0.024438 | -2.41% | 7.0 mi | 0.007960 | 3.070 | 99.79% |
| 1989 | -0.023008 | -2.27% | 6.5 mi | 0.008990 | 2.559 | 98.95% |
| 1990 | -0.018295 | -1.81% | 9.0 mi | 0.004312 | 4.242 | 100.00% |
| 1991 | -0.024903 | -2.46% | 7.5 mi | 0.005930 | 4.200 | 100.00% |
| 1992 | -0.020314 | -2.01% | 9.0 mi | 0.003989 | 5.093 | 100.00% |
| 1993 | -0.019414 | -1.92% | 8.5 mi | 0.004314 | 4.500 | 100.00% |
| 1994 | -0.015373 | -1.53% | 9.5 mi | 0.003480 | 4.417 | 100.00% |
| 1995 | -0.024927 | -2.46% | 6.5 mi | 0.008404 | 2.966 | 99.70% |



Property Value Loss Near Rocky Flats: 1988, 90, 91, 92, 93, 94, 95

property value. At the "cutoff distance" and beyond, the effect is presumed to be zero. The graph in Figure 4.6 shows cumulative property value loss as a percentage of predicted property value, at various distances from borders of Rocky Flats. Note that in 1988 and 1989 the *cutoff* distances are closer to Rocky Flats and the *percentage of property value loss* are smaller. This suggests that after 1989, the impact of proximity to Rocky Flats on property values had a greater effect. Figure 4.7 illustrates the distances in map.

Figure 4.8 compares the results of the two Methods used to measure the *percentage of property value loss* over the study time period. Both graphs show a significant decline in property values in 1990 from the previous year. Appendix C Contains the Regression Equation results for Methods 1 and 2.

It is important to note that in **Method 1** some of the properties in the outside MPC pool obviously lie within the *cutoff* distances delineated in **Method 2**. This results in the estimation of the *percentage of property value loss* inside the MPC in **Method 1** being conservative and it is likely that the 'loss rate' and 'mean loss' are slightly higher in the MPC than predicted.

## The Phase III  Results

### Amount Of Property Devaluated Within The MPC

***Commercial:*** From the Metrolist data set we estimated the amount of *commercial* property as 308,398 square feet in 1989. This figure was obtained by adding the square footage reported in the data base. It is likely a conservative estimate as some records did not list square footage.

***Multiple Residential:*** At the time of this report the total number of *multiple residential* properties within the MPC is unknown. This category does not represent the condos or townhouses.

***Vacant Land:*** From the digitizing of land use and land cover information we estimated the amount of *vacant land* property as 4,599.8 acres. This figure is conservative as we clipped the parcels with the MPC and only counted the land area within the MPC as individual parcels were not spatially identifiable. It is likely that a parcel on the border of the MPC (one that is touching the MPC) has its entire area impacted, by its association with the MPC.

This *single family residential* number of properties 13,345 contain 1326 properties that are coded *vacant land,* and have likely been improved (sewer and water) but no structure was reported as having been built. For purposes of calculating the devaluation of property, they are included here as vacant land. We made an assumption that the average



**Fig. 4.7**

Cutoff Distances

Major Roads

Rocky Flats plant
and Buffer zone

Lakes

Cutoff Distances

6.5 Miles
7   Miles
7.5 Miles
8.5 Miles
9   Miles
9.5 Miles

**Fig. 4.8**

A comparison of the two Methods used to measure the *percentage of property value loss* over the study time period.



lot is 7,000 square feet (Hunsperger & Weston) and calculated 213 additional acres in vacant lots. We estimated the total amount of *vacant land* property as 4,812 acres.

