

COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

| | | |
|---|---|---|
| MERILYN COOK, et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation and | : : : : | |
| THE DOW CHEMICAL CORPORATION | : | NO. 90-K-181 |

- - -

Monday, March 31, 1997

- - -

Deposition of JOHN RADKE, taken pursuant to notice, at the law offices of Berger & Montague, 1622 Locust Street, Philadelphia, Pennsylvania, beginning at approximately 9:14 a.m., on the above date, before Kenneth T. Brill, Registered Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

John Radke

1   in college?

2   A.        Are you talking about statistics courses
3   in a statistics department, or courses that were
4   statistics courses in general?

5   Q.        Any statistics courses you took in
6   college, how many did you take?

7   A.        I would say courses that involved
8   statistics.

9   Q.        That's not my question.

10  A.        Okay.

11  Q.        The question is how many statistics
12  courses did you take in college?

13            MR. NORDBERG:  Counsel, you don't
14            know whether he was answering your
15            question, because you didn't let him
16            finish his answer.

17            MR. SILVERMAN:  That last question
18            is withdrawn.

19  BY MR. SILVERMAN:

20  Q.        The new question is, it's the same
21  question as before, how many statistics courses did
22  you take in college?

23  A.        I cannot remember how many.  I can assume
24  three -- what do you mean by college?  The only --

```
                                                         57
                         John Radke
 1   Q.         Your University prior to receiving your
 2   Bachelor's Degree.
 3   A.         Likely two.
 4   Q.         One of those was a course in basic
 5   statistics?
 6   A.         One was a course in basic statistics, and
 7   the other one would have been a course in
 8   regression.
 9   Q.         Okay.  Were these survey courses?  These
10   are introductory courses, I assume, since they're
11   the first two courses you took; is that right?
12   A.         The first one was an introductory course.
13   The second one was more advanced.  What did you --
14   Q.         Do you recall what textbook you used in
15   that second course?
16   A.         No, I don't.
17   Q.         At Wilfrid Laurier University when you
18   were studying for your Master's Degree, did you take
19   any statistics courses?
20   A.         Yes.
21   Q.         How many statistics courses did you take
22   while studying for your Master's Degree?
23   A.         At least one course that was a course, a
24   statistics course.  During -- during the time I was
```

John Radke

1  studying there, my advisor was a spatial analyst and
2  the courses I took from him were all statistics
3  courses, even though they may have been in spatial
4  analysis.
5  Q.        How many courses is that, that were
6  statistics courses?
7  A.        Yeah.  The courses that I would have taken
8  with my advisor, and he -- he's one of the world
9  renowned authorities in Thiessen polygons.  And I
10 imagine I would have taken at least three courses
11 from him.  I can't remember.  I worked with this man
12 for two years in incredibly close contact.  I am
13 assuming I took every course he taught.
14 Q.        What is his name?
15 A.        His name is Barry Bootz, so --
16 Q.        Did any of the work you did with Mr. Bootz
17 involve multiple regression analysis?
18 A.        It must have.  I can't recall.  This is --
19 this is a lifetime ago for me back in Canada.  And I
20 can't recall what was in each of those courses, but
21 I am sure it involved multiple regression.  All --
22 it would have involved all the standard tools,
23 mathematical tools that one uses as a scientist.
24           This man was -- was and still is one of

                                                                59

John Radke

1   the world's finest, and he believed in taking his
2   students and really nurturing them well.  So those
3   were two fine years and I know I would have been
4   immersed in quantitative methods, so...
5   Q.         None of the courses you took at Wilfrid
6   Laurier University when studying for your Master's
7   Degree were courses that were just on multiple
8   regression analysis; correct?
9   A.         Correct.  There -- at the time I don't
10  believe there were any courses that would have
11  pulled out one of the -- one of the subsets of
12  statistics and said, this is -- this is the course.
13             It's not -- it's very uncharacteristic of
14  universities to -- to title or offer courses that
15  are -- well, it's very uncharacteristic of
16  universities on semester systems to pull out
17  specific methods or tools out of a general field and
18  offer a course in that area.
19             It's not practical for a University to do
20  that because it takes too long to modify course
21  descriptions in calendars, and so there's a
22  practical reason why those don't happen.
23             Schools on semester systems are like that.
24  Schools on quarter systems are just different,

John Radke

1   A.         I taught the course a couple of times
2   before under both a different name and a different
3   course number.  So...
4   Q.         In past incarnations of that course, have
5   you taught multiple regression analysis?
6   A.         No.
7   Q.         Okay.  How many courses are you teaching
8   or have you taught this year in the Department of
9   Landscape Architecture and Environmental Planning?
10  A.         One course in environmental modeling, and
11  one advanced course in Geographic Information
12  Science.
13  Q.         Do you teach in the course on
14  environmental modeling multiple regression analysis?
15             MR. NORDBERG:  May I have the
16         question read back, please?
17             (Whereupon, the pertinent portion of
18         the record was read back.)
19             MR. NORDBERG:  Do you teach in a
20         course?
21  BY MR. SILVERMAN:
22  Q.         No, in the course on environmental
23  modeling, do you teach multiple regression analysis?
24  A.         The subject multiple regression analysis

86

John Radke

1   as a subject matter in the course on environmental
2   modeling is not taught as a subject matter.
3   Q.          That would be a no; correct?
4   A.          However -- well, there is no title --
5   you -- you insist on wanting to put titles on
6   things.  I'm just trying to make it as clear as I
7   can.
8               In that same course in the past, multiple
9   regression has been a part of the course, but not
10  taught under that subject matter.
11  Q.          When you say in that course in the past,
12  do you mean in that course in the past when you've
13  taught it, or when other people have taught it?
14  A.          I designed that course and I'm the only
15  one that has taught it.
16  Q.          Okay.  How many --
17  A.          It changes each year.  The subject matter
18  in the course changes.
19              MR. NORDBERG:  I'd like to mark as
20              Radke Exhibit number 4 a document that's
21              titled general catalogue course listing
22              for City and Regional Planning.  It may
23              not be complete, but --
24              THE WITNESS:  If it's from Berkeley,