# Factors Influencing Risk Assessment, Risk Perception, and Risk Acceptance

## Report by Paul Slovic

Prepared for

Berger and Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

*November 19, 1996*

## 1.0 Background

My name is Paul Slovic. I have a bachelors degree in Psychology from Stanford University and Masters and Ph.D. degrees in Psychology from the University of Michigan. I am currently Professor of Psychology at the University of Oregon and President of Decision Research, a nonprofit research institute specializing in the study of human judgment, decision making, and risk assessment. I have been conducting research on human behavior in situations of risk for more than 30 years. I was one of the first social scientists to study people's perceptions of risk and I have written numerous articles based on my research in this area. I was elected President of the Society for Risk Analysis in 1983 (the first social scientist to serve as president of that society) and, in 1991, I received the Distinguished Contribution Award from the Society for my research on risk perception. In 1993 I was selected by the American Psychological Association as the recipient of the Association's Distinguished Scientific Contribution Award. In 1995, I received the Outstanding Contribution to Science Award from the Oregon Academy of Science. I serve on the editorial boards of numerous journals and have been a member of a number of committees of the National Research Council/National Academy of Sciences dealing with issues of risk assessment, including the committee that produced the 1983 report titled "Risk Assessment in the Federal Government: Managing the Process" (National Academy of Sciences, 1983). I was also a member of the National Academy of Sciences Committee on Risk Characterization that recently produced a report titled "Understanding Risk: Informing Decisions in Democratic Society " (National Academy of Sciences, 1996). I am a member of the National Council on Radiation Protection and Measurements and currently serve on the Council's Board of Directors. I also serve on the

Board on Radioactive Waste Management of the National Research Council/National Academy of Sciences.

In this report, I shall address the social and psychological factors that influence the perception and acceptance of risk in our society.

## 2.0 Understanding Risk Assessment

The practice of risk assessment has steadily increased in prominence during the past several decades, as risk managers and policy makers in government and industry have sought to develop more effective ways to meet public demands for a safer and healthier environment. Dozens of scientific disciplines have been mobilized to provide technical information about risk and billions of dollars have been expended to create this information and distill it in the context of risk assessments.

Attempts to quantify and manage risk must confront the question "What is risk?" The common definition views risk as "the chance of injury, damage, or loss" (Webster, 1983). The probabilities and consequences of adverse events are assumed to be produced by physical and natural processes in ways that can be objectively quantified by risk assessment (National Academy of Sciences, 1983).

This definition of risk and the presumed "objectivity" of risk assessment has been sharply criticized by many social scientists (Funtowicz & Ravetz, 1992; Krimsky & Golding, 1992; Otway, 1992; Pidgeon, Hood, Jones, Turner, & Gibson, 1992; Slovic, 1992; Wynne 1992). In this view, to which I subscribe, risk does not exist "out there," independent of our minds and cultures, waiting to be measured. Human beings have invented the concept **risk** to help them understand and cope with the dangers and

uncertainties of life. Although these dangers are real, there is no such thing as "real risk" or "objective risk." The nuclear engineer's probabilistic risk estimate for a nuclear accident or the toxicologist's quantitative estimate of a chemical's carcinogenic risk are both based on theoretical models, whose structure is subjective and assumption-laden, and whose inputs are dependent on judgment. As we shall see, nonscientists have their own models, assumptions, and subjective assessment techniques (intuitive risk assessments), which are often very different from the scientists' models.

## 3.0 Risk Perception and Acceptance: The Legitimacy of Public Perceptions and the Invalidity of Naive Risk Comparisons

Perception and acceptance of risk has been studied systematically for about 25 years. The impetus for much of the work on this topic came from the pioneering attempt by Starr (1969) to develop a method for weighing technological risks against benefits in order to answer the fundamental question, "How safe is safe enough?" His "revealed preference" approach assumed that, by trial and error, society has arrived at an "essentially optimum" balance between the risks and benefits associated with any activity. One may therefore use historical or current risk and benefit data to reveal patterns of "acceptable" risk/benefit trade-offs. Examining such data for several industries and activities, Starr concluded that (a) acceptability of risk from an activity increases as the benefit derived from that activity increases, and (b) the public will accept risks from voluntary activities (such as skiing) that are roughly 1000 times as great as it would tolerate from involuntary hazards (such as food preservatives) that provide the same level of benefits (see Figure 1).



**Figure 1**. Risk *(R)* plotted relative to benefit *(B)* for various kinds of voluntary and involuntary exposure. Source: Starr (1969).

