# DECISION RESEARCH

October 4, 1996

Jonathan Auerbach
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Dear Mr. Auerbach:

In response to your letter of September 17, 1996, the following pertains to my testimony and depositions I have given as an expert witness during the period of October, 1992 to the present.

1.  On January 16, 1992, I was deposed regarding the perceived risks and effects on property damage of routing a high-pressure gas pipeline through a subdivision.  I testified in court regarding this case in November, 1993.

2.  In March, 1993, I was deposed in a suit brought by apple growers against CBS.

3.  In December, 1994, I was deposed in a case against the ASARCO Smelter in Rushton, Washington.

    Documentation is provided below for each of these descriptions.

I believe this covers my recent testimony and depositions as an expert witness.  A current CV is also enclosed.  Please let me know if there is more information that you need.

Sincerely,

Paul Slovic
Research Associate

PS/rsf
Enclosure



1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

COPY

5  KERN RIVER GAS TRANSMISSION       )
   COMPANY, a Texas general          )
6  partnership,                      )
                                     )
7              PLAINTIFF,            )      CASE NO.
                                     )
               vs.                   )      CV-S-90-952-PMP-RJJ
                                     )
9  80.96 ACRES OF LAND, ETC.,        )
                                     )
10             DEFENDANTS.           )
                                     )
   _____

14             DEPOSITION OF PAUL SLOVIC

16         TAKEN THURSDAY, JANUARY 16, 1992

17                  10:15 A.M.

20      AT THE LAW OFFICES OF VARGAS & BARTLETT
21         3800 HOWARD HUGHES PARKWAY, SUITE 700
                  LAS VEGAS, NEVADA

23  REPORTED BY    MARIJANE W. SIMON, C.P., C.M.
                   C.S.R. CERTIFICATE NO. 54
24      1530 EAST CHARLESTON BOULEVARD, SUITE NO. 2
                   LAS VEGAS, NV  89104
25                 (702) 474-2447

MARIJANE SIMON, C.S.R.

1

1

2                    IN THE UNITED STATES DISTRICT COURT

3              FOR THE EASTERN DISTRICT OF WASHINGTON

4                              AT SPOKANE

5     - - - - - - - - - - - - - - - - - - -

6     GRADY AUVIL and LILLIE AUVIL,          ) No. CS-90-

7     husband and wife; et al.,              ) 553-RJM

8                         Plaintiffs,        )

9                    vs.                     ) VOLUME I

10    CBS "60 MINUTES," a foreign            ) PAGES 1-189

11    corporation, etc., et al.,             )

12                         Defendants.       )

13    - - - - - - - - - - - - - - - - - - -

14

15             Deposition of PAUL SLOVIC, Ph.D., held at

16    the Valley River Inn, Eugene, Oregon 97401,

17    commencing at 11:20 A.M., Wednesday, March 31,

18    1993, before LESLYE CAULLEY, RPR, CSR-CM.

19

20

21                                      NOON & PRATT

22                          CERTIFIED DEPOSITION REPORTERS

23                           230 PARK AVENUE, SUITE 847

24                            NEW YORK, NEW YORK 10169

25                                    (212) 490-3430

CERTIFIED COPY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DONALD BRANIN, et al.,          )
                                )
              Plaintiffs,       )
                                )
       vs.                      )   No. C93-5132(T)WD
                                )   No. C93-5206(B)WD
ASARCO, INCORPORATED,           )
                                )
              Defendant.        )
_____)
TOWN OF RUSTON, WASHINGTON,     )
                                )
              Plaintiff,        )
                                )
       vs.                      )
                                )
ASARCO, INC.,                   )
                                )
              Defendant.        )

DEPOSITION OF STEWART P. SLOVIC, Ph.D.

December 20, 1994
Seattle, Washington

-o0o-

BYERS & ANDERSON, INC.

COURT REPORTING AND RECORDS COLLECTION

2208 North 30th Street        First Interstate Center
     Suite 202                     999 Third Avenue
Tacoma, Washington 98403            Suite 3210
    (206) 627-6401            Seattle, Washington 98104
  Fax: (206) 383-4884              (206) 340-1316

# Paul Slovic

*DATE OF BIRTH*:  January 26, 1938

*PLACE OF BIRTH*: Chicago, Illinois

*EDUCATION*:      B.A. (Psychology) Stanford University, 1959
M.A. (Psychology) University of Michigan, 1962
Ph.D. (Psychology) University of Michigan, 1964

*PROFESSIONAL POSITIONS HELD*:

| | |
|---|---|
| 1986 – present | President, Decision Research, Eugene, Oregon |
| 1986 – present | Professor, Department of Psychology, University of Oregon |
| 1976 – 1986 | Research Associate, Decision Research, Eugene, Oregon |
| 1964 – 1976 | Research Associate, Oregon Research Institute, Eugene, Oregon |
| 1973 – 1974 | Visiting Professor, The Hebrew University, Jerusalem, Israel |

*FIELDS OF SPECIALIZATION*: Judgment, Decision Making, Risk Assessment

*HONORARY AND PROFESSIONAL SOCIETIES*:

Phi Kappa Phi
Sigma Xi
American Psychological Association (Fellow in Divisions 3, 8, 21, & 34)
American Psychological Society (Charter Fellow)
American Association for the Advancement of Science (Fellow)
Society for Risk Analysis (Past President, Fellow)
Judgment and Decision Making Society
National Council on Radiation Protection and Measurements (Member, Board of Directors and Scientific Vice President for Public Decision Making)

*AWARDS*:

National Science Foundation Graduate Fellowship, 1961 – 62
Fulbright Scholar, 1973 – 74
The Clifford D. Spangler Award, Alpha Kappa Psi Foundation, American Risk and Insurance Association; Outstanding Article 1977 – 1987
John Simon Guggenheim Memorial Fellowship, 1986 – 87
Distinguished Contribution Award, Society for Risk Analysis, 1991
Distinguished Scientific Contribution Award, American Psychological Association, 1993
Outstanding Contribution to Science Award, Oregon Academy of Science, 1995
Who's Who in Science and Engineering
Who's Who in the West

*EDITORIAL ACTIVITIES*:

| | |
|---|---|
| 1971 – 1984 | Editorial Board, *Organizational Behavior and Human Performance* |
| 1972 – 1985 | Editorial Board, *Journal of Experimental Psychology* |
| 1972 – 1976 | Editorial Board, Journal of Experimental Research in Personality |
| 1987 – 1995 | Advisory Board, *Industrial and Environmental Crisis Quarterly* |

Paul Slovic                                                                                                          2

*EDITORIAL ACTIVITIES*, continued:

1980 – present   Editorial Board, *Risk Analysis*

1985 – present   Editorial Board, *Risk Abstracts*

1985 – present   Associate Editor, *Journal of Forecasting*

1987 – present   Advisory Editorial Board, *Journal of Risk and Uncertainty*

1988 – present   Editorial Board, *Behavioral Decision Making*

1991 – present   Member, Honorary Editorial Board, *Polish Psychological Bulletin*

1993 – present   Contributing Editor, *Environment*

1996 – present   Editorial Board, *Organization and Environment*

*OTHER PROFESSIONAL ACTIVITIES*:

| | |
|---|---|
| 1972 | Consultant, National Academy of Engineering, Committee on Public Engineering Policy. Topic: Priorities for Research on Natural Hazards and Disasters |
| 1972 | Consultant, U.S. Atomic Energy Commission, Risk and Public Response task force; regarding public perceptions of alternatives for the long-term storage of radioactive wastes |
| 1974 | Consultant, National Institute of Education, Panel on Teaching as Clinical Information Processing |
| 1975 – 1977 | Steering Committee for Project 13: Perception of Environmental Quality; U.S. Program for Man and the Biosphere |
| 1976 | Member, Socio-Political Resource Group of the National Academy of Science's Study of Nuclear and Alternative Energy Systems |
| 1976 | Consultant, National Research Council/National Academy of Sciences, Committee on Socio-economic Effects of Earthquake Predictions |
| 1976 – 1980 | Consultant, Food and Drug Administration; regarding problems of risk assessment and decision making in the evaluation of therapeutic drugs |
| 1977 – 1978 | Member, Committee on the Safety of Dams, National Research Council/National Academy of Sciences. Participated in the investigation of the Bureau of Reclamation's Dam Safety Program, subsequent to the collapse of the Teton Dam |
| 1979 – 1988 | Member, Cooperative research group on decision making. U.S. Council of Learned Societies (IREX) and the Hungarian Academy of Sciences |
| 1980 – 1986 | Consultant to the Advisory Committee on Reactor Safeguards of the Nuclear Regulatory Commission; regarding the development of quantitative safety criteria for nuclear reactors |
| 1981 – 1986 | Member, Committee on Public Education on Radiation, National Council on Radiation Protection and Measurements |
| 1981 – 1982 | Consultant, Brookhaven National Laboratory; regarding the development of quantitative safety criteria for nuclear reactors |
| 1981 – 1985 | Council member, Society for Risk Analysis |
| 1981 – 1982 | Member, Committee on the Institutional Means for Assessment of Risks to Public Health; National Research Council/National Academy of Sciences |

