**Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released
at the Rocky Flats Plant, Colorado**

K. Shawn Smallwood, Ph.D.

109 Luz Place, Davis, CA  95616

*Shawn Smallwood*

November 23, 1996

My curriculum vitae, which includes a list of my publications, is attached.  My list of documents relied upon is the same as my list of references in the report.  I have provided no testimony as an expert witness in any legal case.

**Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released at the Rocky Flats Plant, Colorado**

K. Shawn Smallwood, Ph.D.,  109 Luz Place, Davis, CA  95616

November 23, 1996

I am an ecologist, specializing on terrestrial wildlife and ecosystems.  I earned a Ph.D. from the University of California at Davis in 1990.  Then I worked as a post-graduate researcher for four years at the Department of Agronomy and Range Science, UC Davis.  Since my post-graduate research position, I have worked as an environmental consultant for EIP Associates (until December 1995), which is a commercial environmental consulting firm specializing on environmental planning for compliance with regulations.  I also have worked as a research scientist for the Institute for Sustainable Development (ISD), which is a non-profit research and consulting firm dedicated to bringing critical scientific information to policy makers and environmental planners in a manner that is readily understandable.  Lately, I have been specializing on the analysis of spatial data across large geographic areas for assessments of ecological conditions and pressures, on behalf of local governments and private companies.  With private foundation funds donated to ISD, I also conduct large-scale monitoring programs for wildlife in California.  I have also analyzed data integrated from many sources regarding population density estimation, and I further developed ecological theory and method.  My relevant publications are listed in my *curriculum vitae*, which I have enclosed with this report.

Besides giving special research emphasis to mammalian carnivores and exotic species, I also studied pocket gophers.  From January 1988 to July 1994, I conducted field work on pocket gophers on 56 forest clearcuts throughout northern California, and on 40 alfalfa fields and other lands throughout the Sacramento Valley.  I developed new sampling methods for pocket gophers, researched population control methods and effectiveness, and studied soil attributes and plant growth on and around gopher burrows.  In the process, I radio-collared, monitored, and excavated the burrows of 19 gophers on a clearcut, I live-trapped and kill-trapped hundreds, if not thousands, of gophers in their burrows, and I cared for gophers in a laboratory.  I also mapped and monitored gopher burrows distributed across large areas.  My research on pocket gophers has also been published in peer-reviewed journals, and these publications are listed in my *curriculum vitae*.

As an ecologist, I was trained to study the interactions between organisms and their environment, including other organisms, physical elements and media, and human management systems.  As an systems ecologist, I was trained by the world's leading authority (Professor Emeritus K.E.F. Watt) to identify and integrate information representing critically important factors that interact to influence a variable or multiple variables of interest.  The systems ecology approach is methodical, rigorous, and multi-disciplinary.  It usually crosses large scales of measurement and starts with a top-down approach to examining the information.  The approach is highly suitable for identifying pressures, conditions, and vulnerabilities in complex systems.

I was retained by Berger & Montague. P.C. to evaluate the role of soil bioturbation, or soil turnover due to biological activity, as a mechanism for exposing soil contaminants to winds at Rocky Flats.  I was asked to estimate the annual soil turnover rate caused by animal life at Rocky Flats, the percentage of the ground likely to be covered by excavated soils from animal burrows, and the depths to which these animals burrow.  These burrow characteristics were thought to potentially influence

vertical and lateral movement of radionuclides and nonvolatile chemical contaminants in Rocky Flats soils due to unplanned releases and intentional burial or other means of storage or disposal, thereby risking environmental exposure. My estimates were intended for use in risk analysis somewhat similar to the intended use of the BIOPORT model developed by McKenzie *et al.* (1982, 1986). The BIOPORT model was an adaptation of the BIOTRAN model developed at Los Alamos National Laboratory for general application at nuclear waste management sites (Jay Wenzel, personal communication, Feb. 22, 1996). My approach differed from the BIOPORT approach by including more parameters that I thought were important to the issue, greater rigor and care in integrating estimates from multiple sources, and attention to the importance of scale in ecology.

The scope of my report includes evaluations of the impacts to be expected from soil bioturbation off-site and future soil bioturbation on- and off-site. Because vulnerability (i.e., risk of exposure) depends on the conditions of the hazardous materials storage system and the pressures on that storage system, I also needed to evaluate the information describing these conditions and pressures. This information is normally provided by prior research studies and environmental surveillance and monitoring programs of the system in question. As far as I can tell, research and surveillance at the site were inadequate for providing this information at the site.

To perform my tasks, I traveled to the Rocky Flats Plant three times to improve my familiarity with the site and the surrounding environment. In addition to reviewing reports of site management, releases of contaminants, and environmental studies, I reviewed the literature on burrowing animals that occurred at Rocky Flats during the 1950s through the present day, and on burrowing animals that occur elsewhere. Certain species occurring elsewhere could serve as analogue species to those at Rocky Flats, due to their taxonomic and functional similarities. For example, lacking information on the typical burrow volume of the hispid pocket mouse (*Perognathus hispidus*) endemic to Rocky Flats, I substituted some information on burrow volume from studies of the Great Basin pocket mouse (*Perognathus parvus*), which is distributed across the Great Basin west of the Rocky Mountains. I also synthesized data on burrowing characteristics, as well as observations on contamination at the burial sites. I can now present a fairly coherent picture of current levels of soil bioturbation contributed by a suite of animal species at Rocky Flats. Based on characteristics of burrowing by these animal species, I can make reasonable predictions of past, continuing and future off-site impacts on the fate of hazardous materials released during Rocky Flats operations.

In my judgment, the most important pathways for wind-caused soil erosion at Rocky Flats include animal burrowing, human construction activities, and possibly soil sterilization and weed control. Slope failures, vegetation turnover, and rain-splash can also expose soils to winds, and these pathways can be enhanced in their impacts by animal burrowing and human activities. I sought observations and documents relevant to all of these pathways, including their interactions. I recently became aware of a collection of video tapes made of Rocky Flats scenes and wildlife from the past. I consider this collection to be a potentially valuable source of information for my report, but copies of some of these tapes will not arrive until after this report must be submitted.

In the report that follows, I will refer the reader to a series of Plates, which show photographs of the conditions at the Plant, the pressures on waste containment on-site, and some of the impacts of soil bioturbation. In addition to these Plates, I have submitted hundreds of photos and a video tape taken during my three visits to Rocky Flats. I will begin my report by describing my observations made during my three site visits. Later in the report, these observations will be related to the expected

levels of soil bioturbation and impacts on hazardous materials at Rocky Flats, based on reviews of the scientific literature and documents regarding operations at Rocky Flats.

**First Visit to Rocky Flats**

I first visited Rocky Flats on August 19 and 20, 1996, accompanied by Dr. Michael Morrison and Jonathan Auerbach, one of Plaintiffs' counsel. I requested the sites I wished to visit in advance of my trip. These sites are listed in Table 1 in chronological order, using the Potential Area of Concern designations of the Historical Release Report (DOE 1992a). I made notes of ground conditions, wildlife, and interviews with Rocky Flats personnel. I also examined the road side landscapes from a moving vehicle across the buffer zones. Whether riding in the van or walking, I specifically examined the sites for signs of animal presence and animal burrowing in the soil. At every site I visited, I found ample evidence of animal burrowing in the soils that were not covered by asphalt.

Table 1.  Chronological listing of sites visited at Rocky Flats during Aug. 19-20, 1996.

| PAC | Common Name | Type of Reconnaissance |
|---|---|---|
| 900-141 | Sludge Dispersal | Walk-over |
| 900-113 | Mound Area | Walk-over |
| 900-112 | 903 Pad | View from SW perimeter |
| 900-155 | 903 Lip | View from W. perimeter |
| 800-1201 | South of Building 883 | Walk-over |
| 400-122 | Underground concrete tanks | Walk-over |
| 400-157.1 | Radioactive site, N. area | Walk-over |
| 300-186 | Valve Vaults 11, 12, 13 | Walk-over |
| 500-159 | Building 559 perimeter | Walk-over |
| 700-131 | 700 Area Site #1 | Walk-over |
| 700-143 | 771 Outfall | Walk-over |
| 700-126.1 & 700-126.2 | Process Waste Tanks | Perimeter walk-over |
| 700-150.1 & 700-150.8 | N & NE of Building 771 | Walk-over |
| 000-101 | Solar Ponds | Walked N. embankment |
| 900-165 | Triangle area | Walk-over |
| 881 Slope | 881 Slope | Walk-over |
| NE-142.1 | A-series Pond 1 | Perimeter walk-over |
| NE-167.2 & NE-167.3 | Spray fields | Walk-over |
| NE-142.4 | A-series Pond 4 | Perimeter walk-over |
| NE-142.9 | B-series Pond 5 | Perimeter walk-over |
| NE-111 | East Trenches T9 & T10 | Walk-over |
| 900-155 | 903 Lip | Drove along SE perimeter |
| Buffer zones | Buffer zones | Drive-through |
| SW-133 | Ash Pits | Walked perimeter |
| SW-115 | Original Landfill | Walk-over |
| NE-156.2 | Soil Dump | Walk-over |

At the 903 Pad and Lip areas, I was unable to make as detailed an examination as at other sites, because these two areas were off-limits to me during this visit (see Third Visit to Rocky Flats). I could not see enough of the ground surface from the boundaries to confirm whether the level and types of animal burrowing I observed elsewhere were evident in and around the 903 Pad area and most of the 903 Lip. However, I did observe harvester ant mounds and mammal burrows in and around the 903 Pad and Lip areas within about 3 m of the fenced perimeter (Plates 1 and 2, attached). I had no reason to expect the animal activity would be any different on the 903 Pad and 903 Lip sites as compared to other sites I visited, and my third trip confirmed that expectation.

I made notes of numerous fresh soil mounds and burrow openings made by harvester ants (*Pogonomyrmex occidentalis*), American honey ants (*Myrmica americana*), voles (*Microtus* spp.), pocket mice (*Perognathus* spp.), thirteen-lined ground squirrels (*Spermophilus tridecemlineatus*), deer mice (*Peromyscus maniculatus*), northern pocket gophers (*Thomomys talpoides*), American badger (*Taxidea taxus*), and probably other species as well (Plates 3-12). I saw a deer mouse and a vole running on the ground. I also saw animal scats (feces) from coyote (*Canis latrans*), and I saw mountain cottontail (*Sylvilagus nuttallii*), mule deer (*Odocoileus hemionus*), barn owl (*Tyto alba*), ravens (*Corvus corax*), black-billed magpies (*Pica pica*), horned larks (*Eremophila alpestris*), sage thrasher (*Oreoscoptes montanus*), rock wrens (*Salpinctes obsoletus*), and many grasshoppers. The A- , B- and C-series ponds also had cormorants and mallard ducks. The solar ponds (PAC 000-101) had ducks and killdeer (*Charadrius vociferus*) on the impounded water. Buildings once used for processing plutonium and chemicals within the Protected Area (e.g. Buildings 771, 774 and 777) supported swallow nests and served as perches for pigeons (*Columba livia*).

Burrows of thirteen-lined ground squirrels (*Spermophilus tridecemlineatus*) and western harvester ants occurred atop the backfilled soil cover of East Trenches T-10 and T-11 (NE-111.7 & 111.8), which also contain plutonium and uranium in dried sanitary sewage treatment effluent, depleted uranium chips, flattened drums from the contaminated oil burn pits, and perhaps other materials (DOE 1992a). Ground squirrels and harvester ants also occurred at numerous sites across the Rocky Flats Plant and buffer zones. Their mounds were large and consisted of fine soil particles. The harvester ant mounds were particularly large, and occurred within cleared, circular areas of 2-4 m diameter. These clearings are typically created by the ants (Headlee and Dean 1908, Cole 1932a, Sharp and Barr 1960, Porter and Jorgenson 1988). The cleared areas around the mounds, and the prominent locations of many of the mounds, make them particularly susceptible to wind erosion. For reasons not made clear in the literature, these ants established many of their mounds on hill-tops (raised trench caps), the tops of canal banks, and the edges of plateaus, where they are especially exposed to high winds.

Pocket gophers were clustered across Rocky Flats, but they were more abundant and produced larger and more abundant mounds per burrow off-site (Plates 13-14). Wherever clusters of gopher burrows occurred on-site, they were as spatially dense as gopher populations I have observed elsewhere. Gopher clusters occurred on the 881 Hillside, on the north embankment of the solar evaporation ponds (000-101), and along the roadway at the East Trenches (NE-111). Gophers were ubiquitous across a large area on the southeast buffer zone to the southeast of the 903 Lip and Pond C1. Animal burrows of many kinds also occurred in clusters. Burrows of ground squirrels, voles, deer mice, harvester ants, and other species tended to occur in close proximity to each other, but not everywhere. For example, the south-facing hill slope to the north of Pond NE-142.9 was riddled with burrow entrances made by the local small mammal species. The north bank of the Solar Ponds (000-101) was also the site of a cluster of animal burrowing. Another cluster of animal burrowing was

found at 900-165, where old pocket gopher burrows had been invaded by voles. The multi-species clusters of animal burrowing also will shift locations through time, as is typical of animal populations (Taylor and Taylor 1979; den Boer 1981).

During my tour of Rocky Flats, I noticed many pieces of waste hardware lying around, all providing opportunities for wildlife to use them for cover. Large pipes occurred at multiple locations, including at the spray fields (NE-167, Photo set 2). According to Anne Siemen, who was an Environmental Remediation Project Manager provided by DOE as my guide during the site visit, these pipes at the spray fields were used to spray sanitary sewage effluent containing nitrates, trace plutonium, and other contaminants on the grounds, but the pipes had never been cleaned since abandonment. I saw mountain cottontails using these pipes for cover, as well as the pipes at the solar ponds. I also noticed animal burrowing where strong chemical odors rose from the soils, especially at the Sludge Dispersal, 900-141 (Plate 9). Old barrels, pumps, and used parts of many kinds were strewn about, under which voles, deer mice, pocket mice, and other species are likely to burrow and establish nests.

Signs of erosion were abundant at the Rocky Flats Plant. Animal burrows covered many of the land areas. They undermined derelict hardware and concrete slabs. The concrete slab covering the original landfill (SW-115) was undermined and hanging in the air at the edge of the plateau atop the dumping grounds (Plate 15). Slopes often had failed (Plate 16) along the ravines and pond shores within drainages that were subject to soil sterilization (Winsor 1980, p. 45). Also, I saw that the ground at 700-150.8 was covered by a fibrous material intended to control a soil erosion problem (Anne Siemen, personal communication).

