90

Appendix 7. Rate of mound production.

| Species | Site | Mounds animal$^{-1}$ day$^{-1}$ | # days | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Utah | 1.07 | | Richens 1966 |
| *Thomomys talpoides* | Colorado | 3.61 | 2 | Reid et al. 1966 |
| *Thomomys talpoides* | Rocky Flats | 0.79 | 8 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.36 | 8 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.63 | 7 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.4 | 9 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.83 | 6 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.43 | 8 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.28 | 26 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Colorado, 0.4 ha | 1.72 | 90 | Miller & Bond 1960 |
| *Thomomys talpoides* | Colorado, 0.1 ha | 1.07 | 90 | Miller & Bond 1960 |
| *Thomomys bottae* | Davis alfalfa | 1.04 | 28 | Miller 1957 |
| *Geomys attwateri* | Texas | 0.923 | | Spencer et al. 1985 |
| *Geomys attwateri* | Texas | 1.02 | | Spencer et al. 1985 |
| *Geomys bursarius* | Lab | 0.85 | | Thorne & Anderson 1990 |
| *Geomys pinetis* | Florida | 0.63 | 60-240 | Hickman & Brown 1973 |
| *Taxidea taxus* | Idaho? | 8.1 | | Van Vuren 1996 cf Messick & Hornocker 1981 |

91

Appendix 8.  Rate of mound construction per year.

| Species | Site | Mounds animal$^{-1}$ yr$^{-1}$ | Duration | Citation |
|---------|------|-------------------|----------|----------|
| *Thomomys talpoides* | Utah | 391 | 5 months | Richens 1966 |
| *Thomomys talpoides* | Colorado | 1496.5 | 2 days | Reid *et al.* 1966 |
| *Thomomys talpoides* | | 1043.9 | | Bailey 1929 |
| *Thomomys bottae* | Arizona | 76.9 | 3 yrs | Bandoli 1981 |
| *Thomomys bottae* | Davis alfalfa | 379.6 | 28 days | Miller 1957 |
| *Thomomys bottae* | LANL | 1818.6 | 401 days | Hakonson *et al.* 1982 |
| *Thomomys bottae* | Davis, fallow | 2737$^a$ | 2 yrs | Miller 1948 |
| *Geomys bursarius* | Indiana | 445.3 | 4 days | Tilman 1983 |
| *Geomys bursarius* | | 686.2 | | Mohr & Mohr 1936 |
| *Dipodomys microps occidentalis* | Nevada | 2.5$^b$ | | Anderson & Allred 1964 |
| *Dipodomys heermanni* | California | 1.4$^b$ | | Fitch 1948b |
| *Spermophilus tridecemlineatus* | Ohio | 3.6$^c$ | | Koprowski 1989 |
| *Spermophilus tridecemlineatus* | Oklahoma | 7.5 | | Desha 1966 |
| *Spermophilus tridecemlineatus* | Michigan | 3.6 | | Evans 1951 |
| *Spermophilus townsendii* | Hanford-ALE | 2.68$^b$ | | Voth 1976 |
| *Spermophilus townsendii* | Nevada | 2.17$^b$ | | Alcorn 1940 |
| *Spermophilus beecheyi* | Madera, California | 17.2$^c$ | | Fitch 1948a |
| *Spermophilus beecheyi* | Madera, California | 19.4$^b$ | | Fitch 1948a |
| *Taxidea taxus* | Idaho | 2952 | | Messick & Hornocker 1981 |

$^a$ Calculated soil plugs as 25% of volume of soil mounds.
$^b$ Used 1 burrow per year in calculations.
$^c$ Used one hole per animal per year in calculations.

Appendix 9.  Spatial intensity of mound production.

| Species | Site | Mounds ha⁻¹ | ha | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | 631.73 | 2.6 | Whicker 1977 |
| *Thomomys talpoides* | Rocky Flats (241 days) | 384.6 | 2.6 | Winsor 1977 |
| *Thomomys talpoides* | Rocky Flats | 211 | 0.9 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | near Rocky Flats | 400 | 0.025 | Litaor et al. 1996 |
| *Thomomys talpoides* | Colorado | 480 | 0.405 | Miller & Bond 1960 |
| *Thomomys bottae* | Marin (initially present) | 2738 | 0.356 | Black & Montgomery 1991 |
| *Thomomys bottae* | Los Alamos NL (401 days) | 1825 | 0.95 | Hakonson et al. 1982 |
| *Spermophilus tridecemlineatus* | Michigan (fresh) | 19.28 | 6.07 | Evans 1951 |
| *Spermophilus townsendi* | Hanford-ALE | 91 | ? | Voth 1976 |
| *Spermophilus beecheyi* | Madera, California | 107.7 | 32.4 | Fitch 1948 |
| *Spermophilus oreganus* | Klamath, California | 1173 | 0.15 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | California | 258.5 | 0.095 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | Grain fields, California | 101.4 | 0.592 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | Fresno, California | 169 | 0.095 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | Berkeley, California | 116 | 0.405 | Grinnell & Dixon 1918 |
| *Cynomys ludovicianus* | Colorado (fresh) | 50 | 0.405 | Thorp 1949 |
| Prairie dog/badger/gopher | Colorado | 42.5 | 1.6 | Thorp 1949 |
| crawfish | Indiana | 625 | ? | Thorp 1949 |

