

Plate 69. Harvester ant mound composed of plant litter at base of embankment for solar ponds.



Plate 70. Soil mound recently excavated by small mammal out of the embankment of the solar pond.



Plate 71. Harvester ant mound with fresh material excavated from soils at northeast of Building 774, where soils were contaminated from repeated spills and leaks of plutonium and other hazardous materials.



Plate 72. Harvester ant mound was flattened next to Building 774, where soils were contaminated from repeated spills and leaks of plutonium and other hazardous materials.



Plate 7.9. Soils of Rocky Flats Plant were highly disturbed, including the creation of embankments (e.g., Mound Area), fill (903 Lip area in front and center of photo), edge with hard surface (e.g., 903 Pad seen as black square in photo), and other types of disturbance, all of which attract burrowing animals and facilitate their excavations. *1971 photo*



Plate 74



VOGEL 2

Plate 75



Plate 76



ROCKY FLATS AREA PLOT PLAN

# Kenneth Shawn Smallwood
## Curriculum Vitae

109 Luz Place
Davis, CA 95616
Phone (916) 756-4598
Email   puma@davis.com
        ssmallwood@cipi.com

Born May 3, 1963 in
Sacramento, California.
Married, father of one boy.

**Disciplines:**

Wildlife, Ecosystem and Landscape Ecology; Conservation Biology; Quantitative Methods (Sampling and Systems Analysis); Animal Damage Management.

**Education:**

Ph.D. Ecology, University of California, Davis. September 1990.
M.S. Ecology, University of California, Davis. June 1987.
B.S. Anthropology, University of California, Davis. June 1985.
Corcoran High School, Corcoran, California. June 1981.

**Experience:**

- 35 professional publications, 18 peer-reviewed
- 27 public presentations of research results
- 4 poster presentations at professional meetings

Systems Ecologist, 1/95 to present, Institute for Sustainable Development, The Thoreau Center for Sustainability–The Presidio, California. I lead ISD's program on integrated resources management, and I develop indicators of ecological health and integrity for large areas. ISD's scope ranges to global and our approach is multidisciplinary, usually involving the integration of data using GIS. Following our hosting of an international workshop, we are editing a book that presents a framework for applying ecological indicators derived from remotely sensed data and local community involvement.

Systems Ecologist, 7/96 to present, Consulting in the Public Interest. I am part of a multi-disciplinary team of scientists who facilitate large-scale, environmental litigation and planning projects.

Associate Editor, *Biological Conservation*, 9/94 to 9/95. Previously an Editorial Board Member for two years, and I have now rotated back to that position.

Senior Systems Ecologist, 7/94 to 12/95, EIP Associates, Sacramento, California. Provided consulting services in environmental planning. I also developed a quantitative assessment of land units for their conservation and restoration opportunities, using the ecological resource requirements of 29 legally rare species. I mapped vegetation and land use, and derived new spatial data from an GIS overlay of these variables with soil types, flood zones, roads, and other spatially referenced data. Using these derived data, I developed a set of indicators for prioritizing areas within Yolo County that will receive mitigation funds for habitat easements and restoration. This method established the Yolo County Habitat Conservation Plan (HCP) as the new standard for multi-species HCPs.

2

Post-Graduate Researcher, 10/90 to 6/94, with Dr. Shu Geng, Department of Agronomy and Range Science, U.C. Davis. Studied landscape and management effects on patterns of distribution and population dynamics of pocket gophers, birds of prey, and species of Carnivora in the Sacramento Valley. I also developed and analyzed a data base of energy use in California agriculture, and I assisted with a landscape (GIS) study of groundwater contamination across Tulare County, California.

Co-teacher, 1/91 to 3/91 and 1/93 to 6/93, Graduate Group in Ecology, U.C. Davis. Co-taught conservation biology with Dr. Christine Schonewald.

Reader, 3/90 to 6/90, Dept. of Psychology, U.C. Davis. Assisted students of Psychobiology (taught by Dr. Richard Coss) with research and writing term papers.

