```
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO

------------------------------------------------

MERILYN COOK, et al.,        :  Civil Action
                             :  No. 90-K-181
                             :
                             :
              Plaintiff(s)   :  DEPOSITION OF:
                             :
         vs.                 :  KENNETH SHAWN SMALLWOOD
                             :
ROCKWELL INTERNATIONAL       :
CORPORATION,                 :
a Delaware Corporation       :
     and                     :
THE DOW CHEMICAL COMPANY,    :
a Delaware Corporation,      :
                             :
                             :
              Defendant(s)   :

------------------------------------------------

              Friday, March 21, 1997

------------------------------------------------
```

R E P O R T E D   B Y:

    LOUIS A. MANCHELLO, Certified Shorthand Reporter (License No. X01418) and Notary Public of New Jersey, and Commissioner of Deeds of Pennsylvania, on the above date, commencing at 9:20 a.m., at the law offices of Berger & Montague, 1624 Locust Street, 6th Floor Conference Room, Philadelphia, Pennsylvania  19103.

1   Q.      I'm talking about any kind of animal mounds.

2   A.      Yes, I understand that, that's why I'm
3   throwing out badgers.

4   Q.      Have you seen anyone who has ever quantified
5   the rate at which material is suspended from burrowing
6   animal mounds?

7   A.      I don't remember.

8   Q.      Don't recall?

9   A.      I don't recall.

10  Q.      Have you ever reviewed any air sampling data
11  collected around the Rocky Flats Plant?

12  A.      Yes, I have.

13  Q.      What air sampling data was that?

14  A.      There were some air sampling data I requested
15  for the falls of 1995 and 1996, from air sampler S-8,
16  and I think I requested actually several air sampler
17  data for several month periods from I think August
18  through November, something like that.

19  Q.      So you reviewed air sampling data related to
20  the S-8 monitor for some period of time during 1996,
21  correct?

22  A.      Yes.

23  Q.      Have you reviewed any other air sampling data
24  at the Rocky Flats Plant?

1   A.      I've seen summaries of air sampling data.  I

2  don't know if I've looked at all the data points per

3  se, but I have seen summaries.

4   Q.      Have you made any effort to collect the air

5  sampling data that has been generated for the ambient

6  samplers all around the Rocky Flats Plant other than

7  the S-8 data you just referred to?

8   A.      I don't remember if I did make a --

9   Q.      You do remember that you haven't looked at

10  that data, right?

11  A.      No, I don't remember that -- no, I don't

12  remember that, no.

13  Q.      You know for a fact that there are numerous

14  air samplers that have been in place since the early

15  1970's in the buffer zone around Rocky Flats, right?

16  A.      Numerous?

17  Q.      Yes, numerous.

18  A.      What do you mean by numerous?

19  Q.      How many air samplers are there in the buffer

20  zone and around the perimeter of Rocky Flats?

21  A.      I don't know.

22  Q.      You don't have any idea?

23  A.      I've seen maps of air samplers at Rocky Flats.

24  Q.      How many are there?

```
1    A.         I don't remember.
2    Q.         That's why I said that you can recall.  You
3    made no effort that you can recall to review any of the
4    air sampling data along the east perimeter of the Rocky
5    Flats Plant, correct?
6    A.         I did make an effort to review air sampling
7    data from the east perimeter of the plant.
8    Q.         What did it show?
9    A.         I don't remember.
10   Q.         Did you put that in your report?
11   A.         I don't remember.
12   Q.         You don't remember whether you put it in your
13   report.  When is the last time you read your report?
14   A.         Last couple days.
15   Q.         And based on the review of your report over
16   the last couple of days you can't remember whether you
17   lay out any air sampling data results for those
18   monitors that are along the east perimeter of the
19   plant; is that your testimony?
20   A.         I don't think I did.
21   Q.         The fact of the matter is, sir, that the air
22   sampling data that was collected along the east
23   perimeter of the plant is entirely inconsistent with
24   the thesis that you're trying to make in your report.
```

```
1    A.         That may be, but I wouldn't rely on it anyway.
2    All the air sampling stations are one meter above
3    ground, they are too diffuse in landscape to detect
4    what I'm talking about, a chronic release in materials
5    from the ground.
6    Q.         Name anyone who has an air sampler that is not
7    one meter above the ground?
8    A.         I can't.
9    Q.         So I take it you're not aware of the fact that
10   there are air monitors east of the Rocky Flats Plant
11   that are higher than one meter off the ground, correct?
12              MR. AUERBACH:  Objection, form,
13         foundation.  How far east from the plant are
14         you talking about?
15              MR. KURTENBACH:  He gets to make legal
16         objections.  The court will rule on them
17         later.
18   A.         I don't remember.
19   Q.         You don't remember that?
20   A.         Right.
21   Q.         Isn't it a fact that the air-monitoring data
22   that you did review around the Rocky Flats Plant is
23   directly contrary to the conclusions that you've
24   reached in your report?
```

