# REPORT ON
# WASTE MANAGEMENT HISTORY OF THE ROCKY FLATS PLANT
# 1952 - 1989

by Frank J. Blaha, P.E.

November 25, 1996

## INTRODUCTION

This report summarizes and evaluates and the waste management practices at the Rocky Flats Plant (RFP) from the start of process operations at the plant up to December 31, 1989. Throughout this period the plant was owned by the Department of Energy (DOE) and its predecessors, but was operated by two separate contractors. Dow Chemical operated the plant from 1952 until June 30, 1975, and Rockwell International operated the plant from July 1, 1975 to December 31, 1989.

During this period, the nomenclature used to refer to buildings and ponds at the plant changed. In this discussion the current building and pond designations will be used whenever possible. However, in the titles of references and in quoted passages, the designations were left as the reference document noted them.

In this report I will provide an overview of the types of plant operations during this period along with related waste streams generated from those operations. I will also address the activities undertaken to confirm adequate waste management procedures during this period. Finally, a brief discussion of the more significant waste management issues (903 Pad, waste burials, Solar Ponds, holding ponds, spray irrigation and oil burning) during the history of plant operations will also be presented.

## 1.   EXPERT QUALIFICATIONS

I am a registered Professional Engineer in the States of Colorado, South Dakota, and Kentucky. I hold a B.S. in Environmental Engineering from Northwestern University as well as a M.S. in Civil and Environmental Engineering from the University of Wisconsin-Madison. I have been continuously employed as an environmental engineer since 1982, with the majority of my work being in the fields of industrial waste management and site characterization/remediation.

I have been the primary author or one of the primary authors of six RCRA Part B Permit Applications for major industries, over 25 RCRA interim status closure plans, over ten SPCC plans, as well as over 30 site characterization and remediation projects. I have evaluated the industrial waste management practices (including wastewater treatment and compliance with NPDES requirements) at various industries. I have also worked on a number of potential CERCLA and NPL sites, which involved site investigation and soil and groundwater characterization activities.

*November 25, 1996* *Frank J. Blaha, P.E.*

REPORT ON WASTE MANAGEMENT HISTORY OF THE ROCKY FLATS PLANT

RFP has handled a wide variety of chemicals and materials, but most process chemicals and materials that have been handled in any quantity are associated with operations on these five metals (plutonium, enriched uranium, depleted uranium, stainless steel, and beryllium). A brief synopsis of the RFP activities for each of these five metals is presented below, as well as a brief synopsis of related support operations. Understanding how the plant evolved from an operational viewpoint is useful in understanding waste generation and management activities. The following discussion is primarily based upon information presented in the ChemRisk Tasks 3 & 4 report (ChemRisk, August 1992) and the 1980 Environmental Impact Statement for Rocky Flats (USDOE, April 1980).

## 2.1 Plant Operations

### 2.1.1 Plutonium

Plutonium operations began in 1953 in Building 771. From that time until 1957, plutonium recovery, casting, machining, cleaning, and inspection were housed within Building 771. The only plutonium-related operation not conducted within Building 771 during this time period was pit assembly. Pit assembly operations were conducted strictly within Building 991 until the late 1950s when pit assembly operations were also begun in Building 777. Pit assembly operations continued within Building 777 until the early 1970s when they were transferred to Building 707.

In 1957, construction of Buildings 776 and 777 was completed. These two new buildings were constructed to support a new weapon design. The new weapon design required more plutonium machining than the earlier design which had been supported by plutonium opeations in Building 771. In addition, an industrial fire occurred within Building 771 in 1957. From 1957 until cessation of plant plutonium processing activities in 1989, Building 771 was primarily dedicated to plutonium recovery. Back-up plutonium casting and machining capabilities were maintained in Building 771, but these capabilities were not used in any significant production mode from 1957 to the present. The laboratories were operative in Building 771 until the end of plutonium operations, with the emphasis of these laboratories being plutonium metallurgy.

Due to the age of Building 771, and due to development of new plutonium recovery technologies, Building 771 operations were to be replaced in the early 1980s with plutonium recovery operations within Building 371. However, significant plutonium recovery operations were never achieved in Building 371. Plutonium recovery operations therefore remained in Building 771 throughout the 1980s.

Buildings 776 and 777 were the main plutonium production buildings for the time period of 1957 until 1969. For of this time period Buildings 776/777 were essentially one building, with most of the casting and shaping operations being conducted in one large room. Casting operations were conducted at the west end of the buildings, with shaping

4

*November 25, 1996* *Frank J. Blaha, P.E.*

REPORT ON WASTE MANAGEMENT HISTORY OF THE ROCKY FLATS PLANT

### 3.7.4   CERCLA at the Rocky Flats Plant

The RFP conducted onsite CEARP activities including investigation and remediation activities performed with respect to 881 Hillside -- a high priority CERCLA site at RFP -- and with respect to the RFP's medium priority CERCLA sites, which include the 903 Pad, Mound and East Trenches area. The RFP also submitted a work plan for the remaining solid waste management units at the plant, those that were not addressed in the activities relating to the 881 Hillside, the 903 Pad, Mound, and East Trenches, or the RCRA Interim status closure units. These sites constitute the low-priority solid waste management unit sites for future investigation and remediation (Rockwell International, July 1988).

### 3.8   Overview of Rock Flats Plant Waste Management Practices

As the basis for my opinions set forth in this report, I have relied on hundreds of documents, a number of which are specifically referenced throughout this report, and listed at the end of the report. In addition, other reports exist that I have also relied on relating to the RFP operations, monitoring and testing data concerning the RFP operations, the RFP's contemporaneous operational documents, and guidance and authority issued or provided by regulatory agencies. Going forward, I may rely on additional information in support of these opinions. I also expect that I may offer opinions on matter raised in the reports of plaintiffs' experts.

In my work as a professional engineer on waste disposal matters at RFP and elsewhere, I have become familiar with the standard industry practices regarding waste management that were in place during the 1970s and 1980s. In my work, I have become familiar with waste management methods described in the relevant literature. The methods utilized by RFP met or exceeded those described in the literature at the pertinent times.

RFP erred on the side of safety in order to minimize offsite impacts from plant operations. The RFP's environmental practices were deliberately designed to contain redundacies regarding environmental safety. In general, the RFP put multiple layers of protection into place so that if any one layer of protection failed, the other layers would still be able to guard against offsite releases of contaminants. These protective measures have been effective in preventing and minimizing offsite releases from the plant, and making the environmental impact from the plant operations negligible, as reflected in considerable environmental monitoring data reported by the plant, and in other reports and studies relating to the RFP's operations during the relevant time period.