COPY

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 90-K-181

MERILYN COOK, et al.,

Plaintiffs.

vs.

ROCKWELL INTERNATIONAL CORPORATION, et al.,

Defendants.

---

DEPOSITION OF DANIEL CONWAY
March 5, 1997

---

Deposition location:
633 17th Street
Suite 3100
Conference Room 31-1
Denver, Colorado

APPEARANCES:

  DAVID F. SORENSEN, Esq.,
  BERGER & MONTAGUE, P.C.
  1622 Locust Street
  Philadelphia, Pennsylvania  19103

    For the Plaintiffs.

DISK ENCLOSED



**AVERY WOODS REPORTING**

1000 Speer Boulevard • Denver, Colorado 80204
303-825-6119 • 1-800-962-3345 • FAX 303-893-8305

1   and past, at that property was?

2           A.   That would be one of the three areas
3   that they'd look.

4           Q.   But you didn't look at that, correct?

5           A.   No.

6           Q.   And you said there were three areas.
7   What are the other two?

8           A.   There are three approaches to value:
9                Looking at market comparables, looking
10  at the income approach, and the reproduction cost of
11  it.

12          Q.   So the income we've just talked about,
13  that's the cash stream generating?

14          A.   That's the income approach to value,
15  yes.

16          Q.   The market comparables, what is that?

17          A.   We look at similar buildings and adjust
18  for any differences that might occur, estimate the
19  value based on comparables.

20          Q.   And did you use that approach in
21  developing your opinion on commercial property value?

22          A.   No.

23          Q.   And the market comparable approach, is
24  that kind of like using analogies or analogous
25  buildings?

1    A.    An analogy is a mathematical formula
2  for looking at how a specific property has
3  performed.

4            In looking at market comparables, it's
5  not reduced to the mathematical formula. You are
6  looking at similar buildings and making adjustments
7  for a whole series of differences that might occur in
8  the building.

9    Q.    When you say there is some kind of
10  formula for analogy, maybe we've crossed each other
11  over.

12           When I say analogy, I was thinking more
13  of a common sense, common use of the word analogy,
14  something similar to something else.

15           Does it have some kind of technical
16  meaning to you?

17    A.    I just think in terms of analogs. In
18  commercial feasibility studies, a lot of times when
19  people are studying gas stations, they will look at a
20  similar gas station at a different location and say,
21  well, here's the market penetration given these
22  characteristics that that gas station realized, here
23  are the differences over here, here's how we would
24  make the adjustments on the other property, and they
25  come up with an analog, which is the mathematical

1  formula for it.

2            Q.   But you didn't use that approach
3  either?

4            A.   No.

5            Q.   How about reproduction?  What does that
6  mean, reproduction?

7            A.   Just what it would cost to rebuild the
8  facility.

9            Q.   In other words, starting as of the day
10 the analysis is made?

11           A.   Correct.

12           Q.   And did you use that approach?

13           A.   No.

14           Q.   So what approach did you use for
15 commercial property?

16           A.   We looked at construction patterns in
17 the area to see if or if not the market was
18 performing at a level that we thought it should be
19 performing at.

20           Q.   For the purposes of my question, if
21 there were sites similar to Rocky Flats in other
22 places, toxic dumps, sites with release or threat of
23 release of toxic chemicals in other places, do you
24 think, in your opinion, it would be one approach, not
25 the perhaps the only approach, but one approach to