United States District Court
for the District of Colorado

Case No. 90-K-181

Merilyn Cook, et al.

v.

Rockwell International Corporation,
a Delaware Corporation; and

The Dow Chemical Company,
a Delaware Corporation

---

Supplemental Expert Report of

Ralph C. d'Arge

March 18, 1997

### I. Referendum Format

According to the NOAA Panel the valuation question (or questions) "should be posed as a vote on a referendum." That is, it should be structured to elicit a "yes" or "no" response. The Decision Research Survey does this by asking for a yes/no response on a $5,000 or $10,000 reduction in price. Thus, it generally complies with the guideline for a yes/no format, but fails because the referendum format was preferred by the NOAA Panel because of the analogies with voting for a new tax to pay for a relatively obscure commodity. Respondents were thought to have experience on such voting processes through municipal bond elections for parks, etc. However, here the yes/no format is used for compensation on a strictly private purchase. In consequence, it is doubtful that a referendum format would be the preferred one under the circumstances.

Of equal importance is the selection of $5,000 and $10,000 reductions in the price of the hypothetical "just right" home to induce purchase. These amounts have no relation to taxes and therefore the necessity of a referendum format. The survey provides no evidence on how these numbers were estimated or their origin. It is interesting to note that the final estimate prepared by Hunsperger from the Decision Research data is $6,825, which is between the $5,000 and $10,000 range suggested in the survey. Did the range itself determine the final estimate?

### J. Accurate Description of the Program or Policy

Since no actual damage information is provided to the respondents it is difficult to discover what they are responding to except to the phrase "nuclear weapons facility," "safety zones," and analogies with the Rocky Mountain Arsenal. No relative risk information is provided contrasting Rocky Flats with other types of plants, industries or waste sites. No context is given for the commodity to be valued. In consequence, respondents are valuing something almost in the abstract named Rocky Flats, not unlike responding to the words killer bees or skin cancer. Since actual impacts are not

PUTNAM, HAYES & BARTLETT, INC.

Tab 1
**Supplemental Expert Report of Ralph C. d'Arge**

### B.   Implied Value Cues

Value cues occur when components of the contingent market provide information or cues to respondents on the "correct" values.

#### 1.   Starting Point Bias

The Decision Research Survey specifies that the first value to be looked at is $5,000 as compensation. The obvious "cue" to the respondent is that the problem is a multiple thousand dollar problem. Is this "cue" significant? No tests are performed to determine if such cues significantly affect the selected level of compensation. The presence of "starting point" bias or lack of it cannot be assessed, but is likely to be present.

#### 2.   Range Bias

The range of possible values is $5,000, $10,000; some amount identified by the respondent greater than $10,000; an amount that is indefinitely large (i.e., a very large positive number). Thus, the potential range may be something like $5,000, $10,000, $30,000 and $1 million. Such large implied ranges may distort estimates of minimum compensation. Through focus groups, pretests, and other means this range could have been reduced. It has led to the conclusion that 46 percent of the potential buyers would require at least $30,000 in compensation, which is very unlikely if the range had been thoughtfully structured and justified from focus groups or other means.

#### 3.   Relational

The survey links the Rocky Mountain Arsenal and Rocky Flats through some identification but does not identify any other potential sites. It is likely that respondents with negative perceptions of the Rocky Mountain Arsenal will transfer these to Rocky Flats even if they know nothing about Rocky Flats, given the linkage in the questionnaire. While "relational bias" is not tested for, its presence should be expected given the structure of the survey questions.