1

```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO


MERILYN COOK, et al.,        )
              Plaintiffs,    )
     v.                      )   No. 90-K-181
ROCKWELL INTERNATIONAL       )
CORPORATION and THE DOW      )
CHEMICAL COMPANY,            )
              Defendants.    )
```

The deposition of JOHN DONALD DORCHESTER, JR., called by the Plaintiffs for examination, taken pursuant to the provisions of the Federal Rules of Evidence and Civil Procedure pertaining to the taking of depositions, before KIMBERLY A. SMITH, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, at the Law Offices of Kirkland & Ellis, Suite 61 North Main, 200 East Randolph Drive, Chicago, Illinois, on the 29th day of April, 1997, at 9:05 a.m.

**ORIGINAL**

VICTORIA COURT REPORTING SERVICE, INC.    (312) 443-1025

Victoria Court Reporting Services, Inc.
123 WEST MADISON STREET, SUITE 800, CHICAGO, IL 60602-4511
312/443-1025  FAX 312/443-1029

1  property effect.  But to the extent that there
2  was one, it would sure be in the data.  It would
3  be reflected in the market values as of the start
4  of this litigation.
5       Q    I want to make sure that the record is
6  clear.  Could you state for me in your own words
7  what opinions, if any, you're rendering in this
8  litigation concerning market values of real
9  property around Rocky Flats prior to June 1989?
10      MR. DUTTON:  Objection.  Asked and
11  answered.  It's a different question.
12      THE WITNESS:  I'm reflecting in my work
13  whether there is as a result of my research and
14  analysis any reason to believe that there was an
15  effect on the probable values of this marketplace
16  as a result of the FBI raid in June of 1989.
17           The purpose of my study was not
18  to try to quantify any effects that might have
19  occurred prior to that.  So first, I'm not
20  appraising any individual property nor am I
21  dealing with the market value of any individual
22  property in my work.  But I am certainly dealing
23  with information relative to market activities
24  before and after the FBI raid.