02/19/97    15:31    EPIDEMIOLOGY COLUMBIA SPH → 312 861 2200 58 04         NO.680    002

Further Considerations of Some Epidemiologic Issues Arising from
the Rocky Flats Litigation

Geoffrey R. Howe, Ph.D.
Professor and Division Head
Division of Epidemiology
Columbia School of Public Health
New York, New York

February 19, 1997

## 1.    INTRODUCTION

This report, which is supplementary to my earlier report dated November 21, 1996 prepared in connection with the litigation being pursued by individuals who have lived near the Rocky Flats plant in Colorado, addresses a number of issues, in particular, those which have been raised by Dr. Richard Clapp in his expert report dated November 13, 1996.

Specifically in this report I present (a) the results of calculations of the risk of lung and bone cancers due to the emission of radionuclides from the Rocky Flats plant based on organ specific risk models for these cancer sites and (b) present the results of an ecological analysis of the proportions of bone, brain and lung cancers occurring in various zip codes in Jefferson County between 1979 and 1992.  The latter analysis is based on data provided by the Colorado Central Cancer Registry, and as far as I am aware, is the same data as that provided to Dr. Clapp on which he based his report.

As stated in my first report, and in agreement with the recent report issued by a National Academy of Sciences Committee on Dose Reconstruction (NAS 1995) there are three epidemiologic approaches to estimating risk amongst populations exposed to low doses of ionizing radiation.  The three approaches are:

Rfl2 2/19/97                                                               2

A.     The use of risk projection models in which risks are
derived from epidemiologic studies in groups of individuals
exposed to high doses of radiation, for example, the survivors of
the atomic bombings in Hiroshima and Nagasaki (Pierce et al 1996)
or underground miners exposed to radon and its decay products
(Lubin et al 1994).

B.     Conducting ecologic analyses of cancer rates amongst
those individuals actually exposed to the radiation of interest,
in which one compares average cancer rates in various geographic
areas with the corresponding average radiation dose for
individuals in those areas.

C.     The use of analytic epidemiologic studies such as case-
control or cohort studies in the population actually exposed;
this approach differs from the ecologic approach as in (B) in
that in this type of study doses and risks are estimated at the
individual rather than the group level.

Each of the above type of approach has its strengths and
limitations.  In the present report I consider each approach in
turn, and in particular apply the first and second approaches to
the Rocky Flats situation; since no analytic (individual) studies
have been conducted amongst those living near Rocky Flats, the
third approach cannot be used.  Further, as outlined briefly

Rfl2 2/19/97                                                          3

below (section 4) no analytic study could possibly be warranted because of its lack of statistical power.

## 2.   THE RISK PROJECTION APPROACH

In my first report I gave estimates of excess all cause cancer mortality risks as a function of average radiation dose in the population living near Rocky Flats. This was based on estimates of the effective dose, i.e., equivalencing the effect of organ-specific doses to that which might be expected on the basis of whole body exposure. I also pointed out in that report that organ specific doses and organ specific risk models would be a preferable approach since these involve fewer assumptions than that involved in projections based on the effective dose, i.e., whole body dose. However, because organ specific doses were generally not available in the Chem Risk Report No. 8 (Chem Risk 1994) it was difficult to apply organ specific risk models.

However, given the ecological analyses presented by Dr. Clapp in his report, which focussed on specific cancers (i.e., bone cancer and lung cancer), in my opinion, it is critical to develop the best possible risk projection models specifically for these cancers, since such risk estimates impinge directly upon the biological plausibility of the reported ecologic analyses.

Rfl2 2/19/97                                                                4

Therefore, in this section I present the results of applying risk
models specific for lung cancer and bone cancer to the Rocky
Flats data.  In the following section I consider the implications
of these results for the ecologic analyses which I present there.

I have not conducted risk projection analyses for brain
cancer, since in my opinion, there is little meaningful evidence
that the brain would be a target organ for the types of radiation
emitted from Rocky Flats.  Brain cancer is only included in the
ecologic analyses (Section 3) because it was the only cancer in
addition to bone and lung cancers that was available from the
Colorado Central Cancer Registry.

