

1

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

------------------------------------------x

MERILYN COOK, et al.,

              Plaintiffs,

   - against -

ROCKWELL INTERNATIONAL, et al.,

              Defendants.

------------------------------------------x

        DEPOSITION of GEOFFREY R. HOWE, Ph.D., taken before Ellen K. Leifer, a Notary Public of the State of New York, held at the offices of Kirkland & Ellis, Esqs., 153 East 53rd Street, New York, New York, on the 26th day of March, 1997, at 9:00 a.m., pursuant to agreement.

*Edward Shulman Reporting Co.*
132 Nassau Street New York, New York 10038 (212) 285-9700

```
                                                          122
 1                      Howe
 2    disease that's being screened, there is no method
 3    to go back and correct for the people who could
 4    have been screened during the randomized control
 5    trials; correct?
 6              MR. KURTENBACH:  Form.
 7         A    Correct.
 8         Q    So what you are saying is that, if
 9    there is a test available that might have some
10    benefit, that before you use it as a screening test
11    it has to be proven to be of benefit?
12         A    There has to be good evidence that
13    it's of benefit, yes.
14         Q    And if people die in the interim while
15    these tests are going on, so be it?
16              MR. KURTENBACH:  Form, incomplete
17         hypothetical.
18         A    I mean, that's clearly -- there are
19    more appropriate ways of phrasing that.  I mean,
20    clearly in any intervention of any description, in
21    terms of treatment, we, unfortunately, have to
22    follow such procedure.  We have no alternative, and
23    the analogy, of course, are studies of treatment,
24    which are carried out in exactly the same way.
25              For example, let's take childhood
```

```
                                                        123
1                         Howe
2      leukemia.  So in the 1950s, starting in the 1950s,
3      people started to speculate that certain forms of
4      treatment, chemotherapy, could reduce mortality
5      from childhood leukemia, so -- but they didn't know
6      indeed whether these were effective.
7                    What they were able to do by a series
8      of trials was to show that, as they have tried
9      various chemotherapeutic agents in various
10     combinations eventually over a number of years with
11     a number of trials, they eventually were able to
12     reduce the mortality from childhood leukemia
13     substantially.  If we had had that state of
14     knowledge in 1950 that we had in 1970, sure, we
15     could have saved the kids.  In 1950, we didn't have
16     that knowledge and wouldn't have had that knowledge
17     without the trials.
18                   Exactly the same applies to the
19     screening.  You can only work with the current
20     state of knowledge.  You can't go backwards in time
21     and apply knowledge you have now to a situation 10
22     or 20 years ago, by definition.
23          Q       But I am not asking you to go back and
24     apply knowledge.  What I am saying is, if you are
25     at a point in time where there is a screening test
```

159

1      Howe

2   data which he used, which he obtained from the
3   Colorado Central Cancer Registry and I also
4   subsequently obtained, I assume is good quality
5   data.  The question of -- as you know, he allocated
6   certain postal codes to -- certain ZIP codes to
7   exposure areas, and I have no knowledge of how he
8   did that or the validity of that process.
9        Q      Any other criticisms that you have
10  with regard to the method of his study?
11              MR. KURTENBACH:  Same objection.
12       A      Well, I am just trying to think.
13  There were -- there were a few things he did which
14  I wouldn't have done.
15              For example, one of his analyses
16  included the so-called extra ZIP codes which
17  couldn't be allocated to many -- we didn't know
18  what they were.  I don't think those should have
19  been included in the analysis.
20              What else did he do?
21       Q      When did you first obtain the data
22  from the Colorado Cancer Registry?
23       A      I would guess sometime in January,
24  January this year.
25       Q      Prior to January 1997, were you aware

```
                                                     164
1                        Howe
2        A      No.
3        Q      Do you have any knowledge as to how
4   complete the dataset that you obtained from Jack
5   Finch is?
6               MR. KURTENBACH:  Form.
7        A      With respect to the data-- those
8   cancers which I asked for information, my
9   assumption is in fact that they are complete.  I
10  believe they are also the ones that Dr. Clapp had
11  used, and presumably he had also accepted them as
12  being complete.
13       Q      Did you make any inquiry with regard
14  to the completeness or did you just make the
15  assumption that they were complete?
16       A      I made the assumption they were
17  complete.
18              MR. KURTENBACH:  Form.
19       Q      When you received the data, can you
20  tell me what the analysis was that you made with
21  it?
22       A      Yes.  I carried out what is called a
23  proportionate cancer incidence analysis in which
24  you take the data for a specific cancer, say lung
25  cancer, and you compare the proportion of all
```

                                                                165
1                      Howe

2     cancers which aren't due to lung cancer, and that

3     is the basis of the analysis.  So that's why it's

4     called a proportionate cancer incidence analysis,

5     and that's adjusted for age group and gender and

6     time period.

