1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3

4    MERILYN COOK, et al.,          )
                                    )
5              Plaintiffs,          )
                                    )
6         vs.                       )      No.   90-K-181
                                    )
7    ROCKWELL INTERNATIONAL         )
     CORPORATION and THE DOW        )
8    CHEMICAL COMPANY,              )
                                    )
9              Defendants.          )
     _____)

10

11

12

13

14            Deposition of DANIEL McFADDEN,

15         Ph.D., Volume 1, taken on behalf of

16         Plaintiff, Merilyn Cook, at

17         275 Battery Street, 30th Floor, San

18         Francisco, California, beginning at

19         9:16 a.m. and ending at 5:21 p.m.,

20         on Wednesday, May 27, 1998,

21         before PATRICIA C. STEPHENS, Certified

22         Shorthand Reporter No. 10058.

23

24

25

1          A     I had no particular reason to do so.   I

2    thought the -- it was better, clearer English to use

3    the "may" language.

4          Q     Was it because the "we" in April '97 is

5    inaccurate because actually Dr. Liu did it?

6          A     No, I would not call it inaccurate.   The

7    procedure that I was following was that Dr. Liu was

8    doing this work under my direct supervision.   I would

9    have ordinarily referred to that as "we."

10         Q     How many hours did Dr. Liu devote for

11   work in connection with your April '97 report, do you

12   know?

13         A     I don't know.

14         Q     Was it more than the number of hours that

15   you devoted, do you know?

16         A     I don't know.

17         Q     And is there a reason why you didn't list

18   him as a coauthor of your April '97 report -- coauthor

19   of your April '97 report?

20         A     I would say that the report reflects my

21   opinions and my analysis, and he was working at my

22   supervision, under my direct supervision, and he was

23   not engaged in forming independent opinions.

24         Q     Now, taking a look at paragraph 4.4 on

25   page 15 of your April '97 report, you say, "Dr. Liu

1 has reestimated Dr. Radke's equations with the

2 following specific directions," do you see that?

3   A  Yes.

4   Q  And then you go through the corrections,

5 as you call them.  How many different changes did

6 these corrections that you describe constitute to what

7 Radke did?  In other words, let's go one at a time.

8      (a) says, "Ordinary regression is used

9 and no variables are excluded."  How many changes does

10 that represent?

11   A  I'm not understanding the question.

12   Q  Well, in other words, you have Radke and

13 what he did, and then you have these corrections, as

14 you call them.  And the first one is, "Ordinary

15 regression is used, and no variables are excluded."

16 Would it have been possible to have done ordinary

17 regression with variables being excluded?  In other

18 words, does this -- is this one change that has both

19 parts or is it two changes or more?

20   A  I understand what you are asking.  It

21 represents, together with part (b), two changes.  One

22 is the dropping of the weighted least squares, and the

23 second is the dropping of the factor analysis.

24 Because the factor structure that Dr. Radke obtains is

25 intrinsically tied to his use of weights, it is not

1   really conceptually useful to try to drop the

2   weighting and maintain the factor analysis.  So in

3   other words, it's not conceptually practical to do it

4   in steps where the intermediate step would be included

5   in my analysis.

6          Q    Okay.  So (a) and (b) together constitute

7   two changes, is that what you are saying?

8          A    Yes.

9          Q    Okay.  Now, (c), "persistent and post-FBI

10  effects," do you see that?

11         A    Yes.

12         Q    How many changes does that constitute,

13  just the (c) part?

14         A    The (c) correction involves introducing

15  in the phase 1 analysis one additional variable in the

16  model.

17         Q    So how many changes does that constitute?

18         A    In the case of each of the phase 1

19  regressions, it represents one change.  In the case of

20  phase 2 regressions where proximity effects are being

21  calculated year by year, I would call it one change,

22  but it is several variables corresponding to the

23  post-FBI effect in each year following the FBI raid.

24         Q    Let's stick with phase 1, if we may.  And

25  I say that because, as I understand it, this part of

1    your report is talking about phase 1?

2         A    That's correct.

3         Q    Now, (d), "the cutoff for the Rocky Flats

4    proximity variable," see that sentence?

5         A    Yes.

6         Q    How many changes does that represent?

7         A    I'm not sure what the metric for change

8    here is, but it is a modification of the -- I'm not

9    using Dr. Radke's criterion for his grid search, and

10   I'm not using the results of his grid search.  I'm

11   using nonlinear squares as the criterion, and I'm

12   redoing the grid search.

13        Q    How many modifications does (d)

14   represent?

15        A    I would call that one modification.

16        Q    Then the last sentence in this section,

17   "An auxiliary regression," do you see that?

18        A    Yes.

19        Q    Is that a separate change, or does that

20   just explain further what you did with (d)?

21        A    That is a completion of a part of

22   Dr. Radke's report which is incomplete, namely, he

23   provides no information on the precision of which

24   cutoffs are estimated, and this is a procedure for

25   doing that.

1          Q      So that's another change?

2                 MR. SILVERMAN:  Objection,

3     mischaracterization of his testimony.

4                 THE WITNESS:  I wouldn't call it a

5     change.  It's an addition.

6     BY MR. SORENSEN:

7          Q      It's something that you say Radke didn't

8     do, correct?

9          A      It is something that Radke left

10    undone, that's correct.

11         Q      That you had Liu do, correct?

12         A      That's correct.

13         Q.     That's in addition to and different from

14    subparagraph 4.4(d), correct?

15         A      No, I would not describe it as different

16    than 4.4(d).  It's part of the process of determining

17    the cutoffs by nonlinear least squares or can be

18    interpreted as identifying the step that you use to do

19    that cutoff calculation and compute its standard

20    error.

21         Q      Now, Table 1 in your April '97 report,

22    who prepared Table 1?

23         A      I did.

24         Q.     You ran the various regressions and came

25    up with these numbers; is that right?