1

VOLUME 1
PAGES 1 - 225

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

---

MERILYN COOK, )
et al., )
                         Plaintiffs )
v.                                  )
                                    ) Civil Action
ROCKWELL INTERNATIONAL CORPORATION,) No. 90-K-181
a Delaware corporation, and         )
THE DOW CHEMICAL CORPORATION,       )
                                    )
                         Defendants )

---

Deposition of Kenneth T. Wise, Ph.D.

Monday, April 14, 1997

Shapiro Haber & Urmy, LLP

75 State Street - Suite 1520

Boston, Massachusetts

**ORIGINAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

J. EDWARD VARALLO, RPR/RMR
FRITZ & SHEEHAN ASSOCIATES, INC.
295 DEVONSHIRE STREET - BOSTON, MASS. 02110
617/423-0500   FAX 617/423-0501

Kenneth T. Wise, Ph.D.

1  econometrics would tell me?

2       A.   Yes, they would.

3       Q.   That is what the Malinbaud textbook would
4  say?

5       A.   Maybe not in those many words, but that
6  would be the direct implication of what it would
7  say.

8       Q.   Is there any textbook, whether about
9  econometrics or any other subject, that you're
10 aware of that not just by implication but expressly
11 states that the use of weighted least squares is
12 only appropriate when dealing with
13 heteroskedasticity and not appropriate in any other
14 circumstance?

15      A.   What these textbooks will say is that if
16 you have homoskedasticity you should run ordinary
17 least squares to get best linear unbiased
18 estimators.  And the implication will be that if
19 you use weighted least squares when you have
20 homoskedasticity to begin with, that you do not
21 have the conditions necessary for ordinary least
22 squares, well, for a least-squares regression to
23 give the best results.  They will say that.
24 Dr. McFadden says that in his report.