**A. R. Wilson, LLC**
191 Elk Lane
Woodland Park, Colorado 80863

e-mail to: arwilson@arwilson.com
800-486-9329

INTERNET http://www.arwilson.com
FAX 719-687-0885

719-687-4065

**SPECIALIZING IN ANALYZING AND VALUING ENVIRONMENTAL IMPACTS**

**The Need for Standards in the Application of Statistical and Survey Research to Real Estate Valuation Practice©**

by

Albert R. Wilson, CRE

© Copyright 2002 by Albert R. Wilson, Woodland Park, CO 80863

# The Need for Standards in the Application of Statistical and Survey Research to Real Estate Valuation Practice

## Introduction

On December 6, 1999 the United States Supreme Court received suggested changes to the Federal Rules of Evidence and in particular Rule 702. The changes were prompted, in part, by the *Daubert* and *Kumho Tire* decisions[1] and have since gone into effect. The text of Rule 702 is as follows:

> "Rule 702. Testimony by Experts
> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case."[2]

Rule 702 has a variety of implications for the real estate appraisal and counseling professions, including the appropriate use of statistical or market survey techniques.[3]

The objective of the proposed Statement on Appraisal Standards ("proposed standards", See Attachment A for full text) is to insure that any application of a statistical or market survey technique to the appraisal of real property is in conformance with the requirements of Rule 702. If conformance with the proposed standards cannot be demonstrated by the proponent of the research then the use of such analysis or the results thereof in the valuation of real property is strongly discouraged.

The need for standards in the application of statistics and market survey work supporting an appraisal opinion of value is driven by several forces impacting on the valuation community. These may be described as:

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.* 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael,* 119 S. Ct. 1167 (1999).

[2] "Proposed Amendments to the Federal Rules of Evidence," Submitted to the Chief Justice of the United States and the Associate Justices of the Supreme Court, Administrative Office of the United States Courts, December 6, 1999, page 17.

[3] For a discussion of some of the other potential implications of the *Daubert* and *Kumho* Tire decisions for real estate appraising and counseling, see Richard J. Roddewig, MAI, CRE, "Junk Science, Environmental Stigma, Market Surveys, and Proper Appraisal Methodology: Recent Lessons from the Litigation Trenches," *The Appraisal Journal* (October 1999): 447.

Legal forces–in the sense that Rule 702 requires a reliable approach to support an expert opinion. (Note: The supporting discussion of Rule 702 states "...the Court in *Kumho* clarified that this gatekeeper function applies to all expert testimony, not just testimony based in science."[4]) Several courts have recently excluded or severely limited the testimony of some appraisal experts, or set aside verdicts because of a lack of conformity to Rule 702.

The older *Frye* standard[5] with its emphasis on "peer reviewed" literature may be misplaced given the problems with the extent and/or quality of the "peer review" as discussed below.

Market forces–in the sense that consumers of valuation services and literature need to be assured that the information provided is well-founded on proper use and analysis of data.

Professional forces–in the sense that information provided by the valuation profession to the community at large must be reliable, appropriate to the assignment, and based on accepted professional techniques.

It is worthwhile to point out that the decisions thus far under *Daubert* and its progeny indicate that the burden of proof lies on the proferrer of the testimony, not on the party trying to disprove the validity of the basis for the testimony. The courts do not generally start with a presumption that the data is accurate or the methodology is reliable and appropriate unless proven otherwise, but with the presumption that the data is not reliable and/or accurate and the methodology is less than reliable or appropriate.

While one focus of the proposed standards is expert testimony in either administrative hearings or litigation settings, these principles and standards should apply equally to use of statistical methods and market survey techniques in non-litigation assignments including market studies, highest and best use and damage analyses. The proposed standards also address the meaning of "reliability" in the context of scientific techniques. The term "reliability" has been described in the following way:

"Reliability is rarely a black and white concept, it is frequently one of degree of being more or less reliable... The following characteristics should be present to the greatest extent possible under the circumstances for the information to be considered reliable.

---

[4] "Proposed Amendments to the Federal Rules of Evidence", page 17.

[5] *Frye v. United States* 293 F. 1013 (D.C. Cir. 1923) "[W]hile courts will go a long way in admitting expert testimony deduced fro a well-recognized scientific principle or discovery, the thing from which the deduction is made must be sufficiently established to have gained general acceptance in the particular field in which it belongs." at 1014.

"Representational faithfulness. It should faithfully measure or describe what it truly represents.

"Unbiased. It should be free of bias. It should have an equal tendency to fall on either side of what it represents.

"Best precision and least uncertainty under the circumstances. The absolute size or relative magnitude, such as in percentage terms of the precision or uncertainty is not a guiding criteria of reliability, but the results must provide the best precision and least uncertainty that can be obtained under the circumstances or available alternatives.

"Completeness. The data and methods used must be complete and not leave out significant information.

"Verifiability. The methods, procedures, and data can be verified and replicated by other knowledgeable experts. The expert must provide detailed methods, procedures, data, and sources of data for other knowledgeable experts to replicate and test."[6]

The proposed standards also have implications with respect to peer review.  A cautionary note about the meaning of the phrase "peer review" has been stated as follows:

"...courts seeking to implement the *Daubert* mandate must find sources of proof that a scientific claim has been subjected to true peer review.

"The legal and scientific communities loosely use the term "peer review" to denote two very different processes: true peer review and editorial peer review.

"The use of 'true peer review' to indicate the ongoing peer review of professional scientists is a convention adopted by this Note in order to distinguish it from the entirely distinct 'editorial peer review' process used by scientific journals to select manuscripts for publication."[7]

An examination of the literature clearly indicates that editorial peer review is the norm. True peer review is relatively rare and the proposed standards will, hopefully, encourage and facilitate more true peer review in the future, particularly with respect to

---

[6] Communication received from the NAFE-L listserve during a discussion of the *Kumho Tire* decision of the U.S. Supreme Court. Authored by W. Wade Gafford, CPA and dated 4/4/1999.

[7] Chan, Effie J., "The 'Brave New World' of Daubert: True Peer Review, Editorial Peer Review, and Scientific Validity," *New York University Law Review*, 70 N.Y.U.L. Rev. 100.

statistical and survey techniques and applications. Without reliable literature, the profession as a whole must suffer.

## Justification for the Proposed Standards

Over the past six years research into the application of statistical and survey techniques to the valuation of real property has indicated that a number of problems exist which must be addressed in order to insure the validity of valuation opinions. Because my research activities have been focused on the techniques of "hedonic modeling" and several areas of survey research the examples given here will naturally be drawn from that experience. This is not to say that other areas of the application of statistical or survey research are error-free, only that I have not personally investigated them in depth.

My research and court decisions have indicated that:

1) The fundamental principle of the scientific method is frequently ignored. Specifically, one must form a hypothesis and then proceed in attempts to disprove it (principle of falsification).

2) Certain statistical techniques and concepts are not well understood by many researchers–both academic and practitioner–resulting in misleading opinions of impacts on value.

3) In some cases the techniques employed allow manipulation of the results to provide apparent support of the goals, objectives or pre-conceived notions of the researcher.

4) Some techniques–while valid within their intended field of application and given the assumptions upon which they are based–have been incorrectly employed without regard for those basic assumptions and in application areas for which they have not been shown to be valid.

5) Some surveys have been improperly constructed, tested, and/or executed resulting in biased or incomplete indications of value impact. In some instances these flaws have been called to the attention of the court resulting in the rejection of the survey as a basis for opinion, but in other cases and articles have not been so identified leading to incorrect indications of value which have then been published without warning or cautions to the public concerning the potential flaws.

6) Many instances of flawed analyses have been published in "peer reviewed" journals without a true peer review of the work, resulting in misleading and incorrect information being purveyed to the public under the guise of accepted and validated information.

7)   In at least one instance a "peer reviewed" journal published–*unknowingly*–a report of statistically-based valuation research which was the subject of current litigation, the author then refusing to release the underlying data for critical analysis by his peers arguing the pending status of the litigation.[8] This situation results in the unintended support of a litigation position by the "peer reviewed" journal, but without the opportunity for a true peer review or rebuttal. It must be noted that the journal immediately modified its article acceptance agreement to prevent this set of circumstances from occurring again.

As evidence of these issues increases and becomes known to the valuation community and the public which it serves, the need for standards which will identify and prevent these problems in the future increases. It is incumbent upon the valuation community to provide standards which–while allowing the intelligent and appropriate use of statistical and survey techniques and the publication of editorially peer reviewed articles for the education of the valuation community–will prevent or at least significantly reduce the possibility of inappropriate, incorrect, or deliberate misuse of those techniques, and the dissemination of incorrect or suspect information.

## Issues in Statistical Analysis

As an editorial note, from this point forward the phrase "predictor variable" shall be used in place of the older terminology of "independent variable." This is in keeping with the more modern interpretation of the mathematics of regression where the regression variables may not be absolutely independent. To continue to use the terminology of "independent variable" can lead to confusion and mis-interpretation of regression results.[9]

Note that primary reliance is placed on the Neter and Wasserman reference in this paper. There are many other excellent texts on regression mathematics and statistics, but care must be taken to reference those written by recognized mathematicians as opposed to economists or others from other fields. The reason is simple, mathematicians recognize the limits of the techniques beyond which one cannot go without jeopardy. It would appear that non-mathematicians have grave difficulty in recognizing those limits.

