

# SYMPOSIUM

## Schedule of Events

### Thursday, April 4

| | |
|---|---|
| 2 p.m. – 6:30 p.m. | Registration open |
| 6 p.m. – 8:00 p.m. | Welcome Reception |

### Friday, April 5

| | |
|---|---|
| 7:00 a.m. – 1 p.m. | Registration/Information Desk open |
| 7:30 a.m. – 8:30 a.m. | Breakfast |
| 8:30 a.m. – 8:45 a.m. | Comments by Symposium Chairs |

**Charles G. Dannis**, President, Crosson Dannis, Inc., Dallas

**Peter Clark**, Senior Advisor, International Liaison & Support Services, Canada Public Works and Government Services, Real Property Services

8:45 a.m. – 11:30 a.m.   **Valuation & Investment Models for Contaminated Property**
Moderator: Charles G. Dannis



- Brownfields: Pricing the Property and the Risk from an Investor's Perspective
  *Speaker:* Stuart A. Jones, JD, President/CEO, American Brownfields Corp., Dallas

- The Risk Approach: A Step-by-Step Plan to a Clean Valuation
  *Speaker:* Bas van de Griendt, Soil Consultant, Royal Haskoning, Netherlands

- Credit Risk Management in Financing Contaminated Properties
  *Speaker:* Jeff Telego, Executive Director, Environmental Bankers Association, Alexandria, VA; and William J. Muzychko, Environmental Risk Officer, PNC Bank

- Environmental Consulting Practices and Procedures in New Frontiers in Global Marketplace
  *Speaker:* George Boire, Vice President of Strategic Operations, AMEC Earth & Environment

- Sustainable Lending Practices and the Environment
  *Speaker:* Helen Sahi, President, Environmental Bankers Association, and Senior Vice President and Manager of Corporate Environmental Risk Management Department, Fleet Boston Financial, Hartford, CT



Panel Discussion and Questions/Answers

| | |
|---|---|
| 10:30 a.m. – 10:45 a.m. | Break |
| 11:30 a.m. – 12:15 p.m. | **Keynote Speaker**<br>Carol Beal, Assistant Deputy Minister for Real Property Services, Canada Department of Public Works & Government Services |
| 12:15 p.m. – 1:30 p.m. | Lunch |
| 1:30 p.m. – 5 p.m. | **Due Diligence**<br>Moderator: Randall Bell,<br>Bell Anderson & Sanders LLC, Laguna Beach, Calif. |

- Basic Due Diligence: 20 Questions for Every Real Estate Transaction
  *Speaker:* Randall Bell

- Due Diligence: An Environmental Risk Manager's Perspective
  *Speaker:* Sandra Odendahl, P. Eng, Senior Manager, Environmental Risk Management, Royal Bank of Canada
  or
  James R. Evans, Manager, Environmental Risk Management, Royal Bank of Canada

- Due Diligence: An Attorney's Perspective
  *Speaker:* Amy Edwards, JD, Partner, Holland Knight, Washington D.C.



- Banking Industry's Environmental Risk Management
  *Speaker:* Jeff Telego, Executive Director, Environmental Bankers Association, Alexandria, VA; and William J. Muzychko, Environmental Risk Officer, PNC Bank

Panel Discussion and Questions/Answers

| | |
|---|---|
| 6 p.m. – 7:30 p.m. | Networking Reception |

## Saturday, April 6

| | |
|---|---|
| 7:30 a.m. – 10 a.m. | Information Desk open |
| 7:30 a.m. – 8:30 a.m. | Breakfast |



 8:30 a.m. – 12:15 p.m.     **Statistical and Survey Standards**
Moderator: Peter Bowes, President,
Bowes and Company, Denver

- The Need for Standards in the Use of Statistical and Survey Techniques in Property Valuation
  *Speaker:* Albert R. Wilson, Principal, A. R. Wilson, Woodland Park, Colorado

- The Legal Perspective: Federal Rule of Evidence 702 and the Frye Standard
  *Speaker:* James T. Harrington, Esq., Ross & Hardies, Chicago, and Consultant on Appraisal Institute Guide Note 8

- The Proposed Statistical Standards
  *Speaker:* Dr. Louis L. Wilde, PhD, Vice President, Charles River Associates, Litigation and Regulation Group, Environmental Division, Los Angeles

- The Proposed Survey Standards
  *Speaker:* Dr. William H. Desvousges, PhD, President, Triangle Research, Inc.

Panel Discussion and Questions/Answers

10:30 a.m. – 10:45 a.m.     Break

12:15 p.m. – 1:30 p.m.     Lunch

1:45 p.m. – 5:00 p.m.     **Global Environmental Standards**
Moderator: Peter Clark

- International Overview

- GASB Proposed Statement on Environmental Liabilities for Government Entities
  *Speaker:* Wesley Galloway, Project Manager, Governmental Accounting Standards Board


- Overview/update on the ASB Environmental Standards Initiative
  *Speaker:* Thomas Jackson, Member, Appraisal Standards Board


- ASTM Standards on Commercial Real Property Transactions (ESO)
  *Speaker:* Peggy Lynch, Representative of the American Society for Testing & Materials

- IAAO Standard on the Valuation of Property Affected by Environmental Contamination
  *Speaker:* Alan Dornfest, Idaho State Tax Commission & IAAO Executive Board Member

Panel Discussion and Questions/Answers