**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
BETTER ADDRESS
90-K-181
MINUTE ORDER

TO FCRS

Joseph F. Yenouskas
Morgan, Lewis & Bockius, LLP-Virginia
1600 Tysons Boulevard
12th Floor
McLean, VA 22102-4824

NIXIE          2030  1       06 07/07/05
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
          RETURN TO SENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 2 2005
GREGORY C. LANGHAM
                    CLERK