

Envelope:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Handwritten: CANNOT LOCATE BETTER ADDRESS 90-CV-181 MINUTE ORDER

Addressed to:
Louis W. Pribila
Dow Chemical Company
Midland, MI 48674

Stamps: FILED UNITED STATES DISTRICT COURT DENVER, COLORADO JUL 12 2005 GREGORY C. LANGHAM, CLERK

RETURN TO SENDER — NOT LOCATED AT DOW

Handwritten: Not in system

MOVED LEFT NO ADDRESS / RETURN TO SENDER