**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.
_____

**JOINT STATEMENT OF THE PARTIES REGARDING
HEARINGS ON *DAUBERT* MOTIONS AND MOTIONS IN LIMINE
AND ON OTHER ISSUES**
_____

Through their respective counsel, the parties have conferred on various issues under Local Rule 7.1(a). Discussion of various points remains ongoing, but the parties can report on their progress as follows:

    **A.    Hearing and argument on *Daubert* motions and motions in limine.** The parties agree that no live testimony will be presented at the hearings on the parties' pending motions in limine and under *Daubert* and its progeny. Defendants have withdrawn the one witness they had previously designated for those hearings, and plaintiffs will call no witnesses.

    Subject to the Court's approval, the parties agree that argument on all of the pending motions can and should be completed in two days, and the parties agree to begin argument with the motions in *limine*, allotting perhaps an hour to the respective parties to address whatever aspects of those

motions, considered as a group, are felt (by the movant, the respondent, or the Court) most to require comment. Subject to the Court's approval, the parties also agree that *Daubert* motions should be argued after motions in *limine*, and that defendants' *Daubert* motions be argued first and be addressed in the topical groupings corresponding to defendants' filings (*i.e.*, damages, risk, conduct), with argument on plaintiffs' *Daubert* motions proceeding if sufficient time remains.

**B.** **Emotional distress; prior market defense; additional jury instructions.** Plaintiffs do intend to present evidence that reasonable class members could have suffered fear or emotional distress over actual and threatened releases and contamination from Rocky Flats (what has sometimes been referred to as the issue of "generic" emotional distress). Defendants intend to present evidence in support of their "prior market" defense. The parties are discussing a timetable for submitting proposed jury instructions on these two issues to the Court in the near future, and whether there are any other issues that call for additional proposed jury instructions.

**C.** **Pretrial order.** The parties are discussing timetables for working together in their joint preparation of the pretrial order and are hopeful that they may be able to resolve this issue amicably.

**D.** **Other issues.** The parties continue to confer on other issues and will report on their progress as agreement is reached, or as the Court's assistance may be required, or as the Court may otherwise direct.

Dated: July 15, 2005

Respectfully submitted,

s/Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 17th Street
Denver, CO  80202
(303) 297-2900

David M. Bernick, P.C.
Douglas J. Kurtenbach
KIRKLAND & ELLIS, LLP
200 E. Randolph Drive
Chicago, IL  60601
(312) 861-2000

Attorneys for Defendants

Merrill G. Davidoff
Peter Nordberg
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Holly B. Shook
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO  80206
(303) 399-3000

Attorneys for Plaintiffs