IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION**
_____

       Defendants respectfully request that this Court extend by one day the date by which the parties must submit their reply briefs in support of their *Daubert* motions and motions in *limine*.

       1.     This Court's May 25, 2005 Order provided that responses to the parties' motions would be due on July 6, and that replies would be due on July 21. The time for filing the responses was thereafter extended to July 8 for the motion in *limine* responses and 11 for the *Daubert* motion responses. Defendants thus seek a one-day extension to July 22 for the filing of the parties' replies so that the parties may address the numerous issues raised by the parties' responses.

       2.     Pursuant to Local Rule 7.1, the undersigned certified that, on July 18, 2005, John Tangren, counsel for Defendants, conferred by telephone with Peter Nordberg, counsel for Plaintiffs regarding the relief requested by the motion. Mr. Nordberg stated that Plaintiffs do not oppose this motion.

Dated:  July 18, 2005                                   Respectfully submitted,


                                                 /s/Joseph J. Bronesky
Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

      Merrill Davidoff, Esq.
      Peter Nordberg, Esq.
      Berger & Montague, P.C.
      1622 Locust Street
      Philadelphia PA 19103-6365

      Gary B. Blum, Esq.
      Silver & DeBoskey
      The Smith Mansion
      1801 York Street
      Denver, Colorado  80206

      /s/Patricia Eckman