IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion for Extension (doc. #1404) filed July 18, 2005, is **GRANTED.** Replies to *Daubert* motions and motions in *limine* are due July 22, 2005.


Dated: July 19, 2005