IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The hearing set for July 28-29, 2005 shall proceed as proposed in the Joint Statement of the Parties Regarding Hearings on *Daubert* Motions and Motions in Limine, filed July 15, 2005.

After consideration of the scheduling issues discussed at the June 30, 2005 status conference, the court has also decided that members of the special jury panel will report on October 3 to the Jury Assembly Room to fill out the parties' jury questionnaire. They will be advised to return on October 6 for the beginning of trial. The parties may pick up copies of the completed jury questionnaires on the afternoon of October 3.

Court will not be held on October 4 and 5 in observance of Rosh Hashanah. In observance of Yom Kippur, court will recess at least one hour before sundown on October 12 and return to trial on October 14. The parties should also be aware that Monday, October 10, and Friday, November 11, are federal holidays, with the result that court will not be held on these dates as well.

Dated: July 21, 2005