# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MERILYN COOK, et. al.      )
                           )
    Plaintiffs,             )
                           )
    v.                     )    Civil Action No. 90-K-181
                           )
ROCKWELL INTERNATIONAL     )
CORPORATION and THE DOW    )
CHEMICAL COMPANY,          )
                           )
    Defendants.            )

## AFFIDAVIT OF PAUL C. LIU

STATE OF CALIFORNIA       )
                          )  SS:
COUNTY OF SAN FRANCISCO   )

I, Paul C. Liu, being first duly sworn, depose and state that the following statements are true and based on my personal knowledge and that, if sworn as a witness, I could competently testify thereto.

I am Dr. Paul C. Liu. I am a Principal at *The Brattle Group*, an economic consulting firm with offices in San Francisco, Cambridge, MA, Washington, DC, and London, England. I have a Ph.D. in Economics from Stanford University and have testified as an expert economist at mediation and in state court. A copy of my resume is attached as Exhibit A.

I have been asked to analyze the number of plaintiffs in the *Cook v. Rockwell* litigation who sold or otherwise transferred ownership of their class properties before August 1, 1989, and before March 26, 1992.

For each of the properties in the plaintiffs' class notice database, I gathered the available deed information from the Jefferson County Assessor's Office. I was able to obtain data for 14,384 of the 15,022 properties in the class notice database. I supplemented these data with grantor/grantee information from the Jefferson County Recording Department. I eliminated deed transactions which reflected some continuing ownership, such as transactions which recorded a name change and transactions where at least one grantee was also a grantor (as in the addition of a spouse's name to the deed).

From this dataset, I calculate that 358 class members sold or otherwise fully transferred ownership of their class properties by August 1, 1989, and that 4,502 class

members sold or otherwise fully transferred ownership of their class properties by March 26, 1992.

_____
Paul C. Liu

Subscribed and sworn to before me this ____ day of July, 2005.

_____
Signature of Notary

**JURAT**
State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 22ND day of July, 2005 by Paul Chiao Liu, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Notary Signature _____

ANTONIO LOCATELLI
Comm. # 1457347
NOTARY PUBLIC-CALIFORNIA
City & County of San Francisco
My Comm. Expires Jan. 18, 2008

3

**APPENDIX A:**

**RESUME OF PAUL C. LIU**

**PAUL C. LIU**                                                           **Principal**

Dr. Liu is an economist with expertise in the areas of applied econometrics, antitrust and environmental economics, and utility risk management. He has assisted counsel on numerous antitrust, environmental, product liability, and breach of contract damage cases. Dr. Liu has testified in Massachusetts State Court and before mediators. For electric utility clients, he has developed tools for valuing hedging strategies, standard offer service, and embedded options for power plants. Dr. Liu holds a Ph.D. in Economics from Stanford University and a B.A. in Economics and Applied Mathematics from the University of California at Berkeley.

**PROFESSIONAL EXPERIENCE**

*Commercial Litigation*

- Dr. Liu managed the project team that provided economic damage analysis on behalf of Netscape in its antitrust action against Microsoft. Dr. Liu guided the development of a state-of-the-art dynamic market model to estimate the specific impacts of Microsoft's anti-competitive conduct on the market share of Netscape's Navigator browser. Dr. Liu also supervised a detailed examination of Netscape's server software and portal lines of business and its competitive position in these markets.

- Dr. Liu assisted several companies involved in the production of computer hardware and internet software with the estimation of damages resulting from antitrust violations by competitors.

- In a legal malpractice suit in which the plaintiffs sued their original counsel, Dr. Liu testified at trial on behalf of the original counsel. The original suit involved a used car dealer seeking to recover damages incurred as a result of emissions from a nearby tannery. Plaintiffs won the original suit but alleged that an additional lost sales analysis should have been presented. At the malpractice trial which concluded in January 2002, Dr. Liu successfully rebutted the claim by the plaintiffs' economic expert that the lost sales analysis presented would have formed a reliable basis for damages at the time of the original trial. The jury found for the original counsel on all counts.

**Paul C. Liu**
**Principal**                                                                                              2

- Dr. Liu assisted defense counsel with class certification issues in *Re: Resident Physicians Antitrust Litigation*. In that matter, a class of medical residents alleged that a nationwide conspiracy among residency programs led to suppressed stipends.

- Dr. Liu worked with Professor Daniel L. McFadden (who was awarded the 2000 Nobel Memorial Prize in Economics) on an amicus brief critiquing the statistical damage analysis performed by the plaintiff's expert in a case involving allegations of illegal marketing actions taken by the defendant due to its dominant position in its consumer product industry.

- Dr. Liu assisted counsel in a dispute over the number of qualified claims in an asbestos matter. Specifically, Dr. Liu evaluated the validity of the statistical methodology used by the opposing expert.

