# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-K-181

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION,
a Delaware Corporation, and

THE DOW CHEMICAL COMPANY,
a Delaware Corporation,

    Defendants.

## PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Bruce H. DeBoskey
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1290 Broadway, Suite 700
Denver, Colorado 80203
(303) 894-8700

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS &
CHESLEY CO., L.P.A.
Suite 1513, Central Trust Tower
Cincinnati, Ohio 45202
(513) 621-0268

Merrill G. Davidoff
Daniel Berger
Peter Nordberg
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Ronald Simon
CONNERTON, RAY & *SIMON*
1920 L Street, N.W.
Washington, D.C. 20036
(202) 466-6790

Attorneys for Plaintiffs and the Classes

Dated: September 23, 1993

assuming individual appraisal of each property in the class area becomes necessary, a proposition we reject, courts have long held that the possibility of individualized damages does not defeat class certification."[76]

Moreover, defendants, own property expert agrees with plaintiffs that common methods of proof are available to assess diminution of value on a classwide basis. He has acknowledged that mass appraisal[77] and other area-wide techniques exist and he has

---

[75] (...continued) at 459-462, aff'd, DeSario v. Industrial Excess Landfill, Inc., 587 N.E.2d 454 (Ohio Ct. App. 1991), app. dismissed, 579 N.E.2d 1392 (Ohio 1991).

[76] Sterling v. Velsicol Chemical Corp., 855 F.2d 1188, 1197 (6th Cir. 1988) ("No matter how individualized the issue of damages may be, these issues may be reserved for individual treatment with the question of liability to be tried as a class action."); In re School Asbestos Litig., 789 F.2d 996, 1010 (3rd Cir. 1986), cert. denied sub. nom. Celotex Corp. v. School Dist. of Lancaster, 479 U.S. 915 (1986) ("Resolution of common issues need not guarantee a conclusive finding on liability, nor is it a disqualification that damages must be assessed on an individual basis." (citations omitted)); Joseph, supra; Wehner, 117 F.R.D. at 645 (certification appropriate where class treatment would resolve common issues regarding breach of legal duty, notwithstanding the presence of individual issues, including damages and causation); Lowe v. Sun Refining & Marketing, 597 N.E.2d 1189 (Ohio Ct. App. 1992); see also 1 Newberg § 4.25, at 4-81 to 4-83.

[77] Mass appraisal is defined as "the process of valuing a universe of properties as of a given date utilizing standard methodology, employing common data, and allowing for statistical testing." The Standards of Professional Appraisal Practice of the Appraisal Institute 8 (1992 ed.).

JOB47.WPD                                -66-