## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  July 28, 2005                              Reporter: Gwen Daniel
                                                  Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill G. Davidoff |
| | Gary Blum |
| Plaintiffs, | Holly Shook |
| | Peter Nordberg |
| | David Sorensen |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | Douglas Kurtenbach |
| and THE DOW CHEMICAL COMPANY, | David Bernick |
| | Mark Nomellini |
| Defendants. | Ellen Ahern |

_____

### COURTROOM MINUTES
_____

**Hearing on Motions - Day One**

**9:08 a.m.      Court in session.**

Court's preliminary comments.

Court explains jury selection.  Case will be tried to 12 jurors.

Court's comments regarding trial schedule.

Discussion regarding size of jury panel, exhibits and preliminary matters on each day of trial.

Court reiterates that it will follow the Tenth Circuit's rulings.

9:54 a.m.      Argument by Mr. Bernick.

**10:32 a.m.    Court in recess.**
**10:49 a.m.    Court in session.**

Further argument by Mr. Bernick.

11:03 a.m.     Further argument by Mr. Davidoff.

11:29 a.m.     Further argument by Mr. Bernick.

**11:58 a.m.    Court in recess.**
**1:21 p.m.     Court in session.**

Further argument by Mr. Bernick.

2:10 p.m.      Further argument by Mr. Davidoff.

2:35 p.m.      Further argument by Mr. Nordberg.

2:52 p.m.      Further argument by Mr. Davidoff.

Further argument by Mr. Bernick.

**3:32 p.m.     Court in recess.**
**3:47 p.m.     Court in session.**

Further argument by Mr. Bernick.

Further argument by Mr. Davidoff.

Further argument by Mr. Bernick.

Further argument by Mr. Davidoff.

**4:50 p.m.     Court in recess.**

Time in court - 5:49.  Hearing continued.