# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  July 29, 2005

Reporter: Gwen Daniel
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,      Merrill G. Davidoff
     Gary Blum
   Plaintiffs,      Holly Shook
     Peter Nordberg
     David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION    Douglas Kurtenbach
and THE DOW CHEMICAL COMPANY,    David Bernick
   Mark Nomellini
   Defendants.    Ellen Ahern

_____

## COURTROOM MINUTES
_____

**Hearing on Motions - Day Two**

**9:04 a.m.     Court in session.**

Court's preliminary comments.

Argument by Mr. Nordberg.

Argument by Mr. Davidoff.

9:43 a.m.     Argument by Mr. Bernick.

**10:37 a.m.    Court in recess.**
**10:59 a.m.    Court in session.**

Argument by Mr. Davidoff.

Argument by Mr. Nordberg.

11:34 a.m.    Argument by Mr. Bernick.

11:59 a.m.     Argument by Mr. Davidoff.

12:02 p.m.     Argument by Mr. Bernick.

**12:06 p.m.     Court in recess.**
**1:21 p.m.      Court in session.**

Discussion regarding hearing schedule.  Counsel are available to continue this hearing on Tuesday, August 2, 2005.

Argument by Mr. Kurtenbach.

3:33 p.m.      Argument by Mr. Davidoff.

**3:45 p.m.      Court in recess.**

Time in court - 5:04 minutes.  Hearing continued.