IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: July 28, 2005

Reporter: Gwen Daniel
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

Merrill G. Davidoff
Gary Blum
Holly Shook
Peter Nordberg
David Sorensen

Douglas Kurtenbach
David Bernick
Mark Nomellini
Ellen Ahern

_____

**AMENDED COURTROOM MINUTES**
_____

**Hearing on Motions - Day One**

**9:08 a.m.     Court in session.**

Court's preliminary comments.

Court explains jury selection.  Case will be tried to 12 jurors.

Court's comments regarding trial schedule.

Discussion regarding size of jury panel, exhibits and preliminary matters on each day of trial.

Court reiterates that it will follow the Tenth Circuit's rulings.

**ORDERED:   Defendants' Motion in *Limine* No. 12 to Exclude Evidence that Does Not Apply Class-Wide (Doc. No. 1365) is denied.**

9:54 a.m.     Argument by Mr. Bernick.

**10:32 a.m.**    **Court in recess.**
**10:49 a.m.**    **Court in session.**

Further argument by Mr. Bernick.

11:03 a.m.    Further argument by Mr. Davidoff.

11:29 a.m.    Further argument by Mr. Bernick.

**11:58 a.m.**    **Court in recess.**
**1:21 p.m.**    **Court in session.**

Further argument by Mr. Bernick.

2:10 p.m.    Further argument by Mr. Davidoff.

2:35 p.m.    Further argument by Mr. Nordberg.

2:52 p.m.    Further argument by Mr. Davidoff.

Further argument by Mr. Bernick.

**3:32 p.m.**    **Court in recess.**
**3:47 p.m.**    **Court in session.**

Further argument by Mr. Bernick.

Further argument by Mr. Davidoff.

Further argument by Mr. Bernick.

Further argument by Mr. Davidoff.

**4:50 p.m.**    **Court in recess.**

Time in court - 5:49.  Hearing continued.