# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  August 2, 2005    Reporter: Kara Spitler
Deputy Clerks: LaDonne Bush
Shelley Moore

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill G. Davidoff |
| | Gary Blum |
| Plaintiffs, | Holly Shook |
| | Peter Nordberg |
| | David Sorensen |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | Douglas Kurtenbach |
| and THE DOW CHEMICAL COMPANY, | David Bernick |
| | Mark Nomellini |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motions - Day Three**

**9:07 a.m.    Court in session.**

Statements by Mr. Blum, Mr. Davidoff and the Court regarding settlement discussions and the Department of Energy.

Court's comments regarding the Pretrial Order.  Court instructs counsel to focus on the undisputed facts and get that section done.  The undisputed facts may be included in the juror notebooks.

**ORDERED:  Regarding Section 3(a) and (b) of the Pretrial Order, by Monday, August 8, 2005, the parties shall submit their theories of the case.**

Argument by Mr. Davidoff.

9:44 a.m.    Argument by Mr. Nordberg.

10:24 a.m.    Argument by Mr. Davidoff.

10:31 a.m.     Argument by Mr. Nordberg.

10:32 a.m.     Argument by Mr. Davidoff.

**10:34 a.m.     Court in recess.**
**10:50 a.m.     Court in session.**

Argument by Mr. Kurtenbach.

11:40 a.m.     Argument by Mr. Bernick.

11:50 a.m.     Argument by Mr. Davidoff.

11:59 a.m.     Argument by Mr. Nordberg.

12:08 p.m.     Argument by Mr. Davidoff.

12:09 p.m.     Argument by Mr. Nordberg.

12:10 p.m.     Argument by Mr. Bernick.

**12:28 p.m.     Court in recess.**
**1:48 p.m.     Court in session.**

Discussion regarding the schedule.

1:54 p.m.     Argument by Mr. Kurtenbach.

4:38 p.m.     Argument by Davidoff.

The hearing shall reconvene tomorrow at 8:00 a.m.

**4:47 p.m.     Court in recess.**

Time in court - 6:04.  Hearing continued.