**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  August 3, 2005                 Reporter: Kara Spitler
                                                    Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill G. Davidoff |
| | Holly Shook |
| Plaintiffs, | Peter Nordberg |
| | David Sorensen |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | Douglas Kurtenbach |
| and THE DOW CHEMICAL COMPANY, | Mark Nomellini |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motions - Day Four**

**8:07 a.m.     Court in session.**

Argument by Mr. Nordberg.

8:46 a.m.     Argument by Mr. Sorensen.

9:02 a.m.     Argument by Mr. Davidoff.

9:04 a.m.     Argument by Mr. Kurtenbach.

10:14 a.m.    Argument by Mr. Davidoff.

10:17 a.m.    Argument by Mr. Nordberg.

10:26 a.m.    Argument by Mr. Sorensen.

**10:29 a.m.    Court in recess.**
**10:48 a.m.    Court in session.**

Argument by Mr. Kurtenbach.

11:22 a.m.     Argument by Mr. Nordberg.

11:22 a.m.     Argument by Mr. Davidoff.

11:26 a.m.     Argument by Mr. Sorensen.

12:07 p.m.     Argument by Mr. Davidoff.

Argument by Mr. Kurtenbach.

12:18 p.m.     Argument by Mr. Davidoff.

Mr. Davidoff states that plaintiffs will submit their *Daubert* motions on the papers.

**ORDERED:  Motions are taken under advisement.**

**12:22 p.m.    Court in recess.**

Time in court - 3:56.  Hearing concluded.