

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 4 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 90-K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## ORDER

Kane, J.

This matter is before me on two motions filed by Defendants on June 9, 2005, and amended on June 10, 2005. I rule on the matters raised by these motions as follows:

1. Defendants' unopposed request to vacate the hearing currently set for July 27-28, 2005, and reset it to July 28-29, 2005, is GRANTED.

2. Defendants have requested clarification on the scope of the July 28-29 hearing and whether I wish to receive live witness testimony at this hearing. They further suggest that I not receive such testimony on July 28-29, but rather hear only oral argument then because it may not be evident until after oral argument which experts' testimony would be most helpful to deciding the parties' *Daubert* motions. Defendants propose that a hearing for the presentation of any necessary live testimony be scheduled for some