IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

___

### ORDER REGARDING AUGUST 22 STATUS CONFERENCE
___

The following matters will be addressed at the telephone status conference set for August 22, 2005 at 9:00 AM:

(1) <u>Jury instruction issues</u>: I previously directed the parties to submit proposed jury instructions regarding the issue of whether reasonable class members could have suffered fear or emotional distress over actual and threatened releases and contamination from Rocky Flats (the issue of "generic" emotional distress as relevant to interference with individual class members' use and enjoyment of property) and Defendants' "prior market discount" defense. In their July 15 Joint Statement, the parties reported they were discussing a timetable for submitting these proposed jury instructions "in the near future," but no proposed instructions on

    these issues have yet been received by the court. The parties should be prepared to discuss the schedule for submitting these instructions as well as any other new instructions they wish to submit for my consideration.

(2) <u>Jury questionnaire</u>: The parties should be prepared to discuss the schedule for submission of a joint proposed questionnaire to be completed by the members of the special jury panel on October 3, 2005.

(3) <u>Pretrial order and objections to exhibits</u>: The parties should be prepared to discuss the status of their work on a joint pretrial order and a schedule for resolving objections to exhibits.

If the parties have any other matters they wish to discuss at the August 22 conference, they shall file a statement identifying these matters no later than 12:00 PM MDT on Friday, August 19, 2005.

I also anticipate making a statement regarding the pending motions in limine and *Daubert* motions at the August 22 conference.

Finally, counsel will shortly be receiving by mail a copy of a chapter from <u>The Jury</u>, by Stephen J. Adler, that I request they read.

IT IS SO ORDERED.

Dated this 17th day of August, 2005.

                BY THE COURT:

                <u>**S/John L. Kane**</u>
                John L. Kane, Senior District Judge
                United States District Court