IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' STATEMENT IDENTIFYING A MATTER
FOR DISCUSSION AT THE AUGUST 22 CONFERENCE**
_____

        Pursuant to this Court's Aug. 17, 2005 Order Regarding August 22 Status Conference, defendants respectfully submit this statement identifying a matter they wish to discuss at the upcoming August 22 conference.

        Defendants wish to discuss their objection to plaintiffs' inclusion in their latest draft pretrial order, for the first time, of Dr. Steven Wing as an expert witness they intend to call at trial. Plaintiffs failed to list Dr. Wing as a potential witness on the witness list they submitted in connection with the parties December 10, 2003 Joint Status Report (Docket No. 1218) (attached as Exhibit A). That is the witness list that the parties relied upon in determining which experts each side may call at trial; no updated list has ever been exchanged. Dr. Wing was not alone among experts that plaintiffs apparently had abandoned; there were a number of experts for whom plaintiffs had filed expert reports in 1996, who were deposed, and against whom defendants had brought *Daubert* motions earlier in the case, but who were ***not*** listed on

plaintiffs' December 2003 witness list or on their latest witness list, including Harold Cochrane, Michael Gochfeld, Linda Lehman, and Gary Stillwagon.  As with Dr. Wing, because such other plaintiffs' experts were not listed on the December 2003 witness list, defendants did not bring either motions in *limine* or *Daubert* motions with respect to these abandoned experts.  Similarly, relying on plaintiffs' omission, defendants did not file a *Daubert* motion or a motion *in limine* with respect to Dr. Wing's testimony.  Defendants learned of plaintiffs' intention to call Dr. Wing this week when plaintiffs sent their draft pretrial order to defendants, well after the June 16, 2005 deadline for *Daubert* motions and motions in *limine*.  None of plaintiffs' other experts who plaintiffs had dropped from their December 2003 witness list were included in plaintiffs' draft pretrial order received by defendants this week; only Dr. Wing resurfaced.  Given the timing problems presented by plaintiffs' belated attempt to include Dr. Wing in the upcoming trial, defendants wish to raise the issue with the Court on August 22.

The parties met and conferred regarding this submission on August 19, 2005.  Plaintiffs' position is that plaintiffs learned of defendants' position regarding Dr. Wing for the first time on Friday, August 19, 2005 at 12:40 p.m. Eastern Time, have not had an opportunity to develop a response, and would request such an opportunity.


Dated:  August 19, 2005                           Respectfully submitted,


                                                  s/Joseph J. Bronesky
                                                  Joseph J. Bronesky
                                                  SHERMAN & HOWARD LLC
                                                  633 Seventeenth Street, Suite 3000
                                                  Denver, CO  80202
                                                  (303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

      Merrill Davidoff, Esq.
      Peter Nordberg, Esq.
      Berger & Montague, P.C.
      1622 Locust Street
      Philadelphia PA 19103-6365

      Gary B. Blum, Esq.
      Silver & DeBoskey
      The Smith Mansion
      1801 York Street
      Denver, Colorado  80206

                            s/Patricia Eckman