# Exhibit A

| | |
|---|---|
| **From:** | Peter Nordberg |
| **To:** | "Douglas Poland"; "enoteware@bm.net"; |
| **CC:** | "Douglas Kurtenbach"; "Daniel Rooney"; |
| **Subject:** | RE: Supplemental Expert Reports |
| **Date:** | Thursday, July 29, 2004 12:09:00 PM |
| **Attachments:** | |

Doug,

We do not have new or supplemental reports to serve at this time.

We had mentioned to defendants that in light of Dr. Radford's death, plaintiffs might seek a new expert to comment generally on the health effects of plutonium. Our current thought, however, is to rely, if possible, on some expert from the ranks of those having already filed reports covering this subject in 1996. We have been attempting to contact Drs. Clapp, Gochfeld, and Wing to confirm whether they are currently available for this purpose, but that process is not yet complete, owing partly to the dispersal of academics during the summer months. It is likely that we would not have to rely on testimony from all three, but we would like to hear from all three before eliminating any from our designation. We hope to complete that process shortly.

As we discussed at the time we agreed to defendants' proposed motion setting the July 30 date, plaintiffs' agreement to that date was not a waiver of the right to supplement the 1996 reports following that date, and it is possible that some additional supplementation will occur between now and trial. If such supplementation does, we do not expect it to alter the relevant experts' fundamental conclusions or basic methodologies. But, for example, rulings on the relevant damage measure may call for some adjustment of plaintiffs' damages figures. From an abundance of caution, we should probably add that plaintiffs also reserve the right to proffer expert testimony responsive to whatever Daubert motions defendants may file.

-- Peter


-----Original Message-----

From: Douglas Poland [mailto:dpoland@kirkland.com]
Sent: Friday, July 23, 2004 5:06 PM
To: pnordberg@bm.net; enoteware@bm.net
Cc: Douglas Kurtenbach; Daniel Rooney
Subject: Supplemental Expert Reports

Peter and Ellen,

I note that the deadlines for submission of supplemental expert reports is rapidly approaching and write to request that you provide us with electronic copies of your supplemental expert reports and back-up by e-mail on July 30th, with hard copies sent to us for overnight delivery on Saturday, July 31st. We will, of course, provide our experts' supplemental reports to you on August 6th in the same manner.

Doug

Douglas M. Poland
Kirkland & Ellis LLP
(312) 861-2377
(312) 861-2200
200 E. Randolph Dr.
Chicago, IL 60601
dpoland@kirkland.com

<font size=2 face="monospace,courier">
*************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
*************************************************************
</font>