**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

_____

**SUPPLEMENT TO DEFENDANTS' MOTIONS IN *LIMINE*--**
**DEFENDANTS' EXHIBITS FROM JULY 28-29 ORAL ARGUMENTS**
_____

The Defendants' hereby respectfully submit the following selected exhibits from their July 28-29 Motions in *Limine* hearing:

**Motions in *Limine* Hearing Exhibits 7/28/2005 - 7/29/2005**

1)   Bernick Drawing #1

2)   Bernick Drawing #2

3)   Radke Phase II Graphic

4)   AGFA-Gevaert, A.G v. A.B. Dick Co., 879 F.2d 1518 (7th Cir.)

5)   Bernick Drawing #3

6)   Wise Original Report Exhibit 5

7)   Wise Supplemental Report Exhibit 6

Dated:  August 22, 2005            Respectfully submitted,


                                   _____
                                   Joseph J. Bronesky
                                   SHERMAN & HOWARD LLC
                                   633 Seventeenth Street, Suite 3000
                                   Denver, CO  80202
                                   (303) 297-2900

                                   David M. Bernick
                                   Douglas J. Kurtenbach
                                   KIRKLAND & ELLIS LLP
                                   200 E. Randolph Drive
                                   Chicago, IL 60601
                                   (312) 861-2000

                                   Attorneys for Defendants ROCKWELL
                                   INTERNATIONAL CORPORATION and THE
                                   DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 22 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

  Merrill Davidoff, Esq.
  Peter Nordberg, Esq.
  Berger & Montague, P.C.
  1622 Locust Street
  Philadelphia PA 19103-6365

  Gary B. Blum, Esq.
  Silver & DeBoskey
  The Smith Mansion
  1801 York Street
  Denver, Colorado  80206

          s/Annette Hensley