Tab 1



RF11_23