Tab 2

