Tab 3



Radke Report, Table 1
Phase II Property Value Findings