Tab 5



RF11_25