IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

_____

**SUPPLEMENT TO DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXPERT WITNESSES--EXHIBITS FROM JULY 29 AND AUGUST 2-3, 2005 ORAL ARGUMENT**
_____

The Defendants' hereby respectfully submit the following selected exhibits from their July 29 and August 2-3, 2005 Daubert hearing:

**Daubert Hearing Exhibits 7/29/2005: Property**

1) Radke Proximity Report, pages 3 and figure 3.7 and 4.4

2) Radke Deposition, pages 23, 171:10, 173:15 and 17, 206:10, 442:20-23

3) Slovic Risk Assessment, Perception, Acceptance Report, pages 6-7

4) Hunsperger Report, pages 60, 134, 157-8, 214

5) Koger v. Reno, 98 F.3d 631 (D.C. Cir.)

6) McFadden 1999 Affidavit

7) Plaintiffs' Daubert Response Exhibit 37 (Wise Deposition at 64)

8) Slovic Deposition Exhibit 4

9) Slovic Deposition, pages 140, 175

10) Hunsperger Video Thumbnails

11) Hunsperger Video Transcript

12) D'Arge Report figure 2, Tables

13) Hunsperger Deposition, pages 257, 435, Exhibit 10

14) McCarthy on Trademarks

**Goble:**

15) Goble report, pages 2, 3, section one and two

16) 1999 Goble Declaration, p. 5, 8, 27

17) Goble Deposition at page 91 line 4-6 and page 60 re air concentrations

18) Plaintiffs' Opposition to Daubert, page 54

19) Goble Report at page 22

20) Goble Deposition Exhibit 6 with page 69 Goble deposition testimony

21) Goble 1999 Declaration at pages 16 and 18

22) Class membership graphic, who owned property as of 1989, in color

23) Goble report page 9

24) 1996 Leroy Moore Boulder Daily Camera editorial

25) 1965-1970 Goble equation graphic

26) Goble graphic of sectors 4B, 8B, 12B

27) Goble deposition pages 32-3, line 20

28) Monte Carlo analysis graphic, a distribution.

29) Goble Deposition at page 147

30) Crystal Ball report - simulation.  Stats and distribution.

31) Forecast for air concentrations.

32) Goble Deposition at pages 46-7

33) Probability v. air concentration color graphic

2

34) Auxier/Frazier Affidavit pages 3-5

35) Dr. Teitlebaum Deposition pages 62-3

36) Goble method: Monte Carlo analyses, 1997 EPA document page 13

37) Goble Deposition at pages 120-3

38) APC 56 Pu specific analysis

39) Plant graphic with Goble's sector 4B

40) Goble Deposition at pages 218:23, 219, 235-6

41) Pu APC 56 table B4

42) Goble Deposition exhibit 11

43) Goble Report at pages 21

44) Color graphic with distributions re deposition velocity

45) Deposition Velocity Chart

46) Goble Exhibit 17

47) Goble Deposition pages 384-6, 388, 390-1

48) Goble Exhibit 28

49) Goble Deposition at pages 482-3, 487:13

50) Graphic, black and white, from Nu Reg 6244 on deposition velocities

51) Goble Deposition at 497-8

52) Airborne particle/size distribution graphic

53) Historic Public Exposures at RFP, phase 2 table

54) Orders of magnitude graph by Goble

55) Goble Report at pages 23-4

**Dr. Clapp:**

56) Area graphic, in color, data organized by zip code

57) Clapp Deposition, page 99:10

58) National academy press, pages 79-80

59) Howe's Affidavit, pages 12-4

60) Clapp Deposition at pages 7-8, 96:22, 97-8, 239, 118-21

61) Clapp results, Appendix 2 of expert report

62) Clapp Deposition at pages 10-12, 14-125-6, 111-112, 128-9, 14-5, 308

**Dr. Smallwood:**

63) Smallwood Deposition at pages 56-8, 62-4, 66-68, 142,172, 176-7, 184, 190-194, 200-2

64) Smallwood Report pages 36-7, 46-7, 89-91

**08/03/2005 Conclusion:**

65) Scientific Reference Manual on confidence intervals

66) Till's study re Dose reconstruction at Hanford.

67) Cochran Deposition at page 96

68) Budnitz Deposition at page 567

Dated:  August 22, 2005               Respectfully submitted,


/s/ Joseph J. Bronesky
Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

>Merrill Davidoff, Esq.
>Peter Nordberg, Esq.
>Berger & Montague, P.C.
>1622 Locust Street
>Philadelphia PA 19103-6365
>
>Gary B. Blum, Esq.
>Silver & DeBoskey
>The Smith Mansion
>1801 York Street
>Denver, Colorado  80206

>/s/ Patricia Eckman