Tab 1

# Measuring the Effects of Proximity to the Rocky Flats Nuclear Weapons Plant on Property Values

© 1996 by John Radke, PhD
**Not for Citation outside the context of the Rocky Flats litigation**
AEGIS laboratory
Institute for Urban and Regional Planning
University of California, Berkeley
Berkeley, CA 94720-2000

1

## Market Impact Analysis (MIA)

We undertake a *market impact analysis* (MIA) where we detail the model used, the selection and extraction of the appropriate data to fuel the model, and the process of empirical estimation of the model. The approach taken here extends and improves upon methods now common in the real estate literature for measuring the effects of hazardous material sites on property values.

Real estate appraisal focuses on the valuation of a property and thus attempts to reduce the variation among market transactions for properties in an attempt to arrive at a fair market price for the properties in question. It attempts to eliminate the anomalies. By contrast, *market impact analysis* identifies, statistically quantifies, and attempts to explain the differences in property value (Kinnard 1992:101). In this study we perform these tasks for the differences in property value between properties near Rocky Flats and those that are in other locations in the Denver region.

We explain the spatial patterns of property value levels in the region given knowledge about the toxins (in this instance, principally plutonium) that resulted from accidental and routine releases from Rocky Flats. We separate the property by category or type (such as *commercial, multi-residential, single family residential* or *vacant*) and where data on sales is available, execute the *market impact analysis* (MIA) over time (in the case of *single family residential* properties).

## Objectives

The approach taken here is to statistically evaluate whether proximity to Rocky Flats influences land values, while holding everything else constant. The main questions to be answered are:

1) Can a causative link be established between Rocky Flats and depressed real estate values in the surrounding area? (Phase I)
2) Can we measure this impact over time to see whether there is a causative link between the FBI raid in June of 1989 and depressed real estate values in the surrounding area? (Phase II)
3) If a causative link is established, can the amount of devaluation be evaluated within the MPC? (Phase III)

We develop a model which uses *multiple regression analysis* (MRA), with property value as the dependent variable, to test our hypotheses. This approach, commonly known as *hedonic price modeling* (HPM), follows accepted academic and professional protocol (Beron, 1992 and Donnelly, 1991). In order to populate the MRA, a fairly large sample of property sales is needed. The annual sales for the four categories of property near Rocky Flats is small (*single family residential* is the exception) and years must be pooled in order to generate a large enough sample for the MRA (in the *commercial, multi-*

3

Fig. 3.7

# Addresses Sampled
## Phase II



Fig. 4.4

Mean Property Value Loss within Medium Plutonium Contour: Methods 1 & 2

| Year | MPC | Number of Samples | Mean Sale Value ($) | Method 1 mean loss($) | Method 1 loss rate | Method 2 mean loss ($) | Method 2 loss rate |
|---|---|---|---|---|---|---|---|
| 1988 | outside | 343 | 110597.20 | | | | |
|  | inside | 324 | 106263.50 | -8158.55 | -7.68% | -7046.15 | -6.63% |
| 1989 | outside | 358 | 119766.00 | | | | |
|  | inside | 365 | 107457.40 | -7838.04 | -7.29% | -5527.64 | -5.14% |
| 1990 | outside | 416 | 112944.30 | | | | |
|  | inside | 370 | 101578.50 | -9474.82 | -9.33% | -8572.35 | -8.44% |
| 1991 | outside | 318 | 115399.60 | | | | |
|  | inside | 493 | 104658.30 | -8046.32 | -7.69% | -8607.47 | -8.22% |
| 1992 | outside | 290 | 113403.70 | | | | |
|  | inside | 624 | 107310.40 | -9854.25 | -9.18% | -10129.90 | -9.44% |
| 1993 | outside | 380 | 119696.70 | | | | |
|  | inside | 557 | 115628.00 | -9897.10 | -8.56% | -9429.55 | -8.16% |
| 1994 | outside | 282 | 119134.70 | | | | |
|  | inside | 546 | 122597.50 | -9194.64 | -7.50% | -9726.80 | -7.93% |
| 1995 | outside | 274 | 119196.40 | | | | |
|  | inside | 452 | 124629.40 | -6796.14 | -5.45% | -6948.29 | -5.58% |
| Total number of sample | | 6392 | | | | | |

Outside MPC: samples range from 3.39 to 41.51 miles away from borders of Rocky Flats Plant.
Inside MPC: samples range from 2.21 to 5.92 miles away from borders of Rocky Flats Plant.

Fig. 4.5

Method 1: Flat Loss Esimation within Medium Plutonium Contour

| year | coefficien | effect | cutoff | standard error of coefficient | t-statistic | confidence level |
|---|---|---|---|---|---|---|
| 1988 | -0.079884 | -7.68% | MPC | 0.024571 | -3.251 | 99.88% |
| 1989 | -0.075738 | -7.29% | MPC | 0.023303 | -3.250 | 99.88% |
| 1990 | -0.097917 | -9.33% | MPC | 0.022913 | -4.273 | 100.00% |
| 1991 | -0.079998 | -7.69% | MPC | 0.021062 | -3.798 | 99.99% |
| 1992 | -0.096323 | -9.18% | MPC | 0.019488 | -4.943 | 100.00% |
| 1993 | -0.089481 | -8.56% | MPC | 0.019703 | -4.542 | 100.00% |
| 1994 | -0.077960 | -7.50% | MPC | 0.019544 | -3.989 | 99.99% |
| 1995 | -0.056074 | -5.45% | MPC | 0.021001 | -2.670 | 99.24% |

MPC: Medium Plutonium Contour