Tab 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

MERILYN COOK, et al.              :   CIVIL ACTION

   vs.                            :

ROCKWELL INTERNATIONAL            :
CORPORATION, a Delaware           :
Corporation                       :
   and                            :
THE DOW CHEMICAL CORPORATION      :   NO. 90-K-181

- - -

Monday, March 31, 1997

- - -

Deposition of JOHN RADKE, taken pursuant to notice, at the law offices of Berger & Montague, 1622 Locust Street, Philadelphia, Pennsylvania, beginning at approximately 9:14 a.m., on the above date, before Kenneth T. Brill, Registered Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
 2
         ------------------------------x
 3       MERILYN COOK, et al.,         : Civil Action
                                       :
 4                 Plaintiffs,         :
                                       :
 5            vs.                      :
                                       :
 6       ROCKWELL INTERNATIONAL        :
         CORPORATION, a Delaware       :
 7       Corporation, and THE DOW      :
         CHEMICAL COMPANY, a Delaware  :
 8       Corporation,                  :
                                       :
 9                 Defendants.         : NO. 90-K-181
         ------------------------------x
10

11

12              Continued expert oral deposition of

13       JOHN RADKE, Ph.D., taken at the law offices of

14       BERGER & MONTAGUE, P.C., 1622 Locust Street,

15       Philadelphia, Pennsylvania  19103, on Tuesday, the

16       1st day of April, 1997, commencing at 8:40 a.m.,

17       before ANGELA C. BUONANTUONO, a Court Reporter and

18       Foreign Commissioner of Deeds for the Commonwealth

19       of Pennsylvania.

20

21                          - - -

22            DELCASALE, CASEY, MARTIN & MANCHELLO
                 Registered Professional Reporters
23                 Suite 636 - 1801 Market Street
                  Philadelphia, Pennsylvania   19103
24                       (215) 568-2211
```

**3/31/1997  Radke, John**

1   to do anything more than that on any other case.

2   Q.         Okay.  So you have not been retained in

3   any other case to give an expert opinion?

4   A.         Oh, geez.

5              MR. NORDBERG:  Expert opinion in the

6              sense of an opinion?

7              MR. SILVERMAN:  In the litigation.

8              THE WITNESS:  Oh, no.

9   BY MR. SILVERMAN:

10  Q.         Sorry, those weren't supposed to be trick

11  questions.

12  A.         No, it's --

13  Q.         I understand.  You just want to tell the

14  truth.

15             Have you ever been retained by anyone for

16  any purpose to do a study of property valuations

17  other than Rocky Flats?

18  A.         No.

19  Q.         Could you just generally describe the type

20  of support litigation you do, designing data bases,

21  what else?

22  A.         Designing data mining actions, which is

23  fairly general and could be used to mine any data

24  base.  Pattern recognition.  This is the -- this is

23

3/31/1997  Radke, John

```
1                   MR. NORDBERG:  Object to the form.
2                   THE WITNESS:  I have not done a
3          multiple research analysis for the
4          institution, but I have performed it in my
5          AEGIS lab.  We have performed multiple
6          regression analysis on a number of
7          occasions, but not for an outside paid
8          research project such as this.
9     BY MR. SILVERMAN:
10    Q.       Do you have any publications in which you
11    published the results of multiple regression
12    analysis?
13    A.       No.
14    Q.       Have you ever undertaken any research
15    project where you've done a multiple regression
16    analysis for the purpose of valuing property?
17    A.       In this Rocky Flats instance, yes.
18    Q.       Aside from Rocky Flats, have you ever done
19    any multiple regression analysis for the purpose of
20    valuing property?
21    A.       Not for a research project, but for
22    instructional purposes, yes.
23    Q.       So aside from instructional purposes and
24    this litigation, you have never conducted any
```

**3/31/1997  Radke, John**

```
 1                    And because it was not sent to
 2            publication, it was done more as an
 3            experimental research, and it was not done
 4            for -- as a part of any research grant.
 5   BY MR. SILVERMAN:
 6   Q.       And it was not done to value property;
 7   correct?
 8   A.       It was not done to look at the diminution
 9   of property; correct.
10   Q.       Okay.  It wasn't done for the diminution
11   of property.  Was it done to value property?
12   A.       You mean in the past?
13   Q.       Mm-hmm.
14   A.       I can't -- I can't recall, I'm sorry.  I
15   know that it wasn't done to look at the diminution
16   of property.
17   Q.       Okay.  Have you ever done a hedonic
18   pricing analysis for any research project?
19   A.       No.  This one I have.
20   Q.       Aside from Rocky Flats, right.  And so I
21   take it, then, that you've also never done a hedonic
22   pricing analysis for property values in any research
23   project?
24   A.       I haven't done hedonic pricing modeling
```

**3/31/1997 Radke, John**

1  Q.          Some variable that's not in your model?
2  A.          It's an exhaustive model, and -- and
3  looking at many, many, many independent variables
4  that add to value of property.  It is difficult for
5  me to believe that that coefficient can be explained
6  by anything other than proximity to Rocky Flats.
7  Q.          Okay.  We'll come back to how exhaustive
8  the model is.
9  A.          Okay.
10 Q.          But proximity to Rocky Flats could be a
11 negative factor just because people don't like
12 living next to a former nuclear weapons plant;
13 couldn't it?
14 A.          Right.  All I'm showing is that proximity
15 to Rocky Flats diminishes the property of value.
16 I'm -- there is something about Rocky Flats, and
17 I'm -- I'm not an expert to answer what it is, but
18 the pattern is there.
19 Q.          So you're not able to get inside people's
20 heads and figure out why they will pay less for
21 property in that area?
22 A.          Correct.  I'm not an expert at knowing why
23 people -- only -- only at observing what people have
24 done.  And so I looked at what they have purchased

4/1/1997 Radke, John

```
1    never asked.  I was never asked to do a media
2    study to find out if, you know -- what was going
3    on.
4            I was never asked -- I was never asked to
5    do a study to study what was going on in the media
6    before or after the FBI raid, so there were things
7    that were taking place in the aftermath of 1990,
8    and I have no idea what they were, and, you know,
9    we can look at -- we can look at this number, you
10   know, these numbers of diminution each year and
11   you know, in 1992 it goes down, and in 1994 it
12   comes up.
13           And I don't -- I wasn't asked to even study
14   that, nor was I asked to -- so that's my answer.
15           I wasn't asked to study that.
16   Q.   Dr. Radke, I'm going to ask the question
17   again.  If I can't get the answer this time, I'm
18   just going to ask the court to compel you to
19   answer it.
20           Do you attempt to quantify specifically an
21   effect from the raid separate from proximity to
22   Rocky Flats?
23   A.   I only do proximity to Rocky Flats.
24   Q.   Proximity to Rocky Flats in 1988, according
```