Tab 3

# Factors Influencing Risk Assessment, Risk Perception, and Risk Acceptance

Report by Paul Slovic

Prepared for

Berger and Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

and

Roy S. Haber, P.C.
255 East 38th Street
Eugene, OR 97405

to be "voluntary" tend also to be judged as "controllable;" hazards whose adverse effects are delayed tend to be seen as posing risks that are not well known. Investigation of these relations by means of factor analysis has shown that the broader domain of characteristics can be condensed to a small set of higher-order characteristics or factors.

The factor space presented in Figure 2 has been replicated across groups of lay people and experts judging large and diverse sets of hazards. Factor 1, labeled "dread risk," is defined at its high (right-hand) end by perceived lack of control, dread, catastrophic potential, fatal consequences, and the inequitable distribution of risks and benefits. Nuclear weapons, nuclear power, and radioactive waste score high on the characteristics that make up this factor. Factor 2, labeled "unknown risk," is defined at its high end by hazards judged to be unobservable, unknown, new, and delayed in their manifestation of harm. Chemical and radiation technologies score particularly high on this factor.

Research has shown that lay people's risk perceptions and attitudes are closely related to the position of a hazard within this type of factor space. Most important is the horizontal factor "dread risk." The higher a hazard's score on this factor (the further to the right it appears in the space), the higher its perceived risk, the more people want to see its current risks reduced, and the more they want to see strict regulation employed to achieve the desired reduction in risk.

Over the years, it has come to be recognized that there are legitimate, value-laden issues underlying the multiple dimensions of public risk perceptions, and these values need to be considered in risk-policy decisions. For example, is risk from cancer (a dread disease) worse than risk from auto accidents (not dreaded)? Is a risk imposed on a child more serious than a known risk accepted voluntarily by an adult? Are the deaths of 50



Figure 2. Location of 81 hazards on factors 1 and 2 derived from the relationships among 18 risk characteristics. Each factor is made up of a combination of characteristics, as indicated by the lower diagram. Source: Slovic (1987).