Tab 4

ROCKY FLATS NUCLEAR WEAPONS PLANT
PROPERTY IMPACT STUDY
NOVEMBER 21, 1996

HUNSPERGER & WESTON, LTD.
5889 S. GREENWOOD PLAZA BLVD., STE. 404
ENGLEWOOD, COLORADO  80112

The Decision Research survey leads to four major conclusions about property values near Rocky Flats.

- Proximity to Rocky Flats makes housing less desirable.

- For those willing to consider housing in the Arvada/Westminster area, the association with Rocky Flats causes people to want extraordinary distances between themselves and the plant itself.

- Within a 2-4 mile range of Rocky Flats, the mean discount necessary for purchase was $9,270 for the sub-group of respondents willing to purchase at all. Within a 4-6 mile range, the mean required discount is $6,048 for this same sub-group.

- Almost half (46.2%) of respondents (outside the Arvada/Westminster area) would not consider purchasing within six miles of the plant at any price.

- For those willing to consider purchasing within 2-4 miles, some required more than $30,000 as an inducement.

# ANALOGY - CASE STUDY NO. 4

| | |
|---|---|
| Case Name: | Economic effects of hazardous waste landfills |
| Location: | Toledo, Ohio |
| Source of Pollution: | Two hazardous waste landfill location were studied. One, a potential new site, and the other, an existing site. |
| On-Site: | N/A |
| Off-Site: | N/A |
| Type of Contaminants: | Hazardous (including nuclear) wastes |
| Groundwater: | N/A |
| Soil: | N/A |
| Air: | N/A |
| Class Action: | N/A - this was simply a market research study |
| Effective Date of Study: | February 1991. Actual sales were studied over the time from 1986 through 1990 |
| (Affected) Property Type: | Single-family residential properties and vacant land |
| No. of Affected Properties: | Not available |
| Case Study Summary: | Researchers at the University of Toledo developed, in effect, a two-part study. Housing prices near an existing low-level hazardous waste site were studied to determine effect on price due to proximity. In addition, sales were studied before and after the pronouncement of a planned nuclear dump site near Toledo. |
| Methodology: | Multiple regression analysis |
| Conclusions: | The researchers concluded that residential housing values proximate to a radioactive landfill are indeed adversely affected. Most notable of their findings was the considerable distance outward from the site of the landfill over which impacts were noticed; the effects were noticed in excess of 2.6 miles and up to 5.75 miles. With respect to the existing landfill, housing values were found to be diminished from $9,000 to as |

much as $14,000 in any particular year out to 2.6 miles. Beyond 2.6 miles, property values were not adversely affected. With respect to the proposed low level nuclear waste site, a more pronounced price effect was noted. The distance effect continued outward from the site to 5.75 miles. Statistical significance of the distance variable was first observed in 1989 data, the year the nuclear waste facility was announced. The distance variable became non-significant in 1990 once it was apparent the authorities would withdraw the proposal for the facility.

The local real estate market was clearly responsive to bad news announcements and demonstrated an ability to recover once the perceived adverse threat was removed. The results demonstrated the adverse economic impact extending outward well beyond the actual disposal site. In terms of approximate percentages, diminution in property value ranged from something on the order of 20% to as much as 50% for properties within two miles of the hazardous waste site.

Source of Information:    Center for Real Estate Education and Research, Ohio State University

Comments:    The study confirmed the contention that the mere announcement of bad news affecting the status of real estate such as the establishment of a potentially dangerous waste landfill adversely affects housing prices in the proximity to the site. The researchers were surprised, however, at the large distance outward from the site in which the reaction was negative. The results of the study clearly demonstrated that adverse economic impact extends outward well beyond the actual disposal site. In fact, the researchers concluded "no longer can we assume that merely planning a landfill for a given location will have no significant impact on the neighborhoods beyond site of the plan."

# SURVEY ANALOGY NO. B

| | |
|---|---|
| Title: | "The Value of Avoiding a LULU: Hazardous Waste Disposal Sites" |
| Author: | Smith & Desvousges |
| Publication: | *The Review of Economics and Statistics* |
| Acknowledgments: | Although the study was funded in part by the United States EPA, it does not necessarily reflect the views of that agency. No official endorsement should be inferred. |
| Date: | The survey was conducted late Spring and Summer of 1984. The summary paper was published in 1986. |
| Key Words: | Disamenity, hedonic property value model, demand survey, interviews |
| Methodology: | Hedonic demand model based on public opinion survey or interviews. A total of 609 interviews was completed. However, after accounting for missing values for variables used in the analysis and confining it to homeowners the sample was reduced to 268 observations. |
| Summary of Study: | The paper identifies a demand model used to describe a household demand for distance from a landfill with hazardous wastes. In essence, it describes the demand for distance from a disposal site and quantifies the willingness to pay for a more distant location. The model was estimated using responses from homeowners in suburban Boston. |
| Findings: | In developing this study, the authors made a number of significant findings and compared them to other similar studies. Among the findings were: |

- The results confirmed that nuclear power plants and hazardous waste disposal sites are the most undesirable of land uses.

