Tab 6C

# DANIEL L. McFADDEN

E. Morris Cox Professor of Economics
University of California, Berkeley

(Last revised in October 1998)

## ADDRESS

Office:

> University of California
> Department of Economics
> 549 Evans Hall # 3880
> Berkeley, CA 94720-3880

Telephone:

> Office: 510-643-8428
> Fax: 510-642-0638
> Messages: 510-642-0619

E-mail:

> mcfadden@econ.berkeley.edu (personal)

## PERSONAL DATA

Born 29 July 1937, Raleigh, North Carolina. Married to Beverlee Tito
Simboli McFadden.
Children: Nina (1957), Robert (1963), Raymond (1965)

## EDUCATION

B.S. Physics, with High Distinction, University of Minnesota, 1957
Ph.D. Behavioral Science (Economics), University of Minnesota, 1962

## ACADEMIC APPOINTMENTS

* Instructor, Physics, University of Minnesota, 1957-58
* Research Assistant, Social Psychology, University of Minnesota,
  1959-60
* Instructor, Economics, University of Minnesota, 1961-62

Appendix A.1

* Assistant Professor of Economics, University of Pittsburgh, 1962-63
* Assistant Professor of Economics, University of California, Berkeley, 1963-66
* Associate Professor of Economics, University of California, Berkeley, 1966-68
* Visiting Associate Professor, University of Chicago, 1966-67
* Professor of Economics, University of California, Berkeley, 1968-79
* Irving Fisher Research Professor, Yale University, 1977-78
* Professor of Economics, Massachusetts Institute of Technology, 1978-1991
* James R. Killian Chair, Massachusetts Institute of Technology, 1984-91
* Director, Statistics Center, Massachusetts Institute of Technology, 1986-88
* Sherman Fairchild Distinguished Scholar, California Institute of Technology, 1990
* Professor of Economics, University of California, Berkeley, 1990--
* E. Morris Cox Chair, University of California, Berkeley, 1990--
* Director, Econometrics Laboratory, University of California, Berkeley, 1991-1995, 1996--
* Chair, Department of Economics, University of California, Berkeley, 1995-1996

## AWARDS AND HONORS

* Ford Foundation Behavioral Science Fellow, 1958-62
* Earhart Fellow, 1960-61
* Mellon Post-Doctoral Fellow, 1962-63
* Ford Faculty Research Fellow, 1966-67
* Elected Fellow, Econometrics Society, 1969
* John Bates Clark Medal, American Economics Association, 1975
* Elected to American Academy of Arts and Sciences, 1977
* Fisher-Schultz Lecture, Econometrics Society, 1979
* Outstanding Teacher Award, MIT, 1981
* Elected to National Academy of Science, 1981
* Hooker Lectures, Macmasters University, 1984
* Smith Lectures, Brigham Young University, 1985
* Jahnsson Foundation Lectures, Helsinki, 1985
* Frisch Medal, 1986
* University of Chicago, LLD, 1992
* American Agricultural Economics Association, Best Paper Prize, 1994

Appendix A.2

## MEMBERSHIPS IN SCHOLARLY AND PROFESSIONAL ORGANIZATIONS

* Tau Beta Phi
* American Economics Association
* The Econometric Society
* American Statistical Association
* Mathematical Association of America
* Transportation Research Board

## PROFESSIONAL AND PUBLIC SERVICE

* Program Chair, Econometric Society Summer Meetings, 1967
* Editor, Journal of Statistical Physics, 1968-70
* Chair, NSF-NBER Conference, Economics of Uncertainty, 1970--
* Economics Advisory Panel, National Science Foundation, 1969-71
* Board of Editors, American Economic Review, 1971-74
* Board of Editors, Journal of Mathematical Economics, 1973-77
* Elected Member, Universities National Bureau, 1974-77
* Advisory Committee on Transportation Models, Metropolitan
  Transportation Commission, 1975
* City of Berkeley, Coordinated Transit Project, 1975-76
* Executive Committee, Transportation Research Board, 1975-78
* Board of Editors, Transportation Research, 1978-1980
* Board of Directors, National Bureau of Economic Research,
  1976-77,1980-83
* Associate Editor, Journal of Econometrics, 1977-1978
* Executive Committee, Econometric Society, 1978-80, 1983-86
* Council of the Econometric Society, 1974-80, 1983-1986
* Review Committee, California Energy Commission, 1979
* Sloan Foundation Book Committee, 1977-1979
* Editor, Econometric Society Monographs, 1980-1983
* Chair, AEA Awards Committee, 1981-84
* NAS Committee, Basic Research in the Social Sciences, 1982-87
* NAS Committee on Energy Demand Modeling, 1983-84
* Vice President, Econometric Society, 1983-1984
* President, Econometric Society, 1985
* Executive Committee, American Economics Association, 1985-87
* NAS Committee on Behavioral and Social Sciences and Education, 1989-94
* Panel Study of Income Dynamics, Advisory Board, 1988-91
* Vice President, American Economics Association, 1994
* Chair, AEA Committee on Electronic Publication, 1994-
* NAS Commission on Science, Engineering, and Public Policy, 1995-
* Advisory Committee, Journal of Applied Economics, 1996-

Appendix A.3

* Chair, NAS Committee on Methods of Forecasting Demand and Supply of
  Doctoral Scientists and Engineers, 1997--

AT MIT:

