Tab 7

1

VOLUME 1
PAGES  1 - 225

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

------------------------------------

MERILYN COOK,                          )
et al.,                                )
                        Plaintiffs     )
                                       )
v.                                     )
                                       )   Civil Action
ROCKWELL INTERNATIONAL CORPORATION,)   No. 90-K-181
a Delaware corporation, and            )
THE DOW CHEMICAL CORPORATION,          )
                                       )
                        Defendants     )

------------------------------------

Deposition of Kenneth T. Wise, Ph.D.

Monday, April 14, 1997

Shapiro Haber & Urmy, LLP

75 State Street - Suite 1520

Boston, Massachusetts

*******************************************************
J. EDWARD VARALLO, RPR/RMR
FRITZ & SHEEHAN ASSOCIATES, INC.
295 DEVONSHIRE STREET - BOSTON, MASS. 02110
617/423-0500  FAX 617/423-0501

FRITZ & SHEEHAN ASSOCIATES, INC.

1-64

Kenneth T. Wise, Ph.D.

1   econometrics would tell me?

2        A.   Yes, they would.

3        Q.   That is what the Malinbaud textbook would

4   say?

5        A.   Maybe not in those many words, but that

6   would be the direct implication of what it would

7   say.

8        Q.   Is there any textbook, whether about

9   econometrics or any other subject, that you're

10  aware of that not just by implication but expressly

11  states that the use of weighted least squares is

12  only appropriate when dealing with

13  heteroskedasticity and not appropriate in any other

14  circumstance?

15       A.   What these textbooks will say is that if

16  you have homoskedasticity you should run ordinary

17  least squares to get best linear unbiased

18  estimators.  And the implication will be that if

19  you use weighted least squares when you have

20  homoskedasticity to begin with, that you do not

21  have the conditions necessary for ordinary least

22  squares, well, for a least-squares regression to

23  give the best results.  They will say that.

24  Dr. McFadden says that in his report.

FRITZ & SHEEHAN ASSOCIATES, INC.