Tab 8

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

MERILYN COOK, et al.          :   CIVIL ACTION
                              :
        vs.                   :
                              :
ROCKWELL INTERNATIONAL        :
CORPORATION, a Delaware       :
Corporation                   :
        and                   :
THE DOW CHEMICAL CORPORATION  :   NO. 90-K-181

- - -

Wednesday, March 26, 1997

- - -

Deposition of S. PAUL SLOVIC, taken

pursuant to notice, at the law offices of

Berger & Montague, 1622 Locust Street,

Philadelphia, Pennsylvania, beginning at

approximately 9:08 a.m., on the above date,

before Kenneth T. Brill, Registered

Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

*1995 ROCKY FLATS SURVEY*

>int2< Hello, I'm calling from the University of Maryland.   My name is
_____.  We're doing a brief study of Colorado
residents.  We're asking how people feel about some things that
affect the quality of life in areas around Denver.

For this study, I need to speak with the adult in your household, who
is 18 or older and will have the NEXT birthday.  Who would that be?

** IF INFORMANT DOES NOT KNOW ALL THE BIRTHDAYS ASK:  [equiv int1]
Of the ones you do know who will have the NEXT birthday?

<1> INFORMANT HAS NEXT BIRTHDAY (BEGIN SURVEY) [goto dc1]
<2> SOMEONE ELSE HAS NEXT BIRTHDAY
<7> RESPONDENT PROBLEM (LANGUAGE, HEALTH, AGE, OTHER) [goto lang]
<8> NON HOUSEHOLD - BUSINESS, GROUP HOME, PAY OR CAR PHONE,
    HOSPITAL [goto ReS1]
<9> IF CALL BACK OR REFUSAL [goto RES1]

<n> ** NO ANSWER / TROUBLE WITH LINES [goto res1]
<h> ** HOME RECORDER / ANSWERING SERVICE [goto rrSS]

>Q1<   We're interested in the opinions of both owners and renters.

Do you own your home or do you rent it?

<1> OWN
<2> RENT [goto Q3]
<3> OTHER [goto Q3]

TYPE <x> IF INTERVIEW TERMED OR NEVER BEGUN [goto nono]

>Q2<  In what year did you buy your home?

<01-89> PRIOR TO 1990  *(go to Q3)*
<90-95> RECORD THE NUMBER  Respondent passes screener, goes to IN6

>Q3<  Do you have plans to buy a home within the next couple of years?

<0> NO
<1> YES Respondent passes screener, goes to Q4
<8> DK



1

>Q3a< At anytime since 1990 were you in the market to buy a home?

    <0> NO
    <1> YES  Respondent passes screener, goes to Q4
    <8> DK

>Q4<  In what year did you move to your current home?

    <60>   BEFORE 1960
    <61-95>        RECORD YEAR
    <99>   REF

>IN6< We would like to find out your feelings about a few residential
areas near Denver.

TYPE <g> TO CONTINUE

**Respondent randomly starts with Arvada, Westminster, or Ken Caryl.**

>Q6<  Are you familiar with the Arvada area?

    <0> NO  Respondent skips all Arvada questions
    <1> YES
    ===> [loc 1/30]

>Q7<  What is the very first thing that comes to mind when you think about
Arvada?

>Q8<  What is the second thing that comes to mind (about Arvada)?

>Q9<  Finally, what is the third thing that comes to mind?

Q6a<  Are you familiar with the Westminster area?

    <0> NO  **Respondent skips all Westminster questions**
    <1> YES

>Q7a< What is the very first thing that comes to mind when you think about
Westminster?

>Q8a< What is the second thing that comes to mind (about Westminster)?

>Q9a< Finally, what is the third thing that comes to mind?

2

>Q6b< Are you familiar with the Ken Caryl area?

>        <0> NO  Respondent skips all Ken Caryl questions and goes to Q6c
>        <1> YES

>Q7b< What is the very first thing that comes to mind when you think about
       Ken Caryl?

