Tab 9

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

| | |
|---|---|
| MERILYN COOK, et al. | : CIVIL ACTION |
| vs. | : |
| ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation and | : |
| THE DOW CHEMICAL CORPORATION | : NO. 90-K-181 |

- - -

Wednesday, March 26, 1997

- - -

Deposition of S. PAUL SLOVIC, taken pursuant to notice, at the law offices of Berger & Montague, 1622 Locust Street, Philadelphia, Pennsylvania, beginning at approximately 9:08 a.m., on the above date, before Kenneth T. Brill, Registered Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

3/26/1997  Slovic, Paul

1  intending to produce estimates, precise
2  estimates of the devaluation.
3  BY MR. DUTTON:
4  Q.      If you had intended when you did this
5  survey to measure the precise devaluation of
6  property in the class area of Rocky Flats, would you
7  have designed the survey differently?
8  A.      I don't know.  I'd have to think about how
9  I would go about designing such a study.  That
10 wasn't our intent here.
11 Q.      Is it correct that this study was not
12 designed to determine the alleged diminution in
13 property values in the class area as a result of the
14 FBI raid at Rocky Flats?
15           MR. NORDBERG:  Objection, vague.
16      "Determine".
17           THE WITNESS:  This was designed to
18      examine the attitudes and opinions of
19      people in the class area at this time, and
20      impressions vis-a-vis Rocky Flats, and
21      that's what it was designed for.
22 BY MR. DUTTON:
23 Q.      Okay.  So it was not designed to estimate
24 with precision diminution in value in the class area

140

3/26/1997  Slovic, Paul

| | |
|---|---|
| 1 | Hunsperger does, that -- well, the people who would |
| 2 | require a 10 -- or a $20,000 reduction would ever |
| 3 | participate in that market? |
| 4 | A.         Is there a basis for assuming that the |
| 5 | people who would require a -- I'm sorry, I'm having |
| 6 | trouble conceptualizing it. |
| 7 | Q.         If you were a owner of property in the |
| 8 | Rocky Flats class area, and you had two choices of |
| 9 | people to sell to, you had a choice of people who |
| 10 | would require a $20,000 discount -- |
| 11 | A.         Right. |
| 12 | Q.         -- and you had a choice of people who |
| 13 | would require no discount, who would you sell it to? |
| 14 | A.         If I had that choice? |
| 15 | Q.         Yes. |
| 16 | A.         The person would would do without a |
| 17 | discount. |
| 18 | Q.         And so, if there were enough people in the |
| 19 | Denver metropolitan area who would buy in the Rocky |
| 20 | Flats property area with no discount, there wouldn't |
| 21 | be any impact on the equilibrium of supply and |
| 22 | demand, would there? |
| 23 | A.         If there were enough people who would buy |
| 24 | without a discount, yeah, if there were a population |