Tab 10

1. For the past 4 or 5 years, Denver has been a boom town. Home prices increase year after year, new subdivisions appear monthly. This is an older neighborhood, called Walnut Creek. As you can see, the homes are spacious, the yards are well-maintained, it's a short commute to Denver, and look at the views. This neighborhood has many of the features that people look for when buying property.



2. I'm Wayne Hunsperger. I've been appraising all types of real estate here in the Denver metropolitan area for over 20 years. I've been asked to study this neighborhood and others nearby to determine whether or not their nearness to the Rocky Flats Nuclear Weapons Plant has had any impact on property values.



3. This small cluster of communities was the focus of my study. It's a small portion of the six-county Denver region. The neighborhoods nearest the plant include the cities of Broomfield, Arvada and Westminster. I looked at all of these communities in forming an opinion about what has happened to property values inside the contour line, which defines the boundary of the property class in this case.

4. Here in Walnut Creek there are still vacant lots, even though this housing development is over 20 years old, and has beautiful views of the mountains.



5. If you drive around these neighborhoods, as we are doing today, you'll see houses like these. They generally range in price from $125,000 to $300,000.



6. There are several ways to study the question of property values, and whether they have been affected by a Nuclear Weapons Plant like Rocky Flats. One method is to gather information from local governments, land developers, city planners, and county officials to assess their experiences with the development in the area of the plant.

7. Another approach calls for an examination of past contamination or pollution incidents across the country and their effect on property values.



8. A third approach would be to analyze local sales transactions and the actual prices paid for similar properties inside and outside the area near the plant.

9. A fourth way of looking at property values is a statistical method known as multiple regression. This takes all sales in the area into account, and uses a computer model to determine what things have an impact on price.

10. And finally, we could scientifically sample and survey the general public to find out what they think of given neighborhoods. After all, market value is determined by what people are willing to pay for houses. What they think about the neighborhoods affects the prices they are willing to pay.



11. For the Rocky Flats case, we decided to use all five methods. By examining the question of value from so many angles, we could most accurately determine whether the problems at the plant had any effect on property values in the area. To the best of our knowledge, this is the first time that all five methods have been used in one comprehensive study.



12. Let's start with the first method. This involves examining public policies, actions and experiences in the Rocky Flats area.



13. We wanted to determine whether or not Rocky Flats Plant has affected development, growth and prices in the area.

14. To answer these questions, we studied policy documents, regulations, and local government actions. We also canvassed a variety of decision makers and officials in surrounding communities.

15. We learned that several municipalities take Rocky Flats into account in their land use, zoning and planning decision processes. In Westminister and Broomfield, for example, there are policies that restrict land use close to the plant and that prevent residential development. In fact, about 6000 acres cannot be developed, because they have been set aside as a buffer zone to separate the plant from surrounding communities.

16. And here in Westminster a major development project was rejected west of this street, because contamination was found in the soil. Westminster ultimately acquired the land for perpetual open space. Broomfield and Jefferson County also acquired nearby land for open space. With the buffer zone and the open space acquisitions, a huge amount of land has been eliminated from possible development.

17. There are restrictions on drinking water for those waters that have been impacted by Rocky Flats. Great Western Reservoir is a good example. This used to be the source of drinking water for the city of Broomfield. But the city closed the reservoir in response to concerns about safety of the drinking water and possible contamination.

18. It also appears that some companies don't want to relocate to this area because of Rocky Flats. For example, one company planning to construct a building in Arvada and employ 40 to 50 people chose to relocate elsewhere specifically because of Rocky Flats. And a larger, Fortune 500 company decided not to move to Westminster in part because of Rocky Flats.

19. The loss of such development can definitely reduce property values.



20. Jefferson County officials have taken the strongest action in response to Rocky Flats. They have used this "radiation map" for several years. Property owners are not permitted to subdivide property in this area, unless their land is first tested for contamination and the results turn up negative. In fact, almost no development has occurred.

21. In addition, Jefferson County planning and zoning policies restrict development of lands close to the plant. The county government strongly supports this extensive buffer zone around the plant, and is also on record opposing the disposal of hazardous materials at the site.

22. Jefferson County School officials refused a donation of free land for an athletic field because it was believed to be too close to the plant. Although tests did not reveal contamination, the district believed that the land's location near the plant would turn parents against the project. This property owner literally could not give his land away.



