Tab 11

1

```
 1                    * * * * *

 2              Rocky Flats Litigation

 3             Plaintiff's Expert Report

 4             Hunsperger 11/25/96

 5          For the past four or five years Denver has
0051:00
 6   been a boom town.  Home prices increased year after

 7   year.  New subdivisions appear monthly.  This is an

 8   older neighborhood called Walnut Creek.

 9          As you can see the homes are spacious.  The

10   yards are well maintained.  It is a short commute to

11   Denver and look at the views.

12          This neighborhood has many of the features that

13   people look for when buying property.

14          I'm Wayne Hunsperger.  I've been appraising all

15   types of real estate here in the Metropolitan Denver

16   area in the past 20 years.  I've been asked to study
1:26:12
17   this neighborhood and others nearby to determine whether

18   or not their nearness to the Rocky Flats Nuclear Weapons

19   Plant has had any impact on property values.

20          This small cluster of communities was the focus

21   of my study.  It is a small portion of the six county

22   Denver region.  The neighbors nearest the plant include

23   the cities of Broomfield, Arvata and Westminster.  I

24   looked at all of these communities in forming an opinion
1:54:00
```

2

1    about what has happened to property values inside of the

2    contour line which defines the boundary of the property

3    class in this case.

4         Herein Walnut Creek there are still vacant lots

5    even though this housing development is over 20 years

6    old and has beautiful views of the mountains.

7         If you drive around these neighbors, as we are

2:12:12

8    doing today, you will see houses like these.  They

9    generally range in price from $125,000 to $300,000.

10        There are several ways to study the question of

11   property values and whether they have been affected by

12   nuclear weapons plant like Rocky Flats.

13        One method is to gather information from local

14   governments, land developers, city planners and county

15   officials to assess their experience with the

16   development in the area of the plant.

17        Another approach calls for an examination of

2:40:24

18   past contamination or pollution incidents across the

19   country and their effect on property values.

20        A third approach would be to analyze local

21   sales transactions and the actual prices paid for

22   similar properties inside and outside the area near the

23   plant.

3:07:16  24        A fourth way of looking at property values is

3

1    the statistical method known as multiple regression.

2    This takes all sales in the area into account and uses a

3    computer model to determine what things have an impact

4    on price.

3:23:00

5         And, finally, we could scientifically sample

6    and survey the general public to find out what they

7    think of given neighbors.

8         After all, market value is determined by what

9    people are willing to pay for houses, what they think

10   about the neighbors effects the prices they are willing

11   to pay.

3:40:29

12        For the Rocky Flats case we decided to use all

13   five methods.  By examining the question of value from

14   so many angles, we could most accurately determine

15   whether the problems at the plant had any effect on

16   property values in the area.

17        To the best of our knowledge this is the first

18   time all five methods have been used in one

19   comprehensive study.

20        Let's start with the first method.  This

21   examining public policies, actions and experiences in

22   the Rocky Flats area.

4:12:09

23        We wanted to determine whether or not Rocky

24   Flats has affected development, growth and prices in the

4

4:21:00

1    area.

2            To answer these questions, we studied policy

3    documents, regulations and local government actions.  We

4    also canvassed a variety of decision makers and

5    officials in surrounding communities.

6            We learned that several municipalities take

7    Rocky Flats into account in their land use, zoning and

8    planning decision processes.  And Westminster and

9    Broomfield, for example, there are policies that

10   restrict land use close to the plant and prevent

11   residential development.

12           In fact, about 6000 acres cannot be developed

13   because they have been set aside as a buffer zone to

14   separate the plant from surrounding communities.

4:55:01

15           And here in Westminster a major development

16   project was rejected west of this street, because

17   contamination was found in the soil.

18           Westminster ultimately acquired the land for

19   perpetual open space.  Broomfield and Jefferson County

20   also acquired nearby land for open space.  With the

21   buffer zone the open space acquisitions, a huge amount

22   of land has been eliminated from possible development.

5:23:18

23           There are restrictions on drinking water for

24   those waters that have been impacted by Rocky Flats.

5

1   Great Western reservoir is a good example.  This used to

2   be the source of drinking water for the City of

3   Broomfield, but the City closed the reservoir in

4   response to concerns about safety of the drinking water

5   and possible contamination.

