Tab 12

**United States District Court
for the District of Colorado**

**Case No. 90-K-181**

**Merilyn Cook, et al.**

v.

**Rockwell International Corporation,
a Delaware Corporation; and**

**The Dow Chemical Company,
a Delaware Corporation**

---

**Supplemental Expert Report of**

**Ralph C. d'Arge**

**March 18, 1997**

**Tab 1**
**Supplemental Expert Report of Ralph C. d'Arge**

If there are 38,000 sales of residential properties in the Denver metropolitan area per year and 16 percent would buy without a discount, this amounts to a minimum of 6,080 prospective buyers without discounts per year. There are 12,019 detached and attached homes in the Class Area. If the cycle is that each house sells every eight years, then 1,502 houses enter the market each year. Thus, supply per year is 1,502 and demand is 6,080. There are at least four potential buyers, without discounts for every house.



Figure 2
THE IMPACT OF SOME BUYERS REQUIRING A DISCOUNT TO PURCHASE

Net impact of buyer discounts on market price is zero. Only if supply was greater than the number of buyers requiring no discount would there be an impact on market price.

Thus, prospective demand far exceeds supply at existing prices. The existence of some buyers in this market desiring discounts, would not cause a discount to occur. Buyers requiring discounts would simply buy in another location more advantageous to their individual needs. Alternatively, buyers without discounts and buyers willing to pay a premium to live in the area near Rocky Flats would tend to purchase there.

This case is depicted in Figure 2 where supply is much less than demand as represented by buyers willing to purchase without a discount.

## VIII. INTRODUCTION TO REVIEW OF "ANALGOUS CASE STUDIES"

Messrs. Hunsperger and Clayton (hereafter Hunsperger) provide a list of 13 pollution-related studies which they suggest "assists us in understanding how the market reacts to contamination...and how that reaction translates to effect on value."

30

Tab 1
## Supplemental Expert Report of Ralph C. d'Arge

### Table 2
### HUNSPERGER TABLE NUMBERED AND REVISED
### SUMMARY OF DATA

| | Authors | Source of Pollutions | Location | Methodology | Type of Contaminants | Impact Zone | Property Type | Diminution in Value |
|---|---|---|---|---|---|---|---|---|
| 1 | Beron Gartside Rosen Burke | Feed Materials Production Center | Fernald, Ohio | Descriptive Statistics and Multiple Regression Analysis | Uranium Trioxide | 1) Only those with view 2) Up to 4 miles | Single-family residential | Beron—negligible Burke & Rosen— Avg. of $6,500/ house, or approximately 10% |
| 2 | Kinnard | Radium contaminated fill material | New Jersey | Statistics and Multiple Regression Analysis | Radon & Gamma Radiation | Within Superfund area outward to 500 feet | Single-family residential | No significant loss unless there was a sensory impact |
| 3 | Hunsperger | Lead smelter | Denver, Colorado | Opinion survey; Analogy | Arsenic, lead, cadmium | Entire neighborhood | Single-family residential | 10% to 30% per house ($2,300 to $9,900 per house) |
| 4 | Center for Real Estate Education and Research, Ohio State University | Hazardous waste landfill | Toledo, Ohio | Multiple Regression Analysis | Hazardous waste (including nuclear) | 2.6 miles to 5.75 miles | Single-family residential | 20% to 50% depending on location ($9,000 to $14,000/house) |
| 5 | Smith Barton | Petro chemical facilities | Corpus Christi, Texas | Multiple Regression Analysis | Benzene, Toluence, etc. | Up to ±3 miles | Primarily SFR; some commercial | $10,000 per property on avg. (±13% to 50%) |
| 6 | New Mexico Supreme Court Justice Franchini's Opinion | Potentially, transportation corridor to Waste Isolation Pilot Project | Santa Fe, New Mexico | Opinion survey | Nuclear waste material | Transportation corridor to WIPP | Single-family residential | 11% to 30% |
| 7 | Kohlhase | 10 NPL sites | Houston, Texas | Multiple Regression Analysis | Various | Up to 6 miles | Single-family residential | Approx. $1,000 to $18,000/house (2% to 36%) |
| 8 | W. Schulze, et al.[8] | | | | | | | |

[8] W. Schulze, et al. "An Evaluation of Public Preferences for Superfund Site Cleanup," Department of Agricultural, Resource and Managerial Economics (Ithaca, New York: Cornell University, December 1994), pp. 1-36.

33

PUTNAM, HAYES & BARTLETT, INC.

Tab 1
Supplemental Expert Report of Ralph C. d'Arge

Table 2
HUNSPERGER TABLE NUMBERED AND REVISED

SUMMARY OF DATA

| | Authors | Source of Pollutions | Location | Methodology | Type of Contaminants | Impact Zone | Property Type | Diminution In Value |
|---|---|---|---|---|---|---|---|---|
| 9 | Reichert Sheppard Wise | 30-acre landfill containing some radioactive waste | Uniontown, Ohio | Multiple Regression Analysis | Solid waste, ethane radioactive contaminants (properties themselves were not contaminated) | Depending on the researcher, < 2,500 feet out to approx. 1 mile | Primarily single-family residential | Nominal to 15%; verdict equates to ±$3,900/house |
| 10 | Bleich, et al. | Landfill (no mention of possible pollutants) | Los Angeles, California | Multiple Regression Analysis | No known contamination | Immediate area | Single-family residential | No significant loss |
| A | Slovic, et al. | Potentially, transportation corridor from Hanford, WA plutonium processing site | Hanford, Washington | Opinion survey | Nuclear material | Transportation corridor through Oregon | Single-family residential | Rates risk but does not quantify diminution to value |
| B | Smith & Desvouges | Hazardous waste site nuclear power plant | Hypothetical (Boston, Massachusetts) | Opinion survey | Hazardous waste site power plant | 10 miles for waste site; 22 miles for power plant | Single-family residential | On avg. $4,100 for those closets to waste site. |
| C | McClelland, Schulze & Hurd | Off landfill | Los Angeles, California | Telephone survey and regression analysis | No known contamination | Immediate area | Single-family residential | Approx. 7% before closure of the landfill and 3.5% after closure $4,800 to $9,500/house) |

34

PUTNAM, HAYES & BARTLETT, INC.