Tab 13

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

MERILYN COOK, et al.           :    CIVIL ACTION
                               :
     vs.                       :
                               :
ROCKWELL INTERNATIONAL         :
CORPORATION, a Delaware        :
Corporation                    :
     and                       :
THE DOW CHEMICAL CORPORATION   :    NO. 90-K-181

- - -

Thursday, April 24, 1997

- - -

Deposition of WAYNE HUNSPERGER,

taken pursuant to notice, at the law offices

of Berger & Montague, 1622 Locust Street,

Philadelphia, Pennsylvania, beginning at

approximately 9:50 a.m., on the above date,

before Kenneth T. Brill, Registered

Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

1                                              VOLUME II
                                               Page 278
2

3              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO

4                         -  -  -

5    MERILYN COOK, et al.,          :  CIVIL ACTION
                                    :  NO. 90-K-181
6              Plaintiff(s)         :
                                    :  DEPOSITION OF:
7          vs.                      :
                                    :  WAYNE HUNSPERGER
8    ROCKWELL INTERNATIONAL         :
     CORPORATION,                   :
9    a Delaware Corporation         :
                  and              :
10   THE DOW CHEMICAL COMPANY,      :
     a Delaware Corporation,        :
11                                  :
                                    :
12             Defendant(s)         :

                          -  -  -
13                Friday, April 25, 1997
                          -  -  -
14

15   R E P O R T E D   B Y:

16         James DeCrescenzo, a Registered

17   Diplomate Reporter and Notary Public, on the above

18   date, commencing at 8:47 a.m., at the law offices

19   of Berger & Montague, 1624 Locust Street,

20   Philadelphia, Pennsylvania  19103.

21                         -  -  -

22        DelCASALE, CASEY, MARTIN & MANCHELLO
                    Ten Penn Center
23          Suite 636 - 1801 Market Street
               Philadelphia, PA  19103
24                (215) 568-2211

**4/24/1997  Hunsperger, Wayne**

1    follow-up to see what had happened since she did her

2    initial study.

3            Other than that, I don't remember too much

4    now.

5    Q.        Okay.  Now, let's fast forward to the end

6    here.  You have taken all of these case studies, and

7    you have come up with a number, a single number,

8    which I believe is ten percent, which you applied to

9    a base value.

10           Is that a fair summary of what you did?

11           MR. DAVIDOFF:  Objection to the form

12           of the question.

13           THE WITNESS:  I didn't understand

14           the last couple words of your question.

15           MR. LILLIE:  Sure.  Let me rephrase

16           the question.

17   BY MR. LILLIE:

18   Q.        I've talked now at some length, we've

19   talked about the back-up materials that you have and

20   the work that you did to get that.  Let's skip now

21   to the end game.

22           And as I understand it, you have computed

23   a ten percent value diminution that you have derived

24   from this work in Exhibit 10.  And you are applying

257

**4/25/1997  Hunsperger, Wayne**

1    Q.    Is it fair to state that you do not consider

2    yourself an expert in multiple regression

3    analysis?

4    A.    That's fair.

5    Q.    Have you yourself ever actually performed a

6    multiple regression analysis?

7    A.    Yes.

8    Q.    Do you have the software within your firm to

9    do a multiple regression analysis?

10   A.    No.

11   Q.    Have you ever designed a multiple regression

12   analysis program?

13   A.    No.

14   Q.    Have you ever been a multiple regression

15   analysis architect?

16   A.    No.

17   Q.    Have you ever performed a multiple regression

18   analysis in any property diminution consulting

19   study that you've done before?

20   A.    No.

21   Q.    Have you ever testified in court about a

22   multiple regression analysis that you either

23   performed or directed?

24   A.    No.

435