Tab 17

4/29/1997  Goble, Robert L.

```
1            UNITED STATES DISTRICT COURT        FOR THE DISTRICT OF COLORADO
2        ------------------------------------------
3    MERILYN COOK, et al.,      :  Civil Action
4                               :  No. 90-K-181                     :
5                               :         Plaintiff(s)  :  DEPOSITION OF:
6                               :       vs.             :  ROBERT L. GOBLE. Ph.D.
7                               :ROCKWELL INTERNATIONAL :
8    CORPORATION,               :a Delaware Corporation :
9         and                   :THE DOW CHEMICAL COMPANY, :
10   a Delaware Corporation,    :                       :
11                              :                       :
12              Defendant(s)    :
13       ------------------------------------------
14              Tuesday, April 29, 1997
15       ------------------------------------------
16   R E P O R T E D   B Y:
17         LOUIS A. MANCHELLO, Certified Shorthand Reporter
18   (License No. X01418) and Notary Public of New Jersey, and
19   Commissioner of Deeds of Pennsylvania, on the above date,
20   commencing at 10:00 a.m., at the law offices of Berger &
21   Montague, 1624 Locust Street, 6th Floor Conference Room,
22   Philadelphia, Pennsylvania  19103.
23
24
```

1

Robert L. Goble, Ph.D.                              91

```
 1     Publication 30."  Let's start there.
 2                Those were injested, correct?
 3     A.      Right.
 4     Q.      You didn't calculate any doses due to
 5     ingestion in this case, correct?
 6     A.      That's correct.
 7     Q.      Then as you look over to page 8, there is a
 8     heading in ICRP-56 that talks about the respiratory
 9     tract model; do you see that?
10     A.      Yes.
11     Q.      It indicates in the second sentence of that
12     section that this model is not yet available, and the
13     lung model described in ICRP Publication 30 has,
14     therefore, been used for calculating the dose
15     coefficients given in this report; do you see that?
16     A.      Yes.
17     Q.      Was it your understanding that that was the
18     lung model that was used in ICRP-56?
19     A.      That's correct.
20     Q.      That lung model came out in 1979, correct?
21     A.      That's correct.
22     Q.      Now, if you flip over to page 12, the ICRP
23     presents in ICRP-56 various weighting factors for
24     calculation of the effective dose equivalent, correct?
```