Tab 19

# Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats

Robert Goble, Ph.D

Center for Technology, Environment, and Development
of the George Perkins Marsh Institute
Clark University

November 24, 1996

review has focused on needs for medical monitoring and thus I have had to rephrase some of the questions they have addressed. As noted below, this means that my treatment of uncertainty and variability differs in some details from theirs. The reviews conducted by other experts for this litigation have had a medical monitoring focus and I have been able to rely heavily on them.

A particular challenge of the exposure estimation process has been to describe the time dependence of exposures, when there is very little time-specific information and much of that is of questionable quality. For purposes of medical monitoring, fortunately, I believe that detailed time dependence is not essential; it is more useful to identify periods of time in which characteristic exposures may have occurred. Thus the calculation for plutonium and americium exposures is appropriately made for cumulative exposures over the time period of greatest releases, since a cumulative exposure is most directly related to the data - concentrations of plutonium in the soil - and is also most directly related to the potential for health impacts. It is then adequate to express these exposures as crude averages over various periods of time as rough guidance in interpreting a person's exposure history.[14]

### 3.2 Representations of uncertainty and variability

Ultimately a medical monitoring program will be designed by medical doctors and public health professionals. Their perspective will tend to focus on having capabilities for addressing individual needs and individual histories among the group of people served. In such a context, statistically based assessments provide a relatively crude tool, which, however, has a place both in the justification and in the design of a program. For a medical monitoring program to be effective and of value, I believe that three requirements should be met:

i) there must be evidence of significant exposure to identifiable classes of people. Unless the people affected can be identified, monitoring is impractical, and unless the exposure has significant potential consequences for the individuals monitored, little good can be accomplished;

ii) there must be useful medical interventions which can be applied based on monitoring results, or the information about the exposures and diseases

---

[14] As discussed below, it is possible with reasonable confidence to make more detailed characterizations of the time dependence of plutonium exposures than the ones I present based on the history of the 903 pad releases (Budnitz 1996b, RAC 1996e), if such detail were deemed useful in the implementation of a medical monitoring program.

22