Tab 20

sector 4B

Mean 1  Mean 75%ile 1965-70     (1971-89) multiplicate factor

$3.5 \times 10^{-2}\ Bq/m^3 \times\ 3 \times 10^{-3} \approx 10^{-4}\ Bq/m^3$

Mean 5%ile 1965-70

$5 \times 10^{-5}\ Bq/m^3 \times\ 3 \times 10^{-3} \approx 1.5 \times 10^{-7}\ Bq/m^3$

Median 50%ile 1965-70

$1.5 \times 10^{-3} \times\ 3 \times 10^{-3} \approx 5 \times 10^{-6}\ Bq/m^3$


EXHIBIT
6068-6
4/28/97

A.278

4/29/1997  Goble, Robert L.

```
1              UNITED STATES DISTRICT COURT         FOR THE DISTRICT OF COLORADO
2         ------------------------------------------
3     MERILYN COOK, et al.,        :  Civil Action
4                                  :  No. 90-K-181                       :
5                                  :           Plaintiff(s)  :  DEPOSITION OF:
6                                  :         vs.             :  ROBERT L. GOBLE. Ph.D.
7                                  :ROCKWELL INTERNATIONAL   :
8     CORPORATION,                 :a Delaware Corporation   :
9            and                   :THE DOW CHEMICAL COMPANY,:
10    a Delaware Corporation,      :                         :
11                                 :                         :
12                Defendant(s)  :
13        ------------------------------------------
14              Tuesday, April 29, 1997
15        ------------------------------------------
16    R E P O R T E D   B Y:
17          LOUIS A. MANCHELLO, Certified Shorthand Reporter
18    (License No. X01418) and Notary Public of New Jersey, and
19    Commissioner of Deeds of Pennsylvania, on the above date,
20    commencing at 10:00 a.m., at the law offices of Berger &
21    Montague, 1624 Locust Street, 6th Floor Conference Room,
22    Philadelphia, Pennsylvania  19103.
23
24
```

1

Robert L. Goble, Ph.D.                           69

1   Q.        I think I understand your answer.
2             Let's mark -- because you keep touching
3   this document let's mark this as Exhibit 6.
4             MR. NORDBERG: I object to the marking
5             of the document for the reasons previously
6             stated.
7             (Whereupon Goble-6 was marked for
8             identification.)
9   BY MR. KURTENBACH:
10  Q.        Does Exhibit 6 constitute the calculations
11  that you just made converting the 1965 to 1970 annual
12  average air concentrations for Sector 4B from 1965 to
13  1970 into those that, in your opinion, apply between
14  1971 and 1989?
15  A.        Yes.
16  Q.        Now, you also --
17            MR. NORDBERG: Objection to the
18            reference to touching the piece of paper. I
19            don't know that that was part of your question
20            or not, and I don't know what it's going to
21            suggest on the record.
22  BY MR. KURTENBACH:
23  Q.        You also give several other percentile or
24  numbers for Sector 4B in the bottom half of your Table

DelCasale, Casey, Martin & Manchello
(215) 568-2211        (609) 482-7207

A.279