Tab 22



Class Properties Bought and Sold