Tab 23

# Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats

Robert Goble, Ph.D

Center for Technology, Environment, and Development
of the George Perkins Marsh Institute
Clark University

November 24, 1996

the first-stage fission bombs used to set off the second-stage fusion reaction in hydrogen bombs (ChemRisk 1992, Cochran 1996b).

Operations and events at the plant were generally kept secret. The plant operators developed no systematic public health assessment for the various releases and their communications with the public were primarily in the form of reassurances (Budnitz 1996a, Budnitz 1996b). In 1984, the site was proposed as a Superfund site, and in 1989 it was included in National Priorities List for cleanup of environmental contamination (ChemRisk 1992).

Change in weapons design in the late 1950s required additional manufacturing facilities and placed a heavier emphasis on plutonium (and less on uranium). The weapons design alteration also led to wider use of beryllium, which until then was used only in limited operations on pre-production scale to prepare for the upcoming change. (ChemRisk 1992).

The significant process changes recorded by ChemRisk and RAC occurred in the 1950s: these were the introduction of machining methods employing lubricants to replace dry methods and changes in the chemical form of the plutonium used and in the nature of the weapons manufactured. (RAC 1994b) (ChemRisk 1992).

Another change, not a major process change but one which affects the emission estimates, was a different choice of solvents in an attempt to reduce the use of known carcinogens such as carbon tetrachloride. This occurred in the 1970s (ChemRisk 1992, RAC 1996c).

Although no final plan for clean-up has yet been settled, some activities have been on-going since spring 1995 (1996). The draft report *Choices for Rocky Flats* describes a variety of possible futures under consideration, and indicates that "the decision-making process is still under development" (ASAP 1996) p. ES-10. It is important to note that there are on-going releases of Rocky Flats radioactive material to the plant vicinity (Moore 1996) (Smallwood 1996), and that all the proposals for remediation involve increased risks to workers and the off-site public during the periods of clean up (ASAP 1996).

Plutonium was released from a waste storage area, now known as the 903 pad, from two fires in 1957 and 1969, and from accompanying routine manufacturing operations. Rocky Flats plutonium continues to be resuspended from previously contaminated areas. ChemRisk provides considerable information about these releases (ChemRisk 1992) and the RAC task 2 review report gives a useful history of the 903 pad releases including

9