Tab 24

# Rocky Flats plays loose with the truth

By LEROY MOORE

They're lying again at Rocky Flats, this time about the accident that happened there on Thursday, Sept. 19.

Over the four decades when explosive cores of nuclear bombs were made at the facility 16 miles northwest of Denver, secrecy prevailed and truth was hard to find. But now that production has ended and cleanup of the contaminated site is underway, unvarnished truth is expected. That's not what we're getting.

The story of the accident as told to the media by spokespersons for Kaiser-Hill, the corporation that runs Rocky Flats for the Department of Energy, goes as follows:

• At about 6 p.m. on Sept. 19, workers who were engaged in outdoor cleanup operations backed a piece of heavy equipment over an empty drum crusted with uranium 238, causing a small amount of the material to spill onto the ground. About one cubic yard of soil was contaminated and would have to be removed.

• Employees discovered the problem when they got a higher-than normal radioactivity reading on the tracks of a front-loader. The tracks were traced back to where the drum had been run over.

• The incident was reported at 6:10 p.m. By 6:25, the Emergency Operations Center was activated and employees in the area were ordered to shelter until later that evening when the emergency was downgraded to an alert.

• Appropriate local, state and federal officials were notified.

• Because of high winds, a tarp was placed over the contaminated area to prevent uranium particles from being distributed by the wind. The wind caused a delay in cleanup of the spill, but cleanup was completed over the weekend.

• Air monitors revealed no airborne releases of radioactive material, so the public was not endangered.

Just as the media was carrying this story, a Rocky Flats employee who refused to identify himself for fear of reprisal called the Rocky Mountain Peace and Justice Center to say that the accident was worse than the one being told. What he said was confirmed by two internal Rocky Flats reports received later, "Operating Experience Weekly Summary, 96-39" and the daily log of the onsite representative of the Colorado Department of Public Health and Environment. These two reports provide the following information:

• During excavation work to remove non-radioactive contaminants, workers unearthed two drums giving off high levels of radiation. The team leader decided to compress these drums for disposal in waste containers.

• After the drums were crushed, workers took an excavator aside to repair. During repairs this equipment was found to be contaminated with radiation. The radiation was traced back to where the drums had been crushed.

• Radiation specialists detected very high readings of radioactive contamination on the ground near the crushed drum.

• An emergency condition was declared, but about an hour passed from the time of the initial report of the spill until the Emergency Operations Center was activated. Though on-site workers were ordered to shelter, no one told security personnel to prohibit entry to the contaminated area.

• At the time of the incident the only air monitoring equipment on hand at the excavation area could not detect radioactive materials.

• Communications with DOE headquarters and the Colorado state government were "flawed".

The story of this accident as fabricated by Kaiser-Hill hides at least the following:

• A comprehensive step-by-step procedure for safe cleanup either does not exist or was not being followed in this case.

• Important decisions, like the one to crush a drum containing radioactive material, are left to junior personnel in the field.

• Radiological air monitoring equipment was not on hand where and when it was needed.

• The accident was discovered by accident.

• The exact time of the spill is not known. How much time elapsed between the spill and initiation of cleanup operation thus also is unknown.

• A worker knowledgeable about the incident feared reprisal if he countered Kaiser-Hill's version of the story.

Fortunately, this was a relatively minor accident, since it involved uranium 238 which is much less toxic than other radioactive materials, such as plutonium. The accident revealed two major problems. The first, lack of good cleanup procedures can be corrected if the will to do so is present. The second, the willingness of Kaiser-Hill personnel to play fast and loose with truth will be much more difficult to correct. How can we believe what they say?

Sadly — and this is a third problem exposed by this situation — all the local news media, with only one exception, simply repeated what they were told. The one exception was the Longmont Times-Call. Their reporters persisted with critical questions, and their editor lambasted Rocky Flats in an Oct. 1 editorial that ended: "Nobody got hurt. Except the truth." Kaiser-Hill seems not to have learned that truth crushed to earth will rise again.

(LeRoy Moore, Ph.D., works with the Rocky Mountain Peace and Justice Center of Boulder.)

Nov. 10, 1996 Daily Camera