Tab 25

# Goble's Plutonium Work



A.156

## Goble's Air Concentration Equation
### (1965 – 1970)

$$\frac{\text{Soil Concentration} \times \text{Respirable Fraction}}{\text{Deposition Velocity} \times \text{Fraction Remaining}} = \text{Air Concentration}$$

A.161