Tab 26

