Tab 27

**4/29/1997  Goble, Robert L.**

```
1              UNITED STATES DISTRICT COURT        FOR THE DISTRICT OF COLORADO

2        ------------------------------------------------

3    MERILYN COOK, et al.,        :  Civil Action

4                                 :  No. 90-K-181                          :

5                                 :              Plaintiff(s)  :  DEPOSITION OF:

6                                 :       vs.             :  ROBERT L. GOBLE. Ph.D.

7                                 :ROCKWELL INTERNATIONAL        :

8    CORPORATION,                 :a Delaware Corporation         :

9            and                  :THE DOW CHEMICAL COMPANY,      :

10   a Delaware Corporation,      :                               :

11                                :                               :

12            Defendant(s)  :

13       ------------------------------------------------

14            Tuesday, April 29, 1997

15       ------------------------------------------------

16   R E P O R T E D   B Y:

17        LOUIS A. MANCHELLO, Certified Shorthand Reporter

18   (License No. X01418) and Notary Public of New Jersey, and

19   Commissioner of Deeds of Pennsylvania, on the above date,

20   commencing at 10:00 a.m., at the law offices of Berger &

21   Montague, 1624 Locust Street, 6th Floor Conference Room,

22   Philadelphia, Pennsylvania  19103.

23

24
```

Robert L. Goble, Ph.D.                    32

1    Exhibit 3 are the numbers that you used to generate the

2    tables in your report in this case, correct?

3    A.        This specific table, these specific lines,

4    which are the ones that we've compared --

5              MR. NORDBERG:  Referring, for the

6              record, to table?

7    A.        4.4, the cumulative concentration tables,

8    which are the ones that we've compared so far.

9    Q.        Okay.  Let's do a little bit of backtracking

10   on this.

11             You start out your dose estimates in this

12   case by calculating certain air concentrations that

13   were associated with releases from the 903 Pad,

14   correct?

15   A.        I'm sorry.  I think I had figured out what was

16   the discrepancy here, and that meant I was spending

17   time with that.

18             Why don't you just state your question

19   again.

20   Q.        You started out your dose reconstruction as

21   it's set forth in Exhibit 1 by calculating integrated

22   air concentrations for these three sectors, Sector 4B,

23   8B, and 12B, that were associated with releases from

24   the 903 Pad, in your opinion, correct?

DelCasale, Casey, Martin & Manchello
(215) 568-2211        (609) 482-7207

Robert L. Goble, Ph.D.                    33

1    A.        That's correct.

2    Q.        And the time frame over which you assumed that

3    those releases occurred was between 1965 and 1970,

4    inclusive, correct?

5    A.        That's correct.

6    Q.        Then the next step, a next step that you took,

7    was to convert your integrated air concentration into

8    an average air concentration by dividing by six,

9    correct?

10   A.        That's correct.

11   Q.        And the six was used because there are six

12   years that fall between 1965 and 1970, correct?

13   A.        That's correct.

14   Q.        Now, you then converted the air concentrations

15   that are shown in Table 4.4 associated with the time

16   period 1965 to 1970 into intakes, correct?

17   A.        That's correct.  But perhaps it would be

18   convenient just to go back and finish off Table 4.4, if

19   you don't mind.

20            It would help me to say that, in fact, the

21   second half of Table 4.4, which reflects these average

22   concentrations, is indeed a factor of six lower than

23   the first half, reflecting just the division by six

24   that was mentioned in the previous question.  Okay.

DelCasale, Casey, Martin & Manchello
(215) 568-2211         (609) 482-7207