Tab 28

