Tab 29

**4/29/1997  Goble, Robert L.**

```
1             UNITED STATES DISTRICT COURT        FOR THE DISTRICT OF COLORADO
2        -------------------------------------------
3    MERILYN COOK, et al.,       :  Civil Action
4                                :  No. 90-K-181                      :
5                                :          Plaintiff(s)  :  DEPOSITION OF:
6                                :       vs.              :  ROBERT L. GOBLE. Ph.D.
7                                :ROCKWELL INTERNATIONAL  :
8    CORPORATION,                :a Delaware Corporation  :
9          and                   :THE DOW CHEMICAL COMPANY,:
10   a Delaware Corporation,     :                         :
11                               :                         :
12             Defendant(s)  :
13       -------------------------------------------
14             Tuesday, April 29, 1997
15       -------------------------------------------
16   R E P O R T E D   B Y:
17         LOUIS A. MANCHELLO, Certified Shorthand Reporter
18   (License No. X01418) and Notary Public of New Jersey, and
19   Commissioner of Deeds of Pennsylvania, on the above date,
20   commencing at 10:00 a.m., at the law offices of Berger &
21   Montague, 1624 Locust Street, 6th Floor Conference Room,
22   Philadelphia, Pennsylvania  19103.
23
24
```

1

Robert L. Goble, Ph.D.                                  147

1   A.       That's the meaning of the distribution.

2   Q.       And what would be the probability associated
3   with that?

4            Let me restate it.

5            By specifying a triangular distribution
6   with a low end of .2 -- let me ask another question.

7            When you specify these different
8   probability distribution functions, and then you run a
9   Monte Carlo analysis with respect to them, what's
10  happening is that, the Monte Carlo analysis randomly
11  selects a number from each of the four probability
12  distribution functions, and then combines them, and
13  sends that to the output file, and it does this process
14  over and over again, for instance, 2500 times if you
15  run it, correct?

16  A.       That's correct.

17  Q.       But for each probability distribution
18  function, the shape of the probability distribution
19  function determines the probability that any particular
20  value in that distribution will be picked up in any
21  particular random sampling by the Monte Carlo program,
22  right?

23  A.       Well, phrased the way you phrased it, since
24  the probability distribution, for the distributions we