Tab 30

!RPT-CON.CMI

### Crystal Ball Report
Simulation started on Wed, Nov 6, 1996 at 4:26:19 PM
Simulation stopped on Wed, Nov 6, 1996 at 4:30:42 PM

**Forecast: Integ conc -4A**                                        **Cell: H11**

Summary:
Display Range is from 0.00e+0 to 1.00e+0 (Bq-year/m**3)
Entire Range is from 1.83e-5 to 1.03e+1 (Bq-year/m**3)
After 2,500 Trials, the Std. Error of the Mean is 6.57e-3

| Statistics: | Value |
|---|---|
| Trials | 2500 |
| Mean | 6.32E-02 |
| Median | 9.10E-03 |
| Mode | --- |
| Standard Deviation | 3.28E-01 |
| Variance | 1.08E-01 |
| Skewness | 18.68 |
| Kurtosis | 470.71 |
| Coeff. of Variability | 5.20 |
| Range Minimum | 1.83E-05 |
| Range Maximum | 1.03E+01 |
| Range Width | 1.03E+01 |
| Mean Std. Error | 6.57E-03 |



Forecast: Integ conc -4A
Cell H11 — Frequency Chart — 2,479 Trials


EXHIBIT Goble-2