Tab 31

!RPT-CON.CMI

**Forecast:  Integ conc -4A  (cont'd)**                                  **Cell:  H11**

Percentiles:

| Percentile | (Bq-year/m**3) |
|---|---|
| 0% | 1.83E-05 |
| 5% | 3.11E-04 |
| 10% | 7.16E-04 |
| 15% | 1.19E-03 |
| 20% | 1.70E-03 |
| 25% | 2.46E-03 |
| 30% | 3.19E-03 |
| 35% | 4.15E-03 |
| 40% | 5.52E-03 |
| 45% | 7.32E-03 |
| 50% | 9.10E-03 |
| 55% | 1.17E-02 |
| 60% | 1.47E-02 |
| 65% | 1.98E-02 |
| 70% | 2.52E-02 |
| 75% | 3.40E-02 |
| 80% | 4.68E-02 |
| 85% | 6.74E-02 |
| 90% | 1.01E-01 |
| 95% | 2.14E-01 |
| 100% | 1.03E+01 |

**End of Forecast**

A.174