Tab 32

**4/29/1997  Goble, Robert L.**

```
1            UNITED STATES DISTRICT COURT         FOR THE DISTRICT OF COLORADO
2       ---------------------------------------------
3      MERILYN COOK, et al.,        :  Civil Action
4                                   :  No. 90-K-181                         :
5                                   :           Plaintiff(s)  :  DEPOSITION OF:
6                                   :           vs.           :  ROBERT L. GOBLE. Ph.D.
7                                   :ROCKWELL INTERNATIONAL   :
8      CORPORATION,                 :a Delaware Corporation   :
9            and                    :THE DOW CHEMICAL COMPANY,:
10     a Delaware Corporation,      :                         :
11                                  :                         :
12              Defendant(s)        :
13      ---------------------------------------------
14              Tuesday, April 29, 1997
15      ---------------------------------------------
16     R E P O R T E D   B Y:
17          LOUIS A. MANCHELLO, Certified Shorthand Reporter
18     (License No. X01418) and Notary Public of New Jersey, and
19     Commissioner of Deeds of Pennsylvania, on the above date,
20     commencing at 10:00 a.m., at the law offices of Berger &
21     Montague, 1624 Locust Street, 6th Floor Conference Room,
22     Philadelphia, Pennsylvania  19103.
23
24
```

1

Robert L. Goble, Ph.D.                            46

1    convert units and find the answers the other way, but
2    the simple procedure, which is implemented on the
3    spread sheet, is, divide the numbers in the first part
4    of the table by six, to obtain the numbers in the
5    second part of the table.
6    Q.        Now let's go to Exhibit 2, and specifically
7    page 2.  Actually, let's look at page 1 first.
8              Now, this constitutes the Crystal Ball
9    report that was used to generate the numbers that are
10   shown in the top half of Table 4.4 in your report,
11   right?
12   A.        That is correct.
13   Q.        And you ran this particular simulation 2500
14   times, correct?
15   A.        Yes, that's what it says.
16   Q.        And a figure that appears on the bottom of
17   page 1 of Exhibit 2 shows a frequency chart for
18   virtually all of those trials, correct?
19   A.        That's correct.
20   Q.        And that plots on the left-hand axis
21   probability against concentrations on the horizontal
22   axis, correct?
23   A.        That's correct.
24   Q.        And then if you flip over to -- well,

Robert L. Goble, Ph.D.                                                47

1   actually, let's stay on that page for a second.
2              In the statistics that are provided by the
3   program, it indicates that, for this particular run,
4   the mean was 6.32 times 10 to the minus 2 becquerel
5   years per cubic meter, correct?
6   A.     That's correct.
7   Q.     Now, if we flip over to the second page, this
8   shows the percentiles in increments of five percent,
9   from zero through 100, for the same data, correct?
10  A.     That's correct.
11  Q.     So page 1 and page 2 are reflecting the same
12  data, for the same sector, for the same Crystal Ball
13  run, right?
14  A.     That's right.
15  Q.     And if you take a look at the mean number from
16  page 1, that's 6.32E to the minus 2?
17  A.     Yes.
18  Q.     You see that that would fit somewhere between
19  the 80th and 85th percentile in the probability
20  distribution that's shown on page 2 of Exhibit 2,
21  correct?
22  A.     That's correct.
23  Q.     So, that is to say, that the mean fell
24  somewhere between the 80th percentile and the 85th