Tab 33



Goble's Air Concentration Distribution