Tab 34

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,  )
    Plaintiffs,  )
  ) Civil Action No. 90-K-181
v.  )
  )
ROCKWELL INTERNATIONAL  )
CORPORATION AND  )
  )
THE DOW CHEMICAL COMPANY  ) AFFIDAVIT OF
  ) DR. JOHN A. AUXIER and
    Defendants.  ) DR. JOHN R. FRAZIER

1.    Our area of expertise is health physics. Our academic degrees and other qualifications are presented in Attachments 1 and 2.

2.    We have studied carefully Dr. Robert Goble's report, the materials that he produced to support that report, and Dr. Goble's deposition. In this affidavit, we comment on the methodology and reliability of calculated concentrations of plutonium[1] in air made by Dr. Goble.

**Goble's Method for Estimating Concentrations of Radioactive Materials in Air Fails to Consider Data that Must be Taken into Account**

*Goble Used a Mathematical Model to Estimate Concentrations Of Radionuclides In Air*

3.    Robert Goble offered opinions on the concentrations of airborne plutonium. He used a mathematical model to estimate concentrations of plutonium in air attributable to releases

---

[1] The term "plutonium" shall be understood here to mean any combination of the isotopes $^{239}$Pu and $^{240}$Pu, unless otherwise specified.

values are 41, 284, and 946 femtocuries per cubic meter ($fCi/m^3$).[7]  His lowest reported concentration for Sector 4B, the "5 %ile" value, is 1.4 $fCi/m^3$.

10.   A femtocurie is a very small amount of radioactivity, equal to one one-thousandth of a picocurie. That is, 1 $fCi/m^3$ = 0.001 $pCi/m^3$.

*Mathematical Models Should be Tested Against Relevant Observations*

11.   One of the hallmarks of a reliable scientific theory or technique is that it can be tested. In radiological assessment, it is standard practice to validate a model by comparing its predictions to environmental measurements:

> "Simulation models must be tested against measurements before their predictions can be viewed as reliable. However, having data to test all pathways in a model is rare, and finding data that were collected for the purpose of model testing is even rarer. Thus modelers must take every opportunity to test portions of their models with data obtained under less than ideal circumstances. With careful preparation of the data and a thorough understanding of the data requirements of the model, the success of the test can be assured."[8]

> "The validation of simulation models is imperative if they are to provide credible predictions. Observations from any source, such as accidents, chronic releases and experiments, should be considered for use even if they fall short of the ideal."[9]

> "Every attempt should be made to validate the prediction of the models against relevant data sets."[10]

> "The source term should be confirmed, wherever possible, by comparison with independent environmental monitoring data from another source of information."[11]

> "Retrospective risk assessments in dose reconstruction are providing a unique opportunity to validate environmental transport models. The historical records

---

[7] Goble's units, becquerels per cubic meter, may be converted to femtocuries per cubic meter by multiplying them by 27,027.

[8] "Data Quality and Validation of Radiological Assessment Models", S.-R. Peterson and T.B. Kirchner, *Health Physics* 74:147-157, 1998, at 147.

[9] Id. at 155.

[10] "Radiation Dose Reconstruction For Epidemiologic Uses", National Research Council, National Academy Press, Washington, D. C.; (NRC 1995) at page 90.

[11] NRC 1995 at page 89.

3

> contain a vast resource of measurement data, much of it collected many years ago, that can be used as the basis for comparisons between estimated environmental concentrations and values that were measured. These comparisons are providing us some of the best indicators of reliability to date for the mathematical models being developed and applied by scientists in risk assessment." [12]
>
> "Validation of our methods must continue to receive strong attention in the future. We must be certain that every opportunity is taken to make comparisons between predicted and observed estimates of concentrations in the environment" [13]
>
> "In a full-scale dose reconstruction study, the number of estimates of exposure rates and environmental concentrations is gradually expanded, and their quality is improved as: (1) the full source term is taken into consideration, (2) *the results of detailed studies of the characteristics of the site with respect to the environmental behavior of the released radionuclides are used*, (3) all environmental pathways that could lead to radiation exposures are considered, (4) *all available historical measurements of environmental radiation are used to bypass environmental transfer models or to validate those models*, and (5) the uncertainties attached to the results of the environmental pathway analysis are estimated." [14] (emphasis added)
>
> "The reliability of a model's predictions is dependent on several factors, including the accuracy of the computer code, the adequacy of the mathematical expressions to describe processes being modeled, *the appropriateness of the parameter values for the situation*, and correct interpretation of the input information. Detailed review of the model and comparison of its predictions with those of other models is vital for the evaluation of a model's defensibility (3-5). *However, testing model predictions against actual field measurements for relevant assessment problems provides the best evaluation of a model's reliability (5-6).*" [15] (emphasis added)

12.   Model validation against measured data is also recommended for Monte Carlo uncertainty analysis methods:

> "Whenever possible, collect site or case specific data (even in limited

---

[12] Till, John E., "Methodology of Environmental Dose Assessment", Proceedings of the Ninth International Congress of the International Radiation Protection Association, Volume 1, page 1-186.

[13] Id. at 1-187.

[14] NRC 1995 at pages 27 and 28.

[15] "Environmental Models Undergo International Test", K. M. Thiessen et al., Environmental Science and Technology 31, 1997 at pp.358A- 359A.

4

quantities) to help justify the use of the distribution based on surrogate data. The use of surrogate data to develop distributions can be made more defensible when case-specific data are obtained to check the reasonableness of the distribution."[16]

### *Reliable Air Monitoring Data are Available to Test Goble's Model*

13. Concentrations of plutonium and other radioactive particulates in air are measured by *air monitors*, devices which employ a pump to draw air through a filter that traps particles suspended in the air. The filter is removed from the apparatus and analyzed for the materials of interest in a laboratory. The average concentration of the material in the air is determined by dividing the amount found on the filter by the volume of air filtered.

14. Over 200,000 measurements of radioactivity in offsite and perimeter air have been made over the history of RFP. As technology advanced, the measurements became more sensitive and more specific to plutonium.

15. Many organizations have monitored radioactivity in the air in and around the RFP during its operational history. Routine monitoring data were collected by the RFP contractors, the Colorado Department of Health[17] (CDH), and the U.S. DOE Health and Safety Laboratory[18] (HASL). In 1965, the United States Public Health Service began measuring plutonium in air in Denver as part of a nation-wide project to monitor plutonium from weapons testing. The U.S. EPA assumed this program in 1973. These groups and others have also carried out other monitoring and special studies as well.

16. We have reviewed the Rocky Flats air monitoring data developed by these organizations. There is an abundance of relevant information sufficiently reliable for validating Goble's model, including that summarized below.

17. In January 1969, the Colorado Department of Health (CDH) began measuring the concentration of plutonium in air at Station APC-56, located on the roof of the guard house at the intersection of the east security fence and Central Avenue (Exhibit 1). This location is approximately 600 feet east of the 903 Pad. It is much closer to the 903 Pad than any resident of

---

[16] "Guiding Principles for Monte Carlo Analysis", EPA/630/R-97/001, March, 1997, at Section 4.

[17] Later named the Colorado Department of Public Health and the Environment (CDPHE).