Tab 36

EPA/630/R-97/001
March 1997

# Guiding Principles for Monte Carlo Analysis

**Technical Panel**

**Office of Prevention, Pesticides, and Toxic Substances**

Michael Firestone (Chair)    Penelope Fenner-Crisp

**Office of Policy, Planning, and Evaluation**

Timothy Barry

**Office of Solid Waste and Emergency Response**

David Bennett    Steven Chang

**Office of Research and Development**

Michael Callahan

**Regional Offices**

AnneMarie Burke (Region I)    Jayne Michaud (Region I)
Marian Olsen (Region II)      Patricia Cirone (Region X)

**Science Advisory Board Staff**

Donald Barnes

**Risk Assessment Forum Staff**

William P. Wood    Steven M. Knott

Risk Assessment Forum
U.S. Environmental Protection Agency
Washington, DC 20460

*Printed on Recycled Paper*

This is page 1 of 50.

**Choose a command for displaying the current document:** (*Help for Commands*)

ext Pag    o to Pag   Specify page: 50    large Ima    rink Ima

Saturday, February 06, 1999                                      1:53 PM

Case No. 1:90-cv-00181-JLK   Document 1426-43   filed 08/22/05   USDC Colorado   pg 3 of 3

*Is the variable discrete or continuous?*

*What are the bounds of the variable?*

*Is the distribution skewed or symmetric?*

*If the distribution is thought to be skewed, in which direction?*

*What other aspects of the shape of the distribution are known?*

When data for an important parameter are limited, it may be useful to define plausible alternative scenarios to incorporate some information on the impact of that variable in the overall assessment (as done in the sensitivity analysis). In doing this, the risk assessor should select the widest distributional family consistent with the state of knowledge and should, for important parameters, test the sensitivity of the findings and conclusions to changes in distributional shape.

**4. Surrogate data can be used to develop distributions when they can be appropriately justified.**

The risk assessor should always seek representative data of the highest quality available. However, the question of how representative the available data are is often a serious issue. Many times, the available data do not represent conditions (e.g., temporal and spatial scales) in the population being assessed. The assessor should identify and evaluate the factors that introduce uncertainty into the assessment. In particular, attention should be given to potential biases that may exist in surrogate data and their implications for the representativeness of the fitted distributions.

When alternative surrogate data sets are available, care must be taken when selecting or combining sets. The risk assessor should use accepted statistical practices and techniques when combining data, consulting with the appropriate experts as needed.

Whenever possible, collect site or case specific data (even in limited quantities) to help justify the use of the distribution based on surrogate data. The use of surrogate data to develop distributions can be made more defensible when case-specific data are obtained to check the reasonableness of the distribution.

**5. When obtaining empirical data to develop input distributions for exposure model parameters, the basic tenets of environmental sampling should be followed. Further,**

13

This is page 19 of 50.

Choose a command for displaying the current document:(*Help for Commands*)

ext Pag    evious Pa    o to Pag    Specify page: 50    large Ima    rink Ima

Saturday, February 06, 1999                                                    1:54 PM