Tab 37

**4/29/1997  Goble, Robert L.**

```
1              UNITED STATES DISTRICT COURT         FOR THE DISTRICT OF COLORADO
2         ---------------------------------------------
3    MERILYN COOK, et al.,        :  Civil Action
4                                 :  No. 90-K-181                    :
5                                 :           Plaintiff(s)  :  DEPOSITION OF:
6                                 :           vs.           :  ROBERT L. GOBLE. Ph.D.
7                                 :ROCKWELL INTERNATIONAL   :
8    CORPORATION,                 :a Delaware Corporation   :
9         and                     :THE DOW CHEMICAL COMPANY,:
10   a Delaware Corporation,      :                         :
11                                :                         :
12              Defendant(s)  :
13        ---------------------------------------------
14             Tuesday, April 29, 1997
15        ---------------------------------------------
16   R E P O R T E D   B Y:
17         LOUIS A. MANCHELLO, Certified Shorthand Reporter
18   (License No. X01418) and Notary Public of New Jersey, and
19   Commissioner of Deeds of Pennsylvania, on the above date,
20   commencing at 10:00 a.m., at the law offices of Berger &
21   Montague, 1624 Locust Street, 6th Floor Conference Room,
22   Philadelphia, Pennsylvania  19103.
23
24
```

1

Robert L. Goble, Ph.D.                                    120

1   A.      No. I don't -- certainly not to remember, and
2   not as individual depositions. I read some early
3   materials about the case.
4   Q.      How long have you been working on this case?
5   A.      I think it's a little over two years.
6   Q.      So you believe that you began working on the
7   Rocky Flats case sometime in calendar year, would it be
8   1994 or 1995?
9   A.      No, it would be '95. Or conceivably the end
10  of '94. I mean, what I don't remember is which side of
11  New Year's it was on. But let's say, to have a date
12  which has considerable uncertainty about it, New Year's
13  of '95.
14  Q.      At any time since New Year's of '95, have you
15  made any effort to make any measurements of any type
16  with respect to any of the people who are listed in
17  Table 8.2?
18  A.      No.
19  Q.      So you haven't taken any air samples where
20  these people live?
21  A.      No.
22  Q.      Are you familiar with personal air sampling as
23  a tool to make measurements of the amount of exposure
24  of an individual?

Robert L. Goble, Ph.D.                                       121

1   A.      I know some things about it, yes.

2   Q.      Have you ever done it?

3   A.      I've done air sampling for various things, and
4   I've used personal air-sampling equipment, but I have
5   not made air samples according to OSHA protocols.

6   Q.      Is there anything in your knowledge or opinion
7   concerning this case that would indicate to you that
8   any of these individuals who are listed in Table 8.2,
9   that their exposures to anything emitted from Rocky
10  Flats ceased as of the end of calendar year 1989?

11  A.      Do I know anything that would say things have
12  ceased as of calendar year 1989? It's possible, but I
13  would have to thumb through periods of residence. If
14  any of them had left the area, that would certainly
15  cause this cessation of exposure.

16  Q.      Fair enough.

17  A.      And there have been changes in releases that
18  have occurred since 1989, so magnitudes of exposures to
19  various things will be different. And you could expect
20  that some exposures to some of the contaminants may
21  have ceased.

22          I don't have -- well, that's probably good
23  enough to answer the question.

24  Q.      Let me ask you this: Is there anything that

Robert L. Goble, Ph.D.                           122

```
 1    you could point the judge or the jury to that's
 2    prevented you from air sampling on the plaintiffs'
 3    property since you became involved in this case?
 4              MR. NORDBERG:  Form.
 5    A.        No.  I've not tried to do any air sampling on
 6    any of the plaintiffs' property, and, as far as I know,
 7    if I tried I wouldn't have had a problem.
 8    Q.        How about sampling any -- have you ever heard
 9    of the term bioassay sampling?
10    A.        Yes.
11    Q.        Have you conducted any bioassay sampling for
12    any of the people who are listed in Table 8?
13    A.        No.
14    Q.        Is there anything that you're aware of that
15    prevented you, since you began your work on this case,
16    from doing any bioassay sampling for any of the people
17    listed on Table 8?
18              MR. NORDBERG:  Objection to form.  Dr.
19        Goble, personally?
20              THE WITNESS:  I assume, let me -- I'm
21        not supposed to be coached.
22              MR. NORDBERG:  No one is coaching you,
23        sir.  And if so, foundation.
24              THE WITNESS:  Anyway, I believe you
```

DelCasale, Casey, Martin & Manchello
(215) 568-2211          (609) 482-7207

A.228

Robert L. Goble, Ph.D.                                   123

1     asked me whether I personally have done any
2     bioassays, and if I had not, whether it was
3     because of a known obstacle. That's what I
4     believe your question was. And the answer is,
5     I have not done any bioassays, and I know of
6     no obstacle that would have been put forward.
7  BY MR. KURTENBACH:
8     Q.     Do you know of any other consultant or expert
9  whose worked with the plaintiffs in connection with
10 this case who has conducted any sort of sampling or
11 measurements for any of the people who are listed in
12 Table 8.2?
13    A.     I do not know of other activities, no.
14    Q.     Have you ever reviewed any sampling data that
15 was taken on the properties of any of the people who
16 are listed in Table 8.2?
17    A.     Not to my knowledge.
18           Now, I have reviewed a lot of sampling
19 data that's scattered around, but I don't know to my
20 knowledge that any of it was specifically on the
21 property of particular people.
22    Q.     Have you ever suggested to anyone else that
23 there should be some sort of sampling or measurements
24 taken for some or all of the people who are listed in