Tab 38

# APC-56

- Colorado Department of Health air monitor

- Plutonium specific analysis

- Referenced in RAC Task IV report

- Close to 903 pad

- Operated during time period for which Goble modeled air concentrations

A.232