Tab 39

