Tab 40

**4/29/1997  Goble, Robert L.**

```
 1              UNITED STATES DISTRICT COURT          FOR THE DISTRICT OF COLORADO

 2         -------------------------------------------

 3     MERILYN COOK, et al.,        :  Civil Action

 4                                  :  No. 90-K-181                          :

 5                                  :              Plaintiff(s)  :  DEPOSITION OF:

 6                                  :      vs.               :  ROBERT L. GOBLE. Ph.D.

 7                                  :ROCKWELL INTERNATIONAL        :

 8     CORPORATION,                 :a Delaware Corporation       :

 9              and                 :THE DOW CHEMICAL COMPANY,     :

10     a Delaware Corporation,      :                             :

11                                  :                             :

12              Defendant(s)  :

13         -------------------------------------------

14              Tuesday, April 29, 1997

15         -------------------------------------------

16     R E P O R T E D   B Y:

17          LOUIS A. MANCHELLO, Certified Shorthand Reporter

18     (License No. X01418) and Notary Public of New Jersey, and

19     Commissioner of Deeds of Pennsylvania, on the above date,

20     commencing at 10:00 a.m., at the law offices of Berger &

21     Montague, 1624 Locust Street, 6th Floor Conference Room,

22     Philadelphia, Pennsylvania  19103.

23

24
```

1

Robert L. Goble, Ph.D.                    218

1    A.        They are measured by Colorado Department of

2    Health.

3    Q.        And do you know where these monitors are

4    located?

5    A.        Well, I believe that there's a map someplace

6    that shows where they are.  And if you can help me find

7    that, that might save some time.

8    Q.        Well, let me ask you this.

9              Are you aware that these four monitors,

10   D-1, D-2, D-3, are all taken at what's referred to as

11   the east security fence at the plant, that's where they

12   are all located?

13   A.        Yes.

14   Q.        Okay.

15   A.        The heading says that.

16   Q.        And that's within a few hundred meters of the

17   903 Pad, correct?  It's between 50, I think the closest

18   one is 50 meters, and the furthest one away is 400

19   meters; is that consistent with your recollection?

20             MR. NORDBERG:  Compound.

21   A.        I don't recall in detail, but yes, it's

22   consistent.  I could check this out with a map.

23   Q.        Now, if you looked there, they have some

24   results, the Colorado Department of Health sampler

DelCasale, Casey, Martin & Manchello
(215) 568-2211         (609) 482-7207

A.238

Robert L. Goble, Ph.D.                    219

1    APC-56 has some plutonium-in-air results through 1969

2    and 1970, don't they?

3    A.      Yes.

4    Q.      And those results are stated in terms of

5    femtocuries per cubic meter, aren't they?

6    A.      Yes.

7    Q.      Do you have criticisms of the manner in which

8    the Colorado Department of Health operated this

9    sampler?

10   A.      I have not examined in detail how that sampler

11   functioned.

12   Q.      Now, in fact, if you look at those numbers for

13   the year 1969, the highest number for monthly average

14   shown on there is nine femtocuries per cubic meter,

15   right?

16   A.      I see that, yes.

17   Q.      And that was in January of '69?

18   A.      I see that, yes.

19   Q.      Nine femtocuries per cubic meter would be .009

20   picocuries per cubic meter?

21   A.      That's correct.

22   Q.      Is that correct?

23   A.      That's correct.

24   Q.      Now, if you compare that number to the

Robert L. Goble, Ph.D.                    235

1    sir?

2    A.       Well, I already told you that I thought that

3    APC-56 was not a particularly good indicator for the

4    903 Pad, and -- I'm sorry.

5             The answer to your question is, have I

6    quantified -- I'm sorry.  Your question was, have I

7    quantified this discrepancy?  And the answer is no.

8    Q.       Let me ask it this way:  You haven't reviewed

9    any of the raw data that went into any of the numbers

10   that are shown for APC-56 on Table B-4, have you?

11   A.       I have not reviewed the raw data that went

12   into APC-56.

13   Q.       And you haven't reviewed the sampling

14   procedures that apply to APC-56 and were used to gather

15   samples that became the basis for the numbers that are

16   in this table, have you?

17   A.       I have reviewed -- I have not gone to the

18   primary data provided by APC-56.

19            I have reviewed RAC's review of these data

20   as described in this report.

21   Q.       And you haven't talked with any person who

22   collected these samples?

23   A.       I have not talked with people that collected

24   those samples.


DelCasale, Casey, Martin & Manchello
(215) 568-2211        (609) 482-7207

Robert L. Goble, Ph.D.                    236

1    Q.        And you have not spoken with any people who

2    processed these samples in the laboratory?

3    A.        I have not spoken with people who processed

4    the samples, no.

5    Q.        And you have not spoken with anyone from RAC

6    about any of the Colorado Department of Health's

7    air-monitoring data that's presented in Exhibit 10,

8    have you?

9    A.        I have read the RAC report.  I have not had

10   conversations with people at RAC about these particular

11   data, that's correct.

12   Q.        And you haven't spoken with anybody at the

13   Colorado Department of Health concerning any of their

14   air-sampling data done at any time on-site the Rocky

15   Flats Plant, have you?

16   A.        I have not consulted with people at Colorado

17   Department of Health on their air-sampling data, that's

18   correct.

19   Q.        And that answer applies to both on-site

20   air-sampling data and off-site air-sampling data,

21   correct?

22   A.        That answer applies to both.

23   Q.        Now, is there anything, other than reading

24   this report, Exhibit 10, that you've done to analyze