Tab 41

RAC Report #1 CDPHE-RFP-1997-FINAL

# FINAL REPORT

## Task 4: Evaluation of Historical Environmental Data

March 1997

**Historical Public Exposures Studies on Rocky Flats**
**Phase II: Toxicity Assessment and Risk Characterization**

Submitted to the Colorado Deparment of Public Health and Environment
Disease Control and Environmental Epidemiology Division
Rocky Flats Health Studies in partial fulfillment of contract No.100APRCODE 391

"Setting the standard in environmental health" **RAC**

Radiological Assessments Corporation
417 Till Road Neeses, South Carolina 29107
phone 803.536.4883  fax 803.534.1995

Table B-4. Plutonium-239,240 in Air (fCi m$^{-3}$) at the Eastern Security Fence of the Rocky Flats Plant, Measured by the Colorado Department of Health (1969–1974)

|        | D-1  | D-2  | D-3   | APC-56 |
|--------|------|------|-------|--------|
| Jan-69 |      |      |       | 9      |
| Feb-69 |      |      |       | 4.9    |
| Mar-69 |      |      |       | 2.99   |
| Apr-69 |      |      |       | 3.1    |
| May-69 |      |      |       | 6.5    |
| Jun-69 |      |      |       | 1.24   |
| Jul-69 |      |      |       | 0.71   |
| Aug-69 |      |      |       | 1.66   |
| Sep-69 |      |      |       | 1.15   |
| Oct-69 |      |      |       | 0.37   |
| Nov-69 |      |      |       | 0.57   |
| Dec-69 |      |      |       | 0.57   |
| Jan-70 |      |      |       | 0.51   |
| Feb-70 |      |      |       | 3.28   |
| Mar-70 |      |      |       | 0.49   |
| Apr-70 |      |      |       | 0.76   |
| May-70 | 0.42 | 0.91 | 33    | 0.79   |
| Jun-70 | 0.39 | 0.42 | 5.3   | 3.3    |
| Jul-70 | 0.19 | 0.25 | 6.5   | 0.51   |
| Aug-70 | 0.08 | 0.24 | 1.6   | 0.86   |
| Sep-70 | 0.24 | 0.21 | 1     | 0.26   |
| Oct-70 | 0.2  | 0.19 | 0.97  | 1.02   |
| Nov-70 | 0.17 | 0.46 | 0.51  | 2.1    |
| Dec-70 | 0.25 | 0.31 | 1.1   | 0.58   |
| Jan-71 | 0.2  | 0.1  | 6.89  | 1.63   |
| Feb-71 | 0.29 | 0.45 | 20.48 | 2.07   |
| Mar-71 | 0.3  | 0.36 | 5.52  | 3.88   |
| Apr-71 | 0.34 | 0.36 | 7.68  | 0.69   |
| May-71 | 0.45 | 0.63 | 8.44  | 0.43   |
| Jun-71 | 0.51 | 0.48 | 5.92  | 0.92   |
| Jul-71 | 0.2  | 0.31 | 37.42 | 0.43   |
| Aug-71 | 0.22 | 0.32 | 4.18  | 0.08   |
| Sep-71 | 0.38 | 0.19 | 3.16  | 0.08   |
| Oct-71 | 0.19 | 0.27 | 5.34  | 8.59   |
| Nov-71 | 0.32 | 0.1  | 16.39 | 2.23   |
| Dec-71 | 0.27 | 0.55 | 2.02  | 0.25   |
| Jan-72 | 0.2  | 0.2  | 2.4   | 0.53   |
| Feb-72 | 0.18 | 0.22 | 5.22  | 0.54   |
| Mar-72 | 0.35 | 0.3  | 3.67  | 3.53   |
| Apr-72 | 0.21 | 0.16 | 1.38  | 0.39   |
| May-72 | 1.77 | 0.24 | 2.45  | 0.37   |
| Jun-72 | 2.77 | 0.47 | 6.55  | 0.4    |
| Jul-72 | 1.33 | 0.73 | 2.99  | 0.35   |
| Aug-72 | 1.89 | 1.75 | 4.58  | 16.78  |

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

A.235

Table B-4. (continued)

|  | D-1 | D-2 | D-3 | APC-56 |
|---|---|---|---|---|
| Sep-72 | 3.51 | 1.26 | 14.1 | 1.28 |
| Oct-72 | 2.58 | 1.78 | 6.52 | 2.3 |
| Nov-72 | 0.66 | 0.45 | 0.94 | 0.19 |
| Dec-72 | 1.83 | 0.67 | 0.96 | 0.71 |
| Jan-73 | 1.19 | 0.53 | 2.03 | 0.08 |
| Feb-73 | 0.34 | 0.79 | 4.39 | 0.08 |
| Mar-73 | 0.46 | 0.16 | 3.26 | 0.9 |
| Apr-73 | 0.51 | 3.65 | 1.28 |  |
| May-73 | 1.01 | 0.26 | 2.1 | 0.3 |
| Jun-73 | 3.22 | 0.38 | 5.22 | 0.47 |
| Jul-73 | 0.14 | 0.16 | 3.25 | 0.32 |
| Aug-73 | 0.59 | 0.12 | 4.77 | 1.14 |
| Sep-73 | 0.17 | 0.49 | 3.17 | 0.2 |
| Oct-73 | 0.59 | 0.62 | 1.54 | 0.11 |
| Nov-73 | 0.38 | 0.1 | 2.29 | 0.08 |
| Dec-73 | 0.27 | 0.18 | 2.01 | 0.08 |
| Jan-74 | 0.37 | 0.07 | 0.1 | 0.03 |
| Feb-74 | 0.22 | 0.44 | 1.28 | 0.15 |
| Mar-74 | 0.15 | 0.46 | 1.3 | 0.15 |
| Apr-74 | 0.42 | 0.46 | 2.57 | 0.11 |
| May-74 | 0.58 | 0.71 | 7.48 | 0.48 |
| Jun-74 | 0.35 | 2.69 | 4.42 | 0.36 |