Tab 42

