Tab 43

# Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats

Robert Goble, Ph.D

Center for Technology, Environment, and Development
of the George Perkins Marsh Institute
Clark University

November 24, 1996

- o  there are ongoing releases of toxic materials from soils on the plant site and its vicinity caused by biological activity and wind erosion;

- o  further accidental releases of toxic materials from the plant remain possible (Chanin and Murfin 1996, Moore 1996);

- o  future emissions from the site may be anticipated as part of clean up efforts; unknown at present is what efforts will be made; also unknown is with what care these efforts will be managed.

## 3.0 The Availability of Information about Toxic Releases from Rocky Flats and Uncertainty and Variability in the Exposure Estimates

Assessing the needs and opportunities for medical monitoring poses special challenges for developing exposure and dose estimates. While the basic science of exposure and dose estimation is no different in this context, medical monitoring introduces special concerns. The objectives are i) to identify the range of exposures that should be addressed within the program and assess the implications of this range ii) to provide an indication of the variability which can be expected in the exposures received by different individuals who might be included in a monitoring program, and iii) to provide guidance as to how exposed individuals may be identified in terms of where they were living and at what times. The implications of uncertainties in the estimates and of variability in the characteristics of exposed individuals must be assessed in this context.

Before turning to the detailed development of exposure and dose information, I explain briefly the basis for my choice of the key data sets used in the estimates, and discuss the quantitative description of variability and uncertainty that accompanies the estimates.

### 3.1  The choice of data sets as a basis for estimating exposures and doses

Because medical monitoring concerns require establishing a reasonable range of possible exposures and doses for people who may be included in the program, the primary need is information which has been subject to review and discussion. For that reason, the reviews conducted by ChemRisk and RAC are particularly helpful and I have made extensive use of them. Based partly on these reviews, I have chosen to use certain particular primary data sets as described in the sections below. While it is regrettable that the RAC review is not complete, the draft papers are still useful as a compendium of information and as a discussion of the usefulness of various data sets. Neither the ChemRisk nor the RAC

21