Tab 44

