Tab 45

