Tab 46

1. $$\frac{\frac{Bq}{M^2}}{\frac{m}{sec}} = \text{Cumulative Air Concentration}$$

2. $$\frac{1}{1} = 1$$

3. $$\frac{1}{.1} = 10$$

4. $$\frac{1}{.01} = 100$$



EXHIBIT
GOBLE-17
JRL 4-30-97

A.245