Tab 47

4/30/1997  Goble, Robert L.

```
 1
 2            UNITED STATES DISTRICT COURT        FOR THE DISTRICT OF COLORADO
 3                     - - -
 4   MERILYN COOK, et al.      :  CIVIL ACTION
 5                             :      vs.                    :
 6                             :ROCKWELL INTERNATIONAL       :
 7   CORPORATION, a Delaware   :Corporation                  :
 8       and                   :THE DOW CHEMICAL CORPORATION :  NO. 90-K-181
 9                     - - -
10              Wednesday, April 30, 1997
11                     - - -
12
13            Continued deposition of
14   ROBERT L. GOBLE, Ph.D., taken pursuant
15   to notice and held at the law offices of
16   Berger & Montague, P.C. 1622 Locust Street,
17   Philadelphia, Pennsylvania, commencing at
18   9:13 a.m. on the above date, before
19   Janice K. LeGore, a Registered Professional
20   Reporter and Notary Public.
21                     - - -
22   DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
23            Ten Penn Center Plaza      Suite 636 - 1801 Market Street
24         Philadelphia, Pennsylvania 19103           (215) 568-2211
```

249

R.L. Goble, Ph.D.                             384

```
 1   concentration equation up with appropriate
 2   units; correct?
 3   A.      That's correct.
 4   Q.      All right.  Now I want to mark as
 5   Exhibit 17 a series of equations that I
 6   generated over the lunch hour, 1, 2, 3 and
 7   4.
 8                   (Exhibit Goble-17 is marked
 9   for identification.)
10   Q.      My equation 1 is the same equation
11   as equation 3 from Goble-16.  Do you see
12   that?
13   A.      Yes.
14   Q.      Okay.  Now, what I want to focus on
15   for purposes of Exhibit 17 is deposition
16   velocity.  Okay?
17   A.      Yes.
18   Q.      All right.  Now, what I have set
19   forth in equation 2 on Exhibit 17 is that I
20   assume that the Becquerel per square meter
21   concentration is equal to one.  Do you see
22   that?
23   A.      Yes.
24   Q.      Okay.  And I also assume in
```

R.L. Goble, Ph.D.                                        385

1  equation 2 that the deposition velocity is
2  equal to one.  Do you see that?
3  A.      Yes, I see that.
4  Q.      Okay.  And the process that one
5  would go through is to divide the soil
6  concentration by the deposition velocity in
7  order to arrive at the cumulative air
8  concentration; correct?
9  A.      That's correct.
10 Q.      All right.  Now, in equation 3 I've
11 shown the deposition velocity as being a
12 factor of ten less than the deposition
13 velocity in equation 2.  Do you see that?
14 A.      Yes.
15 Q.      And as we divide by smaller numbers,
16 the cumulative air concentration gets
17 larger; correct?
18 A.      That's correct.
19 Q.      So as the deposition velocity goes
20 down, the air concentration calculated using
21 your equation goes up; correct?
22 A.      That's correct.
23 Q.      And if we look at equation No. 4 in
24 Goble Exhibit 17, I've now changed the

1   deposition velocity term so that it is not
2   just a factor of ten lower than the one used
3   in equation 2 but now it is a factor of a
4   hundred lower. Do you see that?
5   A.      Yes, I do.
6   Q.      And again we find that as you
7   decrease the value for deposition velocity,
8   you increase the cumulative air
9   concentration; correct?
10              MR. AUERBACH: Excuse me.
11  I'm going to just make an objection to the
12  lack of foundation for the terms that you're
13  using and assigning to these -- this
14  algebraic sequence of equations,
15  specifically cumulative air concentration
16  and deposition velocity.
17              Go ahead. You can answer
18  it.
19              MR. KURTENBACH: Let me just
20  take that into account.
21  BY MR. KURTENBACH:
22  Q.      Cumulative air concentration is what
23  you refer to in your Table 4.4, and it is
24  also what you mean by the term CONC as used

1        MR. AUERBACH: Form.
2    A.      Yes.
3    Q.      Do you understand that?
4    A.      Yes.
5    Q.      And then the term deposition
6    velocity you've also used in your equation
7    in Step 7 as shown in your -- on page 36 of
8    your report; is that correct?
9    A.      That's correct.
10   Q.      And, in fact, the units that you
11   began with, anyway, for deposition velocity
12   were meters per second as shown in equation
13   No. 1 on Goble-17; correct?
14   A.      That's correct.
15   Q.      Okay. Now --
16              MR. AUERBACH: Same
17   objection. But go ahead.
18   Q.      Is it true, then, sir, that as you
19   decrease the value for deposition velocity,
20   you increase the cumulative air
21   concentration in your equation for Step 7 if
22   you hold the deposited amount constant?
23              MR. AUERBACH: You're
24   talking about his equation now, not this

1  deposition velocity were altered so that it
2  had -- so that it emphasized substantially
3  lower values -- if, for example, it were
4  scaled downwards by a factor of ten -- I
5  would then have higher values for the
6  concentrations in air -- cumulative
7  concentrations in air.
8  Q.    That is what I'm asking you. And
9  would that be true?
10 A.    That would be true.
11 Q.    Similarly, if you used a value for
12 deposition velocity that was ten times
13 larger for your uncertainty distribution for
14 deposition velocity, holding everything else
15 constant, then you would expect to have a
16 different answer for your cumulative air
17 concentrations; correct?
18 A.    That's correct.
19 Q.    Okay. And do you think that the
20 answers would be related to the adjustment
21 in deposition velocity in a linear fashion
22 such that if you increased the deposition
23 velocity uncertainty distribution by exactly
24 a factor of ten, held everything else

R.L. Goble, Ph.D.                        391

```
 1   constant, that you would result in a
 2   cumulative air concentration exactly a
 3   factor of ten higher?
 4                  MR. AUERBACH:  Form.
 5   A.      According to the numerical procedure
 6   which I used, yes.
 7   Q.      Okay.  Now, I would like to draw
 8   your attention to page 72 of your report.
 9   Let's see if we can't work our way through
10   this.
11                  Now, let me mark as
12   Exhibit 18 this document and ask you if you
13   can identify for the record what that is.
14                  (Exhibit Goble-18 is marked
15   for identification.)
16   A.      This appears to be a printout from
17   the spreadsheet that I used in doing a back
18   calculation of air concentrations for
19   beryllium.
20                  (Exhibit Goble-19 is marked
21   for identification.)
22   Q.      And I'll hand you what I've marked
23   as Exhibit 19 ask if you can identify for
24   the record what that is, sir.
```