Tab 48



# Probabilistic Accident Consequence Uncertainty Analysis

## Dispersion and Deposition Uncertainty Assessment

**Volume 1: Main Report**

A Joint Report Prepared by U.S. Nuclear Regulatory Commission and Commission of European Communities

EXHIBIT
GOBLE-28
JKL 4/30/97

Executive Summary

Table ES-1, were formed to participate in the formal elicitation process.

A brief project description containing the objective of the joint program, the definition of the elicitation variables, and the sample case structure was sent to the selected experts prior to the first expert meeting to familiarize the experts with the project.

### First Expert Meeting

Presentations were delivered to the experts, which provided a review of the project description and objectives, the MACCS and COSYMA codes, and the treatment of the elicited information. In addition, a main focus of this meeting was to hold a probability training session in which the concept of uncertainty and potential pitfalls in preparing subjective assessments were delineated to the experts, followed by practicing exercises. Material for the training exercise was drawn directly from the fields of dispersion and deposition. Another important objective of the first expert meeting was to ensure that all the experts developed their respective uncertainty distributions based on the same basic ground rules and initial and boundary conditions. The full proposed case structure was presented to the experts for discussion and, when necessary, was modified in accordance with the feedback from the experts to ensure all given problem conditions were clear, reasonable, and agreeable to the experts.

### Preparation of the Assessments and Written Rationale

The experts were instructed to use any information source available to assist them in the development of their distributions, such as analytical models, experimental data bases, etc., during the time between the first and second expert meetings. For each of the elicitation variables in the case structure, three percentile values, 5th, 50th, and 95th, from the cumulative distribution functions were requested from each of the experts with assessments of the absolute upper and lower bounds optional. A written rationale was also required from each expert so that the bases of the assessments could be traced.

### Second Expert Meeting

On the first day, the experts presented their approaches and rationales to the project group without any numerical result to avoid biasing other experts. Starting from the second day, individual elicitation sessions were conducted. The composition of the elicitation team was modeled after the team structure implemented in NUREG-1150. Each elicitation team comprised one expert, a probability elicitor (normative analyst) whose main role was to assist the expert in encoding his judgments into consistent uncertainty distributions, and a member of the project staff (substantive assistant) whose main role was to answer any technical question related to the project. Each expert was also provided an evaluation form at the end of the individual elicitation session to rate his experience participating in the project and voice any concerns and suggestions.

### Processing the Elicited Results

Because multiple assessments were elicited without requiring consensus among them, the elicited assessments were aggregated for each elicitation variable. Although many different methods for aggregating expert judgments can be found in the literature, investigating alternative weighting schemes was not the objective of this joint effort. A programmatic decision was therefore made to assign all experts

Table ES-1 Atmospheric dispersion and deposition experts

| Dispersion Experts | Country | Deposition Experts | Country |
|---|---|---|---|
| Pietro Cagnetti | Italy | John Brockmann | U.S.A. |
| Frank Gifford | U.S.A. | Sheldon Friedlander | U.S.A. |
| Paul Gudiksen | U.S.A. | John Garland | U.K. |
| Steve Hanna | U.S.A. | Jozef Pacyna | Norway |
| Jan Kretzschmar | Belgium | Joern Roed | Denmark |
| Klaus Nester | Germany | Richard Scorer | U.K. |
| Shankar Rao | U.S.A. | George Sehmel | U.S.A. |
| Han van Dop | Netherlands | Sean Twomey | U.S.A. |