Tab 49

4/30/1997  Goble, Robert L.

```
 1
 2            UNITED STATES DISTRICT COURT          FOR THE DISTRICT OF COLORADO
 3                      - - -
 4   MERILYN COOK, et al.      : CIVIL ACTION
 5                             :    vs.                    :
 6                             :ROCKWELL INTERNATIONAL     :
 7   CORPORATION, a Delaware   :Corporation               :
 8       and                   :THE DOW CHEMICAL CORPORATION :  NO. 90-K-181
 9                      - - -
10              Wednesday, April 30, 1997
11                      - - -
12
13              Continued deposition of
14   ROBERT L. GOBLE, Ph.D., taken pursuant
15   to notice and held at the law offices of
16   Berger & Montague, P.C. 1622 Locust Street,
17   Philadelphia, Pennsylvania, commencing at
18   9:13 a.m. on the above date, before
19   Janice K. LeGore, a Registered Professional
20   Reporter and Notary Public.
21                      - - -
22   DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
23           Ten Penn Center Plaza      Suite 636 - 1801 Market Street
24       Philadelphia, Pennsylvania 19103          (215) 568-2211
```

249

R.L. Goble, Ph.D. 482

1   well, actually both -- both numbers, the
2   geometric mean and the log -- and the
3   geometric standard deviation were rounded
4   somewhat and in the direction of the --
5   well, they were rounded somewhat. That's
6   close enough.
7   Q.      The numbers that you rounded came
8   from the five meter per second bars for the
9   one micron aerosol portions of these two
10  figures; correct?
11  A.      That's correct.
12  Q.      Now, this was an expert elicitation
13  concerning dispersion and deposition;
14  correct?
15              MR. AUERBACH: Form,
16  foundation.
17  A.      That's -- yes.
18  Q.      And the NRC elicited certain
19  opinions from certain experts that are
20  presented in the three volumes of this
21  report; correct?
22  A.      That's correct.
23  Q.      And you were not one of those
24  experts; correct?

A.254

R.L. Goble, Ph.D.                               483

1   A.    That's correct.

2   Q.    Has anyone ever asked you, as a part

3   of an expert solicitation or elicitation,

4   for your opinions as to what deposition

5   velocity should be used in connection with

6   any situation ever?

7            MR. AUERBACH:  Form.

8   A.    No.

9   Q.    Do you consider yourself to be an

10  expert in deposition velocities?

11  A.    I --

12           MR. AUERBACH:  Form,

13  foundation.

14  A.    I do not consider myself an expert

15  on measuring deposition velocities.  I do

16  consider myself an expert on the use of

17  deposition velocities and the assessment of

18  -- the assessment and interpretation of

19  deposition velocity information.

20  Q.    Have you ever made any measurements

21  to determine the deposition velocities of

22  any materials?

23           MR. AUERBACH:  Form.

24  A.    I have not made deposition velocity

A.255

R.L. Goble, Ph.D.                                    484

1  measurements myself.
2  Q.      Have you ever written any paper that
3  was published in any journal where you set
4  forth the deposition velocities that applied
5  to aerosols?
6              MR. AUERBACH: Form.
7  A.      I'm trying to answer your question.
8  I have -- and I'm not sure I -- I'm not sure
9  I fully understand it.
10 Q.      Let me ask it a different way,
11 then.
12 A.      Okay.
13 Q.      Have you ever published any papers
14 on the appropriate deposition velocities for
15 aerosols?
16             MR. AUERBACH: Form.
17             MR. KURTENBACH: I'll ask it
18 a different way.
19 BY MR. KURTENBACH:
20 Q.      Have you ever published any papers
21 concerning deposition velocities for
22 aerosols?
23             MR. AUERBACH: Same
24 objection.

R.L. Goble, Ph.D.                                                     487

```
 1   are -- are not ones that I remember right at
 2   the moment.  The details of the statistical
 3   treatment of the information elicited from
 4   the different experts are not what I
 5   remember right now, but I'm quite confident
 6   that they're well stated in this
 7   publication.
 8   Q.        If you flip to page ES-2, Executive
 9   Summary 2 of this document, sir, do you see
10   the listing in the table there for
11   deposition experts?
12   A.        I'm sorry.  I'm being slow.  Okay.
13   Q.        Do you see the listing of the
14   deposition experts in table ES-1?
15   A.        Yes.
16   Q.        You haven't talked to any of those
17   people in connection with your work on this
18   case, have you?
19   A.        No, I have not.
20   Q.        Have you ever talked with any of
21   these people ever in your life?
22   A.        The deposition --
23   Q.        The deposition experts.
24   A.        Right.  Not that I recall.
```