Tab 50

# GOBLE REPORT

Table 4.1:   Prescription for the calculation of exposures from releases of plutonium and americium from the 903 pad during the years 1965-70

| Information used | Source of information |
|---|---|
| measurements of plutonium in soil and their uncertainties | Krey and Hardy, Webb,Whicker et al., Poet and Martell, ChemRisk 6, Litaor, RAC task 4, |
| plutonium from fallout | RAC task 4, Krey and Krajewski |
| plutonium isotopic ratios and americium measurements | RAC task 4, Webb96 |
| fraction of deposited plutonium remaining | Webb92, Webb96,Whicker, Little, Smallwood |
| respirable fraction | Volchok et al., RAC 4 |
| deposition velocity and its uncertainty | NUREG/CR-6244 |

**Prescription for making estimate**

Step 1:   estimate concentrations of plutonium (Ci/km2) in sectors 4B, 8B, 12B

Step 2:   assign uncertainties to these estimates - and create log normal distribution representing them

Step 3:   estimate the fraction of plutonium remaining after losses and create triangular distribution reflecting the uncertainty in the estimate

Step 4:   find a ratio expressing the amount of am-241 and Pu-238 as a fraction of Pu 239 + 240 found

Step 5:   estimate the fraction of plutonium deposited resulting from respirable particles at sectors 4, 8, 12 and create a triangular distribution reflecting uncertainty

Step 6:   describe an uncertainty distribution for the deposition velocity for the respirable portion of the plutonium

Step 7:   calculate using Monte Carlo simulation an uncertainty distribution for the cumulative concentration of plutonium in air (in μCi - year/m3) which would have produced the deposits of respirable plutonium