Tab 51

4/30/1997  Goble, Robert L.

```
 1
 2              UNITED STATES DISTRICT COURT         FOR THE DISTRICT OF COLORADO
 3                       - - -
 4   MERILYN COOK, et al.        :  CIVIL ACTION
 5                               :     vs.                         :
 6                               :ROCKWELL INTERNATIONAL           :
 7   CORPORATION, a Delaware     :Corporation                      :
 8        and                    :THE DOW CHEMICAL CORPORATION :   NO. 90-K-181
 9                       - - -
10              Wednesday, April 30, 1997
11                       - - -
12
13              Continued deposition of
14   ROBERT L. GOBLE, Ph.D., taken pursuant
15   to notice and held at the law offices of
16   Berger & Montague, P.C. 1622 Locust Street,
17   Philadelphia, Pennsylvania, commencing at
18   9:13 a.m. on the above date, before
19   Janice K. LeGore, a Registered Professional
20   Reporter and Notary Public.
21                       - - -
22   DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
23             Ten Penn Center Plaza        Suite 636 - 1801 Market Street
24        Philadelphia, Pennsylvania 19103           (215) 568-2211
```

249

1  difficult for a program to calibrate the
2  experts.  But the details of this particular
3  analysis are not something that I have
4  checked.
5  Q.      It's your opinion that indicates the
6  dry deposition values for that parameter are
7  poorly known?
8              MR. AUERBACH:  Form.
9  A.      A better way to say that is that it
10 is my opinion that there is a broad range of
11 uncertainty for the values of that
12 parameter.
13             And I might just add that if
14 you read Appendix A of this report, it's
15 clear that many of the experts on dry
16 deposition gave a very thoughtful analysis
17 going into their values.  It's not the case
18 that only one analysis was any good.
19 Q.     But in the global performance based
20 rating system that was used as a part of
21 this elicitation that you're relying upon as
22 the sole support for your deposition
23 velocity number in your report, seven out of
24 the eight were assigned a weight of zero by

R.L. Goble, Ph.D. 498

1  the people who were doing this elicitation;
2  right?
3              MR. AUERBACH: That would be
4  form.
5  A.    Seven out of the eight were
6  determined to be poorly calibrated,
7  according to the measures given here,
8  whereas I've noted calibration for dry
9  deposition is a difficult -- is a difficult
10 problem and whereas I have noted expert
11 overconfidence -- and that's stated in my
12 report -- is a problem that plagues the
13 field and is why one needs very careful
14 expert elicitation to get reasonable values.
15 Q.    As you sit here today, you could not
16 testify which of the experts' opinions in
17 Volume 2 are the opinions of the person who
18 in Volume 3 is called Expert 2; correct?
19 A.    As I sit here today, I could not so
20 testify, that is correct.
21 Q.    Okay. Now, I want to draw your
22 attention back to Goble Exhibit 9, and
23 that's a document we talked about yesterday;
24 correct?

## 4. Results and Analysis



Figure 4.39 Comparison of 50th percentile dry deposition velocities from the NRC/CEC uncertainty study and past uncertainty studies; values in parentheses represent the wind speed assumed for the variable



Figure 4.40 Comparison of ratios of 95th/5th percentile dry deposition velocities from the NRC/CEC uncertainty study and past uncertainty studies; values in parentheses represent the wind speed assumed for the variable