Tab 52

# Airborne Particle Size Distributions

- Langer measured the activity particle size distribution in 1985
- 3.5% of the airborne activity was associated with particles < 3 μm AED
- 16.4% of the airborne activity was associated with particles 3 - 15 μm AED
- 82.7% of the airborne activity was associated with particles >15 μm AED
    - AED = Aerodynamic Equivalent Diameter
    - AED = $D_p (\rho_s)^{1/2}$ where $D_p$ = physical diameter, $\rho_s$ = particle density (2.5 g cm$^{-3}$)

*RAC*

A. S. Rood    March 1998

A.274