Tab 53

RAC Report No. 8 CDPHE-RFP-1998-FINAL (Rev. 1)

# FINAL REPORT

## Development of the Rocky Flats Plant 903 Area Plutonium Source Term

Task 2: Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals

August 1999

Submitted to the Colorado Department of Public Health and Environment
Disease Control and Environmental Epidemiology Division
Rocky Flats Health Studies
in Partial Fulfillment of Contract No. 100APRCODE 391



"Setting the standard in environmental health"

Radiological Assessments Corporation
417 Till Road, Neeses, SC 29107
Phone 303.536.4893  Fax 303.534 1995

# CHAPTER IV
# ESTIMATION OF RELEASE QUANTITIES

As discussed Chapter III, high alpha activity readings at the S-8 air sampler are correlated with the high wind events at the RFP during the period of interest in 1968 and 1969. Thus, the high activity readings at the S-8 sampler are assumed to be due to the suspension of plutonium-contaminated soil from the 903 Area. In this chapter, we quantify the plutonium activity released from the 903 Area for the 24 highest days measured at the S-8 sampler and those that occurred on a more-or-less continuous basis for the years 1964 through 1969 (referred to as baseline releases). Release estimates are calibrated to measured activity levels in air taken at the S-8 air sampler, accounting for the deficiencies in the air sampler and subsequent sample and data analysis. Release estimates are presented as distributions of possible values that represent the overall precision in the methods used to arrive at the quantities. Release estimates from the 24 highest days are presented first and are followed by the continuous release estimates.

## RELEASE ESTIMATES FOR THE 24 HIGHEST S-8 SAMPLER DAYS

To calculate release quantities for the 24 highest days measured at the S-8 sampler we used daily sampler recording sheets (original, handwritten data) and meteorological data from several recording stations. Meteorological stations providing data included the Jefferson County Airport, portable NCAR stations running at Kent and Table Mesa during the period of interest, and digitized data from Rocky Flats provided in electronic format by the Phase I contractor. These data were used in conjunction with an air dispersion model capable of quantifying the effects of gravitational settling and dry deposition to estimate the quantity of plutonium released from the 903 Area. With this approach, we assumed that all activity detected at the S-8 sampler was due to 903 Area sources. Contributions from routine releases and from resuspension of previously deposited material were not considered. The following sections outline the conceptual and mathematical formulation used to derive release quantities and formulate corrections for the deficiencies in the S-8 air sampler data. The remainder of the chapter describes our treatment of uncertainty, presents the results of this portion of the dose reconstruction study, and discusses the sensitivity of these results to input parameters.

### Conceptual Model and Mathematical Formulation

The airborne concentration of plutonium attached to soil particles at a sampler located $x$, $y$, $z$ from an area source for a time increment where the meteorological conditions are assumed to remain constant can be estimated by

$$C = q T_f \qquad \text{(IV-1)}$$

where $q$ = the source strength (Ci s$^{-1}$) and $T_f$ = the transfer function (s m$^{-3}$). The transfer function describes the diffusion, dilution, and depletion of the airborne mass as it is transported from the source to the sampler, and it is a function of the meteorological modeling parameters,

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

variation in the activity collected. Also, note that the 3-15 μm size range tended to have the lowest fraction of radioactivity.

**Table IV-2. Airborne Activity Particle Size Distribution Measurements from the Field East of the 903 Area at 1 m Above Ground Level**

| Particle size (μm AED) | Percentage of total activity associated with each particle size | | | | |
|---|---|---|---|---|---|
| | Langer (1986)[a] | Langer (1983) | Nathans et al. (1971)[b] | Volchok et al. (1972)[c] | Sehmel and Lloyd (1976)[d] |
| <3 | 3.50 | 1.69 | 13.00 | 0.25 | 43.56 |
| 3–10 | 7.75[a] | 0.00 | 3.20 | --- | 56.44 |
| 10–15 | 7.75[a] | 6.67 | 1.00 | --- | --- |
| >15 | 81.00 | 91.65 | 82.80 | --- | --- |

[a] Particle sizes were reported in only three categories (<3 μm, 3–15 μm, and >15 μm). The 3–15-μm category was split evenly between the 3–10-μm and 10–15-μm categories.
[b] Based on the reported lognormal particle size distribution having a geometric mean of 9.5 μm and geometric standard deviation of 2.05.
[c] Only the respirable fraction was reported (<10 μm AED).
[d] Percentages represent the fraction of activity less that 7 μm that falls within the <3-μm and 3–7-μm category.

Particle size distributions were treated as a stochastic variable in our calculations and are discussed in a later section of this chapter. For deterministic calculations, we used the size fractions derived from Langer (1986) because these measurements were made over 2 years and, therefore, best represent average conditions observed at the RFP. Langer reported particle sizes in three categories (<3 μm, 3–15 μm, and >15 μm). The 3–15-μm category was split evenly between the 3–10-μm and 10–15-μm categories.

The particle size distribution also assumes that the >15-μm size category includes particles up to 30 μm AED. Rocky Flats ambient air samplers that operated during the 1960s and 1970s were very inefficient at collecting particles with diameters greater than >30 μm AED; therefore, releases of particles >30 μm cannot be calibrated using the methodology presented.

The total airborne plutonium concentration ($C_T$) can be described by the sum of the concentrations of each individual particle size class ($C_i$) and is given by

$$C_T = \sum_{i=1}^{n} C_i \qquad (IV\text{-}15)$$

where $n$ = the number of individual particle size classes considered. If we know the fraction of activity in each particle size class, then Equation (IV-15) can be rewritten as

$$C_T = C_T f_1 + C_T f_2 + C_T f_3 \ldots + C_T f_n \qquad (IV\text{-}16)$$