Tab 54

## Exhibit 12



Goble's Estimate of Sector 4B Resp. Plutonium in Air Compared to Measurements Made at Station APC-56 and to Estimates Made with Goble's Program Using a Modified Deposition Velocity

A.275