Tab 55

4/29/1997  Goble, Robert L.

```
1           UNITED STATES DISTRICT COURT        FOR THE DISTRICT OF COLORADO
2      ----------------------------------------------
3    MERILYN COOK, et al.,        :  Civil Action
4                                 :  No. 90-K-181                              :
5                                 :           Plaintiff(s)  :  DEPOSITION OF:
6                                 :          vs.            :  ROBERT L. GOBLE. Ph.D.
7                                 :ROCKWELL INTERNATIONAL   :
8    CORPORATION,                 :a Delaware Corporation   :
9         and                     :THE DOW CHEMICAL COMPANY,:
10   a Delaware Corporation,      :                         :
11                                :                         :
12              Defendant(s)      :
13     ----------------------------------------------
14              Tuesday, April 29, 1997
15     ----------------------------------------------
16   R E P O R T E D   B Y:
17        LOUIS A. MANCHELLO, Certified Shorthand Reporter
18   (License No. X01418) and Notary Public of New Jersey, and
19   Commissioner of Deeds of Pennsylvania, on the above date,
20   commencing at 10:00 a.m., at the law offices of Berger &
21   Montague, 1624 Locust Street, 6th Floor Conference Room,
22   Philadelphia, Pennsylvania  19103.
23
24
```

1

# Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats

Robert Goble, Ph.D

Center for Technology, Environment, and Development
of the George Perkins Marsh Institute
Clark University

November 24, 1996

    must have value to the exposed individuals; otherwise, again, little will be
    accomplished in reducing disease consequences;

  iii) it must be practicable to identify and monitor a substantial portion of the
    affected classes of people. (Goble 1996a)

Furthermore, one must be sure that the program is expected to be more of a benefit than a harm to the affected people. Exposure and dose estimates thus serve the purpose of providing guidance for judging the significance of the exposures and the nature of the harm to be mitigated. They also provide guidance for the practical problem of identifying the people to be covered.

As discussed in section 2, it is important in developing exposure and dose estimates to keep track of both the uncertainty and inter individual variability in the estimates. Uncertainty confronts us with the question are we making overestimates or underestimates of exposures, doses, and the likelihood of disease attributable to them. Variability confronts us with the certainty that some people will have had higher exposures than average, and that some people are particularly likely to have had a disease caused by those exposures (Goble 1996a). In the context of medical monitoring, where at issue is a possible opportunity for preventing serious harm, a precautionary approach to the treatment of both variability and uncertainty is appropriate. That means that one must pay adequate attention to possibilities which are not the most likely ones.

The quantitative representation of variability better describes the group as a whole by giving numerical values for how exposures or doses are distributed among the members. The quantitative representation of uncertainty, in contrast, is a discipline for the analyst to develop a realistic appraisal of the combination of uncertainties and a means for the analyst to communicate the appraisal in unambiguous language. The procedure I follow is that recommended by the NAS committee(National Research Council 1994) chapts 9,10 namely a separate characterization of uncertainty and variability using probability distributions.[15]

The recommendation is to calculate the risk experienced by a person representing a particular percentile of exposure that is deemed of interest. My specific recommendation in

---

[15]The concerns are still linked, in that there will be uncertainty about the extent of variability, however, the approach I take provides a framework for accounting for the linkage explicitly.

23

this setting is that a determination of significant exposure[16] be made for the 95 percentile person in an exposed group; that is, the person who, because of variability in the exposures received by people in the group, had an exposure greater than or equal to the exposure received by 95% of the people in that group.

The recommendation to use the 95 percentile in variability of exposure for assessing whether the exposure to members of a group is of concern is based on: i) considering 5% of the population in various exposure categories to be a substantial number of affected people (which is reasonable given the size of the proposed medical monitoring region); and ii) the observation that for the sorts of variability expected, a substantial portion, 30-40%, of the total exposure will be experienced by this upper 5% group.[17] (Goble 1996a).

Confronting the possibility of overestimates or underestimates of exposure in the context of medical monitoring also requires a precautionary approach. Thus, the initial screening for monitoring should be relatively inclusive and allow for the possibility that exposures may be underestimated if only most likely values were chosen. Needs for follow-up will, however, be determined by medical observations and an individual exposure estimate.

As with variability it is useful to develop a quantitative representation of the precautionary approach to use in interpreting the results of exposure estimates. Again I draw on a risk assessment perspective as a natural way to develop information for risk management. The precautionary approach I recommend here is to use an upper confidence level (ucl) estimate of the extent of injury. One thereby specifies a quantitative estimate of the exposure measure denoting injury such that one is, for instance, 90% or 95% confident that the true value of that measure is lower than the specification. In the past, I have argued that 90% is a suitable upper confidence level for expressing uncertainty in for instance the dose to a highly exposed (95%ile) person[18]. While many risk applications use a nominal 95% level as a definition of "conservative" see chapt 9 in (National Research Council 1994), there is a natural tendency among the scientific community to underestimate uncertainty particularly at

---

[16] By "significant exposure" in this context, I mean an exposure such that a person experiencing it should be included in a medical monitoring program. The selection of a particular level is a matter both of medical science and public values; guidance for such choices can be found in established practice and in attempts to develop scientific consensus on them.

[17] Illustrative values for this calculation can be found in Table 9.4 of the National Academy report "Science and Judgment"(National Research Council 1994), by comparing the mean in the top 5%, $M_{95}$ in the table, to the mean of the distribution. The analysis can also be performed analytically.

[18] That is an estimate of the 95%ile dose such that one is 90% confident that the actual dose to the 95%ile individual does not exceed the estimate.

24