Tab 56



A.286