Tab 57

2/26/1997  Clapp, Richard W.

```
1            UNITED STATES DISTRICT COURT        FOR THE DISTRICT OF COLORADO
2      -------------------------------------------
3   MERILYN COOK, et al.,      : Civil Action
4                              : No. 90-K-181                        :
5                              :          Plaintiff(s)  : DEPOSITION OF:
6                              :        vs.             : RICHARD W. CLAPP
7                              :ROCKWELL INTERNATIONAL  :
8   CORPORATION,               :a Delaware Corporation  :
9         and                  :THE DOW CHEMICAL COMPANY,:
10  a Delaware Corporation,    :                        :
11                             :                        :
12            Defendant(s)     :
13     -------------------------------------------
14            Wednesday, February 26, 1997
15     -------------------------------------------
16  R E P O R T E D   B Y:
17        LOUIS A. MANCHELLO, Certified Shorthand Reporter
18  (License No. X01418) and Notary Public of New Jersey, and
19  Commissioner of Deeds of Pennsylvania, on the above date,
20  commencing at 9:40 a.m., at the law offices of Berger &
21  Montague, 1624 Locust Street, 6th Floor Conference Room,
22  Philadelphia, Pennsylvania  19103.
23
24
```

1

**2/26/1997  Clapp, Richard W.**

1    make the assumption that the previous diagnosis and
2    where they lived at the previous diagnosis was what was
3    operative, and you would not double count them, so to
4    speak.
5    Q.      Do you know whether the Central Colorado
6    Cancer Registry makes any effort to obtain information
7    concerning cancer diagnoses for persons listed in that
8    registry from locations outside of Colorado?
9    A.      No.
10   Q.      Do you have an assumption as to when the
11   maximum releases occurred from the Rocky Flats Plant as
12   you used in your study?
13   A.      Yes.
14   Q.      What is that?
15   A.      The maximum releases were in the '50's,
16   perhaps late '50's and '60's.
17   Q.      What do you base that on?
18   A.      Krey and Hardy.  Numerous other investigators
19   who have looked at this issue.  I think I've listed
20   them all.
21   Q.      Okay.  Isn't it true, sir, that Krey and Hardy
22   concluded that the maximum releases from the Rocky
23   Flats Plant occurred in connection with an event called
24   the 903 Pad Release?