Tab 58

# RADIATION DOSE RECONSTRUCTION for Epidemiologic Uses

Committee on an Assessment of CDC Radiation Studies
Board on Radiation Effects Research
Commission on Life Sciences
National Research Council

NATIONAL ACADEMY PRESS
Washington, D.C. 1995

EPIDEMIOLOGIC CONSIDERATIONS 79

precision in dose estimates and because both the epidemiologic study and the dose reconstruction will require refinements, dosimetry and epidemiologic screening efforts will be most informative if they are done interactively and in parallel. For example, during the scoping phase of the dose reconstruction, epidemiologists could collect information on the population with potential exposures and provide information about the importance of various sources that contributed to the dose.

Acceptance of an epidemiologic study by the public and the scientific community will hinge on the quality of the science and on the perceived thoroughness of the study. These ends will be achieved only if the following general conditions are met.

First, an epidemiologic study must be justified scientifically, and the decision to undertake it should be based on a careful, preliminary scoping study of the site. The scoping study can define, in outline at least, the design, scope, and methods of the epidemiologic study if one is begun.

Second, if a study is justified, it must begin in a timely manner—delaying the epidemiologic investigation could jeopardize its completeness and hence its credibility. If a study cannot be justified, alternative health surveillance strategies that address public concern should be considered. This will usually be the case if a study does not have reasonable statistical power, either to detect effects that are approximately as large as those predicted from high-dose extrapolation or to set useful upper confidence limits if, in fact, there are no statistically demonstrable effects. For instance, developing a cancer registry would permit continued health monitoring of the long-time residents at the site, so as to detect any unusual cancer incidence. Or a screening program could be a useful surveillance mechanism to provide assurance to the target population that its health concerns are being considered.

Third, if the study is to be credible, there must be close interaction between dosimetrists involved in the dose reconstruction and the epidemiologists who will conduct the study. The epidemiologists must understand the details of the dose reconstruction sufficiently well to collect the appropriate information on dietary and lifestyle factors that could contribute to health effects. It is also necessary for statisticians and epidemiologists to work closely with dosimetrists to define the various sources of uncertainty and to help ensure that uncertainties are expressed in a form that will be useful in epidemiologic analyses.

Fourth, the particular health end points to be targeted in an epidemiologic study will be defined primarily by the organ doses that members of the public received (which may vary appreciably when there are radionuclide exposures) and by the radiosensitivity of various organs and tissues. The primary end points will normally be cancer, although in

some circumstances other health end points might be considered (such as adverse reproductive outcomes when pregnant women are exposed).

Fifth, the design of a study and the data needed will depend on the purposes to be served. If an epidemiologic study is conducted, the retrospective cohort or case-control designs are usually the methods of choice. Ecologic (correlational) or cluster studies have large potential for bias and can, therefore, be misleading (Stidley and Samet, 1994). They should be avoided wherever possible. Bias resulting from confounding in epidemiologic studies is especially troublesome in studying small increases in risk, because the magnitude of the bias can exceed the magnitude of the excess risk of interest. Careful attention should be given to ways to control potential biases.

Sixth, the statistical analyses should make optimal use of the available dose information, including uncertainties in the dose estimates. A primary approach to analyzing, reporting, and interpreting results should be specified in advance, to avoid the pitfalls of a posteriori analyses. Similarly, the main health end points to be considered in interpreting the study findings should be specified in advance, to avoid a posteriori "chance" findings; this specification would generally be based on the effects that have been seen in other radiation epidemiology studies.

Finally, as previously noted, studies of exposed populations demand that those populations be involved in their design and implementation. Citizens should be involved in every phase of the scoping and decision-making process and in any studies that are performed. Every effort should be made to communicate scientific issues in a fashion that is understandable to lay audiences. An advisory committee, consisting of citizens and impartial scientists, should be established at the outset and invested with oversight powers. This committee should be maintained throughout the study or surveillance program.

These requirements have led the committee to make the following five recommendations:

**29. Dosimetric and epidemiologic scoping studies around the sites of nuclear facilities or accidents should be considered, although the extent of such studies might vary from one site to another based on preliminary evidence about exposures, population sizes, and public concern. These studies should be performed interactively and in parallel, because both are needed to inform a decision about further study of the site or for establishing priorities among sites.**

**30. Epidemiologic and dosimetric assessments should be closely coordinated. It is important to have epidemiologists involved from the outset of any dose reconstruction activity to ensure that the dosimetric**

Case No. 1:90-cv-00181-JLK   Document 1426-65   filed 08/22/05   USDC Colorado   pg 4 of 4