Tab 59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,

      Plaintiffs,

          v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

      Defendants.

Civil Action No. 90-K-181

AFFIDAVIT OF GEOFFREY R. HOWE, PH.D.

1.  My name is Geoffrey R. Howe

2.  I am a Professor in the Division of Epidemiology of the Joseph L. Mailman School of Public

Health of Columbia University in New York and I am the former Head of the Division.  Prior to my

appointment as Head of the Division in 1995, I had been Director of the National Cancer Institute

of Canada's Epidemiology Unit at the University of Toronto, and had held a Professorship in the

Department of Preventive Medicine and Biostatistics of that University.  I have had extensive

research experience in the epidemiology of radiation-induced cancer and have published a number

of peer-reviewed papers on this subject.  I have also taught courses in epidemiology, and supervised

a number of graduate students at both the Masters and Doctoral levels.  I have been on a number of

advisory committees on radiation and cancer including some of the National Academy of Sciences

Committees on the Biological Effects of Ionizing Radiation.  I am currently a member of the

1

addition, is directly relevant to the biological plausibility of the ecological analyses performed by Dr. Clapp and considered by me in the following section.

### 3. Ecologic Studies

A number of ecologic studies have been conducted in the population living around Rocky Flats including those of Johnson (1981), Chinn (1981), Crump (1984. 1987) and that reported by Dr. Clapp (1996). The conclusions of these reports vary considerably.

As I stated in my first report, ecologic studies have very substantial limitations which mean they cannot be used to make causal inferences. Dr. Clapp makes essentially the same point in his own report. The difficulties of ecologic studies in which exposure and disease are measured at the group level include the possibility of confounding at both the group and individual level (Greenland and Morgenstern 1989 ). In particular, there is no guarantee in an ecologic study that those individuals who have the exposure of interest are indeed the same individuals who are developing the disease. For example, in the correlational studies which have been carried out around Rocky Flats, some of the population who were exposed may well have migrated outside

move-in

12

the area and hence cancer cases amongst them would have been missed; conversely, cancer cases identified in the area could have arisen in individuals who in-migrated to the area when exposures had fallen substantially. Thus severe misclassification of exposure can occur in such exercises.

Another major concern in ecologic studies is the absence of data on such factors as smoking and socioeconomic status. Such factors substantially impact the risk of many cancer, including lung cancer. Without even aggregate level data for smoking, it is almost impossible to interpret results with respect to lung cancer.

*smoking*

Yet another problem with ecologic studies is that of multiple comparisons. This will occur if data are analyzed for many cancers or for multiple sub-groups defined by factors such as gender, age and calendar year. The more such comparisons one makes the more likely one is to generate apparent spurious associations by chance, and the conventional p value can be very misleading in such cases.

*mult comp*

Finally, such studies are completely lacking in adequate power to detect any effect of radiation if the risks of cancer are of the order of magnitude predicted by the risk projection approach described in the previous Section. For example, if we

*power*

13

were to follow two populations for 50 years, one exposed to the
highest estimated doses around Rocky Flats (as in Section 2) and
one population not exposed at all, in order to have 80% power to
detect a difference in lung cancer risk between the two
populations which was statistically significant at the 0.05 one
sided level, one would require 500 million individuals in each
group. Similarly, for bone cancer one would require 100 million
individuals. Clearly, given the reality of the population sizes
available, such comparisons are impossible.

Despite these fundamental limitations in ecologic studies,
such studies may, on occasion, reassure the public that there are
no large differences in risk between exposed and non-exposed
populations; in this sense the word "large" means orders of
magnitude greater than the risk difference which would be
predicted under risk projection models. Scientifically such
studies do not have the power to detect the magnitude of risk
which might sensibly be expected, but can be of benefit in
reassuring the public psychologically. An example of this is the
study by Jablon et al (1991) of leukemia and other cancers around
U.S. nuclear installations which demonstrated that indeed there
were no large risks present around these facilities (Howe 1991).
Scientifically one could have anticipated such a result, but

14