Tab 60

2/26/1997  Clapp, Richard W.

```
1              UNITED STATES DISTRICT COURT           FOR THE DISTRICT OF COLORADO
2         ------------------------------------------
3    MERILYN COOK, et al.,      :  Civil Action
4                               :  No. 90-K-181                    :
5                               :         Plaintiff(s)  :  DEPOSITION OF:
6                               :       vs.             :  RICHARD W. CLAPP
7                               :ROCKWELL INTERNATIONAL :
8    CORPORATION,               :a Delaware Corporation :
9         and                   :THE DOW CHEMICAL COMPANY, :
10   a Delaware Corporation,    :                       :
11                              :                       :
12              Defendant(s)    :
13        ------------------------------------------
14              Wednesday, February 26, 1997
15        ------------------------------------------
16   R E P O R T E D   B Y:
17         LOUIS A. MANCHELLO, Certified Shorthand Reporter
18   (License No. X01418) and Notary Public of New Jersey, and
19   Commissioner of Deeds of Pennsylvania, on the above date,
20   commencing at 9:40 a.m., at the law offices of Berger &
21   Montague, 1624 Locust Street, 6th Floor Conference Room,
22   Philadelphia, Pennsylvania  19103.
23
24
```

1

**2/26/1997  Clapp, Richard W.**

```
1    study is to determine that, the strength of that
2    association.
3    Q.      Now, you would begin an epidemiological study
4    with a hypothesis, correct?
5    A.      Yes.
6    Q.      And how would you define hypothesis?
7    A.      I think in general it's a statement of an
8    assumed association, assumed relationship between, in
9    an epidemiologic study between a group of people who
10   are exposed to some substance or some circumstance and
11   those who are not.  The comparison of the rate of
12   disease in the group that's exposed to that rate and
13   those who are not exposed.
14   Q.      Why don't we take just a minute, and I will
15   open these boxes.
16              (Brief pause.)
17   Q.      There is also a term that's used in
18   epidemiology that's called the null hypothesis,
19   correct?
20   A.      Yes.
21   Q.      Now, that would posit that there is no true
22   association between an agent and an exposure, correct?
23   A.      Yes.
24   Q.      You in performing a study, an epidemiologist
```

7

**2/26/1997  Clapp, Richard W.**

```
 1    would begin by assuming that the relative risk is one,
 2    and then you seek to develop data that would disapprove
 3    that hypothesis, correct?
 4    A.      That's the general approach, yes.
 5    Q.      And that's the approach you used in this case?
 6    A.      Yes.
 7    Q.      There is a concept in epidemiology known as
 8    random error, correct?
 9    A.      Yes.  Not just in epidemiology.
10    Q.      That is when the outcome occurs purely by
11    chance, correct?
12    A.      No, I would say that's a random result.
13    Random error can be due to mismeasurement,
14    misclassification, whole range of things in
15    epidemiologic study.
16    Q.      Would you say it's a true statement that a
17    random error occurs where the outcome of the study
18    occurs purely by chance?
19    A.      As you phrase that question, yes, the answer
20    is yes.
21    Q.      A good example of a random error would be a
22    fair coin that's tossed and yields five heads out of
23    five tosses, correct?
24    A.      Could you say that question again?
```

8

2/26/1997  Clapp, Richard W.

1   A.     Correct.

2   Q.     Okay.  Now, so you weren't using these amounts
3   of plutonium in the soil as some sort of indicator of
4   the level of exposure to the people who lived in Zip
5   Codes 5 or 21, correct?

6   A.     Only in the -- an indicator, yes, I was, in
7   the sense they were more likely exposed than people who
8   lived further away.  The exact amount, whether it's
9   .01, .06, whatever, you know, numbers of curies per
10  square kilometer was not relevant to my analysis.

11  Q.     Did you ever do your analysis excluding the
12  people who live in Zip Codes 5 and 21?

13  A.     No.

14  Q.     Now, is it true that your assumption, then,
15  was that because they lived closer to Rocky Flats they
16  were exposed to more plutonium?

17  A.     Yes.

18  Q.     Okay.  That's as far as your assumption went?

19  A.     Yes.  The specific amounts and whether they
20  were exposed to other things in any specific amount was
21  not part of my analysis.

22  Q.     Now, a linchpin of your analysis was that you
23  used residence at the time of diagnosis, correct?

24  A.     Yes.

2/26/1997  Clapp, Richard W.

1  Q.     And you did not use residence at any other
2  time, correct?
3  A.     Correct.
4  Q.     What efforts did you make to ascertain the
5  length of residence of the people who lived in any
6  particular Zip Code at the time of diagnosis?
7  A.     None.
8  Q.     So as far as your study goes you have no idea
9  whether the people who actually obtained any of the
10 cancers that you identified in your study lived for
11 more than a day in the Zip Code in which they did
12 reside at the time they were diagnosed?
13 A.     That's correct.
14 Q.     All right.  Now, did you make any assumption
15 with respect to how long people had lived in the Zip
16 Codes in which they resided at the time of their
17 diagnosis in your analysis?
18 A.     No.
19 Q.     Is it true that there are individuals who may
20 have contracted lung cancer prior to the time that they
21 moved in to one of the Zip Codes you used in your
22 analysis, and only after they moved in were diagnosed
23 for the first time with that lung cancer?
24 A.     I don't know.

**2/26/1997  Clapp, Richard W.**

1   Q.      Have you made any effort to determine that?

2   A.      No.

3   Q.      Do you know whether the Colorado Cancer
4   Registry has made any effort to determine whether
5   individuals who live in Colorado and were diagnosed in
6   Colorado with cancer had previously been diagnosed with
7   cancer in some other location?

