Tab 61

### Report of Dr. Richard W. Clapp

1. My name is Richard W. Clapp and I am a resident of Boston, MA. Attorneys for the plaintiffs in Cook v. Rockwell requested that I review the epidemiologic evidence of health effects in residents near the Rocky Flats plant in Jefferson County, Colorado. In addition, I was asked to assess recent cancer incidence information in relation to estimated plutonium levels in soil in various Zip Code areas within Jefferson County for the years 1979-1992.

I am an epidemiologist with a Master of Public Health degree from the Harvard School of Public Health and a Doctor of Science degree from the Boston University School of Public Health. I am currently Associate Professor in the Department of Environmental Health at Boston University School of Public Health. I also work as a consultant at JSI Research and Training Institute in the Center for Environmental Health Studies in Boston. During the years 1980 to 1989, I was Director of the Massachusetts Cancer Registry in the Massachusetts Department of Public Health. I am a member of several professional organizations and have published studies on cancer and other diseases in peer-reviewed scientific journals. I also teach courses in environmental epidemiology and advise graduate students who are doing research on the health effects of emissions from U.S. nuclear facilities. The research on health effects of U.S. nuclear facilities is supported by a Co-operative Agreement with the Agency for Toxic Substances and Disease Registry (ATSDR) and includes assessment of investigations of thyroid cancer and thyroid disease in Los Alamos County, New Mexico. In the years 1979-1980, I was part of a team that investigated the epidemiologic feasibility of conducting research on the health effects of low-dose radiation exposure in U.S. nuclear facilities. As part of this work, I visited Los Alamos National Laboratory, several nuclear power facilities, and other workplaces where there

**Appendix 2**

Summary Tables of Risk Estimates

for Lung Cancer in the Rocky Flats Area Using

Different Scenarios of Comparison

(1) This scenario uses the inner 2 contours as the target group and all other zips as the reference group.
    - the "extra" zip codes are added to the reference group

## 79-83

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | Outer |

| Male | | Female | |
|---|---|---|---|
| COR | 1.14 | COR | 0.66 |
| aOR | 1.12 (0.89-1.42) | aOR | 0.64 (0.45-0.91) |

### Inner

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 3 | 78 | 3 | 230 |
| 45-64 | 68 | 233 | 22 | 341 |
| 65-74 | 40 | 185 | 14 | 167 |
| 75-84 | 16 | 117 | 3 | 112 |
| 85+ | 5 | 35 | 2 | 61 |
| Total | 132 | 648 | 44 | 911 |

### Outer

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 8 | 223 | 8 | 520 |
| 45-64 | 125 | 508 | 68 | 709 |
| 65-74 | 74 | 377 | 32 | 299 |
| 75-84 | 40 | 245 | 17 | 193 |
| 85+ | 3 | 50 | 6 | 78 |
| Total | 250 | 1403 | 131 | 1799 |

## 84-88

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | Outer |

| Male | | Female | |
|---|---|---|---|
| COR | 0.91 | COR | 1.04 |
| aOR | 0.93 (0.74-1.16) | aOR | 0.94 (0.72-1.23) |

### Inner

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 4 | 129 | 3 | 250 |
| 45-64 | 56 | 264 | 39 | 405 |
| 65-74 | 49 | 277 | 31 | 272 |
| 75-84 | 14 | 155 | 11 | 140 |
| 85+ | 6 | 39 | 1 | 64 |
| Total | 129 | 864 | 85 | 1131 |

### Outer

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 8 | 239 | 6 | 720 |
| 45-64 | 132 | 648 | 76 | 898 |
| 65-74 | 102 | 522 | 67 | 479 |
| 75-84 | 47 | 318 | 26 | 271 |
| 85+ | 8 | 81 | 6 | 137 |
| Total | 297 | 1808 | 181 | 2505 |

(1) This scenario uses the Inner 2 contours as the target group and all other zips as the reference group.
   - the "extra" zip codes are added to the reference group

## 89-92

**Scenario**

| | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Outer |
| ? | Outer |
| Extra | Outer |

| Male | | Female | |
|---|---|---|---|
| CCR | 1.10 | CCR | 1.33 |
| aCR | 1.09 (0.88-1.36) | aCR | 1.27 (0.98-1.64) |

**Inner**

| Male | Lung | Non | Female | Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 5 | 101 | 0-44 | 4 | 259 |
| 45-64 | 51 | 289 | 45-64 | 40 | 378 |
| 65-74 | 43 | 329 | 65-74 | 43 | 243 |
| 75-84 | 40 | 191 | 75-84 | 23 | 183 |
| 85+ | 7 | 51 | 85+ | 1 | 78 |
| Total | 146 | 961 | Total | 111 | 1141 |

**Outer**

| Male | Lung | Non | Female | Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 9 | 246 | 0-44 | 8 | 570 |
| 45-64 | 103 | 671 | 45-64 | 61 | 753 |
| 65-74 | 110 | 714 | 65-74 | 54 | 402 |
| 75-84 | 59 | 383 | 75-84 | 31 | 318 |
| 85+ | 11 | 107 | 85+ | 4 | 120 |
| Total | 292 | 2121 | Total | 158 | 2163 |

## 79-92

**Scenario**

| | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | Outer |

| Male | | Female | |
|---|---|---|---|
| CCR | 1.05 | CCR | 1.04 |
| aCR | 1.05 (0.92-1.19) | aCR | 0.98 (0.83-1.15) |

**Inner**

| Male | Lung | Non | Female | Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 12 | 308 | 0-44 | 10 | 739 |
| 45-64 | 175 | 786 | 45-64 | 101 | 1124 |
| 65-74 | 132 | 791 | 65-74 | 88 | 682 |
| 75-84 | 70 | 463 | 75-84 | 37 | 435 |
| 85+ | 18 | 125 | 85+ | 4 | 203 |
| Total | 407 | 2473 | Total | 240 | 3183 |

**Outer**

| Male | Lung | Non | Female | Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 25 | 708 | 0-44 | 22 | 1810 |
| 45-64 | 360 | 1827 | 45-64 | 205 | 2360 |
| 65-74 | 286 | 1613 | 65-74 | 153 | 1180 |
| 75-84 | 146 | 946 | 75-84 | 74 | 782 |
| 85+ | 22 | 238 | 85+ | 16 | 335 |
| Total | 839 | 5332 | Total | 470 | 6467 |

(2) This scenario uses the Inner 2 contours as the target group and all other contours as the reference group.
   - the "extra" zip codes are excluded from analysis

