Tab 62

Case No. 1:90-cv-00181-JLK   Document 1426-69   filed 08/22/05   USDC Colorado   pg 1 of 14

2/26/1997  Clapp, Richard W.

```
1           UNITED STATES DISTRICT COURT          FOR THE DISTRICT OF COLORADO
2      -------------------------------------------
3      MERILYN COOK, et al.,      :  Civil Action
4                                 :  No. 90-K-181                              :
5                                 :        Plaintiff(s)  :  DEPOSITION OF:
6                                 :        vs.           :  RICHARD W. CLAPP
7                                 :ROCKWELL INTERNATIONAL :
8      CORPORATION,               :a Delaware Corporation :
9           and                   :THE DOW CHEMICAL COMPANY, :
10     a Delaware Corporation,    :                       :
11                                :                       :
12          Defendant(s)          :
13     -------------------------------------------
14          Wednesday, February 26, 1997
15     -------------------------------------------
16     R E P O R T E D   B Y:
17          LOUIS A. MANCHELLO, Certified Shorthand Reporter
18     (License No. X01418) and Notary Public of New Jersey, and
19     Commissioner of Deeds of Pennsylvania, on the above date,
20     commencing at 9:40 a.m., at the law offices of Berger &
21     Montague, 1624 Locust Street, 6th Floor Conference Room,
22     Philadelphia, Pennsylvania  19103.
23
24
```

1

```
 1     purpose of the study is not to evaluate random error.
 2     Q.      So if an epidemiologist obtains a positive
 3     result from a study, then that epidemiologist would
 4     seek to determine whether that outcome represents a
 5     true association or whether it's the result of random
 6     error, correct?
 7     A.      Yes. Most epidemiologists would do that as
 8     part of their work, yes.
 9     Q.      One way to do that would be to calculate some
10     value for a statistical significance, correct?
11     A.      Yes.
12     Q.      One way to do that is to calculate a P value,
13     correct?
14     A.      Yes.
15     Q.      A P value is the chance that a positive
16     association would result due to random error if no
17     association was in fact present, correct?
18             MR. AUERBACH:  Object to the form of the
19             question.
20     Q.      You can answer.
21     A.      You've said a P value is the chance. It's
22     actually, specifically it's a probability, and if by
23     chance you mean a probability of a result occurring, by
24     random fluctuation, then yes, that is what a P value
```

2/26/1997  Clapp, Richard W.

1  is.
2  Q.      A P value is the probability that a result
3  occurs due to random error, correct?
4  A.      Well, I've used the term random fluctuation,
5  because I think random error usually refers to
6  measurement error, and it may be that it's other things
7  that are at issue, not measurement.
8  Q.      So the P value is the probability that an
9  association is due to random fluctuation?
10 A.      Yes.
11 Q.      Another way to say it would be the P value is
12 the probability that the true association actually
13 exists and the association found is due to random
14 fluctuation, correct?
15 A.      I mean the concept is correct.  That's not how
16 an epidemiologist would generally phrase it.
17 Q.      Well, what concept in my question was correct?
18         MR. AUERBACH:  Would you like him to
19         read back the question?
20         MR. KURTENBACH:  I can repeat the
21         question.
22 BY MR. KURTENBACH:
23 Q.      A P value is the probability that the true
24 association actually exists, and the association found

2/26/1997  Clapp, Richard W.

1    is due to random fluctuation?
2              MR. AUERBACH:  That's a compound
3         sentence.
4    A.    Yes.  I guess I would not agree with the first
5    half of that.  The P value is the probability that the
6    result found is due to random fluctuation.  The P value
7    doesn't say anything about the probability that a true
8    association actually exists.  It just talks about, the
9    P value is just aimed at the result found.  It's based
10   on the result found.
11   Q.    Fair enough.
12              A P value of .05, one-sided P value of .05
13   would mean that there is a five percent chance that an
14   affect at least as large as that found is due solely to
15   random fluctuation, correct?
16   A.    Is not due, I think the answer to that is that
17   it's the probability that it's not due solely to random
18   fluctuation.
19   Q.    So one-sided P value of .05 means that there
20   is a five percent chance that an affect at least as
21   large as that found is not due solely to random
22   fluctuation?
23   A.    Yes.
24   Q.    A one-sided P value of .05 would mean that

