Tab 63

**3/21/1997  Smallwood, Kenneth**

```
1              UNITED STATES DISTRICT COURT          FOR THE DISTRICT OF COLORADO

2         ------------------------------------------------

3    MERILYN COOK, et al.,          :  Civil Action

4                                   :  No. 90-K-181                        :

5                                   :            Plaintiff(s)  :  DEPOSITION OF:

6                                   :      vs.              :  KENNETH SHAWN SMALLWOOD

7                                   :ROCKWELL INTERNATIONAL     :

8    CORPORATION,                   :a Delaware Corporation     :

9         and                      :THE DOW CHEMICAL COMPANY,   :

10   a Delaware Corporation,        :                           :

11                                  :                           :

12         Defendant(s)  :

13        ------------------------------------------------

14             Friday, March 21, 1997

15        ------------------------------------------------

16   R E P O R T E D   B Y:

17        LOUIS A. MANCHELLO, Certified Shorthand Reporter

18   (License No. X01418) and Notary Public of New Jersey, and

19   Commissioner of Deeds of Pennsylvania, on the above date,

20   commencing at 9:20 a.m., at the law offices of Berger &

21   Montague, 1624 Locust Street, 6th Floor Conference Room,

22   Philadelphia, Pennsylvania  19103.

23

24
```

Kenneth Shawn Smallwood                    56

1    A.        I've seen summaries of air sampling data.    I

2    don't know if I've looked at all the data points per

3    se, but I have seen summaries.

4    Q.        Have you made any effort to collect the air

5    sampling data that has been generated for the ambient

6    samplers all around the Rocky Flats Plant other than

7    the S-8 data you just referred to?

8    A.        I don't remember if I did make a --

9    Q.        You do remember that you haven't looked at

10   that data, right?

11   A.        No, I don't remember that -- no, I don't

12   remember that, no.

13   Q.        You know for a fact that there are numerous

14   air samplers that have been in place since the early

15   1970's in the buffer zone around Rocky Flats, right?

16   A.        Numerous?

17   Q.        Yes, numerous.

18   A.        What do you mean by numerous?

19   Q.        How many air samplers are there in the buffer

20   zone and around the perimeter of Rocky Flats?

21   A.        I don't know.

22   Q.        You don't have any idea?

23   A.        I've seen maps of air samplers at Rocky Flats.

24   Q.        How many are there?

Kenneth Shawn Smallwood                    57

1              MR. AUERBACH:  Objection.  Vague as to

2         time period.

3    Q.      How many are there?

4    A.      I've seen maps of 12 to 15 or so.

5    Q.      Can you name any other industrial site in the

6    United States that has 12 to 15 ambient air samplers on

7    its property?

8    A.      No.

9              MR. AUERBACH:  Objection.

10   A.      No, I don't know.

11   Q.      Have you ever seen any other site that has any

12   ambient air samplers on its property?

13             MR. AUERBACH:  Objection.

14   Q.      Any industrial site in the world.

15             MR. AUERBACH:  Objection.

16   A.      I don't remember.

17   Q.      Now, other than looking for this data for some

18   period of time in 1996, what effort did you make to

19   collect any of the air sampling data for any of these

20   other 12 or 15 air monitors that you knew were in place

21   around the Rocky Flats Plant?

22             MR. AUERBACH:  Objection.

23   A.      I don't remember.

24   Q.      You made no effort, right?

Kenneth Shawn Smallwood                    58

1    A.        I didn't say that.

2    Q.        That's what I'm asking you.  You keep saying

3    you don't remember.

4    A.        I don't remember.

5              MR. AUERBACH:  Ask a question, Counsel,

6              don't make a statement.

7    BY MR. KURTENBACH:

8    Q.        When did you do all the work in connection

9    with this case?  Within the last six months, right?

10   A.        Yes.

11   Q.        And you can't remember whether you made any

12   effort to obtain air sampling data for the Rocky Flats

13   Plant other than the S-8 data that you just referred

14   to?

15   A.        Yes, I don't remember.

16   Q.        So you may have done it, you may not, you just

17   don't remember?

