Tab 66

07/25/91   03:11   LOW LEVEL/TSP1

# TECHNICAL STEERING PANEL
### OF THE HANFORD ENVIRONMENTAL
### DOSE RECONSTRUCTION PROJECT

## TECHNICAL STEERING PANEL
## RESEARCH DIRECTIVE

Directive Number:     **90-2**
Date:                 **February 17, 1990**
Subject:              **DOSE CUT-OFF LIMIT**

**DISCUSSION:**
In order to define a boundary within which to calculate doses as a next step in the study, a minimum dose to a hypothetical individual will be used. This dose will include contributions from significant pathways of exposure.

**ACTION TO BE TAKEN:**
For the air pathway, the dose cut-off limit for defining the study boundary will be 100 mrem/y effective dose equivalent to an adult and 3 rad/y thyroid dose to a one year old infant. Doses should be expressed as a mean for a distribution of possible values.

For the river pathway, the TSP requires investigation of the entire geographic area impacted by the Columbia River system, and use of a dose cut-off limit is not appropriate.

This dose cut-off limit does not imply that doses below the recommended value will not be calculated within the region determined by the limit, they will.

The dose cut-off limit will be reviewed as necessary by the TSP.

John E. Till,
Chairman

**COPY**

## SCOPING DOCUMENT FOR DETERMINATION OF TEMPORAL AND GEOGRAPHIC DOMAINS FOR THE HEDR PROJECT[a]

### INTRODUCTION

Three years into the Hanford Environmental Dose Reconstruction Study (HEDR) significant accomplishments have been made. Now is the time for philosophical and technical explorations of "scoping" for the future, more specifically scoping for FY92 and FY93. "Scoping" the HEDR project requires judgmental as well as scientific explorations.

The TSP needs now to define the "scope" of the HEDR project for the next two years (FY92 and FY93). To do so we must define temporal and geographic domains. The temporal domains require setting the duration of various time scale periods for the HEDR project. The geographic domains require setting of "dose decision levels" for specific time periods. To do this the panel must pay attention to the following matters.

### Define the temporal domain(s)

Define a series of temporal domains which depend on the levels of contamination of the environment by radioactive emissions. Since the levels of releases of I-131 via the airborne pathway and surface water releases of various radionuclides varied with time, specific "dose decision levels" for specific periods (durations) for specific pathways (air and surface water) and for specific target organs (the thyroid gland and the red bone marrow (RBM)[b] need to be defined.

### Define the key radionuclides

One aspect of "scoping" which is useful in defining temporal domains is the designation of "key radionuclides". *Selection of Dominant Radionuclides For Phase I Of The Hanford Environmental Dose Reconstruction Project, PNL-7231 HEDR* by B.A.Napier employed the screening program (GENII) to define the dominant or key radionuclides. For the air pathway, five radionuclides were identified: I-131, I-132, Ru-106, Ru-106, and Co-60. Although the ranking differed somewhat, these same radionuclides were identified using the National Council On Radiation Protection and Measurement's screening factors. The controlling radionuclide for the air pathway is I-131. For air releases, I-131 accounts for 90% of all dose from all radionuclides received via all pathways of exposure. Addition of the longer-lived radioisotopes of ruthenium increases this to 99% of the dose. Consideration of Co-60 insures that doses to the red bone marrow will also be considered.

For the surface water pathway inclusion of P-32, Np-239, Zn-65, As-76, and Cu-64 in dose calculations is essential. Desirable additions are Mn-56, Na-24, Sc-46, and Cr-51.

### Define the "dose decision levels" and set geographic domains

"Dose decision levels" are by their nature related to radiation risk. They should be set considering the:

    a) Epidemiologic needs of the study

    b) Radiation protection aspects of the study, and

    c) Governmental standards applicable to the study

---

[a] Prepared by B. Shleien for the Technical Steering Panel.

[b] The red bone marrow is the target organ for leukemia.

After the "dose decision levels" are defined, scoping studies and analysis of environmental data are employed to set the geographic domains of the study for specific temporal domains and pathways.

