Tab 66A

considerably farther. For the NE, S, SE, and Easterly directions the geographic domain would go much further. Figure 5, for the E direction supports the temporal domain decision. After 1950 the geographic domain is less than 60 miles with a 1 rad infant thyroid dose cut-off limit. (No data are available for the SE direction during the early years when it was the direction in which the highest doses occurred, but I expect the pattern would be the same as for the Easterly direction, but extending out farther).

Although the geographic domain in the easterly direction for the late 1940s would extend for a considerable distance this may not be the actual case. The scoping data used in figures 4 and 5 assume a gaseous nature for I-131 used in the phase I air model. Although I-131 is indeed released in the gaseous form, it is adsorbed by particulates in the air with increasing distance. (The particle size distribution is probably similar to that for local air.) The adsorption of radioiodine on particulates with distance would change its dispersion. *This emphasizes our need for particle size work in the airborne dispersion model we eventually employ.*

Figure 5 illuminates the possibility of increasing costs with distance. At least in the FY92 and 93 period we should insist on a model which can calculate individual doses out to fairly large distances. Then in later years, with some modifications the same model can be used to determine population doses. Please note the distinction since it is important in defining the nature of suggested deliverables for FY92 an 93.

1952-1972. From Figure 1, it may be noted that the maximum release during this period was 1200 Ci. After 1956 until 1960 releases were less than 400 Ci. The TSP used the maximum annual release value and MICRAIRDOS to scope out the maximum distance which could be impacted. A thyroid dose to an infant from this release occurring in the ESE direction would impact a distance out to 120,000 meters (approximately 60 miles). During most of the period and for other compass directions the impacted distance would be less than 20 miles for an infant dose decision level of 1 rem.

1973-1991. Radiation doses are calculated for the Hanford site on an annual basis. The TSP used the values from only one year, 1986 to represent the period 1973-1991. (The TSP is gathering material on other years during this period.) Environmental Monitoring at Hanford for 1986 (PNL-6120, May 1987) reports 2 mrem to an infant thyroid from foods contaminated via dry deposition through the air pathway. This represents the maximally exposed individual. Unfortunately the location of the infant is not given, but the GENII code yields a maximum infant thyroid dose at ESE 24000 meters which is almost at the fence post of the site in Richland, WA.

Surface Water Pathway

During the period of highest surface water releases, 1964 through 1966, the maximum annual ED for an adult at the 95th percentile did not exceed the 100 mrem "dose decision level." For the Columbia River stretch 1 the highest ED reported was 67 mrem in 1964 for an individual ingesting a "high fish" diet (Draft Columbia River Pathway Report, PNL-7411, July 1990). The 50 percentile, a more appropriate comparison value for the average annual adult EDE was calculated at 40 mrem in 1964. This stretch of the Columbia River is opposite the Hanford site approximately at Ringold.

Again citing the 1986 Environmental Monitoring Report (PNL-6120), the surface water pathway yielded a whole-body dose (comparative value most closely equivalent to an EDE) to a maximum individual of 2 mrem. The maximum organ dose was 9 mrem to the bone which is probably close to the RBM dose in magnitude. In either case, the values are lower than the "dose decision levels" for the 1973-1991 period.

Based on this rather limited analysis, and using the "dose decision levels" established above, one could conclude that we should be able to address the surface water pathway with a modest degree of confidence and a reasonable budget during FY 92 and 93.

10

# ESTIMATED RELEASES OF I-131 TO AIR 1944 - 1960



Figure 1. Estimated Releases of I-131 to Air, 1944 – 1960



Figure 2. Estimated Power Levels at Hanford Reactors
(From Harty et al. 1978)



Figure 3. An Absorbed Dose-Effect Curve for Chromosome Aberrations, fitted with a quadratic ("linear quadratic") relationship. The insert shows the basis for initial linearity. (From NCRP Report No. 64)

12

Figure 4





Figure 5

# APPENDIX A

Revised Draft   .   PGV. 12 April 1996

# OAK RIDGE HEALTH STUDIES BULLETIN

Special Edition
May 1996

## Selection of a Numerical Risk Guide

In 1994, the Oak Ridge Health Agreement Steering Panel (ORHASP) began to investigate numerical criteria that could be used to guide decisions about the allocation of resources and about the relative importance of contaminants for the *dose reconstruction* project that is currently underway (see Project History below). The most useful approach was seen as one that would compare *risk* estimates for the contaminant with a preestablished guide value expressed as a risk of health effects.

