Tab 66B

## Possible Guide Values

*(continued from page 6)*

would be about six in one thousand ($560/100,000 = .0056 – 0.006$ or $6 \times 10^{-3}$). It must be remembered that such risk estimates for individuals are more uncertain than those for the population.

### Was Anyone Hurt?

An alternative approach would be to focus on the collective risk to the exposed population around the Oak Ridge Reservation. This approach would address the question of whether anyone in the exposed population suffered a clinical health effect (whether a cancer, birth defect, or other clinical effect) as the result of the ORR releases. This way of framing the question of health consequences has been discussed in several panel meetings.

If we estimate the size of the exposed population, an average individual risk level can be estimated. For an exposed population of 100,000 persons, no one would have suffered a health effect if the total individual risk of all effects was verage lower than one in a hundred thousand ($.00001$ or $1 \times 10^{-5}$).

### Consider Multiple Factors

A final option would be to use a multifaceted approach for decision-making. This approach would be one that considers both individual and group risk estimates as well as other factors. The latter might include the size of the uncertainties in the quantities released or in other factors in the risk calculations. Another factor could be a qualitative measure of public confidence in the risk estimates.

---

## Reference Points

Effluents from industrial operations are not the only sources of public exposure to radiation. The most widespread exposure is to natural background radiation and the *effective dose* from that source is the most common reference point. This is a osure source that all humans have lived with throughout their lives.

Background radiation exposures come from cosmic rays, direct radiation from naturally occurring radionuclides that are present in the soil, and from a variety of naturally occurring radionuclides in air, water, and foods. Every person's body contains some naturally occurring radionuclides, which continuously irradiate each of us. Examples are $^{40}K$ (potassium-40), $^{3}H$ (hydrogen-3 or tritium), and $^{14}C$ (carbon-14), which are produced by cosmic rays, and $^{222}Rn$ (radon-222) that escapes from the soil into air.

It is possible to make some changes to the amount of background radiation exposure. For example, moving from Colorado to Florida and not flying at high altitudes would both decrease exposures to cosmic rays. Sealing a basement or taking other steps to keep $^{222}Rn$ out of a home could reduce the annual lung dose of the residents.

In the United States, the average effective dose from external sources and those distributed throughout the body is about 100 mrem per year. The *equivalent dose* to the lung due to radon and related radionuclides varies with location and type of residence. For the average person, this dose is estimated to be about 1.5–2.0 rem per year to the lung. The *tissue weighting factor* for lung is 0.12. Thus, exposure to radon and the associated radionuclides thus contributes an additional 180—240 mrem to the effective dose.

Because the Oak Ridge studies deal with both radionuclides and chemicals, we must go beyond background doses to background risks. The *lifetime risk* of death from background radiation exposure, from all sources including radon, is estimated to be on the order of one in one hundred (0.01 or $10^{-2}$). The ifetime risk of death from all naturally occurring chemical carcinogens are estimated to be lower, on the order of one in one thousand (0.001 or $10^{-3}$). These estimates depend upon the commonly used and cautious assumption that the *dose-response relationships* are linear and that there is no exposure that does not carry some risk.

Current guides applicable to the operation of nuclear facilities provide another source of reference points. Both the Environmental Protection Agency (EPA) and the Nuclear Regulatory Com-

*(continued on page 10)*

## *Glossary*

**equivalent dose**—in radiation protection, the product of the *absorbed dose* to a tissue and the *radiation weighting factor* selected for the type and energy of the radiation incident on the body or emitted by a source within it. The historic unit of equivalent dose is the *rem*; the modern unit is the *sievert* (Sv).

**exposure**—a general term used to describe the situation in which a person comes in contact with a hazardous agent (such as a radiation field) or a contaminant (like a toxic chemical).

**external dose**—a radiation protection term that refers to the dose received by organs or tissues as the result of an exposure to a source of radiation that is outside the body.

**gray**—the modern unit of *absorbed dose*. A dose of 1 gray (Gy) corresponds to the absorption of one joule of energy per kilogram of tissue. One gray equals 100 *rads*.

**hazard index**—for non-carcinogenic chemicals, the ratio of the estimated dose to an exposed person to the *reference dose* for the chemical.

**internal dose**—a radiation protection term that refers to the dose received by organs or tissues as the result of an intake of radioactive material; the intake may result from breathing contaminated air, consuming contaminated water or food, or penetration of the radioactive material through intact or broken skin.

