Tab 67

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
      ------------------------------x
 3    MERILYN COOK, et al.,          :  Civil Action
                                     :
 4                  Plaintiffs,      :
                                     :
 5           vs.                     :
                                     :
 6    ROCKWELL INTERNATIONAL         :
      CORPORATION, a Delaware        :
 7    Corporation, and THE DOW       :
      CHEMICAL COMPNAY, a Delaware   :
 8    Corporation,                   :
                    Defendants.      :  NO. 90-K-181
 9    ------------------------------x
```

10           Expert oral deposition of THOMAS B.

11  COCHRAN, Ph.D., taken at the law offices of BERGER

12  & MONTAGUE, P.C., 1622 Locust Street,

13  Philadelphia, Pennsylvania  19103, on Thursday,

14  the 20th day of March, 1997, commencing at 10

15  o'clock a.m., before ANGELA C. BUONANTUONO, a

16  Court Reporter and Foreign Commissioner of Deeds

17  for the Commonwealth of Pennsylvania.

18

19

20

21                         - - -

22           DELCASALE, CASEY, MARTIN & MANCHELLO
               Registered Professional Reporters
23                Suite 636 - 1801 Market Street
                Philadelphia, Pennsylvania   19103
24                      (215) 568-2211


                 DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                    96

1    I have attached to my report the Executive
2    Summary of the Scientech study --
3    Q.    It's 12:13.
4    A.    -- and this Executive Summary is five pages
5    long, and typically one writes an Executive
6    Summary in order to give senior management people
7    an overview of the salient points of the study
8    without them having to wade through and try to
9    pick out paragraph 5.5.1, some paragraph in there
10   or whatever.
11         And my report is an Overview of Rocky Flats
12   Operation, and in my judgment, the best way to get
13   an overview of how Rocky Flats managed criticality
14   safety is to go to an analysis of experts in the
15   field who had done a thorough review, and I've
16   made a personal judgment that this Scientech
17   review fits into that category.
18         And in order not to misrepresent what
19   these -- what this thorough review team concluded,
20   I've presented the whole executive summary as part
21   of my report.  You can read it.  The words speak
22   for themselves.
23         I tried to pull out what I thought are the
24   salient features in a -- in Pages 28 and half of