Tab 68

285

VOLUME II

1   UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
2
                    - - -
3
MERILYN COOK, et al,        : CIVIL ACTION
4       Plaintiff(s)            No. 90-K-181
                            :
5      vs.                     CONTINUED ORAL
                            : DEPOSITION OF:
6  ROCKWELL INTERNATIONAL
   CORPORATION, a            : ROBERT J. BUDNITZ, Ph.D.
7  Delaware Corporation
       and                   :
8  THE DOW CHEMICAL COMPANY,
   a Delaware Corporation,   :
9       Defendant(s)

10                  - - -

11           Friday, April 25, 1997

12                  - - -

13  R E P O R T E D   B Y:

14      IRENE BERNSTEIN, Registered Diplomate

15  Reporter and Notary Public of the Commonwealth of

16  Pennsylvania, on the above date, commencing at 8:06

17  a.m., at the law offices of BERGER & MONTAGUE, 6th

18  Floor Conference Room, 1624 Locust Street,

19  Philadelphia, Pennsylvania.

20                  - - -

21

22       DelCASALE, CASEY, MARTIN & MANCHELLO
            Registered Professional Reporters
23             Ten Penn Center, Suite 636
                  1801 Market Street
24         Philadelphia, Pennsylvania 19103
                   (215) 568-2211

567

ROBERT J. BUDNITZ, Ph.D.

1  attitudes?
2          MR. SORENSEN:  Objection.  Compound.
3          THE WITNESS:  That's --
4          MR. SORENSEN:  Mischaracterizes his
5   testimony.
6          THE WITNESS:  That's a -- that's a
7   dichotomy that I think is a false one.
8          It's hard to understand attitudes.
9   But -- although I have tried to characterize
10  what I saw as being inadequate.
11         It is my opinion that the outcome is
12  unacceptable on its face in a gross way.
13  And that any normal lay person, who was
14  told that this sequence of events happened
15  in the way that it happened, would arrive
16  at the same judgment as I.
17         I believe juries, comprised of lay
18  people; I believe that normal, less
19  technically-educated people than I, when
20  shown this, would conclude, as I have, that
21  a managerial situation that allowed this
22  sequence of events to continue for so many
23  years was a gross management lapse.
24         And that to pose it as am I talking