## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL  COMPANY,

Defendants.

---

## AMENDED SUPPLEMENT TO DEFENDANTS' MOTIONS IN *LIMINE*-- DEFENDANTS' EXHIBITS FROM JULY 28-29 ORAL ARGUMENTS

---

The Defendants' hereby respectfully submit the following selected exhibits from their

July 28-29 Motions in *Limine* hearing:

**Motions in *Limine* Hearing Exhibits 7/28/2005 - 7/29/2005**

1)      Bernick Drawing #1

2)      Bernick Drawing #2

3)      Radke Phase II Graphic

4)      AGFA-Gevaert, A.G v. A.B. Dick Co., 879 F.2d 1518 (7th Cir.)

5)      Bernick Drawing #3

6)      Wise Original Report Exhibit 5

7)      Wise Supplemental Report Exhibit 6

Dated:  August 22, 2005                    Respectfully submitted,


                                           /s/ Joseph J. Bronesky
                                           Joseph J. Bronesky
                                           SHERMAN & HOWARD LLC
                                           633 Seventeenth Street, Suite 3000
                                           Denver, CO  80202
                                           (303) 297-2900

                                           David M. Bernick
                                           Douglas J. Kurtenbach
                                           KIRKLAND & ELLIS LLP
                                           200 E. Randolph Drive
                                           Chicago, IL 60601
                                           (312) 861-2000

                                           Attorneys for Defendants ROCKWELL
                                           INTERNATIONAL CORPORATION and THE
                                           DOW CHEMICAL COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

> Merrill Davidoff, Esq.
> Peter Nordberg, Esq.
> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia PA 19103-6365
>
> Gary B. Blum, Esq.
> Silver & DeBoskey
> The Smith Mansion
> 1801 York Street
> Denver, Colorado  80206

/s/ Patricia Eckman