Tab 1

