Tab 3



Radke Report, Table 1
Phase II Property Value Findings

| Year | Mean Undervaluation |
|---|---|
| 1988 | -7.68% |
| 1989 | -7.29% |
| 1990 | -9.33% |
| 1991 | -7.69% |
| 1992 | -9.18% |
| 1993 | -8.56% |
| 1994 | -7.50% |
| 1995 | -5.45% |