Tab 5

