Tab 6

# Analysis of the Potential Impacts on Property Values from the Rocky Flats Plant

*Prepared by:*

*[signature: Kenneth Wise]*

Dr. Kenneth T. Wise
*The Brattle Group*
44 Brattle Street
Cambridge, Massachusetts 02138

November 24, 1996

*The Brattle Group*



Exhibit 5
Class Area and Metro Area Sale Price Indexes