Tab 7

# SUPPLEMENTAL EXPERT REPORT

## FOR THE COOK CASE

Prepared by:

*Kenneth Wise* (signature)

Dr. Kenneth T. Wise

*The Brattle Group*
353 Sacramento Street
San Francisco, California 94111



Exhibit 6
Class Area and Metro Area Sale Price Indexes