# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  August 22, 2005                    Reporter: Janet Coppock
                                          Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                     Merrill Davidoff
                                          Peter Nordberg
Plaintiffs,                               Gary Blum
                                          Holly Shook
v.

ROCKWELL INTERNATIONAL CORPORATION        David Bernick
and THE DOW CHEMICAL COMPANY,             Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Status Conference**

**9:07 a.m.    Court in session.**

Counsel appear by telephone.

**ORDERED:** Preliminary ruling on the following motions (written order will be entered):

    1.    **Defendants' Motion in *Limine* No. 1 to Exclude Evidence of the 1989 FBI Raid on Rocky Flats and Related Evidence (Doc. No. 1354) is granted in part and denied in part;**

    2.    **Defendants' Motion in *Limine* No. 2 to Exclude Evidence of the Grand Jury Investigation of Rocky Flats and Related Evidence (Do. No. 1355) is granted in part and denied in part;**

    3.    **Defendants' Motion in *Limine* No. 3 to Exclude Rockwell's Guilty Plead (and Plea Conduct) (Doc. No. 1356) is granted in part and denied in part;**

4. Defendants' Motion in *Limine* No. 4 to Exclude Evidence of Indemnification (Doc. No. 1357) is denied;

5. Defendants' Motion in *Limine* No. 5 to Exclude Evidence of Document Classification Issues and Discovery Conduct by the Department of Energy (Do. No. 1358) is denied;

6. Defendants' Motion in *Limine* No. 6 to Excule Evidence of Substances Other than Plutonium to the Extent that Plaintiffs Cannot Demonstrate Support for a Class-Wide Nuisance (Do. No. 1359) is denied;

7. Defendant's Motion in *Limine* No. 7 to Exclude Evidence Related to Employee Safety and Health (Do. No. 1360) is denied;

8. Defendants' Motion in *Limine* No. 8 to Exclude Evidence Related to Releases and Incidents that Occurred Wholly Within Buildings (Doc. No. 1361) is denied;

9. Defendants' Motion in *Limine* No. 9 to Exclude Evidence of "Inventory Difference" (Doc. No. 1362) is denied;

10. Defendants' Motion in *Limine* No. 10 to Exclude Evidence of "Past" Risks that Never Occurred and Now Cannot Happen (Doc. No. 1363) is denied;

11. Defendants' Motion in *Limine* No. 11 to Exclude Evidence of Plutonium-Related Incidents and Practices that Plaintiffs Cannot Prove Impacted (or Could Someday Impact) the Entire Class Area (Do. No. 1364) is denied;

12. Defendants' Motion in *Limine* No. 14 to Exclude Evidence of Other Lawsuits Against the Defendant (Doc. No. 1367) is denied;

13. Defendants' Motion in *Limine* No. 15 to Exclude Evidence of Rockwell's Santa Susana Guilty Plea and Any Plea-Related Conduct (Do. No. 1368) is denied; and

14. with regard to Defendants' Motion to Exclude Expert Witness Testimony (Doc. No. 1371):

    **a.**    **the motion to exclude expert witness testimony from Dr. Warner North and Dr. Lawrence Mayer is denied as moot;**

    **b.**    **the motion to exclude the testimony of Plaintiffs' damages experts, Dr. John Radke, Wayne Hunsperger, Dr. James Flynn and Dr. Paul Slovic, is denied;**

    **c.**    **the motion to exclude the testimony of Plaintiffs' risk experts, Dr. Robert Goble, Dr. Shawn Smallwood and Dr. Richard Clapp, is denied;**

    **d.**    **the motion to exclude the testimony of Plaintiffs' conduct experts, Dr. Robert Budnitz and Dr. Thomas Cochran, is denied.**

Court's comments regarding (1) certain jury instruction issues; (2) the status and schedule for submission of the parties' proposed jury questionnaire; (3) the status of the parties' work on a proposed pretrial order and a schedule for resolving objections to exhibit; and (4) Plaintiffs' identification of Dr. Steven Wing as an expert witness they intend to call at trial.

Discussion regarding redacting documents and classification of documents.

Discussion regarding trial schedule.

Discussion regarding objections to exhibits.

**ORDERED:   Conference is set September 22, 2005.**

Court instructs counsel to discuss, and then advise chambers, whether they wish to appear in person or by telephone at the conferences set on September 13 and 22, 2005.

**10:00 a.m.   Court in recess.**

Time in court - 00:53.  Conference concluded.