**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 90-cv-181-JLK**

**MERILYN COOK, et al.,**

    **Plaintiffs,**

v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

_____

**JOINT REPORT ON JURY QUESTIONNAIRE**
_____

Attached as Exhibit A and B, respectively, are plaintiffs' and defendants' proposed jury questionnaires. The parties did exchange drafts and confer in a good-faith attempt to reach agreement on a single version, but the parties' proposals were sufficiently different in scope and approach that agreement on a single version proved elusive.

The parties' negotiations did produce some points of consensus. The parties agree, in particular, that inquiry should be made during voir dire about whether jurors are acquainted with the named plaintiffs, counsel who have worked on this litigation, their law firms, or with the witnesses. Because the list of relevant lawyers and witnesses is relatively lengthy, and because the witness lists still are not completely final, it is believed that it would be cumbersome to attempt this inquiry in the context of the questionnaire. Accordingly, the parties will not include questions addressing these issues in the questionnaire unless the Court disagrees with this approach. The parties will provide a list of counsel and witness lists prior to voir dire.

The parties also eliminated some questions, and adjusted certain of their questions to more closely approximate the other's proposals, even though complete agreement was not forthcoming.

In addition, in their draft questionnaire, the defendants have highlighted/bolded certain proposed questions (specifically defendants' proposed questionnaire question nos. 25-27, 42-45) that the defendants believe could be handled in voir dire -- rather than in the questionnaire -- should the Court prefer. For the Court's convenience, attached as Exhibit C is a variation on defendants' proposed jury questionnaire that simply omits these questions. Plaintiffs object to the use of defendants' proposed questionnaire question nos. 25-27 in the questionnaire or at voir dire.

The parties would welcome any guidance from the Court on what further steps should be taken in connection with the questionnaire.

Respectfully submitted,

Dated: September 6, 2005

Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Attorneys for Plaintiffs


/s/Joseph J. Bronesky
Joseph J. Bronesky
Sherman & Howard, L.L.C.
633 Seventeenth Street, Ste. 3000
Denver, CO  80202
(303)297-2900

David M. Bernick
Douglas J. Kurtenbach
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

  Merrill Davidoff, Esq.
  Peter Nordberg, Esq.
  Berger & Montague, P.C.
  1622 Locust Street
  Philadelphia PA 19103-6365

  Gary B. Blum, Esq.
  Silver & DeBoskey
  The Smith Mansion
  1801 York Street
  Denver, Colorado  80206

              /s/Patricia Eckman