# EXHIBIT A

# JUROR QUESTIONNAIRE

### INSTRUCTIONS

1. Please read and respond to each question.

2. Several questions ask you to answer with regard to your experiences or the experiences of "anyone close to you." The phrase "anyone close to you" includes family members, persons living in your household, close friends and business associates.

3. Please read and follow the directions for responding to each question. Where boxes are provided, please place an "x" in the box next to the option that best represents your answer.

4. If you do not understand the question, write the words, "do not understand."

5. If you do not know the answer, write the words, "do not know."

6. If there is insufficient space provided for you to write your full answer, continue it on the blank page at the end of the questionnaire. You should also indicate on the blank page the number of the question you are answering.

7. If there are any answers on this questionnaire that you wish to be kept private, write the word "private" by the question number.

Thank you for your assistance and cooperation.

**Juror # _____**

# JUROR QUESTIONNAIRE

1. Name: _____
             *Last*                        *First*                    *Middle Initial*

2. Gender:    Male    Female

3. Birthdate: _____

4. In what county and city or town do you live?

   _____

5. Which of the following best describes the status of your residence:    Own    Rent

6. What is your current marital status?

   | | | |
   |---|---|---|
   | Single (never married) | Divorced | Widowed |
   | Married | Separated | |

7. What is the highest level of education you have completed?

   | | | |
   |---|---|---|
   | Less than High School | Some College | (Major:_____) |
   | High School Graduate or GED | College Graduate | (Major:_____) |
   | Technical/Business School | Post Graduate Degree | (Area:_____) |

8. What do you consider to be your employment status?

   | | | |
   |---|---|---|
   | Employed full-time | Retired | Homemaker |
   | Employed part-time | Disability | Temporarily laid off |
   | Self-employed | Unemployed | Student |

9. Please list each of the jobs <u>you</u> have had in the past ten (10) years (including self-employment) beginning with your current or most recent employment.

   | Year(s) of Employment | Name of Employer | Job title |
   |---|---|---|
   | | | |
   | | | |
   | | | |
   | | | |

1

**Juror #** _____

10. Please list each of the jobs <u>your spouse and/or former spouse</u> has had in the past ten (10) years (including self-employment) beginning with current or most recent employment.

| Year(s) of Employment | Name of Employer | Job title |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

11. Have you, or has anyone close to you, had any education, training, or job-related experience that has taught you about any of the following fields:

    **Self   Other**
    a.   Law, the legal system, or a related profession?
    b.   Accounting or finance?
    c.   Insurance or risk management?
    d.   Real estate or property appraisal or assessment?
    e.   Hazardous materials, toxic waste, or waste disposal?
    f.   Nuclear power?
    g.   Environmental sciences, monitoring, or testing?
    h.   Healthcare?
    i.   Biology, chemistry, physics, or earth sciences?
    j.   Building trades, or construction?
    k.   Plutonium or other radioactive materials?
    l.   Epidemiology?
    m.   Geology, hydrology, climatology?
    n.   Any Federal, State, or government agency or department?

12. Have you, or has anyone close to you, ever:

    **Self   Other**
    a.   Been a plaintiff in a lawsuit, or filed a claim of any type against an individual or entity?
    b.   Been a defendant in a lawsuit, or had a legal claim filed against you/them?
    c.   Been a witness, expert, or played some other role in a lawsuit?
    d.   Belonged to an organization that supports or opposes lawsuits or jury verdicts?

    Please explain any "Yes" answers from the previous question:
    a. _____
    b. _____
    c. _____
    d. _____

2

**Juror # _____**

13.    Have you, or has anyone close to you, ever lived or owned property near Rocky Flats?

        Yes        No

        If yes, please explain:
        _____
        _____

14.    What was your street address during June, 1989?
        _____

15.    Have you been employed, educated or trained by any of the following?

        a.    Rockwell
        b.    Dow Chemical
        c.    EG&G
        d.    Kaiser-Hill
        e.    Colorado Department of Health
        f.    Rocky Flats
        g.    Nevada Test Site
        h.    The U.S. Department of Energy
        i.    The U.S. Military

        Yes        No

        If yes, please explain:
        _____
        _____
        _____

16.    This lawsuit was brought by property owners who owned property within a few miles of the Rocky Flats plant as of June 7, 1989, and who claim property damages.  This lawsuit was filed against Rockwell and Dow, former operators of the Rocky Flats plant.  DOE also has some involvement in the lawsuit.  Before today, had you ever heard or read anything or worked on anything concerning this case?

        Yes        No

        IF YES: Who/what was your source?
        _____

        What did you read or hear (to the best of your recollection)?_____
        _____
        _____

3

**Juror #** _____

17. This case is scheduled to begin October 3, 2005, and continue for the next eight weeks. Is there any reason why you could not serve as a juror in this matter?

    \_\_\_ Yes   \_\_\_ No

    If yes, please explain:

    _____
    _____
    _____

18. Is there any thing else that you believe the court and parties in this matter should know about your potential service as a juror in this case?

    \_\_\_ Yes   \_\_\_ No

    If yes, please explain:

    _____
    _____
    _____

4

**Juror # _____**

## EXPLANATION

If you were unable to sufficiently answer any particular question in the spaces provided, please use this area to provide that additional information. Thank you very much for your cooperation.

_____

_____

_____

_____

_____

_____

_____

_____

**Under penalty of perjury, I swear or affirm that the answers provided here are truthful to the best of my knowledge.**

Dated the _____ day of _____, 2005

Signed: _____

Please print your name here: _____

5