EXHIBIT B

# JUROR QUESTIONNAIRE

### INSTRUCTIONS

1. Please read and respond to each question.

2. Several questions ask you to answer with regard to your experiences or the experiences of "anyone close to you." The phrase "anyone close to you" includes family members, persons living in your household, friends and business and social associates.

3. Please read and follow the directions for responding to each question. Where boxes are provided, please place an "x" in the box next to the option that best represents your answer.

4. If you do not understand the question, write the words, "do not understand."

5. If you do not know the answer, write the words, "do not know."

6. If there is insufficient space provided for you to write your full answer, continue it on the blank page at the end of the questionnaire. You should also indicate on the blank page the number of the question you are answering.

7. If there are any answers on this questionnaire that you wish to be kept private, write the word "private" by the question number.

Thank you for your assistance and cooperation.

**JUROR QUESTIONNAIRE**

JUROR'S NUMBER:_____

1. Full Name:_____
   (First)          (Middle)          (Last)

2. Home address:_____
   (Street and Number)

   _____
   (City)     (State)     (Zip Code)     (Telephone)

3. How long have you lived at your current address:_____

4. Do you rent or do you own? _____

5. Birthplace:_____ Is the area urban, suburban, rural?_____

6. Age: _____    Sex: _____    Race: _____

7. How would you describe your employment status:
   \_\_\_ Employed full time    \_\_\_ Retired     \_\_\_ Unemployed    \_\_\_ Temporarily laid off
   \_\_\_ Employed part time    \_\_\_ Disabled    \_\_\_ Student       \_\_\_ Homemaker

8. Please list each job you have had in the past ten years (including self employment):

   | | Dates of Employment | Employer Name | Job title and duties |
   |---|---|---|---|
   | A. | | | |
   | B. | | | |
   | C. | | | |

9. What is your marital status?
   Single (Never married)  _____     Divorced/Separated  _____
   Married/Permanent Live-in Companion  _____     Widowed  _____

10. List each job your spouse or former spouse has had in the past ten years (including self employment):

    | | Dates of Employment | Employer Name | Job title and duties |
    |---|---|---|---|
    | A. | | | |
    | B. | | | |
    | C. | | | |
    | D. | | | |

11. List your parents' occupations and employers. (If deceased or retired, list main job when working.)
    A. Mother: _____
    B. Father: _____

12. Have you, or has your spouse or has any of your relatives ever served in the military (check all that apply)?
    \_\_\_ Yes, self     \_\_\_ Yes, spouse    \_\_\_ Yes, relative    \_\_\_ No
    IF YES: Identify the highest rank achieved, branch and length of service: _____
    Primary duties/special training: _____

13. What is your estimated total household income?
    \_\_\_ None               \_\_\_ $10,000 to $24,000    \_\_\_ $40,000 to $60,000      \_\_\_ More than $100,000
    \_\_\_ Less than $10,000  \_\_\_ $24,001 to $40,000    \_\_\_ $60,000 to $100,000

14. Education:
    A. What is the highest level of education you completed?
       \_\_\_ Grade school through grade\_\_\_        \_\_\_ High school graduate
       \_\_\_ High school through grade \_\_\_        \_\_\_ Some college (Major: _____)
       \_\_\_ Junior College                         \_\_\_ College degree (Major:_____)
       \_\_\_ Technical, vocational school           \_\_\_ Post-graduate study (Major: _____)
    B. Please identify the name of any school (other than grammar school) that you attended _____
       _____

    C.    Please identify any courses, seminars or training you have taken since completing your formal education. Please start with the most recent course, seminar or training. _____
_____

15. Do you, or does anyone close to you, have any special training, education or work experience in any of the areas identified in Attachment A? (Check all that apply.)

16. How easy or difficult would it be for you to understand scientific or technical information:
    \_\_\_Very easy    \_\_\_Easy    \_\_\_Difficult    \_\_\_Very difficult

17. Do you have children? (Please include children whom you have raised, but who are not your biological children.)    YES _____    NO _____

18. For each child or other person who lives in your household, please indicate name, age, and, if they work, their occupation and employer.

    | | NAME | AGE | OCCUPATION/SCHOOL | EMPLOYER/SCHOOL |
    |---|---|---|---|---|
    | A. | _____ | \_\_\_\_ | _____ | _____ |
    | B. | _____ | \_\_\_\_ | _____ | _____ |
    | C. | _____ | \_\_\_\_ | _____ | _____ |
    | D. | _____ | \_\_\_\_ | _____ | _____ |

19. How familiar are you with the following government agencies?

    | | | VERY FAMILIAR | FAMILIAR | SOMEWHAT FAMILIAR | NOT FAMILIAR |
    |---|---|---|---|---|---|
    | A. | Federal Bureau of Investigation (FBI) | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
    | B. | U.S. Department of Energy (DOE) | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
    | C. | U.S. Department of Justice (DOJ) | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
    | D. | U.S. Environmental Protection Agency (EPA) | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
    | E. | Colorado Department of Public Health the Environment (CDPHE); formerly Colorado Department of Health (CDH) | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |
    | F. | Agency for Toxic Substances and Disease Registry (ATSDR) | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ | \_\_\_\_ |

