IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-K-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

**PLAINTIFFS' PROPOSED SUPPLEMENTAL INSTRUCTIONS
AND OBJECTIONS TO DEFENDANTS' SUPPLEMENTAL INSTRUCTIONS**

---

    We attach plaintiffs' proposed supplemental instructions on "generic emotional distress," "prior market discount," and spoliation. Also attached are objections to defendants' proposed supplemental instructions.

                          Respectfully submitted,

Dated: September 6, 2005                      /s   Jennifer MacNaughton