**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**JOINT STATEMENT REGARDING
SEPTEMBER 13 AND SEPTEMBER 22 CONFERENCES**
_____

Pursuant to the Court's instructions at the August 22, 2005 status conference, *see* Courtroom Minutes (Docket No. 1428), the parties have conferred regarding the upcoming conferences scheduled for September 13 and September 22. The parties wish to appear in person for the September 22 conference. Defendants wish to hold the September 13 conference telephonically; plaintiffs do not oppose defendants' request, but add that they will attend the September 13 conference in whatever manner would be most convenient for the Court.

Dated: September 8, 2005

1

Respectfully submitted,

Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO  80206
(303) 399-3000

Attorneys for Plaintiffs

/s/Joseph J. Bronesky
Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

                /s/Patricia Eckman