IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The September 13, 2005 Trial Preparation Conference, set for 9:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, will be **by telephone**. Anyone wishing to appear in person may do so, as the proceedings will be conducted in the courtroom.

Dated: September 12, 2005