**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' STATUS REPORT IN CONNECTION WITH THE SEPTEMBER 13, 2005 CONFERENCE**
_____

       Defendants respectfully submit this status report in connection with the upcoming September 13, 2005 conference.

       First, the parties are engaged in discussions regarding an exchange of meaningful exhibit and witness lists. The parties already have exchanged preliminary exhibit lists, including electronically exchanged documents, but they contain thousands of exhibits. The parties are engaged in discussions regarding a process for a meaningful, focused exchange of exhibits in the period before each witness is called, as well as procedures for raising objections to those exhibits and bringing those objections to the Court's attention. Defendants are mindful of the Court's comments that it may make sense to handle objections to exhibits during trial, for example, each morning before the jury arrives. In addition, the parties also are engaged in discussions with respect to the exchange of witness lists. Defendants' principal goal in these discussions is to make the exhibit and witness process focused, so that neither the Court nor the parties are

1

overwhelmed with extensive collections of exhibits that will not in fact be used, and the same for witnesses.

Second, with respect to jury questionnaires, the parties submitted their respective proposals on September 6, 2005. The parties are available to discuss questions or issues with respect to these questionnaires.

Third, with respect to jury instructions, defendants are mindful of the Court's statement at the August 22, 2005 hearing that the parties may wish to submit new instructions after "the dust clears on the motions in *limine* and *Daubert*." (8/22/05 Hearing at 10) As they already have informed the Court, defendants anticipate that following the receipt of the Court's rulings, they may submit additional proposed instructions, after conferring with plaintiffs.

Fourth, depending on the status of ongoing negotiations, there may be pretrial-order-related issues that defendants wish to address with the Court on September 13th, if the Court is amenable.

Fifth, defendants would like to discuss the agenda for the September 22 conference, including issues the Court wishes to take up at that conference, if the Court is amenable to doing so at the September 13th conference.

Dated:  September 12, 2005                                   Respectfully submitted,


                                                             /s/Joseph J. Bronesky
                                                             Joseph J. Bronesky
                                                             SHERMAN & HOWARD LLC
                                                             633 Seventeenth Street, Suite 3000
                                                             Denver, CO  80202
                                                             (303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

                                                /s/Patricia Eckman