IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  September 13, 2005              Reporter: Suzanne Claar
                                       Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | Gary Blum |
| | Mark Nomellini |
| v. | Louise Roselle |
| | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | Joseph Bronesky |
| Defendants. | Ellen Ahern |

_____

**COURTROOM MINUTES**
_____

**Status Conference**

**9:10 a.m.    Court in session.**

Court's preliminary comments.

**ORDERED:**   Preliminary ruling on the following motions (written order will be entered):

   1.   **Plaintiffs' Motion in *Limine* (Doc. No. 1341) is granted in part, denied in part and taken under advisement in part; and**

   2.   **Plaintiffs' *Daubert* Motion (Doc. No. 1350) is granted in part, denied in part and taken under advisement in part.**

**ORDERED:   3.   Limiting instructions, if based on the rulings today, shall be submitted no later than Thursday, September 22, 2005.**

**ORDERED:   4.   If Defendants intend to submit proposed instructions on their prior market discount defense and other issues addressed by Plaintiff's supplemental proposed instructions, or to file objections to Plaintiffs' proposed supplemental instructions,**

>**they must do so no later than September 16, 2005, or their objections will be deemed waived.**

Discussion regarding certain rulings.

Discussion regarding exhibit and witness lists.

**ORDERED: 5.   Counsel shall meet and confer before the September 22 hearing regarding the exhibits.**

Court's comments regarding jury questionnaires and voir dire.

Court will prepare the jury questionnaire.

Court's comments regarding the economy of exhibits and witnesses.

Discussion regarding length of examination and trial schedule.

Court states that attorney and witness lists will be attached to the jury questionnaire.

**ORDERED: 6.   Technical people for counsel shall work together and coordinate the technology in the courtroom.**

**10:20 a.m.    Court in recess.**

Time in court - 01:10.  Conference concluded.