## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## DEFENDANTS' STATEMENT REGARDING NATIONAL SECURITY EVIDENCE

---

At the July 29, 2005 hearing on motions in limine and *Daubert* motions, this Court asked the parties for assistance in determining the extent and nature of national security evidence to be admitted at trial. (*See* 7/29/05 Tr. at 43 & 59-60)  The parties agreed to confer and make further proposals to the Court concerning guidelines that the Court could set on the evidence. (*Id.*)

Defendants provided the attached proposal to plaintiffs for their consideration on August 15, 2005.  Because trial is imminent, defendants submit their attached proposal for the Court's consideration.

Dated:  September 14, 2005        Respectfully submitted,


        /s/Joseph J. Bronesky
        Joseph J. Bronesky
        SHERMAN & HOWARD LLC
        633 Seventeenth Street, Suite 3000
        Denver, CO  80202
        (303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

/s/Patricia Eckman