# ATTACHMENT

**PROPOSED ELEMENTS OF A STATEMENT**
**REGARDING NATIONAL SECURITY**

I. **WEAPONS PROGRAM AND THE COLD WAR**

- INVESTMENT IN WEAPONS TECHNOLOGY (SCOPE OF THE WW II EFFORT)

- IMPORTANCE OF THE WWII WEAPONS PROGRAM TO THE WAR EFFORT AND OUTCOME

- DEVELOPMENT OF WEAPONS CAPABILITY OF USSR POST WAR

- CENTRALITY OF WEAPONS PROGRAM TO U.S. FOREIGN POLICY DURING THE COLD WAR

- SCOPE OF THE COLD WAR EXPANSION OF THE AEC'S NUCLEAR WEAPONS COMPLEX

II. **ROCKY FLATS MISSION**

- KEY ROLE OF ROCKY FLATS IN THE WEAPONS COMPLEX, INCLUDING PLANT SITE HISTORY

- EVOLUTION OF WEAPONS TECHNOLOGY IN THE 1950s AND 1960s AND ROLE OF NEW TECHNOLOGY IN CREATING THE CONDITIONS AT ISSUE

- DEMANDS OF WEAPONS PRODUCTION THAT ROCKY FLATS FACED AND MET

- ROLE OF THE DOE AT ROCKY FLATS

III. **WASTE STORAGE**

- PROBLEM OF WASTE GENERATION AND STORAGE:

    1. WHY IT WAS ENDEMIC TO NUCLEAR OPERATIONS

    2. NEED TO COORDINATE BETWEEN ROCKY FLATS AND IDAHO AS WELL AS OTHER WASTE STORAGE FACILITIES

- SYSTEM-WIDE TECHNIQUES DEVELOPED AND APPROVED BY AEC/DOE

- EVOLUTION OF RISK INTOLERANCE TO WASTE SHIPMENT

* * * *

IV. **IF FBI RAID/GRAND JURY AND PLEA COME IN:**

- EVOLUTION OF ENVIRONMENTAL STATUTES IN THE 1970s AND 1980s

- SHIFTING RELATIONSHIP BETWEEN EPA AND DOE

- PROCEDURAL CRIMINAL LAW BACKGROUND RELATING TO THE SEARCH WARRANT

- GRAND JURY PROCEDURAL LAW, INCLUDING DOJ GRAND JURY PROCEDURES

- ENVIRONMENTAL LAWS RELATING TO THE PLEA

V. **IF CLASSIFICATION AND CLASSIFICATION PROBLEMS COME IN:**

- HOW SYSTEM WORKS

- THE LEGAL RELATIONSHIP OF CLASSIFICATION ISSUES TO THE COURT SYSTEM

- EVOLVING AND CHANGING CULTURAL/POLITICAL ATTITUDES: 1950s, 1960s, 1970s, 1980

- THE REASONS WHY THE INFORMATION AT ISSUE WAS CLAIMED TO BE CLASSIFIED AS ASSERTED BY THE DOE

- SHIFTING ADMINISTRATION POLICIES ON THE EXTENT OF CLASSIFICATION