# Tab 1

Cook v. Rockwell et al.
90-K-181

## Plaintiffs' Preliminary List of Trial Witnesses
December 10, 2003

| Name | Issue |
|---|---|
| Abbott, Bini | stigma |
| Abelson, David | stigma |
| Ackland, Len | background info |
| Ayers, Natalia | stigma |
| Babb, Gertrude | stigma |
| Barrick, Charles | negligence |
| Bartleson, Michael E. | stigma |
| Bartlett, Richard | stigma |
| Bartlett, Sally | stigma |
| Biggs, W. Gale, Ph.D. | risk of release |
| Blight, Pamela and David | stigma |
| Boss, Merlyn | negligence |
| Bowman, Joe | stigma |
| Brauch, Pearl | stigma |
| Brever, Jacqueline | statute of limitations |
| Budnitz, Dr. Robert J. | operations |
| Cassidy, Sam | stigma |
| Chabin, Susan | stigma |
| Clapp, Dr. Richard | health risks/ nuisance |
| Cochran, Dr. Tom | operations |
| Coleman, Ralph | stigma |
| Cook, Merilyn | stigma |
| Counce, Craig and Vera | stigma |
| Danek, Dennis | stigma |
| DelPizzo, Richard | negligence |
| Dewey, Roger and Cyndi | stigma |
| DiGiallonardo, Lewis | negligence |
| Eckhardt, Diane | stigma |
| Fellman, Ken | stigma |
| Flynn, Dr. Robert | damages, stigma |
| Freiberg, Ken | negligence |
| Fryback, Norman | negligence |
| Goble, Dr. Robert L. | Trespass |

| Name | Issue |
|---|---|
| Griffin, Neil | stigma |
| Hardy, Edward | trespass |
| Hayne, Ralph | negligence |
| Henderson, Judith | negligence |
| Hill, John | negligence |
| Hoffman, Dan | stigma |
| Holeman, Tim | stigma |
| Honness, Kevin | negligence |
| Hunsperger, Wayne | damages, stigma |
| Kelly, Jim | negligence |
| Kelly, Pat | negligence |
| Kerchner, Ann Ficklin | negligence |
| Kettering, Esther | stigma |
| Krey, Phillip | trespass |
| Krupar, Joseph | negligence |
| Lacy, Howard | stigma |
| Ladwick, Ed and Nell | stigma |
| Laura, Gary | stigma |
| Lipsky, John | negligence |
| Lund, Pete | stigma |
| Mayer, Dr. Larry | health risk / nuisance |
| McDaniel, David and Cindy | stigma |
| McKay, Charles | stigma |
| Melichar, Nancy | stigma |
| Montano, Tom | stigma |
| North, Dr. L. Warner | operations |
| Naimon, Ed | negligence |
| Osaki, Charles | stigma |
| Park, Don and Darlene | stigma |
| Poet, Stuart | trespass |
| Radke, Dr. John | stigma, damages |
| Ray, Johnny | negligence |
| Rice, Michael D. | stigma |
| Robb, Gretchen | stigma |
| Roberson, Jesse | background info |
| Schierkolk, Delores | stigma |
| Schierkolk, William | stigma |
| Schnoor, Kathryn K. | stigma |
| Schubert, Allen | negligence |

| Name | Issue |
| --- | --- |
| Silverman, Mark | statute of limitations |
| Slovic, Dr. Paul | stigma, damages |
| Smallwood, Dr. Sean | risk of release |
| Stout, Ken | stigma |
| Talley, Barry | stigma |
| Teel, Ron | negligence |
| Ten Eyck, Terry | stigma |
| Tomlinson, Ed | stigma |
| Watkins, Adm. James | negligence |
| Whalen, Karen | stigma |
| White, Mimi | stigma |
| Wiltjer, Jeff and Sharon | stigma |
| Woodis, Jean | stigma |
| Zozwiak, William and Joanne | stigma |