# Tab 3

# A Critical Review of the United States Department of Energy Efforts to Investigate the Human Health Effects of Plutonium

by:

Steve Wing
Associate Professor
Department of Epidemiology
School of Public Health
University of North Carolina
Chapel Hill, NC 27599-7400

prepared for:

Berger and Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

November 21, 1996

Following inhalation, ingestion, or absorption plutonium may distribute throughout the body, concentrating in the lungs, liver, and skeleton. Once internally deposited, plutonium has been shown, in animals, to induce cancers of the lung, liver, and bone, as well as leukemias and lymphomas. Studies indicate that plutonium exposures received by workers are associated with damage to DNA, and that with increasing exposure increased chromosomal aberrations occurred. These observations are not surprising given that plutonium particles emit alpha radiation, and it is well accepted that other alpha-emitting radionuclides produce DNA damage. Epidemiological studies of plutonium workers are limited, with much of the research effort focused on the mortality experience of a small number of workers presumed to be more highly exposed than other workers. However, we found reports of excesses of liver cancer, bone cancer and lymphoma incidence (among Los-Alamos workers), excess mortality due to liver cancer, leukemia, and lymphoma (among Rocky Flats workers), greater mortality due to liver cancer, leukemia, and lymphoma among workers with measurable body burdens of plutonium at Rocky Flats, and greater mortality due to lung cancer, bone cancer, and lymphoma among Los Alamos workers with measurable body burdens of plutonium. Other studies reported higher cancer incidence in areas estimated to have been more exposed to plutonium contamination from Rocky Flats.

The influence of DOE and its predecessor organizations on the conduct of epidemiological research has been the subject of congressional hearings, a special panel convened by former Energy Secretary Watkins,[2] a panel of epidemiologists and physicians formed by Physicians for Social Responsibility,[3] and numerous others. These criticisms led, in 1991, to a Memorandum of Understanding that ended DOE's control of analytical epidemiological studies of nuclear workers. Based on these reviews as well as other documents, we found extensive evidence that DOE's funding and supervision of studies of the health effects of plutonium and other radiation hazards have been constrained by concerns about public perception of the nuclear industry, costs of exposure controls, and the expenses and public relations consequences of litigation. In a number of cases funding or administrative authority has been withdrawn from researchers who have reported estimates of radiation health effects that were viewed as contrary to continued promotion of the nuclear industry. Furthermore, health research has been pursued in a highly secretive environment that is contrary to the scientific need for open inquiry.[4] Under these circumstances it is impossible to accept assurances that the radiation health community, which has been largely funded by DOE or its predecessor organizations, has adequately investigated the human health effects of exposure to plutonium.

**INTRODUCTION**

Health threats from plutonium first occurred during the Manhattan Project effort to build atomic-bombs during W.W.II. Since then humans have been exposed to plutonium by research laboratories, production facilities, off-site releases from nuclear facilities, medical research on human subjects, and fall-out from weapons testing.

In the United States, research and development of nuclear weapons and nuclear power have been conducted by the Department of Energy and its predecessor organizations (the Manhattan Engineering District, the Atomic Energy Conunission, and the Energy Research Development

**METHODS**

This review and critique is based on two primary sources. First, a computerized bibliographic search was conducted of the biomedical literature on plutonium. Keywords were used with the MEDLINE bibliographic system, an international database of biomedical literature containing listings from approximately 3,600 journals, as well as monographs of congresses and symposia, from 1966 to 1996. Scientific articles were retrieved and classified into categories identified from the literature. Major categories for the literature review were toxicology, pharmacokinetics, medical follow-up studies, autopsy studies, molecular genetic studies, environmental epidemiology, occupational epidemiology, and human experimentation.

We initially retrieved 295 articles judged to be most relevant to the review and entered their citation information into a computerized bibliographic data base.[6] Six research assistants currently enrolled in graduate degree programs in epidemiology and environmental science participated in the review. The database was used to generate an abstraction form for each article to be used by the reviewer to note key features of the research including study setting, type and number of study subjects, study design, type of exposures, biological outcomes of interest, results, and comments. A form with a study identifier was produced for each article, and, where possible, the abstract of the article was included from the bibliographic database. In order to expand our review of the literature, bibliographies and citations from the retrieved articles were used to identify additional references and governmental reports. Each research assistant provided a review of documents on one or more topics. A copy of the resulting bibliography is attached to this report. Articles, books, and monographs that are referred to directly in the text are cited by superscript numerals and listed in numerical order at the end of our report.

The second major source of information was a computerized data base of documents scanned in the Health Division of Los Alamos National Laboratory (LANL). Documents in the database included annual reports of the Epidemiology Advisory Committee, scientific reports, and research proposals. Scientific publications and reports from the database were used to augment the computerized bibliography and are referred to in the text by document numbers in parentheses, for example, (Document #001). Reports of the LANL Advisory Committee for Epidemiology were systematically reviewed for information having to do with evaluation of the LANL epidemiology program, which had primary responsibility for DOE's efforts to investigate plutonium health effects.

In addition to these sources, we reviewed minutes from the Atomic Energy Commission's Advisory Committee for Biology and Medicine (ACBM). We also reviewed transcripts of hearings of the Secretarial Panel for the Evaluation of Epidemiologic Research Activities (SPEERA), and work of the Advisory Committee on Human Radiation Experimentation (ACHRE), appointed by former Energy Secretary Watkins and President Clinton, respectively. References to minutes from the ACBM and transcripts of the SPEERA hearings are not given citation numbers but are available.

5

> No studies were located regarding immunological effects in humans after inhalation exposure to plutonium.

The same statement was made regarding neurological, developmental, reproductive and genotoxic effects after inhalation exposure to plutonium.

> No studies were located regarding death or lifespan shortening in humans after oral exposure to plutonium.

> No studies were located regarding gastrointestinal effects in humans after oral exposure to plutonium.

The same statement was made regarding imununological, neurological, developmental, reproductive and genotoxic effects after oral exposure to plutonium. An even greater paucity of evidence was found for dermal exposure to plutonium. II

> The evidence shows that:

1. Health effects of plutonium have been insufficiently investigated despite the evidence that it is a serious health threat.

2. DOE has removed funding from investigators who have found evidence of radiation health effects.

3  A climate of research has been created that makes it difficult for critical research to be conducted.

4- DOE has been more interested in producing nuclear weapons, promoting nuclear energy, protecting its public image, and guarding against litigation than in vigorously pursuing research into radiation health effects in general and plutonium health effects in particular.

Considerable scientific uncertainty exists regarding the human health effects of environmental and occupational exposures to plutonium. However, this state of knowledge differs from situations in which the uncertainty is due primarily to non-systematic errors in measurement, lack of sensitive methodologies, or ambiguities in interpretation of evidence. Scientific evaluation of plutonium health effects under the aegis of DOE and its predecessor organizations has been distorted by the fear that knowledge about the dangers of plutonium would compromise support for nuclear weapons and energy programs. The result is a biased body of scientific evidence. A less biased evaluation of health effects depends on adequate monitoring of both exposures and outcomes, activities that have been inadequate in the past because the authorities who were responsible for these exposures did not want those exposed to know that there was a reason to be concerned. As a consequence, workers and off-site populations exposed to plutonium have not, in the past, received reliable information on environmental releases, occupational and

environmental exposures, or the health risks of plutonium, nor have they been offered medical evaluations that could help to detect and treat diseases related to their exposures. This situation could be partially redressed by carefully planned monitoring and medical surveillance of exposed populations by clinicians and researchers who are committed to serving public health needs.

_____          _____
            Steve Wing                                Date

34