# Tab 4

Module 3

# BASICS OF RADIATION EPIDEMIOLOGY

by Steve Wing, Ph.D.
Department of Epidemiology, School of Public Health
University of North Carolina

### OBJECTIVES

*After studying this module, the reader will be able to:*

- *describe the explanatory approach generally used in radiation epidemiology*
- *understand and discuss conceptual and technical issues in radiation epidemiology*
- *identify the practical and theoretical limitations of the approaches utilized in radiation epidemiology*

## Introduction

Epidemiology is the study of health and disease in populations. Prior to World War II the field was primarily concerned with infectious diseases, and it is from the study of epidemics that the field draws its name. Epidemiological research now addresses a broader range of topics, including environmental agents such as ionizing radiation.

The goals of this module are to describe: (1) the explanatory approach generally used in radiation epidemiology and (2) the practical and theoretical limitations to this approach. The focus on the logic of explanation is intended to encourage critical evaluation of potentials and limitations of epidemiological studies.

## The Logic Of Explanation In Radiation Epidemiology

Most investigation in radiation epidemiology addresses questions about the association between radiation exposure, or dose to certain tissues, and an outcome. For example, the relationship between a specific form of ionizing radiation and occurrence of a particular medical outcome is studied. The method of epidemiology is to observe whether disease occurs more or less commonly among individuals who have the exposure or factor than among those who do not. Risk-factor epidemiology explains disease in populations by enumerating all the risk and protective factors, the independent variables or causes, and their relationships with a list of disease outcomes derived from clinical practice, the dependent variables or effects.

when sufficiently large numbers of people can be studied. However, when exposures are low and the disease of interest can arise in the absence of exposure, measurement quality must be high and large numbers of people must be studied. In the case of Hanford downwinders, individual doses are especially difficult to document due to uncertainties about what was released, chaotic and complex environmental distribution, and variability in individuals' diets, home, work, physical activity, and biological processing.

Large and expensive historical epidemiological studies may compete for funding with environmental cleanup or clinical services, and such studies may not have the power to detect existing associations. In some cases it has been argued that such studies are funded for the very reason that they are unlikely to detect effects [Sterling, 1980].

As in all areas of science, the construction and interpretation of evidence from epidemiological studies reflects the social context in which the research is produced [Wing, 1994]. Political and economic interests in nuclear industries, including military, energy and medical uses, have created especially obvious social influences on studies of radiation health effects.

However, ionizing radiation exposures are only one of the many important ways that radiation-producing industries affect public health. Health professionals, scientists, policy makers, and activists should consider radiation exposures in the context of these more global issues.