# Tab 5


# Research

# Articles

## A Reevaluation of Cancer Incidence Near the Three Mile Island Nuclear Plant: The Collision of Evidence and Assumptions

*Steve Wing,[1] David Richardson,[1] Donna Armstrong,[1] and Douglas Crawford-Brown[2]*

[1]Department of Epidemiology; [2]Department of Environmental Sciences and Engineering, School of Public Health, University of North Carolina, Chapel Hill, NC 27599-7400 USA

Previous studies concluded that there was no evidence that the 1979 nuclear accident at Three Mile Island (TMI) affected cancer incidence in the surrounding area; however, there were logical and methodological problems in earlier reports that led us to reconsider data previously collected. A 10-mile area around TMI was divided into 69 study tracts, which were assigned radiation dose estimates based on radiation readings and models of atmospheric dispersion. Incident cancers from 1975 to 1985 were ascertained from hospital records and assigned to study tracts. Associations between accident doses and incidence rates of leukemia, lung cancer, and all cancer were assessed using relative dose estimates calculated by the earlier investigators. Adjustments were made for age, sex, socioeconomic characteristics, and preaccident variation in incidence. Considering a 2-year latency, the estimated percent increase per dose unit ± standard error was $0.020 \pm 0.012$ for all cancer, $0.082 \pm 0.032$ for lung cancer, and $0.116 \pm 0.067$ for leukemia. Adjustment for socioeconomic variables increased the estimates to $0.034 \pm 0.013$, $0.103 \pm 0.035$, and $0.139 \pm 0.073$ for all cancer, lung cancer, and leukemia, respectively. Associations were generally larger considering a 5-year latency, but were based on smaller numbers of cases. Results support the hypothesis that radiation doses are related to increased cancer incidence around TMI. The analysis avoids medical detection bias, but suffers from inaccurate dose classification; therefore, results may underestimate the magnitude of the association between radiation and cancer incidence. These associations would not be expected, based on previous estimates of near-background levels of radiation exposure following the accident. *Key words*: dose–response relationships, ecologic studies, environmental epidemiology, ionizing radiation, methodology, neoplasms, nuclear power. *Environ Health Perspect* 105:52–57 (1997)

The accident at the Three Mile Island (TMI) nuclear facility near Harrisburg, Pennsylvania, which began on 28 March 1979, resulted in environmental releases of ionizing radiation. A presidential commission expressed confidence that the maximum external radiation dose to a person in the general population was less than average annual background levels (about 1 mSv) and that no health effects would be detectable (*1*). Despite these assurances, public concerns about cancer and other health effects persisted, and the TMI Public Health Fund, created and governed by a court order, supported investigators from Columbia University to estimate doses to populations within the 10-mile area and collect information on incident cancers for the years 1975–1985. Analyses of associations between accident doses and cancer incidence were published in 1990 (*2*).

The Columbia investigators "tested *a priori* hypotheses that risks of specified cancers may have been raised by exposure to radiation emanating from the Three Mile Island nuclear power plant" (*2*). Primary hypotheses considered selected leukemias separately by age, childhood cancers, non-Hodgkin's lymphoma, and Hodgkin's disease. Among these endpoints, only non-Hodgkin's lymphoma showed a statistically significant (two-tailed, $p<0.05$) relationship with accident doses. All cancers and lung cancer were also significantly associated with accident doses. However, because of the lack of strong associations for childhood and highly radiosensitive cancers in their analysis, the possibility of uncontrolled confounding, and the estimates of low doses and short follow-up, the authors concluded that observed associations did not reflect an accident effect (*2,3*).

The assumption of Hatch et al. (*3*) that doses were too low to produce observable effects is supported by measurements of radioactivity in air, soil, animals, and food (*1,4*), but also follows from conditions under which doses for the cancer incidence study were estimated (*2*). Radiation doses were calculated under an order from the court governing the TMI Public Health Fund. This order prohibited "upper limit or worst case estimates of releases of radioactivity or population doses . . . [unless] such estimates would lead to a mathematical projection of less than 0.01 health effects" (*5*). The order also specified that "a technical analyst . . . designated by counsel for the Pools [nuclear industry insurers] concur on the nature and scope of the [dosimetry] projects" (*5*). Such legal restrictions suggest that investigators were not in a position to make an unencumbered critical evaluation of radioactive releases. These conditions raise doubts about the assumption that doses were of low magnitude and introduce circularity into the reasoning behind the previous conclusions that accident doses were too low to produce the associations previously reported (*2,3*).

Although the dosimetry model predictions used in the TMI study were shown to be consistent with limited thermoluminescent dosimeter readings at locations outside the boundary of the plant (*2*), important instruments were inoperable at the beginning

Address correspondence to S. Wing, 2101F McGavran-Greenberg Hall, Department of Epidemiology, School of Public Health, CB# 7400, University of North Carolina, Chapel Hill, NC 27599-7400 USA.
The current address for D. Armstrong is Department of Epidemiology, School of Public Health, One University Place, Rensselaer, NY 12144-3456 USA.
This work was supported by a grant from the Center for Environmental Health Studies, John Snow Institute. The authors thank Joy Wood and Rita Fellers for their assistance with data processing and Carl Shy and David Savitz for comments on an earlier draft.
Received 26 August 1996; accepted 15 October 1996.