**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JKL

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' SUBMISSION OF SUPPLEMENTAL JURY INSTRUCTIONS
AND JURY VERDICT FORM, AND DEFENDANTS' OBJECTIONS TO
PLAINTIFFS' SUPPLEMENTAL JURY INSTRUCTIONS**
_____

       Pursuant to the Sept. 13, 2005 Status Conference, Defendants hereby submit their proposed supplemental instructions and jury verdict form, and further state as follows:

       1.      Defendants' Proposed Supplemental Jury Instructions and Jury Verdict Form are attached hereto as Exhibit A.

       2.      Defendants' Objections to Plaintiffs' Proposed Supplemental Jury Instructions are attached hereto as Exhibit B.

       3.      Pursuant to the Court's instructions, defendants also are submitting "on a 3.5″ computer disk in a form compatible with WordPerfect 9" both Defendants' Proposed Supplemental Jury Instructions and Jury Verdict Form, and Defendants' Objections to Plaintiffs' Proposed Supplemental Jury Instructions.

4. Plaintiffs have already filed their supplemental jury instructions and objections to a draft of defendants' proposed supplemental jury instructions that defendants had exchanged with plaintiffs.

Dated:  September 16, 2005                      Respectfully submitted,

/s/Joseph J. Bronesky
Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

  Peter B. Nordberg, Esq.
  BERGER & MONTAGUE, P.C.
  1622 Locust Street
  Philadelphia, Pennsylvania 19103-6365

  Gary B. Blum, Esq.
  SILVER & DEBOSKEY
  The Smith Mansion
  1801 York Street
  Denver, Colorado 80206

              /s/Patricia Eckman