IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' MOTION TO RESCHEDULE SEPTEMBER 22, 2005, PRETRIAL
CONFERENCE FROM 9:00 A.M. TO 10 A.M.**
_____

        Defendants request the pretrial conference set at 9:00 a.m. on September 22, 2005, be reset to 10:00 a.m. on September 22, 2005.

        1.     <u>D.C.COLO.LCivR 7.1A Certification:</u>  The undersigned attempted to contact Peter Nordberg and Jennifer McNaughton Wong, counsel for Plaintiffs, about this motion by e-mail and voicemail on September 19, 2005, but was unsuccessful.

        2.     Defendants request the one hour adjustment in the conference because David Bernick is required to be on the East Coast on Wednesday, September 21, 2005, and the adjustment will facilitate his travel to Denver on the morning of September 22, 2005.

Dated: September 19, 2005

                                                        <u>/s/Joseph J. Bronesky</u>
                                                         Joseph J. Bronesky
                                                         SHERMAN & HOWARD LLC
                                                         633 Seventeenth Street, Suite 3000
                                                         Denver, CO  80202
                                                         (303) 297-2900

David M. Bernick
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206


            /s/Patricia Eckman

3