IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

### MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendants' Motion to Reschedule September 22, 2005, Pretrial Conference from 9:00 a.m. to 10:00 a.m. (doc. #1446), filed September 19, 2005, is **GRANTED.** The time of the September 22, 2005 conference is changed from 9:00 a.m. to **10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: September 19, 2005