IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

Mr. Bernick's request by letter dated September 15, 2005, that no court be held in this matter on the date of October 28, 2005, is **GRANTED.**

---

Dated:  September 20, 2005