# Exhibit 1

**Cook v. Rockwell**
**Plaintiffs' Tentative Live Witness List as of September 16, 2005**

As discussed, this list is subject to revision.

**Fact Witnesses**

Ackland, Len
Avery, Ronald H.
Babb, Gertrude
Bannister, Karen
Bartleson, Michael E.
Bartlett, Richard
Bartlett, Sally
Bartlett, Richard Jr.
Biggs, W. Gale, Ph.D.
Bowman, Joseph
Brever, Jacqueline
Cassidy, Sam
Cook, Merilyn
Henderson, Judy
Holeman, Tim
Hoffman, Rodney  (as on cross)
Kaufman, Richard  (as on cross)
Lacey, Howard
Lipsky, Jon
Lund, L.B. Pete
McDaniel, Cindy
McKay, Charles
McKinley, Wesley
Ozaki, Charles
Park, Donald
Ray, John A.
Robb, Gretchen
Schierkolk, William
Schnoor, Kathryn K.
Smith, William
Till, John  (as on cross)
Whalen, Karen
Williams, Zimmie Faye

**Expert Witnesses**

Budnitz, Dr. Robert
Clapp, Dr. Richard W.
Cochran, Dr. Thomas B.
Flynn, Dr. James A.
Goble, Dr. Robert L.
Hunsperger, Wayne L.
Radke, Dr. John D.
Slovic, Dr. Paul
Smallwood, Dr. K. Shawn
Wing, Dr. Steven