# Exhibit 3

Ellen Noteware
<enoteware@bm.net>
05/19/2004 03:25 PM

To
Brett Bakke/Chicago/Kirkland-Ellis@K&E, Douglas Poland/Chicago/Kirkland-Ellis@K&E, pnordberg@bm.net

cc

Subject
Howard Lacy -- Rescheduling

Unfortunately, due to Mr. Lacy's ill health we need to reschedule his deposition, which had been scheduled for next Thursday, May 27th for sometime in June or, perhaps, July. At that time, we intend to videotape his testimony for preservation purposes, given that Mr. Lacy may be unable to attend the trial in the matter later this year, given his failing health.

Mr. Lacy will be giving us acceptable dates for his deposition shortly. Although he may wish to be deposed in Denver, he is considering whether

it would be less of a strain for him to be deposed in Grand Lake (where he currently resides) or in Arizona (where he will be moving shortly). We will get back to you concerning the rescheduling of Mr. Lacy's deposition as soon as possible.

Thank you.

Ellen T. Noteware, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Voice: (215)875-3000
Fax: (215)875-4604
Or visit our website at:
http://www.bergermontague.com

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT.  The information in this transmittal may be privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail.