# Exhibit 4

----- Original Message -----
From: Ellen Noteware [enoteware@bm.net]
Sent: 11/10/2004 12:49 PM
To: Brett Bakke <bbakke@kirkland.com>
Subject: Voicemail

Brett --

As I mentioned in my voicemail (after a few rounds of telephone tag):

1.    We need to talk about copying the McKay docs.

2.    We can't cover Thigpen on Saturday the 20th.  In November, I am available this Saturday (the 13th); Saturday the 27th (though not preferred for obvious reasons); December 11th and 17th.  I'm also available scattered dates during the week.

3.    As we discussed earlier, we will work together to complete any outstanding discovery completed on our intended witnesses Lacy, McKay and Thigpen and any other remaining loose ends, before the spring trial.

Try me later, but I am tied up in meetings after 2:30ish.

-- Ellen