# Exhibit 5

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Ellen Therese Ahern
To Call Writer Directly:
312 861-2335
eahern@kirkland.com

Facsimile:
312 861-2200

July 8, 2004

**BY FACSIMILE**

Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Re:   *Cook, et al. v. Rockwell, et al.*

Dear Peter:

This letter addresses the continued inclusion of Jon Lipsky on plaintiffs' list of may-call trial witnesses. In May, you subpoenaed Mr. Lipsky for deposition. However, that deposition did not proceed because, as we understand it, the federal government objected to the your subpoena and deposition notice. More specifically, it is our understanding that Mr. Lipsky's employer, the Federal Bureau of Investigation, has required that plaintiffs meet certain administrative requirements -- including but not limited to your providing a detailed list specifically identifying all subjects about which plaintiffs would like for Mr. Lipsky to testify -- before they will consider whether or not Mr. Lipsky will be allowed to testify at all. It is also our understanding that as of today's date you have not obtained approval for Lipsky to provide any testimony whatsoever in this case. Nor have you taken any steps to remove Mr. Lipsky from your trial witness list.

As you know, if Mr. Lipsky is to testify in this case, defendants desire the opportunity to take a discovery deposition of him on all of the subjects for which you intend to offer his testimony at trial. As you also know, fact discovery is scheduled to close on July 30, 2004. If you do not obtain approval for Mr. Lipsky to testify sufficiently in advance of the discovery cut off so as to enable the defendants to take a timely deposition of him, we request that you remove him from your witness list. In the event that you do not remove Jon Lipsky from your trial witness list, our primary concern -- as we have explained -- is that we are provided with the opportunity to take a discovery deposition of him in advance of any trial testimony. Accordingly, at the very least, if, at some later date (past the close of discovery), the government eventually

London     Los Angeles     New York     San Francisco     Washington, D.C.

Peter Nordberg
July 8, 2004
Page 2

KIRKLAND & ELLIS LLP

approves your request to obtain testimony from Mr. Lipsky, we would like your agreement that defendants will be given the opportunity to take a discovery deposition of him in advance of trial.

Sincerely,

*Ellen Therese Ahern*

Ellen Therese Ahern

cc:     Douglas M. Poland

07/08/04 THU 14:48 FAX 312 861 2200          KIRKLAND & ELLIS LLP                               ☒001

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                 0504
CONNECTION TEL           29793#58#12158754604
SUBADDRESS
CONNECTION ID
ST. TIME                 07/08 14:47
USAGE T                  01'06
PGS.                     3
RESULT                   OK
```

# KIRKLAND & ELLIS LLP

*Fax Transmittal*

200 East Randolph Drive
Chicago, Illinois 60601
Phone: 312 861-2000
Fax: 312 861-2200

---

Please notify us immediately if any pages are not received.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY AT:
312 861-2356.

| To: | Company: | Fax #: | Direct #: |
|---|---|---|---|
| Peter Nordberg | BERGER & MONTAGUE, P.C. | (215) 875-4604 | (215) 875-3000 |

| From: | Date: | Pages w/cover: | Fax #: | Direct #: |
|---|---|---|---|---|
| Ellen Therese Ahern | July 8, 2004 | 3 | 312 861-2200 | 312 861-2335 |

Message:

See Attached.

# KIRKLAND & ELLIS LLP

*Fax Transmittal*

200 East Randolph Drive
Chicago, Illinois 60601
Phone: 312 861-2000
Fax: 312 861-2200

---

Please notify us immediately if any pages are not received.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY AT:
312 861-2356.

| *To:* | *Company:* | | *Fax #:* | *Direct #:* |
|---|---|---|---|---|
| Peter Nordberg | BERGER & MONTAGUE, P.C. | | (215) 875-4604 | (215) 875-3000 |
| *From:* | *Date:* | *Pages w/cover:* | *Fax #:* | *Direct #:* |
| Ellen Therese Ahern | July 8, 2004 | 3 | 312 861-2200 | 312 861-2335 |

*Message:*

See Attached.



"Peter Nordberg"
<pn@nordbergonline.com>
07/30/2004 04:04 PM

Please respond to
pn@nordbergonline.com

To  Ellen Ahern/Chicago/Kirkland-Ellis@K&E

cc

Subject  RE:

Ellen,

You're quite correct.

Have a good weekend.

-- Peter

-----Original Message-----
From: Ellen Ahern [mailto:eahern@kirkland.com]
Sent: Friday, July 30, 2004 3:05 PM
To: Peter Nordberg
Cc: Brett Bakke; Douglas Poland
Subject:


Peter:

This is to confirm one issue that you discussed with defendants in our July 9 telephone conference.  During the course of that call, among other issue, we raised the issue of our desire to take a discovery deposition of Jon Lipsky.  It is our understanding that the FBI

has not approved requests for Mr. Lipsky's testimony in this case.  Should permission be received for him to testify in the future, it is my understanding that you do not object to our taking a discovery deposition of Mr. Lipsky at that time, even if the deposition occurs after the close of discovery.  If this is incorrect, please let me know.

--Ellen Ahern

Ellen Therese Ahern
KIRKLAND & ELLIS LLP
200 E. Randolph
Chicago, IL  60601
Phone: 312-861-2335
Fax: 312-861-2200
eahern@kirkland.com

&lt;font size=2 face="monospace,courier"&gt;
***************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee.  It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful.  If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***************************************************************
&lt;/font&gt;