# Exhibit 8



"Peter Nordberg"
<pn@nordbergonline.com>
07/30/2004 12:44 PM
Please respond to
pn@nordbergonline.com

To Ellen Ahern/Chicago/Kirkland-Ellis@K&E
cc
Subject RE:

Ellen,

Understood that defendants will have an opportunity to depose this witness.

Peter

-----Original Message-----
From: Ellen Ahern [mailto:eahern@kirkland.com]
Sent: Friday, July 30, 2004 12:55 PM
To: Peter Nordberg
Cc: Douglas Kurtenbach; Douglas Poland; Brett Bakke
Subject:


Peter:

We received your July 29 communication about naming an additional trial witness. We reserve our right, in advance of trial, to depose any witness that plaintiffs intend to call at trial. In addition, we reserve our right to name additional trial witnesses in rebuttal once we've had the opportunity to take any such deposition.

--Ellen Ahern

Ellen Therese Ahern
KIRKLAND & ELLIS LLP
200 E. Randolph
Chicago, IL  60601
Phone: 312-861-2335
Fax: 312-861-2200
eahern@kirkland.com

```
<font size=2 face="monospace,courier">
***************************************************************
The information contained in this communication is confidential, may be
attorney-client privileged, may constitute inside information, and is
intended only for the use of the addressee.  It is the property of Kirkland
& Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part
thereof is strictly prohibited and may be unlawful.  If you have received
this communication in error, please notify us immediately by return e-mail
or by e-mail to postmaster@kirkland.com, and destroy this communication and
all copies thereof, including all attachments.
***************************************************************
</font>
```