# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### No. 90-K-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

### PLAINTIFFS' MOTION TO ENTER PROPOSED ORDER RE: PRIVACY OF JURY VENIRE, AND INCORPORATED MEMORANDUM OF LAW

---

In furtherance of the Court's concerns expressed at the hearing of September 13, 2005, that the privacy of the jury be protected (Tr. at 37), plaintiffs respectfully request that the Court enter the attached Proposed Order re: Privacy of Jury Venire, in order to protect the jurors' privacy.  The purpose of the Order is to prevent any party from directly or indirectly invading the personal or business affairs of any member of the venire.

The Court has broad discretion regarding the conduct of *voir dire*. *Smith v. Vicorp., Inc.*, 107 F.3d 816, 817 (10th Cir. 1997).  Private investigations of venirepersons invade the jurors' privacy and pose a risk of intimidating or biasing the jury. *Rubenstein v. United States*, 227 F.2d 638, 642-43 (10th Cir. 1955); *U.S. v. White*, 78 F. Supp. 2d 1025 (D.S.D. 1999).  Neither party has a constitutional right to investigate prospective jurors. *See Allen v. Snow*, 489 F. Supp. 668, 672 (D.

Mass.) ("Any question that could have been asked in the neighborhoods [ ] could have been asked on *voir dire*."), *aff'd*, 635 F.2d 12 (1st Cir. 1980).  Accordingly, the Court has discretion to limit this type of intrusive or invasive investigation and preserve the jurors' expectation and right to privacy. *See generally* David Weinstein, Protecting a Juror's Right to Privacy:  Constitutional Constraints and Policy Options, 70 Temp. L. Rev. 1, 33-38 (1997).  No juror making the sacrifices expected in this trial should have to endure even a possibility of such intrusions upon his or her privacy.

Respectfully submitted,

Dated: September 21, 2005

_/s  Jennifer MacNaughton_____
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary Blum
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs