**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90-K-181

---

MERILYN COOK, WILLIAM SCHIERKOLK, JR., DELORES SCHIERKOLK, RICHARD BARTLETT, SALLY BARTLETT, LORREN BABB, GERTRUDE BABB, et al.,

                              Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

                              Defendants.

---

**[PLAINTIFFS' PROPOSED] ORDER RE: PRIVACY OF JURY VENIRE**

---

After due consideration, and after affording counsel an opportunity to be heard at the final pretrial conference in this matter, the Court is of the view that the information gathered through the jury questionnaire and through *voir dire* in these proceedings will be fully sufficient to permit the parties to protect their interests in the selection of a fair and impartial jury. The Court is further of the view that separate investigations or inquiries by the parties into the background or private matters of members of the venire would impose an inappropriate and unnecessary burden on venire members, and on the jurors eventually selected for service in what is expected to be a lengthy and complex trial.

Accordingly, it is hereby ORDERED that no party, nor any person, entity or counsel affiliated

with a party,[1] shall conduct any investigation or inquiry during the pendency of these proceedings into the background of any member of the venire. This prohibition extends to, but is not limited to, all investigations or inquiries, including but not limited to internet research, whether conducted directly by a party or through private investigators or other agents of a party, into any venire member's: credit history, credit rating, or credit; employment history or employment; personal history; residence (except to establish or negate class membership); family members; tax records; involvement in other judicial proceedings; or any other private business.

Dated this _____ day of September, 2005.

_____
Hon. John L. Kane, Senior District Judge
United States District Court for the District of Colorado

---

[1] Which shall include, without limitation, any department or agency of any government acting for or on behalf of itself or any party.