## DEFENDANTS' PRELIMINARY LIST OF TRIAL WITNESSES

Amen, William
Auxier, John
Babb, Gertrude
Bartlett, Richard
Bartlett, Sally
Benedek, Elissa
Berry, Karen Helner
Blaha, Frank
Bowman, Herb
Conway, Daniel
Cook, Merilyn
D'Arge, Ralph
DeArment, Maggie
Deimer, Thomas
Deimer, Rhonda
Dorchester, Donald
Dunshee, Don
Elms, D. Michael
Fallon, Tim
Fiehwig, Robert
Foreman, Lee
Frazier, John

Hauptman, Ronald
Hazle, Albert
Hewlett, Richard
Hines, Debora
Hobbs, Ferrel
Holl, Jack
Kahneman, Dan
LaVelle, James
Marais, Laurentius
Martin, James
McFadden, Daniel
McKay, Charles
Millage, Debbie
Miller, Anthony
Morehouse, Richard
Mower, Richard
Naimon, Edwin
Nowlin, David
Oglesby, Kirk
Osborne, John
Putzier, Edward
Raabe, Otto
Rice, Michael Dean
Rodricks, Joseph

Sandoval, Stephen
Sandoval, Peggy
Schierkolk, Delores
Schierkolk, William
Schwartz, Ralph
Shearer, Cynthia
Singer, Steve
Slack, Donald
Smart, Geneva
Souder, Michael
Ten Eyck, Thomas Jr.
Terry, Robert
Thigpen, Roy
Till, John
Van Court, Laurie
Valentin, Frank
Ware, Terry
Weston, Bill
Whicker, F. Ward
Whipple, Christopher
Wise, Ken
Wynne, Robert
Zaharias, David