IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K–181

_____

MERILYN COOK, et al.,

    Plaintiffs,

        v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.
_____

## DECLARATION OF PETER NORDBERG
_____

I, Peter Nordberg, do hereby depose and say as follows:

1.     This declaration is made in connection with defendants' Motion to Compel Discovery from Plaintiffs (filed Sept. 21, 2005).

2.     At all times since the filing of this civil action in 1990, I have been one of the counsel representing plaintiffs in this litigation.

3.     At various times before and after the close of discovery on July 29, 2004, plaintiffs have advised defendants, in light of scheduling issues involving specific witnesses, that plaintiffs would agree not to invoke the July 2004 discovery cutoff as to depositions of those witnesses.

4.     On multiple occasions, dating back to at least the spring of this year, I have also advised defense counsel, during phone conferences, that plaintiffs <u>would</u> resist depositions of previously designated witnesses if defendants deferred them until the eve of trial. In at least one such conversation, I specifically mentioned that plaintiffs would oppose any depositions that were deferred until as late as September 2005. On or about August 26, 2005, I repeated this position to

seeking to schedule some of the deferred depositions.

5. As concerns Mr. Lipsky, plaintiffs' counsel are unaware of any communication from the FBI indicating that FBI would oppose his testimony following his January 2005 retirement. Plaintiffs' counsel do not represent Mr. Lipsky.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 22, 2005

_____
Peter Nordberg