# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Brett A. Bakke
To Call Writer Directly:
312 861-2055
bbakke@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

May 14, 2004

**VIA FACSIMILE**

Mr. Charles McKay
Church Ranch
10050 Wadsworth Boulevard
Westminster, CO 80021

Dear Mr. McKay:

It was a pleasure to speak with you yesterday. As you requested, I am writing this letter to confirm our discussion.

First, Kirkland & Ellis is not seeking any documents that you produced in the *Church Ranch* lawsuit. We will gather those documents, to the degree we need them, from our clients. Of course, if you have documents relating to the *Church Ranch* lawsuit that you did not produce during the lawsuit, we would still expect you to produce those documents, as we do not have access to documents you did not produce.

Second, Kirkland & Ellis is not at this time seeking any documents that you produced in the lawsuit that you described as the west sprayfield case relating to sewage effluent. I agreed that I will attempt to locate those documents from my client. Of course, if you have documents relating to the sprayfield case that you did not produce during the lawsuit, we would still expect you to produce those documents, as we do not have access to documents you did not produce. Also, if my client no longer has those documents, we will ask that you produce them, to the degree you still have those documents. But I will first attempt to obtain them from my client to avoid any unnecessary burden to you.

Third, I informed you that you can produce any documents that you consider to contain sensitive economic information (such as current evaluations of potential land transactions) in a manner so that we will mark them "confidential." This will cause the documents to be protected under the confidentiality order in this case. I have attached to this letter a copy of the Confidentiality Stipulation and Protective Order entered by the Court in this case, should you wish to review it.

Fourth, we agreed that you would produce documents responsive to our subpoena on June 11th, and that your deposition would take place on June 25th. You told me that you would get back to me on the precise method of production (for example, whether you wished to

London        Los Angeles        New York        San Francisco        Washington, D.C.

## KIRKLAND & ELLIS LLP

Mr. Charles McKay
May 14, 2004
Page 2

make the copies yourself and bill us, or instead preferred to have us arrange for someone to pick up, copy, and return the documents to you). As I stated, if you choose to undertake the copying yourself, please send the documents and bill to my attention at Kirkland & Ellis. Please send them via overnight mail.

I am sending a copy of this letter to the plaintiffs as well. Please do not hesitate to call me if you have any further questions or concerns.

Cordially,

Brett A. Bakke

BAB;ja

cc: Ellen Noteware, Esq.