1622 LOCUST STREET | PHILADELPHIA, 19103-6305 | phone 215/875-3000 | fax /875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
### ATTORNEYS AT LAW

| | |
|---|---|
| WRITER'S DIRECT DIAL | (215) 875-3051 |
| WRITER'S DIRECT FAX | (215) 875-5707 |
| WRITER'S DIRECT E-MAIL | enoteware@bm.net |

January 11, 2005

**Via Fax: (312) 861-2200**

Brett A. Bakke, Esquire
**Kirkland & Ellis, LLP**
200 East Randolph Drive
Chicago, IL 60601

RE:   *Cook, et al. v. Rockwell, et al.*

Dear Brett:

I write to inform you that our investigation recently uncovered the existence of a new fact witness in the case: Zimmie Faye Williams. Ms. Williams should be added to our list of "may call" trial witnesses. We expect that Ms. Williams may testify concerning the operation of the incinerator at Rocky Flats as well as general plant operations.

Please be advised that Ms. Williams is represented by Shawn Raymond of the Susman Godfrey firm in Houston, Texas. Mr. Raymond's telephone number is 713-653-7817. We would be happy to assist you in scheduling a deposition of Ms. Williams should you find that necessary.

I hope that the New Year finds you well. As you recall, when we last spoke, we agreed to defer certain discovery matters during the course of the holiday season. Please give me a call to discuss the open discovery matters in the case.

Sincerely,

Ellen T. Noteware

ETN/cs
380220_04.wpd