

1/6/05 Denv. Post B02
2005 WLNR 198408

Denver Post (CO)
Copyright (c) 2005 The Denver Post. All rights reserved.

**January 6, 2005**

Section: DENVER AND WEST

Ex-FBI agent accuses feds of Rocky Flats coverup

Kim McGuire, Denver Post Staff Writer

The former FBI agent who led the 1989 raid at Rocky Flats accused federal prosecutors Wednesday of railroading his investigation at the former nuclear-weapons plant.

Saying he took early retirement last week so he could finally "tell the truth" about Rocky Flats, Jon **Lipsky** said he had uncovered many instances of tampering with environmental monitoring and data falsification before his investigation was cut short by federal prosecutors.

"It became apparent to me during the investigation of Rocky Flats that the Department of Energy and the Department of Justice were primarily concerned about minimizing the extent to which the public became aware of the contamination at Rocky Flats, both off site and on site," **Lipsky** said, speaking at a news conference held at the state Capitol by the authors of "The Ambush Grand Jury" and the Rocky Mountain Peace and Justice Center. "The less contamination people knew about, the less they would have to spend to clean it up."

Officials with the Justice Department have repeatedly defended their investigation, which concluded in 1992 with an $18.5 million plea agreement between federal prosecutors and the plant contractor, Rockwell International Corp.

The DOE has denied allegations by **Lipsky** and others that it deceived environmental regulators about hidden contamination throughout the 6,240- acre site, where it built plutonium triggers for more than 70,000 nuclear warheads.

"We're not saying that there's no contamination on site, but we have done a very thorough inventory, characterized that contamination and now have a cleanup plan that's safe and protective for the entire community," said Karen Lutz, a DOE spokeswoman.

But many continue to doubt the adequacy of the $7 billion cleanup, expected to wrap up in 2006.

Newly elected state Rep. Wes McKinley, foreman of the grand jury that tried to indict federal and private officials for environmental crimes at Rocky Flats, said

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Wednesday he plans to introduce legislation requiring managers to warn visitors of potential dangers on the site when it becomes a wildlife refuge in 2007.

``The federal government lied to the citizens of Colorado for years about the dangers of Rocky Flats," said McKinley, speaking at a news conference featuring **Lipsky**. ``They're still lying, and now they want to take our schoolchildren out there on field trips."

---- INDEX REFERENCES ----

COMPANY: CONEXANT SYSTEMS INC

NEWS SUBJECT: (Legal (1LE33); Government Litigation (1GO18))

Language: EN

OTHER INDEXING: (AMBUSH GRAND JURY; DEPARTMENT OF ENERGY; DEPARTMENT OF JUSTICE; FBI; JUSTICE CENTER; JUSTICE DEPARTMENT; ROCKWELL INTERNATIONAL CORP; ROCKY FLATS) (Jon Lipsky; Karen Lutz; Lipsky; McKinley; Newly; Wes McKinley)

EDITION: THU FINAL

Word Count: 473
1/6/05 DENVERPOST B02

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.