### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  September 22, 2005           Reporters: Gwen Daniel (a.m.)
                                              Suzanne Claar (p.m.)
                                    Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
|  | Peter Nordberg |
| Plaintiffs, | Louise Roselle |
|  | Gary Blum |
| v. | Holly Shook |
|  |  |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
|  | Mark Nomellini |
| Defendants. | Ellen Ahern |

_____

### COURTROOM MINUTES
_____

**Trial Preparation Conference**

**10:19 a.m.     Court in session.**

Assistant United States Attorney Steven Taylor present.

Court instructs counsel and Mr. Taylor that there shall be no ex parte communications, or attempted ex parte communications, with the Court, including by D.O.E. or the United States Attorney.  The only communications with the Court shall be through counsel of record.

Court's preliminary comments.

**ORDERED:** Preliminary ruling on the following motions (written order will be entered):

      **1.     Plaintiffs' Motion in *Limine* (Doc. No. 1341) is granted in part and denied in part;**

      **2.     Plaintiffs' Motion to Exclude (Doc. No. 1350) is granted in part and denied in part;**

      **3.**     **Defendants' Motion in *Limine* No. 13 (Doc. No. 1366) is denied; and**

      **4.**     **Defendants' Motion in *Limine* No. 16 (Doc. No. 1369) is granted.**

**ORDERED:  No later than Thursday, September 29, 2005, each party shall submit a statement regarding Rocky Flats' mission and the plant's role in protecting national security.**

Counsel shall be present at 8:30 a.m. each day of trial to address matters outside the presence of the jury.

Discussion regarding the number of jurors and jury verdict.  Plaintiffs agree with the Court's suggestion regarding the verdict by the jury.

**ORDERED:  No later than Thursday, September 29, 2005:**

      **1.**     **defendants shall state whether they agree with the Court's suggestion regarding the jury verdict; and**

      **2.**     **the parties shall submit lists of lawyers and witnesses, including occupation and city of residence, to be attached to the juror questionnaire.**

Court explains jury selection.  Each side may have one hour for voir dire.

Discussion regarding jury selection and juror questionnaire.

Discussion regarding jury instructions.

**ORDERED:  By close of business on September 23, 2005, any limiting instructions shall be submitted.**

**ORDERED:  Stipulations, as well as witness and exhibit lists, shall be submitted by September 29, 2005.**

Discussion regarding FBI raid, grand jury, guilty plea, and plea agreement.

Discussion regarding pretrial order.

**ORDERED:  No later than September 29, 2005, plaintiffs' shall file their response to the Motion to Exclude Testimony of Dr. Steven Wing.**

**ORDERED:** **By 9:00 a.m. on Thursday of each trial week, the parties shall disclose for the following trial week, the name of each witness to be called, the expected subject matter, and an estimate of the time for direct examination.  By the close of business on Friday of each trial week, the opposing party shall provide the best estimate of the time required for the cross-examination of each witness.**

Discussion regarding length of time for witness testimony.

**ORDERED:** **At the request of counsel, trial will not be conducted on October 28, 2005, November 18, 2005, the Wednesday before Thanksgiving, or the Friday after Thanksgiving.**

Discussion regarding trial schedule.

Court's comments regarding courtroom technology, demonstrative exhibits and courtroom logistics.

**ORDERED:** **With regard to the Motion to Enter Proposed Order re Privacy of Jury Venire (Doc. No. 1450), nothing shall be done to interfere with the privacy of the jurors.**

| | |
|---|---|
| 11:56 a.m. | Court in recess. |
| 1:40 p.m. | Court in session. |

Discussion regarding courtroom equipment, demonstrative exhibits, models, and opening statements.

Jury will be selected on Thursday, October 6, 2005.  Court anticipates that the opening statements will be Friday, October 7, 2005.

Discussion regarding witnesses and additional depositions.

**ORDERED:** **With regard to the Motion to Compel Discovery from Plaintiffs (Doc. No. 1449):**

   1. **depositions of newly endorsed witnesses shall be taken by September 28, 2005, unless counsel agree otherwise;**

   2. **witnesses who have been deposed will be limited to the testimony in their depositions, and if any additional testimony on direct is intended, then the calling party must provide a sworn statement of that witness to the opposing party not later than September 28, 2005; and**

        **3.**      **if either side expects or wants additional information from a witness already deposed, that party seeking that information on new matters, matters not contained in the previous deposition, may serve a maximum of five interrogatories to the other side to be served by Monday, September 26, 2005, and the interrogatories have to be answered by Friday, September 30, 2005.**

**2:35 p.m.**    **Court in recess.**

Time in court - 02:32.  Conference concluded.