**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
 and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' SUBMISSION OF SUPPLEMENTAL JURY INSTRUCTIONS**
_____

        Defendants hereby submit proposed supplemental instructions, and further state as

follows:

        1.      Defendants' Proposed Supplemental Jury Instructions are attached hereto as

Exhibit A.

        2.      Pursuant to the Court's instructions, defendants also are submitting "on a 3.5″

computer disk in a form compatible with WordPerfect 9" Defendants' Proposed Supplemental

Jury Instructions Submitted September 23, 2005.

Dated:  September 23, 2005    Respectfully submitted,


         /s/Joseph J. Bronesky
         Joseph J. Bronesky
         SHERMAN & HOWARD LLC
         633 Seventeenth Street, Suite 3000
         Denver, CO  80202
         (303) 297-2900

         David M. Bernick, P.C.
         Douglas J. Kurtenbach
         KIRKLAND & ELLIS LLP
         200 E. Randolph Drive
         Chicago, IL 60601
         (312) 861-2000

         Attorneys for Defendants ROCKWELL
         INTERNATIONAL CORPORATION and THE
         DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

/s/Patricia Eckman