## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
 and THE DOW CHEMICAL COMPANY,

       Defendants.

---

## DEFENDANTS' AMENDED SUBMISSION OF
## SUPPLEMENTAL JURY INSTRUCTIONS

---

Defendants hereby submit proposed amended supplemental instructions, and further state as follows:

1.     Defendants' Proposed Amended Supplemental Jury Instructions are attached hereto as Exhibit A.  These Instructions replace in their entirety the Proposed Supplemental Jury Instructions filed earlier today.

2.     Pursuant to the Court's instructions, defendants also are submitting "on a 3.5″ computer disk in a form compatible with WordPerfect 9" Defendants' Proposed Supplemental Jury Instructions Submitted September 23, 2005.

Dated:  September 23, 2005        Respectfully submitted,


/s/Joseph J. Bronesky _____
Joseph J. Bronesky
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, CO  80202
(303) 297-2900

David M. Bernick, P.C.
Douglas J. Kurtenbach
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
(312) 861-2000

Attorneys for Defendants ROCKWELL
INTERNATIONAL CORPORATION and THE
DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

/s/Patricia Eckman