IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-K-181

---

**MERILYN COOK, et al.,**

    Plaintiffs,

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

---

**PLAINTIFFS' PROPOSED LIMITING INSTRUCTION:
UTILITY VERSUS HARM**

---

Consistent with the Court's directives at the pretrial conference on September 22, 2005, plaintiffs respectfully submit the following proposed limiting instruction relating to defendants' "national security" arguments:

**UTILITY OF CONDUCT VERSUS GRAVITY OF HARM**

If defendants' conduct was undertaken for a socially useful purpose, such as the national security, but the same purpose could have been achieved just as adequately through other conduct that posed less risk of harm to others, you must find defendants' conduct to be unreasonable. Likewise, if defendants' intentional conduct was undertaken for a socially useful purpose, defendants are still liable for any resulting harm to property, if defendants failed to take available

practicable measures that would have allowed them to achieve the same purpose while avoiding part or all of the harm.

**Authorities:** *Restatement (Second) of Torts* § 292 & comment c; *id.* § 828 & comment h.

                                                Respectfully submitted,

Dated: September 23, 2005          s/ Jenna MacNaughton-Wong
                                                Merrill G. Davidoff
                                                Peter Nordberg
                                                Jenna MacNaughton-Wong
                                                Berger & Montague, P.C.
                                                1622 Locust Street
                                                Philadelphia, PA 19103
                                                (215) 875-3000

                                                Attorneys for Plaintiffs
                                                And the Class