## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

No. 90–K-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

### [PROPOSED] ORDER

---

Kane, J.

By order of this Court, the following attorneys are hereby attached for trial in this matter from October 3, 2005 through December 22, 2005:

           Attorneys for Plaintiffs:

           Merrill G. Davidoff, Esq.
           Peter Nordberg, Esq.
           David F. Sorensen, Esq.
           Berger & Montague, P.C.
           1622 Locust Street
           Philadelphia, PA 19103

           and

           Louise Roselle, Esq.
           Waite, Schneider, Bayless
              & Chesley Co., L.P.A.
           1513 Central Trust Tower
           Cincinnati, OH 45202

<u>For Defendants</u>:

David M. Bernick, Esq.
Douglas J. Kurtenbach, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

IT IS SO ORDERED

Dated this ____ day of September 2005.

_____
John L. Kane, Senior District Judge
United States District Court