# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 90–K-181

---

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,**

    Defendants.

---

**[PROPOSED] ORDER**

---

Kane, J.

By order of this Court, the following attorney is also hereby attached for trial in this matter from October 3, 2005 through December 22, 2005:

    Attorneys for Plaintiffs:

    Gary B. Blum, Esq.
    Silver & DeBoskey, P.C.
    1801 York Street
    Denver, CO 80206

IT IS SO ORDERED

Dated this ____ day of September 2005.

    John L. Kane, Senior District Judge
    United States District Court