**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**No. 90–K-181**

---

**MERILYN COOK, et al.,**

**Plaintiffs,**

**v.**

**ROCKWELL INTERNATIONAL CORPORATION and**
**THE DOW CHEMICAL COMPANY,**

**Defendants.**

---

**~~[PROPOSED]~~ ORDER**

---

Kane, J.

By order of this Court, the following attorney is also hereby attached for trial in this matter from October 3, 2005 through December 22, 2005:

Attorneys for Plaintiffs:

Gary B. Blum, Esq.
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206

IT IS SO ORDERED

Dated this 26 day of September 2005.

John L. Kane

John L. Kane, Senior District Judge
United States District Court