IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K–181

MERILYN COOK, et al.,

    Plaintiffs,

        v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

## [~~PROPOSED~~] ORDER

Kane, J.

    By order of this Court, the following attorneys are hereby attached for trial in this matter from October 3, 2005 through December 22, 2005:

Attorneys for Plaintiffs:

Merrill G. Davidoff, Esq.
Peter Nordberg, Esq.
David F. Sorensen, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

and

Louise Roselle, Esq.
Waite, Schneider, Bayless
    & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202

For Defendants:

David M. Bernick, Esq.
Douglas J. Kurtenbach, Esq.
Kirkland & Ellis, LLP
200 E. Randolph Drive
Chicago, IL 60601

IT IS SO ORDERED

Dated this 26 day of September 2005.

_____  _____
                                    John L. Kane, Senior District Judge
                                    United States District Court