IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

---

### ENTRY OF APPEARANCE JOHN E. TANGREN

---

John E. Tangren hereby enters his appearance as co-counsel for Defendants in this action.

Dated: September 26, 2005            Respectfully submitted,

                                     /s/John E. Tangren
                                     John E. Tangren
                                     KIRKLAND & ELLIS LLP
                                     200 E. Randolph Drive
                                     Chicago, IL 60601
                                     (312) 861-2000

## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6365

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

                                              /s/Kari Knudsen