# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

### JOINT MOTION FOR CLARIFICATION RE SEPTEMBER 22, 2005 MINUTE ORDER
_____

The parties respectfully request clarification regarding this Court's statement in the September 22, 2005 Minute Order that "exhibit lists shall be submitted by September 29, 2005."

1. The parties have negotiated extensively over the past month to come up with an approach to exhibit lists that will: (a) provide the Court with notice of the exhibits to be used in advance of use; (b) try to prevent overwhelming the Court and the parties with hundreds or thousands of exhibits that will never be used; and (c) provide an acceptable method for the court personnel to deal with the exhibits in this case.

2. The parties presently have negotiated the following arrangement: Each side to provide the other via email with identification of the exhibits to be used, and copies of exhibits to be used, with each witness by 9 am on the day before the witness is called, whatever the day of the week.

3. The Court suggested at the September 22, 2005 conference that the parties, unless they agree otherwise in a manner acceptable to the Court, to use the following system: by 9 a.m.

Thursday preceding the next week of trial, the parties will provide to opposing counsel and the Court a list of exhibits that they anticipate offering during the following week. (9/22/05 Hr'g Tr. at 42.) Subject to the Court's approval, the parties have agreed to use the approach set forth in paragraph 2, instead of the Court's suggested approach in this paragraph 3.

4. The Court's September 22, 2005 Minute Order provides that "exhibit lists shall be submitted by September 29, 2005." Were the parties to comply with this order, their lists of exhibits presently would include thousands of exhibits. Realistically, the parties recognize they will never use thousands of exhibits.

5. The parties respectfully and jointly request that they be permitted to use in this case the approach set forth in paragraph 2 above, and seek leave from the requirements of the Court's September 22, 2005 minute order as set forth in paragraph 4 above. A proposed order is attached hereto.

6. If the Court desires adherence to the procedure set forth in paragraph 3, then the parties respectfully and jointly request that they be permitted to use in this case the approach set forth in paragraph 2 above, in addition to the method set forth in paragraph 3 above, and the parties seek leave from the requirements of the Court's 9/22/05 Minute Order as set forth in paragraph 4 above.

Dated:  September 27, 2005               Respectfully submitted,


                        Merrill G. Davidoff
                        Peter Nordberg
                        BERGER & MONTAGUE, P.C.
                        1622 Locust Street
                        Philadelphia, PA 19103
                        (215) 875-3000

                        Gary B. Blum
                        Steven W. Kelly
                        SILVER & DEBOSKEY, P.C.
                        1801 York Street
                        Denver, CO  80206
                        (303) 399-3000

                        Attorneys for Plaintiffs


                        /s/Joseph J. Bronesky
                        Joseph J. Bronesky
                        SHERMAN & HOWARD LLC
                        633 Seventeenth Street, Suite 3000
                        Denver, CO  80202
                        (303) 297-2900

                        David M. Bernick
                        Douglas J. Kurtenbach
                        KIRKLAND & ELLIS LLP
                        200 E. Randolph Drive
                        Chicago, IL 60601
                        (312) 861-2000

                        Attorneys for Defendants ROCKWELL
                        INTERNATIONAL CORPORATION and THE
                        DOW CHEMICAL COMPANY