IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Court has received Defendants' Motion to Exclude Newly Disclosed Witnesses, filed September 28, 2005. In light of this filing and other considerations, the Court has determined that opening statements in this action will not take place on October 7, 2005, as previously indicated, but rather on the resumption of trial on Tuesday, October 11. Defendants' recently filed motions, and any other matters as necessary, will be taken up on October 7, either at 9:00 AM or, if the jury selection process was not concluded the previous day, after the conclusion of that process. Plaintiffs may file a written response to Defendants' September 28 motion before October 7 if they wish.

      The parties shall include the witnesses who are the subject of Defendants' September 28 motion in the witness, party and counsel list they are preparing for incorporation in the jury questionnaire. The parties are reminded that this list must be filed today, September 29, so that the jury questionnaire can be finalized and prepared for distribution to the special jury panel on Monday, October 3.

      The parties are also informed that approximately 100 prospective jurors are expected to report to the courthouse on October 3 to complete the questionnaire. For logistical reasons, the jurors have been directed to report at 1:00 PM. The parties' copies of the completed juror questionnaires will be available for pick-up in the Clerk's office at

10:00 AM on Tuesday, October 4.

Dated: September 29, 2005