**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JKL

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' STATEMENT REGARDING NATIONAL SECURITY**
_____

Pursuant to the Court's instructions at the pretrial conference on September 22, 2005,

Defendants respectfully submit the attached Statement Regarding National Security.

Dated: September 29, 2005                        Respectfully submitted,

                                                    /s/John E. Tangren_____
                                                    One of the Attorneys for the Defendants
                                                    David M. Bernick
                                                    Douglas J. Kurtenbach
                                                    Ellen Therese Ahern
                                                    Mark J. Nomellini
                                                    John Tangren
                                                    KIRKLAND & ELLIS LLP
                                                    200 East Randolph Drive

Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206


                /s/Kari T. Knudsen

                Kari T. Knudsen (legal assistant)

## DEFENDANTS' STATEMENT REGARDING NATIONAL SECURITY

After the end of World War II, relations with the Soviet Union deteriorated and the Cold War began. President Truman announced that the United States would protect itself and other nations from Soviet aggression. At that point, the U.S. was the only nation in the world that had an atomic bomb. When the Soviets rejected the U.S. proposal for international control over atomic bombs, the United States government concluded that the Soviet Union intended to develop an atomic bomb of its own. Recognizing the importance of atomic bombs to U.S. national security and the need to prevent other countries from learning information about U.S. atomic bombs, in 1946 Congress passed the Atomic Energy Act. The Atomic Energy Act gave the U.S. government sole ownership, control, and use of the materials used to make atomic bombs. It also created a special classification called Restricted Data for all information related to atomic science and technology. By law, all information relating to atomic research and operations was "born classified," meaning that it could not be released without approval of the newly formed Atomic Energy Commission. Special clearances by the Federal Bureau of Investigation were required for access to Restricted Data.

The U.S. government also decided after World War II that atomic weapons must be the keystone of U.S. national defense and a foundation of foreign policy. At that time, though, the U.S. had no deliverable atomic bombs and had little nuclear material and parts from which to make additional bombs. When the Soviet Union tested its first atomic bomb in 1949, five years earlier than the U.S. had expected, the U.S. military and President Truman approved a "quantum jump" in the production of fission bombs and in the development of a fusion or "thermonuclear" bomb and directed the AEC to proceed with plans to expand the U.S. nuclear weapons complex. President Truman approved an "all-out" program to develop the thermonuclear bomb and a massive expansion of the facilities necessary to build atomic bombs.

The $1.4 billion expansion plan approved in October 1950 was designed to more than double the production of plutonium and enriched uranium and called for several new facilities to be built, including Rocky Flats. The new Rocky Flats plant was intended to build weapon parts from plutonium, enriched uranium, and normal uranium; modernize weapons in the nuclear stockpile; and help relieve the shortage of plutonium and enriched uranium by removing those materials from obsolete weapons and preparing them for use in new weapons. Rocky Flats also was intended to take over weapons assembly obligations from Los Alamos, leaving Los Alamos with greater ability to research, design, and test new weapons and to achieve the objectives set by the President as essential for national security. In approving the proposal, the AEC stated that "the highest priority should be given to Project APPLE," which later comprised Rocky Flats.

With the decision to proceed with Project Apple, the AEC's Santa Fe Operations Office immediately began seeking contractors for the project. The Dow Chemical Company had already agreed informally to be the operating contractor for the plant. Gordon Dean, Chairman

4

of the AEC, wrote to the President of Dow Chemical Company, "We believe it will not be necessary to emphasize to you the high urgency and importance of this operation to the national security." The AEC, assisted by the Austin Company, selected the site where Rocky Flats would be located. Construction began in summer, 1951. Rocky Flats began limited operations in mid-1952 and processed its first shipment of plutonium from Hanford in April 1953.

In 1954, the U.S. developed and tested a thermonuclear device that could be turned into a bomb. Because Rocky Flats had been designed and built only to produce solid and hollow cores for fission weapons, it did not have the capacity or equipment to build the new design of pits necessary for thermonuclear weapons. The change in weapons design to thinner, smaller, and lighter hollow plutonium pits for thermonuclear weapons required changes in the kind of plutonium that Rocky Flats used and in the buildings and machinery that Rocky Flats used to work with plutonium. As a result, in 1956 and 1957, the AEC approved construction of seven new buildings at Rocky Flats, including the plutonium fabrication buildings 776 and 777, and the expansion of three other existing buildings.

Although the AEC continued to increase the number of buildings at Rocky Flats between 1957 and 1989, the Plant's mission remained basically the same. In that time, Rocky Flats produced almost all of the cores and fission primaries in the U.S. nuclear weapons stockpile, estimated to be 60,000 warheads of 71 types for 116 kinds of weapons systems.