Health effects from exposure to plutonium compounds (Continued)

| Health Effect | Organ or Organ System | Animal Species | Exposure Frequency / Duration | Level (pCi/kg) | Outcome Measure | Reference | Chemical Species |
|---|---|---|---|---|---|---|---|
| Systemic (Continued) | Hepatic | Hamster | Intravenous 1 dose | $2.0x10^6$ | hepatic degeneration | Benjamin et al., 1976 | $^{239}$Pu citrate |
| | Hepatic | Dog | Intravenous 1 dose | $3.0x10^6$ $1.9x10^3$ | functional impairment nodules | Cochran et al., 1962 Taylor et al., 1986 | $^{239}$Pu citrate |
| | Musculoskeletal | Rat | Intravenous 1 dose | $1.8x10^7$ | decreased break strength | Sikov and Mahlum, 1976 | $^{239}$Pu citrate |
| | Musculoskeletal | Dog | Intravenous 1 dose | $1.0x10^6$ | fractures | Taylor et al., 1962 | $^{239}$Pu citrate |
| Immunologic | | Mouse | Inhalation 1 day | $4.5x10^4$ | decreased pulmonary alveolar macrophage count | Moores et al., 1986 | $^{239}$PuO$_2$ |
| | | Hamster | Inhalation 1 day | $7.1x10^4$ | depressed antibody-forming cells | Bice et al., 1979 | $^{239}$PuO$_2$ |
| | Thoracic/hepatic lymph nodes | Dog | Inhalation 1 day | $1.7x10^3$ | lymphadenopathy | Park et al., 1988 | $^{239}$PuO$_2$ |
| | Thoracic/hepatic lymph nodes | Dog | Inhalation 1 day | $6.1x10^3$ | lymphadenopathy | Park et al., 1988 | $^{238}$PuO$_2$ |
| | Lymph nodes at injection site | Dog | Subcutaneous | $9.8x10^4$ | scarred lymph nodes | Dagle et al., 1984 | $^{239}$PuO$_2$ |

38

Health effects from exposure to plutonium compounds (Continued)

| Health Effect | Organ or Organ System | Animal Species | Exposure Frequency Duration | Level (pCi/kg) | Outcome Measure | Reference | Chemical Species |
|---|---|---|---|---|---|---|---|
| Genotoxic | Lymphocytes | Human | Inhalation Occupational | 114 to 571 | non-significant (chromosomal aberrations) | Tawn, 1985 | Pu |
| | | Human | Inhalation Occupational | 71.4 to $3.1 \times 10^3$ | non-significant (chromosomal aberrations) | Hempelmann et al., 1973 Voelz et al., 1979 | Pu |
| | Lymphocytes | Rhesus monkey | Inhalation 1 day | $5.0 \times 10^4$ | chromosomal aberrations | LaBauve et al. 1980 | $^{239}PuO_2$ |
| | Blood cells | Chinese hamster | Inhalation | $1.0 \times 10^7$ | chromosomal aberrations | Brooks et al., 1976a | $^{239}PuO_2$ |
| | Bone marrow cells | Mouse | Intravenous 1 dose | $3.6 \times 10^5$ | chromosomal aberrations | Svoboda et al., 1987 | $^{239}Pu$ citrate |
| | Lung tumor cells | Dog | Inhalation | | non-significant (p53, erbB-2 & K-ras gene abnormalities) | Tierney et al., 1996 | $^{239}PuO_2$ |
| | Lymphocytes | Human | Wounds and abrasions | | chromosomal aberrations | Schofield, 1980 Schofield et al., 1974 | Pu |
| | Liver | Chinese hamster | Intravenous 1 dose | $2.0 \times 10^6$ | chromosomal aberrations | Benjamin et al., 1976 | Pu citrate |
| | Lymphocytes | Human | Inhalation Occupational | 18.6 to 571.4 | chromosomal aberrations | Brandom et al., 1979 | Pu |
| | Spermatogonia | Mouse Hamster | Intravenous 1 dose | $2.0 \times 10^3$ | non-significant (chromosomal aberrations) | Brooks et al., 1979 | $^{239}Pu$ citrate |

39

Health effects from exposure to plutonium compounds (Continued)

| Health Effect | Organ or Organ System | Animal Species | Exposure Frequency Duration | Level (pCi/kg) | Outcome Measure | Reference | Chemical Species |
|---|---|---|---|---|---|---|---|
| Reproductive, Fetotoxic and Teratogenic | Spermatocytes | Mouse | Intravenous 1 dose | $1.6 \times 10^6$ | intrauterine deaths in females mated with Pu-exposed males and F1 males | Luning et al., 1976a, 1976b | $^{239}$Pu |
| | Spermatocytes | Mouse | Intravenous 1 dose | $1.6 \times 10^7$ | sterility | Luning et al., 1976a, 1976b | $^{239}$Pu |
| | Oocytes | Mouse | Intravenous 1 dose | $2.0 \times 10^7$ | dominant lethal mutations oocyte killing | Searle et al., 1982 | $^{239}$Pu citrate |
| | Fetus | Rabbit | Intravenous 1 dose | $1.0 \times 10^7$ | increased fetal deaths no teratogenic effects | Kelman et al., 1982a | $^{239}$Pu |

Health effects from exposure to plutonium compounds (Continued)

| Health Effect | Organ or Organ System | Animal Species | Exposure Frequency Duration | Level (pCi/kg) | Outcome Measure | Reference | Chemical Species |
|---|---|---|---|---|---|---|---|
| Cancer | Respiratory | Rat | Inhalation 1 day / 30 min | $3.1 \times 10^4$ | lung cancer | Sanders et al, 1977 | $^{238}PuO_2$ |
| | Respiratory | Rat | Inhalation 1 day | $4.3 \times 10^4$ | lung cancer | Sanders et al, 1988 | $^{239}PuO_2$ |
| | Respiratory | Baboon | Inhalation 1 day / 30 min | $2.9 \times 10^5$ | lung tumors | Metivier et al, 1986 | $^{239}PuO_2$ |
| | Respiratory | Monkey | Inhalation | | lung tumors | Hahn et al, 1984 | $^{239}PuO_2$ |
| | Respiratory | Dog | Inhalation 1 day | $8.7 \times 10^4$ | lung tumors | Park et al, 1988 | $^{239}PuO_2$ |
| | Respiratory | Rat | Inhalation Weekly or monthly | $8.6 \times 10^4$ | adenocarcinoma, squamous carcinoma | Sanders and Mahaffey, 1981 | $^{239}PuO_2$ |
| | Respiratory | Mouse | Inhalation 1 yr/ bimonthly | $1.8 \times 10^4$ | adenoma, adenocarcinoma | Lundgren et al, 1987 | $^{239}PuO_2$ |
| | Respiratory | Dog | Inhalation 1 dose / 30 min | $2.1 \times 10^4$ | lung tumors | Muggenburg et al, 1987a | $^{239}PuO_2$ |
| | Respiratory | Syrian hamsters | Inhalation 1 dose | $1.4-1.7 \times 10^6$ | non-significant (lung tumors) | Mewhinney et al, 1987a | $^{238}PuO_2$ |
| | Respiratory | Syrian hamsters | Inhalation 7 doses /1 year | $1.4 \times 10^4$ | non-significant (lung tumors) | Lundgren et al, 1983 | $^{239}PuO_2$ |
| | Respiratory | Syrian hamsters | Inhalation 1 dose | $1.4-1.7 \times 10^6$ | non-significant (lung tumors) | Sanders, 1977 | $^{238}PuO_2$ $^{239}PuO_2$ |
| | Respiratory | Rat | Intratracheal 1 dose | $8.2 \times 10^4$ | lung tumors | Sanders, 1975b | $^{239}PuO_2$ |

41

Health effects from exposure to plutonium compounds (Continued)

| Health Effect | Organ or Organ System | Animal Species | Exposure Frequency Duration | Level (pCi/kg) | Outcome Measure | Reference | Chemical Species |
|---|---|---|---|---|---|---|---|
| Cancer (Continued) | Respiratory | Dog | Inhalation 2 doses/yr or single dose | $1.1\text{-}1.4 \times 10^5$ | pneumonitis, fibrosis, pulmonary cancer | Diel et al., 1992 | $^{239}PuO_2$ |
| | Skeletal, Respiratory | Dog | Inhalation 1 day | $2.3 \times 10^4$ | osteosarcoma lung tumors | Dagle et al., 1988 | $^{239}Pu(NO_3)_4$ |
| | Skeletal, Respiratory | Dog | Inhalation 1 day | $1.4 \times 10^3$ | osteosarcoma lung tumors | Park et al., 1988 | $^{238}PuO_2$ |
| | Hepatic, Respiratory, Skeletal | Dog | Inhalation 1 day / 30 min | $1.9 \times 10^4$ | liver lesions lung tumors osteosarcoma | Gillett et al., 1988 | $^{238}PuO_2$ |
| | Hepatic | Dog | Intravenous 1 dose | $3.2 \times 10^6$ | hepatic tumors (bile duct tumors) | Taylor et al., 1986 | $^{239}Pu$ citrate |
| | Hematopoietic | Mouse | Intraperitoneal 8 wk, 2 d/wk for 16 d | $5.0 \times 10^4$ | leukemia | Humphreys et al., 1987 | $^{239}Pu$ nitrate |
| | Hematopoietic | Mouse | Intravenous 1 dose | $4.9 \times 10^6$ | "preleukemia" condition | Svoboda et al., 1981 Svoboda and Kotaskova, 1982 | $^{239}Pu$ citrate |
| | Musculoskeletal Hepatic | Hamster | Intravenous 1 dose | $2.0 \times 10^6$ | osteosarcoma hemangiosarcoma | Brooks et al., 1983 | $^{239}Pu$ citrate $^{239}PuO_2$ |
| | Musculoskeletal | Rat | Intravenous 1 dose | $3.0 \times 10^5$ | osteosarcoma | Sikov et al., 1978a | $^{239}Pu$ citrate |
| | Musculoskeletal | Mouse | Intraperitoneal 1 dose | $3.2 \times 10^6$ | osteosarcoma | Taylor et al., 1983 | $^{239}Pu$ citrate |
| | Musculoskeletal | Dog | Intravenous 1 dose | $1.0 \times 10^4$ | osteosarcoma | Mays et al., 1987 | $^{239}Pu$ citrate |

Health effects from exposure to plutonium compounds (Continued)

| Health Effect | Organ or Organ System | Animal Species | Exposure Frequency Duration | Level (pCi/kg) | Outcome Measure | Reference | Chemical Species |
|---|---|---|---|---|---|---|---|
| Cancer (Continued) | Musculoskeletal | Dog | Intravenous 1 dose | $1.8 \times 10^4$ | osteosarcoma, chondrosarcoma, liposarcoma, plasma cell myeloma | Lloyd et al., 1993 | $^{239}$Pu citrate |
| | Musculoskeletal | Dog | Intravenous 1 dose | $2.9 \times 10^6$ | non-significant (mammary tumors) | Lloyd et al., 1995 | $^{239}$Pu |
| | Musculoskeletal | Dog | Intravenous 1 dose | $1.0 \times 10^4$ | bone sarcoma | Mays et al., 1987 | $^{239}$Pu |
| | Abdominal | Rat | Intraperitoneal 1 dose | $2.0 \times 10^5$ | mesothelioma soft tissue sarcoma | Sanders, 1973a | $^{239}$PuO$_2$ |
| | Abdominal | Rat | Intraperitoneal 1 dose | $3.6 \times 10^6$ | mammary tumors | Sanders, 1974 | $^{238}$PuO$_2$ |

43

*References cited*

1. Till JE, Grogan HA, Sinclair WK, Voilleque PG. Assessing risks of exposure to plutonium. A report sumbitted to the CO Department of Health and Environment, Rocky Flats Health Studies. Neeses, SC: Radiological Assessments Corporation, 1996.
2. SPEERA. Report to the Secretary by the Secretarial Panel for the Evaluation of Epidemiologic Research. Washington, DC: US Department of Energy, 1990.
3. Geiger HJ, Rush D, Michaels D. Dead Reckoning: A critical review of the Department of Energy's Epidemiologic Research. Washington, DC: Physicians for Social Responsibility, 1992.
4. ACHRE. Final Report, Advisory Committee on Human Radiation Experiments. Washington, DC: US Government Printing Office, 1995.
5. Sterling TD. The health effects of low-dose radiation on atomic workers: A case study of employer-directed research. International Journal of Heath Services 1980; 10:37-47.
6. EndNote Plus 2: Software Manual. Berkeley, CA: Niles & Associates, Inc., 1995.
7. ICRP. The metabolism of plutonium and related elements : a report of a Task Group of Committee 2 of the International Commission on Radiological Protection. Oxford ; New York: Published for The Commission by Pergamon Press, 1986.
8. McInroy JF, Kathren RL, Voelz GL, Swint MJ. U.S. Transuranium Registry report on the 239Pu distribution in a human body. Health Physics 1991; 60:307-33.
9. Norwood WO, Newton CE. U.S. transuranium registry study of thirty autopsies. Health Physics 1975; 28:669-75.
10. Singh NP, Wrenn ME, Ibrahim SA. Plutonium concentration in human tissues: comparison to thorium. Health Physics 1983; 44:469-76.
11. ATSDR. Agency for Toxic Substances and Disease Registry: Toxicological Profile for Plutonium. Washington, DC: U. S. Department of Health and Human Services, Public Health Service, 1990.
12. Dagle G, Bristline R, Lebel J. Plutonium-induced wounds in Beagles. Health Physics 1984; 47:73-84.
13. Dagle GE, Sanders CL. Radionuclide injury to the lung. Environmental Health Perspectives 1984; 55:129-37.
14. Dagle G, Adee R, Buschbom R. Inhaled plutonium nitrate in dogs. Part 1. Biomedical sciences. 1987 Annual Report to U. S. Department of Energy, Office of Energy Research. Richland, WA: Pacific Northwest Laboratory, 1988.
15. Hahn FF, Muggenburg BA, Boecker BB, Cuddihy RG. Insights into radionuclide-induced lung cancer in people from life span studies in beagle dogs, 22nd Symposium on Life Sciences, Battelle, Pacific Northwest Laboratory, Hanford, September 27-30, 1983, 1984.
16. Lundgren D, Gillett n, Hahn F. Effects of protraction of the alpha dose to the lungs of mice by repeated inhalation exposure to aerosols of plutonium-239 oxide. Radiation Res 1987; 111:201-224.
17. Metivier H, Masse R, Wahrendorf J. Combined effects of inhaled plutonium oxide and benzo(a)pyrene on lung carcinogenesis in rats. In: Thompson, R, J. McHaffey eds. Life-span radiation effects studies in animals: What can they tell us? 22nd Hanford Life Sciences Symposium. Richland, WA: U. S. Department of Energy, 1986.

