

# EXPERT REPORT OF JOHN A. AUXIER, Ph.D., CHP REGARDING ENVIRONMENTAL RELEASES AT THE ROCKY FLATS PLANT

November 25, 1996

Prepared for:
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Prepared by:
Auxier & Associates, Inc.
412 Executive Tower Drive, Suite 402
Knoxville, Tennessee 37923

# IV  STANDARDS FOR RADIONUCLIDES IN AIR AND WATER

The U.S. Atomic Energy Commission (AEC) and its successors, the Energy Research and Development Administration (ERDA) and the Department of Energy (DOE), have specified the levels of radiation and radioactive materials that may be present in the environment from operations of AEC/ERDA/DOE facilities. The standards for concentrations of radioactive materials in air and water at uncontrolled locations accessible by the general public have been issued by the AEC/ERDA/DOE through Instructions, Manual Chapters, Orders, and in a limited number of cases, through memoranda. Permissible concentrations of most radionuclides (including isotopes of plutonium, cesium, strontium, uranium, and thorium) in air and water at uncontrolled locations accessible to the general public have been listed by the AEC/ERDA/DOE in tables of values contained in the Instructions, Manual Chapters, and Orders that were applicable at the time.

This report focuses on the standards for plutonium concentrations because the subject of the current matter is the claimed exposure of individuals within the "plutonium class contour", that is based on the calculated concentrations of plutonium in environmental media.[1] This chapter presents the standards for $^{239}$Pu in air and water at off-site locations applicable to operations of the Rocky Flats Plant (RFP) from 1952 through 1989. The standards for concentrations for other radionuclides associated with operations at RFP are also listed in the documents referenced below.

## IV.A  BASES FOR PLUTONIUM STANDARDS

The standards used by the AEC and its successors for permissible concentrations of radioactive materials in air and water at uncontrolled locations accessible to the general public were (and are) based on recommendations of national and international organizations for radiation protection, the NCRP and ICRP, respectively. A description of these organizations is given in Chapter III. The standards for radionuclide concentrations were determined by the NCRP and ICRP to be levels that are protective of human health, based on data available at the time.

The standards for protection for internally-deposited $^{239}$Pu were prescribed for personnel at AEC facilities in 1951.[2] These standards were based on data presented at the Tripartite

---

[1] Beven, J., "Declaration of Dr. Jan Beven", June 28, 1993.

[2] Shaw, D.F., AEC Letter to Operations Contractors Re: "Permissible Levels of Radiation and Concentrations of Radioactive Isotopes", January 3, 1951.

Conferences beginning in 1949.[3] The permissible activity of $^{239}$Pu in the body was derived by a direct comparison with the maximum permissible activity of $^{226}$Ra in the body, incorporating differences in physical and metabolic properties of $^{239}$Pu and $^{226}$Ra.[3] Permissible concentrations of $^{239}$Pu in air and water were calculated from the permissible body content, using standard inhalation and ingestion rates.

This method for determining the protection standards for $^{239}$Pu was adopted by the ICRP in National Bureau of Standards (NBS) Handbook 47[4] and ICRP Publication 2.[5] The NCRP also adopted this method for determining permissible concentrations of $^{239}$Pu in air and water in NBS Handbook 52[6] and NBS Handbook 69.[7] Changes in $^{239}$Pu protection standards derived with this method over time were due to changes (and improvements) in the knowledge of $^{239}$Pu and $^{226}$Ra metabolism parameters.

The ICRP and NCRP protection standards for $^{239}$Pu continued to be based on this method until the ICRP published the recommendations contained in ICRP Publication 30.[8] The protection standards for $^{239}$Pu presented in ICRP Publication 30 were derived from internal radiation dose limits recommended in ICRP Publication 26[9], the internal dose calculation methods described in ICRP Publication 30, and the metabolic data for $^{239}$Pu available as of 1978 and summarized in ICRP Publication 30. Although the protection standards presented in ICRP Publication 30 were derived for occupationally-exposed individuals, the calculation methods presented in ICRP Publication 30 were used by DOE with the radiation dose standards for the general public recommended by the NCRP[10] to calculate protection standards or the general public.[11]

---

[3] "The Tripartite Conferences on Radiation Protection - Canada, United Kingdom, United States (1949-1953)", U.S. Department of Energy, 1984.

[4] "Recommendations of the International Commission on Radiological Protection", National Bureau of Standards Handbook 47, U.S. Department of Commerce, June 29, 1951.

