# SUPPLEMEMENTAL EXPERT REPORT REGARDING ENVIRONMENTAL RELEASES AT THE ROCKY FLATS PLANT

Prepared by:

John R. Frazier, Ph.D., CHP
Auxier & Associates, Inc.
9821 Cogdill Road, Suite 1
Knoxville, Tennessee 37932

Prepared for:

Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

August 6, 2004

## Introduction

This report has been prepared at the request of attorneys with Kirkland & Ellis, counsel for defendants in the matter of Merilyn Cook, et al., v. Rockwell International Corporation and The Dow Chemical Company (U.S. District Court – Colorado, Case No. 90-K-181). This report serves as a supplement to the Expert Report of Dr. John A. Auxier (Auxier & Associates, Inc.) that was submitted on November 25, 1996, and addresses specific topics that have arisen since the 1996 Expert Report and that are relevant to the environmental releases from the Rocky Flats Plant (RFP).

## Review of Relevant Documents Published Since 1996

Since submission of the November 25, 1996 Expert Report I have reviewed numerous additional documents pertaining to environmental releases at the RFP. The attached list of documents contains specific published information that I have reviewed since the 1996 Expert Report. The information contained within those documents does not conflict with the statements and opinions contained in the 1996 Expert Report. Furthermore, the information in the listed reports is consistent with the statements and opinions of the 1996 Expert Report. I have also reviewed the annual environmental monitoring reports for RFP since 1996. Those reports are available on the RFP internet site at www.rfets.gov. I have found nothing within those reports that change the statements or opinions in the 1996 Expert Report.

## Publications of the International Commission on Radiological Protection (ICRP) Since 1996

There have been 18 reports of the ICRP issued since the November 25, 1996 Expert Report. A list of those reports is found on the ICRP internet site [www.icrp.org]. The specific reports of the ICRP since 1996 (Publication No. 75 through No. 92) do not introduce information that conflicts with the statements or conclusions of the November 25, 1996 Expert Report. Most of the information contained in those ICRP reports is not relevant to matters pertaining to the RFP in this case. Consideration of the ICRP reports issued since 1996 does not lead to any changes in the opinions presented in the 1996 Expert Report.

## Federal Standards for Radionuclides and Radiation Protection

No new or revised Federal standards have been issued since the November 25, 1996 Expert Report that are applicable to radioactive materials at or near the Rocky Flats Plant or to radiation doses to members of the public from operations at DOE facilities. The Federal standards for plutonium in environmental media that were listed in the 1996 Expert Report have not changed or been replaced since the issuance of that report.