# EXPERT REPORT

## Historical Public Exposures Studies on Rocky Flats

**August 6, 2004**

*Submitted to Kirkland and Ellis LLP*
*in support of Cook et al. v. Rockwell et al., U.S. District Court for the District of Colorado, No.*
*90-K-181*



"Setting the standard in environmental health"

**Risk Assessment Corporation**
417 Til Road, Neeses, SC 29107
Phone 803.536.4883  Fax 803.534.1995

20

individual who matured during the exposure period. Table 6 lists key features of the exposure scenarios used in the analysis.

The five exposure scenarios were organized according to occupational and non-occupational activities. Occupational activities included work, school, and extracurricular activities away from the home. Non-occupational activities included time spent at home doing chores, sleeping, and leisure activities. In these calculations, the person r was assumed to perform occupational and non-occupational activities at the same location. The age of the individual during which exposure occurred was also considered when calculating risk. In addition, the scenarios were location independent, which allowed the spatial-dependency of risk for each scenario within the model domain to be observed.

**Table 6. Exposure Scenario Descriptions**

| Exposure scenario | Gender | Year of birth | Year beginning exposure | Year ending exposure | Days per year exposed |
|---|---|---|---|---|---|
| Laborer | Male | 1934 | 1953 | 1989 | 365 |
| Homemaker | Female | 1934 | 1953 | 1989 | 350 |
| Office worker | Female | 1940 | 1965 | 1989 | 350 |
| Infant-child | Female | 1953 | 1953 | 1960 | 350 |
| Student | Male | 1957 | 1964 | 1974 | 350 |

## Risk Factors (R)

Combining the exposure scenarios with the time-integrated air concentration at the location of interest allowed the total contaminant intake via inhalation to be estimated. Plutonium dose and risk coefficients were developed specifically for this project (Grogan et al. 2001); the risk factors were used in calculations discussed here. Published EPA risk factors (also called slope factors) for chemicals were used to convert contaminant intake to estimates of incremental lifetime cancer incidence risk.

### *Plutonium*

The principal plutonium isotopes of concern at the RFP are 239Pu and 240Pu. Lung, liver, bone, and bone marrow were shown to be the principal organs of concern (Grogan et al. 2001), and the dose per unit activity inhaled varied for these four tissues. Furthermore, the dose per unit activity also varied depending on the particle size distribution of the inhaled plutonium aerosol. Three different particle size distributions (1, 5, and 10-μm AMAD and GSD of 2.5) were assumed to characterize plutonium releases from the RFP. Lifetime cancer incidence risk coefficients with uncertainties for plutonium inhalation were developed for lung, liver, bone, and bone marrow (leukemia) as part of the project (Grogan et al. 2001) using four independent sources of information:

1. Epidemiological studies of workers exposed to plutonium in Russia
2. The dose response relationship observed in the Japanese atomic bomb survivors exposed primarily to gamma (low-linear energy transfer) radiation combined with a relative biological

effectiveness factor to account for the difference in biological effectiveness of alpha radiation compared to gamma radiation

    3. Human dose-response relationships determined for populations exposed to other alpha-emitting radionuclides (mainly radon, thorium, and radium)

    4. The results of controlled experiments with animals exposed to plutonium and other alpha-emitting radionuclides, and extrapolated to humans.

The independent cancer risk coefficient distributions were combined to develop an overall cancer incidence risk coefficient distribution that accounted for both the uncertainties associated with the estimate and an assigned intrinsic merit of the approach. These analyses are described in detail in Grogan et al. 2001.

## Carbon Tetrachloride

Although acute and chronic inhalation exposure to carbon tetrachloride may cause toxic injury to the liver, kidney, and nervous system, liver cancer is the health effect expected to occur at lower exposure concentrations. The EPA (1998a) classifies carbon tetrachloride as a probable human carcinogen because it has been shown to cause liver cancer in several animal species; however, studies of workers exposed to high levels of carbon tetrachloride are inconclusive.

Liver cancer risk from carbon tetrachloride inhalation was calculated using cancer risk factors established by the EPA (Rood et al. 2001a). The EPA cancer risk factor represents the 95% upper confidence limit of the probability of a carcinogenic response per daily unit intake of a chemical over 70 years. Uncertainty in the risk factor was also accounted for in the analysis.

## Beryllium

Beryllium is classified as a B1 probable human carcinogen (EPA 1998b) because even though numerous studies have shown that beryllium compounds are carcinogenic in experimental animals by several routes of exposure (including inhalation), there has been debate as to whether beryllium causes cancer in humans. A number of epidemiological studies have reported an increased risk of lung cancer in beryllium workers, but deficiencies in the studies have not allowed an unequivocal conclusion to be reached.

Cancer risk factors established by the EPA were used for calculating lung cancer risk from beryllium inhalation. Uncertainty in the cancer risk factor values was accounted for based on the relative risk estimates from an occupational epidemiological study used by the EPA to determine the risk factors (McGavran et al. 1999). Beryllium can also cause a serious progressive granulomatous disease called chronic beryllium disease. Although the lung is primarily involved, it is a systemic disease, and granulomatous inflammation may involve other organs. No clear dose-response relationship or duration of exposure-response relationship has been established for chronic beryllium disease, which is interpreted as involving a delayed hypersensitivity that may be induced by very low exposures. The estimated beryllium air concentrations were compared to the EPA's established reference concentration (RfC) for beryllium of $2.0 \times 10^{-2}$ µg m$^{-3}$ (EPA 1998b). The EPA defines the RfC as an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without appreciable risk of deleterious effects during a lifetime. The RfC was