**In The Matter Of:**

*MERILYN COOK, ET AL.  v.*
*ROCKWELL INTERNATIONAL CORPORATION, ET AL.*

---

*STEVEN BENNETT WING, PH.D.*
*March 18, 1997*

---

*Huseby & Associates*
*Registered Professional Reporters*
*First Union Capital Center-Suite 2700*
*150 Fayetteville Street Mall*
*Raleigh, NC  27601*
*(800) 333-2082     FAX: (800) 442-2082*

Original File wing, 259 Pages
Min-U-Script® File ID: 1100824641

**Word Index included with this Min-U-Script®**

Case No. 1:90-cv-00181-JLK   Document 1472-7   filed 09/29/05   USDC Colorado   pg 2 of 2

STEVEN BENNETT WING, PH.D.
March 18, 1997

MERILYN COOK, ET AL. v.
ROCKWELL INTERNATIONAL CORPORATION, ET AL.

### Page 77

[1] see a specific reference to it on page 5, but I do
[2] believe it's in the citations – there was a report of
[3] the Physicians for Social Responsibility in 1992, and
[4] that's a document that you rely on for your opinions in
[5] this report?
[6] A: In part.
[7] Q: Is there something else from the Physicians
[8] for Social Responsibility that you reviewed that forms
[9] the basis for your opinions in this report?
[10] A: Not other documents that are cited in support
[11] of specific points. I may have read other articles or
[12] reports or information produced by that organization in
[13] the course of my routine review of materials on this
[14] topic, which would be a part of how I formed my opinion
[15] about these materials.
[16] Q: But nothing cited in the references section of
[17] your report? Do you know whether anything else from the
[18] Physicians for Social Responsibility is cited in the
[19] references section?
[20] A: There may be a paper from the Physicians for
[21] Social Responsibility quarterly, which is a journal that
[22] was produced by this group. But no other reports that
[23] would be analogous to the 1992 study that you're
[24] referring to.
[25] Q: Any other materials authored by the Physicians

### Page 78

[1] for Social Responsibility that are included in your
[2] plutonium health effects bibliography?
[3] A: Not any reports or summary documents or
[4] studies other than the documents that we've already
[5] talked about.
[6] Q: Are there any other documents that were
[7] produced in this case that you have reviewed?
[8] A: Perhaps I should rehearse what we have
[9] discussed. They include the documents from the Los
[10] Alamos health division.
[11] Q: The scanned documents, correct?
[12] A: Right. Or hard copies of documents on that
[13] data base.
[14] Q: Correct.
[15] A: The Advisory Committee on Biology and Medicine
[16] minutes; the SPEERA hearing report and the supporting
[17] documents from the hearings; the Physicians for Social
[18] Responsibility report; reports from other government
[19] agencies which are cited here that you brought up, the
[20] depositions we've mentioned earlier, or reports of other
[21] experts in the case.
[22] Q: Which you named, correct?
[23] A: Let's see. Since the report was written, I've
[24] reviewed material from the Journal of Science about the
[25] incident at which Mueller was to present a paper at

### Page 79

[1] United Nations meeting.
[2] Q: And what you're referring to now are documents
[3] that Mr. Berger has provided to me, correct?
[4] MR. BERGER: That's correct.
[5] Q: That's not what I'm getting at here, I guess.
[6] There are documents in a lawsuit that – different
[7] parties produce documents to each other. Okay?
[8] A: Okay.
[9] Q: Are there any other documents that were
[10] produced by either parties or third parties in this
[11] case, which are people other than the plaintiffs and the
[12] defendants, that you reviewed?
[13] A: Not that I recall right now. I think we have
[14] a pretty comprehensive list of the materials.
[15] Q: And that's represented in your report, which
[16] is Wing Deposition Exhibit 1?
[17] A: That's right.
[18] Q: Did you know that Dow Chemical Company
[19] produced documents in this case to the plaintiffs?
[20] A: No.
[21] Q: So you did not review those?
[22] A: No.
[23] Q: Did you know that Rockwell International
[24] Corporation produced documents in this case to the
[25] plaintiffs?

### Page 80

[1] A: I am not familiar with any of those. I guess
[2] I would assume that these individuals being involved in
[3] the case would produce documents, but I have not
[4] reviewed their documents.
[5] Q: The documents produced by Rockwell?
[6] A: Right.
[7] Q: For your work on this case, Dr. Wing, have you
[8] gone to any other document depositories in the United
[9] States to collect primary materials, and that's
[10] specifically for your work in this case?
[11] A: We used the materials available at local
[12] universities.
[13] Q: Any others?
[14] A: No.
[15] Q: How did the people who were working for you,
[16] your research associates, prepare, or how do they report
[17] their results to you?
[18] A: We produced a form in which the review of an
[19] article could be reported.
[20] Q: Is this under Methods on page 5 of your
[21] report; is that what you talk about where you say "The
[22] data base was used to generate an abstract form for each
[23] article to be used by the reviewer to note key features
[24] of the research," and the sentence continues on?
[25] A: Yes, that's correct.