# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

___

## DEFENDANTS' STATEMENT REGARDING THE JURY VERDICT
___

Pursuant to the Court's instruction at the September 22, 2005 pretrial conference, defendants hereby state that they would agree to allow a jury to reach a non-unanimous verdict in the following fashion: (a) a jury of ten to twelve could reach a verdict in which up to two jurors do not join; (b) a jury of six to nine could reach a verdict in which up to one juror does not join.

Dated: September 29, 2005         Respectfully submitted,

       /s/ John E. Tangren_____
       One of the Attorneys for the Defendants
       David M. Bernick
       Douglas J. Kurtenbach
       Ellen Therese Ahern
       Mark J. Nomellini
       John E. Tangren

2

KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                /s/ Kari Knudsen_____