# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

### DEFENDANTS' LIST OF WITNESSES AND ATTORNEYS FOR ATTACHMENT TO THE JURY QUESTIONNAIRE
_____

Pursuant to the Court's instruction at the September 22, 2005 pretrial conference, defendants hereby submit as Exhibit A their list of witnesses and attorneys, and identify their occupation and place of residence (as concurrently known to defendants), for attachment to the jury questionnaire.

Dated:  September 29, 2005                  Respectfully submitted,

                                                    /s/ John E. Tangren_____
                                                    One of the Attorneys for the Defendants
                                                    David M. Bernick
                                                    Douglas J. Kurtenbach
                                                    Ellen Therese Ahern
                                                    Mark J. Nomellini

2

John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                            /s/ Kari Knudsen_____