**Defendants' List of Witnesses and Attorneys**

| Witness | Vocation | Location |
| --- | --- | --- |
| Amen, William | Retired | Longmont, CO |
| Babb, Lorren | Deceased | N/A |
| Blaha, Frank | Senior Project Manager at the AWWA Research | Golden, CO |
| Bowman, Herb | Retired | Rio Rancho, NM |
| Calkins, Kenneth | Retired | Golden, CO |
| Chabin, Susan | Director of Development at Havern Center | Arvada, CO |
| D'Arge, Ralph | Emeritus Professor at the University of Wyoming | Paris, KY |
| Deimer, Rhonda | Oil and Gas Title Analyst | Arvada, CO |
| Deimer, Thomas | Plumbing Contractor | Arvada, CO |
| Dorchester, Don | Founder of The Dorchester Group | Prescott, AZ |
| Dunshee, Donald | President and CEO of the Broomfield Economic Council | Broomfield, CO |
| Foreman, Lee | Attorney | Boulder, CO |
| Frazier, John | Senior Radiological Scientist with Auxier & Associates | Knoxville, TN |
| Freiburg, Kenneth | Retired | Berthoud, CO |
| Griffin, F. O'Neil | Investor | Kerrville, TX |
| Hauptman, Ron | President and CEO of Remington Homes Colorado | Arvada, CO |
| Hazle, Albert | Retired | Arvada, CO |
| Holl, Jack | Professor and Associate Dean at Kansas State University | Dallas, TX |
| Ladwig, Ed | Retired | Arvada, CO |
| Lavelle, James | Toxicologist with CDM Consulting | Denver, CO |
| Marais, Laurentius | Vice President of Wecker & Associates | Novato, CA |
| McFadden, Daniel | Professor at University of California, Berkeley | Berkeley, CA |
| Millage, Deborah | Real Estate Agent | Arvada, CO |
| Moorehouse, Richard | Retired | Arvada, CO |
| Nowlin, David | Loan Manager | Engelwood, CO |
| Osborn, John | CEO of Village Homes Denver | Littleton, CO |
| Putzier, Edward | Retired | Boulder, CO |
| Raabe, Otto | Professor at the University of California, Davis | Davis, CA |
| Rodricks, Joseph | Founding Principal of Environ | Arlington, VA |
| Rogers, Robert | Deceased | N/A |
| Sandoval, Stephen | Food Services | Westminster, CO |
| Siebert, Bryan | Consultant | Scotland, MD |
| Slack, Donald | Partner at Westfield Development Company | Denver, CO |

| | | |
|---|---|---|
| Ten Eyck, Thomas | Land Investor and Developer | Denver, CO |
| Terry, Robert W. | Health Physicist with the Colorado Department of Public Health and Environment | Denver, CO |
| Till, John | Founder and President of Risk Assessment Corporation | Neeses, SC |
| Wecker, William | President of Wecker & Associates | Novato, CA |
| Weston, William F. | Retired | Newbury Park, CA |
| Whicker, F. Ward | Professor at Colorado State University | Fort Collins, CO |
| Whiteman, Albert | Assistant Manager, Office of Technology and Site Programs, Department of Energy | Albuqurque, NM |
| Whipple, Christopher | Principal at Environ | Emeryville, CA |
| Willlging, James | Retired | Fort Collins, CO |
| Wise, Kenneth | Principal at The Brattle Group | San Francisco, CA |

| **Attorney** | **Vocation** | **Location** |
|---|---|---|
| Ahern, Ellen | Attorney | Chicago, IL |
| Bernick, David | Attorney | Chicago, IL |
| Beutler, Erica | Attorney | Chicago, IL |
| Brennan, Stephanie | Attorney | Chicago, IL |
| Bronesky, Joseph | Attorney | Denver, CO |
| Golden, James | Attorney (admission pending) | Chicago, IL |
| Haywood, Amy | Attorney | Chicago, IL |
| Kurtenbach, Douglas | Attorney | Chicago, IL |
| Lane, Christopher | Attorney | Denver, CO |
| McMillin, Scott | Attorney | Chicago, IL |
| Nomellini, Mark | Attorney | Chicago, IL |
| Obhof, Larry | Attorney | Chicago, IL |
| Park, Jane | Attorney | Chicago, IL |
| Poland, Douglas | Attorney | Madison, WI |
| Snow, Robert | Attorney | Chicago, IL |
| Tangren, John | Attorney | Chicago, IL |
| Woolley, Allen | Attorney | Chicago, IL |