**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' PRE-TRIAL SUBMISSIONS, AND DEFENDANTS' STATEMENT
REGARDING STATUS OF PRE-TRIAL SUBMISSIONS, INCLUDING WITNESS
LISTS, DEPOSITION DESIGNATIONS, PROPOSED STIPULATIONS, EXHIBIT
LISTS, DEMONSTRATIVES, AND PRE-TRIAL ORDER**

_____

      Pursuant to the Court's instructions at the September 22 pre-trial conference and pre-trial discussions between the parties, defendants submit the pre-trial documents attached hereto (as described below), and defendants' statement regarding the status of pre-trial submissions, including: (1) witness lists (defendants' good-faith current witness list, which is subject to amendment, is attached as Exhibit A); (2) deposition designations (defendants' deposition designations are attached as Exhibit B); (3) defendants' proposed stipulations (defendants' proposed stipulations are attached as Exhibit C); (4) exhibit lists; (5) demonstratives; and (6) proposed pre-trial order (defendants' proposed pre-trial order attached as Exhibit D).

Witness Lists:  On September 21, the parties agreed that plaintiffs would provide their order of call of witnesses on September 30, and defendants would provide their order of call of witnesses two Fridays before the beginning of defendants' case-in-chief.  (Ex. E.)  On September 24, following the September 22 pre-trial conference, plaintiffs reaffirmed in writing their agreement to provide plaintiffs' order of call of witnesses on September 30.  (Ex. F.)  Plaintiffs have since stated that they will not provide their order of call of witnesses on September 30, which is contrary to the parties' agreement.

Any failure by plaintiffs to disclose their order of witnesses at this stage is simply hiding the ball.  At last count, plaintiffs had listed forty-eight witnesses.  Counsel for the plaintiffs have acknowledged that many witnesses might not be called.  This puts defendants in an untenable position with respect to preparing for plaintiffs' witnesses, effectively requiring defendants to prepare for forty-eight witnesses at the same time.

Accordingly, defendants request that the Court order plaintiffs to honor their agreement regarding the exchange of an order of call of witnesses, and provide defendants with plaintiffs' order of call of witnesses on September 30, 2005.

Defendants' current good-faith witness list, which is subject to amendment, is attached hereto as Exhibit A.

Deposition Designations.  On September 19, 2005, September 24, and September 28, defendants indicated to plaintiffs that defendants were prepared to exchange deposition designations, and defendants asked plaintiffs to let defendants know when plaintiffs were also

prepared to do so.  (Exs. G–I, Emails of 9/19/05, 9/24/05, and 9/28/05.)  Plaintiffs have not responded to defendants regarding a date for exchanging deposition designations.

Accordingly, defendants submit their deposition designations as Exhibit B hereto.[1]

<u>Stipulations:</u>  Defendants provided proposed stipulations to plaintiffs on September 27, 2005.  (Ex. J.)  Plaintiffs have not responded to defendants' proposed stipulations.  Accordingly, defendants attach their proposed stipulations as Exhibit C hereto.

<u>Exhibits:</u>  The parties have agreed that exhibits to be used with specific witnesses be disclosed and exchanged by 9 a.m. on the day before the witness is to be called, and the Court has so ordered in its September 28, 2005 Order.

<u>Demonstratives:</u>  Defendants have made two installments of disclosures of demonstratives to plaintiffs.  (Exs. K–L.)  Plaintiffs have made no disclosures of any demonstratives to defendants.

<u>Pre-trial order:</u>  Defendants provided plaintiffs with defendants' latest draft of the pre-trial order on September 21, 2005.  (Ex. M.)  Plaintiffs have not provided comments on defendants' September 21 draft of the pre-trial order.  Accordingly, defendants attach as Exhibit D the proposed pre-trial order that defendants provided to plaintiffs on September 21, with certain changes to reflect intervening events, as disclosed in footnote 1 of Exhibit D.

---

[1] Defendants have not designated from depositions of those witnesses who are currently on plaintiffs' witness list.  Defendants reserve the right to designate from the depositions of any such witnesses who plaintiffs do not call at trial.

Defendants respectfully request that the Court order plaintiffs to provide defendants with plaintiffs' order-of-call of witnesses on September 30, consistent with the prior agreement of the parties and with fundamental fairness.

Dated: September 29, 2005                              Respectfully submitted,

 

_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200


Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

4

5

**CERTIFICATE OF SERVICE**

      I, Kari Knudsen, hereby certify that a true and correct copy of the foregoing was served this 29th Day of September, 2005, upon the following counsel by email, facsimile, and hand delivery:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

                                                                                        _____
                                                                                        Kari Knudsen (legal assistant)