
A

# Defendants' September 29, 2005 Witness List[1]

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Amen, William | Longmont, CO | Mr. Amen purchased the Babbs' property. He will testify about the circumstances surrounding the sale and living and owning property in the area. |
| Blaha, Frank | Golden, CO | Mr. Blaha is both a former Rockwell employee and expert who will testify concerning his experiences at Rocky Flats, Dow's and Rockwell's waste management practices, wastewater treatment, the remediation and closure of Rocky Flats, surface water and groundwater operations and monitoring and Rockwell's regulatory compliance. Mr. Blaha's testimony will include opinions consistent with his expert disclosures. |
| Bowman, Herb | Rio Rancho, NM | Mr. Bowman is a former Dow employee. He will testify about matters relating to plant operations, waste disposal, installation of the 903 pad, Dow management, contract issues, the 1969 fire, inventory issues, site selection and other issues relating to the Dow era. |
| Calkins, Kenneth | Golden, CO | Mr. Calkins is a former Dow and Rockwell employee. He is expected to testify regarding solvent and oil disposal, activities of the research and development staff, aspects of the 1957 and 1967 fires, plutonium processing operations, wastewater treatment, and other issues relating to the Dow era. |

[1] Pursuant to the agreement of the parties, attached is defendants' good-faith current witness list, which is subject to amendment. The attached list sets forth the witnesses that Defendants may call live. Defendants' deposition designations are separately attached to this filing.

| **Defendants' Witnesses** | **Location** | **Nature and Purpose** |
|---|---|---|
| D'Arge, Ralph | Paris, KY | Dr. d'Arge is an expert who is the John S. Bugas Distinguished Professor Emeritus of Economics at the University of Wyoming, and who will testify regarding plaintiffs' property damage claims and the methodologies used by plaintiffs' experts, including the analogous case studies methodology and the survey methodology. |
| Dorchester, Don | Prescott, AZ | Mr. Dorchester is an expert and the founder of The Dorchester Group, a real estate appraisal and consulting firm, and former president of The Appraisal Institute. He will testify regarding real estate values, development, and trends within and outside of the class area, publicity about Rocky Flats, and plaintiffs' claims of property value diminution from Rocky Flats. Mr. Dorchester will also testify regarding the methodologies used by plaintiffs' property damage experts. |
| Dunshee, Donald | Broomfield, CO | Mr. Dunshee is President and CEO of the Broomfield Economic Development Corporation and former President of the Jefferson County Economic Council. He will testify about property values and development over time related to Rocky Flats and other issues. |
| Foreman, Lee | Boulder, CO | Mr. Foreman is a Denver attorney. It is anticipated that, if necessary, he will offer testimony related to the FBI raid, investigation of the Rocky Flats plant following the raid, Rockwell's plea agreement, and factual background and issues related to these subjects. |
| Frazier, John | Knoxville, TN | Dr. Frazier will testify about radiation, dose, dosimetry, metabolism, compliance with standards, risk, health effects, health physics, and environmental monitoring. |
| Freiberg, Kenneth | Berthoud, CO | Mr. Freiberg is a former Dow and Rockwell employee. He is expected to testify regarding Dow's health physics program, aspects of Dow's environmental monitoring program, waste disposal, and other issues relating to the Dow era. |

