# B

## DEFENDANTS' DEPOSITION DESIGNATIONS

### Lorren Babb (07/07/1993)

3:7-8; 4:19-5:2; 5:7-14; 5:22-6:10; 6:25-7:12; 8:11-9:17; 10:2-10; 10:24-12:2; 12:6-25;13:7-12; 13:22-14:2; 14:7-15:24; 18:17-19:14; 20:17-21:6; 21:14-22; 22:22 -23:6; 24:3-25; 25:4-10; 25:15-23; 26:3-17; 29:13-30:20; 31:8-32:1; 35:8-22; 36:3-37:13; 37:18-23; 42:23-44:16; 53:13-54:4; 55:11-56:6; 56:22-24; 58:8-24; 61:5-11; 65 : 2-16; 66:24-68:18; 74:8-75:13; 75:18-77:3; 78:2-25; 79:3-12; 89:23-90:7; 95:20-25; 96:7; 96:22-25; 97:6-99:1; 134:2-4; 134:14-20; 135:3-12; 136:7-11; 136:19-25; 137:1-4; 137:9-138:13; 143:10-144:6; 144:18-25; 145:11-24; 150:16-21; 151:12-19; 151:24-152:3; 152:15-25; 153:24-154:9; 154:22-155:5

### Susan Chabin (05/25/2004)

4:11-17; 8:1-10; 29:8-25; 33:12-17; 60:25-61:7; 61:20-62:11; 62:20-63:8; 65:6-11; 65:19-66:4; 66:19-67:18; 69:3-69:12; 69:19-71:4; 71:9-72:4; 76:10-80:16; 83:15-25; 84:1-4; 85:6-87:7; 87:17-90:5; 91:13-92:23; 93:22-94:20; 96:5-97:17; 97:23-98:2; 98:23-25; 99:17-100:7; 102:17-103:25; 108:20-109:5; 109:16-20; 110:25-111:14; 112:10-14; 112:19-113:5; 113:23-114:10; 116:17-25; 119:6-120:11; 121:22-122:6; 122:16-123:13; 123:22-25; 139:11-140:3; 140:20-146:14; 147:16-148:4; 153:17-156:6; 156:11-156:20; 156:24-157:3; 157:10-158:14; 158:22-160:13; 160:25-161:13; 161:23-165:3; 165:11-168:5; 168:24-169:7; 170:11-171:8; 172:21-173:7; 173:12-174:12; 177:6-11; 177:23-178:7; 178:13-19; 179:16-181:5; 181:15-18; 182:12-183:4; 183:19-25; 185:16-23; 191:21-192:2; 192:8-193:7

### Rhonda Jean Deimer (09/19/1994)

4:13-16; 6:2-15; 6:22-24; 8:20-25: 14:4-13; 22:24-24:24; 29:24-30:4; 33:3-5; 33:20-34:21; 36:3-19; 45:6-20; 46:21-48:4; 51:13-22; 52:8-24; 53:22-55:7; 56:4-7; 56:16-58:13; 58:23-59:15; 59:21-60:3; 62:17-63:2; 63:9-64:15; 67:13-21; 71:18-19; 71:21; 73:22-74:8; 75:5-18; 75:21-25; 76:15-77:1; 79:11-80:21; 82:19-84:2; 86:18-87:14; 89:10-25; 90:4-25; 92:1-9; 95:25-96:6; 99:19-24; 101:12-17; 104:12-106:6; 107:7-108:21; 109:5-110:1; 110:16-21; 113:7-19; 114:10-17; 115:25-116:7; 152:15-153:14; 175:3-176:20; 181:6-20; 182:6-17; 183:17-184:25; 185:2-186:16; 190:14-191:14; 193:2-7; 197:1-20; 198:9-23; 199:4-200:3; 201:13-202:1; 202:12-15; 214:11-20; 218:23-220:2; 220:10-23; 223:16-224:5; 225:18-24; 226:24-227:1; 227:3-4; 228:12-229:6; 232:7-15; 243:8-11

### Thomas Deimer (09/20/2004)

5:18-6:5; 7:12-25; 8:1-7; 17:9-18:16; 24:12-19; 25:5-26:12; 27:4-11; 28:6-29:1; 30:1-10; 30:15-31:15; 35:20-37:2; 37:21-39:7; 41:18-43:12; 45:8-20; 46:13-48:22; 50:10-51:13; 55:9-56:1; ;57:7-10; 60:14-24; 61:1-24; 63:12-64:6; 66:7-11; 67:21-68:5; 69:3-13; 70:20-71:24; 79:25-81:23; 84:14-85:15; 89:4-90:6; 90:19-92:4; 94:21-24; 98:7-15; 103:5-9; 107:23-25; 108:9-18; 117:7-120:4; 123:15-124:5; 125:20-126:9; 129:17-20; 130:8-131:19; 134:1-21; 146:18-147:7; 151:5-15; 154:2-11; 155:6-16; 161:19-162:12; 162:20-22; 166:7-14; 168:16-169:3

