# G

| | | |
|---|---|---|
| **Mark Nomellini/Chicago/Kirkland-Ellis**<br>09/19/2005 09:54 PM | To | <pnordberg@bm.net> |
| | cc | Ellen Ahern/Chicago/Kirkland-Ellis@K&E, Daniel Rooney/Chicago/Kirkland-Ellis@K&E |
| | bcc | |
| | Subject | Deposition Designations |

Peter,

Defendants are ready to exchange deposition designations. Let us know when plaintiffs are prepared to do so.