# J

| | | | |
|---|---|---|---|
| **James Golden**/Chicago/Kirkland-Ellis | | To | kmarkert@bm.net, pnordberg@bm.net |
| | | cc | |
| 09/27/2005 01:15 AM | | | Ellen Ahern/Chicago/Kirkland-Ellis@K&E; Scott McMillin/Chicago/Kirkland-Ellis@K&E; Stephanie Brennan/Chicago/Kirkland-Ellis@K&E; Erica K. Beutler/Chicago/Kirkland-Ellis@K&E; Mark Nomellini/Chicago/Kirkland-Ellis@K&E; John Tangren/Chicago/Kirkland-Ellis@K&E; James Golden/Chicago/Kirkland-Ellis@K&E; Daniel Rooney/Chicago/Kirkland-Ellis@K&E; Ryan Warner/Chicago/Kirkland-Ellis@K&E; Jane Park/Chicago/Kirkland-Ellis@K&E; Allen Woolley/Chicago/Kirkland-Ellis@K&E; Robert Snow/Chicago/Kirkland-Ellis@K&E; Douglas Kurtenbach/Chicago/Kirkland-Ellis@K&E; Daniel Rooney/Chicago/Kirkland-Ellis@K&E |
| | | bcc | |
| | | Subject | Draft of Defendants' Proposed Stipulations |

Dear Karen and Peter,

Attached please see a draft of Defendants' Proposed stipulations.

James Golden
Kirkland & Ellis LLP
(303)-298-8182
jagolden@kirkland.com



Defendants' Proposed Stipulations.doc

| | |
|---|---|
| **James Golden**/Chicago/Kirkland-Ellis<br>09/28/2005 04:35 PM | To pnordberg@bm.net, kmarket@bm.net<br>cc<br>bcc Stephanie Brennan/Chicago/Kirkland-Ellis@K&E<br>Subject Stipulations |

Dear Peter and Karen,

We are writing to see if you have any response to our proposed stipulations.

James Golden
Kirkland & Ellis LLP
(303)-298-8182
jagolden@kirkland.com