# M

| | | |
|---|---|---|
| **Mark Nomellini/Chicago/Kirkland-Ellis**<br>09/21/2005 07:36 PM | To | pnordberg@bm.net, jmacnaughton@bm.net |
| | cc | Ellen Ahern/Chicago/Kirkland-Ellis@K&E, Daniel Rooney/Chicago/Kirkland-Ellis@K&E |
| | bcc | Douglas Kurtenbach/Chicago/Kirkland-Ellis@K&E; Stephanie Brennan/Chicago/Kirkland-Ellis@K&E; John Tangren/Chicago/Kirkland-Ellis@K&E; Scott McMillin/Chicago/Kirkland-Ellis@K&E |
| | Subject | Defendants' Draft Pretrial Order |

Peter and Jenna,

Attached is defendants' latest draft of the pretrial order.

[Attachment: pretrial order latest09212005at733pm.wpd]