IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' SUBMISSION OF:
(1) STATEMENT REGARDING ROCKY FLATS' MISSION;
(2) LIST OF LAWYERS AND WITNESSES FOR JURY QUESTIONNAIRE;
AND (3) WITNESS LIST**

Pursuant to the Court's directives in the Courtroom Minutes dated September 22, 2005, plaintiffs respectfully submit: (1) plaintiffs' proposed statement of Rocky Flats' mission; (2) plaintiffs' list of lawyers and witnesses for attachment to the juror questionnaire; and (3) plaintiffs' witness list. Plaintiffs' response to defendants' motion to exclude the testimony of Dr. Wing, and plaintiffs' objections to defendants' proposed supplemental jury instructions, are being filed separately today.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 29, 2005 | /s  Jennifer MacNaughton<br>Merrill G. Davidoff<br>Peter Nordberg<br>Jenna MacNaughton-Wong<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000<br><br>Attorneys for Plaintiffs |