**Plaintiffs' Proposed Statement re Mission of Rocky Flats**

Rocky Flats, or the "Rocky Flats Environmental Technology Site" as it is now officially known, is a federal facility owned by the United States Department of Energy and operated by private contractors. Formerly known as the Rocky Flats Plant, the 6,550 acre site is part of the national nuclear weapons complex, at one time responsible for the production of nuclear weapons. Operations at the site began in 1952. During the Cold War, Rocky Flats was responsible for manufacturing the nuclear trigger device or "pit," a small, hollow sphere made from plutonium. Rocky Flats also was responsible for recycling plutonium retrieved from retired nuclear warheads. A high-tech machine shop produced other weapons parts from stainless steel, beryllium, depleted uranium and other metals. No longer needed for nuclear weapons production, the site is left with a legacy of contamination. Today, Rocky Flats is in the process of cleaning up.

Rocky Flats was one part of a very large "national factory" established for the production of nuclear weapons. Early in the development of the nuclear weapons program a decision was made by the United States government to decentralize the production of nuclear weapons. Feed materials such as plutonium were produced in nuclear reactors at the Hanford site in Washington and at the Savannah River Site in South Carolina. The plutonium metal after it was extracted from the reactors was sent to Rocky Flats for fabrication into the "pit," which was then sent to the Pantex facility in Texas, along with other nuclear weapons components produced at other facilities, for final assembly.

Late in 1989, weapons production at Rocky Flats was suspended. Although it was initially intended that the suspension be temporary, no resumption of production operations ever occurred, and the plant's permanent closure was announced in 1992. Since that time the site has been involved in a major cleanup program. This cleanup program involves the departure of the site's remaining inventory of plutonium, the decontamination and demolition of many buildings and facilities,

groundwater testing and treatment, excavation and removal of buried wastes, surface soil cleanup, and the offsite shipment of thousands of cubic yards of nuclear and other waste materials. At closure, all the buildings will have been removed. There will be some contamination left behind, including plutonium contamination in soil and groundwater contamination. Rocky Flats is scheduled to become a National Wildlife Refuge after its closure.

**Source:** Rocky Flats Advisory Citizens' Advisory Board, Rocky Flats Frequently Asked Questions (viewed September 29, 2005, at <http://www.rfcab.org/FAQ.html>).