| Witness | Place of Residence | Occupation |
| --- | --- | --- |
| Len Ackland | Boulder, Colorado | journalist and professor of journalism, University of Colorado |
| Ron Avery | Pueblo, Colorado | former Rocky Flats plant worker |
| Gertrude Babb | Golden, Colorado | retired, homemaker |
| Dr. Randall Baca | Arvada, Colorado | chiropractor |
| Karen Bannister | Brighton, Colorado | horse trainer |
| Richard Bartlett | Brighton, Colorado | retired, formerly real estate broker, contractor, developer, mayor of Arvada |
| Richard Bartlett, Jr. | Overland Park, Kansas | finance |
| Sally Bartlett | Brighton, Colorado | retired, formerly nurse, real estate broker |
| Gale Biggs | Boulder, Colorado | consultant, meteorologist |
| Joe Bowman | Denver Colorado | retired, former executive of Fluor Oil & Gas Co. |
| Jacqueline Brever | Pueblo, Colorado | former Rocky Flats plant worker |
| Bob Budnitz | Berkeley, California | physicist and nuclear operations specialist |
| Sam Cassidy | Denver, Colorado | professor of business ethics and legal studies, Univ. of Denver |
| Richard Clapp | Jamaica Plain, Massachusetts | expert in the field of epidemiology |
| Thomas Cochran | Arlington, Virginia | expert in the field of health physics |
| Merilyn Cook | Arvada, Colorado | owner, Pines Equestrian Center |

| Witness | Place of Residence | Occupation |
| --- | --- | --- |
| James Flynn | Eugene, Oregon | psychologist; conducted public opinion survey |
| Ron Goble | Brookline, Massachusetts | physicist; will testify re: dose reconstruction |
| Rodney B. Hoffman | Wheat Ridge, Colorado | Classification Officer, Rocky Flats Field Office (DOE) |
| Tim Holeman | Denver, CO | government consultant, former assistant to Colorado Gov. Roemer |
| Wayne Hunsperger | Englewood, Colorado | real estate appraiser and consultant |
| Richard Kaufman | Denver, Colorado | attorney, former Assistant U.S. Attorney |
| Lacey, Howard | Tucson, Arizona | retired, formerly developer |
| Jon Lipsky | Mission Viejo, California | private investigator; former FBI agent |
| Pete Lund | Denver, Colorado | retired, former executive of Fluor Oil & Gas Co. |
| Cindy McDaniel | Brighton, Colorado | salesperson, Brighton Feed & Saddlery |
| Charlie McKay | Westminster, Colorado | developer |
| Wesley McKinley | Walsh, Colorado | state legislator |
| David Minshall | Centennial, Colorado | public relations consultant; former on-air television reporter |
| Charles Ozaki | Broomfield, Colorado | City of Broomfield employee |
| Donald Park | St. Petersburg, Florida | |
| Stuart Poet | Longmont, Colorado | radiochemist |
| John Radke | Orlinda, California | quantitative analyst and geographic information systems specialist |

| Witness | Place of Residence | Occupation |
| --- | --- | --- |
| John Ray | Louisville, Colorado | retired, former Rocky Flats plant worker |
| Gretchen Robb | Broomfield, Colorado | real estate agent |
| William Schierkolk | Arvada, Colorado | retired |
| Niels Schonbeck | Boulder, Colorado | biochemist, professor Metro College of Denver |
| Joel Selbin | Boulder, Colorado | chemist; retired professor |
| Paul Slovic | Eugene, Oregon | psychologist and risk assessment specialist |
| Shawn Smallwood | Davis, California | expert in the field of ecology |
| Karen Whalen | Broomfield, Colorado | paralegal, Hall & Evans |
| Zimmie Faye Williams | Houston, TX | former Rocky Flats plant worker |
| Steve Wing | Chapel Hill, North Carolina | expert in the field of epidemiology |

| Attorney | Place of Residence |
|---|---|
| Gary B. Blum | Denver, Colorado |
| Merrill G. Davidoff | Philadelphia, Pennsylvania |
| Jennifer MacNaughton Wong | Philadelphia, Pennsylvania |
| Peter Nordberg | Philadelphia, Pennsylvania |
| Ellen T. Noteware | Philadelphia, Pennsylvania |
| Louise M. Roselle | Cincinnati, Ohio |
| Holly Shook | Denver, Colorado |
| David F. Sorensen | Philadelphia, Pennsylvania |