# Exhibit 2



| | | | |
|---|---|---|---|
| **Douglas Kurtenbach/Chicago/Kirkland-Ellis** | | To | "Merrill Davidoff" <mdavidoff@bm.net> |
| 09/23/2005 11:54 AM | | cc | "Ellen Noteware" <enoteware@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Peter Nordberg" <pnordberg@bm.net>, "Susan Leo" <sleo@bm.net> |
| | | bcc | |
| | | Subject | RE: Depositions |

OK. JUST GIVE US THE TIMES AND PLACES YOUR PEOPLE ARE AVAILABLE AND WE'LL BEGIN THE PROCESS OF TRYING TO MATCH THAT UP WITH OUR SCHEDULES. OBVIOUSLY, THE MORE AVAILABLE DATES THE EASIER TO MATCH. YES, WE'LL DO A SHORT DEPO OF BACA, SO LET US KNOW WHEN AND WHERE'S HE'S AVAILABLE, TOO, PLEASE. FINALLY, IF THERE'S ANYONE YOU ARE NOT GOING TO CALL, LET US KNOW THAT SO THAT NEITHER OF US HAS TO SPEND THE TIME DEPOSING THEM. IF YOU'RE NOT SURE ON SOMEONE AND WANT TO AGREE TO PUT IT OFF UNTIL YOU DECIDE, THAT MAY WELL WORK, TOO. THANKS.

---

Douglas J. Kurtenbach
Kirkland & Ellis LLP
200 East Randolph
Chicago, IL  60601
**dkurtenbach@kirkland.com**
312-861-2382
312-861-2200 (fax)

"Merrill Davidoff" <mdavidoff@bm.net>



| | | | |
|---|---|---|---|
| **"Merrill Davidoff"** **<mdavidoff@bm.net>** | | To | "Douglas Kurtenbach" <dkurtenbach@kirkland.com>, "Peter Nordberg" <pnordberg@bm.net> |
| 09/23/2005 11:41 AM | | cc | "Peter Nordberg" <pnordberg@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Ellen Noteware" <enoteware@bm.net>, "Susan Leo" <sleo@bm.net>, "Karen Markert" <kmarkert@bm.net> |
| | | Subject | RE: Depositions |

I may not be able to call you today.  Letter was written after discussion with David on theory that depos, if short, could be more efficient.

Dr. Baca was discussed in the depo. of Bartletts as a person who decided not to buy their property, he will be a short witness only on that
topic, if you still wish to depose advise nordberg, sorensen, noteware, kmarkert@bm.net, and jmacnaughton@bm.net as well as me in your reply
to expedite our response.   Let us know which others you want and we will try to arrange but we have absolutely no control over Lipsky,
Kauffman, DOE witnesses at least and you are on your own there--please notice them in Denver only.

If you still need to talk I am in meetings all day but can call you off hours or over the weekend if you give me a number(s)/time(s).

Merrill

**From:** Douglas Kurtenbach [mailto:dkurtenbach@kirkland.com]
**Sent:** Fri 9/23/2005 11:09 AM
**To:** Merrill Davidoff; Peter Nordberg
**Subject:** Depositions

    I received your 9/22 letter this morning. Apparently there was some discussion with Bernick after the hearing yesterday. Do I take it that your 9/22 letter proposal has taken into account that discussion with Bernick, and that even in light of his proposal, you are saying that in your view what we should do is just go ahead and depose all those plaintiff witnesses in our motion to compel who have not been deposed? Or, did your 9/22 letter pre-date the Bernick discussion and proposal re one-page direct testimony statements and availability issues? Re Calkins, we'll provide you with times, if that's is the arrangement. Is there some lawyer in particular with whom we should be communicating with re that? Re Freiberg, apologize for the mispelling -- late night secretarial mistake, I assume. You have deposed him. Re Spitze, you say "give us a statement of his direct testimony." Is what you're asking for there in line with what Bernick proposed to you after the hearing yesterday (ie, one-pager that will not be used in any way in connection with trial) or something different? Is Dr. Baca a class member or otherwise represented by you? Can we just talk with him? Thanks. I am in my office in and out of meetings and calls on Friday.

Douglas J. Kurtenbach
Kirkland & Ellis LLP
200 East Randolph
Chicago, IL  60601
**dkurtenbach@kirkland.com**
312-861-2382
312-861-2200 (fax)

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby

notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.