# Exhibit 4



"Ellen Noteware"
<enoteware@bm.net>

09/24/2005 07:37 PM

To  "Ellen Ahern" <eahern@kirkland.com>, "Jenna
    MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen
    Markert" <kmarkert@bm.net>, "Peter Nordberg"
    <pnordberg@bm.net>, "Susan Leo" <sleo@bm.net>, "Merrill
    Davidoff" <mdavidoff@bm.net>

cc  <louiseroselle@wsbclaw.com>

bcc

Subject  RE: Depositions -- McKinley

Ellen:

We have no control over Wes McKinley.  He is a Colorado State Senator; you should call or subpoena him directly.  We will have an attorney available to cover the deposition on the dates you proposed in your email.  Please let us know as soon as possible when you have arranged for his deposition. Thank you.

**From:** Ellen Ahern [mailto:eahern@kirkland.com]
**Sent:** Sat 9/24/2005 7:20 PM
**To:** Ellen Noteware; Jenna MacNaughton-Wong; Karen Markert; Peter Nordberg; Susan Leo; Merrill Davidoff
**Subject:** Depositions -- McKinley

Please let me know when this week Wes McKinley will be
available for deposition.  We could be available to
take his deposition on Tuesday (9/27) in the afternoon
or some time on Wednesday (9/28).  I can make
arrangement to use a conference room at Sherman &
Howard.  If you would prefer some other location, let
me know.

<font size=2 face="monospace,courier">
*********************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*********************************************************
</font>

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail.  Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.