# Exhibit 6



"Ellen Noteware" &lt;enoteware@bm.net&gt;
09/28/2005 11:14 AM

To: "Ellen Ahern" &lt;eahern@kirkland.com&gt;, "Peter Nordberg" &lt;pnordberg@bm.net&gt;

cc: "Anne Ebbesen" &lt;aebbesen@bm.net&gt;, "Gary B. Blum" &lt;blumg@s-d.com&gt;, "Douglas Kurtenbach" &lt;dkurtenbach@kirkland.com&gt;, "David Sorensen" &lt;dsorensen@bm.net&gt;, "Jenna MacNaughton-Wong" &lt;jmacnaughton@bm.net&gt;, "Karen Markert" &lt;kmarkert@bm.net&gt;, &lt;louiseroselle@wsbclaw.com&gt;, "Merrill Davidoff" &lt;mdavidoff@bm.net&gt;, "Holly Shook" &lt;shookh@s-d.com&gt;, "Susan Leo" &lt;sleo@bm.net&gt;

bcc:

Subject: RE: Cook v. Rockwell -- further on depositions

Ellen:

As you know, Walsh is in Colorado and as such, you have the ability to take Mr. McKinley's deposition prior to the trial. I am not sure why you need further information from us concerning Mr. McKinley in order to take his deposition in accordance with the Court's directives.

We have stated our position conerning Ms. Williams; we have nothing to add in this regard.

As for Mr. Lacy, if Mr. Lacy comes to Denver to testify, we would not oppose your taking his deposition on the grounds of timeliness. Of course, we would not be precluded from calling Mr. Lacy to testify at trial if you fail to complete his deposition.

I trust that this answers your questions concerning these matters.
-- Ellen Noteware