**Exhibit 7**



| | | |
|---|---|---|
| "Peter Nordberg" <pn@nordbergonline.com> | To | "'Ellen Ahern'" <eahern@kirkland.com> |
| 09/27/2005 03:25 PM | cc | "'Anne Ebbesen'" <aebbesen@bm.net>, "'Gary B. Blum'" <blumg@s-d.com>, "'Douglas Kurtenbach'" <dkurtenbach@kirkland.com>, "'David Sorensen'" <dsorensen@bm.net>, "'Ellen Noteware'" <enoteware@bm.net>, "'Jenna MacNaughton-Wong'" <jmacnaughton@bm.net>, "'Karen Markert'" <kmarkert@bm.net>, <louiseroselle@wsbclaw.com>, "'Merrill Davidoff'" <mdavidoff@bm.net>, "'Holly Shook'" <shookh@s-d.com>, "'Susan Leo'" <sleo@bm.net> |
| Please respond to <pnordberg@bm.net> | bcc | |
| | Subject | RE: Cook v. Rockwell -- further on depositions |

Plaintiffs will agree to relax the deadline for a 1-hour deposition of Ms. Williams by defendants during trial, when she travels to Denver for her testimony.  We will do what we can to encourage her cooperation but we do not control Ms. Williams or her schedule.  As you know, Ms. Williams is represented by counsel who may also have constraints.  The relaxation of the deadline is subject to the caveat that plaintiffs not be precluded from calling her if defendants fail to depose her.

We are open to suggestions on Lacy but believe it should be dealt with promptly.  I will not be available to discuss the issue tomorrow, but you might try Ellen Noteware or some other member of plaintiffs' team.  I'll be around for the rest of today and can be reached at 267-258-7325.

My understanding is that Mr. McKinley resides in Colorado, within the subpoena power of the Court.

We received defendants' interrogatories.  The Courtroom Minutes of 9/22/05 authorize interrogatories only as to witnesses "already deposed."  None of the witnesses for whom defendants served interrogatories falls in that category, and plaintiffs have not agreed, and will not agree, to waive the Order's restriction.