# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 90–K-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

### PLAINTIFFS' REVISED LIST OF LAWYERS AND WITNESSES FOR JURY QUESTIONNAIRE

---

Plaintiffs respectfully submit the attached revised list of lawyers and witnesses for attachment to the juror questionnaire. This list will replace the one filed September 29, 2005.

                                    Respectfully submitted,

Dated: September 30, 2005
                                    /s  Jennifer MacNaughton
                                    Merrill G. Davidoff
                                    Peter Nordberg
                                    Jennifer MacNaughton
                                    Berger & Montague, P.C.
                                    1622 Locust Street
                                    Philadelphia, PA 19103
                                    (215) 875-3000

                                    Attorneys for Plaintiffs