⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Jenna MacNaughton-Wong**

| | | | |
|---|---|---|---|
| **From:** | Stephanie Brennan [SBrennan@kirkland.com] | **Sent:** | Thu 9/29/2005 11:50 PM |
| **To:** | Ellen Noteware | | |
| **Cc:** | dkurtenbach@kirkland.com; dpoland@gklaw.com; David Sorensen; Jenna MacNaughton-Wong; Karen Markert; Merrill Davidoff; Peter Nordberg | | |
| **Subject:** | RE: depositions | | |
| **Attachments:** | Attachment A (Document Requests).pdf(75KB) | | |

Ellen,

Please provide us with documents for Ms. Bannister prior to her deposition. We would like to receive documents for Ms. Bannister by 10 a.m. the day before the deposition (24 hours in advance). I have attached the document requests we used for various deponents last summer to this email. These are the documents we seek from Ms. Bannister. If you or Ms. Bannister have any questions about the requests, please feel free to call me at (303) 296-4529.

Regards,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```