> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Jenna MacNaughton-Wong**

| | | | |
|---|---|---|---|
| **From:** | Stephanie Brennan [SBrennan@kirkland.com] | **Sent:** | Sat 10/1/2005 10:15 PM |
| **To:** | Merrill Davidoff | | |
| **Cc:** | David Sorensen; Ellen Noteware; Jenna MacNaughton-Wong; Karen Markert; Peter Nordberg; Susan Leo; blumg@s-d.com; dkurtenbach@kirkland.com | | |
| **Subject:** | Banister notice of deposition & subpoena | | |
| **Attachments:** | Banister Sub.pdf(179KB)  Banister dep not.pdf(44KB) | | |

Please see attached.


Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

****************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
****************************************************************