## Jenna MacNaughton-Wong

| | | | |
|---|---|---|---|
| **From:** | Merrill Davidoff | **Sent:** | Sat 10/1/2005 8:45 PM |
| **To:** | Stephanie Brennan | | |
| **Cc:** | David Sorensen; Ellen Noteware; Jenna MacNaughton-Wong; Karen Markert; Peter Nordberg; Susan Leo; Douglas Kurtenbach | | |
| **Subject:** | RE: Fw: service of Banister subpoena | | |

**Attachments:**

this is characteristic of Kirkland's continuous efforts to produce "agreements" and obligations when they don't exist.
Please review the entire e-mail trail and cease excerpting the portions that you find desirable only to discard the remainder.
We do not acknowledge any obligation to produce any Banister documents.  If there is a request for any, Mr. Nordberg
and/or Ms. MacNaughton will be responding to it in due course.  She is not a party, and discovery is over.
If the deposition becomes abusive or unnecessarily extended we will file an appropriate motion with the Court under Fed.R.Civ.P.
30(d)(4) and terminate the deposition for the purpose of presenting it, so conduct your examination as you see fit but you are
forewarned of our view.  We must commence at 11 am, not 10 am--if that changes I will e-mail you.

---

**From:** Stephanie Brennan [mailto:SBrennan@kirkland.com]
**Sent:** Sat 10/1/2005 6:22 PM
**To:** Merrill Davidoff
**Cc:** David Sorensen; Ellen Noteware; Jenna MacNaughton-Wong; Karen Markert; Peter Nordberg; Susan Leo; Douglas Kurtenbach
**Subject:** RE: Fw: service of Banister subpoena

Merrill:

Plaintiffs have agreed in writing to make Ms. Banister available from 10-1 and we have been planning, and will continue to plan, on deposing her over that time period.  Defendants have requested that you provide us with Ms. Banister's responsive documents by tomorrow at 10 am (24 hours in advance of the deposition).  Plaintiffs have not responded to that request.  If we do not receive Ms. Banister's documents sufficiently in advance of the deposition, we reserve the right to reconvene the deposition at a later time if necessary.  Defendants do not agree to any restrictions on subject matter, especially in light of the fact that this witness has not previously been deposed.

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone:  (312) 861-2187
fax:  (312) 660-9761

| | | |
|---|---|---|
| **"Merrill Davidoff" <mdavidoff@bm.net>** | To | "Stephanie Brennan" <SBrennan@kirkland.com>, "Ellen Noteware" <enoteware@bm.net> |
| 10/01/2005 03:29 PM | cc | "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Peter Nordberg" <pnordberg@bm.net>, "Susan Leo" <sleo@bm.net> |
| | Subject | RE: Fw: service of Bannister subpoena |

Stephanie--there is no need to serve a subpoena.  Ms. Banister is traveling this weekend but I expect

to be in touch with her by tomorrow and produce her voluntarily at her office/home at about 11 am on Monday.  Because she is the Bartletts' daughter she is cooperating with us and we can assure you she will appear at that time.
As I think you have been notified, she will be a short witness on direct during the trial and you should not need more than an hour to depose her.  Because of the imminence of trial we will object to any deposing that verges on harassment or is repetitive of what you have already been furnished by her parents, who have both been deposed and recently served supplemental statements.

---

**From:** Stephanie Brennan [mailto:SBrennan@kirkland.com]
**Sent:** Sat 10/1/2005 5:07 PM
**To:** Ellen Noteware
**Cc:** David Sorensen; Jenna MacNaughton-Wong; Karen Markert; Merrill Davidoff; Peter Nordberg
**Subject:** Re: Fw: service of Bannister subpoena


Ellen:

I still have not heard back on this.  Please let me know whether plaintiffs will accept service.

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone:  (312) 861-2187
fax:  (312) 660-9761

| | |
|---|---|
| **Stephanie Brennan/Chicago/Kirkland-Ellis**<br><br>09/30/2005 12:47 PM | To "Ellen Noteware" <enoteware@bm.net><br>cc "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net><br>Subject Fw: service of Bannister subpoena |

Ellen:

Please let me know by 2:00 pm (MT) whether you can accept service on Ms. Bannister's behalf.

Thank you,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone:  (312) 861-2187
fax:  (312) 660-9761

----- Forwarded by Stephanie Brennan/Chicago/Kirkland-Ellis on 09/30/2005 12:42 PM -----

**Stephanie**
**Brennan/Chicago/Kirkland-**
**Ellis**

09/29/2005 10:41 PM

To "Ellen Noteware" <enoteware@bm.net>

cc "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net>

Subject service of Bannister subpoena

Ellen:

Will you agree to accept service of a subpoena for Bannister?

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************
```

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.
The information in this transmittal may be privileged and/or confidential. It is intended only
for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person
responsible for the delivery of this transmittal to the intended recipient(s), you are hereby
notified that any distribution or copying of this transmittal is prohibited. If you have received
this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-
3000 or by return e-mail.  Pursuant to requirements related to practice before the U.
S.Internal Revenue Service, any tax advice contained in this communication (including any
attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding
penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or
recommending to another person any tax-related matter.

```
************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
```

Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*********************************************************