**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90–K-181

**MERILYN COOK, et al.,**

   Plaintiffs,

      v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

   Defendants.

**PLAINTIFFS' EMERGENCY MOTION TO HALT DEFENDANTS' TELEPHONE SURVEY CONTACTING REPRESENTATIVE PLAINTIFFS AND CLASS MEMBERS, AND FOR RELATED DISCOVERY AND FURTHER RELIEF**

The representative plaintiffs, for themselves and on behalf of the class, respectfully move the Court, pursuant to Fed. R. Civ. P. 23(d) and the Court's inherent authority to supervise the conduct of proceedings before it, for an Order, in the form annexed hereto, requiring that defendants bring an immediate halt, pending hearing on this motion and until further notice, to any and all telephone surveys being conducted by defendants (or persons or entities in privity with defendants) involving actual or potential contact with the representative plaintiffs and/or members of the class. Plaintiffs also seek immediate disclosure of information relating to defendants' telephone survey(s), leave to take discovery relating to the survey(s), and such other relief as may be warranted. In support, plaintiffs rely on the accompanying memorandum of law, the exhibits thereto, and the entire record in these proceedings.

Expedited consideration of this motion is respectfully requested.

Pursuant to Local Rule 7.1, plaintiffs' counsel Peter Nordberg sent a letter on Friday, September 30, 2005, to defense counsel David M. Bernick and Douglas J. Kurtenbach, setting forth the facts on which this motion is based as well as the relief requested.  The letter was hand-delivered during normal business hours to the Denver trial offices of Kirkland & Ellis LLP, and was also separately and contemporaneously transmitted by e-mail to defense counsel David M. Bernick, Douglas J. Kurtenbach, Mark Nomellini, Ellen Ahern, John Tangren, and Joseph Bronesky.  A copy of the letter's text, as transmitted to defendants, is attached to the accompanying memorandum of law as Exhibit D.  Receipt of the letter was acknowledged in an e-mail from Ms. Ahern early in the evening of September 30, 2005.  Defendants did not otherwise respond to plaintiffs' letter.

On Monday, October 3, 2005, plaintiffs again contacted defense counsel by phone and e-mail, inviting defendants to advise us if defendants felt plaintiffs were mistaken in believing that the telephone contacts with the class representatives resulted from defendants' survey, so that we might avoid burdening the Court unnecessarily.  As this document was finalized for filing, plaintiffs had received no response.

A proposed form of order is attached, and shall be transmitted in WordPerfect format to chambers as directed by the Court's ECF procedures.  Oral argument is respectfully requested.

Dated: October 3, 2005
                s/ Jennifer MacNaughton
                Merrill G. Davidoff
                Peter Nordberg
                Jennifer MacNaughton
                Berger & Montague, P.C.
                1622 Locust Street
                Philadelphia, PA 19103

(215) 875-3000
Fax (215) 875-4604
E-mail:  jmacnaughton@bm.net

*Attorneys for Plaintiffs*
*And the Class*