IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**[PLAINTIFFS' PROPOSED]
ORDER RE: DEFENDANTS' TELEPHONE SURVEY**

Upon consideration of Plaintiffs' Emergency Motion to Halt Defendants' Telephone Survey Contacting Representative Plaintiffs and Class Members, and pursuant to Fed. R. Civ. P. 23(d) and the Court's inherent authority to supervise the conduct of proceedings before it, it is HEREBY ORDERED:

(1) That defendants and all persons in privity with defendants or acting at their direction (including but not limited to the United States Department of Energy and its agents) shall cease and desist, forthwith and until further notice, from the conduct of any telephone survey in connection with this litigation or its subject matter, and shall act to preserve all documents, electronic media, and other evidence relating to any such survey;

(2) That defendants shall provide to the Court and to counsel for plaintiffs, within 24

hours from the issuance of this Order, the following information:

    (a)    the identity of all persons or entities retained by defendants or persons in privity with defendants to conduct any telephonic survey in connection with this litigation or its subject matter, if conducted in whole or in part within the past thirty days, and any contracts or other documents reflecting such retainer;

    (b)    the identity of all persons principally responsible for the conduct of such survey(s);

    (c)    all survey protocols, scripts, and similar materials, including all documents relating to the purpose and design of the survey(s), the selection of the survey sample(s), the questions asked of respondents, and the maintenance, tabulation, and presentation of data and information generated in or from the survey(s);

    (d)    all paper or electronic logs of persons or phone numbers called;

    (e)    all documents reflecting any precautions taken to avoid contacting plaintiffs or members of the class;

    (f)    any interviewer notes, logs, or audiotapes;

    (g)    all documents tabulating or reflecting the responses or results of such survey(s); and

    (h)    all correspondence, paper or electronic, relating to such survey(s);

    (3)    That defendants shall identify the person(s) most knowledgeable concerning the conduct of such survey(s) pursuant to Fed. R. Civ. P. 30(b)(6), and that plaintiffs shall be permitted to depose such person(s);

    (4)    That defense counsel shall cause copies of this Order to be disseminated to all persons

or entities retained to conduct such surveys; and

    (5)    That the Court reserves jurisdiction to order such further relief, or to direct such curative measures, as may be warranted upon further development of the record.

IT IS SO ORDERED.

Dated this _____ day of October, 2005.

                                            BY THE COURT:

                                            _____
                                            John L. Kane, Senior District Judge
                                            United States District Court