# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## No. 90–K–181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

**Defendants.**

---

## AFFIDAVIT OF MERILYN COOK

---

I, Merilyn Cook, hereby state as follows:

On or before September 28, 2005, I received a telephone call from a woman who stated she was conducting a survey about a big court case. I told her I was too busy. In response, she stated the case was a big contamination case, and that she would pay me $5 to answer possibly 10 to 15 minutes' worth of questions. I asked her whether the case was Rocky Flats. She answered yes. I told her I lived in the area and that I would not participate in the survey.

_Merilyn Cook_
Merilyn Cook

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### No. 90–K–181

---

MERILYN COOK, et al.,

    Plaintiffs,

       v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

### AFFIDAVIT OF DELORES SCHIERKOLK

---

I, Delores Schierkolk, hereby state as follows:

On September 28, 2005, around 6:00 p.m., I received a telephone call from a woman who stated she was conducting research about a trial that was going on, and would pay me $5 to answer possibly 10 to 15 minutes' worth of questions. When I asked her what the trial was about, she told me Rocky Flats. I declined to participate in the survey.

_Delores Schierkolk_
Delores Schierkolk