


Services

Facilities

History

Respondent & Participant Frequently Asked Q's

Email Us

Nolan Research, LLC
2569 Bell Road
Montgomery, AL 36117
Phone: (334) 284-4164
Fax: (334) 286-9788

# Nolan Research, LLC

Serving the river region of central Alabama for over 20 years, we can help you with all your research needs. We have 2 convenient offices in Montgomery, including an office in the Eastdale Mall. We are members of the Marketing Research Association and listed in Quirk's Marketing Research Review.

We invite you to take a look around our website--get to know who we are and how we can satisfy your market research needs.




Services

Facilities

History

Respondent & Participant Frequently Asked Q's

Email Us

Nolan Research, LLC
2569 Bell Road
Montgomery, AL 36117
Phone: (334) 284-4164
Fax: (334) 286-9788

## Services

Focus Groups
One on One Interviewing
Medical Interviewing
Mall Intercepts
Taste Tests
Telephone Interviewing w/Database & RDD Dialing
In-Store Interviewing
Jury/Legal Research
Exit Polling
Children's Research

And more... contact us for details.




Services

Facilities

History

Respondent & Participant Frequently Asked Q's

Email Us

Nolan Research, LLC
2569 Bell Road
Montgomery, AL 36117
Phone: (334) 284-4164
Fax: (334) 286-9788

# Facilities

**Our Bell Rd. facilities include:**
Large focus group room
Audio/Visual equipment, including backups
Tiered viewing room
Client lounge
Large, modern test kitchen
Closed-Circuit Television
30 Station phone room w/callback capabilities

**Our Eastdale Mall facilities include:**
Test Kitchen
Private interviewing rooms
Internet Access
CATI capabilities
Store anchors: Sears, Dillards, Parisian




Services

Facilities

History

Respondent & Participant
Frequently Asked Q's

Email Us

Nolan Research, LLC
2569 Bell Road
Montgomery, AL 36117
Phone: (334) 284-4164
Fax: (334) 286-9788

# History

In 1980, a stay-at-home mother decided she wanted a part time job where she could work flexible hours and take her children along and work the necessary hours around their schedules. She also became a foster parent, making her home and business a place for all the children to grow and learn the values needed for the world they faced. In 1989 she expanded her business to a strip mall, employing her first focus group facility. In 2000, she expanded again, into the free-standing facility on Bell Rd.

Deidra K. Nolan, founder, after over 20 years still provides a training ground for young people. She and her two life long friends, Rebecca McDonald and Isabel Barnes, became partners in 1996. They employ high school and college students to learn communication skills, self-esteem, and the work ethic necessary to enter today's business world.

Today, Nolan Research is a prominent research firm, with a large database of respondents both locally and nationwide. They gather data and information for research projects all over the United States.




Services

Facilities

History

Respondent & Participant Frequently Asked Q's

Email Us

Nolan Research, LLC
2569 Bell Road
Montgomery, AL 36117
Phone: (334) 284-4164
Fax: (334) 286-9788

# Respondent & Participant Frequently Asked Questions

Nolan Research is a member of the Marketing Research Association, a trade organization with strict codes of conduct for it's members. We suggest that you visit their page for respondents/ consumers: MRA for the consumer. It provides answers to many questions people have about marketing research.

Also, please read the Respondent Bill of Rights.

**Frequently Asked Questions**

**How did you get my telephone number?**
In order for studies to be accurate, every household must be given the chance to participate, including people with unlisted phone numbers. For many studies, a computer randomly generates the phone numbers that are called, or telephone numbers are obtained from public records.

**What are you trying to sell me? What is the catch?**
Nolan Research is a marketing research firm, we do not sell anything. Telephone sales under the guise of research is illegal. Most likely you were being called to give your opinions in a market research survey, or to be invited to participate in a focus group, music survey, or discussion group in your local area. We do not sell anything, and in many instances, we even pay you for your time & help.

**I see that you are located in Montgomery, AL. Why are you calling me, I don't live in AL.**
We conduct research across the United States. Sometimes we partner with other research companies who actually conduct the research groups at a location in your city, or nearby.

**I'm on the Do Not Call list, why did you call me?**

The Do Not Call list does not apply to marketing research, as we are not trying to sell you anything. For more information, visit: FTC Do Not Call List