September 30, 2005

**BY HAND-DELIVERY**

David M. Bernick, Esq.
Douglas J. Kurtenbach, Esq.
Kirkland & Ellis LLP
717 Seventeenth Street, 13th Floor
Denver, CO

      **Re:**    *Cook v. Rockwell Int'l Corp.*, **No. 90-K-181 (D. Colo.)**

Gentlemen:

      At the pretrial conference in this matter on September 22, 2005, Mr. Bernick informed the Court and counsel for plaintiffs that defendants would be conducting jury research via telephonic surveys.

      We have learned that at least two of the named class representative plaintiffs have been telephoned by an organization purporting to do jury research in connection with what the interviewers described as a major contamination case in "your area." Neither plaintiff agreed to be interviewed, but at least one of them was pressed and offered $5 to participate. When she asked whether the survey involved the current Rocky Flats litigation, she was told it did, and she again declined to participate.

      It seems very likely that these plaintiffs were phoned as part of the telephonic survey being conducted by defendants. (Plaintiffs are conducting no telephonic jury research.) If two named class representatives have been contacted, the strong likelihood is that numerous class members have been contacted as well. Colorado Disciplinary Rule of Professional Conduct 4.2 prohibits attorneys from communicating about the subject matter of a representation with other parties known to be represented by counsel in the matter. Defendants' initiation of contact with representative plaintiffs and absent class members also has the potential to prejudice the orderly progress of the class litigation and the Court's management of the case.

      If defendants' survey is still in progress, plaintiffs hereby demand that it be halted forthwith. In addition, defendants should identify the organization conducting the survey, provide copies of the survey protocols and interview scripts, produce logs of telephone numbers called and all other survey data, and provide any additional information in defendants' possession, custody, or control relating to the survey. Plaintiffs will seek further relief from the Court as may be appropriate.

      Sincerely,

      Peter Nordberg