IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 90–cv-181-JLK**

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

### ORDER ON EMERGENCY MOTION

Upon consideration of Plaintiffs' Emergency Motion to Halt Defendants' Telephone Survey Contacting Representative Plaintiffs and Class Members, and pursuant to Fed. R. Civ. P. 23(d) and the Court's inherent authority to supervise the conduct of proceedings before it, it is HEREBY ORDERED:

(1)    That defendants and all persons in privity with defendants or acting at their direction (including but not limited to the United States Department of Energy and its agents) shall cease and desist, forthwith and until further notice, from the conduct of any telephone survey in connection with this litigation or its subject matter, and shall act to preserve all documents, electronic media, and other evidence relating to any such survey.

Defendants shall file a written response to Plaintiffs' Emergency Motion no later than 12:00 PM on Tuesday, October 4, 2005. After consideration of this response, I will decide Plaintiffs' further request for full disclosure and discovery of information relating to defendants' survey.

IT IS SO ORDERED.

Dated this 3rd day of October, 2005.

BY THE COURT:

**S/John L. Kane**
John L. Kane, Senior District Judge
United States District Court