IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-00181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motion to Exclude the Testimony of Dr. Steven Wing (doc. #1444), filed September 16, 2005, is **DENIED**. An opinion detailing the basis of this decision will follow.

Dated: October 3, 2005