IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' SUBMISSION OF THEIR RESPONSES TO
PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED
PRIOR MARKET DISCOUNT INSTRUCTIONS**
_____

        Defendants hereby submit their responses to plaintiffs' objections to defendants' proposed supplemental jury instructions, and further state as follows:

        1.      Defendants' Responses to Plaintiffs' Objections to Defendants' Proposed Prior Market Discount Instructions are attached hereto as Exhibit A.  Additional exhibits are attached hereto as Exhibits B-K.

        2.      Pursuant to the Court's instructions, defendants also are submitting "on a 3.5″ computer disk in a form compatible with WordPerfect 9" Defendants' Responses to Plaintiffs' Objections to Defendants' Proposed Supplemental Jury Instructions.

Dated:  October 3, 2005                              Respectfully submitted,


/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                 /s/ Kari Knudsen_____ _____
                                                 Kari Knudsen (legal assistant)