**Exhibit B**

```
                                                                    1

 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2   CIVIL ACTION NO. 90-CV-181-JLK
     _____
 3
     _____
 4   VIDEOTAPED DEPOSITION OF CHARLES C. McKAY
     EXAMINATION DATE:  SEPTEMBER 28, 2005
 5   _____

 6   MERILYN COOK, et al.,

 7   Plaintiffs,

 8   v.

 9   ROCKWELL INTERNATIONAL CORPORATION
     and THE DOW CHEMICAL COMPANY,
10
     Defendants.
11   _____

12           PURSUANT TO NOTICE, the videotaped deposition of
     CHARLES C. McKAY was taken at 9:04 a.m. on September 28,
13   2005, at 1801 York Street, Denver, Colorado, before
     Nathan Stormo, Registered Professional Reporter and
14   Notary Public in and for the State of Colorado, said
     videotaped deposition being taken pursuant to the
15   Federal Rules of Civil Procedure.

16

17
                         Nathan Stormo
18              Registered Professional Reporter

19

20

21

22

23

24

25
```

31

1  Industrial Center first impacted by Rocky Flats?

2     A   Probably when they had the first -- the first

3  bad press coming out on Rocky Flats; the fire and the

4  leaky oil drums.

5     Q   Are you talking about the '69 fire?

6     A   Yes.

7     Q   And the press on that came out, when, in the

8  early 1970s?

9     A   Didn't the '69 fire come out in '69?

10    Q   I'm not totally sure about the exact year.

11    A   Yeah, okay.  I'm not either, so we're in the

12 same boat.  But when that fire happened, it was in the

13 general late '60s.  And I believe that the leaking oil

14 drums -- you guys probably know more than I do.  The

15 leaking oil drums that leaked into Walnut Creek, and

16 some of that other mismanagement issues came and hit the

17 press, of course, it affected everything around Rocky

18 Flats.

19    Q   So the value of the Mountain Plains Industrial

20 Center was first affected by Rocky Flats in the late

21 1960s?

22    A   I would say that's correct.

23    Q   And --

24    THE DEPONENT:  Is that my water?

25    Great.  Thank you very much.

58

1   Q   Is the value of Church Ranch Corporate Center
2   at all affected by the presence of Rocky Flats?
3        MR. DAVIDOFF: Objection.  It's overbroad as to
4   time, and it's vague and ambiguous.
5   A   No.
6   Q   (By Mr. Nomellini)  Has the value of Church
7   Ranch Corporate Center ever been impacted by Rocky
8   Flats?
9        MR. DAVIDOFF: Objection; same --
10  A   Yes.
11  Q   (By Mr. Nomellini)  And over what period of
12  time was the value of Church Ranch Corporate Center
13  impacted by Rocky Flats?
14  A   It was during the '80s when it was getting its
15  approvals.
16  Q   So beginning in the early '80s, the value of
17  Church Ranch Corporate Center was impacted by Rocky
18  Flats?
19  A   Yes, from the early '80s through '89 when we
20  had public hearings, we would get Rocky Flats -- the
21  Rocky -- the people who were the -- I'm going to call
22  them the enemies of Rocky Flats.  The people who were
23  the protesters against Rocky Flats showed up at our
24  public hearings and pounded on both the City Council and
25  the Planning Commission and handed out papers talking

Stormo Reporting, Inc.   (303) 200-4792

66

1  Flats?
2      A    Yes.
3      Q    And when did the value of the Cimarron Park
4  area first start becoming impacted by Rocky Flats?
5      A    Well, before it was named Cimarron Park -- and
6  we just owned the 160 here -- it's been ongoing since
7  the '60s.
8      Q    Okay.  And has the amount of impact of Rocky
9  Flats and the value of Cimarron Park changed since the
10 1960s?
11         MR. DAVIDOFF:  It's object to as overbroad
12 embracing a 35-year time period on grounds previously
13 stated in response to similar questions.
14     A    Okay.  I'm going to ask you to ask that again.
15     Q    (By Mr. Nomellini)  Sure.  Has the amount of
16 impact of Rocky Flats on the value of Cimarron Park
17 decreased since the 1960s?
18         MR. DAVIDOFF:  Same objections.
19     Q    (By Mr. Nomellini)  Does Rocky Flats have less
20 of an effect today than it did in 1960?
21         MR. DAVIDOFF:  Same objections; continuing
22 objection, please, so I don't have to --
23         MR. NOMELLINI:  Sure.
24     A    I think he's making a good point; that all
25 during the '60s, the '70s, the '80s, the constant