# Exhibit C

# Measuring the Effects of Proximity to the Rocky Flats Nuclear Weapons Plant on Property Values

© 1996 by John Radke, PhD
**Not for Citation outside the context of the Rocky Flats litigation**
AEGIS laboratory
Institute for Urban and Regional Planning
University of California, Berkeley
Berkeley, CA 94720-2000

random sample representative of the rest of the region. The stratification was accomplished by digitizing the MLS reporting districts (spatial polygons), producing a random sample within each district, and address matching the samples until a more than adequate control sample was generated (which ranged well over 250 sampled sales each year).

The charge in Phase III was to determine the actual number of properties (or acreage in the instance of large vacant land tracts) and evaluate the loss in property value within the MPC in each property category.

## Results

The three phases of the study serve to show a causative link between Rocky Flats and depressed real estate values in the surrounding area. A diminution of property values in all property categories is observed. Although the *commercial* property category is included here (to complete the study of all subclasses), we recognize that commercial properties are not easily analyzed by mass appraisal techniques. Phase II further defines an increase in the diminution of property values within the MPC following the June 1989 FBI raid. Table 1 summarizes our findings.

### Table 1

| | property category | mean undervaluation (within MPC) | $r^2$ | confidence level |
|---|---|---|---|---|
| **Phase I** (pooled 1983-93) | | | | |
| | *multi-residential* | -21.58% | .86 | 93.3% |
| | *vacant land* | -32.14% | .49 | 85.3% |
| | *commercial* | -53.03% | .73 | 90.1% |
| **Phase II** | | | | |
| 1988 | *single-residential* | -7.68% | .72 | 99.88% |
| 1989 | | -7.29% | | 99.88% |
| 1990 | | -9.33% | | 100% |
| 1991 | | -7.69% | | 99.99% |
| 1992 | | -9.18% | | 100% |
| 1993 | | -8.56% | | 100% |
| 1994 | | -7.50% | | 99.99% |
| 1995 | | -5.45% | | 99.24% |

The property devaluation within the Medium Plutonium Contour (MPC) for each property category is evaluated in terms of a total dollar loss within the MPC. Table 2 summarizes our findings.

## Table 2

| property category | mean under value within MPC | mean sale price/ within MPC | mean loss within MPC in $ | amount prop within MPC | total loss within MPC |
|---|---|---|---|---|---|
| **Phase III** (in 1993 dollars and using a base # properties from 1989) | | | | | |
| 1983-93   multi-residential | -21.58% | $121,408/prop | -33409 | unavailable at time of report | |
| 1983-93   vacant land | -32.14% | $24,638/ac | -11669 | 4812 | $ 56,151,228. |
| 1983-93   commercial | -53.03% | $12.69/sq ft | -14.33 | 308398sqft | $ 4,418,494. |
| 1988   single-residential | -7.68% | $106263/prop | -8839.9 | 8,979 | $ 79,373,462. |
| 1989 | -7.29% | $107457/prop | -8449.6 | 8,979 | $ 75,868,958. |
| 1990 | -9.33% | $101578/prop | -10452.4 | 8,979 | $ 93,852,100. |
| 1991 | -7.69% | $104658/prop | -8718.7 | 8,979 | $ 78,285,207. |
| 1992 | -9.18% | $107310/prop | -10859.8 | 8,979 | $ 97,510,144. |
| 1993 | -8.56% | $115628/prop | -10824.3 | 8,979 | $ 97,191390. |
| 1994 | -7.50% | $122597/prop | -9940.3 | 8,979 | $ 89,253,954. |
| 1995 | -5.45% | $124629/prop | -7183.8 | 8,979 | $ 64,503,340. |

The *multi-residential* properties contained large residential properties such as apartments which were extracted from the DRESCO data base and pooled over 1983-1993. The exact number of *multi-residential* properties (apartments) within the MPC was unavailable at the time of this report.

The *single family residential* properties reported above do not contain 3,040 condos and townhouses contained within the MPC. This number of condos and townhouses was determined by Hunsperger & Weston after being directed to residential complexes observed within the MPC on the 1989 Aerial Photograph. Since condos and townhouses share the same property category as *single family residential* properties it is reasonable that the percent devaluation for those property types is the same.

## Summary

In the first two phases we show that proximity to Rocky Flats depresses land value. We show this effect on four property sub-markets classified by type: *single family residential, multi-residential, commercial and vacant land*. In all four categories, confidence levels are above 85%, with the multi-residential sub-market being almost 95% and the single family residential being above 98%. In all but *vacant land* the statistical measure of predictive power of the multiple regression equation, the R-squared, is very high (.72 and above). A moderate R-squared for *vacant land* may anticipate, as we expected, random factors to account for a large part of the data variability. This is due to the fact that investing in vacant land is often done for real-estate speculation.

7