# Exhibit E



# COMMUNITY & ECONOMIC DEVELOPMENT IMPACTS
## OF THE ROCKY MOUNTAIN ARSENAL
### ON COMMERCE CITY, COLORADO



**PREPARED FOR:**
COMMERCE CITY

**PREPARED BY:**
COLEY/FORREST, INC.
AND HUNSPERGER WESTON & ZINK

SEPTEMBER 16, 1994

# CERTIFICATION

We certify that, to the best of our knowledge and belief:

- the statements of fact contained in this report are true and correct.

- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, unbiased professional analyses, opinions, and conclusions.

- we have no present or prospective interest in the geographic areas that are the subject of this report, and we have no personal interest or bias with respect to the parties involved.

- our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

- our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice of The Appraisal Foundation and the requirements of the Code of Professional Ethics of The Appraisal Institute.

- the use of this report is subject to the requirements of The Appraisal Institute relating to review by its duly authorized representatives.

- as of the date of this report, I (Wayne L. Hunsperger, MAI) have completed the requirements under the continuing education program of The Appraisal Institute, and both Wayne L. Hunsperger and David B. Clayton are currently certified by the State of Colorado under Certification Numbers CG01313804 and CG01315748, respectively.

- no one provided significant professional assistance to the individuals signing this report.

September 16, 1994

HUNSPERGER, WESTON & ZINK, LTD.

Wayne L. Hunsperger, MAI, SRA
Certified General Appraiser
CG01313804

David B. Clayton, J.D.
Certified General Appraiser
CG01315748

recognizing that there are a number of ways to achieve that end, he observed that the average price paid for a home in Globeville over the previous few years had been about $30,800. That figure multiplied times the number of homes in the class action constituted a "base" figure of $21,252,000. Based on those percentage estimates, total diminution in value fell between $2,125,200 and $6,375,600.

In summary, it was the appraiser's opinion that loss in value due to the contamination was between 10 percent and 30 percent.

### 5.3   SUNDSTRAND

The Sundstrand Aviation Operation plant is located in close proximity to a residential neighborhood known as Perl Mack in Adams County. The location is approximately 70th and Pecos Street. Reportedly, Sundstrand had underground leaking storage tanks discovered in 1987. Soil and groundwater testing revealed contamination by VOC's. Additional testing indicated a variety of other contaminants. Neighborhood residents became aware of the problem following public disclosure of the Tri County Health Dept.'s study. The contaminants were in a groundwater plume that affected the Perl Mack subdivision.

The neighborhood residents sued Sundstrand for damages. Testimony from an appraiser found diminution of value averaging 40 percent. Based on his market data, the loss in value was estimated to be up to 40 percent.

### 5.4   NORTHGLENN

There was a Chevron service station located at the southeast corner of 120th Ave. and Washington Street in Northglenn. In 1980, gasoline from the station leaked into the sewer lines causing an evacuation of about 42 families from their homes. Residents and the City sued Chevron for personal injury and property damage. Chevron eventually bought the homes, remediated the problem and re-sold the houses, but only with guaranteed below market financing as an inducement. At trial, evidence indicated property damage of up to 40 percent.

### 5.5   FT. COLLINS

A service station leak contaminated groundwater over a period of years. Apparently, vapors were noted by homeowners and a lawsuit was brought alleging loss in property value. Market data evidence was presented by the plaintiff's appraiser showing a loss of 50 percent to 60 percent. Even the defendant's appraiser testified to 25 percent loss in value. Thus, in that case, loss due to groundwater contamination was between 25 percent and 60 percent.

### 5.6   ROCKY FLATS

In the 1970's, the neighborhoods near Rocky Flats suffered a marketability problem. During that time it became known that some contamination was escaping the Rocky Flats plant by way of Walnut Creek in Jefferson County. At that time, homes in the surrounding neighborhoods became almost impossible to sell. Property values declined. For a period, FHA and VA declined to insure loans in the neighborhood. The consequences were severe. Negative market perceptions combined with lack of government insured financing caused real estate values in many instances to decline dramatically.