**Exhibit F**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 90-K-181

---

DEPOSITION OF RICHARD S. BARTLETT                Volume I

---

MERILYN COOK, WILLIAM JR. AND DELORES SCHIERKOLK, RICHARD AND SALLY BARTLETT AND LORREN AND GERTRUDE BABB, BANK WESTERN, A FEDERAL SAVINGS BANK, A FEDERALLY CHARTERED SAVINGS BANK, AND FIELD CORPORATION, A COLORADO CORPORATION, ON THEIR OWN BEHALF AND AS REPRESENTATIVES OF A CLASS OF PERSONS AND ENTITIES SUFFERING ECONOMIC HARM; AND MICHAEL DEAN RICE, THOMAS L. AND RHONDA J. DEIMER, AND STEPHEN M. AND PEGGY J. SANDOVAL, ON THEIR OWN BEHALF AND AS REPRESENTATIVES OF A CLASS OF SIMILARLY SITUATED RESIDENTS AND WORKERS,

        Plaintiffs,

-vs-

ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation, and THE DOW CHEMICAL COMPANY, a Delaware Corporation,

        Defendants.

---

Pursuant to Notice and the Federal Rules of Civil Procedure, the deposition, called by Defendants, was taken at 9:03 a.m., Tuesday, July 13, 1993, at 1999 Broadway, Suite 4000, Denver, Colorado, before Susan C. Soderberg, Certified Shorthand Reporter (HI) and Notary Public within and for the State of Colorado.



*Walker Reporting, Inc.*

410-17th STREET  •  SUITE 820  •  DENVER, COLORADO 80202  •  (303) 623-3904

7/13/1993 Bartlett, Richard

```
 1      A    Yes.
 2      Q    I am trying to get a time frame.  Let's say
 3  before 1984, did anybody tell you that people were
 4  unwilling to buy property because of its proximity to
 5  Rocky Flats?
 6      A    Is your question on specific years?  When
 7  you have been 30 years in this business selling real
 8  estate, it is difficult to answer.
 9      Q    I understand.
10      A    And I can't numerially or individually pick
11  out numbers of times.
12      Q    I don't expect you to say exactly how many
13  times.
14           But what I am saying is:  Do you recall any
15  instances during Reagan's first term as president, or
16  something like that, where people stated that they were
17  unwilling to buy property because of its proximity to
18  Rocky Flats?
19      A    I would have to answer the question that
20  Rocky Flats sales -- Rocky Flats has affected sales in
21  the Arvada area since the 1969 fire.
22      Q    How did you come to learn that information?
23      A    Because the exact question that you just
24  asked me, by actual individuals that I have worked
25  with, by other people in the real-estate business, by
```

7/13/1993 Bartlett, Richard

```
 1  association with professional organizations within the
 2  Jefferson County area.
 3      Q    So, since the 1969 fire you have observed
 4  through your professional contacts and experience that
 5  Rocky Flats has had an impact on the real-estate market
 6  around the plant ; is that right?
 7      A    Yes.
 8      Q    And the impact that Rocky Flats has had on
 9  the real-estate market since the 1969 fire has not been
10  positive ; is that right?
11      A    Yes.
12      Q    It has -- have you been aware since that
13  time that Rocky Flats has led some people to not want
14  to purchase property near the plant ; is that right?
15      A    Yes.
16      Q    Would you agree that since the 1969 fire
17  Rocky Flats has slowed down development near the plant?
18      A    Can you reword that question?
19      Q    Okay.  You are right ; it's not a very good
20  question.
21           Did you discover that since the 1969 fire,
22  the presence of Rocky Flats and the public's perception
23  of Rocky Flats has tended to slow down the real-estate
24  development in areas near the plant?
25      A    Yes.
```

7/13/1993 Bartlett, Richard

```
 1      Q    Have you discovered since the 1969 fire that
 2  the presence of Rocky Flats or the public's perceptions
 3  about Rocky Flats has tended to depress property values
 4  or market values around the Rocky Flats plant?
 5      A    Yes.
 6      Q    And you observed that since 1969, is that
 7  right, or shortly after 1969?
 8      A    Yes.
 9      Q    Have you ever heard of the group Business
10  Against Plutonium Pollution?
11      A    No.
12      Q    Have you ever heard of the group [ Business
13  Organized for a Safe Society?
14      A    No.
15      Q    I want to to go over what information you
16  had by 1984.  We will kind of summarize what we have
17  been talking about.
18           By 1984 you knew that there had been a fire
19  in 1969 at Rocky Flats?
20      A    Yes.
21      Q    And by 1984 you knew that there were people
22  who claimed that that fire had released plutonium off
23  site ; is that right?
24      A    Yes.
25      Q    By 1984 you were aware that there were
```

