# Exhibit G

6/16/2004 Tomlinson, Ed

```
1    27818ASG
     IN THE UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF COLORADO
3    Civil Action No. 90-K-181
4    _____
5
     MERILYN COOK, et al.,
6
     Plaintiffs,
7
     vs.
8
     ROCKWELL INTERNATIONAL CORPORATION and
9    THE DOW CHEMICAL COMPANY,
10   Defendants.
11   _____
12
              DEPOSITION OF EDWARD C. TOMLINSON
13                    June 16, 2004
14   Pursuant to Subpoena taken on behalf of the Defendants
     at 633 Seventeenth Street, Suite 3000, Denver, Colorado
15   80202, at 9:03 a.m., before Sara Goldenberg, Registered
     Professional Reporter and Notary Public within Colorado.
16
17
18
19
20
21
22
23
24
25
```

6/16/2004 Tomlinson, Ed

1  Q. That's fine. We can try to find the
2  records. That's probably better. If you don't recall,
3  just tell me.
4        Did you have the West 73rd Street home
5  appraised at any time while you owned it, if you know?
6  A. I don't know. I don't know if I assumed the
7  loans or how the transaction was structured.
8  Q. Did you ever try to rent or lease the 73rd
9  Street property while you were owning it?
10 A. No.
11 Q. Did you try to refinance the mortgage while
12 you owned it?
13 A. No.
14 Q. Did you have any trouble getting financing
15 on the West 73rd Street home?
16 A. No.
17 Q. Was -- go ahead.
18 A. I believe, in '81, interest rates were
19 15 1/2, so there's that factor.
20 Q. For the West 73rd Street home, was
21 Rocky Flats a factor in any way in the purchase price
22 that you were willing to pay for or the sales price that
23 you were willing to accept when you sold it?
24 A. Rocky Flats has always -- has an impact on
25 supply and demand. There's fewer buyers who will buy in

28

6/16/2004 Tomlinson, Ed

1  Arvada because of Rocky Flats. So I'm trying to say, on
2  one particular property I just have fewer buyers to
3  choose from. So it will always have an impact.
4  Q. Was Rocky Flats discussed in any way when
5  you were purchasing the West 73rd Street home?
6  A. I don't remember.
7  Q. What about when you sold the West 73rd
8  Street home? Did you discuss Rocky Flats, or did the
9  purchaser discuss Rocky Flats?
10 A. I don't remember if that was the time of
11 disclosures or not. I don't remember when those
12 disclosures were about Rocky Flats. But I was not the
13 selling broker on the sale of 73rd.
14 Q. Did the buyer or the broker that you were
15 working with tell you that Rocky Flats was an issue when
16 you were selling the West 73rd Street home in 1981?
17 A. I don't know.
18 Q. You testified earlier that when you were
19 purchasing the West 73rd Street home, you specifically
20 took into consideration the concern that the home had
21 aluminum wiring, correct?
22 A. Correct.
23 Q. What about proximity to Rocky Flats? Did
24 you specifically take into consideration any concern
25 about proximity to Rocky Flats when you purchased the

29

6/16/2004 Tomlinson, Ed

1  West 73rd Street home in 1976?
2  A. The answer would be yes.
3  Q. How much did you discount, in your
4  estimation, when you bought the West 73rd Street home,
5  for the aluminum wiring?
6  A. I don't know. You're making me reach
7  23 years.
8  Q. Would your answer be the same for
9  Rocky Flats?
10 A. Would my answer be the same what?
11 Q. That you don't know how much of a discount
12 you were working into what you paid for the West 73rd
13 Street home in 1976 because of Rocky Flats.
14       MS. MacNAUGHTON-WONG: Objection to form.
15       MR. BAKKE: Strike that. Let me start over.
16       THE DEPONENT: You're going to need to speak
17 up a little.
18       MR. BAKKE: Let me start over.
19 Q. (BY MR. BAKKE) Do you know how much of a
20 discount you figured into what you were paying for the
21 West 73rd Street home in 1976 because of Rocky Flats?
22       MS. MacNAUGHTON-WONG: Objection to form.
23       THE DEPONENT: I'm sorry?
24 Q. (BY MR. BAKKE) You may answer.
25       MS. MacNAUGHTON-WONG: I'm stating an

