**Exhibit H**

6/8/2004  Lund, Luther B.

1    27813ASG

2    IN THE UNITED STATES DISTRICT COURT

3    FOR THE DISTRICT OF COLORADO

4    Civil Action No. 90-K-181

5    _____

6    MERILYN COOK, et al.,

7    Plaintiffs,

8    vs.

9    ROCKWELL INTERNATIONAL CORPORATION and

10   THE DOW CHEMICAL COMPANY,

11   Defendants.

12   _____

13

14              DEPOSITION OF LUTHER B. LUND

15                     June 8, 2004

16

17   Pursuant to Subpoena taken on behalf of the Defendants

18   at 633 Seventeenth Street, Suite 3000, Denver, Colorado

19   80202, at 9:05 a.m., before Sara Goldenberg, Registered

20   Professional Reporter and Notary Public within Colorado.

21

22

23

24

25

6/8/2004 Lund, Luther B.

1  terms of the "current furor regarding Rocky Flats" in
2  1978?
3      A.  Well, I did at that time, but I don't recall
4  what it was now.
5      Q.  Later in that paragraph, Mr. Schwarz talks
6  about demonstrations by environmentalists and nationwide
7  publicity.  Do you recall, in the late 1970s time
8  period, demonstrations by environmentalists and
9  nationwide publicity about Rocky Flats?
10     A.  I had a general understanding that there
11 were picketers and people protesting outside the plant.
12     Q.  Did you see them on the news doing that?
13     A.  I believe so.
14     Q.  Do you remember them holding hands outside
15 the plant?
16         MS. NOTEWARE:  Objection.  What time are we
17 talking about?
18         MR. BAKKE:  Late '70s.
19         MS. NOTEWARE:  His question is to the late
20 '70s, if you can recall that.
21         THE DEPONENT:  Yeah.  I can't recall
22 specifically, but generally, I was aware of it.
23     Q.  (BY MR. BAKKE)  Is it your opinion that by
24 the 1978 timeframe, Rocky Flats had had a substantial
25 impact on the property value of the Alkire property?

95

6/8/2004 Lund, Luther B.

1  influence or effect began to lessen in terms of the
2  marketability or value of your property?
3      A.  I'm not sure I can say that.
4      Q.  Well, you've talked and testified about the
5  cloud.  You've given it a lot of names.  I'm just trying
6  to understand.
7          At the time that you got rid of the property
8  and sold it to one of your partners in the '90s, was
9  there still as big of a cloud over the property as there
10 had been in the '70s?
11         MS. NOTEWARE:  Objection, but you could
12 answer.
13         THE DEPONENT:  Yeah.  I don't know how to
14 answer that.
15     Q.  (BY MR. BAKKE)  When Alkire was selling the
16 property to Mr. Griffin, did Alkire and Mr. Griffin
17 discuss Rocky Flats and its influence on the property
18 value?
19         MS. NOTEWARE:  Well, Mr. Griffin was part of
20 Alkire, so I guess it's a confusing question.
21         MR. BAKKE:  And Mr. Griffin was also the
22 purchaser.
23         MS. NOTEWARE:  I understand, but -- so
24 you're asking whether Alkire spoke to one of its
25 members?

97

6/8/2004 Lund, Luther B.

1          MS. NOTEWARE:  Object to the form.
2          THE DEPONENT:  Absolutely.
3      Q.  (BY MR. BAKKE)  When, in your opinion, did
4  Rocky Flats begin to have a negative influence on the
5  value of the Alkire property?
6      A.  I can't put a precise timeframe on it, but
7  by certainly the early '70s, it was a factor.
8      Q.  In your experience over a lot of years with
9  that Alkire property, did the effect that Rocky Flats
10 had on the value of the property vary over time?
11     A.  That's an intangible.  I can't quantify that
12 at all.
13     Q.  In your experience, did -- strike that.
14         In your experience, did the impact
15 Rocky Flats was having on the value and developability
16 of the Alkire property get any worse after the publicity
17 in the early 1970s?
18     A.  Well, that's a generalization, but yes, it
19 steadily worsened for some time there.
20     Q.  For about how long would you say it steadily
21 worsened from -- starting in the early 1970s?
22     A.  I can't quantify that.  It would be too
23 subjective.
24     Q.  Was there a time, while you were holding the
25 Alkire property, that you found that Rocky Flats'

96

6/8/2004 Lund, Luther B.

