**Exhibit I**

                    6/15/2004  Park, Donald (1 of 2)

1            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
2
                  CIVIL ACTION NO. 90-K-181
3
4     ERILYN COOK, et al.,
5            Plaintiffs,
6     vs-
7     OCKWELL INTERNATIONAL
      ORPORATION AND THE DOW
8     HEMICAL COMPANY,
9            Defendants.
10
      -------------------------------/
11
12
13            DEPOSITION OF DONALD M. PARK
14                   VOLUME 1 OF 2
                  Pages 1 through 115
15
16             Tuesday, June 15th, 2004
                9:06 A.M. - 5:50 P.M.
17
18             Esquire Deposition Services
                       Suite 3350
19            101 East Kennedy Boulevard
                  Tampa, Florida 33602
20            --------------------------
21
22    eported by:
23    ANET HAMILTON, RPR
      otary Public, State of Florida
24    squire Deposition Services - Tampa, Florida
      13-221-2535  (800-838-2814)
25    ob No. N642510

                                                    1

6/15/2004 Park, Donald (1 of 2)

1  there. It had been there for more than 30 years. It
2  was not seen as a threat to our environment or health or
3  valuation of property or resellability or desirability
4  of living in that community. And so we bought there,
5  based on other factors that obviously went into the
6  decision to buy there.
7     Q  You say over the course of time the proximity
8  of Rocky Flats made the Countryside neighborhood a less
9  desirable place for you to live in?
10    A  I did say that.
11    Q  When did that start?
12    A  I would say that that began in the -- about
13 the fourth year perhaps that we lived there. 1982.
14 '83. I cannot recall specifically, but early '80s.
15    Q  Was there anything specific that prompted you
16 to start seeing Rocky Flats as something that made
17 living in the Countryside neighborhood less desirable?
18    A  There was discussion that there was
19 contamination of -- I believe it's the Great Western
20 Reservoir and/or Woman Creek Reservoir, and also of
21 Standley Lake. S-t-a-n-d-l-e-y. Standley Lake being a
22 source of city water for the City of Westminster, that
23 was a major concern. And we had visitors to our home
24 and family members who visited as well as friends who,
25 after public knowledge was made and acknowledged by the

64

6/15/2004 Park, Donald (1 of 2)

1  City of Westminster that they were concerned about some
2  contamination by Rocky Flats of the water at Standley
3  Lake, made some of these individuals who visited our
4  home refuse to drink the water, you know, that came out
5  of the tap. And just the proximity of some of these --
6  the fact that there over the course of time was made
7  knowledge, if you would, to the public that there
8  were -- there was some contamination that was off the
9  site, particularly I guess you would say downstream from
10 the Rocky Flats site but off of its actual federal
11 property. And there seemed to be, you know, confusion
12 as to was this, in fact -- I mean, initially, was this
13 the source? Could it be something else? You know. I
14 mean, you look on the map. And you try to figure out.
15 And you go, well, you know, unless there's something we
16 don't know, you know, we don't know what else it could
17 be.
18           I mean, somewhere off over in there is a -- I
19 think it's south of this -- is -- yeah. I think it's
20 at -- yeah. South of the Rocky Flats area, so therefore
21 south of the drainage into Standley Lake, there's a
22 landfill. I don't remember exactly where it's at. But,
23 anyway, there's a landfill over there. And the only
24 other source of anything that anybody would reasonably
25 think as a source of contamination probably in the

65

6/15/2004 Park, Donald (1 of 2)

1  immediate area that would be any problem was at
2  Jefferson County Airport.
3           But, again, I don't think -- I'm no geologist.
4  But I don't think that there was ever any -- any -- or
5  an environmentalist. But I don't think that there was
6  ever any acknowledgement by Jefferson County Airport
7  that it had any kind of, you know, fuel or other
8  contaminant issues that were at risk to the water
9  supply. I mean, I tried to look into those issues, if
10 you would, when the question was, well, the water has
11 got some contamination issues going on.
12    Q  Is the contamination offsite that you just
13 referred to the same as the contamination of the water
14 sources that you were talking about? Or was that a
15 separate issue that you were trying to look at?
16    A  I believed the two were related but perhaps
17 separate issues. That is to say that there was concern
18 that the groundwater and/or city water in Standley Lake
19 was a contaminated situation at one point in time. But
20 there was also separate from that news that was made
21 available to the public -- meaning newspapers,
22 television -- having to do with offsite of Rocky Flats
23 soil contamination. And -- you know. I mean, it was an
24 alarming situation that how could it be that the Federal
25 Government -- the ultimate, you know, protector,

66

6/15/2004 Park, Donald (1 of 2)

1  defender of the land and the people, sovereign authority
2  of the state -- could be in a position of not being
3  accountable for something as potent and, you know, as
4  nuclear -- whatever it is. I mean, I still don't have
5  any idea what they do there or did there. But -- you
6  know.
7           Subsequently, I mean, as the '80s went on, I
8  mean, we came to -- I think it's late '88 or '89, the
9  Federal Bureau of Investigation does a probe at the
10 facility, looking for accountability. So by then it's
11 fairly evident that some of our naivete of ten years
12 earlier was misplaced.
13    Q  Did you first hear about the offsite
14 contamination in the soil at the same time that you
15 first heard about the contamination of the water sources
16 in the early '80s?
17    A  No. I think that those are two separate time
18 frames. And I can't -- I simply cannot give you a
19 pinpoint of when that occurred. You know. I provided
20 information of an article that I believe you have a copy
21 of.
22    Q  You're talking about in the documents that you
23 produced in response to the subpoena?
24    A  Yes. Right there. Is an article in there by
25 Trish -- something or other. And I don't know the date

67