# Exhibit J

```
1    27582AVLM
2    IN THE UNITED STATES DISTRICT COURT
3    FOR THE DISTRICT OF COLORADO
4    _____
5
6    Civil Action No. 90-K-181
7    _____
8    MERILYN COOK, et al.,
9    Plaintiffs,
10   vs.
11   ROCKWELL INTERNATIONAL
12   CORPORATION AND THE DOW
13   CHEMICAL COMPANY,
14   Defendants.
15   _____
16
17              DEPOSITION OF CHARLES S. OZAKI
18                     May 20, 2004
19
20              Pursuant to Notice taken on behalf of the
21   Defendants at Broomfield City Offices, One DesCombes
22   Drive, Broomfield, Colorado 80020 at 9:10 a.m., before
23   Valerie L. Miller, Certificate of Merit Holder and Notary
24   Public within Colorado.
25
26
27
28
29
30
31
32
33
34
```

**5/20/2004 Ozaki, Charles**

1   water -- threat, threat to our water supply.
2        Q.   Let me unpack that a little bit.
3        A.   Sure.
4        Q.   The only direct concern for Broomfield has
5   been potential threat to the water supply?
6        A.   That that has been directly affecting it.  But
7   the threat of air issues has always been there.  And so,
8   we've monitored -- we set up monitoring stations here to
9   make sure that, you know, it's been constantly monitored
10  and then we could give this information to the public so
11  that they could know that -- that there has not been an
12  air issue here.
13       Q.   And has all the information that Broomfield
14  has ever provided to the public shown that there is no air
15  concern?
16       A.   Right, that's my -- that's my recollection, my
17  understanding.
18       Q.   Do you know if the air monitoring that's done
19  in other communities near Rocky Flats, like Arvada and
20  Westminster, have also shown that there should not be any
21  concern about plutonium since the 1969 fire?
22       A.   Yeah.
23            I don't know about that.  I don't have any
24  direct information about that.
25       Q.   Is it fair to say that you don't have any

**5/20/2004 Ozaki, Charles**

1   direct knowledge about the specific effects that Rocky
2   Flats may or may not have had on housing prices and
3   development in Westminster and Arvada?
4                 MS. MacNAUGHTON-WONG:  Objection to
5   form.
6        A.   No, I wouldn't say that.  I would say that
7   I wo- -- I think there has been an affect, (Deponent
8   nodded in the affirmative).
9        Q.   (By Mr. Bakke)  What direct knowledge do you
10  have of any potential effect that Rocky Flats may have had
11  on Westminster and Arvada?
12                MS. MacNAUGHTON-WONG:  Objection;
13  form.
14       A.   Uh, just a -- anecdotal; that the issue of
15  Rocky Flats, you know, being Rocky Flats, being -- you
16  know, having effect on living near it.  I mean, no --
17  if you lived near Rocky Flats, then there's an effect
18  being -- of Rocky Flats on -- on you and your -- and your
19  home.
20            As far as direct knowledge about prices and
21  things like that, I don't have any direct knowledge about
22  prices -- any specific, direct knowledge.
23       Q.   (By Mr. Bakke)  When you say you have
24  anecdotal evidence that Rocky Flats affected prices in
25  Westminster and in Arvada, tell me all of the anecdotal

**5/20/2004 Ozaki, Charles**

1   evidence you have --
2        A.   Yeah.
3        Q.   -- that Rocky Flats affected housing prices in
4   Westminster and Arvada, not Broomfield.
5        A.   Okay.
6            Uh, just it goes back to the urban myth idea,
7   that stuff happened -- stuff happened around Rocky Flats;
8   and that the closer you lived near it, the closer you
9   might be to the stuff that may have happened around Rocky
10  Flats.  That's anecdotal evidence.
11           And, as anybody -- anybody would -- would
12  consider that.
13       Q.   So, does your anecdotal evidence relating to
14  whatever effect Rocky Flats may have had on property
15  values in Arvada and Westminster go back to your days as a
16  child living in Arvada?
17       A.   Well, it goes back to my days of under- -- you
18  know, the awareness of Rocky Flats and radiation and those
19  types of things and how they might have an effect on -- on
20  the environment.
21       Q.   Does that anecdotal evidence and awareness go
22  back into the early '70s?
23       A.   Probably, (Deponent nodded in the
24  affirmative).  Yeah, probably.  Probably, it's -- Rocky
25  Flats has been in the press for many, many years.  And the

**5/20/2004 Ozaki, Charles**

1   two-headed cow stories have been around a long time.
2        Q.   By "a long time," do you mean three decades or
3   more?
4        A.   However long -- yeah, however long, yeah.
5                 MR. BAKKE:  Is now a good time to
6   take a little break?  We've been talking for a while.
7                 Take five minutes?
8                 THE DEPONENT:  Sure.
9                 MR. BAKKE:  Fill up your coffee.
10                We're off the record.
11           (Recess taken from 10:33 a.m. to 10:48 a.m.)
12                MR. BAKKE:  Are we back on?
13                THE REPORTER:  (Reporter nodded in
14  the affirmative.)
15       Q.   (By Mr. Bakke)  Earlier we were talking about
16  some of the things that may affect housing prices in the
17  Northwest Denver area; Broomfield, Arvada, Westminster.
18           Is wind, the level of wind, something that
19  affects people's desire to own homes out in the Northwest
20  Denver area?
21       A.   I suppose it could affect some -- some people,
22  probably on a case-by-case basis.  There -- there is wind
23  along the Front Range.
24       Q.   What about before they started putting in more
25  of the parkway and some of the transportation, did lack of

