# Exhibit K

**5/26/2004  Ladwig, A. Edward**

1   27806AKW

2   IN THE UNITED STATES DISTRICT COURT

    FOR THE DISTRICT OF COLORADO

3   _____

4   Civil Action No. 90-K-181

5   _____

6   MERILYN COOK, et al.,

7   Plaintiffs,

8   vs.

9   ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL

    COMPANY,

10

    Defendants.

11

    _____

12

13                  DEPOSITION OF AUBREY EDWARD LADWIG

14                         May 26, 2004

15   Pursuant to Subpoena taken on behalf of the Defendants at

     633 17th Street, Suite 3000, Denver, Colorado 80202, at

16   10:12 a.m., before Kelli J. Wessels, Professional Court

     Reporter and Notary Public within Colorado.

17

18

19

20

21

22

23

24

25

                                                                  1

**5/26/2004 Ladwig, A. Edward**

1    A.   Again, I don't know.  It was in the '80s.  I don't
2  know, though.  But they'd go up and they'd stay for years
3  and then they would take them down.
4    Q.   (BY MR. NOMELLINI)  Did any of the properties
5  along Indiana Street that went up for sale go up for sale
6  before 1985?
7         MS. NOTEWARE:  Objection, asked and answered.  If
8  you know and if you have anything to add, go ahead.
9    A.   I thought it was after.  I don't know.
10   Q.   (BY MR. NOMELLINI)  You don't know one way or the
11 other?
12        MS. NOTEWARE:  Objection, asked and answered.
13 He's answered your question numerous times.  You can answer
14 again if you have anything to add.  We're not going to sit
15 here for three hours until 5:00 asking the same question
16 over and over again.
17   Q.   (BY MR. NOMELLINI)  How about at the time that you
18 sold the property X -- X2B --
19   A.   Yes.
20   Q.   -- at a discount because of Rocky Flats?
21        MS. NOTEWARE:  Objection.
22   Q.   (BY MR. NOMELLINI)  Was it -- in 1979, was it your
23 understanding at that time that properties in the area were
24 selling at a discount because of Rocky Flats?
25        MS. NOTEWARE:  Objection to the form of the

118

**5/26/2004 Ladwig, A. Edward**

1  question and to the characterization of the testimony to
2  date.  If you understand the question and you can go ahead
3  and answer it.
4    A.   Well, it certainly was.
5    Q.   (BY MR. NOMELLINI)  Thank you.
6         With respect to -- let me ask you, what was the
7  basis for that understanding?
8    A.   Well, the basis is I couldn't sell it.  People --
9  and I told you about the specific rejection.  And after --
10 after a certain length of time like years but, again, I'm
11 not sure of the exact period of time.  You kind of take a
12 hint that it isn't selling.
13   Q.   Was Rocky Flats mentioned at all in the context of
14 the negotiations -- well, strike that.
15        Were there any negotiations that you were involved
16 in with Merilyn Cook concerning the sale of X2C?
17   A.   Well, we negotiated, yes.
18   Q.   And was Rocky Flats mentioned during those
19 negotiations?
20   A.   I don't know that it was.
21   Q.   Could you describe how those negotiations with
22 Merilyn Cook went?
23   A.   Yes.
24        MS. NOTEWARE:  Object to the form.  Go ahead.
25   Q.   (BY MR. NOMELLINI)  How did they go?

119

**5/26/2004 Ladwig, A. Edward**

1    A.   Well, she made an offer.  It had been on the
2  market quite a long while.  I decided to accept.  My mother
3  passed -- fell on the floor.  She was getting old.  But
4  they went all right.
5    Q.   Did you or your family retain any interest in
6  property X2C after 1983?
7    A.   Yes and no.  I retained no interest, but I did
8  foreclose because she took out a second.  She had a loan
9  and when she went bankrupt the bank felt the property -- so
10 little of the property that they ate up an expensive loan
11 and it was sold back and I foreclosed.
12   Q.   How was it that you ended up foreclosing when she
13 had the mortgage with the bank?
14   A.   Because the mortgage was with my mother.  I had
15 the first.  She went to the bank and got a second.  She was
16 unable to pay the first or second.  The bank had the right
17 to -- she had sold some of the property but hadn't sold it
18 all.
19        And when she sold she paid me off.  But she sold
20 it in 12-acre plots.  And one 12-acre plot, instead of
21 paying me off she simply stopped paying.  And the bank had
22 a $30,000 loan on the property.  They didn't want to pay me
23 off because of the property values, Rocky Flats, and so
24 they simply let it go back to me.
25   Q.   Do you have in front of you the Cook property

120

**5/26/2004 Ladwig, A. Edward**

1  diagram?
2    A.   Yes, I can point -- yeah.  It's this property.
3    Q.   You're pointing to property AW?
4    A.   AW.
5    Q.   And property AW is what you foreclosed on?
6    A.   Yes, I did.
7    Q.   Did you -- did your family retain an interest in
8  any properties other than AW?
9    A.   No.
10   Q.   When did you -- now -- strike that.
11        Was it just you who foreclosed on AW or was it
12 your family?
13   A.   Just me.  My mother died by this time.
14   Q.   And what year did you foreclose on property AW?
15   A.   I don't know.  Maybe '78.  And maybe I'm wrong.  I
16 mean '88.  '88 to '90, but I don't know.  I don't remember.
17   Q.   How did you learn that the bank didn't want to pay
18 you off with respect to area AW in Cook Deposition Exhibit
19 109 because of Rocky Flats?
20        MS. NOTEWARE:  Objection, but go ahead and answer.
21   A.   Well, um, I believe she told me that she had a
22 loan with them.  I knew it for a fact, but I think that's
23 who I learned it from was Merilyn herself.
24        But anyway, she went bankrupt.  And so the bank
25 had a second.  But they refused to pay the -- they'd have

121