IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

---

### AGREED FILING RELATED TO PLAINTIFFS' MOTION ON DEFENDANTS' TELEPHONE SURVEY

Efforts to confer were underway when plaintiffs' motion was filed. Once the parties did have an opportunity to confer about the subject of plaintiffs' motion this afternoon, defendants advised plaintiffs that all telephone surveys have been halted. The parties agreed that because the surveys were already halted, the motion seeking an order to halt them was moot, but the Court issued its Order before the parties were able to so advise the Court. In addition, in response to plaintiffs' request, the parties discussed the possibility of some form of disclosure and discovery ("disclosure relief"). The parties are engaged in discussions to determine whether partial agreement may be possible on the subject of disclosure relief, but plaintiffs do not feel it appropriate to defer adjudication of their motion pending the uncertain outcome of those discussions.

Dated: October 3, 2005                    Respectfully submitted,

                                        /s/ John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

And
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

3

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                /s/ Kari Knudsen
                                                Kari Knudsen (legal assistant)