# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

**AFFADAVIT OF DANIEL WOLFE, J.D., PH.D.**

I, Daniel Wolfe, declare and state as follows:

1. I am employed as a Senior Trial Consultant by TrialGraphix and have been retained by Kirkland & Ellis, L.L.P. on behalf of Rockwell International Corporation ("Rockwell") and Dow Chemical Company ("Dow"), the Defendants, in connection with the captioned matter, and if called could testify competently to the matters set forth herein.

2. I hold a J.D. from the University of Nebraska-Lincoln and a M.A. and Ph.D. in Psychology from the University of Nebraska-Lincoln. I have been designing, conducting, supervising, and interpreting Juror Profile Telephone Surveys on behalf of litigants for over 15 years.

3. A Juror Profile Telephone Survey is a tool frequently employed by litigants to measure attitudes and impressions of a group of survey participants who are likely to be a representative sample of persons with similar demographic characteristics to those persons likely to be seated as members of a jury.

1

4.  In my work with litigants, I understand that confidentiality and adherence to ethical duties and obligations is paramount in order to protect the thoughts, plans, tactics, and impressions of all attorneys in their representation of their clients. For that reason, I and those I supervise at all times maintain the highest level of integrity and adherence to ethical principles in our work product and strive to maintain strict confidence with the work we do.

5.  In connection with our retention by Kirkland & Ellis, L.L.P., I designed and supervised a Juror Profile Telephone Survey ("Survey") of persons residing in 24 counties of the United States District Court for the District of Colorado ("District of Colorado"). The survey team attempted to interview respondents from each county in proportion to the county's relative population within the District of Colorado. The purpose of the survey was to identify attitudes among these residents with respect to issues of interest to Kirkland & Ellis in connection with preparing for trial.

6.  The Survey was conducted from September 27, 2005, to September 30, 2005. TrialGraphix subcontracted with three survey research firms to conduct the actual telephone interviews: United Marketing Research ("UMR"), in Lubbock, Texas; NSON Opinion Research ("NSON"), in Washington, D.C.; and, Nolan Research ("Nolan") in Montgomery, Alabama. UMR, NSON, and Nolan are experienced and qualified survey research firms that we have worked with for many years.

7.  A computerized random list of telephone numbers within the District of Colorado was generated by UMR and equitably divided between UMR, NSON, and Nolan. This computerized random list of telephone numbers was determined by the area codes of the 24 counties that make up the District of Colorado. Two of the three survey research firms (UMR and NSON) only used a Computer Assisted Telephone Interviewing system ("CATI") to

complete the calls and the third survey research firm (Nolan) used a combination of CATI and manual dial methods to complete the calls. Because the survey research firms are prohibited by law to associate a particular phone number with any individual's name or identity, it is impossible to trace whether a particular individual's phone number was dialed and/or contacted. However, a record of all phone numbers dialed is available through the CATI systems, and long-distance phone records can be obtained for manually dialed numbers.

8. In an effort to avoid contacting any known members of the plaintiff class, supplementary measures were taken in addition to the extensive screening precautions listed in paragraph 11. Specifically, a Do Not Call ("DNC") list was compiled by requesting names and phone numbers from the Kirkland & Ellis attorneys that included the following: the presiding judge; the court's clerk; the attorneys involved in this case; and the four named plaintiff class representatives. Because the telephone numbers were not available to the Kirkland & Ellis attorneys, TrialGraphix proceeded to search publicly available resources, including white pages and other internet sources, to locate last known phone numbers for the names on the DNC list. Although this method has its limitations (e.g., numbers listed may be outdated, individuals may have multiple residential phone numbers that are unlisted), it is the most reasonable way to identify these telephone numbers without hiring a private investigator to obtain these telephone numbers, which is a practice fraught with its own limitations and ethical constraints. For some of the names on the DNC list, a phone number could not be identified with certainty as being the correct telephone number because of variations on how names were listed in a directory. In these instances, any available telephone numbers matching the same last name were placed on the DNC list in an abundance of caution to be screened out from the randomized list of telephone numbers.

9. The following is the list of individuals included on the DNC list and the telephone numbers generated for the plaintiff class representatives:

<u>Plaintiffs' local counsel</u>

Bruce DeBoskey
Steven W. Kelley
Gary B. Blum
Holly B. Shook

<u>Judge</u>

John L. Kane

<u>Court Reporter</u>

Gwen Daniel

<u>Named Plaintiffs</u>

Richard and Sally Bartlett
William and Delores Schierkolk
Merilyn Cook
Gertrude Babb

<u>Phone Numbers</u>

*Richard Bartlett*

(303) 526-2522
(303) 526-5834
(303) 776-3055
(303) 232-0844
(303) 986-8096

*William Schierkolk*

(303) 422-9733
(970) 328-0816
(303) 422-6932
(720) 685-7850
(970) 330-7011
(719) 599-3043
(303) 749-9340
(303) 452-1438

4

(303) 452-0892
(303) 423-8037

*Merilyn Cook*

(303) 403-1928

*Gertrude Babb*

No available numbers found

Each of the respective survey research firms were asked to remove all phone numbers on this DNC list from the randomized sample of telephone numbers and never generated for call attempts.

10.     Of the approximately 3,100,000 persons residing in the District of Colorado, a list of approximately 31,000 telephone numbers were randomly generated by the method described in the aforementioned paragraphs. Of these telephone numbers that were dialed, approximately 12,000 individuals were contacted. Of the approximately 12,000 individuals contacted, three hundred and thirty (330) respondents voluntarily and anonymously completed the Survey prior to termination of the Survey.

11.     Each person contacted for the Survey was immediately asked at the very beginning of the Survey the following questions to screen out inappropriate respondents. If the answer listed in the parentheses next to each of the questions below was given, then the respondent was told the following disqualification statement, "This concludes our survey, thank you for participating and for your time. Have a good day."

Are you a U.S. citizen? (No)

Are you registered to vote in the state of Colorado or do you have a Colorado Driver's License? (No)

Have you been contacted to serve on an upcoming jury in Colorado? (Yes)

5

Have you ever been convicted of a felony? (Yes)

Do you have a pending legal case in the state of Colorado? (Yes)

Do you, or anyone close to you, have a pending claim or lawsuit for property damage due to environmental contamination, either as an individual or a part of a class? (Yes)

Do you, or does anyone close to you, handle claims or lawsuits for property damage due to environmental contamination? (Yes)

Did you own any property in the northwest Denver metro area, in the cities of Arvada, Westminster and Broomfield, during June, 1989? (Yes/Don't Know)

12. I was contacted by counsel from Kirkland & Ellis, L.L.P. in the afternoon of September 30, 2005, and was asked to terminate the Survey immediately, with which we complied. Once informed of the basis for this request, we immediately contacted and verified that each of the survey research firms implemented the DNC list. Furthermore, we have inquired and requested that each of the survey research firms collect and maintain any and all CATI phone logs and/or long distance records. I have made every reasonable effort to maintain any and all documentation relating to the implementation of the Survey.

I declare under penalty of perjury that the foregoing is true and correct.

Dated October 4, 2005

_____
Daniel Wolfe

State of Illinois
County of Cook

Subscribed and sworn to me on this 4th day of October, 2005.

_____
Notary Signature

My commission expires on: 12/1/08

```
OFFICIAL SEAL
PATRICE A KEYS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/01/08
```

6