**Exhibit B**



COD_ENotice@cod.uscourts.gov
10/03/2005 02:37 PM

To  COD_NEF@cod.uscourts.gov
cc
bcc
Subject  Activity in Case 1:90-cv-00181-JLK Cook, et al v. Rockwell Intl Corp "Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Colorado

Notice of Electronic Filing

The following transaction was received from MacNaughton, Jennifer E. entered on 10/3/2005 at 1:37 PM MDT and filed on 10/3/2005

**Case Name:** Cook, et al v. Rockwell Intl Corp
**Case Number:** 1:90-cv-181
**Filer:** Merilyn Cook
William Schierkolk, Jr
Delores Schierkolk
Richard Bartlett
Lorren Babb
Gertrude Babb
Michael Dean Rice
Bank Western
Thomas L. Deimer
Rhonda J. Deimer
Stephen Sandoval
Peggy J. Sandoval
Sally Bartlett
**Document Number:** 1481

**Docket Text:**
Emergency MOTION to *Halt Telephone Survey and for Discovery and Other Relief* by Plaintiffs Bank Western, Michael Dean Rice, Thomas L. Deimer, Rhonda J. Deimer, Stephen Sandoval, Peggy J. Sandoval, Sally Bartlett, Merilyn Cook, William Schierkolk, Jr, Delores Schierkolk, Richard Bartlett, Lorren Babb, Gertrude Babb, Michael Dean Rice. (Attachments: # (1) Memorandum# (2) Proposed Order# (3) Exhibit A# (4) Exhibit B# (5) Exhibit C# (6) Exhibit D# (7) Exhibit E# (8) Exhibit F)(MacNaughton, Jennifer)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-0]
[4a64dd121bee556e77b317f5fd3efa6cca8bdedb055f01d8227d64eecfbf08be67bf
165a63f5c34ebe46a6f1d4b568f10a0e146c344ebf274054d72bc2823b20]]

**Document description:** Memorandum
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-1]
[67791c98d64c4e75b4efcf73c4c0637a7cfbced8e15a664006a86fcbfa8d62980b7c
1e674c66b2ce27bbad3f1bcb44157e0aeb0a83f2f86bb3873f2f2313a64c]]

**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-2]
[1efd9dcba9ba4bbaf19daee1ef7c960dcc6181c53bf5f77a3fa53321fcc15d42a78a
8817808ac46c0f64eb026de79fff8329f5d6261baf8c238c58d6e7bf0d33]]

**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-3]
[69b9fed625526e11c4d0b176b185fdb15e2d4c656758b12fa2eb094ef22734883ee9
76992bf8c15fc01ab9c5d49c7f8f23f32ed21f9ca48f80b4266b66284270]]

**Document description:** Exhibit B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-4]
[139b870dde648efad7c245d5e7312b5ec4ffb079b0bcc935ba31fa2991cbf18c3c67
e397752d3cfbfa13cc8aadc116639961a7d3a15341b0383f3b9073c2282d]]

**Document description:** Exhibit C
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-5]
[93b6319ce325369953261534be659c24597528823bc869b9c2521fd065a607661f16
cb48f7554dbe86594e59ceb5491c4f1dc39d93b9031c1d97eca724d1ca17]]

**Document description:** Exhibit D
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-6]
[61c493b60487c82f435e30e554c17de9dc60c18517d496a2448f40fd5dc1f8db2e71

710a6b65250255ec706ab0b0a0c02e0d85e0c2ec941c1feb67201a887f54]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-7]
[8a6d564bf3286d95c90f6ea63a4287d93711a390070b2bf9c5e5aaf047c350725abf
afdcc8c5d2e6d38ad6efa3f28821e8fdf3cbe6196a7082fcdfdd16969a4c]]
**Document description:**Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/3/2005] [FileNumber=314841-8]
[4eb50840d09414e8fab5bc482175db4e8af0881d4eb62d0bb936a34b7e3f1955414c
1533f577ee28918e5776f1aacaac8bd2736272a037a7f85b13bc0a2a1fb6]]

**1:90-cv-181 Notice will be electronically mailed to:**

Jonathan Auerbach     auerbach@bm.net, csimon@bm.net

Gary B. Blum     blumg@s-d.com, griffiths@s-d.com

Joseph John Bronesky     jbronesk@sah.com, efiling@sah.com,peckman@sah.com

Merrill Gene Davidoff     mdavidoff@bm.net, sleo@bm.net

Lester C. Houtz     lester.houtz@bartlit-beck.com,

Steven William Kelly     skelly@s-d.com, andolsekl@s-d.com

Christopher Lane     clane@sah.com, efiling@sah.com

Mark S. Lillie     mlillie@kirkland.com

Jennifer E. MacNaughton !     jmacnaughton@bm.net, aliggins@bm.net;aebbesen@bm.net;kmarkert@bm.net

Ellen T. Noteware     enoteware@bm.net, csimon@bm.net

Douglas M. Poland     dpoland@gklaw.com,

Louise M. Roselle     louiseroselle@wsbclaw.com,

Daniel R. Satriana, Jr     satrianad@csbattorneys.com, epsteini@csbattorneys.com

Holly Brons Shook     shookh@s-d.com, ogdenl@s-d.com

Ronald Simon     ron@1707law.com, lauren@1707law.com

John E. Tangren     jtangren@kirkland.com, kknudsen@kirkland.com;drooney@kirkland.com

Stephen D. Taylor !     stephen.taylor@usdoj.gov, USACO.ECFCivil@usdoj.gov;kristi.cote@usdoj.gov

Martin Thomas Tully     martin.tully@kattenlaw.com,

**1:90-cv-181 Notice will be delivered by other means to:**

David M. Bernick
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Douglas J. Kurtenbach
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

R. Bruce McNew
Taylor, Gruver & McNew, P.A.
3711 Kennett Pike
#210
Greenville, DE 19807

Peter B. Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Christopher Thomas Reyna
Chimicles & Tikellis, L.L.P.
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0100

S. Jonathan Silverman !
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

John David Stoner
Chimicles & Tikellis, L.L.P.
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0100

US Dept. of Energy
Rocky Flats Project Office
12101 Airport Way - Unit A
Broomfield, CO 80021-2583

Carlotta Wells
US Department of Justice
901 E Street, N.W.
Room 1058
Washington, DC 20044