**Exhibit C**



**"Peter Nordberg"**
<pn@nordbergonline.com>

10/03/2005 01:22 PM

Please respond to
<pnordberg@bm.net>

To: "'Ellen Ahern'" <eahern@kirkland.com>

cc: "'David Bernick'" <dbernick@kirkland.com>, <douglas_kurtenbach@kirkland.com>, "'Mark Nomellini'" <mnomellini@kirkland.com>, "'John Tangren'" <jtangren@kirkland.com>, "'BRONESKY, Joseph'" <jbronesk@sah.com>

bcc:

Subject: Cook v. Rockwell -- survey

Ellen,

Informed by Mark Nomellini that you're the appropriate attorney to contact regarding the survey, I have left you a voice-mail message at Kirkland & Ellis's Denver trial offices.

We have received no substantive response to our Friday letter concerning the telephone survey. We are preparing to file an emergency motion with the Court seeking the relief outlined in the letter. We do not wish to waste the Court's time if defendants feel they can establish that the survey resulting in the class representative plaintiff contacts was not the survey that defendants have been conducting. However, we are forced to raise the matter with the Court if defendants simply remain silent on the subject, because there are strong grounds to suspect that it is indeed defendants' survey, and only defendants are currently in a position to confirm or deny that it is. Accordingly, unless we receive a response immediately, we will file our motion.

-- Peter