# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## AGREED FILING RELATED TO PLAINTIFFS' MOTION ON DEFENDANTS' TELEPHONE SURVEY

---

Efforts to confer were underway when plaintiffs' motion was filed. Once the parties did have an opportunity to confer about the subject of plaintiffs' motion this afternoon, defendants advised plaintiffs that all telephone surveys have been halted. The parties agreed that because the surveys were already halted, the motion seeking an order to halt them was moot, but the Court issued its Order before the parties were able to so advise the Court. In addition, in response to plaintiffs' request, the parties discussed the possibility of some form of disclosure and discovery ("disclosure relief"). The parties are engaged in discussions to determine whether partial agreement may be possible on the subject of disclosure relief, but plaintiffs do not feel it appropriate to defer adjudication of their motion pending the uncertain outcome of those discussions.

Dated: October 3, 2005 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ John E. Tangren
　　　　　　　　　　　　　　　　　　One of the Attorneys for the Defendants
　　　　　　　　　　　　　　　　　　David M. Bernick
　　　　　　　　　　　　　　　　　　Douglas J. Kurtenbach
　　　　　　　　　　　　　　　　　　Ellen Therese Ahern
　　　　　　　　　　　　　　　　　　Mark J. Nomellini
　　　　　　　　　　　　　　　　　　John E. Tangren
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　200 East Randolph Drive
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601-6636
　　　　　　　　　　　　　　　　　　Phone: 312-861-2000
　　　　　　　　　　　　　　　　　　Fax:　　312-861-2200

　　　　　　　　　　　　　　　　　　Joseph J. Bronesky
　　　　　　　　　　　　　　　　　　SHERMAN & HOWARD L.L.C.
　　　　　　　　　　　　　　　　　　633 Seventeenth Street, Suite 3000
　　　　　　　　　　　　　　　　　　Denver, Colorado 80202
　　　　　　　　　　　　　　　　　　Phone: 303-297-2900
　　　　　　　　　　　　　　　　　　Fax:　　303-298-0940

　　　　　　　　　　　　　　　　　　Attorneys for ROCKWELL
　　　　　　　　　　　　　　　　　　INTERNATIONAL CORPORATION and
　　　　　　　　　　　　　　　　　　THE DOW CHEMICAL COMPANY

　　　　　　　　　　　　　　　　　　And
　　　　　　　　　　　　　　　　　　Merrill G. Davidoff
　　　　　　　　　　　　　　　　　　Peter Nordberg
　　　　　　　　　　　　　　　　　　Jennifer MacNaughton
　　　　　　　　　　　　　　　　　　BERGER & MONTAGUE, P.C.
　　　　　　　　　　　　　　　　　　1622 Locust Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

/s/ Kari Knudsen
Kari Knudsen (legal assistant)

4