**Exhibit G**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

----------------------------------------X

MERILYN COOK, WILLIAM JR. and DELORES
SCHIERKOLK, RICHARD and SALLY BARTLETT,
LORREN and GERTRUDE BABB, BANK WESTERN,
A FEDERAL SAVINGS BANK, a Federally Chartered
Savings Bank, FIELD CORPORATION, MICHAEL DEAN
RICE, THOMAS L. and RHONDA J. DEIMER, and
STEPHEN M. and PEGGY J. SANDOVAL,

                        *Plaintiffs,*

                        v.

ROCKWELL INTERNATIONAL CORPORATION, a
Delaware Corporation, and THE DOW CHEMICAL
COMPANY, a Delaware Corporation,

                       *Defendants.*

----------------------------------------X

Case No. 90-M-181

## NOTICE OF CLASS ACTION

**This notice may affect your rights.**
**Please read it carefully.**

Si usted desea obtener una copia de este documento legal en Español, favor de actuar inmediatamente y escribir a "Phyllis Gottesfeld Knight, Esq., P.O. Box 360, Denver, CO 80201-0360."

**TO: Persons and entities who, on June 7, 1989, owned an interest in real property near the Rocky Flats Environmental Technology Site (formerly known as the Rocky Flats Nuclear Weapons Plant) located in Jefferson County, seventeen miles northwest of Denver, Colorado.**

Your rights may be affected by a lawsuit pending in this Court. The lawsuit was brought in 1990 by fourteen persons and businesses who have lived near, or owned interests in real property near, the Rocky Flats Environmental Technology Site (formerly known as the Rocky Flats Nuclear Weapons Plant, or "Rocky Flats"), which is located approximately seventeen miles northwest of Denver, Colorado.

The persons and businesses who filed the lawsuit (the "plaintiffs") allege that the two companies who operated Rocky Flats from 1952 through 1989 released radioactive and non-radioactive hazardous substances into the surrounding area. The Dow Chemical Company operated Rocky Flats from 1952 until June 30, 1975. Rockwell International Corporation operated Rocky Flats from June 30, 1975 until December 31, 1989. Dow and Rockwell are defendants in this lawsuit.

The plaintiffs and the defendants do not agree about the subject matter of the lawsuit. Plaintiffs claim that Dow and Rockwell exposed plaintiffs' properties and those of other class members to hazardous substances and have harmed the value of their property. Defendants deny plaintiffs' claims in general and specifically deny they have caused harm to the properties of plaintiffs or other class members, deny they have interfered with the use and enjoyment of their property, and deny the property has experienced a diminution in value.

The relief sought by plaintiffs includes, among other things, an award of compensatory and punitive damages for alleged harm to the value of their real property (e.g., homes and land) and that of class members. Defendants contend that plaintiffs have suffered no harm to the value of their property and that plaintiffs are not entitled to any money from defendants.

The Court has not indicated in any way whether defendants or plaintiffs should win this lawsuit.

### THE PROPERTY CLASS

The lawsuit is still in the pretrial stage. There has been no trial yet. The Court has, however, conditionally ruled that this lawsuit may go forward as a class action. A class action is a lawsuit brought by a few people on behalf of many other people with similar or identical claims.

The members of the Property Class are all people, businesses and others who, on June 7, 1989, owned an interest (including mortgagee and other security interests) in real property located inside the Property Class

Area as shown on the map attached to this Notice. The Property Class does *not* include governmental entities, defendants, and defendants' affiliates, parents, and subsidiaries. You have received this Notice by mail because you have been identified as a potential member of the Property Class. A similar notice is being published in local newspapers.

The Court has named plaintiffs as representatives of the Property Class, and plaintiffs' attorneys as counsel for the Property Class.

The fact that the Court has ruled that this case may proceed as a class action does not mean that the plaintiffs have won and defendants have lost. By certifying the Property Class, the Court has not indicated in any way any views that the Court may have as to whether defendants should win or plaintiffs should win. By permitting the lawsuit to go forward as a class action, the Court has ruled only that the result of the class action part of the case will apply to all members of the Property Class.

## CLASS MEMBERS MAY OPT OUT

The Court has ruled that members of the Property Class may "opt out." This means that they may choose to exclude themselves from the Property Class. This Notice explains how Property Class members may opt out, and provides information that Property Class members should consider before making that decision. The deadline for opting out of the Property Class is December 14, 1999.

If you qualify as a Property Class member, you may choose whether you wish to remain a member. You may choose to exclude yourself. You should understand the consequences of this decision before you make it.

- The Court has appointed a neutral agent, Phyllis Gottesfeld Knight, Esq., to respond to inquiries about this lawsuit. She is also the person to whom requests to opt out of the Property Class should be addressed. If you wish to be excluded from the Property Class, you must complete the enclosed form ("Exclusion Request") and return it to:

    Phyllis Gottesfeld Knight, Esq.
    P.O. Box 360
    Denver, CO 80201-0360

    by mail postmarked no later than December 14, 1999. If you choose to exclude yourself, certain consequences follow: (1) you will not share in any recovery that might be paid to Property Class members as a result of trial or settlement of this lawsuit; (2) if the property plaintiffs lose this suit, you will not be bound by that result; and (3) you may present any property claims you desire to make against defendants by filing your own lawsuit.

