# Exhibit 4

**Mark Nomellini/Chicago/Kirkland-Ellis**
09/19/2005 09:54 PM

To    <pnordberg@bm.net>

cc    Ellen Ahern/Chicago/Kirkland-Ellis@K&E, Daniel Rooney/Chicago/Kirkland-Ellis@K&E

bcc

Subject    Deposition Designations

Peter,

Defendants are ready to exchange deposition designations.  Let us know when plaintiffs are prepared to do so.