# Exhibit 5

| | | |
|---|---|---|
| **Mark Nomellini/Chicago/Kirkland-Ellis**<br>09/24/2005 07:17 PM | To<br>cc<br>bcc<br>Subject | pnordberg@bm.net<br>Ellen Ahern/Chicago/Kirkland-Ellis@K&E, Daniel Rooney/Chicago/Kirkland-Ellis@K&E<br>David Bernick/Chicago/Kirkland-Ellis@K&E; Douglas Kurtenbach/Chicago/Kirkland-Ellis@K&E<br>Fw: Deposition Designations |

Peter,

Defendants remain ready to exchange deposition designations. Let us know when plaintiffs are prepared to do so.

----- Forwarded by Mark Nomellini/Chicago/Kirkland-Ellis on 09/24/2005 07:16 PM -----

| | | |
|---|---|---|
| **Mark Nomellini/Chicago/Kirkland-Ellis**<br>09/19/2005 09:54 PM | To<br>cc<br>Subject | <pnordberg@bm.net><br>Ellen Ahern/Chicago/Kirkland-Ellis@K&E, Daniel Rooney/Chicago/Kirkland-Ellis@K&E<br>Deposition Designations |

Peter,

Defendants are ready to exchange deposition designations. Let us know when plaintiffs are prepared to do so.