**Exhibit 7**

| | | |
|---|---|---|
| **Scott McMillin/Chicago/Kirkland-Ellis**<br>09/25/2005 03:12 PM | To | pnordberg@bm.net, jmacnaughton@bm.net, enoteware@bm.net, kmarkert@bm.net, mdavidoff@bm.net |
| | cc | Daniel Rooney/Chicago/Kirkland-Ellis@K&E, Douglas Kurtenbach/Chicago/Kirkland-Ellis@K&E |
| | bcc | Ellen Ahern/Chicago/Kirkland-Ellis@K&E; Scott McMillin/Chicago/Kirkland-Ellis@K&E |
| | Subject | Courtroom model |

We are sending you print outs of the aerial photographs that serve as the basis for the courtroom models for delivery on Monday. We are attempting to get them printed to the same size and scale as the courtroom model will be once constructed. The topography onto which these aerials are being superimposed is still being built, and we will make arrangements for you to see that as soon as we do.

Scott McMillin