**Exhibit 9**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

October 2, 2005

**VIA HAND DELIVERY**

Peter B. Nordberg
Berger & Montague
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202

Re:    *Cook, et al. v. Rockwell, et al.*

Dear Peter:

I am writing to provide you with the third installment of materials relating to the physical and electronic site models that defendants will be using at trial. You received the first installment -- the two dimensional print outs of the three dimensional models -- on September 26, and the second installment – an executable version of the 1989 electronic model and a description of other data that will be displayed on the models -- on September 29. This installment includes two additional executables showing the 3-D models based on the 1955 and 1969 aerials as well as a quicktime movie of the 3-D model of Building 771. These three sets of files are burned to the enclosed CD. The executable versions of the class area 3-D models do not require any additional software and come with a pdf or word file that describes how to operate the model and navigate around within the model. The movie version of Building 771 requires quicktime or some similar media player and plays like a movie clip. If you have difficulties opening the models or have questions about them, please give me a call at (303) 297-1568.

In addition, we have now received the first of the physical models to use in the courtroom. This model shows the industrial area and the onsite holding ponds, but does not show the class area. The class area models are still being built. Although the industrial area model is not yet completed (we are still awaiting several buildings to install on it), you are welcome to come over and take a look at it. Please call me or Dan Rooney at (303) 297-1613 and provide us with some advance warning of when you would like to come over to see the model.

Finally, additional aerial photographs of the former Rocky Flats plant site and class area have been taken in the past few weeks. We will not be creating an additional physical

London        Los Angeles        Munich        New York        San Francisco        Washington, D.C.

## KIRKLAND & ELLIS LLP

Peter B. Nordberg
October 2, 2005
Page 2

model of the current configuration of the site based on these new aerials, but we will be creating an electronic 3-D model of the current site conditions. We will provide you additional disclosures and information on this model as they become available to us.

As stated previously, our work on these models and other demonstratives continues. We will continue to provide updates to you as they are finalized. Graphics and schematics based on documents or drawings will be identified and turned over to you as we finalize them in connection with the presentation of witnesses. If you have any questions, please give me a call.

Very truly yours,

Scott A. McMillin

# KIRKLAND & ELLIS LLP

Peter B. Nordberg
October 2, 2005
Page 3

bcc:    Rocky Flats team (via email pdf)
        Dan Rooney
        Ken Spitze

K&E 10751305.1