**Exhibit 10**

| | | |
|---|---|---|
| **Mark Nomellini**/Chicago/Kirkland-Ellis<br>10/03/2005 07:16 PM | To<br>cc<br>bcc<br>Subject | pnordberg@bm.net<br>Ellen Ahern/Chicago/Kirkland-Ellis@K&E, Daniel Rooney/Chicago/Kirkland-Ellis@K&E<br><br>Cook v. Rockwell |

Peter,

This will confirm our call of earlier this afternoon. Background information is in parenthesees.

Pre-trial Order. (Defendants provided plaintiffs with a draft pre-trial order on September 21.) You stated that plaintiffs will "attempt" to provide defendants with comments on that draft pre-trial order today, October 3. However, plaintiffs cannot commit to a date when they provide defendants with comments on defendants' September 21 draft pre-trial order.

Deposition Designations. (Defendants provided plaintiffs with written notice that defendants were ready to exchange deposition designations on September 19. Defendants filed their deposition designations on September 29.) As of the time of our call this morning, plaintiffs could not commit to a date when plaintiffs will provide pages and lines of deposition designations. As of the time of our call, Plaintiffs could not commit to a date when they will provide counterdesignations to defendants' designations. You stated that you may have additional information on when plaintiffs can provide deposition designations and counterdesignations after you talk to Jenna MacNaughton-Wong.

Stipulations. (Defendants provided plaintiffs with proposed stipulations on September 27.) During our call, you stated that plaintiffs will "attempt" to provide defendants with responses to defendants' proposed stipulations on Wednesday, October 5. Plaintiffs could not commit to a date when they will provide responses to defendants' proposed stipulations.

Order of Call. (Defendants' position is that, per the parties agreement, the plaintiffs were required to provide their complete order-of-call on September 30.) You stated during our call that on Thursday, October 6 at 9 a.m., plaintiffs will provide their order of call only for witnesses called the following week, and that on each subsequent Thursday at 9 a.m., plaintiffs will provide their order of call only for witnesses to be called during the following week. Defendants disagree with plaintiffs' position, and reiterate that plaintiffs were required to provide their entire order-of-call on September 30.

Demonstratives. With the potential exception of demonstratives for openings, plaintiffs have no present intention of making any disclosures regarding demonstratives until 9 a.m. of the day before they are used with specific witnesses. You volunteered that you were not sure whether plaintiffs have any objections to demonstratives disclosed by defendants.