**Exhibit 12**



**"Jenna MacNaughton-Wong"** &lt;jmacnaughton@bm.net&gt;
10/03/2005 07:15 PM

To: "Mark Nomellini" &lt;mnomellini@kirkland.com&gt;
cc: "Peter Nordberg" &lt;pnordberg@bm.net&gt;
bcc:
Subject: revised draft PTO

Hello Mark,

Attached is a revised draft PTO that incorporates some (but not all) of your last draft-- basically, the parts plaintiffs can agree to. Please keep in mind that we are still in the draft phase, so there may be some additional edits from our side.

Also, I highlighted in yellow some issues in the stipulated facts that need your attention. I have changed some of the language that defendants found objectionable in an attempt to reach a mutually agreeable statement. Also, you left reservations that you would wait on some stipulations after the Court issues written rulings; as Peter mentioned in a recent telephone conversation, the time has come for a "yes or no" on these stipulations.

Jenna

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter. 📎 Cook PTO joint draft 2.wpd