**Exhibit 13**

|  |  |  |
|---|---|---|
| James Golden/Chicago/Kirkland-Ellis | To | kmarkert@bm.net, pnordberg@bm.net |
|  | cc |  |
| 09/27/2005 01:15 AM | bcc | Ellen Ahern/Chicago/Kirkland-Ellis@K&E; Scott McMillin/Chicago/Kirkland-Ellis@K&E; Stephanie Brennan/Chicago/Kirkland-Ellis@K&E; Erica K. Beutler/Chicago/Kirkland-Ellis@K&E; Mark Nomellini/Chicago/Kirkland-Ellis@K&E; John Tangren/Chicago/Kirkland-Ellis@K&E; James Golden/Chicago/Kirkland-Ellis@K&E; Daniel Rooney/Chicago/Kirkland-Ellis@K&E; Ryan Warner/Chicago/Kirkland-Ellis@K&E; Jane Park/Chicago/Kirkland-Ellis@K&E; Allen Woolley/Chicago/Kirkland-Ellis@K&E; Robert Snow/Chicago/Kirkland-Ellis@K&E; Douglas Kurtenbach/Chicago/Kirkland-Ellis@K&E; Daniel Rooney/Chicago/Kirkland-Ellis@K&E |
|  | Subject | Draft of Defendants' Proposed Stipulations |

Dear Karen and Peter,

Attached please see a draft of Defendants' Proposed stipulations.

James Golden
Kirkland & Ellis LLP
(303)-298-8182
jagolden@kirkland.com



Defendants' Proposed Stipulations.doc

|  |  |  |
|---|---|---|
| **James Golden/Chicago/Kirkland-Ellis** | To | pnordberg@bm.net, kmarket@bm.net |
| 09/28/2005 04:35 PM | cc |  |
|  | bcc | Stephanie Brennan/Chicago/Kirkland-Ellis@K&E |
|  | Subject | Stipulations |

Dear Peter and Karen,

We are writing to see if you have any response to our proposed stipulations.

James Golden
Kirkland & Ellis LLP
(303)-298-8182
jagolden@kirkland.com