**Exhibit 15**

```
                                                                    1

 1                  IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 90-CV-181
 3
     MERILYN COOK, et al.,
 4
          Plaintiffs,
 5
     vs.
 6
     ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
 7   COMPANY,

 8        Defendants.
     _____
 9

10                        REPORTER'S TRANSCRIPT
                        Trial Preparation Conference
11
     _____
12

13            Proceedings before the HONORABLE JOHN L. KANE, JR.,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 9:00 a.m., on the 22nd day of August,

16   2005, in Courtroom A802, United States Courthouse, Denver,

17   Colorado.

18

19

20

21

22

23

24   Proceeding Recorded by Mechanical Stenography, Transcription
     Produced via Computer by Janet M. Coppock, 901 19th Street,
25       Room A-257, Denver, Colorado, 80294, (303) 893-2835
```

1   complexity of the trial.

2          Accordingly, I intend to bar Defendants from arguing
3   or presenting evidence that the U.S. Attorney and the
4   Department of Justice ultimately exonerated Rockwell from most
5   of the conduct that had been alleged which will eliminate the
6   need for Plaintiffs to argue and introduce evidence relating to
7   the runaway Grand Jury, the congressional investigation into
8   the Department of Justice's prosecution of Rockwell and similar
9   evidence that might show that the Department of Justice acted
10  improperly in failing to prosecute Rockwell more vigorously.

11         I also intend to instruct the jury that it should not
12  view the fact that the FBI issued a warrant based on certain
13  allegations that the Grand Jury failed to issue indictments or
14  that Rockwell did not plead guilty to additional crimes as
15  evidence that Rockwell did or did not engage in any additional
16  environmental misconduct, that is misconduct beyond that to
17  which it pled guilty during its tenure at the plant.  The jury
18  will be directed to make its judgment regarding such practices
19  based on the evidence of this alleged conduct presented at
20  trial rather than the plea bargaining and the resolution of the
21  criminal prosecution.

22         The line I am attempting to draw between admissible
23  and inadmissible evidence relating to the FBI raid and its
24  aftermath may be refined somewhat as I hone my final decision,
25  but I want to give you the broad outline at this point so you