IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

Defendants.

---

**ORDER**

---

Kane, J.

There have been five motions filed in this case since last Thursday, September 28, 2005, including Defendants' Emergency Motion to Compel Compliance with Pretrial Requirements (Doc. 1487) filed today. The Court has reviewed this latest Motion and sees nothing in it at this point that would warrant delaying the trial nor any other draconian measure feared or urged by the Defendants.

This Motion, together with Defendants' Motion to Exclude Newly Disclosed Witnesses (Doc. 1467), Defendants' Motion to Exclude Witnesses for Whom Discovery Has Not Been Provided (Doc. 1478), Plaintiffs' Emergency Motion to Halt Telephone Survey and for Discovery and Other Relief (Doc. 1481) and Plaintiffs' Motion for Protective Order or to Quash Discovery of Karen Banister (Doc. 1480) will be taken up

on Friday, October 7, at 8:00 AM or the conclusion of the jury selection process,

whichever is earlier.  If time permits, I may also hear from the parties with respect to one

or more of these motions on Thursday, October 6.

There is no need for counsel to prepare responsive filings on any of the Motions

to be heard on Thursday or Friday, unless they desire to do so.  The parties shall,

however, review my prior rulings, to the extent applicable, and confer in good faith

before Friday to attempt to resolve these motions.

IT IS SO ORDERED.

Dated this 4th day of October, 2005.

BY THE COURT:

**s/John L. Kane**

John L. Kane, Senior District Judge
United States District Court