# Exhibit 2



| | Douglas Kurtenbach/Chicago/Kirkland-Ellis 09/23/2005 11:54 AM | | |
|---|---|---|---|

To "Merrill Davidoff" <mdavidoff@bm.net>

cc "Ellen Noteware" <enoteware@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Peter Nordberg" <pnordberg@bm.net>, "Susan Leo" <sleo@bm.net>

bcc

Subject RE: Depositions 📄

OK. JUST GIVE US THE TIMES AND PLACES YOUR PEOPLE ARE AVAILABLE AND WE'LL BEGIN THE PROCESS OF TRYING TO MATCH THAT UP WITH OUR SCHEDULES. OBVIOUSLY, THE MORE AVAILABLE DATES THE EASIER TO MATCH. YES, WE'LL DO A SHORT DEPO OF BACA, SO LET US KNOW WHEN AND WHERE'S HE'S AVAILABLE, TOO, PLEASE. FINALLY, IF THERE'S ANYONE YOU ARE NOT GOING TO CALL, LET US KNOW THAT SO THAT NEITHER OF US HAS TO SPEND THE TIME DEPOSING THEM. IF YOU'RE NOT SURE ON SOMEONE AND WANT TO AGREE TO PUT IT OFF UNTIL YOU DECIDE, THAT MAY WELL WORK, TOO. THANKS.

———————————
Douglas J. Kurtenbach
Kirkland & Ellis LLP
200 East Randolph
Chicago, IL 60601
**dkurtenbach@kirkland.com**
312-861-2382
312-861-2200 (fax)
"Merrill Davidoff" <mdavidoff@bm.net>



| | "Merrill Davidoff" <mdavidoff@bm.net> 09/23/2005 11:41 AM | | |
|---|---|---|---|

To "Douglas Kurtenbach" <dkurtenbach@kirkland.com>, "Peter Nordberg" <pnordberg@bm.net>

cc "Peter Nordberg" <pnordberg@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Ellen Noteware" <enoteware@bm.net>, "Susan Leo" <sleo@bm.net>, "Karen Markert" <kmarkert@bm.net>

Subject RE: Depositions

I may not be able to call you today.  Letter was written after discussion with David on theory that depos, if short, could be more efficient.

Dr. Baca was discussed in the depo. of Bartletts as a person who decided not to buy their property, he will be a short witness only on that
topic, if you still wish to depose advise nordberg, sorensen, noteware, kmarkert@bm.net, and jmacnaughton@bm.net as well as me in your reply
to expedite our response.   Let us know which others you want and we will try to arrange but we have absolutely no control over Lipsky,
Kauffman, DOE witnesses at least and you are on your own there--please notice them in Denver only.

If you still need to talk I am in meetings all day but can call you off hours or over the weekend if you give me a number(s)/time(s).

Merrill

**From:** Douglas Kurtenbach [mailto:dkurtenbach@kirkland.com]
**Sent:** Fri 9/23/2005 11:09 AM
**To:** Merrill Davidoff; Peter Nordberg
**Subject:** Depositions

I received your 9/22 letter this morning. Apparently there was some discussion with Bernick after the hearing yesterday. Do I take it that your 9/22 letter proposal has taken into account that discussion with Bernick, and that even in light of his proposal, you are saying that in your view what we should do is just go ahead and depose all those plaintiff witnesses in our motion to compel who have not been deposed? Or, did your 9/22 letter pre-date the Bernick discussion and proposal re one-page direct testimony statements and availability issues? Re Calkins, we'll provide you with times, if that's is the arrangement. Is there some lawyer in particular with whom we'll be communicating with re that? Re Freiberg, apologize for the mispelling -- late night secretarial mistake, I assume. You have deposed him. Re Spitze, you say "give us a statement of his direct testimony." Is what you're asking for there in line with what Bernick proposed to you after the hearing yesterday (ie, one-pager that will not be used in any way in connection with trial) or something different? Is Dr. Baca a class member or otherwise represented by you? Can we just talk with him? Thanks. I am in my office in and out of meetings and calls on Friday.

_____
Douglas J. Kurtenbach
Kirkland & Ellis LLP
200 East Randolph
Chicago, IL 60601
**dkurtenbach@kirkland.com**
312-861-2382
312-861-2200 (fax)

************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK
PRODUCT. The information in this transmittal may be privileged and/or confidential. It is
intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a
person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby

notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**From:**       Douglas Poland
**To:**         dsorensen@bm.net;  enoteware@bm.net;  jmacnaughton@bm.net;  kmarkert@bm.net;
pnordberg@bm.net
**Date:**       9/25/05 3:10PM
**Subject:**    Cook v. Rockwell - Depositions of Bartletts' children

I am following-up on Doug Kurtenbach's request for dates and times on which plaintiffs will make available
for deposition the Bartletts' two children whom plaintiffs have said they will call to testify at trial.  I will be
handling the depositions for the defendants and would like to make arrangements to take those
depositions this coming week (i.e., week of September 26th).  Please notify me as soon as possible with
dates and times when they will be made available for deposition in Denver.

Douglas M. Poland
LaFollette Godfrey & Kahn
One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701-2719
(608) 284-2625 (phone)
(608) 257-0609 (fax)
(773) 220-6327 (cell)
dpoland@gklaw.com

**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment
hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not
intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties
unless otherwise expressly indicated.

This is a transmission from the law firm of LaFollette Godfrey & Kahn and may contain information which
is privileged, confidential, and protected by the attorney-client or attorney work product privileges.  If you
are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this
message is prohibited.  If you have received this transmission in error, please destroy it and notify us
immediately at our telephone number (608) 257-3911.**

**CC:**         dkurtenbach@kirkland.com;  mdavidoff@bm.net

| Stephanie Brennan/Chicago/Kirkland-Ellis | | |
|---|---|---|
| 09/27/2005 01:57 PM | To | <dsorensen@bm.net>, <enoteware@bm.net>, <jmacnaughton@bm.net>, <kmarkert@bm.net>, <pnordberg@bm.net> |
| | cc | <mdavidoff@bm.net>, <dkurtenbach@kirkland.com>, dpoland@gklaw.com |
| | bcc | Ellen Ahern/Chicago/Kirkland-Ellis@K&E; Mark Nomellini/Chicago/Kirkland-Ellis@K&E; Daniel Rooney/Chicago/Kirkland-Ellis@K&E |
| | Subject | depositions |

Peter:

I am writing to follow up on previous emails from Doug Kurtenbach, Doug Poland, and me requesting deposition dates and times for the Bartlett children (Richard Bartlett, Jr. and Karen Bannister) and Dr. Baca. As you know, the Court ordered that these depositions occur by tomorrow, September 28, but we have yet to receive dates for these witnesses.

Concerning Richard Bartlett Jr., you have told us that he is not available to be deposed because he is located in Kansas City and his wife is expecting a baby. You have represented to us that we will have the opportunity to depose him after the 28th and before his testimony at trial if you elect to call him as a witness.

Concerning the Bannister and Baca depositions, we are still waiting for deposition dates and times from you. Please let me and Doug Poland know as soon as possible when we can take the Bannister and Baca depositions, or whether you will be dropping these witnesses from your list.

Thank you.

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761