# Exhibit 4



"Merrill Davidoff" <mdavidoff@bm.net>
10/01/2005 03:29 PM

To "Stephanie Brennan" <SBrennan@kirkland.com>, "Ellen Noteware" <enoteware@bm.net>
cc "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Peter Nordberg" <pnordberg@bm.net>, "Susan Leo" <sleo@bm.net>
bcc
Subject RE: Fw: service of Bannister subpoena

Stephanie--there is no need to serve a subpoena. Ms. Banister is traveling this weekend but I expect

to be in touch with her by tomorrow and produce her voluntarily at her office/home at about 11 am on Monday. Because she is the Bartletts' daughter she is cooperating with us and we can assure you she will appear at that time.
As I think you have been notified, she will be a short witness on direct during the trial and you should not need more than an hour to depose her. Because of the imminence of trial we will object to any deposing that verges on harassment or is repetitive of what you have already been furnished by her parents, who have both been deposed and recently served supplemental statements.

**From:** Stephanie Brennan [mailto:SBrennan@kirkland.com]
**Sent:** Sat 10/1/2005 5:07 PM
**To:** Ellen Noteware
**Cc:** David Sorensen; Jenna MacNaughton-Wong; Karen Markert; Merrill Davidoff; Peter Nordberg
**Subject:** Re: Fw: service of Bannister subpoena

Ellen:

I still have not heard back on this. Please let me know whether plaintiffs will accept service.

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

Stephanie Brennan/Chicago/Kirkland-Ellis
09/30/2005 12:47 PM

To "Ellen Noteware" <enoteware@bm.net>
cc "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net>
Subject Fw: service of Bannister subpoena

Ellen:

Please let me know by 2:00 pm (MT) whether you can accept service on Ms. Bannister's behalf.

Thank you,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

----- Forwarded by Stephanie Brennan/Chicago/Kirkland-Ellis on 09/30/2005 12:42 PM -----

Stephanie Brennan/Chicago/Kirkland-Ellis
09/29/2005 10:41 PM

To "Ellen Noteware" <enoteware@bm.net>
cc "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net>
Subject service of Bannister subpoena

Ellen:

Will you agree to accept service of a subpoena for Bannister?

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

"Merrill Davidoff" <mdavidoff@bm.net>
10/02/2005 12:47 PM

To "Stephanie Brennan" <SBrennan@kirkland.com>
cc <blumg@s-d.com>, <dkurtenbach@kirkland.com>, "David Sorensen" <dsorensen@bm.net>, "Ellen Noteware" <enoteware@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Peter Nordberg" <pnordberg@bm.net>, "Susan Leo" <sleo@bm.net>
bcc
Subject RE: Banister notice of deposition & subpoena

I haven't seen the hard copy of the deposition notice but thank you for sending it here.

We will start at 11 am. This is not what I or you would "like"--it is when we are able to start.

You are selectively picking the e-mails you want to pick and ignoring later e-mails. Eventually the Court, I guess, will have to decide whether your depositions are being undertaken for legitimate reasons or for harassment. As I have said, an hour should suffice for this deposition.
I will check with Ms. Banister in the morning as to how long she can sit for deposition, she has a business to run.

When you arrive at the property someone will take you back to the large barn where there is a room on the second floor
in which the deposition can be taken, and you can set up.

Objections to the document requests will be sent later. To my knowledge there is only one "new" document (a 1991 letter
from either DOE or EG&G) which actually is not Ms. Banister's document--however we will give you a copy tomorrow at the
deposition. Your intrusive efforts to compel Ms. Banister to conduct a document dragnet on the eve of trial when she
is not even a party are unduly harassing. If we locate documents to be used with Ms. Banister we will produce them
in accordance with the document/exhibit protocol already established.

**From:** Stephanie Brennan [mailto:SBrennan@kirkland.com]
**Sent:** Sun 10/2/2005 12:17 PM
**To:** Merrill Davidoff
**Cc:** blumg@s-d.com; dkurtenbach@kirkland.com; David Sorensen; Ellen Noteware; Jenna MacNaughton-Wong; Karen Markert; Peter Nordberg; Susan Leo
**Subject:** RE: Banister notice of deposition & subpoena

Merrill:

We have sent over a hard copy of the subpoena and notice of deposition to your trial offices.

Defendants are neither attempting to create agreements where they do not exist nor selectively excerpting anything. Plaintiffs' offer to produce Ms. Banister for deposition tomorrow between 10-1 is reflected in Ellen Noteware's email below. Thus, that is the date and time reflected in our notice of deposition and subpoena. We will be ready and available to take the deposition at that time. I understand from your

emails that you would like to push back the start time of the deposition until 11 am. We are agreeable to that only if Ms. Bannister is available until 2pm for the deposition.

Regards,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

"Ellen Noteware" <enoteware@bm.net>

09/27/2005 04:42 PM

To "Stephanie Brennan" <SBrennan@kirkland.com>, "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Peter Nordberg" <pnordberg@bm.net>

cc "Merrill Davidoff" <mdavidoff@bm.net>, <dkurtenbach@kirkland.com>, <dpoland@gklaw.com>

Subject RE: depositions

Hi Stephanie --

Karen Bannister is scheduled to be out of town for a few days starting tomorrow. She is available for deposition from 10-1 on Monday, if that is acceptable to you. She prefers to hold the deposition at her home, they have office space on the property. Please let me know if that will not work.

I will be back to you about Baca who remains on our witness list.

I believe your email below correctly summarizes the state of play concerning Richard Bartlett, Jr.

**********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of

Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.