**Exhibit 7**



| | |
|---|---|
| "Ellen Noteware" <enoteware@bm.net><br>09/29/2005 01:52 PM | To "Stephanie Brennan" <SBrennan@kirkland.com><br>cc <dkurtenbach@kirkland.com>, <dpoland@gklaw.com>, "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net><br>bcc<br>Subject RE: depositions |

Stephanie:

Karen Bannister would like her deposition to take place at 8181 W. 136 Ave. in Brighton, CO. Is this acceptable? What time would you like to begin? I would suggest 10 or 11. She is a short trial witness so I cannot imagine that her direct testimony will take longer than an hour.

Unfortunately, Dr. Randall Baca is on a two week vacation. We expect to call him later in our case and anticipate that he will be a short witness. Dr. Baca has agreed to be deposed upon his return. We will assist in coordinating his deposition in approximately two weeks and will not object to your taking a short (an hour or so) deposition of Dr. Baca before trial testimony on the grounds of untimeliness.

-- Ellen Noteware


**From:** Stephanie Brennan [mailto:SBrennan@kirkland.com]
**Sent:** Wed 9/28/2005 3:13 PM
**To:** Ellen Noteware
**Cc:** dkurtenbach@kirkland.com; dpoland@gklaw.com; David Sorensen; Jenna MacNaughton-Wong; Karen Markert; Merrill Davidoff; Peter Nordberg
**Subject:** RE: depositions


Ellen:

Please let us know where Ms. Bannister's home is located so that we can respond to your proposal for a deposition on Monday. Also, we still have not heard anything about dates and times for Dr. Baca. It is our understanding that we will be permitted to depose him after today and before his testimony at trial.

Regards,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761


"Ellen Noteware"

&lt;enoteware@bm.net&gt;

09/27/2005 04:42 PM

To: "Stephanie Brennan" &lt;SBrennan@kirkland.com&gt;, "David Sorensen" &lt;dsorensen@bm.net&gt;, "Jenna MacNaughton-Wong" &lt;jmacnaughton@bm.net&gt;, "Karen Markert" &lt;kmarkert@bm.net&gt;, "Peter Nordberg" &lt;pnordberg@bm.net&gt;

cc: "Merrill Davidoff" &lt;mdavidoff@bm.net&gt;, &lt;dkurtenbach@kirkland.com&gt;, &lt;dpoland@gklaw.com&gt;

Subject: RE: depositions

Hi Stephanie --

Karen Bannister is scheduled to be out of town for a few days starting tomorrow. She is available for deposition from 10-1 on Monday, if that is acceptable to you. She prefers to hold the deposition at her home, they have office space on the property. Please let me know if that will not work.

I will be back to you about Baca who remains on our witness list.

I believe your email below correctly summarizes the state of play concerning Richard Bartlett, Jr.

**From:** Stephanie Brennan [mailto:SBrennan@kirkland.com]
**Sent:** Tue 9/27/2005 3:57 PM
**To:** David Sorensen; Ellen Noteware; Jenna MacNaughton-Wong; Karen Markert; Peter Nordberg
**Cc:** Merrill Davidoff; dkurtenbach@kirkland.com; dpoland@gklaw.com
**Subject:** depositions

Peter:

I am writing to follow up on previous emails from Doug Kurtenbach, Doug Poland, and me requesting deposition dates and times for the Bartlett children (Richard Bartlett, Jr. and Karen Bannister) and Dr. Baca. As you know, the Court ordered that these depositions occur by tomorrow, September 28, but we have yet to receive dates for these witnesses.

Concerning Richard Bartlett Jr., you have told us that he is not available to be deposed because he is located in Kansas City and his wife is expecting a baby. You have represented to us that we will have the opportunity to depose him after the 28th and before his testimony at trial if you elect to call him as a witness.

Concerning the Bannister and Baca depositions, we are still waiting for deposition dates and times from you... Please let me and Doug Poland know as soon as possible when we can take the Bannister and Baca depositions, or whether you will be dropping these witnesses from your list.

Thank you.

Stephanie A. Brennan

Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above.  If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail.  Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is

intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.