**Exhibit 8**

| | | |
|---|---|---|
| **Stephanie Brennan/Chicago/Kirkland-Ellis** | To | "Ellen Noteware" <enoteware@bm.net> |
| 09/29/2005 09:50 PM | cc | dkurtenbach@kirkland.com, dpoland@gklaw.com, "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net> |
| | bcc | |
| | Subject | RE: depositions |

Ellen,

Please provide us with documents for Ms. Bannister prior to her deposition. We would like to receive documents for Ms. Bannister by 10 a.m. the day before the deposition (24 hours in advance). I have attached the document requests we used for various deponents last summer to this email. These are the documents we seek from Ms. Bannister. If you or Ms. Bannister have any questions about the requests, please feel free to call me at (303) 296-4529.

Regards,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

Attachment A (Document Requests).pdf

## ATTACHMENT A TO DEPOSITION SUBPOENA

### Instructions and Definitions

1. If you have any questions or concerns about any of these requests, please call Douglas Poland, Esq. of Kirkland & Ellis LLP at 312-861-2377 or Brett Bakke, Esq. of Kirkland & Ellis LLP at 312-861-2055.

2. The term "Document" includes but is not limited to the following: writings and notes; books, articles, and other publications; diaries and calendars; letters and e-mail; drawings and photographs; newsletters, pamphlets, mailings, and flyers; records, invoices, and receipts; reports; recordings of any type (audio, visual, or otherwise); and other data compilations, including computer files.

3. "Rocky Flats" means the facility formerly known as the Rocky Flats Plant and currently known as the Rocky Flats Environmental Technology Site, which is owned by the United States Department of Energy and located in Jefferson County, Colorado.

### Request to Produce

You are required to produce the following documents on the date listed on the subpoena:

1. All Documents relating to Rocky Flats, including, but not limited to, Documents relating to:

   a. any releases of nuclear materials or other hazardous materials related to Rocky Flats;

   b. any exposure of persons, animals, or plants to nuclear or hazardous materials from Rocky Flats and any alleged detrimental health effects or other detrimental effects from any such exposures;

   c. any alleged damage to property values (yours or others) caused in any way by Rocky Flats;

   d. any lawsuits or other legal actions relating to Rocky Flats or releases therefrom;

   e. any publicity of any sort related to Rocky Flats, including all articles, newsletters or flyers, transcripts or minutes of meetings, brochures, advertisements, public notices, reports, videos, and all other forms of media; and

   f. the June 6, 1989 search of Rocky Flats by the U.S. Federal Bureau of Investigation and/or the subsequent criminal investigation and/or grand jury proceeding (Grand Jury 89-2).

2. All Documents relating to real property (yours or others) located in the municipalities of Westminster, Broomfield, Arvada, or Golden, Colorado, or in Jefferson County, Colorado, including, but not limited to, Documents relating to:

    a. any purchases or sales of any such properties, by you or someone else;

    b. any loans or other transactions relating to such properties;

    c. the values of such properties, including any appraisals or analyses of the values;

    d. any advertisements of such properties for sale or rent;

    e. any changes and/or interferences with the use or enjoyment of any such properties over time;

    f. the presence of any radioactive materials or hazardous materials on any such properties; and

    g. any harm to or diminishment of the value of any such properties at any time caused by Rocky Flats, the Leydon Mines, the Jefferson County Airport, or any other significant external object or event.

3. All Documents relating to The Dow Chemical Company, Rockwell International Corporation, or the United States Department of Energy (or any of its predecessor organizations).

4. All Documents relating to Radiological Assessments Corporation ("RAC"), Colorado Department of Public Health and Environment ("CDPHE"), ChemRisk, Health Advisory Panel ("HAP") and/or Environmental Protection Agency ("EPA"), including but not limited to correspondence, studies and/or analysis in any way related to Rocky Flats.