**Exhibit 9**

|  |  |  |
|---|---|---|
| **Stephanie Brennan/Chicago/Kirkland-Ellis** | To | "Ellen Noteware" <enoteware@bm.net> |
| 09/29/2005 10:41 PM | cc | "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net> |
|  | bcc |  |
|  | Subject | service of Bannister subpoena |

Ellen:

Will you agree to accept service of a subpoena for Bannister?

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone:  (312) 861-2187
fax:  (312) 660-9761

| | | |
|---|---|---|
| **Stephanie Brennan/Chicago/Kirkland-Ellis**<br>09/30/2005 12:47 PM | To | "Ellen Noteware" <enoteware@bm.net> |
| | cc | "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net> |
| | bcc | |
| | Subject | Fw: service of Bannister subpoena |

Ellen:

Please let me know by 2:00 pm (MT) whether you can accept service on Ms. Bannister's behalf.

Thank you,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

----- Forwarded by Stephanie Brennan/Chicago/Kirkland-Ellis on 09/30/2005 12:42 PM -----

| | | |
|---|---|---|
| **Stephanie Brennan/Chicago/Kirkland-Ellis**<br>09/29/2005 10:41 PM | To | "Ellen Noteware" <enoteware@bm.net> |
| | cc | "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net> |
| | Subject | service of Bannister subpoena |

Ellen:

Will you agree to accept service of a subpoena for Bannister?

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

| | | |
|---|---|---|
| **Stephanie Brennan**/Chicago/Kirkland-Ellis<br>10/01/2005 03:07 PM | To | "Ellen Noteware" <enoteware@bm.net> |
| | cc | "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net> |
| | bcc | |
| | Subject | Re: Fw: service of Bannister subpoena |

Ellen:

I still have not heard back on this. Please let me know whether plaintiffs will accept service.

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone:  (312) 861-2187
fax:  (312) 660-9761
Stephanie Brennan/Chicago/Kirkland-Ellis

| | | |
|---|---|---|
| **Stephanie Brennan**/Chicago/Kirkland-Ellis<br>09/30/2005 12:47 PM | To | "Ellen Noteware" <enoteware@bm.net> |
| | cc | "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net> |
| | Subject | Fw: service of Bannister subpoena |

Ellen:

Please let me know by 2:00 pm (MT) whether you can accept service on Ms. Bannister's behalf.

Thank you,

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone:  (312) 861-2187
fax:  (312) 660-9761

----- Forwarded by Stephanie Brennan/Chicago/Kirkland-Ellis on 09/30/2005 12:42 PM -----

| | | |
|---|---|---|
| **Stephanie Brennan**/Chicago/Kirkland-Ellis<br>09/29/2005 10:41 PM | To | "Ellen Noteware" <enoteware@bm.net> |
| | cc | "David Sorensen" <dsorensen@bm.net>, "Jenna MacNaughton-Wong" <jmacnaughton@bm.net>, "Karen Markert" <kmarkert@bm.net>, "Merrill Davidoff" <mdavidoff@bm.net>, "Peter Nordberg" <pnordberg@bm.net> |
| | Subject | service of Bannister subpoena |

Ellen:

Will you agree to accept service of a subpoena for Bannister?

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761