1

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**MERILYN COOK, et al.**
**Plaintiffs**
                    V.
**ROCKWELL INTERNATIONAL CORP., et al.**
**Defendants**

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 90-K-181

TO:  Mell Roy, Esquire
     UNITED STATES DEPARTMENT OF ENERGY
     Rocky Flats Project Office
     12101 Airport Way, Unit A
     Broomfield, CO 80021-2583

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.       SEE EXHIIBT "A " ATTACHED HERETO

| PLACE OF TESTIMONY | |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| United States District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO  80294-3589 | October 11, 2005<br>Commencing at 9:00 a.m.<br>Courtroom A802 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit is subpoenaed for taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Ellen T. Noteware, Esquire<br>GREGORY C. LANGHAM, CLERK By                      Deputy Clerk | September 20, 2005 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Ellen T. Noteware, Esquire/Berger & Montague, P.C.<br>1622 Locust Street, Philadelphia, PA  19103<br>(215) 875-3000 | |

(See Rule 45, Federal Rules of Civil Procedures, Parts C & D on Reverse)

## Exhibit A

1.  All photographs taken of the Rocky Flats Plant between 1985 and 1990, inclusive, that have been labeled or determined to be "Unclassified" by the United States Department of Energy, including but not limited to:

    a.  Negative and print #39112;

    b.  Color photo of Spray Field sprinkler operating during the daylight, shrouded in ice, snow on ground. Approximately January 1987;

    c.  Color photo of several Spray Field sprinklers operating during daylight, all shrouded in ice, snow on ground. Approximately January 1987;

    d.  Color photo of many Spray Field sprinklers operating during daylight, all shrouded in ice, snow on ground. Approximately January 1987;

    e.  Color photo of graphic conception of pond water transfers between the 207 ponds with Buildings 774, 771, 776 and 374. Unknown date;

    f.  Color aerial photo from the northeast side of Rocky Flats with the 207 ponds in the center, with graphic artist additions, straight lines and borders showing contaminated groundwater plume emanating from the 207 solar evaporation ponds. Date unknown;

    g.  Color aerial photo from the east side of Rocky Flats with the focus of the 903 pad, with graphic artist additions, straight lines and borders, showing contaminated groundwater plume over the Mound area and East Trenches. The photo and/or similar slightly skewed aerial photos were utilized by Rockwell and DOE to confirm where Spray Irrigation was not allowed with the approximately 1988 Clean Water Act permit (NPDES);

    h.  Color photo(s) of an elevated blue painted box showing an open door with electrical equipment and white plastic collection container. Date unknown; and

    i.  Color aerial photos and data values from the August 1989 overflight sampling and reading of radioactivity by DOE at Rocky Flats as ordered by Interim DOE/RF Manager Ed Goldberg. The photos and data were provided to the Building 130 Environment Employees during late Spring or early Summer 1990 depicting elevated levels, beyond background, of Cesium and Strontium both on-sight and off-site and to the east of Rocky Flats.

# RETURN OF SERVICE

**IN THE STATE OF COLORADO, COUNTY OF JEFFERSON,** I declare under oath that I served the documents specified here, ***Subpoena*** on the person specified on the document herein after referred to as **SUBJECT**. At the time of service **SUBJECT** was located at: *1201 Airport Way,* City of: ***Broomfield,*** County of ***Broomfield,*** **COLORADO,** on *9/21/2005* at *1:15 PM.*

**NAME OF SUBJECT SERVED:** *Mell Roy, Esq.*

- [x] By leaving the documents with the individual identified to me as **SUBJECT**
- [ ] By leaving the documents with **SUBJECT** who refused service.
- [ ] By leaving the documents at the usual place of business with **SUBJECT'S**
    - [ ] Chief Clerk ____
    - [ ] Secretary ____
    - [ ] Bookkeeper ____
    - [ ] Registered Agent ____
    - [ ] Manager ____
    - [ ] ____

  Designated to receive service for **SUBJECT**.
- [ ] By leaving documents with a family member over the age of 18 at the **SUBJECT'S** usual place of abode ____
- [ ] By securing the documents to the door of **SUBJECT'S** premises located at: ____

I am over the age of 18 and am not in any way interested in or party to this case.
*********************************************************************

**SUBSCRIBED AND SWORN** to before me this 22nd day of September 2005, in JEFFERSON COUNTY, COLORADO.

Notary Public
Commission Expires: 11/01/08

Private Process Server