**3**

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**SUBPOENA IN A CIVIL CASE**

**MERILYN COOK, et al.**
**Plaintiffs**

V.

**ROCKWELL INTERNATIONAL CORP., et al.**
**Defendants**

CASE NUMBER: 90-K-181

TO:   William Leone, Esquire
UNITED STATES ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.      SEE EXHIIBT "A " ATTACHED HERETO

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   SEE EXHIBIT "A" ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| United States District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO  80294-3589 | October 11, 2005 commencing at 9:00 a.m.<br>Courtroom A802 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit is subpoenaed for taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Ellen T. Noteware, Esquire<br>GREGORY C. LANGHAM, CLERK By                    Deputy Clerk | DATE<br>September 20, 2005 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ellen T. Noteware, Esquire/Berger & Montague, P.C.
1622 Locust Street, Philadelphia, PA  19103
(215) 875-3000

(See Rule 45, Federal Rules of Civil Procedures, Parts C & D on Reverse)

**PROOF OF SERVICE**

## Exhibit A

The Forward Looking Infra-Red (FLIR) S-VHS tapes dated 12/9/1988, 12/10/1988, 12/15/1988, and about 2/25/1989, contained black/white or color moving images from Forward Looking Infra-Red (FLIR) cameras, regarding case number, DN 249-43 (Pre Universal Classification Number [UCN]), FBI Major Case Number 27, entitled "Desert Glow" depicting overflights of the Rocky Flats Plant in Golden Colorado.

# RETURN OF SERVICE

**IN THE STATE OF COLORADO, COUNTY OF JEFFERSON**, I declare under oath that I served the documents specified here, *Subpoena* on the person specified on the document herein after referred to as **SUBJECT**. At the time of service **SUBJECT** was located at: *1225 17th Street, # 700,* City of: *Denver,* County of *Denver,* **COLORADO**, on *9/21/2005* at *11:09 AM*.

**NAME OF SUBJECT SERVED:** *William Leone, Esq.*

- [ ] By leaving the documents with the individual identified to me as **SUBJECT**
- [ ] By leaving the documents with **SUBJECT** who refused service.
- [x] By leaving the documents at the usual place of business with **SUBJECT'S**
    - [ ] Chief Clerk ____
    - [x] Secretary   *Linda Blan*
    - [ ] Bookkeeper ____
    - [ ] Registered Agent ____
    - [ ] Manager ____
    - [ ] ____

    Designated to receive service for **SUBJECT**.
- [ ] By leaving documents with a family member over the age of 18 at the **SUBJECT'S** usual place of abode ____
- [ ] By securing the documents to the door of **SUBJECT'S** premises located at: ____

I am over the age of 18 and am not in any way interested in or party to this case.
*********************************************************************

**SUBSCRIBED AND SWORN** to before me this ___ day of _____ 2005, in JEFFERSON COUNTY, COLORADO.

_____          _____
Notary Public                                                Private Process Server
Commission Expires: _____