**6**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Stephanie A. Brennan
To Call Writer Directly:
312 861-2187
sbrennan@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 861-2200

October 4, 2005

**VIA EMAIL and MESSENGER**

Jenna MacNaughton-Wong
c/o Karen M. Markert
Apartments at Denver Place
Apt. 2812
Denver, CO  80202

   Re: Plaintiffs' Discovery from DOJ

Dear Jenna:

  In the process of reviewing the draft pretrial order Plaintiffs sent to us yesterday at 7:15 p.m., Defendants noticed that Plaintiffs have made the following insertion in the eighth section of that document (concerning discovery): "[P]laintiffs have served very limited requests on the Department of Justice seeking physical evidence to be used at trial." Plaintiffs did not copy Defendants on any such request, and, other than this single statement buried in your most recent pretrial order draft, Defendants have not been informed of any such request. Please provide us with a copy of the request immediately. In the future, Defendants expect to be copied on any discovery requests made by Plaintiffs to the Department of Justice.

          Sincerely,

          Stephanie A. Brennan

cc: Merrill Davidoff
   Peter Nordberg
   Ellen Noteware

October 4, 2005
Page 2


bcc:    Rocky Flats Team