**7**

|  |  |
|---|---|
| **Stephanie Brennan/Chicago/Kirkland-Ellis** <br> 10/04/2005 04:29 PM | |
| To | David Bernick/Chicago/Kirkland-Ellis@K&E, Allen Woolley/Chicago/Kirkland-Ellis@K&E, James Golden/Chicago/Kirkland-Ellis@K&E, Jane Park/Chicago/Kirkland-Ellis@K&E, Scott McMillin/Chicago/Kirkland-Ellis@K&E, Robert Snow/Chicago/Kirkland-Ellis@K&E, Douglas Kurtenbach/Chicago/Kirkland-Ellis@K&E, Mark Nomellini/Chicago/Kirkland-Ellis@K&E, Ellen Ahern/Chicago/Kirkland-Ellis@K&E, John Tangren/Chicago/Kirkland-Ellis@K&E, Erica K. Beutler/Chicago/Kirkland-Ellis@K&E, Stephanie Brennan/Chicago/Kirkland-Ellis@K&E, Amy C Haywood/Chicago/Kirkland-Ellis@K&E, Larry Obhof/Chicago/Kirkland-Ellis@K&E, Douglas Poland/Chicago/Kirkland-Ellis@K&E, Daniel Rooney/Chicago/Kirkland-Ellis@K&E, dpoland@gklong.com |
| cc | |
| bcc | |
| Subject | Fw: discovery from FBI/ DOJ |

Stephanie A. Brennan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
phone: (312) 861-2187
fax: (312) 660-9761

----- Forwarded by Stephanie Brennan/Chicago/Kirkland-Ellis on 10/04/2005 04:28 PM -----



|  |  |  |
|---|---|---|
| "Jenna MacNaughton-Wong" <jmacnaughton@bm.net> <br> 10/04/2005 04:21 PM | To | <sbrennan@kirkland.com> |
| | cc | "Peter Nordberg" <pnordberg@bm.net> |
| | Subject | discovery from FBI/ DOJ |

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter. 05-09-29 ltr US Atty re infrared vids.pdf   FBI Subpoena.pdf   Subpoena to US Attorneys Office.pdf

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K–181

---

MERILYN COOK, et al.,

    Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

### PLAINTIFFS' STATEMENT RE: SUBPOENAED MATERIAL

---

On September 22, 2005, plaintiffs in the civil action captioned above served subpoenas on the Federal Bureau of Investigation and on William Leone, Esq. of the United States Attorney's Office, seeking evidence in the above-captioned matter. The subpoenas are attached. In response to a request from Assistant United States Attorney Stephen Taylor, plaintiffs submit this additional written statement.

The evidence sought is the Forward-Looking Infra Red (FLIR) S-VHS tapes dated 12/9/1988, 12/10/1988, 12/15/1998, and about 2/25/1989, containing black and white or color moving images from Forward-Looking Infra Red (FLIR) cameras, regarding case number DN 249-43 (Pre Universal Classification Number [UCN]), FBI Major Case Number 27, entitled "Desert Glow," depicting overflights of the Rocky Flats Plant in Golden, Colorado. Plaintiffs intend to use this evidence at trial in the above-captioned matter to show that Rockwell International Corporation operated the Building 771 incinerator at Rocky Flats, and to corroborate eyewitness testimony on this subject.

Plaintiffs hereby release Mr. Leone from his subpoena, in reliance on representations that the offices of the United States Attorney for the District of Colorado are not in possession, custody, or control of the subpoenaed material, and also in reliance on the agreement of the Department of Justice that any dispute regarding the subpoenaed material will be litigated before the presiding judge in the above-captioned matter.

Dated: October 4, 2005

Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**MERILYN COOK, et al.**
**Plaintiffs**

V.

**ROCKWELL INTERNATIONAL CORP., et al.**
**Defendants**

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 90-K-181

TO: Federal Bureau of Investigation
Electronic Surveillance Unit (ElSur Unit)
Federal Office Building, Room 1823
1961 Stout Street, 18th Floor
Denver, CO 80294-1823

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): SEE EXHIBIT "A" ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| United States District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 | October 11, 2005<br>Commencing at 9:00 a.m.<br>Court Room A802 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit is subpoenaed for taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Ellen T. Noteware, Esquire<br>GREGORY C. LANGHAM, CLERK By _____ Deputy Clerk | September 20, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Ellen T. Noteware, Esquire/Berger & Montague, P.C.
1622 Locust Street, Philadelphia, PA 19103
(215) 875-3000

(See Rule 45, Federal Rules of Civil Procedures, Parts C & D on Reverse)

## Exhibit A

The Forward Looking Infra-Red (FLIR) S-VHS tapes dated 12/9/1988, 12/10/1988, 12/15/1988, and about 2/25/1989, contained black/white or color moving images from Forward Looking Infra-Red (FLIR) cameras, regarding case number, DN 249-43 (Pre Universal Classification Number [UCN]), FBI Major Case Number 27, entitled "Desert Glow" depicting overflights of the Rocky Flats Plant in Golden Colorado.

