**9**

aug2205rockyflats.txt

1

```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
2
   Civil Action No. 90-CV-181
3
   MERILYN COOK, et al.,
4
       Plaintiffs,
5
   vs.
6
   ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
7  COMPANY,

8      Defendants.

9
                     REPORTER'S TRANSCRIPT
10                 Trial Preparation Conference
11

12

13        Proceedings before the HONORABLE JOHN L. KANE, JR.,

14  Judge, United States District Court for the District of

15  Colorado, commencing at 9:00 a.m., on the 22nd day of August,

16  2005, in Courtroom A802, United States Courthouse, Denver,

17  Colorado.

18

19

20

21

22

23

24  Proceeding Recorded by Mechanical Stenography, Transcription
    Produced via Computer by Janet M. Coppock, 901 19th Street,
25      Room A-257, Denver, Colorado, 80294, (303) 893-2835
```

0
2

1                          APPEARANCES
                             Page 1

aug2205rockyflats.txt

1   and disposal of plutonium or other toxic substances at Rocky
2   Flats and/or releases, conditions and risks arising from these
3   activities.  I denied defendants' motion in limine No. 12 from
4   the bench on July 28.  I intend to deny the remainder of these
5   motions, that is defendants' motions 5 through 11 as well.
6           Next is defendants' motions in limine Nos. 1 through
7   3.  In these motions Defendants seek to exclude all evidence or
8   mention of the FBI raid of the plant, its underlying
9   allegations and attendant publicity, all evidence or mention of
10  the subsequent Grand Jury investigation, its outcome and the
11  resulting controversy and all evidence relating to Rockwell's
12  guilty plea, all conduct underlying this plea and all publicity
13  surrounding the plea.  These motions will be denied in part and
14  granted in part.  And I trust that you will listen to this, and
15  my intent is that you see the contours of what the rulings will
16  be.
17          The fact, the fact, the fact of each of these events
18  and the conduct and alleged conduct that was the subject of the
19  FBI raid, the Grand Jury investigation and Rockwell's guilty
20  plea are all relevant to the issues to be decided in this case.
21  Much of the publicity surrounding these events is also
22  relevant.  I am not persuaded that Rule 403 or 404 requires
23  that this relevant evidence be excluded.  That some of
24  Plaintiffs' evidence regarding Rockwell's conduct was presented
25  to the Grand Jury is also no bar to its admission in this

Page 5

aug2205rockyflats.txt

6

1   action.  The fact that it was presented to the Grand Jury is
2   not relevant.
3          Defendants' motions in limine Nos. 1 through 3 will
4   therefore be denied to the extent that they seek to exclude
5   evidence regarding these facts, conduct and publicity.  I am
6   persuaded, however, that a subset of the evidence falling
7   within the scope of these motions should be excluded.  That
8   subset concerns the controversy regarding the Department of
9   Justice's prosecution of Rockwell, including the so-called
10  runaway Grand Jury.  It is clear from these motions that if any
11  evidence regarding the FBI raid, Grand Jury proceedings and
12  guilty plea is admitted, Rockwell intends to argue and present
13  evidence that the Department of Justice prosecutors ultimately
14  exonerated it of all charges of environmental misconduct except
15  those to which it pled guilty.
16         It is equally clear that Plaintiffs will seek to rebut
17  this contention by introducing evidence that there are other
18  less innocent explanations for prosecutor's failure to pursue
19  additional charges against Rockwell.  The question of whether
20  the U.S. Attorney and the Department of Justice properly
21  discharged their duties in investigating and prosecuting
22  Rockwell is not relevant to the matters to be determined in
23  this action.  Even if it were, the probative value of this
24  evidence is substantially outweighed by its potential to
25  confuse the issues and needlessly extends the length and

Page 6

aug2205rockyflats.txt

7

1  complexity of the trial.
2        Accordingly, I intend to bar Defendants from arguing
3  or presenting evidence that the U.S. Attorney and the
4  Department of Justice ultimately exonerated Rockwell from most
5  of the conduct that had been alleged which will eliminate the
6  need for Plaintiffs to argue and introduce evidence relating to
7  the runaway Grand Jury, the congressional investigation into
8  the Department of Justice's prosecution of Rockwell and similar
9  evidence that might show that the Department of Justice acted
10 improperly in failing to prosecute Rockwell more vigorously.
11       I also intend to instruct the jury that it should not
12 view the fact that the FBI issued a warrant based on certain
13 allegations that the Grand Jury failed to issue indictments or
14 that Rockwell did not plead guilty to additional crimes as
15 evidence that Rockwell did or did not engage in any additional
16 environmental misconduct, that is misconduct beyond that to
17 which it pled guilty during its tenure at the plant.  The jury
18 will be directed to make its judgment regarding such practices
19 based on the evidence of this alleged conduct presented at
20 trial rather than the plea bargaining and the resolution of the
21 criminal prosecution.
22       The line I am attempting to draw between admissible
23 and inadmissible evidence relating to the FBI raid and its
24 aftermath may be refined somewhat as I hone my final decision,

Page 7