**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT IF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**JOINT MOTION FOR LEAVE TO USE**
**MAP OF CLASS AREA DURING JURY SELECTION**
___

        In order to facilitate the process of jury selection, the parties hereby seek leave of Court to bring and use a map of the contour that defines the class area. In support of this motion, the parties state as follows:

        1.      From the information that has been gathered in the juror questionnaire administered in this case, it is impossible to determine on a comprehensive basis whether potential jurors owned property located within the class area. As to current address, the question seeks only the county or town of residence (Question No. 4). Additional questions seek some general information related to past residences or past property ownership (Question Nos. 24-27). However, none of these questions establish with precision whether the potential jurors are class members.

2. In addition, Defendants are interested in using the map of the contour that defines the class area to determine whether a potential juror has lived within the class area at any time since the plant has been in operation, from 1952 to present.

3. Accordingly, the parties respectfully seek leave to bring a map of the class area to court and use it as part of the jury selection process. A copy of the map is attached hereto as Exhibit A.

Dated: October 5, 2005                                Respectfully submitted,

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

and

2

Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO  80206
(303) 399-3000

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                /s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)

4