IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.     **90-cv-0181**          Date     **October 6, 2005**

Case Title   **Cook, et al vs. Rockwell International Corp., et al**

**Plaintiffs' Witness List for Week of October 11, 2005**

| Witness | Date(s) Testified |
|---|---|
| Gertrude Babb | |
| Richard Bartlett | |
| Sally Bartlett | |
| Merilyn Cook | |
| Tim Holeman | |
| Charles McKay | |
| Charles Ozaki | |
| John Ray | |
| William Schierkolk | |