October 6, 2005

**VIA HAND DELIVERY
AND E-MAIL**

David M. Bernick, Esquire
Douglas J. Kurtenbach, Esquire
Ellen T. Ahern, Esquire
**Kirkland & Ellis LLP**
717 17th Street
Denver, CO 80202

      Re:   *Cook et al. v. Rockwell, et al.*, Civil Action No. 90-K-181:
              Possible Witnesses for Week of October 11, 2005

Dear Counsel:

      Pursuant to the Court's Order, we are identifying a number of witnesses who may be called next week. We will not be able to call all of these witnesses. To the extent that we are unable to reach them next week, it is our intention to call them during the following week (*i.e.,* the week of October 17, 2005), with the exception of Mr. McKay, who we understand is not available that week. If Mr. McKay is not reached next week, we intend to call him during the week of October 24, 2005. The list of witnesses is as follows:

                      Gertrude Babb;
                      Mr. and/or Mrs. Bartlett;
                      Merilyn Cook;
                      Tim Holeman;
                      Charles McKay
                      Charles Ozaki;
                      John Ray;
                      William Schierkolk.

      Each week, as we send you a list of witnesses, if witnesses are not reached in that week, please consider these witnesses already disclosed for the following week, unless, as above with Mr. McKay, we advise otherwise. For the class representatives, we estimate 2 hours of direct; for Mr. Ray, one hour of direct; for Mr. Ozaki, 2 hours; for Mr. Holeman, 3 to 4 hours; for Mr. McKay, 3 to 4 hours.

                                                Very truly yours,

                                                Merrill G. Davidoff

MGD/sll

cc:     Louise Roselle, Esquire
        Peter Nordberg, Esquire
        Clerk of the Court