**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  October 6, 2005                    Reporter: Therese Lindblom
                                          Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | Louise Roselle |
| | Gary Blum |
| v. | Holly Shook |
| | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Ellen Ahern |
| | Jane Park |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day One**

**9:00 a.m.        Court in session.**

**ORDERED:   Joint Motion for Leave to Use Map (Doc. No. 1491) is granted.**

Court's preliminary comments regarding recently filed motions.

Discussion regarding jury questionnaires.

Following jurors excused for cause:

| | Juror No. |
|---|---|
| 1 | 114193 |
| 2 | 087329 |
| 3 | 092724 |
| 4 | 087408 |

| | |
|---|---|
| 5 | 085077 |
| 6 | 088251 |
| 7 | 086281 |
| 8 | 091902 |
| 9 | 103218 |
| 10 | 082690 |
| 11 | 110157 |
| 12 | 087426 |
| 13 | 096383 |
| 14 | 088698 |
| 15 | 104878 |
| 16 | 113171 |
| 17 | 080593 |
| 18 | 081102 |
| 19 | 103114 |
| 20 | 099759 |
| 21 | 111827 |
| 22 | 085072 |
| 23 | 093030 |
| 24 | 116955 |
| 25 | 115451 |
| 26 | 086028 |
| 27 | 112557 |
| 28 | 093422 |
| 29 | 089646 |
| 30 | 108393 |
| 31 | 119392 |

| 32 | 113665 |
|----|--------|
| 33 | 104882 |
| 34 | 098702 |
| 35 | 081242 |
| 36 | 083217 |
| 37 | 088448 |
| 38 | 087263 |
| 39 | 113777 |

**9:49 a.m.        Court in recess.**
**10:03 a.m.      Court in session.**

Discussion regarding the statement of the case instruction.

10:15 a.m.     Jury panel present.

Jury sworn for voir dire.

Eighteen jurors called to the jury box.

Voir dire by the Court.

Following jurors are excused for cause:

|    | Juror No. |
|----|-----------|
| 40 | 117673    |
| 41 | 114834    |

**12:05 p.m.      Court in recess.**
**1:24 p.m.        Court in session.**

Discussion between Court, counsel and jurors regarding whether jurors live in the class area.

Continued voir dire by the Court.

3

Following jurors are excused for cause:

|    | Juror No. |
|----|-----------|
| 42 | 107427    |
| 43 | 097502    |

2:47 p.m.      Voir dire by Mr. Davidoff.

**3:17 p.m.      Court in recess.**
**3:32 p.m.      Court in session.**

Continued voir dire by Mr. Davidoff.

3:53 p.m.      Voir dire by Mr. Bernick.

Court denies Mr. Davidoff's challenge for cause as to Juror No. 100330.

No additional challenges for cause.

4:45 p.m.      Further voir dire by Mr. Davidoff.

4:48 p.m.      Further voir dire by Mr. Bernick.

Plaintiffs' challenges:

|   | Juror No. |
|---|-----------|
| 1 | 100330    |
| 2 | 097525    |
| 3 | 087226    |

Defendants' challenges:

|   | Juror No. |
|---|-----------|
| 1 | 101197    |

4

| 2 | 086943 |
|---|--------|
| 3 | 097290 |

5:37 p.m.    Twelve jurors sworn to try the case:

|    | Juror No. |
|----|-----------|
| 1  | 098953 |
| 2  | 117755 |
| 3  | 115572 |
| 4  | 087807 |
| 5  | 107335 |
| 6  | 113448 |
| 7  | 103205 |
| 8  | 112787 |
| 9  | 120333 |
| 10 | 100151 |
| 11 | 090498 |
| 12 | 090766 |

Court's preliminary instructions and comments to the jury.

**5:39 p.m.    Court in recess.**

Time in court - 6:49.  Trial continued.