# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.     **90-cv-0181**            Date     **October 6, 2005**

Case Title   **Cook, et al vs. Rockwell International Corp., et al**

**Plaintiffs' Witness List for Weeks of October 11, 2005 and October 17, 2005**

| Witness | Date(s) Testified |
|---|---|
| Sally Bartlett (2 hours) | |
| Richard Bartlett (2 hours) | |
| Tim Holeman (4 hours) | |
| John Ray (2 hours) | |
| Charles Ozaki (2 hours) | |
| William Schierkolk (1 hour) | |
| Merilyn Cook (2 hours) | |
| Gertrude Babb (½ hour) | |
| Ronald Avery (1 hour) | |
| Jacqueline Brever (1 hour) | |
| David Minshall (3 hours) | |
| Jon Lipsky (3 hours) | |
| Wesley McKinley (2 hours) | |
| K. Shawn Smallwood (3 hours) | |
| Richard Kaufman (2 hours) | |
| W. Gale Biggs (2 hours) | |