1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger&Montague, P.C.
ATTORNEYS AT LAW

**MERRILL G. DAVIDOFF**   ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

October 8, 2005

**VIA E-MAIL**

David M. Bernick, Esquire
Mark Nomellini, Esquire
**Kirkland & Ellis LLP**
717 17th Street
Denver, CO 80202

Re:   *Cook et al. v. Rockwell, et al.*, Civil Action No. 90-K-181:
      Intended Witnesses for Weeks of October 11 and October 17, 2005

Dear Counsel:

Pursuant to the Court's Order of yesterday morning, we are attaching a list of witnesses for the next two weeks with estimates of the length of direct testimony, and in the order that we are best able to forecast at the present time. As discussed in Court on September 22, 2005 and again today, the order of witnesses is subject to change due to exigencies of travel and availability.

Also, we have not yet received any of your forecasts as to estimates of length of your cross-examination. The actual length of testimony (direct and cross) will likely impact the order of call.

Finally, since Messrs. Kaufman, Minshall, McKinley and Lipsky are on the list for the week of October 17th (or subsequent week), you need to move promptly to take their depositions. We are attempting to contact the latter three, but Kaufman is your responsibility to subpoena.

Very truly yours,

Merrill G. Davidoff

MGD/sll