**Exhibit 1**

## **INDEX OF DEFENDANTS' PROPOSED LIMITING INSTRUCTIONS FILED OCTOBER 10, 2005**

Limiting Instructions
      Instruction No. 1    No Evidence That Dow or Rockwell or Their Counsel Were Involved in the Withholding of Documents
      Instruction No. 2    Evidence of Church Lawsuit Admissible for the Fact of the Lawsuit Only

1

**TENDERED BY DEFENDANTS**
**PROPOSED LIMITING INSTRUCTION NO. 1**

## NO EVIDENCE THAT DEFENDANTS OR THEIR COUNSEL INVOLVED IN WITHHOLDING OF DOCUMENTS

I instruct you that there is no evidence or claim in this case that Dow or Rockwell or their counsel were involved in the Department of Energy's decisions regarding the declassification or redaction of documents. The Department of Energy is solely responsible for these declassification and redaction decisions. There is no evidence or claim that Dow or Rockwell or their counsel have engaged in any effort improperly to withhold documents or improperly affect the evidence presented in this case.

**Authority:** 10/07/05 Hearing; 8/22/05 Hr'g Tr. at 23-24.

**TENDERED BY DEFENDANTS**
**PROPOSED LIMITING INSTRUCTION NO. 2**

**EVIDENCE OF CHURCH LAWSUIT**

In 1975, Marcus Church filed a lawsuit against the United States, Dow, and Rockwell, which included claims of plutonium on property in the class area from Rocky Flats. You may consider only the fact that the Church Lawsuit existed from 1975 to 1984.

**Authority:** 10/07/05 Hearing; CJI-Civ. 1:9 (CLE ed. 2004) (Evidence Admissible for Particular Purpose Only); 8/22/05 Hr'g Tr. at 5-8.