# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

### DEFENDANTS' BEST ESTIMATE OF CROSS-EXAMINATION LENGTHS FOR WITNESSES LISTED ON PLAINTIFFS' WITNESS LIST FOR THE WEEKS OF OCTOBER 11, 2005 AND OCTOBER 17, 2005
_____

On October 10, 2005, Defendants provided Plaintiffs with the attached letter setting forth Defendants' best estimates of cross-examination lengths for the witnesses listed on Plaintiffs' Witness List for Weeks of October 11, 2005 and October 17, 2005. (10/10/05 Letter from D. Bernick, attached as Ex. A)  These are Defendants' current best estimates, which are subject to change based on Plaintiffs' direct examinations and other factors.

Dated: October 10, 2005                      Respectfully submitted,

2

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

/s/ Kari Knudsen_____
Kari Knudsen (legal assistant)