**Exhibit A**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

David M. Bernick, P.C.
To Call Writer Directly:
312-861-2249
dbernick@kirkland.com

Facsimile:
312 861-2200
Dir. Fax: (312) 660-0203

October 10, 2005

**VIA HAND DELIVERY & ELECTRONIC MAIL**

Merrill Davidoff, Esq.
Berger & Montague
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO  80202

Dear Counsel:

This letter provides you with defendants' best estimates of the time required for the cross-examination of the witnesses that you identified in your letter of yesterday as witnesses for the next two weeks.  These estimates are:

| Witness | Time |
|---|---|
| Sally Bartlett | 1 hour |
| Richard Bartlett | 1 hour |
| Tim Holeman | 2 hours |
| John Ray | 1 hour |
| Charles Ozaki | 1 hour |
| William Schierkolk | ½ hour |
| Merilyn Cook | 1 hour |
| Gertrude Babb | ½ hour |
| Ronald Avery | ½ hour |
| Jacqueline Brever | ½ hour |
| David Minshall | 1 hour |
| Jon Lipsky | 2 hours |
| Wesley McKinley | 1 hour |
| K. Shawn Smallwood | 2 hours |
| Richard Kaufman | 1 hour |
| W. Gale Biggs | 1 hour |

Defendants do not know what the direct testimony of these witnesses will be or whether plaintiffs' estimates of the length of direct testimony for these witnesses will prove to be correct. Defendants also expect the early crosses may run longer than anticipated given the need to familiarize the jury with concepts and terms.

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.

## KIRKLAND & ELLIS LLP

October 10, 2005
Page 2

      Therefore, these are only defendants' best estimates at this time and are necessarily subject to change.

Sincerely,

*David M. Bernick, P.C.*

DMB/VAJ

cc:    Peter B. Nordberg, Esq.
        David F. Sorenson, Esq.