## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  October 7, 2005                                      Reporter: Therese Lindblom
                                                            Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                                       Merrill Davidoff
                                                            Peter Nordberg
Plaintiffs,                                                 Joe Sauder
                                                            David Sorenson
v.                                                          Holly Shook

ROCKWELL INTERNATIONAL CORPORATION                          David Bernick
and THE DOW CHEMICAL COMPANY,                               Mark Nomellini
                                                            Scott McMillin
Defendants.                                                 Stephanie Brennan
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Two**

**9:16 a.m.      Court in session.**

Discussion regarding pending motions.

Argument regarding survey.

**ORDERED:  With regard to Plaintiffs' Emergency Motion to Halt Telephone
            Survey Contacting Representative Plaintiffs and Class Members, and
            for Related Discovery and Further Relief (Doc. No. 1481):**

> **1.      If defendants can pull the telephone numbers, the numbers
>           shall be given to plaintiffs.**

> **2.      If plaintiffs have evidence that members of the class have been
>           contacted and evidence of what was said to them, then the
>           Court will open the matter.**

Discussion regarding disclosure of witnesses and the order in which they will be called.

Discussion regarding demonstrative exhibits.

**ORDERED:  With regard to Defendants' Emergency Motion to Compel Compliance with Pretrial Requirements (Doc. No. 1487):**

> **1.      Counsel shall provide a list of the order in which witnesses will be called for two week periods, subject to change.**

> **2.      Lists of demonstrative exhibits shall be exchanged.**

Discussion regarding deposition designations and presentation of deposition testimony.

**10:23 a.m.    Court in recess.**
**10:36 a.m.    Court in session.**

Court's comments regarding jury instructions.

Discussion regarding the scope of the testimony of Mr. Lipsky.

Discussion regarding Mr. McKinley and Ms. Williams.

**ORDERED:  With regard to Defendants' Motion to Exclude Witnesses for Whom Discovery Has Not Been Provided (Doc. No. 1478), if a witness is not deposed, he or she may not testify.**

The standard rule for deposition testimony is seven hours.

Defendants may subpoena Mr. Kaufman and take his deposition.

Discussion regarding documents to be produced by Ms. Banister.

Discussion regarding adverse witness.

**ORDERED:  With regard to Plaintiffs' Motion for Protective Order or To Quash Discovery (Doc. No. 1480), documents shall be produced as set forth on the record.**

Discussion regarding Messrs. Minshall, Schoenbeck and Selbin.

**ORDERED:  With regard to Defendant's Motion to Exclude Newly Disclosed Witnesses (Doc. No. 1467):**

1.      Based on the agreement of counsel, Messrs. Schoenbeck and Selbin may be deposed and testify in plaintiffs' case in chief.

2.      Mr. Minshall may testify only to identify the videotapes to be shown.

Discussion regarding certain witnesses identified by Mr. Bernick.

**ORDERED:  With regard to witnesses identified as a result of Dr. King, those witnesses are limited to rebuttal testimony about Dr. King unless they are deposed.**

Discussion regarding witnesses necessary to respond to the testimony of Mr. Lipsky.

Discussion regarding subpoenas served by plaintiffs.

**ORDERED:  With regard to Defendants' Emergency Motion for a Protective Order and To Quash Discovery (Doc. No. 1490), plaintiffs shall provide defendants with a duplicate set of what plaintiffs get as a result of the subpoenas.**

Discussion regarding instructions.

Discussion regarding microphones.

Discussion regarding opening statements.

Court's comments regarding objections during trial.

Discussion regarding classification of documents and limiting jury instruction.

**12:53 p.m.    Court in recess.**

Time in court - 3:34.  Trial continued.