# Exhibit A

| Topic | Court's Prior Ruling on Admissibility | Plaintiffs' Comments in 10/11/05 Opening Statement |
|---|---|---|
| CHURCH LITIGATION | Only the fact of the litigation is admissible.<br><br>-- *See 8/22/05 transcript (MIL preliminary ruling) at 9; see also 10/11/05 at 551* | "[Marcus Church] sued the United States Government, Doe and Rockwell. And after many years, that lawsuit was settled for $9,000,000. And as part of that lawsuit, Marcus Church was required to return to defendants all of the documents that he got during the pendency of the litigation.<br><br>Now, during the 15 years this lawsuit has been pending, we have gotten access to the documents. But I bring this up to you for two reasons: One is that the defendants in this case have already acknowledged, if you will, and paid money to some of the neighbors for the contamination problems it caused." (Transcript at 549-550)<br><br>Plaintiffs' efforts to introduce exhibit P-652 related to the *Church* litigation. (*Id.* at 588) |

| Topic | Court's Prior Ruling on Admissibility | Plaintiffs' Comments in 10/11/05 Opening Statement |
|---|---|---|
| **FBI RAID** | | |
| • Basis for the FBI Investigation | Only the fact of the raid is admissible. | Contact with Jim Stone led to the raid: "And that became the foundation, that is what started the FBI investigation and the subsequent raid." (*Id.* at 573-74) |
| • Contents of Lipsky's Affidavit | Neither side can get into what the FBI or the DOJ determined in the investigation. | "Lipsky, the FBI agent, . . . spent two years preparing for the raid." (*Id.* at 580; *see also* 574-75, 579)<br><br>Describing the Lipsky affidavit: "[T]his affidavit by John Lipsky, the lead FBI agent . . . was used to justify the search warrant for the 75 FBI agents and the 15 EPA agents at the Rocky Flats plant." (*Id.* at 581) |
| • Clandestine Use of Building 771 Incinerator | Jury to learn of the fact of the raid without learning about why or the motives or what they thought was going on. | "We hope you will see the actual infrared photographs that were taken by FBI agent Lipsky . . . " (*Id.* at 576-77)<br><br>"[Rockwell denied] the most sensational allegation about FBI infared photographs of the chimney showing that an incinerator was being secretly run"; "Rockwell was denying most of what was asserted in Mr. Lipsky's affidavit." (*Id.* at 582) |
| • Clandestine Discharges to Woman Creek | All anyone was supposed to say is that there was a raid, not why, not what they looked at, not anything but that there was a raid. | "December 9th, 10th and 15th 1988, at least we believe we will show you evidence of illegal burning of plant waste in that same incinerator, in building 771. It was discovered by FBI and EPA investigators." (*Id.* at 576) |
| • False Groundwater Certification | -- *See 8/22/05 transcript at 5 (MIL preliminary ruling); see also 9/22/05 transcript at 34-35* | "Water contaminated with radioactive hazardous waste continued to runoff the plant property, often illegally, often into Woman Creek . . . " (*Id.* at 570)<br><br>News videos played referencing allegedly false groundwater certifications. (*See id.* at 581) |
| • Allegations of Cover up Related to the FBI Investigation | | "[Y]ou will hear of the violations [Lipsky] found, of federal and environmental laws, how he was stonewalled by Rockwell and by DOE, the cover up that occurred of the incinerator burning at night and publicity about his affidavit." (*Id.* at 580) |

2

| Topic | Court's Prior Ruling on Admissibility | Plaintiffs' Comments in 10/11/05 Opening Statement |
|---|---|---|
| **CLASSIFICATION/ DECLASSIFICATION** | Jury will be told that DOE is solely responsible for classification decisions and that there is no claim or evidence that either defense counsel or the defendants have engaged in any effort to withhold the production of evidence in this case.<br><br>--See 10/7/05 transcript at 416-17 | "For 50 years the defendants, Dow and Rockwell, and after they left, the Department of Energy, repeatedly told lies and half truths to their neighbors about what really happened at the plant. They covered up how much Plutonium may have been released." (Transcript at 480)<br><br>"Defendants, the evidence will show, used national security as an excuse for covering up their wrongful conduct." (Id. at 507)<br><br>"[T]hey wrote down how they manipulated the facts that they told the public. You may see them continue to do so in this courtroom." (Id. at 538)<br><br>"Why are most of the MUF documents and information still secret? The defendants and the DOE used the national security power to keep them secret." (Id. at 597)<br><br>"They resisted and refused to turn over copies of the documents." (Id. at 598) |

3

| Topic | Court's Prior Ruling on Admissibility | Plaintiffs' Comments in 10/11/05 Opening Statement |
|---|---|---|
| CLEANUP COSTS | Court granted Defendants' motion to exclude the costs of clean up<br><br>-- *See 9/22/05 transcript at 10* | News article P-741, March 1, 1990 Rocky Mountain News Headline: "Cleanup could cost $150 billion." Also published to jury portion of same article detailing costs, see article at page 4 column 1. (*See Transcript at 607*) |

4

| Topic | Court's Prior Ruling on Admissibility | Plaintiffs' Comments in 10/11/05 Opening Statement |
|---|---|---|
| WORKER SAFETY ISSUES | This case is not about worker safety at the plant.<br><br>-- See 10/11/05 transcript at 517 | "[P]recautions were not adequate. They were not adequate to protect either the workers or the neighbors." (Transcript at 501) |

| Topic | Court's Prior Ruling on Admissibility | Plaintiffs' Comments in 10/11/05 Opening Statement |
|---|---|---|
| **TIMELINESS OF LAWSUIT** | Statute of limitations, and the need to bring this case within a certain length of time is not part of this trial.<br><br>*-- See 10/6/05 transcript at 185* | "Why was this lawsuit not filed until 1990?  Because during the 1980s and 1970s there was still development and growth going on in the contaminated area.  The Government and the defendants kept reassuring people that everything was okay.  The public had no indication that there was anything illegal going on at the plant."  (Transcript at 550) |