### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date: October 11, 2005                            Reporters: Darlene Martinez
                                                  Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | Louise Roselle |
| | David Sorensen |
| v. | Gary Blum |
| | Holly Shook |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Three**

**9:14 a.m.    Court in session.**

Jury not present.

Discussion regarding jury instructions and opening statements.

9:23 a.m.    Jury present.

Court's preliminary instructions to the jury.

**10:32 a.m.   Court in recess.**
**10:46 a.m.   Court in session.**

Opening statement by Mr. Davidoff.

11:20 a.m.   Opening statement by Ms. Roselle.

**11:58 a.m.   Court in recess.**
**1:25 p.m.    Court in session.**

Jury not present.

Discussion regarding curative instruction.

Jury present.

Continued opening statement by Ms. Roselle.

**2:34 p.m.     Court in recess.**
**2:53 p.m.     Court in session.**

Continued opening statement by Mr. Davidoff.

**4:52 p.m.     Court in recess.**

Time in court - 5:38.  Trial continued.