**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  October 12, 2005

Reporter: Darlene Martinez
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Peter Nordberg
Louise Roselle
David Sorenson
Holly Shook
Gary Blum
David Bernick
Douglas Kurtenbach

_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Four**

**8:20 a.m.     Court in session.**

Argument by Messrs. Bernick and Davidoff regarding defendants' objections to plaintiffs' opening statement.

Discussion between Court and counsel regarding plaintiffs' opening statements.

8:49 a.m.     Jury present.

Court instructs jury regarding plaintiffs' opening statements.

Continued opening statement by Mr. Davidoff.

**9:21 a.m.     Court in recess.**
**9:47 a.m.     Court in session.**

Opening statement by Mr. Bernick.

**10:50 a.m.     Court in recess.**

**11:10 a.m.    Court in session.**

Jury not present.

Discussion regarding note from a juror and the Court's proposed response.

Discussion regarding plaintiffs' objections to two of defendants' demonstrative exhibits for opening statement.

Continued opening statement by Mr. Bernick.

**12:20 p.m.    Court in recess.**
**1:40 p.m.      Court in session.**

Continued opening statement by Mr. Bernick.

**3:10 p.m.     Court in recess.**
**3:25 p.m.     Court in session.**

Continued opening statement by Mr. Bernick.

**4:40 p.m.     Court in recess.**

Time in court - 5:59.  Trial continued.

2