**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
JOHN L. KANE, SENIOR JUDGE

Case No.      <u>90-cv-0181</u>           Date    <u>October 6, 2005</u>

Case Title    <u>Cook, et al vs. Rockwell International Corp., et al</u>

**Plaintiffs' Witness List for Weeks of October 17, 2005 and October 24, 2005**

| **Witness** | **Date(s) Testified** |
|---|---|
| John Ray (2 hours) | |
| Charles Ozaki (2 hours) | |
| William Schierkolk (1 hour) | |
| Merilyn Cook (2 hours) | |
| Gertrude Babb (½ hour) | |
| Ronald Avery (1 hour) | |
| Jacqueline Brever (1 hour) | |
| David Minshall (3 hours) | |
| Jon Lipsky (3 hours) | |
| Wesley McKinley (2 hours) | |
| K. Shawn Smallwood (3 hours) | |
| Richard Kaufman (2 hours) | |
| W. Gale Biggs (2 hours) | |
| Charles McKay (3 hours) | |
| Dr. John D. Radke (3 hours) | |
| Karen Whalen (1 hour) | |
| Dr. Robert Budnitz (3 hours) | |