October 14, 2005

**VIA E-MAIL**

David M. Bernick, Esquire
Mark Nomellini, Esquire
**Kirkland & Ellis LLP**
717 17th Street
Denver, CO 80202

      Re:    *Cook et al. v. Rockwell, et al.*, Civil Action No. 90-K-181:
              Intended Witnesses for Weeks of October 17 and October 24, 2005

Dear Counsel:

    Attached is a list of witnesses for the next <u>two</u> weeks with estimates of the length of direct testimony, and in the order that we are best able to forecast at the present time. As discussed earlier, the order of witnesses is subject to change due to, *inter alia*, exigencies of travel and availability.

    At this time, we do not have a firm date or order for Mr. McKay. We are hoping to call Mr. McKinley on 10/21/05, even if this requires calling him out of order. We expect to call Dr. Smallwood on 10/24/05, even if this requires calling him out of order. We expect to call Dr. Radke on 10/26/05, even if this requires calling him out of order.

    This is the best information we are able to give you at this time. We are sorry that this information is approximately 15 hrs. "late" due to the Yom Kippur holiday.

                                                Very truly yours,

                                                /s

                                                Merrill G. Davidoff

MGD/km