**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' STATEMENT CONCERNING THE WALKER MEMORANDUM AND**
**FEDERAL RULE OF EVIDENCE 803(8)**
_____

      Plaintiffs seek to offer PX 493, the "Walker memorandum," which is a draft brief for Ms. Walker, a DOE attorney, in preparation for meetings concerning the legal issue of EPA's authority under RCRA and the political issue of the EPA's conflict with the DOE over RCRA application. Plaintiffs incorrectly claim that Rule 803(8) provides an exception to the hearsay rule for this exhibit. (Tr. at 1095) Plaintiffs' position is contrary to the law of the Tenth Circuit. Rule 803(8) provides an exception for only three classes of records or reports of governmental offices and agencies: (1) reports of the office's or agency's activities; (2) matters observed and reported pursuant to duty; and (3) factual findings resulting from an authorized investigation unless the sources of information or other circumstances indicate lack of trustworthiness. *See* Fed. R. Evid. 803(8). None of these exceptions applies to a draft memorandum on legal and

political issues that contains no factual findings.  *See Figures v. Bd. of Pub. Utilities of Kansas City*, 967 F.2d 357, 360 (10th Cir. 1992) (trial court correctly excluded draft letter from area director of government agency as hearsay not subject to Rule 803(8) exception) (attached as Exhibit A); *Toole v. McClintock*, 999 F.2d 1430, 1433-34 (11th Cir. 1993) (district court abused its discretion by admitting FDA document containing proposed factual findings pursuant to Rule 803(8)) (attached as Exhibit B).[1]

Dated: October 16, 2005                           Respectfully submitted,

                                                  /s/ John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

---

[1] *See also Smith v. Isuzu Motors Ltd.*, 137 F.3d 859, 862-63 (5th Cir. 1998) (NHTSA memoranda embodying the positions and opinions of individual staff members not admissible under Rule 803(8)); *United Air Lines, Inc. v. Austin Travel Corp.*, 867 F.2d 737, 742-43 (2d Cir. 1989) (district court entirely within its discretion to exclude interim and inconclusive governmental reports); *United States v. Gray*, 852 F.2d 136, 139 (4th Cir. 1988) (tentative internal report not purporting to contain agency factual findings not admissible under Rule 803(8)).

Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                             /s/ Kari Knudsen_____
                                             Kari Knudsen (legal assistant)