**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  October 14, 2005

Reporter: Darlene Martinez
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Peter Nordberg
Louise Roselle

David Bernick
Douglas Kurtenbach

_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Five**

**8:40 a.m.     Court in session.**

Argument regarding exhibits and scope of testimony.

**Exhibits rejected: P-988, P-989**

9:15 a.m.     Jury present.

Court instructs jury.

Plaintiffs' witness, Sally Bartlett, sworn.

Direct examination of Ms. Bartlett by Ms. Roselle.

**Exhibits rejected:  P-1193**

**Exhibits received:  G-051C, P-962, P-1172, P-1174, P-960, PV-3166, PV-3114, PV-3120, P-980, P-981**

**10:20 a.m.**   **Court in recess.**
**10:35 a.m.**   **Court in session.**

Continued direct examination of Ms. Bartlett by Ms. Roselle.

    **Exhibit received:**   P-971

10:55 a.m.   Cross examination of Ms. Bartlett by Mr. Kurtenbach.

    **Exhibits received:**  DX-4, DX-5, DX-6, DX-7, DX-8, DX-9, DX-10, DX-11, DX-31, DX-14, DX-15

**11:58 a.m.**   **Court in recess.**
**1:20 p.m.**    **Court in session.**

Continued cross examination of Ms. Bartlett by Mr. Kurtenbach.

    **Exhibits received:**  DX-33, DX-1, DX-2, DX-3

1:43 p.m.   Redirect examination of Ms. Bartlett by Ms. Roselle.

    **Exhibit rejected:**   P-968

1:54 p.m.   Plaintiffs' witness, Richard Bartlett, sworn.

Direct examination of Mr. Bartlett by Mr. Davidoff.

    **Exhibit rejected:**   P-1193A

2:41 p.m.   Cross examination of Mr. Bartlett by Mr. Kurtenbach.

    **Exhibit received:**   DX-13

**3:18 p.m.**   **Court in recess.**
**3:35 p.m.**   **Court in session.**

Cross examination of Mr. Bartlett by Mr. Kurtenbach.

    **Exhibit received:**   PX-1208

Redirect examination of Mr. Bartlett by Mr. Davidoff.

4:17 p.m.   Plaintiffs' witness, Timothy Holeman, sworn.

Direct examination of Mr. Holeman by Mr. Davidoff.

4:30 p.m.      Jury excused.

Argument regarding exhibits.

>   **Exhibits received:**  **P-339, P-706, P-1181**
>
>   **Exhibits rejected:**  **P-244, P-1185, P-1186**

Exhibits to be redacted:      P-529, P-701, P-704, P-707, P-1179, P-1183, P-1184, P-1187, P-1188

**4:53 p.m.      Court in recess.**

Time in court - 6:36.  Trial continued.