IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  October 17, 2005                               Reporter: Janet Coppock
                                                      Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
|  | Peter Nordberg |
| Plaintiffs, | Louise Roselle |
| v. |  |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. |  |

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Six**

**8:40 a.m.     Court in session.**

Jury not present.

Argument regarding exhibits.

> **Exhibits received:** PV-3086, PV-3089, PV-3090, PV-3097, PV-3104, PV-3116, P-3121, P-3128, P-493

> **Exhibits rejected:** P-1190, P-1191, P-1189, PV-3095, PV-3107, PV-3113, P-1194

9:12 a.m.     Jury present.

Continued direct examination of Mr. Holeman by Mr. Davidoff.

> **Exhibits received:** P-1192, P-1175, P-700, P-1176, P-557, PV-3088

**10:20 a.m.**   **Court in recess.**
**10:40 a.m.**   **Court in session.**

Jury not present.

  **Exhibits received:  P-507 and P-99**

Jury present.

10:43 a.m.   Continued direct examination of Mr. Holeman by Mr. Davidoff.

  **Exhibit received: P-1178**

**11:53 a.m.**   **Court in recess.**
**1:10 p.m.**   **Court in session.**

Jury not present.

Discussion regarding exhibits.

1:22 p.m.   Jury present.

Continued direct examination of Mr. Holeman by Mr. Davidoff.

  **Exhibits received:  P-512, P-161, P-507, P-524, P-314**

**3:00 p.m.**   **Court in recess.**
**3:20 p.m.**   **Court in session.**

Jury not present.

Discussion regarding exhibits.

  **Exhibits received: PV-3103, PV-3110, PV-3114, PV-3116, PV-3100**

3:34 p.m.   Jury present.

Continued direct examination of Mr. Holeman by Mr. Davidoff.

4:05 p.m.   Cross examination of Mr. Holeman by Mr. Bernick.

4:43 p.m.   Jury excused.

Discussion regarding scope of testimony.

**4:52 p.m.     Court in recess.**

Time in court - 6:15.  Trial continued.