IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  October 18, 2005

Reporter: Janet Coppock
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Peter Nordberg
Louise Roselle

David Bernick
Douglas Kurtenbach

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Seven**

**8:50 a.m.     Court in session.**

Jury not present.

Argument regarding exhibits.

    **Exhibit received: P-701A**

    **Exhibit rejected: P-211**

9:23 a.m.     Jury present.

Continued cross examination of Mr. Holeman by Mr. Bernick.

**10:20 a.m.     Court in recess.**
**10:40 a.m.     Court in session.**

Continued cross examination of Mr. Holeman by Mr. Bernick.

Redirect examination of Mr. Holeman by Mr. Davidoff.

**12:06 p.m.     Court in recess.**
**1:15 p.m.      Court in session.**

Jury not present.

Argument regarding exhibits.

> **Exhibits received:  DX-34, DX-41, DX-43 (pages 1-25 only), DX-47, DX-48, DX-49, DX-50, DX-53, DX-57, DX-58, DX-69, DX-70, DX-76, DX-77, DX-81, DX-36**

> **Exhibits received: ChemRisk report and RAC report**

1:36 p.m.     Jury present.

Continued redirect examination of Mr. Holeman by Mr. Davidoff.

Recross examination of Mr. Holeman by Mr. Bernick.

2:18 p.m.     Plaintiffs' witness, John Ray, sworn.

Direct examination of Mr. Ray by Mr. Davidoff.

> **Exhibits received: P-268, P-314**

**3:05 p.m.     Court in recess.**
**3:20 p.m.     Court in session.**

Direct examination of Mr. Ray by Mr. Davidoff.

> **Exhibits received: P-189, P-1236, P-1216, P-1217 (photo 959 only)**

**4:45 p.m.     Court in recess.**

Time in court - 6:15.  Trial continued.