IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  October 19, 2005     Reporter: Janet Coppock
                             Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                    Merrill Davidoff
                                         Louise Roselle
Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION       David Bernick
and THE DOW CHEMICAL COMPANY,            Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Eight**

**8:55 a.m.     Court in session.**

Jury not present.

Argument regarding exhibits.

  **Exhibits rejected: P-125, P-1238**

9:10 a.m.     Jury present.

Continued direct examination of Mr. Ray by Mr. Davidoff.

  **Exhibits received: P-1219, P-1218**

**10:15 a.m.     Court in recess.**
**10:35 a.m.     Court in session.**

  **Exhibit received: P-1237**

Continued direct examination of Mr. Ray by Mr. Davidoff.

11:08 a.m.     Cross examination of Mr. Ray by Mr. Kurtenbach.

**12:00 p.m.    Court in recess.**
**1:15 p.m.     Court in recess.**

Jury not present.

Argument regarding exhibit and scope of testimony.

Jury present.

Continued cross examination of Mr. Ray by Mr. Kurtenbach.

**Exhibits received: DX-172, DX-173, DX-177, DX-64, DX-63**

2:18 p.m.      Redirect examination of Mr. Ray by Mr. Davidoff.

2:40 p.m.      Plaintiffs' witness, Charles Ozaki, sworn.

Direct examination of Mr. Ozaki by Mr. Davidoff.

**Exhibits received: P-248, P-511**

**3:15 p.m.     Court in recess.**
**3:30 p.m.     Court in session.**

Continued direct examination of Mr. Ozaki by Mr. Davidoff.

**Exhibits received: P-162A, P-206**

Jury excused.

Voir dire by Mr. Bernick on P-334.

**Exhibit rejected: P-334.**

Discussion regarding video tapes, trial schedule and Cook exhibits.

**5:06 p.m.     Court in recess.**

Time in court -6:18.  Trial continued.

2