|   | **Areas that McKinley Would Not, or Could Not Provide Testimony About** | **Testimony** |
|---|---|---|
| 1 | Wrongdoing by Dow or Rockwell | Q. (BY MR. NOMELLINI) Mr. McKinley, you will not provide me with information about anything you believe to be wrongdoing by Dow or Rockwell, because you believe that doing so would violate Rule 6(e); is that correct?<br><br>A. On advice of my counsel, that's correct.<br><br>Q. Okay. Have you -- and your counsel is Mr. Nordberg?<br><br>A. (Deponent nodded head up and down.) (91:9-91:16) |
| 2 | Exposure to class members | Q. Sitting here today, you will not give me any information about whether anyone living within the class area was exposed to any contaminant from Rocky Flats, because you believe it would violate Rule 6(e); is that correct?<br><br>A. It's possible, yes.<br><br>Q. Is that a yes?<br><br>A. Yes. (89:10-89:17) |
| 3 | Health effects for people off-site | Q. Well, you testified before that you can't tell me about any health effects that Rocky Flats has had on people who live off-site --<br><br>A. No.<br><br>Q. -- the area, correct?<br><br>A. That's correct. (118:1-118:6) |
| 4 | "Cover up" by Dow, Rockwell, the DOE, or the DOJ | Q. So you will not tell me whether Dow or Rockwell had anything to do with the application of Rule 6(e) to the Rocky Flats grand jury, because you believe it's covered by Rule 6(e)?<br><br>A. On advice of counsel, yes. . . .<br><br>Q. So while following your counsel's instructions not |

| | **Areas that McKinley Would Not, or Could Not Provide Testimony About** | **Testimony** |
|---|---|---|
| | | to violate Rule 6(e), you will not provide me with any information as to anything that the Justice Department did to cover up what happened at Rocky Flats, correct?<br><br>A. That's correct.<br><br>MR. NORDBERG: I object to the form.<br><br>Q. And following counsel's instructions not to violate Rule 6(e), you will not tell me anything that the Justice Department did to prevent you from talking about what went on in front of the grand jury; is that correct?<br><br>A. That's correct.<br><br>MR. NORDBERG: Form.<br><br>Q. And following your counsel's instruction not to violate Rule 6(e), you will not provide me with any information as to anything that Dow or Rockwell did to cover up what happened at Rocky Flats, correct?<br><br>MR. NORDBERG: Form.<br><br>A. Yes.<br><br>Q. And following your counsel's instruction not to violate Rule 6(e), you will not provide me with any information as to anything that the DOE did to cover up what happened at Rocky Flats, correct?<br><br>MR. NORDBERG: Form.<br><br>A. Yes. (94:34-94:37; 107:23-108:22) |
| 5 | Whether Rockwell or Dow were the subject of the Grand Jury investigation | Q. Was Dow the subject of the investigation in which Special Grand Jury 89-2 was involved?<br><br>MR. NORDBERG: Objection, form. Vague. Again, acting as Mr. McKinley's attorney -- and all of these instructions are being made in any capacity as Mr. McKinley's attorney unless otherwise specified -- I don't believe, Mr. McKinley, that you can answer that question without disclosing material from the |

2

|   | **Areas that McKinley Would Not, or Could Not Provide Testimony About** | **Testimony** |
|---|---|---|
|   |   | proceedings before Special Grand Jury 89-2. And because I don't perceive how you could answer it without disclosing such material, I'm instructing you not to answer the question.<br><br>Q.  (BY MR. NOMELLINI)  You're following your attorney's instruction?<br><br>A.  Yes.<br><br>Q.  Same question with respect to Rockwell.<br><br>MR. NORDBERG:  Same instruction.<br><br>Q.  And you're following your attorney's instruction?<br><br>A.  Yes.<br><br>Q.  Can you disclose any person or corporation who was the subject of Special Grand Jury 89-2's investigation?<br><br>MR. NORDBERG:  Does he have the ability to?<br><br>MR. NOMELLINI:  No.<br><br>Q.  Who were the persons or corporations who were the subject of Grand Jury 89-2's investigation?<br><br>MR. NORDBERG:  Same instruction.<br><br>Q.  Are you following your attorney's instruction?<br><br>A.  Yes. (78:21-79:24) |
| 6 | The "subject matters" of the Grand Jury investigation | Q.  (BY MR. NOMELLINI)  What are the subject matters that were at issue during Special Grand Jury 89-2's investigation?<br><br>MR. NORDBERG:  Same instruction.<br><br>Q.  Are you following your attorney's instruction?<br><br>A.  Yes. (80:2-80:7) |

