

**dailycamera.com**

your DAILY CAMERA online

January 6, 2005

## SCIENCE

# FBI agent alleges federal cover-up at site

**By Todd Neff**
*Camera Staff Writer*

DENVER — The FBI agent who led the 1989 raid on Rocky Flats spoke out for the first time Wednesday about what he said was a cover-up by the U.S. departments of Justice and Energy of illegal environmental contamination at the former nuclear-weapons plant.

Jon Lipsky also said during a press conference at the state Capitol that he doesn't believe the $7.2 billion cleanup of the plant will make it safe for the public as a future wildlife refuge.

But those involved in the ongoing effort said Lipsky's allegations are neither new nor relevant to the ultimate success of the effort, which is scheduled for completion late next year.

Lipsky retired Friday from the FBI in Los Angeles to become a private investigator in California and to speak publicly about the agency's investigation at Rocky Flats.

"I've been muzzled since 1992," Lipsky said of orders from his FBI superiors to remain silent about what he learned investigating Rocky Flats.

A three-year grand jury investigation triggered by the raid ended without an indictment in March 1992. Energy Department contractor Rockwell International Corp. paid an $18.5 million fine in a plea-bargain agreement with the Department of Justice just as the grand jury was to recommend indictments.

The grand jury documents were sealed under court order, and grand jurors and investigators were barred from discussing the case.

Lipsky said the FBI uncovered systematic, illegal environmental contamination through both incineration and the spraying of sewage. That wasn't taken into account in the Justice Department investigation — and wasn't reflected in documents used in developing the cleanup plan, he said.

The implication, Lipsky said, is that the cleanup's thoroughness can't be guaranteed — a particular issue considering the U.S. Fish and Wildlife Service's plans to open the future Rocky Flats National Wildlife Refuge to the public in 2012.

"Public recreation at Rocky Flats is a foolish idea driven by politics, not facts or good science," Lipsky said.

The authors of the "Ambushed Grand Jury" — New Mexico lawyer Caron Balkany and State Rep. Wes McKinley, who hosted the press conference — made similar allegations last spring.

In August, they joined others, including Rocky Mountain Peace and Justice Center activists, at a press conference in Denver alleging gaps in the Rocky Flats' cleanup plan. Energy Department officials responded with an analysis of how they feel the cleanup covers the bases.

"This cleanup is not based on data from the '80s and early '90s," said DOE spokeswoman Karen Lutz.

Steven Gunderson, the Rocky Flats cleanup coordinator for the Colorado Department of Public Health and Environment, said there was nothing new in Lipsky's allegations. Further, he and others said the cleanup was based on environmental sampling done since the mid-1990s. In particular, the sewage-sprayed fields Lipsky mentioned were "extremely well-sampled and well-characterized."

Exhibit No.: 13
Deponent: McKinley
Date/RPR: 10/18/05
Hunter + Geist, Inc.