**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF LORREN BABB'S EMOTIONAL DISTRESS**
___

Plaintiffs seek to elicit testimony from Gertrude Babb and from the deposition of Lorren Babb that Lorren Babb suffered emotional distress due to financial concern about his property. (Ex. A, Stmt. Of Factual Basis for Pls.' Claims at 36-37.)  This testimony is both irrelevant and prejudicial.  Unlike the Bartletts, who lived in the class area, the Babbs make no claim that Lorren Babb ever lived in the class area.  The Babbs always lived in Golden, many miles away, (*see* Ex. B, G. Babb Dep. at 19–21) and do not claim to have suffered any exposure or risk of future exposure or harm from Rocky Flats.  Instead, the Babbs contend that Lorren Babb's alleged emotional distress was solely due to ***financial*** concern about the failure of his son and daughter-in-law's horse business and his alleged inability to sell the property.  Evidence of Lorren Babb's alleged emotional distress—which even his wife, plaintiff Gertrude Babb, did not

share (Ex. B, G. Babb Dep. at 124:18-20)—has no possible relevance to the *class* claims for trespass and nuisance here. The only kind of emotional distress at issue in this case is whether "the intentional or negligent conduct of Dow or Rockwell or both of them at Rocky Flats, and/or actual or threatened harms caused by such conduct, created a situation that is capable of causing fear, anxiety or mental discomfort." (Instruction No. 3.28.) Lorren Babb's alleged emotional distress was not caused by threat of exposure or health risk and is unique to him. The testimony plaintiffs propose to offer has no relevance to the class claims at issue and would be unfairly prejudicial. This evidence should therefore be excluded under Fed. R. Evid. 402 and 403.

Dated:  October 20, 2005                                    Respectfully submitted,


                                                            /s/ John E. Tangren
                                                            One of the Attorneys for the Defendants
                                                            David M. Bernick
                                                            Douglas J. Kurtenbach
                                                            Ellen Therese Ahern
                                                            Mark J. Nomellini
                                                            John E. Tangren
                                                            KIRKLAND & ELLIS LLP
                                                            200 East Randolph Drive
                                                            Chicago, Illinois 60601-6636
                                                            Phone:  312-861-2000
                                                            Fax:     312-861-2200

                                                            Joseph J. Bronesky
                                                            SHERMAN & HOWARD L.L.C.
                                                            633 Seventeenth Street, Suite 3000
                                                            Denver, Colorado 80202
                                                            Phone: 303-297-2900
                                                            Fax:     303-298-0940

3

        Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

       I hereby certify that on October 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                /s/ Kari Knudsen_____
                                                Kari Knudsen (legal assistant)