# Exhibit A

loaned money for the earlier improvements, have refused to make loans on their property.

The Bartletts have suffered severe emotional distress caused by fear of contamination of their person and property from the Rocky Flats Plant. Richard Bartlett's emotional distress stems from his fear of potential health effects of living near the Rocky Flats Plant and his inability to sell or lease his property. Fear of contamination caused Sally Bartlett to change her profession and may have caused or contributed to her immune system problems.

The Bartletts bought a reverse-osmosis water purifier in 1990 for approximately $660. Maintenance expenses are $100 per year. From 1978 until 1990, the Bartletts spent $540 per year on bottled water rather than drink their well water. The Bartletts have spent $6480 on CERCLA response costs.

In addition, due to their proximity to the Rocky Flats Plant, the Bartletts have been significantly exposed to hazardous substances released therefrom, and, as a direct and proximate result, have suffered an increased risk of contracting serious latent diseases. As a result, medical monitoring and surveillance are reasonably necessary to protect the health of the Bartletts and the members of the Medical Monitoring Class they represent. (See *supra*, section III.)

Plaintiffs Lorren and Gertrude Babb ("the Babbs") have suffered property damages, and Lorren Babb has suffered severe emotional distress due to the actions and inactions of defendants Dow and Rockwell.

STATEMENT OF FACTUAL BASIS FOR PLAINTIFFS' CLAIMS – PAGE 36    EX. 6


In December 1985 the Babbs bought unimproved land at 14208 W. 96th Ave. for $128,000. Ultimately $120,000 of the purchase and improvement price was loaned to the Babbs, secured by other properties owned by the Babbs. They subsequently spent approximately $80,000 in improvements to prepare the property for use as a horse boarding business. These improvements included a 1025 foot well, the only source of water. The business was run by their son and daughter-in-law. The Babbs listed the property with a broker in June of 1989 for $200,000. The Babbs were forced to lower their asking price several times, were ultimately unsuccessful with the broker, and marketed the property themselves. The property sold in October of 1990 for $137,000.

Beginning in the fall of 1987, Lorren Babb underwent severe emotional distress as a result of worrying about the fact that the land he had put up all of his assets as security for was so close to the Rocky Flats Plant. Mr. Babb lost 25 pounds and had trouble sleeping and eating. In the fall of 1988 his doctor prescribed Amitriptyline for depression. The depression became worse when the Babbs were unable to sell the property in 1989. Mr. Babb continued to take Amitriptyline until January of 1992.

Representative plaintiff Bank Western has suffered property damages and has incurred CERCLA response costs due to the actions and inactions of defendants Dow and Rockwell.

Bank Western holds a security interest in approximately 360 acres of real property located at the southwest corner of 112th and Simms Street in unincorporated Jefferson County. In 1985 the