# Exhibit B

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Case No. 90-B-181

------------------------------------------------

DEPOSITION OF GERTRUDE BABB
October 25, 1994

COPY

------------------------------------------------

MERILYN COOK, et al.,

Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION,
a Delaware Corporation, and

THE DOW CHEMICAL COMPANY,
a Delaware Corporation,

Defendants.

------------------------------------------------

　　　　Pursuant to Notice and the Federal Rules of Civil Procedure, the deposition of GERTRUDE BABB, called by the Defendants, was taken on October 25, 1994, commencing at 9:00 a.m., at 1999 Broadway, Suite 4000, Denver, Colorado, before Pamela J. Meade, Registered Professional Reporter and Notary Public within Colorado.

PAMELA MEADE COURT REPORTERS
(303) 443-8344

19

1  you move to?

2  A.  Denver.

3  Q.  And how long did you live in Denver?

4  A.  I'm still here.

5  Q.  Okay. So you've never moved?

6  A.  Well, I live in Golden, but in the area.

7  Q.  Did you ever move back to Detroit?

8  A.  No.

9  Q.  Never moved anywhere from the Denver area once you
10 arrived here?

11 A.  Well, I moved to Durango, and then back to Denver.

12 Q.  Okay. And when did you live in Durango?

13 A.  Well, let's see. Mike was born in '47. I suppose
14 I lived in Durango maybe four years. I don't know for sure.

15 Q.  Was your son born at the time that your -- the
16 same year your husband passed away?

17 A.  Yes.

18 Q.  And was your husband still alive when your son was
19 born?

20 A.  Yes.

21 Q.  What did your husband die of?

22 A.  He was in a plane accident.

23 Q.  Were you with him at that time?

24 A.  No.

25 Q.  And I missed it, then. How long did you live in

20

1  Durango?

2     A.   Maybe four years.

3     Q.   All right. And then you returned to the Denver
4  area?

5     A.   Yes.

6     Q.   All right. So you -- if I can just trace it
7  through, then, you lived in Detroit until about 1941. You
8  moved to Lafayette, Indiana, for a couple of years.

9     A.   No, because Sue was born in '42, and I was -- she
10 was born in Detroit.

11    Q.   Sue was born in Detroit?

12    A.   Uh-huh.

13    Q.   So you lived in Detroit until 1942?

14    A.   Yeah. I think she was about a year old when I
15 left Detroit.

16    Q.   Okay. From there you moved to Lafayette, and you
17 lived there for a couple of years?

18    A.   Uh-huh.

19    Q.   And from Lafayette you moved to Hermosa Beach, and
20 you lived there for a couple of years?

21    A.   Yes.

22    Q.   Then you moved to Denver, and with the exception
23 of approximately four years in Durango, you've lived in the
24 Denver area ever since?

25    A.   Yes.

PAMELA MEADE COURT REPORTERS
                          (303) 443-8344

21

1    Q.   Okay.  And now how long have you lived in Golden?
2    A.   I think I went to Golden in 1951.
3    Q.   Okay.  Was that at about the time you met your
4  husband Lorren?
5    A.   Yes.
6    Q.   Okay.
7    A.   Not long after that.
8    Q.   You moved there together?
9    A.   No.
10   Q.   Okay.  You lived in Golden before you were married
11 to Lorren?
12   A.   Yes.
13   Q.   All right.  For about a year or so?
14   A.   Well, nine months.
15   Q.   Okay.  Now, from -- if I can just see this
16 document, I'd appreciate it.  Thanks.
17        Now, from 1942 to 1943 you worked at a place
18 called Right McGrill as a factory worker?
19   A.   Wright & Magill.
20   Q.   Magill?
21   A.   Uh-huh.
22   Q.   And what did they make there?
23   A.   Fishing tackle, all kinds of fishing equipment.
24   Q.   And what was your job?
25   A.   I was supervisor of -- they made nylon coils, and

1       Q.      Was that improvement the barn?

2       A.      The well and the fences and the sheds and the
3  runs.

4       Q.      And the barn or not?

5       A.      No, I don't believe so.

6       Q.      Where did the money come from to build the barn?

7       A.      Frankly, I don't know.

8       Q.      Okay. Now, all of these wells -- or strike it --
9  all these fences and sheds and runs, none of that stuff was
10 there when you bought the property?

11      A.      There was some fencing, but that's all.

12      Q.      Okay. Now, you said earlier -- you mentioned your
13 husband's claim for mental distress. You understand your
14 husband has a claim for emotional distress in this lawsuit?

15      A.      Yes.

16      Q.      And you don't have a claim for emotional distress?

17      A.      No.

18      Q.      Let me ask it a different way. Do you have a
19 claim for emotional distress?

20      A.      No.

21      Q.      Thanks. You're not -- you have had no emotional
22 distress relating to the Rocky Flats plant or the sale of
23 your property?

24      A.      The only distress I had was over his distress.

25      Q.      And, now -- but you're not seeking to recover for