## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.     **90-cv-0181**                  Date     **October 20, 2005**

Case Title   **Cook, et al vs. Rockwell International Corp., et al**

**Plaintiffs' Witness List for Weeks of October 24, 2005 and October 31, 2005**

| Witness | Date(s) Testified |
|---|---|
| Jon Lipsky (4 hours) | |
| Ronald Avery (1 ½ hours) | |
| [K. Shawn Smallwood (3 hours)]* | |
| Dr. John D. Radke (3 hours) | |
| Dr. Robert Budnitz (4 hours) | |
| Dr. Paul Slovic (3 hours) | |
| [K. Shawn Smallwood (3 hours)]* | |
| Dr. Robert L. Goble (3 hours) | |
| W. Gale Biggs (2 hours) | |
| Samuel Cassidy (2 hours) | |
| Wesley McKinley (1 hour) | |
| Dr. James Flynn (3 hours) | |
| Richard Kaufman (2 hours) | |

Depositions to be read during any available time:
Lorren Babb *
James Willging *
James Watkins *
Albert Hazle *

* See cover letter - attached as Exhibit "A"