October 20, 2005

**VIA HAND DELIVERY**

David M. Bernick, Esquire
Mark Nomellini, Esquire
**Kirkland & Ellis LLP**
717 17th Street
Denver, CO 80202

> Re:   *Cook et al. v. Rockwell, et al.*, Civil Action No. 90-K-181:
>         Intended Witnesses for Weeks of October 24 and October 31, 2005

Dear Counsel:

Attached is the witness call list for the weeks of October 24th and October 31st, 2005. There are certain witnesses who have teaching or other schedules and must appear on certain days. As a result, K. Shawn Smallwood appears twice as he has more flexibility. If we are running behind schedule, he will be "slipped" to the following week. Dr. Radke has to appear on Wednesday of next week and Dr. Budnitz on Thursday. Similarly, Dr. Slovic has to appear Monday of the following week and Dr. Goble must appear on Wednesday of that week. The other witnesses are subject to change to accommodate the schedules of these four witnesses.

We are also unsure about the schedules of Mr. Avery (although we hope to call him after Mr. Lipsky) and Mr. McKinley (subject to your motion). We have previously notified you about Mr. McKay and we hope to call him at some point during the next two weeks, or immediately thereafter. We have also noted the first four depositions that we expect to read–at any time when there is an opportunity or need because of scheduling difficulties or unavailability of a witness.

We will serve a new schedule next week after we see how the week progresses. Since we are off Friday of next week, we think it would be more productive to serve this after the close of trial on Thursday.

Very truly yours,

Merrill G. Davidoff

MGD/kmm
enc.