# Exhibit E

Mission Accomplished
Investigations
ATTN: Jon Lipsky
P.O. Box 478
Lake Forest, CA  92609-0478

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/24/2005 | 101 |

| BILL TO | SHIP TO |
|---|---|
| Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103-6305 | Peter Nordberg<br>Sent via e-mail |

| DUE DATE | P.O. NUMBER |
|---|---|
| 1/31/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Investigation | 1/3/2005 | 4 | 85.00 | 340.00 |
| | Lodging. | 1 | 63.00 | 63.00 |
| | 1/6/05 from 2:30p to 5:30p. | 3 | 85.00 | 255.00 |
| | 1/6/05 | 1 | 6.00 | 6.00 |
| Investigation | 1/8/05 | 2 | 85.00 | 170.00 |
| Investigation | 1/20/05 | 1 | 85.00 | 85.00 |
| Investigation | 1/21/05 | 6.75 | 85.00 | 573.75 |

Please remit to above address and make check payable to Jon Lipsky.

**Total**   1,492.75

Mission Accomplished
Investigations
ATTN: Jon Lipsky
P.O. Box 478
Lake Forest, CA  92609-0478

**Mission Accomplished INVESTIGATIONS**

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/26/2005 | 103 |

| BILL TO | SHIP TO |
|---|---|
| Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA  19103-6305 | Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA  19103-6305 |

| DUE DATE | P.O. NUMBER |
|---|---|
| 5/1/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Retainer | | | | 0.00 |
| Mileage | 4/17/2005: 6:10a - 6:25a | 30 | 0.50 | 15.00 |
| Direct Expense | 4/17/2005: 8:30p - 9:15p, Shuttle. | 1 | 8.00 | 8.00 |
| Investigation | 4/17/2005: | 15 | 85.00 | 1,275.00 |
| Investigation | 4/18/2005: 10:20a - 7:25p | 9 | 85.00 | 765.00 |
| Investigation | 4/19/2005: 10a - 5:45p | 7.45 | 85.00 | 633.25 |
| Direct Expense | 4/20/2005: 8:45a - 9:10a | 1 | 25.00 | 25.00 |
| Mileage | 4/20/2005: 5:05p - 5:30p Mileage rate of $.50/mile.  44 miles. | 30 | 0.50 | 15.00 |
| Investigation | 4/20/2005: 8:45a - 5:30p | 8.75 | 85.00 | 743.75 |
| Investigation | 4/22/2005: 11:59a - 12:21p. | 0.33 | 85.00 | 28.05 |
| Investigation | 4/24/2005: 4:50p - 9:30p. | 4.5 | 85.00 | 382.50 |
| Investigation | 4/25/2005: 10a - 4p. | 6 | 85.00 | 510.00 |
| Investigation | | | | 0.00 |

**Total**  4,400.55

Mission Accomplished
Investigations
ATTN: Jon Lipsky
P.O. Box 478
Lake Forest, CA 92609-0478

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/30/2005 | 104 |

| BILL TO | SHIP TO |
|---|---|
| Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 |

| DUE DATE | P.O. NUMBER |
|---|---|
| 6/1/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | | | | 17,161.50 |

Substract $599.45 from this Invoice from the 5/1/2005 invoice overage.

**Total** 17,161.50

Mission Accomplished
Investigations
ATTN:  Jon Lipsky
P.O. Box 478
Lake Forest, CA  92609-0478

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/6/2005 | 105 |

| BILL TO | SHIP TO |
|---|---|
| Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Peter Nordberg |

| DUE DATE | P.O. NUMBER |
|---|---|
| 7/15/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Investigation | 6/15/2005; 11:35a - 11:50a. | 0.33 | 85.00 | 28.05 |
| Investigation | 6/28/2005; 2:40p - 8:30p. | 5.8 | 85.00 | 493.00 |
| Investigation | 6/29/2005; 12:05p - 1:35p | 1.5 | 85.00 | 127.50 |
| Investigation | 6/30/2005; 6a - 11a | 5 | 85.00 | 425.00 |
| Investigation | 7/1/2005; 9a - 1p; 3p - 8p | 9 | 85.00 | 765.00 |

**Total**     1,838.55

Mission Accomplished
Investigations
ATTN: Jon Lipsky
P.O. Box 478
Lake Forest, CA  92609-0478

**Mission Accomplished INVESTIGATIONS**

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/31/2005 | 106 |

| BILL TO | SHIP TO |
|---|---|
| Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Peter Nordberg |

