## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  October 20, 2005                              Reporter: Janet Coppock
                                                     Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                                Merrill Davidoff
                                                     Louise Roselle
Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION                   David Bernick
and THE DOW CHEMICAL COMPANY,                        Douglas Kurtenbach
                                                     Scott McMillin
Defendants.

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Nine**

**8:45 a.m.     Court in session.**

Jury not present.

Argument regarding exhibits.

   **Exhibits received: P-86, P-1234**

**8:50 a.m.     Court in recess.**
**9:05 a.m.     Court in session.**

Jury not present.

Foundation examination of Mr. Ozaki by Mr. Davidoff.

   **Exhibit rejected: P-211**

Jury present.

Continued direct examination of Mr. Ozaki by Mr. Davidoff.

>  **Exhibits received: P-209, P-208 (page 4 only), P-783, P-497**

9:43 a.m.    Cross examination of Mr. Ozaki by Mr. Bernick.

**10:15 a.m.    Court in recess.**
**10:33 a.m.    Court in session.**

Continued cross examination of Mr. Ozaki by Mr. Bernick.

11:49 a.m.   Redirect examination of Mr. Ozaki by Mr. Davidoff.

>  **Exhibit received: P-98**

**12:00 p.m.    Court in recess.**
**1:15 p.m.     Court in session.**

Jury not present.

Discussion regarding exhibits.

>  **Exhibits received:  DX-114, DX-1008, DX-1016A through DX-1016G, DX-1023, DX-103.**

Jury present.

Continued redirect examination of Mr. Ozaki by Mr. Davidoff.

1:42 p.m.    Recross examination of Mr. Ozaki by Mr. Bernick.

1:47 p.m.    Plaintiffs' witness, William H. Schierkolk, Jr., sworn.

Direct examination of Mr. Schierkolk by Ms. Roselle.

>  **Exhibits received:  P-1224, P-1221, P-1222, P-1012, P-949, P-950, P-1220, P-956, P-1009**

2:48 p.m.    Cross examination of Mr. Schierkolk by Mr. McMillin.

**3:05 p.m.    Court in recess.**
**3:30 p.m.    Court in session.**

Continued cross examination of Mr. Schierkolk by Mr. McMillin.

**Exhibit received:    DX-1001**

3:45 p.m.      Plaintiffs' witness, M. Gertrude Babb, sworn.

Direct examination of Ms. Babb by Ms. Roselle.

4:05 p.m.      Cross examination of Ms. Babb by Mr. Kurtenbach.

4:22 p.m.      Redirect examination of Ms. Babb by Ms. Roselle.

Plaintiffs' witness, Merilyn Cook, sworn.

4:34 p.m.      Direct examination of Ms. Cook by Ms. Roselle.

**Exhibit received: P-1235**

Jury excused.

Argument by counsel.

**4:53 p.m.      Court in recess.**

Time in court - 5:55.  Trial continued.