**SPECIAL REPORT**

# Flats case bedeviled prosecutors

### U.S. attorneys say they relied on evidence that could not substantiate charges at nuclear plant

**By Bill Scanlon**
*News Environmental Writer*

Federal prosecutors say they feel betrayed by FBI agents and Environmental Protection Agency officers, who in 1989 suggested that environmental crimes at Rocky Flats crimes were both sensational and provable.

Prosecutors say the evidence ultimately proved insufficient.

A 23-member grand jury reportedly recommended indictments against several officials, but U.S. Attorney Mike Norton refused to approve them. Chief Denver U.S. District Judge Sherman Finesilver is keeping the grand jury's findings secret.

Until Monday, Norton faced a contempt of Congress charge from a House subcommittee investigating allegations that prosecutors were too soft on the officials that ran the nuclear weapons plant from 1985 to 1989.

Charges are flying that the prosecutors muzzled a grand jury that apparently found plenty of evidence of crime.

Democratic politicians, including Reps. Pat Schroeder and David Skaggs, D-Colo., to vice presidential candidate Al Gore, have called for public disclosure of parts of the Rocky Flats grand jury proceedings.

Prosecutors say that once the key evidence proved untenable, they did the best they could.

They say they did well to win a plea bargain — guilty pleas to five felonies and five misdemeanors and a record-setting $18.5 million fine against former Rocky Flats operator Rockwell International.

When the FBI came to the U.S. attorney's office in early 1989, it suggested serious environmental crimes, the kind that could jeopardize the public's health.

"We, frankly, bought into the idea that this place was operating clandestinely, illegally and in a fashion in total disregard for environmental laws," Norton said.

The FBI thought it had evidence of illegal burning of radioactive and hazardous waste in an incinerator that didn't have proper safeguards. And it thought it had evidence of a secret lab dealing with exotic and dangerous chemicals that might have been deliberately dumped into creeks that run into public water supplies.

The FBI raided Rocky Flats in June 1989 because it had misinterpreted that evidence.

"We became convinced these crimes had been committed," said a lawyer in the U.S. attorney's office in Denver. "That's why we proceeded clandestinely. We kept it close to the vest."

An FBI spokeswoman said Monday that the bureau had no comment on the case.

Traces of exotic chemicals were supposed to prove that a secret lab was being operated at Rocky Flats, but the chemicals also might have come from blue jean dye, common kitchen products or worldwide fallout from atomic tests.

The proof of the illegal incinerator was supposed to be aerial infrared photos of the Rocky Flats incinerator giving off intense heat at midnight.

In an affidavit, the infrared photo images of the incinerator were said to be similar to photos of a Public Service Co. smokestack burning at 750 degrees.

"We concluded that the Rocky Flats incinerator stack must be at the same level," said a source in the U.S. attorney's office.

In fact, infrared photos highlight differences in temperature. During the cold winter nights when the flyby photos were taken, the infrared images probably highlighted the difference between the outside air and the warmth of the building, heated to keep workers comfortable.

The grand jury quickly rejected the charge that Rocky Flats illegally burned an incinerator in 1989. "It was a big joke," said one grand juror. "They brought in some experts because the FBI had taken some infrared pictures from a plane that were supposed to prove that heat was rising. He couldn't prove one way or another whether any activity was going on when he did the flyover."

"I don't want to minimize the crimes we have charged," said Norton. "But we didn't find the serious public health risks we thought were there."

After a three-year investigation that cost the government $2 million — and Rockwell several times that in legal fees — the U.S. attorney made three main charges stick.

The charges said that Rockwell, without Department of Energy approval:

■ Left 12,000 one-ton blocks of "pondcrete" — a mixture of pond sludge, radioactive substances, hazardous chemicals and concrete — in the snow and rain, allowing the cardboard-and-tarp packaging to disintegrate and the contaminated mixture to seep into the soil.

