IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  October 21, 2005                          Reporter: Janet Coppock
                                                 Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                            Merrill Davidoff
                                                 Louise Roselle
Plaintiffs,                                      Peter Nordberg

v.

ROCKWELL INTERNATIONAL CORPORATION               David Bernick
and THE DOW CHEMICAL COMPANY,                    Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Ten**

**8:50 a.m.**     **Court in session in chambers.**

Discussion regarding note from juror.

**8:58 a.m.**     **Court in recess.**
**9:20 a.m.**     **Court in session.**

Jury present.

Continued direct examination of Ms. Cook by Ms. Roselle.

      **Exhibits received:  P-1225, P-1227, P-1226, P-272, P-1289, P-129, P-1228, P-1229, P-1231, P-1230, P-1232**

**10:20 a.m.**    **Court in recess.**
**10:40 a.m.**    **Court in session.**

Jury not present.

Discussion regarding property values.

Jury present.

Continued direct examination of Ms. Cook by Ms. Roselle.

11:14 a.m.     Cross examination of Ms. Cook by Mr. Bernick.

**12:15 p.m.    Court in recess.**
**12:35 p.m.    Court in session.**

Jury not present.

Discussion regarding motions, witnesses and trial schedule.

Jury present.

12:46 p.m.     Argument by Mr. Davidoff.

1:04 p.m.      Argument by Mr. Bernick.

**1:40 p.m.     Court in recess.**

Time in court - 3:48.  Trial continued.