# Exhibit A

## Lipsky Exhibits
## Sanchini Journal Excerpts – Specific Page Objections

| P-1239 | |
|---|---|
| 9-11 | Irrelevant, Rule 403 (confusing, cryptic, no context – e.g., "EH&S becoming a big deal & Congress has cut this out, but EPA can still destroy us"); double hearsay (recounts talk with Charley Troell and meeting with Ron Cochran and Charley Berniklav); foundation; authenticity |
| 16-17 | Rule 403 (confusing, cryptic, no context); double hearsay (comment re ID (inventory difference) appears to be from Don Ewell or Earl ____); foundation; authenticity |
| 25-29 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (cannot tell whether the first statement on page 25 is someone else's because the previous page was not declassified); foundation; authenticity |
| 33-34 | Irrelevant; Rule 403 ("why do we keep developing nuclear weapons"); double hearsay (recounting talk with John Binely); foundation; authenticity |
| 39-40 | Irrelevant; Rule 403 (talks about cleanup of a drum area but provides no context); foundation; authenticity |
| 43-44 | Rule 403 (confusing, cryptic, no context (e.g., talks about attitude problems without specifying who it is referring to) and discusses about union problems that are Irrelevant and prejudicial); foundation; authenticity |
| 53-54 | Double hearsay (recounts talk with Earl _____); foundation; authenticity |
| 56-57 | Irrelevant; Rule 403 (confusing, cryptic, no context – e.g., discusses flooding but does not say where or anything about context of incident); foundation; authenticity |
| 64 | Irrelevant; Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 68 | Irrelevant, Rule 403 (confusing, cryptic, no context – e.g., mentions document destruction procedures, but no context); double hearsay (recounts discussion with Lyle Fofferth); foundation; authenticity |
| 80-81 | Double hearsay (recounts meeting with Earl Johnson, Gary ___, and Chris B.); foundation; authenticity |
| 87-88 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Joel Martin) |
| 90-93 | Rule 403 (confusing, cryptic, no context – e.g., apparently talking about sampling, says "looking at context today, not how it is against the laws"); double hearsay (apparently recounts meeting with Joe Fitzgerald); foundation; authenticity |
| 95 | Double hearsay (recounts meeting with Earl ____); foundation; authenticity |
| 97-99 | Irrelevant; Rule 403 (confusing, cryptic, no context); foundation; |

|         | authenticity |
|---------|---|
| 112-113 | Irrelevant; Rule 403 (confusing, cryptic, no context – e.g., "Earl working on risk of operating 771"); double hearsay (recounts meeting with Earl); foundation; authenticity |

2

| P-1240 | |
|---|---|
| 3 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with Campbell); foundation; authenticity |
| 6-8 | Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Earl W); foundation; authenticity |
| 21-22 | Irrelevant; Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 27-29 | Irrelevant; Rule 403 (discusses Church/McKay settlement figures); double hearsay (recounts conversations with Earl and Ray R); foundation; authenticity |
| 44-45 | Page 45 contains cleanup cost information that must be redacted pursuant to the Court's ruling on defendants' motion in limine No. 16; foundation; authenticity |
| 47 | Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Earl); foundation; authenticity |
| 51 | Irrelevant; Rule 403 (confusing, cryptic, no context); contains cleanup costs that must be redacted; foundation; authenticity |
| 53-54 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meetings with Pat C and Jack O'Brien); foundation; authenticity |
| 66 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (apparently recounts conversation with R.O. Williams); foundation; authenticity |
| 77-81 | Irrelevant (worker safety and union issues); Rule 403 (confusing, cryptic, no context); double hearsay (recounts talks with Steve Godice [sic] and Earl ___); foundation; authenticity |
| 83-88 | Irrelevant (discusses worker health issues involving berylliosis and other lawsuits); Rule 403 (inflammatory, confusing, cryptic, no context – e.g., "DOE and K'ors conspired to expose employees to toxic mat'l w/o knowledge and consent"); double hearsay (recounts conversation with Clayton); foundation; authenticity |
| 100-01 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts conversations with Jack Selby and Walt Futnell); foundation; authenticity |
| 108-09 | Rule 403 (confusing, cryptic, no context); double hearsay (contains statements from Earl, recounts conversations with John W, Bob Karlson); foundation; authenticity |
| 115 | Irrelevant (worker issues); double hearsay (recounts conversation with J. Wilson); cleanup cost information that must be redacted pursuant to the Court's ruling on defendants' motion in limine No. 16; foundation; authenticity |

