## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  October 24, 2005                                        Reporter: Gwen Daniel
                                                               Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | Peter Nordberg |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY, | David Bernick |
| | Douglas Kurtenbach |
| | Ellen Ahern |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Eleven**

**8:41 a.m.     Court in session.**

Jury not present.

Discussion regarding motions.

**ORDERED:** Defendants' Motion to Bar Testimony by Wesley McKinley (Doc. No. 1525), filed October 20, 2005, is granted.

**ORDERED:** With regard to the Motion *in Limine* re Exhibit D-66 (Doc. No. 1532), filed October 22, 2005, the full article shall be substituted.  Court will instruct the jury again that this material is only information that was available to the public as it might affect marketplace and is not proof of the truth of the facts asserted within those articles.

**ORDERED:** Defendants' Motion to Bar Testimony by John Lipsky (Doc. No. 1528), filed October 20, 2005, is denied.

**ORDERED:** Defendants' Motion Concerning Plaintiffs' Violations of the Court's *in Limine* Ruling During Opening Statements (Doc. No. 1503), filed October 12, 2005, is denied to the extent that it goes beyond what the Court has already done to take care of the problem.

Court's comments regarding limiting instructions and classification issues.

9:08 a.m.   Jury present.

Continued cross examination of Ms. Cook by Mr. Bernick.

**10:23 a.m.   Court in recess.**
**10:38 a.m.   Court in session.**

   **Exhibits received: DX-187, DX-190, DX-191, DX-192, PX-277, DX-1058, DX-1011, DX-1014, P-1233**

Jury present.

Redirect examination of Ms. Cook by Ms. Roselle.

   **Exhibit rejected:   DX-1880**

11:04 a.m.   Recross examination of Ms. Cook by Mr. Bernick.

11:11 a.m.   Plaintiff's witness, Jon Lipsky, sworn.

Direct examination of Mr. Lipsky by Mr. Davidoff.

   **Exhibits received: P-1291, P-1272**

**12:06 p.m.   Court in recess.**
**1:28 p.m.   Court in session.**

Discussion regarding exhibits and trial schedule.

1:30 p.m.   Jury present.

Continued direct examination of Mr. Lipsky by Mr. Davidoff.

   **Exhibits received: P-606, P-1295, P-1255, P-1258, P-1259, P-1260, P-1261, P-1262, P-1263, P-1264**

**3:12 p.m.      Court in recess.**
**3:32 p.m.      Court in session.**

Continued direct examination of Mr. Lipsky by Mr. Davidoff.

**Exhibits received:  P-1266, P-1267, P-1268, P-1256, PG-583, PG-584, PG-585**

5:00 p.m.      Jury excused.

Continuing objection by Mr. Bernick to Mr. Lipsky's testimony.

Discussion regarding trial schedule.

**5:10 p.m.      Court in recess.**

Time in court - 6:32.  Trial continued.