**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' GENERAL OBJECTION TO WATKINS DESIGNATIONS AND
OBJECTIONS TO WATKINS EXHIBITS**

---

Defendants raise the following objections to plaintiffs' proposed use at trial of deposition testimony and exhibits from Admiral James Watkins.

**I.    GENERAL OBJECTION TO WATKINS DEPOSITION TESTIMONY**

Plaintiffs have designated a substantial amount of testimony from Admiral Watkins that fails to address Rocky Flats specifically, but rather discusses problems within the DOE nuclear weapons complex and at other DOE facilities. Indeed, Plaintiffs have offered designations of testimony about DOE problems generally and at other facilities during time periods in which Admiral Watkins concedes that he ***cannot*** discuss Rocky Flats specifically, because "he didn't focus on the Rocky Flats plant." (Watkins Dep. at 25-26; *see also id.* at 39 ("I did not have an assessment at that time. My assessment of Rocky Flats did not come until it was imposed upon

me by the Department of Justice through the raid that took place in late May.")))  Evidence relating to the DOE complex generally and problems at other DOE facilities is irrelevant and unduly prejudicial as this Court has previously ruled.  *See, e.g.,* Tr. at 1111.  This objection applies to the following designated portions of the Watkins deposition:  13:1-10, 21-24; 14:1-24; 15:1-2; 16:1-4, 13-22; 19:8-24; 20:1-5; 22:21-24; 23:13-24; 28:10-24; 31:10-19; 32:24; 33:1-24; 34:1-24; 35:1-24; 36:1-24; 37:1-10; 38:19-23; 40:6-24; 41:1-24; 42:1-24; 43:1-24; 45:22-24; 46:1-24; 47:1-24; 48:1-24; 49:1-4; 50:13-24; 51:1-24; 55:18-24; 79:18-24; 80:21-24; 81:1-22; 82:22-24; 83:1-24; 84:1-16; 88:5-24; 89:1-24; 90:1-13, 21-24; 91:13-24; 92:1-3, 12-24; 93:1-24; 95:1-6; 97:3-24; 98:1-15, 21-24; 99:1-24; 100:1-4, 18-24; 101:1-14; 106:18-24; 107:1-24; 108:1-24; 109:1-2; 112:1-24.

## II.     OBJECTIONS TO EXHIBITS PLAINTIFFS APPARENTLY INTEND TO OFFER WITH WATKINS' DEPOSITION

Defendants object to Watkins Exhibit 1 on the grounds that it constitutes hearsay not subject to any exception, is irrelevant, and is unduly prejudicial compared to its minimal or non-existent probative value in contravention of Rule 403.  Watkins Exhibit 1 discusses problems at DOE facilities generally and is not specific to Rocky Flats.

Defendants object to Watkins Exhibit 5 on the grounds that it constitutes hearsay not subject to any exception (non-final government document), is irrelevant, and is unfairly prejudicial.  Watkins Exhibit 5 discusses problems at DOE facilities generally and is not specific to Rocky Flats.

Defendants object to Watkins Exhibit 6 on the grounds of hearsay not subject to any exception, relevance, undue prejudice, authentication (Watkins does not recognize) and foundation (including separate agenda appended and its marginalia).  This document discusses problems at other DOE facilities and does not specifically mention Rocky Flats.

Defendants object to Watkins Exhibit 7 on grounds of hearsay, relevance, and unfair prejudice (not Rocky Flats specific).

Defendants object to Watkins Exhibit 10 on the grounds that it contains hearsay within hearsay not subject to any exception.  When a document contains hearsay within hearsay, each level must conform with an exception.

Defendants object to Watkins Exhibit 13 on the grounds that it contains hearsay within hearsay not subject to any exception, is irrelevant, and is unduly prejudicial.  It discusses problems at other facilities (Savannah River).

Defendants reserve the right to object to other exhibits, if any, proffered in connection with Watkins' testimony.


Dated:  October 25, 2005                           Respectfully submitted,


/s/ Stephanie A. Brennan___
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan

KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

               /s/ Kari Knudsen_____
               Kari Knudsen (legal assistant)