# Exhibit A

**ROCKY FLATS NUCLEAR WEAPONS PLANT**
**PROPERTY IMPACT STUDY**
**NOVEMBER 21, 1996**

HUNSPERGER & WESTON, LTD.
5889 S. GREENWOOD PLAZA BLVD., STE. 404
ENGLEWOOD, COLORADO  80112

## FINAL CONCLUSIONS

In our opinion, the four techniques point to diminution in value to residential properties and vacant parcels in the Class Area.

In 1995 dollars, the loss for residential properties was $166,000,000 (Analogous Case Studies); $131,000,000 (Multiple Regression Analysis); and, $210,000,000 (Public Opinion Survey). In our final analysis each of the three methods is given equal weight. As stated above, there are reasons the low end of the range represents a conservative estimate. We believe the conclusion from the opinion survey effectively brackets the range. In the end, we conclude that the middle of the range is the appropriate measure of diminution in value, and is $169,000,000.

The diminution in value attributable to the vacant land is estimated by Market Sales Information to be $21,000,000.

Accordingly, our estimate of diminution in value for properties within the Class Area is expressed in the following calculation:

| | |
|---|---:|
| Diminution - Residential Properties: | $169,000,000 |
| Vacant Land: | 21,000,000 |
| Total Diminution in the Class Area: | $190,000,000 |

Please note, the estimates are expressed in 1995 dollars.