# Exhibit B



| | |
|---|---|
| "Peter Nordberg" <pn@nordbergonline.com> 09/26/2005 11:45 AM  Please respond to <pnordberg@bm.net> | To "'Douglas Kurtenbach'" <dkurtenbach@kirkland.com>, "'Ellen Ahern'" <eahern@kirkland.com>, "'Mark Nomellini'" <mnomellini@kirkland.com> |
| | cc |
| | bcc |
| | Subject   Cook v. Rockwell |

As we've mentioned before, Mr. Hunsperger's damage figures will be presented at trial in 2005 dollars. The attached document gives the Department of Labor CPI figures for the Denver-Boulder-Greeley area for the years 1990 through the present, which will be used for that purpose. It also presents annual values for total sales of residential properties in the class area, for the years 1990-95, from data previously provided to defendants. info.wpd

| Year | Total sales in class area (residential) | Total sales in 2005 dollars |
|---|---|---|
| 1990 | $37,584,035 | $58,815,256 |
| 1991 | $51,596,545 | $77,725,035 |
| 1992 | $66,961,682 | $97,228,362 |
| 1993 | $64,404,772 | $89,728,728 |
| 1994 | $66,938,238 | $89,315,691 |
| 1995 | $56,332,506 | $72,060,542 |

The total sales for residential properties in the class is taken from Dr. Radke's data by summing the values for each year for the variable XXLNPRICE. The conversion to 2005 dollars employs the consumer price index for the Denver-Boulder-Greeley, CO area for the years 1990 to the present as applicable. The same CPI data will also be used to express total damages in 2005 dollars. The CPI figures are drawn from U.S. Department of Labor, Bureau of Labor Statistics, All Urban Consumers, Series Id: CUURA433SA0, CUUSA43SA0, and are presented for each year in the table below:

| Year | Annual |
|---|---|
| 1990 | 120.9 |
| 1991 | 125.6 |
| 1992 | 130.3 |
| 1993 | 135.8 |
| 1994 | 141.8 |
| 1995 | 147.9 |
| 1996 | 153.1 |
| 1997 | 158.1 |
| 1998 | 161.9 |
| 1999 | 166.6 |
| 2000 | 173.2 |
| 2001 | 181.3 |
| 2002 | 184.8 |
| 2003 | 186.8 |
| 2004 | 187.0 |
| 2005 (Mid-Year) | 189.2 |