# Exhibit C



**U.S. Department of Labor**
Bureau of Labor Statistics

*Consumer Price Indexes*

**www.bls.gov**

BLS Home | Programs & Surveys | Get Detailed Statistics | Glossary | What's New | Find It! In DOL

Search | A-Z Index

RELATED CPI LINKS

# Frequently Asked Questions

1. What is the CPI?

2. How is the CPI used?

3. Whose buying habits does the CPI reflect?

4. Is the CPI a cost-of-living index?

5. Does the CPI measure my experience with price changes?

6. How is the CPI market basket determined?

7. What goods and services does the CPI cover?

8. How are CPI prices collected and reviewed?

9. How is the CPI calculated?

10. How are taxes treated in the CPI?

11. How do I read or interpret an index?

Frequently Asked Questions - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back •   •   •   Search   Favorites   Media

Address   http://www.bls.gov/cpi/cpifaq.htm#Question_1

Search Web •
My Web •   Mail •   My Yahoo! •   Personals •   Games •   Music •   Sign In •



**17. What area CPI should I use if there is no CPI for the area I live in?**

**18. Can the CPI for individual areas be used to compare living cost among the areas?**

**19. What types of data are published?**

**20. What are some limitations of the CPI?**

**21. Will the CPI be updated or revised in the future?**

**22. How can I get information on the CPI?**

**1. What is the CPI?**

The Consumer Price Index (CPI) is a measure of the average change over time in the prices paid by urban consumers for a market basket of consumer goods and services.

**2. How is the CPI used?**

The CPI affects nearly all Americans because of the many ways it is used. Following are major uses:

- As an economic indicator. **More.**
- As a deflator of other economic series. **More.**
- As a means of adjusting dollar values. **More.**

**3. Whose buying habits does the CPI reflect?**

The CPI reflects spending patterns for each of two population groups: all urban consumers and urban wage earners and clerical workers. The all urban consumers group represents about 87 percent of the total U.S. population. It is based on the expenditures of almost all residents of urban or metropolitan areas, including professionals, the self-employed, the poor, the unemployed and retired persons as well as urban wage earners and clerical workers. Not included in the CPI are the spending patterns of persons living in rural nonmetropolitan areas, farm families, persons in the Armed Forces, and those in institutions, such as prisons and mental hospitals. The price change experience of the all urban consumer group is measured by two indexes, namely the traditional Consumer Price Index for All Urban Consumers (CPI-U) and the newer Chained Consumer Price Index for All Urban Consumers (C-CPI-U). (See answer to Question 4 for an explanation of the differences between the CPI-U and the C-CPI-U.)

Internet



Frequently Asked Questions - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

⇐ Back ▾ ⇒ ▾ ⊗ ⊠ ⚅ | ⓠSearch ⚿Favorites ⚿Media ⚄ | ⚞ ⚟ ⚑ ☰ ▾ ⚎ ▾ ⚵

Address 🔗 http://www.bls.gov/cpi/cpifaq.htm#Question_7                                              ▾ 𝒫Go | Links »

Y! ▾ 𝒬 ▾ | Search Web ▾ | ⚿ ⚐ ▾ ⚑ ▾ ❶ | ⚑My Web ▾ ⊠ Mail ▾ ⚘ My Yahoo! ▾ ⚥ Personals ▾ ⚐Games ▾ ☯ Music ▾ ⚑ Sign In ▾

## 7. What goods and services does the CPI cover?

The CPI represents all goods and services purchased for consumption by the reference population (U or W). BLS has classified all expenditure items into more than 200 categories, arranged into eight major groups. Major groups and examples of categories in each are as follows:

- FOOD AND BEVERAGES (breakfast cereal, milk, coffee, chicken, wine, service meals and snacks)
- HOUSING (rent of primary residence, owners' equivalent rent, fuel oil, bedroom furniture)
- APPAREL (men's shirts and sweaters, women's dresses, jewelry)
- TRANSPORTATION (new vehicles, airline fares, gasoline, motor vehicle insurance)
- MEDICAL CARE (prescription drugs and medical supplies, physicians' services, eyeglasses and eye care, hospital services)
- RECREATION (televisions, pets and pet products, sports equipment, admissions);
- EDUCATION AND COMMUNICATION (college tuition, postage, telephone services, computer software and accessories);
- OTHER GOODS AND SERVICES (tobacco and smoking products, haircuts and other personal services, funeral expenses).

Also included within these major groups are various government-charged user fees, such as water and sewerage charges, auto registration fees, and vehicle tolls. In addition, the CPI includes taxes (such as sales and excise taxes) that are directly associated with the prices of specific goods and services. However, the CPI excludes taxes (such as income and Social Security taxes) not directly associated with the purchase of consumer goods and services.

The CPI does not include investment items, such as stocks, bonds, real estate, and life insurance. (These items relate to savings and not to day-to-day consumption expenses.)

For each of the more than 200 item categories, using scientific statistical procedures, the Bureau has chosen samples of several hundred specific items within selected business establishments frequented by consumers to represent the thousands of varieties available in the marketplace. For example, in a given supermarket, the Bureau may choose a plastic bag of golden delicious apples, U.S. extra fancy grade, weighing 4.4 pounds to represent the *Apples* category.

## 8. How are CPI prices collected and reviewed?

Each month, BLS data collectors called *economic assistants* visit or call thousands of retail stores, service establishments, rental units, and doctors' offices, all over the United States to obtain information on the prices of the thousands of items used to track and measure price changes in the CPI. These economic assistants record the prices of about 80,000 items each month representing a scientifically selected sample of the prices paid by consumers for the goods and services purchased.

During each call or visit, the economic assistant collects price data on a specific good or service that was precisely defined during an earlier visit. If the selected item is available, the economic assistant records its price. If the selected item is no longer available, or if there have

🔲                                                                                                                          ● Internet