# Exhibit D

1          conservatively done, and may even understate the damages

2          in the class area.  Let me put some of the numbers up on

3          the board that he estimated.  In 1995 dollars -- do we

4          have the current slide?  In 1995 dollars, he estimated for

5          single-family residences in the class area, which there

6          are over 12,000, $169 million.

7                  What we don't have is the slide on the inflation

8          adjustment, because this was done in 1995 dollars.  And

9          when you adjust this to current dollars, 2005, 10 years

10         later, because the consumer price index has continued to

11         rise, that number comes up to $216 million.

12                 Actually, property has gone up a lot more than that

13         in Denver since then, but this is the current damage

14         estimate for single-family residences.  In 1995, it

15         averaged about $14,000 a house.  A little over $14,000 a

16         house.  And in 2005 dollars, it averages just about

17         $18,000 a house.

18                 For raw land, the estimate in 1995 was $21 million,

19         because houses, Mr. Hunsperger estimates, were 10 percent,

20         on average, throughout the whole class area by the Rocky

21         Flats -- the Rocky Flats contamination and the Rocky Flats

22         stigma, and in the vacant land, he estimates a 30-percent

23         impact.  And that is $27 million in 1995 dollars.

24                 I think we have the total here on this.  $243

25         million in 2005 dollars, and in 1995 dollars the estimate,

1    10 years ago, was $190 million.  It sounds like a lot of

2    money, and it is a lot of money.

3         But if the damages are recovered in this case,

4    there are over 12,000 residential properties and there are

5    more vacant land properties, and these damages will be

6    spread out, allocated fairly among all the members of the

7    class.  And as I mentioned for single family residences,

8    the average is approximately $18,000 per residence.

9         MR. DAVIDOFF:  Your Honor, it approaches 5 o'clock,

10   and I am close, but I am not there, so . . .

11        THE COURT:  Let's recess.  Please come back and be

12   ready at 8:45 tomorrow morning, and 8:30 for counsel.  We

13   will stand in recess.

14        MR. BERNICK:  Is it possible to do it at 8:15?  I

15   want to make sure I make a timely record.

16        THE COURT:  All right.  8:15 for counsel, tomorrow.

17        (Court is in recess.)

18

19

20

21

22

23

24

25