# Exhibit F

AUBREY EDWARD LADWIG, MAY 26, 2004

1

```
27806AKW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
_____

Civil Action No. 90-K-181
_____

MERILYN COOK, et al.,

Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

Defendants.
_____


           DEPOSITION OF AUBREY EDWARD LADWIG

                     May 26, 2004

Pursuant to Subpoena taken on behalf of the Defendants at
633 17th Street, Suite 3000, Denver, Colorado 80202, at
10:12 a.m., before Kelli J. Wessels, Professional Court
Reporter and Notary Public within Colorado.
```

ORIGINAL

```
 1      Q.   What has impacted the value of your property
 2  positively since you bought it?
 3      A.   Inflation.
 4      Q.   Anything other than inflation?
 5      A.   Well, obviously the building of -- the tearing
 6  down of the plant.
 7      Q.   That is the tearing down of the Rocky Flats plant
 8  has --
 9      A.   Yes, you know, they're tearing it down and they're
10  cleaning up the pollution.  It has had a very positive
11  effect.
12      Q.   And how has the tearing down of the Rocky Flats
13  plant and the cleaning up of the pollution had a very
14  positive effect on the value of your property?
15      A.   Would you like to live near a plutonium factory?
16  That's what most other people think.  They don't want to
17  either.  So it affects the county government, the
18  developers, everybody.
19      Q.   And how have you become aware that the tearing
20  down of the plant and the cleanup has improved the value of
21  your property?
22      A.   Well, they're building a big -- it is no secret
23  this Village of Five Parks and the City of Broomfield made
24  their own development.  It has had a huge effect.
25      Q.   And is it your understanding based on your
```