# Exhibit G

```
                                                                1
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2   CIVIL ACTION NO. 90-CV-181-JLK
     ─────────────────────────────────────────────────────────
 3
     VIDEOTAPED DEPOSITION OF CHARLES C. McKAY
 4   EXAMINATION DATE:  SEPTEMBER 28, 2005
     ─────────────────────────────────────────────────────────
 5
     MERILYN COOK, et al.,
 6
     Plaintiffs,                            COPY
 7
     v.
 8
     ROCKWELL INTERNATIONAL CORPORATION
 9   and THE DOW CHEMICAL COMPANY,

10   Defendants.
     ─────────────────────────────────────────────────────────
11
             PURSUANT TO NOTICE, the videotaped deposition of
12   CHARLES C. McKAY was taken at 9:04 a.m. on September 28,
     2005, at 1801 York Street, Denver, Colorado, before
13   Nathan Stormo, Registered Professional Reporter and
     Notary Public in and for the State of Colorado, said
14   videotaped deposition being taken pursuant to the
     Federal Rules of Civil Procedure.
15

16

17
                          Nathan Stormo
18               Registered Professional Reporter

19

20

21

22

23

24

25
```

Stormo Reporting, Inc.   (303) 200-4792

60

1  A  Correct.

2  Q  And you're not personally aware of any impact
3  that Rocky Flats has had on Church Ranch Corporate
4  Center from 1990 to 2005?

5      MR. DAVIDOFF:  That's objected to.  It's
6  overbroad as to time.

7  Q  (By Mr. Nomellini)  Correct?

8  A  I'm not personally aware of that.  When I say
9  '90, we maybe want to go to the mid '90s.  Those same
10 protesters showed up when we had ribbon cuttings and
11 opened up the interchange.  Those same protesters were
12 around at various groundbreakings.  But we were not
13 significantly -- that I know of, significantly impacted.

14 Q  You're not personally aware of any impact that
15 Rocky Flats has had on the value of Church Ranch
16 Corporate Center from 1995 through 2005, correct?

17 A  Correct.

18 Q  Now, one of the businesses in Church Ranch
19 Corporate Center is KinderCare?

20 A  Correct.

21 Q  What is KinderCare?

22 A  It's a child care; day care.

23 Q  And as far as you are aware, have any parents
24 raised concern about -- strike that.

25    As far as you are aware, have any parents of

```
                                                            82
 1   started all over again.
 2       Q    (By Mr. Nomellini)  And when did -- did the
 3   amount of impact of Rocky Flats on the value of
 4   Jefferson County area properties lessen after the FBI
 5   raid?
 6            MR. DAVIDOFF:  At any time after the FBI raid?
 7            MR. NOMELLINI:  Yes.
 8       A    Well, now it's less.
 9       Q    (By Mr. Nomellini)  And when did that lessening
10   begin; that is, the lessening of the impact of Rocky
11   Flats on Jefferson County property?
12       A    Probably with the announcement of the proposed
13   shutdown of the Rocky Flats plant.
14       Q    And when did that announcement occur,
15   approximately?
16       A    Approximately, seven, eight years ago, nine
17   years ago.
18       Q    The cover page of your web site, McKay
19   Exhibit 1 says "Silver Fox."  Is that a nickname?
20       A    No.
21       Q    What is Silver Fox?
22       A    It's a boat that I own down in Alabama --
23       Q    Okay.
24       A    -- that coincidentally had the name Silver Fox.
25   And when I bought it, the -- it was an oyster lugger; a
```