**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**DEFENDANTS' NOTICE OF SUBMISSION OF BABB AND WATKINS
DESIGNATIONS**
___

Defendants hereby give notice that they have provided to the chambers of the Hon. John L. Kane the transcripts from the depositions of Lorren Babb and James Watkins that contain plaintiffs' designations, defendants' counter-designations, and defendants' objections to plaintiffs' designations. Copies of these transcripts are attached as Exhibits A and B and have also been provided to plaintiffs.

Dated: October 25, 2005    Respectfully submitted,

                                                           /s/ John E. Tangren_____
                                                           One of the Attorneys for the Defendants
                                                           David M. Bernick

2

Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                      /s/ Courtney Biggins_____
                                      Courtney Biggins (legal assistant)