# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**EXHIBIT A TO DEFENDANTS' NOTICE OF SUBMISSION OF BABB AND WATKINS
DESIGNATIONS**

---

       Transcript of Deposition of Lorren Babb containing Plaintiffs' designations, Defendants' counter designations and Defendants' objections to Plaintiffs' designations.