# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**EXHIBIT B TO DEFENDANTS' NOTICE OF SUBMISSION OF BABB AND WATKINS DESIGNATIONS**

---

Transcript of Deposition of James Watkins containing Plaintiffs' designations, Defendants' counter designations and Defendants' objections to Plaintiffs' designations.