IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' CROSS-EXAMINATION
DOCUMENTS FOR JON LIPSKY**

    Plaintiffs respectfully submit the following objections to certain documents submitted by defendants for the cross-examination of Jon Lipsky

**1.**     **Objections to Log Books: Hearsay; Non-Authenticated Under Rule 901; Lack of Foundation**

        DX-235     Required Waste Operation Log

        DX-236     Excerpts from Solar Pond Log

        DX-273     Liquefied Gases Log

        DX-273A     Liquefied Gases Log

        DX-273B     Liquefied Gases Log

        DX-274     Log

        DX-275     Line 37 ID Log Sheets

        DX-276        Log

        DX-277        Log

        DX-278        Operational Downtime - Building 771

        DX-279        Operational Downtime - Building 771

        DX-282        Incinerator Maintenance and Equipment Log

2. **Objections to News Articles that Defendants Clearly Intend to Use for Inadmissible Hearsay Purposes**

        DX-313        "Rockwell News" article

        DX-314        Article, "Rocky Flats Continues Monitoring"

3. **Objections to State of Colorado and EPA Documents – Hearsay; Lack of Foundation**

        DX-242        Letter from A. Whiteman to P. Godsil and S. May (also authenticity objection to attachment)

        DX-238        EPA document

        DX-239        Colorado Memo about private wells east of Rocky Flats (also objectionable for lack of authentication under Rule 901)

4. **Objections to Graphics - Lack of Foundation; Hearsay; Improper Rule 1006 Summaries**

        DX-47        Graphic Showing Rockwell plea counts

        DX-49        Graphic Showing Water Flow Through Great Western Reservoir

        DX-73        Graphic Showing Monitoring of Offsite Wells Confirm That No Contamination Has Gotten Offsite in Groundwater

        DX-74        Graphic Showing Groundwater Containing Sediment Does Not

|  |  |
|---|---|
|  | Extend Offsite |
| DX-77 | Graphic Spray Irrigation of Wastewater Treatment Plant Effluent |
| DX-102 | Graphic on Broomfield Water Distribution System |
| DX-1002 | Spray Irrigation of Wastewater Treatment Effluent |
| DX-1034 | Solar Pond Weather Data 1988 |
| DX-1037 | Storage (sic) Treatment Plant Discharges to B-3 on Walnut Creek |
| DX-1038 | Topics Lipsky Will Not Testify About |
| DX-1041 | Main FBI Raid Allegations |
| DX-1042 | Main FBI Raid Allegations |
| DX-1043 | 771 Incinerator Documents |
| DX-1044 | Alleged 771 Incinerator Events |
| DX-1045 | People Needed to Operate the Incinerator |
| DX-1046 | Building 771 Output Stack |
| DX-1047 | Problems with Brever's Story |
| DX-1048 | Building 771, Location of Incinerator |
| DX-1049 | Incinerator |
| DX-1050 | Incinerator with Brick |
| DX-1051 | Incinerator without Brick |
| DX-1053 | Building 771, Incinerator and Incinerator Filter Plenum |
| DX-1054 | Building 771, Filter Plenums |
| DX-1055 | Building 771, Main Filter Plenum |

        DX-1061        Plutonium Effluent Air Data, 771 Stack (1988-1989)

        DX-1062        On-Site Air Monitoring East of 771 Buidling

        DX-1063        Off-Site Air Monitoring East of 771 Building

        DX-1066        FBI Raid Main Allegations

        DX-1067        Rockwell Plea Agreement[1]

        DX-1075        RCRA Applicability at Rocky Flats

**5.**    **Impermissible Opinion Evidence / Expert Evidence**

        DX-73        Graphic Showing Monitoring of Offsite Wells Confirm That No Contamination Has Gotten Offsite in Groundwater

        DX-74        Graphic Showing Groundwater Containing Sediment Does Not Extend Offsite

        DX-1034        Solar Pond Weather Data 1988 (graphic interpreting weather patterns and their alleged effects on solar pond)

        DX-1067        Rockwell Plea Agreement graphic alleging no off-site impact

**6.**    **Objections to Newspaper Articles – Motions in Limine and Hearsay**

Exhibit DX-271, a news article entitled "Illegal burn didn't occur, officials say," and DX-272, an article entitled "Illegal burning allegations at Flats may prove to be unfounded," both violate the Court's ruling on the motions in limine pertaining to the FBI raid, guilty plea, and Grand Jury investigation. Both of these articles contain hearsay statements by public officials and others stating

---

[1] Plaintiffs also object to DX-1067 because the Plea Agreement itself has been excluded, therefore defendants' characterization of the plea should also be excluded.

4

their beliefs about the illegal incinerator burn.  This Court has ruled that, while press coverage is relevant to market knowledge, "it may not be used as a back door to introduce evidence regarding the controversy about the Grand Jury and the Federal Government's prosecution of Rockwell." Aug. 22, 2005 Tr. at 8.  Defendants most likely wish to use these exhibits with Mr. Lipsky – an FBI agent whose testimony focuses on the raid, not on the real estate market or public perceptions – to argue the truth of the matters asserted in the articles.  The Court also clarified its motion in limine ruling to exclude the opinions or beliefs of participants in the criminal investigation.  *See* Sept. 22, 2005 Tr. at  34-36.  This ruling should also apply to the beliefs of public officials, who had even less first-hand knowledge than the prosecutors (and who may have formed their beliefs based on conversations with the prosecutors).  Such a ruling is consistent with the Court's concern that the issue of the guilty plea not become "politicized."  *Id.* at 35.  Moreover, the contents of these articles are hearsay if used for the truth of the matters asserted therein.

Respectfully submitted,

Dated: October 26, 2005

/s  Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
jmacnaughton@bm.net

5

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs