IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

### PLAINTIFFS' MOTION TO USE
### JAMES WILLGING'S PRIOR DEPOSITION TESTIMONY

Plaintiffs respectfully move the Court to permit Plaintiffs to introduce designated excerpts from the deposition of James Willging. In support of this Motion, Plaintiffs state:

1.    Mr. Willging is an elderly former employee of Defendant Dow Chemical Corp.

2.    Mr. Willging is unavailable to testify at trial due to illness and infirmity as noted in the accompanying Declaration of Ellen T. Noteware, Esq.

3.    Mr. Willging is both legally blind and has difficulty hearing. Mr. Willging has stated that he is unable to identify or authenticate documentary evidence due to his disability. Mr. Willging has also stated that he cannot drive himself to the hearing due to his condition.

4.    Mr. Willging testified at deposition in this matter several years ago. At that time, Mr. Willging was not visually impaired. Mr. Willging offered testimony at deposition concerning numerous documents created during Dow's tenure at Rocky Flats.

5. Plaintiffs have designated portions of Mr. Willging's deposition for use at trial. Plaintiffs provided Defendants with these designations. Defendants have objected to the use of Mr. Willging's deposition testimony, presumably under the hearsay rules, because Mr. Willging is alive and lives in Colorado.

6. Rule 804 of the Federal Rules of Evidence provides an exception to the hearsay rules for declarants who are unavailable to testify at trial. "Unavailability of a witness" is defined under Rule 804(a) to include situations in which a witness is unavailable to testify due to a "then existing physical or mental illness or infirmity." Fed. R. Evid. 804(a)(4); *see also United States v. Campbell*, 845 F.2d 1374 (6th Cir. 1988) (infirmity of an elderly witness justifies use of deposition testimony at trial); *cf. Angelo v. Armstrong World Industries, Inc.*, 11 F.3d 957, 963 (10th Cir. 1993) (aged, ill or infirm witnesses are unavailable under criminal rules).

7. Given Mr. Willging's unavailability, Plaintiffs respectfully request that the Court permit Plaintiffs to use designated excerpts from Mr. Willging's deposition at trial in this matter.

                              Respectfully submitted,

Dated: October 26, 2005         /s  Jennifer MacNaughton
                                    Merrill G. Davidoff
                                    Peter Nordberg
                                    Jennifer MacNaughton
                                    BERGER & MONTAGUE, P.C.
                                    1622 Locust Street
                                    Philadelphia, PA 19103
                                    (215) 875-3000
                                    jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs