IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90–K–181

**MERILYN COOK, et al.,**
      **Plaintiffs,**

v.

**ROCKWELL INTERNATIONAL CORPORATION and**
**THE DOW CHEMICAL COMPANY,**
      **Defendants.**

## DECLARATION OF ELLEN T. NOTEWARE, ESQ.

I, Ellen T. Noteware, hereby declare as follows:

1.     I am attorney associated with the firm of Berger & Montague, PC, lead counsel for Plaintiffs in this matter.

2.     Plaintiffs intended to introduce designated deposition testimony from James Willging, a former employee of Defendant Dow Chemical Corporation. Plaintiffs provided Defendants with the proposed designated testimony.

3.     Defendants have objected to Plaintiffs' proposed use of Mr. Willging's deposition testimony because they claim that Mr. Willging is alive and present in this jurisdiction.

4.     On October 24, 2005, I had a trial subpoena served upon Mr. Willging.

5.     On October 25, 2005, I received a telephone call from Mr. Willging. Mr. Willging informed me that he had been served with the trial subpoena.

6.     Mr. Willging also informed me that since his deposition had been taken in this matter, he has become legally blind. Mr. Willging stated that due to his disability, he is unable to identify, authenticate or testify meaningfully about documents that will be presented to him on the witness stand. Mr. Willging, who is elderly, also informed me that he would be unable to

drive himself to court in Denver. Additionally, Mr. Willging informed me that he is very "hard of hearing."

I declare under penalty of perjury that the foregoing information is true and correct.

_____
Ellen T. Noteware

Dated: October 26, 2005