**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' OBJECTION TO PLAINTIFFS' EXHIBIT P-G609
TO BE USED WITH DR. JOHN RADKE**
_____

       Defendants object to Exhibit P-G609 for the reasons stated in their Motion to Exclude Evidence of Plaintiffs' CPI Adjustments for Property Damages, filed 10/24/2005.

Dated: October 26, 2005                             Respectfully submitted,

                                                     /s/ John E. Tangren_____
                                                     One of the Attorneys for the Defendants
                                                     David M. Bernick
                                                     Douglas J. Kurtenbach
                                                     Ellen Therese Ahern
                                                     Mark J. Nomellini
                                                     John E. Tangren
                                                     KIRKLAND & ELLIS LLP
                                                     200 East Randolph Drive
                                                     Chicago, Illinois 60601-6636
                                                     Phone: 312-861-2000
                                                     Fax:    312-861-2200

                                                     Joseph J. Bronesky
                                                     SHERMAN & HOWARD L.L.C.
                                                     633 Seventeenth Street, Suite 3000

Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                        /s/ Courtney Biggins_____
                                        Courtney Biggins