

# Exhibit P-1239



D. J. SANCHINI
7-1-86
ROCKY FLATS
966-4362
CLOSED  9-8-86

CD89-2026

This document consists of 17 Pages
No. ___ of ___ Copies, Series ___

(1)

ROCKY FLATS CLASSIFIED
DOCUMENT

CRF00079055%

Document sanitized on 11/15/93 by:

R. B. Hoffman
Authorized Derivative Declassifier

P. A. Thelander
Authorized Derivative Classifier

RESTRICTED DATA
This document contains Restricted Data as
defined in the Atomic Energy Act of 1954.
Unauthorized disclosure subject to
Administrative and Criminal Sanctions.

CLASSIFICATION
By

PLAINTIFFS'
EXHIBIT
P-1239
90-CV-181

**UNCLASSIFIED**

<u>Conclusions</u>

1) NO SURPRISES IN THEIR FINDINGS

2) ENVIR. MONITORING PROG. IS SOUND
→ BLDG 123 IS QUESTIONABLE
QA AREA DOCUMENTATION
· WILL K FOR AUDIT

3) CORE DATA IS BEING GENERA-
TED - "OR" WILL DO SAMPLING
→ CALL ROEDER ON CAMPBELL

4) BLDG 460 INACTIVE LAND
FILL - PROBLEM FROM
→ ENGR PIPE TO FINAL
DUMP - IS <u>SITE STABLE</u>?
· DEPLETED U & SOLVENTS
→ <u>ENGR STUDY ASSESSMENT</u>
<u>RPT!</u>

5) ASBESTOS DISPOSAL INTO ACT-
IVE LANDFIL - TORN BAGS, COVER
W/ DIRT, DUMP IN WRONG PIPE

6) 1 DRUM W/ PCB ON BARREL

→ 7) INACTIVE LANDFILL - GO SEE
IT - MIG RITHRU ITEAL ISOTOPE?
PLUMES-

91

GRD WATER CONTAMINATION - 2 TYPES
· Hi NO₃ IN AND **UNCLASSIFIED**
· VOLATILE ORGANIC COMPOUNDS
APPEARS NOTHING HAS MOVED OFF-
SITE
WE HAVE GOOD DATA PLAN
→ CR IDENTIFIED PROBLEM
OUR PLAN WE GAVE TO STATE
"IS MORE THAN ADEQUATE"
8 - THERE IS A PRIORITY SITE
NO. OF 371
*(a) 881 HILLSIDE    (d) SOLAR PONDS
(b) 903 PAD         (e) NO OF 371
(c) TRENCHES 1-11   (f) LANDFILL — NEW *OLD *
WILL DO LAND BORINGS (SCREED)
PCB CONTAMINATION
· MANY LEAKING
PESTICIDE AT 371 - GET RID OF THIS
· SPILLAGE FROM PAST USE
→ · WHAT THE MATTER W/ ROUND-UP
GET COPIES OF HIS NOTES W/
FINDINGS & OBSERVATIONS **UNCLASSIFIED**

92

Exhibit P-1240

**UNCLASSIFIED**

9/29  Mtg. on Waste Shipment

EARL + our PEOPLE

- STATE CAN'T MEET TODAY
WESTON Can we DRIVE OFF VOCs BEFORE
    WE MAKE SALTCRETE
CAMPBELL Can WE TEST CONCRETE
    - PLAN FOR DE-LISTING CONCRETE
SINCE VOC MAY CHANGE IT'S STATE
    - CAN WE KEEP VOCs OUT OF
    SALTCRETE

---

9-29 - FUNCTIONAL Ops REVIEW
FINANCIAL —
    - MUST LAYOUT THE AWARD
FEE CRITERIA GIVEN TO US
BY EARL/JOHN ON FRI 9/26
$ PRESENT TO STAFF TO
SO THAT WE CAN GET BACK
W/ EARL
    - PRMP & SUPPORT Ops
DIDN'T HAVE TIME TO
PRIORITIZE JOBS [...] WANTED
FROM ISM **UNCLASSIFIED**

47

10-16-86   TALK   TO   EARL

**UNCLASSIFIED**

* — SURFACE WATER ONTO
INDIANA IS SHOWING
HEAVY METALS & ORGAN-
ICS — DATA FROM LABS
SURFACE WATER IS WE'VE
ALWAYS SAID IS CLEAN
HAVE WE BEEN TESTING
FOR ORGANICS
— REED GET W/ US
TOMORROW ON POTENTIAL
CRITICALITY IN 771
— DOES OSA DO ENVR
DETAILED ANALYSES

**UNCLASSIFIED**

77

UNCLASSIFIED—U

LAWYER FOR DOWNEY — ABOUT LAWYER
FOR BODE REACHERS
DR CHOTURE SAYS HAS 18
CONFIRMED
CASES IN HIS OFFICE — WHERE
DID 18 WORK.

