# Exhibit 4

D. Warner North, Ph.D.                                        62

1          event.
2     BY MR. BASILE:
3     Q.        You won't be offering any opinion like
4     that, right?
5     A.        Certainly not based on what I know
6     today.
7     Q.        Do you know whether anyone offsite
8     adjacent to the Rocky Flats Plant has been exposed
9     to beryllium coming from the Rocky Flats Site?
10    A.        That was really not within my scope.
11    Q.        Do you know?
12    A.        Let me ask you to clarify that question.
13    I have not investigated that issue.  I am party to
14    some anecdotal information that there may have
15    been such exposures.  I did not investigate these
16    issues in detail.
17              Most of my focus was on management
18    of beryllium within the plant facility and
19    information with regard to worker exposure in
20    subsequent cases of beryllium-induced disease on
21    the work force, but I can't say that I don't know
22    entirely, because I do have some anecdotal
23    information that there may have been offsite
24    exposures.

DelCasale, Casey, Martin & Manchello   (215) 568-2211

1    the radiological safety occupational health and
2    safety performance.
3    Q.          Is it your understanding that there is
4    any OSHA claim in this case?
5    A.          I know of no OSHA claim in this case.
6    Q.          Is it your understanding that this case
7    involves a class of workers at Rocky Flats?
8              MR. CRAMER:  Objection.  It
9           involves two classes, the property class
10          and the --
11   BY MR. BASILE:
12   Q.          I am asking for your understanding,
13   Doctor.
14   A.          I am not aware that there is a distinct
15   worker class in this case.
16   Q.          Have you assessed any probabilities of
17   any of the conduct that you discuss in Pages 45
18   through 47 on radiological safety?  Have you
19   assessed any probabilities of that resulting in
20   any harm to anyone offsite?
21   A.          No, I have not assessed such
22   probabilities.
23   Q.          As a result of the management issues
24   that you discussed in Section (ii) Radiological