IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  October 25, 2005                              Reporter: Gwen Daniel
                                                     Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                                Merrill Davidoff
                                                     Louise Roselle
Plaintiffs,                                          Peter Nordberg

v.

ROCKWELL INTERNATIONAL CORPORATION                   David Bernick
and THE DOW CHEMICAL COMPANY,                        Douglas Kurtenbach
                                                     Ellen Ahern
Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Twelve**

**8:51 a.m.      Court in session.**

Jury not present.

Discussion regarding exhibits.

**ORDERED:** Plaintiffs' Motion Concerning Exhibits P-1239 through P-1249 (Doc. No. 1534), filed October 24, 2005, is granted.

    **Exhibits received: P-1239 through P-1249**

9:00 Jury present.

Continued direct examination of Mr. Lipsky by Mr. Davidoff.

    **Exhibits received: P-1273, P-1274, PG-586, P-1278, PG-587**

**10:20 a.m.     Court in recess.**
**10:40 a.m.     Court in session.**

Jury not present.

Discussion regarding note from jury.

Jury present.

Continued direct examination of Mr. Lipsky by Mr. Davidoff.

    **Exhibits received:  PG-587, PG-588, PG-589, P-1257, PG-590, P-1269**

Jury excused.

Discussion regarding trial schedule, deposition designations and response to the consumer price index motion.

**12:05 p.m.    Court in recess.**
**1:25 p.m.     Court in session.**

Continued direct examination of Mr. Lipsky by Mr. Davidoff.

    **Exhibits rejected: P-1320, P-1195**

**2:32 p.m.     Court in recess.**
**2:52 p.m.     Court in session.**

Argument by counsel.

Jury present.

Cross examination of Mr. Lipsky by Mr. Bernick.

Jury excused.

Discussion regarding communication with witnesses.

**4:48 p.m.     Court in recess.**

Time in court - 5:57.  Trial continued.