IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: October 26, 2005　　　　　　　　　　Reporter: Gwen Daniel
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,　　　　　　　　　　Merrill Davidoff
　　　　　　　　　　　　　　　　　　　　　Louise Roselle
Plaintiffs,　　　　　　　　　　　　　　　Peter Nordberg

v.

ROCKWELL INTERNATIONAL CORPORATION　　　David Bernick
and THE DOW CHEMICAL COMPANY,　　　　　　Douglas Kurtenbach
　　　　　　　　　　　　　　　　　　　　　Ellen Ahern
Defendants.　　　　　　　　　　　　　　　Mark Nomellini
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Thirteen**

**8:59 a.m.　　Court in session.**

Jury not present.

Argument regarding witnesses, exhibits and motions.

9:10 a.m.　　Jury present.

Continued cross examination of Mr. Lipsky by Mr. Bernick.

　　　**Exhibit received: DX-1072**

**10:15 a.m.　　Court in recess.**
**10:37 a.m.　　Court in session.**

　　　**Exhibit received: DX-310**

Jury present.

Court reads expert instruction to jury.

Plaintiffs' witness, John Radke, sworn.

Direct examination of Dr. Radke by Ms. Roselle.

**12:04 p.m.     Court in recess.**
**1:20 p.m.      Court in session.**

Continued direct examination of Dr. Radke by Ms. Roselle.

**Exhibit received: P-1323**

Cross examination of Dr. Radke by Mr. Bernick.

**3:16 p.m.      Court in recess.**
**3:39 p.m.      Court in session.**

Continued cross examination of Dr. Radke by Mr. Bernick.

Redirect examination of Dr. Radke by Ms. Roselle.

Recross examination of Dr. Radke by Mr. Bernick.

4:52 p.m.       Jury excused.

Further questioning of Dr. Radke by Mr. Bernick.

Further questioning of Dr. Radke by Ms. Roselle.

Discussion regarding courtroom comments, testimony and redaction.

**5:06 p.m.     Court in recess.**

Time in court - 6:06.  Trial continued.