

CONFIDENTIAL

D. T. SANCHANAL

ROCKY FLATS PLANT

303-966-4361

STARTED     11-19-87

COMPLETED     3-9-88

ROCKY FLATS CLASSIFIED
DOCUMENT

.CRF00078986J

Document sanitized on 11/15/93 by:

R. B. Hoffman
Authorized Derivative Declassifier

P. A. Thelander
Authorized Derivative Classifier

40 954

PLAINTIFFS'
EXHIBIT
P-1243
90-CV-181

UNCLASSIFIED /OFFSITE NOTES ON
2/22/87 DISCUSSION OF WHAT
TO DO ABOUT TSP DOE FINDINGS

WAYNE - WE DON'T HAVE TRACE-
ABLE PROCEDURE & DISCIPL-
INES IN' RUNNING PLT IN
NON-WR AREA

WESTON -
AUDITS ALL LIKE CRITICAL-
ITY & TRANSPORTATION & THEY
KNOW DOE ORDERS
1) WE DON'T KNOW DOE
ORDERS IN OTHER AREAS
2) OUR CONTROL MECHAN-
ISMS NOT CLEAR
3) RESPONSIBILITY NOT
CLEAR.
IS HS&E AN AUDITOR
GEORGE - THINKS SHOULD
BE MORE ACTIVE
1) WE DON'T HAVE AN'
OMBUDSMAN FOR SAFETY

*Is It Classified?*

99

☞ 41,052

KIRBY THINKS HAVE BEING
CARRIERS OF BAD NEWS
ALONE IS NOT GOOD IDEA,
IT'S AKIN TO QA BEING
JUST INSPECTORS HELP
INSTEAD OF HELPERS
ON SOLUTIONS.

HELP
WESTON - AGREES W/ AEW
THAT BLDG MGRS

GENE - START AT JANITOR
LEVEL CLEAN BLDG IS
BTR BLDG
       - RULES ARE "TOO
FLEXIBLE" CAN ALWAYS
FIND REASON FOR EXCEP-
TION.
McN - RULES ARE TOO
MUCH "GRAY AREA" MAYBE
SHOULD BE BLACK & WHITE

41,053                              100

YOUNG - MUST ENGENDER
DIFFERENT ATTITUDE W/
PEOPLE - WE MUST MOTIVATE
THEM TO DO BETTER
JOB & HAVE PRIDE

DENNIS - AGREES RELATIONS
AT PLT AT "ROCK BTM"
& UNION RELATIONS AWFUL-
AGREES W/ ED - NOW IS
TIME TO CHG. UNION
RELATIONS

YOUNG - WE BRUSH FIRE
THINGS & ARE NOT ORGAN-
IZED TO ATTACK PROBLEMS
SYSTEMATICALLY, OUR
WESTON - SAYS ARE WAY TO
ATTACK MAJOR ISSUES ARE
NOT BAD.

BADER - WE JUST CONCEN-
TRATED ON HOUSEKEEPING
& NOT REAL ISSUES PRIOR
TO TSA COMMS. IN. 101
41,054

REVIEWED OMBUDSMAN
COMPLAINTS AND
& FOUND 10 ITEMS

· PRESENTED VG -

- 3 ON BRUSHFIRE

- MTGS, SAFE, HORIZ INTEG
· ALL BOARDING THIS CAME
UP W/ SAME BASIC
IDEAS

BW - PLT 35 YRS OLD &
RULES THA ARE BASIC
OLD RULES & WE WERE
OK - NOW TIMES ARE
CHANGING & OLD WAY
ISN'T GOOD ENUF
& HSLE SHOULD BE ALLOWED
TO HAVE STOPWORK.
AUTHORITY

BEE CAN STOP TRUCK &
JOHN CAN RED TAG
OPERATION

MORALE AT LOW POINT
IN PLT.

GENE - MORALE [UNCLASSIFIED]
BECAUSE PEOPLE NOT
CONCERNED ABOUT FUTURE
JOB
I THREW IN WE'RE NOT
TALKING TO PEOPLE &
BILL AGREES
HOOD SAYS SOME COM-
PLAINTS NOT BAD
MO
MIKE - WEDGE GETTING
WIDER IN RELATIONS AT
ALL LEVEL
BETWEEN RI & REFAO
IT'S WIDENING TODAY -
NOW WE'RE SEPARATE
TARR SAYS THAT'S WHAT
HQDTRS WANTS & REGULATORS
VS. COORDINATED TEAM
WORK. NUC. NAVY WAS
VERY AUTOCRATIC
(SKIP 3 PGS)    10 3
41, 05

UNCLASSIFIED

This page intentionally left blank.

