[redacted]

ROCKY FLATS CLASSIFIED DOCUMENT

[redacted]

.CRF00078985I

Document sanitized on 11/15/93 by:

R. B. Hoffman
Authorized Derivative Declassifier

P.A. Thelander
Authorized Derivative Classifier

RESTRICTED DATA

[redacted]

PLAINTIFFS' EXHIBIT
P-1249
90-CV-181

6-9-89 MTG w/ DOE
w/ ED GOLDBERG
- HENSON MOORE WILL GIVE PRESS CONFERENCE ON TUES.
- SAF TEAM RON GERTON
- LARRY WINNER (ENV TEAM)
- ROY HOISER
★ - ORG CHARTS FROM DOE
- SET BTAO UP AS NEW FIELD OFF REPORTING TO WASH
- 3 DPTY WERKEMA, FOSTER, RALPH ERICKSON
- EVERYBODY ON HIS TEAM IS TEMPORARY & WILL FILL OUT HIS STAFF IN THE NEXT 2-3 MOS.

UNCLASSIFIED

52

40,720

UNCLASSIFIED

This page intentionally left blank.

53    UNCLASSIFIED    40,721

6/ Talk to Goldberg **UNCLASSIFIED**
- Reinforce R'tor
- Security
- Walk Around
- ~~See~~ Sat.
    - 971, 374, 774, ATMX cars
\* - Envir. Liability on Fed Facil

**UNCLASSIFIED**

54

40,722