**Karen Markert**

| | |
|---|---|
| **From:** | Peter Nordberg [pn@nordbergonline.com] |
| **Sent:** | Mon 10/17/2005 7:35 PM |
| **To:** | Merrill Davidoff; David Sorensen; Ellen Noteware; Jenna MacNaughton-Wong; Karen Markert; 'Gary B. Blum'; 'Holly Shook'; 'Louise Roselle'; 'Jean M. Geoppinger' |
| **Cc:** | |
| **Subject:** | FW: Continuation of McKay Deposition |
| **Attachments:** | |

**From:** Mark Nomellini [mailto:mnomellini@kirkland.com]
**Sent:** Monday, October 17, 2005 1:27 PM
**To:** pnordberg@bm.net
**Cc:** Douglas Kurtenbach; John Tangren; Daniel Rooney
**Subject:** Continuation of McKay Deposition

Peter,

Plaintiffs limited the time for McKay deposition to approximately 2 hours. After the deposition, the Court ruled that depositions were not to be limited to a period of less than seven hours. Please let us know as soon as possible when plaintiffs will make McKay available so that his deposition can be continued. Thanks.

***************************************************************

The information contained in this communication is

confidential, may be attorney-client privileged, may

constitute inside information, and is intended only for

the use of the addressee.  It is the property of

Kirkland & Ellis LLP or Kirkland & Ellis International LLP.

Unauthorized use, disclosure or copying of this

communication or any part thereof is strictly prohibited

and may be unlawful.  If you have received this

communication in error, please notify us immediately by

return e-mail or by e-mail to postmaster@kirkland.com, and