# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

John Tangren
To Call Writer Directly:
312 861-2002
jtangren@kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 861-2200

October 19, 2005

**VIA EMAIL**

Peter B. Nordberg
Berger & Montague
Apartments at Denver Place - #2812
1880 Arapahoe Street
Denver, CO  80202

        Re:    *Cook v. Rockwell Int'l Corp. and The Dow Chemical Co.*

Dear Peter:

        During his deposition, Charles McKay referred to a series of appraisals he commissioned in the mid-1980s of the assets of the Church family (page 28) and an appraisal he commissioned recently of the Mountain Plains Industrial Center (page 34).  Please produce to us copies of the reports from these appraisals.

        Sincerely,

        John Tangren