**Single Family Residential:**  From the tax assessor's records, Metrolist and address matching we estimated the number of *single family residential* properties as 13,345. This figure was determined from 16,383 properties (the commercial designated properties were removed) obtained from tax assessor's records that  spatially intersected with the Township, Range and Section map (TRS) and the MPC. From the TRS we were able to determine that **6,894** were in TRSs which totally were contained within the MPC. We were able to address match 69% of the data (in the 16,383 list) and determine that 8,218 were located in the MPC. Comparing those that had TRSs definitely within the MPC with this address matched list we found 3,667 to be the same properties. Therefore, 3,227 properties in the TRSs totally contained within the MPC were not matched. This result is a function of different address reporting formats and was mentioned above. As a result, 4,561 properties with TRSs that lay on the edge of the MPC were address matched and located within the MPC. We assume the error in reported addresses is normally distributed and that 4,561 properties are 69% of the total properties within the MPC that also have TRSs that lay on the edge of the MPC. Therefore the estimated total number of properties within the MPC that also have TRSs that lay on the edge of the MPC is **6,587** or (4,561/.69). We subtracted the 136 large *vacant land* parcels from this figure (determined from the Metrolist data base in Phase I) and 1326 vacant lots from tax assessor records. We also subtracted 3, 040 condos and townhouses as determined by Hunsperger & Weston.  Therefore the total number of *single family residential* properties within the MPC is **8,979** or (6,587 + 6,894-136-1326-3,040).  We confirmed this number by interpreting and counting the number of houses from 1989 aerial photographs.

There was not a sufficiently large enough sample of condos and townhouses sold to include them in the multiple regression analysis.  The assumption is made here that they are similar to the *single family residential* category and their percent devaluation is similar.

# Chapter 5

## Discussion

## The Impact of Toxic Contamination on Real Estate Value

Toxic contamination affects the environmental quality of real estate. Toxic materials transported by air, ground water or dispersed in soil pose health risks to people who come into contact with such air, ground water, and soil. Health risks posed by radioactive materials impose very significant costs onto people who occupy contaminated land. However, economic productivity of urban land hinges upon fairly intensive human occupation of the land; properties that cannot be occupied will not be able to draw much income, therefore they are of little value in the market. As a result, people will not invest money on improving such properties or upgrading built structures on them.

The current abilities of science to assess the exact locations of toxic contamination and predicting its likely effects on occupants of contaminated land in the future are limited. Without exact and reliable information, the market prices of real estate reflect current judgment of the market in estimating the likelihood of any property being contaminated as well as the seriousness of their potential health impacts. In such circumstances, the market combines common sense judgment with any published, reliable information. Common sense tells us that the closer a property is to the source of toxic release in air distance, the more likely it is contaminated and those properties closer to the source are also likely to be more seriously contaminated than those further away. Hence spatial proximity to Rocky Flats is most likely to be associated with perceived impact from toxic contamination at Rocky Flats.

## Conclusions

We began this research asking questions about whether there is any depression of property value near the Rocky Flats Plant, and if the answer is yes, could such a depression be convincingly linked with Rocky Flats Plant. The answer to both these questions was affirmative with confidence levels in the results for the three property sub-markets in Phase I being above 85% and near 95% for the residential sub-market.

In the second phase of the study we asked the question about whether there was a change in depression of property value near the Rocky Flats Plant over time, and if so could an increase in depression be convincingly linked with the 1989 FBI raid on the Rocky Flats Plant. The answer to both of these questions was affirmative with confidence levels in the results for the *single family residential* property sub-markets being above 98%.

These findings are based on the following reasons:
1) The property value depression effect around Rocky Flats is a localized effect,

2) Within the framework of our comprehensive hedonic price model, we have estimated and removed possible effects of an exhaustive list of potential causative variables, and thus the property value depression effect around the Rocky Flats Plant cannot be explained by any other conceivable causes.

The comprehensiveness of our hedonic model is due to the variety of source of data (environmental, land use, demographic, socioeconomic, political) on which it is based, and the sophisticated spatial modeling (topographic and locational) that take into account more complex causative mechanisms. The exhaustiveness of our hedonic model is attested by the very high R-squared values for all four property sub-markets.

## Implications of Embedding the study in a GIS

Geographic Information Systems allow the integration of much data that was often thought to be too expensive and/or too difficult to obtain. This innovation alone makes it possible to do more intensive regression analyses with large databases and long lists of attribute variables. The ability to accurately spatially relate otherwise disparate data facilitates the construction of comprehensive hedonic price models. Finally, the ability to intensively integrate sophisticated spatial modeling into hedonic regression analyses is made possible with GIS.

## Advancing the Concept of Impact

As previously stated, in Phase I we increased our sample size and improve its spatial distribution by pooling data in the temporal dimension for the period of 1983-1993. Thus the statistically estimated influences of independent variables in the hedonic regression model represent average values over the eleven-year period. We assume the impact of the Rocky Flats Plant remains the same for the pooled period by undertaking this procedure. We shed light on this assumption and detect a temporal pattern in property value impact in Phase II, by running the hedonic regression analyses on the *single family residential* data set thresheld on a yearly basis.