Regarding the greater acceptance of risk associated with voluntary activities, Starr concluded "As one would expect, we are loath to let others do unto us what we happily do unto ourselves" (p. 1235).

Fischhoff, Slovic, et al. (1978) decided to replicate Starr's analysis by asking people to judge risk and benefit directly (this approach is known as the method of "expressed preferences," in contrast to Starr's method of "revealed preferences"). In the years that followed, dozens of studies of risk perception and acceptance were carried out around the world, using the psychometric method of expressed preferences (see, e.g., Slovic, 1987). In some studies, for example, the risk of an activity (such as skiing) is rated on a scale ranging from 0 (no risk) to 100 (very great risk). The benefit from that activity is rated on

a similar scale. These studies have shown that the concept "risk" means different things to different people. When experts judge risk, their responses correlate highly with technical estimates of annual fatalities. Lay people can assess annual fatalities if they are asked to (and produce estimates somewhat like the technical estimates). However, their judgments of "mortality risk" are related more to other hazard characteristics (for example, catastrophic potential, threat to future generations) and, as a result, tend to differ from their own (and experts') estimates of annual fatalities.

Risk-perception studies based on expressed preferences provide support for Starr's argument that people are willing to tolerate higher risks from activities seen as highly beneficial. But, whereas Starr concluded that voluntariness of exposure was the key mediator of risk acceptance, expressed preference studies have shown that other (perceived) characteristics such as familiarity, control, catastrophic potential, equity, and level of knowledge also have strong influence on the relation between perceived risk, perceived benefit, and risk acceptance (Fischhoff, Slovic, et al., 1978; Slovic, Fischhoff, & Lichtenstein, 1980). Specifically, acceptance of risk tends to be reduced if

- exposure to the hazard is involuntary
- the risk is not under one's control
- the risk evokes feelings of dread
- the outcomes are catastrophic
- the benefits are not fairly or equitably distributed among those who bear the risks.

**Factor-analytic representations.** Many of the qualitative risk characteristics are correlated with each other, across a wide range of hazards. For example, hazards judged

to be "voluntary" tend also to be judged as "controllable;" hazards whose adverse effects are delayed tend to be seen as posing risks that are not well known. Investigation of these relations by means of factor analysis has shown that the broader domain of characteristics can be condensed to a small set of higher-order characteristics or factors.

The factor space presented in Figure 2 has been replicated across groups of lay people and experts judging large and diverse sets of hazards. Factor 1, labeled "dread risk," is defined at its high (right-hand) end by perceived lack of control, dread, catastrophic potential, fatal consequences, and the inequitable distribution of risks and benefits. Nuclear weapons, nuclear power, and radioactive waste score high on the characteristics that make up this factor. Factor 2, labeled "unknown risk," is defined at its high end by hazards judged to be unobservable, unknown, new, and delayed in their manifestation of harm. Chemical and radiation technologies score particularly high on this factor. Thus, in my opinion, the risks from exposure to radioactive releases from Rocky Flats fall in the upper-right quadrant of this space.

Research has shown that lay people's risk perceptions and attitudes are closely related to the position of a hazard within this type of factor space. Most important is the horizontal factor "dread risk." The higher a hazard's score on this factor (the further to the right it appears in the space), the higher its perceived risk, the more people want to see its current risks reduced, and the more they want to see strict regulation employed to achieve the desired reduction in risk.

Over the years, it has come to be recognized that there are legitimate, value-laden issues underlying the multiple dimensions of public risk perceptions, and these values need to be considered in risk-policy decisions. For example, is risk from cancer (a dread



**Figure 2.** Location of 81 hazards on factors 1 and 2 derived from the relationships among 18 risk characteristics. Each factor is made up of a combination of characteristics, as indicated by the lower diagram. Source: Slovic (1987).

disease) worse than risk from auto accidents (not dreaded)? Is a risk imposed on a child more serious than a known risk accepted voluntarily by an adult? Are the deaths of 50 passengers in separate automobile accidents equivalent to the deaths of 50 passengers in one airplane crash? Is the risk from a polluted Superfund site worse if the site is located in a neighborhood that has number of other hazardous facilities nearby? Answers to questions such as these ultimately depend upon social values and interests that cannot be resolved merely by determining what the probabilities and consequences are within the context of traditional risk assessments or cost/benefit calculations (National Academy of Sciences, 1989).