*OTHER PROFESSIONAL ACTIVITIES*, continued:

| | |
|---|---|
| 1982 | Consultant, National Institute of Mental Health; helped define research needs in emergency mental health |
| 1982 | Consultant, Oak Ridge National Laboratory and the Nuclear Regulatory Commission; regarding the relevance of psychological stress to the proposed restart of Reactor 1 at Three Mile Island |
| 1982 | Consultant, National Cancer Institute, Office of Cancer Communications; regarding programs to educate the public about cancer risk factors |
| 1982 – 1983 | Member, Committee on Behavioral Research and Training Issues Relevant to the Mission of the Secret Service; Institute of Medicine/ National Academy of Sciences |
| 1983 | Consultant, American Petroleum Institute, regarding the development of health risk warnings for gasoline |
| 1983 | Consultant, National Institute for Occupational Safety and Health, regarding the psychology of risk information programs for workers |
| 1983 – 1984 | President, Society for Risk Analysis |
| 1983 – 1987 | Faculty member, Summer Institute in Risk Management, Graduate School of Public Administration, New York University |
| 1984 | Consultant to the Environmental Protection Agency, regarding methods for informing and educating the public about risk |
| 1984 – 1985 | Consultant, Northwest Coalition for Alternatives to Pesticides, regarding the applicability of worst-case analysis in environmental impact assessments |
| 1984 – 1985 | Consultant, U.S. Forest Service; regarding methods for improving decisions pertaining to forest fires |
| 1984 – present | Member, Advisory Committee, Center for Risk and Decision Processes, The Wharton School, University of Pennsylvania |
| 1985 | Consultant to the State of Mississippi: Member of a peer review panel overseeing the social impact assessment of the possible siting of a high-level nuclear waste repository in Richton, Mississippi. |
| 1985 | Member, working group on Information and Decisionmaking for the "Ten Year Outlook on Research Opportunities in the Behavioral and Social Sciences," coordinated by the Committee on Basic Research, National Research Council/National Academy of Sciences |
| 1985 | Consultant to the Committee on Scientific and Regulatory Issues Underlying Pesticide Use Patterns and Agricultural Innovation. Board on Agriculture, National Research Council/National Academy of Sciences |
| 1985 | Consultant, U.S. Secret Service; regarding the assessment of assassination threats |
| 1985 | Consultant, National Institute of Mental Health; regarding informing and educating the public about the risks of AIDS |
| 1985 | Consultant to the New Jersey Department of Environmental Protection regarding recommendations for a radon risk communication program |
| 1985 & 1987 | Faculty member, Risk Assessment Summer School, International Union of Toxicology |

*OTHER PROFESSIONAL ACTIVITIES*, continued:

| | |
|---|---|
| 1985 | Consultant, Union Mutual Life Insurance Company, regarding design of flexible benefits insurance plans |
| 1986 | Consultant to the Environmental Protection Agency regarding an evaluation of the Agency's efforts to communicate the risks to the U.S. public due to radioactive fallout from the Chernobyl nuclear accident |
| 1986 | Consultant, Electric Power Research Institute, regarding an agenda for research on the communication of risk information |
| 1986 | Associate Member, Risk Communication Laboratory, Institute of Safety and Systems Management, University of Southern California |
| 1986 | Member, Board of Governors, National Institute for Environmental Health and Safety of the National Safety Council |
| 1986 | Member, Risk Analysis Panel, Technology Forecasting and Assessment Commission of the American Association of Engineering Societies |
| 1987 – 1990 | Consultant, Ciba-Geigy Ltd., Basel, Switzerland, regarding perception and communication of risks from pharmaceutical drugs |
| 1987 | Consultant, Energy Resources Conservation Board, Alberta, Canada, regarding perception and communication of risks from sour gas wells |
| 1987 – 1996 | Member, study group, MacArthur Foundation, Research Program on Mental Health and the Law |
| 1987 – present | Member, National Council on Radiation Protection and Measurements |
| 1987 – 1990 | Member, Executive Board, Judgment and Decision Making Society |
| 1987 | Consultant, Chemical Manufacturer's Association, Development of guidelines for the use of risk comparisons in risk communication |
| 1987 – 1991 | Member, Board of Scientific Directors, Risk Sciences Institute of the International Life Sciences Institute |
| 1987 – 1990 | Consultant, Science Advisory Board, Environmental Protection Agency |
| 1988 – 1990 | Member, Selection Panel for the AAAS Prize for Behavioral Science Research |
| 1989 – 1990 | Member, Committe to Study Decision Making: Institute of Medicine/National Academy of Sciences |
| 1990 | Member, Working Group on the Psychological Effects of Nuclear Accidents: World Health Organization |
| 1991 – 1993 | Member, Electorate Nominating Committee of the Section on Societal Impacts of Science and Technology, AAAS. |
| 1991 | Member, Institute for Risk Research, University of Waterloo |
| 1991 | Temporary Advisor, World Health Organization, Geneva |
| 1992 – present | Member, Board of Directors, National Council on Radiation Protection and Measurements |
| 1992 | Consultant, Battelle Memorial Institute, regarding development of criteria and methods for evaluating the risk from acutely hazardous chemicals in the city of Torrance, California |

*OTHER PROFESSIONAL ACTIVITIES*, continued:

| | |
|---|---|
| 1993 | Member, Committee of Visitors, Decision Making, Risk, and Management Science Program, National Science Foundation |
| 1993 – 1996 | Member, Committee on Possible Effects of Electromagnetic Fields on Biologic Systems, National Research Council/National Academy of Sciences |
| 1993 | Consultant, National Science Foundation, development of a research initiative on democratization |
| 1993 – present | Member, Board of Educational Directors, David Dreman Foundation |
| 1994 – 1996 | Member, Committee on Risk Characterization, National Research Council/National Academy of Sciences |
| 1994 – present | Member, Harvard Advisory Committee on Electromagnetic Fields, Center for Risk Analysis, Harvard School of Public Health |
| 1995 – present | Member, Board on Radioactive Waste Management, National Research Council/National Academy of Sciences |

*PUBLISHED ARTICLES AND REPORTS*:

1962 – 1971

Morrison, H. W., & Slovic, P. (1962). *Effects of context on relative judgments of area.* Paper presented at the meeting of the Eastern Psychological Association, Atlantic City, NJ. (Also in IBM Research Note NC-104, Watson Research Center, 1962.)

Slovic, P. (1962). Convergent validation of risk-taking measures. *Journal of Abnormal and Social Psychology*, **65**, 68-71.

Slovic, P. (1964). Assessment of risk taking behavior. *Psychological Bulletin*, **61**, 220-233.

Edwards, W., & Slovic, P. (1965). Seeking information to reduce the risk of decisions. *American Journal of Psychology*, **78**, 188-197.

Slovic, P., Lichtenstein, S., & Edwards, W. (1965). Boredom induced changes in preferences among bets. *American Journal of Psychology*, **78**, 208-217.

Rorer, L. G., & Slovic, P. (1966). The measurement of changes in judgmental strategy. *American Psychologist*, **21**, 641-642.

Slovic, P. (1966). Cue consistency and cue utilization in judgment. *American Journal of Psychology*, **79**, 427-434.

Slovic, P. (1966). Risk-taking in children: Age and sex differences. *Child Development*, **37**, 169-176.

Slovic, P. (1966). Value as a determiner of subjective probability. *IEEE Transactions on Human Factors in Electronics*, **HFE-7**, 22-28.

Goldberg, L. R., & Slovic, P. (1967). Importance of test item content: An analysis of a corollary of the deviation hypothesis. *Journal of Counseling Psychology*, **14**(5), 462-472.

Rorer, L. G., Hoffman, P. J., Dickman, H. D., & Slovic, P. (1967). Configural judgments revealed. *Proceedings of the 75th Annual Convention of the American Psychological Association*, **2**, 195-196.

Slovic, P. (1967). Influence of response mode upon the relative importance of probabilities and payoffs in risk taking. *Proceedings of the 75th Annual Convention of the American Psychological Association*, **2**, 33-34.