Pond NE-142.4 was drained for construction on the dam face, and this pond had been drained for about one year (Anne Siemen, pers. comm.). When a pond is drained, the bottom sediments and the contaminants they entrain are susceptible to wind erosion (Johnson et al. 1974). The top 41 cm of pond sediments were reported to contain 99% of the pond plutonium inventory (Hurley and Winsor 1980, p. 38; Johnson 1977), which is highly susceptible to resuspension when exposed to the Rocky Flats winds. The high water marks around the edges of the ponds also contain considerable concentrations of plutonium and other contaminants (Owen and Steward ca. 1975), and this zone is burrowed into by the resident Preble's jumping mouse (*Zapus hudosnicus preblei*), muskrats (*Ondatra zibethicus*), and other species. Animals inhabiting the shores of waste ponds are highly vulnerable to accumulating the contaminants (Garten 1979). According to local ecologists who were running a trapping grid on the day I visited Pond NE-142.1, nearly every trap contained a mouse. These mice should have additional access to the contaminants along the shoreline whenever the ponds are drained. A second pond was drained for dam construction since my first visit (Plates 17-18), exposing about another hectare of barren pond sediments to winds. The ponds were frequently drained for construction purposes in the past, which correlated with elevated levels of plutonium in downstream water and surface sediments (Johnson et al. 1974).

**Second Visit to Rocky Flats**

On October 10, 1996, I revisited some of the same sites on the RFP I had visited during August 19-20, 1996. I was accompanied by Kevin Guse and escorted by James Long and Karen Lutz. I examined 8 soil mounds for structural changes since August, during which time a rain storm occurred (the first few days of October). Harvester ant mounds showed no noticeable change, but ground squirrel mounds were flattened and substantial soil volume appeared to be missing (Plates 61-62). The

mounds showed evidence of excavation by deer mice and voles, most likely after the ground squirrels entered their dens for hibernation. Many small mammal excavations were made during the time period between my visits, including the creation of burrow entrances and a great deal of topsoil displacement due to dust-bathing and foraging (e.g., Plate 8). Also, small mammals left numerous piles of husks from foraged grass seeds and discarded flower parts. Fresh mounds of *Myrmica americana* were abundant on the RFP site, and were composed of very small soil particles just as they were in August, which means they must have been made again since the rains (Plates 5-6).

Pocket gopher mounds appeared weathered by rain. Following the rain, pocket gophers had plugged burrow entrances with wet soil, which dried and hardened by my second visit. Previously observed mounds were now covered by a hardened soil layer due to agglomeration of soil particles that were directly exposed to precipitation. In dramatic contrast to pocket gopher mounds on Rocky Flats, gopher mounds nearby to the south of the Plant were fresh, large, and composed of very fine sediments mixed with grass roots (Plate 13). Another contrast between on and off the RFP was the abundance of gopher mounds. Everywhere I traveled outside the boundary of the RFP I observed many gopher mounds, sometimes dense enough to cover ¯25-50% of the ground surface with upturned soil (Plate 14). October is when gopher populations typically peak in abundance (Miller 1946, Howard and Childs 1959, Reid *et al.* 1966, Bandoli 1981). However, gopher-excavated soil mounds on RFP were much more rare than off-site. I observed the same pattern for prairie dogs, which occurred right up to the RFP boundary, but I did not see them on the areas of the Plant site I visited.

During my second site visit, I observed ample evidence of animal burrowing and other types of soil disturbance, other than is typical of pocket gophers. Along the north and west perimeter of the 903 Pad and Lip areas, I counted 7 harvester ant mounds on the protected side of the fence (e.g., Plate 1). Harvester ant colonies were reported to be very resistant to high doses of radioactivity (Whicker 1979, p. 19), which may have permitted their persistence on heavily contaminated sites such as the 903 Pad. I also saw mounds made by either pocket gophers or ground squirrels, but I could not identify them with certainty because I was restricted from access to the sites (J.D. Long letter to J. Auerbach, October 3, 1996). I also counted 5 harvester ant mounds on the Mound Area (900-113), and 4 on the Soil Dump (the entire area was not searched). At least some of these mounds were constructed of plant litter (Plate 4), which was measured to contain high concentrations of plutonium on and east of the 903 Pad (Little 1976), and which is more likely to blow away in the winds as the litter further decays. The mounds of honey ants were abundant everywhere I visited, and all had been constructed with tiny soil particles since the early October rains. Honey ant excavations appear highly susceptible to suspension in strong winds, but their frequency of mound construction remains poorly known. Their contribution to bioturbation at RFP will probably be underestimated due to lack of information.

My second visit confirmed my original impression that bioturbation at Rocky Flats is substantial, but I will be forced by information gaps to provide a conservative quantitative description. Critical plant and animal interactions with the soil remain woefully and inadequately studied at Rocky Flats and elsewhere. Examples of some of these interactions follow. Small mammals dug many burrows under concrete slabs used to support test wells and under discarded concrete, machinery, and other hardware wherever it occurred (Photo Sets 2 & 3). Animals prefer to burrow under hard surfaces due to the cover the material affords them from rain and predators. Burrowing under concrete and junk hardware exposes previously protected soils, such as under the concrete slab atop the original landfill (Plate 17) and likely the asphalt pad atop the 903 Drum Storage Area (see Third Visit to Rocky Flats). On the East Trenches (NE-111.7 and 111.8), I saw a wolf spider, which also burrows in the soil. On the perimeter of the 903 Pad area, I saw soil castings of earthworms and burrowing insects.

Burrowing characteristics of most arthropod species remain inadequately described for estimating impacts. Across the entire site, rock wrens (*Salpinctes obsoletus*) (Plate 19) foraged on the ground and in low shrubs, a behavior noted by Willard (1960) to be most likely to result in radionuclide concentrations that would be considered hazardous in humans. Rock wrens and other ground foraging birds disturb the soil every time they attack a ground-dwelling arthropod. Finally, the many species of rodents at Rocky Flats created many runways, which are denuded travel paths where the force of winds could suspend dust (Plate 20). Due to lack of information, these animal-soil interactions will be contribute zero-value to my bioturbation impact assessment, even though their combined impact is certainly much greater than zero.

During my second visit I also saw animals that further increase the risk of contaminant spread off the RFP site without necessarily burrowing in the soil. I saw 2 cottontails on the 903 Pad area, and many more on the spray fields, on the embankments of the solar ponds, and elsewhere. Cottontails use abandoned animal burrows and the discarded spray field pipes for cover. Residing among the stacks of 55-gallon drums at the 903 Drum Storage Area during the 1950s and 1960s, cottontails reportedly became contaminated with plutonium (E.L. Ray letter to C.W. Piltingsrud, Jan. 3, 1962), which prompted the construction of a rabbit fence (Putzier 1982), which has since been removed. I saw a coyote hunting on the 903 Pad area for animals that burrow in the soil (it was hopping into the air in a manner that is characteristic of hunting mice and voles). Coyote scats have been found with high radioactivity levels at Hanford (O'Farrell and Gilbert 1975, Wheeler 1978, Panesko *et al.* 1980) and Idaho National Engineering Laboratory (Arthur and Markham 1982). The many coyotes that undoubtedly hunted on the 903 Pad since 1959 could easily have defecated contaminated scats (i.e., fecal material) around Standley Lake or even much farther east. All of these additional risks will not be represented in my estimation of resuspension due to lack of quantitative information. My calculations will therefore ultimately underestimate the impacts of animal disturbance of the soil due to the paucity of information provided by researchers and Plant operators at Rocky Flats and elsewhere.

**Third Visit to Rocky Flats**

I traveled to Rocky Flats a third time on Nov. 12-13, 1996, and I visited the off-site areas to the east on Nov. 14. Dr. Michael Morrison accompanied me, and we were escorted on the RFP by James Long, Karen Lutz, and Rose Theil. Table 2 lists the sites visited and the nature of the visits.

In preparation for the visits to the 903 Pad and Trench T-9, we were issued dosimeters and then given a lecture on protocol by Ed Lesses. Three Radiological Control Technicians (RCTs) assisted Mr. Lesses, including Rich Adkins and Tim Hipsher. The lecture lasted about 20 minutes, followed by demonstrations on putting on and taking off the protective clothing. We signed a Radiological Work Plan (RWP), which stipulated the parameters of our visits to 903 Pad and Trench T-9. We asked for a copy of this RWP, but were denied. We were then issued under-briefs, stockings, t-shirt, jumpsuit, and safety shoes. We removed all unnecessary items from our persons. At the jump-off site for the 903 Pad, we taped plastic sheaths over our feet and lower legs, and dressed in a paper suit, rubber shoes, 2 pairs of surgical gloves (one pair of which were taped over our sleeves), safety glasses, and a helmet (Plates 23 and 24).

At the start of both days, our cameras were "base-lined" for radioactivity. They were checked again at the end of each day. The afternoon camera checks appeared to challenge the Radiological Control Technicians, who struggled with the instrumentation, the math, and the manuals. They consulted with each other, discovered radiological activity and then dismissed it (both days), and

seemed to fumble with the entire procedure. We were not entirely confident our equipment was actually uncontaminated. Furthermore, the Radiological Control Technicians who accompanied us onto the 903 Pad, Trench T-9, 750 Pad, and 904 Pad remarked on several occasions that their instrumentation for detecting gross Alpha and gross Beta became unreliable in the weather conditions we were experiencing, which was only a light breeze and cold enough to wear a flannel shirt. Nevertheless, we were "surveyed" frequently while on the 903 Pad and Lip areas (Plates 25-26).

Table 2. Chronological listing of sites visited at Rocky Flats during Nov. 12-13, 1996.

| PAC | Common Name | Type of Reconnaissance |
|---|---|---|
| 900-112 & 900-155 | 903 Pad and Lip areas | Walk-over |
| NE-111.7 & 111.8 | East Trenches T10 & T11 | Perimeter walk |
| NE-111.4 | East Trenches T9 | Perimeter walk |
| 700-214 | 750 Pad | Perimeter walk |
| near NE-1403 | Buffer zone near East Gate | Walk-over |
| --- | Buffer zone, radio towers | Walk-over |
| 900-140 | Lithium burn pit | Walk-over |
| 900-130 | Contaminated soil dump | Walk-over |
| 900-213 | 904 Pad | Perimeter walk |
| --- | CSU Macroplot 1 | Walk-over |
| NE-156.2 | Soil Dump | Walk-over |
| 900-141 | Sludge Dispersal | Walk-over |
| 900-113 | Mound Area | Walk-over |
| SW-133.1-133.4 | Ash Pits | Walk-over |
| Pond C1 | Woman Creek Pond 9 | Walked north slope |
| --- | CSU Macroplot 2 | Walk-over |

While walking around the perimeter of the 903 Pad, I discovered abundant signs of animal burrowing within and beyond the thick patches of vegetation growing within 2 m of the asphalt. Harvester ant mounds encircled the Pad at 15-30 m intervals (e.g., Plates 1, 23, 25), some within 1 m of the Pad (Photo set 3). Their adjacency to the Pad could result in damage, as they are known to tunnel under highway pavement, which abets erosion (Wheeler and Wheeler 1963). Honey ants occurred on the Lip area as well, although all but one of their soil mounds had blown away, presumably by the 100+ mph winds recorded two weeks before. Other evidence of burrowing indicated presence of thirteen-lined ground squirrels, pocket mice, voles, deer mice, and other species. Some burrows, most notably those of pocket mice, extended under the asphalt from the perimeter of the Pad. The fresh soil in the resulting mounds originated from underneath the 903 Pad, and rodent runways ringed the entire Pad. Additionally, much of the ground surface of the 903 Lip area around the Pad was loosened and denuded of vegetation by foraging and dust-bathing rodents and rabbits (Plates 27 and 28). Sign of pocket gophers was not evident, but bioturbation by other species is an ongoing force of nature around and under the 903 Pad.

Above-ground animal life was evident on and around the 903 Pad. Deer tracks occurred all over the Lip area, and deer hooves punched holes through harvester ant mounds (Photo set 3: 33, 41). I discovered a coyote scat on the asphalt Pad (Plate 29). I asked the RCT (Rich Adkins) to check the scat for radioactivity, but he refused on the grounds that such surveys were not explicitly authorized in the RWP. The RCT said he had always wanted to survey fecal material from wild animals on the Plant, but his supervisors would never authorize it. I found this protocol to be quite different than at Hanford, where scans of coyote scats are routine and written into the Radiological Surveillance protocols.

The 903 Pad has deteriorated since the last reported repairs of cracks in 1989 (G. Williams deposition, May 31, 1995, pages 25-31). Large rocks have collected on parts of the Pad as if they were blown by winds across ice or as if they were carried there by strong water flows across the top of the Pad (Plate 30). The RCT said he had no idea how the rocks got on the Pad. Cracks developed across the extent of the Pad, through which plants now grow (Plates 31 and 32; Photo set 3).

The asphalt of the 750 and 904 Pads, which are used to store "pondcrete" and "saltcrete," the hazardous portions of which originated from the solar ponds. The bond strength of the pondcrete was less than expected (R.W. Hawes letter to F.J. Blaha, May 28, 1988; F.P. Lawton letter to G.S. Setlock. July 26, 1988), due to insufficient engineering and subjective inspection of the packaged waste (J.E. Bickel letter to A.E. Whiteman, July 20, 1988). Liquid and sludge materials from failed pondcrete spilled across the Pads at various times during Rockwell International's tenure (Setlock letter to K.B. McKinley, July 3, 1989). These spills drained off the edges of the Pads and contaminated both the asphalt and surrounding soils with radionuclides and nitrates (R.W. Hawes letter to F.J. Blaha, May 28, 1988; F.P. Lawton letter to G.S. Setlock, July 26, 1988; Setlock letter to K.B. McKinley, Aug. 29, 1988). The boxes of pondcrete are now enclosed in tents, and access is strictly controlled. We were required to wear safety shoes, safety glasses, helmet, and dosimeter. Our entry to both Pads was preceded by considerable administrative preparation. Our entry to 750 Pad was challenged by a foreman who did not want us on the site. While waiting for confirmation of our scheduled visit, this foreman complained to Karen Lutz of considerable pressure he is receiving to ship out large amounts of waste as soon as possible.

The soil around the perimeters of the 750 and 904 Pads was inhabited by burrowing animals of various species, including harvester ants, pocket gophers, and other rodents. Burrowing activity was most evident along the east and north edges of the 750 Pad, where the spilled wastes would have flowed downhill toward a fork of Walnut Creek (Plate 23). One very large harvester mound was bifurcated under a cyclone fence, which had evidently swept the mound soil during strong winds (Plate 24). The mound was separated to either side of the fence and its soil was loosened by the sweeping, which likely contributed to its large size. A larger-than-usual volume of soil was likely excavated for mound repair, and this soil could have come from the surrounding ground surface and depths to nearly 4 m. Nearby contaminated soils not removed from past spills of pondcrete would have been excavated by these animals and exposed to high winds.

Winds also destroyed some of the tents on the 750 and 904 Pads, leaving entire side and ceiling segments missing or tattered and dangling amid the rows of boxes containing pondcrete (Plates 33 and 35-36). The boxes of pondcrete at the 904 Pad were exposed to the weather conditions at Rocky Flats. The accompanying RCT considered the wind-caused damage as unremarkable, because it is normal "wear and tear" at RFP. This comment and the evidence of damage are somewhat contradictory to the

lack of damage reportedly observed during weekly surveillance of the 750 and 904 Pads (Rockwell International 1987).