93

Appendix 10. Burrow excavation comprised of backfilled tunnels.

| Species | Site | Percent Excavation as Backfill | n | Citation |
|---------|------|-------------------------------|---|----------|
| *Thomomys bottae* | San Diego, California | 71% | 31 | Cox 1990 |
| *Geomys bursarius* | Inidana | 13-59% | 1 | Anderson 1987 |
| *Geomys bursarius* | Indiana | 69% | 1 | Thorne & Anderson 1990 |
| *Geomys bursarius* | Kansas | 39% | 1 | Smith 1948 |

Appendix 11. Tunnel cross-sectional area of animal burrows.

| Species | Site | Tunnel cross-sectional area Diameter (m²) | n | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Montana | 0.00497 | | Tryon 1947 |
| *Thomomys talpoides* | Rocky Flats | 0.01 | | Felthauser & McInroy 1983 |
| *Thomomys talpoides* | N. Utah | 0.003 | | Anderson & MacMahon 1981 |
| *Thomomys bottae* | Los Alamos Natl. Lab. | 0.003 | many | Hakonson *et al.* 1982 |
| *Thomomys bottae* | | 0.0032 | | Vleck 1979 |
| *Thomomys bottae* | | 0.0044 | | Miller 1957 |
| *Thomomys bottae* | | 0.0022 ± 0.000058 | | Cox 1990 |
| *Thomomys* spp. | ? | 0.0225 | ? | Shelford 1929 |
| *Geomys bursarius* | Kansas | 0.0119 | 1 | Smith 1948 |
| *Geomys bursarius* | Kansas | 0.0119 | many | Scheffer 1908 |
| *Geomys breviceps* | | 0.0055 | | Thorne & Anderson 1990 |
| *Geomys breviceps* | College Station, Texas | 0.0037 | 40 | Davis *et al.* 1938 |
| *Perognathus flavescens* | Kansas prairie | 0.0003 | 3 | Reed & Choate 1986 |
| *Perognathus parvus* | Hanford | 0.00049 | many | Smallwood, unpubl. data |
| *Microtus montanus* | Idaho Natl. Engineering Lab | 0.0015 | 42 | Laundre 1989 |
| *Microtus ochrogaster* | Kansas | 0.0016 | 15 | Jameson 1950 |
| *Microtus ochrogaster* | | 0.0017 ± 0.000025 SD | 24 | Mankin & Getz 1994 |
| *Peromyscus maniculatus* | Idaho Natl. Engineering Lab | 0.0023 | 18 | Laundre 1989 |
| *Dipodomys ordii* | Idaho Natl. Engineering Lab | 0.0036 | 9 | Laundre 1989 |
| *Dipodomys nitratoides exilis* | Fresno | 0.00207 | many | Culbertson 1946 |
| *Spermophilis townsendi* | Hanford-ALE | 0.0042 | 3 | Voth 1976 |
| *Spermophilis townsendi* | Nevada | 0.0335 | 6 | Alcorn 1940 |
| *Spermophilis townsendi* | Idaho Natl. Engineering Lab | 0.0042 | 10 | Laundre 1989 |
| *Spermophilis townsendi* | Idaho | 0.005 | | Davis 1939 |
| *Spermophilis elegans* | Idaho Natl. Engineering Lab | 0.0044 | 41 | Laundre 1989 |
| *Spermophilis mexicanus* | Texas | 0.0054 | 50 | Edwards 1946 |
| *Spermophilis columbianus* | Palouse Co. Washington | 0.0081 | 150 | Shaw 1918 |
| *Spermophilis beecheyi* | Kern Co., California | 0.0121 | 7 | Grinnell & Dixon 1918 |
| *Spermophilis oreganus* | Butte Valley, California | 0.004 | 1 | Grinnell & Dixon 1918 |
| *Spermophilis beldingi* | Yosemite | 0.0027 | 1 | Grinnell & Dixon 1918 |
| *Cynomys ludovicianus* | South Dakota | 0.0265 | 18 | Sheets *et al.* 1971 |

95

| | | | | |
|---|---|---|---|---|
| *Cynomys leucurus* | Wyoming | 0.0252 | 1 | Clark 1971 |
| *Cynomys leucurus* | Montana | 0.0087 | 1 | Burns *et al.* 1989 |
| *Mustela nigripes* | Wyoming | 0.138 | 100 | Clark *et al.* 1984 |
| *Taxidea taxus* | Kennewick, Washington | 0.0435 ± 0.013 | 12 | Smallwood and Wayman, unpubl. data |
| *Taxidea taxus* | Wyoming | 0.138 | 14 | Clark *et al.* 1984 |

96

Appendix 12.  Tunnel length of animal burrows.