Research Assistant, 11/88 to 9/90, with Dr. Walter E. Howard, Department of Wildlife and Fisheries Biology, U.C. Davis. Tested durable baits for pocket gopher control in forest plantations, and developed gopher sampling methods.

Fulbright Research Fellow, Indonesia, 7/88 to 11/88. Tested use of new sampling method for the Sumatran tiger, and evaluated methods used by other researchers.

Research Assistant, 7/87 to 6/88, with Dr. Terrell P. Salmon, Wildlife Extension, Department of Wildlife and Fisheries Biology, U.C. Davis. Developed empirical models of mammal and bird invasions in North America, and a rating system for priority research and control of exotic species based on economic, environmental, and human health hazards in California.

Student Assistant, 3/85 to 6/87, with Dr. E. Lee Fitzhugh, Wildlife Extension, Department of Wildlife and Fisheries Biology, U.C. Davis. Developed and implemented a statewide mountain lion track survey for long-term population monitoring. Also developed quantitative techniques to identify individual mountain lions by their tracks, and to differentiate mountain lion and dog tracks.

**Peer-Reviewed Publications:**

Smallwood, K.S. and S. Geng. Multi-scale influences of gophers on alfalfa yield and quality. *Field Crop Research*: In Press.

Smallwood, K.S. and C. Schonewald. 1996. Scaling population density and spatial pattern for terrestrial, mammalian carnivores. *Oecologia* 105:329-335.

Smallwood, K.S., G. Jones, and C. Schonewald. 1996. Spatial scaling of allometry for terrestrial, mammalian carnivores. *Oecologia* 107:588-594.

Smallwood, K.S. 1996. A first study of managing vertebrates in cover crops. *American Journal of Alternative Agriculture*: In press.

Van Vuren, D. and K.S. Smallwood. 1996. Ecological management of vertebrate pests in agricultural systems. *Biological Agriculture and Horticulture* 13:41-64.

Smallwood, K.S., B.J. Nakamoto, and S. Geng. 1996. Association analysis of raptors on an agricultural landscape. Pages 177-190 in D.M. Bird, D.E. Varland, and J.J. Negro, eds., Raptors in human landscapes. Academic Press, London.

Erichsen, A.L., K.S Smallwood, A.M. Commandatore, D.M. Fry, and B. Wilson. 1996. White-tailed Kite movement and nesting patterns in an agricultural landscape. Pages 166-176 in D.M. Bird, D.E. Varland, and J.J. Negro, eds., Raptors in human landscapes. Academic Press, London.

Smallwood, K.S. 1996. Assessment of the BIOPORT model's parameter values for pocket gopher burrowing characteristics. Report to Berger & Montague, P.C. and Roy S. Haber, P.C.

Smallwood, K.S. 1995. Scaling Swainson's hawk population density for assessing habitat-use across an agricultural landscape. *J. Raptor Research* 29:172-178.

Smallwood, K.S. and W.A. Erickson. 1995. Estimating gopher populations and their abatement in forest plantations. *Forest Science* 41:284-296.

Smallwood, K.S. and E.L. Fitzhugh. 1995. A track count for estimating mountain lion *Felis concolor californica* population trend. *Biological Conservation* 71:251-259

Smallwood, K.S. 1994. Site invasibility by exotic birds and mammals. *Biological Conservation* 69:251-259.

Smallwood, K.S. 1994. Trends in California mountain lion populations. *The Southwestern Naturalist* 39:67-72.

Smallwood, K.S. 1993. Understanding ecological pattern and process by association and order. *Acta Oecologica* 14(3):443-462.

Smallwood, K.S. and E.L. Fitzhugh. 1993. A rigorous technique for identifying individual mountain lions *Felis concolor* by their tracks. *Biological Conservation* 65:51-59.

Smallwood, K.S. 1993. Mountain lion vocalizations and hunting behavior. *The Southwestern Naturalist* 38:65-67.

Smallwood, K.S. and T.P. Salmon. 1992. A rating system for potential exotic vertebrate pests. *Biological Conservation* 62:149-159.

Smallwood, K.S. 1990. Turbulence and the ecology of invading species. Ph.D. Thesis, University of California, Davis.