1    A.         Even if they were I would not rely on them.
2    Q.         Isn't it a fact that the air-monitoring data
3    that you did review for monitors east of the Rocky
4    Flats Plant is directly contrary to the conclusions
5    you've reached in your report?
6    A.         I just answered your question.
7    Q.         I asked the question again.
8    A.         I'll answer it again.
9    Q.         Yes.
10   A.         It's not relevant.
11   Q.         I don't care whether it's relevant or not.  I
12   want an answer to my question.
13   A.         That is my answer.
14              MR. AUERBACH:  He's answered your
15              question, Counsel.
16   Q.         Isn't it a fact that the air-monitoring data
17   for the monitors east of the Rocky Flats Plant is
18   directly contrary to the conclusions that you have
19   reached in your report?
20   A.         Not if the sampling is improperly designed.
21   Q.         Okay.  You're no expert in the sampling of
22   air, correct?
23   A.         Correct.
24   Q.         You have no ability to determine whether the

1    sampling is improperly designed or not?

2    A.      That's not true.

3            MR. AUERBACH:  Objection.

4    Q.      Has anyone ever asked you to assess air

5    samplers to determine whether they were accurately

6    performing?

7    A.      No, but I've assessed other sampling programs.

8    I have developed my own sampling programs.  I've

9    monitored environmental media.

10   Q.      Did you perform any air monitoring in

11   connection with your work on this case?

12   A.      No.

13   Q.      You have the ability to do that?

14   A.      I'm not sure what you mean.

15   Q.      You have the ability to perform air

16   monitoring?

17           MR. AUERBACH:  Objection, form.

18   A.      I'm not sure what you mean.

19   Q.      Have you taken air samples in other

20   environmental situations?

21   A.      No.

22   Q.      Have you ever worked with people who have

23   taken air samples in those situations?

24   A.      I don't know.

1   Q.        Why would it be that air sampling results
2   taken in the area where you're concluding that
3   plutonium and americium and other materials are being
4   suspended or resuspended would not be important?
5   A.        I didn't say that.  Can you repeat the
6   question?
7   Q.        I asked you why you didn't include them in
8   this report and you said because you didn't think they
9   were important.  What I'm trying to find out is the
10  reason for that.
11  A.        Okay.  That's because chronic suspension of
12  materials from soil bioturbation I would not expect to
13  be picked up very readily from air monitoring samples,
14  at least the way they are designed in Rocky Flats.
15  They are too diffuse in landscape.
16  Q.        Well, are you saying that any plutonium or
17  other radioactive materials that would have gotten into
18  the air due to bioturbation and suspension by wind
19  would have missed the air samplers that are along the
20  east perimeter of the Rocky Flats Plant?
21            MR. AUERBACH:  Objection, form.
22  Q.        Sir?
23  A.        I expect a large amount of that material to,
24  yes, get by the air samplers, and I would expect that

```
1    the material that did get in the air samplers would not

2    be attributed to the source.

3    Q.      Because it would be within the background

4    sensitivity of the instrument?

5    A.      I don't know.

6                    MR. AUERBACH:  Objection, form.

7    Q.      Have you reviewed any annual environmental

8    monitoring reports in connection with your work on this

9    case?

10   A.      Annual environmental monitoring reports?  I

11   can't remember what they're called, but I've reviewed

12   monitoring reports, yes.

13   Q.      These are thick publications about

14   three-eighths of an inch thick, and they have tables in

15   them that list all of the air monitoring and the data

16   by month.  Have you reviewed any such publications?

17   A.      Yes.

18   Q.      For which years?

19   A.      I don't remember.

20   Q.      Did you produce them in this case?

21   A.      I don't remember.

22   Q.      Did you cite them in your report?

23   A.      I don't remember.

24                   MR. AUERBACH:  Counsel, when would be a
```