As pointed out by the BEIR IV Committee (NRC 1988) there are
no adequate human data on which to base cancer risk estimates
following exposure to the transuranic elements. That committee
recommended that for lung cancer the risk model should be based
on the experience of radon exposed underground miners, and that
for bone cancers the model should be based on the experience of
those exposed to radium 226.  Each of these models is now
discussed.

A.  Risk of lung cancer following exposure to radon decay
products: The most recent model for these data is that derived by
Lubin and his colleagues (including the present author) from the

Rfl2 2/19/97                                                    5

combined analysis of 11 cohorts of uranium and other miners
(Lubin et al 1994). 'In this analysis the original records for
67,746 miners were combined, in which a total of 2,736 lung
cancers had occurred. The preferred risk model was of the form:

relative risk = $1.0 + \beta$ exposure                          (1)

where exposure is that to radon decay products in working level
months (WLM). However, the value of $\beta$ depends on time since
exposure, age at risk and exposure rate, with the highest $\beta$s
being for exposures incurred in the time interval 5-15 years
prior, for ages at risk under the age of 55 years, and for low
exposure rates. Specifically, I have used the following model to
estimate risks of lung cancer from the alpha emitters plutonium,
americium and uranium.

Relative risk = $1.0 + \beta$ exposure $\theta_i \phi_j \gamma_k$          (2)

where $\beta$ is the coefficient for cumulative exposure

$\theta_i$ is the coefficient for time since exposure

$\phi_j$ is the coefficient for age at risk

$\gamma_k$ is the coefficient for exposure rate

The values of these parameters are given in Table 1. It was
assumed that the exposure rate was less than 0.5 working levels
thus giving the maximum risk.

Rf12 2/19/97                                                               6

This model was then used to predict risks of lung cancer for populations living around Rocky Flats and exposed to various doses of radiation to lung tissue. Because of the difficulties referred to above in obtaining relevant specific estimates of lung tissue dose I have instead considered an effective dose of 1 millisievert which, as cited in my first report, represents a reasonable upper limit on the maximum effective dose received by any individual (John Auxier, personal communication, 1996). I have used the relationship between lung equivalent dose and effective dose presented in Chem Risk Report No. 8 (Appendix N) (Chem Risk 1994) to convert 1 millisievert effective dose to 0.02 rad lung absorbed dose. I am not a dosimetrist and hence there may be more appropriate conversion factors, but the risk projections presented below can simply be extrapolated to any assumed organ dose by appropriately multiplying the risks by the factor involved. Because of the uncertainty of the time distribution of doses I have therefore, for simplicity, assumed that the lung dose was received in equal amounts in the five years between 1965 and 1969 corresponding to maximum exposure from the 903 pad. However, results are little changed by differing assumptions about the time distribution of exposure.

I have used an approximate conversion factor of 0.55 rad per

Rfl2 2/19/97                                                            7

WLM in order to apply equation 2 to these organ absorbed doses
(Howe 1995).

The other difficulty in applying the above risk projection
model is that the population at risk is not well defined partly
due to both in-migration and out-migration. Therefore, instead I
have calculated risk projections per 10,000 population for a
series of individuals with different birth years, and for both
genders. The excess risk depends on both these factors.

Applying the above risk model, together with the assumed
absorbed lung tissue dose, and applying standard life table
techniques leads to the predicted excess number of lung cancers
per 10,000 population shown in Table 2. The excess cancers were
calculated between 1979 and 1992 which are the years for which
cancer incidence data are available from the State of Colorado
and which are the basis for the ecological analyses performed by
Dr. Clapp in his report and in the present report in the
following section.

The actual predicted excess for any real population will lie
somewhere between the minimum and maximum values shown in Table 2
with the actual value being some average of the individual
estimates weighted by the gender and birth year distribution of
the actual population exposed. Whatever these weighting factors,
Rf12 2/19/97                                                        8

the model predicts that the excess number of lung cancers per
10,000 persons will lie between <0.01 and 0.32 for men, and <0.01
and 0.14 for women.  The corresponding relative risk will lie
between 1.0004 and 1.0018 for men and 1.0004 and 1.0018 for
women.