7                Then I compared the -- those

8     proportions in three geographic areas corresponding

9     to the ZIP codes as defined by Dr. Clapp.

10    Q     Did you do the same analysis that

11    Dr. Clapp did with the exception that you

12    eliminated those cancers for which you did not know

13    the ZIP code?

14                MR. KURTENBACH:  Form.

15    A     Well, it wasn't very clear, frankly,

16    in Dr. Clapp's report exactly what he had done, but

17    I am assuming in fact that we were following the

18    same process.

19                The -- how I reported mine in terms of

20    the three -- the three-area comparison, low,

21    medium, high, for want of a better word, and I

22    don't think he did that three-way comparison.  He

23    did two-way comparisons, you know, grouping the

24    data in different ways, but I think the technique,

25    I believe, was -- I assume was the same.  I don't

```
                                                       166
 1                          Howe
 2    know what else he could have done.
 3          Q     Have you read Dr. Clapp's deposition
 4    in this case?
 5          A     No.
 6          Q     If you subdivide the data into more
 7    groupings so that there are fewer subjects in each
 8    grouping, then it takes more cancers or excess
 9    cancers to find statistical significance; is that
10    correct?
11                MR. KURTENBACH:  Form.
12          A     Well, yes, but when I say I subdivide
13    them into three groups, I also have made this the
14    most key point analysis.  I carried out a trend
15    test across those three groups, so that, in fact,
16    would have taken into account all the data, so
17    there is no loss of power by that procedure.
18          Q     How many cancers were eliminated by
19    excluding the cancers with no ZIP code?
20                MR. KURTENBACH:  Form.
21          A     If my memory serves me correctly, it
22    was a very small number of cancers, actually.
23          Q     In the February 1997 report, did you
24    do any work other than this new study using the
25    Colorado Central Cancer Registry data?
```

```
                                                          171
1                          Howe
2              MR. KURTENBACH:  Form.
3         Q    Do you know what assumptions were made
4    in Appendix M as to the method by which the dose
5    got inside the body?
6         A    No.  Actually, I actually found report
7    No. 8 not terribly clear upon their methods of
8    calculation.
9         Q    Did you make any assumptions with
10   regard to the smoking habits of the people living
11   around Rocky Flats?
12        A    Well, there is a built-in assumption
13   that they have the same smoking distribution as the
14   general U.S. population.
15        Q    The results from your calculations are
16   on Table -- they begin at Table 2?
17        A    Which calculations are you talking
18   about?
19        Q    The calculations using the Cancer
20   Registry data.
21        A    No.  I think it's 4, isn't it?
22        Q    Okay.  Table 2 which is called
23   "Predicted Excess Lung Cancer Risks Between '79
24   and '92 Following Absorbed Dose of .02 Rad Between
25   '65 and '69," what is that table?
```

```
                                                          182
1                      Howe
2    those data because, then, one could have calculated
3    true relative risk, but as far as I could find out
4    in the relatively short time I had available, I
5    couldn't find them.
6          Q     Have you ever done any studies using
7    this methodology before?
8                MR. KURTENBACH:  Form.
9          A     Yes.  I mean, I have used
10   proportionate cancer incidence, sure.
11         Q     And which studies have you done using
12   proportionate cancer incidence?
13         A     Well, two studies that come to mind.
14   I am not sure these are the only studies.  One was
15   a study of the drug isoniazid which is used by
16   tuberculosis patients and its relationship to
17   cancer risk.  Another was a study of Russian
18   migrants to Israel and their changes in cancer risk
19   with time with this migration.
20               I may have used other studies, but
21   those are the two that come to mind.
22         Q     Are those studies listed in your
23   curriculum vitae?
24         A     The -- certainly the isoniazid study
25   is.  The Israeli study has been accepted for
```

```
                                                            183
1                        Howe
2      publication in Cancer Causes and Control, but I am
3      not sure whether that was actually on the CV or
4      not.
5                       The isoniazid study was published in,
6      oh, 19 -- mid-1970s maybe.
7           Q      1970s?
8           A      Yes.  It was in the International
9      Journal of Epidemiology, I remember.  I believe I
10     was the first author.
11          Q      Is it the one Howe, Lindsay, Coppock,
12     Miller, "Isoniazid exposure in relation to cancer
13     incidence and mortality in a cohort of tuberculosis
14     patients"?
15          A      Yes, that certainly sounds right.
16          Q      And that was 1979?
17          A      If you say so.
18          Q      That's what your resume says.
19                 MR. KURTENBACH:  We will agree with
20          that.
21          A      I will take your word for it.
22          Q      Okay.  How long did it take you to do
23     the analysis of the Colorado Cancer Registry data?
24          A      A couple of weeks maybe.  I mean, not
25     working continuously but spread over two to three
```

```
                                                      194
1                         Howe
2     or greater.
3          Q      If I look at the lung cancer for men
4     in 1989 to '92, I find for the inner circle 1.5
5     with a confidence interval of 1 to 2.1.
6          A      Yes.
7          Q      And for the middle circle, 1.5, with a
8     confidence interval of 1.1 to 2.1.
9          A      Yes.
10         Q      Is the increase in lung cancer in men
11    between 1989 to '92 in the inner and middle circle
12    statistically significantly increased over the
13    outer circle or the outer grouping?
14         A      It is.
15                MR. KURTENBACH:   Form.
16         A      It is.  One has to remember that one
17    has made a lot of comparisons, so that that
18    constitutes what we call a nominal P value, but if
19    you make 18 or 21 comparisons, as I have done,
20    inevitably by chance you are going to find a few
21    significant values.
22                So that that is the limitation over
23    that interpretation.
24         Q      Did I interpret the data in Table 5
25    with regard to lung cancer in men that occurred
```

```
                                                        197
1                         Howe

2        Q    On page 21 of your February '97 report
3   where you are talking about the results, you say,
4   "In particular I note that my ecologic analysis
5   has been based on considerations of biological
6   plausibility both in terms of designing the
7   analysis and interpreting it."
8             What did you do in designing the
9   analysis that took into account biological
10  plausibility?
11       A    Well, the -- several things.
12  First of all, if it's a biological plausibility
13  association, you would expect to see a dose
14  response relationship.  In other words, you
15  expect to see risks increase from low to middle
16  to high.
17            So that was an important element in
18  considering the analysis strategy, clearly
19  identifying the target organs in terms of lung and
20  bone, which were the only two relevant targets
21  available.
22            Thirdly, in the context of looking --
23  based on my primary conclusions on the combined
24  data for the three time periods and the -- and both
25  genders, and I suppose the fact that the --
```