---

[8] Simons, Robert A., Kimberly Winson-Geideman, Brian A. Mikelbank, The Effects of an Oil Pipeline Rupture on Single-Family House Prices, The Appraisal Journal, October, 2001.

[9] See for example: Neter, John; Michael H. Kutner; Christopher J. Nachtsheim; and William Wasserman; Applied Linear Regression Models, Third Edition, Irwin, Chicago, 1996. This text will be frequently referred to in this paper and is designated "Neter and Wasserman" for convenience.

Hedonic modeling is chosen for discussion here for a number of reasons, but among the most important is the fact that there is no reliable, recognized method by which a given hedonic model may be shown to be the "best" or "most appropriate" model whose results are reliable for the intended purpose, except by exhaustive attempts to disprove those results. This means that for any given hedonic model the raw data and all related materials used in the development of the model must be preserved and made available to anyone who wishes to conduct further testing of that model, a key element of the proposed standards for both statistical and survey research. Any other course of action would preclude the possibility of employing the principle of falsification in an effort to demonstrate the model's reliability and validity. This issue will be further discussed in the attachments.

In addition to the concerns with the mathematics, there is a larger and less well understood concern with respect to the economic interpretation of the results of statistical analyses. This issue will be discussed at some length in Attachments B and C, but it is worthy of note here simply because it is so often overlooked. Consider a regression which attempts to predict the sale price of a home. The mean value of sales in the database is $106,150 using 300 observations. The $r^2$ for the model is 0.84.  By mathematical reckoning, this is a reasonably good model.

A close examination of the model reveals that the standard error of the estimate at the 95% confidence level is ± 62.9%, or a predictive accuracy of ± $66,768 for the mean home in the database. For any other home the predictive accuracy must mathematically be less precise. Such a model is economically useless for anything other than qualitative purposes, and certainly holds little or no quantitative meaning. This model was in the Kohlhase paper on the influence of superfund sites in Houston, one of the most often-cited papers in the hedonic literature.[10] The proposed standards do not directly address these economic issues.

Hedonic Modeling

Hedonic modeling is an economic analysis technique that attempts to utilize the results of regression mathematics. Specifically, the hedonic modeler argues that quantitative economic meaning may be attributed to the coefficients of the predictor variables in a regression relationship.

---

[10] See Attachment C, Table 1B and 1C, Kohlhase model Toxic-HF-85.

There are three major problems with most of the literature and case studies involving the application of hedonic modeling. First is the mis-interpretation—or over-simplification—of Dr. Sherwin Rosen's work. Second, the assumption is made that a certain phenomenon has an influence on property values. Third, the assumption is made that the coefficients of the predictor variables can be interpreted to have reliable quantitative meaning.

The theoretical economic basis for hedonic modeling is Dr. Rosen's observation that the value of a complex good is the result of the values attached to the individual attributes of the good by the participants in the marketplace.[11] It is doubtful that any student of real estate values would argue with this rather obvious conclusion. Dr. Rosen's article makes clear that the interaction between the values of the individual attributes and the total value of the good can be complex. The mis-interpretation or over-simplification is that the interaction is assumed to be additive or linear, i.e. the value of the good is the sum of the values of the attributes. This over-simplification exacerbates the problems described below with respect to correlation of the predictor variables.

The second problem—the assumption that a given phenomenon has an influence on values—is only very rarely tested.[12] Of the more that 90 hedonic modeling articles extensively reviewed not a single one indicated any evidence of a test of the hypothesis that the disamenity had an influence on value. In all cases this was simply assumed and the researcher proceeded to "quantify" the amount of diminution using the magnitude of a predictor variable coefficient from a regression relationship. An hypothesis of this nature cannot be proven from within the regression.[13] It must be the subject of independent testing.

To appreciate this point take for example the case of a former defense plant in Grafton, Massachusetts that, beginning in 1990, experienced allegations of on-site disposal of low-level radioactive materials, radioactive contamination of groundwater, chlorinated

---

[11] Rosen, Sherwin; Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition, Journal of Political Economy, Volume 82, No. 1, January/February 1974.

[12] This data is from unpublished research by the author. The results of this research will be made available to any qualified researcher who may wish to attempt to replicate or refute these findings provided only that such researcher share his/her results with the author prior to any publication.

[13] Neter and Wasserman, Page 9 "The existence of a statistical relation between the response variable Y and the explanatory or predictor variable X does not imply in any way that Y depends causally on X. No matter how strong is the statistical relation between X and Y, no cause-and-effect pattern is necessarily implied by the regression model."

hydrocarbon contamination of groundwater, and a 5,000 gallon nitric acid spill into the local surface waters leading to allegations of contamination of residential potable water wells over a period of time continuing through 1998 (the date of the last data used in the research). The media publicized all of these events and the surrounding public meetings and pronouncements by the state environmental authorities and plant management.[14] A municipal water supply was provided in 1996 with the cooperation of the plant to those homes formerly on well-water. Under these circumstances the theory of impaired property valuation would strongly indicate that nearby properties would be negatively impacted. This expectation would be reinforced by the severe recession in property values and sales during the early and mid-1990s.

As a test for the presence of proximity stigma the hypothesis that surrounding property values experienced slower growth rates when compared to nearby competitive properties was tested. It was found that there was no statistically significant difference. In fact, the growth rates in property values for the nearby properties consistently exceeded the growth rates for all competitive areas for the entire time period. This result was based on repeat sales of properties over the period beginning four years before the first announcement of a problem through1998. The result held true for properties which had first sold before the announcement and sold one or two times after the announcement; for properties which sold after the announcement; and for properties sold before and after the installation of the municipal water line. The result withstood both parametric and non-parametric tests. In at least this instance it could be concluded that this set of environmental circumstances had no negative influence on nearby property values, although theory would have strongly indicated that such should have been the case (see Figure 1 below).

---

[14] More than 23 major (not including announcements of public meetings for example) articles in just the local newspaper during the eight year period were identified.

## FIGURE 1
## APPRECIATION/DEPRECIATION RATES FOR MULTIPLE SALES



Change in Sale Price
Based on Multiple Sales Data
(Base Year 1988 = 100%)
(Dates of environmental conditions are approximate.)

Changes in appreciation/depreciation rates are not statistically significant at the 95% level of confidence.

The third problem lies with the assumption that the values of the coefficients in the regression relationship may be interpreted quantitatively in the manner desired by the hedonic model proponent.

Consider a regression relationship which makes use of the total square footage and the number of bedrooms, bathrooms and half-baths within the home. By definition bedrooms, baths and half-baths are included within the total square footage. Therefore these variables are not independent—all are related to the square footage in some manner. Such predictor variables are said to be related and almost certainly will exhibit collinearity. Collinear variables occur frequently within hedonic housing value models.

The most ubiquitous of all related predictor variables involves location. Location is of fundamental importance to the overall price of a home and its influence pervades all aspects of the value of a specific property. When an attempt is made to isolate one element of location, such as distance from an amenity or disamenity, the assumption is made that this particular aspect of location is independent of all other aspects of location.

It is highly unlikely that this is true, the distance from the disamenity being related to most if not all other aspects of location such as the distance from the places of work, shopping or school, the quality of the neighborhood, the crime rate, the traffic level on the street and similar location-dependent elements of the value package. Until or unless each of these elements has been evaluated and some relationship defined between each of them, the isolation and treatment of one location element as independent from the others is probably mathematically unsupportable and generally economically unsupportable.

The consequences of multicollinearity are of extreme importance when one wishes to place a quantitative meaning on the coefficient of the predictor variables. So long as all of the predictor variables are independent of each other the coefficient of the predictor variables may have a quantitative meaning, within limits.[15] In the presence of multicollinearity the interpretation of the coefficients of the predictor variables is neither clear or straight-forward, and unlikely to have quantitative meaning. There are four consequences of multicollinearity of concern here:

1) The magnitude of the coefficient of the predictor variable may represent the influence of all (or some of the) other related but unspecified predictor variables in addition to itself. The influence on the magnitude of a specific predictor variable coefficient is difficult if not impossible to quantify.

2) The classic test of significance for a specific predictor variable–the t-test–is unreliable in the presence of multicollinearity.[16]

3) The inclusion or exclusion of an important predictor variable can produce widely differing coefficients for the predictor variable of interest.

4) Regression results may be highly unstable. Certain techniques–such as the Box-Cox transformation–can yield widely varying results from the same database and model specification. It is possible, and some evidence exists to support the notion, that large datasets may produce less stable regression results than small, carefully edited (for homogeneity and errors) datasets.

---

[15] The limits of any quantitative interpretation of a predictor variable coefficient are defined by the mathematics of regression. Specifically, the coefficient is most precise only at the mean value of the data used in the regression. At any other point the precision of the coefficient is less. Therefore, if the mean of the data used in the regression is for a three bedroom home any statement concerning a four bedroom home will be less accurate than a similar statement for the mean home. How much less is extremely difficult if not impossible to quantify with the existing mathematics.