- Dr. Liu directed the damages analysis on behalf of the defendant in a suit filed by a major semiconductor company against a chemical manufacturing firm in which the semiconductor company alleged that the chemical firm provided it with contaminated chemicals that resulted in damaged wafers and lost sales.

- In a case involving a consumer food product in which the defendant had made factually inaccurate statements concerning the nutritional content of the plaintiff's product, Dr. Liu assisted plaintiff's counsel by critiquing the damages analysis performed by the court-appointed expert and preparing exhibits which demonstrated the shortcomings of the expert's methodology.

- Dr. Liu worked with Professor Stewart C. Myers on a project involving a dispute on the valuation of a power plant which entered into a purchased power agreement which was subsequently breached.

- For a corporate client involved in a bankruptcy proceeding, Dr. Liu performed valuations of commodity contracts with imbedded options.

*Property Value Diminution Damage Claims*

- In a class action involving allegations of property value diminution in an area surrounding a landfill, Dr. Liu directed an analysis of property values for a class of several hundred residential properties. Dr. Liu testified at the mediation on behalf of the defendants.

- In a major class action alleging diminution in property values near the Rocky Flats nuclear weapons facility, Dr. Liu analyzed property values for a class including twelve thousand residential properties. Over fifteen thousand real estate transactions for properties in the class and control areas were used. Dr. Liu directed the research for rebuttal of the key opposing expert and worked with Professor Daniel L. McFadden on a rebuttal report. He also supported counsel at the deposition of the opposing expert.

- In another class action, a class consisting of tens of thousands of properties alleged that property values had been adversely affected due to proximity to a Superfund site. Dr. Liu directed an econometric analysis of potential property value impacts using over thirteen thousand real estate transactions. Dr. Liu testified at a mock trial held by the defendants.

- In a potential class action involving hundreds of properties in the proximity of a railroad switching yard where contamination had occurred, Dr. Liu assisted counsel on possible analyses that could be used to rebut plaintiffs motion for class certification.

- For a case involving alleged property value impacts at a residential golf community, Dr. Liu assisted in an analysis of property values and in the preparation of a damage assessment report for mediation.

*Economic Benefit of Non-Compliance*

- Dr. Liu analyzed the economic benefits of alleged non-compliance at a large petrochemical plant. This analysis involved a detailed investigation of the impacts of earlier installation of several production technologies on production and revenues. Dr. Liu assisted in the preparation of expert

**Paul C. Liu**
**Principal** 4

- reports, critiqued opposing expert reports, supported counsel at the deposition of the opposing expert, and developed exhibits for trial.

- Dr. Liu analyzed the economic benefits of alleged non-compliance at a specialty chemicals plant. The issues involved an economic comparison between wastewater treatment and deep-well injection.

- Dr. Liu worked with plant managers and technical experts to analyze the economic benefits of alleged non-compliance at a specialty chemicals plant.

*Antitrust Litigation*

- Dr. Liu managed a team of analysts who examined multi-gigabyte datasets consisting of many millions of transactions in a case involving allegations of a price fixing conspiracy among producers of a textile product.

- Dr. Liu critiqued opposing expert reports and developed trial exhibits for Professor Daniel L. McFadden in a case involving allegations of a price fixing conspiracy among producers of industrial-grade silicon.

- Dr. Liu worked with Professor Daniel L. McFadden on a Daubert declaration critiquing the use of statistical analyses for establishing liability in a price-fixing case involving a consumer food product.

- Dr. Liu worked with Professor Stewart C. Myers in an antitrust case involving the credit card industry. Dr. Liu directed a number of analyses, assisted in preparing the expert report, and supported counsel at the deposition of the opposing expert.

*Utility Risk Management*

- For a utility seeking to demonstrate prudency of its procurement of power in order to recover costs in excess of established rates, Dr. Liu analyzed its procurement strategy and assisted in preparing testimony on the prudency of its procurement.

**Paul C. Liu**
**Principal**                                                                                                                     5

- For a utility seeking to demonstrate the potential exposure associated with being the Provider of Last Resort for large non-residential customers, Dr. Liu prepared analyses that showed the differences in valuations associated with minimum term commitments of varying durations.

- For a utility seeking to demonstrate prudency of expenditures on forward contracts used to hedge against spot market price volatility, Dr. Liu developed a multiple-factor price and load model which could estimate an optimal hedging strategy while recognizing limitations of the market.

- Also for this utility, Dr. Liu constructed a model which calculated the option value of offering price cap service, given uncertainty in the power market. Restrictions on the price cap, such as an annual commitment to the price cap service and fees for switching between the market and the price cap service, were also explored.

- For a utility seeking optional electric power, Dr. Liu constructed a valuation model that evaluated the bids received, given uncertainty in both power and fuel markets. The valuation model was extended to value several of the utility's current and potential holdings for strategic positioning.