- The survey indicated a threshold of about 10 miles from majority of respondents to accept a hazardous waste site and about 22 miles for a nuclear plant. This contrasted with a 1980 study done by Mitchell who found that a nuclear

- power plant or hazardous waste site will need to be 100 miles from respondents residences before 51% would voluntarily accept it. Mitchell also found that only 10-12% of the population would voluntarily live a mile or less from a nuclear power plant and only about 9% would live that close to a hazardous waste disposal site.

- The authors anticipated that distance responses would be determined by household features and other features of the house in the neighborhood, attitudes toward the degree of harm posed by hazardous waste and the information and experience respondents had with hazardous waste and the number of individuals in the household that might be exposed to the waste. Generally, the demand estimates agreed with theoretical expectations.

- The authors' findings were contrasted with a study involving properties near Three Mile Island. Nelson found that proximity to the power plant did not seem to affect property values once the initial accident period was over and the reactors shut down. The authors found this to be not surprising since any source of risk is not present once the plant is shut down.

- In quantitative terms, the authors found that the average household would realize a consumer surplus between $333 to $495 annually for each mile between its residence and a landfill containing hazardous waste. Stated another way, diminution in property value is greatest near the source and diminishes as one moves more distant from the source. Assuming this diminution extends outward the full 10 miles as earlier explained, those houses nearest the source would have been impacted on the order of approximately $4,140 (in 1984 dollars).

Comments: It is interesting to note that the authors did not discuss the types of hazardous waste that might be stored in their hazardous waste site. Nonetheless, their conclusions, as well as others, suggests that greater risk (or impact) is associated with proximity to nuclear plants, nuclear reactors or nuclear storage facilities. The public seems

to make a greater negative association with the term "nuclear." Similarly, this study suggests that reduction in value diminishes outwardly from the source. In other words, those properties nearest the source suffer the greatest loss in value.

The outward distance for acceptance of hazardous waste site or nuclear plant is also striking. The authors of this study found that distance to be 10-22 miles, depending upon the use, while Mitchell found that the distance would have to be 100 miles before 51% of the respondents would voluntarily accept it. In contrast the Kohlhase study found loss in value to extend outward approximately six miles.

- It is also evident that the respondents' reactions and conclusions reached by the authors were driven by risk perceptions. That is, the distance homeowners are willing to live from a disamenity if a function of their perception of risk. The authors make it a point to explain that the Three Mile Island study found no diminution in value because risk had been eliminated. This suggests that as long as risk is apparent or is perceived to be apparent that there will be some diminution in value.

- In a companion study, the authors found that surveys can be used to elicit valuation information for risk changes. (See An Empirical Analysis of the Economic Value of Risk Changes.)

## CONCLUSIONS

In our data comparison, we compiled the end of year (12-month) statistics provided by Metro List-MLS for 1989 and 1995. We selected as the starting point the year 1989 because it was the year of the FBI raid at Rocky Flats. The year 1995 was selected as the end point in that it is the most recent data available. By comparing prices from 1989 and 1995, we are able to derive a compound appreciation/depreciation rate for each area. That is to say, by comparing average home prices in 1989 with average home prices in 1995, one can extract a compound percent change rate per year for the period. Those findings are summarized on the table below.

| MLS - Metrolist Data Summary | | | |
|---|---|---|---|
| | 1989 | 1995 | Compound % Change |
| Jefferson North | $83,127 | $124,023 | 6.90 |
| Jefferson North Central | $91,016 | $129,759 | 6.09 |
| Broomfield | $94,009 | $138,627 | 6.69 |
| North Suburban West | $77,405 | $110,319 | 6.08 |
| Jefferson Central | $71,719 | $113,075 | 7.88 |
| Jefferson South Central | $80,659 | $123,991 | 7.43 |
| Jefferson West | $106,311 | $171,014 | 8.25 |
| Jefferson South | $96,309 | $156,488 | 8.43 |
| North Suburban East | $43,825 | $69,580 | 8.01 |
| North Suburban Central | $63,979 | $104,059 | 8.44 |

- The areas selected for study, like the class area, represent suburban locations in the metro area.
- Most of the geographic areas studied were suburban Jefferson County locations that were part of the same school district, had similar proximity to the mountains and had the same county government.
- The four areas around Rocky Flats had compound appreciation of between 6.08% to 6.90% within the study period.
- Those six areas more removed from Rocky Flats had compound appreciation rates of between

HUNSPERGER & WESTON, LTD.                                                                                   214