* CTS Advisory Board, 1978-79
* Provost's Committee on Statistics, 1979-80
* Engineering Dean Search Committee, 1980-81
* Center for Energy Policy Research, Program Board, 1983-84
* Killian Award Committee, 1984
* Committee on Curricula, 1990-91

AT BERKELEY:

* IBER Advisory Committee, 1993-95 (Chair, 1994-95)
* Director of Graduate Studies, 1994-95

## BIBLIOGRAPHY

### 1. Books and Monographs

1.1 ESSAYS ON ECONOMIC BEHAVIOR UNDER UNCERTAINTY, with M. Balch and S. Wu
(eds.), North Holland: Amsterdam, 1974.

1.2 URBAN TRAVEL DEMAND: A BEHAVIORAL ANALYSIS, with T. Domencich, North
Holland: Amsterdam, 1975. Reprinted by The Blackstone Company: Mount
Pleasant, MI, 1996.

1.3 PRODUCTION ECONOMICS: A DUAL APPROACH TO THEORY AND APPLICATIONS, VOL.
I & II, with M. Fuss (eds.), North Holland: Amsterdam, 1978.

1.4 STRUCTURAL ANALYSIS OF DISCRETE DATA WITH ECONOMETRIC APPLICATIONS,
with C.F. Manski (eds.), MIT Press: Cambridge, MA, 1981.

1.5 MICROECONOMIC MODELING AND POLICY ANALYSIS: STUDIES IN RESIDENTIAL
ENERGY DEMAND, with T. Cowing, Academic Press: New York, 1984.

Appendix A.4

1.6 PREFERENCES, UNCERTAINTY, AND OPTIMALITY: ESSAYS IN HONOR OF LEONID
HURWICZ, with J. Chipman and M.K. Richter (eds.), Westview Press: Boulder,
CO, 1990.

1.7 HANDBOOK OF ECONOMETRICS, VOL. IV, with R. Engle (eds.), North Holland:
Amsterdam, 1994.

## ARTICLES

### 2. Production Theory

2.1 "Constant Elasticity of Substitution Production Functions," REVIEW OF
ECONOMIC STUDIES, VOL. 30, No. 2, 73-83, 1963.

2.2 "A Review of 'Manufacturing Production Functions in the U.S., 1957: An
Interindustry and Interstate Comparison of Productivity'," JOURNAL OF THE
AMERICAN STATISTICAL ASSOCIATION, Vol. 62, No. 317, 295-300, March 1967.

2.3 "Cost, Revenue, and Profit Functions," in M. Fuss and D. McFadden
(eds.), PRODUCTION ECONOMICS: A DUAL APPROACH TO THEORY AND
APPLICATIONS,
VOL. I, 2-109, North Holland: Amsterdam, 1978.

2.4 "A Survey of Functional Forms in the Economic Analysis of Production,"
with M. Fuss and Y. Mundlak, in M. Fuss and D. McFadden (eds.), PRODUCTION
ECONOMICS: A DUAL APPROACH TO THEORY AND APPLICATIONS, VOL. I, 219-268,
North Holland: Amsterdam, 1978.

2.5 "The General Linear Profit Function," in M. Fuss and D. McFadden
(eds.), PRODUCTION ECONOMICS: A DUAL APPROACH TO THEORY AND
APPLICATIONS,
VOL. I, 269-286, North Holland: Amsterdam, 1978.

2.6 "Flexibility Versus Efficiency in Ex Ante Plant Design," with M. Fuss,
in M. Fuss and D. McFadden (eds.), PRODUCTION ECONOMICS: A DUAL APPROACH TO
THEORY AND APPLICATIONS, VOL. 1, 311-364, North Holland: Amsterdam, 1978.

2.7 "Estimation Techniques for the Elasticity of Substitution and Other
Production Parameters," in M. Fuss and D. McFadden (eds.), PRODUCTION
ECONOMICS: A DUAL APPROACH TO THEORY AND APPLICATIONS, VOL. II, 73-124,
North Holland: Amsterdam, 1978.

2.8 "Measurement of the Elasticity of Factor Substitution and Bias of
Technical Change," with P. Diamond and M. Rodriguez, in M. Fuss and D.
McFadden (eds.), PRODUCTION ECONOMICS: A DUAL APPROACH TO THEORY AND
APPLICATIONS, VOL. II, 125-148, North Holland: Amsterdam, 1978.

2.9 "Joint Estimation of Freight Transportation Decisions Under Nonrandom
Sampling," with C. Winston and A. Boersch-Supan, in A. Daughety (ed.),
ANALYTICAL STUDIES IN TRANSPORT ECONOMICS, 137-157, Cambridge University
Press: Cambridge, 1985.

## 3. Transportation

3.1 "The Measurement of Urban Travel Demand," JOURNAL OF PUBLIC ECONOMICS,
Vol. 3, No. 4, 303-328, 1974.

3.2 "Aggregate Travel Demand Forecasting from Disaggregated Behavioral
Models," with F. Reid, TRANSPORTATION RESEARCH RECORD: TRAVEL BEHAVIOR
AND
VALUES, No. 534, 24-37, 1975.

3.3 "The Mathematical Theory of Demand Models," in P. Stopher and A.
Meyburg (eds.), BEHAVIORAL TRAVEL-DEMAND MODELS, 305-314, D.C. Heath and
Co.: Lexington, MA, 1976.