>Q8b< What is the second thing that comes to mind (about Ken Caryl)?

>Q9b< Finally, what is the third thing that comes to mind?


**[Respondent is asked about Highlands Ranch only if he/she was not familiar with Ken
Caryl.]**

>Q6c< Are you familiar with the Highlands Ranch area?

>        <0> NO  - Respondent not asked any more questions about Highlands Ranch
>        <1> YES

>Q7c< What is the very first thing that comes to mind when you think about
       Highlands Ranch?

>Q8c< What is the second thing that comes to mind (about Highlands Ranch)?

>Q9c< Finally, what is the third thing that comes to mind?

>I18<  Now, I'd like you to compare the areas you were familiar with to other
       places to live around Denver.

       **TYPE <g> TO CONTINUE**
       **Respondent is asked questions only for areas he/she indicated
       familiarity with in Q6, Q6a, Q6b, or Q6c.  Areas are asked in same
       order that they were asked in Q6-Q9.**

*3*

>Q18<The [first/next] area is Arvada.

Compared to other places near Denver would you rate the quality of schools in Arvada as:

<1> much below average
<2> below average
<3> average
<4> above average
<5> or much above average?
<8> DK

>Q19<(How about) access to shopping?

(Compared to other areas, how would you rate Arvada's access to shopping?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q20<(How about) the stability of home values (in Arvada)?

(Compared to other areas, how would you rate the stability of home values in Arvada?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

*4*

**Responent is not asked Q21 if he/she has indicated in Q21a, Q21b, or Q21c that he/she does not work.**

>Q21<(How about) access to your place of work from Arvada?

　　　(Compared to other areas, how would you rate access to your place of work from Arvada?)

　　　<1> MUCH BELOW AVERAGE
　　　<2> BELOW AVERAGE
　　　<3> AVERAGE
　　　<4> ABOVE AVERAGE
　　　<5> MUCH ABOVE AVERAGE

　　　<7> DO NOT HAVE A JOB (VOLUNTEERED)
　　　<8> DK

>Q22<(How about) the air quality (in Arvada)?

　　　(Compared to other areas, how would you rate the air quality in Arvada?)

　　　<1> MUCH BELOW AVERAGE
　　　<2> BELOW AVERAGE
　　　<3> AVERAGE
　　　<4> ABOVE AVERAGE
　　　<5> MUCH ABOVE AVERAGE
　　　<8> DK

>Q23<(How about) the water quality (in Arvada)?

　　　(Compared to other areas, how would you rate the water quality in Arvada?)
　　　<1> MUCH BELOW AVERAGE
　　　<2> BELOW AVERAGE
　　　<3> AVERAGE
　　　<4> ABOVE AVERAGE
　　　<5> MUCH ABOVE AVERAGE

　　　<8> DK

5

>Q24<(How about) the overall environmental quality (of Arvada)?

(Compared to other areas, how would you rate the overall
environmental quality of Arvada?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q25<Compared to other areas, how would you rate the reputation of Arvada?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q26<(How about) the personal safety of Arvada residents?

(Compared to other areas, how would you rate the personal safety
or Arvada residents?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q27<How would you rate Arvada overall as a place to live?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q18a<The [first/next] area is Westminster.

Compared to other places near Denver would you rate the quality of schools in WESTMINSTER as:

<1> much below average
<2> below average
<3> average
<4> above average
<5> much above average
<8> DK

>Q19a<(How about) access to shopping?

(Compared to other areas, how would you rate Westminster's access to shopping?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q20a<(How about) the stability of home values (in Westminster)?

(Compared to other areas, how would you rate the stability of home values in Westminster?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

**Respondent is not asked Q21a if he/she has indicated in Q21, Q21b, or Q21c that he/she does not work.**

>Q21a<(How about) access to your place of work from Westminster?

    (Compared to other areas, how would you rate the access to your place of work from Westminster?)