23. The examples go on and on. What's clear to me from this research is that the market is not free to grow as market forces dictate. The Rocky Flats plant affects some people and has held back at least some development. The laws of supply and demand tell us that when demand is kept artificially low, prices are not as high as they otherwise would be.

24. The Real Estate Market Research indicates that the nearness of these communities to the Rocky Flats plant substantially impacts and reduces the value of property.



25. Next we looked at experiences across the United States to find out what has happened in similar situations. We looked at about 20 examples, most of which involved property near contaminated waste sites, some with nuclear wastes.



26. In many of these situations, the researchers came up with an estimate of whether pollution in an area hurt property values, and if so, by how much.



27. All but one of the 20 studies found that a property near a source or potential source of pollution suffered losses in property values. In those studies measuring percent loss in property value, the loss ranged from nominal to a loss of 50% per house, depending on the type of contamination and how close the property was to the source of pollution.

28. Based on these analogous situations, it is fair to conclude that property values near the Rocky Flats Plant have been substantially affected. Based only on these situations, we estimate the value lost to the residential properties to be about 10%. But there are significant differences between these case studies and the Rocky Flats situation.

29. Many of these studies involved materials perceived to be less dangerous than the radioactive plutonium and uranium present in the Rocky Flats plant and grounds.

30. Another significant difference is that in many of these 20 historical cases, the properties that lost value were near the source of contamination, but had not actually been contaminated.



31. By contrast, many people believe that the neighborhoods near the Rocky Flats Plant have actually been contaminated by toxic releases and are at risk of future contamination as well. It is widely reported that over 14 tons of plutonium, 55,000 pounds of buried uranium waste, and over 7 tons of highly enriched uranium remain on site.



32. So while it is helpful to know that these other studies showed loss in property value, in our opinion, many of the previous cases weren't as serious. Thus, the research shows that Rocky Flats hurts property values, and in my opinion Rocky Flats is likely to cause greater loss than we saw in the other cases.



33. Our real estate market research and our research of what has happened across the country lead us to believe that there has been a loss in value in the properties and homes near Rocky Flats. Our next approach to the question of value was to look at the actual sales activity both inside and outside the area affected by the plume of contamination. We did this for sales of undeveloped land and for both new and existing homes.

34. To assess the impact on the sale of vacant lands, we compiled pricing and acreage for all land sales greater than 10 acres for the period of the late 1980's through 1995, for five areas.

35. These were: South Jefferson County, South Boulder County, a portion of Adams County near the Rocky Mountain Arsenal, and North Jefferson County, all outside the plutonium contour, and the land inside the plutonium contour.



36. We then looked at the price per acre for sales within the five areas over the period of our study.



37. We found that the undeveloped land within the plutonium contour area has the lowest average per acre price. Property just outside the contour was priced only 3% higher than the area inside. But further away, prices were much greater, from 18% to 146% higher.

38. We conclude that the lows prices inside the contour are due to proximity to the Rocky Flats Plant, and to a lack of supporting infrastructure caused in part by the plant.

39. We have also researched large land sales relatively close to Rocky Flats. The sales prices range from $1200 to $6000 per acre, which is about one half of what the properties would be worth elsewhere.



40. The result is similar for single family housing. While real estate prices were increasing everywhere, they were not increasing nearly as much in the area of the plutonium contour. In fact, the lowest rates of appreciation in the 10 markets analyzed were found in the four markets that are closest to the contour.



41. What sounds like a small difference in appreciation rates can make a huge difference in the value. For example, assume that two homes were each valued at $91,000 in 1989. If one home appreciated at the average rate we saw inside the contour and the other at the average rate we saw outside the contour, there would be a nearly $16,000 price difference between the two homes by 1996. That's an 11% difference in only seven years. The lower rate of appreciation in homes near Rocky Flats has a big impact on the value of homes. So our third method of looking at property values confirms the first two methods: Rocky Flats has hurt property values in the area significantly.



42. A fourth way to examine the impact of a contamination site on property values is a method known as multiple regression analysis. The idea is to take records of housing sales and look at the statistical impact that different factors have on prices. Things like the age of the home, the quality of the school district, and of course location. In this case, we wanted to measure, whether location inside the plutonium contour near Rocky Flats was an important factor affecting housing prices.

43. Researchers at the University of California at Berkeley conducted the analysis. They collected the most comprehensive data available about home sales in the Rocky Flats area, and compared them with sales of similar properties in other parts of the Denver region. To avoid comparing apples with oranges, they took a lot of different variables into account.