6          It also appears that some companies don't want

7   to relocate to this area because of Rocky Flats.  For

8   example, one company planning to construct a building in

9   Arvata, and employing 40 to 50 people, chose to relocate

10  elsewhere specifically because of Rocky Flats.

11         And a larger fortune 500 company decided not to

12  move to Westminster in part because of Rocky Flats.  The

13  loss of such development can definitely reduce property

14  values.

6:10:17

15         Jefferson County officials have taken the

16  strongest action in respect to Rocky Flats They have

17  used this radiation map for several years.  Property

18  owners are not permitted to subdivide property in this

19  area unless their land is first tested for contamination

20  and the results turn up negative.

6:40:10 21         In fact, almost no development has occurred.

22  In addition Jefferson County Planning and Zoning

23  Policies restrict development of lands close to the

24  plant.

6

1        The county government strongly supports this

2    extensive buffer zone around the plant and is also on

3    record opposing the disposal of hazardous materials at

4    the site.

6:51:02   5        Jefferson County School officials refused a

6    donation of free land for an athletic field because it

7    was believed to be too close to the plant.

8        Although tests did not reveal contamination the

9    district believed that the land's location near the

10   plant would turn parents against the project.

7:09:06
11       This property owner literally could not give

12   his land away.  The examples go on and on.  What is

13   clear to me from this research is that the market is not

14   free to grow as market forces dictate.  The Rocky Flat

15   Plant effects some people and has held back at least

16   some development.

17       The laws of supply and demand tell us that when

18   demand is kept artificially low prices are not as high

19   as they otherwise would be.

7:35:17
20       The real estate market research indicates that

21   the nearness of these communities to the Rocky Flats

22   Plant substantially implants and reduces the value of

23   property.

24       Next we looked at experiences across the United

7

1   States to find out what last happened in similar

2   situations.

7:53:09

3          We looked at about 20 examples most of which

4   involved property near contaminated waste sites some

5   with nuclear sites, some with nuclear wastes.

6          In many of these situations the researchers

7   came up with an estimate of whether pollution in an area

8   hurt property values and, if so, by how much.

9          All but 1 of the 20 studies found that a

10  property near a source or potential source of pollution

11  suffered losses in property values.

8:19:29

12         In those studies measuring percent loss in

13  property value the loss ranged from nominal to a loss of

14  50% per house, depending on the type of contamination

15  and how close the property was to the source of

16  pollution.

17         Based on these analogous situations it is fair

18  to conclude that property values near the Rocky Flats

19  plant have been substantially affected.

8:43:14

20         Based only on these situations we estimate the

21  value lost to the residential properties to be about 10

22  percent.

23         But there are significant differences between

24  these case studies and the Rocky Flats situation.   Many

8

1    of these studies involved materials perceived to be less

2    dangerous than the radioactive plutonium and uranium

3    present in the Rocky Flats Plant and grounds.

9:06:12

4         Another significant difference is that in many

5    of these 20 historical cases the properties that lost

6    value were near the source of contamination but had not

7    actually been contaminated.

8         By contrast, many people believe that the

9    neighborhoods near the Rocky Flats Plant have actually

10   been contaminated by toxic releases and are at risk of

11   future contamination as well.

9:30:11

12        It is widely reported that over 14 tons of

13   plutonium, 55,000 pounds of buried uranium waste, and

14   more than 7 tons of highly enriched uranium remain on

15   site.

16        So while it is helpful to know that these other

17   studies showed loss in property value in our opinion

18   many of the previous cases weren't as serious.

19        Thus the research shows that Rocky Flats hurts

20   property values and in my opinion Rocky Flats is likely

21   to cause greater loss than we saw in the other cases.

10:02:29

22        Our real estate market research and our

23   research of what has happened across the country lead us

24   to believe that there has been a loss in value in the

9

1   properties and homes near Rocky Flats.

2           Our next approach to the question of value was

3   to look at the actual sales activity both inside and

4   outside the area affected by the contamination.

10:23:28

5           We did this for sales of undeveloped land and

6   for both new and existing homes.