8   A.      I don't know.

9   Q.      Do you have any assumption in that regard that
10  plays into your study?

11  A.      Yes.

12  Q.      What is the assumption?

13  A.      The assumption is that the Colorado Central
14  Cancer Registry uses the same conventions in this
15  regard that every other central cancer registry in this
16  country, including the one I used to direct, has, and
17  that is that you take as the date of diagnosis of a
18  particular cancer the date on which the pathology
19  report says that that's what the patient had.  And if
20  they had been previously diagnosed with a pathology
21  report saying that they had a malignancy before they
22  moved into these Zip Codes, and then you later got
23  information while they were living in this Zip Code
24  that they got some, got the same diagnosis, you would

2/26/1997  Clapp, Richard W.

```
 1    adjust observed disease rates for potential confounding
 2    by tobacco use has limited the interpretation of the
 3    respiratory cancer findings," correct?
 4    A.     Yes.
 5    Q.     And that is your opinion with respect to those
 6    studies that are contained within the first, or that
 7    are listed in the first sentence of paragraph 3,
 8    correct?
 9    A.     Yes.
10    Q.     And then you indicate, "Furthermore, lack of
11    information on other potential confounding factors such
12    as medical history, occupational history, duration of
13    residence and related information limits the degree to
14    which causal inferences can be drawn from the studies
15    to date," correct?
16    A.     Yes.
17    Q.     And that is your opinion, correct?
18    A.     Yes.
19    Q.     And have you done anything to take into
20    account medical history in your study?
21    A.     No.
22    Q.     Have you done anything to take into account
23    the medical history of any of the individuals whose
24    diseases you considered in your study?
```

118

2/26/1997 Clapp, Richard W.

```
1    A.    Same answer, no.
2    Q.    Same question with respect to occupational
3    history, have you taken that into account in your
4    study?
5    A.    No.
6    Q.    Duration of residence, have you taken that
7    into account in your study?
8    A.    No.
9    Q.    And then when you indicate in this sentence
10   "related information," what are you referring to there?
11   A.    It can be duration and location of residence
12   or duration and location of daytime jobs in relation to
13   the Rocky Flats Plant, which might be different from
14   the duration of residence.
15   Q.    We talked very briefly about that before, but
16   let's probe that with a little more specificity now.
17         You used time of diagnosis in your study,
18   correct?
19   A.    Yes.
20   Q.    And time of diagnosis is not the same thing as
21   the time when the disease occurred or started in the
22   person necessarily, correct?
23   A.    Correct.
24   Q.    The lung cancer could have developed long
```

119

2/26/1997  Clapp, Richard W.

1   before it was actually diagnosed, correct?

2   A.   What do you mean by long before?

3   Q.   Strike it.

4        Lung cancer could have developed before it
5   was actually diagnosed, correct?

6   A.   Yes.

7   Q.   In fact, it necessarily did, correct?

8   A.   Yes.

9   Q.   And you've done nothing in your study to
10  determine the length of time before any particular
11  diagnosis of cancer, lung or otherwise, and the onset
12  of that disease in a particular person, correct?

13  A.   Correct, nor would anyone else doing a study
14  such as this.  It's something that you are asking for
15  as an impossibility.

16  Q.   Now, going back to the sentence in paragraph
17  12 of your report, the second sentence, you indicate,
18  "No study done up to this point has adequately
19  controlled for the potential confounding effects of
20  tobacco use on the association between Rocky Flats
21  emissions and respiratory cancer in the study
22  population," correct?

23  A.   That's what the sentence says, yes.

24  Q.   And your study does not adequately control for

120

2/26/1997  Clapp, Richard W.

1   the potential confounding effects of tobacco use on the
2   association between Rocky Flats emissions and
3   respiratory cancer in the study population, correct?
4   A.      Correct.
5   Q.      Okay.  Now, with respect to lung cancer you
6   actually found statistically-significant deficits of
7   lung cancer among the people who you studied who lived
8   in the inner contours, correct?
9           MR. AUERBACH:  Do you want to direct his
10          attention to a particular part of the report?
11  BY MR. KURTENBACH:
12  Q.      Well, do you know the answer to that?
13  A.      The answer is yes.  I'm trying to determine in
14  what time frame and in which gender that was the case.
15  Q.      Okay.  We can go through that now.  Let's just
16  lay a little bit of foundation for what we are looking
17  at.  We are looking at the six pages that follow the
18  title page in Appendix 2 of your report, correct?
19  A.      Yes.
20  Q.      And these lay out the different results that
21  you achieved or that you obtained when you did your
22  analysis for lung cancer, correct?
23  A.      Yes.
24  Q.      And they are divided among three different

2/26/1997 Clapp, Richard W.

1  his report I could, but I'm not going to do it off the
2  top of my head.
3        He describes uncertainties in all of these
4  analyses, including I'm sure the beryllium analysis. I
5  think that's a rigorous approach, actually, to be
6  honest about uncertainties.
7  Q.     I'm talking about the specific approach that
8  Dr. Goble used in estimating exposures to beryllium.
9  A.     Okay.
10 Q.     You would consider that to be a rigorous
11 scientific analysis based upon your review of it?
12 A.     As I sit here today, yes, and I would give you
13 specifics if I were to go back and reread that section
14 of his report. I'm not going to do that.
15 Q.     Now, in your study, in fact, there is no
16 guarantee that the individuals who have the exposure of
17 interest are the same individuals who are developing
18 the disease, correct?
19 A.     For the -- well, yes.
20 Q.     As a result, severe misclassification of
21 exposure can occur, correct?
22       MR. AUERBACH: Object to the form of the
23       question.
24 A.     In my analysis the exposure is determined by

239