## 79-83

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | |
|---|---|
| cOR | 1.11 |
| aOR | 1.10 (0.87-1.39) |

| Female | |
|---|---|
| cOR | 0.66 |
| aOR | 0.63 (0.44-0.90) |

### Inner

| Male | Lung | Non |
|---|---|---|
| 0-44 | 3 | 78 |
| 45-64 | 68 | 233 |
| 65-74 | 40 | 185 |
| 75-84 | 16 | 117 |
| 85+ | 5 | 35 |
| Total | 132 | 648 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 3 | 230 |
| 45-64 | 22 | 341 |
| 65-74 | 14 | 167 |
| 75-84 | 3 | 112 |
| 85+ | 2 | 61 |
| Total | 44 | 911 |

### Outer

| Male | Lung | Non |
|---|---|---|
| 0-44 | 8 | 207 |
| 45-64 | 124 | 497 |
| 65-74 | 70 | 352 |
| 75-84 | 38 | 227 |
| 85+ | 3 | 46 |
| Total | 243 | 1329 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 7 | 506 |
| 45-64 | 65 | 681 |
| 65-74 | 32 | 280 |
| 75-84 | 16 | 183 |
| 85+ | 6 | 73 |
| Total | 126 | 1723 |

## 84-88

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | |
|---|---|
| cOR | 0.89 |
| aOR | 0.91 (0.73-1.14) |

| Female | |
|---|---|
| cOR | 1.07 |
| aOR | 0.96 (0.73-1.27) |

### Inner

| Male | Lung | Non |
|---|---|---|
| 0-44 | 4 | 128 |
| 45-64 | 56 | 264 |
| 65-74 | 49 | 277 |
| 75-84 | 14 | 155 |
| 85+ | 6 | 39 |
| Total | 129 | 864 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 3 | 260 |
| 45-64 | 39 | 405 |
| 65-74 | 31 | 272 |
| 75-84 | 11 | 140 |
| 85+ | 1 | 64 |
| Total | 85 | 1131 |

### Outer

| Male | Lung | Non |
|---|---|---|
| 0-44 | 8 | 234 |
| 45-64 | 128 | 617 |
| 65-74 | 97 | 495 |
| 75-84 | 45 | 294 |
| 85+ | 8 | 73 |
| Total | 286 | 1713 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 6 | 694 |
| 45-64 | 74 | 870 |
| 65-74 | 60 | 455 |
| 75-84 | 24 | 262 |
| 85+ | 6 | 132 |
| Total | 170 | 2413 |

(2) This scenario uses the Inner 2 contours as the target group and all other contours as the reference group.
- the "extra" zip codes are excluded from analysis

## 89-92

Scenario
Outer 1 cntr as reference? N
Inner 2 cntrs as target? Y
Unknown = Outer? Y
Exclude extra? Y
(Y, I, O)

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| | Extra |

Female
CCR 1.35
aOR 1.29 (0.99-1.67)

Male
CCR 1.10
aOR 1.09 (0.88-1.35)

### Inner

| Male | Lung | Non |
|---|---|---|
| 0-44 | 5 | 101 |
| 45-64 | 51 | 289 |
| 65-74 | 43 | 329 |
| 75-84 | 40 | 191 |
| 85+ | 7 | 51 |
| Total | 146 | 961 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 4 | 259 |
| 45-64 | 40 | 378 |
| 65-74 | 43 | 243 |
| 75-84 | 23 | 183 |
| 85+ | 1 | 78 |
| Total | 111 | 1141 |

### Outer

| Male | Lung | Non |
|---|---|---|
| 0-44 | 9 | 232 |
| 45-64 | 100 | 641 |
| 65-74 | 105 | 685 |
| 75-84 | 55 | 362 |
| 85+ | 11 | 104 |
| Total | 280 | 2024 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 8 | 538 |
| 45-64 | 57 | 722 |
| 65-74 | 51 | 382 |
| 75-84 | 28 | 300 |
| 85+ | 4 | 111 |
| Total | 148 | 2053 |

## 79-92

Scenario
Outer 1 cntr as reference? N
Inner 2 cntrs as target? Y
Unknown = Outer? Y
Exclude extra? Y
(Y, I, O)

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| | Extra |

Female
CCR 1.05
aOR 0.99 ( 0.84-1.16)

Male
CCR 1.03
aOR 1.03 (0.91-1.18)

### Inner

| Male | Lung | Non |
|---|---|---|
| 0-44 | 12 | 308 |
| 45-64 | 175 | 786 |
| 65-74 | 132 | 791 |
| 75-84 | 70 | 463 |
| 85+ | 18 | 125 |
| Total | 407 | 2473 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 10 | 739 |
| 45-64 | 101 | 1124 |
| 65-74 | 88 | 682 |
| 75-84 | 37 | 435 |
| 85+ | 4 | 203 |
| Total | 240 | 3183 |

### Outer

| Male | Lung | Non |
|---|---|---|
| 0-44 | 25 | 673 |
| 45-64 | 352 | 1755 |
| 65-74 | 272 | 1532 |
| 75-84 | 138 | 883 |
| 85+ | 22 | 223 |
| Total | 809 | 5066 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 21 | 1738 |
| 45-64 | 196 | 2273 |
| 65-74 | 143 | 1117 |
| 75-84 | 68 | 745 |
| 85+ | 16 | 316 |
| Total | 444 | 6189 |

(3) This scenario uses the inner 2 contours as the target group and the outer contour and beyond as the reference group.
   - the "extra" zip codes are excluded from analysis

## 79-83

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | Y |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | |
|---|---|
| CCR | 1.09 |
| aCCR | 1.05 (0.80-1.39) |

| Female | |
|---|---|
| CCR | 0.93 |
| aCCR | 0.86 (0.56-1.34) |

## 84-88

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | Y |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | |
|---|---|
| CCR | 0.90 |
| aCCR | 0.89 (0.69-1.16) |

| Female | |
|---|---|
| CCR | 1.20 |
| aCCR | 1.02 (0.73-1.41) |

## Inner

**79-83**

| Male | Lung | Non |
|---|---|---|
| 0-44 | 3 | 78 |
| 45-64 | 68 | 233 |
| 65-74 | 40 | 185 |
| 75-84 | 16 | 117 |
| 85+ | 5 | 35 |
| Total | 132 | 648 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 3 | 230 |
| 45-64 | 22 | 341 |
| 65-74 | 14 | 167 |
| 75-84 | 3 | 112 |
| 85+ | 2 | 61 |
| Total | 44 | 911 |

**84-88**

| Male | Lung | Non |
|---|---|---|
| 0-44 | 4 | 129 |
| 45-64 | 56 | 264 |
| 65-74 | 49 | 277 |
| 75-84 | 14 | 155 |
| 85+ | 6 | 39 |
| Total | 129 | 864 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 3 | 250 |
| 45-64 | 39 | 405 |
| 65-74 | 31 | 272 |
| 75-84 | 11 | 140 |
| 85+ | 1 | 64 |
| Total | 85 | 1131 |