2/26/1997 Clapp, Richard W.

```
1    Q.      Well, what would be the range of P values
2    within which one would usually be talking about causal
3    associations?
4    A.      I don't have a particular range in mind, but
5    the standard epidemiologic conventions are to use P
6    values of .05 or .1 if it's two sided, a .1
7    probability.
8    Q.      The standard epidemiological conventions are
9    to use two-sided P values of .05?
10   A.      No.  That's not what I said.
11   Q.      Okay.  That's what I'm trying to get at, what
12   you said.
13           The standard epidemiological convention
14   would be to use one-sided P values of .05?
15   A.      Yes.
16   Q.      Another epidemiological convention would be to
17   use two-sided P values of .1?
18   A.      Yes.
19   Q.      There is a concept in epidemiology known as
20   false positive error, correct?
21   A.      Yes.
22   Q.      This is the erroneous conclusion that the null
23   hypothesis is false, correct?
24           MR. AUERBACH:  Object to form.
```

14

2/26/1997 Clapp, Richard W.

1   A.      Yes.
2   Q.      Now, to avoid a false positive error,
3   epidemiologists use a convention that the P value must
4   fall below some selected level, correct?
5   A.      Yes.
6   Q.      That level is known as alpha?
7   A.      Yes.
8   Q.      And to avoid false positive error
9   epidemiologists use conventional values for P values
10  that must fall below some selected level of alpha in
11  order for the results to be considered statistically
12  significant, correct?
13  A.      Yes.
14  Q.      Is it true that the most common level of alpha
15  used is a one-sided P value of .05?
16  A.      Yes.
17  Q.      Using a one-sided P value of .05 accepts as
18  statistically significant those studies where a
19  positive association erroneously is found, no more than
20  five times out of a hundred, due to random fluctuation,
21  correct?
22  A.      Yes.
23  Q.      Alpha as we've defined it does not address the
24  likelihood that a disease was caused by an exposure to

15

2/26/1997  Clapp, Richard W.

```
 1    study had nothing to do with plutonium in air
 2    isopleths?
 3    A.      I think you misheard what I said.  Plutonium
 4    and air isopleths, not plutonium in air isopleths.
 5    Q.      I did mishear you.
 6            So when you are referring to air isopleths
 7    you are referring to the, for lack of a better term,
 8    the volatile organic compound isopleths, correct?
 9    A.      Correct.
10    Q.      And when you're referring to plutonium
11    isopleths you are referring to the .01 curies per
12    square kilometer isopleths listed on the Zip Code page,
13    correct?
14    A.      Yes.
15    Q.      All right.  Now, if you flip to Appendix 1 in
16    your report, Exhibit 1.  I mean Appendix 2.
17            Now, Appendix 2 is a presentation of the
18    summary tables of risk estimates for lung cancer in the
19    Rocky Flats area using different scenarios of
20    comparison, correct?
21    A.      Yes.
22    Q.      Have you ever generated such summary tables
23    for the risk estimates for bone cancer?
24    A.      No.
```

**2/26/1997  Clapp, Richard W.**

1   Q.       Why is that?
2   A.       Well, I was working from work sheets, and I
3   did the odds-ratio analyses at the computer, got the
4   result, and I didn't keep the work sheets.  I never
5   converted them into tables of this form.
6   Q.       Now, this study in the manner that it was
7   produced to us actually contains two copies of the
8   pages that are included here under Appendix 2.
9            In other words, the first page after the
10  title page says number 1, and then has some data for
11  '79 to '83 and '84 to '88 for lung cancer.  This is the
12  first scenario.  Do you see that?
13  A.       Yes.
14  Q.       And if you go down about eight or nine pages
15  past scenarios two and three, and then we have another
16  page that begins one and has lung cancer data for what
17  I understand to be the first scenario, which I believe
18  to be an exact duplicate of this other page.
19  A.       I am looking at those two pages, and I think
20  you're right.  The second is an exact duplicate of the
21  first.
22  Q.       Okay.  And then as you flip through the
23  remainder of these pages do you have any reason to
24  believe that these are anything other than simply

112

2/26/1997  Clapp, Richard W.

1    comparing to having some other type of cancer if you
2    are a male and you live within the two contours that
3    we've been describing this morning, compared to the
4    rest of Jefferson County.
5    Q.    And you have determined in this report 24 such
6    odds for lung cancer, correct?  I should say odds
7    ratio.  I don't want to take a lot of time with it.
8    A.    I think it's 18.
9    Q.    Is it 18?
10   A.    Yes.
11   Q.    You have three scenarios, correct?
12   A.    Yes.
13   Q.    Each of which you did males and females,
14   correct?
15   A.    Right.
16   Q.    So that's three times two is six, correct?
17   A.    Yes.
18   Q.    And you calculated odds ratios for four
19   separate time periods, correct?
20   A.    That's true.  You are right.  The fourth time
21   period I was looking at the three different time
22   periods.  You are right.  There is a fourth that
23   includes all three, so you are right, it is 24.
24   Q.    So you analyzed the results from 24 different

125

2/26/1997  Clapp, Richard W.