18   A.        Yes.

19   Q.        Did you make any systematic attempt to analyze

20   the air sampling data around the Rocky Flats Plant?

21             MR. AUERBACH:  Objection.  Form,

22             foundation.

23   Q.        You have to answer.

24   A.        Systematic effort?

DelCasale, Casey, Martin & Manchello
(215) 568-2211        (609) 482-7207

A.332

Kenneth Shawn Smallwood                    62

1    A.       No, it's a big report.  It's a big effort.  I

2    don't remember.

3    Q.       Let's say, do you know that there are air

4    sampling monitors along the perimeter of the plant on

5    the east perimeter of the plant along Indiana Avenue?

6    A.       Did I know that?

7    Q.       Yes.

8    A.       I know there are at least a couple, yes.

9    Q.       And what effort did you make to determine what

10   the results were for any of those monitors?

11   A.       I don't remember.

12   Q.       The sole issue that you are addressing in your

13   report is that because of burrowing animal activity,

14   material could be resuspended and could leave the Rocky

15   Flats Plant site in the air, right?

16   A.       Right.

17   Q.       And you made no effort that you can recall to

18   find out what the air-monitoring data at the east

19   perimeter of the plant showed, right?

20              MR. AUERBACH:  Objection, form,

21              foundation.

22   Q.       Right?

23              MR. AUERBACH:  You're mischaracterizing

24              his testimony.

DelCasale, Casey, Martin & Manchello
(215) 568-2211        (609) 482-7207
A.333

Kenneth Shawn Smallwood                    63

1    A.        I don't remember.

2    Q.        That's why I said that you can recall.  You

3    made no effort that you can recall to review any of the

4    air sampling data along the east perimeter of the Rocky

5    Flats Plant, correct?

6    A.        I did make an effort to review air sampling

7    data from the east perimeter of the plant.

8    Q.        What did it show?

9    A.        I don't remember.

10   Q.        Did you put that in your report?

11   A.        I don't remember.

12   Q.        You don't remember whether you put it in your

13   report.  When is the last time you read your report?

14   A.        Last couple days.

15   Q.        And based on the review of your report over

16   the last couple of days you can't remember whether you

17   lay out any air sampling data results for those

18   monitors that are along the east perimeter of the

19   plant; is that your testimony?

20   A.        I don't think I did.

21   Q.        The fact of the matter is, sir, that the air

22   sampling data that was collected along the east

23   perimeter of the plant is entirely inconsistent with

24   the thesis that you're trying to make in your report.

Kenneth Shawn Smallwood                    64

1    A.          That may be, but I wouldn't rely on it anyway.

2    All the air sampling stations are one meter above

3    ground, they are too diffuse in landscape to detect

4    what I'm talking about, a chronic release in materials

5    from the ground.

6    Q.          Name anyone who has an air sampler that is not

7    one meter above the ground?

8    A.          I can't.

9    Q.          So I take it you're not aware of the fact that

10   there are air monitors east of the Rocky Flats Plant

11   that are higher than one meter off the ground, correct?

12              MR. AUERBACH:  Objection, form,

13              foundation.  How far east from the plant are

14              you talking about?

15              MR. KURTENBACH:  He gets to make legal

16              objections.  The court will rule on them

17              later.

18   A.          I don't remember.

19   Q.          You don't remember that?

20   A.          Right.

21   Q.          Isn't it a fact that the air-monitoring data

22   that you did review around the Rocky Flats Plant is

23   directly contrary to the conclusions that you've

24   reached in your report?

Kenneth Shawn Smallwood                    66

1    sampling is improperly designed or not?

2    A.      That's not true.

3            MR. AUERBACH:  Objection.

4    Q.      Has anyone ever asked you to assess air

5    samplers to determine whether they were accurately

6    performing?

7    A.      No, but I've assessed other sampling programs.

8    I have developed my own sampling programs.  I've

9    monitored environmental media.

10   Q.      Did you perform any air monitoring in

11   connection with your work on this case?

12   A.      No.

13   Q.      You have the ability to do that?

14   A.      I'm not sure what you mean.

15   Q.      You have the ability to perform air

16   monitoring?