The "dose decision levels" formulated here are not considered acceptable doses. This judgment is not required for "scoping" of the project. "Dose decision levels" are required to balance the needs of the HEDR study with the requirement of maximizing cost–effectiveness.

## Limit the costs of the study

Limitation of the study's cost requires getting the most complete study possible for the funds expended. In other words, evaluate the cost–efficiency of the study. Such an evaluation may be beyond the ability of the panel, but some generalizations about cost–efficiency and their implications need to be considered in setting the temporal and geographic domains.

## Determine doses to individuals and limited population groups

The greatest increase in expense engendered by the HEDR project appears to be extending the geographic domain of the study to include demographic data on the population as a whole and on specific population groups. This will be necessary if the study requires the determination of population doses (to the population as a whole and to specific population groups). Determination of population doses may be necessary for completeness or for public informational reasons. They are not essential for an epidemiological follow–up. A recent review of studies of cancer risk around nuclear facilities convincingly indicates that individual radiation dose determinations are the essence of any study being able to test a causal relation between radiation emissions and cancer risk (B.Shleien, A.J.Ruttenber, and M.Sage. In press Health Physics). To do this, one must provide information to test a dose–response relationship. The HEDR study's ability to provide information to evaluate the radiation dose–response relationship will be the test of its value. Nevertheless, the TSP should not ignore doses to the whole population throughout the study. However, for the FY 92 and 93 period, the panel will emphasize individual dose calculations.

The TSP is obligated to provide thyroid doses to the Hanford Thyroid Disease Study. This epidemiologic study is dependent on the HEDR Project to provide such information for a thirteen county area. The dose estimates need to be provided in a timely manner.

Native Americans through their tribal councils provided impetus to initiation of the HEDR. The program of gathering dietary data for specific tribes is well under way. This constituency, sometimes neglected and often ignored, deserves particular attention in this study because of their unique cultural, demographic and dietary character.

## Perform sensitivity analyses, evaluate uncertainty and insure quality assurance

Sensitivity analysis and determination of uncertainty needs to be included as integral parts of the appropriate air and surface water models. Determination of individual doses requires calculation of supporting uncertainty boundaries. Model validation, and sensitivity analyses should be included in model development. In particular the influence of atmospheric particle loading and size distributions on the atmospheric dispersion model requires elucidation.

Quality assurance (QA) has received adequate attention from the TSP. Battelle has issued implementing guidance for QA. The TSP needs a vigilant accounting of QA requirements.

## Other issues

This approach to scoping of the project need not leave out various important issues such as specific particulate releases, release of specific radionuclides (for example: radio–ruthenium), specific pathways (for example: cisterns),

2

or specific population·groups (for example: migrant workers or hunters), or doses to the population as a whole. However, it is important to bear in mind that public expectations as well as our own, direct that we pay attention first to those individuals who might have received the greatest doses and the radionuclides that may have delivered these doses. The issues raised in this paragraph are most efficiently left to "follow-on" studies after the most important work of the study is completed and reported upon. Some of the other issues raised here have already been discussed or will be later in this document.

SETTING THE TEMPORAL DOMAINS AND " DOSE DECISION LEVELS" AND DETERMINING THE GEOGRAPHIC CONSEQUENCES OF THIS PROCESS IS THE PURPOSE OF THIS DOCUMENT.

## SETTING TEMPORAL DOMAINS

In setting the "time scale" (durations) of various periods of the study four factors appear to be important. These are: a) Levels of Radionuclide Releases at Different Times; b) Ability to Estimate Transport and Dispersion; c) Environmental Monitoring; and, d) Cost of Dose Reconstruction. These parameters in turn influence the dose to individuals, the uncertainty of the doses, and the cost-efficiency of the study.

Table 1 characterizes several time periods for the air pathway based on the variables indicated above. The characterization of the variables is based on experience to date with the HEDR study and is supported by the discussion to follow. The surface water pathway, *except* for the temporal distribution of the ability to estimate the transport and dispersion (column 3, table 1), follows table 1 as to the characterization of the other variables.