It was anticipated that such a guide value would be needed to help decide which of the contaminants released from the Oak Ridge Reservation (ORR) should be studied in greatest detail. A related question is whether the estimated risks from a particular contaminant were so low that further detailed study of exposures was not warranted. Such decisions are necessary because the funds available to the State are limited.

The Panel firmly believes that it is important to obtain input from the public on this matter. A draft issue paper was prepared and distributed for public comment. In June 1995 we held a public meeting on the topic. Attendance was good and many differing opinions were expressed about the difficult issues involved in the selection of a risk guide value.

At its September meeting, the ORHASP decided, pending further review, to adopt a lifetime risk guide for clinically detectable health effects of one in ten thousand (0.0001 or $1 \times 10^{-4}$). That means that there is one chance in 10,000 that the exposure would cause an effect during the life of the person. This decision was reviewed and clarified at the November meeting of the Panel. The Panel does not view the guide value as inflexible because it recognizes that (a) most risk assessments are complex and uncertain and (b) there may be health effects caused by multiple contaminants that are not predicted by analyses that deal with the contaminants one at a time. Use of the value in the context of ongoing work is discussed on page 5.

Selection of this particular risk criterion does not mean that the Panel sees it as a universally "acceptable" risk level. Indeed, the public meeting that we held and the open discussions of the Panel itself have shown that there is a broad range of opinion about the acceptability of both *voluntary and involuntary risks*.

The plan for further review of the decision reflects the Panel's desire to obtain further public input about the various issues that bear upon it. This document is designed to assist in the review of the Panel's decision. It contains a brief history and update for the project, discussion of various types of risk estimates, precedents in the selection of risk decision levels, some background risk information, considerations that apply to differing types of health effects that are of interest, and a glossary of technical terms. The Panel recommends review of the entire document as a prelude to another open public discussion of the issues.

## Project History and Update

A *dose reconstruction* project for the Oak Ridge Reservation (ORR) is currently underway. Its goal is to determine what doses of radiation or chemicals were received by persons living near the ORR during years gone by. The term "historic dose reconstruction" is appropriate because the focus is on past exposures, when releases were higher and rules controling public exposure were strict.

(continued on page 3)

### Contents

| | Page |
|---|---|
| Project History and Update | 1 |
| Concerns About Risk Estimates | 3 |
| Future Epidemiologic Studies? | 4 |
| Possible Guide Values | 6 |
| Reference Points | 7 |
| Difficult Comparisons | 10 |
| Risk Chart | 11 |
| Glossary* | 2 |

*Bold italic items in the text are included in the glossary. Glossary items are also cross-referenced.

## *Glossary*

**absorbed dose**—in radiation protection, the basic measure of radiation exposure of specific tissues or the whole body; it is the amount of energy absorbed per unit mass of tissue. The historic unit of absorbed dose is the *rad*; the modern unit of absorbed dose is the *gray* (Gy).

**becquerel**—the modern unit of the amount of *radioactivity*. A radioactive substance with an activity of one becquerel (Bq) undergoes one disintegration (nuclear transformation) per second. One kilobecquerel (kBq) is one thousand becquerels (1000 Bq). One megabecquerel is one million becquerels (1,000,000 Bq or $10^6$ Bq).

**critical organ**—in radiation protection, the organ or tissue that receives the highest dose or is at highest risk from a particular *exposure*.

**curie**—the historic unit of *radioactivity*. A radioactive substance with an activity of one curie (Ci) undergoes 37 thousand million (37,000,000,000) disintegrations (nuclear transformations) per second. One millicurie (mCi) is one one-thousandth of a curie (0.001 Ci); one microcurie (µCi) is one millionth of a curie (0.000001 Ci or $10^{-6}$ Ci); 1 µCi also equals 37,000 *becquerels*.

**dose**—in toxicology, the rate of intake of a hazardous agent or contaminant per unit body weight. It is usually expressed in units of milligrams (mg) of the contaminant per kilogram (kg) of body weight per day (mg/(kg-day)). For some substances, the dose may be defined for a particular organ or tissue using a model that relates tissue concentration to intake.

**dose conversion factor**—an estimate of the *equivalent dose* to a tissue or the *effective dose* per unit intake of a *radionuclide* or per unit exposure to contaminated air, water, or ground surfaces. For *internal exposure*, the dose conversion factors depend upon age because of changes in metabolism and organ size during the period between birth and maturity.

**dose reconstruction**—the process of estimating doses that were received by members of the public following releases of toxic materials to the environment around an industrial facility.