**involuntary risk**—a risk over which the exposed individual has little or no control; a risk that the individual did not choose and may not know about. Exposures to industrial wastes are in this category. In general, individuals are more concerned about these risks than about those which they knowingly accept.

**K-25**—the code name for one of the three main facilities on the Oak Ridge Reservation. At the K-25 facility, the *radionuclide* uranium-235 ($^{235}U$) was separated from natural uranium using the gaseous diffusion process.

**lifetime risk**—the chance that a health effect will occur at some time later in the life of an individual exposed to a toxic substance.

**rad**—the historic unit of *absorbed dose*. A dose of 1 rad corresponds to an absorption of 100 ergs of energy per gram of tissue. A millirad (mrad) is equal to 1 one-thousandth of a rad (0.001 rad). One *gray* (Gy) equals 100 rads.

**radioactivity**—the spontaneous change in the nucleus of an atom that results in emission of radiation from the nucleus.

**radiation weighting factor**—a measure of the potential for a particular radiation type to cause health effects at low doses. Radiation weighting factors are the same for all tissues and range from 1 for photons and electrons to 20 for alpha particles and some neutrons.

**radionuclide**—an isotope of a particular chemical element that undergoes spontaneous transformation accompanied by the emission of radiation. Radionuclides behave chemically in the same way as non-radioactive isotopes of the same element. For example, iodine-131 ($^{131}I$) is a radionuclide that when ingested or inhaled is concentrated in the thyroid gland, just like iodine-127 ($^{127}I$), the non-radioactive isotope.

**reference dose (RfD)**—for non-carcinogenic chemicals, an estimate of the largest amount that an individual of a certain size can take in on a daily basis that is not anticipated to result in adverse effects. It is usually expressed in units of milligrams of the chemical per kilogram of body weight per day (mg/(kg-day).

**rem**—the historic unit of effective dose. A millirem (mrem) equals 1 one-thousandth of a rem. One hundred rem equals one *sievert* (Sv).

*(continued on page 9)*

# Glossary

**risk**—the chance that an exposure to a toxin will cause a health effect, such as cancer. Also, the chance that one will be injured as the result of participating in a particular activity.

**risk factor**—a general term used to describe the link between exposure to a toxin, or to a dangerous activity, and the liklihood that an adverse health effect will result. In some cases it may be described as a *dose-response relationship*.

**sievert**—the modern unit of *effective dose*. One millisievert (mSv) is 1 one-thousandth of a sievert (0.001 Sv). One microsievert (mSv) is 1 millionth (0.000001 Sv) of a sievert. One sievert (Sv) equals 100 *rem*; 1 mSv equals 100 mrem.

**slope factor**—for carcinogenic chemicals, an upper bound estimate, derived following EPA guidance, of the slope of the *dose-response relationship*, given as a risk per unit dose.

**source term**—a description of the quantities of radioactive and chemical contaminants that were released to the environment. It includes information about the size, timing, duration, and form of the releases.

**target tissue**—in toxicology, the site in the body where toxic effects lead to damage or disease. The size of the target tissue depends upon the mechanism of toxicity; it could be a whole organ or a particular cell type within it.

**threshold dose**—the lowest intake rate of a chemical at which a specific measurable adverse effect is observed and below which it is not observed. It is generally assumed that a certain amount of non-carcinogenic chemicals can be tolerated and detoxified by the body with no adverse effects.
Recent detailed studies of lead toxicity have shown measurable adverse effects at doses much ~er than the level once thought to be "safe" and /e led to questions about the existence of a threshold.



**tissue weighting factor**—an estimate, for radiation protection purposes, of the relative contribution of a specific organ or tissue to the total detriment associated with uniform irradiation of the whole body. These factors are used to convert equivalent doses to specific tissues to *effective doses*. Values of the tissue weighting factors are shown in the chart above. The total of all the weighting factors is one, with a weight of 0.05 assigned to tissues other than those listed (the remainder).

**voluntary risk**—a risk knowingly accepted by the individual. Examples of voluntary risks are the risk of fractured bones when one chooses to go skiing, the risk of lung cancer when one chooses to smoke cigarettes, and the risks of various health effects when one chooses a high-fat diet.

(continued on page 10)

## Glossary

**X-10**—the code name for one of the three main facilities on the Oak Ridge Reservation. The first reactor (the Clinton pile) and fuel reprocessing operations were located at X-10. The first production of plutonium-239 ($^{239}Pu$) was accomplished at X-10. Radioactive lanthanum was recovered from reactor fuel at an X-10 facility. The Oak Ridge National Laboratory was later established at this site.