    Do you have strong opinions about the job performance of any of the above entities?
    IF YES: Indicate each response by letter, please explain each opinion.
    _____
    _____

20. What newspapers, magazines, journals or other periodicals do you read regularly? _____
    _____

21. What section of the newspapers do you read on a regular basis (check all that apply)?
    \_\_\_ Front page    \_\_\_ Local news    \_\_\_ Business    \_\_\_ Horoscope    \_\_\_ Sports
    \_\_\_ Crosswords    \_\_\_ Stock reports    \_\_\_ Editorials    \_\_\_ Letters to the editor
    \_\_\_ Obituaries    \_\_\_ Real estate    \_\_\_ Comics    \_\_\_ Health and fitness

22. Please list all social, political, civic, consumer, educational, church or support groups, clubs or organizations you have belonged to or been associated with. _____
    _____

    Have you had a leadership role in any of these?    \_\_\_\_\_Yes    \_\_\_\_\_No

    If YES: What role and with which group? _____

23. Have you bought or sold any real estate in the last 5 years?    \_\_\_ Yes    \_\_\_ No

24. Have you ever bought or sold any real estate in Arvada, Westminister, or Broomfield for yourself or for another?    \_\_\_\_\_Yes    \_\_\_\_\_No

    If YES, where, when (and for whom)? _____
    _____

25. **What is your opinion of national security regulation?**
    \_\_\_\_\_ **Too much restriction**    \_\_\_\_\_ **Not enough restriction**    \_\_\_\_\_ **About right**    \_\_\_\_\_ **No opinion**

26. **What is your opinion of the country's preparedness during the Cold War?**
    _____ Positive         _____ Negative         _____ Neutral         _____ No opinion
    IF POSITIVE OR NEGATIVE: Please explain. _____
    _____

27. **What is your opinion of government defense contractors?**
    _____ Positive         _____ Negative         _____ Neutral         _____ No opinion
    IF POSITIVE OR NEGATIVE: Please explain. _____
    _____

28. Have you or has anyone in your immediate family ever (Please check all that apply):
    _____ Testified as a witness in a trial, at a deposition or before a grand jury
    _____ Sued a person or a company
    _____ Been sued by a person or a company
    _____ Made a legal claim against another person or a company which was settled without a lawsuit
    _____ Belonged to an organization that promotes an opinion on jury verdicts
    _____ Been involved in a lawsuit at work (for example, by helping your employer's attorneys, by serving as a witness, by helping to locate documents or the like)

    If yes to any of the above, please explain:_____

29. This lawsuit was brought by individual named plaintiffs, Merilyn Cook, William and Delores Schierkolk, Richard and Sally Bartlett, and Loren and Gertrude Babb on behalf of a class of property owners who owned property within a specific geographic area near the Rocky Flats plant as of June 7, 1989 and alleges injury to property within that geographic area. This lawsuit was filed against Rockwell and Dow, former operators of the Rocky Flats plant. Before today, had you ever heard or read anything or worked on anything concerning this case?   YES _____   NO _____

    IF YES: Who/what was your source?_____
    What did you read or hear (to the best of your recollection)?_____
    _____

    Do you believe that account was accurate?       ___YES   ___NO

30. Have you formed any strong opinions about what you heard or read?
    ___YES, negative opinion       ___YES, positive opinion       ___NO

31. Have you read, heard or discussed any information or stories about the Rocky Flats plant?  __YES  __NO
    IF YES: Please tell us what you remember. _____
    _____

    Do you believe that account was accurate?       ___YES   ___NO

32. Have you, or has anyone close to you, ever (check all that apply):
    ___ Worked at the Rocky Flats plant
    ___ Known someone who worked at the Rocky Flats plant
    ___ Lived near the Rocky Flats plant
    ___ Known someone who lived near the Rocky Flats plant
    ___ Owned property near the Rocky Flats plant
    ___ Known someone who owned property near the Rocky Flats plant
    ___ Visited the Rocky Flats plant

    IF YES: Please explain. _____
    _____

33. On the whole, what kind of contribution has the Rocky Flats plant made to the community?
    ___Positive              ___Negative              ___Neutral

34. Have you ever heard of The Dow Chemical Company?   YES _____   NO _____
    IF YES: How did you hear of Dow and what do you know about it?_____
    _____

35. Do you know anyone who has ever been employed by Dow?     YES _____   NO _____
    IF YES: For each person, please state their relationship to you and describe the nature of the employment._____

36. Have you ever heard of Rockwell International   YES _____     NO _____
    IF YES: How did you hear of Rockwell and what do you know about it? _____
    _____