18. Muggenburg B, Guilmette R, Hahn F. Toxicity of inhaled 239PuO2 in beagle dogs. A. Monodisperse 0.75 mm AMAD particles. B. Monodisperse 1.5 mm AMAD particles. C. Monodisperse 3.0 mm AMAD particles. X. Annual Report to U. S. Department of Energy. Albuquerque, NM: Inhalation Toxicology Research Institute, 1987.

19. Park J, Buschbom R, Dagle C. Inhaled plutonium oxide in dogs, Part 1. Biomedical Sciences. 1987 Annual Report to U. S. Department of Energy. Richland, WA: Pacific Northwest Laboratory, 1988.

20. Sanders C. Inhalation toxicology of 238PuO2 and 239PuO2 in Syrian golden hamsters. Radiation Res 1977; 70:334-344.

21. Sanders C, Dagle G, Cannon C. Inhalation carcinogenesis of high-fired plutonium-238 oxide in rats. Radiation Res 1977; 71:528-546.

22. Sanders C. Dose distribution and neoplasia in the lung following intratracheal al instillation of 239PuO2 and asbestos. Health Physics 1975; 28:383-386.

23. Sanders CL, McDonald KE, Mahaffey JA. Lung tumor response to inhaled Pu and its implications for radiation protection. Health Physics 1988; 55:455-62.

24. Sanders C, Mahaffey J. Inhalation carcinogenesis of repeated exposures to high-fired 239PuO2 in rats. Health Physics 1981; 41:629-644.

25. Ballou JE, Thompson RC, Clarke WJ, Palotay JL. Comparative toxicity of plutonium-238 and plutonium-239 in the rat. Health Physics 1967; 13:1087-92.

26. Dougherty J, Rosenblatt L. Long-term hematological effects of internal emitters in beagles. Radiation Res 1971; 48:319-331.

27. Sanders C. Cocarcinogenesis of 239PuO2 with chrysotile asbestos or benzpyrene in the rat abdominal cavity. In: Sanders, C. et al. eds. Radionuclide carcinogenesis. Symposium Series 29. Washington, DC: U. S. Atomic Energy Commission, 1973.

28. Svoboda V, Sedlak A, Kypenova H, Bubenikova D. Long-term effects of low-level 239Pu contamination on murine bone-marrow stem cells and their progeny. International Journal of Radiation Biology & Related Studies in Physics, Chemistry & Medicine 1987; 52:517-26.

29. Humphreys E, Loutit J, Stones V. The induction by Pu-239 of myeloid-leukemia and osteosarcoma in fetal CBA mice. Int J Radiat Biol 1987; 51:331-339.

30. Svoboda V, Bubenikova D, Kotaskova Z. Myeloid leukemia 239Pu-treated mice. J Cancer Res Clin Oncol 1981; 100:255-262.

31. Bice E, Harris D, Schnizlein C. Methods to evaluate the effects of toxic materials deposited in the lung on immunity in lung-associated lymph nodes. Drug Chem Toxicol 1979; 2:35-47.

32. Moores S, Talbot R, Evans N. Macrophage depletion of mouse lung following inhalation of plutonium-239 dioxide. Radiation Res 1986; 105:387-404.

33. Benjamin S, Brooks A, McClellan R. Biological effectiveness of 239Pu, 144Ce and 90Sr in producing chromosome damage, bone-related tumors, liver tumours and life shortening in the Chinese hamster. Biological and Environmental Effects of Low-Level Radiation. Vienna: International Atomic Energy Agency, 1976.

34. Cochran T, Jee W, Stover B. Liver injury in Beagles with Pu239: Distribution, dosage and damage. Health Phys 1962; 8:699-703.

35. Taylor D. The comparative carcinogenicity of 239Pu, 241Am, and 244Cm in the rat. In: Thompson R, McHaffey, J., ed. Life-span radiation effects studies in animals: What can they tell us? Proceedings 22nd Hanford Life Science Symposium. Vol. NTIS No. DE87000490. Richland, WA: Technical Information Center, U. S. Department of Energy, 1986.

36. Gillett N, Muggenburg B, Mewhinney J. Primary liver tumors in Beagle dogs exposed by inhalation to aerosols of plutonium-238 dioxide. Am J Pathol 1988; 133:265-276.

37. Sikov M, Swicker G, Hess J. Late effects of perinatally administered plutonium. In: al. MDe, ed. Developmental toxicology of energy-related pollutants. Proceedings 17th Hanford Biology Symposium. Richland, WA: Technical information Center, U. S. Department of Energy, 1978.

38. Mays CW, Lloyd RD, Taylor GN, Wrenn ME. Cancer incidence and lifespan vs. alpha-particle dose in beagles. Health Physics 1987; 52:617-24.

39. Taylor GN, Mays CW, Lloyd RD, et al. Comparative toxicity of 226Ra, 239Pu, 241Am, 249Cf, and 252Cf in C57BL/Do black and albino mice. Radiation Research 1983; 95:584-601.

40. Lloyd RD, Miller SC, Taylor GN, Bruenger FW, Jee WS, Angus W. Relative effectiveness of 239Pu and some other internal emitters for bone cancer induction in beagles. Health Physics 1994; 67:346-53.

41. Mays CW. Alph-particle-induced cancer in humans. Health Phys 1988; 55:637-652.

42. Searle A, Beechey C, Green D. Dominant lethal and ovarian effects of plutonium-239 in female mice. Int J Radiat Biol 1982; 42:235-244.

43. Luning K, Frolen H, Nilsson A. Dominant lethal tests of male mice give 239Pu salt injections. Biological and environmental effects of low-level radiation. Vol. I. Vienna: International Atomic Energy Agency, 1976.

44. Luning K, Frolen H, Nilsson A. Genetic effects of 239Pu salt injections in male mice. Mutat Res 1976; 34:539-542.

45. Kelman B, Sikov M, Hackett P. Effects of monomeric 239Pu on the fetal rabbit. Health Physics 1982; 43:80-83.

46. Buffler PA, Aase JM. Genetic Risks and Environmental Surveillance:  Epidemiological aspects of monitoring industrial populations for environmental mutagens. Journal of Occupational Medicine 1982; 24:305-314.

47. LaBauve R, Brooks A, Mauderly J. Cytogenetic and other biological effects of 239PuO2 inhaled by Rhesus monkey. Radiation Research 1980; 82:310-335.

48. Brooks A, LaBauve R, McClellan R. Chromosome aberration frequency in blood lymphocytes of animals with 239Pu lung burdens. In: Radiation and the lymphatic system. Springfield, VA: National Technical Information Service, 1976.

49. Tierney LA, Hahn FF, Lechner JF. p53, erbB-2 and K-ras gene alterations are rare in spontaneous and plutonium-239-induced canine lung neoplasia. Radiation Research 1996; 145:181-7.

50. Brooks A, McClellan R, Peters R. Effect of size and alpha flux of 239PuO2 particles on production of chromosome aberrations in liver of Chinese hamster. Biological and environmental effects of low-level radiation. Vol. 2. Vienna: International Atomic Energy Agency, 1976.

51. Watson GE, Lorimore SA, G. WE. Long-term in-vivo transmission of alpha particle-induced chromosomal instability in murine haemopoietic cells. Int J Radiat Biol 1996; 69:175-182.

52. Endlich B, Salaviat R, Zhang J, Weiss H, Ling CC. Molecular analysis of rat embryo cell transformants induced by alpha-particles. Int J Radiat Biol 1993; 64:715-725.

53. Purrott RJ, Edwards AA, Lloyd DC, Stather JW. The induction of chromosome aberrations in human lymphocytes by in vitro irradiation with a-particles from plutonium-239. Int J Radiat Biol 1980; 38:277-284.

54. Amundson SA, Chen DJ, Okinaka RT. Alpha particle mutagenesis of human lymphoblastoid cell lines. Int J Radiat Biol 1996; 70:219-226.

55. Dolphin GW. The biological problems in the radiological protection of workers exposed to 239PU. Health Physics 1971; 20:549-557.

56. Schofield GB, Howells H, Ward F, Lynn JC, W. DG. Assessment and management of a plutonium contaminated wound case. Health Physics 1974; 26:541-554.

57. Schofield GB, Dolphin GW. U.K. experience on the medical aspects of radiological protection of workers handling plutonium. Ann Occup Hyg 1974; 17:73-83.

58. Voelz GL, Hempelmann LH, Lawrence JN, Moss WD. A 32-year medical follow-up of Manhattan Project plutonium workers. Health Physics 1979; 37:445-85.

59. Tawn EJ, Hall JW, Schofield GB. Chromosome studies in plutonium workers. Int J Radiat Biol 1985; 47:599-610.

60. Brandom W, P Archer, A Bloom. Chromosome changes in somatic cells of workers with internal depositions of plutonium. Biological implications of radionuclides released from nuclear industries. Vol. Vol. 2. STI/PUB/522. Vienna: International Atomic Energy Agency, 1979.

61. Brandom WF, McGavran L, Bistline RW, Bloom AD. Sister chromatid exchanges and chromosome aberration frequencies in plutonium workers. Int. J. Radiat. Biol. 1990; 58:195-207.

62. Voelz GL, Lawrence JN. A 42-y medical follow-up of Manhattan Project plutonium workers. Health Physics 1991; 61:181-90.

63. Gofman JW. Radiation and human health. San Francisco: Sierra Club Books, 1981.

64. DJ. S, MH. S, KL. S, HJ. P. Doses to Workers in the United States Nuclear Weapons Program Due to External Irradiation at the Dawn of the Atomic Era. Health Physics 1996; 71:50-57.

65. Voelz GL, Wilkinson GS, Healy JW, McInroy JF, Tietjen GL. Mortality study of Los Alamos workers with higher exposures to plutonium, 16th Mid-year Topical Meeting: Epidemiology Applied to Health Physics, Albuquerque, NM, Jan 9-13, 1983, 1983. National Technical Information Service, Springfield, VA.

66. Voelz GL, Stebbings JH, Hempelmann LH, Haxton LK, York DA. Studies on persons exposed to plutonium. In: Late biological effects of ionizing radiation. Vol. I. Vienna, International Atomic Energy Agency, 1978:353-67.

67. Voelz GL, Stebbings JH, Healy JW, Hemplemann LH. Studies on the health risks to persons exposed to plutonium. In: Hubner KF, Fry. SA, eds. The medical basis for radiation accident preparedness : proceedings of the REAC/TS International Conference. New York: Elsevier/North-Holland, 1980.

68. Andersson M. Mortality and Cancer Incidence after Cerebral Arteriography with or without Throrotrast. Radiation Res 1995; 142:305-320.

69. Andersson M, Vyberg M, Visfeldt J, Carstensen B, Storm HH. Primary liver tumors among Danish patients exposed to Thorotrast. Radiation Research 1994; 137:262-273.

70. National Research Council CotBEoIR. Health effects of exposure to low levels of Ionizing Radiation (BEIR V). Washington, DC: National Academy Press, 1990.

71. Rowland RE, Durbin PW. Survival, Causes of Death, and Estimated Tissue Doses in a Group of Human Beings Injected with Plutonium. The Health Effects of Plutonium and Radium. Salt Lake City: J.W. Press, 1976.

72. Voelz GL, Wilkinson GS, Acquavella JF, et al. An update of epidemiologic studies of plutonium workers. Health Physics 1983; 44:493-503.

73. Wilkinson GS, Tietjen GL, Wiggs LD, et al. The authors reply (letter) re: 'Mortality among plutonium and other radiation workers at a plutonium weapons facility. American Journal of Epidemiology 1988; 127:1323-1325.

74. Wilkinson GS. Epidemiologic studies of nuclear and radiation workers: an overview of what is known about health risks posed by the nuclear industry. Occupational Medicine 1991; 6:715-24.

75. Acquavella JF, Wiggs LD, Waxweiler RJ, Macdonell DG, Tietjen GL, Wilkinson GS. Mortality among workers at the Pantex weapons facility. Health Physics 1985; 48:735-46.

76. Cragle DL, McLain RW, Qualters JR, et al. Mortality among workers at a nuclear fuels production facility. American Journal of Industrial Medicine 1988; 14:379-401.

77. Reyes M, Wilkinson GS, Tietjen GL, Wiggs LD, Galke WA. Mortality among workers at the Mound Facility: A preliminary report. Los Alamos, N.M.: Los Alamos National Laboratory, 1991.

78. Wiggs LD, Johnson ER, Cox-DeVore CA, Voelz GL. Mortality through 1990 among white male workers at the Los Alamos National Laboratory: considering exposures to plutonium and external ionizing radiation. Health Physics 1994; 67:577-88.

79. Voelz GL. Health considerations for workers exposed to plutonium. Occupational Medicine 1991; 6:681-94.

80. Wilkinson GS, Voelz GL, Acquavella JF, Tietjen GL, Reyes M, Wiggs L. Mortality among plutonium and other workers at a nuclear facility, 16th Mid-year Topical Meeting: Epidemiology Applied to Health Physics, Albuquerque, NM, Jan 9-13, 1983, 1983.

81. Wing S, Shy CM, Wood JL, Wolf S, Cragle DL, Frome EL. Mortality among workers at Oak Ridge National Laboratory. Evidence of radiation effects in follow-up through 1984 [published errata appear in JAMA 1991 Aug 7;266(5):657 and 1992 Sep 16;268(11):1414] [see comments]. Jama 1991; 265:1397-402.

82. Lagerquist CR, Bokowski DL, Hammond SE, Hylton DB. Plutonium content of several internal organs following occupational exposure. American Industrial Hygiene Association Journal 1969; 30:417-21.

83. Heid KR. A comparison of systemic burdens at autopsy to estimates based on health physics data for selected plutonium workers. Health Physics 1983; 44:477-83.

84. Reyes M, Wilkinson G, Tietjen G, Voelz G, Acquavella J, Bistline R. Case-control study of brain tumors among white males employed at the Rocky Flats plant. Los Alamos: Los Alamos National Laboratory, 1983.

85. Reyes M, Wilkinson GS, Tietjen G, Voelz GL, Acquavella JF, Bistline R. Brain tumors at a nuclear facility. Journal of Occupational Medicine 1984; 26:721-4.

86. Tietjen GL. Plutonium and lung cancer. Health Physics 1987; 52:625-8.

87. Wilkinson GS, Tietjen GL, Wiggs LD, et al. Mortality among plutonium and other radiation workers at a plutonium weapons facility. American Journal of Epidemiology 1987; 125:231-50.

88. Acquavella JF, Tietjen GL, Wilkinson GS, Key CR, Voelz GL. Malignant melanoma incidence at the Los Alamos National Laboratory. Lancet 1982; 1:883-4.

89. Acquavella JF, Wilkinson GS, Tietjen GL, Key CR, Stebbings JH, Voelz GL. A melanoma case-control study at the Los Alamos National Laboratory. Health Physics 1983; 45:587-92.