[5] "Recommendations of the International Commission on Radiological Protection - Report of Committee II on Permissible Dose for Internal Radiation", ICRP Publication 2, Pergamon Press, 1959.

[6] "Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water", National Bureau of Standards Handbook 52, U.S. Department of Commerce, March 20, 1953.

[7] "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and Water for Occupational Exposure", National Bureau of Standards Handbook 69, U.S. Department of Commerce, June 5, 1959.

[8] "Limits for Intakes of Radionuclides by Workers", ICRP Publication 30, Part 1, Pergamon Press, July 1978.

[9] "Radiation Protection", ICRP Publication 26, Pergamon Press, January 1977.

[10] "Control of Air Emissions of Radionuclides", NCRP Statement No. 6, National Council on Radiation Protection and Measurements, September 18, 1984.

[11] Vaughan, W. A., DOE Memorandum to Distribution, U.S. Department of Energy, August 5, 1985.

It is important to note that permissible concentrations are derived with the assumption that individuals are continuously exposed to the radionuclides at the specified concentrations. The NCRP recommended that,

> "[i]n the determination of the population dose in the vicinity of radiation sources, proper consideration should be given to occupancy factor and to workload. The exposure of individuals outside of controlled areas may be integrated over periods up to one year."[12]

## IV.B  STANDARDS FOR PLUTONIUM-239 IN AIR

As noted in Chapter III, the radiation dose from inhaled plutonium and, likewise, the permissible concentration of $^{239}$Pu in air depend on the uptake and retention of the plutonium compound in the human body. Uptake and retention of radionuclides following inhalation depend on a number of factors, such as the degree of solubility of the chemical compound, the size of inhaled particles, and numerous human metabolic parameters. These factors have been combined to represent the particular chemical form of a radionuclide as being either "soluble" or "insoluble" with respect to inhalation by humans.[4,5,7] More recently, lung clearance has been classified according to retention times approximated by days (Class D), weeks (Class W), and years (Class Y).[8]

Since 1951, permissible concentrations of $^{239}$Pu have been derived for chemical forms that are "soluble" and for chemical forms that are "insoluble".[4] The chemical form of plutonium applicable to airborne concentrations in off-site locations at RFP is plutonium oxide ($PuO_2$)[13], a compound that is classified by the ICRP as having extremely long retention times in the lungs following inhalation.[14,8,15]

The permissible concentration of $^{239}$Pu in air was specified by the AEC on January 3, 1951, for "the guidance of AEC and AEC-installation personnel" was $2 \times 10^{-12}$ microcuries per cubic centimeter ($\mu Ci/cm^3$), equal to 2 picocuries per cubic meter ($pCi/m^3$).[2] This limit was specifically agreed upon in the Tripartite Conferences[3] and affirmed by the ICRP on June 29, 1951.[4]

---

[12] "Maximum Permissible Radiation Exposures to Man, A Preliminary Statement of the National Committee on Radiation Protection and Measurement" Radiology, Vol. 68, p. 261, 1957.

[13] "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 4 Inhalation Dose Coefficients", ICRP Publication 71, Pergamon Press, September 1995.

[14] "The Metabolism of Compounds of Plutonium and other Actinides" ICRP Publication 19, Pergamon Press, May 1972.

[15] "The Metabolism of Plutonium and Related Elements", ICRP Publication 48, Pergamon Press, April 1986.

On February 26, 1954, the AEC issued Manual Chapter 0522 that specified the "codes and standards that may be used for guidance in questions pertaining to radiation protection."[16] Included in the list of standards was NBS Handbook 52 (published for the NCRP), which listed the applicable "maximum permissible concentration in air" of $^{239}$Pu as $2 \times 10^{-12}$ µCi/cm$^3$ (equal to 2 pCi/m$^3$).[6]

AEC Manual Chapter 0550 was issued on August 29, 1957, and included reference to the NCRP recommendations of January 8, 1957.[12] Those recommendations of the NCRP pertaining to radionuclides that could give an internal dose included the statement "[f]or individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures."[12] This additional requirement changed the applicable permissible concentration for $^{239}$Pu in air in uncontrolled areas to 0.2 pCi/m$^3$, effective August 29, 1957.[17]

On August 12, 1963, the AEC issued Manual Chapter 0524, "Standards for Radiation Protection", that included a table of "Concentrations in Air and Water Above Natural Background", derived from the values in NBS Handbook 69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure."[7] The applicable permissible concentration for $^{239}$Pu in air listed in Manual Chapter 0524 was $1 \times 10^{-12}$ µCi/cm$^3$ (equal to 1 pCi/m$^3$).[18]

AEC Manual Chapter 0524 (dated August 12, 1963) also included the provision that "the average exposure of a suitable sample of an exposed population group is not in excess of one-third of annex 1, table II standards."[18] Therefore, the applicable permissible concentration of $^{239}$Pu in air in uncontrolled areas for a population group became 0.33 pCi/m$^3$ on August 12, 1963.