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Hauptman, Ron | Arvada, CO | Mr. Hauptman is President of Remington Homes. He will testify about property values and development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |
| Holl, Jack | Dallas, TX | Dr. Holl is a professor of history and the former historian of the DOE. He will testify about matters addressed in his report, including the history of the nuclear weapons complex, classification policy, and the mission of the Rocky Flats plant. |
| Ladwig, Ed | Arvada, CO | Mr. Ladwig is a member of the class. He will testify about the impact of Rocky Flats on property values and development over time related to Rocky Flats. |
| Lavelle, James | Denver, CO | Dr. Lavelle is a toxicologist and was a member of the Health Advisory Panel. He will testify about the HGP dose reconstruction project. |
| Marais, Laurentius | Novato, CA | Dr. Marais is Vice President of William G. Wecker Associates, Inc., a statistical and mathematical consulting firm. He is an expert and will testify regarding Plaintiffs' risk, MUF, and property damage claims, and the analyses conducted by plaintiffs' experts Cochran, Hunsperger, Radke, and Goble. |
| McFadden, Daniel | Berkeley, CA | Dr. McFadden is an expert who will testify regarding plaintiffs' claims of property value diminution from Rocky Flats. Dr. McFadden will also testify regarding the methodologies used by plaintiffs' experts and by Dr. Kenneth Wise addressing alleged property value diminution from Rocky Flats. |
| Millage, Deborah | Arvada, CO | Ms. Millage is a sales manager for Remington Homes, class member, and realtor. She will testify about property values, residential real estate transactions, development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Moorehouse, Richard | Arvada, CO | Mr. Moorehouse is a Remax Broker. He will testify about property values, residential real estate transactions, development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |
| Osborn, John | Littleton, CO | Mr. Osborn is President of Village Homes. He will testify about property values, development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |
| Putzier, Edward | Boulder, CO | Mr. Putzier is a former Dow and Rockwell employee. He is expected to testify regarding Dow's health physics and environmental monitoring programs, Dow management, the 1957 and 1969 fires, waste management and disposal, and other issues related to the Dow era. Mr. Putzier's testimony will include opinions consistent with his expert disclosures. He is expected to appear by video deposition. |
| Raabe, Otto | Davis, CA | Dr. Raabe is an expert in health physics and will testify regarding plutonium, its potential effects on humans, and other health risk issues. |
| Rodricks, Joseph | Arlington, VA | Dr. Rodricks will testify regarding non-radioactive materials, releases, fate and transfer in the environment, exposure and doses to members of the class, toxicity and toxicology, and health risks. |
| Slack, Donald | Denver, CO | Mr. Slack is Executive Vice President of Westfield Development Company, Inc. He will testify about property values and development over time related to Rocky Flats and other issues. |
| Terry, Robert W. | Denver, CO | Mr. Terry is an employee of the Colorado Department of Public Health and Environment. Mr. Terry will testify about the CDPHE's regulation of Rocky Flats, including monitoring and sampling programs, publicity, and public knowledge about alleged off-site releases, state standards, and property development in the off-site areas near Rocky Flats, etc. |

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Till, John | Neeses, SC | Dr. Till is the President of Risk Assessment Corporation ("RAC"). He will testify about the historical dose reconstruction project that RAC performed for Rocky Flats under the HAP. |
| Wecker, William | Novato, CA | Dr. Wecker is president of William G. Wecker Associates, Inc., a statistical and mathematical consulting firm. He is an expert and will testify regarding Plaintiffs' risk, MUF, property damage claims, and the analyses conducted by plaintiffs' experts Cochran, Hunsperger, Radke, and Goble. |
| Weston, William F. | Newbury Park, CA | Mr. Weston is a former Rockwell employee. He will testify about Rocky Flats plant operations, management, inventory issues, environmental regulatory issues and other matters concerning Rockwell's tenure at the plant. |
| Whicker, F. Ward | Fort Collins, CO | Dr. Whicker will testify regarding deposition, concentration, and transport of radionuclides in the environment/biosphere surrounding Rocky Flats. |
| Whipple, Christopher | Emeryville, CA | Dr. Whipple is an expert who will testify regarding risk assessment studies related to the Rocky flats plant, the remediation and closure of Rocky Flats and future risk from the site. He will also respond to and critique the opinions and conclusions of certain of plaintiffs' experts with regard to risk assessment and related issues. |
| Willging, James | Fort Collins, CO | Mr. Willging is a former Dow employee. He is expected to testify regarding aspects of Dow management, Dow's health physics and environmental monitoring programs, waste disposal practices, and plutonium processing operations. |
| Wise, Kenneth | San Francisco, CA | Dr. Wise is an expert who will testify regarding plaintiffs' claims of property value diminution from Rocky Flats. |