**General Harold Donnelly (03/14/96)**

1:11; 1:13; 6:3-5; 14:6-11; 14:20-15:3; 15:9-17; 15:22-16:2; 16:11-25; 17:12-17; 17:25-18:8; 18:13-19:10; 19:20-21:16; 22:10-24:1; 25:12-20; 25:25-26:8; 27:3-14; 28:16-29:7; 29:11-31:1; 31:15-17; 32:9-14; 32:21-33:4; 59:13-22; 61:10-15; 79:7-25; 133:7-136:9; 140:11-24; 141:23-142:19; 144:10-145:8; 146:10-20; 147:6-25

**F. O'Neil Griffin (08/19/2004)**

5:3-16; 8:4-9:5; 9:9-25; 10:4-8; 10:20-11:19; 12:5-7; 12:19-13:4; 13:6-16; 13:21-14:10; 14:18-25; 15:10-22; 15:25-16:5; 16:23-18:17; 18:23-19:20; 20:11-21:1; 22:12-24:12; 24:25-25:22; 28:4-20; 28:24-29:1; 29:3-14; 29:17-30:6; 30:8-32:1; 32:3-11; 32:17-34:14; 34:17-37:2; 37:16-38:8; 39:13-40:12; 43:6-45:25; 46:9-23; 47:11-12; 48:1-49:5; 49:13-25; 50:4-51:10; 54:22-55:5; 55:7-56:10; 58:21-61:6; 61:19-65:18; 65:22-66:23; 67:1-68:8; 70:4-15; 76:9-81:18; 86:8-17; 86:19-87:16; 91:22-92:5; 92:8-93:20; 94:1-12; 102:16-103:3; 103:10-105:16; 105:19-20; 105:22-106:19; 107:17-24; 109:4-6; 112:3-24; 113:1-14; 114:11-22; 115:13-116:7; 116:9-117:7; 120:1-6; 121:15-19; 121:21-22; 122:12-123:24; 131:21-132:18; 133:3-134:19; 135:5-9; 135:12-136:1; 136:3-18; 136:20-25; 137:2

**Albert Hazle, Vol. II (01/20/1995)**

380:5-381:19; 382:3-22; 383:18-385:4; 385:11-386:8; 388:21-389:17; 391:6-392:4; 392:15-393:9; 393:10-24; 394:23-396:14; 401:11-403:13

**Albert Hazle, Vol. III (02/20/1995)**

427:3-432:5; 450:10-453:5: 463:12-23: 471:10-472:8; 482:17-486:10; 487:9-13; 490:2-491:6; 491:23-496:15; 497:3-12; 497:19-498:22; 501:12-502:22; 503:22-505:6: 508:3-509:12; 509:24-510:6; 511:9-512:3; 520:5-521:7; 522:1-524:12; 525:8-14; 527:11-529:11; 531:20-532:11; 534:13-535:9; 537:4-16; 540:7-15; 541:3-542:22; 554:4-555:7; 563:3-564:9; 565:24-567:6; 569:17-570:7; 583:23-584:19; 585:19-586:23; 591:7-592:15; 603:4-11; 608:5-19; 609:13-611:9; 612:10-613:17; 614:8-18; 615:17-618:9; 618:15-619:4; 619:19-620:15: 623:5-624:23; 641:10-644:4; 647:10-649:6; 658:6-24; 660:4-661:16; 662:19-663:7; 664:21-665:8; 666:21-667:17; 671:15-672:8; 673:19-674:11; 689:24-692:20; 695:19-696:8; 696:9-697:12; 700:13-702:5; 703:7-23; 706:3-709:7; 713:9-716:4; 717:14-721:8; 721:9-722:22; 727:17-729:3.