7/13/1993 Bartlett, Richard

```
 1  people who claimed Rocky Flats had released
 2  contamination into the water supply, off-site water
 3  supply in various areas ; is that correct?
 4      A    Yes.
 5      Q    By 1984 did you know about the barrel
 6  incident, about the incidents where the oil barrels
 7  were stored outside and rusted and leaked?
 8      A    I am not sure of the date.  I know of the
 9  incident, yes.
10      Q    By 1984 you knew there were claims that
11  Rocky Flats, that some people, at least -- strike that.
12           By 1984 you knew that there were people who
13  claimed that Rocky Flats had released contamination,
14  high levels of contamination off site ; is that right?
15      A    I can't answer the question that way.
16      Q    By 1948 you knew that, for example, Dr. Carl
17  Johnson was claiming that Rocky Flats had released
18  unacceptably large levels of plutonium off site?
19      A    Yes.
20      Q    By 1948 you knew that Dr. Carl Johnson
21  claimed that those releases put off-site residents at a
22  higher risk of health impacts and cancer?
23      A    Yes.
24      Q    We went over those other studies that were
25  in that letter.  Did you also know by ' 84 that other
```

### Page 133

7/13/1993 Bartlett, Richard

1  scientific studies had been made regarding the amount
2  of plutonium that had been released off site?
3     A    I know today that those studies were made,
4  yes.
5     Q    Well, you had in your possession a letter by
6  1984 that referred to two studies that dealt with the
7  amount of plutonium that had been released off site ; is
8  that right?
9     A    I had in my possession, yes.
10    Q    By 1984 did you know of the Church
11 litigation, the litigation brought by landowners?
12    A    I don't recall the date that I knew of the
13 Church litigation, but I know of the Church litigation.
14    Q    How did you find out about the Church
15 litigation?
16    A    I can't recall.
17    Q    By 1984 you were aware that Rocky Flats,
18 either releases from Rocky Flats or the public's
19 perception of releases from Rocky Flats, had affected
20 the real-estate market around Rocky Flats ; is that
21 right?
22    A    Yes.
23    Q    By 1984 you knew that that effect was a
24 depression of market values ; is that right?
25    A    Yes.

### Page 134

7/13/1993 Bartlett, Richard

1    Q    And by 1984 were you aware that some people
2  were unwilling to move near Rocky Flats because of a
3  concern over possible health impacts?
4     A    Yes.
5     Q    Why did you put your property up for sale in
6  1988?
7          We haven't established that it was 1988 ;
8  have we?
9     A    No.
10    Q    In any event, why did you put your property
11 up for sale?
12    A    I don't remember at this point in time.
13    Q    I assume you wanted to move ; right?
14    A    Yes.
15    Q    Where did you want to move?
16    A    I don't remember that we had a specific
17 location that we were to move to at that point in time.
18    Q    Do you remember why you wanted to move?
19    A    The reason we wanted to move was to enlarge
20 our acreage for the horse operation.
21    Q    I am curious as to -- not that I am
22 questioning this or anything.  But I am just curious as
23 to -- you put this big barn up, spent a lot of money to
24 put that barn up.  Then not too long after that you put
25 your property on the market.

### Page 135

7/13/1993 Bartlett, Richard

1     Q    Was there anything that brought about a
2  sudden change in plans or anything like that?
3     A    Not really, except the business was doing so
4  well that we knew we were going to grow out of
5  available ground.
6     Q    So the horse busines was doing so well that
7  you wanted more room for horses?
8     A    Correct.
9     Q    Could you -- let's look at these real-estate
10 ads.  Why don't you take a look at those, because I am
11 going to be asking you about them all.
12         Mr. Raffman:  Mike, have you marked this as
13 an exhibit?
14         Mr. Powers:  I am sorry.
15         ( Exhibit 30 was marked. )
16    Q    ( By Mr. Powers )  Exhibit 30.  For the
17 record, Exhibit 30 is a series of what appear to be ads
18 for the Bartlett property.
19    A    Okay.
20    Q    The ad at the bottom of the first page says
21 the asking price is $675,000?
22    A    Yes.
23    Q    I assume you were asking $675,000 for the
24 whole kaboodle, for everything contained within the ten
25 acres?

### Page 136

7/13/1993 Bartlett, Richard

1     A    That's right.
2     Q    What was the basis for the $675,000 asking
3  price?  How did you calculate that?
4     A    Calculated on the basis of where I felt that
5  market was at that time for the property.
6     Q    Did anybody want to buy it for $675,000?
7     A    No, we had no offers.
8     Q    I look, and I see on the second page -- and
9  I don't know if these are in any kind of sequence or
10 anything like that.
11         Actually, let's go to the second to the last
12 page.  The price is $250,000.
13    A    Yes.
14    Q    Is that right?
15    A    Yes.
16    Q    Were you trying to sell here for $250,000
17 everything you owned, including this stable?
18    A    No.
19    Q    Why were you, in effect, dividing it up?
20 Why weren't you offering the whole thing again?
21    A    Well, we were attempting to see if the
22 market, because of the price of the total package, that
23 we would work a portion sale on it, breaking off the
24 three acres and the home, be able to operate the rest
25 of the facility, and then split it for purchase by