30

6/16/2004 Tomlinson, Ed

1  objection. You can still answer the question.
2        THE DEPONENT: For that specific
3  transaction, I don't know, but there was a discount.
4  Q. (BY MR. BAKKE) When you say there was a
5  discount when you were purchasing the West 73rd Street
6  home in 1976, do you mean that you specifically were, in
7  your mind, discounting the amount you were willing to
8  offer for the home by some amount because of
9  Rocky Flats' proximity?
10 A. No. I think it would be more in the
11 reflection of the overall values of the homes in Arvada
12 was adversely affected by Rocky Flats. So as a
13 community, we were adversely affected, and that would
14 roll into the individual properties.
15 Q. You're the person who bought the West 73rd
16 Street home, correct?
17 A. Correct.
18 Q. And you made the offer on that home?
19 A. Correct.
20 Q. Did the proximity of Rocky Flats affect the
21 amount that you were willing to offer for the West 73rd
22 Street home in 1976?
23 A. Yes.
24 Q. So am I correct that you believe that you
25 offered less for the West 73rd Street home in 1976 than

31

6/16/2004 Tomlinson, Ed

1  Q. How has Rocky Flats affected the value of
2  your Robb Street home?
3  A. Diminished value, diminished demand, back to
4  a lot of people won't live that close to Rocky Flats in
5  the recent -- well, not in the recent -- since probably
6  the mid-'60s.
7  Q. Has anything else negatively impacted the
8  value of your home since you purchased it at Robb Court?
9  A. None that I recall.
10 Q. You mentioned that you had a neighbor who
11 moved because of Rocky Flats. Was that a neighbor to
12 you when you were in the Robb Court house?
13 A. Correct.
14 Q. When did that neighbor move away from the
15 Lamplighter neighborhood?
16 A. I don't remember.
17 Q. Do you remember what decade it was?
18 A. There's only been two decades, so it was in
19 the last ten years -- or not -- it was -- I don't know.
20 I could find out.
21 Q. How do you know the neighbor moved because
22 of proximity to Rocky Flats?
23 A. They told me they were frightened.
24 Q. Did they become frightened -- did your
25 neighbor convey a particular reason why they had become

39

6/16/2004 Tomlinson, Ed

1  frightened about Rocky Flats after purchasing there
2  initially?
3  A. It all centered on Rocky Flats. I don't
4  remember what the particular reason was, but she was
5  really scared.
6  Q. Do you recall when she became scared? Did
7  she tell you?
8  A. No, I don't remember the time lines.
9  Q. Whatever you know about your neighbor's
10 reasons for moving were just what she told you?
11 A. True. I sold the house for her.
12 Q. When you sold your neighbor's house who
13 wanted to move away because of proximity to Rocky Flats,
14 did you disclose to any of the purchasers anything
15 relating to Rocky Flats?
16 A. I didn't sell it personally, so I did not
17 disclose unless there was a government regulation.
18 Q. When did you first talk to the lawyers for
19 the Plaintiffs in this case?
20 A. I'm guessing two years ago.
21 Q. Do you recall how that first conversation
22 came about?
23 A. Somebody came to visit me by appointment,
24 and I think some of the property owners around Rocky may
25 have given my name as a knowledgeable person.

40

6/16/2004 Tomlinson, Ed

1  Q. Do you recall who you talked to when you
2  first talked to one of the Plaintiffs' lawyers?
3  A. I do not.
4  Q. Do you recall what you discussed at that
5  meeting?
6  A. How Rocky Flats has impacted the real estate
7  industry in the community.
8  Q. Was it just one lawyer that you were talking
9  to?
10 A. I believe it to be true.
11 Q. Male or female?
12 A. Male.
13 Q. What other conversations since then have you
14 had with Plaintiffs' lawyers?
15 A. I had two others. Someone came to meet with
16 me maybe six or eight months ago. Then I met with her
17 yesterday.
18 Q. By that you mean Ms. MacNaughton-Wong?
19 A. I do. And there might have been one other.
20 I think there was one other visit in the last four
21 months or so, but I don't know that the attorneys were
22 ever the same.
23 Q. So these approximately four visits with
24 Plaintiffs' attorneys, were they all in person?
25 A. Yeah.

41

6/16/2004 Tomlinson, Ed

1  Q. Have you had any phone conversations with
2  Plaintiffs' attorneys separate from those four visits in
3  person?
4  A. In the phone conversations, it's a blur,
5  whether it was Plaintiff or Defendant counsel. I might
6  have had as many as two or three conversations and maybe
7  as many as ten voice mails trying to reach me.
8  Q. Have you provided any documents to the
9  Plaintiffs' attorneys for this case?
10 A. I have.
11 Q. Have you provided those documents to us in
12 response to our subpoena?
13 A. I have not.
14 Q. Why not?
15 A. I just generated them. I just delivered
16 them yesterday. And I didn't see the value of the
17 documents to the discussion.
18 Q. Have you brought more documents responsive
19 to the subpoena with you today?
20 A. I have brought the appraisal and my loan
21 documents, which this counsel does not have. And she
22 has a set of the documents that you originally outlined.
23 And I was focused on these, so I forgot to bring your
24 set.
25 Q. The documents that you originally provided

42