1          THE DEPONENT:  Not that I recall.
2      Q.  (BY MR. BAKKE)  Am I correct that you recall
3  specifically discussing Rocky Flats' influence on your
4  property with at least some developers in the 1970s?
5      A.  It would have been mentioned, and it was
6  understood that it was a major deterrent to development,
7  and it was this big, big problem.  It wasn't necessarily
8  something you sat around and talked about.  It was just
9  known.
10     Q.  When was the last decade that you can
11 remember a developer specifically raising the issue of
12 Rocky Flats in terms of an effect on value of the Alkire
13 property?
14     A.  Oh, I --
15         MS. NOTEWARE:  If you can --
16         THE DEPONENT:  I can't answer that.
17     Q.  (BY MR. BAKKE)  You recall that happening in
18 the '70s, correct?
19     A.  It was a major problem then, and it was a
20 major problem in the '80s, and I suspect it still was in
21 the '90s.  But whether that was discussed in so many
22 words with a prospective developer, I can't say.
23     Q.  Well, I just want to make sure I understand
24 what you do recall and what you don't.  Am I correct
25 that you recall at least some discussions with

98

6/8/2004 Lund, Luther B.

1  effect of Rocky Flats and plutonium contamination on the
2  value and developability of your property that began in
3  1973 continued to get worse into the '80s?
4         MS. NOTEWARE:  Objection, but you can go
5  ahead and answer.
6         THE DEPONENT:  Would you restate it or
7  repeat it.
8         Q.   (BY MR. BAKKE)  Yes.  I'm trying to ask some
9  timing questions so I can understand your experience
10 with your property.  You stated that sometime between --
11 strike that.
12        Am I correct that sometime between 1967 and
13 1973, you believe that Rocky Flats started to have a
14 significant impact on the value and developability of
15 your property?
16        MS. NOTEWARE:  Objection to the word
17 "significant" in particular.
18        THE DEPONENT:  Yeah, yeah.  There began an
19 impact, right.
20        Q.   (BY MR. BAKKE)  When do you think the impact
21 became significant in that it significantly affected
22 your ability to market your property the way you wanted?
23        A.   Well, it certainly began, in the early '70s,
24 to put a cloud over the area and got significantly
25 worse, at least culminating with the, what, 1989 raid by

179

6/8/2004 Lund, Luther B.

1  the FBI.  That would be, I would think, the peak of the
2  negativity regarding it.
3         And it wasn't a straight line between those
4  two periods, but it kept getting worse and worse.
5         Q.   When you say the 1989 raid was the peak of
6  the negativity, do you mean that that was the worst that
7  it got, in your experience, in terms of the
8  marketability of your property, was shortly after the
9  FBI raid?
10        MS. NOTEWARE:  Objection.
11        THE DEPONENT:  Well, that was the biggest
12 publicity factor.  Now, I can't say that the
13 marketability ever improved after that, though.
14        Q.   (BY MR. BAKKE)  You sold your property after
15 the FBI raid for more than you'd ever sold any of the
16 Alkire property before the FBI raid, correct?
17        MS. NOTEWARE:  Objection.
18        THE DEPONENT:  Without discounting for
19 inflation and so forth, yes, but those on a discounted
20 value basis, probably not.
21        Q.   (BY MR. BAKKE)  You didn't even try to sell
22 your property for five years after you purchased it; did
23 you?
24        MS. NOTEWARE:  Objection, argumentative.
25 Objection, argumentative.

180

6/8/2004 Lund, Luther B.

1         MR. BAKKE:  Let me restate.
2         Q.   (BY MR. BAKKE)  You never tried to --
3         MS. NOTEWARE:  Objection -- go ahead.
4         Q.   (BY MR. BAKKE)  -- sell the Alkire property
5  for the first five years after you purchased it?
6         MS. NOTEWARE:  Objection.  Misstates the
7  testimony, argumentative.  You can answer.
8         THE DEPONENT:  No, that isn't correct.
9         Q.   (BY MR. BAKKE)  What did you do in the first
10 three years to --
11        A.   I can't recall, but we were open to selling
12 it, had there been a good opportunity.
13        Q.   Did you have signs up on your property
14 saying that it was for sale?
15        A.   No, no.
16        Q.   Did you specifically retain a broker in the
17 first three years that you owned the property to attempt
18 to sell it?
19        A.   I don't believe so.
20        Q.   When was the first time you believe you
21 retained a broker to sell the Alkire property, if ever?
22        A.   I don't know.  The file shows some contacts
23 with different ones, and there were other conversations.
24 But probably, those letters would be indicative of most
25 of the contact.

181

6/8/2004 Lund, Luther B.

1         Q.   Am I correct that you don't have any
2  recollection of retaining a broker to market the Alkire
3  property before that first letter in time, whenever that
4  is, that we went over today?
5         A.   Yeah.  We didn't retain anyone; that's
6  correct.
7         Q.   Did you do any actions, separate from
8  retaining a broker, to attempt to market the Alkire
9  property at any time?
10        A.   There were ongoing efforts to find an avenue
11 to get it sold, but these were rather low-key approaches
12 and not successful.
13        Q.   What kind of ongoing efforts, other than
14 working with brokers, did Alkire Investment Corporation
15 undertake to sell the Alkire property?
16        A.   It was primarily just individuals talking to
17 contacts who might know of a good outlet for doing this.
18 And every time something of substance developed, why, we
19 would have a meeting with the broker, brokerage firm.
20        And you know brokers.  They'll talk a good
21 case, but not much developed from any of these.
22        Q.   Did Alkire ever work with a company or
23 brokerage firm that specialized in large developments?
24        MS. NOTEWARE:  Object.  Are you finished?
25        MR. BAKKE:  Just that, yes.