**5/20/2004 Ozaki, Charles**

1   any meetings you went to or otherwise, talking about the
2   possibility that Rocky Flats was affecting their property
3   values?
4       A.   I don't recall any discussion like that
5   occurring.
6       Q.   Did you belong to any churches or other
7   significant social clubs during the time you lived in the
8   Arvada home?
9       A.   No.
10      Q.   When do you think Rocky Flats first started to
11  have an effect on property values, if ever, in the
12  Westminster, Arvada, Broomfield area?
13           Would it go back to the two-headed
14  this-and-that stories in the early '70s?
15      A.   You know, I think, to some extent, it does go
16  back to, you know, that.  But I think it probably ebbed
17  and flowed, based upon when incidents occurred, more or
18  less; you know, more when the incidences occurred, less
19  when there hadn't -- hasn't been anything happening at
20  Rocky Flats.
21      Q.   Is there a time period where you believe that
22  Rocky Flats stopped having a significant effect on
23  property values in the Westminster, Broomfield, Arvada
24  area?
25      A.   You know, I -- I think it -- it has stopped

82

**5/20/2004 Ozaki, Charles**

1   having an effect in Broomfield when we created our
2   alternate water supply.  And after a time when we got the
3   word out that there's absolutely no relationship between
4   our potable water and Rocky Flats, then I think Rocky
5   Flats as an issue started to go away and has started to go
6   away since then.  And I don't believe it's a major issue
7   in Broomfield today.
8       Q.   When do you think it stopped being a "major
9   issue" in Broomfield?
10           And by "it," I mean the potential property
11  value diminution because of proximity to Rocky Flats.
12      A.   Probably in the mid-'90s, late to mid-'90s,
13  when we -- you know, when we got the word out that our
14  water's coming from the north.
15      Q.   Do you have any direct experience, from the
16  mid-'90s on, about whether there was still a significant
17  concern for property value -- Strike that.
18           What about Westminster and Arvada, do you have
19  any experience about how, in the -- from the late '80s
20  through today, any concerns about property values relating
21  to Rocky Flats have changed?
22      A.   You know, I -- I don't have a -- a strong
23  feeling on that.  Arv- -- Westminster, you know, they have
24  a water protection project, which could -- has probably
25  provided some -- some mitigation to the -- to feelings

83

**5/20/2004 Ozaki, Charles**

1   about, you know, threats of Rocky Flats to Westminster's
2   water supply.  Uhm, the -- but that would just be the
3   water part.
4            The other part, the air part, probably is
5   mitigated by the fact that the plant is being shut down
6   and cleaned up.  That's probably a mitigating factor right
7   now.
8            And Arvada, I don't know that they ever had a
9   water problem; it was just vicinity issues, being in the
10  vicinity of Rocky Flats, would be my ...
11      Q.   Is any concern that you are aware of in your
12  time living in Arvada --
13      A.   Uh-huh.
14      Q.   -- about Rocky Flats related to proximity to
15  Rocky Flats?
16      A.   I think that's the only -- only reason it's an
17  issue is it's proximate to -- to the area, to Arvada.
18      Q.   Are you aware from any of your time living in
19  Arvada or Broomfield of any significant concerns about --
20  by property owners relating to plutonium in the soil
21  itself?
22      A.   Not specifically.
23      Q.   Do you believe that Rocky Flats has had any
24  impact at all on the property value of your Broomfield
25  home that you purchased in 1997?

84

**5/20/2004 Ozaki, Charles**

1       A.   I've never thought of -- thought of that.  I
2   haven't thought about it, 'til this moment.
3       Q.   Well, now that you're thinking about it for
4   the first time, what do you think?
5       A.   Probably not.
6            I don't think so.
7       Q.   Have you kept up on how property values have
8   been doing over time in Westminster and Arvada?
9       A.   No.
10      Q.   Have you ever worked as a realtor or a broker?
11      A.   No.
12      Q.   Over what time period, when you were at
13  Broomfield, did residents in the area express significant
14  fear or concerns about health risks relating to Rocky
15  Flats?
16      A.   Okay.  Repeat that question again.
17      Q.   Sure.
18           Over what time period, during your time period
19  at Broomfield, did -- Well, strike that, because "time
20  period at Broomfield" could be ambiguous.
21           Over what time period, while you were working
22  at Broomfield, did residents in the Broomfield, Arvada,
23  Westminster area express significant fear or concerns
24  about health risks relating to Rocky Flats?
25           MS. MacNAUGHTON-WONG:  Objection to

85