- If you wish to remain a member of the Property Class, you should **NOT** file the Exclusion Request.

*If you wish to remain a member, you do not need to do anything.* By remaining a Property Class member, any claims you may have against defendants for damages arising from defendants' conduct as alleged by this lawsuit will be determined in this case and cannot be presented in any other lawsuit.

## RIGHTS AND OBLIGATIONS
## OF PROPERTY CLASS MEMBERS

If you remain a member of the Property Class:

- Plaintiffs and their attorneys will act as your representatives and counsel in this case. If you wish, you may appear by your own attorney. You may also advise the Court if you feel that you are not being fairly and adequately represented by plaintiffs and their attorneys.

- Your participation in any recovery that may be obtained from defendants through trial or settlement will depend upon the results of this lawsuit. If no recovery is obtained for the Property Class, you will be bound by that result also.

- You may be required as a condition of participating in any recovery through settlement or trial to present evidence about your property located within the Property Class Area. You should, therefore, preserve all documents and records relating to such property.

- You will be entitled to notice of any ruling about the size of the Property Class and also to notice and an opportunity to be heard about any proposed settlement or dismissal of the claims of the Property Class. (For this reason, as well as to participate in any recovery, you are requested to notify Phyllis Gottesfeld Knight, Esq., at the address listed above, of any corrections or changes in your name or address.)

If you opt out of the Property Class, then you will not recover anything as a result of this lawsuit.

## FURTHER PROCEEDINGS

As noted, defendants deny the charges against them. Because of the substantial discovery and other pretrial proceedings that remain to be done, the trial date in this case has not yet been set. You may contact Phyllis Gottesfeld Knight, Esq., at the address and phone numbers given below, if you believe you have knowledge or evidence about this case. You may be asked by the parties to provide information relevant to the case.

Phyllis Gottesfeld Knight, Esq.
P.O. Box 360
Denver, CO 80201-0360

Phone: (303) 296-3459

or, if calling from outside Colorado:
1-877-296-3459

### ADDITIONAL INFORMATION

Any questions you have concerning this lawsuit or the matters contained in this Notice should **not** be made to the Court but should be directed in writing to Phyllis Gottesfeld Knight, Esq., at the address listed above. You may, of course, seek the advice and guidance of your own attorney if you desire. The pleadings and other records in this litigation may be examined and copied at any time during regular office hours at the office of the Clerk, United States District Court for the District of Colorado, United States Courthouse, 1929 Stout Street, Room C-504, Denver, CO 80294.

### REMINDER AS TO TIME LIMIT

If you wish to be excluded from the Property Class, fill out, sign and return the enclosed Exclusion Request to Phyllis Gottesfeld Knight, Esq., P.O. Box 360, Denver, CO 80201-0360, by December 14, 1999.

Clerk, United States District Court
District of Colorado

## PROPERTY CLASS AREA



Area Boundary ----------------

SCALE
0  1  2  3 Miles

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

————————————————————————— X

MERILYN COOK, et al.,

                          Plaintiffs,

                  v.

ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation, and THE DOW CHEMICAL COMPANY, a Delaware Corporation,

                          Defendants.

————————————————————————— X

Civil Action No. 90-M-181

### REQUEST FOR EXCLUSION

**Read the enclosed legal notice
carefully before filling out this form.**

    I, the undersigned person or entity, do **NOT** wish to remain a member of the Property Class certified in the case of *Merilyn Cook, et al. v. Rockwell International Corporation and the Dow Chemical Company*, Civil Action No. 90-M-181, in the United States District Court for the District of Colorado. I understand that, by electing not to be a member of the Property Class, I will not be entitled to participate in any recovery of money or other relief that the Property Class may obtain in the lawsuit; I will not be bound by any decision in this lawsuit favorable to defendants; and I may present any claims I wish to make against defendants by filing my own lawsuit or by seeking to intervene in this lawsuit.

Date: _____

_____

_____
(Print name and address.)

_____
(Signature of Class member seeking exclusion. If this form is not signed by the Class member seeking exclusion, then please explain below.)

_____
(Print name of person signing.)

_____
(Print title of person signing.)

_____
Social Security Number or Employer Identification Number

    If the person signing this Request for Exclusion is not the Class member seeking exclusion, then under what authority do you sign this Request for Exclusion form for that Class member?_____

_____

_____

    What is the address of each property in the Property Class area in which you have an interest and what interest (e.g., ownership, holder of deed in trust) do you have in each property?_____

_____

_____

    If you wish to exclude yourself from the Property Class, you must fill in, sign and return this form by mailing it before December 14, 1999, to:

                Phyllis Gottesfeld Knight, Esq.
                P.O. Box 360
                Denver, CO 80201-0360

    A separate Request for Exclusion should be completed and timely mailed for each person or entity electing to be excluded from the Property Class. For example, a husband and wife who jointly own property in the Property Class Area should each complete a Request for Exclusion.

Phyllis Gottesfeld Knight, Esq.
P.O. Box 360
Denver, CO 80201-0360

**PLEASE FORWARD**

Phyllis Gottesfeld Knight, Esq.
P.O. Box 360
Denver, CO 80201-0360