# RETURN OF SERVICE

**IN THE STATE OF COLORADO, COUNTY OF JEFFERSON,** I declare under oath that I served the documents specified here, **_Subpoena_** on the person specified on the document herein after referred to as **SUBJECT**. At the time of service **SUBJECT** was located at:**_1961 Stout Street,18th Floor_**,City of: **_Denver,_** County of **_Denver,_** **COLORADO**, on **_9/21/2005_** at **_11:32 AM_**.

**NAME OF SUBJECT SERVED: _FBI, Electronic Surveillance Unit_**

- [ ] By leaving the documents with the individual identified to me as **SUBJECT**
- [ ] By leaving the documents with **SUBJECT** who refused service.
- [x] By leaving the documents at the usual place of business with **SUBJECT'S**
    - [ ] Chief Clerk _____
    - [ ] Secretary _____
    - [ ] Bookkeeper _____
    - [ ] Registered Agent _____
    - [x] Manager      **_/Division Council Bob Goffi_**
    - [ ] _____

    Designated to receive service for **SUBJECT**.
- [ ] By leaving documents with a family member over the age of 18 at the **SUBJECT'S** usual place of abode _____
- [ ] By securing the documents to the door of **SUBJECT'S** premises located at: _____

I am over the age of 18 and am not in any way interested in or party to this case.
*************************************************************

SUBSCRIBED AND SWORN to before me this _____ day of September 2005, in JEFFERSON COUNTY, COLORADO.

_____          _____
Notary Public                                            Private Process Server
Commission Expires: 11/_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

**MERILYN COOK, et al.**
**Plaintiffs**

v.

**ROCKWELL INTERNATIONAL CORP., et al.**
**Defendants**

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 90-K-181

TO: William Leone, Esquire
UNITED STATES ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.    SEE EXHIBT "A " ATTACHED HERETO

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):   SEE EXHIBIT "A" ATTACHED

| PLACE | DATE AND TIME |
|---|---|
| United States District Court, District of Colorado<br>Alfred A. Arraj United States Courthouse<br>901 19th Street<br>Denver, CO 80294-3589 | October 11, 2005 commencing at 9:00 a.m.<br>Courtroom A802 |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit is subpoenaed for taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Ellen T. Noteware, Esquire<br>GREGORY C. LANGHAM, CLERK By                    Deputy Clerk | DATE<br>September 20, 2005 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Ellen T. Noteware, Esquire/Berger & Montague, P.C.<br>1622 Locust Street, Philadelphia, PA  19103<br>(215) 875-3000 | |

(See Rule 45, Federal Rules of Civil Procedures, Parts C & D on Reverse)

## PROOF OF SERVICE

## Exhibit A

The Forward Looking Infra-Red (FLIR) S-VHS tapes dated 12/9/1988, 12/10/1988, 12/15/1988, and about 2/25/1989, contained black/white or color moving images from Forward Looking Infra-Red (FLIR) cameras, regarding case number, DN 249-43 (Pre Universal Classification Number [UCN]), FBI Major Case Number 27, entitled "Desert Glow" depicting overflights of the Rocky Flats Plant in Golden Colorado.

# RETURN OF SERVICE

**IN THE STATE OF COLORADO, COUNTY OF JEFFERSON,** I declare under oath that I served the documents specified here, *Subpoena* on the person specified on the document herein after referred to as **SUBJECT**. At the time of service **SUBJECT** was located at: *1225 17th Street, # 700,* City of: *Denver,* County of *Denver,* **COLORADO**, on *9/21/2005* at *11:09 AM.*

**NAME OF SUBJECT SERVED:** *William Leone, Esq.*

- ☐ By leaving the documents with the individual identified to me as **SUBJECT**
- ☐ By leaving the documents with **SUBJECT** who refused service.
- ☒ By leaving the documents at the usual place of business with **SUBJECT'S**
  - ☐ Chief Clerk _____
  - ☒ Secretary   *Linda Blan*
  - ☐ Bookkeeper _____
  - ☐ Registered Agent _____
  - ☐ Manager _____
  - ☐ _____

  Designated to receive service for **SUBJECT**.
- ☐ By leaving documents with a family member over the age of 18 at the **SUBJECT'S** usual place of abode _____
- ☐ By securing the documents to the door of **SUBJECT'S** premises located at: _____

I am over the age of 18 and am not in any way interested in or party to this case.
*************************************************************

**SUBSCRIBED AND SWORN** to before me this 22nd day of September 2005, in JEFFERSON COUNTY, COLORADO.

_____
Notary Public
Commission Expires: 11/06/08

_____
Private Process Server