3

|   | **Areas that McKinley Would Not, or Could Not Provide Testimony About** | **Testimony** |
|---|---|---|
| 7 | Basis for new legislation regarding disclosure of health risks at Rocky Flats is required and that samples taken in connection with clean-up are inadequate. | Q.  Now, you proposed a bill in the state legislature regarding Rocky Flats in 2004, correct?<br><br>A.  Yes.<br><br>Q.  And can you tell me -- can you summarize for me what that bill is about?<br><br>A.  We put signs at Rocky Flats.<br><br>Q.  And what were the signs to be about?<br><br>A.  History, the cleanup, the contamination, and the dangers.<br><br>Q.  Do you know whether samples have been taken at Rocky Flats in connection with the cleanup?<br><br>A.  Yes.<br><br>Q.  And have samples been taken?<br><br>A.  Yes.<br><br>Q.  And one of the entities that's taken those samples is the Colorado Department of Public Health and Environment, correct?<br><br>A.  I think so.  Yeah.<br><br>Q.  And have you asked the Colorado Department of Health -- public health and environment to see any of the samples that they've taken?<br><br>A.  No.<br><br>Q.  Do you have any reason to believe that the samples taken by the Colorado Department of Health in connection with the cleanup are not accurate?<br><br>A.  Yes.<br><br>Q.  And what's the basis for your testimony that the samples taken by the Colorado Department of Public Health and Environment in connection with the Rocky |

|   | **Areas that McKinley Would Not, or Could Not Provide Testimony About** | **Testimony** |
|---|---|---|
|   |   | Flats cleanup are not accurate?<br><br>A.  Can't talk about that.<br><br>Q.  Why can't you talk about the basis for your view that the samples taken by the Colorado Department of Public Health and Environment are not accurate?<br><br>A.  Because that may go into Rule 6(e). I've been advised by counsel not to go there. (121:17-124:6) |
| 8 | Basis for new legislation regarding disclosure of health risks at Rocky Flats is required and that samples taken in connection with clean-up are inadequate. | Q.  Do you know one way or the other whether the Colorado Department of Health has taken into account information -- the same information that you learned as a grand juror in sampling from 1993 to the present?<br><br>MR. NORDBERG:  Instruct the witness not to answer. (125:13-125:19) |
| 9 | Basis for new legislation regarding disclosure of health risks at Rocky Flats is required and that samples taken in connection with clean-up are inadequate. | Q.  Let me fix it. Because of Rule 6(e), you will not testify as to any personal knowledge that you have as to what results the Colorado Department of Health came up with when they sampled the areas at Rocky Flats that you learned about as a grand juror, correct?<br><br>A.  That's correct.<br><br>Q.  And because of Rule 6(e), you will not testify about any personal knowledge that you have as to any sampling that was done at any sites at Rocky Flats that you learned about as a grand juror, correct?<br><br>A.  That's correct. (128:6-128:16) |
| 10 | Basis for new legislation regarding disclosure of health risks at Rocky Flats is required and that samples taken in connection with clean-up are inadequate. | Q.  And you've never seen any sampling results for the period 1993 to 2005?<br><br>A.  No.<br><br>Q.  And because of Rule 6(e), you will not testify as to any reasons why you believe that sampling results from 1992 and prior are not reliable, correct? |

|  | Areas that McKinley Would Not, or Could Not Provide Testimony About | Testimony |
|--|--|--|
|  |  | A.  I will not testify to that.  (141:5-141:11) |