| DUE DATE | P.O. NUMBER |
|---|---|
| 8/5/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Investigation | 7/7/2005; | 1 | 85.00 | 85.00 |
| Investigation | 7/8/2005; | 2 | 85.00 | 170.00 |
| Investigation | 7/11/2005; | 1 | 85.00 | 85.00 |
| Investigation | 7/12/2005; | 1 | 85.00 | 85.00 |
| Investigation | 7/14/2005 | 4 | 85.00 | 340.00 |
| Investigation | 7/20/2005, 9a - 10a, 11a - 6p | 8 | 85.00 | 680.00 |
| Direct Expense | 7/20/2005, miles traveled at $.50/mile reimbursement. | 0.5 | 505.00 | 252.50 |
| Direct Expense | 7/20/2005, logding expense. | 1 | 174.02 | 174.02 |
| Investigation | 7/21/2005, 11a - 5:45 p. | 6.75 | 85.00 | 573.75 |
| Direct Expense | 7/21/2005, 312 miles at $.50/mile. | 0.5 | 312.00 | 156.00 |
| Direct Expense | 7/21/2005, lodging expense. | 1 | 171.44 | 171.44 |
| Investigation | 7/22/2005, 12p - 7:15p. | 7 | 85.00 | 595.00 |
| Direct Expense | 7/22/2005, mileage rate $.50. | 0.5 | 393.00 | 196.50 |
| Direct Expense | 7/22/2005 Lodging. | 1 | 89.10 | 89.10 |
| Direct Expense | 7/23-25/2005 Lodging | 1 | 305.32 | 305.32 |
| Investigation | 7/25/2005 11a - 4p | 5 | 85.00 | 425.00 |
| Direct Expense | 7/25/2005 Lodging | 1 | 128.14 | 128.14 |
| Direct Expense | 7/25/2005 mileage rate $.50, 225 miles. | 225 | 0.50 | 112.50 |
| Investigation | 7/26/2005 9:30a - 11a and 12n - 3p | 4.5 | 85.00 | 382.50 |
| Direct Expense | 7/26/2005 mileage rate $.50. | 224 | 0.50 | 112.00 |
| Direct Expense | 7/26-27/2005 Lodging | 1 | 222.76 | 222.76 |

Mission Accomplished
Investigations
ATTN: Jon Lipsky
P.O. Box 478
Lake Forest, CA 92609-0478

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/1/2005 | 107 |

| BILL TO | SHIP TO |
|---|---|
| Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Peter Nordberg |

| DUE DATE | P.O. NUMBER |
|---|---|
| 8/31/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Direct Expense | 8/1/2005 Lodging | 1 | 164.07 | 164.07 |
| Investigation | 8/1/2005 9:15a - 12noon, 12:15p - 6:30p. | 9 | 85.00 | 765.00 |
| Direct Expense | 8/1/2005 mileage rate $.50 per mile. | 505 | 0.50 | 252.50 |
| Investigation | 8/1/2005 6p - 10:30p. | 4.5 | 85.00 | 382.50 |
| Investigation | 8/20/2005 7p - 10p | 3 | 85.00 | 255.00 |
| Investigation | 8/21/2005 7p - 10:30p | 3.5 | 85.00 | 297.50 |
| Investigation | 8/22/2005 7:30p - 1p | 3.5 | 85.00 | 297.50 |
| Investigation | 8/23/2005 7p - 10p | 3 | 85.00 | 255.00 |
| Investigation | 8/24/2005 7p - 10p | 3 | 85.00 | 255.00 |
| Investigation | 8/25/2005 7p - 10p | 3 | 85.00 | 255.00 |
| Investigation | 8/26/2005 7p - 10p | 3 | 85.00 | 255.00 |
| Investigation | 8/27/2005 1p - 6p | 5 | 85.00 | 425.00 |
| Investigation | 8/28/2005 12n - 6p | 6 | 85.00 | 510.00 |
| Investigation | 8/29/2005 7p - 10p | 3 | 85.00 | 255.00 |
| Investigation | 8/30/2005 2p - 6p | 4 | 85.00 | 340.00 |

**Total**  4,964.07

Mission Accomplished  
Investigations  
ATTN: Jon Lipsky  
P.O. Box 478  
Lake Forest, CA  92609-0478

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/23/2005 | 108 |

| BILL TO | SHIP TO |
|---|---|
| Berger & Montague, P.C.<br>ATTN: Peter Nordberg<br>1622 Locust Street<br>Philadelphia, PA 19103-6305 | Peter Nordbert<br>cc: Gemma Cruz |

| DUE DATE | P.O. NUMBER |
|---|---|
| 10/1/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Investigation | 9/23/2005, 9:45a - 11:15a., 2p- 5p, 6:15p - 10p. | 8.25 | 85.00 | 701.25 |
| Investigation | 9/24/2005, 6a - 8a, 10a - 11:15a, 12:15p - 6p, | 9 | 85.00 | 765.00 |
| Investigation | 9/25/2005, 6a - 11:20a, 2p - 2:10p, 7p - 10p. | 8.5 | 85.00 | 722.50 |
| Investigation | 9/26/2005, 7a - 10:30a; 2p - 4p; 7:30p - 10:05p. | 8 | 85.00 | 680.00 |
| Investigation | 9/27/2005, 7a - 8a; 10:30a - 11:30a; 2p - 6p; 8p - 10:30p. | 8.5 | 85.00 | 722.50 |
| Investigation | 9/28/2005, 7a - 8a; 12noon - 1p; 2p-5p; 7p - 10p. | 8 | 85.00 | 680.00 |
| Investigation | 9/29/2005; 9a - 12:30p; 2p - 5p, 8p - 10:30p. | 9 | 85.00 | 765.00 |
| Investigation | 9/30/2005; 6a - 11a, 2p - 6p. | 9 | 85.00 | 765.00 |
| Investigation | 10/1/2005, 6a - 11a, 7p - 11p. | 9 | 85.00 | 765.00 |

September 2005.

**Total**  6,566.25