■ Sprayed contaminated pond water onto grass when there was so much snow and ice on the ground that the water flowed into the ditches and waterways running off Flats property.

■ Stored pondcrete for several months before applying for a storage permit.

A longstanding paradox made the case against Rockwell more difficult.

Rockwell's contract with DOE said that it was to make plutonium triggers for nuclear weapons. That generates nuclear waste. Yet there was no place in the nation that would accept that nuclear waste. Nor was there an approved treatment process for the waste. It's illegal to create nuclear waste for which there is no safe disposal.

When Rockwell asked DOE for immunity — because it couldn't both create waste and stay within the nation's environmental laws — it was replaced as contractor by EG&G Inc.



Rocky Mountain News file photo
An Environmental Protection Agency's investigation van enters the Rocky Flats nuclear plant northwest of Denver during a federal raid in June 1989. The investigation still sparks controversy.

## U.S. ATTORNEY MIKE NORTON'S CAREER



■ Born in Brookings, S.D., Norton grew up in the Washington, D.C., area. He earned his law degree from American University in 1968 and worked for the National Milk Producers Federation from 1964 to 1969 while going to law school.

■ Norton held posts with the U.S. Department of Agriculture and the General Services Administration in Washington before moving to Denver in 1973 to become regional GSA head at the Denver Federal Center in Lakewood.

■ Norton resigned the GSA post in 1977 after President Carter, a Democrat, was elected, and went to work as a lawyer in private practice, while becoming more active in the state Republican Party.

■ In 1984, Norton resigned as chairman of the Jefferson County Republican Party to mount an unsuccessful campaign to unseat Democrat Tim Wirth in the 2nd Congressional District.

■ In 1986, Norton lost a second bid for the 2nd District seat to Democrat David Skaggs.

■ Norton was named interim U.S. attorney for Colorado by President Reagan in March 1988 to replace career prosecutor Bob Miller, who resigned. Norton's lack of experience as a prosecutor was questioned by Denver's legal community. One lawyer said he assumed his appointment was "some sort of political cookie for losing the congressional race." Norton won the respect of many detractors by sending himself to a federal training program for new prosecutors and trying several drug cases.

■ Norton's appointment as U.S. attorney is confirmed in February 1990.

*Sue Lindsay*


DEFENDANT'S EXHIBIT 66

---

### Candidate[...]

Dave Thomas, [...] candidate for d[...] in the First Jud[...] (Jefferson an[...] ties), announc[...] if he is elected [...] he will seek to r[...] salary by $10,0[...] has been critical [...] growth of the di[...] ney's office. He [...] der Republican [...] Mielke, the dist[...] budget has grow[...] million in 1987 [...] in 1992, an 85% [...] have the ability [...] own salary if ele[...] as said. "I want [...] sioners to redu[...] budget by the a[...] salary reductio[...]

### Two Forks n[...]

The suburbs th[...] the dream of T[...] alive will get th[...] court. A Denve[...] judge on Mond[...] the eight subur[...] tricts aren't ch[...] sible dream. If [...] the Environme[...] Agency acted v[...] ing Two Forks [...] win permits for [...] they have a "su[...] hood" of gettin[...] even though D[...] an ally, backer[...] they'll try to pr[...] acted in an "arl[...] pricious" mar[...] Marcia Hugh [...] for Alamada, [...] Platte Canyon [...] districts, said t[...] will be complex [...] sert that Two F[...] provide the mo[...] lowest cost and [...] environmental [...]

### Suicide victi[...]

A 41-year-old [...] who shot himse[...] ter a traffic acc[...] has been identi[...] David Roberts, [...] Roberts was in[...] fic accident in l[...] police Detectiv[...] man. The picku[...] driving collided [...] rying a family o[...] the accident, R[...] out of his truck [...] self in the head[...] Roberts was inv[...] kind of domesti[...] fore the accider[...] man said he left [...] of why he comm[...] The Boulder Co[...] ner's Office saic[...] of a self-inflicte[...]