3

| P-1241 | |
|---|---|
| 23 | Irrelevant, Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with [illegible]); foundation; authenticity |
| 28-30 | Rule 403 (confusing, cryptic, no context); double hearsay (recounts contents of letter); best evidence rule (actual letter is best evidence) |
| 33-35 | Irrelevant (discusses worker safety issues – badge dosimetry, radiation monitoring); Rule 403 (confusing, cryptic, no context, discusses terrorism); double hearsay (talk to Ed Young; report from Gary Huffman); foundation; authenticity |
| 37-38 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts what Jeffs and Dom Beall say); foundation; authenticity |
| 46-48 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts round robin meeting with Hymer, Dave Finley, Dave Gurule, Col Virs, Kempton, V. Beckner and others and recounts meeting with Jeffs and Hood); foundation; authenticity |
| 53 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with Bob Harris); foundation; authenticity |
| 57-61 | Irrelevant (worker issues, "stealing people from Hanford," union issues); Rule 403 (confusing, cryptic, no context); double hearsay (apparently recounts comments from Schwartz, Rocco, Minor, and others); foundation; authenticity |
| 66 | Irrelevant; Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 71 | Irrelevant (e.g., "will not be used by union bitchers"); Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk to Langheim, Towle, Carol, Bernie and recounts what Chris said); foundation; authenticity |
| 75-79 | Irrelevant (e.g., employee drug use), Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Maggie, Earl, Currier, Roeder, and Don McIntyre and recounts meeting with Ernie Gr); foundation; authenticity |
| 81-82 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with [illegible]); foundation; authenticity |
| 83-88 | Irrelevant (e.g., OSHA issues); Rule 403 (confusing, cryptic, no context); double hearsay (recounts various meetings); foundation; authenticity |
| 108-09 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meetings with Earl ___ and others); foundation; authenticity |
| 120-21 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Westminster and State of Colorado officials and meeting with EW and others); foundation; authenticity |

4

| P-1242 | |
|---|---|
| 2-9 | Irrelevant, Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Arvada city council, meetings with Earl Whiteman and others, and meeting with Congressman Skaggs and Deanne Butterfield); cleanup cost data on page 3 that must be redacted pursuant to the Court's ruling on defendants' motion in limine No. 16; foundation; authenticity |
| 26-27 | Irrelevant Rule 403 (confusing, cryptic, no context); double hearsay (recounts Skaggs comments and meeting with Earl Whiteman); foundation; authenticity |
| 36-39 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts what Campbell told him about incident and meeting with Broomfield); foundation; authenticity |
| 43-45 | Irrelevant; Rule 403 (confusing, cryptic, no context); double and triple hearsay (recounts meeting with Earl about results of Skaggs open forum and another meeting with Earl); foundation; authenticity |
| 50 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Jim Kelly, Greg Overholt, Bruce Carr, Dennis ___); foundation; authenticity |
| 59-61 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Weston and Bernie and meeting with Huffman); foundation; authenticity |
| 78-81 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Earl, Ted Kerns, J. Wilson); foundation; authenticity |
| 84-85 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Earl, John W, and Weston); foundation; authenticity |
| 90-91 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meetings with Romatowski and Troy Wade); foundation; authenticity |
| 98-101 | Rule 403 (confusing, cryptic, no context); double hearsay (recounts meetings with Walker and Denny [illegible]); foundation; authenticity |
| 106-07 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Wilson; foundation; authenticity |
| 118-21 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with [illegible] and Wayne); foundation; authenticity |
| 124-26 | Irrelevant; Rule 403 (confusing, cryptic, no context, discusses other litigation (p. 126)); double hearsay (recounts meeting with [illegible] Robin and meeting with Sterns & Roger); foundation; authenticity |
| 128-31 | Irrelevant; Rule 403 (confusing, cryptic, no context); double |