STEVE GOING TO ALMOST GLOVE-
BOX ENVIRONMENT
(1) UNFAIR TO OTHERS
(HE MACHINES HIS DRY ACID)
(2) WILL RUN UP COST
VERY GOOD K'OR'S SPEED-
RING & LORAL — WE SHOULD
SEND OUR WORK OUT

MARTY TWO DEFENSES
(1) DOESN'T HAVE IT
(2) WE WARNED HIM

CHECK IF THE GUYS W/
Be⁻OSS WORKED IN CASTING
SHOP.

UNCLASSIFIED

WHEN WE START TO
85

# Exhibit P-1241

12-12 <u>TALK TO BOB HARRIS</u>

- THEY TALKED TO FOLEY & **UNCLASSIFIED**
  JIM STOUT
- GEORGE RAY - CALL RAY
  SAYS I'M LEADING THE
  PROBLEMS
  - & VERY EXPECTANT THAT
    I'LL IMPROVE THE QUAL
- APPEARED BEFORE SINGDO
  ON 10:30 WED
  - SEEN IMPROVEMENT
    PARTICULARLY AT RF
    (HE TOLD BEALL)
- DOE WILL SHUT DOWN N
  REACTOR FOR 6 MOS TO
  DO MATOC UPGRADES
- GEORGE TOLD FOLEY I'M
  INSTITUTING SAT CITGS

**UNCLASSIFIED**

53

Exhibit P-1242

**UNCLASSIFIED**

2-13-87  BRIEFING FOR
CONGRESSMAN SKAGGS &
DE ANNE BUTTERFIELD

- HOW DO WE COMPARE W/
  COAL FIRED POWER PLANT
  (AS TO ALPHA EMISSION)
- HOW MUCH ALPHA IN 200
  MREM BACKGROUND IN DENVER
- INTERESTED IN STATUS
  ON RCRA
    · IS STATE & EPA DOING IN-
     DEPENDENT SAMPLING
- WANTS "SIGNAL" WHEN WE
  CAN USE HIS HELP.
- WHAT IS RATE OF UN-
  DERGROUND WATER MIGRA-
  TION - VARIES BETWEEN
  1 TO 10 FT/YR.
- 2 AQUIFERS - ONE UP
  TO 30' & ONE DOWN TO
  ≈ 190'

**UNCLASSIFIED**

8

(40,403)

**UNCLASSIFIED** MTG W/ EARL JOHN W
WAYNE & CULLER

- WHAT DOES APPLICATION
OF RCRA TO TRU WASTE
REALLY MEAN

- DEFINE OUR RE-CYCLING
SYSTEMS AS PROCESS
STREAMS & INHOUSE CONTROLLED

- THIS WILL BE RELEASED
IN FEDERAL REGISTER

- WHAT IS OUR POSITION
ON WHERE WE WANT TO
GO W/ STATE (x 2-3 WKS
TO GET STORY)

**UNCLASSIFIED**
80

40,486

# Exhibit P-1243

UNCLASSIFIED

_CONTINUING ON OFF-SITE SESSION W/ STAFF_

MIKE - ALARA IS A TRAP & STUPID & EXCUSE FOR DOING THINGS RIGHT - "REASONABLY ACHIEVEABLE" MAY BE WRONG, McCARTHY JUST ORDERS IT.

WAYNE - WE DON'T HAVE PARAMETERS ON WHAT IS SAFE, FOR EG., IN LINES.

MIKE - DOESN'T UNDERSTAND WHITSETT PHILOSOPHY VS STARDSTEICKI

- MIKE REMEMBERED THAT AIR MONITORS SAID CAN'T GOING UP WHEN THEY WERE "JELLYING" BARBS SAID WE SCREWED UP

41,064                    111

Is It Classified?

Exhibit P-1244

UNCLASSIFIED

- SAFETY ADVISORY GRP
  NO WORKING VERY WELL -
- PRODUCTION IS CONSIDER-
  ED MASTER OVER SAFETY.
- SHOULD U FORM A
  SAFETY ADVISORY GRP
  MADE UP OF BLDG
  MGRS.  MGMT
- 771 HAS 100 RESPON-
  SIBILITY ITEM
- ARE BLDG MGRS
  OVERWORKED
- RESPONSIBLE IS VERY
  DIVIDED
- TENDENCY NOT TO
  WRITE THINGS DOWN
- TRUST & CREDIBILITY
  IN UPPER MGMT IS 40,869
  LACKING BECAUSE THEY
  THINK WE'RE TOO INEX-
  PERIENCED IN RFP
  OPERATION UNCLASSIFIED 50

# Exhibit P-1246

8/10/88 - TALK TO RJE

- HIS VIEW OF MONITOR
MTGS:
  - EMPHASIZE / UPGRADE MON-
  ITORS
  - MGMT MUST SUPPORT
  - EQUIPMENT
  - TRNG
  - CC MONITOR LOG

- WHY ARE WE NOW
EMPHASIZING SAFETY.