UNCLASSIFIED

41,057

104

1. SAFETY vs PRODUCTION · EMPLOYEES ✓
2. FEED BACK LOOP NOT WORKING
3. LOW END OF RADIOLOGICAL PROTECTION PROG. ✓
4. WORKER RELATED PROBLEM
5. CONTRACTOR SELF INVOLVEMENT PROG IS KEY ✓
6. TALK TO OTHERS
7. PROCEDURES REVIEW ✓
8. TRAINING
9. DISCIPLINE ✓
10. REMEDIAL ACTION PROG · NEEDED ✓

@ 41,058

105

UNCLASSIFIED

41,059

106

UNCLASSIFIED

2-17-88

TALK TO SUE & JOHN
FROM IT

ADVICE - CREDIBILITY DEM
HE COULD LOOK AT
OUR R.P. PROG. & TELL
~~HIM~~ ME HOW TO IMP-
ROVE IT.

- 3 DAYS/MO MAX

2/17 TALK TO DAN GARLAND

- TALKED ABOUT TEAM
IMPORTANCE
- PEOPLE ELEMENT IS
TOUGHEST PART OF
QA PROGRAM
- CORRECTIVE ACTION
& TREND ANALYSES
- CORRECTIVE ACTION!

10

41,060

CONFIDENTIAL

*Is It Classified?*

~~CONFIDENTIAL~~

How V ESTABLISH
RESPONSIBILITY FOR
WHAT AN ORG DOES.
ASME COMM WRITING
NQA-1
Company Comm Rpt —
NRC COMM. DESTROYED
CO INDUSTRY SELF HELP
'80-'81

Is It Classified?



UNCLASSIFIED

41,061

208

2/18  TALK TO JACK
CORLEY

· MORE QUESTIONS
· ATTITUDE PROBLEM &
     MUST BE CORRECTED
· KEY IS 1ST LINE SUPR.
· DP MUST GIVE US $
     FOR SAFETY IMPROV.

· PRIMARILY DP

· DOE/LAP PROG. FOR DOE
     BEING RUN @ INEL
     & ASSURED LEVEL OF
     PERF.

Is It Classified?
(U)

41,062   CONFIDENTIAL

10 9

UNCLASSIFIED

This page intentionally left blank.

41,063

110

UNCLASSIFIED

CONTINUING ON OFF-
SITE SESSION W/ STAFF

MIKE - ALARM IS A TRAP
& STUPID & EXCUSE
FOR DOING THINGS
RIGHT - "REASONABLY
ACHIEVABLE" MAY BE
WRONG, McCARTHY JUST
ORDERS IT.

WAYNE - WE DON'T HAVE
PARAMETERS ON WHAT
IS SAFE, FOR EG-, IN
LINES.

MIKE - DOESN'T UNDERSTAND
WHITSETT PHILOSOPHY VS
STARDSTEICKI
   - MIKE REMEMBERED
THAT AIR MONITORS
SAID COUNT
GOING UP WHEN THEY
WERE "YELLYING" BARKS
SAID WE SCREWED UP
41,084

CONFIDENTIAL

Is It Classified?

GEORGE - SAYS JOB DESCRIP-
TION SAYS HE HAS RT.
TO SHUTDOWN THINGS - BUT
HE DOESN'T DO IT.
BADER - SAYS EVEN IF WE
THINK WE HAVE AUTHOR-
ITY TO S/O DO WE HAVE
RULES
    WE KNEW ABOUT OUR
PROBLEMS & NOT DOING
THINGS
JOHN R - AGREES W/ CHRIS
    OUR CULTURE SAYS PRO-
DUCTION IS MOST IMPT
& WE CONDONNED MAR-
GINAL SAFETY PRAC-
TICES - BUDGET MAKE
PRODUCTION MORE IMPT
THAN SAFETY
    "FACILITY IS BORDER-
LINE" - ARE WE OPERA-
TING TO PROPER CORPOR-
                41,065

Is It Classified? In (n)

ATE RULES BECAUSE OF
CDAF - SHOULD WE BE
$1/YR GUYS
- WE ARE MICRONANAG-
ING
- LIKES INFO & THINKS
THEY CAN HELP US.
MIKE - SAFETY VS PRODUCTION
USED DB ARL AS EG. OF
JUST GOING PRODUCTION
& NO SAFETY RELATED
ISSUES
- RELATIONS W/ DOE
AFFECTED BY APL RULES
MIKE GAVE LAY-OFF
EG & HOOD ARGUED
W/ HIM.
RON S. - PROCEDURES, WE
. DECENTRALIZED & NOW FUNC-
TIONS MUST CARRY THEIR
SHARE OF LOAD.