## Challenges

If we included growth predictions (such as those produced by Denver Regional Council of Governments) within the Denver metropolitan area as an independent variable, we might find that it is significantly associated with the *localized* area around the Rocky Flats facility. However, growth predictions are not valid causative variables; they have no concrete foundation and mostly reflect perceptions of the market. If growth predictions are used to explain the market, the logic becomes tautological or circular in nature as the prediction becomes a self-fulfilling prophecy.

The property value depression around the Rocky Flats Facility is perceived as being caused by lack of infrastructure investments, lack of upper-income residents, and lack of

concentrations of business activities. The area is perceived as not developing and therefore its property values depressed due to choices of the market to invest and locate elsewhere (notably southeastern suburban areas of Denver). These perceptions are based mainly on infrastructure and not on location or the potential for interaction in the region. In our hedonic regression analysis we have accounted for the inequalities in infrastructure, business, and upper-income residential distributions and are presenting property value depression *in addition to* that which could be attributed to those listed above.

Further, property value depression around the Rocky Flats facility is a very localized effect (its extent is a circle of radius 9.5 miles at the maximum) and neighboring areas (north and west suburban areas) do not suffer from property value depression. In fact, certain areas to the west and north (including the Boulder area) have high price levels that exceed those found in the southeast. Therefore property value depression near the Rocky Flats facility is not due to market choices to invest somewhere else, but rather due to market choices to avoid the Rocky Flats area. Thus the distributional inequalities of infrastructure, business, and upper-income residential developments can adequately be explained by past market choices to avoid Rocky Flats.

## Directions

The approach taken here, to statistically evaluate whether proximity to the Rocky Flats facility influences land values, while holding everything else constant, was a success and appears to have a promising future. Our method improves and advances methods now common in the real estate literature for measuring the effects of hazardous material sites on property values. We integrate powerful geographic information systems into the solution to accommodate and generate independent variables contributing to location, proximity and accessibility and ultimately property value.

Armed with powerful information technologies, we have increasing capacities to build better science into planning and decision-making processes. We can confirm or dispute perceptions which have often served as the main voice of reason in the past.

# References

Aronoff, S. 1989. *Geographic Information Systems: A Management Perspective*. WDL Publications, Ottawa, Canada.

Beron,G.L., "Measuring the effects of proximity to a uranium processing facility", *Measuring the Effects of Hazardous Materials Contamination on Real Estate Values: Techniques and Applications*, a technical report by the Appraisal Institute" , 1992, pp 67-100.

Burrough, P.A. 1986. *Principles of Geographic Information Systems for Land Resources Assessment*. Clarendon Press, Oxford.

Chatterjee, S., and Price, B., *Regression Analysis By Example*, John Wiley & Sons, Inc., New York, 1991.

Donnelly, W.A., "A survey in applied environmetrics: the hedonic valuing of environmental amenities", *Environmental International*, Vol. 17, 1991, pp 547-558.

Goodchild, M.F. 1992. Geographical Information Science, *International Journal of Geographical Information Systems*, Vol.6, No.1, pp. 31-45.

Kim, J., and Mueller, C. W., *Introduction to Factor Analysis*, SAGE Publications, Inc., Newbury Park, CA, 1978.

Kinnard, W.N.Jr., and Geckler, M.B., "The effects on residential real estate prices from proximity to   properties contaminated with radioactive materials" *Real Estate Issues*, Fall/Winter 1991, pp 25-36.

Kinnard, W.N.Jr., "Tools and techniques for measuring the effects of proximity to radioactive contamination on single family residential sales prices", *Measuring the Effects of Hazardous Materials Contamination on Real Estate Values: Techniques and Applications*, a technical report by the Appraisal Institute" , 1992, pp 101-124.

Kinnard, W.N.Jr., "Measuring the effects of contamination on property values: the focus of the symposium in the context of current knowledge", *Measuring the Effects of Hazardous Materials Contamination on Real Estate Values: Techniques and Applications*, a technical report by the Appraisal Institute" , 1992, pp 1-22.

Kohlhase, J.E., "The impact of toxic waste sites on housing values", *Journal of Urban Economics*, Vol 30, 1991, pp1-26.