The importance of social factors in decisions about risk is dramatically illustrated by the great effort and expense that communities often put forth to rescue someone in trouble, the proverbial "child in the well," for example. By the numbers, risk assessment experts can often prove that the money spent on rescue could be used in other ways to save more "statistical lives," perhaps by improving prenatal care in the community. It is doubtful whether any community would buy this argument and "cap the well" with a live child inside it, and most of us can appreciate the "social logic" that overrides the logic of quantitative risk assessment in this situation.

Specialists in risk analysis, recognizing the legitimacy and importance of public values, have begun to incorporate these values into risk-based decision making. For example, a Swiss-based engineering firm places hazards into one of four risk categories, depending on the degree to which activities pose risks that are voluntary, controllable, and known (Category 1), as opposed to activities posing risks that are involuntary, uncontrollable, and not well known (Category 4). As shown in Figure 3, the marginal cost

that society appears willing to pay to reduce risk tends to be much greater for involuntary risks. Accordingly, this increased marginal cost for involuntary risk has been used to justify stricter and more expensive measures to reduce risks for involuntary, uncontrollable exposures (as compared to voluntary and controllable exposures—see, e.g., Bohnenblust & Fermaud, 1993; Bohnenblust & Slovic, 1996; Merz & Bohnenblust, 1993; and Merz, Schneider, & Bohnenblust, 1995).



A Fires Switzerland (1992)
B Tunnels Austria (1993)
C Derailments Switzerland (1992)
D Air Traffic USA
E Tunnels Germany (1982)
F British rail (1992)
G Rail switches Switzerland (1992)
H Grade crossings Germany (1986)
J Road Traffic USA

**Figure 3.** Marginal cost as a function of risk categories. Source: Bohnenblust and Slovic (1996).

Perception of the Rocky Flats Radiation Releases

The releases of radioactive materials at Rocky Flats and the associated exposures and risks most certainly would be characterized by those who were or might be exposed to radiation as:

- uncontrollable
- posing latent threat
- dread (leading to cancer, a dread disease) and
- unknown.

Society recognizes that standards of protection and health monitoring should be stricter when these qualities are present (as exemplified in the risk analytic work of Bohnenblust and colleagues described above).

This desire for stricter standards of protection is further justified by the fact that involuntary exposures to radiation have been found to produce adverse psychological effects and stresses in those who have been victimized in this way. Sociologist Kai Erikson has studied many individuals exposed to radiation and chemicals (Erikson 1990, 1995). In attempting to explain the special qualities of fear in these individuals, Erikson draws attention to the broad, emerging theme of toxicity, both radioactive and chemical, that characterizes a "whole new species of trouble" associated with modern technological disasters. Erikson describes the exceptionally dread quality of technological accidents that expose people to radiation and chemicals in ways that "contaminate rather than merely damage; . . . pollute, befoul, and taint rather than just create wreckage; . . . penetrate human tissue indirectly rather than wound the surface by assaults of a more

straightforward kind" (Erikson, 1990, p. 120). Unlike natural disasters, these accidents are unbounded. Unlike conventional disaster plots, they have no end. "Invisible contaminants remain a part of the surroundings—absorbed into the grain of the landscape, the tissues of the body, and, worst of all, into the genetic material of the survivors. An 'all clear' is never sounded. The book of accounts is never closed" (p.121).

Erikson's "contamination model" may explain, in part, the reaction of the public to exposures to carcinogens. Numerous studies have found that a high percentage (60 – 75%) of people believe that if a person is exposed to a chemical that can cause cancer, that person will probably get cancer some day (Kraus, Malmfors, & Slovic, 1992; Slovic et al., 1995). A similarly high percentage believe that "exposure to radiation will probably lead to cancer some day" (Slovic et al., 1995). The belief that **any** exposure to a carcinogen is likely to lead to cancer tends to coincide with the belief that it can never be too expensive to reduce such risks (Kraus, Malmfors, & Slovic, 1992). Therefore, it is not surprising to find in an analysis of more than 500 life-saving interventions by Tengs et al. (1995) that our society is willing to spend far more money to reduce risks from radiation exposure than to reduce risks from other hazards.

## Comparisons of Non-Similar Risks: Use with Caution

Given the importance of risk perceptions and the extraordinary divergence between perceptions of experts and laypersons in the domains of chemical and radiation technologies, it is not surprising that there has been a burgeoning interest in the topic of "risk communication." Much has been written about the need to inform and educate people about risk and the difficulties of doing so (Slovic, 1986). As many writers have

observed, doing an adequate job of communicating about risk means finding comprehensible ways of presenting complex technical material that is clouded by uncertainty and is inherently difficult to understand.