Paul Slovic          6

*PUBLISHED ARTICLES AND REPORTS* (continued):

Slovic, P., Weinstein, M. S., & Lichtenstein, S. (1967). Sex differences in the risks a person selects for himself and the risks he selects for someone else. *Oregon Research Institute Research Bulletin*, 7(10).

Hoffman, P. J., Slovic, P., & Rorer, L. G. (1968). An analysis-of-variance model for the assessment of configural cue utilization in clinical judgment. Psychological Bulletin, **69**, 338-349. [Reprinted in H. R. Arkes & K. R. Hammond (Eds.), *Judgment and decision making: An interdisciplinary reader*. New York: Cambridge University Press, 1986.]

Slovic, P., & Lichtenstein, S. (1968). The importance of variance preferences in gambling decisions. *Journal of Experimental Psychology*, **78**, 646-654.

Slovic, P., & Lichtenstein, S. (1968). Relative importance of probabilities and payoffs in risk taking. *Journal of Experimental Psychology Monograph*, **78**(3, Pt. 2), 1-18.

Lichtenstein, S., Slovic, P., & Zink, D. (1969). Effect of instruction in expected value on optimality of gambling decisions. *Journal of Experimental Psychology*, **79**, 236-240.

Slovic, P. (1969). Analyzing the expert judge: A descriptive study of a stockbroker's decision processes. *Journal of Applied Psychology*, **53**, 255- 263.

Slovic, P. (1969). Differential effects of real vs. hypothetical payoffs upon choices among gambles. *Journal of Experimental Psychology*, **80**, 434-437.

Slovic, P. (1969). Manipulating the attractiveness of a gamble without changing its expected value. *Journal of Experimental Psychology*, **79**, 139- 145.

Lichtenstein, S., & Slovic, P. (1971). Reversals of preference between bids and choices in gambling decisions. *Journal of Experimental Psychology*, **89**, 46-55.

Slovic, P. (1971). Limitations of the mind of man: Implications for decision making in the nuclear age. *Oregon Research Institute Research Bulletin*, 2(17). (Also in H. J. Otway (Ed.), *Risk vs. Benefit: Solution or Dream?* (Report No. LA-4861-MS). Los Alamos, NM: Los Alamos Scientific Laboratory, 1972.)

Slovic, P., & Lichtenstein, S. (1971). Comparison of Bayesian and regression approaches to the study of information processing in judgment. *Organizational Behavior and Human Performance*, **6**, 649-744. (Also in L. Rappoport & D. A. Summers (Eds.), *Human judgment and social interaction*. New York: Holt, Rinehart & Winston, 1973.)

Slovic, P., Rorer, L. G., & Hoffman, P. J. (1971). Analyzing use of diagnostic signs. *Investigative Radiology*, **6**, 18-26.

1972 – 1973

Slovic, P. (1972). Information processing, situation specificity, and the generality of risk-taking behavior. *Journal of Personality and Social Psychology*, **22**, 128-134.

Slovic, P. (1972). From Shakespeare to Simon: Speculations—and some evidence—about man's ability to process information. *Oregon Research Institute Research Monograph*, **12**(2).

Slovic, P. (1972). Psychological study of human judgment: Implications for investment decision making. *Journal of Finance*, **27**, 779-799. [Reprinted in H. R. Arkes & K. R. Hammond (Eds.), *Judgment and decision making: An interdisciplinary reader*. New York: Cambridge University Press, 1986.]

Slovic, P., Fleissner, D., & Bauman, W. S. (1972). Analyzing the use of information in investment decision making: A methodological proposal. *Journal of Business*, **45**, 283-301.

Paul Slovic                                                                                                          7

*PUBLISHED ARTICLES AND REPORTS* (continued):

Lichtenstein, S., & Slovic, P. (1973). Response-induced reversals of preference in gambling: An extended replication in Las Vegas. *Journal of Experimental Psychology*, **101**, 16-20.

### 1974 – 1975

Slovic, P. (1974). Hypothesis testing in the learning of positive and negative linear functions. *Organizational Behavior and Human Performance*, **11**, 368-376.

Slovic, P., Kunreuther, H., & White, G. F. (1974). Decision processes, rationality and adjustment to natural hazards. In G. F. White (Ed.), *Natural hazards, local, national and global* (pp. 187-205). New York: Oxford University Press.

Slovic, P., & MacPhillamy, D. J. (1974). Dimensional commensurability and cue utilization in comparative judgment. *Organizational Behavior and Human Performance*, **11**, 172-194.

Slovic, P., & Tversky, A. (1974). Who accepts Savage's axiom? *Behavioral Science*, **19**, 368-373.

Lichtenstein, S., Earle, T., & Slovic, P. (1975). Cue utilization in a numerical prediction task. *Journal of Experimental Psychology: Human Perception and Performance*, **104**, 77-85.

Slovic, P. (1975). Choice between equally valued alternatives. *Journal of Experimental Psychology: Human Perception and Performance*, **1**, 280-287.

### 1976 – 1977

Lyon, D., & Slovic, P. (1976). Dominance of accuracy information and neglect of base rates in probability estimation. *Acta Psychologica*, **40**, 287-298.

Slovic, P. (1976, October). Psychological determinants of perceived and acceptable risk: Implications for nuclear waste management. *Proceedings of the Conference on "Public Policy Issues in Nuclear Waste Management."* Chicago, IL: Edited by Harrison Associates, Washington, DC. (NTIS #PB 268181/AS[A17])

Slovic, P. (1976). Toward understanding and improving decisions. In E. I. Salkovitz (Ed.), *Science, technology, and the modern Navy: Thirtieth anniversary 1946-1976* (pp. 220-240). Arlington, VA: Office of Naval Research. [Reprinted in *Descriptive studies of multi-criteria decision making: Collected papers* (Issue 9). Moscow: The Institute for Systems Studies, 1980 (in Russian). Revised version in W. C. Howell & E. A. Fleishman (Eds.), *Human performance and productivity: Vol. 2.: Information processing and decision making*. Hillsdale, NJ: Erlbaum, 1982.]

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1976). Cognitive processes and societal risk taking. In J. S. Carroll & J. W. Payne (Eds.), *Cognition and social behavior* (pp. 165-184). Potomac, MD: Erlbaum. [Reprinted in H. Jungermann & G. De Zeeuw (Eds.), *Decision making and change in human affairs* (pp. 7-36). Dordrecht: The Netherlands, 1977.]

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1977, March). Behavioral aspects of cost-benefit analysis. *Proceedings of a workshop on the measurement of intangible environmental impacts* (pp. 3-21 to 3-33). Richland, WA: Sigma Research, Inc.

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1977). Knowing with certainty: The appropriateness of extreme confidence. *Journal of Experimental Psychology: Human Perception and Performance*, 3, 552-564. [Reprinted in H. R. Arkes & K. R. Hammond (Eds.), *Judgment and decision making: An interdisciplinary reader*. New York: Cambridge University Press, 1986.]

Slovic, P., & Fischhoff, B. (1977). On the psychology of experimental surprises. *Journal of Experimental Psychology: Human Perception and Performance*, **3**, 544-551.

*PUBLISHED ARTICLES AND REPORTS* (continued):

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1977). Behavioral decision theory. *Annual Review of Psychology*, **28**, 1-39.

Slovic, P., Fischhoff, B., Lichtenstein, S., Corrigan, B., & Combs, B. (1977). Preferences for insuring against probable small losses: Insurance implications. *Journal of Risk and Insurance*, **44**, 237-258.

1978

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1978). Fault trees: Sensitivity of assessed failure probabilities to problem representation. *Journal of Experimental Psychology: Human Perceptions and Performance*, **4**, 330-344.

Fischhoff, B., Slovic, P., Lichtenstein, S., Reed, S., & Combs, B. (1978). How safe is safe enough? A psychometric study of attitudes towards technological risks and benefits. *Policy Sciences*, **9**, 127-152.

Goodman, B., Fischhoff, B., Lichtenstein, S., & Slovic, P. (1978). *The training of decision making: Report of a conference* (ARI Technical Report RT- 78-B3). Washington, DC: U.S. Army Research Institute for the Behavioral and Social Sciences.

Kunreuther, H., & Slovic, P. (1978). Economics, psychology and protective behavior. *American Economic Review*, **68**, 64-69.

Lichtenstein, S., Slovic, P., Fischhoff, B., Layman, M., & Combs, B. (1978). Judged frequency of lethal events. *Journal of Experimental Psychology: Human Learning and Memory*, **4**, 551-578.