Earlier that morning while baselining our cameras for the third time, an RCT approached me without solicitation and began telling me of his experiences during his many years of employment at Rocky Flats. The RCT told me that he and his fellow employees all know they are contaminated with beryllium and asbestos, and his employers are seeking to take biopsies from his lungs. He also told me that the utility lines between the 904 Pad and 903 Pad were found to be radioactive the day before. Later, when we visited the 904 Pad, we found one utility pole cut down and lying on the ground next to the 904 Pad, and wrapped in yellow and magenta Radiological Control tape (Plates 37-38; Photo set 3: 193, 206, 207). Two other poles remained on the west edge of the 903 Pad area, but their lines were clipped off (photos 188-190, 205). If radionulcides were found on these utility lines, then this would be evidence of chronic releases continuing to this day. Perhaps plutonium-contaminated dust blew onto the utility lines from the exposed boxes of pondcrete on the 904 Pad only 100 m upwind, just as it had resuspended from the bottom of the solar ponds following removal of the pondcrete (Setlock deposition, Aug. 8, 1995, pages 486-488). To check up on my hypothesis, I have requested from Rocky Flats all information pertinent to the taping of the utility pole and the removal of the lines, but I had not received any documents as of this writing.

I had the opportunity to visit Trench T-9 (NE-111.4) for the first time on Nov. 12. This trench was filled sometime between 1954 and 1968 with dried sanitary wastewater treatment plant sludge, scrap metal and junk, perhaps flattened drums, and possibly other materials as well (DOE 1992a). The sludge contained total long-lived alpha activity of 382-3,591 pCi/g, which was buried under two feet of soil cover (Ibid). Soil samples from this trench taken sometime from 1977 to 1983 were found to vary from 0.4 to 68 pCi/g plutonium activity, and 2.4 to 450 pCi/g uranium activity (Ibid). Morrison and I were required to wear the same protective clothing as was worn on the 903 Pad (Plate 39). For reason or reasons unknown to me, we were not allowed to survey the perimeters of any other trenches nearby and immediately adjacent to Trench T-9, and we were warned to stay off the Trench caps due to cave-in hazards.

The soil cap of T-9 had subsided up to two and three feet below grade (Plate 40), and I could see from afar that the caps of the other trenches had likewise subsided. The cap of T-9 was burrowed into extensively by a variety of animal species, including pocket gophers, pocket mice, voles, deer mice, thirteen-lined ground squirrels, harvester ants, and badgers (Plates 41 and 42; Photo set 3). Whereas burrowing was evident off the cap as well, and tunnels repeatedly caved in underfoot, the intensity of burrowing was obviously much greater on the soil cap of the trench and along its edge. Besides two foraging holes dug by badgers on the trench cap, an apparent nesting burrow was excavated right into the middle of the cap (I cannot be certain it was a nest burrow without excavating it). As is typical of nest burrows that I have seen and read about, two tunnels diverged from a common entrance, one of which has since collapsed. The depth of the burrow was greater than I could determine by looking into the hole, but it was definitely much deeper than two feet, the depth of the soil cap. I measured the length of one badger nesting burrow in Washington as 3.8 m, which involved more than a half cubic meter. The subsidence of the trench cap was greatest around the entrance of this badger burrow, and junk metal was lying about the perimeter of the burrow entrance (also see Photo set 3). Unless the junk metal was dumped onto this trench cap by Plant operators, I must conclude it was excavated to the surface by badger(s). The large soil mound that must have been excavated from the badger burrow had since disappeared. The contents of T-9 have undoubtedly been

excavated by burrowing animals for years, and if any of the original contents remain, then they also continue to be excavated to the ground surface where winds blow the finer particles away.

Rodent burrows and harvester ant mounds also occurred on the Lithium burn pit (900-140) and the contaminated soil dump on the 881 Hillside (900-130). These sites were reported to contain buried oil sludge from the 1957 fire and asphalt contaminated with trichloroethane, tetrachloroethane, 1,1-dichloroethane, 1,2-dichloroethane, carbon tetrachloride, chloroform, and trace amounts of radionuclides, mostly tritium (Rockwell International 1988). On these sites, we were advised to keep our safety shoes on, to be wary of cave-in hazards, and to not disturb the soils. Badger burrows were seen nearby both sites, and thirteen-lined ground squirrels had excavated burrows all over 900-130.

I also discovered abundant evidence of animal burrowing on the Colorado State University (CSU) Environmental Study Sites known as Macroplots 1 and 2. These sites are significant because they are the only sites where repeat soil sampling was conducted in an effort to understand the pathways for plutonium movement in the environment, and to forecast the fate of the plutonium. Little and Whicker (1978) and Ibrahim et al. (1996) reported that the depth profile and spatial distribution of the plutonium inventories in Macroplots 1 and 2 have remained unchanged since initial deposition, because the plutonium has "weathered in" to the top 3 cm of soil where it is also protected from the winds by dense growth of vegetation. Setlock (letter to A. Hazle, 1989) believed soil resuspension was greatly reduced after introduction of grass cover. Plant operators and their environmental researchers under subcontract considered the soils of these plots to be undisturbed, contrary to my observations.

Evidence of past tractor work and a road cut through the middle of Macroplot 1 indicated the ground was disturbed long ago in ways that attract burrowing animals (see sections below subtitled, Risk of Resuspension due to Animal Burrowing and Estimates of Burrowing Impacts at Rocky Flats). The ground of Macroplot 1 was covered by animal burrows, soil mounds, and scraped-away soil due to foraging and dust bathing by small mammals (Plates 43-47). Even plants had worn sweeping paths of loosened soil across the ground under the leeward stems of plants blown back and forth by wind (Plate 48). I found burrows excavated by badgers, thirteen-lined ground squirrels, pocket mice, voles, deer mice, and harvester ants. I found no sign of pocket gophers, although some of the ground squirrel tunnels were plugged and so, in combination with the soil mound, looked like gopher sign. All around Macroplot 1 were signs of serious erosion problems requiring remedial action, including deep rilling on the uphill slope and mass wasting off the downhill side of the service road (which was buttressed by plastic).

Macroplot 2 is 1.4 km south of the 903 Pad (Setlock and Blaha 1986), and downwind of the building complex where plutonium and other hazardous materials were processed (Plates 49-50). The soils of Macroplot 2 were less dramatically turned over and eroded as those in Macroplot 1, but Macroplot 2 had ample evidence of burrowing by thirteen-lined ground squirrels, voles, and deer mice. The plutonium in Macroplots 1 and 2 soils has not been stabilized, and based on the levels of soil bioturbation I observed at these sites, I do not expect much of the 1950s to 1970s era plutonium to remain within the top 3 cm soil depth horizon.

Based on a DOE (1992b) report of expanding prairie dog towns (i.e., clusters of prairie dogs and their burrows) onto the eastern part of the RFP buffer zone, I visited an area south of the East Gate and another area in the vicinity of radio towers, which are now gone, but fenced support structures remain. I found an active prairie dog town south of the East Gate (Plate 51). The ground surface was highly disrupted by burrows, many foraging holes, and the scraping away of grass root mass from 2-4

m around each burrow entrance. The root mass and attached soil were incorporated into the mound structures (Plate 52). Much of the ground surface was denuded of vegetation (Plates 53-54). The vicinity of this prairie dog town also supported thirteen-lined ground squirrels, some pocket gophers, deer mice, other rodents, and badgers.

A second prairie dog town was sighted north of the East Gate about 200 m east of the radio towers. The town that had been reported by DOE to occur at the radio towers is now abandoned. Burrow entrances were collapsing and soil mounds had disappeared (Plates 55-56). This town was probably occupied for 15-20 years before abandonment, which is the typical life-span of prairie dog towns at a given location (Koford 1958). This abandoned prairie dog town is now home to numerous burrowing rodents and harvester ant colonies.

On November 14, we toured the off-site areas to the east of RFP, and we walked over a public access area on the shores of Standley Lake. Prairie dogs are ubiquitous around the RFP off-site to the south and east (Plates 57-60). We also saw abundant signs of pocket gophers (Plate 14), ground squirrels, and harvester ants (Plate 59). Vegetation patterns indicated locations of past prairie dog burrows that were since abandoned. The soil mounds of abandoned burrows have since disappeared, likely due to wind erosion.

The abundance of animal burrowing off-site would likely have contributed to accumulation of deposited plutonium and other contaminants. Accumulation was not considered in the development of off-site sampling and monitoring (Budnitz 1996). Animal burrows do not occur randomly across the landscape (Smallwood 1993, Smallwood and Geng 1993, Smallwood, unpubl. data), so their influence on the fate of contaminants deposited on the ground will be nonrandom. For example, prairie dogs scrape the top few cm of soil and grass roots into their soil mounds from a radius of 2-4 m around their burrow entrances (e.g., Plates 52, 60), involving about 2-9% of the ground surface (Koford 1958, O'Meilia et al. 1982). This scraped-away soil is incorporated into the crater-shaped mounds, presumably to strengthen the mounds against erosion forces. Any contaminants within 2-4 m of each burrow entrance will be moved into the mound, where it will therefore accumulate. The prairie dog mounds themselves are also spatially aggregated (Koford 1958), and these aggregations are also where other burrowing animals cluster together (Thorp 1949, Koford 1958, Campbell and Clark 1981m O'Meilia et al. 1982).

**Summary of Site Visits**

Evidence of animal burrowing was easy to locate at RFP because it was abundant. Animal burrowing activity was most abundant on and around disturbed soils, such as buried waste trenches, embankments (e.g., solar ponds, berm at east edge of the 903 Lip, the slopes around the Mound Area and the ditch banks across the Mound Area, the contaminated soil dump on the 881 Hillside, etc.), old and currently used road cuts (e.g., old road cut across CSU Macroplot 1), grounds covered by fill dirt (903 Lip area, Ash Pits, Soil Dump, Original Landfill), the edges of soil covered by hard surfaces (e.g., 903 Pad, Original Landfill, concrete slabs supporting test wells, and scrap concrete and hardware found all across the RFP), and soils that received high levels of nitrates (e.g., spray fields, downwind areas of solar ponds all the way to Walnut Creek). Obviously, a very large proportion of the soil on the RFP can be described by the conditions created by anthropogenic disturbances that are known to attract burrowing animals (Smallwood 1996a,b). Furthermore, burrowing animals are attracted to the soil-water interface, such as along pond shores and stream courses. Ponds, streams, and ditches were

managed at RFP for waste management purposes, thereby creating more opportunities for burrowing animals to contact and transport hazardous materials.

Most of the environmental dispersal or confinement measures used by RFP operators to prevent off-site contamination by hazardous materials actually attracted burrowing animals and facilitated soil bioturbation. For example, in response to rain erosion of plutonium from the 903 Drum Storage area into a nearby ditch, a berm was constructed along the east edge of the 903 Lip (Piltingsrud 1973). This berm was intended to confine plutonium, but during my visits to Rocky Flats I saw soil mounds excavated from burrows across the length of this berm. Significant amounts of plutonium were found to be resuspending from this berm (Setlock and Blaha 1986, page 11), consistent with what I would expect from increased levels of soil bioturbation on a feature of the landscape preferred by burrowing animals. Similar patterns were found at the Idaho National Engineering Lab, where small mammals established burrows in greatest density along the edges of the waste storage facilities (Boone and Keller 1993). I observed that large tents were used to contain pondcrete on the 750 and 904 Pads, and to contain loosened soils during soil and waste site remediation (e.g., excavation of Trenches T-1 and T-2), but nothing confines the soils loosened by burrowing animals.

Although I observed soil movement by burrowing animals to be prolific at Rocky Flats, I found fewer than the expected number of pocket gophers and prairie dogs, which are the two most prolific species of burrowing animals in the area. I can offer two explanations for the discrepancies in gopher and prairie dog abundance on and off the RFP site. The first possibility is gophers and prairie dogs exhibit the typical shifting mosaic pattern of abundance (Koford 1958, Taylor and Taylor 1979; den Boer 1981; Smallwood, unpublished data). Gophers were previously described as abundant on the Rocky Flats Plant site (Murray 1967; Little 1976; Winsor 1980; DOE 1980, cf. in Weston 1989; Winsor and Whicker 1980), and prairie dogs should have occurred there historically (Armstrong 1972), but my site visits might have coincided with a period when the clusters of gophers and prairie dogs shifted to an off-site location. However, I would not have expected spatial shifting of population clusters at such a large scale without some unnatural influence.

A second explanation for the discrepancies in abundance could involve either an intentional or accidental poisoning of gophers across the spatial extent of the original RFP site (1020 hectares). Poisoning could have been caused by released chemical and metal contaminants such as plutonium, beryllium, asbestos, carbon tetrachloride, lead, chromium, nickel, and many other contaminants known to be hazardous to mammals (ChemRisk 1992). Prairie dog populations have recently begun expanding onto the RFP property from the east (DOE 1992b), apparently after having recovered from whatever eliminated them from the RFP in the first place. Also, the reduced activity levels of gophers on the RFP as compared to off-site adds support to this second explanation, so long as the reduced mound-construction is due to sickness brought on by toxic doses of released chemicals. On October 10, I saw no fresh gopher mounds on the RFP site, whereas fresh, large gopher mounds were very abundant nearby. The off-site mounds had been made in response to the early October rains, which is typical of gopher burrowing behavior following soil-wetting (Miller 1957). The RFP gophers did not respond to the rains, possibly because they were ill. I observed a very similar difference in mound construction on my study plots during the late 1980s (Howard *et al.* 1990, Smallwood unpubl. manuscript). One month following my poison treatment (strychnine on wheat baits) on forest clearcuts, the apparent survivors constructed smaller mounds at a lesser frequency than unpoisoned gophers on nearby clearcuts (sometimes the same clearcut, but different plots). If hazardous materials reduced populations of gophers and prairie dogs on-site, they need not have reduced populations of other burrowing animal species, due to differences in life-history strategies (e.g., reproductive rates, time spent below-ground,

and etc.). Regardless of whether gopher populations declined at the RFP, they were there in abundance until recently, and the other burrowing animal species collectively contribute more to soil bioturbation than do gophers and prairie dogs.

During three visits to Rocky Flats I observed abundant evidence of a suite of burrowing animal species that are capable of contacting and transporting waste materials, both vertically and laterally from soils at the ground surface all the way down to 5 m depths. Soil mounds excavated by these species lost their structural integrity and volume between visits (Plates 61-66), and some disappeared completely (the honey ant mounds, shown in Plates 5-6). I also observed this high level of soil bioturbation and erosion of excavated materials on the sites where hazardous wastes are known to have contaminated the soil, such as leaked and wind-sprayed nitrates, plutonium, and other contaminants from out of the solar ponds (Plates 67-68) and onto the embankment (Plates 69-70), and soils contaminated with plutonium, beryllium, and other contaminants around the perimeter of building 774 (Plates 71-72) (Owen and Steward ca. 1975). Ten inches of fill dirt on the 903 Lip area (Plate 73), and two feet of fill dirt on the East Trenches and the Mound Area, and three feet on the Soil Dump (Owen and Steward ca. 1975) was not only inadequate protection against intrusion by burrowing animals, but it attracted them to these sites. Furthermore, I observed high levels of soil bioturbation on the sites where researchers claimed that plutonium had stabilized in the top 3 cm of soil due to weathering and plant cover. Based on my site visits, I am confident in concluding that the fate of most of the hazardous materials buried or deposited on the soils at RFP has since been out of the control of the Plant operators. Large quantities of these materials likely moved off-site, and the rest is likely distributed in RFP soils at locations and depths that are unknown to the Plant operators.