| Species | Site | Tunnel Length (m) | n | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | 19[a] | 1, max | Felthauser & McInroy 1983 |
| *Thomomys talpoides* | Utah | 147.7 | 1 | Richens 1966 |
| *Thomomys talpoides* | Manitoba | 200.44 ± 145.46 | 4 | Criddle 1930 |
| *Thomomys bottae* | | 45 | | Vleck 1979 |
| *Thomomys bottae* | | 63 (1-73) | 44 | Reichman *et al.* 1984 |
| *Thomomys bottae* | Los Alamos NL | 101.6[b] | | Hakonson *et al.* 1981 |
| *Thomomys bottae* | Davis | 32.9 (9.54-84.6) | 9 | Miller 1957 |
| *Geomys attwateri* | Texas | 91 | | Cameron *et al.* 1988 |
| *Geomys bursarius* | Indiana | 112 (158 days) | 1 | Thorne & Anderson 1990 |
| *Geomys bursarius* | Kansas | 63.36 | 1 | Smith 1948 |
| *Geomys bursarius* | Kansas prairie | 2.4 | 1 | Reed & Choate 1986 |
| *Perognathus flavescens* | Kentucky | 9.12 (1-31.38) | 20 | Davis & Kalisz 1992 |
| *Microtus ochrogastor* | Illinois, monogamous pairs | 1.92 ± 1.13 SD | 16 | Mankin & Getz 1994 |
| *Microtus ochrogastor* | Illinois, communal | 3.45 ± 1.84 SD | 8 | Mankin & Getz 1994 |
| *Microtus montanus* | Idaho Natl. Engineering Lab | 1.33 (0.2-2.2)[a] | | Reynolds & Wakkinen 1987 |
| *Peromyscus maniculatus* | Idaho Natl. Engineering Lab | 1.32 (0.3-4.7)[a] | | Reynolds & Wakkinen 1987 |
| *Dipodomys ordii* | Idaho Natl. Engineering Lab | 2.53 (0.5-8.9)[a] | | Reynolds & Wakkinen 1987 |
| *Dipodomys heermanni* | California | 3.29 | 150 | Fitch 1948b |
| *Dipodomys nitratoides* | Fresno | 6.33 | 1 | Culbertson 1946 |
| *Dipodomys venustus* | Santa Cruz, California | 4.54 | 1 | Hawbecker 1940 |
| *Spermophilus tridecemlineatus* | Manitoba | 5.23 | many | Criddle 1939 |
| *Spermophilus tridecemlineatus* | Madison, WI | 1.65 (0.56-3.38) | 6 | Rongstad 1965 |
| *Spermophilus tridecemlineatus* | Oklahoma cemetary | 0.95 (0.15-4) | 50 hide | Desha 1966 |
| *Spermophilus tridecemlineatus* | Oklahoma cemetary | 1.6 (0.9-4.55) | 14 nest | Desha 1966 |
| *Spermophilus townsendi* | Hanford-ALE | 15.9 (2.8-26.4) | 3 | Voth 1976 |
| *Spermophilus townsendii* | Idaho Natl. Engineering Lab | 3.1 (0.3-8.9)[a] | | Reynolds & Wakkinen 1987 |
| *Spermophilus townsendii* | Nevada | 0.815 (0.292-17.42) | 6 | Alcorn 1940 |
| *Spermophilus townsendii* | Nevada | 0.806 (0.725-0.927) | 4 | Alcorn 1940 |
| *Spermophilus columbianus* | Palouse Co., Washington | 19.59 | 150 | Shaw 1918 |
| *Spermophilus beecheyi* | Kern Co., California | 10.83 (1.54-42.46) | 7 | Grinnell & Dixon 1918 |
| *Spermophilus oreganus* | Butte Valley, California | 20.3 | 1 | Grinnell & Dixon 1918 |
| *Spermophilus beldingi* | Yosemite | 16.6 | 1 | Grinnell & Dixon 1918 |

| | | | | |
|---|---|---|---|---|
| *Cynomys ludovicianus* | South Dakota | 13.23 ± 6.77 | 18 | Sheets *et al.* 1971 |
| *Cynomys leucurus* | Wyoming | 3.69 | 1 | Clark 1971 |
| *Cynomys leucurus* | Montana | 29.3 | 1 | Burns *et al.* 1989 |
| *Cynomys gunnisoni* | Colorado | 5.73 ± 1.09 | 4 | Longhurst 1944 |
| *Cynomys* spp. | Texas | 14.77 | 1 | Whitehead 1927 |
| *Mustela nigripes* | Wyoming | 1.17 ± 0.46 | 100 | Clark *et al.* 1984 |
| *Taxidea taxus* | Kennewick, Washington | 0.96 ± 0.37 | 31 | Smallwood & Wayman, unpubl. data |
| *Taxidea taxus* | Wyoming | 1.02 ± 0.39 | 14 | Clark *et al.* 1984 |

[a] Used polyurethane foam, which stops expanding when plugs are encountered.
[b] Used 1.2 g/cm$^3$ soil bulk density.