## Other Publications

Smallwood, K.S. 1996. Second assessment of the BIOPORT model's parameter values for pocket gopher burrowing characteristics and other relevant wildlife observations. Report to Berger & Montague, P.C. and Roy S. Haber, P.C.

Smallwood, K.S. and Bruce Wilcox. Study and interpretive design effects on mountain lion density estimates. *Proceedings 5th Mountain Lion Workshop*: Accepted.

Smallwood, K.S. and Bruce Wilcox. Ten years of mountain lion track survey. *Proceedings 5th Mountain Lion Workshop*: Accepted.

Smallwood, K.S. and M. Grigione. Photographic recording of mountain lion tracks. *Proceedings 5th Mountain Lion Workshop*: Accepted.

EIP Associates. 1995. Yolo County Habitat Conservation Plan Biological Resources Report. Yolo County Planning and Development Department, Woodland, California.

EIP Associates. 1996. Yolo County Habitat Conservation Plan. Yolo County Planning and Development Department, Woodland, California.

Smallwood, K.S. and S. Geng. In press. Analysis of the 1987 California Farm Cost Survey and recommendations for future survey. Program on Workable Energy Regulation, University-wide Energy Research Group, University of California.

Geng, S., K.S. Smallwood, and M. Zhang. 1995. Sustainable agriculture and agricultural sustainability. Proc. 7th International Congress SABRAO, 2nd Industrial Symp. WSAA. Taipei, Taiwan.

Smallwood, K.S. and S. Geng. 1994. Landscape strategies for biological control and IPM. Pages 454-464 in W. Dehai, ed., Proc. International Conference on Integrated Resource Management for Sustainable Agriculture. Beijing Agricultural University, Beijing, China.

Smallwood, K.S. and S. Geng. 1993. Alfalfa as wildlife habitat. California Alfalfa Symposium 23:105-108.

Smallwood, K.S. and S. Geng. 1993. Management of pocket gophers in Sacramento Valley alfalfa. California Alfalfa Symposium 23:86-89.

Smallwood, K.S. and E.L. Fitzhugh. 1992. The use of track counts for mountain lion population census. Pages 59-67 In C. Braun, ed. Mountain lion-Human Interaction Symposium and Workshop. Colorado Division of Wildlife, Fort Collins.

Smallwood, K.S. and E.L. Fitzhugh. 1989. Differentiating mountain lion and dog tracks. Pages 58-63 in Smith, R.H., ed. Proc. Third Mountain Lion Workshop. Arizona Game and Fish Department, Pheonix.

5

Fitzhugh, E.L. and K.S. Smallwood. 1989. Techniques for monitoring mountain lion population levels. Pages 69-71 in Smith, R.H., ed. Proc. Third Mountain Lion Workshop, Arizona Game and Fish Department, Pheonix.

Fitzhugh, E.L. and K.S. Smallwood. 1987. Methods Manual – A statewide mountain lion population index technique. California Department of Fish and Game, Sacramento.

Salmon, T.P. and K.S. Smallwood. 1989. Final Report – Evaluating exotic vertebrates as pests to California agriculture. California Department of Food and Agriculture, Sacramento.

Smallwood, K.S. and W. A. Erickson (written under supervision of W.E. Howard, R.E. Marsh, and R.J. Laacke). 1990. Environmental exposure and fate of multi-kill strychnine gopher baits. Final Report to USDA Forest Service –NAPIAP, Cooperative Agreement PSW-89-0010CA.

**Papers In Review**

Smallwood, K.S., et al. (7 more authors). An indicator of ecological integrity across large areas: a case study in Yolo County, California. *Ambio*.

Zhang, M., S. Geng, and K.S. Smallwood. Nitrate contamination in groundwater of Tulare County, California. *Ambio*.

**Papers in Preparation (Soon to be Submitted)**

Smallwood, K.S. Ecological constraints on gopher abatement in forest plantations.

Smallwood, K.S. Study design and interpretation for population estimates of mammalian carnivores. *Quarterly Review of Biology*.