1    indicated that soil from animal mounds blew away miles

2    downwind?

3    A.       That's part of the foundation of my report.  I

4    don't know that I cited specific passages.

5    Q.       Anything else that you can point me to that

6    indicates where any soil from mounds at the Rocky Flats

7    Plant went, if and when it blew away?

8    A.       Not that I can recall.

9    Q.       And you performed no study to determine

10   whether any soil from any mound that you personally

11   witnessed blew off-site the Rocky Flats Plant, correct?

12   A.       Could you re --

13   Q.       You've done nothing to determine whether any

14   soil from any mounds that you personally witnessed blew

15   off-site the Rocky Flats Plant, correct?

16   A.       That's correct.

17            MR. AUERBACH:  Objection.

18   Q.       Now, let's go to your calculation on page 46.

19            Now, you make this calculation with

20   respect to hexavalent chromium, correct?

21   A.       I make part of it, yes.  I mean, I make the

22   whole thing, but with assistance.

23   Q.       The assistance of Dr. Goble?

24   A.       Right.  This is the kind of thing I would do

1     as a systems ecologist, which is my area of specialty.
2     Q.        You've never done this before, this report,
3     right?
4     A.        I have done things like this.  This is my
5     profession.  This is what I do.  I collect information
6     from multiple disciplines, I integrate information, I
7     synthesize, and I assess its impact on the target
8     variable.
9     Q.        Did you discuss the subject matter of your
10    last answer with counsel over lunch?
11    A.        What I just said?
12    Q.        Yes.  The subject matter of your last answer?
13    A.        I only -- I mentioned that I have not had an
14    opportunity to explain what I do, and I think a lot of
15    problem here in trying to communicate to you is that
16    you are picking apart little tidbits in this report,
17    and that's not what I do.  I do not -- I'm not an
18    expert on all these multiple disciplines, I'm expert in
19    integrating information and I just happened to mention
20    that to him.  I recognized that as a problem in my
21    explanation to you.
22    Q.        Did you discuss with counsel the need for you
23    to testify that part of your job is to reconcile all
24    these different disciplines?

1    Q.       Now, in the paragraph on the previous page

2    that's numbered 1, you say that there's a 1974

3    inventory of chromium.  Do you see that?

4    A.       Yes.

5    Q.       Have you ever seen that inventory?

6    A.       I've seen a list, ChemRisk 1991, Appendix C of

7    Task 2 report.  I've seen that, that's a list of

8    inventory, inventory list of chemicals at Rocky Flats,

9    includes I think about 8,000 chemicals, one of which is

10   chromium.

11   Q.       Did you use the value that was represented on

12   that list that you saw from the 1974 inventory as a

13   starting point in your analysis here?

14   A.       I used that value along with the ChemRisk

15   screening approach.

16   Q.       That's where you got your value for chromium;

17   is that right?

18   A.       Yes.

19   Q.       Okay.  And then the paragraph numbered 1 on

20   page 46 goes on to say that that represents one-tenth

21   of the average amount used and deposited on the ground.