    B.   Risk of bone cancer following exposure to radium 226:

    With respect to bone cancer by far the best defined group
exposed to radium 226 consists of women in the United States who
ingested radium during the course of painting watch dials with
luminescent radioactive paint.  The most definitive analysis of
the epidemiologic data fro these women in which risk has been
estimated as a function of skeletal dose in rads has been
presented by Rowland (Rowland et al 1978).  This was based upon
759 women employed in the radium dial industry before 1930.
These women were followed to 1976, by which date a total of 38
cases of bone cancer were observed in the group.  It is estimated
that these women received very high doses of radiation to the
skeleton with a mean dose of 1072 rads (weighted by person-
years).  To date, no cases of bone cancer have been observed in
women who received less than 100 rad.  Rowland et al (1978)
fitted a variety of dose response models to the data.  They
concluded that the model which best fit the data was of the form:

Rfl2 2/19/97                                                        9

$R(D) = 9.8 \times 10^{-10}D^2\exp(-1.5 \times 10^{-4}D)$ \hfill (3)

where R is the excess risk in units of cases per person-year at
risk and D is the average skeletal dose in rad.  This particular
form of equation means that risk increases with the square of
dose, but that at very high doses the effect is modified because
of cell sterilization by locally deposited hot spots of
radiation.  This model (Equation 3) would predict essentially
zero risk for anyone exposed to the low skeletal doses
experienced by those living near Rocky Flats.  Therefore, as a
conservative approach, i.e., one which is likely to overestimate
risks at low doses, a second model developed by Rowland et al
(1978) was used.  This is a simple linear model, i.e., one in
which risk increases linearly with dose and has the form:

$R(D) = 2.0 \times 10^{-6}D\exp(-3.1 \times 10^{-5}D)$ \hfill (4)

where again D is skeletal dose in rad.  Given that the doses
received by those living near Rocky Flats were so low, the cell
sterilization term included in Equation 4 is completely
negligible.

The above model (4) was applied in a similar way to that
described for lung cancer.  An effective dose of 1 millisievert
was treated as equivalent to a bone dose of 0.05 rad again
following Appendix N of the Chem Risk Report No. 8 (Chem Risk

Rf12 2/19/97 \hfill 10

1994). The results of fitting the model are shown in Table 3.
Again, the model can be extrapolated to different populations and
different doses by simply multiplying the projected risks by the
appropriate factor.

    With respect to bone cancer the model predicts that the
excess risk per 10,000 population will lie between <0.01 and 0.01
for men where the corresponding relative risk will lie between
1.001 and 1.011. For women the excess risk will lie between
<0.01 and 0.01 and the relative risk between 1.003 and 1.015.

    Clearly, the use of risk projection involves assumptions,
though the use of organ specific risk models involves less
assumptions than that based on equivalencing organ doses to whole
body exposures. It is certainly conceivable, for example, that
the radiation weighting factor, i.e., relative biological
effectiveness, could be different for alpha particles from radon
decay products than for alpha particles from plutonium. However,
even if these models underestimate the relative biological
effectiveness of the alpha emitters relevant to the Rocky Flats
situation, it is clear that the corresponding risks would be
minimal in a population of 10,000 individuals maximally exposed.
This is of course directly relevant to risks of lung and bone
cancer amongst individuals living near Rocky Flats, but in

Rfl2 2/19/97                                                           11

addition, is directly relevant to the biological plausibility of

the ecological analyses performed by Dr. Clapp and considered by

me in the following section.


                            3.  Ecologic Studies

        A number of ecologic studies have been conducted in the

population living around Rocky Flats including those of Johnson

(1981), Chinn (1981), Crump (1984, 1987) and that reported by Dr.

Clapp (1996).  The conclusions of these reports vary

considerably.

        As I stated in my first report, ecologic studies have very

substantial limitations which mean they cannot be used to make

causal inferences.  Dr. Clapp makes essentially the same point in

his own report.  The difficulties of ecologic studies in which

exposure and disease are measured at the group level include the

possibility of confounding at both the group and individual level

(Greenland and Morgenstern 1989 ).  In particular, there is no

guarantee in an ecologic study that those individuals who have

the exposure of interest are indeed the same individuals who are

developing the disease.  For example, in the correlational

studies which have been carried out around Rocky Flats, some of

the population who were exposed may well have migrated outside

Rfl2 2/19/97                                                            12

the area and hence cancer cases amongst them would have been
missed; conversely, cancer cases identified in the area could
have arisen in individuals who in-migrated to the area when
exposures had fallen substantially.  Thus, severe
misclassification of exposure can occur in such exercises.