                                                            201
1                       Howe

2    of 0.06."

3                Isn't the use of 0.05 a convention

4    that is just generally accepted or used by

5    scientists even though it's arbitrary?

6                MR. KURTENBACH:  Form.

7         A      There is actually quite a movement,

8    particularly in epidemiology, to try to do away

9    with the term "statistically significant" for that

10   very reason.

11               Historically, of course, it happened

12   because the original people who developed that

13   approach to statistics were actually engaged in

14   agricultural research and they would -- for

15   example, to test the effect of a fertilizer, they

16   would have two plots and one they would apply the

17   fertilizer, the other they wouldn't, and they

18   needed to make a decision at the end of the study

19   whether they should say yes or no, so they had to

20   have some arbitrary cutoff value.  That's where

21   the .05 came from.

22               But in epidemiology where you usually

23   have a succession of studies, a succession of

24   evidence, it seems inappropriate to have a black

25   and white value of .05, so one journal -- one of

```
                                                          202
1                         Howe
2    the well-known journals in epidemiology -- in fact,
3    one called Epidemiology -- does not like to use the
4    term "statistically significant" now.  You have to
5    present the actual P value.
6              It's just a guide.  .05 is a reasonable
7    guide, but, as I say, it is, of course, arbitrary.
8         Q    When you say that there is a movement
9    to do away with "statistically significant," how in
10   epidemiology do epidemiologists move?
11             MR. KURTENBACH:  Object to form.  I
12        think it -- aside from the other objections,
13        I think it mischaracterizes what his
14        testimony was.
15        A    Tell me what you mean by how
16   epidemiologists move.
17        Q    Is there like an association of
18   epidemiologists that issues standards or rules or
19   is it just a matter of how people are reporting
20   their results?  I mean --
21        A    Well --
22             MR. KURTENBACH:  Same objection.
23        A    In fact, this particular point, there
24   is a specific influence, who is a gentleman called
25   Ken Rothman, who wrote a standard textbook called
```

```
                                                      203
1                      Howe
2       "Model Epidemiology" in which he spends an entire
3       chapter decrying "statistically significant."  That
4       certainly has had an influence on practicing
5       epidemiologists and students.
6                  It actually happens the editor of the
7       Epidemiology now refuses to use the term, so I
8       think you could say it was started by one man but
9       now it's become reasonably widespread, and it's
10      unfortunate in a sense because it's a very useful
11      term to use, because as you yourself said, a lot
12      of people use it, but, you know, in reality it's
13      not -- certainly shouldn't be taken as a black and
14      white concept.
15          Q      In your opinion, could a study be of
16      significance from an epidemiological viewpoint,
17      even if it wasn't statistically significant, with a
18      P value of 0.05?
19              MR. KURTENBACH:  Form.
20          A      Absolutely, in two ways.
21                 First of all, if it gave a relative
22      risk of 1.0 -- in other words, it was showing
23      an association with fairly narrow confidence
24      intervals -- then indeed you could have some
25      confidence in saying the study showed the lack of
```