[16] "A not infrequent abuse in the analysis of multiple regression models is to examine the t statistic...for each regression coefficient in turn to decide whether $\beta_k = 0$ fir $k = 1, ..., p$ -1. Even if a simultaneous inference procedure is used, and often it is not, problems still exist when the predictor variables are highly correlated.
    The reason for this apparently paradoxical result is that each t test is a marginal test ..." Neter and Wasserman, page 294.

Additional problems with hedonic models which have been identified include instability of regression coefficients over time,[17] wide variance in the estimated impact of a condition on value,[18] manipulation of regression models and data to achieve desired results, and inappropriate use of the results of hedonic models as substitutes for market values.

The manipulation of a regression model was identified in a case where the hedonic expert used approximately 1,800 sales as recorded in a tax assessor's database in an effort to quantify an assumed stigma impact on a subdivision of 300+ homes. In the first three regression models presented by the expert six of the sales had an incorrect year of construction recorded such that the homes had an indicated age 84 years greater than their real age. When this was brought to his attention the expert responded by removing five of the sales having the incorrect year built, but left the sixth in the data file. The sixth sale was in the subdivision for which the expert claimed a diminution in value due to stigma. He then proceeded to restructure the command file so that first the age was calculated, then the year built was corrected, leaving the incorrect additional 84 years of age in the calculation while apparently correcting the data. The result was a claimed statistically significant 12.8% diminution in value. If the correct year built had been put in before the calculation or if the sale had been dropped as were the other five, the diminution in value was not statistically significant.[19]

With respect to an inappropriate use, an hedonic model was used to calculate a "predicted value" for a property which was then used as if it was a "market value." This situation occurred in a combination of two papers by the same primary author published in two "peer reviewed" journals. In the first paper[20] the author created an hedonic model

---

[17] Smith, Charles A., Michael E. Hanna, Stephen C. Caples; Residential Appraising and the Stability of Regression Results Over Time, The Appraisal Journal, October, 1999.

[18] Boyle, Melissa A. and Katherine A. Kiel, A Survey of House Price Hedonic Stuides of the Impact of Environmental Externalities, Journal of Real Estate Research, Volume 9, Number 2, 2001. Although Boyle and Kiel identify the issue of unstable results, they fail to discuss the fundamental reason for such behavior in terms of the mathematical theory of regression.

[19] Report and supporting data of Dr. Barton Smith prepared in the matter of Mike Adalis et al v. Neighborhood Development Corporation et al, 269th Judicial District, 93-0464, data analyzed by the author and Dr. Warren Rogers and is maintained in our files.

[20] Simons, Robert A., William Bowen, Arthur Sementelli, The Effect of Underground Storage Tanks on Residential Property Values in Cuyahoga County, Ohio, Journal of Real Estate Research, Volume 14, Number ½, 1997.

using 18,000 sales of homes from 1992 analyzed with a Box-Cox transformation. In the second paper[21] the model created in the first paper was used to estimate the equivalent of a market value of homes in the same market but two, three and four years later, the lambda values for the Box-Cox model not having been updated in the meantime.

Consider the possibility that just one of the lambda values, the one for sales price, changed from its 1992 value of 0.550 to a new value of 0.560, a difference of 1.82%. In this case the value of the predicted sales price would change from $89,129 to $72,517, a diminution in value of 18.64%. This one single change in one single parameter of the hedonic model would completely account for all of the diminution in value alleged, and more. When regression coefficients have been shown to be highly variable over time, added to the fact that the Cleveland residential real estate market had been undergoing a significant change in values during the time periods from 1992 through 1996,[22] the use of the same lambda values without verification is extremely poor analytical technique. Unfortunately, the author destroyed all of the raw data used in the analyses behind both of the articles, arguing that since they had been "peer reviewed" there was no reason to keep the data, thereby preventing any realistic attempt to replicate the results or validate the work.

Other instances of these kinds of problems can be identified in the literature and in various cases. The points of concern are that hedonic models are easy to manipulate, unstable with respect to the results obtained, and a massive database may make both of these problems more, rather than less, critical. To cite just one other instance, an hedonic model was created using a Box-Cox transformation which indicated a diminution in value. However, four successive runs of the same model on the same computer using the same database (with approximately 12,000 entries in the database) without any changes whatsoever produced four distinctly different and contradictory results.[23]

Attachment B contains a detailed narrative summary of reviews of hedonic literature and case studies, and a listing of suggested tests to be considered prior to the tentative

---

[21] Simons, Robert A., William H. Bowen, Arthur J. Sementelli; The Price and Liquidity Effects of UST Leaks from Gas Stations on Adjacent Contaminated Property, The Appraisal Journal, April, 1999.

[22] Cho, Janet H., "Home values in Cleveland rising faster than in suburbs," Cleveland Plain Dealer, May 26, 2000, Source of data: Cuyahoga County Auditor.

[23] Model created and data gathered by Dr. Stephen Sheppard in the matter of Sherral et al v. Amarada Hess, et al

acceptance of a hedonic model. Thirty-seven of the more than 90 articles reviewed were subjected to a detailed analysis of their statistical results. The conclusions of that analysis are contained in Attachment C.

The proposed standards recommend that the researcher pay particular attention to the Reference Guide on Statistics and the Reference Guide on Multiple Regression in the preparation and execution of work involving either subject.[24]

## Issues in Survey Analysis

Market surveys as typically used in the valuation of real property may be divided into two general categories: (1) The "informal" survey consisting of telephone calls to and/or conversations with knowledgeable market participants, and; (2) The formal market survey designed to elicit quantitative or qualitative information concerning the actual past or probable future behavior of market participants. Nothing in the proposed standards is intended to imply that informal market surveys are not appropriate. They are perfectly appropriate in many circumstances. The difference identified in the proposed standards between "formal" and "informal" surveys is in the degree to which the survey is claimed to be based upon "scientific" survey techniques and methods as a means to enhance the reliability and weight that can be given to the survey results.

Formal market surveys are frequently undertaken to demonstrate quantitatively how market participants did or might behave in a transactional setting. Under the proposed standards it is incumbent upon the proponent to provide convincing evidence of the reliability of the formal survey work on at least the following major points:

1) That the population from which the sample was drawn is unbiased and representative with respect to the survey issue;

2) That the survey instrument, administration, and analysis were unlikely to produce biased results, and;

3) That a clear and convincing statement concerning how the results of non-transactional survey data relate to a real market transaction, if at all.

The proposed standards suggest that the recommendations contained in the

---

[24] David H. Kay and David A. Freedman, Reference Guide on Statistics, Daniel L. Rubinfeld, Reference Guide on Multiple Regression, "Moore's Federal Practice: Reference Manual on Scientific Evidence," Second Edition, Federal Judicial Center, Matthew Bender, Washington, DC, 2000.

Reference Guide on Survey Research[25] act as guidance for any formal survey work.

Formal survey research can provide very useful insight into the workings of the real estate marketplace and the motivations of participants–particularly participants who have already executed a transaction. Formal surveys of potential participants, that is those individuals who might participate in the marketplace at some future time, provide significantly greater issues in terms of the relationship of the results of hypothetical future transactions to real market behavior. The use of incorrect methodologies; inappropriate or biased survey techniques; incorrect or incomplete analyses of survey results and the like compound the concerns over formal surveys and their validity with respect to quantification of the real estate market.

Survey research tends to be a far more nebulous area than statistical analysis with greater opportunities for the exercise of judgement, and consequently greater areas for legitimate controversy. Fundamental to all survey research as applied to property valuation is the core issue of whether or not such research has specific validity to a transactional setting. In particular, can the survey research be directly related to marketplace transactions? The answer to this question can allow us to divide survey research into two distinct types: (1) Survey research concerning the results of actual marketplace transactions, and; (2) Survey research into the possible behavior of individuals in hypothetical marketplace transactions.

The first type is concerned primarily with finding out what individuals or organizations have done in the marketplace. This type of survey is focused on the elicitation of the facts of transactions, and in some cases with an identification of the motives behind such transactions. While care must be exercised to insure that bias does not enter into the structure of the survey instrument or its administration protocol, or the analysis of the results of the survey, the elicitation of the facts of transactions through the use of a survey does not present undue difficulties. The results of this type of survey should be both directly relevant to the analysis being undertaken and readily susceptible to replication by other researchers.

This type of survey may be extended to develop the probable behavior of experienced marketplace participants in a specific set of circumstances. For example,

---

[25] Shari Seidman Diamond, Reference Guide on Survey Research; "Moore's Federal Practice: Reference Manual on Scientific Evidence," Federal Judicial Center, Matthew Bender, Washington, DC, 2001.

lenders may be presented with realistic scenarios and asked for their expert opinion concerning lending rates, terms and conditions relative to those scenarios. While dealing with a quasi-hypothetical situation, this type of survey is intended to develop information on the specific response of the marketplace participant based on that participant's past performance in similar situations.

The second type of survey–attempts to identify the probable behavior of individuals in a hypothetical situation–presents very different and much more difficult areas of concern. Not only must great care be taken in the construction of the survey instrument to insure an unbiased and accurate reflection of the market, but in the end any results must somehow be related to the actual performance of individuals in the market, assuming that this is even possible.