- Also for this utility, Dr. Liu constructed models of electricity prices which could be used to value complex products and contracts.

- For the Electric Power Research Institute (EPRI), Dr. Liu constructed a model for valuation of nuclear power plant options, including an early retirement option and a life extension option, given volatility in future electric power prices.

- In another EPRI project, Dr. Liu assisted with the development of software that helps utilities manage risks in their power portfolios.

- Also for EPRI, Dr. Liu performed statistical analyses of the natural gas futures and options markets, in order to enable EPRI and its member utilities to better understand market phenomenon such as patterns in volatility.

**Paul C. Liu**
**Principal**                                                                                                          6

*Regulation*

- Dr. Liu assisted the Newspaper Association of America in the R2000-1 postal rate proceedings. Dr. Liu evaluated the Postal Service's rate proposal for Standard Mail (A), prepared interrogatories and interrogatory responses, worked with Dr. William B. Tye in the preparation of his direct testimony, prepared Dr. Tye for oral cross-examination, and evaluated intervenor testimonies.

- For a railroad client involved in rate tariff litigation, Dr. Liu constructed a model to capture the impacts of entry into the railroad market. This model was a core component of testimony by Professor Stewart C. Myers in this case and several cases which followed.

- Dr. Liu managed a project involving an income tax dispute between a large petroleum firm and the State of Alaska. He helped structure and coordinate the presentation of expert testimony by Professor Stewart C. Myers. He also assisted Professor Myers in preparing for his deposition.

- For an electric utility cooperative that was on the verge of bankruptcy, Dr. Liu assisted in preparing a restructuring proposal for the Board of Directors that would enable the utility to retain financial independence.

- For a large client in the UK natural gas market, Dr. Liu prepared detailed revenue requirement models, revenue models, and rate and asset trajectories in consulting with the client on regulatory matters in the UK.

## AWARDS AND HONORS

Center for Economic Policy Research/Bradley Foundation Fellowship, 1994-95.
Stanford University Graduate Fellowship, 1990-91.
U. C. Berkeley Chancellor's Fellowship, 1986-90.
U. C. Berkeley Alumni Scholarship, 1986-87.

Paul C. Liu
Principal                                                                                                    7

## PAPERS AND PRESENTATIONS

"Access Pricing and Investment in Local Exchange Infrastructure," with William Zarakas, Glenn Woroch, Lisa Wood, Daniel McFadden, and Nauman Ilias. March 2, 2005.

"The Browser War - Econometric Analysis of Markov Perfect Equilibrium in Markets with Network Effects," with Mark Jenkins, Rosa Matzkin, and Daniel McFadden. April 22, 2004. Revised April 13, 2005.

"The Misuse of Econometrics in Litigation," with Daniel McFadden, Kenneth Wise, and Susan Guthrie. Forthcoming in ABA Monograph on Econometrics.

"Response to Nelson Lipshutz's 'Consumer Impacts of Substituting Radian Lien Protection Coverage for Refinance Lender's Title Insurance,'" May 30, 2003.

"The Increase in Consumer Surplus from Radian Lien Protection: The California Market, Supplemental Report on Home Equity Loans," March 20, 2003.

"The Increase in Consumer Surplus from Radian Lien Protection: The California Market," December 11, 2002.

"REX Incentives: PBR Choices that Reflect Firms' Performance Expectations," with Johannes P. Pfeifenberger and Paul R. Carpenter, *The Electricity Journal*, Vol. 14, No. 9, November 2001.

"Measuring Mountains and Molehills: Property Impact Claims," with Kenneth T. Wise and Matthew A. Barmack, presented at the 8th Section Fall Meeting of the American Bar Association Section of Environment, Energy, and Resources, New Orleans, Louisiana, September 20-24, 2000.

"Price Caps for Standard Offer Service: A Hidden Stranded Cost," with Frank Graves, *The Electricity Journal*, Vol. 11, No. 3, December 1998.

"Price Caps for Standard Offer Service: A Hidden Stranded Cost," Stranded Cost Determination and Securitization Conference, Denver, Colorado, December 2-3, 1997.

"Regulator Inspection and Violation Deterrence," working paper, March 1996.

"Regulator Inspection and Violation Deterrence under Clean Water Act Regulation of Pulp and Paper Mill Water Pollution," Dissertation, September 1995.

"Regulatory Inspections and Violation Deterrence," WEA Annual Conference, sponsored by Western Economic Association International, San Diego, California, July 5-9, 1995.

"The Effectiveness of Punishment in Deterring Behavior," APPAM Annual Meetings, sponsored by Association for Public Policy Analysis and Management Meetings, Chicago, Illinois, October 27-29, 1994.

"Structural Modeling of Regulator Inspection and Firm Compliance," California Workshop on Environmental and Resource Economics, sponsored by Browning-Ferris Industries and University of California, Office of the President, Santa Barbara, California, October 21-22, 1994.