3.4 "Demand Model Estimation and Validation," with A.P. Talvitie and
Associates, URBAN TRAVEL DEMAND FORECASTING PROJECT, FINAL REPORT,
VOLUME
V, Institute of Transportation Studies, University of California, Berkeley,
June 1977.

3.5 "Demographic Data and Policy Analysis," with S. Cosslett, G. Duguay,
and W. Jung, URBAN TRAVEL DEMAND FORECASTING PROJECT, FINAL REPORT,
VOLUME
VIII, Institute of Transportation Studies, University of California,
Berkeley, June 1977.

3.6 "Quantitative Methods for Analyzing Travel Behaviour of Individuals:
Some Recent Developments," in D. Hensher and P. Stopher (eds.), BEHAVIOURAL
TRAVEL MODELLING, 279-318, Croom Helm London: London, 1978.

3.7 "An Application of Diagnostic Tests for the Independence from
Irrelevant Alternatives Property of the Multinomial Logit Model," with W.

Tye and K. Train, TRANSPORTATION RESEARCH RECORD: FORECASTING PASSENGER AND
FREIGHT TRAVEL, No. 637, 39-46, Transportation Research Board, 1978.

3.8 "Modelling the Choice of Residential Location," in A. Karlqvist, L. Lundqvist, F. Snickars, and J. Weibull (eds.), SPATIAL INTERACTION THEORY AND PLANNING MODELS, 75-96, North Holland: Amsterdam, 1978. Reprinted in J. Quigley (ed.), THE ECONOMICS OF HOUSING, Vol. I, 531-552, Edward Elgar: London, 1997.

3.9 "The Goods/Leisure Tradeoff and Disaggregate Work Trip Mode Choice Models," with K. Train, TRANSPORTATION RESEARCH, Vol. 12, No. 5, 349-353, February 1978.

3.10 "The Theory and Practice of Disaggregate Demand Forecasting for Various Modes of Urban Transportation," in EMERGING TRANSPORTATION PLANNING METHODS, U.S. Department of Transportation DOT-RSPA-DPB-50-78-2, August 1978. Reprinted in T.H. Oum, et al. (eds.), TRANSPORT ECONOMICS: SELECTED READINGS, 51-80, Seoul Press: Seoul, 1995.

3.11 "Overview and Summary: Urban Travel Demand Forecasting Project," with F. Reid, A. Talvitie, M. Johnson, and Associates, THE URBAN TRAVEL DEMAND FORECASTING PROJECT, FINAL REPORT, VOLUME I, Institute of Transportation Studies, University of California, Berkeley, June 1979.

3.12 "Measuring Willingness-to-Pay for Transportation Improvements" in T. GΣrling, T. Laitila, and K. Westin (eds.) THEORETICAL FOUNDATIONS OF TRAVEL CHOICE MODELING, 339-364, Elsevier Science: Amsterdam, 1998.

## 4. Econometrics

4.1 "Conditional Logit Analysis of Qualitative Choice Behavior," in P. Zarembka (ed.), FRONTIERS IN ECONOMETRICS, 105-142, Academic Press: New York, 1973.

4.2 "Comments on 'Estimation of a Stochastic Model of Reproduction: An Econometric Approach'," in N. Terleckyj (ed.), HOUSEHOLD PRODUCTION AND CONSUMPTION, 139-145, National Bureau of Economic Research: New York, 1975.

4.3 "The Revealed Preferences of a Government Bureaucracy: Theory," THE BELL JOURNAL OF ECONOMICS AND MANAGEMENT SCIENCE, Vol. 6, No. 2, 401-416, Autumn 1975.

Appendix A.7

4.4 "The Revealed Preferences of a Government Bureaucracy: Empirical
Evidence," THE BELL JOURNAL OF ECONOMICS AND MANAGEMENT SCIENCE, Vol.
7,
No. 1, 55-72, Spring 1976.

4.5 "A Comment on Discriminant Analysis 'Versus' Logit Analysis," ANNALS OF
ECONOMIC AND SOCIAL MEASUREMENT, Vol. 5, No. 4, 511-523, 1976.

4.6 "Quantal Choice Analysis: A Survey," ANNALS OF ECONOMIC AND SOCIAL
MEASUREMENT, Vol. 5, No. 4, 363-390, 1976.

4.7 "Econometric Models for Probabilistic Choice Among Products," THE
JOURNAL OF BUSINESS, VOL. 53, No. 3, S13-S29, 1980.

4.8 "Econometric Models of Probabilistic Choice," in C.F. Manski and D.
McFadden (eds.), STRUCTURAL ANALYSIS OF DISCRETE DATA WITH ECONOMETRIC
APPLICATIONS, 198-272, MIT Press: Cambridge, MA, 1981.

4.9 "Alternative Estimators and Sample Designs for Discrete Choice
Analysis," with C.F. Manski, in C.F. Manski and D. McFadden (eds.),
STRUCTURAL ANALYSIS OF DISCRETE DATA WITH ECONOMETRIC
APPLICATIONS. 2-50,
MIT Press: Cambridge, MA, 1981.

4.10 "Qualitative Response Models," in W. Hildenbrand (ed.), ADVANCES IN
ECONOMETRICS: INVITED PAPERS FOR THE FOURTH WORLD CONGRESS OF THE
ECONOMETRIC SOCIETY, Econometric Society Monograph, 1-37, Cambridge
University Press: Cambridge, 1982.