    <1> MUCH BELOW AVERAGE
    <2> BELOW AVERAGE
    <3> AVERAGE
    <4> ABOVE AVERAGE
    <5> MUCH ABOVE AVERAGE

    <7> DO NOT HAVE A JOB (VOLUNTEERED)
    <8> DK

>Q22a<(How about) the air quality (in Westminster)?

    (Compared to other areas, how would you rate the air quality in Westminster?)

    <1> MUCH BELOW AVERAGE
    <2> BELOW AVERAGE
    <3> AVERAGE
    <4> ABOVE AVERAGE
    <5> MUCH ABOVE AVERAGE
    <8> DK

>Q23a<(How about) the water quality (in Westminster)?

    (Compared to other areas, how would you rate the water quality in Westminster?)

    <1> MUCH BELOW AVERAGE
    <2> BELOW AVERAGE
    <3> AVERAGE
    <4> ABOVE AVERAGE
    <5> MUCH ABOVE AVERAGE
    <8> DK

>Q24a< (How about) the overall environmental quality (of Westminster)?

(Compared to other areas, how would you rate the overall environmental quality of Westminster?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q25a< Compared to other areas, how would you rate the reputation of Westminster?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q26a< (How about) the personal safety of Westminster residents?

(Compared to other areas, how would you rate the personal safety of Westminster residents?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q27a< How would you rate Westminster overall as a place to live?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q18b<The [first/next] area is Ken Caryl.

Compared to other places near Denver would you rate the quality of schools in KEN CARYL as:

<1> much below average
<2> below average
<3> average
<4> above average
<5> much above average
<8> DK

>Q19b<(How about) access to shopping?

(Compared to other areas, how would you rate Ken Caryl's access to shopping?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q20b<(How about) the stability of home values (in Ken Caryl)?

(Compared to other areas, how would you rate the stability of home values in Ken Caryl?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

*10*

**Respondent is not asked Q21b if he/she has indicated in Q21 or Q21a that he/she does not work.**

>Q21b<(How about) access to your place of work from Ken Caryl?

(Compared to other areas, how would you rate the access to your place of work from Ken Caryl?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE

<7> DO NOT HAVE A JOB (VOLUNTEERED)
<8> DK

>Q22b<(How about) the air quality (in Ken Caryl)?

(Compared to other areas, how would you rate the air quality in Ken Caryl?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q23b<(How about) the water quality (in Ken Caryl)?

(Compared to other areas, how would you rate the water quality in Ken Caryl?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

*//*

>Q24b<(How about) the overall environmental quality (of Ken Caryl)?

(Compared to other areas, how would you rate the overall
environmental quality of Ken Caryl?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q25b<Compared to other areas, how would you rate the reputation of Ken Caryl?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q26b<(How about) the personal safety of Ken Caryl residents?

(Compared to other areas, how would you rate the personal safety of
Ken Caryl residents?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q27b<How would you rate Ken Caryl overall as a place to live?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

12

**Respondent only asked about Highlands Ranch if not familiar with Ken Caryl (and familiar with Highlands Ranch).**

>Q18c<The next area is Highlands Ranch.

Compared to other places near Denver would you rate the quality of schools in Highlands Ranch as:

<1> much below average
<2> below average
<3> average
<4> above average
<5> much above average
<8> DK

>Q19c<(How about) access to shopping?

(Compared to other areas, how would you rate Highlands Ranch's access to shopping?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q20c<(How about) the stability of home values (in Highlands Ranch)?

(Compared to other areas, how would you rate the stability of home values in Highlands Ranch?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

**Responent is not asked Q21c if he/she has indicated in Q21 or Q21a that he/she does not work.**

>Q21c<(How about) access to your place of work from Highlands Ranch?

(Compared to other areas, how would you rate the access to
your place of work from Highlands Ranch?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE

<7> DO NOT HAVE A JOB (VOLUNTEERED)
<8> DK

>Q22c<(How about) the air quality (in Highlands Ranch)?