44. Besides obvious things, like the number of bedrooms or the size of the garage, they used sophisticated geographic and topographical data to get the best possible measure of location factors such as which neighborhoods have good views, and the drive time to downtown and shopping from a specific location.

45. When the researchers ran all this information through their computers, the results provided strong statistical confirmation that Rocky Flats hurts area property values. Each year, sales prices for homes near Rocky Flats were between 5 and 10% lower than the average sale prices for similar homes in other areas.



46. The multiple regression analysis is powerful statistical evidence that Rocky Flats has hurt property values. Again and again, when we look at the question of value we get the same result.

47. Our final research method was to analyze past surveys of public opinion and to conduct a sophisticated, up-to-date survey of our own. We were interested in public perceptions because perceptions determine prices people are willing to pay. We analyzed past surveys commissioned by the City of Broomfield, and the city of Arvada.

- Real Estate Market Research
- Analogous Case Studies
- Market Sales Information
- Multiple Regression Analysis
- Public Opinion Surveys

48. In the Broomfield study, conducted after the FBI raid in 1989, 54% of respondents said that they were more concerned about Rocky Flats than they had been one year earlier, prior to the raid.



49. 60% reported being very concerned about contaminated drinking water, and 54% said they were very concerned about radioactivity from nuclear waste. A total of 62% of respondents felt that Rocky Flats posed a moderate or very serious health threat.



50. 67% of the Broomfield residents surveyed disagreed with the statement "Rocky Flats has no effect on property values in Broomfield". This means of course, that this large majority feels that Rocky Flats does affect property values.



51. The Arvada Citizen Survey conducted in 1989 found similar concerns. Most notably, 42% of Arvada residents felt that Rocky Flats created a health hazard to their households, and 27% were uncertain. Only 32% felt there wasn't a health threat.



52. These surveys were conducted among people who had chosen to live near Rocky Flats. We were also interested to know how prospective buyers not currently living near the plant felt about Rocky Flats.



53. To find out, we commissioned a new survey from Decision Research Institute, an independent, nonprofit research group that specializes in public perceptions of risk and decision-making. They have designed surveys for the National Science Foundation, the Alfred P. Sloan Foundation, and the Department of Energy, among others. Because their research is intended for publication in scientific journals, they adhere to the highest standards in the design and collection of survey data.

54. In this case, they asked the University of Maryland Survey Research Center, one of the nation's top public opinion teaching and research centers to conduct the survey.

55. The Decision Research Survey interviewed a large random sample of 604 people. These were people who had purchased houses within the last 5 years or who were in the market to buy a home. So these were people who had experience with the issues involved in buying a house. 416 of the respondents lived in the Denver region, but outside the Rocky Flats area. The other 188 people lived near the plant in Arvada and Westminster.



56. Fully 64% of the Denver area respondents felt Rocky Flats made homes in the area less desirable. So a majority of people in the region would be less inclined to buy homes in the Rocky Flats area. This affects prices.



57. The overwhelming majority of both groups felt that Rocky Flats is a health risk, and that it has affected property values within six miles of the plant. Almost 100% of those who thought Rocky Flats affects value, felt this effect is negative.





58. The study also showed that almost half of the Denver area respondents would not consider buying a home in the Rocky Flats area at any price. For those who would buy, half would not buy closer than 4 miles to the plant, and many would buy only with a substantial discount. Only 16% said that they would buy a home 2-4 miles from the plant with no discount.



59. We conclude from this research that far fewer people are in the market for real estate in the Rocky Flats area than would be if not for the plant. The ones that are require a significantly lower price to buy in that area.



60. The results of this sophisticated survey demonstrate a significant negative impact on property values and confirmed what we have learned through the other methods. But for Rocky Flats and events such as the 1989 FBI raid, property values near Rocky Flats would be higher. Again and again, the conclusion is the same.

61. We looked at similar incidents across the country and found that property values were reduced. We studied the policies and experiences of local government in areas near the plant. We analyzed actual sales prices of properties inside and outside the Rocky Flats plutonium contour area. Researchers at the University of California conducted a statistical analysis of all sales in the area between 1989 and 1995. And finally we scientifically surveyed a large sample of real people in the market, to find whether they would buy a home near Rocky Flats, and if so, what they would pay. With each method, we learned that the value of property near Rocky Flats has been hurt.

Based on our years of experience and the results of each of the five methods employed in this study, we have formed an opinion of the amount of the loss. The average loss in the value of homes exceeds 10%, and the average losses in vacant land are approximately 30%.