7           To assess the impact on the sale of vacant

8   lands we compiled pricing and acreage for all land sales

9   greater than 10 acres for the period of the late 1980's

10  through 1995 for 5 areas.

11          These were South Jefferson County, South

12  Boulder County, a portion of Adams County near the Rocky

13  Mountain Arsenal, and North Jefferson County all outside

14  of the plutonium contour and the land inside of the

15  plutonium contour.

10:59:22

16          We then looked at the price per acre for sales

17  within the five areas over the period of our study.  We

18  found that the undeveloped land within the plutonium

19  contour area has the lowest average price per acre.

20          Property just outside of the contour was priced

21  only 3% higher than the area inside.  But further away

22  prices were much greater from 18 to 146 percent higher.

11:25:11

23          We conclude that the low prices inside of the

24  contour are due to proximity to the Rocky Flats Plant

10

1   and the lack of supporting infrastructure caused in part

2   by the plant.

3        We have also researched large land sales

4   relatively close to Rocky Flats.  The sales prices range

5   from $1,200 to $6,000 per acre, which is about one half

6   ·of what the properties would be worth elsewhere.

11:50:28

7        The result is similar for single-family

8   housing.  While real estate prices were increasing

9   everywhere they were not increasing nearly as much in

10  the area of the plutonium contour.

11       In fact, the lowest rates of appreciation in

12  the 10 markets analyzed were found in the four markets

13  that are closest to the contour.

12:10:17

14       What sounds like a small difference in

15  appreciation rates will make a huge difference in the

16  value.

17       For example, assume that two homes were each

18  valued at the $91,000 in 1989.  If one home appreciated

19  at the average rate we saw inside of the contour and the

20  other at the average rate we saw outside of the contour,

21  there would be a nearly $16,000 price difference between

22  the 2 homes by 1996.  That's an 11 percent difference in

23  only 7 years.

12:44:00

24       The lower rate of appreciation in homes near

12:56:00

1   Rocky Flats has a big impact on the value of homes.  So

2   our third method of looking at property values confirms

3   the first two methods.

4        Rocky Flats has hurt property values in the

5   area significantly.  A fourth way to examine the impact

6   of a contamination site on property values is a method

7   known as multiple regression analysis.

8        The idea is to take records of housing sales

9   and look at the statistical impact that different

10  factors have on prices, things like the age of the home,

11  the quality of the School District and, of course,

12  location.

13:24:08

13       In this case we wanted to measure whether

14  location inside of the plutonium contour near Rocky

15  Flats was an important factor effecting housing prices.

16       Researchers at the University of California at

17  Berkeley conducted the analysis.  They collected the

18  most comprehensive data available about home sales in

19  the Rocky Flats area and compared them with sales of

20  similar properties in other parts of the Denver region.

13:51:13

21       To avoid comparing apples with oranges they

22  took a lot of different variables into account.  Besides

23  obvious things like the number of bedrooms or the size

24  of the garage, they used sophisticated geographic and

12

1   topographical data to get the best possible measure of

2   location and factors such as which neighborhoods have

3   good views and the drive time to downtown and shopping

4   from a specific location.

14:18:01

5        When the researchers ran all of this

6   information through their computers, the results

7   provided strong statistical confirmation that Rocky

8   Flats hurts area property values.

9        Each year sales prices for homes near Rocky

10  Flats were between 5 and 10% lower than the average sale

11  prices for similar homes in other areas.

14:40:04

12  The multiple regression analysis is powerful

13  statistical evidence that Rocky Flats has hurt property

14  values.

15       Again and again when we look at the question of

16  value we get the same result.

17       Our final research method was to analyze past

18  surveys of public opinion and to conduct a sophisticated

19  up-to-date survey of our own.

20       We were interested in public perceptions

21  because perceptions determine prices people are willing

22  to pay.  We analyzed past surveys commissioned by the

23  City of Broomfield and the City of Arvata.

15:14:02

24  In the Broomfield Study, conducted after the

13

1  FBI raid in 1989, 54% of respondents said that they were

2  more concerned about Rocky Flats than they had been one

3  year earlier prior to the raid.