## Outer

**79-83**

| Male | Lung | Non |
|---|---|---|
| 0-44 | 6 | 115 |
| 45-64 | 65 | 240 |
| 65-74 | 33 | 142 |
| 75-84 | 15 | 114 |
| 85+ | 0 | 23 |
| Total | 119 | 634 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 4 | 295 |
| 45-64 | 25 | 349 |
| 65-74 | 9 | 115 |
| 75-84 | 6 | 65 |
| 85+ | 0 | 23 |
| Total | 44 | 847 |

**84-88**

| Male | Lung | Non |
|---|---|---|
| 0-44 | 3 | 143 |
| 45-64 | 73 | 343 |
| 65-74 | 42 | 212 |
| 75-84 | 20 | 110 |
| 85+ | 2 | 32 |
| Total | 140 | 840 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 4 | 447 |
| 45-64 | 42 | 464 |
| 65-74 | 20 | 209 |
| 75-84 | 12 | 97 |
| 85+ | -1 | 46 |
| Total | 79 | 1263 |

(3) This scenario uses the Inner 2 contours as the target group and the outer contour and beyond as the reference group.
- the "extra" zip codes are excluded from analysis

## 89-92

Scenario
Outer 1 cntr as reference? Y
Inner 2 cntrs as target? Y
Unknown = Outer? Y
Exclude extra? Y
(Y, I, O)

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| | Male | | Female | |
|---|---|---|---|---|
| CCR | 1.29 | | 1.51 | |
| aOR | 1.23 (0.95-1.59) | | 1.29 (0.94-1.77) | |

### Inner

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 5 | 101 | | 4 | 259 |
| 45-64 | 51 | 289 | | 40 | 378 |
| 65-74 | 43 | 329 | | 43 | 243 |
| 75-84 | 40 | 191 | | 23 | 183 |
| 85+ | 7 | 51 | | 1 | 78 |
| Total | 146 | 961 | | 111 | 1141 |

### Outer

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 7 | 180 | | 7 | 306 |
| 45-64 | 60 | 416 | | 29 | 448 |
| 65-74 | 41 | 326 | | 22 | 179 |
| 75-84 | 28 | 161 | | 16 | 134 |
| 85+ | 3 | 30 | | 3 | 37 |
| Total | 129 | 1093 | | 75 | 1162 |

## 79-92

Scenario
Outer 1 cntr as reference? Y
Inner 2 cntrs as target? Y
Unknown = Outer? Y
Exclude extra? Y
(Y, I, O)

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| | Male | | Female | |
|---|---|---|---|---|
| CCR | 1.09 | | 1.25 | |
| aOR | 1.08 (0.93-1.26) | | 1.09 (0.89-1.33) | |

### Inner

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 12 | 308 | | 10 | 739 |
| 45-64 | 175 | 786 | | 101 | 1124 |
| 65-74 | 132 | 791 | | 88 | 682 |
| 75-84 | 70 | 463 | | 37 | 435 |
| 85+ | 18 | 125 | | 4 | 203 |
| Total | 407 | 2473 | | 240 | 3183 |

### Outer

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 8 | 418 | | 8 | 1108 |
| 45-64 | 188 | 999 | | 96 | 1259 |
| 65-74 | 116 | 680 | | 51 | 503 |
| 75-84 | 63 | 385 | | 34 | 296 |
| 85+ | 5 | 85 | | 4 | 106 |
| Total | 388 | 2567 | | 198 | 3272 |

(1) This scenario uses the inner 2 contours as the target group and all other zips as the reference group.
- the "extra" zip codes are added to the reference group

## 79-83

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | Outer |

| Male | |
|---|---|
| COR | 1.14 |
| aOR | 1.12 (0.89-1.42) |

| Female | |
|---|---|
| COR | 0.66 |
| aOR | 0.64 (0.45-0.91) |

## 84-88

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | Outer |

| Male | |
|---|---|
| COR | 0.91 |
| aOR | 0.93 (0.74-1.16) |

| Female | |
|---|---|
| COR | 1.04 |
| aOR | 0.94 (0.72-1.23) |

### Inner

**79-83**

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 3 | 78 | 0-44 | 3 | 230 |
| 45-64 | 68 | 233 | 45-64 | 22 | 341 |
| 65-74 | 40 | 185 | 65-74 | 14 | 167 |
| 75-84 | 16 | 117 | 75-84 | 3 | 112 |
| 85+ | 5 | 35 | 85+ | 2 | 61 |
| Total | 132 | 648 | Total | 44 | 911 |

**84-88**

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 4 | 129 | 0-44 | 3 | 250 |
| 45-64 | 56 | 264 | 45-64 | 39 | 405 |
| 65-74 | 49 | 277 | 65-74 | 31 | 272 |
| 75-84 | 14 | 155 | 75-84 | 11 | 140 |
| 85+ | 6 | 39 | 85+ | 1 | 64 |
| Total | 129 | 864 | Total | 85 | 1131 |

### Outer

**79-83**

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 8 | 223 | 0-44 | 8 | 520 |
| 45-64 | 125 | 508 | 45-64 | 68 | 709 |
| 65-74 | 74 | 377 | 65-74 | 32 | 299 |
| 75-84 | 40 | 245 | 75-84 | 17 | 193 |
| 85+ | 3 | 50 | 85+ | 6 | 78 |
| Total | 250 | 1403 | Total | 131 | 1799 |

**84-88**

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 8 | 239 | 0-44 | 6 | 720 |
| 45-64 | 132 | 648 | 45-64 | 76 | 898 |
| 65-74 | 102 | 522 | 65-74 | 67 | 479 |
| 75-84 | 47 | 318 | 75-84 | 26 | 271 |
| 85+ | 8 | 81 | 85+ | 6 | 137 |
| Total | 297 | 1808 | Total | 181 | 2505 |

(1) This scenario uses the Inner 2 contours as the target group and all other zips as the reference group.
 - the "extra" zip codes are added to the reference group

## 89-92

**Scenario**

| | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | Outer |

| Male | | Female | |
|---|---|---|---|
| cOR | 1.10 | cOR | 1.33 |
| aOR | 1.09 (0.88-1.36) | aOR | 1.27 (0.98-1.64) |

**Inner**

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 5 | 101 | 4 | 259 |
| 45-64 | 51 | 289 | 40 | 378 |
| 65-74 | 43 | 329 | 43 | 243 |
| 75-84 | 40 | 191 | 23 | 183 |
| 85+ | 7 | 51 | 1 | 78 |
| Total | 146 | 961 | 111 | 1141 |

**Outer**

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 9 | 246 | 8 | 570 |
| 45-64 | 103 | 671 | 61 | 753 |
| 65-74 | 110 | 714 | 54 | 402 |
| 75-84 | 59 | 383 | 31 | 318 |
| 85+ | 11 | 107 | 4 | 120 |
| Total | 292 | 2121 | 158 | 2163 |