1   groupings, correct?

2   A.      Yes.  They are overlapping groupings, and they

3   basically all look at essentially the same issue.

4   Q.      Okay.  You would have expected by dividing

5   that into 24 different groupings to see at least one

6   statistically-significant result purely by random

7   fluctuation, correct?

8               MR. AUERBACH:  Objection, foundation,

9       form.

10  A.      When you look at 24 or 20 different

11  comparisons, you might expect one of those to be

12  statistically significant by random fluctuation, yes.

13  Q.      Now, in fact, you found

14  statistically-significant results in the manner that

15  you presented them for these odds ratios for lung

16  cancer for the population you studied, correct?

17  A.      Yes.

18  Q.      But they were all deficits, correct?

19  A.      All the, quote, statistically-significant

20  results were for decreased risk, yes.

21  Q.      Okay.  Now, you never mentioned in the text of

22  your report in any of the 12 numbered paragraphs or in

23  any of the other text of your report that you found

24  such statistically-significant deficits, do you?

126

2/26/1997 Clapp, Richard W.

1   A.      Yes.

2   Q.      Now, to go through, in addition, you found no

3   statistically significant excesses of lung cancer in

4   any of these 24 different groupings, correct?

5   A.      Correct.

6   Q.      Now, just to list them, the

7   statistically-significant deficits of lung cancer that

8   you found were in females from 1979 to 1983, correct?

9   A.      Well, in which scenario?

10  Q.      I'm going through -- I'm just going to create

11  a list now, so that we make sure we have a record of

12  it, those statistically-significant deficits that you

13  found, and I was just starting with the very first page

14  of Appendix 2.

15  A.      Okay.

16  Q.      So the first one would be for females, and I'm

17  always referring to the age-adjusted odds ratios here

18  for 1979 to 1983, correct?

19  A.      That's the first one, yes.

20  Q.      And then the next one would be for females --

21  I'm sorry, that was in scenario one, correct?

22  A.      That's right.

23  Q.      Now, you also found a

24  statistically-significant deficit for lung cancer among

128

2/26/1997  Clapp, Richard W.

1   females from 1970 to 1983 in scenario two, correct?
2   A.      That's correct.
3   Q.      Any others?
4   A.      No.
5   Q.      Now, you said that you broke this data into
6   five-year and in one instance four-year groupings
7   because you wanted to look for a trend over time,
8   correct?
9   A.      Yes.
10  Q.      And, in fact, with respect to the lung cancer
11  rates for males, you found no such trend, correct?
12  A.      There is no dramatic trend for males.  The
13  highest risk of lung cancer in this, in these analyses
14  for males was in the latest time period, 1989 through
15  1992, but the next highest was in the earliest time
16  period.  So the middle time period was anomalous.  So
17  that doesn't represent a trend.
18          I do note the highest incidence of lung
19  cancer in this analysis was for the latest time period.
20  Q.      Why do you note that?
21  A.      Well, if you look at scenario --
22  Q.      Other than the fact that it's true.
23  A.      That's why I note it.
24  Q.      Now, in fact, it's not true, correct?

129

2/26/1997  Clapp, Richard W.

1  A.  No. Other than for lung cancer they are not
2  extremely wide in any of these analyses.
3  Q.  Now, do you employ any measure of statistical
4  significance in coming to the conclusion that on the
5  basis of these lung cancer data you would recommend a
6  medical surveillance program for the exposed
7  populations?
8  A.  No. That recommendation does not rely in any
9  way on width of confidence intervals or degree of
10  statistical significance.
11  Q.  What would you define as the rate of error
12  applicable to the analysis that you've done with
13  respect to lung cancer data based on this Colorado
14  Cancer Registry information?
15  A.  I don't think I have any way of estimating the
16  rate of error in the analysis.
17  Q.  And you have not estimated the rate of error
18  in your analysis, correct?
19  A.  Well, maybe I should ask you what do you mean
20  by the rate of error?
21  Q.  Well, the opportunity that the results may not
22  reflect the truth.
23  A.  I have no way of estimating that.
24  Q.  Now, you are aware that Dr. Goble assumes that