17           MR. AUERBACH:  Objection, form.

18   A.      I'm not sure what you mean.

19   Q.      Have you taken air samples in other

20   environmental situations?

21   A.      No.

22   Q.      Have you ever worked with people who have

23   taken air samples in those situations?

24   A.      I don't know.

Kenneth Shawn Smallwood                    67

1    Q.      Can you name a company that makes air

2    samplers?

3    A.      Making air samplers and developing a sampling

4    program is two different things.

5    Q.      I don't really care.  What I care about is my

6    question.  Can you name a company that makes air

7    samplers?

8    A.      No.

9    Q.      Can you name in any way the types of air

10   samplers that were used around the Rocky Flats Plant?

11   A.      I don't remember what the types were called.

12   Q.      You don't remember the types?

13   A.      No.

14   Q.      Do you have any information with respect to

15   how those samplers worked other than that they were a

16   meter off the ground as you stated earlier?

17   A.      Yes.

18   Q.      What information is that?

19   A.      They are high-volume vacuum machines really.

20   Draw in air, and they run particles through a filter.

21   The filters are collected and analyzed in the lab.

22   Q.      And you don't think they work?

23   A.      I don't know.  I mean, I've seen some -- the

24   data I retrieved for 1995 and 1996 had a lot of missing

DelCasale, Casey, Martin & Manchello
(215) 568-2211        (609) 482-7207
A.337

Kenneth Shawn Smallwood                    68

1    data which makes me think that possibly they don't

2    work.  I don't know.

3    Q.        You just don't know?

4    A.        I don't know.

5    Q.        Why did you dismiss them?

6    A.        I didn't dismiss them.

7    Q.        Why is it that you don't report on the air

8    sampling results in your report?

9    A.        I got those air samplings reports after I

10   wrote this report.

11   Q.        You didn't get any air sampling reports before

12   you wrote this report?

13              MR. AUERBACH:  Objection,

14              mischaracterizes his testimony.

15   A.        I might have, I don't remember.

16   Q.        But you didn't include them in this report,

17   correct?

18   A.        No, I don't know.  I have to read the report,

19   but I probably didn't.

20   Q.        You don't recall including them in the report,

21   right?

22   A.        Right.

23   Q.        And why is that?

24   A.        I didn't think they were important.

**3/21/1997  Smallwood, Kenneth**

1    38 at the bottom, you concluded that, "The ground

2    surface covered by excavated soil affects the fate of

3    contaminants in two ways.  First, the clean soil in

4    these excavated mounds cover roughly 11 percent of the

5    contaminated layer of soil each year, thereby buffering

6    the contaminants from erosional forces."  Do you see

7    that?

8    A.       I do.

9    Q.       So if the plutonium was deposited on the

10   surface, then within a year after the release 11

11   percent, roughly, of the surface area that had been so

12   contaminated with the plutonium would have been covered

13   by less contaminated soil, correct?

14            MR. AUERBACH:  Form, foundation.

15   A.       That's, I think, a simplification.  You've

16   taken a sentence from the whole report.  There's other

17   things going on that I'm reporting on here that are

18   likely transports.  I mean, some of the material is

19   going to be carried off in the wind, and the portion

20   that's carried off in the wind is not going to be

21   covered by this 11 percent of the ground -- or soil

22   that's excavated.  I mean, it doesn't apply here.

23   Q.       You've made no effort to quantify the amount

24   of plutonium that would be carried off site by wind,

**3/21/1997  Smallwood, Kenneth**

1    Q.        Now, in the paragraph on the previous page

2    that's numbered 1, you say that there's a 1974

3    inventory of chromium.  Do you see that?

4    A.        Yes.

5    Q.        Have you ever seen that inventory?

6    A.        I've seen a list, ChemRisk 1991, Appendix C of

7    Task 2 report.  I've seen that, that's a list of

8    inventory, inventory list of chemicals at Rocky Flats,

9    includes I think about 8,000 chemicals, one of which is

10   chromium.

11   Q.        Did you use the value that was represented on

12   that list that you saw from the 1974 inventory as a

13   starting point in your analysis here?

14   A.        I used that value along with the ChemRisk

15   screening approach.