#### Table 1. Characterization of Factors Important in Setting the Temporal Domains for the Air Pathway

| Time Period | Level of Emissions | Ability to Est. Trans. & Disp. | Environmental Monitoring | Cost for Study Duration |
|---|---|---|---|---|
| 1944–1951 | High | Primitive | Developmental | High |
| 1952–1972 | Moderate | Improved | Effective | Moderate |
| 1973–1991 | Low | Up-to-date | Formalized | Low |

*Historical Timelines Of Hanford Operations*, a draft document prepared by Rockwell Hanford Operations, 8/28/86 provides much of the insight required to fill in table 1. The operation of the Fuel Separations Plants (T and B) caused the major releases of radioiodine into the atmosphere. The T plant operated between 12/44 and 8/56; the B plant operated from 4/45 through 10/52. Figure 1 provides further evidence that I-131 releases where substantial in the period 1944 through 1947 and decreased thereafter. The "Green-Run" in late 1949 and the failure of silver-iodide filters in 1951 provided additional periods of high release. The first silver nitrate assembly was placed in operation in October 1950 (Fission Product Iodine During Early Hanford-Site Operations; Its Production and Behavior During Fuel Reprocessing, Off-Gas Treatment and Release to the Atmosphere, PNL-7210 HEDR, L.L.Berger).

In the 1960s the Federal Radiation Council set Radiation Protection Guides for exposure of the public to I-131, Sr-90, and Cs-137 from "normal peacetime operations." These guidelines had a significant effect on the control of short-lived and long-lived emissions from nuclear facilities, as well as influencing the imposition of the ban on nuclear weapons testing in the atmosphere. By the early 70s the Environmental Protection Agency and the Nuclear Regulatory Commission set standards for exposure to the public. These had a profound influence on the control of

3

emissions and environmental monitoring around all nuclear facilities, although the Department of Energy and its predecessors had their own, but similar standards.

Another consideration in setting temporal domains for the air pathway is closure of the PUREX plant in 1972.

The availability of adequate environmental monitoring should be taken advantage of by the HEDR study. The current area 200 environmental monitoring program was established in 1978, although environmental monitoring was initiated in 1944.

From its inception the environmental monitoring program underwent improvements. Development was particularly notable from 1957 through 1977 when computer modeling became more important to the dose determinations around the site. After 1977 the environmental monitoring program employed today was well grounded.

For the surface water pathway two criteria were evaluated in establishing the probable level of radionuclides in the Columbia River. The first is the estimated power levels at Hanford reactors (Figure 2). The second is the concentration of radionuclides in the Columbia River. This latter parameter increases from the mid 1940s to 1951 as power levels increase (Concentration of Gross Radioactivity in the Columbia River, GEH-18,774, no date or author given).

One should also consider the number of fuel failures as a possible influence on surface water radionuclide concentration. Jarman et al (R.C. Jarman et al Release of Radioactivity To The Columbia River From Irradiated Fuel Element Ruptures, RL-REA-2160, May 27, 1965) reports a higher annual number of fuel failures in the period 1951 through 1955 compared with 1955 through 1964. Hence, for the surface water pathway the variables in table 1 for the air pathway are also appropriate except for the "Level of Emission." For the surface water pathway, the highest contamination would occur in the period 1952-1978, with the earlier period having moderate contamination, and the later one lower contamination.

The discussion above assists in establishing three temporal domains (column 1, table 1) for the HEDR project, namely: 1944-1951, 1952-1972, and 1973-1991. These domains are suitable for use for both the air and surface water pathways.