**dose-response relationship**—the numerical link between the dose received and the *risk* of a particular effect. For a linear dose response rela-



tionship, illustrated by the top line in the figure, the slope of the solid line defines the risk per unit dose. For carcinogens, a linear extrapolation of the observed relationship to lower doses is normally used to estimate risks at those doses (the upper dashed line). If there were a *threshold dose* (T), below which no effects occurred, the shape of the dose-response curve would be different, as shown by the lower dashed line.

**dosimetry**—in radiation protection, a general term to describe the process of measuring or calculating the radiation dose to specific organs or to the whole body.

**effective dose**—in radiation protection, the product of the *equivalent dose* to a tissue and the appropriate *tissue weighting factor*. The historic unit of effective dose is the *rem*; the modern unit is the *sievert* (Sv).

(continued on page 8)

## Project History and Update
*(continued from page 1)*

For a toxic chemical, the focus will be on the estimation of intake of material by a nearby resident. The intake depends on how much chemical was released. It also depends on where the person was located and what happened to the chemical between the point of release and the residence or other point of exposure. The effect of the chemical also depends upon the size of the exposed person and that will be taken into account. Estimated intakes can be compared with guide values for chemicals, called *reference doses*, to obtain a measure of the hazard or *risk*.

For *radionuclides* that were released in past years, the goal will be to estimate *equivalent doses* to specific tissues and *effective doses*, which combine the equivalent doses to all affected body tissues. The radiation dose estimates use models that estimate the distribution in the body of contaminants taken in while breathing, eating, or drinking.

Although there are differences between the calculations for chemicals and radionuclides, there are also many similarities. For both, we estimate the amount released, sometimes called the *source term*; the dispersion of the contaminant in the environment; the movement of the contaminant into the food supply through contamination of vegetables, milk, and meat; and the amounts of various foods that were consumed by persons in the area.

To decide upon the most important contaminants to be studied in the current project, the Tennessee Department of Health (TDH) hired a contractor to do a feasibility study. It was performed by the ChemRisk Division of McLaren Hart. They used a contaminant screening procedure designed to identify the most important releases from the Oak Ridge facilities. This procedure addressed releases from each of the three facilities to air and to surface water (directly and via shallow ground water). A cautious or "conservative" approach is used that was unlikely to underestimate the consequences of contaminant releases.

(please turn to page 5)

## Concerns About Risk Estimates

Interpretation of *risk* estimates is often difficult because the basis for the estimate may be unclear. We may differentiate between two types of risk estimates. Some risk estimates are based on rates determined from numbers of known deaths associated with a particular activity. Other risks are estimated by projecting a dose-effect relationship from high doses (at which effects have been observed) to low doses (at which effects have not been observed). The relationship may have been derived from toxicological studies with animals or in some cases from epidemiologic studies of exposed human populations.

### Well-known Risks

Many risks, such as those estimated for auto or air travel, are based on actual numbers of persons known to have been killed in accidents. To obtain a risk factor, the numbers of those deaths are divided by measures of exposure to accidents. For example, the number of passenger-miles driven or flown would be a measure of the exposure to the risks of auto or air travel. Such *risk factors*, based upon historical data, can be used to estimate average risks of death to persons traveling by car or plane.

Estimation of average transportation risks does not distribute the pain and suffering of the families whose loved ones were actually killed in car wrecks or plane crashes. It only provides an indication to the rest of us of the relative risks of two modes of transportation.

### Projected Risks

There are multiple causes of cancer and most other adverse health effects. Current epidemiologic studies usually cannot distinguish among the causes of the cancers observed in human populations. Thus, it is generally not possible to identify particular victims of exposure to toxic substances.

(continued on the next page)

## Concerns About Risk Estimates
(continued from page 3)

The factors used to make cancer and other risk estimates are derived from epidemiologic studies in which a dose-effect relationship was found between exposure to the toxin and the particular health effect. Some risk factors were based on animal studies whose relevance to human exposures is uncertain.

Dose-effect relationships are typically established at high dose levels and extrapolated linearly to lower dose levels. This procedure is based upon the unproved (and often disputed) assumption that the risk from low doses can be estimated using the same risk factor that applies for high doses. Because the mechanisms that produce the effects are not completely understood, many people consider this cautious approach to be prudent for public health protection.

### Possible Synergisms?

In most cases, studies are performed to determine the effects of single contaminants. The risk factors derived from such studies do not reflect risks of simultaneous exposure to more than one contaminant. In estimating risks from radiation exposures in the presence of chemical exposures or from multiple chemical exposures, we will be alert to the potential for previously unidentified synergistic effects of the combined exposure.