**Y-12**—the code name for one of the three main facilities on the Oak Ridge Reservation. At Y-12, the radionuclide uranium-235 ($^{235}U$) was separated from natural uranium using electromagnetic separators (called calutrons) that were similar to cyclotrons. Uranium-235 was used in fission bombs. Later, separation of the isotope lithium-6 ($^{6}Li$) from natural lithium using a process that employed large amounts of mercury was accomplished in Y-12 facilities. Lithium-6 was used in bombs employing nuclear fusion. Nuclear weapons and components that employed uranium-235 were manufactured at Y-12.

## Reference Points

(continued from page 7)

mission (NRC) have established secondary standards of effective dose that may be received by members of the public living near nuclear facilities. Those standards, which are below the dose limits and range from 4 to 25 mrem per year, depend on the type of facility and whether releases are to air or to water. The EPA standards are all 10 mrem per year or lower.

The National Council on Radiation Protection and Measurements (NCRP) considers an effective dose of 1 mrem per year from a particular source or practice to be a negligible dose. This corresponds to less than 1 percent of the typical background dose to the whole body in the United States. That effective dose of about 300 mrem per year varies from place to place and with time at a particular location. (The NCRP is a Congressionally chartered nonprofit corporation that consists of individuals selected on the basis of their scientific expertise.)

## Difficult Comparisons

Cancer incidence and death risks are relevant endpoints for exposure to three of the four types of contaminant releases to which we have assigned highest priority. However, damage to the central nervous system is the most likely consequence of exposure to mercury. Ataxia, failure of muscular coordination or irregularity of muscular action, is a consequence of mercury exposure. Ataxia is in some ways similar to cancer; there are multiple causative factors and it can be hereditary.

Should a risk of one in ten thousand (0.0001 or $1 \times 10^{-4}$) of some loss of motor coordination be considered as serious as the same risk (0.0001) of leukemia? For that matter, is a certain risk of contracting thyroid cancer, which is very often (9 times out of 10) treated successfully, equivalent to the same risk of contracting liver cancer, a more serious disease? For a young child, is the loss of a significant number of IQ points due to exposure to metals as a fetus comparable to contracting leukemia due to a fetal radiation exposure?

These are difficult questions whose answers may be well beyond the collective wisdom of the ORHASP (or any other group). For that reason, we chose to consider all symptomatic health effects to be equivalent when establishing a lifetime risk guide.

## The ORHASP Risk Guide and Other Risks



This chart expresses risks in three different ways: in decimal notation on the left (0.001), and, on the right, in words (one chance in a thousand) and scientific notation ($10^{-3}$). Note that the scale is not linear. Each major division differs from the next by a multiple of ten. (It is similar to the Richter scale used to describe seismic events; a magnitude 6 quake is ten times stronger than one of magnitude 5). Such scales (called logarithmic) are often used to show very large ranges clearly on a single chart.

A chart like this one can reflect only the estimated risks of various types of exposures. It does not address issues of pain and suffering of those who actually contract cancer or the differences between types of cancer and between different health effects (see page 10). Death of a child from cancer is generally regarded as a greater loss than death of an older person because more life was lost. The differences in the amounts of life lost and how the losses should be valued have not been addressed in our attempt to develop a simple numerical guide to aid the decision process. Extended discussion of these issues could be interesting and enlightening, but it seems unlikely to aid the timely development of a consensus guide value.

## Three Different Doses Used in Radiation Protection

*Basic physical result of radiation exposure*

**1. Absorbed dose to tissue**

Energy deposited in a standard mass of tissue by a specific radiation

Unit is rad or gray

*Radiations differ in their ability to cause harmful effects*

**2. Equivalent dose to tissue**

Absorbed dose multiplied by the appropriate *radiation weighting factors*

Unit is rem or sievert

*Human tissues differ in their sensitivity to ionizing radiation*

**3. Effective dose**

Equivalent doses multiplied by appropriate *tissue weighting factors* and summed

Unit is rem or sievert

Modifying factors are used to account for differences in the kind of radiation and in tissue sensitivity

---

Tennessee Department of Health
Environmental Health Studies and Services
Cordell Hull Building, 4th Floor
426 5th Avenue North
Nashville, TN  37247-5282

Mailing Label