3

37. Do you know anyone who has ever been employed by Rockwell?   YES _____ NO _____
    IF YES: For each person, please state their relationship to you and describe the nature of the employment._____

38. To the best of your knowledge, do you or does anyone in your immediate family or a close friend own stock in Dow or Rockwell?   YES (Dow) _____   YES (Rockwell) _____   NO _____

39. Do you know any other person called for jury duty this week?   ___YES ___NO
    IF YES: Please describe who you know and the nature of your relationship. _____
    _____

40. Please check all that apply:
    _____ Have you ever served on a jury before
    _____ Have you ever served on a grand jury
    _____ Have you ever been the foreperson of a jury

    If yes to any of the above, where was the case heard and what was the case about? _____
    _____

    Did the jury deliberate?   YES _____   NO _____
    Did it reach a verdict?    YES _____   NO _____
    IF YES: What was the verdict and were damages awarded and, if so, how much? _____

41. Do you have strong feelings about the court system or trial by jury?   YES ___ NO ___
    IF YES: please explain: _____

42. **Our law requires that each case be decided solely on the evidence introduced in court during the course of the trial. Would you be able to limit your analysis of the facts being tried solely to the evidence introduced in the courtroom during the trial?   YES _____ NO _____**
    **IF NO: please explain:** _____
    _____

43. **Although you, the jurors, are the sole and exclusive finders and judges of the facts, you must accept and apply the law applicable to this case as Judge Kane instructs you, without varying from those instructions. Would you be able to apply the law as instructed, even though you might not agree with it personally?   YES _____ NO _____**
    **IF NO: please explain:** _____
    _____

44. **Do you have any personal, moral or religious beliefs or opinions that would influence or affect your ability to decide the case solely on the evidence introduced at trial, to follow the law as it is explained to you throughout the trial, to render judgment or to sign verdict forms?___YES___NO**
    **IF YES: Please explain.**_____
    _____

45. Based upon the questions asked above, or based perhaps upon facts known to you that are not addressed in these questions, can you think of any reason whatsoever which would prevent you from being fair, objective and impartial to both sides in this case?   _____ YES   _____ NO
    IF YES: please explain. _____
    _____
    _____

Thank you for taking the time to answer this lengthy questionnaire.

                                        JOHN L. KANE
                                        U.S. DISTRICT COURT JUDGE

_____    _____
Name                                                              Date

4

## EXHIBIT A -- SPECIAL TRAINING OR EDUCATION

| | | | | |
|---|---|---|---|---|
| A. | Banking, accounting or finance | ___Yes, self | ___Yes, someone close | ___No |
| B. | Biology, chemistry, physics or earth science | ___Yes, self | ___Yes, someone close | ___No |
| C. | Claims investigation or insurance or risk management | ___Yes, self | ___Yes, someone close | ___No |
| D. | Computer modeling | ___Yes, self | ___Yes, someone close | ___No |
| E. | Defense contracting, policy or military strategy | ___Yes, self | ___Yes, someone close | ___No |
| F. | Design or assembly of nuclear weapons | ___Yes, self | ___Yes, someone close | ___No |
| G. | Document retention/archives | ___Yes, self | ___Yes, someone close | ___No |
| H. | Economics | ___Yes, self | ___Yes, someone close | ___No |
| I. | Environmental sciences, monitoring, testing or regulation | ___Yes, self | ___Yes, someone close | ___No |
| J. | Epidemiology | ___Yes, self | ___Yes, someone close | ___No |
| K. | Farming/agriculture | ___Yes, self | ___Yes, someone close | ___No |
| L. | Geology, hydrology, climatology | ___Yes, self | ___Yes, someone close | ___No |
| M. | General contracting, building trades or construction | ___Yes, self | ___Yes, someone close | ___No |
| N. | Government contract compliance | ___Yes, self | ___Yes, someone close | ___No |
| O. | Hazardous material disposal | ___Yes, self | ___Yes, someone close | ___No |
| P. | Healthcare or health and safety standards | ___Yes, self | ___Yes, someone close | ___No |
| Q. | Law, the legal system or a related profession | ___Yes, self | ___Yes, someone close | ___No |
| R. | Law enforcement | ___Yes, self | ___Yes, someone close | ___No |
| S. | Media | ___Yes, self | ___Yes, someone close | ___No |
| T. | Pollution control | ___Yes, self | ___Yes, someone close | ___No |
| U. | Public relations | ___Yes, self | ___Yes, someone close | ___No |
| V. | Nuclear power or radioactive materials | ___Yes, self | ___Yes, someone close | ___No |
| W. | Statistics | ___Yes, self | ___Yes, someone close | ___No |
| X. | Real Estate Development, Sales, property appraisal | ___Yes, self | ___Yes, someone close | ___No |
| Y. | Warehousing/storage | ___Yes, self | ___Yes, someone close | ___No |
| Z. | Water treatment or supply | ___Yes, self | ___Yes, someone close | ___No |

5