90. Austin DF, Reynolds PJ, Snyder MA, Biggs MW, Stubbs HA. Malignant melanoma among employees of Lawrence Livermore National Laboratory. Lancet 1981; ii:712-716.

91. Acquavella JF, Wilkinson GS, Wiggs LD, Tietjen GL, Key CR. An evaluation of cancer incidence among employees at the Los Alamos National Laboratory, Epidemiology Applied to Health Physics, Albuquerque, New Mexico, January, 1983, 1983. Health Physics Society.

92. Mahoney MC, Wilkinson GS. Smoking patterns among Los Alamos National Laboratory Employees. Los Alamos, N.M.: Los Alamos National Laboratory, 1987.

93. Hohryakov VF, Romanov SA. Lung cancer in radiochemical industry workers. Science of the Total Environment 1994; 142:25-8.

94. Hohryakov VF, Syslova CG, Skryabin AM. Plutonium and the risk of cancer. A comparative analysis of Pu-body burdens due to releases from nuclear plants (Chelyabinsk-65, Gomel area) and global fallout. Science of the Total Environment 1994; 142:101-4.

95. Johnson CJ. Cancer Incidence in an area contaminated with radionuclides near a nuclear installation. Colorado Medicine 1981; 78:385-92.

96. Johnson CJ. Cancer Incidence in an Area Contaminated with Radionuclides near a Nuclear Installation. Ambio 1981; 10:176-182.

97. Crump KS, Ng T, Cuddihy RG. Statistical analyses of cancer incidence patterns in the Denver metropolitan area in relation to the Rocky Flats plant. Albuquerque: Lovelace Biomedical & Environmental Research Institute, 1984.

98. Crump KS, Ng TH, Cuddihy RG. Cancer incidence patterns in the Denver metropolitan area in relation to the Rocky Flats plant. American Journal of Epidemiology 1987; 126:127-35.

99. Dreyer NA, Loughlin JE, Fahey FH, Harley NH. The feasibility of epidemiologic studies of cancer in residents near the Rocky Flats Plant. Health Physics 1982; 42:65-8.

100. Johnson CJ. Epidemiologic investigation of cancer incidence in people living near nuclear installations [letter]. Health Physics 1983; 45:809-15.

101. Johnson CJ. Re: "Mortality among plutonium and other radiation workers at a plutonium weapons facility". American Journal of Epidemiology 1988; 127:1321-5.

102. Nussbaum R, Köhnlein W. Inconsistencies and open questions regarding low-dose health effects of ionizing radiation. Env Health Perspectives 1994; 102:656-667.

103. Morgan KZ. Suggested reduction of permissible exposure to plutonium and other transuranium elements. American Industrial Hygiene Association Journal 1975; 36:567-75.

104. Greenberg M. The evolution of attitudes to the human hazards of ionizing radiation and to its investigators. American Journal of Industrial Medicine 1991; 20:717-721.

105. Rose G. Environmental health: Problems and prospects. Journal of the Royal College of Physicians of London 1991; 25:48-52.

106. Bak BJ, Friedman F, Weisskopf V. Security regulations in the field of nuclear research. Bulletin of the Atomic Scientists 1947; 3:321-324 & 344.

# Plutonium Health Effects Bibliography

1.  EndNote Plus 2: Software Manual. Berkeley, CA: Niles & Associates, Inc., 1995.
2.  Health effects of internally deposited radionuclides : emphasis on radium and thorium : proceedings of an international seminar held in Heidelberg, Germany, 18-21 April 1994. In: G. van Kaick AK, & A.M. Kellerer, ed. Singapore ; River Edge, NJ : World Scientific Pub: Co., 1995.
3.  Industrial Medicine on the Plutonium Project; Survey and Collected Papers. New York: McGraw-Hill, 1951:511.
4.  ACHRE. Final Report, Advisory Committee on Human Radiation Experiments. Washington, DC: US Government Printing Office, 1995.
5.  Acquavella JF. Improving the conduct of epidemiologic studies: an introduction to quality principles. Journal of Occupational Medicine 1991; 33:1244-6.
6.  Acquavella JF, Anaya L, Wilkinson GS. Telephone interviewer instructions follow-up health study of nuclear workers. Los Alamos: Los Alamos National Laboratory, 1982.
7.  Acquavella JF, Friedlander BR, Ireland BK. Interpretation of low to moderate relative risks in environmental epidemiologic studies. Annual Review of Public Health 1994; 15:179-201.
8.  Acquavella JF, Tietjen GL, Wilkinson GS, Key CR, Voelz GL. Malignant melanoma incidence at the Los Alamos National Laboratory. Lancet 1982; 1:883-4.
9.  Acquavella JF, Wiggs LD, Waxweiler RJ, Macdonell DG, Tietjen GL, Wilkinson GS. Mortality among workers at the Pantex weapons facility. Health Physics 1985; 48:735-46.
10. Acquavella JF, Wiggs LD, Waxweiller RJ, Macdonell DG, Wilkinson GS. Supplementary documentation for an environmental impact statement regarding the Pantex plant. Los Alamos: Los Alamos National Laboratory, 1982.
11. Acquavella JF, Wilkinson GS. The National Plutonium Workers' Study: Considerations and Preliminary Results. Los Alamos, New Mexico: Los Alamos National Laboratory, 1983.
12. Acquavella JF, Wilkinson GS, Tietjen GL, Key CR, Stebbings JH, Voelz GL. A melanoma case-control study at the Los Alamos National Laboratory. Health Physics 1983; 45:587-92.
13. Acquavella JF, Wilkinson GS, Wiggs LD, Tietjen GL, Key CR. An evaluation of cancer incidence among employees at the Los Alamos National Laboratory, Epidemiology Applied to Health Physics, Albuquerque, New Mexico, January, 1983, 1983. Health Physics Society.
14. Akleyev AV, Kossenko MM, Silkina LA, et al. Health effects of radiation incidents in the southern Urals. Stem Cells 1995; 13:58-68.
15. Akleyev AV, Lyubchansky ER. Environmental and medical effects of nuclear weapon production in the southern Urals. Science of the Total Environment 1994; 142:1-8.
16. Amundson SA, Chen DJ, Okinaka RT. Alpha particle mutagenesis of human lymphoblastoid cell lines. Int J Radiat Biol 1996; 70:219-226.
17. Anderson HF, Sheehan WE, Mann JR, Bistline RW. Evaluation of accidental personnel exposure to plutonium-238: whole body counting and bioassay results. Health Physics 1970; 18:631-9.
18. Andersson M. Mortality and Cancer Incidence after Cerebral Arteriography with or without Throrotrast. Radiation Res 1995; 142:305-320.
19. Andersson M, Juel K, Ishikawa Y, Storm HH. Effects of preconceptional irradiation on mortality and cancer incidence in the offspring of patients given injections of thorotrast. Journal of the National Cancer Institute 1994; 86:1866-1873.
20. Andersson M, Vyberg M, Visfeldt J, Carstensen B, Storm HH. Primary liver tumors among Danish patients exposed to Thorotrast. Radiation Research 1994; 137:262-73.
21. Andersson M, Vyberg M, Visfeldt J, Carstensen B, Storm HH. Primary liver tumors among Danish patients exposed to Thorotrast. Radiation Research 1994; 137:262-273.
22. Annas GJ. The case of Karen Silkwood. American Journal of Public Health 1984; 74:516-8.
23. Anonymous. Environmental levels of radioactivity at Atomic Energy Commission Installations. 1. Argonne National Laboratory, January-December 1972. Radiation Data & Reports 1974; 15:518-37.

24.     Anonymous. Editorial: Hot spots or hot lungs? Lancet 1974; 2:1238-9.
25.     Anonymous. Environmental levels of radioactivity at Atomic Energy Commission installations.
        1. Los Alamos Scientific Laboratory, calendar year 1972. 2. Mound Laboratory, January-
        December 1972. Radiation Data & Reports 1974; 15:818-41.
26.     Anonymous. Environmental levels of radioactivity at Atomic Energy Commission installations.
        1. Lawrence Livermore Laboratory, January-December 1972. 2. National Reactor Testing
        Station, January-December 1972. Radiation Data & Reports 1974; 15:723-55.
27.     Anonymous. Environmental levels of radioactivity at Atomic Energy Commission installations.
        1. Rocky Flats Plant, January-December 1971. 2. Sandia Laboratories, January-December 1971.
        3. Stanford Linear Accelerator Center, January-December 1971. Radiation Data & Reports 1974;
        15:281-302.
28.     Anonymous. Environmental levels of radioactivity at Atomic Energy Commission installations.
        Radiation Data & Reports 1973; 14:624-50.
29.     Anspaugh LR, Shinn JH, Phelps PL, Kennedy NC. Plutonium--health implications for man.
        Resuspension and redistribution of plutonium in soils. Health Physics 1975; 29:571-82.
30.     ATSDR. Agency for Toxic Substances and Disease Registry: Toxicological Profile for Plutonium.
        Washington, DC:  U. S. Department of Health and Human Services, Public Health Service, 1990.
31.     Austin DF, Reynolds PJ, Snyder MA, Biggs MW, Stubbs HA. Malignant melanoma among
        employees of Lawrence Livermore National Laboratory. Lancet 1981; ii:712-716.
32.     Bair WJ, Metivier H, Park JF. Comparison of early mortality in baboons and dogs after
        inhalation of 239PuO2. Radiation Research 1980; 82:588-610.
33.     Bair WJ, Park  JF, Dagle GE, James AC. Overview of biological consequences of exposure to
        plutonium and higher actinides. Radiat Prot Dosim 1989; 26:125-135.
34.     Bair WJ, Thompson RC. Plutonium:  Biomedical research. Science 1974; 183:715-722.
35.     Bair WJ, Thompson RC. Plutonium: biomedical research. Science 1974; 183:715-22.
36.     Bak BJ, Friedman F, Weisskopf V. Security regulations in the field of nuclear research. Bulletin
        of the Atomic Scientists 1947; 3:321-324 & 344.
37.     Ballou JE, Thompson RC, Clarke WJ, Palotay JL. Comparative toxicity of plutonium-238 and
        plutonium-239 in the rat. Health Physics 1967; 13:1087-92.
38.     Balter M. Filtering a river of cancer data [news]. Science 1995; 267:1084-6.
39.     Bao CY, Ma AH, Evans HH, et al. Molecular analysis of hypoxanthine phosphoribosyltransferase
        gene deletions induced by alpha and x-radiation in human lumphoblastoid cells. Mutation
        Research 1995; 326:1-15.
40.     Beck HL, Krey PW. Radiation exposures in Utah from Nevada Nuclear Tests. Science 1983;
        220:18-24.
41.     Benjamin S, Brooks A, McClellan R. Biological effectiveness of 239Pu, 144Ce and 90Sr in
        producing chromosome damage, bone-related tumors, liver tumours and life shortening in the
        Chinese hamster. Biological and Environmental Effects of Low-Level Radiation. Vienna:
        International Atomic Energy Agency, 1976.
42.     Beral V, Fraser P, Carpenter L, Booth M, Brown A, Rose G. Mortality of employees of the
        Atomic Weapons Establishment, 1951-82. Bmj 1988; 297:757-70.
43.     Bice E, Harris D, Schnizlein  C. Methods to evaluate the effects of toxic materials deposited in
        the lung on immunity in lung-associated lymph nodes. Drug Chem Toxicol 1979; 2:35-47.
44.     Bilbao A, Prosser JS, Edwards AA, Moody JC, Lloyd DC. The induction of micronuclei in
        human lympocytes by in-vitro irradiation with alpha particles from plutonium-239. Int Jour
        Radiat Biol 1989; 56:287-292.
45.     Blackith R. Anxieties and fears about plutonium [letter]. British Medical Journal 1977; 2:1288.
46.     Boecker BB, Hahn FF, Muggenburg BA. The relative effectiveness of inhaled alpha and beta-
        emitting radionuclides in producing lung cancer, 7th International Congress of the International
        Radiation Protection Association, Sydney, April, 1988, 1988. Vol. 2. Pergamon Press.
47.     Brandom W, P Archer, A Bloom. Chromosome changes in somatic cells of workers with internal
        depositions of plutonium. Biological implications of radionuclides released from nuclear
        industries. Vol. Vol. 2. STI/PUB/522. Vienna: International Atomic Energy Agency, 1979.

48. Brandom WF, Bloom AD. Chromosome aberrations in workers with internal deposits of plutonium. In: Ishihara T, Sasaki MS, eds. Radiation-Induced Chromosome Damage in Man. New York: Alan R. Liss, Inc., 1983:513-526.

49. Brandom WF, McGavran L, Bistline RW, Bloom AD. Sister chromatid exchanges and chromosome aberration frequencies in plutonium workers. Int. J. Radiat. Biol. 1990; 58:195-207.

50. Breckon G, Cox R. Alpha particle leukaemogenesis (letter). The Lancet 1990; 335:656-657.

51. Brooks A, Diel J, McClennan R. The influence of testicular microanatomy on the potential genetic dose from internally deposited 239Pu citrate in Chinese hamster, mouse and man. Radiation Res 1979; 77:292-302.

52. Brooks A, LaBauve R, McClellan R. Chromosome aberration frequency in blood lymphocytes of animals with 239Pu lung burdens. In: Radiation and the lymphatic system. Springfield, VA: National Technical Information Service, 1976.

53. Brooks A, McClellan R, Peters R. Effect of size and alpha flux of 239PuO2 particles on production of chromosome aberrations in liver of Chinese hamster. Biological and environmental effects of low-level radiation. Vol. 2. Vienna: International Atomic Energy Agency, 1976.

54. Brooks AL. Chromosome damage in liver cells from low dose rate alpha, beta and gamma irradiation: Derivation of RBE. Science 1975; 190:1090-.

55. Brooks AL, Benjamin SA, Hahn FF, Brownstein DG, Griffith WC, McClellan RO. The induction of liver tumors by 239Pu citrate or 239PuO2 particles in the Chinese hamster. Radiation Research 1983; 96:135-51.

56. Bruenger FW, Taylor DM, Taylor GN, Lloyd RD. Effectiveness of DTPA treatments following the injection of particulate plutonium. International Journal of Radiation Biology 1991; 60:803-18.

57. Brues AM. Plutonium--health implications for man. The use of animal data in derivation of standards. Health Physics 1975; 29:521-4.

58. Buffler PA, Aase JM. Genetic Risks and Environmental Surveillance: Epidemiological aspects of monitoring industrial populations for environmental mutagens. Journal of Occupational Medicine 1982; 24:305-314.

59. Burkart W. From energy deposition to cancer. Soz Praventivmed 1991; 36:230-242.

60. Burnett WD, Rarrick HL, Tucker GE, Jr. Health physics aspects of Operation Roller Coaster. SC-4973 (RR). SC Reports 1964:1-37.