Subsequent versions of AEC and ERDA Manual Chapter 0524 continued in effect until May 5, 1980, when DOE issued Order DOE 5480.1, including "Chapter XI, Requirements for Radiation Protection". The applicable permissible concentration of $^{239}$Pu in air continued to be 0.33 pCi/m$^3$. [This included application of the three-fold reduction "when applied to a suitable sample of the population."].[19]

On August 13, 1981, DOE issued Order DOE 5480.1A, "Environmental Protection, Safety, and Health Protection Program for DOE Operations." The applicable permissible

---

[16] "Basic Guides for Radiation Protection", Manual Chapter 0522, U.S. Atomic Energy Commission. February 26, 1954.

[17] "Codes and Standards for Health, Safety, and Fire Protection", Manual Chapter 0550, U.S. Atomic Energy Commission, August 29, 1957.

[18] "Standards for Radiation Protection", Manual Chapter 0524, U.S. Atomic Energy Commission, August 12, 1963.

[19] "Environmental Protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1, U.S. Department of Energy, May 5, 1980.

concentration of $^{239}$Pu in air continued to be 0.33 pCi/m$^3$.[20] This DOE Order (5480.1A) was superseded by DOE Order 5400.5 on February 8, 1990.[21]

On August 5, 1985, DOE adopted "an interim standard for DOE environmental activities for all exposure pathways". The radiation dose standard included the NCRP recommendation:

> "to limit the continuous exposure of any member of the public from other than medical sources and natural background to 100 millirem per year whole body dose equivalent."[11]

Implementation of this radiation dose standard depended on publication of:

> "tables of intake to dose conversion factors based on ICRP Publication 30 models and parameters to be used by DOE environmental programs in calculating dose to members of the public in CY 1985 and future years."[11]

Although the "final draft" of the subject tables was included with the August 5, 1985 memorandum, the tables were published by DOE for general distribution in July 1988.[22] The applicable permissible concentration of $^{239}$Pu in air derived from the 100 millirem per year dose standard, the intake to dose conversion factor for inhaled $^{239}$Pu given in DOE/EH-0071, and the annual air consumption of 8,400 m$^3$ [22] became approximately 0.04 pCi/m$^3$.

The applicable permissible concentrations of $^{239}$Pu in air in uncontrolled areas accessible to members of the public for the period from 1952 through 1989 are summarized in Table IV-1.

### Table IV-1
### Permissible $^{239}$Pu Concentration in Air

| Dates | (pCi/m$^3$) |
|---|---|
| January 3, 1951 - August 28, 1957 | 2.0 |
| August 29, 1957 - August 11, 1963 | 0.2 |
| August 12, 1963 - August 4, 1985 | 0.33 |
| August 5, 1985 - December 31, 1989 | 0.04 |

---

[20] "Environmental Protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1A, U.S. Department of Energy, August 13, 1981.

[21] "Radiation Protection of the Public and the Environment", DOE Order 5400.5, U.S. Department of Energy, February, 1990.

[22] "Internal Dose Conversion Factors for Calculation of Dose to the Public", DOE/EH-0071, U.S. Department of Energy, 1988.

Measured concentrations of radioactive materials in air at a specific location averaged over periods of up to one year, i.e., annual average concentrations, may be used when comparing environmental concentrations with the applicable permissible concentration standards.[18,19]

The applicable permissible concentrations in air for other radionuclides associated with operations at RFP are given in the references noted above for $^{239}$Pu. As with the standards for concentrations of $^{239}$Pu in air, the standards for concentrations of other radionuclides have changed as the knowledge of the metabolism of those radionuclides increased and as radiation protection recommendations evolved.

### IV.C  STANDARDS FOR PLUTONIUM-239 IN WATER

In the absence of definitive measurement data to the contrary, it is assumed that the chemical form of plutonium in water released from operations at RFP are compounds that are relatively soluble in water.