**Aubrey Edward Ladwig (05/26/2004)**

5:6-8; 10:9-11; 12:2-19:11; 24:17-32:1; 35:4-36:3; 36:21-38:6; 42:17-19; 46:2-14; 48:10-13; 49:14-51:16; 52:11-53:2; 53:7-55:11; 57:9-59:11; 61:16-64:3; 66:1-7; 66:10-68:6; 69:15-70:10; 70:23-76:25; 77:10-81:20; 83:20-85:23; 86:3-17; 93:18-94:23; 95:3-96:23; 97:11-102:22; 103:1-105:14; 106:21-107:18; 108:16-111:3; 111:6-114:1; 114:14-17; 118:17-119:4; 119:21-23; 119:25-121:16; 122:10-123:8; 123:19-125:5; 127:2-128:3; 128:21-129:6; 138:1-6; 138:23-139:11; 144:22-145:8; 145:13-24; 146:23-147:3; 147:8-148:23; 149:6-150:15; 152:2-14; 154:7-24; 161:15-17; 163:19-165:4

**Deborah Millage (06/18/2004)**

4:8-9; 6:8-18; 6:21-7:22; 7:24-25; 8:4-12:3; 12:13-19; 12:23-16:7; 16:15-17:10; 18:23-19:13; 19:16-23; 20:7-16; 20:19-21:5; 21:24-22:18; 23:11-15; 23:24-27:12; 27:17-21; 28:8-29:11; 32:5-24; 33:18-36:2; 38:1-22; 39:2-42:6; 42:15-44:7; 44:24-45:15; 47:3-23; 49:9-50:19; 51:24-52:5; 53:9-12; 53:15-55:1; 57:4-13; 57:21-58:6; 58:25-59:3; 59:5-11; 59:13-15; 59:20-21; 59:24-60:3; 60:12-23; 61:25-65:4; 65:6-9; 65:11-15; 65:18-22; 66:1-5; 67:11-14; 67:16-20; 69:16-18; 69:25-70:23; 71:10-25; 75:21-76:4; 77:7-78:5; 78:12-17; 82:1-19; 92:24-93:11; 95:12-14; 96:20-98:16; 108:12-16

**David D. Nowlin, Vol. I (07/08/1993)**

8:16-14:8; 55:16-25; 62:23-63:12; 72:13-73:9; 82:21-83:2; 94:9-20; 98:17-99:12; 109:22-113:7; 119:7-22; 122:10-13; 123:17-126:25; 132:23-133:4; 134:12-135:3; 136:9-137:18; 155:17-156:1; 157:8-161:2; 171:23-172:19; 173:1-173:14; 173:22-174:8

**David D. Nowlin, Vol. II (07/09/1993)**

186:6-13; 186:16-19; 187:24-189:1; 234:11-236:24; 238:2-241:18; 242:9-243:8; 248:8-10; 248:15; 248:23-249:1; 274:4-14; 278:19-280:3; 282:14-283:12

**Robert Rogers (03/22/1995)**

15:24-16:12; 17:19-21:15; 32:18-24; 34:9-20; 36:7-18; 45:11-24; 51:20-53:6; 55:9-56:5; 57:1-58:7; 58:17-25; 59:2-60:17; 61:1-3; 62:6-25; 63:15-21; 64:20-66:6; 90:10-92:6; 92:11-99:17; 100:15-102:20; 103:3-104:5; 104:12-105:23; 106:11-108:6; 108:14-109:25; 110:4-111:5; 114:4-116:25; 118:14-120:21; 121:18-129:22; 135:13-136:25; 139:14-140:21; 148:23-150:21

**Stephen M. Sandoval (05/19/1995)**

18:1-19:20; 46:21-47:6; 47:9-12; 48:12-23; 49:9-50:4; 50:20-51:9; 51:25-52:1; 56:19-25; 59:13-60:2; 60:23-25; 61:4-10; 62:9-64:8; 64:16-22; 73:12-76:1; 76:9-77:19; 108:17-23; 110:1-21; 111:12-114:8; 115:20-116:1; 117:19-118:16; 119:24-120:10; 122:10-24; 123:12-125:5; 125:16-126:24; 128:7-23