182

6/8/2004 Lund, Luther B.

1  Q. Did you have any opinion on how much less
2  you sold the properties -- strike that.
3     Do you have any opinion on how much lower
4  the sales prices were for the various transactions in
5  which you sold portions of the Alkire property was
6  because of concerns about Rocky Flats?
7     MS. NOTEWARE: Objection. And I'd ask --
8  first of all, it's multiple. Second of all, it's vague.
9  Third of all, it covers a very long time period, and it
10 is intentionally confusing.
11    MR. BAKKE: Move to strike.
12    MS. NOTEWARE: Subject to all of that, if
13 you can answer that question. And if such a discount
14 even existed, go ahead, and if the answer is the same --
15    THE DEPONENT: I have no way to quantify
16 that. I'm just absolutely convinced it was substantial.
17 Q. (BY MR. BAKKE) What do you mean by
18 "substantial"? Would a 1 percent discount be
19 substantial to you?
20 A. No. I'm talking about a hundred percent.
21 Q. Meaning a 50 percent -- half of the price, a
22 hundred percent --
23 A. Yeah. I mean just -- I'm not wanting to
24 quantify it at all, but --
25 Q. I understand.

187

6/8/2004 Lund, Luther B.

1  A. -- it would be big.
2  Q. I was just trying to understand. A hundred
3  percent discount, to me, would be taking something from
4  $1 to zero. When you were saying a hundred percent, you
5  mean taking $1 to 50 cents?
6     MS. NOTEWARE: Objection. I think that
7  misstates the testimony, but go ahead and answer.
8     THE DEPONENT: If we sold something for
9  6,000 an acre, 12,000 an acre would have been the more
10 likely number. But even that is -- could be half what
11 it could have actually been.
12 Q. (BY MR. BAKKE) In the almost 30 years that
13 you owned interests in the Alkire property, did any
14 broker or developer tell you that they would have bought
15 the property but for these concerns about Rocky Flats,
16 or even would have paid more for the property if it
17 weren't for the concerns related to Rocky Flats?
18 A. No.
19    MR. BAKKE: Let's take a five-minute break,
20 and we'll count the five-minute break on my time.
21    MS. NOTEWARE: Just, while we're on the
22 record, by my calculations, seven hours will be up at
23 4:30, and that's what we're staying till. Let's just
24 stay on the record.
25    MR. BAKKE: Let's stay on the record for a

188

6/8/2004 Lund, Luther B.

1  moment.
2     MS. NOTEWARE: I've got a party for a bunch
3  of ten-year-olds I'm throwing tomorrow. I do not want
4  to make the red eye tonight. I told him. That's a
5  double reason to take every minute of the seven hours,
6  but I think it's over at 4:30.
7     MR. BAKKE: It's actually over at 4:45, but
8  I think I will be able to conclude at 4:30. You can sit
9  on the record for five minutes. I'm not going to ask a
10 question. You may feel free to leave the room or walk
11 around during the five minutes.
12    MS. NOTEWARE: We're leaving at 4:45. You
13 can do what you want till then. If your representation
14 is that you're done at 4:45, that's fine, but that's
15 when we're leaving.
16    MR. BAKKE: That is my representation. I
17 will be done before 4:45.
18    MS. NOTEWARE: Great.
19    (At this time Ms. Noteware and Mr. Lund
20 exited the deposition room.)
21    MR. BAKKE: And we're off the record? Yes,
22 we are off the record. No one's in the room.
23    (A break was taken from 3:52 p.m. to
24 4:09 p.m.)
25    MR. BAKKE: Let's go on the record, if

189

6/8/2004 Lund, Luther B.

1  you're ready.
2  Q. (BY MR. BAKKE) When the Alkire Investment
3  Group or its individual partners were looking to invest
4  in a property, did you look at any properties other than
5  the one you actually purchased at Alkire?
6  A. There had been a few proposals which Coleman
7  had generated, but nothing had been close to fruition
8  until this one.
9  Q. How much time passed between when
10 Mr. Coleman proposed purchasing the Alkire property and
11 when the partnership actually purchased it?
12 A. Not a lot. I don't recall specifically, but
13 I think it moved along pretty quickly.
14 Q. Did you look in any other areas besides
15 northwest Denver for a property to invest in for the
16 Alkire group?
17    MS. NOTEWARE: You mean northwest of Denver?
18    MR. BAKKE: Yes, northwest of Denver.
19    THE DEPONENT: No, because that's where he
20 wanted to be located, and he was the one causing this to
21 happen.
22 Q. (BY MR. BAKKE) Did Alkire Investment Group
23 work with a realtor or broker as part of the transaction
24 when it was looking to invest in the property?
25 A. No.

190