5

|  | hearsay (recounts meeting with Weston, Tom Swoyer [?], Bob, Les Hatch and meeting with Joe Longton, Ron Hanson, Geo. Werk__, Dan Ellis, and John Meinhardt); foundation; authenticity |
|--|--|

| P - 1243 | |
|---|---|
| 3-6 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (appears to recount conversations with people); foundation; authenticity |
| 11-12 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with AEW); foundation; authenticity |
| 15-16 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with AEW, JW and Weston); foundation; authenticity |
| 29-30 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (appears to recount what someone told him; recounts meeting w/ AEW); foundation; authenticity |
| 33-34 | Irrelevant; Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 57-62 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with AEW; recounts meeting with several individuals); foundation; authenticity |
| 63-65 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with Herb Field; recounts talk with AEW); foundation; authenticity |
| 67-71 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with Paul? Lowe?); foundation; authenticity |
| 73-82 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with Ron? Ray? S____, Jim Knight); foundation; authenticity |
| 99-106 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting on TSA findings); foundation; authenticity |
| 111-118 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with staff); foundation; authenticity |
| 123-138 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting w/ Romatowski); foundation; authenticity |
| 152-153 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (appears to recount meeting with Salgado); foundation; authenticity |

| P - 1244 | |
|---|---|
| 5 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with G. Setlock, Nancy D, Barb B); foundation; authenticity |
| 19-20 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (appears to recount meeting with Timothy Wirth, Betty Miller, Kevin Knorlock); foundation; authenticity |
| 22-31 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recount talk with Murray Miles); foundation; authenticity |
| 41-43 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with Auxier); foundation; authenticity |
| 49-51 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with illegible and John); foundation; authenticity |
| 75-78 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts what people said to Sanchini); foundation; authenticity |
| 98 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts meeting with illegible and See Sherrill); foundation; authenticity |
| 110 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with Wayne); foundation; authenticity |
| 115-16 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts talk with AEW); foundation; authenticity |
| 125-126 | Irrelevant; Rule 403 (confusing, cryptic, no context); double hearsay (recounts call from Murray Miles); foundation; authenticity |

9

| P-1245 | |
|---|---|
| 40,554-555 | Double hearsay (notes from meeting); Rule 403(confusing, out of context); foundation; authenticity |
| 40,558-559 | Double hearsay (notes from meeting with union ("improve relationships on plant," traffic); Irrelevant (meeting with union re employee issues); Rule 403 (confusing, out of context); foundation; authenticity |
| 40,568-571 | Double hearsay (notes from brief); Rule 403 (confusing, cryptic, out of context); foundation; authenticity |
| 40,578 | Double hearsay (notes from meeting); Irrelevant (other litigation); Rule 403 (unduly prejudicial, confusing, out of context); foundation; authenticity |
| 40,594 | Double hearsay: notes with meeting; Irrelevant (other litigation); Rule 403( unduly prejudicial, confusing, out of context); foundation; authenticity |
| 40,595 | Blank page, misleading |
| 40,606-608 | Double hearsay (notes from meeting on EPA compliance changes); Irrelevant (complains CDH not complying in timely manner); Rule 403 (unduly prejudicial, confusing, out of context); foundation; authenticity |
| 40,609 | Irrelevant: Diagram that cannot be deciphered; Rule 403 (misleading, waste of time, confusing); foundation; authenticity |
| 40,610-611 | Double hearsay (notes from meeting); Irrelevant (assigns management responsible for buildings); Rule 403 (unduly prejudicial, confusing, out of context); foundation; authenticity |
| 40,630 | Irrelevant (talks about audits, management, attitude, etc., nothing about environmental safety); Rule 403 (unduly prejudicial, confusing, context, waste of time); foundation; authenticity |
| 40,631 | Blank Page, misleading |
| 40,632-633 | Double hearsay (notes from talk with John Auxier); Rule 403 (unduly prejudicial, misleading (radiological data is bad with respect to what? Nothing offsite mentioned., misleading, confusing, context); foundation; authenticity |