* - GET THEM AN
ANS. ON POINTS
- MTG w/

40,290

1/3/89   MTG ON K RENEWAL

- CONGRESS MAY PASS A LAW SAYING DOE CANNOT REIMBURSE K OR'S FOR FINES & PENALTIES (UNDER EPA ETC)

- PRICE ANDERSON
   - UP TO 100K / VIOLATION OR 100K/DAY ON CONTIN- UING VIOLATION
   - CRIMINAL LIABILITY BASED ON NUCLEAR INCI- DENT
   - A PCB VIOLATION COULD BE PASSED ON TO RI.

1-3-89   771 RESTART

≈ 30 PEOPLE NOT UP TO DATE ON RESPIRATOR
(40,393)  WILL BE CLEAR THIS WEEK.

Exhibit P-1248

2-10-89  Mtg w/ J.Parker

- THINGS LOOK MUCH BETTER
- AIR MONITORING IS VERY
  GOOD
- INTEGRATED SAFETY PLAN
  DOING WELL & WILL GET
  THERE
- THEY ASKED JOE ALVAREZ
  HOW HE FELT ABOUT
  OTHER RF PEOPLE.
- RAD PROTECTION LOOKING
  GOOD
- ASKED THEM TO LOOK
  AT INTEGRATED SAF-
  ETY PROGRAM
- MOST CRITICAL AREA
  FOR POSSIBLE SHUTDOWN
  IS WASTE
  - PONDCRETE - PUT SOMEONE
    IN CHARGE & TO LEAD
    COMMITTEE ON TOUR.

(40,138)

- NO CONTROL OF DOLE
TO WASTE
- DO SOMETHING ABOUT
PROCRETE & NEUTRON
X - GET A PROGRAM
IN PLACE
- LOOK AT OVERALL
MGMT & ENVIRONMENTAL
& SAFETY OF DOE
FACILITIES
- GIVE HIGH PRIORITY
TO GETTING RID OF WASTE

40,139

Exhibit P-1249

5-24-89  BRUCE BIEBERICH

**UNCLASSIFIED**

PRMP
- CONCERN w/ HOW PROJ. IS
GOING
- LACK OF COOPERATION
AMONG PARTIES:


- MGMT
- CONCEPTUAL DES 5YRS AGO
- RE-DONE
- HOOTRS NOT HAPPY
- NOW AGREE ON WHAT
371 SHOULD LOOK LIKE

RI
GEN'L LACK OF FAMILIARITY:
° w/ LG PROJ MGMT
° w/ IMPORTANT THINGS
LACK OF DOING WHAT
DOE ASKS THEM TO
DO
26                              40,694

**UNCLASSIFIED**

**UNCLASSIFIED**

- J. WILSON WAS HIDING THINGS
- JHR IS OVERWHELMED
- NOT WILLING TO LEARN FROM MISTAKES
  - ATTITUDE PROBLEM
  - DUMPING GROUND
- CHECK ON DID RILEY TELL JHR TO STOP COST ESTIMATING & JHR DIDN'T DO IT.
- WANTS A LTR SIGNED BY ME ON OFFICIAL SMRB — HE WANTS MY ENDORSEMENT
  - GETTING $45M IN FY '90 TOLD, ALO THEY CAN STEAL & PAY BACK IN '91
  - 64.5M FOR '91 IN BUDGET
  - TOLD HIS BOBS LOOKS LIKES COULD BE UP TO $600M

#27                **UNCLASSIFIED**                -40,695

4/6   TALK TO  BOB BISHOP
JOEL NISHIDA  **UNCLASSIFIED**

— IMPROPER DISPOSAL OF
WASTE  IN  VIOLATION
OF  ENVIRONMENTAL  LAWS
— FBI  & EPA
— QUESTIONED  ME

**UNCLASSIFIED**

48                                    40.716

6-9-89   **UNCLASSIFIED** MTG W/ DOE

W/ ED GOLDBERG;
- HENSON MOORE WILL GIVE
  PRES CONFERENCE ON TUES.
- SAF TEAM RON GERTON
- LARRY WINER (ENV TEAM)
- ROS HOSER
* - ORG CHARTS FROM DOE
- SET RFAO UP AS NEW
  FIELD OFF REPORTING TO
  WASH
- 3 DPTY WERKEMA, FOSTER
  RALPH EMCLESH
- EVERYBODY ON HIS TEAM
  IS TEMPORARY & WILL
  FILL OUT HIS STAFF IN
  THE NEXT 2-3 MOS.

**UNCLASSIFIED**

52

40,720