UNCLASSIFIED 113

41,066

R. Smith (cont) - WE DON'T HAVE
A GOOD SYS.

WESTON - DO WE EVER GO
TO ALL SAFETY RELATED
MONTHLY MTGS - SAID
WE CAN WORK OUR WAY
OUT. I ASKED DO WE
WANT TO WORK OUR
WAY OUT OF THIS

BW - AGREES W/ WESTON THAT
JWHITSETT MAY BE MORE
CORRECT THAN WRONG

BAKER - DISAGREES W/ WHIT-
SETT PHILOSOPHY OF
GETTING TOO DETAILED
& LOSING SITE OF
OVERALL PLAN FOR
PLT. - WE ARE NOT
WORKING DISCIPLINE

DOM - TRIED TO TRIGGER
FEEDBACK LOOP NOT
WORKING DISCUSSION

41,067

Is It Classified?

Is It Classified?

BILL - PICKED UP ON MY POINT
& SAID WE GIVE UNION
TOO MUCH CREDIT FOR
THEIR AUTHORITY - WE
FAIL IN EXERCISING
OUR AUTHORITY

KIRBY- WE DON'T KNOW
THINGS FROM OUR GRP.
DON HOW DOES HE RE-
LATE & COMMUNICATE
W/ HIS PEOPLE

BILL - SAYS HE HAS
PROBLEMS BECAUSE HE
HAS MIDDLE MANAGE-
MENT PROBLEM.

GENE - PEOPLE DON'T FEEL
GOOD ABOUT TALKING
TO THEIR MGRS

BILL - GOT ON BILL KIS
MENTIONING THEY DON'T
HAVE LOYALTY TO RI
THEN ASKED DID WIAK

115

411,068

UNCLASSIFIED

THINK WORKER IS LOYAL
TO MIDDLE MGR.
WESTON THINKS ALL BIG
ORGS HAVE COMMUNICA-
TION PROBLEM & HE
DOESN'T HAVE GOOD
FEED BACK
GENE - THINKS THERE WAS
A TIME WHEN U NEVER
WERE ALLOWED TO TAKE
~~ANY~~ BAD NEWS TO
SR. MGMT.
WRK - WENT TO KSC AFTER
FIRE -SAID WHAT SOLVED
PROBLEM WAS INSTITU-
TION OF "DISCIPLINE"
& EVERYTHING BEGAN
TO STRAIGHTEN OUT.
GENE - 1802 SAYS EVERYBODY
SHALL WASH HAIR &
WE CAN'T ENFORCE
IT.

41,069

116

Is It Classified?

WESTON - BROUGHT UP LEAN-
ING EARLY & I SAID
I WILL GET TOUGH

KINZER - SHOULD HAVE MORE
CHKS & BALANCE ### IN
SAFETY LIKE

McKAY - FEEDBACK LOOP
THE CPAF SYS IS A
FAILURE - THEY ARE NOT
GIVING US THE PROPER
FEEDBACK

BADER - DOESN'T THINK
THEY (DOE ALO) DON'T
WANT TO HEAR WHAT
WE REALLY THINK ON
SAFETY ETC -
  - NOA-1 IS STALLED
  - AGREES WE SHOULD
TAKE DIFFERENT
APPROACH TO AEW
ON CPAF

46,870

Is It Classified?

Young - ARE THERE TOO
MANY RULES THAT KEEP
PEOPLE OUT OF AREA
& TALKING TO PEOPLE

Campbell - NEED MORE
FORWARD APPROACH TO
RADIOLOGICAL CONTROL
PROG. - MUST GET TO
OUR INFO TO HABITES

MIKE S - DOESN'T UNDER-
STAND SAFETY ISSUES
LIKE QUAL.

4/0,071)                                    118