**Measuring  the Effects of  Proximity to the Rocky Flats Nuclear Weapons Plant on Property Values**

Date: <u>November 25,1996</u>

John Radke, PhD

Appendix  A

**Flowchart    Processing of Raw Data into Locational Variables
Using Geographic Information System (GIS)**

## A. Land Use Data



## B. Population and Employment Data



## C. Other Demographic Data



## D. Whether in Boulder County

**Flowchart    Processing of Raw Data into Locational Variables
Using Geographic Information System (GIS)**

## E. Socio-Economic and Retail Sales Data



## F. Traffic Data



## G. Auto Travel Time to Regional Amenities



**Flowchart    Processing of Raw Data into Locational Variables
Using Geographic Information System (GIS)**

## H. Accessibility by Auto to Regional Economic Activities



## I. Topography



## J. Viewshed



**Flowchart**   **Processing of Raw Data into Locational Variables Using Geographic Information System (GIS)**

## K. Flood Plains



## L. Proximity to Open Space



## M. Proximity to Lakes



## N. Proximity to Hazardous Waste Sites



**Flowchart**      **Processing of Raw Data into Locational Variables**
**Using Geographic Information System (GIS)**

### O. Air Pollution



### P. Proximity to Rocky Flats



## Appendix B

### Spatial Analysis within a GIS

The powers of GIS spatial analysis and database manipulation enables us to model complex spatial processes efficiently. This improves the overall predictive power of the hedonic price model employed here.

### Conversion from GIS to Survey-Section-Level Tabular Data

The *survey-section* is the basis for relating property sale records with location-based variables. The location-based variables came in different geographic units with some keyed to zones, such as census tracts, cities, or county areas. Some variables are keyed to line segments, such as street links while others are keyed to points, such as pollution monitoring sites and hazardous waste sites. Finally, some are map features, such as open space areas and flood plains.

The task identified here is to convert raw data into tabular attribute data based on survey-sections. Traditionally this was accomplished manually which is extremely tedious and time-consuming. We automated much of this assignment by digitizing a map of *survey-sections* for our study area (which contained more than 1200 *survey- sections*), and loading it into a GIS using both Intergraph's MicroStation and ESRI's Arc/Info software. We then transferred the data keyed to the various geographic units to *survey-sections* using the GIS spatial analysis tools in Arc/Info. We made several assumptions about the raw data. We assumed uniform population density within each census tract, uniform employment density within each census tract, uniform volume of retail sales per population in each city or unincorporated county, and a uniform number of serious crimes per population in each city or unincorporated county.

### Data Interpolation and Extrapolation

We performed data interpolation for data group (3), "Other Demographic" data. The *Triangulated Irregular Network (TIN) module* available in the Arc/Info GIS software was used to perform the interpolation. The center points of each *survey-section* that have data were used as the basis for the interpolation. There were not many *survey-sections* lacking data, and thus the interpolation was straight forward and very reliable.

We performed data extrapolation for data group (10), "Air Pollution". Air pollution data exist only at 24 monitoring points distributed within the study area. The TIN method was again used to do the extrapolation to areas lacking samples. We made assumptions in applying the TIN method: i) the Front Range of Rocky Mountains west of the study area forms a barrier to air pollution, and ii) at points 50 miles from Downtown Denver, air pollution disperses enough to become insignificant. These assumptions were used as

*boundary conditions* which effectively change the nature of the operation to that of interpolation, which is more reliable than extrapolation.

### Spatial Modeling within a GIS

Two categories of spatial modeling are used in this study, namely, physiographic modeling and spatial interaction modeling.

### Physiographic Modeling

GIS is an effective environment within which to model surfaces, terrain, slope, aspect and viewshed. In this study the source of our terrain data set is the 1:100,000 scale Digital Elevation Model (DEM) from the U. S. Geological Survey (USGS). It contains a regular two dimensional grid of sample points with the elevation value for each point stored in tabular form. The distance between adjacent grid points is 300 ft.

### Theory of Spatial Interaction Models: The Gravity Model

Spatial interaction models are most widely used in the transportation field to calculate trip generation. They are based on the notion that spatial interactions (i.e. trips or telephone calls that represent interactions between two spatially removed parties) have higher probabilities of occurring when either or both parties have more demand for the interaction, and when the cost or difficulty of making the interaction is less. Many types of mathematical models have been used to estimate probabilities of spatial interactions. The *Gravity model* is one of the oldest and most illustrative formulations, so named because it borrows the Newtonian notion of gravitational attraction between bodies in physics.