A number of analysts have asserted, rather naively in my view, that comparisons are more meaningful than absolute numbers or probabilities, especially when these absolute values are quite small. For example, Sowby (1965) argued that to decide whether or not we are responding appropriately to radiation risks we need to compare them to "some of the other risks of life." Rothschild (1978) observed "There is no point in getting into a panic about the risks of life until you have compared the risks which worry you with those that don't, but perhaps should."

Typically, such exhortations are followed by elaborate tables and even "catalogs of risks" in which diverse indices of death or disability are displayed for a broad spectrum of life's hazards. Thus Sowby (1965) provided extensive data on risks per hour of exposure, showing, for example, that an hour riding a motorcycle is as risky as an hour of being 75 years old. Wilson (1979) developed a table of activities (e.g., flying 1000 miles by jet, having one chest X-ray), each of which is estimated to increase one's annual chance of death by 1 in one million. Cohen and Lee (1979) rank-ordered many hazards in terms of their reduction in life expectancy on the assumption that "to some approximation, the ordering should be society's order of priorities" (p. 720). A related exercise by Reissland and Harries (1979) compared loss of life expectancy in the nuclear industry with that in other countries.

Despite these optimistic assertions, there are many pitfalls that reduce the value of risk comparisons and, in some cases, even invalidate them. For example, the research on

risk perception described earlier shows that perception and acceptance of risk are determined not only by accident probabilities, annual mortality rates, and losses of life expectancy, but also by numerous other characteristics of hazards such as benefits, uncertainty, controllability, catastrophic potential, equity and threat to future generations. Moreover, within the perceptual space defined by the various characteristics of risks, each hazard is unique. A statement such as "the annual risk from living near a nuclear power plant is equivalent to the risk of riding an extra three miles in an automobile" fails to consider how these two technologies differ on the many qualities that people believe to be important. As a result, such statements are not conceptually valid and tend to produce anger rather than enlightenment (Covello, Sandman, & Slovic, 1988; Huyskens, 1994; Slovic, Kraus, & Covello, 1990).

Put another way, risk comparisons that depend upon quantitative analyses to convert all types of human health hazard to a single number carry an implicit value-based assumption that all deaths or shortenings of life are equivalent in terms of the importance of avoiding them. The risk-perception research shows not only that the equating or comparison of risks with different attributes is value-laden, but also that the values adopted by this practice differ from those held by most people. For most people, deaths and injuries are not equal—some kinds or circumstances of harm (e.g., uncontrollable exposures to a hazard) are more to be avoided than others (e.g., controllable exposure). One need not conclude that quantitative risk analysis should always weight risks to conform to majority values. But it is certainly presumptuous for technical experts to act as if they know, without careful thought and analysis, the proper weights to use to equate one type of hazard with another. *"When lay and expert values differ, reducing different*

*kinds of hazard to a common metric (such as number of fatalities per year) and presenting comparisons only on that metric have great potential to produce misunderstanding and conflict and to engender mistrust of expertise."* (National Academy of Sciences, 1989, p. 52, italics in original).

Finally, even if one were to make the measurements of risks appropriately sensitive to social values, such quantitative measures could at best give some perspective on the magnitude of risk. Comparisons cannot, in themselves, indicate which risks should be *accepted.* Thus, the fact that a particular risk is smaller than some other risks that are considered acceptable does not necessarily imply that the smaller risk should also be acceptable. The acceptance of risk depends upon the existence of compensating benefits to the individuals bearing the risk, the presence or absence of less risky alternatives, and the weighting that one gives to contextual factors such as voluntariness, control, knowledge, and dread (Fischhoff et al., 1981).

_____          _____
Dr. Paul Slovic                                     Date

11/19/96

# References

Bohnenblust, H., & Fermaud, C. (1993, November). *Appraisal of risks in the rail industry.* Annual Meeting of the German Association of Rail Engineers, Dresden (in German).

Bohnenblust, H., & Slovic, P. (1996, June). Integrating technical analysis and public values in risk-based decision making. In *Proceedings of the international conference on probabilistic safety assessment and management.* Crete, Greece.

Cohen, B., & Lee, I. (1979). A catalog of risks. *Health Physics, 36,* 707-722.

Covello, V. T., Sandman, P. M., & Slovic, P. (1988). *Risk communication, risk statistics, and risk comparisons: A manual for plant managers.* Washington, DC: Chemical Manufacturers Association.

Erikson, K. (1990, January-February). Toxic reckoning: Business faces a new kind of fear. *Harvard Business Review,* pp. 118-126.

Erikson, K. (1995). *A new species of trouble: The human experience of modern disasters.* New York: W. W. Norton & Company.