Slovic, P. (1978). Judgment, choice and societal risk taking. In K. R. Hammond (Ed.), *Judgment and choice in public policy formulation* (AAAS Selected Symposium Series, pp. 98-111). Boulder, CO: Westview Press.

Slovic, P. (1978). The psychology of protective behavior. *Journal of Safety Research*, **10**, 58-68.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1978). Accident probabilities and seat belt usage: A psychological perspective. *Accident Analysis and Prevention*, **10**(2), 281-285.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1978). Laboratory studies of insurance behavior. In H. Kunreuther et al. (Eds.), *Disaster insurance protection: Public policy lessons*. New York: Wiley.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1978). Risk assessment: Basic issues. In R. W. Kates (Ed.), *Managing technological hazard: Research needs and opportunities* (Monograph Series on Technology, Government and Man). Boulder, CO: University of Colorado, Institute of Behavioral Science.

1979

Combs, B., & Slovic, P. (1979). Newspaper coverage of causes of death. *Journalism Quarterly*, **56**(4), 837-843; 849.

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1979). Subjective sensitivity analysis. *Organizational Behavior and Human Performance*, **23**, 339-359.

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1979). Weighing the risks. *Environment*, **21**(4), 17-20, 32-38. [Reprinted in R. W. Kates, C. Hohenemser, & J. X. Kasperson (Eds.), *Perilous progress: Technology as hazard*. Boulder, CO: Westview Press, 1985.]

Slovic, P., & Fischhoff, B. (1979). How safe is safe enough? Determinants of perceived and acceptable risk. In C. Pollitt et al. (Eds.), *Public policy in theory and practice*. Seven Oaks, England: Hadder and Stoughton. [Reprinted in J. Dowie (Ed.), *Risk and chance*. Milton Keynes, England: The Open University, 1979; and in L. C. Gould & C. A. Walker (Eds.), *Too hot to handle: Public policy issues in nuclear waste management* (pp. 112-150). New Haven: Yale University Press, 1983.]

PUBLISHED ARTICLES AND REPORTS (continued):

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1979). Rating the risks. *Environment*, **21**(3), 14-20, 36-39. [Reprinted in *Chemtek*, **9**, 738-744; *Electrical Perspectives*, 1979; in Y. Y. Haimes (Ed.), *Risk/Benefit analysis in water resources planning and management*. New York: Plenum, 1981; C. Hohenemser & J. X. Kasperson (Eds.), *Risk in the technological society*. Boulder, CO: Westview, 1982; National Science Foundation, *Proceedings of the first U.S.-Japan workshop on risk management*. Tsukuba, Japan, October, 1984; and in V. T. Covello, J. L. Mumpower, P. J. M. Stallen & V. R. R. Uppuluri (Eds.), *Environmental impact assessment, technology assessment, and risk analysis: Contributions from the psychological and decision sciences* (pp. 131-156). Berlin: Springer-Verlag, 1985.]

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1979, July). Risk assessment: Technical and behavioral issues. In *Risk/Benefit analysis in the legislative process* (Joint Hearings before the Committee on Science and Technology, U.S. House of Representatives and the Committee on Commerce, Science and Transportation, U.S. Senate, pp. 133-188). Washington, DC: Government Printing Office.

Slovic, P., Lichtenstein, S., & Fischhoff, B. (1979). Images of disaster: Perception and acceptance of risks from nuclear power. In G. Goodman & W. Rowe (Eds.), *Energy risk management* (pp. 223-245). London: Academic Press. [Reprinted in the *Proceedings of the Fifteenth Annual Meeting of the National Conference on Radiation Protection and Measurements*, Washington, DC, March 1980; and in the *Japanese Journal of Clinical Radiology*, 1983.]

1980

Brehmer, B., & Slovic, P. (1980). Information integration in multiple-cue judgments. *Journal of Experimental Psychology: Human Perception and Performance*, **6**, 302-308.

Fischhoff, B., Lichtenstein, S., Slovic, P., Keeney, R., & Derby, S. (1980). *Approaches to acceptable risk: A critical guide* (Report No. NUREG/CR 1614). Washington, DC: The U.S. Nuclear Regulatory Commission.

Fischhoff, B., & Slovic, P. (1980). A little learning... : Confidence in multicue judgment. In R. Nickerson (Ed.), *Attention and Performance, VIII* (pp. 779-800). Hillsdale, NJ: Erlbaum.

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1980). Knowing what you want: Measuring labile values. In T. Wallsten (Ed.), *Cognitive processes in choice and decision behavior* (pp. 117-141). Hillsdale, NJ: Erlbaum. (Abbreviated versions appear as: Labile values: A challenge for risk assessment. In J. Conrad (Ed.), Society, technology, and risk assessment. London: Academic Press, 1980; Poorly thought-out values: Problems of measurement. In W. D. Conn (Ed.), Energy and material resources: Attitudes, values and public policy. Boulder, CO: Westview, 1983.)

Slovic, P. (1980). Citation classic: P. Slovic and S. Lichtenstein, "Comparison of Bayesian and regression approaches to the study of information processing in judgment." *Current Contents*, **12**(28), 12.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1980). Facts and fears: Understanding perceived risk. In R. Schwing & W. A. Albers, Jr. (Eds.), *Societal risk assessment: How safe is safe enough?* (pp. 181-214). New York: Plenum. (Revision in D. Kahneman, P. Slovic, & A. Tversky (Eds.), *Judgment under uncertainty: Heuristics and biases*. New York: Cambridge University Press, 1982.) (Revision in F. Farley & C. H. Null (Eds.), *Using psychological science: Making the public case*. Washington, DC: Federation of Behavioral, Psychological and Cognitive Sciences, 1987.)

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1980). Facts vs. fears: Perceived risks and opposition to nuclear energy. *Proceedings of the Colloquium on the Risks of Different Energy Sources, Sponsored by the French Nuclear Energy Society*. Saint-Etienne: Gedim. [Reprinted as: Psychological aspects of risk perception. In D. Sills, C. P. Wolf, & V. Shelanski (Eds.), *The accident at Three Mile Island: The human dimensions*. Boulder, CO: Westview, 1982.]

*PUBLISHED ARTICLES AND REPORTS* (continued):

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1980). Informing people about risk. In L. Morris, M. Mazis, & I. Barofsky (Eds.), *Product labeling and health risks* (Report No. 6). Cold Spring Harbor, NY: The Banbury Center.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1980). Informing the public about the risks from ionizing radiation. In *Proceedings of the public meeting on a proposed federal radiation agenda*. Bethesda, MD: National Institute of Health. (Also in *Health Physics*, 1981, **41**, 589-598, and in H. R. Arkes & K. R. Hammond (Eds.), *Judgment and decision making: An interdisciplinary reader*. New York: Cambridge University Press, 1986.)

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1980). Perceived risk and quantitative safety goals for nuclear power. *Transactions of the American Nuclear Society*, **35**, 400-401.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1980). Risky assumptions. *Psychology Today*, **14**(1), 44-48.

1981

Hoffman, P. J., Earle, T. C., & Slovic, P. (1981). Multidimensional functional earning (MFL) and some new conceptions of feedback. *Organizational Behavior and Human Performance*, **27**, 75-102.

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1981). Lay foibles and expert fables in judgments about risk. In T. O'Riordan & R. K. Turner (Eds.), *Progress in resource management and environmental planning (Vol. 3)*. Chichester: Wiley. [Reprinted in *American Statistician*, 1982, **36**, 240-255.]

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1981). Perceived risk: Psychological factors and social implications. In F. Warner & D. H. Slater (Eds.), *The assessment and perception of risk* (pp. 17-34). London: The Royal Society.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1981). Perception and acceptability of risk from energy systems. In A. Baum & J. E. Singer (Eds.), *Advances in environmental psychology* (Vol. 3, pp. 157-169). Hillsdale, NJ: Erlbaum. [Reprinted in W. R. Freudenburg & E. A. Rosa (Eds.), *Public reaction to nuclear power: Are there critical masses?* (pp. 115-135). Boulder, CO: Westview Press, 1984.]

1982

Schwalm, N. D., & Slovic, P. (1982, March). *Development and test of a motivational approach and materials for increasing use of seat belts* (Technical Report PFTR-1100-82-3). Woodland Hills, CA: Perceptronics, Inc.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1982). Response mode, framing, and information processing effects in risk assessment. In R. M. Hogarth (Ed.), *New directions for methodology of social and behavioral science: The framing of questions and the consistency of response* (pp. 21-36). San Francisco: Jossey-Bass.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1982). Why study risk perception? *Risk Analysis*, **2**, 83-93.