In the following sections of my report, I will explain the reasoning for some of the major conclusions I made after my three site visits. From the perspective of my focus on soil bioturbation, I will describe the uncertainties in the documented distribution of plutonium and other hazardous materials at RFP (Budnitz 1996, Cochran 1996, and Goble 1996 discuss uncertainties from their own perspectives). I will describe soil bioturbation and some of the species that contribute to soil bioturbation at Rocky Flats, and I will discuss the significance of soil bioturbation at Rocky Flats. I will also assess past research and environmental monitoring at RFP for their effectiveness in understanding and accounting for the impacts of soil bioturbation on fate of Plant-generated hazardous substances.

## Document Review

My assessment of exposure risk due to animal burrowing requires more than site visits. To assess the appropriate burrowing parameters, locations, and spatial and temporal extent of the risks, I also needed to review descriptions of the contaminant releases and the physical and biological characteristics of the Rocky Flats Plant and surrounding environments. These types of data enabled me to identify the appropriate types of bioturbation to be assessed, to identify the soil locations and profiles to be studied, and to make reasonable estimates and full use of the known variation in burrowing parameters.

### Risk of Resuspension due to Animal Burrowing

Putzier (1970), Owen and Steward (ca. 1975), DOE (1992a) and ChemRisk (1992) identified numerous release points of nonvolatile chemicals and radionuclide contaminants within the Security Area and on the Buffer Zones at Rocky Flats (also see Plates 74-77), but much of the concern has been

15

directed toward the leak of plutonium into the soil on the 903 Pad (900-112). Krey and Krajewski (1972) and Krey (1976) estimated this leak to have involved 10 or 11 curies. Budnitz (1996) and Goble (1996) have concluded that the releases could have been much larger. Early estimates of inventories that were based on initial soil measurements could be wrong, including the inventory thought to have been removed during remediation (Illsley 1979), because these early measurements of plutonium concentrations could have been lower than actual by a factor of 1000 (J.B. Owen letter to J. Seastone, July 25, 1968).

The plutonium on the 903 Drum Storage area attached to soil particles, some of which suspended in high winds and deposited to the east and southeast (Little 1976, Little and Whicker 1978). The 903 Lip area (900-155) is thought to contain much of this transported plutonium, mostly within the top 9 cm of the soil (Little 1976), and especially the top 3 cm (Whicker 1977, Ibrahim *et al.* 1996). Anthropogenic disturbances probably exposed contaminated dust particles to the strong winds at Rocky Flats. For example, off-road vehicle use (Whicker letter to G. Huffman, Feb. 15, 1974; Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, page 499) and herbicide treatment (Winsor 1977) on the 903 Pad and Lip areas, and soil sterilization in downwind creek drainages (Winsor 1980, p. 45), would have removed plant cover and loosened soil particles. Plutonium, americium, and other fission elements have suspended in winds and deposited on soil surfaces off the RFP site to the east, northeast, and southeast (Poet and Martell 1972, Litaor and Allen 1996). Also, chemicals at RFP were dumped on the ground surface (Al Voight letter, Sept. 20, 1971).

Two factors prevent complete reliance on previous soil measurements used for estimating how much plutonium was leaked into the soil east of the 903 Drum Storage area, and how much was resuspended and moved off-site in the wind. First, much of the sampling data were not comparable. The soil sampling conducted to characterize the depth profile included multiple depth intervals, each yielding unique results due to scale differences (Fig. 1). The 0.5-cm interval yielded an average concentration about 40 times greater than the 15-cm interval, because at that time the 15-cm interval contained more uncontaminated soil than the 0.5-cm interval. However, the 0.5-cm interval showed no trend with depth to the 2-2.5 cm horizon (ERDA 1976). The high concentrations found at this interval likely would have continued to some unknown greater depth had more 0.5-cm intervals been sampled. Only limited sampling was carried out during the early 1970s, and the depth profile and inventory presented then (e.g., Krey et al. 1976) will not be the same today due to natural soil processes (see Hakonson and Nyhan 1980).

The second factor influencing reliability of earlier profile descriptions was bioturbation and weathering that has occurred since the beginning of the 903 Drum Storage leak 37 years ago. Many generations of plants have pushed their roots and shoots through the soil, and many generations of burrowing animals have tunneled through the soil, excavated soil to the ground surface, and carried plant parts and litter to their underground dens and food-cache chambers. Clean soil in excavated mounds has covered contaminated soil, and contaminated soil has collapsed into old tunnels (Plate 12) and has blown off in the wind. Gophers keep soils completely mixed in the 35-60 cm depth horizon (Hansen and Morris 1968). In a controlled study in which cesium was deposited on the ground surface, gophers at Los Alamos National Laboratory moved cesium from the ground surface to depths below 30 cm (the depth of their sampling), and gophers accounted for most of the cesium moved (Gonzales *et al.* 1995). This same result would have been obtained had the study been conducted at Rocky Flats, unless the winds were to move the cesium before the burrowing animals had a chance to affect the distribution.

**Figure 1.** The depth of soil sample could explain most of the variation in measured plutonium concentration during the 1970s (data from ERDA 1976).



$$\log(dpm\ g^{-1}) = 4.01 - 1.14\,(\log\ depth\ from\ surface)$$
$$SE = \quad 0.177,\quad 0.204$$
$$R^2 = 0.72,\quad RMSE = 0.51,\quad P = 0.0001$$

The upward and downward transport of contaminants by burrowing animals should have mixed the contamination with soil to greater depths, thereby shifting an acute resuspension in winds to a more chronic resuspension. Contaminants attached to excavated soil particles can either cycle back below ground with continued bioturbation, or they can move laterally with resuspension in the winds (Litaor et al,. 1996) or with saltation due to rains (Black and Montgomery 1991). During the last 37 years east of the 903 Pad, and during the last 46 years elsewhere at RFP and surrounding areas, burrowing animals most likely pushed contaminated soils in nonrandom patterns (e.g., Hansen and Morris 1968, Cox 1990). These nonrandom accumulations of soils are the leading hypotheses for the formation of mima mounds (Cox 1990) and pimple mounds found all across Rocky Flats (Branson et al. 1965, Murray 1967). Harvester ants also accumulate particular soils by covering their mounds with equal-sized soil granules (Wheeler and Wheeler 1963).

Soil accumulations due to burrowing may well explain the high spatial variation in plutonium concentration in topsoil measured by Little and Whicker (1978) and Krey and Hardy (1970), and in americium peaks at one sampling location within the 6-12 cm depth horizon (Whicker et al. 1991). By 1968, plutonium concentrations of 60 µg/m² were found to depths of ≥ 21 cm in some parts of the 903 Drum Storage area (C.W. Piltingsrud letter to C.M. Love, July 25, 1968). By 1975, Krey et al. (1976) found peaks in plutonium concentrations to occur 2-6 cm below the ground surface, which they concluded was evidence of downward migration. Webb (1992) found further evidence for downward migration of plutonium, and Whicker et al. (1991) found a similar pattern for americium concentrations, which correlate with plutonium concentrations (Ibrahim et al. 1996). This spatial heterogeneity and downward migration of plutonium concentrations was consistent with the patterns of

soil movement typically caused by animal burrowing. Animal burrows are clustered, and in some cases, excavation serves to accumulate sediments of like-kind (see below for further explanation).

This soil bioturbation is one of the most influential forces in terrestrial ecosystems (Grinnell 1923, 1933; Taylor 1935; Thorp 1949; Mielke 1977, Hole 1981; Huntly and Inouye 1988; Litaor et al. 1996), and has made obsolete previous depth profiles that may have been made for plutonium and other contaminants in Rocky Flats soils. Webb (1992) and Whicker and Ibrahim (1991, 1992) inadvertently supported this point with their 1989 sampling for plutonium, which they then compared to Little's 1972-74 sampling results. Their comparisons showed major reductions in plutonium concentrations within above-ground vegetation, plant litter and the top 3 cm of soil east of the 903 Pad. According to Whicker et al. (1990), 92-98% of the plutonium disappeared from the above-ground plant mass and plant litter on Macroplots 1 and 2. According to Webb (1992), the top 3 cm of soil lost 80% and 99% of the plutonium between 1972-74 and 1989 on Macroplots 1 and 2, respectively. During this time, Zeis and Coonfield (1976) reported 63% per year increases in plutonium concentrations in soils one mile off-site, and 46% per year increases at two miles off-site. Whether the plutonium that was susceptible to wind entrainment occurred within the top 0.3 mm or top 1 mm of soil (Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 15, 1996, pages 19 and 89), the plutonium below this layer was moved from the macroplots. The only reasonable mechanism for moving the level of plutonium from the top 3 cm of soil was bioturbation combined with wind entrainment. Hakonson and Nyhan (1980) found a similar major reduction in plutonium from the upper soil horizon at the Trinity Site after 23 years, and some of this plutonium moved down to depths of at least 30 cm. Hakonson and Johnson (1973) and Essington et al. (1977) concluded that the original depth profile of plutonium at the Nevada Test Site and the Trinity Site had been obliterated by animal burrowing.

The hardness, stickiness, and plastic qualities of the RFP surface soils (Dames and Moore, App. B to 70-23000-OR-Vol 2c) impedes percolation (Woodward-Clevenger & Associates, Inc. 1974), thereby entraining the deposited materials at or near the soil surface (Little 1976). With the exception of wind transport, which will be discussed below, most of the nonvolatile chemicals and radionuclides at Rocky Flats would have remained within the top several cm of the soil, unless buried by animal burrowing or Plant operators, or unless leached with percolating water through the broken ground of ditches, underground piping and other structures. Surface soil also would have been loosened by dust-bathing small mammals, such as is done regularly by thirteen-lined ground squirrels (Criddle 1939). My assessment will be more focused on the impacts of burrowing animals on the upper 30-cm soil horizon on and around the 903 Pad and Lip areas, although I will also consider depths to 3.5 m (the deepest known northern pocket gopher burrow), and I will assess the influences of burrowing animals on contaminant-bearing soils across the entire Rocky Flats site. Other sites of concern include the mound area, soil-dump, embankment and downwind soils of the solar evaporation ponds, original landfill, and the spray fields (Matheson 1952; Putzier 1970; Owen and Steward ca. 1975; DOE 1992a; ChemRisk 1992; also see Vogel maps, Plates 74-77). My focus on the top 30 cm of soil necessitated one of my modifications to the BIOPORT model (McKenzie et al. 1986), which profiles depth of soil movement in increments of 0.5 m, instead of the smaller increments I need to consider.

The winds at RFP reportedly average 3.7 m s$^{-1}$ (8.2 mph), and reach gusts of up to 47 m s$^{-1}$ (105 mph) (24-yr average, Annual Rocky Flats Site Meteorology, Climatology, and Wind Rose Data, 1977). The average wind speed meets the Beaufort scale of 3, which is nearly strong enough to raise dust (Lincoln et al. 1982). The wind gusts achieve a Beaufort scale of 12, which is almost hurricane-force. Typically, 11-12% of the winds are > 7 m s$^{-1}$ (15 mph). Without any other considerations, the strong winds blowing across hard soils with contaminants concentrated at or near the surface likely

increased the risk of resuspension and inhalation by humans soon after release. The surface roughness of vegetation serves to protect the soils from the full force of the winds (Weber 1996). Vegetation covered about 70% of the ground surface of the 903 Pad and Lip areas until 1975, when herbicide was applied (ERDA 1976). The 30% of the surface that had been barren was likely cleared by animal burrowing and by plant removal by harvester ants, just as the 14% of the ground on macroplot 3 was barren due to gophers and wind erosion (Winsor 1980, p. 58). The friability of Rocky Flats soils makes them attractive to small-bodied burrowing animals such as ants, pocket gophers and ground squirrels (Woodward-Clevenger & Associates, Inc. 1974), as particles of friable soil are easy to break apart, or to unglue. Burrowing animals in these friable soils will move soil contaminants at or near the ground surface to the depths of their burrows. This downward transport was recognized years ago by Michels (1972), when he unsuccessfully attempted to import prairie dogs to help transport surface contaminants into the ground where he thought they would be stabilized (i.e., protected from the winds). However, continued animal burrowing would have transported buried contaminants back to the surface on loosened soil particles that are more readily resuspended by winds. A large percentage of the plutonium remaining in soils after 28 years occurred on particles $> 53$ $\mu$m diameter, probably because these particles had not yet weathered and fractured into smaller, suspendable particles (Hakonson and Nyhan 1980).

The high winds and low soil permeability of Rocky Flats were recognized early as threats to long-distance transport of released chemical contaminants (Matheson 1953), even without consideration of the impacts from burrowing animals. The idea of using solar evaporation ponds to dispose of liquid waste had been rejected on the grounds that the winds would carry spray and entrained contaminants for many miles (Matheson 1953). The USGS had rejected the use of unlined solar ponds because they expected vertical cracking in the soil and the formation of deep gullies (Matheson 1953). The idea of spraying diluted waste plutonium onto 1000 acres of grassland was at first rejected due to concerns the low soil permeability would limit the contaminant to the top 0.3 cm of soil, where winds would resuspend and transport them. Despite the early concerns and rejections of these ideas, the solar ponds were implemented soon after Plant production began (Owen and Steward ca. 1975), and Rockwell International began spray irrigating sanitary sewage effluent onto grasslands soon after their start of Plant operations (Setlock 1987). The banks of the solar ponds are now riddled with animal burrows, the mounds of which undoubtedly continue to expose radionuclides and other nonvolatile chemical contaminants previously deposited from spray blown off the ponds (Owen and Steward ca. 1975), so long as no site remediation has occurred. The spray fields are on prominent plateaus where the winds could have had maximum impact. The vegetation on these spray fields is patchy due to clearings made by harvester ants – clearings that exposed bare soil to the Rocky Flats winds. The harvester ant mounds themselves frequently blow away in the wind, but the colonies construct new mounds within only two weeks (Cole 1932b).

RFP operators attempted to protect some soils from the winds with asphalt pavement where plutonium concentrations were of concern to the RFP operators. One such site was the 903 Pad on the Drum Storage Area, and other areas were paved around the 771, 774, 776, and 777 buildings (Owen and Steward ca. 1975). These paved areas were probably also protected from burrowing animals as well, once they were paved. But the pavement would have served as convenient roofing for animal burrows around the perimeter edges of the pavement. Other contaminated areas were covered by ˜8 cm of soil (Owen and Steward ca. 1975), but this practice would also have attracted burrowing animals (Miller 1964).