98

Appendix 13. Burrow chamber dimensions.

| Species | Site | Chamber dimensions | n | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Montana | 0.205-0.308 m diameter nest | | Tryon 1947 |
| *Thomomys talpoides* | Montana | 0.15 m diameter food cache | | Tryon 1947 |
| *Thomomys talpoides* | Manitoba | 0.003-0.0088 (1, 2, 3, & 9 nests per burrow) | 20 | Criddle 1930 |
| *Geomys bursarius* | Kansas | 0.00267 m³ nest | 1 | Smith 1948 |
| *Microtus ochrogastor* | Kentucky | 0.0009 (0.0001-0.0068) m³ nest | 20 | Davis & Kalisz 1992 |
| *Microtus ochrogastor* | Illinois | 0.001336 (pairs) m³ nest | 16 | Mankin & Getz 1994 |
| *Microtus ochrogastor* | Illinois | 0.001991 (communal) m³ nest | 8 | Mankin & Getz 1994 |
| *Microtus ochrogastor* | Missouri | 0.0021 m³ nest | | Fisher 1945 |
| *Microtus ochrogastor* | Kansas | 0.1575 m² nest | 15 | Jameson 1950 |
| *Microtus minor* | Manitoba | 0.01027 m³ food cache | | Criddle 1926 |
| *Microtus minor* | Manitoba | 0.74 m circumference, nest | type | Criddle 1926 |
| *Dipodomys niratoides exilis* | Fresno | 0.0164 m² | 1 | Culbertson 1946 |
| *Spermophilus tridecemlineaus* | Manitoba | 0.0054 m³ nest | | Criddle 1939 |
| *Spermophilus townsendi* | ALE | 0.00137 nest | 3 | Voth 1976 |
| *Spermophilus townsendi* | ALE | 0.00025 times 2 per burrow | 3 | Voth 1976 |
| *Spermophilus townsendi* | Nevada | 0.203 diameter | 6 | Alcorn 1940 |
| *Spermophilus mexicanus* | Texas | 0.18-0.205 diameter | 50 | Edwards 1946 |
| *Spermophilus beecheyi* | Madera | 0.36x0.205=0.074 m² | many | Fitch 1948 |
| *Spermophilus beecheyi* | California | 0.0139 (0.009-0.016) m³ | 7 | Grinnell & Dixon 1918 |
| *Spermophilus columbianus* | Washington | 0.014 m³ | ? | Shaw 1918 |
| *Cynomys ludovicianus* | South Dakota | 0.0365 | ? | Sheets *et al.* 1971 |
| *Cynomys leucurus* | Wyoming | 0.0557 | | Clark 1971 |
| *Cynomys* spp. | Texas | 0.074 | | Whitehead 1927 |
| *Pogonomyrmex occidentalis* | Colorado | 0.0000123 m³ seed & brood | | Rogers & Lavigne 1974 |

99

Appendix 14.  Monitoring of soil mounds through time with focus on erosion.

| Species | Site | Citation | Mound description through time |
|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | Murray 1967 | Winds shape mounds and remove fine sediments, leaving gravel |
| *Thomomys talpoides* | Rocky Flats | Winsor 1977 | Erosion spreads mounds, covering more surface area |
| *Thomomys talpoides* | Mount St. Helens | Anderson & MacMahon 1985 | 54 mounds showed major reductions in height in 3 years, due to downslope erosion |
| *Thomomys bottae* | Marin, Ca | Black & Montgomery 1991 | 6 mounds decreased in volume <25% through winter, rainsplash moved ≤10% offsight. Most soil compacts down and anchored by plant growth |
| *Geomys arenarius* | Texas | Spencer *et al.* 1985 | Winds and rains spread the mounds |
| *Pogonomyrmex occidentalis* | Idaho | Cole 1931, 1932b | Winds destroy mounds, but rebuilt to larger size within 3 weeks |

Appendix 15. Constituents of soil mounds. Differences often depend on where the samples were taken on or around the mounds, and at what depth horizons (e.g., Litaor et al. 1996).