Smallwood, K.S. Study and interpretive design effects on puma *Felis concolor* density estimates.

Smallwood, K.S. No allometry of density for mammalian carnivores. *Nature*.

Smallwood, K.S. The Ecology of Biological Invasions.

Smallwood, K.S. Bird and mammal species invasions in North America.

**Presentations:**

Ten years of mountain lion track survey. Fifth Mountain Lion Workshop, San Diego, February 27, 1996.

Study and interpretive design effects on mountain lion density estimates. Fifth Mountain Lion Workshop, San Diego, February 27, 1996.

6

Small animal control. Session moderator and speaker at the California Farm Conference, Sacramento, California, Feb. 28, 1995.

Small animal control. Ecological Farming Conference, Asylomar, California, Jan. 28, 1995.

Habitat associations of the Swainson's Hawk in the Sacramento Valley's agricultural landscape. 1994 Raptor Research Foundation Meeting, Flagstaff, Arizona.

Alfalfa as wildlife habitat. Seed Industry Conference, Woodland, California, May 4, 1994.

Habitats and vertebrate pests: Impacts and management. Managing Farmland to Bring Back Game Birds and Wildlife to the Central Valley. Yolo County Resource Conservation District, U.C. Davis, February 19, 1994.

Management of gophers and alfalfa as wildlife habitat. Orland Alfalfa Production Meeting and Sacramento Valley Alfalfa Production Meeting, February 1 and 2, 1994.

Patterns of wildlife movement in a farming landscape. Wildlife and Fisheries Biology Seminar Series: Recent Advances in Wildlife, Fish, and Conservation Biology, U.C. Davis, Dec. 6, 1993.

Alfalfa as wildlife habitat. California Alfalfa Symposium, Fresno, California, Dec. 9, 1993.

Management of pocket gophers in Sacramento Valley alfalfa. California Alfalfa Symposium, Fresno, California, Dec. 8, 1993.

Association analysis of raptors in a farming landscape. Plenary speaker at Raptor Research Foundation Meeting, Charlotte, North Carolina, Nov. 6, 1993.

Landscape strategies for biological control and IPM. Plenary speaker, International Conference on Integrated Resource Management and Sustainable Agriculture, Beijing, China, Sept. 11, 1993.

Landscape Ecology Study of Pocket Gophers in Alfalfa. Alfalfa Field Day, U.C. Davis, July 1993.

Patterns of wildlife movement in a farming landscape. Spatial Data Analysis Colloquium, U.C. Davis, August 6, 1993.

Sound stewardship of wildlife. Veterinary Medicine Seminar: Ethics of Animal Use, U.C. Davis. May 1993.

Landscape ecology study of pocket gophers in alfalfa. Five County Grower's Meeting, Tracy, California. February 1993.

Turbulence and the community organizers: The role of invading species in ordering a turbulent system, and the factors for invasion success. Ecology Graduate Student Association Colloquium, U.C. Davis. May 1990.

7

Evaluation of exotic vertebrate pests. Fourteenth Vertebrate Pest Conference, Sacramento, California. March 1990.

Analytical methods for predicting success of mammal introductions to North America. The Western Section of the Wildlife Society, Hilo, Hawaii. February 1988.

A state-wide mountain lion track survey. County of Sacramento Department of Parks and Recreation. April 1986.

The mountain lion in California. Davis Chapter of the Audobon Society. October 1985.

Ecology Graduate Student Seminars, U.C. Davis, 1985-1990: Social behavior of the mountain lion; Mountain lion control; Political status of the mountain lion in California.

**Memberships in Professional Societies:**

The Association of Southwest Naturalists.
Association of Field Ornithologists.
Raptor Research Foundation.

**Honors and Awards:**

Fulbright Research Fellowship to Indonesia, 1987.
MVP, U.C. Davis Cross Country team, 1984.
National Junior Record, 20 kilometer run, 1982.
J.G. Boswell Full Academic Scholarship, 1981.
American Legion Award, Corcoran High School, 1981.
National Age Group Record, 1500 meter run, 1979.