22   Do you see that?

23   A.       I do.

24   Q.       And then you assume that's true for 15 years

1   Q.        Whatever this is begins, "Al Voight and I have
2   been disposing of unwanted chemicals in several ways.
3   If they are volatile, and will not harm groundwater, we
4   dump them on the ground to evaporate, usually at the
5   landfill."  Do you see that?  That's the first sentence
6   of this memo.
7   A.        I do, and I have also found lots of
8   documentation of nonvolatile materials, hazardous
9   materials being found in the landfill and on soil all
10  across the plant site.  If my family were living
11  downwind I would want to err on the conservative side
12  and I assume that was the common practice of Rocky
13  Flats.
14  Q.        So you assume that it was the common practice
15  of Rocky Flats to deposit 10 times the amount of the
16  chromium that they had on-site on the ground, correct?
17  A.        Given the ChemRisk --
18  Q.        Go ahead.  Is that what you did?
19  A.        Given the ChemRisk screening approach, this
20  memo and materials that have been found across Rocky
21  Flats Plant site, that is what I did.
22  Q.        Is there anything other than the ChemRisk
23  screening approach and this memo that you are basing
24  that assumption that 10 times the amount of the

1    example.  I'm trying to derive the ratio of clean to

2    contaminated soil.  But I could do it.

3              I mean, if I'm given some time I could go

4    over these numbers and estimate how much material would

5    have been entrained in the wind, soil, and I could also

6    probably convert that to curies.

7    Q.        With Dr. Goble's help?

8    A.        I could probably do it myself.

9    Q.        Now, have you calculated an amount of

10   plutonium that has been released from the Rocky Flats

11   Plant due to soil bioturbation?

12   A.        Well, I just gave you the answer.  I've done

13   it on a couple of places on the Rocky Flats Plant site.

14   I mean, this calculation was not intended to do that,

15   but it could be used that way.

16   Q.        That's what I'm trying to get at.

17             Have you determined, maybe I will use that

18   term, have you determined that any amount of plutonium

19   has been released from the Rocky Flats Plant due to

20   soil bioturbation?

21                  MR. AUERBACH:  Form.

22   A.        Have I determined that any amount has been

23   released?

24   Q.        Yes.

1   A.         It's one of the conclusions of my paper.

2   Q.         What amount?

3   A.         No, I didn't conclude what amount.

4   Q.         Is there any quantification at all that you've
5   made of an amount of plutonium that has been released
6   from the Rocky Flats Plant due to soil bioturbation?

7   A.         Let me look at my other example.  Trench T-9.
8   I did not, no.

9   Q.         Did you ever inform Dr. Goble of any amount of
10  plutonium that was released from the Rocky Flats Plant
11  by any cause between 1970 and 1989?

12  A.         I informed Dr. Goble the amount of soil that
13  would be excavated at Rocky Flats Plant during that
14  time period, but not necessarily the amount of
15  plutonium.

16  Q.         That would have been released?

17  A.         Yes.

18  Q.         When you say not necessarily, did you inform
19  Dr. Goble of an amount of plutonium that would have
20  been released from the Rocky Flats Plant at any time
21  during 1970 to 1989?

22  A.         I don't think I would have, because it really
23  wouldn't -- I mean, I think he could have done it
24  better than me.

1   now.

2   A.      I don't think I have.

3   Q.      Have you ever heard the term Pondcrete?

4   A.      Yes.

5   Q.      Have you made any calculations to determine
6   whether any Pondcrete or any material in Pondcrete was
7   ever released from the Rocky Flats Plant?

8   A.      Have I made a determination that that has
9   happened?

10  Q.      Yes.

11  A.      I know of Pondcrete being leaked on-site, and
12  I think it's likely that if it was leaked on-site in
13  soil it would be subject to soil bioturbation, wind
14  entrainment, and yes, it would get off-site.

15  Q.      Have you ever calculated an amount of any
16  material that is in Pondcrete that was released from
17  the Rocky Flats Plant?

18  A.      No.

19  Q.      Have you ever heard the term Saltcrete?

20  A.      Yes.

21  Q.      Have you ever calculated an amount of any
22  material in Saltcrete that was released from the Rocky
23  Flats Plant?