Another major concern in ecologic studies is the absence of
data on such factors as smoking and socioeconomic status.  Such
factors substantially impact the risk of many cancer, including
lung cancer.  Without even aggregate level data for smoking, it
is almost impossible to interpret results with respect to lung
cancer.

Yet another problem with ecologic studies is that of
multiple comparisons.  This will occur if data are analyzed for
many cancers or for multiple sub-groups defined by factors such
as gender, age and calendar year.  The more such comparisons one
makes the more likely one is to generate apparent spurious
associations by chance, and the conventional p value can be very
misleading in such cases.

Finally, such studies are completely lacking in adequate
power to detect any effect of radiation if the risks of cancer
are of the order of magnitude predicted by the risk projection
approach described in the previous section.  For example, if we

Rfl2 2/19/97                                                          13

were to follow two populations for 50 years, one exposed to the
highest estimated doses around Rocky Flats (as in Section 2) and
one population not exposed at all, in order to have 80% power to
detect a difference in lung cancer risk between the two
populations which was statistically significant at the 0.05 one
sided level, one would require 500 million individuals in each
group.   Similarly, for bone cancer one would require 100 million
individuals.   Clearly, given the reality of the population sizes
available, such comparisons are impossible.

Despite these fundamental limitations in ecologic studies,
such studies may, on occasion, reassure the public that there are
no large differences in risk between exposed and non-exposed
populations; in this sense the word "large" means orders of
magnitude greater than the risk difference which would be
predicted under risk projection models.   Scientifically such
studies do not have the power to detect the magnitude of risk
which might sensibly be expected, but can be of benefit in
reassuring the public psychologically.   An example of this is the
study by Jablon et al (1991) of leukemia and other cancers around
U.S. nuclear installations which demonstrated that indeed there
were no large risks present around these facilities (Howe   1991).
Scientifically one could have anticipated such a result, but

Rfl2 2/19/97                                                    14

demonstrating this to the public is clearly of some benefit.

With this in mind I conducted an ecologic analysis of the
cancer incidence data for bone, brain and lung cancers in
Jefferson county, the county which includes the Rocky Flats
plant.  The data were provided in tabular form by Mr. Jack Finch
of the Colorado Central Cancer Registry (personal communication
1997) and consisted of the number of cancers by age group (0-44,
45-54...85+), calendar year (1979-1983, 1984-1988, 1989-1992) and
gender in 20 specific zip codes in the county.  Data from the
remaining 13 zip codes could not be provided individually for
reasons of confidentiality, and were included in a single
category labeled "extra zip codes."  I believe these are the same
data that were provided to Dr. Clapp for his analysis.

My approach differs to that used by some of the other
individuals who have conducted similar ecological analyses.
Given the problems of confounding and multiple comparisons
discussed above, my starting point is biological plausibility.
If one is to see an effect of the type of radiation emitted by
the Rocky Flats plant, clearly the primary target organs would be
the lung and bone (data for other organs of interest including
liver and the lymphatic system were not available).  I included
brain as a secondary analysis simply because the data were

Rfl2 2/19/97                                                        15

available, though the epidemiologic evidence relating plutonium
exposure to brain cancer risk is flimsy.

The second issue of biological plausibility relates to the
timing of exposure and risk. Clearly, maximum exposure occurred
between 1965 and 1969 from the 903 pad. The latent period for
lung cancer from radiation exposure is generally agreed to be ten
years for low LET radiation (primarily based on the atomic bomb
survivors study) and five years for radon (based on the radon
exposed underground miners studies). It seems very unlikely
therefore that any effects on lung cancer would manifest
themselves in the 1969-1971 data used in several earlier reports.
The current data were available between 1979 and 1992, i.e., some
ten years after the period of maximum exposure. Hence, it makes
sense to look for any lung cancer effect in that time period
since the necessary latent period should have passed by then.
For bone cancer the latent period is less well defined but is
typically considered to be of the order of seven years (Rowland
et al 1978). Again therefore the use of data between 1979 and
1992 makes biological sense.