Common mistakes in this type of survey range from the fundamental mistake of an improper choice of survey technique (e.g. the use of contingent valuation in an attempt to measure a good for which a market exists) to attempts to elicit responses from individuals who do not have any sound basis for opinion (e.g. asking ordinary homeowners about hypothetical scenarios involving a  property more than 25 miles distant in a different market), to biased scenarios and questions.

The issue of bias in a survey is of paramount importance. For example, to simply ask a question of a lender along the lines of "Will you loan on property with groundwater contamination?" is to invite a negative response. The lender must have sufficient unbiased background information upon which to base an intelligent response prior to asking the question. Similarly, to preface a question with a statement along the lines of characterizing a property as lying within "the Burbank contaminated area..." prejudices the response, as at least one court found in striking the testimony of an appraisal expert who attempted to rely upon a survey with such a prefacing statement.[26]

The proper use of surveys can lend important insight into real estate market behavior and, in some instances, help to quantify that behavior. Improperly employed, surveys can result in highly misleading and incorrect estimates of market behavior and be far worse than useless as the reasons for the misleading estimates may be obscured, unavailable, or undetectable to the average consumer of the research.

---

[26] *Burbank-Glendale-Pasadena Airport Authority v. Lockheed Corporation*, Superior Court of the State of California, daily trial transcripts pages 2,488 and 2,489.

## Issues of Peer Review

Please note that the issue of editorial peer review versus true peer review is not isolated to *The Appraisal Journal*, despite the fact that several articles from that source are discussed in some detail in this paper. Articles of serious concern have been identified in Attachment C from the following list of publications:

*Journal of Real Estate Research*
*American Economic Review*
*American Journal of Agricultural Economics*
*Journal of Regional Science*
*Journal of Applied Economics*
*Land Economics*
*Journal of Urban Economics*
*Risk Analysis*
*The Review of Economics and Statistics*
*Journal of the American Real Estate and Urban Economics Association*
*The Real Estate Appraiser*

Articles from these journals must be viewed as having received only an editorial peer review.

The problem of peer review is multi-faceted and of great importance. In general there are three major issues impacting peer review.

First, there is the need to expose to the professional community new ideas and potential techniques in order to foster the continued development and evolution of knowledge. Of equal or greater importance there is the need to share with the professional community the experience and information of other professionals through publication.

Second, there is the need for realistic standards of review which can be accomplished within legitimate constraints of time and resources. The standards of review should be clearly stated for the benefit of the public and most particularly should describe clearly and concisely what the reviews cannot be expected to accomplish.

Third, there is the need to identify and weed out, either before or after the fact of publication, those data, ideas or techniques which are found to not meet the standards for inclusion or continuation as legitimate components of the body of knowledge.

The problems with current peer reviews are primarily the result of a lack of resources. Voluntary reviewers do not have the time or assets to allow a true peer review, and the journals cannot supply those resources. To validate an article would require access to the raw data, the resources to validate at least a random sample of the data, and

the opportunity to attempt to replicate the results of the analysis. The Standards can significantly assist in this effort through the requirement to maintain the data and research files. The publications can close the loop by requiring authors to make the data and research files available when required by an interested and qualified party.

Consider the following examples which were documented concerning an article published in a peer reviewed journal. One of the tables from that article is summarized here for discussion.[27] The table has been annotated with the last column for explanatory purposes.

### Commercial Building Sale/Resale Analysis

| Land Usage, and Contamin. Date | Resale Date | Resale Value | Sale Date | Sale Value | Original Price Change | Orig. Chng | Adj Chng (2% Infl) | Adj Chng at Market Rate | Ref. Notes (See below) |
|---|---|---|---|---|---|---|---|---|---|
| Bowling Alley 5/90 | 4/96 | $270,000 | 11/77 | $477,000 | -$207,000 | -43% | -61% | -82% | A |
| Office Building 4/91 | 12/91 | $530,000 | 2/86 | $510,000 | $20,000 | 4% | -6% | -36% | B |
| Car Wash 4/96 | 5/96 | $200,000 | 4/78 | $225,000 | -$25,000 | -11% | -38% | -69% | C |
| Bank 7/90 | 1/95 | $1,110,150 | 10/85 | $1,800,000 | -$689,850 | -38% | -49% | -66% | D |
| Comm. 10/90 | 11/93 | $ 96,550 | 1/90 | $190,000 | -$93,450 | -49% | -52% | -58% | E |
| Retail 3/90 | 3/96 | $91,000 | 5/84 | $128,600 | -$37,600 | -29% | -44% | -64% | F |

The principal author of the article stated that the total change in value for each property resulted from the presence of a disamenity (a leaking underground storage tank) within three hundred feet of the property line of the subject property.[28]

The first thing to note is that this claim should never have been accepted by the reviewer of the article absent significant additional information. The assumption that all of the change in sale price of a commercial property over a period of 19 years (the bowling alley), 18 years (the car wash), ten years (the bank building), or 12 years (the retail building) is solely due to the presence of a disamenity within 300 feet of the property line

---

[27] Robert A. Simons, PhD; William M. Bowen, PhD, and Arthur J. Sementelli, PhD, "The Price and Liquidity Effects of UST Leaks from Gas Stations on Adjacent Contaminated Property," The Appraisal Journal, April, 1999.

[28] Deposition of Robert A. Simons in the matter of Lynn et al v. AMOCO et al maintained in the author's files.

of the subject property is highly unlikely to be true. This assumes for example that the property did not depreciate, deteriorate, suffer functional or economic obsolescence, or the like. While it is possible that these things did not occur, absent significant proof this claim should not have been accepted.

The balance of the problems with this table are ones which would have required considerable resources to identify and evaluate. The author(s) should have performed these analyses—something which the reader and the reviewer had every right to expect—but which they did not.[29] These issues could have been identified if the authors had supplied the detailed data behind the research, or if the reviewer somehow obtained the necessary resources to validate the information. The principle author stated that he was never asked for this information by a reviewer.[30] The actual information concerning these properties were as follows, obtained after considerable field investigation.

Bare in mind that the author(s) had destroyed all of their raw data upon learning that the article had been accepted for publication in a "peer reviewed" journal.[31] The original data could not always be verified because of the passage of time (two to seven years) and the disinclination of some of the sales participants to discuss an event years in the past.

Property A:

> This is a bowling alley built in 1963. It was sold in 1977 from a Lincolnway Lanes to an individual for approximately $477,000 (unconfirmed). It was sold from that individual to a Lincolnway Lanes in 1996 for $270,000. In a third sale not considered by the article's authors, Lincolnway Lanes then sold the property in September 1997 to AMF Bowling Centers for $1,385,100. I am still in the process of attempting to confirm this information and the condition of the property at the time of the 1996 sale with the participants. However, interviews which I conducted of long-time bowlers indicate that the property had become quite run-down prior to the 1996 sale, with immediate renovation and improvement thereafter.

Property B:

> This property is a medical building/clinic with  all of the special appurtenances and design features normally associated with such use. In

---

[29] Deposition of Robert A. Simons in the matter of *Lynn et al v. AMOCO et al* maintained in the author's files.

[30] *ibid.*

[31] *ibid.*

the past 14 years it has transferred three times with the last two between entities with either the same name or names which imply that the transfers may not have been at arms length. The table notes a sale on 2/86 for $510,000 with a sale on 12/91 for $530,000 implying a small increase in sale price over the period. I have not been able to develop specific information on the condition of the property or the circumstances of the transfer on those dates and simply note that this was the height of the real estate recession in the Cuyahoga County area.

## Property C:

This was a sale of a car wash built in 1966. The article lists the sales of 4/78 at $225,000 and 5/96 at $200,000 but the article's principle author stated that he had no knowledge of the condition of the property or of the included car wash equipment on the date of either sale and therefore no knowledge of any curable or incurable economic obsolescence or depreciation.

## Property D:

This is not a bank but a multi-story office building constructed in 1975 and is not a single parcel but two parcels facing different streets under common ownership with one occupied by the office building and the other a parking lot for the building. The property was purchased by a group listed as Lincoln Towers Limited in 1985 with partial funding by Northwestern National Life Insurance Company. This sale is listed at $1,800,000 in 1985. The re-sale in January, 1995 at $1,110,150 is listed as evidence of a decline in value associated with a gas station leak on an adjoining parcel. However, the principal author stated in his deposition that he was not aware that the second sale was a purchase from foreclosure at a Sheriff's sale by Northwestern National Life for the outstanding mortgage balance. As with the other properties, the principal author stated in his deposition that they made no attempt to ascertain any property specific information such as condition at time of sale or neighborhood factors. Three or four properties along Pearl Road adjoining the subject to the northeast have been demolished some time in the past five years or so, but the circumstances and date of demolition are unknown at this time.

## Property E:

This property is an old multi-tenant storefront and apartment building facing Madison St. and West Avenue in a very old and deteriorated section of Cleveland. At least one of the storefronts is empty at present and the property is across the street from a large metal stamping plant, down the street from a plating works, and is generally run down in physical appearance. An interview with the seller revealed that the information in the public records was in error and that the seller sold the property for more than he paid for it although the seller would not confirm the exact sale price. Seller stated that he "had never sold a property for a loss in his life, and this (sale)

was no exception."