4.11 "Specification Tests for the Multinomial Logit Model," with J.
Hausman, ECONOMETRICA, VOL. 52, No. 5, 1219-1240, September 1984.

4.12 "Econometric Analysis of Qualitative Response Models," in Z. Griliches
and M. Intrilligator (eds.), HANDBOOK OF ECONOMETRICS, VOL. II, 1396-1456,
Elsevier: Amsterdam, 1984.

4.13 "Comment on 'Technical Problems in Social Experimentation: Cost versus
Ease of Analysis,' in J.A. Hausman and D.A. Wise (eds.), SOCIAL
EXPERIMENTATION, 214-219, National Bureau of Economic Research: Chicago,
1985.

4.14 "The Choice Theory Approach to Market Research," MARKETING
SCIENCE,VOL. 5, No. 4, 275-297, Fall 1986.

4.15 "The Demand for Local Telephone Service: A Fully Discrete Model of Residential Calling Patterns and Service Choices," with K. Train and M. Ben-Akiva, THE RAND JOURNAL OF ECONOMICS, Vol. 18, No. 1, 109-123, Spring 1987.

4.16 "Regression-Based Specification Tests for the Multinomial Logit Model," JOURNAL OF ECONOMETRICS, Vol. 34, No. 1/2, 63-82, 1987.

4.17 "What do Microeconometricians Really Do?" PROCEEDINGS OF THE AMERICAN STATISTICAL ASSOCIATION, 402-405, Business Statistics Section, 1987.

4.18 "Comment on Joel Horowitz and George Neumann, 'Semiparametric Estimation of Employment Duration Models," with A. Han, ECONOMETRIC REVIEWS, VOL. 6, No. 2, 257-270, 1987/1988.

4.19 "Econometric Modeling of Locational Behavior," ANNALS OF OPERATIONS RESEARCH: FACILITY LOCATION ANALYSIS: THEORY AND APPLICATIONS, Vol. 18, No. 1-4, 3-16, 1989.

4.20 "A Method of Simulated Moments for Estimation of Discrete Response Models Without Numerical Integration," ECONOMETRICA, VOL. 57, No. 5, 995-1026, September 1989.

4.21 "Testing for Stochastic Dominance," in T. Fomby and T.K. Seo (eds.), STUDIES IN THE ECONOMICS OF UNCERTAINTY, 113-134, Springer: New York, 1989.

4.22 "Micro-simulation of Local Residential Telephone Demand Under Alternative Service Options and Rate Structures," with T. Atherton, M. Ben-Akiva, and K. Train, in A. de Fontenay, M. Shugard, and D. Sibley (eds.), TELECOMMUNICATIONS DEMAND MODELLING, 137-163, Elsevier: Amsterdam, 1990.

4.23 "Advances in Computation, Statistical Methods, and Testing of Discrete Choice Models," MARKETING LETTERS, Vol. 2, No. 3, 215-229, 1991.

4.24 "Efficient Estimation by Multinomial Approximation and Sequential Simulation," with W. Beckert and A. Eymann, Working Paper, July 1994.

4.25 "Large Sample Estimation and Hypothesis Testing," with W. Newey, in R. Engle and D. McFadden, (eds.) HANDBOOK OF ECONOMETRICS, VOL. IV, 2111-2245, North Holland: Amsterdam, 1994.

Appendix A.9

4.26 "Estimation by Simulation," with P. Ruud, THE REVIEW OF ECONOMICS AND STATISTICS, VOL. 76, No. 4, 591-608, November 1994.

4.27 "Simulation of Multivariate Normal Rectangle Probabilities and Their Derivatives: Theoretical and Computational Results," with V. Hajivassiliou and P. Ruud, JOURNAL OF ECONOMETRICS, Vol. 72, No. 1-2, 85-134, May-June 1996.

4.28 "Lectures on Simulation-Assisted Statistical Inference," presented at the EC-squared Conference, Florence, Italy, December 12, 1996.

4.29 "Estimation of Some Partially Specified Nonlinear Models," with C. Ai, JOURNAL OF ECONOMETRICS, Vol. 76, No. 1-2, 1-37, January-February 1997.

4.30 "Modeling Methods for Discrete Choice Analysis," with M. Ben-Akiva, et al., MARKETING LETTERS, Vol. 8, No. 3, 273-286, July 1997.

4.31 "The Method of Simulated Scores with Application to Models of External Debt Crises," with V. Hajivassiliou, ECONOMETRICA, Vol. 66, No. 4, 863-896, July 1998.

4.32 "Specification of Econometric Models," ECONOMETRICA, forthcoming 1998.

4.33 "A Robust Test for Stochastic Dominance," with L. Klekan and R. McFadden, ECONOMETRICA, forthcoming 1998.

4.34 "Incorporating Psychometric Data in Econometric Choice Models," with T. Morikawa and M. Ben-Akiva, JOURNAL OF ECONOMETRICS, forthcoming 1998.

4.35 "Estimating Features of a Distribution from Binomial Data," with A. Lewbel, Working Paper, May 1997.

4.36 "Mixed MNL Models for Discrete Response," with K. Train, Working Paper, December 1996, revised November 1998. and Text [Postscript] [PDF]

4.37 "On Selecting Regression Variables to Maximize Their Significance," Working Paper, July 1998.