(Compared to other areas, how would you rate the air quality in
Highlands Ranch?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q23c<(How about) the water quality (in Highlands Ranch)?

(Compared to other areas, how would you rate the water quality in Highlands Ranch?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

14

>Q24c< (How about) the overall environmental quality (of Highlands Ranch)?

(Compared to other areas, how would you rate the overall environmental quality of Highlands Ranch?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q25c< Compared to other areas, how would you rate the reputation of Highlands Ranch?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q26c< (How about) the personal safety of Highlands Ranch residents?
(Compared to other areas, how would you rate the personal safety of Highlands Ranch residents?)

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

>Q27c< How would you rate Highlands Ranch overall as a place to live?

<1> MUCH BELOW AVERAGE
<2> BELOW AVERAGE
<3> AVERAGE
<4> ABOVE AVERAGE
<5> MUCH ABOVE AVERAGE
<8> DK

15

**If respondent answered Q24 as 2 he/she is asked Q28, if 1 he/she is asked  q28**

>Q28<You rated Arvada as below average on overall environmental quality.  Why was tha

>q28<  You rated Arvada as much below average on overall environmental quality.  Why was
       that?

**If respondent answered Q24a as 2 he/she is asked Q28b, if 1 he/she is asked q28b.**

>Q28b<You rated Westminster as below average on overall environmental quality.  Why was
       that?

>q28b<You rated Westminster as much below average on overall environmental quality.  Why
       was that?

**Respondent is asked Q29-Q32 only if he/she indicated familiarity with Arvada in Q6.**

>Q29<We are interested in your opinions about homes in **Arvada** that are located west of the
       Denver-Boulder Turnpike.  In thinking about this area,

       What would you say is its main advantage?

       <1> SPECIFY ADVANTAGE
       <0> NO ADVANTAGES [goto Q31]
       <8> DK [goto Q31]

>Q30<Are there other advantages?

       PROBE

       <0>   NO
       <1>   YES - SPECIFY

>Q31<What would you say is its main disadvantage?

       <1> SPECIFY DISADVANTAGE [specify]

       <0> NO DISADVANTAGES [goto Q29a series]
       <8> DK [goto Q29 series]

>Q32<Are there other disadvantages?

    PROBE

    <0>   NO
    <1>   YES - SPECIFY


**Respondent is asked Q29a-Q32a only if he/she indicated familiarity with Westminster in Q6a.**

>Q29a<We are interested in your opinions about homes in **Westminster** that are located west of the Denver-Boulder Turnpike.  In thinking about this area,

    What would you say is its main advantage?

    <1> SPECIFY ADVANTAGE

    <0> NO ADVANTAGES [goto Q31a]
    <8> DK [goto Q31a]

>Q30a<Are there other advantages?

    PROBE

    <0>   NO
    <1>   YES - SPECIFY

>Q31a<What would you say is its main disadvantage?

    <1> SPECIFY DISADVANTAGE

    <0> NO DISADVANTAGES [goto Q34a]
    <8> DK [goto Q34a]

>Q32a<Are there other disadvantages?

    PROBE

    <0>   NO
    <1>   YES - SPECIFY

>Q34a<Next I'm going to ask you about two different facilities in the Denver
area that have similar names.  One is the Rocky Mountain
Arsenal, which produced chemical weapons. It is located north of the
old Stapelton Airport.  The other is the Rocky Flats nuclear weapons
facility.

Have you heard about the Rocky Mountain Arsenal?

<0> NO
<1> YES
<8> DK

>Q34b<Have you heard about the Rocky Flats nuclear weapon facility?

<0> NO
<1> YES **[goto Q35]**
<8> DK
===> **[goto Q43]**
>Q35<Do you know where the Rocky Flats facility is located relative to Denver?

<0> NO
<1> YES  **[goto Q36]**
<8> DK

**If repondent answers NO or DK to 34b, he/she skips to Q43.**
>Q36<Where would that be?

>Q37<When you think about Rocky Flats, what is the very first thing that comes to mind?