4          60% reported being very concerned about

5  contaminated drinking water and 54% said that they were

6  .very concerned about radioactivity from nuclear waste.

15:39:03

7          A total of 62% of respondent's felt that Rocky

8  Flats posed a moderate or very serious health threat.

9  67 percent of the Broomfield residents surveyed

10  disagreed with the statement:

11          "Rocky Flats has no effect on property values

12  in Broomfield."

15:58:23

13          This means, of course, that this large majority

14  feels that Rocky Flats does effect property values.

15          The Arvata citizen survey conducted in 1989

16  found similar concerns.  Most notably 42% of Arvata

17  residents felt that Rocky Flats created a health hazard

18  .to their households and 27% were uncertain.  Only 32%

19  felt there wasn't a health threat.

16:27:06

20          These surveys were conducted among people who

21  had chosen to live near Rocky Flats.  We were also

22  interested to know how prospective buyers not currently

23  living near the plant felt about Rocky Flats.

24          To find out we commissioned a new survey from

14

1   Decision Research Institute, an independent nonprofit

2   research group that specializes in public perceptions of

3   risk and decision making.

16:53:28

4           They have designed surveys for the National

5   Science Foundation, the Offered Peace Loan Foundation,

6   and the Department of Energy among others.

7           Because their research is intended for

8   publication in scientific journals they adhere to the

9   highest standards in the design and collection of survey

10  data.

11          In this case they asked the University of

12  Maryland Survey Research Center, one of the nations top

13  public opinion teaching and research centers to conduct

14  the survey.

15          The decision research survey interviewed a

16  large random sample of 604 people.  These were people

17  who had purchased houses within the last five years or

18  who were in the market to buy a home.

17:35:14

19          So these were people who had experience with

20  the issues involved in buying a house.  416 of the

21  respondent's lived in the Denver region, but outside of

22  the Rocky Flats area.  The other 188 people lived near

23  the plant in Arvata and Westminster.

24          Fully 64% of the Denver area respondent's felt

15

```
        1   that Rocky Flats made homes in the area less desirable.

        2   So the majority of the people in the region would be

        3   less inclined to buy homes in the Rocky Flats area.
18:05:17
        4           This effects prices.  The overwhelming majority

        5   of both groups felt that Rocky Flats is a health risk

        6   and that it has effected property values within 6 miles

        7   of the plant.
18:19:13
        8           Almost 100% of those who thought Rocky Flats

        9   effects value felt this effect is negative.  This study

       10   also showed that almost half of the Denver area

       11   respondents would not consider buying a home in the

       12   Rocky Flats area at any price.

       13           For those who would buy half would not buy

       14   closer than four miles to the plant and many would buy

       15   only with a substantial discount.
18:44:24
       16           Only 16% said that they would buy a home 2 to 4

       17   miles from the plant with no discount.

       18           We conclude from this research that far fewer

       19   people are in the market for real estate in the Rocky

       20   Flats area than would be if not for the plant.

       21           The ones that are require significantly lower

       22   price to buy in that area.  The results of this

       23   sophisticated survey demonstrate a significant negative

       24   impact on property values and confirmed what we have
```

16

19:16:18   1   learned through the other methods.

2        But for Rocky Flats and events such as the 1989

3   FBI raid, property values near Rocky Flats would be

4   higher.  Again and again the conclusion is the same.

5    .   We looked at similar incidents across the

6   country and found that property values were reduced.  We

7   studied the policies and the experiences of local

8   government in areas near the plant.

9        We analyzed actual sales prices of properties

10   inside and outside of the Rocky Flats plutonium contour

11   area.

12        Researchers at the University of California

13   conducted a statistical analysis of all sales in the

14   area between 1989 and 1995.

19:55:20   15        And, finally, we scientifically surveyed a

16   large sample of real people in the market to find

17   whether they would by a home near Rocky Flats and, if

18   so, what they would pay.

19        With each method we learned that the value of

20   property near Rocky Flats has been hurt based on our

21   years of experience and the results of each of the five

22   methods employed in this study, we have formed an

23   opinion of the amount of the loss.

20:21:28   24        The average loss in value to the homes exceeds

17

1    10% and the average losses to the vacant land are

2    approximately 30%.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24