## 79-92

**Scenario**

| | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | O |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | Outer |

| Male | | Female | |
|---|---|---|---|
| cOR | 1.05 | cOR | 1.04 |
| aOR | 1.05 (0.92-1.19) | aOR | 0.98 (0.83-1.15) |

**Inner**

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 12 | 308 | 10 | 739 |
| 45-64 | 175 | 786 | 101 | 1124 |
| 65-74 | 132 | 791 | 88 | 682 |
| 75-84 | 70 | 463 | 37 | 435 |
| 85+ | 18 | 125 | 4 | 203 |
| Total | 407 | 2473 | 240 | 3183 |

**Outer**

| | Male | | Female | |
|---|---|---|---|---|
| | Lung | Non | Lung | Non |
| 0-44 | 25 | 708 | 22 | 1810 |
| 45-64 | 360 | 1827 | 205 | 2360 |
| 65-74 | 286 | 1613 | 153 | 1180 |
| 75-84 | 146 | 946 | 74 | 782 |
| 85+ | 22 | 238 | 16 | 335 |
| Total | 839 | 5332 | 470 | 6467 |

(2) This scenario uses the inner 2 contours as the target group and all other contours as the reference group.
   - the "extra" zip codes are excluded from analysis

## 79-83

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | |
|---|---|
| CCR | 1.11 |
| aCCR | 1.10 (0.87-1.39) |

| Female | |
|---|---|
| CCR | 0.66 |
| aCCR | 0.63 (0.44-0.90) |

### Inner

| Male | Lung | Non |
|---|---|---|
| 0-44 | 3 | 78 |
| 45-64 | 68 | 233 |
| 65-74 | 40 | 185 |
| 75-84 | 16 | 117 |
| 85+ | 5 | 35 |
| Total | 132 | 648 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 3 | 230 |
| 45-64 | 22 | 341 |
| 65-74 | 14 | 167 |
| 75-84 | 2 | 112 |
| 85+ | 3 | 61 |
| Total | 44 | 911 |

### Outer

| Male | Lung | Non |
|---|---|---|
| 0-44 | 8 | 207 |
| 45-64 | 124 | 497 |
| 65-74 | 70 | 352 |
| 75-84 | 38 | 227 |
| 85+ | 3 | 46 |
| Total | 243 | 1329 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 7 | 506 |
| 45-64 | 65 | 681 |
| 65-74 | 32 | 280 |
| 75-84 | 16 | 183 |
| 85+ | 6 | 73 |
| Total | 126 | 1723 |

## 84-88

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | |
|---|---|
| CCR | 0.89 |
| aCCR | 0.91 (0.73-1.14) |

| Female | |
|---|---|
| CCR | 1.07 |
| aCCR | 0.96 (0.73-1.27) |

### Inner

| Male | Lung | Non |
|---|---|---|
| 0-44 | 4 | 129 |
| 45-64 | 56 | 264 |
| 65-74 | 49 | 277 |
| 75-84 | 14 | 155 |
| 85+ | 6 | 39 |
| Total | 129 | 864 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 3 | 250 |
| 45-64 | 39 | 405 |
| 65-74 | 31 | 272 |
| 75-84 | 11 | 140 |
| 85+ | 1 | 64 |
| Total | 85 | 1131 |

### Outer

| Male | Lung | Non |
|---|---|---|
| 0-44 | 8 | 234 |
| 45-64 | 128 | 617 |
| 65-74 | 97 | 495 |
| 75-84 | 45 | 294 |
| 85+ | 8 | 73 |
| Total | 286 | 1713 |

| Female | Lung | Non |
|---|---|---|
| 0-44 | 6 | 694 |
| 45-64 | 74 | 870 |
| 65-74 | 60 | 455 |
| 75-84 | 24 | 262 |
| 85+ | 6 | 132 |
| Total | 170 | 2413 |

(2) This scenario uses the inner 2 contours as the target group and all other contours as the reference group.
  - the "extra" zip codes are excluded from analysis

## 89-92

**Scenario**

| | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | | Female | |
|---|---|---|---|
| CCR | 1.10 | CCR | 1.35 |
| aCCR | 1.09 (0.88-1.35) | aCCR | 1.29 (0.99-1.67) |

### Inner

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 5 | 101 | 0-44 | 4 | 259 |
| 45-64 | 51 | 289 | 45-64 | 40 | 378 |
| 65-74 | 43 | 329 | 65-74 | 43 | 243 |
| 75-84 | 40 | 191 | 75-84 | 23 | 183 |
| 85+ | 7 | 51 | 85+ | 1 | 78 |
| Total | 146 | 961 | Total | 111 | 1141 |

### Outer

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 9 | 232 | 0-44 | 8 | 538 |
| 45-64 | 100 | 641 | 45-64 | 57 | 722 |
| 65-74 | 105 | 685 | 65-74 | 51 | 382 |
| 75-84 | 55 | 362 | 75-84 | 28 | 300 |
| 85+ | 11 | 104 | 85+ | 4 | 111 |
| Total | 280 | 2024 | Total | 148 | 2053 |

## 79-92

**Scenario**

| | |
|---|---|
| Outer 1 cntr as reference? | N |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | Outer |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| Extra | |

| Male | | Female | |
|---|---|---|---|
| CCR | 1.03 | CCR | 1.05 |
| aCCR | 1.03 (0.91-1.18) | aCCR | 0.99 ( 0.84-1.16) |

### Inner

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 12 | 308 | 0-44 | 10 | 739 |
| 45-64 | 175 | 786 | 45-64 | 101 | 1124 |
| 65-74 | 132 | 791 | 65-74 | 88 | 682 |
| 75-84 | 70 | 463 | 75-84 | 37 | 435 |
| 85+ | 18 | 125 | 85+ | 4 | 203 |
| Total | 407 | 2473 | Total | 240 | 3183 |

### Outer

| | Male Lung | Non | | Female Lung | Non |
|---|---|---|---|---|---|
| 0-44 | 26 | 673 | 0-44 | 21 | 1738 |
| 45-64 | 352 | 1755 | 45-64 | 196 | 2273 |
| 65-74 | 272 | 1532 | 65-74 | 143 | 1117 |
| 75-84 | 138 | 883 | 75-84 | 68 | 745 |
| 85+ | 22 | 223 | 85+ | 16 | 316 |
| Total | 809 | 5066 | Total | 444 | 6189 |

(3) This scenario uses the inner 2 contours as the target group and the outer contour and beyond as the reference group.
 - the "extra" zip codes are excluded from analysis