16   Q.        That's where you got your value for chromium;

17   is that right?

18   A.        Yes.

19   Q.        Okay.  And then the paragraph numbered 1 on

20   page 46 goes on to say that that represents one-tenth

21   of the average amount used and deposited on the ground.

22   Do you see that?

23   A.        I do.

24   Q.        And then you assume that's true for 15 years

**3/21/1997  Smallwood, Kenneth**

1    Q.      Whatever this is begins, "Al Voight and I have
2    been disposing of unwanted chemicals in several ways.
3    If they are volatile, and will not harm groundwater, we
4    dump them on the ground to evaporate, usually at the
5    landfill."  Do you see that?  That's the first sentence
6    of this memo.
7    A.      I do, and I have also found lots of
8    documentation of nonvolatile materials, hazardous
9    materials being found in the landfill and on soil all
10   across the plant site.  If my family were living
11   downwind I would want to err on the conservative side
12   and I assume that was the common practice of Rocky
13   Flats.
14   Q.      So you assume that it was the common practice
15   of Rocky Flats to deposit 10 times the amount of the
16   chromium that they had on-site on the ground, correct?
17   A.      Given the ChemRisk --
18   Q.      Go ahead.  Is that what you did?
19   A.      Given the ChemRisk screening approach, this
20   memo and materials that have been found across Rocky
21   Flats Plant site, that is what I did.
22   Q.      Is there anything other than the ChemRisk
23   screening approach and this memo that you are basing
24   that assumption that 10 times the amount of the

176

**3/21/1997  Smallwood, Kenneth**

1    chromium in the 1974 inventory was deposited on the

2    ground for 15 years spanning 1960 to 1975?

3              MR. AUERBACH:  Form.

4    A.        There is nothing else.

5    Q.        Okay.  Then in step number 2 of your

6    calculation here, you then indicate that 50 percent of

7    that remained hexavalent chromium after the other half

8    of the inventory reduced to trivalent chromium,

9    correct?

10   A.        Correct.

11   Q.        And that's based on a conversation that you

12   had with David Brenner?

13   A.        Correct.

14   Q.        And then the third assumption that you made,

15   is it based on anything else, that point number 2?  Is

16   there anything other than that personal communication

17   that you based that assumption on?

18   A.        I'm looking at it.  I don't think so.

19   Q.        Then your third assumption was that all that

20   chromium excavated, "All chromium excavated by

21   burrowing animals can be suspended in wind."  Do you

22   see that?

23   A.        Yes.

24   Q.        So you did not assume that 50 percent blew

**3/21/1997  Smallwood, Kenneth**

1    A.        Because according to number 2, half should

2    reduce to chromium 6.

3    Q.        Okay.  So the other half, the other 102 would

4    have been trivalent chromium, right?

5    A.        Right.

6    Q.        And then you multiplied that 102 kilograms by

7    10, correct?

8    A.        Yes.  The ChemRisk screening approach, right.

9    Q.        Have you ever seen any evidence to indicate to

10   you there was even 10 times -- I'm sorry, that there

11   were 10,200 kilograms of chromium at the plant?

12   A.        Again, I'm relying on ChemRisk screening

13   approach.  I am not an expert on amount of material --

14   chromium, I have not seen the inventory.  I have to

15   rely on the approaches that are available, and that's

16   what I do as a systems ecologist.

17   Q.        Did you read the ChemRisk screening approach?

18   A.        Yes.

19   Q.        That's in the documents that you produced to

20   me?

21   A.        I don't know.  I don't remember.

22   Q.        What task would that have been in of ChemRisk?

23   A.        I don't remember.

24   Q.        Do you cite that anywhere in this document?

**3/21/1997  Smallwood, Kenneth**

1    associate with something being respirable?

2    A.      That's a different question.

3    Q.      Let's answer that.  I'm trying.

4    A.      I relied on somebody else for the answer.

5    Q.      What is the particle size range that's

6    associated with something being respirable?

7    A.      I wouldn't know because I'm not an expert in

8    that field.  I'm a systems ecologist, I drew the

9    information from an expert who does know, and I

10   synthesize information for this calculation which is

11   purely illustrative, but still very serious.