## DEFINING "DOSE DECISION LEVELS" AND SETTING THE GEOGRAPHIC DOMAIN

### 1. Epidemiologic Requirements

As indicated, one may consider three experiential philosophies in defining a "dose decision level." The first is the "Epidemiologic" or that level which would be appropriate in an epidemiologic study. In any such study a dose-response relationship would have to be investigated. Hence, a clinical effect would have to be observed. As is well known, the basis on which our present day radiation standards are based is the study of Japanese atomic bomb survivors. Based on these studies, the relative risk of leukemia decreases below 50 rads[*]. The data on malignant tumors indicates that below 20 rads, no significant increase has been observed (Shimizu, Y et al. Life Span Study Report 11, part II: cancer mortality in the years 1950-1985 based on the recently revised doses (DS86), RERF TR/5-88, 1988). This is not the case for thyroid cancers, where external irradiation of the gland has demonstrated an increased thyroid cancer risk as low as 9 rads (Modan, B. et al, Radiation induced head and neck tumors, Lancet 1:277-279, Feb.23, 1974 and Ron, E. and Modan, B. Benign and malignant thyroid neoplasms after childhood irradiation for Tinea Capitis, J.NCI, 65:7-1, July 1980.) THE PANEL SUGGESTS A 10 RAD THYROID DOSE DECISION LEVEL FOR ADULTS BASED ON EPIDEMIOLOGICAL EFFECTS (9 rads rounded off). (Radioiodine

---

[*] For purposes of this discussion, and for beta and gamma emitting radionuclides, a rad and rem will be considered equivalent. The rad is a unit of absorbed dose. The rem is a unit of effective dose (ED). "Effective Dose" is the terminology adopted by the International Commission on Radiological Protection in its Publication 60 for the previous quantity effective dose equivalent (EDE).

appears to be associated with a lower risk of thyroid cancer than is external radiation. The dose decision level suggested does not take account of this and hence includes a "safety" factor to account for uncertainty in determinations or calculations.) FOR INFANTS AND CHILDREN THE SUGGESTED DOSE DECISION LEVEL SHOULD BE 5 RAD TO BE CONSISTENT WITH THE DISCUSSION RE CHILDREN'S VERSUS ADULT RADIATION RISK (see following page). However, at the February 1990 TSP meeting the Panel issued a directive for use of 3 rad annual dose cut-off limit for the infant thyroid (see Appendix A). The decision level will be re-evaluated later in this paper.

If we consider a different biological end-point, for example chromosomal aberrations there appears to be a discernible effect as low as 5 rad (Figure 3). More to the point, the Hanford Thyroid Dose Study, will be employing doses obtained through the HEDR study. If one considers what dose would provide statistically meaningful radiation effects an estimated population size of 5 million persons would have to be exposed to a radiation dose of 1 rad for an effect to be discernible. A population of 50 thousand would be required to demonstrate a meaningful effect at the 10 rad level. THE PANEL SUGGESTS AN ED OF 5 RADS FOR ADULTS BASED ON EPIDEMIOLOGIC CONSIDERATIONS.

Once dose decision levels for adults are agreed upon the effect of age at exposure on radiation risk needs to be evaluated to set these levels for children and infants. For children, infants and fetus one would require a different weighting factor from the one cited above. A recent British study "Health Effects Models Developed from the 1988 UNSCEAR Report, NRPB-R226, contains data which may be used to calculate infant weighting factors. According to R.H. Clarke, head of the National Radiation Protection Board, the weighting factors for the red bone marrow and thyroid glands for children would be about a factor of two lower than an adult's (comment on question posed at the Health Physic's Society Summer School on Pathways Analysis and Risk Assessment, June 18-23, 1989). The Nuclear Regulatory's proposed revision of radiation protection standards for the public in 10 CFR part 20 contains recommendations for reducing derived concentration limits for adults by a factor of two to provide adequate protection of younger age groups (Kocher, D.C. in presentation at above summer school).

In animal experiments, using rats exposed to I-131, fetuses and weanlings were 1.5 to 4 times more sensitive than older animals to functional changes (NCRP Report No.80 "Induction of Thyroid Cancer By Ionizing Radiation" 1985). (Doses to the fetus from I-131 through the milk pathway are less than to a nursing neonate because the milk must first be transferred into the mother's milk. Transfer factors reduce the quantity of I-131 reaching the thyroid of a fetus, when compared to that reaching the thyroid gland of a nursing neonate.) THEREFORE, THE TSP ASSUMES THAT THE RISK FACTOR OF CHILDREN DRINKING COW'S MILK IS TWICE THAT FOR ADULTS. THE DOSE DECISION LEVELS REFLECT THIS.