Whether synergistic effects occur will depend upon the relative magnitudes of the individual exposures and the modes of action of the toxic substances. While such effects may or may not prove to be a significant factor in any particular case, we will check for situations in which they might be important and be watchful for research on multiple contaminant exposure relevant to the Oak Ridge releases.

### Types of Risk Estimates

It is clear that the risk estimates applicable to the Oak Ridge Health Studies will be uncertain. If estimates are based upon cautious assumptions that tend to overstate the contaminant exposures and the risks, then we have what are called upper bound or "conservative" estimates. The goal of such an estimate is to provide confidence that the the true risk has not been underestimated. That is, the risk is unlikely to be higher than estimated. It could well be lower.

Another approach is to make a "best estimate" that does not intentionally bias the result. Uncertainties for these estimates define a range of possible values. The true value could be either higher or lower than the best estimate, but is expected to fall within a range of values that reflects the underlying uncertainties of the evaluation.

## Future Epidemiologic Studies?

Epidemiologic studies attempt to identify links between health effects and exposure to toxic materials. A goal of such studies is to develop a relationship between the amount of exposure to the toxin and the number of effects that occurred.

The likelihood that an epidemiologic study will be able to detect a real increase in the rate of disease among those who were exposed compared to those who were not depends on several factors. These include the numbers of exposed and unexposed persons in the study, the magnitude and range of the individual exposures to the contaminant (and thus their individual risks of contracting the disease), and the normal occurrence of the disease in unexposed persons.

The Panel undertook a preliminary evaluation of the feasibility of epidemiologic studies to detect health consequences resulting from past releases from the ORR. The assessment is being performed by Dr. Puru Thapa of Vanderbilt University. He has presented preliminary findings to the Panel and is in the process of revising the draft report about the feasibility of doing epidemiologic studies.

One approach that could provide insights into exposures to persistent contaminants is to study the distribution of the contaminant or a marker of its presence in local populations. The feasibility and other aspects of such bioprevalence studies are being investigated by the Panel's Health Effects Subcommittee.

## Project History and Update
(continued from page 3)

After a period for review and comment, the draft procedure was revised and used to establish relative rankings of the contaminants that had been released. The results of these rankings provided some relatively clear indications of the contaminants that could be most important.

Four categories of contaminant releases appeared to be the most significant for the assessment of past exposure of members of the public. These became the focus of four tasks of the dose project that is currently underway. After reviewing several proposals the TDH selected ChemRisk to perform this work as well.

- Task 1 is examining releases of iodine-131 ($^{131}I$) during processing of short-cooled fuel to obtain radioactive lanthanum (RaLa processing) at X-10 and the offsite exposure to the $^{131}I$.
- Task 2 is a study of the releases of mercury into the Poplar Creek drainage from the lithium enrichment processing plants at Y-12 and of the exposure of persons offsite.
- Task 3 is concerned with the use and historic releases of PCBs (polychlorinated biphenyls) from all three of the main facilities at the ORR. A key question is the contribution of the ORR to observed local environmental levels.
- Task 4 is an evaluation of the releases of cesium-137 and other fission and activation products in liquid wastes from X-10 that entered the White Oak Creek drainage and were carried into the Clinch River. It will evaluate doses to persons exposed to these releases at points downstream.

The results of the initial screening calculations also showed that releases of uranium isotopes into air and water, though not as potentially important as the contaminants identified above, ranked relatively high at K-25, X-10, and Y-12. There is concern about the validity of the historic estimates of uranium releases that were used for screening. Further, only the radiotoxicity of uranium was not considered in the initial screening. For those reasons, work is currently underway (Task 6) to clarify the relative importance of uranium discharges. The results will be [use]d in revised screening calculations for uranium.

Other screened contaminants ranked much lower. Unless the screening procedure strongly discriminated against these contaminants, they seem unlikely to require detailed study. Recently the screening procedures used during the feasibility phase were reviewed. That review identified some inconsistencies in degree of conservatism among the screening calculations, but confirmed the high importance of the four categories of contaminant releases that had been selected for further study (now Tasks 1–4).

Additional screening calculations will be conducted in Task 7 of the current work. Several contaminants could not be screened during the feasibility phase. These were hexavalent chromium, plutonium-239, tritium, arsenic, asbestos, neptunium-237, and classified substances. The recent review also highlighted lead as a contaminant that may be important. Lead has been added to the list of contaminants that will be screened.