61. Campbell EE, Milligan MF, Moss WD, Schulte HF. History of the plutonium bioassay program at the Los Alamos Scientific Laboratory, 1944-1972. Los Alamos, NM: Los Alamos Scientific Laboratory of the University of California, 1972.

62. Chauvel C, Lavergne T, Cohen A, et al. Radioisotopic pacemaker: long-term clinical results. Pacing & Clinical Electrophysiology 1995; 18:286-92.

63. Checkoway H, Crawford-Brown D. Metabolic modeling of organ-specific doses to carcinogens as illustrated with alpha-radiation emitting radionuclides. Journal of Chronic Diseases 1987; 40:191S-200S.

64. Checkoway H, Mathew RM, Shy CM, et al. Radiation, work experience, and cause specific mortality among workers at an energy research laboratory. British Journal of Industrial Medicine 1985; 42:525-33.

65. Clement International C. Toxicological profile for plutonium. [Atlanta, Ga.] : U.S. Dept. of Health & Human Services, Public Health Service: Agency for Toxic Substances and Disease Registry,, 1990.

66. Cobb JC, Eversole BC, Archer PG, Taggart R, Efurd DW. Project Summary: Plutonium burdens in people living around the Rocky Flats plant. Las Vegas: US EPA, 1983.

67. Cobb JC, Eversole BC, Archer PG, Taggart R, Efurd DW. Project Summary: Plutonium burdens in people living around the Rocky Flats plant. Denver: University of Colorado Health Sciences Center.

68. Cochran T, Jee W, Stover B. Liver injury in Beagles with Pu239: Distribution, dosage and damage. Health Phys 1962; 8:699-703.

69. Cohen BL. Impacts of the nuclear energy industry on human health and safety. American Scientist 1976; 64:550-9.

70.   Cohen BL. Comment on "Calculated mpc values for PuO2 by comparing the added risk of cancer with the accepted occupational risks" by A. H. de Bont and L. B. Beentjes [letter]. Health Physics 1980; 39:121-2.

71.   Cohen BL. Hazards from plutonium toxicity. Health Physics 1977; 32:359-79.

72.   Collart FR, Horio M, Schlenker RA, Kathren RL, Huberman E. Alteration of the c-fms gene in a blood sample from a thorotrast individual. Health Physics 1992; 63:27-31.

73.   Cragle DL, McLain RW, Qualters JR, et al. Mortality among workers at a nuclear fuels production facility. American Journal of Industrial Medicine 1988; 14:379-401.

74.   Crump KS, Ng T, Cuddihy RG. Statistical analyses of cancer incidence patterns in the Denver metropolitan area in relation to the Rocky Flats plant. Albuquerque: Lovelace Biomedical & Environmental Research Institute, 1984.

75.   Crump KS, Ng TH, Cuddihy RG. Cancer incidence patterns in the Denver metropolitan area in relation to the Rocky Flats plant. American Journal of Epidemiology 1987; 126:127-35.

76.   Dagle G, Adee R, Buschbom R. Inhaled plutonium nitrate in dogs. Part 1. Biomedical sciences. 1987 Annual Report to U. S. Department of Energy, Office of Energy Research. Richland, WA: Pacific Northwest Laboratory, 1988.

77.   Dagle G, Bristline R, Lebel J. Plutonium-induced wounds in Beagles. Health Physics 1984; 47:73-84.

78.   Dagle GE, Sanders CL. Radionuclide injury to the lung. Environmental Health Perspectives 1984; 55:129-37.

79.   Davis ZS. U.S. plutonium policy [microform]. [Washington, D.C.] : Congressional Research Service: Library of Congress,, 1994.

80.   De Bont AH, Beentjes LB. Calculated MPCa values for 239 PuO2 by comparing the added risk of cancer with the accepted occupational risks. Health Physics 1979; 36:53-8.

81.   Dean PN. Estimation of chest wall thickness in lung counting for plutonium. Health Physics 1973; 24:439-41.

82.   Denham DH. Health physics considerations in processing transplutonium elements. Health Physics 1969; 16:475-87.

83.   Diel JH, Guilmette RA, Muggenburg BA, Hahn FF, Chang IY. Influence of dose rate on survival time for 239PuO2-induced radiation pneumonitis or pulmonary fibrosis in dogs. Radiation Research 1992; 129:53-60.

84.   DJ. S, MH. S, KL. S, HJ. P. Doses to Workers in the United States Nuclear Weapons Program Due to External Irradiation at the Dawn of the Atomic Era. Health Physics 1996; 71:50-57.

85.   Dolphin GW. The biological problems in the radiological protection of workers exposed to 239PU. Health Physics 1971; 20:549-557.

86.   Dougherty J, Rosenblatt L. Long-term hematological effects of internal emitters in beagles. Radiation Res 1971; 48:319-331.

87.   Dreyer NA, Loughlin JE, Fahey FH, Harley NH. The feasibility of epidemiologic studies of cancer in residents near the Rocky Flats Plant. Health Physics 1982; 42:65-8.

88.   Dufrain RJ, Littlefield LG, Joiner EE, Frome EL. Human cytogenetic dosimetry: a dose response relationship for alpha radiation from 241. Am Health Phys 1979; 37:279-290.

89.   DuMouchel W, Groer PG. A Bayesian methodology for scaling radiation studies from animals to man. Health Physics 1989; 57:411-8.

90.   Durbin PW. Plutonium--health implications for man. Plutonium in mammals: influence of plutonium chemistry, route of administration, and physiological status of the animal on initial distribution and long-term metabolism. Health Physics 1975; 29:495-510.

91.   Edwards AA, Lloyd DC, Purrott RJ. Dicentric chromosome aberration yield in human lymphocytes and radiation quality. A resume including recent results using a particles, 7th Symposium on Microdosimetry, Oxford, 1981. Harwood Academic.

92.   Edwards AA, Purrott RJ, Prosser JS. The induction of chromosome aberrations in human lymphocytes by alpha-radiation. Int J Radiat Biol 1980; 38:83-91.

93.   Endlich B, Salaviat R, Zhang J, Weiss H, Ling CC. Molecular analysis of rat embryo cell transformants induced by alpha-particles. Int J Radiat Biol 1993; 64:715-725.

94.   Epstein SS, Gofman JW. Irradiation of foods [letter]. Science 1984; 223:1354.

95.     Faber M. [Plutonium and plutonium poisoning]. Nordisk Medicin 1968; 79:468.
96.     Filipy RE, Kathren RL, McInroy JF, Short RA. Soft tissue concentrations of plutonium and americium in occupationally-exposed humans. Health Physics 1994; 67:477-85.
97.     Fisenne IM, Cohen N, Neton JW, Perry P. Fallout plutonium in human tissues from New York City. Radiation Research 1980; 83:162-8.
98.     Fraser DC. Health physics problems associated with the production of experimental reactor fuels containing PuO2. Health Physics 1967; 13:1133-43.
99.     Fraser P, Carpenter L, Maconochie N, Higgins C, Booth M, Beral V. Cancer mortality and morbidity in employees of the United Kingdom Atomic Energy Authority, 1946-86. British Journal of Cancer 1993; 67:615-24.
100.    Freeman SE, Ormiston-Smith HM. The biological hazards of plutonium. Medicine & War 1994; 10:106-26.
101.    Fry FA, Sumerling T. Measurement of chest wall thickness for assessment of plutonium in human lungs. Health Physics 1980; 39:89-92.
102.    Gamertsfelder CC. Plutonium--health implications for man. Other considerations in establishing standards. Health Physics 1975; 29:563-8.
103.    Gardner MJ. 8th Duncan Memorial Lecture. Childhood cancer and nuclear installations. Public Health 1991; 105:277-85.
104.    Geiger HJ, Rush D, Michaels D. Dead Reckoning: A critical review of the Department of Energy's Epidemiologic Research. Washington, DC: Physicians for Social Responsibility, 1992.
105.    Geiger N, Moore RT. Radiological health aspects of oil well logging. Public Health Reports 1966; 81:1064-70.
106.    Gilbert ES, Cragle DL, Wiggs LD. Updated analyses of combined mortality data for workers at the Hanford Site, Oak Ridge National Laboratory, and Rocky Flats Weapons Plant [see comments]. Radiation Research 1993; 136:408-21.
107.    Gilbert ES, Fry SA, Wiggs LD, Voelz GL, Cragle DL, Petersen GR. Methods for analyzing combined data from studies of workers exposed to low doses of radiation. American Journal of Epidemiology 1990; 131:917-27.
108.    Gilbert ES, Fry SA, Wiggs LD, Voelz GL, Cragle DL, Petersen GR. Analyses of combined mortality data on workers at the Hanford Site, Oak Ridge National Laboratory, and Rocky Flats Nuclear Weapons Plant. Radiation Research 1989; 120:19-35.
109.    Gilbert ES, Petersen GR, Buchanan JA. Mortality of workers at the Hanford site: 1945-1981 [see comments]. Health Physics 1989; 56:11-25.
110.    Gillett N, Muggenburg B, Mewhinney J. Primary liver tumors in Beagle dogs exposed by inhalation to aerosols of plutonium-238 dioxide. Am J Pathol 1988; 133:265-276.
111.    Ginzburg HM, Reis E. Consequences of the nuclear power plant accident at Chernobyl [published erratum appears in Public Health Rep 1991 May-Jun;106(3):352]. Public Health Reports 1991; 106:32-40.
112.    Gofman JW. Preventing breast cancer : the story of a major, proven, preventable cause of this disease. San Francisco, Calif., U.S.A: : C.N.R. Book Division, Committee for Nuclear Responsibility, 1995.
113.    Gofman JW. Warning from the A-bomb study about low and slow radiation exposures [letter] [see comments]. Health Physics 1989; 56:117-8.
114.    Gofman JW. Supra-linear dose-response in the A-bomb study [letter] [see comments]. Health Physics 1989; 57:1037-8.
115.    Gofman JW. Supra-linear dose-response for radiation-induced cancer: no basis for Piepho's doubt [letter; comment]. Health Physics 1992; 63:236-7.
116.    Gofman JW. Poisoned power; the case against nuclear power plants, by John W. Emmaus, Pa.: Rodale Press, 1971.
117.    Gofman JW. The plutonium controversy. Jama 1976; 236:284-6.
118.    Gofman JW. Breast cancer and very-low-dose X-rays [letter; comment]. Lancet 1995; 346:1701-2.
119.    Gofman JW. A proposal concerning "the new dosimetry" [letter]. Health Physics 1988; 55:580-1.
120.    Gofman JW. Radiation and human health. San Francisco: Sierra Club Books, 1981.

121. Gofman JW. X-rays and breast cancer [letter; comment]. Jama 1995; 274:1762.
122. Gofman JW. Health effects of ionizing radiation: Dr. Sagan's paradigms [letter]. Health Physics 1987; 52:679-80.
123. Gofman JW. Irrevy : an irreverent, illustrated view of nuclear power :a collection of talks, from Blunderland to Seabrook IV /John W. San Francisco: Committee for Nuclear Responsibility, 1979.
124. Gofman JW. The question of radiation causation of cancer in Hanford workers. Health Physics 1979; 37:617-39.
125. Gofman JW. Cancer dose-response in A-bomb survivors: erroneous basis of Izatt's 'fairly conclusive evidence' for hormesis [letter]. Health Physics 1991; 60:281-2.
126. Gofman JW, John W. Radiation-induced cancer from low-dose exposure : an independent analysis. San Francisco, Calif: : Committee for Nuclear Responsibility, 1990.
127. Gofman JW, John W. X-rays, health effects of common exams. San Francisco: Sierra Club Books, 1985.
128. Gofman JW, Minkler JL, Tandy RK. A specific common chromosomal pathway for the origin of human malignancy. US AEC University of California at Berkeley Radiation Laboratory 1967:1-76.
129. Gofman JW, Tamplin AR. Fluoroscopic radiation and risk of primary lung cancer following pneumothorax therapy of tuberculosis. Nature 1970; 227:295-6.
130. Gofman JW, Tamplin AR. The question of safe radiation thresholds for alpha emitting bone seekers in man. Health Physics 1971; 21:47-51.
131. Graf WL, William L. Plutonium and the Rio Grande : environmental change and contamination in the nuclear age. New York: Oxford University Press, 1994.
132. Greenberg M. The evolution of attitudes to the human hazards of ionizing radiation and to its investigators. American Journal of Industrial Medicine 1991; 20:717-721.
133. Griffith WC, Boecker BB, Gillett NA. Comparison of risk factors for bone cancer induced by inhaled 90SrCl2 and 239PuO2, EULEP/DoE Joint Bone Radiobiology Workshop, Toronto, July, 1991, 1991. USDOE.
134. Hahn F, Brooks A, Mewhinney J. A pulmonary sarcoma in a Rhesus monkey after inhalation of plutonium dioxide. Annual Report to U. S. Department of Energy. Albuquerque, NM: Inhalation Toxicology Research Institute, 1984.
135. Hahn FF. Comparison of the effects of inhaled 239Pu and B-emitting radionuclides on the incidence of lung carcinomas in laboratory animals, IRPA8: 8th International Congress of the International Radiation Protection Association, Montreal, May, 1991, 1991. Vol. 1. Pergamon Press.
136. Hahn FF, Muggenburg BA, Boecker BB, Cuddihy RG. Insights into radionuclide-induced lung cancer in people from life span studies in beagle dogs, 22nd Symposium on Life Sciences, Battelle, Pacific Northwest Laboratory, Hanford, September 27-30, 1983, 1984.
137. Hakonson TE. Plutonium--health implications for man. Environmental pathways of pultonium into terrestrial plants and animals. Health Physics 1975; 29:583-8.
138. Halnan KE. Failure to substantiate two cases of alleged occupational radiation carcinogenesis. Lancet 1988; 1:639.
139. Hamilton M. Hazards of plutonium. Occupational Health 1974; 26:475-7.
140. Hamrick PE, Walsh PJ. Environmental radiation and the lung. Environmental Health Perspectives 1974; 9:33-52.
141. Harley JH. Plutonium in the environment--a review. Journal of Radiation Research 1980; 21:83-104.
142. Healy JW. Plutonium--health implications for man. The origin of current standards. Health Physics 1975; 29:489-94.
143. Healy JW, Voelz GL, Richmond CR, Schulte HF, Johnson LJ. Second Los Alamos Life Sciences Symposium "Plutonium - health implications for man". Health Physics 1975; 29:441.
144. Heid KR. A comparison of systemic burdens at autopsy to estimates based on health physics data for selected plutonium workers. Health Physics 1983; 44:477-83.

145.  Heine WF, Hart RS. Health physics aspects of fast breeder reactors. Health Physics 1971; 21:449-52.

146.  Hempelmann LH, Hall WJ, Phillips M, Cooper RA, Ames WR. Neoplasms in persons treated with x-rays in infancy: fourth survey in 20 years. Journal of the National Cancer Institute 1975; 55:519-30.