The applicable permissible concentration of $^{239}$Pu in water specified by the AEC on January 3, 1951, for "the guidance of AEC and AEC-installation personnel", was $1.5 \times 10^{-6}$ $\mu$Ci/cm$^3$, equal to 1,500 picocuries per liter (pCi/L).[2] This limit was specifically agreed upon in the Tripartite Conferences[3] and affirmed by the ICRP on June 29, 1951.[4]

On February 26, 1954, the AEC issued Manual Chapter 0522 that specified the "codes and standards that may be used for guidance in questions pertaining to radiation protection."[16] Included in the list of standards was NBS Handbook 52, which listed the applicable "maximum permissible concentration in water" of $^{239}$Pu as $1.5 \times 10^{-6}$ $\mu$Ci/cm$^3$ (1,500 pCi/L).[6]

AEC Manual Chapter 0550 was issued on August 29, 1957, and included reference to the NCRP recommendations of January 8, 1957. Those recommendations of the NCRP for radionuclides that could give an internal dose included the statement, "[f]or individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures."[12] This additional requirement changed the applicable permissible concentration for $^{239}$Pu in water in uncontrolled areas to 150 pCi/L, effective August 29, 1957.[17]

On August 12, 1963, the AEC issued Manual Chapter 0524, "Standards for Radiation Protection", that included a table of "Concentrations in Air and Water Above Natural Background", derived from the values in NBS Handbook 69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure."[7] The applicable permissible concentration of $^{239}$Pu in water listed in Manual Chapter 0524 was $5 \times 10^{-6}$ $\mu$Ci/cm$^3$ (5,000 pCi/L).[18]

AEC Manual Chapter 0524 (August 12, 1963) also included the provision, "the average exposure of a suitable sample of an exposed population group is not in excess of one-third of

annex 1, table II standards." Therefore, the applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas became 1,667 pCi/L on August 12, 1963.[18]

Subsequent versions of AEC and ERDA Manual Chapter 0524 continued in effect until May 5, 1980, when DOE issued Order DOE 5480.1, including Chapter XI, "Requirements for Radiation Protection". The applicable permissible concentration of $^{239}$Pu in water continued to be 1,667 pCi/L. [This included application of the three-fold reduction "when applied to a suitable sample of the population."][20]

On August 13, 1981, DOE issued Order DOE 5480.1A, "Environmental Protection, Safety, and Health Protection Program for DOE Operations." The applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas continued to be 1,667 pCi/L.[20] DOE Order 5480.1A was superseded by DOE Order 5400.5 on February 8, 1990.[21]

Implementation of the radiation dose standard (100 mrem per year) contained in the August 5, 1985 DOE memorandum, along with the intake to dose conversion factor for ingested $^{239}$Pu given in DOE/EH-0071 and an annual water consumption of 730 L[22], the applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas became 30 pCi/L.

The applicable permissible concentrations of $^{239}$Pu in water in uncontrolled areas accessible to members of the public for the period from 1952 to 1989 are summarized below:

**Table IV-2**
**Permissible $^{239}$Pu Concentration in Water**

| Dates | (pCi/L) |
|---|---|
| January 3, 1951 - August 28, 1957 | 1,500 |
| August 29, 1957 - August 11, 1963 | 150 |
| August 12, 1963 - August 4, 1985 | 1,667 |
| August 5, 1985 - December 31, 1989 | 30 |

Measured concentrations of radioactive materials in water at a specific location averaged over periods of up to one year, i.e., annual average concentrations, may be used for the purpose of comparing environmental concentrations with the permissible concentration standards.[18, 19]

The applicable permissible concentrations in water for other radionuclides associated with operations at RFP are given in the references noted above for $^{239}$Pu. As with the standards for concentrations of $^{239}$Pu in water, the standards for concentrations of other radionuclides have changed as the knowledge of the metabolism of those radionuclides increased and as radiation protection recommendations evolved.

## VII   COMPLIANCE WITH STANDARDS

### VII.A   PLUTONIUM-239 IN AIR

Concentrations of radioactive materials in air in the vicinity of RFP have been measured since 1952. A complete description of the air monitoring programs at RFP from 1952 through 1989 was given in Chapter V. The locations at which off-site air concentrations were measured from 1953 to 1970 are shown in Figure V-3. The locations at which off-site air concentrations were measured from 1970 to 1987 are shown in Figure V-4.