**A. Bryan Siebert, Vol. I (04/15/1996)**

6:17-22; 7:8-9:1; 9:4-10; 10:14-16; 13:11-15; 16:5-20; 26:10-19; 27:17-21; 29:20-31:8; 33:1-33:16; 36:22-37:7; 37:22-38:2; 40:11-19; 41:21-44:1; 44:17-21; 45:1-10; 46:1-8; 46:11-15; 46:21-47:6; 49:14-19; 50:16-56:5; 56:9-56:15; 56:22-57:11; 60:9-60:21; 63:6-63:16; 63:22-64:10; 70:5-70:21; 72:6-73:13; 73:21-74:10; 75:10-76:18; 78:1-78:16; 80:3-14; 81:16-83:11; 83:15-84:8; 84:16-86:12; 87:7-9; 87:14-88:10; 89:22-91:6; 93:13-94:12; 95:17-96:6; 101:20-102:8; 102:22-103:16; 103:20-104:1; 104:3-105:22; 107:17-107:21; 108:6-108:10; 108:19-109:10; 110:7-114:3; 116:11-117:22; 119:4-14; 120:8-16; 121:12-122:5; 124:22-125:17; 126:5-126:21; 127:3-11; 128:6-129:15; 131:4-132:9; 135:6-136:21; 139:12-16; 146:18-150:2; 151:10-16; 152:17-154:22; 155:16-157:3; 157:22-158:16; 158:21-159:14; 160:18-161:9; 161:14-162:7; 165:5-168:8; 168:20-169:11; 170:12-171:17; 172:2-14; 173:8-22; 174:22-175:19; 177:8-178:14; 178:22-179:6

3

**A. Bryan Siebert, Vol. II (04/16/1996)**

199:22-202:22; 205:1-12; 213:7-214:5; 215:12-20; 233:21-236:3; 254:9-256:17; 260:4-15; 262:6-10; 268:15-19; 269:6-9; 269:14-271:6; 271:9-275:2; 279:7-21; 281:15-284:1; 285:15-287:3; 287:8-290:2; 300:13-22; 301:17-304:15; 306:7-310:18; 311:5-20; 312:4-313:11; 319:6-321:4; 321:21-322:20; 332:12-336:19; 337:12-338:3; 340:5-9; 340:14-342:22; 343:5-14; 343:18; 344:1-13; 344:19-22; 345:9-12; 345:14-346:3; 346:11-18; 347:9-17; 347:20-348:8; 348:17-349:5; 350:14-22; 352:5-7; 352:10-17; 353:3-18; 353:20-354:9; 354:12-354:21; 355:1-3; 355:15-16; 355:19-356:12; 356:14-17; 359:4-360:1; 360:20-361:7; 361:10-11; 362:12-20; 362:22; 363:14-18; 364:3-21; 365:16-366:4; 366:10-13; 366:18-19; 366:22; 367:6-368:17; 368:20-22; 369:11-19; 370:15-371:6; 371:17-372:7; 373:2-9; 374:1-9; 375:3-377:21; 378:2-6; 379:9-12; 380:1-5; 380:8-20; 384:2-384:21; 385:6-18; 386:4-12; 387:13-17; 387:20-22; 388:4-7; 388:11-13; 388:18-389:11; 389:15-22; 390:3-391:13; 391:19-392:21; 393:3-6; 393:8-15; 393:22-395:17; 396:3-6; 396:11-397:12; 397:14; 397:18-398:7; 398:11-399:11; 399:19-401:12; 401:14; 401:17-22; 402:3-17; 402:21-403:3; 403:9-405:2; 405:5-406:1; 406:4-406:14; 406:17-410:11; 411:2-4; 411:7-413:1; 413:4-13; 413:16-414:1; 414:3-6; 415:1-4; 415:22-416:17; 426:2-3; 426:10-14; 447:17-448:1

**Thomas Ten Eyck, Vol. I (05/17/1995)**

5:9-14; 10:8-12:13; 13:5-24; 14:6-8; 14:13-24; 15:3-16:4; 16:14-19:15; 24:18-25:14; 26:10-27:1; 28:13-29:3; 29:7-10; 36:4-42:1; 44:4-17; 47:7-48:19; 53:12-55:2; 55:23-56:23; 57:1-5; 57:17-58:12; 59:5-20; 59:25-61:10; 62:7-63:4; 65:4-72:16; 74:15-76:6; 88:13-20; 98:16-100:22

**Thomas Ten Eyck, Vol. II (06/06/1995)**

133:17-136:23; 144:22-146:5; 153:17-154:4; 154:12-157:16; 172:1-173:22; 174:1-18; 179:13-20; 220:6-24

**Albert Whiteman (03/12/1996)**

17:12-20; 20:4-16; 26:2-12; 27;24-28:25; 33:25-34:15; 41:1-43:3; 44:3-25; 49:1-50:19; 51:2-6; 57:1-3; 90:1-10; 92:22-94:2; 105:21-22; 106:5-24; 107:23-108:5; 108:17-25; 109:9-110:7; 126:1-6; 140:11-141:1; 192:6-9; 196:24-197:14; 202:14-203:4

4