| P-1246 | |
|---|---|
| 40, 227 | Rule 403 (confusing, cryptic, no context)(can't tell from excerpt what "proposal" is being referred to); foundation; authenticity |
| 40,239-241 | Double hearsay (references to what Mike Davidson wants done); Irrelevant (deals with union issues; labor issues (charge of "insubordination"); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40,242-243 | Double hearsay (notes re RJE meeting offered to prove truth of what RJE wanted done); irrelevant (talks about how workers get along with each other); irrelevant (labor issues – discussion of "OT");  Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 244-246 | Double hearsay (notes from meeting offered to prove truth of what people in meeting said); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40,251-256 | Irrelevant (deals with worker safety litigation); Double hearsay (notes from meeting offered to prove truth of what people in meeting said); Rule 403 (Confusing, cryptic, no context); foundation; authenticity |
| 40, 257 | Double hearsay (notes re talk with Ed Heinz); Irrelevant (discusses "improving relations"); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 258 | Double hearsay (notes from meeting); Rule 403 (confusing, cryptic, no context)(what does it mean to say "pondcrete is a ding?")); foundation; authenticity |
| 40,274-275 | Double hearsay (notes from meeting); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 277 | Double hearsay (notes from meeting); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 285 | Double hearsay (notes from meeting with E Heintz); Irrelevant (discusses press conferences and employee communications); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 290 | Double hearsay (notes re talk with RJE; discusses "his view of monitor meeting"); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 293-95 | Double hearsay (notes from meeting); Rule 403(unduly prejudicial; document is about package coming in with bomb meeting attendees knew about), confusing, cryptic, no context); Irrelevant (discusses who came in and out of meeting and bomb); foundation; authenticity |
| 40,297 | Double hearsay (notes from talk with E. Heintz); Irrelevant (talking about draft done in color and numbers of copies); Rule 403 (complete waste of time, no context); foundation; authenticity |

11

| | |
|---|---|
| 40,309-311 | Double hearsay (notes from meeting with Jack Selby and Leo Faust); Irrelevant (discusses mistakes made at Oak Ridge, a different facility, discuses employee morale; Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 311 | Double hearsay (Selby talking to RJE); Irrelevant (discusses culture change at y-12); Role 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 324-327 | Double hearsay (notes from EOC exercise); Irrelevant (discusses bomb threat and disgruntled employees, discusses that phones don't work); Rule 403 (unduly prejudicial, confusing, no context); foundation; authenticity |
| 40, 328 | Double hearsay (talks about what Skaggas has); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 329, 330 | Double hearsay (notes re discussion with John Auxier); Irrelevant (discusses employee relations); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 334-336 | Double hearsay (notes from EOC activation, not clear who is speaking about what); Rule 403 (unduly prejudicial -- discusses 2 crates on fire, but no evidence it has anything to do with anything offsite); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 337 | Irrelevant (just a few Xs on an otherwise blank page); foundation; authenticity, misleading |
| 40, 340-342 | Double Hearsay (notes from meeting with Blake Brown); Rule 403 (unduly prejudicial – "playing cards etc in control room"); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 361-362 | Double hearsay (notes from meeting); Rule 403 (unduly prejudicial("I said be a bitch to change"); Rule 403(confusing, cryptic, no context); foundation; authenticity |
| 40, 364-366 | Double hearsay (notes from meeting with Blake Brown); Rule 403(confusing, cryptic, no context); foundation; authenticity |
| 40, 367-368 | Double hearsay (notes from talk); Rule 403(confusing, cryptic, no context); foundation; authenticity |
| 40, 370-371 | Double hearsay (notes from meeting); Rule 403 (Confusing; cryptic, no context); foundation; authenticity |
| 40,372-373 | Double hearsay (notes from talk); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40,385 | Double hearsay (notes from meeting as 40,380 shows); Rule 403(confusing: don't show earlier pages from same entry); Rule 403(cryptic, no context); foundation; authenticity |
| 40, 386 | Double hearsay (notes from meeting); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40,388-389 | Double hearsay (notes from meeting with John Auxier); Rule 403(confusing, cryptic, no context); foundation; authenticity |