For example, a customer traveling to a store is the party of *origin*, the store is the party of *destination*, and the shopping trip is the *spatial interaction*. If the customer has a lot of buying power and a big appetite for consumer goods, then they are more likely to go shopping. If the store has a lot of goods at attractive prices, customers are more likely to shop there. The closer the customer lives to the store, the more likely they will shop at that store. The probability of this customer making shopping trips to this store is proportional to the amount of goods in the store and the amount of buying power the customer possesses, but is inversely related to the distance that the customer must travel.

One of the most widely used form of gravity model is also called the *opportunity-based model*.                                    In this model, probability of spatial interaction is a negative exponential function of distance:

$$T_{ij} = A_i \, B_j \exp\left( -k \, r_{ij} \right)$$

where

       In the case of customers and stores:

       $T_{ij}$ is the probability of trip between customer $i$ and store $j$,

       $A_i$ is the shopping propensity of customer $i$,

       $B_j$ is the attraction of store $j$,

$r_{ij}$ is the distance between $i$ and $j$,
$k$ is the *friction constant*.

The friction constant depends on the nature of the spatial interaction process being modeled. A large $k$ means that the trip probabilities drop rapidly with increase in distance, and vice versa. This mathematical formulation of gravity model is used consistently in the generation of proximity and accessibility measures described in this study.

## Spatial Interaction and Proximity Modeling

In proximity modeling we are concerned with generating measures of proximity to certain sites or locations such as schools or hazardous waste sites. The most common method of proximity is to record the distance to the nearest site. However, this is not adequate as it does not differentiate locations that have one site nearby and locations that are surrounded by many sites. For example, being close to many hazardous waste sites would be considered more hazardous than being located close to only one minimal waste site. The gravity model provides the best mechanism for proximity as we can compute the total number of spatial interactions (in this example hazardous waste-related injuries) a resident is likely to have if they were to live at an identified location. The probability of injuries will be proportional to the degree of hazard at each site, and inversely related to distance between the resident and the site. To calculate the total number of potential injuries, we can sum the potential injuries due to all hazardous waste sites within a specified distance (such as a few miles from the resident) beyond which opportunities of hazardous waste-related injuries is assumed to be insignificant.

The same proximity metric can be computed for beneficial land uses, such as parks. In this instance enjoyment of parks is the spatial interaction. The probability for a resident to enjoy a park is proportional to the degree of attractiveness of the park, and inversely related to the distance separating the park and the resident. Similarly we can also compute proximity measures for traffic impacts. Even though traffic volume is a dynamic attribute that does not seem to have fixed locations, its locational distribution is a function of regional patterns of land use and infrastructure and therefore changes at about the same rate as land use and infrastructure. In this instance the impact of traffic is proportional to traffic volume (if we ignore other factors such as types of vehicles, type of road, and types of drivers), and inversely related to distance between the resident's dwelling and the route of the traffic.

## Spatial Interaction and Network Modeling

There is little difference between proximity modeling and network modeling besides the distance ranges involved. Proximity modeling as discussed in the previous section is based on spatial interaction processes that have short distance ranges, often less than 2-3 miles. In network modeling, the spatial interaction processes we are concerned with here are based on automobile travel, which has a distance range up to 30-50 miles in the Denver region.

## Appendix C

Regression Equations for Methods 1 and 2 for *single family residential* property values.

**"base value"** - The base value is set to 1993. To translate into dollar units use the formula:

$$\text{dollar value} = \exp(\text{base value})$$

**"sale time adjustment"** - This determines real estate market ups and downs at different times. As before, changes can be translated into percentages:

$$\text{percent change} = \exp(\text{coefficient}) - 100\%$$

**"R-sq"** - The R-squared measures the percentage of total data variation accounted for by the regression equation. Although higher values are better, an accurate regression model should reflect actual processes rather than noise.

The attached Chart includes the results of the regression equations for Methods 1 and 2 for *single family residential* property values.