Fischhoff, B., Lichtenstein, S., Slovic, P., Derby, S. L., & Keeney, R. L. (1981). *Acceptable risk.* New York: Cambridge University Press.

Fischhoff, B., Slovic, P., Lichtenstein, S., Read, S., & Combs, B. (1978). How safe is safe enough? A psychometric study of attitudes towards technological risks and benefits. *Policy Sciences, 9,* 127-152.

Funtowicz, S. O., & Ravetz, J. R. (1992). Three types of risk assessment and the emergence of post-normal science. In S. Krimsky & D. Golding (Eds.), *Social theories of risk* (pp. 251-274). Westport, CT: Praeger.

Huyskens, C. (1994). Problems in risk comparisons. In Swedish Risk Academy (Ed.), *Radiation and society: Comprehending radiation risk* (Vol. 1, pp. 131-146). Vienna: International Atomic Energy Agency.

Kraus, N., Malmfors, T., & Slovic, P. (1992). Intuitive toxicology: Expert and lay judgments of chemical risks. *Risk Analysis, 12,* 215-232.

Krimsky, S., & Golding, D. (1992). *Social theories of risk.* Westport, CT: Praeger-Greenwood.

Merz, H., & Bohnenblust, H. (1993, November). Cost/effectiveness analyses and evaluation of risk reduction measures. In *Proceedings of the 2nd World Congress on Safety Sciences.*

Merz, H., Schneider, T., & Bohnenblust, H. (1995). *The appraisal of technological risk.* Vdf Verlag der Fachvereine Zürich (in German).

National Academy of Sciences. (1983). *Risk assessment in the federal government: Managing the process.* Washington, DC: National Academy Press.

National Academy of Sciences. (1989). *Improving risk communication.* Washington, DC: National Academy Press.

National Academy of Sciences. (1996). *Understanding risk: Informing decisions in a democratic society.* Washington, DC: National Academy Press.

Otway, H. (1992). Public wisdom, expert fallibility: Toward a contextual theory of risk. In S. Krimsky & D. Golding (Eds.), *Social theories of risk* (pp. 215-228). Westport, CN: Praeger.

Pidgeon, N., Hood, C., Jones, D., Turner, B., & Gibson, R. (1992). Risk perception. In Royal Society Study Group (Ed.), *Risk: Analysis, perception and management* (pp. 89-134). London: The Royal Society.

Reissland, J., & Harries, V. (1979). A scale for measuring risks. *New Scientist, 83,* 809-811.

Rothschild, N. (1978, November). Coming to grips with risk [Address presented on BBC television; reprinted in the Wall Street Journal].

Slovic, P. (1986). Informing and educating the public about risk. *Risk Analysis, 4,* 403-415.

Slovic, P. (1987). Perception of risk. *Science, 236,* 280-285.

Slovic, P. (1992). Perception of risk: Reflections on the psychometric paradigm. In S. Krimsky & D. Golding (Eds.), *Social theories of risk* (pp. 117-152). New York: Praeger.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1980). Facts and fears: Understanding perceived risk. In R. Schwing & W. A. Alberts, Jr. (Eds.), *Societal risk assessment: How safe is safe enough?* (pp. 181-214). New York: Plenum.

Slovic, P., Kraus, N., & Covello, V. (1990). What *should* we know about making risk comparisons? *Risk Analysis, 10*(3), 389-392.

Slovic, P., Malmfors, T., Krewski, D., Mertz, C. K., Neil, N., & Bartlett, S. (1995). Intuitive toxicology II: Expert and lay judgments of chemical risks in Canada. *Risk Analysis, 15*(6), 661-675.

Sowby, F. D. (1965). Radiation and other risks. *Health Physics, 11,* 879-887.

Starr, C. (1969). Social benefit versus technological risk. *Science, 165,* 1232-1238.

Tengs, T. D., Adams, M. E., Pliskin, J. S., Safran, D. G., Siegel, J. E., Weinstein, M. C., & Graham, J. D. (1995). Five-hundred life-saving interventions and their cost effectiveness. *Risk Analysis, 15,* 369-390.

Webster, N. (1983). *Webster's new twentieth century dictionary* (2nd ed.). New York: Simon & Schuster.

Wilson, R. (1979). Analyzing the daily risks of life. *Technological Review, 81,* 40-46.

Wynne, B. (1992). Risk and social learning: Reification to engagement. In S. Krimsky & D. Golding (Eds.), *Social theories of risk* (pp. 275-300). Westport, CT: Praeger.