1983

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1983). Judging the health risks of energy systems. In C. Travis & E. L. Etnier (Eds.), *Health risks associated with energy systems*. Boulder, CO: Westview.

Fischhoff, B., Slovic, P., & Lichtenstein, S. (1983). The "public" vs. the "experts": Perceived vs. actual disagreements about the risks of nuclear power. In V. Covello, G. Flamm, J. Rodericks, & R. Tardiff (Eds.), *Analysis of actual vs. perceived risks* (pp. 235-249). New York: Plenum.

Hohenemser, C., Kates, R. W., & Slovic, P. (1983). The nature of technological hazard. *Science*, **220**, 378-384. [Reprinted in R. W. Kates, C. Hohenemser, & J. X. Kasperson (Eds.), *Perilous progress: Technology as hazard*. Boulder, CO: Westview Press, 1985.]

*PUBLISHED ARTICLES AND REPORTS* (continued):

Slovic, P., & Fischhoff, B. (1983). Targeting risks [Comments on "The theory of risk homeostasis: Implications for safety and health"]. *Risk Analysis*, **2**, 231-238.

Slovic, P., & Lichtenstein, S. (1983). Preference reversals: A broader perspective. *American Economic Review*, **73**, 596-605.

### 1984

Fischhoff, B., Slovic, P., Page, R. T., & Maclean, D. (1984). Nuclear power: Time for detente [Editorial]. *Risk Analysis*, **4**, 153.

Keown, C., Slovic, P., & Lichtenstein, S. (1984). Attitudes of physicians, pharmacists, and laypersons toward seriousness and need for disclosure of prescription drug side effects. *Health Psychology*, **3**, 1-11.

Keown, C., Slovic, P., & Lichtenstein, S. (1984). Influence of information about side effects on perceived risk of prescription drugs. *Health Marketing Quarterly*, **1**(2/3), 111-123.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1984). Behavioral decision theory perspectives on risk and safety. *Acta Psychologica*, **56**, 183-203.

Slovic, P., Lichtenstein, S., & Fischhoff, B. (1984). Modeling the societal impact of fatal accidents. *Management Science*, **30**, 464-474.

### 1985

Morgan, M. G., Slovic, P., Nair, I., Geisler, D., MacGregor, D., Fischhoff, B., Lincoln, D., & Florig, K. (1985). Powerline frequency electric and magnetic fields: A pilot study of risk perception. *Risk Analysis*, **5**, 139-149.

Slovic, P. (1985, January 30). Only new laws will spur seat-belt use [Editorial]. *Wall Street Journal*.

Slovic, P. (1985). Risk theory: Conceptual frames for understanding risk taking in young drivers. In R. Blackman et al. (Eds.), *Proceedings of a conference on adolescent risk taking behavior* (pp. 17-25). Vancouver, BC: Friends of the McCreary Centre Society.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1985). Characterizing perceived risk. In R. W. Kates, C. Hohenemser, & J. X. Kasperson (Eds.), *Perilous progress: Technology as hazard* (pp. 91-123). Boulder, CO: Westview.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1985). Regulation of risk: A psychological perspective. In R. G. Noll (Ed.), *Regulatory policy and the social sciences* (pp. 241-278). Berkeley: University of California Press.

### 1986

Covello, V. T., von Winterfeldt, D., & Slovic, P. (1986). Risk communication: A review of the literature. *Risk Abstracts*, **3**, 171-182.

Engländer, T., Farago, K., Slovic, P., & Fischhoff, B. (1986). A comparative analysis of risk perception in Hungary and the United States. *Social Behaviour: An International Journal of Applied Social Psychology*, **1**, 55-66. [Reprinted in Pszichológia (Hungarian), 1987, 7, 469-482.]

Hohenemser, C., Goble, R., Kasperson, J. X., Kasperson, R. E., Kates, R. W., Collins, P., Goldman, A., Slovic, P., Fischhoff, B., Lichtenstein, S., & Layman, M. (1986). Methods for analyzing and comparing technological hazards. In V. T. Covello, J. Menkes, & J. Mumpower (Eds.), *Contemporary issues in risk analysis: Vol. 1: Risk evaluation and management* (pp. 249- 274). New York: Plenum Press.

PUBLISHED ARTICLES AND REPORTS (continued):

Kunreuther, H., & Slovic, P. (1986). Decision making in hazard and resource management. In R. W. Kates & I. Burton (Eds.), *Geography, resources, and environment, Vol. II: Themes from the work of Gilbert F. White* (pp. 153-187). Chicago, IL: University of Chicago Press.

MacGregor, D., & Slovic, P. (1986). Graphic representation of judgmental information. *Human-Computer Interaction*, **2**, 179-200.

MacGregor, D., & Slovic, P. (1986). Perceived acceptability of risk analysis as a decision-making approach. *Risk Analysis*, **6**, 245-256.

Slovic, P. (1986). Citation classic: P. Slovic, B. Fischhoff, and S. Lichtenstein, "Behavioral decision theory." *Current Contents*, **18**(10), 20.

Slovic, P. (1986). Information processing. *McGraw-Hill yearbook of science and technology* (pp. 249-251). New York: McGraw-Hill.

Slovic, P. (1986). Informing and educating the public about risk. *Risk Analysis*, **4**, 403-415. (Also in P. Kleindorfer & H. Kunreuther (Eds.), *Insuring and managing hazardous risks: From Seveso to Bhopal and beyond* (pp. 307-332). New York: Springer-Verlag.

Slovic, P. (1986). [Review of *The psychological effects of nuclear war*.] *British Journal of Mathematical and Statistical Psychology*, **39**, 126-127.

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1986). The psychometric study of risk perception. In V. R. Covello, J. Menkes, & J. Mumpower (Eds.), *Risk evaluation and management* (pp. 3-24). New York: Plenum.

1987

Fischhoff, B., Svenson, O., & Slovic, P. (1987). Active responses to environmental hazards: Perceptions and decision making. In D. Stokols & I. Altman (Eds.), *Handbook of environmental psychology* (Vol. 2, pp. 1089-1133). New York: Wiley.

Slovic, P. (1987). Forecasting the adverse economic impacts of a nuclear waste repository. *Proceedings of the 1987 Conference on Waste Management*. Tuscon, AZ: University of Arizona College of Engineering and Mines.

Slovic, P. (1987). Perception of risk. *Science*, **236**, 280-285.

Slovic, P. (1987). Ripples in a pond: Forecasting industrial crises. *Industrial Crisis Quarterly*, **1**, 34-43.

Slovic, P. (1987). Kockázatészelés (Risk perception). *Pszichólgia*, **7**, 455-468 (In Hungarian).

Slovic, P., Fischhoff, B., & Lichtenstein, S. (1987). Behavioral decision theory perspectives on protective behavior. In N. D. Weinstein (Ed.), *Taking care: Understanding and encouraging self-protective behavior* (pp. 14-41). New York: Cambridge University Press.

Slovic, P., MacGregor, D., & Kraus, N. N. (1987). Perception of risk from automobile safety defects. *Accident Analysis and Prevention*, **19**, 359-373.

1988

Brown, T. C., & Slovic, P. (1988). Effects of context on economic measures of value. In G. Peterson, B. Driver, & R. Gregory (Eds.), *Amenity resource valuation: Integrating economics with other disciplines*. State College, PA: Venture.

Covello, V. T., Sandman, P. M., & Slovic, P. (1988). *Risk communication, risk statistics, and risk comparisons: A manual for plant managers*. Washington, DC: Chemical Manufacturer's Association.

*PUBLISHED ARTICLES AND REPORTS* (continued):

Covello, V. T., Slovic, P., & von Winterfeldt, D. (1988). Disaster and crisis communications: Findings and implications for research and policy. In H. Jungermann, R. E. Kasperson, & P. M. Weidemann (Eds.), *Risk communication: Proceedings of the International Workshop on Risk Communication* (pp. 131-154). Kernforschlungsanlage Jülich, Germany, October 17-21.

Engländer, T., Slovic, P., & Szabó, L. (1988). Izoláciá és kockazatészléles (Geographic isolation and societal risk perception). *Pszichológia*, **8**, 333-351 (In Hungarian).

Furby, L., Gregory, R., Slovic, P., & Fischhoff, B. (1988). Electric power transmission lines, property values, and compensation. *Journal of Environmental Management*, **27**, 69-83.

Furby, L., Slovic, P., Fischhoff, B., & Gregory, R. (1988). Public perceptions of electric power transmission lines. *Journal of Environmental Psychology*, **8**, 19-43.