Some of the wastes at RFP were initially protected from the winds by burial within trenches and landfill (Putzier 1970; Fig. 5.4 in DOE 1992a; Vogel maps, Plate 75; Owen and Steward ca. 1975). Plutonium, uranium, and beryllium were buried in sludge and drums, some of which were flattened (Rockwell International 1989). However, the backfill on trenches and landfill attracts burrowing animals (Connolly and Landstrom 1969, Uresk and Cline 1978, Fitzner *et al.* 1979, Hakonson 1986, Arthur *et al.* 1987, DOE 1992a, Gonzales *et al.* 1995, Smallwood 1996a,b), and at least some of these animals burrow even deeper and excavate greater volumes on backfilled soil (Landeen and Mitchell 1982, Arthur and Markham 1983, Reynolds and Laundre 1988). Furthermore, trench walls can be burrowed into by animals before the trenches are filled, thereby leaving cavities in the soil that can facilitate future burrowing to greater-than-usual depths (Bykov and Sapanov 1989, Davis and Kalisz 1992, Smallwood 1996b, Plates 21-22). Plate 21 depicts a trench wall at 218-W-4C riddled with badger excavations of bank swallow nests that had been established while the trench was receiving wastes. Plate 22 depicts vegetation covering Hanford soils piled next to trenches and intended for backfill, indicating sufficient lengths of time elapsed between trench excavation and eventual backfill for burrowing animals to establish many tunnels and holes in the trench walls. These photos are significant because RFP was consulting with Hanford engineers while planning its own trenches (Matheson 1953). Buried wastes at RFP were also susceptible to transport by burrowing animals to the ground surface, where they would be exposed to high winds. Harvester ants at Hanford transported plutonium to the ground surface from a broken pipeline 3.69 m below grade (Johnson 1984), and they continue to excavate plutonium to the surface to this day (personal communication, August 23, 1996, from Steve McKinney, who is responsible for environmental surveillance at Hanford). Backfill over buried waste at RFP was usually 0.62 m or less (Putzier 1970; Owen and Steward ca. 1975), easily within the range of harvester ants and other burrowing animals. According to Anne Siemen (pers. comm., August 20, 1996), no surveillance monitoring of the East Trenches has been conducted.

The mounds of burrowing animals add risk to resuspension of contaminants deposited on the ground. Mound soils from animal burrows consist of loosened particles that are elevated above grade. The prominence of these mounds, and their fine texture and loose arrangement of particles make mound soils highly susceptible to suspension in winds (Branson *et al.* 1965, Murray 1967, Litaor *et al.* 1996). Just north of RFP, gopher mounds average only 0.89 g cm$^{-3}$ soil bulk density in the upper 10 cm (~36% less than surrounding soil) and can decrease in volume by 57% in 3 months due to wind erosion (Liator *et al.* 1996). According to Litaor *et al.* (1996), 72% of the soil particles in gopher mounds nearby Rocky Flats were smaller than 2 mm diameter, 17% were smaller than 0.0625 mm, and 11% were smaller than 0.0039 mm. Such small particle sizes were likely to carry high concentrations of plutonium and americium (Little 1976, Little *et al.* 1980, Litaor and Allen 1996). Saltation will occur with many of the larger mound particles (Anderson and MacMahon 1985, Black and Montgomery 1991), and some percentage between 11% and 17% will be susceptible to wind entrainment for many miles (Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 15, 1996, page 9). Soils in these mounds also passively contact adjacent and partially buried plants, onto which mound particles can be deposited. Soil particles in gopher mounds can also be consumed inadvertently by herbivores such as mule deer (Alldredge *et al.* 1977, p. 2), thereby entering the foodchain.

Burrowing animals are integral components of soils (Grinnell 1923, 1933; Taylor 1935; Hole 1981), but their burrowing habits threaten the stability of contaminants deposited on, or buried under, soils. Pocket gophers have been recognized as the animal species posing the greatest risk per animal to radionuclide transport away from contaminated sites (Winsor 1977, Hakonson 1986, Mckenzie *et al.*

1986, Smallwood 1996a,b), although the collection of other burrowing animal species undoubtedly constitute the majority of the risk. There is no question as to whether gophers inhabited the Rocky Flats site throughout plant operations. Their high abundance was noted by Murray (1967) across the Rocky Flats landscape, and by Little (1976), Winsor (1980), and Winsor and Whicker (1980) on 4 study plots within close proximity of the 903 Pad. I found gophers to be rare on the RFP property during my visits, but their current rarity is apparently the result of a recent population decline, and does not bear on past population levels. The fine soil sediments excavated by gophers are soon dispersed by the high winds typical of Rocky Flats (Murray 1967). Winsor (1977) described gopher mound weathering as a flattening and spreading over a greater area due to erosive forces. Murray (1967) described gopher soil mounds as being sculpted by the Rocky Flats winds, prior to dispersal of all the fine sediments in the mounds.

Pocket gophers were reported to move visibly greater quantities of soil than other burrowing animals at Rocky Flats, and these soils were described to be loose and exposed to wind erosion (Winsor 1977, p. 3). However, the soils of concern at Rocky Flats were originally those within the top 3 or 30 cm from the surface (depending on which sampling effort is considered), because these surface soils were where the greatest inventory of plutonium and other nonvolatile chemical contaminants occurred. The low permeability of the Rocky Flats soils (Matheson 1953; Dames and Moore, App. B to 70-23000-OR-Vol 2c) was thought to maintain these chemicals near the soil surface, so long as the soils remain undisturbed and covered by dense stands of vegetation (Whicker letter to G. Huffman, Feb. 15, 1974; Whicker and Fraley 1977, p. 2; Whicker 1979, p. 28).

Undisturbed soils were defined as those not turned over by gopher burrowing (Winsor 1980, p. 55). According to Whicker (1996), undisturbed soils have not been plowed or changed by mechanical disruption, eroded by wind or water, nor covered by uncontaminated soil or other material. Also according to Whicker (1996), the presence of mature natural vegetation and a cryptogamic crust on the soil surface indicates lack of disturbance. Following this logic, undisturbed soils cannot exist at Rocky Flats, because multiple animal species burrow everywhere there is unpaved ground, especially within the top 20 or 30 cm. Even plants disturb soils when they push roots and shoots through the soils. *Bromus tectorum* is a weedy annual that occurs in communities disturbed by gopher burrowing, and it occurs all over the Rocky Flats Plant site (Winsor 1980, p. 55 & 58). In fact, the coincidence of animal burrows and lush vegetation is well documented (Rogers and Lavigne 1974, Davis and Kalisz 1992, Smallwood and Geng 1996), even by Whicker and his students (Antonio *et al.* 1992). Burrowing facilitates plant growth, and plant growth is targeted by burrowing animals for food and cover. The occurrence of dense stands of mature vegetation is contrary to the idea the soil is undisturbed.

*Radioecological Research at Rocky Flats*

I had enough information to reach reasonable conclusions about the impact of soil bioturbation on vulnerability of contaminants to wind entrainment. A rigorous analysis of this information on soil bioturbation will be presented in the section below under the subtitle, Estimates of Burrowing Impacts at Rocky Flats. The results of my analysis should be adjusted to local conditions by considering the combination of my reconnaissance-level observations on-site and information generated from on-site research and monitoring. Patterns in the published literature should be tested for their consistency on-site, such as animal abundance, burrowing behaviors, and impacts on soils and soil constituents (e.g., radionuclides). My criteria for reliability of on-site research information included relevance of

hypotheses, appropriateness of assumptions and methodologies, consistency in data reporting, and level of objectivity.

Until 1992, F.W. Whicker administered the principal investigations into the risk of both biological and physical transport of plutonium from the contaminated area on and downwind from the 903 Pad. His research program was influential on the Rocky Flats Plant operators (Setlock and Blaha 1986). Little other research on transport pathways was conducted at Rocky Flats. Perhaps his early conclusion that the plutonium is "weathered in" and therefore stabilized in the soil (Whicker letter to I.L. Brisbin, May 22, 1974; Whicker 1978, Little and Whicker 1978, Ibrahim *et al.* 1996) stifled any further investigation of biological and physical transport. However, Whicker's conclusion was contradicted by the research findings of his past PhD student (Hakonson and Johnson 1973, Hakonson and Nyhan 1980), who reported on dramatic changes in the plutonium depth distributions at the Trinity Site during a period of 23 years. Whatever the reason for the limited scope of environmental research at RFP, I found the research results difficult to use in my report due to inappropriately defined research hypotheses, inadequate sampling design and sample sizes, and serious analytical mistakes indicating problems with quality assurance. I also could not confirm the existence of data that were cited for some conclusions.

For example, according to Whicker (1977, p. 8; 1978, p. 4; 1979, p. 28), observations indicate the plutonium in soil mounds excavated by gophers remain within a few meters of the original mound. According to Little *et al.* (1980), none of the plutonium in these gopher soil mounds has moved off-site (presumably the study plot or the Rocky Flats Plant). Following the same pattern, Whicker (1979, p. 28) claimed that data indicate total biological export of plutonium amounts to ⁻0.001% per decade. None of these conclusions was made with any reference to data, although the use of the words "observations" and "data" might lead the reader to believe data were collected. Whicker (1977, p. 8) acknowledged that the fate of plutonium in gopher mounds had not been studied, although he described these mounds as "exposed," thereby acknowledging the likelihood of resuspension due to bioturbation. I had difficulty using some of the research results at RFP because I could not tell from the reporting whether conclusions were based on data or unsupported opinions.

Whicker has taken a strong position regarding the stability of plutonium in the soil east of the 903 Pad. However, he was unable to recognize a gopher mound shown to him in photos (deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, pages 484-485). He claimed to require poking his finger into the mound so as to locate the tunnel and verify it was constructed by a gopher. Not only would this verification method be ineffective, but wildlife ecologists rarely need to do more than look at the sign on the ground to conclude whether a gopher was responsible for it. Whicker's inability to recognize a gopher mound might be explained by his absence from the CSU Macroplot 1 during the gopher study (Winsor and Whicker 1980) and during other studies conducted there as well (Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, pages 273, 467-468). Whicker could not have provided effective quality assurance to the field sampling conducted by his students and technicians, because he was not there.

Whicker (1973), or perhaps one of his students, collected 3 gophers from his Macroplot 1, and found them to contain "relatively high" levels of plutonium in the stomachs and gastro-intestinal tracts. These results suggested gophers were inadvertently ingesting contaminated soils while foraging on plant roots. Whicker later pooled the data on gopher plutonium concentrations with the data collected for other small mammal species. This pooled sample was then considered "representative" of the entire small mammal biota (Little *et al.* 1980, p. 350). However, by this time evidence had been published

for differential radionuclide concentrations in body tissues among species due to differences in animal behaviors such as foraging strategies and time spent below-ground (Bradley *et al.* 1977, Miera and Markham 1978). Arthur *et al.* (1986) later showed very similar patterns for small mammals. One of Whicker's later graduate students also pooled small mammal tissue samples for comparative analysis of plutonium contamination between sites and through time, although more species were represented in the pool (Antonio *et al.* 1992). Pooling the data on small mammal body burdens was inappropriate, given the knowledge of differential exposure risk, and it effectively hid the provocative dose levels earlier found in gophers. The pooling of ecological data substantially reduces the information to be analyzed (Smallwood 1993), and, if performed without great care to scale and to unique attributes among biological species, then it can lead to erroneous conclusions (Smallwood 1995; Blackburn and Gaston 1996; Smallwood and Schonewald 1996; Smallwood *et al.* 1996; Smallwood, in preparation).

Whicker (1977, p. 10; 1978, p. 4) reported no demonstrable ecological impact due to the plutonium contamination near the 903 Pad. The Whicker team had already documented the gradient of decreasing plutonium concentrations in the soils downwind of the 903 Pad during their study (Little 1976), so one would expect any ecological impact to grade in the same direction. Romney *et al.* (1970), Bradley *et al.* (1977), Smith and Bernhardt (1977), Miera and Markham (1978), Hakonson and Nyhan (1980), and Arthur *et al.* (1986) found mammal dose rates to correlate with radionuclide concentrations in the soils. Little (1976) and Antonio (1992), who were both Whicker's students, failed to find this correlation east and southeast of the 903 Pad. In fact, Little found plutonium concentrations to be twice as high in small mammal tissues 1.4 km away compared to those collected 0.2 km from the Pad. The highest plutonium concentration happened to be found in lung tissue on the plot 1.4 km away, suggesting inhalation of plutonium that had been entrained in winds from the 903 Pad area (Little did not consider this explanation in his doctoral thesis). Another of Whicker's students, S.L. Mecker, found no relationship between plutonium concentrations on plants and those in underlying soils, contrary to the findings of Hakonson and Nyhan (1980). Whicker (1978, p. 3) proposed that some unquantified physical process must be responsible for plant burdens. Later, Whicker (1979, p. 25) reported that the levels of plutonium in litter, vegetation, and arthropods *were* significantly correlated to plutonium concentrations in soil, based on data collected from samples.

Adding to these confusing results, Whicker and one of his students inadvertently revealed a sampling error that undermines many of Whicker's findings regarding animal dose rates. Little *et al.* (1980) reported a linear relationship between log-transformed plutonium concentrations on soil particles and log soil particle size. This pattern closely resembled the scaling relationship I described for animal density and the spatial scale at which density was estimated (Smallwood 1995; Smallwood 1996a,b; Smallwood and Schonewald 1996). Little (1976, p. 95) presented a graph of dpm $g^{-1}$ plutonium in rodent tissues plotted against the mass of the tissue sample. Visual examination of the graph suggests this relationship would be linear if the variables on both axes were log-transformed. The size of the tissue sample will explain most of the variation in dpm $g^{-1}$, and because Little made no adjustments in dpm $g^{-1}$ based on the sizes of tissue samples, his comparison of animal dose rates remains uninterpretable. Data from 1989 sampling of rodent tissues were available in Antonio *et al.* (1992). Using these data (Fig. 2), I found that plutonium concentration in lung and liver tissue did indeed decline with increasing size of tissue sample. According to the regression models, which were fairly precise, an increase in the sample dry mass from 0.1 to 1 g would yield a 45-fold decrease of Bq $g^{-1}$ plutonium in rodent lung tissue, and it would yield a 104-fold decrease in liver tissue. The data analyzed spanned these ranges. The regression slopes were not significant for hide, muscle, and bone, perhaps because multiple other factors were not considered analytically, such as animal species, detector efficiency, and count time (another possible scale effect). Apparently, it was standard practice

for the Whicker *et al.* team to compare dose rates without adjusting for differences in sample mass. Without accounting for the effects of sample mass, none of their dose rate comparisons is meaningful for animals, above-ground plant tissue, plant roots, and plant litter.