| Species | Site | Reference | Nitrate | P | K | Bulk density | pH | Conductivity | Organic Matter | Water Infiltration | Radioactivity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | Winsor & Whicker 1980 | -- | -- | -- | -- | -- | -- | -- | -- | ↓77% |
| *Thomomys talpoides* | Rocky Flats | Litaor et al. 1996 | ↑213% | -- | ↓71% | ↓13% | -- | ↑13% | -- | -- | -- |
| *Thomomys talpoides* | Colorado | Grant et al. 1980 | -- | -- | -- | -- | -- | -- | -- | ↑100% | -- |
| *Thomomys talpoides* | Colorado | Mielke 1977 | -- | ↑41% | ↑120% | -- | ↓7% | -- | ↑66% | ↑196% | -- |
| *Thomomys talpoides* | Colorado | McMinnies 1960, Mielke | -- | ↑21% | ↑73% | -- | nc | -- | ↑66% | -- | -- |
| *Thomomys talpoides* | Utah | McDonough 1974 | ↓10% | ↓14% | ↓3% | -- | ↓1.5% | ↑32% | ↓4.1% | -- | nc |
| *Thomomys bottae* | LANL | Hakonson et al. 1982 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| *Thomomys bottae* | LANL | Sejkora & Aldredge 1989 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| *Thomomys bottae* | LANL | Sejkora & Aldredge 1989 | -- | -- | -- | -- | -- | -- | -- | ↑95% | -- |
| *Geomys attwateri* | Texas | Spencer et al. 1985 | ↓52% | ↓31% | ↓40% | -- | -- | -- | -- | ↑95% | -- |
| *Geomys attwateri* | Texas | Spencer et al. 1985 | nc | ↓29% | ↓24% | -- | -- | -- | -- | -- | -- |
| *Geomys bursarius* | Texas | Thorne & Anderson 1990 | -- | -- | -- | ↓35% | -- | -- | -- | -- | -- |
| *Geomys bursarius* | | Sparks & Anderson 1988 | -- | -- | -- | ↓23% | -- | -- | -- | -- | -- |
| *Perognathus parvus* | Hanford | Landeen & Mitchell 1982 | -- | -- | -- | -- | -- | -- | -- | -- | ↑1959% |
| *Dipodomys spectabilis* | Arizona | Greene & Reynard 1932 | ↑789% | -- | -- | -- | -- | -- | -- | -- | -- |
| *Dipodomys spectabilis* | Arizona | Greene & Reynard 1932 | ↑3275% | -- | -- | -- | -- | -- | -- | -- | -- |
| *Neotoma albigula* | Arizona | Greene & Reynard 1932 | ↑5900% | -- | -- | -- | -- | -- | -- | -- | -- |
| *Neotoma albigula* | Arizona | Greene & Reynard 1932 | ↑700% | -- | -- | -- | -- | -- | -- | -- | -- |
| *Spermophilus townsendi* | INEL | Laundre 1993 | -- | -- | -- | -- | -- | -- | -- | ↑36% | -- |
| *Cynomys ludovicianus* | South Dakota | Carlson & White 1988 | -- | ↑7% | -- | -- | ↑10% | -- | -- | -- | -- |
| *Apodemus sivaticus* | Caspian Plain | Bykov & Sapanov 1989 | -- | -- | -- | -- | -- | -- | -- | ↑1221% | -- |
| *Pogonomyrmex occidentalis* | Colorado | Rogers & Lavigne 1974 | ↑471% | ↑145% | ↓14% | ↓4.5% | -- | -- | -- | ↑31% | -- |
| *Formica canadensis* | Colorado | Culver & Brattie 1983 | ↑113% | ↑39% | ↑50% | -- | ↑3% | ↑24% | ↓23% | -- | -- |
| *Formica cinerea* | Wisconsin | Baxter and Hole 1967 | -- | ↑811% | ↑255% | ↓33% | ↑5% | -- | ↓33% | -- | -- |

Appendix 16.  Burrow Occupants, Commensal and Predatory.

| Species | Site | Burrow Occupants | Citation |
|---|---|---|---|
| *Thomomys talpoides* | Montana | Weasel trapped in gopher burrow | Tryon 1947 |
| *Thomomys talpoides* | C. Utah | Burrows used by ground squirrels | Ellison & Aldous 1952 |
| *Thomomys talpoides* | Pacific NW | Burrows used by *Perognathus* spp. and others | Barnes 1973 |
| *Geomys bursarius* | Kansas | Rodents dust bath on mounds, burrowed into by *Perognathus flavescens*. | Reed & Choate 1986 |
| Pocket gophers | | 22 vertebrate species recorded to use gopher burrows. | Vaughan 1961 |
| *Dipodomys microps* | Nevada | All had camel crickets, one had harvestman & centipede | Anderson & Allred 1964 |
| *Dipodomys venustus venustus* | Santa Cruz | Occupied Thomomys bottae burrows, which increased depth of dwelling.  Burrows also contained camel crickets, dung beetles & toads. | Hawbecker 1940 |
| *Dipodomys nitratoides exilis* | Fresno | centipedes, scorpions, black-widow spiders, camel crickets, ... | Culbertson 1946 |
| *Dipodomys heermanni* | California | Use ground squirrel and gopher burrows.  Shared by k-rats, camel crickets, sow bugs, tarantulas, spade-foot toad, western fence lizard, gopher snake | Fitch 1948b |
| *Microtus minor* | | Most prefer Thomomys talpoides burrows for nesting | Criddle 1926 |
| *Microtus ochrogaster* | Kansas | Used burrows of common mole (Scapanus aquaticus).   Nests found in old ant hills.   Used by sow bugs, centipedes, spiders, mites, springtails | Jameson 1950 |
| *Spermophilus tridecemlineatus* | Michigan | Used by Peromyscus maniculatus bairdi many times | Evans 1951 |
| *Spermophilus tridecemlineatus* | Texas | Always took over burrows of dead Geomys bursarius | McCarley 1966 |
| *Spermophilus townsendi* | Nevada | Many worms & insects – flies, beetles, fleas, mites, cave crickets, ants | Alcorn 1952 |
| *Spermophilus townsendi* | ALE | Burrows used by gophers, black widows, darkling beetles, *Perognathus parvus*, reptiles, and a bird | Voth 1976, p. 25 |
| *Spermophilus beecheyi* | Madera | Used by pocket gophers, k-rats, white-footed mice, pocket mice, rock mice, brush mice, & occasionally woodrats.  Also, gopher snakes, tree-toad, spade-footed toad, California toad, tiger salamander, tarantulas, jerusalem crickets, and large beetles | Fitch 1948 |
| *Spermophilus beecheyi* | California | crickets, scorpions, centipedes, toads, lll | Grinnell & Dixon 1918 |
| *Spermophilus mexicanus* | Texas | Used Cynomys burrows.  Shared Perognathus hispidus, large spiders, beetles, and camel crickets. | Edwards 1946 |
| *Cynomys leucurus* | Wyoming | Tiger salamander, cricket frog, many insects in burrow | Clark 1971 |
| *Cynomys ludovicianus* | South Dakota | Black widow spiders, beetles, crickets, many other insects | Sheets et al. 1971 |
| *Pogonomyrmex occidentalis* | | Compound mounds also support other species | Cole 1932 |
| *Pogonomyrmex occidentalis* | | Colony chambers used by many other arthropod species; abandoned colonies raided by rodents | Lavigne 1966 |
| *Pogonomyrmex occidentalis* | Kansas | Termites and other ants | Headlee & Dean 1908 |
| *Pogonomyrmex californicus* | S. California | Many spp of spiders & insects (e.g., termites) | Mackay 1981 |