24  A.      Only in the same interim that I described with

1   Pondcrete.

2   Q.      Okay. Now, when you say you think it's likely

3   that some of that material would leave the Rocky Flats

4   Plant, what do you mean likely?

5   A.      Well, I've established in this report that

6   animal burrows, the mounds created by animal burrows,

7   excavated by animals, are subject to entrainment in

8   wind, the particles are, so because Saltcrete and

9   Pondcrete were released onto the soils surrounding the

10  750 and 904 Pads, and I can't remember if it happened

11  elsewhere, but where it did, it entered the soil

12  profile, then that soil would be subject to soil

13  bioturbation. So the same process would apply to

14  Pondcrete and Saltcrete as it does for the nitrates and

15  all the other chemicals that occur across Rocky Flats

16  Plant.

17  Q.      But you've made no calculation as to whether

18  any of those materials have been released from the

19  Rocky Flats Plant site itself, correct?

20  A.      I have concluded it has likely done so, but

21  I've made no calculations other than the chromium

22  example, other than trench T-9.

23  Q.      Now, when you say likely, have you quantified

24  that likelihood?

```
1    A.         For Pondcrete and Saltcrete?

2    Q.         For any material.

3    A.         Yes.  For chromium and for radionuclides in

4    trench T-9, and for -- that's as far as -- yes, right,

5    those examples.

6    Q.         For anything else?

7                    MR. AUERBACH:  Form.

8    A.         Have I made those calculations for anything

9    else?

10   Q.         Right.

11   A.         I don't remember.  I don't think there's

12   anything.  Are there any other calculations like that

13   in this report?  I may have made calculations outside

14   the report.

15   Q.         How likely is it that some material that was

16   in Pondcrete was released from the Rocky Flats Plant?

17   A.         Very likely.

18   Q.         Have you quantified that likelihood?

19   A.         To some degree, yes.

20   Q.         What degree?

21   A.         To the degree that I've estimated the

22   magnitude of soil bioturbation, how much soil is being

23   turned over, how much is being exposed to winds, to

24   that degree I have made the calculation.  It would be a
```

1   bioturbation, you determined the amount of certain

2   materials that potentially could be excavated to the

3   surface of the soil and thereby become available for

4   dispersion, correct?

5              MR. AUERBACH:  Form, foundation.

6   A.    But not necessarily immediately.  I was also

7   asked to assess likelihood of the material being

8   entrained in the soil for longer periods where it could

9   be chronically released instead of acutely released,

10  which is a different kind of risk factor.  It's very

11  difficult to monitor -- I mean, it's very difficult to

12  measure with instrumentation.

13  Q.    Now, for plutonium, you never calculated an

14  amount which actually was dispersed from the soil into

15  the air, correct?

16  A.    At Rocky Flats?

17  Q.    Right.

18             MR. AUERBACH:  Form.

19  A.    Well, not plutonium per se, but I'm using the

20  soil as an indicator.  So if we had the inventory of

21  the plutonium in the soil you could make the

22  estimation.

23  Q.    But you don't have the inventory of the

24  plutonium in the soil, correct?

1    whether that's actually been the case.

2    A.        I may have done so.  I don't remember.  I did

3    look at the air sampling data as I've testified

4    earlier.  I just don't think I would have used it.  I

5    obviously didn't put it in this report, at least I

6    haven't found it in this report.  I don't think the air

7    sampling stations at Rocky Flats are designed to detect

8    any kind of chronic release from soil bioturbation.

9    You couldn't conclude where it came from and the

10   quantities could easily miss air samplers, and it could

11   also be of low concentrations, that's the nature of

12   chronic releases, and may be disregarded by air

13   monitors.

14   Q.        Do you know the minimum detection limits of

15   any air monitors at the Rocky Flats facility?

16             MR. AUERBACH:  Form, foundation.

17   A.        I don't remember, but another reason why I

18   wouldn't put a whole lot of faith in it is because I've

19   already seen evidence that they had malfunctions in

20   those air monitoring stations, and I've already seen

21   data from those stations that had lots of missing

22   values for reasons I don't know.

23   Q.        Have you ever seen any data for any air

24   sampling other than the data you saw in connection with