Finally, in terms of biological plausibility the existence
of a dose response gradient is an important consideration in
considering associations. Therefore, for my analysis I have

Rfl2 2/19/97                                                        16

divided the zip codes into three groups.  The innermost group are
those which are inside the two plutonium soil contours identified
by Dr. Clapp; the third group also identified by Dr. Clapp
consists of those beyond the outermost contour.  The second group
then consists of the remaining zip codes.  The grouping of the
zip codes is given in the Appendix.  If one is to see an effect
one might expect to see a gradient in risk over these three sets
of zip codes.

    I note that I have used the zip codes identified by Dr.
Clapp and have made no attempt to verify their appropriate
assignment to any particular soil contour.  The raw data which I
have used for my analysis i.e., counts of bone, lung and brain
cancers and all cancers are given in the appendix table by
gender, age group, year and zip code.  Zip codes are divided into
three.  The first 6 in each table are the highest exposed zip
codes.  The next 11 the middle exposed zip codes and the last 3
the lowest exposed zip codes.

    Unfortunately, it was not possible to estimate relative
risks in the usual way, since data were not available to me on
the age and gender composition of the population at risk in each
zip code by calendar year.  Therefore, I had to rely on a
technique called proportionate cancer incidence analysis, which I

Rfl2 2/19/97                                                    17

believe is the same as that used by Dr. Clapp.  In this approach

the numerator in any cell consists of the number of cancers of

interest, and the denominator consists of the numbers of all

other cancers in that cell, where cells are defined by age group,

gender and calendar year.  This technique is less satisfactory

than that based on true rates but is unlikely to be subject to

any major distortions (Breslow and Day 1987).

Analyses were conducted (a) comparing the relative risk for

the innermost zip codes to the outermost zip codes, and the

middle zip codes to the outermost and (b) treating the exposure

variable as an ordered variable with values of 1, 2 and 3 in

order to carry out a trend test.  All analyses were based on

conditional logistic regression analysis, with strata being

formed from the possible combinations of gender, age group and

calendar year (Breslow and Day 1980).

I did not include data from any of the extra zip codes in my

analysis since this clearly would introduce mis-classification

and hence could lead to misleading results.

In my opinion, the most definitive analysis is that which

includes both genders, all age groups, and all calendar year

groups.  If exposure is going to affect risk, there appears to be

no obvious reason why it would not affect all subgroups more or

Rf12 2/19/97                                                              18

less equally, and hence the analysis including all subjects is
the most meaningful and stable. The results of this analysis are
shown in Table 4. There is no evidence from these results of any
positive association between exposure and risk for bone, lung or
brain cancers. The slight variation in the relative risks from
the null value of 1.0 is simply that which one might well expect
by chance. None of the individual relative risks are
statistically significant, and, more importantly, all p values
for trend are greater than 0.48.

A secondary analysis was carried out using the above
approach but conducting separate analyses for men and women in
each of the three calendar year periods. The results are shown
in Table 5. Because of the much smaller numbers of cases,
inevitably there is more fluctuation in these results than in the
main results shown in Table 4. Two of the associations achieve
conventional levels of statistical significance namely, that for
brain cancer in women in the period 1979 to 1983 (p=0.03) and
that for women for lung cancer in the period 1979 to 1983
(p=0.04). However, the associations go in opposite directions
i.e., one positive and one negative. The probability of seeing
two significant results out of 21 trials by chance is 28 per
cent; thus, the results shown in Table 5 are very compatible with

Rfl2 2/19/97                                                    19

the lack of any underlying association beyond that which might
occur by chance. Further, there is absolutely no plausible
biological reason why one should see an isolated effect in one
gender/year group but not in the others.