Property F:

> This property is a former 7-11 outlet apparently originally built and leased to the Southland Corporation. There is evidence of the former presence of underground storage tanks on the property. The sale listed in May, 1984 for $128,000 was the price new for the property as a 7-11 outlet. The sale listed in March, 1996 for $91,000 was for use as a day care center after 7-11 abandoned the property as a retail outlet. It is unknown at the present time whether the sale included or did not include consideration of the cost of tank removal or conversion from a convenience store to a day care center. The principal author stated in his deposition that they did not verify such information with the sale participants.

The point of this example and those which have preceded it and are discussed in the attachments is that the existing peer reviewed literature is subject to uneven review quality, substandard research on the part of the author(s), and the lack of adequate resources necessary to conduct a true peer review. Therefore the reviews are editorial in nature, at best.

There is nothing wrong with editorial peer review so long as the consuming public is well aware of the limitations involved, particularly if there is some mechanism for the conduct of a true peer review post-publication, and a commitment on the part of the publications to make the public aware of the results of the true peer review attempt(s). The proposed standards advocate the preservation of the raw data and all other pertinent information upon which research is based, making true peer review feasible. Particularly in the case of publication, that information should be available to any party who might request it for further review and most importantly the attempted refutation of the results as required by the full exercise of the scientific method.

Naturally this does not mean that all articles would receive such scrutiny, but at present it is difficult and in some cases impossible to perform such additional independent verification work. Without this additional work and the publication of the results–particularly if they are contrary to the original results–the profession is left with a body of data, information, hypotheses and ideas of unknown quality and validity.

**Summary and Conclusions**

The proposed standards address the important topic of standards for the application

of statistics and survey techniques to the valuation of property. These tools are both powerful and useful to the analyst, but are subject to considerable misunderstanding in their application, and may lead to incorrect indications of value when improperly used.

The proposed standards do not address the issue of the economic importance of a result of a statistical or survey application, leaving that topic to the experienced discretion of the valuer. With respect to statistics, mathematical significance–when it can be reliably identified–is a necessary but not sufficient condition for use of a result in a valuation assignment. Economic significance, coupled with mathematical significance are the necessary and sufficient conditions. These issues are discussed further in the attachments to this paper.

The need for the standards is unfortunately obvious, as may be seen in the number of instances when analyses reported in the literature or courtroom have been found inferior to the expectations of the public and its representatives. The implementation of Federal Rule of Evidence 702 with its emphasis on reliability will insure that, over time, inferior work product will be severely discouraged. It is important for the profession to move ahead of this trend and define what constitutes acceptable work product.

The issue of peer review is of immediate importance to the valuation community. The literature in the field is generally editorially peer reviewed, and does not qualify as having received a true peer review as those phrases have been defined. However, the implementation of the standards with their requirement for the retention of all of the data used in the analysis, and particularly if that analysis has been reported in the literature, opens the possibility for true peer review of some of the literature.

The Appraisal Journal has moved to the forefront in the effort to foster true peer review by requiring authors to preserve and share their data with qualified researchers, and by requiring them to sign statements that will prevent the publication of a point of view concerning a matter in litigation. Most importantly The Appraisal Journal has adopted a description of the review process which begins to clearly state what peer review means in that publication. When all journals adopt these protocols, and especially when all journals encourage publication of the results of true peer review efforts linked to the original article, the literature of the profession will have taken a major step forward.

# ATTACHMENT A

## TEXT OF PROPOSED STANDARD

## Proposed USPAP Statement on Appraisal Standards
## First Exposure Draft

**SUBJECT: Utilization of Statistical and Market Survey Techniques in Real Estate Research, Appraising, Counseling and Consulting Assignments**

### PART 1 – Background and Preamble

On December 6, 1999 the United States Supreme Court received suggested changes to the Federal Rules of Evidence and in particular Rule 702. The suggested changes to Rule 702 were prompted, in part, by the *Daubert* and *Kumho Tire* decisions[32]. The text of the suggested Rule 702 is as follows:

> "Rule 702. Testimony by Experts
>
> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence or to determine a fact in issue, a witness qualified as an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case."[33]

The suggested changes to Rule 702 have a variety of implications for the real estate appraisal and real estate counseling professions, including the appropriate use of statistical or market survey techniques.[34]

The objective of this proposed Statement on Appraisal Standards is to insure that any application of a statistical or market survey technique (including hedonic modeling and contingent valuation) to the appraisal of real property is in conformance with the requirements of the modifications to Rule 702. If such conformance with this statement cannot be demonstrated by the proponent of the research then the use of such analysis or the results thereof in the valuation of real property is strongly discouraged.

The need for standards in the application of statistics and market survey work supporting an appraisal opinion of value is driven by several forces impacting on the valuation

---

[32] *Daubert v. Merrell Dow Pharmaceuticals, Inc.* 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 119 S. Ct. 1167 (1999).

[33] "Proposed Amendments to the Federal Rules of Evidence," Submitted to the Chief Justice of the United States and the Associate Justices of the Supreme Court, Administrative Office of the United States Courts, December 6, 1999, page 17.

[34] For a recent discussion of some of the other potential implications of the *Daubert* and *Kumho* Tire decisions for real estate appraising and counseling, see Richard J. Roddewig, MAI, CRE, "Junk Science, Environmental Stigma, Market Surveys, and Proper Appraisal Methodology: Recent Lessons from the Litigation Trenches," *The Appraisal Journal* (October 1999): 447.

community. These may be described as:

> Legal forces -- in the sense that the suggested revisions to Rule 702 quoted above require a reliable approach to support an expert opinion. (Note: The supporting discussion of Rule 702 states "...the Court in *Kumho* clarified that this gatekeeper function applies to all expert testimony, not just testimony based in science."[35])

> Market forces -- in the sense that consumers of valuation services and literature need to be assured that the information provided is well-founded on proper use and proper analysis of data.

> Professional forces -- in the sense that information provided by the valuation profession to the community at large must be reliable, appropriate to the assignment, and based on accepted professional techniques.

The professional standards proposed in this Statement are in harmony with those espoused by other professions involved in the application of statistical analysis or market survey techniques.

The proposed Statement also addresses definitions. Critical terms should be properly defined, explained and utilized in the assignment. Reference should be made to recognized publications for accepted definitions not otherwise set forth in this Statement. Among the recognized publications are the following:

> "The Dictionary of Real Estate Appraisal," _____ Edition, The Appraisal Institute, Chicago, Illinois.

> "The Appraisal of Real Estate," _____ Edition, The Appraisal Institute, Chicago, Illinois

> "Reference Manual on Scientific Evidence: Reference Guide on Statistics," David H. Kaye and David A. Freedman, Federal Judicial Center.

> "Reference Manual on Scientific Evidence: Reference Guide on Survey Research," Shari Seidman Diamond, Federal Judicial Center.

> "Reference Manual on Scientific Evidence: Reference Guide on Multiple Regression," Daniel L. Rubinfeld, Federal Judicial Center.

> Other reference works of recognized stature in the subject matter as may be appropriate.

---

[35] *ibid.* page 17.

The following definitions are among those that may be important to an assignment involving statistical or market survey techniques:

*External Validation:* Validation (of data, results) from an independent source.

*Hedonic Modeling:* Hedonic modeling is a technique of attempting to impute economic or social meaning to the coefficients of a multiple regression.

*Meta-Analysis:* Statistical analysis of the results of the same hypothesis from different studies for the purpose of obtaining a summary overall test of the hypothesis.[36]

*Multiple Regression:* A general mathematical technique for identifying a possible relationship between various independent or predictor variables, and a dependent or response variable.

With respect to multiple regression, the proposed Statement is intended to clarify some misunderstandings current in the literature.

1) Multiple regression is a specific mathematical technique preformed with the objective of estimating the value of the dependent variable based on certain hypotheses concerning how various independent variables might relate to the dependent variable. "The existence of a statistical relation between the response (dependent) variable Y and the explanatory or predictor (or independent) variable X does not imply in any way that Y depends causally on X. No matter how strong is the statistical relation between X and Y, no cause-and-effect pattern is necessarily implied by the regression model."[37]

2) This statement of mathematical fact is especially significant with reference to observational data such as sales data. "A major limitation of observational data is that they often do not provide adequate information about cause-and-effect relationships."[38]

3) There is a tendency among some users of regression analysis to misunderstand the central limit theorem. In particular there is a tendency among some to argue that a large quantity of data overcomes any defects in the data with respect to the requirement for homogeneity. Such is not the case. The central limit theorem itself depends on the homogeneity of the underlying data.

---

[36] Wolf, Fredric M., "Meta-Analysis: Quantitative Method for Research Synthesis," Series: Quantitative Application in the Social Sciences, Sage University Paper #59, Sage Publications, Newbury Park, CA, 1986, page18.

[37] Neter, John; Kutner, Michael H.; Nachtsheim, Christopher J.; Wasserman, William; "Applied Linear Regression Models," Third Edition, Irwin, Chicago, 1996, page 9.

[38] *ibid.*, page 14.

With respect to hedonic modeling, a clarification of its relationship to regression analysis is in order. Hedonic modeling is not multiple regression, although it uses those mathematical techniques. Hedonic modeling attempts to impute an economic or social interpretation to the estimated values of the coefficients of the multiple regression equation. In so doing hedonic modeling—unless supported by additional information outside the regression process—violates multiple regression points (1) and (2) above. It is therefore incumbent upon the proponent of any hedonic model to demonstrate conclusively that the proposed model is reliable and that the results propounded based on that model are also reliable. Causation, if imputed to the estimated values of the coefficients, must also be demonstrated by information external to the model. A demonstration of this nature must include external validation of the results.