Appendix A.10

## 5. Economic Growth and Development

5.1 "Comment on 'An Optimum Fiscal Policy in an Aggregate Model of Economic Growth'," in I. Adelman and E. Thorbecke (eds.), THE THEORY AND DESIGN OF ECONOMIC DEVELOPMENT, 140-146, Johns Hopkins Press: Baltimore, MD, 1966.

5.2 "The Evaluation of Development Programmes," THE REVIEW OF ECONOMIC STUDIES, VOL. 34, No. 1, 25-50, 1967.

5.3 "On the Existence of Optimal Development Plans," in H. Kuhn (ed.) PROCEEDINGS OF THE SIXTH PRINCETON SYMPOSIUM ON MATHEMATICAL PROGRAMMING, 403-427, Princeton University Press: Princeton, NJ, 1970.

5.4 "Criteria for Public Investment: Comment," THE JOURNAL OF POLITICAL ECONOMY, VOL. 80, No. 6, 1295-1313, November/December 1972.

5.5 "On the Existence of Optimal Development Programmes in Infinite-Horizon Economies," in J. Mirrlees and N.H. Stern (eds.), MODELS OF ECONOMIC GROWTH, 260-282, Macmillan: Great Britain, 1973.

5.6 "Is There Life After Debt? An Econometric Analysis of the Creditworthiness of Developing Countries," with R. Eckaus, G. Feder, V. Hajivassiliou, and S. O'Connell, in J. Cuddington and G. Smith, INTERNATIONAL DEBT AND THE DEVELOPING COUNTRIES, 179-209, International Bank for Reconstruction and Development/The World Bank: Washington, D.C., 1985.

## 6. Economic Theory and Mathematical Economics

6.1 "On Hicksian Stability," in J.N. Wolfe (ed.), VALUE, CAPITAL, AND GROWTH, 329-351, University Press: Edinburgh, 1969.

6.2 "On the Controllability of Decentralized Macroeconomic Systems: The Assignment Problem," in H.E. Kuhn and P. Szego (eds.), MATHEMATICAL SYSTEMS THEORY AND ECONOMICS 1, 221-239, Springer-Verlag: New York, 1969.

6.3 "A Simple Remark on the Second Best Pareto Optimality of Market Equilibria" JOURNAL OF ECONOMIC THEORY, VOL. 1, No. 1, 26-38, June 1969.

6.4 "A Technical Note on Classical Gains from Trade," with J.M. Grandmont, JOURNAL OF INTERNATIONAL ECONOMICS, VOL. 2, No. 2, 109-125, 1972.

6.5 "On Some Facets of Betting: Comments," in M.S. Balch, D. McFadden, and S.Y. Wu (eds.), ESSAYS ON ECONOMIC BEHAVIOR UNDER UNCERTAINTY, 126-137, North-Holland: Amsterdam, 1974.

6.6 "Some Uses of the Expenditure Function in Public Finance," with P.A. Diamond, JOURNAL OF PUBLIC ECONOMICS, Vol. 3, No. 1, 3-21, 1974. Reprinted in J. Creedy (ed.), MEASURING WELFARE CHANGES AND TAX BURDENS, Edward Elgar: London, September 1998.

6.7 "A Characterization of Community Excess Demand Functions," with R. Mantel, A. Mas-Colell, and M.K. Richter, JOURNAL OF ECONOMIC THEORY, VOL. 9, No. 4, 361-374, 1974.

6.8 "An Example of the Non-Existence of Malinvaud Prices in a Tight Economy," JOURNAL OF MATHEMATICAL ECONOMICS, Vol. 2, No. 1, 17-19, 1975.

6.9 "Tchebyscheff Bounds for the Space of Agent Characteristics," JOURNAL OF MATHEMATICAL ECONOMICS, Vol. 2, No. 2, 225-242, 1975.

6.10 "On Efficiency and Pareto Optimality of Competitive Programs in Closed Multisector Models," with M. Majumdar and T. Mitra, JOURNAL OF ECONOMIC THEORY, VOL. 13, No. 1, 26-46, August 1976.

6.11 "Definite Quadratic Forms Subject to Constraint," in M. Fuss and D. McFadden (eds.), PRODUCTION ECONOMICS: A DUAL APPROACH TO THEORY AND APPLICATIONS, Vol. I, 365-373, North-Holland: Amsterdam, 1978.

6.12 "Necessary and Sufficient Conditions for the Classical Programming Problem," in M. Fuss and D. McFadden (eds.), PRODUCTION ECONOMICS: A DUAL APPROACH TO THEORY AND APPLICATIONS, VOL. I, 375-382, North Holland: Amsterdam, 1978.

6.13 "Convex Analysis," in M. Fuss and D. McFadden (eds.), PRODUCTION ECONOMICS: A DUAL APPROACH TO THEORY AND APPLICATIONS, VOL. I, 383-408, North Holland: Amsterdam, 1978.

6.14 "A Note on the Computability of Tests of the Strong Axiom of Revealed Preference," JOURNAL OF MATHEMATICAL ECONOMICS, Vol. 6, No. 1, 15-16, 1979.

6.15 "Pareto Optimality and Competitive Equilibrium in Infinite Horizon Economies," with M. Majumdar and T. Mitra, JOURNAL OF MATHEMATICAL ECONOMICS, Vol. 7, No. 1, 1-26, 1980.