>Q38<And what is the second thing that comes to mind (about Rocky Flats)?

>Q39<Finally, what is the third thing (that comes to mind)?

>Q40<Overall is your impression of Rocky Flats:

<1> strongly negative
<2> negative
<3> neither negative nor positive
<4> positive
<5> or strongly positive?
<8> DK

**Repondent skips to Q49.**

>Q43<When you think of a nuclear weapons facility, what is the first thing that comes to mind? ]

>Q44<What is the second thing that comes to mind (when you think about a a nuclear weapons facility?

>Q45<Finally, what is the third thing (that comes to mind when you thing about a nuclear weapons facility?

>Q46<Overall is your impression of nuclear weapon facilities:

      <1> strongly negative
      <2> negative
      <3> neither negative nor positive
      <4> positive
      <5> or strongly positive?
      <8> DK

**If respondent did not know Rocky Flats location, the parenthetical statement in Q49 is read.**

>Q49<(Rocky Flats is located northwest of Denver,  west of the Denver-Boulder Turnpike.)

    About how many miles do you live from Rocky Flats?

      <0>   LESS THAN A MILE
      <1-100>
      <101> MORE THAN 100
      <888> DK

**Q50-Q54 are asked of Arvada/Westminster residents only. Residents of other areas skip to Q50a.**

>Q50<Does Rocky Flats make your home's location:

      <1> much more desirable [goto Q62]
      <2> somewhat more desirable [goto Q62]
      <3> somewhat less desirable
      <4> considerably less desirable
      <5> or does it not make any difference one way or the other?
      <8> DK

>Q51<The nearest homes are about two miles from the buildings that were
used for weapons production.  Do you think that this two-mile zone,
established by the Federal Government, provides adequate protection
for you and your family?

    <0>   NO
    <1>   YES [goto Q54]
    <8>   DK

>Q52<Suppose this zone were 4-6 miles.  Would that be adequate?

    <0>   NO
    <1>   YES [goto Q54]
    <8>   DK

>Q53<What distance do you think WOULD provide adequate protection for you and your
family?

    <7-100>
    <101> MORE THAN 100
    <888> DK

>Q54<Think back to the time you chose your current home.  At that time did you know the
Rocky Flats facility was nearby?

    <0>   NO
    <1>   YES [goto Q54a]
    <8>   DK
    ===>[goto Q62]
>Q54a<  Would you say that you were:

    <1>   very well informed about the Rocky Flats facility
    <2>   somewhat informed
    <3>   or not very well informed?
    <8>   DK
    ===>[goto Q62]

**Arvada/Westminster residents skip to Q62.**
**Q50a through Q61 are only asked of residents of other areas.**

>Q50a<        Our next questions are about buying a new home.

Suppose that after searching for some time, you have finally found a house that seems just right.  This house is in the Arvada/Westminster area.

Would being near Rocky Flats make this house:

<1> considerably less desirable
<2> somewhat less desirable
<3> somewhat more desirable
<4> considerably more desirable
<5> or would it not make any difference one way or the other?
<8> DK


**Repondent skips to Q62 if they answer 3 or 4.**

>Q51a<The Federal Government does not permit homes within two miles of the
      buildings that were used for weapons production.   Would you
      buy this house if it were 2 to 4 miles from Rocky Flats?

      <0> NO
      <1> YES  **[Repondent skips to Q62]**
      <8> DK

>Q52a<Suppose this house was 4 to 6 miles from Rocky Flats?

      <0> NO, STILL WOULD NOT BUY
      <1> YES, WOULD BUY **[Respondent skips to Q62]**
      <8> DK

>Q53a<In buying a home that otherwise meets all your requirements, what is
      the closest distance to Rocky Flats that you would consider?

      <7-100>
      <101> MORE THAN 100
      <888> DK

21

>Q53aa<     If you were to look for a house today, what price range would you
            target?  Less than $125,000? 125-150,000? 150-200,000? or Over 200,000?