## 79-83

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | Y |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| | Extra |

| Male | |
|---|---|
| OCR | 1.09 |
| aOR | 1.05 (0.80-1.39) |

| Female | |
|---|---|
| OCR | 0.93 |
| aOR | 0.86 (0.56-1.34) |

### Inner

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 3 | 78 | | 0-44 | 3 | 230 |
| 45-64 | 68 | 233 | | 45-64 | 22 | 341 |
| 65-74 | 40 | 185 | | 65-74 | 14 | 167 |
| 75-84 | 16 | 117 | | 75-84 | 3 | 112 |
| 85+ | 5 | 35 | | 85+ | 2 | 61 |
| Total | 132 | 648 | | Total | 44 | 911 |

### Outer

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 6 | 115 | | 0-44 | 4 | 295 |
| 45-64 | 65 | 240 | | 45-64 | 25 | 349 |
| 65-74 | 33 | 142 | | 65-74 | 9 | 115 |
| 75-84 | 15 | 114 | | 75-84 | 6 | 65 |
| 85+ | 0 | 23 | | 85+ | 0 | 23 |
| Total | 119 | 634 | | Total | 44 | 847 |

## 84-88

| Scenario | |
|---|---|
| Outer 1 cntr as reference? | Y |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| | (Y, I, O) |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| ? | Outer |
| | Extra |

| Male | |
|---|---|
| OCR | 0.90 |
| aOR | 0.89 (0.69-1.16) |

| Female | |
|---|---|
| OCR | 1.20 |
| aOR | 1.02 (0.73-1.41) |

### Inner

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 4 | 129 | | 0-44 | 3 | 250 |
| 45-64 | 56 | 264 | | 45-64 | 39 | 405 |
| 65-74 | 49 | 277 | | 65-74 | 31 | 272 |
| 75-84 | 14 | 155 | | 75-84 | 11 | 140 |
| 85+ | 6 | 39 | | 85+ | 1 | 64 |
| Total | 129 | 864 | | Total | 85 | 1131 |

### Outer

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 3 | 143 | | 0-44 | 4 | 447 |
| 45-64 | 73 | 343 | | 45-64 | 42 | 464 |
| 65-74 | 42 | 212 | | 65-74 | 20 | 209 |
| 75-84 | 20 | 110 | | 75-84 | 12 | 97 |
| 85+ | 2 | 32 | | 85+ | 1 | 46 |
| Total | 140 | 840 | | Total | 79 | 1263 |

(3) This scenario uses the inner 2 contours as the target group and the outer contour and beyond as the reference group.
 - the "extra" zip codes are excluded from analysis

## 89-92

Scenario
| Outer 1 cntr as reference? | Y |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| | ? Outer |
| Extra | |

| Male | | Female | |
|---|---|---|---|
| CCR | 1.29 | CCR | 1.51 |
| sCR | 1.23 (0.95-1.59) | sCR | 1.29 (0.94-1.77) |

### Inner

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 5 | 101 | | 0-44 | 4 | 259 |
| 45-64 | 51 | 289 | | 45-64 | 40 | 376 |
| 65-74 | 43 | 329 | | 65-74 | 43 | 243 |
| 75-84 | 40 | 191 | | 75-84 | 23 | 183 |
| 85+ | 7 | 51 | | 85+ | 1 | 78 |
| Total | 146 | 961 | | Total | 111 | 1141 |

### Outer

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 7 | 160 | | 0-44 | 5 | 366 |
| 45-64 | 50 | 416 | | 45-64 | 29 | 446 |
| 65-74 | 41 | 326 | | 65-74 | 22 | 179 |
| 75-84 | 28 | 161 | | 75-84 | 16 | 134 |
| 85+ | 3 | 30 | | 85+ | 3 | 37 |
| Total | 129 | 1093 | | Total | 75 | 1162 |

## 79-92

Scenario
| Outer 1 cntr as reference? | Y |
| Inner 2 cntrs as target? | Y |
| Unknown = Outer? | Y |
| Exclude extra? | Y |
| (Y, I, O) | |

| Contour | Zone |
|---|---|
| 1.00E-08 | Outer |
| 2.00E-08 | |
| 4.00E-08 | Inner |
| 1.00E-07 | Inner |
| | ? Outer |
| Extra | |

| Male | | Female | |
|---|---|---|---|
| CCR | 1.09 | CCR | 1.26 |
| sCR | 1.08 (0.93-1.26) | sCR | 1.09 (0.89-1.33) |

### Inner

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 12 | 308 | | 0-44 | 10 | 739 |
| 45-64 | 175 | 786 | | 45-64 | 101 | 1124 |
| 65-74 | 132 | 791 | | 65-74 | 88 | 682 |
| 75-84 | 70 | 463 | | 75-84 | 37 | 435 |
| 85+ | 18 | 125 | | 85+ | 4 | 203 |
| Total | 407 | 2473 | | Total | 240 | 3183 |

### Outer

| Male | Lung | Non | | Female | Lung | Non |
|---|---|---|---|---|---|---|
| 0-44 | 16 | 418 | | 0-44 | 13 | 1108 |
| 45-64 | 188 | 999 | | 45-64 | 96 | 1259 |
| 65-74 | 116 | 660 | | 65-74 | 51 | 503 |
| 75-84 | 63 | 385 | | 75-84 | 34 | 296 |
| 85+ | 5 | 85 | | 85+ | 4 | 106 |
| Total | 388 | 2567 | | Total | 198 | 3272 |

**Appendix 3**

Plutonium Isopleths and Corresponding Zip Codes

In Jefferson County, Colorado



Rocky Flats: Plutonium

Measurements in soil c.1970
(Krey-Hardy, HASL-235, Aug. 1 1970)

Zip codes
Lakes
Rocky Flats
Plant
Buffer
Main roads
Other roads
Medical Monitoring

Plutonium bq/m2
110 - 185
185 - 370
370 - 740
740 - 1850
1,850 - 18,500
18,500 - 74,000
>= 74,000

Plutonium Isopleths

| ZIP_Code | contour |
|---|---|
| 80005 | 0.01 |
| 80021 | 0.01 |

Air Model Isopleths (sorted by contour value)