12   Q.      Okay.  Now, what does the acronym AMAD stand

13   for?

14           MR. AUERBACH:  Are you referring to a

15           specific part of the report?

16           MR. KURTENBACH:  No.  I don't think

17           you've ever used this term in your report.

18   A.      I don't know if I did or didn't.

19   Q.      What does it stand for?

20   A.      It could stand for many things.  I don't know.

21   Q.      Now, you took the, through this calculation by

22   applying the 33 percent factor to 222 kilograms, you

23   then determined that there were 74 kilograms of

24   hexavalent chromium that were respirable per year,

**3/21/1997  Smallwood, Kenneth**

```
1    right?

2    A.        That's what it says.

3    Q.        And then you convert that to grams by

4    multiplying by a thousand, correct?

5    A.        You would, yes.

6    Q.        Then you multiply it by this 5.3 times 10 to

7    the minus 15th number, correct?

8    A.        Yes.

9    Q.        And then you got 3.92 micrograms per, should

10   that be per cubic meter?

11   A.        Yes.  That's what it reads.

12   Q.        Is that a minus 3?

13   A.        Yes.

14   Q.        And that would be a concentration in the air

15   of hexavalent chromium, correct?  If you know.

16   A.        That's the amount that's respirable in the

17   air, yes.

18   Q.        Where?

19   A.        Where?  Downwind.

20   Q.        Where?

21             MR. AUERBACH:  Objection to form.

22             Vague.

23   A.        I don't know.

24   Q.        Is there any information you can give me as to
```

**3/21/1997  Smallwood, Kenneth**

1    where that concentration would be if it ever existed

2    anywhere?

3    A.      It was intended to illustrate the possible

4    concentration downwind of Rocky Flats.

5    Q.      How far downwind?

6    A.      I didn't make it explicit.

7    Q.      One mile?

8    A.      Safe distance, probably, yes, a mile.

9    Q.      Do you know if it's more than a mile?

10   A.      I didn't really think about it.

11   Q.      You then take that and you multiply it by an

12   inhalation unit risk factor, do you see that?

13   A.      Yes.

14   Q.      What is that inhalation unit risk factor?

15   A.      I have to go back and ask Dr. Goble.  I just

16   reported the values here.  Again, I'm not an expert in

17   this field.  I am simply performing an exercise to

18   demonstrate the magnitude of the possible impact of

19   soil bioturbation at Rocky Flats.

20   Q.      And then once you multiply that out you get

21   what you call a lifetime risk.  Correct?  Is that

22   correct?

23   A.      Yes.

24   Q.      Risk of what?

3/21/1997  Smallwood, Kenneth

1    A.        Health damage.

2    Q.        What kind of health damage?

3    A.        I would have to ask Dr. Goble again.  I don't

4    remember.  I mean, that's not my field.

5    Q.        Did you ever express to anyone any hesitancy

6    to include this particular calculation in a report that

7    you had to sign your name to?

8    A.        No.

9    Q.        And the risk that you got was 4.7 times 10 to

10   the minus 6, correct?

11   A.        That's one of the risks that I got, yes.

12   Q.        Did you get another risk?

13   A.        Yes.

14   Q.        Oh, you mean the one you get with using the

15   California EPA risk factor?

16   A.        That's correct.

17   Q.        Where did you get that California EPA risk

18   factor?

19   A.        Got it from Rob Goble.

20   Q.        And then that comes up with a lifetime risk of

21   5.9 times 10 to the minus 5, right?

22   A.        Within a certain range, 2.9 times 10 to the

23   negative 5 to 9.1 times 10 to the negative 5.

24   Q.        Had to get that uncertainty range in there?

**3/21/1997  Smallwood, Kenneth**

1    A.       Well, I wanted to be complete.

2    Q.       Of course.  Now, lifetime risk, how long is

3    that for?

4    A.       Lifetime I suppose.

5    Q.       What does the California EPA assume, how long?

6    A.       That's not my field.  I've already testified

7    to that fact.  It's Rob Goble's field.

8    Q.       Have you performed this calculation for any

9    other material?