Two additional factors tend to influence the use of the above radiation values as the decision level limit for the younger population group. First, the fact that children are usually considered to be more radiosensitive than adults; and second, the fact that exposure in early in life leaves a long period for cancer to develop.

Since both ED and RBM dose require dose decision levels a comparison between the two is required. The International Commission on Radiation Protection Report 60, 1990 recommends a weighting factor of 0.12 for the RBM dose as compared with the ED. That is, the dose to the red bone marrow is considered to have 12 percent as much radiation risk as an equivalent radiation exposure to the whole body. FOR THE SAKE OF SIMPLICITY IT IS RECOMMENDED THAT THE ED AND RBM DECISION LEVELS BE EQUAL. (This provides a safety factor of about eight to account for uncertainties in measurements and calculations.)

THE DOSE DECISION LEVELS CITED ABOVE APPLY TO A *ONCE IN A LIFETIME* DOSE. THEY IMPLY A *BEST ESTIMATE* CALCULATION, THAT IS ONE IN WHICH *AVERAGE* INTAKE, ORGAN SIZE AND TRANSFER FACTORS ARE USED. (Often an assumption has been made that the maximum dose to an individual in a population group will not exceed that of the average for the group by as much as a factor of three.)

IT IS ASSUMED THAT SCOPING CALCULATIONS WILL TO BE MADE FOR ALL AGE GROUPS IN THE POPULATION.

## 2. Radiation Protection Principles

The subject of individual risk estimation as it relates to establishing a "dose decision level" for the HEDR project was discussed during the TSP's March 1989 meeting. An initial proposal adopting an *average* annual effective dose equivalent value of 100 mrem was passed at the May 1989 meeting with the proviso that the proposal be formalized and its implications be re-considered at the July 1989 meeting. A directive to this effect was passed at the February 1990 TSP meeting (see Appendix A).

A 100 mrem effective dose equivalent implies that the following considerations are acceptable to the TSP.

a) It is the radiation protection standard adopted for an individual in the public by the National Council on Radiation Protection and Measurement (NCRP) in 1987. The NCRP and International Commission On Radiation Protection (ICRP) both permit an annual effective dose equivalent of 500 mrem on an infrequent basis.

b) This dose level is approximately equal to the average individual exposure from all sources of natural background radiation, excepting radon exposure. If all sources of natural radiation including radon are considered, it is about one-third of the total background dose.

c) There is about a 70 mrem per year difference in the dose from external radiation one receives from natural sources depending on where one lives in the United States. Persons residing in the western mountain regions receive a higher dose than those living on the eastern coastal plain, yet this does not make these areas less desirable to those living there nor is there any reported difference in human health status attributable to this difference in radiation dose.

d) The proposal is practical since a level this low can be detected based on HEDR modeling and environmental measurements made during the period 1945 through 1991, with a level of uncertainty which is probably acceptable.

THE TSP THEREFORE RECOMMENDS THE ADOPTION OF A 100 MREM/RED BONE MARROW DOSE AND AN EQUAL EFFECTIVE DOSE AS A DOSE DECISION LEVEL BASED ON RADIATION PROTECTION PRINCIPLES.

The calculations should be on the basis of any 12 consecutive months, with average model parameters, and for all age groups.

As already mentioned above based on the International Commission On Radiation Protection, Report 60, 1990 a weighting factor of 0.12 is applied to red bone marrow. Therefore, an ED of 100 mrem would imply a red bone marrow dose of 830 mrem. FOR THE SAKE OF SIMPLICITY THE PANEL RECOMMENDS THAT THE ED AND RED BONE MARROW DOSE DECISION LEVEL BE EQUAL BASED ON RADIATION PROTECTION PRINCIPLES. (This introduces a safety factor which accounts for uncertainty in the calculations or measurements.)

A further implication of choosing an effective dose of 100 mrem ED relates to the thyroid gland. To relate an ED to a specific organ dose, the weighting factor for that organ is used as the denominator. Hence the dose equivalent for the thyroid gland of a adult would be 2 rad. BASED ON RADIATION PROTECTION PRINCIPLES THE TSP RECOMMENDS A DOSE DECISION LEVEL OF 2 RAD TO AN ADULT THYROID. A LEVEL APPROPRIATE FOR INFANTS AND CHILDREN WOULD THUS BE 1 RAD.