Task 5, an extensive review of historic documents, may identify other substances for Task 7. Screening will determine whether there are other contaminants of comparable importance to those already identified and being studied.

## Uses of the Lifetime Risk Guide

The lifetime risk guide value of one in ten thousand (0.0001 or $1 \times 10^{-4}$) will be used in the Task 7 screening work. It will be the benchmark against which screening risk estimates for radionuclides, carcinogens, and lead will be compared.

The initial detailed assessments for Tasks 1–4 will provide more information about releases and potential exposures to contaminants than was known when the screening was performed. That information may change our views of the need for further detailed studies of one or more of the contaminants.

As the initial risk estimates are developed, they will be compared with the lifetime risk guide of one in ten thousand (0.0001 or $10^{-4}$) of the occurrence of a clinically observable health effect. We will use this comparison as part of a periodic review of priorities. Some contaminants will be selected for follow-up work and more refined risk assessments. Further work may not be pursued for other materials.

## Possible Guide Values

In establishing a guide value for decision making, the Panel has had to consider various types of health effects that could have resulted from releases from the Oak Ridge facilities. Cancer caused by radiation *exposure* or exposure to chemicals is a common concern. However, there are other types of health effects that might be caused by releases of heavy metals. For example, uranium can damage the kidneys and mercury can cause damage to the nervous system.

Some of the effects of concern, notably cancers, are life threatening. Others, even though they are clinically detectable, are not. Because of these differences, the Panel has selected the risk of occurrence of a clinically detectable health effect, rather than the risk of death, as the basis for the risk criterion. Even then, the comparability of the biologically plausible effects remains a difficult issue (see page 10).

As noted, any discussion of numerical risk levels to be used to make decisions is likely to evoke a broad range of opinions. Recommendations developed by other groups have been considered by the Panel.

## Previous Regulatory Decisions

Because our efforts are not regulatory in nature, historic behavior and current guidelines in that context are not firm precedents for our task. However, they do provide useful information about public policy that may be considered in the development of criteria for decisions.

In a review of regulatory decisions taken in the 1980s, Travis et al. (1987) found that the regulators of chemical carcinogens used different criteria depending on the size of the exposed population. For small populations, individual lifetime cancer risks greater than four in a thousand (0.004 or $4 \times 10^{-3}$) were always regulated while those less than one in ten thousand (0.0001 or $1 \times 10^{-4}$) were not regulated.

From a regulatory point of view, the size of the exposed population is quite important. If there were one hundred people exposed to a contaminant at a level that produced an added individual lifetime cancer risk of one in ten thousand (0.0001 or $1 \times 10^{-4}$) for each of them, there would be only one chance in one hundred (100 persons x 0.0001 risk of cancer per person = 0.01 case) that a case of cancer would occur. It is possible that the most susceptible exposed person might contract cancer, but the calculation shows that even one case is unlikely.

On the other hand, if a million persons were so exposed, one hundred cases would be expected (1,000,000 persons x 0.0001 risk of cancer per person = 100 cases). Population size was considered by the regulators and was reflected in their decisions.

## NAS Recommendation for Deciding Among Several Possible Sites for Dose Reconstruction

A committee of the National Academy of Sciences (NAS) prepared a report for the Centers for Disease Control and Prevention (CDC) to help assign priorities when confronted by several sites where *dose reconstruction* and epidemiologic studies might be undertaken. The report (Radiation Dose Reconstruction for Epidemiologic Uses, 1995) suggested the following approach to the CDC. As discussed below, it was based on a current dose limit for nuclear facilities.

The Nuclear Regulatory Commission (NRC) has set 0.1 rem (100 mrem) per year as the annual *effective dose* limit for members of the public. The lifetime dose from such exposure would be 7 rem (0.1 rem per year x 70 years). The NAS committee suggested the 7-rem effective dose (or the *equivalent dose* for exposure to a particular organ) as a guide. The proposed dose guide could be used by the CDC for deciding which of many potential study sites deserved attention and which of them did not warrant further consideration.

Consequences of exposure at the NRC limit throughout life were estimated by another NAS committee (the Committee on the Biological Effects of Ionizing Radiations or BEIR committee) in their 1990 report (BEIR V). For a population of 100,000 persons, with equal numbers of men and women, exposed continuously to 0.1 rem per year, they predicted a total of 560 cancer deaths. The average individual risk of death from cancer

*(continued on the next page)*