147.  Hempelmann LH, Langham WH, Richmond CR, Voelz GL. Manhattan Project plutonium workers: a twenty-seven year follow-up study of selected cases. Health Physics 1973; 25:461-79.

148.  Hempelmann LH, Langham WH, Richmond CR, Voelz GL. Manhattan project plutonium workers:  a twenty-seven year follow-up study of selected cases. Health Physics 1973; 25:461-479.

149.  Hempelmann LH, Langham WH, Voelz GL, Richmond CR. Biomedical follow-up of the Manhattan Project plutonium workers, Third International Congress of the International Radiation Protection Association, 1973. USAEC, Office of Information Services, Oak Ridge, Tennessee.

150.  Hempelmann LH, Richmond CR, Voelz GL. A twenty-seven year study of selected Los Alamos plutonium workers. Los Alamos: Los Alamos Scientific Laboratory, 1973.

151.  Hicks HG. Additional calculations of radionuclide production following nuclear explosions and Pu isotopic ratios for Nevada Test Site events. Health Physics 1990; 59:515-23.

152.  Hohenemser C, Kasperson R, Kates R. The distrust of nuclear power. Science 1977; 196:25-34.

153.  Hohryakov VF, Romanov SA. Lung cancer in radiochemical industry workers. Science of the Total Environment 1994; 142:25-8.

154.  Hohryakov VF, Syslova CG, Skryabin AM. Plutonium and the risk of cancer. A comparative analysis of Pu-body burdens due to releases from nuclear plants (Chelyabinsk-65, Gomel area) and global fallout. Science of the Total Environment 1994; 142:101-4.

155.  Holliday B, Dolphin GW, Dunster HJ. Radiological protection of workers exposed to airborne plutonium particulate. Health Physics 1970; 18:529-40.

156.  Howell RW, Azure MT, Narra VR, Rao DV. Relative biological effectiveness of alpha particle emitters in vivo at low doses. Radiation Research 1994; 137:352-360.

157.  Hui TE, Loesch RM, Raddatz C, Fisher DR, McDonald JC. An internal dosimetry intercomparison study. Health Physics 1994; 67:217-25.

158.  Humphreys E, Loutit J, Stones V. The induction by Pu-239 of myeloid-leukemia  and osteosarcoma in fetal CBA mice. Int J Radiat Biol 1987; 51:331-339.

159.  Hunacek MM, Kathren RL. Alpha radiation risk coefficients for liver cancer, bone sarcomas, and leukemia. Health Physics 1995; 68:41-49.

160.  Huston TE. Quantifying uncertainties in lung dosimetry with application to plutonium oxide aerosols: University of Florida, 1995.

161.  International Commission on Radiological Protection. Committee IIoPDfIR. The metabolism of plutonium and related elements : a report of a Task Group of Committee 2 of the International Commission on Radiological Protection. Oxford ; New York: Published for The Commission by Pergamon Press, 1986.

162.  Ireland BK, Acquavella JF, Kier LD. Acute myelogenous leukemia [letter; comment]. Journal of the National Cancer Institute 1993; 85:920-1.

163.  Irlweck K, Friedmann C. Plutonium in the lungs of Austrian residents. Health Physics 1980; 39:95-9.

164.  Jablon S, Hrubec Z, Boice JD, Stone BJ. Cancer in Populations Living Near Nuclear Facilities. Volume I - Report and Summary. In: National Cancer Institute DoCE, Epidemiology and Biostatistics Program, ed. Vol. 1: US DHHS, 1990.

165.  Jee WS. Distribution and toxicity of 230 Pu in bone. Health Physics 1972; 22:583-95.

166.  Jee WSS. The Health Effects of Plutonium and Radium. Salt Lake City: J.W. Press, 1976.

167.  Jiang TN, Lord BI, Hendry JH. Alpha particles are extremely damaging to developing hemopoiesis compared to gamma irradiation. Radiation Research 1994; 137:380-384.

168.  Johnson CJ. A cohort study of cancer incidence in Mormon families exposed to nuclear fallout versus an area-based study of cancer deaths in whites in southwestern Utah. American Journal of Epidemiology 1987; 125:166-8.

169.  Johnson CJ. The plutonium controversy [letter]. Jama 1977; 237:2286.
170.  Johnson CJ. Funding of radiation protection standards research [letter]. American Journal of Public Health 1979; 69:181.
171.  Johnson CJ. Cancer Incidence in an area contaminated with radionuclides near a nuclear installation. Colorado Medicine 1981; 78:385-92.
172.  Johnson CJ. Rocky Flats revisited. Ambio 1982; 11:377-78.
173.  Johnson CJ. Environmental and health effects of the nuclear industry and nuclear weapons: a current evaluation. Ecology of Disease 1982; 1:135-52.
174.  Johnson CJ. Cancer Incidence in an Area Contaminated with Radionuclides near a Nuclear Installation. Ambio 1981; 10:176-182.
175.  Johnson CJ. Epidemiologic investigation of cancer incidence in people living near nuclear installations [letter]. Health Physics 1983; 45:809-15.
176.  Johnson CJ. Re: "Mortality among plutonium and other radiation workers at a plutonium weapons facility". American Journal of Epidemiology 1988; 127:1321-5.
177.  Johnson CJ. Re: "Cancer incidence patterns in the Denver metropolitan area in relation to the Rocky Flats plant". American Journal of Epidemiology 1987; 126:153-5.
178.  Johnson CJ. Re: Spontaneous abortions following Three Mile Island accident [letter]. American Journal of Public Health 1984; 74:520.
179.  Johnson CJ. Before Chernobyl: Hanford, Savannah River, and Rocky Flats [letter]. Jama 1987; 257:191.
180.  Johnson CJ. Cancer and infant mortality around a nuclear power plant [letter]. American Journal of Public Health 1983; 73:1218-9.
181.  Johnson CJ. Cancer incidence in an area of radioactive fallout downwind from the Nevada Test Site. Jama 1984; 251:230-6.
182.  Johnson CJ. Public health standards limiting the concentration of U in drinking water [letter]. Health Physics 1986; 50:169-70.
183.  Johnson CJ. Selecting presumably radiogenic cancers for compensation [letter]. American Journal of Public Health 1987; 77:93-4.
184.  Johnson CJ. Glioblastoma, other brain tumors and melanoma in plutonium workers. Ambio 1983; 12:280-1.
185.  Johnson CJ. Investigations of health effects in populations living near nuclear installations [letter]. American Journal of Public Health 1983; 73:598-600.
186.  Johnson CJ, Tidball RR, Severson RC. Plutonium hazard in respirable dust on the surface of soil. Science 1976; 193:488-90.
187.  Johnson JR, Milencoff S. A comparison of excretion and retention between the current ICRP lung model and a proposed new model. Health Physics 1989; 57:263-70.
188.  Jones CW, Mays CW, Taylor GN, Lloyd RD, Packer SM. Reducing the cancer risk of 239Pu by chelation therapy. Radiation Research 1986; 107:296-306.
189.  Keller EB. The flap over "plutonium: an element of risk". Journal of Communication 1979; 29:54-61.
190.  Kelman B, Sikov M, Hackett P. Effects of monomeric 239Pu on the fetal rabbit. Health Physics 1982; 43:80-83.
191.  Khadim MA, MacDonald DA, Goodhead DT, Lorimore SA. Transmission of chromosome instability after plutonium alpha particle irradiation. Nature 1992; 355.
192.  Kneale GW, Mancuso TF, Stewart AM. Hanford radiation study III: a cohort study of the cancer risks from radiation to workers at Hanford (1944-77 deaths) by the method of regression models in life-tables. British Journal of Industrial Medicine 1981; 38:156-66.
193.  Konig LA, Schieferdecker H. Assessment of uranium and plutonium body burdens. Methods and techniques. Atomic Energy Review 1974; 12:343-417.
194.  Koshurnikova NA, Bysogolov GD, Bolotnikova MG, et al. Mortality among personnel who worked at the Mayak Complex in the first years of its operation. Health Physics 1996; 71:90-93.
195.  Kossenko MM, Degteva MO. Cancer mortality and radiation risk evaluation for the Techa River population. Science of the Total Environment 1994; 142:73-89.

196.   Krey PW. Letter: Plutonium-239 contamination in the Denver area. Health Physics 1974; 26:117-20.
197.   Kurokawa Y. [Problems of plutonium poisoning]. Nippon Ishikai Zasshi - Journal of the Japan Medical Association 1966; 56:941-58.
198.   LaBauve R, Brooks A, Mauderly J. Cytogenetic and other biological effects of 239PuO2 inhaled by Rhesus monkey. Radiation Research 1980; 82:310-335.
199.   Lagerquist CR, Bokowski DL, Hammond SE, Hylton DB. Plutonium content of several internal organs following occupational exposure. American Industrial Hygiene Association Journal 1969; 30:417-21.
200.   Langham WH. The application of excretion analyses to the determination of body burden of radioactive isotopes. British Journal of Radiology 1951; Supplement 7:95-113.
201.   Langham WH. Determination of plutonium in human urine. Los Alamos: Los Alamos Scientific Laboratory, 1947.
202.   Larson CE. Plutonium--health implications for man. The future of plutonium--an overview. Health Physics 1975; 29:443-50.
203.   Larson CE. The future of plutonium - an overview. Health Physics 1975; 29:443-450.
204.   Lawrence JNP. Some further PUQFUA studies, Department of Energy Workshop on Radiobioassay and Internal Dosimetry, Albuquerque, NM, Jan 20-22, 1986, 1987. Pacific Northwest Laboratory, Richland, WA.
205.   Lawrence JNP. A history of PUQFUA: Plutonium body burden (Q) from urine assays. Los Alamos: Los Alamos Scientific Laboratory, 1978.
206.   Lincoln TA, Kelly FJ, Lushbaugh CC, Milroy WC, Voelz GL, Wollenweber HL. Guidelines for use of routine x-ray examinations in occupational medicine. Committee report. Journal of Occupational Medicine 1979; 21:500-2.
207.   Litaor MI, Ellerbroek D, Allen L, Dovala E. Comprehensive appraisal of 239 + 240Pu in soils around Rocky Flats, Colorado. Health Physics 1995; 69:923-35.
208.   Little CA, Whicker FW. Plutonium distribution in Rocky Flats soil. Health Physics 1978; 34:451-7.
209.   Little JB, Kennedy AR, McGandy RB. Lung cancer induced in hamsters by low doses of alpha radiation from polonium-210. Science 1975; 188:737-8.
210.   Lloyd RD, Bruenger FW, Angus W, Taylor GN, Miller SC. Mammary tumor occurrence in beagles given 239Pu. Health Physics 1995; 69:385-90.
211.   Lloyd RD, Miller SC, Taylor GN, Bruenger FW, Jee WS, Angus W. Relative effectiveness of 239Pu and some other internal emitters for bone cancer induction in beagles. Health Physics 1994; 67:346-53.
212.   Lloyd RD, Taylor GN, Angus W, Bruenger FW, Miller SC. Bone cancer occurrence among beagles given 239Pu as young adults. Health Physics 1993; 64:45-51.
213.   Lundgren D, Gillett n, Hahn F. Effects of protraction of the alpha dose to the lungs of mice by repeated inhalation exposure to aerosols of plutonium-239 oxide. Radiation Res 1987; 111:201-224.
214.   Luning K, Frolen H, Nilsson A. Dominant lethal tests of male mice give 239Pu salt injections. Biological and environmental effects of low-level radiation. Vol. I. Vienna: International Atomic Energy Agency, 1976.
215.   Luning K, Frolen H, Nilsson A. Genetic effects of 239Pu salt injections in male mice. Mutat Res 1976; 34:539-542.
216.   Magno PJ, Kauffman PE, Shleien B. Plutonium in environmental and biological media. Health Physics 1967; 13:1325-30.
217.   Mahoney MC, Wilkinson GS. Smoking patterns among Los Alamos National Laboratory Employees. Los Alamos, N.M.: Los Alamos National Laboratory, 1987.
218.   Maisin JR. [Pollution of working environments and cancer. Radioactive air pollution and pulmonary contamination]. Acta Tuberculosea et Pneumologica Belgica 1967; 58:608-17.
219.   Mamuro T, Matsunami T. Plutonium-238 in fallout. Science 1969; 163:465-7.
220.   Mann CC. Radiation: balancing the record [news]. Science 1994; 263:470-3.

221. Maraman WJ, McNeese WD, Stafford RG. Pultonium--health implications for man. Confinement facilities for handling plutonium. Health Physics 1975; 29:469-80.

222. Mays C, Lloyd R, Taylor G. Cancer incidence and lifespan vs. alpha-particle dose in beagles. Health Phys 1987; 52:617-624.

223. Mays CW. Alph-particle-induced cancer in humans. Health Phys 1988; 55:637-652.

224. Mays CW, Dougherty TF. Progress in the beagle studies at the University of Utah. Health Physics 1972; 22:793-801.

225. McClellan RO. Progress in studies with transuranic elements at the Lovelace Foundation. Health Physics 1972; 22:815-22.

226. McDowell LM, Whicker FW. Size characteristics of plutonium particles in rocky flats soil. Health Physics 1978; 35:293-9.

227. McInroy JF, Kathren RL, Voelz GL, Swint MJ. U.S. Transuranium Registry report on the 239Pu distribution in a human body. Health Physics 1991; 60:307-33.

228. Medalia J. Rocky Flats and U.S. nuclear weapons programs [microfilm]. [Washington, D.C.] : Congressional Research Service: Library of Congress,, 1991.

229. Merkle TC, Stuart RN, Gofman JW. The calculation of treatment schedules for cancer chemotherapy. UCRL-14505. US AEC University of California at Livermore Radiation Laboratory 1965:1-18.

230. Merrill GL, Jr., Efurd DW, Myers WA, Rosenlof KD. A comment of "Remote plutonium contamination and total inventoires from Rocky Flats". Health Physics 1977; 33:105-6.

231. Metivier H, Masse R, Wahrendorf J. Combined effects of inhaled plutonium oxide and benzo(a)pyrene on lung carcinogenesis in rats. In: Thompson, R, J. McHaffey eds. Life-span radiation effects studies in animals: What can they tell us? 22nd Hanford Life Sciences Symposium. Richland, WA: U. S. Department of Energy, 1986.

232. Mettler FA, Upton AC. Chapter 3: Effects on genetic material. Medical Effects of Ionizing Radiation. Philadelphia: WB Saunders & Co., 1995.

233. Minkler JL, Gofman JW, Tandy RK. A specific common chromosomal pathway for the origin of human malignancy. II. Evaluation of long-term human hazards of potential environmental carcinogens. Advances in Biological & Medical Physics 1970; 13:107-51.

234. Minkler JL, Gofman JW, Tandy RK. A specific common chromosomal pathway for the origin of human malignancy. II. British Journal of Cancer 1970; 24:726-40.