From 1952 to 1970, measurements were made of total long-lived, alpha particle-emitting radioactive material (TLL$\alpha$) in air in the vicinity of RFP. As noted previously, $^{239}$Pu is a long-lived alpha particle emitter, and, as such, the concentrations of $^{239}$Pu in air in the vicinity of RFP from 1952 to 1970 were included with the TLL$\alpha$ concentration measurements. Annual average concentrations of TLL$\alpha$ in air (in units of pCi/m$^3$) at off-site monitoring locations near RFP from 1953 to 1970 are shown in Figure VI-4. The annual average concentrations of TLL$\alpha$ in air measured at off-site air monitoring locations from 1953 to 1970 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure VII-1.



**Figure VII-1**
**Comparison of RFP Annual Average Air Concentrations with $^{239}$Pu Standards, 1953 - 1970**

The data shown in Figure VII-1 are difficult to see because the measured concentrations are extremely low when compared with the applicable permissible concentrations.

After 1970, direct measurements were made of concentrations of $^{239}$Pu in air in the vicinity of RFP. Annual average concentrations of $^{239}$Pu in air at off-site monitoring locations near RFP from 1971 to 1989 are shown in Figures VI-5 and VI-6. The annual average concentrations of $^{239}$Pu in air measured at off-site air monitoring locations from 1971 to 1989 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure VII-2 and Figure VII-3. [Once again, data are shown, but are so far below the applicable permissible concentrations that they are difficult to see.]



**Figure VII-2**
**Comparison of RFP Perimeter Annual Average Air Concentrations with $^{239}$Pu Standards, 1971 - 1989**



**Figure VII-3**
**Comparison of RFP Annual Average Air Monitoring Data from Community Monitors with $^{239}$Pu Standards, 1971 - 1989**

A comparison of the applicable permissible concentrations for $^{239}$Pu in air and the air monitoring data for off-site areas in the vicinity of the RFP show that the applicable permissible concentrations of $^{239}$Pu in air at those locations were not exceeded from 1953 through 1989.

### VII.B   PLUTONIUM-239 IN SURFACE WATER

Concentrations of radioactive materials in surface water in the vicinity of RFP have been measured since 1952. A complete description of the surface water monitoring programs at RFP from 1953 through 1989 was given in Chapter V. The locations at which surface water concentrations were measured from 1953 to 1989 are shown in Figure V-14.

Annual average concentrations of plutonium plus uranium in water (in units of pCi/L) from reservoirs and drinking water systems near RFP from 1953 to 1970 are shown in Figures VI-14 and VI-16. The annual average concentrations of plutonium plus uranium in water measured in reservoirs and at tap water sampling locations from 1953 to 1970 and the applicable permissible concentrations of $^{239}$Pu in water for the same period are shown in Figure VII-4 and Figure VII-5. [Data are shown but are difficult to see because measured concentrations are extremely low when compared with the applicable permissible concentrations.]



**Figure VII-4**
Comparison of Annual Average Data from Reservoirs with $^{239}$Pu Standards, 1953 - 1970.



**Figure VII-5**
Comparison of Annual Average Data from Tap Water with $^{239}$Pu Standards, 1953 - 1970

Annual average concentrations of plutonium in water (in units of pCi/L) in reservoirs and tap water near RFP from 1971 to 1989 are shown in Figures VI-14 and VI-16. The annual average concentrations of plutonium in water measured at these locations from 1971 to 1989 and

the applicable permissible concentrations of $^{239}$Pu in water for the same period are shown in Figure VII-6 and Figure VII-7.

A comparison of the applicable permissible concentrations for $^{239}$Pu in water and the surface water monitoring data for off-site areas in the vicinity of the RFP, show that the applicable permissible concentrations of $^{239}$Pu in water at those locations were not exceeded from 1953 through 1989.



**Figure VII-6**
Comparison of Annual Average Data from Reservoirs with $^{239}$Pu Standards, 1971 - 1989.



**Figure VII-7**
Comparison of Annual Average Data from Tap Water with $^{239}$Pu Standards, 1971 - 1989

## VII.C  OTHER RADIONUCLIDES IN AIR AND WATER

Concentrations of radionuclides other than $^{239}$Pu have been measured in air and water in the vicinity of RFP since 1952. The concentrations of these radionuclides have been reported in the numerous monitoring reports referenced in Chapter VI.

As with $^{239}$Pu, a comparison of the applicable permissible concentrations for other radionuclides associated with operations of RFP and the environmental monitoring data for those radionuclides, show that the applicable permissible concentrations of those radionuclides in air and water were not exceeded from 1953 through 1989.