| 40, 393 | Double hearsay (notes from meting); Rule 403 (unduly prejudicial (speculation about possible fines and liability), confusing, cryptic, no context); foundation; authenticity |

| P-1247 | |
|---|---|
| 40,017 | Double hearsay (meeting with Twining); Rule 403 (confusion, cryptic, no context); foundation; authenticity |
| 40,017-020 | Double hearsay (notes from meeting); Irrelevant (discussion of number of copies to send to Wash, discussion of common "DOE problems"); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40, 029-030 | Double hearsay (notes from talks: discusses what Dan Garland liked); Rule 403 (confusing, cryptic, no context); Irrelevant (discusses what manager policy should be); foundation; authenticity |
| 40, 038 | Double hearsay (notes from meeting, says what other people have told); foundation; authenticity |
| 40,039 | Irrelevant (impossible to decipher graphs and diagrams); Rule 403(confusing, waste of time); foundation; authenticity |
| 40,040 | Double hearsay (notes from meeting); Rule 403(confusing, cryptic, no context); foundation; authenticity |
| 40,041 | Irrelevant (impossible to decipher graphs and diagrams; Rule 403(confusing, waste of time); foundation; authenticity |
| 40, 058-060 | Double hearsay (notes from talk; "don't say too much or we'll loose our independence); Rule 403 (confusing, cryptic, no context); foundation; authenticity |
| 40,060 | Double hearsay: Notes from meeting with Blake Brown); Rule 403(confusing, context); foundation; authenticity |
| 40,065 | Double hearsay (notes from talk with J McN); Rule 403 (unduly prejudicial – speculation about violation of rules and criminal penalties, confusing, context); foundation; authenticity |
| 40,074-075 | Double hearsay (discusses what various people knew and why at meeting); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,075 | Triple hearsay ("R. Starostecki called and told Bruce that words are very serious); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,077-078 | Double hearsay (notes from talk; "thinks people are in extreme danger in 771); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,079 | Double and triple hearsay (notes from talk, "Starostecki said 'it's getting worse & should be shut down'"); Rule 403 (confusing, no context  (What should be shut down?); foundation; authenticity |
| 40,080 | Double Hearsay (notes from talk); Rule 403 (unduly prejudicial, confusing, context); foundation; authenticity |
| 40,105 | Double hearsay (notes from talk); Rule 403(confusing, cryptic, context); foundation; authenticity |
| 40,106 | Irrelevant (diagram with no apparent meaning); Rule 403 (confusing, waste of time); foundation; authenticity |
| 40,109 | Double Hearsay (notes from talk); Rule 403 (confusing, cryptic, |

|        | context) |
|--------|----------|
| 40,110 | Irrelevant (diagram and notes with no apparent meaning); Rule 403 (confusing, waste of time); foundation; authenticity |