Appendix C

Regression Equations for Methods 1 & 2

| Var. Grp. | Var. Names | Method 1 R-sq = .71760 | | | | Method 2 R-sq = .71732 | | | | cutoff dist. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Coefficient | Std. Error | T-statistic | Confidence | Coefficient | Std. Error | T-statistic | Confidence | |
| base value | (Constant) | 7.334 | 0.083 | 87.994 | 100.00% | 7.346 | 0.084 | 87.888 | 100.00% | |
| sale | 1988 | -0.126 | 0.011 | -11.721 | 100.00% | -0.129 | 0.011 | -11.607 | 100.00% | |
| time | 1989 | -0.138 | 0.011 | -13.111 | 100.00% | -0.144 | 0.011 | -13.299 | 100.00% | |
| | 1990 | -0.158 | 0.010 | -15.647 | 100.00% | -0.154 | 0.011 | -14.152 | 100.00% | |
| adjustment | 1991 | -0.157 | 0.011 | -14.429 | 100.00% | -0.158 | 0.011 | -14.075 | 100.00% | |
| | 1992 | -0.110 | 0.011 | -9.848 | 100.00% | -0.107 | 0.012 | -9.020 | 100.00% | |
| | 1993 | -0.044 | 0.010 | -4.312 | 100.00% | -0.043 | 0.011 | -3.967 | 99.99% | |
| structural | WBsmt | 0.148 | 0.013 | 11.660 | 100.00% | 0.148 | 0.013 | 11.687 | 100.00% | |
| | Age | -0.081 | 0.006 | -13.896 | 100.00% | -0.082 | 0.006 | -14.079 | 100.00% | |
| attributes | Baths | 0.252 | 0.017 | 15.066 | 100.00% | 0.257 | 0.017 | 15.383 | 100.00% | |
| | Beds | 0.152 | 0.022 | 7.008 | 100.00% | 0.151 | 0.022 | 6.997 | 100.00% | |
| | Garage | 0.161 | 0.010 | 16.845 | 100.00% | 0.163 | 0.010 | 16.949 | 100.00% | |
| | Sqft | 0.520 | 0.012 | 43.307 | 100.00% | 0.519 | 0.012 | 43.128 | 100.00% | |
| composite | FBoulder | 0.024 | 0.003 | 7.533 | 100.00% | 0.029 | 0.003 | 8.635 | 100.00% | |
| locational | Feducation | 0.073 | 0.003 | 22.416 | 100.00% | 0.077 | 0.003 | 24.535 | 100.00% | |
| | Fincome | 0.029 | 0.003 | 8.470 | 100.00% | 0.027 | 0.003 | 7.660 | 100.00% | |
| variables | Fminority | -0.036 | 0.003 | -11.298 | 100.00% | -0.036 | 0.003 | -11.119 | 100.00% | |
| | F_n_dntn | -0.039 | 0.003 | -12.064 | 100.00% | -0.039 | 0.003 | -11.946 | 100.00% | |
| | F_n_urban | -0.009 | 0.003 | -2.722 | 99.35% | -0.006 | 0.003 | -1.940 | 94.76% | |
| | Fopenspace | 0.006 | 0.003 | 2.362 | 98.18% | 0.006 | 0.003 | 2.058 | 96.04% | |
| | Ftoxic | -0.012 | 0.003 | -3.904 | 99.99% | -0.011 | 0.003 | -3.505 | 99.95% | |
| | Ftraffic | -0.015 | 0.003 | -4.788 | 100.00% | -0.014 | 0.003 | -4.524 | 100.00% | |
| Rocky | RF1988 | -0.080 | 0.025 | -3.251 | 99.88% | -0.024/mi | 0.008/mi | 3.070 | 99.79% | 7.0 mi |
| Flats | RF1989 | -0.076 | 0.023 | -3.250 | 99.88% | -0.023/mi | 0.009/mi | 2.559 | 98.95% | 6.5 mi |
| | RF1990 | -0.098 | 0.023 | -4.273 | 100.00% | -0.018/mi | 0.004/mi | 4.242 | 100.00% | 9.0 mi |
| | RF1991 | -0.080 | 0.021 | -3.798 | 99.99% | -0.025/mi | 0.006/mi | 4.200 | 100.00% | 7.5 mi |
| | RF1992 | -0.096 | 0.019 | -4.943 | 100.00% | -0.020/mi | 0.004/mi | 5.093 | 100.00% | 9.0 mi |
| | RF1993 | -0.089 | 0.020 | -4.542 | 100.00% | -0.019/mi | 0.004/mi | 4.500 | 100.00% | 8.5 mi |
| | RF1994 | -0.078 | 0.020 | -3.989 | 99.99% | -0.015/mi | 0.003/mi | 4.417 | 100.00% | 9.5 mi |
| | RF1995 | -0.056 | 0.021 | -2.670 | 99.24% | -0.025/mi | 0.008/mi | 2.966 | 99.70% | 6.5 mi |