Kasperson, R. E., Renn, O., Slovic, P., Brown, H. S., Emel, J., Goble, R., Kasperson, J. X., & Ratick, S. (1988). The social amplification of risk: A conceptual framework. *Risk Analysis*, **8**, 177-187.

Kraus, N. N., & Slovic, P. (1988). Taxonomic analysis of perceived risk: Modeling individual and group perceptions within homogeneous hazard domains. *Risk Analysis*, **8**, 435-455.

Kunreuther, H., Desvousges, W. H., & Slovic, P. (1988). Nevada's predicament: Public perceptions of risk from the proposed nuclear waste repository. *Environment*, **30**(8), 16-20, 30-33.

MacGregor, D., Lichtenstein, S., & Slovic, P. (1988). Structuring knowledge retrieval: An analysis of decomposed quantitative judgments. *Organizational Behavior and Human Decision Processes*, **42**, 303-323.

Malmfors, T., Slovic, P., Kraus, N., Wistrom, G., Lappe, H., & Letzel, H. (1988). Allmänhetens uppfattning av risker och läkemedelsbehandling (Public perceptions of risk from medicines). *Svensk Farmaceutisk Tidskrift*, **92**(11), 31-37.

Slovic, P. (1988). Risk perception. In C. C. Travis (Ed.), *Contemporary issues in risk analysis: Vol. 3: Carcinogen risk assessment* (pp. 171-181). New York: Plenum.

Slovic, P., Lichtenstein, S., & Fischhoff, B. (1988). Decision making. In R. C. Atkinson, R. J. Herrnstein, G. Lindzey, & R. D. Luce (Eds.), *Stevens' handbook of experimental psychology 2nd ed.: Volume 2: Learning and cognition* (pp. 673-738). New York: Wiley.

Teigen, K. H., Brun, W., & Slovic, P. (1988). Societal risks as seen by a Norwegian public. *Journal of Behavioral Decision Making*, **1**, 111-130.

Tversky, A., Sattath, S., & Slovic, P. (1988). Contingent weighting in judgment and choice. *Psychological Review*, **95**, 371-384.

1989

MacGregor, D., & Slovic, P. (1989). Perception of risk in automotive systems. *Human Factors*, **31**(4), 377-389.

Offenbacher, E., & Slovic, P. (1989). Societal risk from a thermodynamic perspective. In J. J. Bonin & D. E. Stevenson (Eds.), *Risk assessment in setting national priorities* (pp. 119-134). New York: Plenum.

Slovic, P. (1989). Decision making under stress. [Testimony before the Committee on Armed Services, House of Representatives, U.S. Congress.] In *Iran Air Flight 655 Compensation Hearings* (pp. 193-217). Washington, DC: U.S. Government Printing Office.

Slovic, P., Kraus, N. N., Lappe, H., Letzel, H, & Malmfors, T. (1989). Risk perception of prescription drugs: Report on a survey in Sweden. *Pharmaceutical Medicine*, **4**, 43-65. [Reprinted in B. Horisberger & R. Dinkel (Eds.), *The perception and management of drug safety risks*.]

*PUBLISHED ARTICLES AND REPORTS* (continued):

Slovic, P., Kraus, N. N., & Malmfors, T. (1989). The perception of chemical risks. In L. Ambrosi, E. Marmo, & G. Cantelli-Forti (Eds.), *La Riforma Medica: Proceedings of the VIIth Congress of the Italian Society of Toxicology*, **11/12**.

Slovic, P. (1989, June). *The perception and management of therapeutic risk*. Fourth Annual Lecture, Centre for Medicines Research. Carshalton, Surrey, England.

1990

Earle, T. C., Cvetkovich, G., & Slovic, P. (1990). The effects of involvement, relevance and ability on risk communication effectiveness. In K. Borcherding, O. I. Larichev, & D. M. Messick (Eds.), *Contemporary issues in decision making* (pp. 271-289). Amsterdam: Elsevier.

Hohenemser, C., Goble, R. L., & Slovic, P. (1990). Institutional aspects of the future development of nuclear power. *Annual Review of Energy*, **15**, 173-200.

Kunreuther, H., Easterling, D., Desvousges, W., & Slovic, P. (1990). Public attitude toward siting a high-level nuclear waste repository in Nevada. *Risk Analysis*, **10**, 469-484.

Lappe, H., Slovic, P., Kraus, N. N., Letzel, H., & Malmfors, T. (1990). Risk perception and communication of prescription drugs. In H. B. F. Gow & H. Otway (Eds.), *Communicating with the public about major accident hazards* (pp. 510-527). London: Elsevier Applied Science.

Lichtenstein, S., Gregory, R., Slovic, P., & Wagenaar, W. (1990). When lives are in your hands: Dilemmas of the societal decision maker. In R. M. Hogarth (Ed.), *Insights in decision making: A tribute to Hillel J. Einhorn* (pp. 91-106). Chicago: University of Chicago Press.

Severson, H., Slovic, P., Hampson, S., & Schrader, L. (1990). Adolescent risk perception: A measure to further our understanding of tobacco and drug use. *Hygie*, **9**(2), 27-29.

Slovic, P. (1990). A risk communication perspective on an integrated waste management strategy. In H. Kunreuther & R. Gowda (Eds.), *Integrating insurance and risk management for hazardous wastes* (pp. 195-216). Boston: Kluwer. [Reprinted in T. Paddock & R. Patrick (Eds.), *Proceedings of the Fourth National Conference on Solid Waste Management* (pp. 313-340). Philadelphia: Academy of Sciences.]

Slovic, P. (1990). Choice. In D. Osherson, N. Block, S. Kosslyn, & E. Smith (Eds.), *An invitation to cognitive science*. Cambridge: Bradford Books/MIT Press.

Slovic, P. (1990). The legitimacy of public perceptions of risk. *Journal of Pesticide Reform*, **10**(1), 13-15. [Reprinted in *Risk Management*, **39**(3), 45-58.]

Slovic, P. (1990). Perception of risk: A paradox. New York Power Authority Annual Report for 1989, (pp. 10-11).

Slovic, P. (1990). Perception of risk from radiation. In W. K. Sinclair (Ed.), *Proceedings of the Twenty-fifth Annual Meeting of the National Council on Radiation Protection and Measurements: No. 11. Radiation protection today—the NCRP at sixty years* (pp. 73-97). Bethesda, MD: NCRP.

Slovic, P., Griffin, D., & Tversky, A. (1990). Compatibility effects in judgment and choice. In R. M. Hogarth (Ed.), *Insights in decision making: A tribute to Hillel J. Einhorn* (pp. 5-27). Chicago: University of Chicago Press.

Slovic, P., Kraus, N., & Covello, V. (1990). What *should* we know about making risk comparisons? *Risk Analysis*, **10**, 389-392.

Paul Slovic                                                                                                    15

*PUBLISHED ARTICLES AND REPORTS* (continued):

Slovic, P., Layman, M., & Flynn, J. (1990). *Images of a place and vacation preferences: Implications of the 1989 surveys for assessing the economic impacts of a nuclear waste repository in Nevada* (Report No. 90-3). Eugene, OR: Decision Research.

Slovic, P., Layman, M., & Flynn, J. (1990). *What comes to mind when you hear the words "Nuclear waste repository"? A study of 10,000 images* (Report No. 90-6). Eugene, OR: Decision Research.

Svenson, O., Edland, A., & Slovic, P. (1990). Choices and judgments of incompletely described decision alternatives under time pressure. *Acta Psychologica*, **75**, 153-169.

Tversky, A., Slovic, P., & Kahneman, D. (1990). The determinants of preference reversal. *American Economic Review*, **80**(1), 204-217.

1991

Covello, V. T., Sandman, P. M., & Slovic, P. (1991). Guidelines for communicating information about chemical risks effectively and responsibly. In Mayo, D. G. & Hollander, R. D., *Acceptable evidence: Science and values in risk management* (pp. 66-90). New York: Oxford.

Goszczynska, M., Tyszka, T., & Slovic, P. (1991). Risk perception in Poland: A comparison with three other countries. *Journal of Behavioral Decision Making*, **4**, 179-193.

Slovic, P. (1991). Beyond numbers: A broader perspective on risk perception and risk communication. In D. G. Mayo & R. D. Hollander (Eds.), *Acceptable evidence: Science and values in risk management* (pp. 48-65). New York: Oxford.

Slovic, P. (1991). [Commentary on "Asimolar and recombinant DNA: The end of the beginning" by Donald Fredrickson]. In K. E. Hanna (Ed.), *Biomedical Politics* (pp. 302-307). Washington, DC: National Academy Press.