The ecosystem at Rocky Flats was defined and measured in a manner that defied ecological theory and method, until 1992 when Kaiser-Hill began an ecosystem study. Little (1976) included only deer mice and pocket gophers in his estimation of the biomass and plutonium concentration within his ecosystem compartment, which he then termed "representative" of the small mammal community (Little 1977, Little *et al.* 1980). None of the many other endemic species (see Table 3 under Catalogue of Species) was included in his estimates of small mammal biomass, nor plutonium burdens in tissues (Little *et al.* 1980 listed the thirteen-lined ground squirrel as one of the sampled species but reported no data for it). Antonio *et al.* (1992) compared the small mammal plutonium burdens to those estimated by Little (1976), but Antonio sampled from a different collection of species than did Little. Also, Antonio's collection of sampled species was still incomplete, even lacking pocket gophers (perhaps because they were then rare or absent). The comparison of ecologically disparate samples (i.e., different collections of species) and the trends shown in Fig. 2 could by itself explain Antonio *et al.*'s (1992) failure to reject the statistical null hypothesis of no difference between plutonium burdens in small mammal tissues through time. Improper application of ecological theory and method also undermined the conclusions reached by Whicker *et al.* (1992) regarding temporal trends and site differences in plutonium inventories among ecosystem compartments.

Furthermore, Whicker *et al.*'s research was consistently focused on the question as to whether physical or biological processes were more likely to transport plutonium off-site (Whicker 1978, p. 2). Little (1976) concluded physical processes were more important because the soils were estimated to contain 99.7% of the plutonium inventory in the ecosystem. But dpm per gram in ecosystem compartments fails to account for the *interaction* between biological and physical constituents that are definitive of ecosystems (Tansley 1935, Lindeman 1942, Odum 1953, O'Neill *et al.* 1986, Ricklefs 1990) and soils (Thorp 1949, Hole 1981, Huntly and Inouye 1988). The inert and living constituents of soils continually interact to change each other. Inert elements are incorporated into the bodies of living organisms and upon organism death, many of the entrained inert elements are released from the body, often in new states that promote plant growth. Soils without living elements are actually dirt. The ecosystem concept is very similar to my characterization of soil, but usually involves more environmental media such as water and air. Dpm per gram in ecosystem compartments can only suggest possible risk to ecological health and possible pathways, once sufficient sampling has been conducted spatially and temporally. Study of the interaction between physical and biological constituents would certainly be more informative for plutonium transport in the environment, and it would be more appropriate as an ecological approach – it is the one I am using. It was also the approach undertaken by Hakonson (Hakonson 1986, Hakonson *et al.* 1982, Gonzales *et al.* 1995) following his sampling at the Trinity Site (Hakonson and Johnson 1973, Hakonson and Nyhan 1980).

Figure 2. The dry mass of the tissue samples could explain half the variation in plutonium activity detected in the lungs and livers of small mammals collected at Rocky Flats' Macroplots 1 and 2 during 1989 (data from Antonio *et al.* 1992).



○ Liver tissue

$\log(Bq\ g^{-1}) = -3.54 - 2.03*\log(Dry\ Sample\ Mass)$
$SE = \quad\quad 0.215,\ 0.514$
$R^2 = 0.53, \quad RMSE = 0.60, \quad P = 0.0015$

● Lung tissue

$\log(Bq\ g^{-1}) = -4.37 - 1.65*\log(Dry\ Sample\ Mass)$
$SE = \quad\quad 0.511,\ 0.518$
$R^2 = 0.50, \quad RMSE = 0.41, \quad P < 0.01$

In another example, Winsor and Whicker (1980) measured depth of origin of gopher mound soil, but restricted their excavations of gopher burrows to within 1 m of each soil mound. They therefore found soil in mounds to originate from within 1 m away and at depths to 10-15 cm below grade (which is what I would expect from restricting excavation to 1 m radius). No other pocket gopher researcher restricted their excavations in such a manner. Gopher home ranges occur across much larger areas (Criddle 1930, Howard and Childs 1959, Reichman *et al.* 1982, Gettinger 1984, Bandoli 1987), and the soil mounds are positioned to the outside edges of the burrow (Smith 1948), thereby requiring soils to be moved through tunnels for distances up to 12 m (Thorne and Anderson 1990). Winsor and Whicker also claimed there was no evidence their burrow excavations affected the activities of the gophers, but this claim is contradicted by some of the most basic knowledge of gopher behavior. The 24-hr open-hole test is a standard method of gopher sampling that involves opening the burrow so as to elicit the typical behavioral response from the gopher to plug the opening (Howard 1952, Smallwood and Erickson 1996). The assumptions of Winsor and Whicker (1980) are contradicted by the published literature.

Some of Whicker *et al.*'s research findings were erroneously reported, making it difficult for me to use information provided by the ecological research conducted at Rocky Flats. For example,

Little's (1976) small mammal biomass estimates translated to densities that were incredibly higher than any ever reported for pocket gophers and deer mice. He reported dry mass in g m$^{-2}$ for study areas of 0.75 and 0.19 ha. Dry mass can be 1/3 to 1/10 that of wet mass, but ¼ is the typical conversion (Peters 1983) and the one I used on Little's data. Translating the dry mass into wet mass, and dividing by the mean body mass (assuming equal sex ratios), the densities of gophers were 2,624 ha$^{-1}$ on macroplot 1 and 3,157 ha$^{-1}$ on macroplot 2. The densities of deer mice were 55,720 ha$^{-1}$ on macroplot 1 and 32,780 ha$^{-1}$ on macroplot 2. These densities, scaled to spatial scales of observation (Figs. 2-3) were 87-105 times the mean values for gophers and 1,568-2,666 times the mean values for deer mice. They were mistakes.

In addition to struggling with whether conclusions were supported by data and proper analysis, I also had difficulty using Whicker's major conclusions, because they were inconsistent. Until the early 1990s, Whicker and his students maintained that the spatial locations and depth distributions of plutonium were static. Based on research conducted by Webb (1992) for his Masters Thesis, Whicker temporarily changed his early conclusion that plutonium east of the 903 Pad had stabilized in the soil. Webb found that nearly all the plutonium had disappeared from the top 3 cm of soil between 1973 and 1989. Whicker *et al.* (1991) followed up with their own sampling, and found that americium concentrations, which correlate positively with plutonium concentrations (Ibrahim *et al.* 1996), had migrated down with peak concentrations at 6-12 cm depths at one sample location. They attributed this downward migration of americium to gravity or percolation. They attributed the missing plutonium in the top 3 cm to unexplained movement or sampling error. Whicker and Ibrahim (1992, p. 11) also reported that plutonium concentrations in plant litter declined 9-14 times since the study reported in Little (1976). Proposing to conduct further research on his study areas east of the 903 Pad, Whicker and Ibrahim (1992, p. 4) again acknowledged that sampling in 1989 revealed missing plutonium from their macroplot 1. However, Whicker (Ibrahim *et al.* 1996) returned to the previous claim that the plutonium inventory and depth profile remained stable and unchanged during the last 25 years. Whicker's conclusions regarding the depth profile and stability of plutonium in the soil vacillated through the 1990s. Whicker (deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, pages 233-238) later claimed he never believed Webb's (1992) results of reduced plutonium in the 0-3 cm soil horizon. This disbelief was not evident in his 1992 funding proposal with Ibrahim, and it contradicts his own data.

*Environmental Surveillance and Monitoring at Rocky Flats*

It is obvious that the uncertainty of risk analysis can be reduced substantially by properly designed and conducted surveillance and monitoring of hazardous compounds released to the environment. To be effective, surveillance and monitoring programs need to be developed from knowledge of the release history, including quantities released, dates of releases, locations, and condition of exposure to the environment. They also require knowledge of the potential pathways for movement of released hazardous materials to places where people can be exposed. Characterization of the pathways depend on research programs, such as those administered by Whicker at RFP. Once characterized with high confidence, the media of these pathways (e.g., particular animal species, wind, water, plant tissues) should be monitored for the hazardous materials that could possibly have escaped initial containment or location within the environment. At Rocky Flats, the Plant operators had ample reason to study and monitor the pathways of hazardous materials released to the environment.

The RFP site and much of the buffer zone was contaminated with radionuclides and toxic chemicals (Owen and Steward ca. 1975, DOE 1992a, Budnitz 1996). Some of this contamination was

contributed by leaks in the lining of the solar evaporation ponds (K.J. Frieberg letter to F.A. Putzier, July 9, 1970) and spray blown off the pond surfaces, which contaminated soils all the way to the north side of North Walnut Creek (Owen and Steward ca. 1975). The sparsely vegetated embankments of the solar ponds (Environmental Surveillance Report) would have reduced the roughness of the land surface, thereby increasing the aerosol flux (upward movement of particulates due to turbulent wind force) (Weber 1992). Pondcrete and saltcrete from the solar ponds (Plates 33, 35, 36, 67) was placed on asphalt pads at other locations (e.g., 904 Pad, 750 Pad), where containers leaked and drained off the asphalt (Hawes, May 28,1988; Setlock, July 26, 1988). Other sources were from buildings that processed plutonium and hazardous chemicals, which spilled onto floors and tracked out the building by staff (Owen deposition, May 24, 1996, pages 357-360), entered the airstreams through filter leaks and routine stack releases (M.R. Boss letter to D.D. Hornbacher, July 20, 1977), and released to the atmosphere during major fires (Barrick 1981). The soils under and around most if not all of the buildings were infiltrated by hazardous chemicals, beryllium, and radionuclides (Owen and Steward ca. 1975). Fifty-five gallon drums containing liquid wastes were stored at various sites, and drums frequently blew over or had their lids blown off by the high winds (Owen and Steward ca. 1975; Piltingsrud deposition re: Merilyn, Cook *et al.*, plaintiffs, vs. Rockwell International Corporation, *et al.*, defendants, March 2, 1995). The Triangle Area and the 903 Drum Storage Area were contaminated in this way. Scrap metal was stored at various sites, all of which was contaminated.

Contaminated soils and storage materials were buried in trenches and in the original and current landfills (Putzier 1970). Effluent from buildings and the solar ponds was channeled to the holding ponds along North and South Walnut Creeks and Woman Creek, and effluent was spray irrigated by Rockwell International onto various grassland areas on the RFP property at the rate of 70-80 million gallons per year (Setlock 1987). This sprayed effluent sheeted right off the irrigated grounds into other streams, thereby spreading contaminated materials around the RFP property and eventually off-site (Williams letter to Bader 1987; Setlock 1987; Healy *et al.* letter to Sanchini 1989). Even though computer modeling indicated that no site at RFP was suitable for receiving effluent in spray irrigation (S.S. Papadopulos & Associates, Inc. 1987), and this information was communicated to responsible Rockwell officials, including G. Williams, G. Setlock, and C. Bader (Williams deposition, May 31, 1995, pages 60-63), the practice was continued by Rockwell International (G.W. Williams letter to C.P. Bader, Dec. 7, 1987). Planned burial of solid waste in the Walnut Creek drainage also was designed to spread the material out across large areas (T.S. Chapman letter to F.H. Langell, Feb. 4, 1953), and a drainage ditch was constructed to direct runoff from the 903 Pad area to Pond 9 in Woman Creek (Putzier 1970, Piltingsrud deposition re: Merilyn, Cook *et al.*, plaintiffs, vs. Rockwell International Corporation, *et al.*, defendants, March 2, 1995, page 384).

Intentional and accidental spreading of radionuclides and hazardous chemicals on site also involved undocumented quantities, which should have been monitored for movement and environmental effects. Putzier (1970) reported that records of on-site materials disposal were "obviously missing." Excavation of the Building 460 storm drain revealed undocumented buried radioactive waste, which contaminated the workers' hands (C.T. Illsley letter to G.H. Setlock, Oct. 17, 1986). Also, the staff of Building 444 silenced the acid waste tank level alarm and failed to notify their Plant Shift Superintendent of a serious chromic acid spill in 1989 (Healy *et al.* memo to D.J. Sanchini, April 28, 1989), thereby indicating the possibility that many spills and accidents have gone unreported. The spilled chromic acid was spray irrigated onto the spray fields, even though the fields were frozen and it was already established that the spray could not infiltrate the soils on these fields (S.S. Papadopulos & Associates, Inc. 1987). Furthermore, unwanted chemicals were dumped on RFP soils or put down the sewer drain (Al Voight memo, Sept. 20, 1971), and the Rockwell medical department

staff routinely disposed of chemicals down toilets into the sanitary sewage (E.S. Goldberg letter to D.J. Sanchini, June 1, 1989). Radioactive materials were repeatedly discovered in the landfill on discarded clothing and in improperly labeled cans, bottles, and bags (R.M. Vogel letters to E.A. Putzier, Dec. 5, 1973; Dec. 17, 1973; Jan. 11, 1974; Jan. 28, 1974).

Groundwater in every sampled well at Rocky Flats was contaminated with volatile organic compounds, which primarily included 1,1Dichloroethylene, Tetrachloroethylene, Trichloroethylene, and 1,1,1 Trichloroethane (Setlock 1985) and high concentrations of nitrates and some radionuclides (Rockwell International 1987). Nearly every sampling period during 1985, which occurred at irregular intervals, yielded gross Beta or Alpha levels of radioactivity at one or more sites that exceeded control guide limits (Surface Water Sampling Results, MF-RF-GL-39). Much of this undocumented and documented contamination occurred because the waste disposal facilities at Rocky Flats were "inadequate" (F.E. Butler letter to J.G. Epp, Aug. 13, 1962; Budnitz 1996; North and Budnitz 1996). Based on the intentional effort to spread contaminants across the RFP, and based on the distribution of contaminants discovered in groundwater and soils, I conclude that much of the RFP property has been contaminated to various degrees by many chemicals and radionuclides.

Reports of frequent equipment failures and design problems increased risk of release to the environment and increased the inability to detect or monitor the impacts. The majority of monitoring equipment was nonfunctional in Building 444 (Healy *et al.* letter to D.J. Sanchini), an ambient air sampler was discovered to not be running on the 904 Pad after a pondcrete spill (Lawton letter to Setlock, July 26, 1988), and stormwater drainpipes were found disconnected and non-functional in the plutonium-processing 700 Complex (G. Williams deposition, May 31, 1995, pages 41-43). The 701 Building sanitary sewer backflow and the 995 Building outfall were contaminated with radionuclides, but the cause was not found. Sabotage or vandalism was considered as possible causes for the contamination of these systems (Werkema 1972). Carbon tetrachloride contaminated with plutonium was stored near Building 776 in a tank that could not be surveilled (Dow letter to W.H. Hauschildt, Jan. 18, 1973). Scientech's discovery of dangerous quantities of plutonium in the air ducts of process buildings further indicated lack of control of waste materials. According to Matheson (1953), Butler (Aug. 17, 1962 letter to A.N. Sampson) and Hammond (1971), the RFP was not equipped to dispose of wastes generated by Plant operations, so drums of radioactive waste were stored at locations across the Plant site against the recommendations of the Health Physics department staff (Vogel deposition, Nov. 15, 1995, pages 88, 105, 112).