Appendix 17. Percentage of ground surface covered by soil mounds excavated from animal burrows.

| Species | Site | Surface Cover by Mounds | Study Area (ha) | Reference |
|---|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | 0.49% | 2.6 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 2.6% | 0.9 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | N. Utah | $2.5 \pm 0.9\%$ | | McDonough 1974 |
| *Thomomys talpoides* | Colorado | 3.5% (mean) | | Ellison 1946 |
| *Thomomys talpoides* | Colorado, ungrazed | 6.5% | 0.675 | Grant et al. 1980 |
| *Thomomys talpoides* | Colorado, grazed | 8% | 2.72 | Grant et al. 1980 |
| *Thomomys bottae* | LANL waste site | 1% | 0.95 | Hakonson et al. 1982 |
| *Thomomys bottae* | California, ungrazed | 7.05% | | Hunter 1981 |
| *Thomomys bottae* | California, grazed | 0.67% | | Hunter 1981 |
| *Geomys bursarius* | Indiana | 2.2% | | Tilman 1983 |
| *Geomys bursarius* | Kansas | 25-33% | 12-16 | Scheffer 1908 |
| *Geomys breviceps* | Texas | 8.3% | 0.04 | Buechner 1942 |
| *Geomys attwateri* | Texas | 9.4% | | Williams & Cameron 1986 |
| *Geomys attwateri* | Texas, unburned grassland | 23.6% | 0.4 | Spencer et al. 1985 |
| *Geomys attwateri* | Texas, burned grassland | 24.7% | 0.4 | Spencer et al. 1985 |
| *Geomys attwateri* | Texas, unburned grassland | 9.4% | 0.4 | Spencer et al. 1985 |
| *Geomys attwateri* | Texas, burned grassland | 9.9% | 0.4 | Spencer et al. 1985 |
| *Spermophilus townsendi* | Hanford ALE | 0.49% | | Voth 1976 |
| *Cynomys ludovicianus* | Colorado | 0.4% | | Koford 1958 |
| *Cynomys ludovicianus* | Oklahoma | 0.19% | | O'Meilia et al. 1982 |
| *Taxidea taxus* | Hanford ALE | 0.17% | | Voth 1976 |
| *Gophers & ground squirrels* | Texas | 15-20% yr$^{-1}$ | ?? | Thorp 1949 |
| *Pogonomyrmex occidentalis* | S. Idaho, saltsage | 3.5% | 1.2 | Sharp & Barr 1960 |
| *Pogonomyrmex occidentalis* | S. Idaho, depleted saltsage | 5-8% | 1.2 | Sharp & Barr 1960 |
| *Pogonomyrmex occidentalis* | E. Oregon | 1.5% | 16.2 | Sneva 1979 |
| *Pogonomyrmex occidentalis* | Kansas alfalfa | 1-2% | 2.97 | Headlee & Dean 1908 |
| *Pogonomyrmex owyheei* | Idaho | 4% | 2.72 | Porter & Jorgenson 1988 |
| *Formica cinerea montana* | Wisconsin prairie | 1.7% | ? | Baxter & Hole 1967 |
| All animals | Hanford 200 & 300 Areas | 6.3% | 0.00156 | Smallwood & Wayman 1996 |
| All animals | Hanford ALE | 0.76% | | O'Farrell et al. 1974 cf in Voth |
| *Myrmica americana* | Rocky Flats | '1-2.6% | 0.000038 | Smallwood, unpubl. data |

Appendix 18. Surface area of excavated soil mounds or cleared space.