### 4.   Analytic Epidemiologic Studies

As pointed out above, analytic studies (e.g., case control
or cohort studies) could not sensibly be conducted in the
population living around Rocky Flats due to the complete lack of
statistical power of any such study.  This may be illustrated by
the calculations of Section 3 in which it is pointed out that an
exposed cohort of 500 million maximally exposed individuals would
be required to yield a power of 80% to detect a lung cancer
effect, and a cohort of 110 million individuals would be needed
to detect any bone cancer effect.

## 5.  SUMMARY

In this report I present (a) the results of risk projection
models based on organ-specific doses and models with respect to
lung and bone cancer risk in populations living around Rocky
Flats and (b) results of an ecological analysis of cancer
incidence data for bone, lung and brain cancers for Jefferson
County between 1979 and 1992.

The application of the risk projection models clearly shows
that any risk in the population living near Rocky Flats is
minimal, even if risks or doses are substantially underestimated.

These results are very consistent with the failure to find
in the ecological analysis any evidence for any positive
association between exposure to emissions from Rocky Flats and
increased risk of bone, lung or brain cancers.  In particular, I
note that my ecologic analysis has been based on considerations
of biological plausibility both in terms of designing the
analysis and interpreting it.  Failure to take such plausibility
into account, in my opinion, severely limits some of the previous
attempts to conduct such ecological analyses.

In my opinion, the above two exercises have provided further
evidence that the population living around Rocky Flats can be
reassured that they have no meaningful increase in the risk of
cancer due to emissions from the plant.

Rfl2 2/19/97                                                    21

## Table 1.

### Coefficients Used in the Radon/Lung Cancer Risk Model

| Variable | Value | Coefficient |
|----------|-------|-------------|
| Cumulative exposure | per WLM | 0.0611 |
| Time since exposure | 5-14 years | 1.00 |
| | 15-24 years | 0.81 |
| | 25+ years | 0.40 |
| Age at risk | <55 years | 1.00 |
| | 55-64 years | 0.65 |
| | 65-74 years | 0.38 |
| | 75+ years | 0.22 |
| Exposure rate | <0.5 WL | 1.00 |

23

Table 2.

Predicted Excess Lung Cancer Risk Between 1979 and 1992
Following Absorbed Dose of 0.02 Rad Between 1965 and 1969

| Birth Year | Men | | Women | |
|---|---|---|---|---|
| | Excess Risk Per 10,000 Persons | Relative Risk | Excess Risk Per 10,000 Persons | Relative Risk |
| 1890 | 0.01 | 1.0004 | <0.01 | 1.0004 |
| 1900 | 0.05 | 1.0004 | 0.02 | 1.0004 |
| 1910 | 0.18 | 1.0006 | 0.08 | 1.0005 |
| 1920 | 0.32 | 1.0009 | 0.14 | 1.0008 |
| 1930 | 0.28 | 1.0013 | 0.14 | 1.0014 |
| 1940 | 0.09 | 1.0018 | 0.07 | 1.0018 |
| 1950 | 0.01 | 1.0018 | 0.01 | 1.0017 |
| 1960 | <0.01 | 1.0018 | <0.01 | 1.0018 |

Rf12 2/19/97

Table 3.

Predicted Excess Bone Cancer Risk Between 1979 and 1992
Following Absorbed Dose of 0.05 Rad Between 1965 and 1969

| Birth Year | Men | | Women | |
|---|---|---|---|---|
| | Excess Risk Per 10,000 Persons | Relative Risk | Excess Risk Per 10,000 Persons | Relative Risk |
| 1890 | <0.01 | 1.001 | <0.01 | 1.003 |
| 1900 | <0.01 | 1.003 | <0.01 | 1.003 |
| 1910 | 0.01 | 1.003 | 0.01 | 1.004 |
| 1920 | 0.01 | 1.004 | 0.01 | 1.007 |
| 1930 | 0.01 | 1.007 | 0.01 | 1.007 |
| 1940 | 0.01 | 1.011 | 0.01 | 1.014 |
| 1950 | 0.01 | 1.010 | 0.01 | 1.015 |
| 1960 | 0.01 | 1.008 | 0.01 | 1.013 |