While one focus of this Statement is expert testimony in either administrative hearings or litigation settings, the principles and standards enunciated apply equally to use of statistical methods and market survey techniques in non-litigation assignments. This Statement is directed primarily at appraisal reports (whether in the form of oral or written appraisal reports, file memos, or consulting reports) in administrative and litigation settings but it also applies to other kinds of real estate appraising, counseling or consulting assignments including market studies, highest and best use analyses, and damages analyses undertaken by a variety of real estate professionals. It also applies to the literature of the profession. Without reliable literature, the profession as a whole must suffer.

The proposed Statement also addresses the meaning of "reliability" in the context of scientific techniques. The term "reliability" has recently been described in the following way:

> "Reliability is rarely a black and white concept, it is frequently one of degree of being more or less reliable... The following characteristics should be present to the greatest extent possible under the circumstances for the information to be considered reliable.

>> "Representational faithfulness. It should faithfully measure or describe what it truly represents.

>> "Unbiased. It should be free of bias. It should have an equal tendency to fall on either side of what it represents.

>> "Best precision and least uncertainty under the circumstances. The absolute size or relative magnitude, such as in percentage terms of the precision or uncertainty is not a guiding criteria of reliability, but the results must provide the best precision and least uncertainty that can be obtained under the circumstances or available alternatives.

>> "Completeness. The data and methods used must be complete and not leave out significant information.

> "Verifiability. The methods, procedures, and data can be verified and replicated by other knowledgeable experts. The expert must provide detailed methods, procedures, data, and sources of data for other knowledgeable experts to replicate and test."[39]

This Statement also addresses the meaning of and reliance on peer review. A cautionary note about care in the use of "peer review" for support was recently stated as follows:

> "...courts seeking to implement the *Daubert* mandate must find sources of proof that a scientific claim has been subjected to true peer review.

> "The legal and scientific communities loosely use the term "peer review" to denote two very different processes: true peer review and editorial peer review.

> "The use of 'true peer review' to indicate the ongoing peer review of professional scientists is a convention adopted by this Note in order to distinguish it from the entirely distinct 'editorial peer review' process used by scientific journals to select manuscripts for publication."[40]

An examination of the literature clearly indicates that editorial peer review is the norm. True peer review is relatively rare and this Statement will, hopefully, encourage more of this type of review in the future, particularly with respect to statistical and survey techniques and applications.

## PART 2 – THE ISSUE:

USPAP Standard 1 requires that appraisers correctly employ recognized methods and techniques necessary to produce a credible appraisal. Standard 2 requires that each appraisal report communicate the analysis, opinion and conclusion in a manner that is not misleading. Standard 4 and Standard 5 extend the same requirements to real estate consulting and counseling.

When applying statistical or market survey techniques to the appraisal of real property or to consulting or counseling assignments, what steps should be taken to avoid misuse of these techniques or misleading reports? This Statement on Appraisal Standards is designed as a series of steps which must be addressed by the proponent of an analysis based on the requirements of the U.S. Supreme Court's decisions and Standards (1), (2), (4) and (5).

---

[39] Communication received from the NAFE-L listserve during a discussion of the *Kumho Tire* decision of the U.S. Supreme Court. Authored by W. Wade Gafford, CPA and dated 4/4/1999.

[40] Chan, Effie J., "The 'Brave New World' of Daubert: True Peer Review, Editorial Peer Review, and Scientific Validity," *New York University Law Review*, 70 N.Y.U.L. Rev. 100.

## PART 2 – THE STATEMENT:

## PART 2A – <u>Purpose, Objective and Coverage</u>

The purpose of this Statement is to insure the reliability of statistical and market survey work when the results of such work are applied to an opinion provided by a valuation professional, whether for purposes of oral or written appraisal reports, file memos, review appraisals, consulting reports, counseling or consulting assignments including market studies, highest and best use analyses, and damage analyses. This Statement is applicable in either litigation or non-litigation assignments, and applies to publication of information in the literature of the profession.

The objective of this Statement is to set forth the minimum information which the proponent must provide to the consumer such that the consumer may judge the basis for, and reliability of, the analysis and conclusions. The objective of this Statement is not to prohibit any analysis or methodology, but rather to require that such analysis or methodology be clearly described in a manner that will allow consumers and other researchers to validate the work and the conclusions derived therefrom.

## PART 2B – <u>Application to Multiple Regression Analysis</u>

This Statement applies to multiple regression analysis as well as other statistical techniques.

As an example, the application of multiple regression techniques assumes the homogeneity of the underlying data used in the regression. However, perfectly homogeneous sales data from the real estate market is usually difficult–if not impossible–to obtain. It will be incumbent upon the proponent of the analysis, therefore, to (a) describe how the database used addresses the research question appropriately, (b) describe how the database departs from the ideal of homogeneity and to what extent such a departure may influence the results and conclusions, and (c) demonstrate how despite such departure(s) the proposed conclusions are supportable.

## PART 2C – <u>Application to Market Surveys</u>

Formal market surveys are frequently undertaken to demonstrate how market participants might or should behave in a transactional setting.[41] Under these Standards and this Statement it is incumbent upon the proponent to provide convincing evidence of the reliability of the formal survey work on at least the following major points:

---

[41] A "formal" market survey is different than an "informal" market survey (e.g., telephone calls to, or conversations with, knowledgeable market participants). Nothing in this Statement is intended to imply that Informal market surveys are not appropriate and can continue to be perfectly appropriate in many circumstances. The difference between "formal" and "informal" surveys is in the degree to which the survey is claimed to be based upon "scientific" survey techniques and methods as a means to enhance the reliability and weight that can be given to the survey results.

- That the population from which the sample was drawn is unbiased with respect to the research issue;

- That the survey instrument and its methodology of administration were unlikely to introduce bias, and;

- That a clear and convincing statement concerning how the results of non-transactional survey data relate to a real market transaction.

## PART 2D – Reliance on Peer Review of Methods or Procedures

There is a tendency for the appraisal, consulting, and counseling profession to rely on "peer reviewed" literature as support for conclusions or opinions. However, care must be taken to understand the types of "peer review" and to rely on the type of "peer review" appropriate to the appraisal technique utilized.

The legal and scientific communities loosely use the term "peer review" to denote two very different processes: true peer review and editorial peer review.

Although "editorial peer review" may be appropriate to provide support for some types of appraisal or real estate counseling techniques in some kinds of assignments, "true peer review" is typically appropriate and necessary when such scientific or technical methods as regression analysis and formal market survey techniques are utilized in the appraisal or counseling processes. Users of this Statement are strongly cautioned against using the literature reporting the results of statistical or survey techniques as evidence of professional or scientific support for such methods as they generally have not been subject to "true peer review," but have instead only been subject to "editorial peer review" which is generally unlikely to be sufficient for the purposes of validating the appropriateness of a technique or opinion under the meaning of Rule 702.

## PART 2E --Reliability

In the context of utilization of statistical methods or survey techniques and studies applying them, such reliance should be made in light of the following additional factors:

- Representational faithfulness.  Does the method or technique faithfully measure or describe what it truly represents?

- Lack of bias.

- Level of precision and lack of uncertainty under the circumstances of the method or study.

- Completeness of the method and data. Does the method or technique leave out significant information?

- Verifiability.  To what extent can the method or results be verified and replicated?

## PART 2F – <u>Steps in the Application of Statistical and Market Survey Techniques</u>

Appraisers, counselors, real estate consultants and other real estate professionals should follow seven fundamental steps in undertaking and completing assignments involving utilization of statistical methods or market survey techniques:

Step One – Proper statement of the real estate appraisal, counseling or consulting problem and the purpose of the research

Step Two – Determination of competency and need for significant professional assistance

Step Three – Consideration and selection of the most appropriate procedure and methodology and explanation of the basis for the selection

Step Four – Consideration and selection of the appropriate data sources

Step Five – Analysis of  the data in light of the appraisal, counseling or consulting problem and methodology selected

Step Six – External validation of the results of the analysis with reference to the real estate marketplace

The following sections of this Statement are devoted to each of those steps.

## PART 3A – Step One.  Proper Statement of the Real Estate Problem and Purpose of the Research

Statistical methods such as statistical tests of data or regression analysis and market surveys can be useful in a wide variety of real estate appraisal and counseling assignments.  The real estate professional should describe the problem as posed by the client, and indicate whether resolution of the problem calls for real estate appraisal, counseling, or consulting.

Definitions are critical to the proper understanding of the purpose and the results of a real estate appraisal, counseling, or consulting assignment.  Consideration should be given to the terms that need to be defined to frame the problem and the analysis properly.  Critical terms should be defined in the report.