Appendix A.12

6.16 "Welfare Analysis of Incomplete Adjustment to Climatic Change," in V.K. Smith and A. White (eds.), ADVANCES IN APPLIED MICRO-ECONOMICS, VOL. 3, 133-149, JAI Press: Greenwich, CT, 1984.

6.17 "Stochastic Rationality and Revealed Stochastic Preference," with M.K. Richter, in J. Chipman, D. McFadden, and M.K. Richter (eds.), PREFERENCES, UNCERTAINTY, AND OPTIMALITY, ESSAYS IN HONOR OF LEO HURWICZ, 161-186, Westview Press: Boulder, CO, 1990.

6.18 "Consumers' Evaluation of New Products: Learning from Self and Others," with K. Train, JOURNAL OF POLITICAL ECONOMY, Vol. 104, No. 4, 683-703, 1996.

6.19 "Economic Choice Behavior: Psychological Foundations and the Contributions of Amos Tversky," Working Paper, August 1996.

6.20 "Rationality for Economists," Working Paper presented at the NSF Symposium on Eliciting Preferences, July 1997.

## 7. Energy

7.1 "Forecasting the Impacts of Alternative Electricity Rate Structures: A Feasibility Study," Final Report, California Energy Commission, 1976.

7.2 "Determinants of the Long-Run Demand for Electricity," with C. Puig and D. Kirshner, PROCEEDINGS OF THE AMERICAN STATISTICAL ASSOCIATION, 1978.

7.3 "A Two-Level Electricity Demand Model," with J. Hausman and M. Kinnucan, JOURNAL OF ECONOMETRICS, Vol. 10, No. 3, 263-289, 1979.

7.4 "Residential Energy Demand Modeling and the NIECS Data Base: An Evaluation," with T. Cowing and J. Dubin, Report No. MIT-EL-82-009, MIT Energy Laboratory, January 1982.

7.5 "An Analysis of the Distributional Impacts of Energy Policies Affecting Residential Energy Demand: The ORNL Model," with J. Berkovec, T. Cowing, and J. Rust, Discussion Paper No. MIT-EL-82-032WP, MIT Energy Laboratory, April 1982.

7.6 "An Analysis of the Distributional Impacts of Energy Policies Affecting Residential Energy Demand: The REEPS Model," with T. Cowing, Discussion Paper No. MIT-EL 82-057WP, MIT Energy Laboratory, April 1982.

Appendix A.13

7.7 "An Evaluation of the ORNL Residential Energy Use Model," EPRI REPORT EA-2442, Electronic Research Institute: Palo Alto, June 1982.

7.8 "The NIECS Data Base and Its Use in Residential Energy Demand Modeling," with T. Cowing and J. Dubin, Discussion Paper No. MIT-EL-82-041WP, MIT Energy Laboratory, June 1982.

7.9 "A Thermal Model for Single-Family Owner-Occupied Detached Dwellings in NIECS," with J. Dubin, Discussion Paper No. MIT-EL-040WP, MIT Energy Laboratory, June 1982.

7.10 "A Comparative Evaluation of the ORNL and REEPS Models of Residential Energy Demand for Forecasting Residential Energy Policy Impacts," with J. Berkovec, T. Cowing, and J. Rust, Discussion Paper No. MIT-EL-82-061WP, MIT Energy Laboratory, July 1982.

7.11 "Residential End-Use Energy Planning System (REEPS)," with A. Goett, EPRI REPORT EA-2512, Electronic Power Research Institute: Palo Alto, July 1982.

7.12 "An Econometric Analysis of Residential Electric Appliance Holdings and Consumption," with J. Dubin, ECONOMETRICA, VOL. 52, No. 2, 345-362, March 1984.

7.13 "The Residential End-Use Energy Planning System: Simulation Model Structure and Empirical Analysis," with A. Goett, in J. Moroney (ed.), ADVANCES IN THE ECONOMICS OF ENERGY AND RESOURCES, VOL. 5, 153-210, JAI Press: Greenwich, CT, 1984.

7.14 "Consumer Attitudes and Voluntary Rate Schedules for Public Utilities," with K. Train and A. Goett, THE REVIEW OF ECONOMICS AND STATISTICS, VOL. 69, No. 3, 383-391, August 1987.

7.15 "Estimating Household Value of Electric Service Reliability with Market Research Data," with A. Goett and C-K. Woo, ENERGY JOURNAL: SPECIAL ELECTRICITY RELIABILITY ISSUE, Vol. 9, 105-120, 1988.

## 8. Health Economics

8.1 "Estimation of Response Probabilities from Augmented Retrospective Observations," with D. Hsieh and C. Manski, JOURNAL OF THE AMERICAN STATISTICAL ASSOCIATION, VOL. 80, No. 391, 651-662, September 1985.

Appendix A.14

8.2 "The Dynamics of Housing Demand by the Elderly: Wealth, Cash Flow, and Demographic Effects," with J. Feinstein, in D. Wise (ed), THE ECONOMICS OF AGING, 55-91, Universtiy of Chicago Press: Chicago, 1989.

8.3 "The Dynamics of Housing Demand by the Elderly: User Cost Effects," with C. Ai, J. Feinstein, and H. Pollakowski, in D. Wise (ed.), ISSUES IN THE ECONOMICS OF AGING, 33-87, University of Chicago Press: Chicago, 1990.