            <1> LESS THAN $125,000
            <2> $125,000 - $150,000
            <3> $150,000 - $200,000
            <4> OVER $200,000
            <5> DEPENDS - SPECIFY
            <8> DK

>Q54<Suppose you've found a house that is right in every way and is in the
   aa  [fill pric] price range that you wanted, but it's 4-6 miles from Rocky Flats.  If the seller
        reduced the price by $5000 would you be willing to buy the house?

            <0> NO, WOULD NOT PURCHASE EVEN WITH A $5,000 REDUCTION
            <1> YES, WOULD PURCHASE WITH THE $5,000 REDUCTION
                 [If yes, respondent skips to Q58]
            <8> DK
            ===> [loc 2/39]

>Q55<Suppose the reduction in the price of the house near Rocky Flats was
        $10,000?

            <0> NO, WOULD NOT PURCHASE EVEN WITH A $10,000 REDUCTION
            <1> YES, WOULD PURCHASE WITH A $10,000 REDUCTION
                 [If yes, respondent skips to Q58]
            <8> DK

>Q56<Is there any price reduction that would prompt you to purchase the house near Rocky
        Flats?

            <0> NO  [goto Q60]
            <1> YES
            <3> MAYBE/PERHAPS
            <8> DK [goto Q60]

If NO or DK respondent skips to to Q60; if YES or MAYBE respondent is asked Q57.

>Q57<How much of a reduction would that be?

RECORD IN THOUSANDS OF DOLLARS

<11-50>
<51>   MORE THAN 50 THOUSAND
<88>   DK

>Q58<With the same reduction in price, would you buy the house if it were 2-4 miles from Rocky
Flats?

<0> NO [Respondent is asked Q59]
<1> YES
<8> DK
===>[Respondent skips to Q61]
>Q59<What reduction in price would you require?

RECORD IN THOUSANDS OF DOLLARS

<6-50>
<51>   MORE THAN 50 THOUSAND
<88>   DK
===>[goto Q61]

Repondent is asked Q60 if he/she had said that they would not buy a house within 6 miles
of Rocky Flats no matter how much price reduced.

>Q60<You have said that you would not purchase a house in the area of Rocky Flats no
matter how much the price was reduced.  What's the main reason you would not buy this
house?

>Q60a<Are there any other reasons?

<0>    NO
<1>    YES-SPECIFY
<8>    DK

23

>Q61<If it were not for Rocky Flats, do you think the homes in the Arvada-Westminster area would be:

    <1> much more desirable
    <2> somewhat more desirable
    <3> somewhat less desirable
    <4> considerably less desirable
    <5> or does it not make any difference one way or the other?
    <8> DK

>Q62<Do you think that the Rocky Flats facility is a source of public health risk?

    <0> NO
    <1> YES  [goto Q63]
    <8> DK
    ===>[goto Q64]

>Q63<What do you think these health risks are?

>Q64<Do you believe that the Rocky Flats facility has affected the value of property located near it, that is within 6 miles or so?

    <0> NO
    <1> YES [goto Q64a]
    <8> DK
    ===> [goto Q65]

>Q64a<Do you think it has reduced or increased the value of nearby property?

    <1>    REDUCED VALUE
    <2>    INCREASED VALUE
    <3>    OTHER - SPECIFY

>Q65<In 1989, the Federal Bureau of Investigation raided the Rocky Flats plant to gather information about violations of environmental laws. Investigations of plant operations were widely reported in the news. The contractor who operated the plant for the US Department of Energy was fined $18.5 million. Have you heard of these events?

    <0> NO
    <1> YES [goto Q66]
    <8> DK
    ===>[goto Q69]
        70

24

>Q66< Did these events have any influence on your evaluation of homes near Rocky Flats?