| ZIP_Code | contour | | | | |
|---|---|---|---|---|---|
| 80005 | 1e-07 | 80323 | 1e-08 | 80259 | 2e-08 |
| 80021 | 1e-07 | 80328 | 1e-08 | 80261 | 2e-08 |
| 80011 | 1e-08 | 80329 | 1e-08 | 80262 | 2e-08 |
| 80012 | 1e-08 | 80601 | 1e-08 | 80263 | 2e-08 |
| 80013 | 1e-08 | 80010 | 2e-08 | 80264 | 2e-08 |
| 80014 | 1e-08 | 80020 | 2e-08 | 80265 | 2e-08 |
| 80015 | 1e-08 | 80038 | 2e-08 | 80266 | 2e-08 |
| 80017 | 1e-08 | 80040 | 2e-08 | 80270 | 2e-08 |
| 80018 | 1e-08 | 80201 | 2e-08 | 80271 | 2e-08 |
| 80019 | 1e-08 | 80202 | 2e-08 | 80272 | 2e-08 |
| 80022 | 1e-08 | 80203 | 2e-08 | 80273 | 2e-08 |
| 80024 | 1e-08 | 80204 | 2e-08 | 80274 | 2e-08 |
| 80025 | 1e-08 | 80205 | 2e-08 | 80275 | 2e-08 |
| 80027 | 1e-08 | 80206 | 2e-08 | 80279 | 2e-08 |
| 80028 | 1e-08 | 80207 | 2e-08 | 80280 | 2e-08 |
| 80037 | 1e-08 | 80208 | 2e-08 | 80281 | 2e-08 |
| 80041 | 1e-08 | 80209 | 2e-08 | 80290 | 2e-08 |
| 80042 | 1e-08 | 80210 | 2e-08 | 80291 | 2e-08 |
| 80044 | 1e-08 | 80211 | 2e-08 | 80292 | 2e-08 |
| 80045 | 1e-08 | 80212 | 2e-08 | 80293 | 2e-08 |
| 80046 | 1e-08 | 80214 | 2e-08 | 80294 | 2e-08 |
| 80110 | 1e-08 | 80215 | 2e-08 | 80295 | 2e-08 |
| 80111 | 1e-08 | 80216 | 2e-08 | 80614 | 2e-08 |
| 80112 | 1e-08 | 80217 | 2e-08 | 80640 | 2e-08 |
| 80120 | 1e-08 | 80218 | 2e-08 | 80001 | 4e-08 |
| 80121 | 1e-08 | 80219 | 2e-08 | 80002 | 4e-08 |
| 80122 | 1e-08 | 80220 | 2e-08 | 80003 | 4e-08 |
| 80123 | 1e-08 | 80221 | 2e-08 | 80004 | 4e-08 |
| 80126 | 1e-08 | 80222 | 2e-08 | 80006 | 4e-08 |
| 80150 | 1e-08 | 80223 | 2e-08 | 80030 | 4e-08 |
| 80151 | 1e-08 | 80224 | 2e-08 | 80033 | 4e-08 |
| 80154 | 1e-08 | 80225 | 2e-08 | 80034 | 4e-08 |
| 80155 | 1e-08 | 80226 | 2e-08 | | |
| 80160 | 1e-08 | 80229 | 2e-08 | | |
| 80161 | 1e-08 | 80230 | 2e-08 | | |
| 80162 | 1e-08 | 80232 | 2e-08 | | |
| 80165 | 1e-08 | 80233 | 2e-08 | | |
| 80166 | 1e-08 | 80234 | 2e-08 | | |
| 80227 | 1e-08 | 80238 | 2e-08 | | |
| 80228 | 1e-08 | 80239 | 2e-08 | | |
| 80231 | 1e-08 | 80241 | 2e-08 | | |
| 80235 | 1e-08 | 80243 | 2e-08 | | |
| 80236 | 1e-08 | 80244 | 2e-08 | | |
| 80237 | 1e-08 | 80248 | 2e-08 | | |
| 80249 | 1e-08 | 80250 | 2e-08 | | |
| 80303 | 1e-08 | 80251 | 2e-08 | | |
| 80307 | 1e-08 | 80252 | 2e-08 | | |
| 80321 | 1e-08 | 80254 | 2e-08 | | |
| 80322 | 1e-08 | 80255 | 2e-08 | | |
| | | 80256 | 2e-08 | | |

## RICHARD W. CLAPP

### EDUCATIONAL EXPERIENCE

| | |
|---|---|
| Sc.D | Boston University (1989)<br>School of Public Health<br>Epidemiology |
| M.P.H. | Harvard School of Public Health (1974)<br>Health Services Concentration |
| A.B. | Dartmouth College (1967)<br>Biology Concentration |

### PROFESSIONAL EXPERIENCE

1992 - present
Boston Univ. School of Public Health
Dept. of Environmental Health
80 E. Concord St.
Boston, MA

Associate Professor. Teach courses in environmental health and environmental epidemiology to masters and doctoral level graduate students. Advise doctoral students on dissertations in environmental health and epidemiology. Participate in departmental committees and research activities, including assessment of health effects of nuclear weapons production, lead paint removal and electromagnetic radiation.

1994 - present
John Snow, Inc.
210 Lincoln Street
Boston, MA

Consultant. Provide expert advice and training programs for citizens groups and interested professionals on health effects of environmental toxic exposures in communities. Participate in planning new initiatives and in conducting international environmental health consulting and training activities.

1989 - 1994
John Snow, Inc.
210 Lincoln Street
Boston, MA

Director of Center for Environmental Health Studies. Responsible for development and conduct of studies of health effects of environmental toxic exposures in communities. Coordinated consultants from Boston University School of Public Health Environmental Health Department providing expert advice and training programs for citizens groups and interested professionals. Managed personnel and budget for variety of projects.

RICHARD CLAPP                                    PAGE - 2

1980 - 1989                        Massachusetts Department of Public Health
                                   Massachusetts Cancer Registry

Director. Responsible for establishing statewide cancer incidence reporting system, coordinating reports from over one hundred fifteen hospitals and licensed clinics, and centralizing information in computerized database. Supervised staff and consultants involved in data editing, quality assurance and data reporting activities. Worked with broad-based advisory committees, citizens groups, and epidemiologic researchers conducting studies of cancer incidence in Massachusetts. Involved in numerous Department of Public Health committees and research projects, including leukemia in Woburn, and other cities and towns. Participated in regional and national organizations of cancer registry directors.

1979 - 1980                        Equifax Health Systems Division
                                   Reading, MA

Acting Director of Occupational and Environmental Health Studies. Participated in epidemiologic feasibility study of health effects of low-level ionizing radiation, review of OSHA health standards for lead, cotton dust, and asbestos, review of comments on Federal inter-agency carcinogens policy. Supervised staff involved in evaluating union-based occupational health education grant and surveying U.S. population-based cancer registries.

1977 - 1978                        Massachusetts Department of Public Health
                                   Childhood Lead Poisoning Prevention

Director. Supervised laboratory, office, field inspector and legal staff of statewide program involved in screening for lead poisoning and investigating possible environmental sources of lead. Coordinated development of job training programs for unemployed persons in the areas of lead paint

inspections and lead hazard abatement in dwellings. Reported to Governor's Committee on Childhood Lead Poisoning and managed diverse personnel and budgets. Presented educational programs and videotaped training sessions on childhood lead poisoning.

1975 - 1976                        Lynn Community Health and Counseling Center
                                   Lynn, MA

Executive Director. Responsible for overall management of multi-service center offering comprehensive pediatric and adolescent health services, family planning services, childhood lead poisoning prevention services, individual and family counseling, social service advocacy and a day activity program for mentally retarded adults. Worked with other human services agencies in developing a WIC program, and participated in regional and state-level health planning activities. Reported to community board and managed diverse personnel and budgets.