10   A.       In similar fashion, but not the same example.

11   I mean, I also performed very similar calculation for

12   buried waste in trench T-9, and for surface deposited,

13   what, I think it's plutonium.  Just contaminants, a

14   general case, on page 45.  I do it for plutonium on

15   Macroplat 1.

16   Q.       Where is that?

17   A.       Page 45, last paragraph.

18   Q.       So you went through this exact same

19   calculation for plutonium in the last paragraph of page

20   45?

21   A.       No, it's not the exact same.  I said it was a

22   modification, a variation of the same calculation.  The

23   same idea, except what I was trying to do is illustrate

24   an example of or the magnitude to which soil

Kenneth Shawn Smallwood                 200

1    example.  I'm trying to derive the ratio of clean to

2    contaminated soil.  But I could do it.

3            I mean, if I'm given some time I could go

4    over these numbers and estimate how much material would

5    have been entrained in the wind, soil, and I could also

6    probably convert that to curies.

7    Q.      With Dr. Goble's help?

8    A.      I could probably do it myself.

9    Q.      Now, have you calculated an amount of

10   plutonium that has been released from the Rocky Flats

11   Plant due to soil bioturbation?

12   A.      Well, I just gave you the answer.  I've done

13   it on a couple of places on the Rocky Flats Plant site.

14   I mean, this calculation was not intended to do that,

15   but it could be used that way.

16   Q.      That's what I'm trying to get at.

17           Have you determined, maybe I will use that

18   term, have you determined that any amount of plutonium

19   has been released from the Rocky Flats Plant due to

20   soil bioturbation?

21               MR. AUERBACH:  Form.

22   A.      Have I determined that any amount has been

23   released?

24   Q.      Yes.

Kenneth Shawn Smallwood                    201

1    A.        It's one of the conclusions of my paper.

2    Q.        What amount?

3    A.        No, I didn't conclude what amount.

4    Q.        Is there any quantification at all that you've

5    made of an amount of plutonium that has been released

6    from the Rocky Flats Plant due to soil bioturbation?

7    A.        Let me look at my other example.   Trench T-9.

8    I did not, no.

9    Q.        Did you ever inform Dr. Goble of any amount of

10   plutonium that was released from the Rocky Flats Plant

11   by any cause between 1970 and 1989?

12   A.        I informed Dr. Goble the amount of soil that

13   would be excavated at Rocky Flats Plant during that

14   time period, but not necessarily the amount of

15   plutonium.

16   Q.        That would have been released?

17   A.        Yes.

18   Q.        When you say not necessarily, did you inform

19   Dr. Goble of an amount of plutonium that would have

20   been released from the Rocky Flats Plant at any time

21   during 1970 to 1989?

22   A.        I don't think I would have, because it really

23   wouldn't -- I mean, I think he could have done it

24   better than me.

DelCasale, Casey, Martin & Manchello
(215) 568-2211        (609) 482-7207          A.327

Kenneth Shawn Smallwood                    202

1    Q.       So you didn't do it?

2    A.       No.

3    Q.       Okay.  Have you informed Dr. Goble or anyone,

4    any of the other experts who are working on this case

5    of any amount of any other material that has been

6    released from the Rocky Flats Plant between 1970 and

7    1989?

8                   MR. AUERBACH:   Form.

9    A.       I don't think I have done that for plutonium

10   at Rocky Flats, but I have done that for plutonium --

11   not that time period, but I've done it for plutonium at

12   Hanford, and I did give Dr. Goble a report, an

13   assessment of how much material would come up due to

14   soil bioturbation at Hanford.

15   Q.       But at Rocky Flats have you ever informed any

16   of the other experts who are working on behalf of

17   plaintiffs in this case of any amounts of any materials

18   that were released from the plant from 1970 to 1989?

19                  MR. AUERBACH:   Are you excluding experts

20                  who may have also worked in the Hanford case?

21                  MR. KURTENBACH:   No.

22   A.       I don't think I've done that, in this report

23   at least.  I'm trying to remember if I've done it

24   outside the report.  I don't think I have.

                    DelCasale, Casey, Martin & Manchello
                    (215) 568-2211        (609) 482-7207

                                              A.328