Because some of the dose may be have been delivered over a period greater than one year, especially for the surface water pathway, introduction of a dose rate factor (DREF) for this pathway in the temporal domain 1973-1991 for surface water may be, in the Panel's opinion, appropriate. The effect of low dose rate on radiation risk is to lower the risk factor between 2 and 10 (Health Effects Models Developed from the 1988 UNSCEAR Report, NRPB-R226, NRPB, UK 1988.) FOR ENVIRONMENTAL RELEASES ALTHOUGH SOMETIMES APPROPRIATE, A DREF IS NOT NECESSARILY EMPLOYED. (Not employing this factor introduces yet again a safety factor which assists in accounting for uncertainties in the calculations.)

6

THE DOSE DECISION LEVELS BASED ON RADIATION PROTECTION PRINCIPLES REFER TO A DOSE OCCURRING IN ANY SINGLE YEAR (12 CONSECUTIVE MONTHS).

### 3. Governmental Standards As A Basis

At present the most stringent governmental standards applicable to radiation are the Environmental Protection Agency's 40 CR Part 61, National Emission Standards For Hazardous Air Pollutants. They contain information that directly impacts upon the setting of a possible dose decision level.

EPA's recommendations limit doses of radioactivity equal to 3 mrem/y ED or effective dose.[*] This dose is equal to a maximum lifetime risk of 1 in 10,000 according to the EPA. For a child or infant the equivalent value is an annual dose of 1.5 mrem. An ED of 1.5 or 3 mrem is almost at level of detectability of ordinary environmental monitoring. Furthermore, Weinberg (Science and its limits: the regulator's dilemma. In De Minimis Risk, C.Whipple, Ed. Plenum Press, New York, 1985) considers such a level as entering the area of "trans-science" because estimates of biological effects at this level are several orders of magnitude below where adverse results may be observed. He proposed that for radiation the standard deviation of background levels in various locations, or about 20 mrem, be employed (Adler, H.I. and Weinberg, A.M. An approach to setting radiation standards, Health Physics 34:719-172, 1978).

The Nuclear Regulatory Commission is considering a Below Regulatory Concern (BRC) policy of July, 1990, which sets 10 mrem EDE individual dose as that level below which a licensee can request an exemption from regulatory control. In actual fact, at a level of about 10 mrem, survey and measurement techniques are associated with large uncertainties.

UNCERTAINTY ASSOCIATED WITH MEASUREMENT AND/OR CALCULATIONS METHODS SUGGEST A 10 MREM ED AND/OR RED BONE MARROW (RBM) DOSE AS AN APPROPRIATE DECISION LEVEL WHEN GOVERNMENTAL STANDARDS ARE EMPLOYED FOR REACHING A DOSE DECISION LEVEL.

As indicated above, a weighing factor of 0.05 has been assigned by the ICRP to thyroid radiation risk. Hence, an ED of 3 mrem/y is equivalent to an annual thyroid dose of 60 mrad. For the younger age groups this would approximate 30 mrad/y. FOR ADULTS IN THE POPULATION AN ANNUAL THYROID DOSE OF 60 MRAD APPEARS TO BE AN APPROPRIATE DOSE DECISION LEVEL BASED ON A GOVERNMENTAL STANDARD APPROACH. FOR CHILDREN AND INFANTS 30 MRAD IS THE APPROPRIATE LEVEL USING THIS SYSTEM.

THE DOSE DECISION LEVELS BASED ON GOVERNMENTAL STANDARDS APPLY TO AN AVERAGE ANNUAL DOSE OVER THE DURATION OF THE TEMPORAL DOMAIN.

The EPA document indicates risks, slightly higher than those given above, for presently operating DOE facilities; but our problem is one of prior not present day releases.

Table 2 summarizes the various "dose decision levels" discussed above.

---

[*] EPA uses the older term EDE or effective dose equivalent.