235. Minkler JL, Piluso D, Gofman JW, Tandy RK. A long-term effect of radiation on chromosomes of cultured human fibroblasts. Mutation Research 1971; 13:67-75.

236. Mole RH. Anxieties and fears about plutonium. British Medical Journal 1977; 2:743-5.

237. Mole RH. Anxieties and fears about plutonium and other radionuclides [letter]. British Medical Journal 1978; 1:46.

238. Mole RH. Letter: Working with plutonium. Lancet 1975; 1:701-2.

239. Mongan TR, Ripple SR, Brorby GP, diTommaso DG. Plutonium releases from the 1957 fire at Rocky Flats. Health Physics 1996; 71:510-521.

240. Moores S, Talbot R, Evans N. Macrophage depletion of mouse lung following inhalation of plutonium-239 dioxide. Radiation Res 1986; 105:387-404.

241. Morgan KZ. Health physics: its development, successses, failures, and eccentricities. American Journal of Industrial Medicine 1992; 22:125-33.

242. Morgan KZ. Suggested reduction of permissible exposure to plutonium and other transuranium elements. American Industrial Hygiene Association Journal 1975; 36:567-75.

243. Morgan WF, Day JP, Kaplan MI, McGhee EM, Limoli CL. Genomic instability induced by ionizing radiation. Radiation Research 1996; 146:247-258.

244. Morris JA, Cowell JK, Stiller CA, Barratt A. Retinoblastoma: a possible link with low level radiation. J Med Genet 1993; 30:440-442.

245. Moskalev YI. 239 Pu: problems of its biological effect. Health Physics 1972; 22:723-9.

246. Muggenburg B, Guilmette R, Hahn F. Toxicity of inhaled 239PuO2 in beagle dogs. A. Monodisperse 0.75 mm AMAD particles. B. Monodisperse 1.5 mm AMAD particles. C. Monodisperse 3.0 mm AMAD particles. X. Annual Report to U. S. Department of Energy. Albuquerque, NM: Inhalation Toxicology Research Institute, 1987.

247.   Muggenburg BA, Mewhinney JA, Griffith WC, et al. Dose-response relationships for bone cancers from plutonium in dogs and people. Health Physics 1983; 44:529-35.

248.   National Council on Radiation P, Measurements, recommendations of the National Council on Radiation P, Measurements. Comparative carcinogenicity of ionizing radiation and chemicals. Bethesda, MD: : The Council, 1989.

249.   Nenot JC. The toxicity of plutonium, americium, and curium. Oxford ; New York: Published for the Commission of the European Communities by Pergamon Press, 1979.

250.   Newton D, Warner AJ, Talbot RJ. Leukaemia risk and plutonium [letter; comment]. Nature 1990; 347:521.

251.   Norwood WO, Newton CE. U.S. transuranium registry study of thirty autopsies. Health Physics 1975; 28:669-75.

252.   Nussbaum R, Köhnlein W. Inconsistencies and open questions regarding low-dose health effects of ionizing radiation. Env Health Perspectives 1994; 102:656-667.

253.   Nussbaum RH, Kohnlein W. Health consequences of exposures to ionizing radiation from external and internal sources: Challenges to radiation protection standards and biomedical research. Medicine and Global Survival 1995; 2:198-212.

254.   Park J, Buschbom R, Dagle C. Inhaled plutonium oxide in dogs, Part 1. Biomedical Sciences. 1987 Annual Report to U. S. Department of Energy. Richland, WA: Pacific Northwest Laboratory, 1988.

255.   Park JF, Bair WJ, Busch RH. Progress in beagle dog studies with transuranium elements at Battelle-Northwest. Health Physics 1972; 22:803-10.

256.   Parker HM. Plutonium—health implications for man: closing remarks and final discussion. Health Physics 1975; 29:627-32.

257.   Parker HM. Invited paper delivered at the 25th Annual Meeting of the Health Physics Society. Protection programs of the Plutonium Project. Health Physics 1981; 41:571-6.

258.   Patterson WC, Walter C. The plutonium business and the spread of the bomb. London: Wildwood House, 1984.

259.   Pifer JW, Hempelmann LH. Radiation-induced thyroid carcinoma. Annals of the New York Academy of Sciences 1964; 114:838-48.

260.   Pigford TH, Ang KP. Plutonium--health implications for man. The plutonium fuel cycles. Health Physics 1975; 29:451-68.

261.   Purrott RJ, Edwards AA, Lloyd DC, Stather JW. The induction of chromosome aberrations in human lymphocytes by in vitro irradiation with a-particles from plutonium-239. Int J Radiat Biol 1980; 38:277-284.

262.   Raabe OG. Three-dimensional dose-response models of competing risks and natural life span. Fundamental & Applied Toxicology 1987; 8:465-73.

263.   Raabe OG. Scaling of fatal cancer risks from laboratory animals to man. Health Physics 1989; 57:419-32.

264.   Rashke RL, Richard R. The killing of Karen Silkwood : the story behind the Kerr-McGee plutonium case. Boston: Houghton Mifflin, 1981.

265.   Reyes M, Stebbings JH, Voelz GL. Evaluation of Social Security follow-up of some southwestern populations. Journal of Occupational Medicine 1982; 24:198-202.

266.   Reyes M, Wilkinson GS, Tietjen G, Voelz G, Acquavella J, Bistline R. Case-control study of brain tumors among white males employed at the Rocky Flats plant. Los Alamos: Los Alamos National Laboratory, 1983.

267.   Reyes M, Wilkinson GS, Tietjen G, Voelz, GL, Acquavella JF, Bistline R. Brain tumors at a nuclear facility. Journal of Occupational Medicine 1984; 26:721-4.

268.   Reyes M, Wilkinson GS, Tietjen GL, Wiggs LD, Galke WA. Mortality among workers at the Mound Facility: A preliminary report. Los Alamos, N.M.: Los Alamos National Laboratory, 1991.

269.   Richmond CR. Current status of information obtained from plutonium contaminated people. pp. 1248-65. In: Nygaard OF, et al., ed. Radiation research: biomedical, chemical, and physical perspectives. New York, Academic Press 1975.

270. Richmond CR. Plutonium--health implications for man. The importance of non-uniform dose-distribution in an organ. Health Physics 1975; 29:525-37.

271. Ripple SR, Widner TE, Mongan TR. Past radionuclide releases from routine operations at Rocky Flats. Health Physics 1996; 71:502-509.

272. Rochlin GI, Gene I. Plutonium, power, and politics : international arrangements for disposition of spent nuclear fuel. Berkeley: University of California Press, 1979.

273. Rodier J, Chassany J, Estournel R, Peyresblanques H. [12 years of radiation protection at a plutonium production center]. Archives des Maladies Professionnelles de Medecine du Travail et de Securite Sociale 1970; 31:9-21.

274. Rooney C, Beral V, Maconochie N, Fraser P, Davies G. Case-control study of prostatic cancer in employees of the United Kingdom Atomic Energy Authority [see comments]. Bmj 1993; 307:1391-7.

275. Rowland RE, Durbin PW. Survival, Causes of Death, and Estimated Tissue Doses in a Group of Human Beings Injected with Plutonium. The Health Effects of Plutonium and Radium. Salt Lake City: J.W. Press, 1976.

276. Sagan LA. The plutonium controversy. Jama 1975; 234:1267-8.

277. Sanders C. Cocarcinogenesis of 239PuO2 with chrysotile asbestos or benzpyrene in the rat abdominal cavity. In: Sanders, C. et al. eds. Radionuclide carcinogenesis. Symposium Series 29. Washington, DC: U. S. Atomic Energy Commission, 1973.

278. Sanders C. Dose distribution and neoplasia in the lung following intratracheal al instillation of 239PuO2 and asbestos. Health Physics 1975; 28:383-386.

279. Sanders C. Inhalation toxicology of 238PuO2 and 239PuO2 in Syrian golden hamsters. Radiation Res 1977; 70:334-344.

280. Sanders C, Dagle G, Cannon  C. Inhalation carcinogenesis of high-fired plutonium-238 oxide in rats. Radiation Res 1977; 71:528-546.

281. Sanders C, Mahaffey J. Inhalation carcinogenesis of repeated exposures to high-fired 239PuO2 in rats. Health Physics 1981; 41:629-644.

282. Sanders CL. Ionizing radiation : tumorigenic and tumoricidal effects /Charles L. Columbus: Battelle Press ; New York : Distributed by Springer-Verlag, 1983.

283. Sanders CL, Jr. Effects of PuO2 particles deposited in the lung following intraperitoneal injection. Health Physics 1975; 28:84-6.

284. Sanders CL, Lauhala KE, McDonald KE, Sanders GA. Lifespan studies in rats exposed to 239PuO2 aerosol [published erratum appears in Health Phys 1993 Nov;65(5):576]. Health Physics 1993; 64:509-21.

285. Sanders CL, McDonald KE, Mahaffey JA. Lung tumor response to inhaled Pu and its implications for radiation protection. Health Physics 1988; 55:455-62.

286. Schell WR, Watters RL. Plutonium--health implications for man. Plutonium in aqueous systems. Health Physics 1975; 29:589-97.

287. Schofield G. Biological control in a plutonium production facility. Br J. Radiol 1980; 53:389-409.

288. Schofield GB. Letter: Health of plutonium workers. Lancet 1974; 2:1456.

289. Schofield GB, Dolphin GW. U.K. experience on the medical aspects of radiological protection of workers handling plutonium. Ann Occup Hyg 1974; 17:73-83.

290. Schofield GB, Howells H, Ward F, Lynn JC, W. DG. Assessment and management of a plutonium contaminated wound case. Health Physics 1974; 26:541-554.

291. Schulte HR. Plutonium--health implications for man. Plutonium: assessment of the occupational environment. Health Physics 1975; 29:613-8.

292. Searle A, Beechey C, Green D. Dominant lethal and ovarian effects of plutonium-239 in female mice. Int J Radiat Biol 1982; 42:235-244.

293. Shen ZY, Ye CQ, Wu DC. Effect of inhaled 239PuO2 on alveolar type II cells. International Journal of Radiation Biology 1989; 56:169-78.

294. Shore RE, Woodard ED, Hempelmann LH, Pasternack BS. Synergism between radiation and other risk factors for breast cancer. Preventive Medicine 1980; 9:815-22.

295. Sikov M, Swicker G, Hess J. Late effects of perinatally administered plutonium. In: al. MDe, ed. Developmental toxicology of energy-related pollutants. Proceedings 17th Hanford Biology Symposium. Richland, WA: Technical information Center, U. S. Department of Energy, 1978.

296. Sill CW. Plutonium--health implications for man. Some problems in measuring plutonium in the environment. Health Physics 1975; 29:619-26.

297. Sill CW, Voelz GL, Olson DG, Anderson JI. Two studies of acute internal exposure to man involving cerium and tantalum radioisotopes. Health Physics 1969; 16:325-32.

298. Singh NP, Wrenn ME, Ibrahim SA. Plutonium concentration in human tissues: comparison to thorium. Health Physics 1983; 44:469-76.

299. Soule HF. Plutonium--health implications for man. Waste management. Health Physics 1975; 29:481-8.

300. SPEER A. Report to the Secretary by the Secretarial Panel for the Evaluation of Epidemiologic Research. Washington, DC: US Department of Energy, 1990.

301. Spiers FW. Letter: The toxicity of plutonium. Lancet 1975; 1:700-1.

302. Stakman EC, Bennett CH, Doisy EA, Failla G, Stern C, Warren S. Minutes of the Advisory Committee for Biology and Medicine. Los Alamos: Los Alamos Scientific Laboratory, 1953.

303. Stannard JN. Plutonium--health implications in man. The concepts of critical organ and radiation dose as applied to plutonium. Health Physics 1975; 29:539-50.

304. Stebbings JH, Jr., Voelz GL. Morbidity and mortality in Los Alamos County, New Mexico. I. Methodological issues and preliminary results. Environmental Research 1981; 25:86-105.

305. Sterling TD. The health effects of low-dose radiation on atomic workers: A case study of employer-directed research. International Journal of Heath Services 1980; 10:37-47.

306. Stocum WE, Pigg CJ. Comments on a paper entitled "Toxcity and Carcinogencity of plutonium-239". Albuquerque, NM: Dept. of Energy, Sandia Laboratories, 1978.

307. Stover BJ. Radiobiology of Plutonium. In: Stover BJ, Jee WSS, eds: J.W. Press, 1972.

308. Stover BJ. Life shortening consequent to internal irradiation from 239 Pu. Health Physics 1972; 22:823-7.

309. Stover BJ, Eyring H. The dynamics of life. I. Death from internal irradiation by 239Pu and 226Ra, aging, cancer, and other diseases. Proceedings of the National Academy of Sciences of the United States of America 1970; 66:132-9.

310. Strauss PG, Mitreiter K, Zitzelsberger H, et al. Elevated P53 RNA expression correlates with incomplete osteogenic differentiation of radiation-induced murine osteosarcomas. Int J Cancer 1992; 50:252-258.

311. Svoboda V, Bubenikova D, Kotaskova Z. Myeloid leukemia 239Pu-treated mice. J Cancer Res Clin Oncol 1981; 100:255-262.

312. Svoboda V, Sedlak A, Kypenova H, Bubenikova D. Long-term effects of low-level 239Pu contamination on murine bone-marrow stem cells and their progeny. International Journal of Radiation Biology & Related Studies in Physics, Chemistry & Medicine 1987; 52:517-26.

313. Swinth KL, Park JF, Moldofsky PJ. Counting plutonium in the tracheobronchial lymph nodes. Health Physics 1972; 22:899-904.

314. Tamplin AR. Population control through nuclear pollution, by Arthur R. Chicago: Nelson-Hall Co., 1970.

315. Tamplin AR, Gofman JW. Radiation-induced breast cancer. Lancet 1970; 1:297.

316. Tawn EJ, Hall JW, Schofield GB. Chromosome studies in plutonium workers. Int J Radiat Biol 1985; 47:599-610.

317. Taylor D. The comparative carcinogenicity of 239Pu, 241Am, and 244Cm in the rat. In: Thompson R, McHaffey, J., ed. Life-span radiation effects studies in animals: What can they tell us? Proceedings 22nd Hanford Life Science Symposium. Vol. NTIS No. DE87000490. Richland, WA: Technical Information Center, U. S. Department of Energy, 1986.

318. Taylor DM. Environmental plutonium in humans. Applied Radiation & Isotopes 1995; 46:1245-52.

319. Taylor DM. The biodistribution and toxicity of plutonium, americium and neptunium. Science of the Total Environment 1989; 83:217-25.

320. Taylor GN, Gardner P, Mays CW, Wrenn ME, Charrier K. Incidence of plutonium-induced bone cancer in neutered mice. Cancer Research 1981; 41:971-3.