| P-1248 | |
|---|---|
| 40,117 | Double hearsay (notes from meeting); Triple hearsay ("maintenance people still overriding safety shutdown"); Rule 403 (confusing, waste of time, unduly prejudicial); foundation; authenticity |
| 40, 118 | Irrelevant (diagram with no apparent meaning); Rule 403 (confusing, waste of time); foundation; authenticity |
| 40,121-122 | Double hearsay (notes from meeting); Rule 403 (confusing, context, cryptic); foundation; authenticity |
| 40, 125 | Double hearsay (notes from meeting); Rule 403: (confusing, cryptic, context); foundation; authenticity |
| 40,128-130 | Double hearsay (notes from meeting); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,131 | Double hearsay (notes from meeting); Rule 403 (unduly prejudicial, confusing, context); foundation; authenticity |
| 40,132 | Double hearsay (notes from talk); Irrelevant (discusses Sierra Club lawsuit); Rule 403 (unduly prejudicial, confusing, cryptic, context); foundation; authenticity |
| 40, 138-139 | Double hearsay (notes from meeting); Rule 403 (confusing "do something about pondcrete" could mean many different things, cryptic, context); foundation; authenticity |
| 40,142-145 | Double hearsay (notes from meeting); Irrelevant (discusses approach to presentation, "not a good month for scrap, paper, rewk," discussions of productivity and employee training, meaningless diagram); Rule 403 (confusing, context); foundation; authenticity |
| 40,151 | Double hearsay (notes from call); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,152-153 | Double hearsay (notes from talk); Irrelevant (amount of money made/spent?); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,154 | Irrelevant (charts that cannot be followed); Rule 403 (unduly prejudicial, confusing, waste of time, context); foundation; authenticity |
| 40,163-165 | Double hearsay (notes from visit to WIPP); Irrelevant (discussion of potential transportation of waste); Rule 403(confusing, cryptic, context); foundation; authenticity |
| 40,181 | Rule 403 (misleading: one-page excerpt from larger entry, confusing, context); double hearsay (40,178 shows it is notes from a budget meeting); foundation; authenticity |
| 40,190-191 | Double hearsay (notes from meeting); Irrelevant (employee morale and safety concerns); Rule 403(confusing, cryptic, context); foundation; authenticity |

| P-1249 | |
|---|---|
| 40,677-681 | Double hearsay (notes from meeting); Irrelevant (discusses pricing issues, space based radar, Yucca site, too many people manning displays); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,692-693 | Double hearsay (notes from meeting); Irrelevant (discusses DOE harassing employees; worker substance abuse); Rule 403 (unduly prejudicial, confusing, cryptic, context); foundation; authenticity |
| 40,694-695 | Double hearsay (notes from meeting); Irrelevant (discusses budget, whether worker did not make cost estimate); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,696-697 | Double Hearsay (notes from meeting); Rule 403 (confusing, cryptic, context); foundation; authenticity |
| 40,710-711 | Double Hearsay (notes from meeting); Triple hearsay (says what "Bruce" is concerned about; Irrelevant (says program delayed by government); foundation; authenticity |
| 40,716 | Double hearsay (notes from talk); Rule 403 (unduly prejudicial – discussion of improper disposal of waste, confusing, context); foundation; authenticity |
| 40,717 | Irrelevant (apparently meaningless diagrams); Rule 403 (waste of time, confusing); foundation; authenticity |
| 40, 718-719 | Double hearsay (notes from talk); Rule 403(unduly prejudicial (missing sensitivity of EPA & CDH), confusing context; foundation; authenticity |
| 40,720 | Double hearsay (notes from meeting); Irrelevant (orginizational charts from DOE, notes staffing is temporary); Rule 403 (unduly prejudicial, waste of time, confusing, context); foundation; authenticity |
| 40,721 | Blank page, misleading |
| 40,722 | Double hearsay (notes from talk); Rule 403 (unduly prejudicial "envir liability on Fed Facil," confusing (one word notes), context); foundation; authenticity |
| 40, 723 | Blank Page |