Slovic, P. (1991). Perception of risk and the future of nuclear power. In M. Golay (Ed.), *Proceedings of the First MIT International Conference on the Next Generation of Nuclear Power Technology* (Sec. 6, pp. 1-6). Cambridge: Massachusetts Institute of Technology, Program for Advanced Nuclear Studies. [Reprinted in M. A. Kuliasha, A. Zucker, & K. J. Ballew (Eds.), *Technologies for a greenhouse constrained society* (pp. 349-359). Boca Raton, Lewis Publishers, 1992; also in B. W. Kursonoglu (Ed.) *Making the market right for the efficient use of energy.* Commack, NY: Nova Science Publishers, 1992; also in *Arizona Journal of International and Comparative Law*, 1992, **9**, 191-198; also in *Physics and Society*, 1994, **23**(1), 3-5.]

Slovic, P. (1991). Perceptions of risk: Paradox and challenge. In *Hazmat '91: Proceedings* (pp. 4-3—4-22). Evanston, IL: Northwestern University, Transportation Center.

Slovic, P., & Flynn, J. (1991). Reply to Bassett and Hemphill. *Risk Analysis*, **11**, 701-702.

Slovic, P., Flynn, J. H., Layman, M. (1991). Perceived risk, trust, and the politics of nuclear waste. *Science*, **254**, 1603-1607.

Slovic, P., Kraus, N., Lappe, H., & Major, M. (1991). Risk perception of prescription drugs: Report on a survey in Canada. *Canadian Journal of Public Health*, **82**, S15-S20.

Slovic, P., Layman, M., & Flynn, J. (1991). Risk perception, trust, and nuclear waste: Lessons from Yucca Mountain. *Environment*, **33**(3), 6-11, 28-30. (Expanded version published as Perceived risk, trust, and nuclear waste: Lessons from Yucca Mountain, in R. E. Dunlap, M. E. Kraft, & E. A. Rosa (Eds.), *Public reactions to nuclear waste: Citizens' views of repository siting* (pp. 64-86). Durham, NC: Duke University.)

Slovic, P., Layman, M., Kraus, N., Flynn, J., Chalmers, J., & Gesell, G. (1991). Perceived risk, stigma, and potential economic impacts of a high-level nuclear waste repository in Nevada. *Risk Analysis*, **11**, 683-696.

Paul Slovic                                                                                                  16

*PUBLISHED ARTICLES AND REPORTS* (continued):

### 1992

Flynn, J., Burns, W., Mertz, C. K., & Slovic, P. (1992). Trust as a determinant of opposition to a high-level radioactive waste facility: Analysis of a structural model. *Risk Analysis*, **12**, 417-429.

Flynn, J., Kasperson, R., Kunreuther, H., & Slovic, P. (1992). Time to rethink nuclear waste storage. *Issues in Science and Technology*, **8**(4), 42-48.

Hampson, S.E., Burns, W.J., Severson, H.H., & Slovic, P. (1992). *Adolescent alcohol-related risk taking: Exploring structural relations among risk perceptions, personality, and risk taking* (Report No. 93-4). Eugene, OR: Decision Research.

Hohenemser, C., Goble, R. L., & Slovic, P. (1992). Nuclear power: Past and future. In Hollander, J. M. (Ed.), *The energy environment connection* (pp. 133-175). Washington, DC: Island Press.

Kraus, N., Malmfors, T., & Slovic, P. (1992). Intuitive toxicology: Expert and lay judgments of chemical risks. *Risk Analysis*, **12**, 215-232. [Reprinted in *Comments on Toxicology,* 1993, **4**, 441-484.]

O'Brien, R. M., Burns, W. J., & Slovic, P. (1992). The effects of sampling on measures of association between variables based on sample means. *Quality & Quantity*, **26**, 409-425.

Renn, O., Burns, W., Kasperson, J. X., Kasperson, R. E., & Slovic, P. (1992). The social amplification of risk: Theoretical foundations and empirical applications. *Journal of Social Issues*, **48**(4), 137-160.

Slovic, P. (1992). Perception of risk: Reflections on the psychometric paradigm. In S. Krimsky & D. Golding (Eds.}, *Social theories of risk* (pp. 117-152). New York: Praeger.

### 1993

Benthin, A., Slovic, P., & Severson, H. (1993). A psychometric study of adolescent risk perception. *Journal of Adolescence*, **16**, 153-168.

Burns, W. J., Hampson, S. E., Severson, H. H., & Slovic, P. (1993). Alcohol-related risk taking among teenagers: An investigation of contributing factors and a discussion of how marketing principles can help. *Advances in Consumer Research*, **20**, 183-187.

Burns, W. J., Slovic, P., Kasperson, R.E., Kasperson, J.X., Renn, O., & Emani, S. (1993). Incorporating structural models into research on the social amplification of risk: Implications for theory construction and decision making. *Risk Analysis*, **13**, 611-623.

Desvousges, W. H., Kunreuther, H., Slovic, P., & Rosa, E. A. (1993). Perceived risk and attitudes toward nuclear wastes: National and Nevada perspectives. In R. E. Dunlap, M. E. Kraft, & E. A. Rosa (Eds.), *Public reactions to nuclear waste: Citizens' views of repository siting* (pp. 176-208). Durham, NC: Duke University.

Flynn, J., & Slovic, P. (1993). Nuclear wastes and public trust. *Forum for Applied Research and Public Policy*, **8**, 92-100.

Flynn, J., Slovic, P., & Mertz, C. K. (1993). Decidedly different: Expert and public views of risks from radioactive wastes. *Risk Analysis,* **13**, 643-648.

Flynn, J., Slovic, P., & Mertz, C. K. (1993). The Nevada Initiative: A risk communication fiasco. *Risk Analysis*, **13**, 497-502.

Gregory, R., Lichtenstein, S., & Slovic, P. (1993). Valuing environmental resources: A constructive approach. *Journal of Risk and Uncertainty*, **7**, 177-197.

PUBLISHED ARTICLES AND REPORTS (continued):

Hirose, H., Slovic, P., & Ishizuka, T. (1993). A comparative study of risk perception in American and Japanese college students. *Research in Social Psychology, 9,* 114-122 (in Japanese; Abstract in English).

Irwin, J., Slovic, P., Lichtenstein, S., & McClelland, G. H. (1993). Preference reversals and the measurement of environmental values. *Journal of Risk and Uncertainty, 6,* 5-18.

Johnson, S., Flynn, J., & Slovic, P. (1993, May-June). Nuclear opinions [Letter]. *American Scientist*, **81**, 207-208.

Jungermann, H., & Slovic, P. (1993). Charakteristika individueller risikowahrnehmung [Characteristics of individual risk perception]. In *Risiko ist ein konstrukt* (pp. 89-107). Munich: Knesebeck (in German and English). [Reprinted in W. Krohn & G. Krücken (Eds.), *Riskante technologien: Reflexion und regulation*. Suhrkamp: Frankfurt, 1993.]

Jungermann, H., & Slovic, P. (1993). Die psychologie der kognition und evaluation von risiko. In G. Bechmann (Ed.), *Risiko und gesellschaft* (pp. 167-207). Opladen: Westdeutscher-Verlag (In German).

Neil, N., Slovic, P., & Hakkinen, P. J. (1993). *Mapping consumer perceptions of risk*. Washington, DC: Chemical Manufacturers Association.

Severson, H. H., Slovic, P., & Hampson, S. (1993). Adolescents perception of risk: Understanding and preventing high risk behavior. *Advances in Consumer Research*, **20**, 177-182.

Slovic, P. (1993). Perceived risk, trust, and democracy. *Risk Analysis*, **13**, 675-682.

Slovic, P. (1993). Perceptions of environmental hazards: Psychological perspectives. In T. Gärling & R. G. Golledge (Eds.), *Behavior and environment: Psychological and geographic approaches* (pp. 223-248). New York: Elsevier.

Slovic, P., Flynn, J., Mertz, C. K., & Mullican, L. (1993). *Health risk perception in Canada* (Report No. 93-EHD-170). Ottawa: Department of National Health and Welfare (also in French).

Slovic, P., Layman, M., & Flynn, J. (1993). Perceived risk, trust, and nuclear waste: Lessons from Yucca Mountain. In Dunlap, R. E., Kraft, M. E., & Rosa, E. A. (Eds.), *Public reactions to nuclear waste: Citizens' views of repository siting* (pp. 64-86). Durham, NC: Duke University.

Slovic, P., Malmfors, T., & Neil, N. (Eds.). (1993). Intuitive toxicology [Special issue]. *Comments on Toxicology,* **4**(6).