A rigorous environmental surveillance and monitoring program was warranted by all these releases and the intentional spreading of contaminants across the Rocky Flats Plant site and beyond. Sampling of plants, animals, and soil was abandoned early in the Plant history, because these sampling efforts were considered too expensive, too time-consuming, and unnecessary (J.B. Owen letter to J. Seastone, July 25, 1968; Owen deposition, May 24, 1996, page 376). Such sampling was later briefly conducted in response to public concerns following the 1969 fire in building 776 (Hammond 1971). As far as I can tell, no standard observations along survey transects or at sampling sites existed at Rocky Flats, other than some test wells and 12 ambient air samplers, which did not appear to be located east of the East Trenches (Hammond 1971). Owen's redefinition of "contamination" (Owen and Steward ca. 1975; Owen 1996, p. 448) made it clear that he regarded any chemical or radionuclide released to the on-site or off-site environments as inconsequential, so long as the concentration did not reportedly exceed regulatory guidelines. His attitude towards contamination is significant, because he worked in the Health Physics Group of Dow's Environmental Control, which was responsible for outdoor

environmental surveillance. Relying on legal guideline values for significance would not have allowed the surveillance program to monitor accumulations of contaminants.

SAIC (1986) performed an audit of Quality Assurance and Quality Control programs in the departments responsible for internal and external dosimetry, environmental monitoring and industrial hygiene. None of the programs audited had requirements for systematic, independent review of data management and analysis, nor did responsible staff have qualifications other than on-the-job training. No training or written plans accompanied the implementation of new systems, and there was no system for document control, identifying and tracking nonconformance and corrective actions. Ambient air samples were consistently assigned collection dates where sampling dates belonged on the record sheets, and along with several other problems, only one of three effluent air sampling probes was functioning at the one station visited by the audit team. Water sampling procedures had multiple flaws, including no updated guidelines, poor equipment handling, and improper data collection methods. SAIC found other problems as well, and concluded the effluent air monitoring program was possibly out of control. Budnitz (1996) arrived at similar conclusions based on an independent analysis of the environmental monitoring program. Johnson *et al.* (1974) described the pond sediment sampling procedures of Dow Rocky Flats technicians as "careless."

The impact of bioturbation on the distribution of hazardous materials could not have been discovered with the environmental surveillance and monitoring program I have seen described for Rocky Flats. RCT's are not now permitted to survey coyote scats for radioactivity, which would have been one of the most efficient monitoring methods available for burrowing animals (see section under Third Trip to Rocky Flats). Coyote scats and badger scats can easily be found in piles next to mounds on prairie dog towns (e.g., Plate 53). Buried waste sites have not been under surveillance for burrowing animal activity, according to Anne Siemen. At Trench T-9, I found so much degradation of the trench cap due to animal burrowing that I have to conclude the trench was not checked seriously for its structural integrity until November 12, 1996 (my visit). Plutonium and other hazardous materials could easily have escaped detection after being entrained in winds subsequent to excavation to the ground surface by burrowing animals. As late as 1989, the ambient air monitoring stations were not located to measure maximum airborne plutonium concentrations caused by resuspension from surface soils, nor were they sufficiently numerous (David P. Simonson letter to D.J. Sanchini, Oct. 2, 1989). Furthermore, these air monitoring stations were all positioned at one height, which was never determined to be the height of maximum airborne concentrations (Ibid).

*Summary of Document Review*

Radionuclides and nonvolatile toxic chemicals were released onto the soil at numerous locations across the Rocky Flats Plant site (Putzier 1970, Owen and Steward ca. 1975, DOE 1992a). The species of burrowing animals occurring at Rocky Flats excavate and mix the soils, and they directly and indirectly break apart soil particles to smaller sizes. This soil bioturbation occurs mostly in the contaminant-bearing depth horizon near the surface. These species will likely expose the contaminants to the strong winds characteristic of Rocky Flats by moving them into soil mounds and by clearing vegetation. Critical burrowing parameters will include for each species their spatial density, the percent of the ground covered by excavated soils and cleared of vegetation, depth profiles of representative burrows, maximum burrow depth, characteristics of mound soils, and soil mound erosion rates. I collected this information from many non-RFP sources, because I found no evidence of a credible environmental surveillance and monitoring program aimed at soil bioturbation at Rocky Flats, and the research program failed to provide credible results.

F. W. Whicker, his students, and his colleagues reported research results that were not credible for a variety of reasons, including gross errors, inadequate sampling, and inappropriate measurement. Their between-sites and between-studies comparisons of plutonium concentrations in all ecosystem compartments except soils were meaningless due to poor sampling and analytical methods.  Not only did this team of researchers apply inadequate knowledge of ecological theory and method, which resulted in creating a false dichotomy between physical and biological processes in ecosystems and soils, but I could not confirm the existence of data cited as the bases for some of their conclusions, and other data were inappropriately pooled for analysis.  Furthermore, Whicker's conclusion that the plutonium has stabilized in the top 3 cm of soil defies both the data of his students and the evidence of high levels of soil disturbance on Macroplots 1 and 2.

Lacking useful information from on-site research, I conducted an extensive literature review of burrowing animals, their burrowing habits, and their impacts on soils.  My collection of literature on soil bioturbation and my collection of information gleaned from these sources are the most comprehensive I have ever seen.  From the data I collected, I was able to conduct a thorough, systematic study of soil bioturbation, taking into account scale effects and the differences in estimates of parameter values due to species, methods, locations, and site conditions.  I was able to use almost all the scientific information available on relevant critical burrowing parameters of species that occur at or near to Rocky Flats.  However, I did not review the literature on most invertebrate and microbial species that also burrow in the soils of Rocky Flats, such as nematodes and protozoa.

## Estimates of Burrowing Impacts at Rocky Flats

Nonvolatile chemical contaminants and radionuclides occur in soils at various locations across the Rocky Flats Plant site.  Some of these contaminants were intentionally buried within trenches and reverse wells at various depths, and then covered with backfilled soils.  These contaminants have been vulnerable to intrusion by burrowing animals (Smallwood 1996a,b).  However, much of the released hazardous materials occur in the Rocky Flats soils due to spills, leaks, dumping, and fires, and the areas contaminated have expanded due to wind erosion and subsequent deposition.  Contamination by spills and atmospheric deposition occurs mostly in the upper several centimeters of the soil horizon. Little (1976) and Little et al. (1980) estimated that 99.7% of the plutonium on the 903 Lip area occurs within the top 21 cm of soil.  The estimated depth profile of the plutonium depends on the sampling regime used (ERDA 1976, and Fig. 1 above), and one should expect the depth profile to have changed since the original deposition (Hakonson and Johnson 1973, Essington et al. 1977).  Nevertheless, the plutonium not yet entrained in wind most likely occurs in greatest concentration near the ground surface due to bioturbation occurring mostly near the ground surface.  This upper soil horizon is even more susceptible to disturbance by burrowing animals than intentionally buried waste under soil backfill, because more species of burrowing animals can burrow within several cm of the ground surface.

To estimate the impacts of burrowing animals on risk of environmental exposure from nonvolatile chemicals and radioactive elements in Rocky Flats soils, it is necessary to (1) catalogue the burrowing animal species that occur at Rocky Flats, and to estimate their (2) spatial intensities (abundance per unit area), (3) average and maximum burrow depths, (4) proportion of burrows within depth horizons, (5) rate of soil excavation to the ground surface, and (6) characteristics of the excavated soil, such as texture, particle size distribution, and structural fate.  Other burrow attributes can aid in making these estimates, such as mounds produced per animal per year, mound volume,

average burrow volume, and species analogs (information for species taxonomically and functionally similar to those for which information is lacking). No single study has gathered all the information needed to estimate the burrowing impacts of any species occurring at Rocky Flats. Therefore, I collected measures of burrow attributes and estimates of spatial intensity for the species documented to occur at Rocky Flats. I integrated this information to estimate the species-specific and cumulative impacts of animal burrowing on the risk of exposure to wind-borne radionuclides and nonvolatile chemicals released from Rocky Flats soils. My estimate will be conservative, however, because it will not include the contributions from many animal species that burrow in the soil at RFP, but which have not been studied adequately.

My integration of data from multiple studies was intended to exhaust the known variation in values among the burrow parameters, but not necessarily to increase sample size and degrees of freedom for hypothesis testing. BIOPORT (McKenzie *et al.* 1982, 1986) relied on data integrated from the literature as well, although only one to a few studies were relied on per species' burrow parameter. Dealing with these types of data, I already found such sample sizes to be inadequate for characterizing burrow parameters (Smallwood 1996a,b). The methods and assumptions used by investigators are too varied to average their results without great care. Also, species respond differently to different soil conditions and other factors. Based on my literature review, I expect levels of uncertainty to be much greater between studies and locations than among samples measured during a given study. My assessment is therefore not based strictly on the meta-analysis approach. I simply examined the variation in burrow parameters that have been reported and then I chose the statistical method for representing these parameters at Rocky Flats, with uncertainty introduced by the collection of literature values.

*Catalogue of Species*

Gophers are undoubtedly the most prolific burrow excavators at Rocky Flats, but multiple other species of burrowing animals are together more abundant than gophers, and most confine their burrowing activities within the depth horizon of concern. Prairie dogs also excavate considerable amounts of soil, and populations of prairie dogs recently began invading the RFP from the east (DOE 1992b). My assessment of past burrowing impacts on the RFP will not include prairie dogs, but they will be included in my assessments of off-site and future on-site and off-site impacts. Other animals that excavate fine sediments in mounds also occur on the Rocky Flats site, including those in the Table 3. Each of these species might not excavate as much soil volume as the pocket gopher population, but together they probably excavate more of the soils from the surface to 30 cm depth horizon. As I already described, researchers at the Rocky Flats Plant and elsewhere failed to provide information useful for assessing the burrowing impacts of many other species within the 0-30 cm depth horizon, including insects, centipedes, nematodes, earthworms, and micro-organisms. In a pathway diagram, the researchers at Rocky Flats have underestimated the magnitude of bioturbation. Winsor (1980, p. 52) gave animal activities a pathway that only extended from below-grade to the ground surface, and it was of lesser magnitude than percolation in the model.

Table 3. Presence of animal species that burrow in the soils at Rocky Flats.

| Species Name | Common Name | Present at Rocky Flats |
|---|---|---|
| *Spermophilus tridecemlineatus* | 13-lined ground squirrel | yes |
| *Spermophilus richardsonii* | Richardson's ground squirrel | maybe |
| *Spermophilus variegatus* | rock squirrel | maybe |
| *Peromyscus maniculatus* | deer mouse | yes |
| *Peromyscus dificilis* | rock mouse | yes |
| *Cynomys ludoviscianus* | black-tailed prairie dog | yes |
| *Thomomys talpoides* | northern pocket gopher | yes |
| *Zapus hudsonicus preblei* | meadow jumping mouse | yes |
| *Perognathus hispidus* | hispid pocket mouse | yes |
| *Perognathus flavus* | silky pocket mouse | yes |
| *Perognathus flavescens* | plains pocket mouse | yes |
| *Dipodomys ordii* | Ord's kangaroo rat | maybe |
| *Reithrodontomys megalotis* | western harvest mouse | yes |
| *Microtus ochrogastor* | prairie vole | yes |
| *Microtus pennsylvanicus* | meadow vole | yes |
| *Onychomys leucogastor* | northern grasshopper mouse | yes |
| *Neotoma mexicana* | Mexican woodrat | yes |
| *Taxidea taxus* | badger | yes |
| *Canis latrans* | coyote | yes |
| *Pogonomyrmex occidentalis* | western harvester ant | yes |
| *Myrmica americana* | Honey ant | yes |

*Animal Density*

The number of individuals per unit area is one of the most important influences on estimates of annual burrow volume per hectare and percent of ground covered by excavated soil mounds. However, animal density is meaningless without being defined to scale (Smallwood 1995, Smallwood and Schonewald 1996). Therefore, I collected and integrated density estimates made for the burrowing animal species occurring at Rocky Flats or that are functionally and taxonomically similar. I averaged multi-annual estimates reported for a single study, and I averaged multiple seasonal estimates made in a year. My use of animal density for this assessment of burrowing impacts will therefore represent annual conditions, but they will be conservative by not considering only the annual population peaks in abundance (Appendix 1).

Figure 3 shows the relationship between animal density and spatial area of estimate. Size of study area consistently explained most of the variation in density. Therefore, I used study area to predict density at 1 ha of mechanically unaltered soil. These densities were then adjusted up 34% on buried waste sites based on the expected and validated adjustment made for pocket gophers at Hanford (Smallwood 1996a,b) due to the attraction of burrowing animal species to fill dirt and edge elements. According to the regression models of density as a function of study area, the average hectare at Rocky

32

Flats would support about 29 ± 15 pocket gophers (all species of *Geomyidae*), 15 ± 7 thirteen-lined ground squirrels, 16 ± 7 voles, 32 ± 5 deer mice, 28 ± 19 pocket mice, 20 ± 3 kangaroo rats, 0.035 ± 0.027 badgers, 23 ± 17 colonies of western harvester ants, and at the eastern side of the Plant where they occur, 16 ± 5 adult prairie dogs. Densities of pocket mice and kangaroo rats were estimated as the mean of those reported rather than the regression intercepts due to small sample sizes and nonsignificant regressions. Estimates of their uncertainties were therefore expressed by the standard deviation rather than RMSE. The density estimates will be used to calculate spatial intensity of soil mound production and the percentage of the ground surface covered by soil mounds. I was unable to estimate density for other burrowing species resident at Rocky Flats, because insufficient data were located.

Figure 3. Relationships between animal density and spatial extent of study area.



*Geomyidae*, All Gophers

$\log_{10}(Density) = 1.46 - 0.38(\log_{10} Study\ area)$

$RMSE = 0.43, P < 0.0001$

○ Published gopher population estimates

▲ Smallwood's estimates in alfalfa fields

● Smallwood's estimates in forest clearcuts (Howard et al. 1990)



*Perognathus* spp., Pocket mice

$\log_{10}(Density) = 1.45 - 0.97(\log_{10} Study\ area)$

$RMSE = 0.68 \quad P = 0.16$

▲ *P. hispidus*

● *P. parvus*

○ *P. californicus*



*Microtus* spp., all voles

$$\log_{10}(Density) = 0.99 - 0.66(\log_{10} Study\ area)$$

$RMSE = 0.64,\ P = 0.3888$



*Peromyscus* spp., Deer mice

$$\log_{10}(Density) = 1.39 - 1.18(\log_{10} Study\ area)$$

$RMSE = 0.60 \quad P < 0.001$

- *P. leucopus*
- *P. boylii*
- *P. maniculatus*



*Dipodomys* spp.