| Species | Site | Cleared Area (m²) | n | Citation |
|---|---|---|---|---|
| Thomomys talpoides | Rocky Flats | 0.1235 ± 0.104 SE | 44 | Winsor & Whicker 1980 |
| Thomomys talpoides | Colorado | 0.12 | | Grant et al. 1980 |
| Thomomys talpoides | N. Utah | 0.1748 | | McDonough 1974 |
| Geomys bursarius | Indiana | 0.18 | | Tilman 1983 |
| Geomys atwateri | Texas, unburned | 0.145 (0.096 new) | 13 | Spencer et al. 1985 |
| Geomys atwateri | Texas, burned | 0.181 (0.116 new) | 11 | Spencer et al. 1985 |
| Geomys atwateri | Texas | 0.074 | | Buechner 1942 |
| Spermophilus townsendii | Idaho | 3.64 | 1 | Davis 1939 |
| Spermophilus beecheyi | California | 0.85 | | Grinnell & Dixon 1918 |
| Cynomys ludovicianus | South Dakota | 9% of area | | Dalsted et al. 1981 |
| Cynomys ludovicianus | Oklahoma | 1.9% of area | | O'Meilia et al. 1982 |
| Cynomys ludovicianus | | 2.3% of area | | Koford 1958 |
| Pogonomyrmex occidentalis | Colorado | 1.4 ± 0.28 SD | 62 | Coffin & Lauenroth 1988 |
| Pogonomyrmex occidentalis | Kansas prairie | 1.09 ± 0.60 | 17 | Headlee & Dean 1908 |
| Pogonomyrmex occidentalis | NE Colorado | 1.19 | | Rogers & Lavigne 1974 |
| Pogonomyrmex barbatus | Wyoming | 0.529 (0.36 m tall) | | Killough & Le Sueur 1953 |
| Pogonomyrmex californicus | San Diego, California | 0.212 | 11 | Erickson 1972 |
| Pogonomyrmex owyheei | Idaho | 0.81 | | Porter & Jorgenson 1988 |
| Myrmica americana | Rocky Flats | 0.00245 | 4 | Smallwood, unpubl. data |
| Lasius niger | Poland | 0.0177 | type | Petal 1980 |
| Formica cinerea montana | Wisconsin | 0.14 | | Baxter & Hole 1967 |



Plate 1. Harvester ant colonies construct mounds adjacent to the asphalt 903 Pad.

Plate 2. Ground squirrel burrow on the 903 Lip (the asphalt pad is visible in the background). I was not allowed to walk to this burrow, not even dressed in protective clothing during my third visit.





Plate 3. Harvester ant mounds often occur on landscape elements exposed to the winds. This mound was one of 5 I found on the Mound area. 900-113.



Plate 4. Abandoned harvester ant mounds erode decaying plant litter and fine soil sediments. This one was on the spray fields, NE-167.2



Plate 5. Soil mound constructed by honey ants (*Myrmica americana*) on the East Trenches, NE-111.



Plate 6. Four mounds made by honey ants on the East Trenches (NE-111) since the last rain, 8 days previously. All these mounds disappeared by my third visit, after 100+ mph winds.



Plate 7. Rodent burrows on the spray fields, NE-167.2, during October, 1996.



Plate 8. Soil disturbance due to rodent foraging and dust bathing on the spray fields, NE-167.2.



Plate 9. Burrow entrance excavated by one of the many fossorial and semi-fossorial rodent species at Rocky Flats. This one was made on the Sludge Dispersal site, 900-141.



Plate 10. A rodent excavated a burrow into a ditch bank at the site of a plutonium spill in the 700 Complex.





Plate 11. Ground squirrel burrow on slope north of Pond 142.9.

Plate 12. Collapsed ground squirrel burrow on the Soil Dump, NE-156.2. Collapsed segment measured 5.5 m long.



Plate 13. Pocket gopher mounds just south of Rocky Flats show 3 levels of weathering caused by wind and rain. The mound under foot was deposited at least 10 days previously, before the last rain. The loosened soils of the darkest mound were excavated during the previous 24 hours.



Plate 14. Pocket gopher sign was also abundant just to the north of the Rocky Flats Plant



Plate 15. The concrete slab covering the original landfill (SW-115) was undermined, probably by burrowing animals (as seen under nearly every concrete surface and scrap hardware examined).



Plate 16. Slumps along Woman Creek might have been caused by soil sterilization efforts prior to 1980.



Plate 17.  Retention Pond NE-142.4 has been drained for more than a year, exposing the contaminated bottom sediments to animal burrowing and winds.



Plate 18.  Retention Pond NE-142.9 was drained after August 20, 1996, and exposed sediments were disturbed by wildlife less than 2 months later.





Plate 19. This rock wren atop the fence is one of many animals at Rocky Flats that forage in low shrubs and on the ground, close to dumped asbestos and other hazardous materials.

Plate 20. Travel runways made by voles and other rodents expose dust to winds, but their impacts remain unquantified.



Plate 21. Badger excavations into bank swallow (*Riparia riparia*) nests on active waste Trench 33 of 218-W-4C, Hanford 200 Areas.



Plate 22. Vegetation growth on fill and trench walls at Hanford indicated sufficient time elapsed during dumping for burrowing animals to establish burrows in trench walls prior to backfilling (historical photo 8305340-43CN). The same could have exacerbated the problems at the East Trenches.



Plate 23. Our visit to the 903 Pad and Lip required protective clothing. Note harvester ant mound near the Pad.