Table 4
Proportionate cancer incidence odds ratios (1979-1992)
by zip code (outer, middle and inner)
grouped according to Dr. Clapp's report
(see Appendix for zip code groupings)
Men and women combined

| Cancer | | Outer | Middle | Inner | p trend |
|--------|------|-------|--------------|--------------|------|
| Bone | OR: | 1.0 | 0.59 | 0.82 | 0.70 |
| | 95% CI: | | (0.31-1.1) | (0.42-1.6) | |
| Brain | OR: | 1.0 | 0.95 | 1.1 | 0.60 |
| | 95% CI: | | (0.70-1.3) | (0.76-1.5) | |
| Lung | OR: | 1.0 | 1.1 | 1.1 | 0.48 |
| | 95% CI: | | (0.92-1.2) | (0.91-1.3) | |

## Table 5
### Proportionate cancer incidence odds ratios by zip code (outer, middle and inner) grouped according to Dr. Clapp's report (see Appendix for zip code groupings) by gender and year

| Cancer | Gender | Years | | Outer | Middle | Inner | p trend |
|--------|--------|-------|------|-------|--------|-------|---------|
| Bone | men | 1979- | OR: | 1.0 | 1.4 | 1.8 | 0.49 |
| | | 1983 | 95% CI: | | (0.29-6.8) | (0.33-9.4) | |
| Brain | | | OR: | 1.0 | 0.80 | 1.0 | 0.82 |
| | | | 95% CI: | | (0.39-1.6) | (0.47-2.2) | |
| Lung | | | OR: | 1.0 | 0.85 | 1.0 | 0.48 |
| | | | 95% CI: | | (0.60-1.2) | (0.71-1.5) | |
| Bone | men | 1984- | OR: | 1.0 | 0.30 | 2.3 | 0.11 |
| | | 1988 | 95% CI: | | (0.019-4.9) | (0.27-20.) | |
| Brain | | | OR: | 1.0 | 0.94 | 1.2 | 0.57 |
| | | | 95% CI: | | (0.48-1.8) | (0.57-2.3) | |
| Lung | | | OR: | 1.0 | 1.2 | 1.0 | 0.65 |
| | | | 95% CI: | | (0.84-1.6) | (0.71-1.4) | |
| Bone | men | 1989- | OR: | 1.0 | 1.1 | 0.75 | 0.71 |
| | | 1992 | 95% CI: | | (0.29-4.5) | (0.15-3.8) | |
| Brain | | | OR: | 1.0 | 0.72 | 0.48 | 0.065 |
| | | | 95% CI: | | (0.38-1.4) | (0.22-1.1) | |
| Lung | | | OR: | 1.0 | 1.5 | 1.5 | 0.0_1 |
| | | | 95% CI: | | (1.1-2.1) | (1.0-2.1) | |
| Bone | women | 1979- | OR: | 1.0 | 0.34 | 0.19 | 0.11 |
| | | 1983 | 95% CI: | | (0.066-1.8) | (0.019-1.8) | |
| Brain | | | OR: | 1.0 | 1.8 | 2.7 | 0.030 |
| | | | 95% CI: | | (0.60-5.2) | (0.93-8.1) | |
| Lung | | | OR: | 1.0 | 0.92 | 0.63 | 0.037 |
| | | | 95% CI: | | (0.57-1.5) | (0.37-1.1) | |
| Bone | women | 1984- | OR: | 1.0 | 0.27 | 0.63 | 0.61 |
| | | 1988 | 95% CI: | | (0.061-1.2) | (0.16-2.6) | |
| Brain | | | OR: | 1.0 | 1.4 | 1.1 | 0.93 |
| | | | 95% CI: | | (0.56-3.4) | (0.38-2.9) | |
| Lung | | | OR: | 1.0 | 0.91 | 0.87 | 0.50 |
| | | | 95% CI: | | (0.62-1.3) | (0.58-1.3) | |
| Bone | women | 1989- | OR: | 1.0 | 0.39 | 0.51 | 0.47 |
| | | 1992 | 95% CI: | | (0.078-2.0) | (0.10-2.5) | |
| Brain | | | OR: | 1.0 | 0.90 | 1.1 | 0.72 |
| | | | 95% CI: | | (0.37-2.2) | (0.45-2.7) | |
| Lung | | | OR: | 1.0 | 0.92 | 1.2 | 0.13 |