Care should be taken to state whether the assignment involves an estimate of market value, some other type of value (e.g., use value or going concern value, etc.), or is one in

which an estimate of value is not necessary to completion of the assignment. There are many situations, especially in litigation settings, in which an estimate of value is not necessary to the appropriate completion of the assignment. Consider the following examples:

> *Example One* -- An appraiser experienced in appraising single-family homes is approached by a local assessor to assist in determining the impact, if any, of a recently constructed regional shopping mall on the market value of homes in a particular neighborhood. The assessor is looking for a "market impact factor" to apply to the assessed value of the homes disregarding the nearby mall. The local assessor's computerized program will determine the market value prior to construction of the mall. The outside appraiser is to undertake an appropriate study to determine the market impact factor (whether positive or negative), if any, to apply as a market derived adjustment to the assessor's computerized sales data base.

> *Example Two* -- An appraiser experienced in valuing contaminated properties is approached by an attorney to be an expert witness in a case involving the effect of contamination on the market value of a "brownfield" property. The property is located in a part of the country where the appraiser is not experienced or licensed. A knowledgeable and competent local appraiser has already prepared an appraisal estimating the market value of the property disregarding the contamination -- the local appraiser is not competent to value contaminated property. The attorney would like the outside appraiser to quantify the "damages", if any, resulting from the contamination based on analysis and selection of an appropriate factor, if any, to apply to the estimate of market value determined by the local appraiser.

The statement of the problem must also provide clear, accurate and objective information about the property, the neighborhood in which it is located, the condition of the relevant market or markets (and significant market influences) on the dates relevant to the assignment. Every effort should be made to describe all significant factors affecting prices or values in the particular market and neighborhood, and to include all descriptive information necessary to the proper evaluation of the property in the context of its particular market.

The problem may be appropriate to express as a hypothesis to be tested. This may be especially appropriate in some litigation situations as a means to test and validate factors that should be applied to values determined by use of one or more of the three traditional approaches. The presentation of all or part of the problem in the form of a hypothesis to be tested does not necessarily indicate a lack of objectivity but instead expresses an appropriate scientific technique in many kinds of assignments.

## PART 3B – Step Two. Determination of Competency and Need for Professional

**Assistance**

Once the problem and purpose of the assignment have been properly understood and described, the real estate professional must consider whether he or she has the competence to undertake the assignment and analyze the problem presented.

*[Explanatory Note: Members of The Appraisal Institute should reference Guide Note 8 for the determination of competence.]* If the real estate professional does not meet the competency requirement, the appraiser, consultant or counselor may undertake the assignment if the client is advised of the lack of competence and then (with the consent of the client) completes the assignment competently by means of appropriate procedures *[Explanatory Note: Members of The Appraisal Institute should follow the steps outlined in Guide Note 8.]*

Every written report should contain a statement in keeping with the Uniform Standards of Professional Appraisal Practice to the effect that the person(s) conducting the research are competent to do so by training and/or experience. If the real estate professional is competent, an affirmative statement to that effect must be included in the report. If the real estate professional is not competent, a statement to that effect as well as a description of the steps taken to assure that the assignment has been undertaken by competent person(s) must be included in the report.

If the results of the research are to be used by another real estate appraiser, counselor, or consultant in the development of an opinion of value, the user is required to take appropriate steps in keeping with the Uniform Standards of Professional Appraisal Practice and especially Advisory Opinion 5. *[Explanatory Note: Members of The Appraisal Institute should follow the steps outlined in Guide Note 6.]* An affirmative statement must be provided in the report stating that:

- The user has examined the credentials of the real estate professional or other expert who performed the work and that in his/her opinion the other professional or expert is fully qualified to do so; and

- That the appraiser, counselor or consultant fully understands the results and limitations of the research performed and has taken that information into account in developing the opinion of value.

It may be appropriate to rely on reports prepared by others in the assignment. Such reliance must be made on the basis of the Uniform Standards of Professional Appraisal Practice, and the previous summary of reliability criteria contained in this Statement. *[Explanatory Note: Members of The Appraisal Institute should also follow the standards, criteria and process outlined in Guide Note 6.]*

In assignments involving expert testimony in administrative or judicial hearings or trials, there may be situations in which it is legally appropriate for one expert to rely on the work of another even if, in other circumstances, independent verification or less reliance would

be appropriate. In such a situation, when one expert is instructed by an attorney, a court, or a hearing officer to rely on such other expert testimony, the jurisdictional exception may be invoked so long as the nature and extent of the reliance is made clear in the assignment.

*Explanatory Note: In the following steps reference should be made to Appendix A through C which contain the elements considered important in the Reference Manual on Scientific Evidence for Survey, Statistical and Multiple Regression work.*

## PART 3C – Step Three.  Consideration and Selection of Appropriate Procedure and Methodology

A variety of statistical and market survey procedures and methodologies may be appropriate to the proper resolution of the real estate problem presented.  Potentially appropriate methodologies should be considered and discussed in the report with a brief description, definition, or explanation of each. The strengths and weaknesses of each alternative procedure or methodology should be considered and briefly addressed in the report, both in terms of its general applicability as well as its specific applicability to the particular problem at hand given the facts and circumstances of the particular assignment and property involved.

If the purpose or one purpose of the assignment is an appraisal, the applicability of each of the three traditional approaches to value (sales comparison, income, and cost) to either the entire problem presented, or to the portion of the problem to be analyzed by use of statistical methods or market survey techniques, should be considered and discussed in the report. There are assignments in which use of one or more of the traditional approaches to value may not be appropriate.  However, the appraiser should make every effort to use any or all of the three traditional approaches when appropriate to the problem presented. Often a technique or methodology (e.g., case study analysis, regression analysis, etc.) that may not appear at first to fit into one of the three traditional approaches may, upon more careful analysis, actually be a variant on one of the three approaches.

## PART 3D – Section Four. Consideration, Selection and Development of Appropriate Data Sources

Selection of the data to be utilized in the course of addressing the problems presented in the appraisal, counseling or consulting assignment should be based upon four criteria: relevance, reliability, objectivity, and completeness.

*Relevance.* The relevance of the data potentially available and ultimately selected for analysis should be evaluated in terms of the following factors:

- Is the data available and ultimately selected appropriate to analyze in light of the type of property involved in the assignment (e.g., commercial, residential, industrial, special purpose, etc.)?

- Is the data available and ultimately selected appropriate to analyze in light of the purpose of the assignment and nature of the analytical problem?

- If there is more than one source of data, which source is more relevant in terms of customary use by other real estate professionals or in terms of actual use in a real estate marketplace?

Example __ : If the assignment is for an analysis of three bedroom homes in a price range of $150,000 to $200,000, is a database of all homes sold in a given metropolitan area a relevant source of information, or should more relevant information be extracted from such a database? The proponent is required by this Statement to state and defend his/her choice.

*Reliability.* The reliability of the data potentially available and the data source ultimately selected for analysis should be evaluated in terms of the following factors:

- Is the available data reasonably reliable?

- Is the data available and ultimately selected a reasonably complete data set or a data set sufficient in size to provide meaningful and reliable insights or to be statistically reliable?

- Would the reliability of the analysis and the ultimate conclusions from it be enhanced by analyzing (or combining) more than one data source or an alternative data source?

- Is the data available and ultimately selected for analysis of a type that would be customarily relied upon by other real estate professionals undertaking similar assignments?

- Is the data available and ultimately selected for analysis of a type customarily and reasonably relied upon by knowledgeable participants (e.g., brokers, attorneys, lenders, buyers, sellers, etc.) in the actual real estate marketplace?

- If there is more than one source of data, which sources or sources is more reasonably available and how and why does the reliability vary from one source to another?

An attempt should be made to verify some or all of the data ultimately utilized. The degree and intensity of the required verification process required depends upon such factors as past experience with the data or the data source, the nature and character of the source of the data, the evidence of potential unreliability on the face of the data itself, or the level of  significance of the data to the analytical process and to the ultimate conclusions reached.  Therefore the degree and intensity of the required verification process will vary

from one assignment to another.

*Objectivity*. The objectivity of the data and the data source should be evaluated in terms of the following factors:

- Is there any fact involving the origins of the data (e.g., type of assignment in which data was gathered, motivation of the source of the data in compiling the data, past pattern of activity, etc.) that would call into question the objectivity of the data or the process by which it was compiled?

- Is there any obvious bias apparent on the face of the data?

*Completeness*. The completeness of the data and the data source should be evaluated in terms of the following factors:

- Is the data available and ultimately selected a recently complete data set or a data set sufficient in size to provide meaningful and reliable insights or to be statistically reliable?

- Would the reliability of the analysis and the ultimate conclusions from it be significantly enhanced if the data set was more complete?

- Is the data set ultimately selected for analysis so reasonably complete that it would be  customarily and reasonably relied upon by knowledgeable participants (e.g., brokers, attorneys, lenders, buyers, sellers, etc.) in the actual real estate marketplace?

- Is the size of the data set ultimately selected for analysis of a sufficient size that it would be customarily relied upon by other real estate professionals undertaking similar assignments?

Comparative cost or utility of one data source or data base as compared to another may be an appropriate criteria for selection of the data source ultimately utilized. However, if there is more than one source of data, and one data source is selected over others on the basis of cost, utility, or availability, but the selected data or data source is less relevant, reliable, objective, or complete than other potentially available data sources, the implications for the outcome of the analysis from selecting a less relevant, reliable, objective, or complete data source or data base should be addressed and discussed in the report.