8.4 "Problems of Housing the Elderly in the United States and Japan," in Y. Noguchi and D. Wise (eds.), AGING IN THE UNITED STATES AND JAPAN, 109-137, University of Chicago Press: Chicago, 1994.

8.5 "Demographics, the Housing Market, and the Welfare of the Elderly," in D. Wise (ed.), STUDIES IN THE ECONOMICS OF AGING, 225-285, University of Chicago Press: Chicago, 1994.

8.6 "Living Arrangements: Health and Wealth Effects," with A. Boersh-Supan and R. Schnabel, in D. Wise (ed.), ADVANCES IN THE ECONOMICS OF AGING, 193-216, University of Chicago Press: Chicago, 1996.

8.7 "Comment on 'Elderly Health, Housing, and Mobility'," in D. Wise (ed.), ADVANCES IN THE ECONOMICS OF AGING, 317-320, University of Chicago Press: Chicago, 1996.

8.8 "The Impact of Demographics on Housing and Nonhousing Wealth in the United States," with H. Hoynes, in M. Hurd and N. Yashiro (Eds.), THE ECONOMIC EFFECTS OF AGING IN THE UNITED STATES AND JAPAN, 153-194, University of Chicago Press: Chicago, 1997.

8.9 "Subjective Survival Curves and Life Cycle Behavior," with M. Hurd and L. Gan, in D. Wise (ed.), INQUIRIES IN THE ECONOMICS OF AGING, 259-305, University of Chicago Press: Chicago, 1998.

8.10 "Consumption and Savings Balances of the Elderly: Experimental Evidence on Survey Response Bias," with M. Hurd, et al., in D. Wise (ed.), FRONTIERS IN THE ECONOMICS OF AGING, 353-387, University of Chicago Press: Chicago, 1998.

8.11 "Healthy, Wealthy, and Wise? Socioeconomic Status, Morbidity, and Mortality among the Elderly," with M. Hurd and A. Merrill, Working Paper, April 1998.

## 9. Environmental Economics

9.1 "Assessing Use Value Losses Caused by Natural Resource Injury," with J.A. Hausman and G. Leonard, in J. Hausman (ed.), CONTINGENT VALUATION: A CRITICAL ASSESSMENT, 341-363, North Holland: Amsterdam, 1993.

9.2 "Issues in the Contingent Valuation of Environmental Goods: Methodologies for Data Collection and Analysis," with G. Leonard, in J. Hausman (ed.), CONTINGENT VALUATION: A CRITICAL ASSESSMENT, 165-208, North Holland: Amsterdam, 1993.

9.3 "Contingent Valuation and Social Choice," AMERICAN JOURNAL OF AGRICULTURAL ECONOMICS, Vol. 76, No. 4, 689-708, November 1994.

9.4 "A Utility-consistent, Combined Discrete Choice and Count Data Model Assessing Recreational Use Losses Due to Natural Resource Damage," with J. Hausman and G. Leonard, JOURNAL OF POLITICAL ECONOMICS, Vol. 56, No. 1, 1-30, 1995.

9.5 "Why is Natural Resource Damage Assessment So Hard?," Hibbard Lecture, Agricultural and Resource Economics, University of Wisconsin, Madison, May, 1996.

9.6 "Measuring Environmental Injury in the Presence of Confounding Risks," Working Paper, May 1996.

9.7 "On the Analysis of Endogenously Recruited Panels," Working Paper, February 1997.

9.8 "Can Meta-analyses of CV Studies Determine Their Reliability?" Working Paper, October 1997.

9.9 "Referendum Contingent Valuation, Anchoring, and Willingness to Pay for Public Goods," with D. Green, K. Jacowitz, and D. Kahneman, RESOURCE AND ENERGY ECONOMICS, Vol. 20, 85-116, 1998.

9.10 "Computing Willingness-to-Pay in Random Utility Models," in J. Moore, R. Riezman, and J. Melvin (eds.), TRADE, THEORY AND ECONOMETRICS: ESSAYS IN HONOUR OF JOHN S. CHIPMAN, Routledge, forthcoming January 1999.

## 10. Miscellaneous and Unpublished Works

10.1 "Existence Conditions for Theil-Type Preferences," Working Paper, June 1963.

10.2 "A Theory of Regional Economic Growth II," University of Pittsburgh Working Paper, June 1963.

10.3 "On Malinvaud Prices," Working Paper No. 123, 1965.

10.4 "A 'Natural' Norm Topology for a Class of Linear Vector Spaces Occuring in Economics and Control Theory," Working Paper, 1966.

10.5 "Technical Change, Substitutionability, and Returns to Scale in Electricity Generation, Part I: A Theoretical Model," with A. Belifante, Working Paper, 1968.

10.6 "Conditional Logit Analysis Statistical Estimation Package: User's Manual," with C.K. Liew, Working Paper, June 1969.

10.7 "Estimation and Testing of Models of Individual Choice Behavior from Data on a Population of Subjects," University of California, Berkeley Working Paper, 1971.

10.8 "On the Extension of a Probability to the Boolean Algebra Generated by a Family of Events, with a Application to Choice Theory," with M. Richter, Working Paper, 1971.

10.9 "Behavioral Demand Model for CATV," University of California, Berkeley Working Paper, 1972.

10.10 "The Push-Peter Principle," with G. Akerlof, University of California, Berkeley Working Paper, August 1972.