        <0> NO
        <1> YES [goto Q67]
        <8> DK
        ===>[goto Q68]

>Q67< Would you say these events made your evaluations of the area:

        <1> Much more positive
        <2> Positive
        <3> Neither positive nor negative
        <4> Negative
        <5> or Much more negative?
        <8> DK

>Q68< Do you think that these events influenced other people to view property near Rocky Flats as:

        <1> More desirable
        <2> or Less desirable?
        <8> DK

>Q70< Some people say that Rocky Flats is safe and does not present a hazard to workers and neighbors. These people point out that the plant is no longer producing components for nuclear weapons. It has a new contractor, whose only mission is to clean up the environmental problems out there and who is carefully monitoring to prevent any leakage of radioactive material.

Other people say the plant is unsafe. They point out that approximately 14 tons of plutonium remain on site. In addition, they claim that there are leaking containers of radioactive materials, buildings do not meet current earthquake standards, and clean-up itself may pose risks.

Taking into account everything you know about Rocky Flats, would you say it is:

        <1>   unsafe
        <2>   probably unsafe
        <3>   probably safe
        <4>   or safe?
        <8>   DK

>Q71< Before 1990 Rocky Flats experienced fires, soil contamination, and gaseous releases that allowed radioactive substances to spread to residential areas.  Do you recall hearing about any of these events?

    <0>   NO
    <1>   YES
    <8>   DK
    ]

>Q72< Do you think the existence of these contaminants, in a residential area, at **very small levels** would be:

    <1> a high health risk
    <2> a moderate health risk
    <3> a slight health risk
    <4> almost no health risk at all
    <8> or don't you know?

>B1<   Has anyone in your household ever worked in Rocky Flats?

    <0> NO
    <1> YES **[goto B1a]**
    <8> DK
    ===>**[goto B2]**

>B1a< Would that be you or another household member?

    <1>   RESPONDENT
    <2>   ANOTHER HOUSEHOLD MEMBER **[goto B1c]**
    <9>   REF **[goto B2]**

>B1b< Do you currently work there?

    <0>   NO
    <1>   YES
    <9>   REF
    ===>**[goto B2]**

>B1c< Does this person currently work there?

    <0>   NO
    <1>   YES
    <8>   DK
    <9>   REF

>B2<   Do you have any friends or relatives that work in Rocky Flats or have worked there in the past?

      <0> NO
      <1> YES [goto B2a]
      <8> DK
      ===>[goto B3]

>B2a<   Is this person a friend or relative?

      <1>   FRIEND

      RELATIVE - What relationship is this person to you?

      <2>   PARENT
      <3>   CHILD
      <4>   SIBLING
      <5>   AUNT OR UNCLE
      <6>   COUSIN
      <7>   OTHER
      <8>   MORE THAN ONE PERSON - SPECIFY [goto B2d]
      <9>   DK/REF [goto B3]

>B2c<   Does this person currently work there?

      <0>   NO
      <1>   YES
      <8>   DK
      <9>   REF
      ===>[goto B3]

>B2d<   Do either of these people currently work there?

      <0>   NO
      <1>   YES
      <8>   DK
      <9>   REF

>B3<   Do you ever go to Rocky Flats for business or other services?

      <0> NO
      <1> YES - SPECIFY]
      <8> DK

>B4<   Do you have any final thoughts about Rocky Flats and its impact upon
       nearby homes and neighborhoods?

>D1<   In what month and year were you born?

       ENTER MONTH

       <1> JANUARY          <7> JULY
       <2> FEBUARY          <8> AUGUST
       <3> MARCH            <9> SEPTEMBER
       <4> APRIL            <10> OCTOBER
       <5> MAY              <11> NOVEMBER
       <6> JUNE             <12> DECEMBER

       <99>   REF

>D1a<ENTER YEAR

       <00>   BEFORE 1900
       <01-76> ENTER NUMBER
       <99>   REF

>D2<   How many years have you lived in the Denver area?

       <0>    LESS THAN ONE
       <1-50>
       <51>   MORE THAN 50 YEARS
       <99>   REF

>D3<   What is your zip code?