1974 - 1975                        Massachusetts General Hospital
                                   Boston, MA

RICHARD CLAPP                                    PAGE - 3

Manager, Pediatric and Psychiatric Group Practices. Managed conversion of out-patient clinics to hospital-based group practices with salaried staff as part of developing Ambulatory Care Center. Implemented cost centers and program planning and budgeting system and reported to Medical Directors of two specialty groups.


1972 - 1974                    Massachusetts Department of Public Health

Deputy Director, Prison Health Project. Hired medical and ancillary health staff for five state prisons, supervised survey of prison health conditions in county and municipal correctional facilities, and coordinated establishment of two community-based alternative programs for inmates convicted of drug-related crimes. Established twenty-four hour emergency coverage for maximum security prison, and worked with inmate medical advisory committees at several facilities.


1970 - 1972                    New York City Health Services Administration

Program Research Analyst. Analyzed public health programs in City Hospitals, the prison hospital and Houses of Correction. Made recommendations regarding improved operations and staffing levels. Drafted guidelines for affiliation agreement for teaching hospital administration of Riker's Island prison medical services.


## TEACHING APPOINTMENTS

Tufts University School of Medicine - Assistant Clinical Professor, 1989-present.

Boston University School of Public Health - Adjunct Assistant Professor, 1990-1993; Assistant Professor, 1993-1995, Associate Professor, 1995-present.


## PROFESSIONAL MEMBERSHIPS

American Public Health Association, Society for Epidemiologic Research, Massachusetts Public Health Association, Harriet Hardy Institute, MassCOSH, International Society for Environmental Epidemiology, American College of Epidemiology.


## PUBLICATIONS

Clapp, RW. "The Massachusetts Childhood Lead Poisoning Prevention Program," in Low Level Lead Exposure: The Clinical Implications of Current Research, Needleman HL, ed., Raven Press, NY, NY, 1980.

Dreyer NA, Loughlin JE, Friedlander ER, Clapp RW, Fahey FH. "Choosing Populations to Study the Health Effects of Low-Dose Ionizing Radiation," Am J Pub Hlth 71: 1247-1252, 1981.

RICHARD CLAPP                          PAGE - 4

Finison L, Jaques P, Spaight S, Fine W, Clapp RW, O'Sullivan V. "Data Bases for Patterns of Care Studies in Defined Populations." Prog Clin Biol Res 130:465-476, 1983.

Kogan MD, Clapp RW. "Soft Tissue Sarcoma Mortality Among Vietnam Veterans in Massachusetts, 1972 to 1983." Int J Epidemiol 17: 39-43, 1988.

Hesketh PJ, Clapp RW, Doos WG, Spechler SJ.  "Increasing Frequency of Adenocarcinoma of the Esophagus." Cancer 64:526-530, 1989.

Longnecker MP, Clapp RW, Sheahan K. "Associations Between Smoking Status and Stage at Diagnosis of Colo-rectal Cancer, Massachusetts, 1982-1987." Cancer 64: 1372 - 1374, 1989.

Koh HK, Clapp RW, Prout MN, et al. "Systematic Underreporting of Cutaneous Malignant Melanoma in Massachusetts: Possible Implications for National Incidence Figures." J Am Acad Dermatol 24(4): 545-550, 1991.

Clapp RW, Cupples LA, Colton T, Ozonoff DM.  "Cancer Surveillance of Veterans in Massachusetts, USA, 1982 - 1988." Int J Epidemiol 20: 7-12, 1991.

Koh H, Clapp R, Barnett J, Prout M, Geller A, and Lew R: "Systematic underreporting of cutaneous malignant melanoma:  Implications for incidence figures in the United States."  Abstract, 2nd International Conference on Melanoma, Venice, Italy, October 1989; J Invest Dermatol 94;4:1990 and Clin Res 38:659A, 1990 (Abstract).

Koh H, Geller A, Miller D, Clapp R, Mercer MB, Lew R: "Who discovers melanoma?  Patterns from a population-based survey." J Am Acad Dermatol 26:914-9, 1992.

Clapp RW, and Olson JR: "A New Review of the Dioxin Literature in the Context of Compensation for Vietnam Veterans." New Solutions 1;4: 31-37, 1991.

Geller A, Koh H, Miller D, Clapp R, Mercer M, and Lew R:  "Use of Health Services before the Diagnosis of Melanoma: Implications for Early Detection and Screening." J Gen Intern Med 7:154-7, 1992.

Swartz J, and Clapp R: "New Cancer Theories: Policy Implications for Cancer Prevention." New Solutions 2;4:17-21, 1992.

Longnecker MP, Newcomb PA, Mittendorf R, Greenberg ER, Clapp RW, et al: "The Reliability of Self-reported Alcohol Consumption in the Remote Past." Epidemiology 6:535-539, 1993.

McConnell R, Anderson D, Russell W, Anderson K, Clapp R, et al: "Angiosarcoma, porphyria cutanea tarda and probable chloracne in a worker exposed to 2,3,7,8-tetrachlorodibenzo-p-dioxin-contaminated waste oil." Br J Ind Med 50:699-703, 1993.

Newcomb P, Longnecker MP, Mittendorf R, Greenberg ER, Clapp RW, et al.  "Lactation and a Reduced Risk of Premenopausal Breast Cancer." New Eng J Med 330(2): 81-87, 1994.

Mittendorf R, Longnecker MP, Newcomb PA, Dietz AT, Greenberg ER, Bodgan GF, Clapp RW, Willett WC. Strenuous Physical Activity in Young Adulthood and Risk of Breast Cancer. Cancer Causes Control 6: 347-353, 1995.

RICHARD CLAPP                                      PAGE - 5

Coogan P, Clapp R, Wenzl T, Newcomb P, Longnecker M. Occupational Exposure to 60-Hz Magnetic Fields and Risk of Breast Cancer in Women. Am J Epidemiol 141(11):S32 (abstract), 1995.

Longnecker MP, Newcomb PA, Mittendorf R, Greenberg ER, Clapp RW, Bogdan GF, Baron J, MacMahon B, Willett WC. Risk of Breast Cancer in Relation to Lifetime Alcohol Consumption. J Natl Cancer Inst 87(12): 923-929, June 21, 1995.

Proctor S, Clapp R, Coogan P. Prevalence of Depressive Symptoms in a Survey of Aluminum Workers. New Solutions 5(4): Summer, 1995.

Newcomb PA, Longnecker MP, Storer BE, Mittendorf R, Greenberg ER, Clapp RW, Bogdan GF, Willett WC. Long-term Hormone Replacement Use and Risk of Breast Cancer in Postmenopausal Women. Am J Epidemiol 142:788-795, 1995.