Table 2. Summary of "Dose Decision Limits"

| Group | ED and REM Dose (mrem) | Thyroid Dose (mrad) |
|---|---|---|
| 1) Epidemiologic[a] | | |
| Average Adult | 5,000 | 10,000 |
| Child or Infant | 2,500 | 5,000 |
| 2) Radiation Protection[b] | | |
| Average Adult | 100 | 2,000 |
| Child or Infant | 50 | 1,000 |
| 3) Governmental Standard[c] | | |
| Average Adult | 10.* | 60 |
| Child or Infant | 10.* | 30 |

[a] Based on Epidemiologic Requirements – REFERS TO A ONCE IN A LIFETIME DOSE
[b] Based on Radiation Protection Principles – DOSE IN ANY CONSECUTIVE 12 MONTHS
[c] Based on Governmental Standard – AVERAGE ANNUAL DOSE OVER DURATION OF DOMAIN
* Selected because of degree of uncertainty at lower levels

## COMBINING THE TEMPORAL DOMAIN AND "DOSE DECISION LEVELS"

A judgmental problem remains. We need to meld the geographic domain, based on the "dose decision levels" and the temporal domains together. The most logical and cost–effective approach is to assume that the dose decision levels based on radiation protection principles are applicable to all temporal domains. Since these apply for a consecutive 12 month period only, a cumulative dose decision level also needs to be set. The values set by the epidemiologic principles should serve as the cumulative dose decision limit for the entire duration of the study. The most restrictive of these two dose decision levels should be applied in setting the geographic domain of the study. For the air pathway the Thyroid Dose is the most limiting " dose decision level", whereas for the surface water pathway the (ED) and/or RBM dose is the most appropriate limiting level. Table 3 summarizes these recommendations.

8

Table 3.  Summary Table of Temporal Domains and Dose Decision Levels

| Temporal Domain | Dose Decision Level | | | |
| | Air Pathway Thyroid Dose (mrad) | | Surface Water Pathway ED or REM Dose (mrem) | |
| | Adult | Infant | Adult | Infant |
|---|---|---|---|---|
| 1944–1951[a] | 10,000 | 5,000 | 5,000 | 2,500 |
| 1952–1972[b] | 2,000 | 1,000 | 100 | 50 |
| 1973–1991[c] | 60 | 30 | 10.[*] | 10.[*] |

[a] Based on Epidemiologic Requirements—REFERS TO A ONCE IN A LIFETIME DOSE
[b] Based on Radiation Protection Principles—DOSE IN ANY CONSECUTIVE 12 MONTHS
[c] Based on Government Standard—AVERAGE ANNUAL DOSE OVER DURATION OF DOMAIN
[*] Selected because of degree of uncertainty at lower levels

## RECOMMENDATIONS OF THE TECHNICAL STEERING PANEL FOR DOSE DECISION LEVELS

Based on the discussion in this paper the TSP recommends the following dose decision levels:

| Temporal Domain | Dose Decision Level | | | |
| | Air Pathway Thyroid Dose (mrad) | | Surface Water Pathway ED or REM Dose (mrem) | |
| | Adult | Infant | Adult | Infant |
|---|---|---|---|---|
| Any consecutive 12 month period | 2,000 | 1,000 | 100 | 50 |
| Cumulative for entire duration of study | 10,000 | 5,000 | 5,000 | 2,500 |

THE LEAST RESTRICTIVE DOSE DECISION LEVEL (I.E., GREATEST GEOGRAPHIC DOMAIN) SHOULD APPLY WHEN SETTING DIMENSIONS OF THE HEDR STUDY.

## SETTING THE GEOGRAPHIC DOMAIN

### Air Pathway

1944–1951. Some attention has already been paid to the setting of geographic limits for the HEDR study for the initial temporal period (Presentation by W. Haerer, HEDR Project, Report to the Technical Steering Panel, February 15, 1990.) Figure 4 taken from his oral report to the TSP indicates that for the W, SW, and NW directions a thyroid dose of 1 rad extends out to about 60 miles. For the N and S directions the geographic limits extend out

9