321. Taylor GN, Lloyd RD, Mays CW. Liver cancer induction by 239Pu, 241Am, and thorotrast in the grasshopper mouse, Onychomys leukogaster. Health Physics 1993; 64:141-6.

322. Taylor GN, Mays CW, Lloyd RD, et al. Comparative toxicity of 226Ra, 239Pu, 241Am, 249Cf, and 252Cf in C57BL/Do black and albino mice. Radiation Research 1983; 95:584-601.

323. Thacker J, Stretch A, Goodhead DT. The mutagenicity of alpha particles from 239Plutonium. Radiation Research 1982; 92:343-352.

324. Thomas RG, Healy JW, McInroy JF. Plutonium in gonads: a summary of the current status. Health Physics 1985; 48:7-17.

325. Thomison JB. Editorial: Watergate revisited or the joys of cancer. A summons to debate the dangers of plutonium. Journal of the Tennessee Medical Association 1975; 68:822-4.

326. Thompson RC. Transuranium element toxicity--dose-response relationships at low exposure levels. Summary and speculative interpretation relative to exposure limits. pp. 1278-84. In: Nygaard OF, et al., ed. Radiation research: biomedical, chemical, and physical perspectives. New York, Academic Press 1975.

327. Thompson RC. Plutonium--health implications for man. Animal data on plutonium toxicity. Health Physics 1975; 29:511-9.

328. Thorne MC. Aspects of the dosimetry of plutonium in bone. Nature 1976; 259:539-41.

329. Thorne MC. Aspects of the dosimetry of alpha-emitting radionuclides in bone with particular emphasis on 226Ra and 239Pu. Physics in Medicine & Biology 1977; 22:36-46.

330. Thorne MC, Vennart J. The toxicity of 90Sr, 226Ra and 239Pu. Nature 1976; 263:555-8.

331. Tierney LA, Hahn FF, Lechner JF. p53, erbB-2 and K-ras gene alterations are rare in spontaneous and plutonium-239-induced canine lung neoplasia. Radiation Research 1996; 145:181-7.

332. Tietjen GL. Plutonium and lung cancer. Health Physics 1987; 52:625-8.

333. Till JE, Grogan HA, Sinclair WK, Voilleque PG. Assessing risks of exposure to plutonium. A report sumbitted to the CO Department of Health and Environment, Rocky Flats Health Studies. Neeses, SC: Radiological Assessments Corporation, 1996.

334. Tokarskaia ZB, Okladnikova ND, Aristov VP. [Localization of lung cancer in persons exposed to plutonium-239]. Meditsina Truda i Promyshlennaia Ekologiia 1993:23-5.

335. Tokarskaia ZB, Okladnikova ND, Beliaeva ZD. [Evaluation of radiation and non-radiation factors in the development of lung cancer in radiochemical plant employees]. Voprosy Onkologii 1994; 40:165-70.

336. Tokarskaya ZB, Okladnikova ND, Belyaeva ZD, Drozhko EG. The influence of radiation and nonradiation factors on the lung cancer incidence among the workers of the nuclear enterprise Mayak. Health Physics 1995; 69:356-66.

337. Toubal E. Neo-Chirurgie 1992; 35:312-316.

338. Trosko JE. Role of low-level ionizing radiation in multi-step carcinogenic process. Health Physics 1996; 70:812-823.

339. Vernon PB. Health hazards associated with the fabrication of plutonium--aluminum fuel elements. Health Physics 1966; 12:1109-13.

340. Veselsky JC. Problems in the determination of plutonium in bioassay and environmental analysis. Analytica Chimica Acta 1977; 90:1-14.

341. Voelz GL. Acute and long-term health effects of radiation, International Conference on non-military radiation emergencies, Washington,D.C., 1986. AMA, Pan-American Health Organization.

342. Voelz GL. The ongoing controversy over Rocky Flats: A response to Carl Johnson's Response. Ambio 1983; 12:280.

343. Voelz GL. Ionizing radiation. Occupational Health & Safety 1982; 51:34-7.

344. Voelz GL. Health considerations for workers exposed to plutonium. Occupational Medicine 1991; 6:681-94.

345. Voelz GL. Plutonium--health implications for man. What we have learned about plutonium from human data. Health Physics 1975; 29:551-61.

346. Voelz GL. Epidemiology studies of plutonium workers (abstract). Health Physics 1990; 58 supp(1):S25.

347. Voelz GL, Grier RS, Hempelmann LH. A 37-year medical follow-up of Manhattan Project Pu workers. Health Physics 1985; 48:249-59.

348. Voelz GL, Hempelmann LH, Lawrence JN, Moss WD. A 32-year medical follow-up of Manhattan Project plutonium workers. Health Physics 1979; 37:445-85.

349. Voelz GL, Lawrence JN. A 42-y medical follow-up of Manhattan Project plutonium workers. Health Physics 1991; 61:181-90.

350. Voelz GL, Stebbings JH, Healy JW, Hemplemann LH. Studies on the health risks to persons exposed to plutonium. In: Hubner KF, Fry. SA, eds. The medical basis for radiation accident preparedness : proceedings of the REAC/TS International Conference. New York: Elsevier/North-Holland, 1980.

351. Voelz GL, Stebbings JH, Hempelmann LH, Haxton LK, York DA. Studies on persons exposed to plutonium. In: Late biological effects of ionizing radiation. Vol. 1. Vienna, International Atomic Energy Agency, 1978:353-67.

352. Voelz GL, Stevenson AP, Stewart CC. Does Plutonium Intake in Workers Affect Lymphocyte Function. Radiation Protection 1989; 36:223-226.

353. Voelz GL, Stevenson AR, Stewart CC. A 42-year medical followup of Manhattan Project plutonium workers. Health Physics 1989; (Suppt 1):S46.

354. Voelz GL, Wiggs LD, Galke WA. Epidemiology of plutonium workers, Eighth International Congres of the International Radiation Protection Association, Montreal, 1992, 1992. Vol. 1.

355. Voelz GL, Wilkinson GS, Acquavella JF, et al. An update of epidemiologic studies of plutonium workers. Health Physics 1983; 44:493-503.

356. Voelz GL, Wilkinson GS, Healy JW, McInroy JF, Tietjen GL. Mortality study of Los Alamos workers with higher exposures to plutonium, 16th Mid-year Topical Meeting: Epidemiology Applied to Health Physics, Albuquerque, NM, Jan 9-13, 1983, 1983. National Technical Information Service, Springfield, VA.

357. Volchok HL. The plutonium controversy [letter]. Jama 1976; 236:2941.

358. Volchok HL, Knuth RH, Kleinman MT. The respirable fraction of plutonium at Rocky Flats. Health Physics 1972; 23:395-6.

359. Volchok HL, Schonberg M, Toonkel L. Plutonium concentrations in air near Rocky Flats. Health Physics 1977; 33:484-5.

360. Wakeford R, Tawn EJ. Re: Effects of preconceptional irradiation on mortality and cancer incidence in the offspring of patients given injections of Thorotrast. Journal of the National Cancer Institute 1995; 87:606-607.

361. Wallin H, Andersson M, Nielsen LL, Storm HH, Vybern M, Visfeldt J. p53 mutation in human liver tumors induced by alpha-radiation (excerpt). Cancer Detection and Prevention 1993:91.

362. Watson GE, Lorimore SA, G. WE. Long-term in-vivo transmission of alpha particle-induced chromosomal instability in murine haemopoietic cells. Int J Radiat Biol 1996; 69:175-182.

363. Watters RL, Lebel JL. Progress in the beagle studies at Colorado State University. Health Physics 1972; 22:811-4.

364. Wiggs DL. Mortality amng females employed by the Los Alamos National Laboratory: An epidemiologic investigation. Oklahoma City: University of Oklahoma, 1987:242.

365. Wiggs LD, Cox-DeVore CA, Voelz GL. Mortality among a cohort of workers monitored for 210Po exposure: 1944-1972. Health Physics 1991; 61:71-6.

366. Wiggs LD, Cox-DeVore CA, Wilkinson GS, Reyes M. Mortality among workers exposed to external ionizing radiation at a nuclear facility in Ohio. Journal of Occupational Medicine 1991; 33:632-7.

367. Wiggs LD, Johnson ER, Cox-DeVore CA, Voelz GL. Mortality through 1990 among white male workers at the Los Alamos National Laboratory: considering exposures to plutonium and external ionizing radiation. Health Physics 1994; 67:577-88.

368. Wilkinson GS. Epidemiologic studies of nuclear and radiation workers: an overview of what is known about health risks posed by the nuclear industry. Occupational Medicine 1991; 6:715-24.

369.   Wilkinson GS. The epidemiology of radiation effects among employed populations (abstract).
       AJE 1987; 126:780-781.
370.   Wilkinson GS, Acquavella JF, Voelz GL, Tietjen G, Key C. Cancer incidence and mortality
       among plutonium and other radiation workers, International Symposium on the biological effects
       of low level radiation with special regard to stochastic and non-stochasitc effects, 1983, 1983.
       International Atomic Energy Agency and the World Health Organization.
371.   Wilkinson GS, Dreyer NA. Leukemia among nuclear workers with protracted exposure to low-
       dose ionizing radiation [see comments]. Epidemiology 1991; 2:305-9.
372.   Wilkinson GS, Tietjen GL, Wiggs LD, et al. Mortality among plutonium and other radiation
       workers at a plutonium weapons facility. American Journal of Epidemiology 1987; 125:231-50.
373.   Wilkinson GS, Tietjen GL, Wiggs LD, et al. The authors reply (letter) re: 'Mortality among
       plutonium and other radiation workers at a plutonium weapons facility. AJE 1988; 127:1323-
       1325.
374.   Wilkinson GS, Voelz GL, Acquavella JF, Tietjen GL, Reyes M, Wiggs L. Mortality among
       plutonium and other workers at a nuclear facility, 16th Mid-year Topical Meeting: Epidemiology
       Applied to Health Physics, Albuquerque, NM, Jan 9-13, 1983, 1983.
375.   Wilson DW, Ng YC, Robison WL. Plutonium--health implications for man. Evaluation of
       plutonium at Enewetak Atoll. Health Physics 1975; 29:599-611.
376.   Wing S, Shy CM, Wood JL, Wolf S, Cragle DL, Frome EL. Mortality among workers at Oak
       Ridge National Laboratory. Evidence of radiation effects in follow-up through 1984 [published
       errata appear in JAMA 1991 Aug 7;266(5):657 and 1992 Sep 16;268(11):1414] [see comments].
       Jama 1991; 265:1397-402.

# CURRICULUM VITAE

## STEVEN BENNETT WING

### ADDRESS

Department of Epidemiology
School of Public Health
CB# 7400, McGavran-Greenberg Hall
University of North Carolina
Chapel Hill, NC  27599-7400
(919) 966-7416

### ACADEMIC DEGREES

| | |
|---|---|
| University of North Carolina<br>Chapel Hill, NC | Ph.D. in Epidemiology<br>1983 |
| Duke University<br>Durham, NC | M.A. in Sociology<br>1980 |
| Vassar College<br>Poughkeepsie, NY | B.A. in Psychology<br>1975 |

### FELLOWSHIPS AND HONORS

1993   Brazilian National Research Council Visiting Professor Fellowship

1983-85   National Heart, Lung and Blood Institute Post-doctoral Traineeship, University of North Carolina

1983   Delta Omega, National Honorary Public Health Society

1981-83   National Heart, Lung and Blood Institute Pre-doctoral Traineeship, University of North Carolina

1980-81   United States Public Health Service Pre-doctoral Traineeship, University of North Carolina

1978-80   National Institute for General Medical Sciences Pre-doctoral Traineeship, Duke University

## ACADEMIC APPOINTMENTS

1995-  Associate Professor, Department of Epidemiology, University of North Carolina, Chapel Hill.

1993  Visiting Professor, Department of Preventive Medicine, Federal University of Bahia, Salvador, Brazil (January - June).

1991-95  Assistant Professor, Department of Epidemiology, University of North Carolina, Chapel Hill.

1990  Visiting Professor, Faculty of Theoretical Medicine, University of Ulm, Germany (June - July).

1985-91  Research Assistant Professor, Department of Epidemiology, University of North Carolina.

1983-85  Post-doctoral Fellow, Department of Epidemiology, University of North Carolina, Chapel Hill.

## FUNDED RESEARCH

1996  Ionizing Radiation and Mortality Among Hanford Workers. National Institute for Occupational Safety and Health (Prinicpal Investigator). 9/30/96 - 9/29/99.

1996  Southeast Halifax Environmental Reawakening, National Institute of Environmental Health Sciences (Principal Investigator). 9/1/96 - 8/30/00.

1995  Time Related Factors in Radiation-Cancer Dose Response, National Institute for Occupational Safety and Health (Principal Investigator; Doctoral research of David Richardson). 7/1/95 - 6/30/97.

1994  Epidemiological Studies of the Accident at Three Mile Island, Center for Environmental Studies, John Snow Institute (Principal Investigator). 3/1/94 - 12/31/95.

1993  Study of Multiple Myeloma Among Workers Exposed to Ionizing Radiation and Other Physical and Chemical Agents, National Institute for Occupational Safety and Health (Principal Investigator). 10/1/93 - 2/29/96.

1992  Geographical Differentials in Stroke Mortality Levels and Trends in the U.S., Centers for Disease Control 8/28/92 - 3/30/93 (Principal Investigator).

Curriculum Vitae                                                                       Page 3
Steven Bennett Wing

1992       The Potential Impact of Ill-Defined Mortality on the Decline of Ischemic Heart Disease in the U.S., American Heart Association, North Carolina Affiliate, 7/1/92 through 6/30/93 (Doctoral research of Donna Armstrong).

1990       Competing Supplement to Community Structure and Cardiovascular Mortality Trends, 6/1/90 through 5/31/92 (Principal Investigator).

            Minority Graduate Research Assistant Supplement to Community Structure and Cardiovascular Mortality Trends, 7/1/90 through 5/31/92 (Principal Investigator).

1989       Community Structure and Cardiovascular Mortality Trends, National Heart, Lung and Blood Institute, 6/1/89 through 5/31/93 (Principal Investigator).

1987       Health and Mortality of Department of Energy Workers, U.S. Department of Energy, 10/1/87 through 3/31/94 (co-prinicpal investigator).

1982       Isolated Systolic Hypertension as a Risk Factor for Premature Mortality - The Evans Co. 20-Year Follow-up Study, American Heart Association, North Carolina Affiliate. 7/1/82 through 6/30/83 (HA Tyroler, faculty advisor).

## ACADEMIC COURSES

1994-       Co-instructor, Advanced Methods in Epidemiology. Core course for epidemiology majors.

1993       Lead instructor, Problems in Epidemiology: Methodology and Philosophy. Seminar for graduate students and faculty participating in the National Research Council-sponsored Workshop on Critical Theory in Epidemiology, Department of Preventive Medicine, Federal University of Bahia.