1994

Alhakami, A. S., & Slovic, P. (1994). A psychological study of the inverse relationship between perceived risk and perceived benefit. *Risk Analysis, 14*(6), 1085-1096.

Benthin, A., Slovic, P., Moran, P., Severson, H, Mertz, C. K., & Gerrard, M. (1994). *Adolescent health-threatening and health-enhancing behaviors: A study of word association and imagery* (Report No. 94-10). Eugene, OR: Decision Research

Flynn, J., Slovic, P., & Mertz, C. K. (1994). Gender, race, and perception of environmental health risks. *Risk Analysis, 14*(6), 1101-1108.

Johnson, B. B., & Slovic, P. (1994). "Improving" risk communication and risk management: Legislated solutions or legislated disasters? [Editorial]. *Risk Analysis, 14*(6), 905-906.

MacGregor, D., Slovic, P., Mason, R. G., Detweiler, J., Binney, S. E., & Dodd, B. (1994). Perceived risks of radioactive waste transport through Oregon: Results of a statewide survey. *Risk Analysis, 14*, 5-14.

*PUBLISHED ARTICLES AND REPORTS* (continued):

MacGregor, D. G., Slovic, P., & Morgan, M. G. (1994). Perception of risks from electromagnetic fields: A psychometric evaluation of a risk-communication approach. *Risk Analysis, 14*(5), 815-828.

Morrison, D., Chapman, C. R., & Slovic, P. (1994). The impact hazard. In T. Gehrels (Ed.), *The hazards of impacts by comets and asteroids* (pp. 59-91). Tucson: University of Arizona.

Slovic, P., Flynn, J., & Gregory, R. (1994). Stigma happens: Social problems in the siting of nuclear waste facilities. *Risk Analysis, 14*(5), 773-777.

1995

Flynn, J., & Slovic, P. (1995). Yucca Mountain: A crisis for policy: Prospects for American's high-level nuclear waste program. In *Annual review of energy and the environment* (Vol. 20, pp. 83-118). Palo Alto, CA: Annual Reviews Inc.

Gregory, R., Flynn, J., & Slovic, P. (1995). Technological stigma. *American Scientist, 83*, 220-223.

Gregory, R., Lichtenstein, S., Brown, T. C., Peterson, G. L., & Slovic, P. (1995). How precise are monetary representations of environmental improvements? *Land Economics, 71*(4), 462-473.

Johnson, B. B., & Slovic, P. (1995). Presenting uncertainty in health risk assessment: Initial studies of its effects on risk perception and trust. *Risk Analysis, 15*(4), 485-494.

Krewski, D., Slovic, P., Bartlett, S., Flynn, J., & Mertz, C. (1995). Health risk perception in Canada I: Rating hazards, sources of information and responsibility for health protection. *Human and Ecological Risk Assessment, 1*(2), 117-132.

Krewski, D., Slovic, P., Bartlett, S., Flynn, J. & Mertz, C.K. (1995). Health risk perception in Canada II: Worldviews, attitudes and opinions. *Human and Ecological Risk Assessment, 1*(3), 231-248.

MacGregor, D., & Slovic, P. (1995). The planetary exploration survey: What Society members think about planetary protection. *Planetary Report, XV*(2), 4-6.

McDaniels, T., Axelrod, L. J., & Slovic, P. (1995). Characterizing perception of ecological risk. *Risk Analysis, 15*(5), 575-588.

Slovic, P. (1995). The construction of preference. *American Psychologist, 50*, 364-371.

Slovic, P. (1995). Judgment and decision making in emergency situations. In D. Golding, J. X. Kasperson, & R. E. Kasperson (Eds.), *Preparing for nuclear power plant accidents* (pp. 239-252). Boulder, CO: Westview.

Slovic, P. (1995). Risk perception and public response to nuclear emergencies. In D. Golding, J. X. Kasperson, & R. E. Kasperson (Eds.), *Preparing for nuclear power plant accidents* (pp. 449-475). Boulder, CO: Westview.

Slovic, P., Malmfors, T., Krewski, D., Mertz, C. K., Neil, N. & Bartlett, S. (1995). Intuitive toxicology II: Expert and lay judgments of chemical risks in Canada. *Risk Analysis, 15*(6), 661-675.

Slovic, P., & Monahan, J. (1995). Probability, danger, and coercion: A study of risk perception and decision making in mental health law. *Law and Human Behavior, 19*, 49-65.

1996

Bohnenblust, H., & Slovic, P. (1996, June). Integrating technical analysis and public values in risk-based decision making. In *proceedings of the international conference on probabilistic safety assessment and management*. Crete, Greece.

Foran, J. A., Goldstein, B. D., Moore, J. A., & Slovic, P. (1996, Winter). Predicting future sources of mass toxic tort litigation. *Risk: Health, Safety & Environment, 7*, 15-22.

PUBLISHED ARTICLES AND REPORTS (continued):

Kunreuther, H., & Slovic, P. (1996). Science, values, and risk. *The Annals of the American Academy of Political and Social Science, 545,* 116-125.

Kunreuther, H., & Slovic, P. (Eds.) (1996). Challenges in risk assessment and risk management [Special issue]. *The Annals of the American Academy of Political and Social Science, 545.*

Kunreuther, H., Slovic, P., & MacGregor, D. (1996, Spring). Risk perception and trust: Challenges for facility siting. *Risk: Health, Safety & Environment,* 7, 109-118.

Slovic, P. (1996, January 1). Experts must respect and include citizens in decisions on risks. *Environmental Health Letter,* p. 7.

Slovic, P. (1996). Wissenschaft, Werte, Vertrauen und Risiko. In G. de Haan (Ed.), *Ökologie-Gesundheit-Risiko: Perspecktiven Ökologischer Kommunikation* (pp. 51-68). Berlin: Akademie Verlag.

In Press

Barke, R., Jenkins-Smith, H., & Slovic, P. (in press). Risk perceptions of men and women scientists. *Social Science Quarterly.*

Gregory, R., & Slovic, P. (in press). A constructive approach to environmental valuation. *Ecological Economics.*

Peters, E., & Slovic, P. (in press). The role of affect and worldviews as orienting dispositions in the perception and acceptance of nuclear power. *Journal of Applied Social Psychology.*

Slovic, P. (in press). Perception of risk from radiation. In J. B. Reitan (Ed.), *Radiation Risk, Risk Perception, and Social Construction* [special issue of *Radiation Protection Dosimetry*].

Slovic, P. (in press). What does it mean to know a risk? Adolescent's perceptions of short-term and long-term consequences of smoking. *Perspectives on Law and the Public Interest.*

Slovic, P. (in press). Trust, emotion, sex, politics, and science: Surveying the risk-assessment battlefield. In M. Bazerman, D. Messick, A. Tenbrunsel & K. Wade-Benzoni (Eds.), *Psychological Perspectives to Environment and Ethics in Management.* San Francisco: Jossey-Bass.

BOOKS:

Fischhoff, B., Lichtenstein, S., Slovic, P., Derby, S., & Keeney, R. (1981). *Acceptable risk.* New York: Cambridge University Press.

Flynn, J., Chalmers, J., Easterling, D., Kasperson, R., Kunreuther, H., Mertz, C. K., Mushkatel, A., Pijawka, K. D., & Slovic P. with Dotto, L. (1995). *One hundred centuries of solitude: Redirecting America's high-level nuclear waste policy.* Boulder: Westview.

Kahneman, D., Slovic, P., & Tversky, A. (1982). *Judgment under uncertainty: Heuristics and biases.* New York: Cambridge University Press.

Kunreuther, H., Ginsberg, R., Miller, L., Sagi, P., Slovic, P., Borkan, B., & Katz, N. (1978). *Disaster insurance protection: Public policy lessons.* New York: Wiley.

PAUL SLOVIC is president of Decision Research and a professor of psychology at the University of Oregon. He studies human judgment, decision making, and risk analysis. He and his colleagues worldwide have developed methods to describe risk perceptions and measure their effects on individuals, industry, and society. They created a taxonomic system that enables one to understand and predict perceived risk, attitudes toward regulation, and impacts resulting from accidents or failures. He publishes extensively and serves as a consultant to many companies and government agencies. He is past president of the Society for Risk Analysis and in 1991 received its Distinguished Contribution Award. He also serves on the Board of Directors for the National Council on Radiation Protection and Measurements. In 1993 he received the Distinguished Scientific Contribution Award from the American Psychological Association, and in 1995 he received the Outstanding Contribution to Science Award from the Oregon Academy of Science.