$\overline{X} = 9.1 \pm 10.7$

- *D. ingens*
- *D. heermanni*
- *D. ordii*



*Spermophilus* spp., Ground squirrels

$\log_{10}(Density) = 1.19 - 0.41(\log_{10} Study\ area)$

$RMSE = 0.49 \quad P = 0.0142$

○  *S. beecheyi*           ▫  *S. lateralis*

▲  *S. townsendii*         ▼  *S. beldingi*

●  *S. tridecemlineatus*



*Cynomys* spp., Prairie dogs

●  *C. leucurus*

○  *C. ludovicianus*

$\log_{10}(Density) = 1.48 - 0.28(\log_{10} Study\ area)$

$RMSE = 0.30 \quad P = 0.05$



*Pogonomyrmex* spp., Harvester ants

$\log_{10}(Density) = 1.50 - 0.95(\log_{10} Study\ area)$

$RMSE = 0.70 \quad P < 0.0001$

▲  *P. owyhee & P. barbatus*

○  *P. occidentalis*

Most of the regression models estimated for animal density included multiple species (e.g., pocket gophers deer mice, voles, ground squirrels). In my other research efforts, I established that the relationship between density and study area is usually very similar among taxonomically and functionally related species (Smallwood 1996a,b; Smallwood and Schonewald 1996). Another relevant observation to be made from Fig. 3 is the consistent high density estimates for animal species on the Rocky Flats Plant site. Most likely, a larger sample size of density estimates per species would have overlapped those made at Rocky Flats. I collected most of the density estimates based on opportunity, while searching for information on burrow attributes. Additional data would most likely improve the precision of my regression models, but they would not likely change the regression slopes significantly.

### Burrow Depth

All of the species in Appendix 2 can burrow through the soils containing the greatest concentrations of plutonium and other nonvolatile chemicals that were released on the soil surface at Rocky Flats. The buried wastes were additionally accessible to pocket gophers, pocket mice, badgers, and harvester ants, and some may have been accessible to deer mice, kangaroo rats, and voles. The backfill on the waste trenches could have facilitated burrow depths greater than reported in the literature, as it did for pocket mice at Hanford (Appendix 2). All these species could also have transported contaminants to the depths of their burrows, ranging from 8 cm to 5 m. Most of the species averaged burrow depths that extended below 30 cm (Appendices 2 and Table 8), outside the profile previously believed to contain 99.7% of the plutonium inventory east of the 903 Pad (Little 1976). The burrow depths in Appendix 2 indicate that the depth profiles of surface-deposited contaminants were extended, and buried wastes were probably intruded and excavated to the surface.

### Burrow Depth Profiles

I used schematic illustrations and photos of excavated burrow cross-sections to estimate depth profiles. I also used published frequency distributions and means and error ranges when available. Investigators at the Idaho National Engineering Laboratory (INEL) provided separate estimates of depth profiles on and off buried waste sites. Other than the depth profiles from INEL, I adjusted depth profiles for buried waste sites based on what has been reported for pocket mice at Hanford (Landeen and Mitchell 1982).

The greatest amount of burrowing at Rocky Flats occurs within the 0-10 and the 11-20 cm depth horizons, followed by 21-30 cm and deeper (Appendix 3, Table 8). The overwhelming majority of animal burrowing occurs within the top 30 cm of soil, where most of the contaminants were thought to be entrained soon after release. However, significant burrowing still occurs below 30 cm, thereby serving to mix contaminants with cleaner soil below 30 cm. The expanding population of prairie dogs onto the RFP will substantially change the burrow depth profiles where they occur now and most likely across the entire RFP in the future.

### Rate of Soil Excavation

I had already reviewed estimates of burrow volume among animal species occurring at Hanford, Washington (Smallwood 1996a,b). Most estimates collected were for pocket gophers, including burrow attributes that permitted estimation of burrow volume per hectare per year, using reasonable assumptions. However, the variation in annual gopher burrow volume per hectare was very high, and estimates ranged from 0.6 to 689 $m^3$ $ha^{-1}$ $yr^{-1}$. Upon further scrutiny of these data, I

discovered three factors that rendered previous comparisons of burrow volume virtually uninterpretable.

First, the annual burrow volumes per hectare were not scaled to the spatial extent of study areas. Given that one or more gophers occur at a site, the average individual burrow volume can contribute 100%, or less than 1%, of the annual burrow volume per hectare, depending on the gopher density. Gopher density usually depends on the study area, due to conventional study area configurations around clusters of gophers.

Second, methods varied considerably, but most importantly, 2-day mound counts extrapolated to the rest of the year consistently yielded very high estimates of annual burrow volume per hectare. The 2 days during which these counts were made typically coincided with seasonal peaks in gopher activity, usually in May. The extrapolation of mound production rates based on these counts provided estimates of hundreds of cubic meters per hectare per year. I excluded these estimates from further consideration. Sparks and Anderson (1988) concluded mound production rates relate poorly to actual burrow excavation rates, generally. Tunnel backfill accounts for an average of 52% of pocket gopher burrow excavation (Appendix 10). Without carefully digging out and mapping the burrow, an accurate estimate of burrow volume will be unlikely.

Third, polyurethane foam will not perform well enough in gopher burrows to provide reliable estimates of burrow volume. The foam will stop spreading and expanding whenever it encounters plugged tunnels or backfill (Felthauser and McInroy 1983). Burrowing mammals plug tunnels regularly, as reported for pocket gophers (Criddle 1930, Smith 1948, Miller 1957), prairie dogs (Longhurst 1944, Clark 1971, Sheets et al. 1971, Burns et al. 1989), pocket mice (Reed and Choate 1986), kangaroo rats (Anderson and Allred 1964), ground squirrels (Voth 1976), and other species. Backfilled tunnels are also characteristic of burrows made by pocket gophers (Criddle 1930, Smith 1948, Miller 1957, Cox 1990, Litaor et al. 1996, and others), ground squirrels (Shaw 1918, Alcorn 1940, Edwards 1946, Rongstad 1965), prairie dogs (Sheets et al. 1971), and other types of animals. Despite this, polyurethane foam was used at Rocky Flats (Felthauser and McInroy 1983), Idaho National Engineering Laboratory (Reynolds and Laundre 1988, Reynolds and Wakkinen 1987, Laundre 1989, Laundre and Reynolds 1993), and Los Alamos National Laboratory (Hakonson et al. 1981), all radioactive waste management sites. Felthauser and McInroy (1983) acknowledged the shortfalls of polyurethane foam, but they also denied that these shortfalls affected their results.

Pocket gophers and prairie dogs typically excavate the most voluminous burrows (Appendix 4). Badger nest burrows are also large, but should occur much more rarely. The volume of individual burrows takes on significance when the spatial intensity of the population is used to estimate or measure the burrow volume per unit area (Appendix 5), but this transformation must be considered with respect to the spatial scale of data collection. Also, burrow volumes could be greater on backfill over buried waste sites, similar to that observed for pocket mice at Hanford (Appendix 4).

Mound volume was often reported in calculations for estimating burrow volume. Most estimates of mound volume were made for pocket gophers (Appendix 6). The largest measured mounds were made by prairie dogs, although all the soil displaced by badger burrowing also ends up in a large mound. The harvester ant mounds I observed at Rocky Flats were the size reported by Thorp (1949), being about 4-5 times the size of the typical gopher mound. Harvester ant mounds, however, are constructed not just of underlying soil, but also of plant litter from the surrounding area (Plate 4).

Another parameter for calculating burrow volume is the rate of mound production per animal, either per day (Appendix 7) or per year (Appendix 8). The rate per day usually spans only a few days, and therefore could yield erroneous annual burrow volumes when the particular days of mound counting are not representative. Again, the rate of mound production is most often reported for pocket gophers. Table 5 in Smallwood (1996b) shows the discrepant estimates of burrow volume per hectare when relying on mound production rate. I did not use these estimates for calculating average burrow volume per hectare per year.

About half of all prairie dog burrows are occupied on established towns, usually for 2.5-5 years each (Carlson and White 1988, Cincotta 1989). An expanding white-tailed prairie dog town gets about 0.45 new burrows per hectare per year, and an expanding black-tailed prairie dog town can add 34 new burrows per hectare per year for 5 years (O'Meilia *et al.* 1982). Black-tailed prairie dogs in an established town made several burrows each every year because old ones collapse (Hoogland *et al.* 1987). Because these populations invade, expand, and disappear regularly (Koford 1958), I will balance burrow production rates reported by Hoogland *et al.* (1987) and between expansion and established phases to conclude that each prairie dog constructs one burrow per year.

Estimates of burrow volume per hectare (Appendix 9) almost always excluded the volume in backfilled tunnels, which for some species can be very substantial (Table 10). An average of about half of the pocket gopher burrows can consist of backfilled soil pushed into old tunnels. This backfill rate can be used to adjust the average burrow volume per hectare per year to 74 m$^3$ above and below ground on buried waste sites (Table 6).

Other parameters useful for estimating burrow volume include tunnel cross-sectional area (Appendix 11), tunnel length (Appendix 12), and chamber dimensions (Appendix 13). Multiplication of tunnel cross-sectional area by tunnel length, and adding chamber volume, can yield burrow volume estimates for some species for which direct estimates are lacking. These calculations were summarized in Table 4, and are reasonably close to actual volume measurements reported in the literature.

*Characteristics of Excavated Soil*

Despite the obvious need for this characteristic at waste management areas, only Litaor *et al.* (1996) and Black and Montgomery (1991) actually measured soil erosion rates from mounds deposited by burrowing animals (Appendix 14). All other observations were qualitative in nature, and one was not credible. For example, Winsor and Whicker (1980) claimed pocket gopher soil mounds remain recognizable for 2-3 years, but their claim was based on casual observations. Without marking the soil mounds made by pocket gophers, casual observations would probably fail to keep track of gopher mounds, because there are too many and they mostly look alike. Another complication to monitoring gopher mounds is the tendency for gophers to push soil out at the same locations repeatedly, thereby burying previously constructed mounds.

Western harvester ant mounds were described as composed of light materials, including plant litter, seed jackets, and fine soil particles. Ants sometimes cap their mounds with coarse soil particles the size of large sand grains. But these coarse particles do not prevent harvester ant mounds from blowing completely away with strong winds, and they likely also move due to saltation. Once harvester ant mounds are blown away in winds, the ants rebuild the mounds to even larger sizes, but within only 2-3 weeks (Cole 1932b).

One of the most important burrow parameters at waste management sites is the constituents of mound soils. These constituents can include concentrations of waste elements under management, nutrients important for plant growth, and physical properties of the soil that can facilitate mound erosion or percolation. For example, the mound soils in Appendix 15 had reduced bulk densities, which makes them more apt to blow away in the wind. Their reduced organic matter makes them less attractive for growth of perennial plants, but their increased nitrate concentrations could encourage annuals, such as *Bromus tectorum*. Increased water infiltration makes the soil mounds in Appendix 15 sites of increased percolation rates (also see Landeen *et al.* 1990, Smallwood and Geng 1996), which could increase the spatial heterogeneity of contaminant concentrations due to differential leaching rates. Some of the constituents reported in Appendix 15 vary considerably among mounds of different species and measured by different investigators. These constituents probably vary in concentration depending on which aspect of the mound the measurements are made.

Perhaps the most important constituent of mound soils at Rocky Flats is the concentration of contaminants. Winsor and Whicker (1980) reported a 77% reduction in plutonium concentration in gopher mounds relative to surrounding top soils (Appendix 15). However, Landeen and Mitchell (1981) reported a nearly 2000% increase in radiocesium concentrations within mounds made by pocket mice at Hanford. The difference between these two reports was probably due to origin of contamination, being on the surface at Rocky Flats and buried underground at Hanford. As more mounds were excavated by burrowing animals and more tunnels collapsed since the studies of Winsor and Whicker and Landeen and Mitchell, the radionuclides should have become more mixed in the soil at both sites. For example, Gonzales *et al.* (1995) found that gopher burrowing accounted for the majority of cesium movement at Los Alamos National Laboratory, most of which was downward into the soil. Unfortunately, I have seen no follow-up measurements of plutonium concentrations that were reported for soil mounds at Rocky Flats, and no measurements were made for concentrations of other contaminants such as beryllium, asbestos, and other nonvolatile chemicals.

Another aspect of animal burrowing that is important to waste management, but very difficult to characterize quantitatively, is the inter-specific interactions in burrow use. The reporting of multiple use of animal burrows is pervasive in the literature (Appendix 16). Just about every burrowing animal species makes some use of gopher burrows, and gophers do not miss opportunities to burrow into ground squirrel tunnels. Often, the typical maximum burrow depth of a species is extended when the animal intersects a burrow made by a deeper-burrowing species. Many of the species that exist within animal burrows do not excavate soil themselves, but they can still contact and spread any contaminants that occurred within the burrow. The lifespan of the burrows and the variety of contaminant transport pathways both increase due to multi-species interactions underground. This phenomenon further increases the conservatism of my estimates of impacts due to bioturbation in the soil.

### Percent of Ground Surface Exposed by Soil Excavation of Burrowing Animals

Based on averages from Appendix 17, the burrowing animals together cover about 11% of the ground surface with their soil mounds during the course of a year. It corresponds well, in my judgment, with my estimate of 6.3% soil cover from all fauna at Hanford (Appendix 17). My Hanford estimate was made at one point in time, spanning only 2 days, so the actual value will increase as animal populations expand and shift their spatial areas of use throughout the year, especially in the fall. The ground surface covered by excavated soil affects the fate of contaminants in two ways. First, the clean soil in these excavated mounds cover roughly 11% of the contaminated layer of soil each year, thereby buffering the contaminants from erosional forces. Second, the contaminants excavated to the

surface in these mounds are then exposed to erosional forces such as wind and precipitation, and they can be ingested by wildlife or picked up in animal fur.

*Summary of Animal Burrowing Assessment*

Tables 4-8 summarize data reported in the appendices, as well as derived data from mathematical combinations of variables (e.g., tunnel length multiplied by tunnel cross-sectional area equals tunnel volume). Uncertainty ranges of parameter values per species spanned 75-100% of the mean values reported in Appendices 2-18.

Bioturbation of soil is one of the most influential processes in ecosystem function. The biota responsible for this process mix all the right ingredients for soil weathering and humus content that facilitates root growth and makes nutrients available to plants. Bioturbation, including the effects of plants, also influences soil moisture, erosion, and above-ground, terrestrial fauna. At Rocky Flats, burrowing animals and growing plants also turn over radionuclide and nonvolatile chemical contaminants. The clearing of vegetation by western harvester ants for nest construction would have and still continues, to expose the highest concentrations of contaminants on the ground surface to the forces of wind. Soil turn-over buries the contaminated ground surface with clean soil, but burrow excavations occur mostly within the depth horizon containing deposited and leached contaminants. Therefore, soils turned up by burrowing will also contain contaminants, but in reduced concentrations compared to original surface soil concentrations. Respirable doses of radionuclides and nonvolatile chemicals would have been more acutely available soon after the initial releases (Goble 1996), but they would have been and continue to be more chronic since burrowing animals turned over a sufficient amount of the soil at Rocky Flats. I estimate that 22% of the soil would have been covered by excavated soil within 2 years following each release, so long as the released contaminants did not cause acute poisoning deaths among the individual animals conducting the excavations.

Bioturbation also threatens the structural integrity of buried waste trenches and landfills. The backfilled soils are well-known to attract burrowing animals, some of which are quite capable of infiltrating the wastes buried at Rocky Flats. It is highly likely that formerly buried wastes at Rocky Flats have been brought to the ground surface and exposed to the high winds of the area. Not only do the burrowing attributes of the native fauna figure into this likelihood, but it was borne out by the experience at Hanford where animals have been documented to access waste at 3.7 m depths.