Plate 24. Protective clothing was required for straight-line walks to test wells on the 903 Lip. In the background are a C-series Pond, Standley Lake, and Denver.



Plate 25. Our visit to the 903 Lip required frequent surveys for Gross Alpha and Beta activity.  Note harvester and mound underfoot.



Plate 26. Our visit to the 903 Pad required frequent surveys for Gross Alpha and Beta activity, even on the asphalt.



Plate 27. The surface soil of the 903 Lip was scratched up by rabbits and rodents.



Plate 28. A large proportion of the ground surface of the 903 Lip was denuded by small mammals.



Plate 29. The 903 Pad had coyote scats, but the RCT could not survey them for activity because it was not specified in the Radiological Work Plan.



Plate 30. Rocks collected on the 903 Pad. The RCT did not know how they got there.



Plate 31. The 903 Pad developed cracks, through which plants grow



Plate 32. The 903 Pad developed cracks, through which plants grow.



Plate 33. The 750 Pad, which stores radioactive ponderete, leans toward a fork of Walnut Creek, where animals burrow in the soil. Note the torn tent due to wind force.



Plate 34. A harvester ant mound next to the 750 Pad has been damaged by the wind-driven sweeping of the cyclone fence.



Plate 35. Wind damaged the tents on the 904 Pad, which stores radioactive ponderete.



Plate 36. Wind damaged the tents on the 904 Pad, which stores radioactive ponderete.



Plate 37. Edge of 904 Pad where a utility was cut down and covered with radiological warning tape. An RCT said the utility lines were found to be radioactive the day prior.



Plate 38. Utility pole allegedly found radioactive the day before, between 903 and 904 Pads.



Plate 39 Visit to Trench T-9 (NE-111.4) required protective clothing and frequent radiological surveys.



Plate 40. Trench T-9 soil cap was subsided and covered with junk metal, which the trench was reported to contain, along with dried sanitary sewage sludge and other materials contaminated with plutonium and uranium.



Plate 41. Trench T-9 was infiltrated by a badger(s), whose burrow was deep and the soil mound gone.



Plate 42. The Trench T-9 soil cap was excavated by many small mammals, including pocket gophers.



Plate 43. The CSU Macroplot 1 was covered by animal burrows and soil mounds.



Plate 44. The CSU Macroplot 1 supported many thirteen-lined ground squirrels, whose plugged tunnels and mounds resembled gopher sign.



Plate 45. The CSU Macroplot 1 supported many thirteen-lined ground squirrels, whose burrows contributed to soil erosion. Note the soil mound is gone.



Plate 46. The CSU Macroplot 1 supported many thirteen-lined ground squirrels, their tunnels, and heavy surface soil disturbance.



Plate 47. Small mammal soil excavation denuded patches of vegetation on the CSU Macroplot 1.



Plate 48. Even plants disturbed the soils on the CSU Macroplot 1, in this case due to sweeping of soil by branches blown by wind.



Plate 49. The CSU Macroplot 2 was downwind of the main Rocky Flats Complex where plutonium was processed.



Plate 50. The CSU Macroplot 2 was about 1 km south of the 903 Pad and Macroplot 1.



Plate 53. The prairie dog mounds on the Rocky Flats property had loosened soil and piles of coyote scats



Plate 54. The prairie dogs on the Rocky Flats property excavated many foraging holes, each about 6" deep.



Plate 55. The abandoned prairie dog burrows on the Rocky Flats property near the radio towers have since lost their mounds to wind.



Plate 56. The abandoned prairie dog burrows on the Rocky Flats property near the radio towers have since lost their mounds to wind.



Plate 51. Dr. Michael Morrison examines an active prairie dog burrow on east side of Rocky Flats property.



Plate 52. The prairie dogs on the Rocky Flats property incorporated surrounding soils and plants in their mounds.



Plate 57. A prairie dog near Standley Lake.



Plate 58. Soil disturbance caused by prairie dogs near Standley Lake. Very little ground is not loosened.



Plate 59   A prairie dog burrow next to a harvester ant colony east of the Rocky Flats property, typical of clustering among fossorial species.



Plate 60. Soil scraped into the prairie dog mound near Standley Lake.



Plate 61.   A three-entrained ground squirrel mound on East Trench T-11 (NE-111.8) on August 19, 1996.



Plate 62.   The same ground squirrel mound as shown in Plate 61, but viewed from a different angle on October 10 (left) and November 12 (right), 1996.  Most of the mound volume disappeared in less than 2 months.



Plate 63. Pocket gopher
mounds along roadway
, French 133 underneath
road) or Oct . . . 1996



Plate 64. Same pocket
gopher mounds as in
Plate 63, but on Nov. 12,
1996. Mounds have flattened



Plate 65. A harvester ant mound on the Soil Dump, Oct. 10, 1996.



Plate 66. The same harvester ant mound as in Plate 65, but flattened and full of holes by Nov. 13, 1996.



Plate 67. Material being collected from solar ponds for ponderete storage. Note plants growing in lining.



Plate 68. Degradation of solar pond lining, which caused leakage into embankments where burrowing animals are abundant.