The source of any data set selected and analyzed, and its suitability to the real estate problem and purpose of the research must be discussed in the report and the  reason for selection of the data set ultimately utilized explained in light of the above criteria. Alternative data sources, if any, and the strengths and weaknesses of the alternative data sources (based upon the criteria of relevance, reliability, objectivity, and completeness) by comparison to the data source ultimately utilized explained.  The reasons for the ultimate

selection of the data utilized from among the reasonably available alternative data sets, if any, should be discussed. All concerns about the relevance, reliability, objectivity, and completeness of the data utilized should be discussed.

## PART 3E – Section Five.  Analysis of the Data and Basis for Opinion

Every real estate appraiser, counselor, consultant and other real estate professional forming an opinion based on statistical or market survey research must be able to state clearly the basis for the opinion with respect to the research performed, and the limitations of that opinion with respect to confidence bands or other appropriate expressions of the degree of confidence which the user may place on the opinion, and the bounds or limitations of the applicability of the opinion.

The significance of the results should also be analyzed in terms of the highest and best use of the property.  Consider the following example:

*[Explanatory Note: An example will be added here in later Exposure Drafts]*

## PART 3F – Section Six.  External Validation of the Analysis and the Conclusions Reached

Results from surveys, regression analysis, statistical sampling, market surveys, or other types of statistical or scientific studies must be externally validated. Validation cannot be accomplished by iterative reference to the data base used to perform the analysis; it can only be accomplished by reference to sources of information outside the database upon which the analysis was based.

Validation of "scientific techniques" such as regression modeling or statistical sampling should be done through either other "scientific" techniques or non-scientific techniques.

Validation can take any of several forms, and more than one form of validation may be appropriate on a particular assignment.  There are two goals in the validation process. First, validation should verify the reliability of the results of statistical or market survey techniques by "testing" them by reference to common sense, personal experience, and, most importantly, the market place itself (i.e., independent market knowledge or information). Second, external validation of the results and opinions must be accomplished and documented by the researcher in a manner that will allow other qualified researchers to duplicate the experimental results within the described error ranges of the original research.

If there is no data in the marketplace against which to externally validate the results, then the basis upon which the validity of the conclusions may be said to rest must be clearly stated.

There are three possible results of the validation process.  First, validation may result in greater confidence in the results of the application of the scientific technique.  Second,

validation may result in less confidence in the results of the scientific analysis. Third, validation may indicate additional factors that should be considered and possibly included in the statistical analysis, added to the questions in a survey, or otherwise considered in the methodology utilized in the assignment. If the validation process results in a decline in the confidence of the analyst in the significance of the results, that should be so stated in the report and the basis for such a conclusion clearly explained.

An example will serve to explain the process for, and use of, validation.

> *Example* – A regression model is used to indicate the impact on single-family home values resulting from proximity to a five year old, fully permitted, state-of-the-art hazardous waste landfill. Sales data for the past two years from the multiple listing service is used as the data base. The modeling indicates that there is an impact on value that is most significant within one-quarter mile from the landfill, but the impact continues, although in declining amounts, to a distance of 10 miles.

> If the analyst has never seen a hazardous waste landfill or never undertaken proximity studies using other methods such as market interviews or investigation of actual individual comparable sales, there may be nothing in that modeling result to create concern. However, to an experienced real estate appraiser, counselor, consultant, or broker -- especially one who has actually seen hazardous waste landfills and their nearby neighborhoods -- it should seem unusual that there is a discernible impact on price as far as ten miles away from a state-of-the-art hazardous landfill.

> Validation testing could be done in a number of ways such as the following:

> - Actual buyers and sellers of homes at various distances from the landfill could be contacted to determine their knowledge of the proximity of the landfill, the nature of any concerns they had, and how and if the relative proximity to the landfill was a consideration in the bid/asked pricing of the particular home – if few buyers of property more than a mile away from the landfill even know where the landfill is located or most buyers interviewed state that the landfill did not affect the offer price, it may indicate something else is affecting prices.

> - Brokers involved in home sales at various distances could be contacted and interviewed to determine how the marketplace reacts to the landfill and how they price homes for sale at various distances from the hazardous waste facility – if brokers state there is no concern at a distance of more than 0.5 miles, then this would indicate that the regression model is overstating the impact of the

landfill proximity.

- An inspection of the neighborhoods around the landfill could be undertaken to determine if there are other potential causes of the pattern of proximity impact that emerges from the regression analysis – perhaps the inspection will find other physical features that could account for the distance relationship such as increasing distance from a significant amenity such as mountain views, a lake front, an employment center, changing school district boundaries, or some other facet of the real estate market that explains the proximity impacts as far away as ten miles.

Local newspaper stories about the landfill could be investigated -- it may be that there has been a vocal opposition group fighting the landfill expansion over the past two years or a large number of stories that may have raised fears in the community as a whole and could explain the reaction of the marketplace as far as ten miles away.

## PART 4 – Professional Ethics Considerations

Assignments involving utilization of statistical methods or market surveys raise the same professional ethics considerations as other types of appraisal, counseling, and consulting assignments, and are subject to the Ethics Rule of the Uniform Standards of Professional Appraisal Practice.

Every assignment in which the real estate professional is serving as an independent unbiased expert must be performed with impartiality, objectivity, and independence, and without accommodation of personal interests. To the extent any assignment, or portion of an assignment, involves justification or advocacy of a pre-determined position, any report presented to the public or to third parties must clearly reveal the purpose of the assignment, the lack of objectivity, and the basis for the opinion presented.

The real estate professional employing statistical methods or market surveys in an assignment that calls for impartiality, objectivity, and independence must take due care to eliminate bias from the procedures, methodology and analysis.

Bias can intentionally or inadvertently be inserted into a statistical analysis or market survey in many ways such as the following:

- Client characterization of the facts and the problem to be addressed.

- Selection of the data base.

- Elimination of outliers.

- Selection of independent variables, or elimination of certain independent

variables.

- Selection of the survey population.

- Selection of survey questions.

- Phrasing of survey questions.

- Characterization of the facts for survey participants.

- Omission of key facts from a description of the factual situation.

When acting as an independent objective expert, the real estate professional utilizing statistical or market survey techniques should make every reasonable effort to eliminate bias. As discussed in Section Five of this Standard, that should be accomplished in part through the evaluation of the objectivity of the data and data source. In assignments involving statistical techniques, consideration should be given to the effect on the outcome if independent variables or outliers are omitted, and the report should discuss the independent variables or outliers eliminated from consideration, the reasons for their elimination, and the effect on the outcome of the analysis from their elimination.

Elimination of actual or perceived bias is especially important when undertaking statistical market surveys because they may be perceived as having enhanced credibility because of their basis in the science of statistics.

For purposes of this standard, care should be taken to differentiate between market "surveys" and "interviews" with market participants. The two terms can be differentiated based upon the thoroughness (scope and depth) of the procedure, the statistical significance of the resulting market data, and their relative weight as a market indicator.

- "Interviews" with knowledgeable market participants (e.g., potential buyers, sellers, adjoining property owners, lenders, brokers, public officials, etc.) are an appropriate part of many real estate appraisal, counseling, and consulting assignments. These can be formal or informal, in person, on the telephone, or in writing (via mail or Email).

- Market "surveys" are more formalized and comprehensive procedures involving identification of a survey methodology, preparation of a questionnaire, identification of a target population to be surveyed, and completion of the survey in a manner designed to provide statistically significant results.

A series of market "interviews" should not be characterized as a formal and comprehensive market "survey" in an effort to give the interviews greater weight than they otherwise would have.

The amount of actual or potential bias in a survey should be evaluated in terms of the following factors:

- Does the statement of the factual situation contain all of the information that a reasonable and knowledgeable market participant would need to understand the entire situation and answer the survey questions?

- Are the questions phrased in words or terms likely to skew the results?

- Has the survey population been selected in a manner that would skew the results?

- Have the survey administrators been properly instructed about the need for objectivity especially the need to avoid pejorative language, voice inflections, and other indicators that the questioner has a particular point of view on the survey questions?

Potential bias in a survey can be eliminated by pre-survey validation. The survey form and proposed survey population should be reviewed by an independent reviewer with no stake in the assignment or the outcome of the analysis.

Efforts to eliminate bias from the market survey should be discussed in the report. The extent to which the survey results might be biased, and the reasons for that potential bias, should also be discussed in the report.

Even if a survey itself is not biased, the interpretation of the results can be done in a biased manner. Care should be taken to ask whether other real estate professionals, reviewing the survey data, would reasonably arrive at the same conclusion as the market survey researcher.

## PART 5 – CONCLUSIONS

- Statistical and market survey techniques are appropriate in some kinds of appraisal and consulting assignments.

- A number of Standards apply to the use of statistical and survey methods in real estate appraising, consulting and counseling assignments.

- Such techniques can be the type of scientific or technical techniques for which the U.S. Supreme Court has established tests to determine their reliability in litigation settings.

- Appraisers have an obligation and responsibility to utilize such techniques correctly and credibly, and to avoid the appearance or actuality of bias in utilization of such techniques.

A. R. Wilson

- Appraisers have an obligation and responsibility to follow a series of steps in undertaking assignments involving utilization of such statistical and market survey techniques.