10.11 "BART: Demand Forecasts and Policy Alternatives," Seminar Notes, January 1974.

10.12 "On Constraining the Spectral Radius of a Real Square Matrix within the Unit Circle," with L.J. Lau, Working Paper, 1975.

10.13 "Properties of the Multinomial Logit (MNL) Model," Institute of Transportation Studies Working Paper No. 7617, September 1976.

Appendix A.17

10.14 "A Closed-Form Multinomial Choice Model Without Independence from Irrelevant Alternatives Restriction," Institute of Transportation Studies Working Paper No. 7703, February 1977.

10.15 "Regulation of Urban Passenger Transportation: Some Evidence on Impacts," with A. Talvitie, Working Paper, April 1978.

10.16 "On the Use of Probabilistic Choice Models in Economics," MIT Working Paper, August 1978.

10.17 "A Model of Electricity Consumption by Time of Day," Working Paper, February 1978.

10.18 "Econometric Net Supply Systems for Firms with Continuous and Discrete Commodities," MIT Working Paper, 1979.

10.19 "Determinants of the Residential Demand for Long Distance Telephone Service," with K. Train, Cambridge Systematics, 1979.

10.20 "Operating Rules for Public Enterprise," in International Symposium on Industrial Policies for the '80s, Madrid, Spain, May 5-9, 1980.

10.21 "Statistical Issues in Estimating a Commodity Flow Database," M.I.T. Working Paper, 1980.

10.22 "Comment on 'On Setting the Agenda for Pennsylvania School Finance Reform: An Exercise in Giving Policy Advice'," PUBLIC CHOICE: SPECIAL SYMPOSIUM ON COLLECTIVE CHOICE IN EDUCATION ISSUE, Vol. 36, No. 3, 477-480, 1981, reprinted in M. Bowman, COLLECTIVE CHOICE in EDUCATION, 99-102, Kluwer-Nijhoff: Boston, 1982.

10.23 "Efficiency Decisions, Thermal Modeling, and Conservation Analysis in Residential End-Use Energy Policy System," CSI Working Paper, 1982.

10.24 "Coffee and Cancer: A Study of the Epidemiological Information Required for Economic Analysis of Health Policy," with D. Hsieh and C. Manski, MIT Working Paper, 1983.

10.25 "Normal Discrete Marginal, Continuous Conditional Model with Stratification on the Discrete Variable," Working Paper, April 1983.

10.26 "A Framework for Electric Utility Market Research," Cambridge Systematics Working Paper, May 1986.

Appendix A.18

10.27 "Simulation Methods for Unemployed Theorists: Notes for Discussion," Working Paper, April 1992.

10.28 "A Comment on Job Creation and Destruction," Working Paper, February 1996.

10.29 "Econometric Estimation in Biased Samples," Working Paper, June 1996.

10.30 "Sample Design and Analysis for Discrete Panel Data," Working Paper, September 1996.

## LECTURE NOTES

* "Consumer Theory," with S. Winter, 1968
* "General Equilibrium Theory," with S. Winter, 1968
* "Robinson Crusoe Meets Walras and Keynes," 1975
* "Competitive Allocations and the Core," 1979
* "Existence of Non-Cooperative Equilibrium in an Economic Market Game," 1979
* "Generalized Least Squares Estimation and Prediction," 1979
* "Approximating the Exact Distribution of the Durbin-Watson Statistic," 1980
* "Asymptotic Properties of Least Squares," 1982, 1988
* "Summary of Hypothesis Testing in the Normal Linear Regression Model," 1980
* "Generalized Khinchine W.L.L.N.," 1980
* "Robust Estimation of Standard Errors of Estimates in the Presence of Heteroscedasticity," 1980
* "Method of Instrumental Variables," 1980
* "Testing Exogenicity," 1980
* "Asymptotic Properties of Non-Linear Estimators," revised 1982
* "Conditional Expectations," 1981
* "Introduction to Statistical Analysis in Large Samples," 1988
* "Estimated Generalized Least Squares," 1988
* "Dual Functions in Consumer Theory," 1988
* "Consumer's Surplus," 1988
* "Contingency Tables, Logits, and Discriminant Analysis Example," 1988
* "Statistical Independence and Repeated Trials," 1988
* "Special Distributions," 1982, 1988
* "Statistical Decision Theory," 1988
* "Estimation," 1988
* "Hypothesis Testing," 1988

Appendix A.19

* "An Omnibus Theorem for the Statistical Properties of the Normal Model," 1988
* "Hypothesis Testing in A GMM Setting," 1990
* "Nonparametric and Semiparametric Estimation," 1994
* "Demand and Pricing Models for Differentiated Package Goods," 1995
* "IIA Tests as Omitted Variable Tests," 1995
* "Least Squares Cross-Validation in Kernel Estimation," 1995
* "Binomial Response Models," 1994, 1996
* "Partial Moments of the Normal," 1992, 1996
* "Simultaneous Equations," 1993, 1996
* "Simultaneous Equations," 1993, 1996
* "System of Regression Equations," 1993, 1996
* The Covariance Matrix of a GMM Estimator that Contains an Embedded Estimator," 1994, 1997
* "Instrumental Variables," 1993, 1997
* "Latent Variable Models," 1994, 1996, 1997

------------------------------------------------------------------------

Last modified: 13 October 1998

Appendix A.20