       <80000-83999>
       <99999>      REF

>D4<   Counting yourself, how many adults age 18 or older live in this
       household?

       <1-10> ENTER NUMBER
       <11>   MORE THAN 10
       <99>   REF

28

>D5<   How many children younger than 18 live in this household?

        <0-7> ENTER NUMBER
        <8>   MORE THAN 7
        <9>   REF

>D6<   What was the last grade or year of school you completed?

| | |
|---|---|
| <0> | NONE |
| <1-7> | SOME ELEMENTARY |
| <8> | ELEMENTARY SCHOOL |
| <9-11> | SOME HIGH SCHOOL |
| <12> | HIGH SCHOOL GRAD |
| <13-15> | SOME COLLEGE |
| <16> | COLLEGE GRAD |
| <17> | SOME GRADUATE SCHOOL |
| <18> | GRADUATE OR PROFESSIONAL DEGREE |
| <99> | REF |

>D7<   Are you currently:

        <1> employed full-time
        <2> part-time
        <3> or not employed at all?
        <9> REF

>D8<   If you added together all the yearly incomes, before taxes, of all the members of your household for last year, would the total be more than $30,000?

        <0> NO
        <1> YES [goto D8c]
        <8> DK [goto hinc]
        <9> REF [goto hinc]

>D8a<Was it more than $20,000?

        <0> NO
        <1> YES [goto hinc]
        <8> DK [goto hinc]
        <9> REF [goto hinc]

>D8b<Was more than $12,000?

      <0> NO
      <1> YES
      <8> DK
         <9> REF
      ===> [goto hinc]

>D8c<Was it more than $50,000?

      <0> NO
      <1> YES [goto D8d]
      <8> DK
      <9> REF
      ===> [goto hinc]

>D8d<Was it more than $75,000?

      <0> NO
      <1> YES [goto D8e]
      <8> DK
      <9> REF
      ===> [goto hinc]

>D8e<Was it more than $100,000?

      <0> NO
      <1> YES
      <8> DK
      <9> REF


**The E series is asked for weighting purposes**

>E1<   Is there anyone (else) in this household who owns or is part-owner of
      your home?

      <0> NO
      <1> YES [goto E1a3]
      <9> REF
      ===>[goto pE2]

>E1a1<When was this house purchased?

      <89>   PRIOR TO 1990  [goto pE2]
      <90-95> RECORD THE NUMBER
      <99>   DK/REF

>E1a3< (Not counting yourself) How many people in this household are
      owners or part-owners of this house?

      <1-10> ENTER NUMBER
      <11>  MORE THAN 10
      <99>  REF

>E2< (Not counting yourself and not counting those who own your current
      home) Is there anyone in your household who has plans to purchase
      a home in the next couple of years or who has been in the market to
      buy a home since 1990?

      <0> NO
      <1> YES [goto E2d]
      <8> DK
      ===>[goto VERF]

>E2d< How many people in your household (not counting yourself) are planning
      to purchase a new home in the next couple of years or have been
      in the market to buy a home since 1990?

      <1-10>
      <11>  MORE THAN 10
      <99>  REF

>VERF< And, your number is [fill racd] [fill tel1]-[fill tel2:0]?

      <0>  NO - What number have I reached? (SPECIFY)[goto pfon]
      <1> YES
      <9> REF

>fon1< Does your household have any other telephone numbers besides
      [fill racd] [fill tel1]-[fill tel2:0] that are for non-business use?

      <0> NO
      <1> YES [goto fone]
      <9> REF

>fone< In addition to [fill racd] [fill tel1]-[fill tel2:0], how many other telephone
      numbers does your household have for non-business use?
      <1-6>
      <7>  7 or more
      <9> REF

>Rsex<Those are all the questions I have. Thank you for your time and help.

    ** TYPE (f) IF SEX IS ALREADY RECORDED CORRECTLY

    ** RECORD RESPONDENT'S SEX
      <1> MALE
      <2> FEMALE