Geller A, Miller D, Lew R, Clapp R, Wenneker M, Koh H. Cutaneous Melanoma Mortality among the Socioeconomically Disadvantaged in Massachusetts. Am J Public Health 86:538-543, 1996.

Baron JA, Newcomb PA, Longnecker MP, Mittendorf R, Storer BE, Clapp RW, Bogdan G, Yuen J. Cigarette Smoking and Breast Cancer. Cancer Epi Biomarkers Prev (in press).

Coogan PF, Clapp RW, Newcomb PA, Wenzl TB, Bogdan G, Mittendorf R, Baron JA, Longnecker MP. Occupational Exposure to 60 Hz Magnetic Fields and Risk of Breast Cancer in Women. Epidemiology 7:459-464, 1996.

Coogan PF, Clapp RW, Newcomb PA, Mittendorf R, Bodgan G, Longnecker MP. Variation in Breast Cancer Risk by Occupation. Am J Ind Med (in press).

Newcomb PA, Longnecker MP, Storer BE, Mittendorf R, Baron J, Clapp RW, Trentham-Dietz A, Willett WC. Recent Oral Contraceptive Use and Breast Cancer (submitted).

PRESENTATIONS

"Cancer Surveillance in Massachusetts, 1982-1983." International Association of Cancer Registries Meeting, Hartford, CT, 1985.

"Dealing with Cancer Clusters." American Association of Central Cancer Registries founding meeting, Chicago, IL, 1988.

"Statistical Methods for Analyzing Cancer Clusters." National Conference on Clustering of Health Events, Atlanta, GA, 1989.

"Cancer Statistics and the Right to Know". American Public Health Association Annual Meeting, Boston, 1988.

"Respiratory Disease Mortality and Morbidity, Respiratory Cancer and Mesothelioma Incidence: Occupational Associations in Massachusetts, 1982-1985." American Public Health Association Annual Meeting, Boston, 1988.

"Soft Tissue Sarcoma Incidence in Massachusetts Vietnam Veterans, 1982-1986." American Public Health Association Annual Meeting, Boston, 1988.

RICHARD CLAPP                                PAGE - 6

"Respiratory Cancer by Race and Gender: Selected Occupational Associations in Massachusetts, 1982-85." National Minority Health Conference, Atlanta, 1990.

"Occupation and Race Data in Central Cancer Registries," American Public Health Association Annual Meeting, Atlanta, 1991.

"New Carcinogen Threshold Theories: Implications for Prevention." University of Connecticut conference on Incorporating Molecular Mechanisms into Estimates of Cancer Risk, 1992.

"Angiosarcoma, porphyria cutanea tarda and probable chloracne in a worker exposed to 2,3,7,8-tetrachlorodibenzo-p-dioxin-contaminated waste oil," Twelfth International Symposium on Dioxins and Related Compounds, Tampere, Finland, 1992.

"Popular Epidemiology." Loka Institute Conference on Dissenting Ways of Knowing, University of Massachusetts, Amherst, MA, 1994.

"Agency Responses to the Woburn leukemia cluster". Fifth Annual Symposium on Environmental and Occupational Health during Societal Transition in Central and Eastern Europe, Nitra, Slovak Republic, 1994.

"The Upper Cape Cancer Incidence Study". Sixth Annual Symposium on Environmental and Occupational Health during Societal Transition in Central and Eastern Europe, Eforie Nord, Romania, June, 1995.

OTHER INVITED PAPERS

"Cancer Surveillance of Vietnam Veterans in Massachusetts". Distinguished Lecture Series in Occupational Medicine. Robert Wood Johnson Medical School, Piscataway, NJ, 1989.

"Patterns of Cancer in Vietnam Veterans".  Hematology/Oncology Rounds. Massachusetts General Hospital, Boston, MA, 1991.

"Agent Orange, Health Effects and Government Policy". Health and the Environment Lectureship. Brown University, Providence, RI, 1991.

"Agent Orange and Cancer".  Cancer Prevention Rounds. Boston University Medical Center, Boston, MA, 1994.

HONORS AND AWARDS

Lemuel Shattuck Award, Massachusetts Public Health Association, 1990
Environmental Health Network 1990 National Award
Member of Massachusetts Advisory Board on Toxics Use Reduction, 1990-1994
Chair, Massachusetts Toxics Use Reduction Institute Science Advisory Board, 1994-present

4/19/96

## Richard W. Clapp, Sc.D., M.P.H.

### Case List

| Deposition (Trial) | Case Caption | Location | Attorney |
|---|---|---|---|
| Jan. 1993 | Palumbo v. Waste Technologies Ind. | U.S. Dist. Court Northern West Virginia | Mick Harrison |
| March 1993 | Skaggs v. Simpson Timber | Superior Court of California Humboldt County | Amanda Hawes |
| June 1993 | Gordon v. U.S. Plywood - Champion Papers | California Superior Court | Richard Alexander |
| June 1993 | Grady v. CIBA-Geigy | Delaware County, PA | Cynthia Funaro |
| Nov. 1993 | Gibson v. Dow | U.S. Dist. Court of Eastern Kentucky, London Div. | Jane Saginaw |
| June 1994 | Murray v. Bath Iron Works | U.S. Dist. Court, Maine | Marcia Cleveland |
| Nov. 1994 | Juchnevics v. Texaco | U.S. Dist. Court Boston, MA | James Krasnoo |
| Jan. 1995 | Stone v. Burlington Northern Railroad Co. | Circuit Court of St. Louis, MO | William Gavin |
| Jan. 1995 | Pickering v. Chevron | San Francisco County, CA Superior Court of California | Richard Alexander |
| March 1995 | Slewett v. Chevron | Dade County, FL 11th Judicial Circuit | Richard Schuler |
| July 1995 | Poston v. Monsanto | Galveston County, TX 10th Judicial Dist. | Jeffrey Kilgore |
| Oct. 1995 | Jeane v. Exxon | Jefferson County, TX 60th Judicial Court | Jeffrey Kilgore |
| Dec. 1995 (Apr. 1996) | Altoonian v. Atlantic City Electric Co. | Superior Court of New Jersey, Cape May | William Wolf |
| Mar. 1996 (Aug. 1996) | Wilkins v. CSX | U.S. Dist. Court of Western Kentucky, Bowling Green Div. | Kurt Maier |

| Deposition (Trial) | Case Caption | Location | Attorney |
|---|---|---|---|
| June 1996 | DiPetrillo v. Narragansett Electric Co. | Rhode Island Superior Court | Philip Weinstein |
| Aug. 1996 | Clouse v. Burlington Northern Railroad Co. | Superior Court of Washington, County of Snohomish | Joseph Visse |
| Oct. 1996 | Sutera v. Perrier | Fed. Dist. Court Boston, MA | Evan Lawson |
| Oct. 1996 | In re Hanford Reservation | U.S. Dist. Court, Eastern District of Washington | Tom Foulds |

Page 2 of 2