1992-       Instructor, Philosophy of Epidemiology. Advanced graduate seminar in methodology and philosophy of epidemiology in public health.

1990       Co-instructor, Principles of Epidemiology, introductory graduate-level course. University of Ulm.

1989       Co-instructor, Theoretical Aspects of Epidemiology. Graduate seminar.

1987-91    Instructor, co-instructor, Principles of Epidemiology, introductory graduate-level course. Lectures, grading, course planning, supervision of teaching assistants.

1985-87    Co-instructor, Cardiovascular Disease Epidemiology, course lectures, grading, course planning.

1984        Tutor, Demographic Methods in Epidemiology. Life tables, cohort analysis, certification studies, population enumeration.

1981,85     Teaching Assistant, Principles of Epidemiology, introductory graduate-level course. Lab sessions, grading homework, papers and exams.

## ARTICLES IN PEER-REVIEWED JOURNALS

Manton KG, Poss SS and Wing S. The black/white mortality crossover: Investigation from the perspective of the components of aging. *The Gerontologist*, 19:291-300, 1979.

Wing S and Manton KG. A multiple cause of death analysis of hypertension-related mortality in North Carolina, 1968-1977. *American Journal of Public Health* 71:823-830, 1981.

Wing S, Aubert R, Hansen J, Hames CG, Slome C and Tyroler HA. Isolated systolic hypertension in Evans Co. I. Prevalance and screening considerations. *Journal of Chronic Diseases* 35:735-742, 1982.

Wing S and Manton KG. The contribution of hypertension to mortality in the US: 1968, 1977. *American Journal of Public Health* 73:140-144, 1983.

Tyroler HA, Knowles M, Wing S, Logue EE, Davis CE, Heiss G, Heyden S and Hames CG. Ischemic heart disease risk factors and twenty-year mortality in middle-age Evans County black males. *American Heart Journal* 108:738-746 (supplement), 1984.

Wing S. The role of medicine in the decline of hypertension-related mortality. *International Journal of Health Services* 14:649-666, 1984.

Wing S, Manton KG, Stallard E, Hames CG and Tyroler HA. The black/white mortality crossover: Investigation in a community-based study. *Journal of Gerontology* 40:78-84, 1985.

Wing S, Tyroler HA and Manton KG. The participant effect: Mortality in a community-based study compared to vital statistics. *Journal of Chronic Diseases* 38:135-144, 1985.

Logue EE and Wing S. Life-table methods for detecting age-risk factor interactions in long-term follow-up studies. *Journal of Chronic Diseases*, 39:709-717, 1986.

Wing S, Hayes C, Heiss G, John E, Knowles M, Riggan W and Tyroler HA. Geographic variation in the onset of decline of ischemic heart disease mortality in the U.S. *American Journal of Public Health*, 76:1404-1408, 1986.

Wilcosky T and Wing S. The healthy worker effect: Selection of workers and work forces. *Scandinavian Journal of Work, Environment and Health* 13:70-72, 1987.

James SA, Strogatz DS, Wing SB and Ramsey DL. Socioeconomic status, John Henryism, and hypertension in blacks and whites. *American Journal of Epidemiology*, 126:664-73, 1987.

Wing S, Dargent P, Casper M, Tyroler HA, Riggan W and Hayes CG. The changing association of community occupational structure and ischemic heart disease mortality in the United States. *The Lancet*, ii:1067-70, 1987.

Wing S, Casper M, Riggan W, Hayes C and Tyroler HA. Socioenvironmental characteristics associated with the onset of decline of ischemic heart disease mortality in the United States. *American Journal of Public Health*, 78:923-26, 1988.

Wing S. Social inequalities in the decline of coronary mortality (editorial). *American Journal of Public Health* 78:1415-16, 1988.

Wing S, Casper M, Davis WB, Pellom A, Riggan W and Tyroler HA. Stroke mortality maps: United States whites aged 35-74, 1962-1982. *Stroke* 19:1507-1513, 1988.

Wing S, Casper M, Davis WB, Hayes C, Riggan W and Tyroler H.A. Trends in the geographic inequality of cardiovascular disease mortality in the United States,1962-1982. *Social Science and Medicine* 30:261-266, 1990.

Loomis D, Wing S. Is molecular epidemiology a germ theory for the late twentieth century? *International Journal of Epidemiology* 19(1):1-3, 1990.

Wing S, Shy C, Wood J, Wolf S, Cragle D and Frome E. Mortality among workers at Oak Ridge National Laboratory: Evidence of radiation effects in follow-up through 1984. *Journal of the American Medical Association* 265:1397-1402, 1991.

Manton K, Stallard E and Wing S. Analyses of Black and White differentials in the age trajectory of mortality in two closed cohort studies. *Statistics in Medicine* 10:1043-1059, 1991.

Casper M, Wing S and Strogatz D. Changes in the magnitude of Black-White differences in stroke mortality by community occupational structure. *Journal of Epidemiology and Community Health* 45:302-306, 1991.

Amandus HE, Shy C, Wing S, Blair A, Heineman EF. Silicosis and lung cancer in North Carolina dusty trades workers. *American Journal of Industrial Medicine* 20:57-70, 1991.

Sorel JE, Heiss G, Tyroler HA, Davis WB, Wing SB, Ragland DR. Black-White differences in blood pressure among participants in NHANESII: The contribution of blood lead. *Epidemiology* 2:348-52, 1991.

Wing S, Barnett E, Casper M, Tyroler HA. Geographic and socioeconomic variation in the onset of decline of coronary heart disease mortality in white women. *American Journal of Public Health* 82:204-209, 1992.

Carter L, Walton S, Knowles M, Wing S, Tyroler HA. Social inequality of stroke mortality among US Black populations, 1968-1987. *Ethnicity and Disease* 2:343-350, 1992.

Casper M, Wing S, Strogatz D, Davis CE, Tyroler HA. Antihypertensive pharmacotherapy and U.S. declines in stroke mortality, 1962 to 1980. *American Journal of Public Health* 82:1600-1606, 1992.

Wing S, Shy CM, Wood JL, Wolf S, Cragle DL, Tankersley W, Frome EL. Job factors, radiation and cancer mortality at Oak Ridge National Laboratory: Follow-up through 1984. *American Journal of Industrial Medicine* 23:265-279, 1993.

Tyroler HA, Wing S, Knowles M. Increasing inequality in CHD mortality in relation to educational achievement profile of places of residence, US. 1962-87. *Annals of Epidemiology* 3:S51-S54, 1993.

Wing S, West CM, Wood J, Tankersley W. Recording of external radiation exposures at Oak Ridge National Laboratory: Implications for epidemiological studies. *Journal of Exposure Assessment and Environmental Epidemiology*, 4:83-93, 1994.

Wing S. Limits of epidemiology. *Medicine and Global Survival*. 1:74-86, 1994.

Millard P, Cegielski JP, Wing S, Silver A. Tuberculosis incidence trends and changes in incidence trends in North and South Carolina, 1980-1992. *Journal of Rural Health* 10:226-236, 1994.

Casper ML, Wing S, Anda RF, Knowles M, Pollard RA. The shifting stroke belt: Changes in the geographic pattern of stroke mortality in the United States, 1962-1988. *Stroke* 26:755-760, 1995.

Armstrong DL, Wing SB, Tyroler HA. United States mortality from ill-defined causes, 1968-1988: Potential effects on heart disease mortality trends. *International Journal of Epidemiology*, 24:522-527, 1995.

Barnett E, Strogatz D, Armstrong D, Wing S. Urbanization and coronary heart disease mortality among African Americans in the US South. *Journal of Epidemiology Community Health* 50:252-257, 1996.

Armstrong D, Wing S, Tyroler HA. Race differences in estimates of sudden coronary heart disease mortality, 1980-88: The impact of ill-defined death. Journal of Clinical Epidemiology, accepted ofr publication, 1996.

## BOOK AND MONOGRAPH CHAPTERS

Tennis P, Wing S and Tyroler HA.  Geographic variation among state economic areas in levels and declines of ischemic heart disease mortality in women of the U.S. Southeast, 1968-1978.  In Eaker E.E. et al. (eds.) *Coronary Heart Disease in Women*, NY: Haymarket Doyma, 1987.

Wing S.  Trends in society and public health:  Looking towards the twenty-first century.  In Kaufman M. (ed.) *Moving Towards the 21st Century: Empowering Nutritionists for Leadership in Public Health*.  Proceedings of the Continuing Education Conference for the Association of State and Territorial Public Health Nutrition Directors and Association of Faculties of Graduate Programs in Public Health Nutrition, pp. 23-34, Chapel Hill, NC:  Department of Nutrition, School of Public Health, University of North Carolina, 1989.

Kotelchuck M, Dodds J, Wing S and Kotch J.  Societal trends that affect nutrition status and services for the maternal and child health populations. In Sharhaugh, C (ed) *Call to Action: Better Nutrition for Mothers, Children and Families*.  Washington, DC:  National Center for Education in Maternal and Child Health, 1991.

Wing S.  A review of recent findings on radiation and mortality at Oak Ridge National Laboratory.  In Lengfelder E, Wendhausen H (eds.), *Neue Bewertung des Strahlenrisikos*, Proceedings of the International Society of Radiological Protection, pp 217-228, Munich: Medizin Verlag, 1993.

Pearce NE, Matos E, Koivusalo M, Wing S.  Industrialization and Health.  In:  Pearce NE, Matos E, Vainio H, Boffetta P, Kogevinas M (eds), *Occupational Cancer in Developing Countries*, Lyon: International Agency for Research on Cancer, 1994.

Wing S.  Basics of radiation epidemiology.  In:  Burdman GM, Kaplan L (eds.), *Radiation Health Effects*, Seattle:  Hanford Health Information Network, 1994.

## LETTERS IN PEER-REVIEWED JOURNALS

Humble C, Wing S.  Determinants of chronic bronchitis and lung dysfunction in Western Australian gold miners (letter).  *British Journal of Industrial Medicine* 45:845, 1988.

Wing S, Shy C.  Public health effects of occupational and environmental radiation exposure (letter in reply to letters by Brown; Greenspan; and Marshall and Baker; and editorial by Hendee).  *Journal of the American Medical Association* 266:653-4, 1991.

Wing S, Shy CM, Wood JL, Cragle D.  Radiation dosage estimation and health risk (letter in reply to Maienschein and Peele).  *Journal of the American Medical Association* 267:929-930, 1992.

Wing S, Shy CM, Wood JL, Wolf S, Cragle D, Frome EL.  Mortality of workers at the Oak
Ridge National Laboratory, (letter in reply to letter by Gilbert and editorial by Prichard).  *Health
Physics* 62:261-264, 1992.

Casper M, Wing S, Strogatz D, Davis CE, Tyroler HA.  Stroke mortality trends and
antihypertensive drug use (letter in reply to Smith and Pinckney).  *American Journal of Public
Health* 83:1643, 1993.

## INVITED PRESENTATIONS

Wing S.  Social inequalities and health:  The contradictory role of health professionals.  17th
Annual Regional Conference on Maternal and Child Health, Family Planning, and Services for
Children with Special Health Needs, Raleigh, N.C., May 2, 1990.

Wing S.  Factors associated with the onset and magnitude of the decline of cardiovascular disease
mortality in the United States.  First International Searle Symposium on Prevention and
Epidemiology, Ulm, Germany, July 5, 1990.

Wing S.  An epidemiological study of low dose occupational exposure to ionizing radiation.  First
International Searle Symposium on Prevention and Epidemiology, Ulm, Germany, July 5, 1990.

Wing S.  Study of worker exposure at Oak Ridge National Laboratory.  Low Level Radioactive
Waste Forum Quarterly Meeting, New Orleans, LA, April 19, 1991.

Wing S.  Recent findings on low-dose radiation and mortality at the Oak Ridge National
Laboratory, U.S.A.  Institute for Radiation Biology, University of Munster, Munster, Germany,
March 3, 1992;  German Cancer Institute, Heidelberg, March 4, 1992;  Institute for Radiation
Hygiene, Munich, March 5, 1992.

Wing S.  Towards a post-Columbian science of disease causation.  Indigenous Peoples
Forum/Medical and Scientific Methods for Diagnosing Human and Environmental Effects from
Nuclear Testing, Las Vegas, Nevada, October 2-4, 1992.

Wing S.  Concepts in modern epidemiology: Population, risk, dose response and confounding.
Workshop on Critical Theory in Epidemiology, Department of Preventive Medicine, Federal
University of Bahia, Salvador, Brazil, June 14-18, 1993.

Wing S.  Recording of external radiation exposures at Oak Ridge National Laboratory:
Implications for epidemiological studies.  Workshop on the Epdiemiologic Use of Nondetectable
Values in Radiation Exposure Measurements.  National Institute of Occupational Safety and
Health, Cincinnati, OH, September 9 and 10, 1993.

Wing S. An epidemiological triangle: Questions, answers and methods. Joint meeting of the
Brazilian, Ibero-American and Latin American Congresses of Epidemiology, Salvador, Bahia,
Brazil, April 24-28, 1995.

## SUBMITTED PRESENTATIONS

Wing S, Aubert R, Hansen J, Hames CG, Slome C and Tyroler HA. Isolated systolic
hypertension in Evans Co. 14th Annual Meeting of the Society for Epidemiologic Research,
Snow Bird, Utah, June 1981.

Wing S and Manton KG. Hypertension-related mortality in North Carolina and the U.S.
Cardiovascular Epidemiology and Biostatistics Research Training Session, 23rd Annual
Conference on Cardiovascular Disease Epidemiology of the Council on Epidemiology, American
Heart Association, San Diego, California, March 1983.

Wing S, Hayes C, Heiss G, John E, Knowles M. Riggan W and Tyroler HA. Geographic variation
in the onset of the decline of ischemic heart disease mortality in the U.S. 26th Annual Conference
on Cardiovascular Disease Epidemiology of the Council on Epidemiology, American Heart
Association, San Francisco, California, March 1986.

Wing S. Impact of health promotion programs on social inequalities in health. 116th Annual
Meeting of the American Public Health Association, Boston, MA, November 14, 1988.

Wing S, Shy C, Watson J, Wolf S, Wood J, Cragle D and Frome E. Radiation and mortality
among workers at the Oak Ridge National Laboratory: Follow-up through 1984. Second Annual
Meeting of the International Society for Environmental Epidemiology, Berkeley, CA, August 13,
1990.

Wing S, Barnett E, Casper M and Tyroler HA. The onset of decline of coronary heart disease
mortality in White women: Geographic variation and socioeconomic factors. 118th Annual
Meeting of the American Public Health Association, New York City, October 2, 1990.

## JOURNAL REVIEW

American Journal of Epidemiology
American Journal of Industrial Medicine
American Journal of Public Health
Environmental Health Perspectives
Journal of Gerontology
Medicine and Global Survival
Occupational and Environmental Medicine
Social Science and Medicine
New England Journal of Medicine