# Exhibit 1

# Management of Wastes, Residues, and Risks by Rockwell International at the Rocky Flats Plant

Prepared by

D. Warner North, Ph. D.
Decision Focus Incorporated
650 Castro Street, Suite 300
Mountain View, California 94041-2055

Robert J. Budnitz, Ph. D.,
Future Resources Associates Inc.
2039 Shattuck Avenue, Suite 402
Berkeley, California 94704

Assisted by
Nathan Y. Chan, Ph. D.
Decision Focus Incorporated

November 21, 1996

---

A statement of qualifications and list of recent publications for Dr. North is included as Attachment A, for Dr. Budnitz as Attachment B, and for Dr. Chan as Attachment C. Attachment D is a list of documents considered in preparing this report. Attachment E is collection of additional materials relevant to the report.

(ix)     Criticality

Criticality denotes a potential chain reaction of neutron-induced fissions in special nuclear materials, such as plutonium. The reaction would generate an intense burst of radiation and, in some cases, heat which could trigger a fire. Only a small amount of solid plutonium (a sphere about 5 inches in diameter, or an even smaller one if submerged in water) is necessary to cause a criticality. For plutonium solutions, at concentrations typical of process operations, less than a 4 inch depth of liquid accumulating in a 2 ft. by 2 ft. pit would be sufficient to trigger a criticality.[175] The possibility of inadvertent criticality should mandate considerable caution and the careful development of appropriate safety procedures in handling plutonium and plutonium residues.

An independent assessment in 1989 strongly criticized Rockwell's laxity in assuring criticality safety.[176] A criticality accident at the Rocky Flats Plant could produce a lethal dose of neutron and gamma radiation to workers, could generate heat and fission products, and, in some circumstances, could result in release of radioactive material to the environment. The team carrying out the assessment found many instances of inadequate conditions and management practices, including a buildup of plutonium dust in ventilation ducts, as shown in Figure 36.

> For example, the Team looked for and discovered several kilograms of plutonium in a pipe that serves as an exhaust ventilation duct for some of the gloveboxes in Building 771. ... The plutonium was downstream of the high efficiency particulate air (HEPA) prefilters relied upon to keep plutonium in the gloveboxes. Thus, this plutonium was outside the normal envelope used to control fissile material inventory. This plutonium was in the form of a slurry, and the quantity found was more than enough fissile material for a criticality accident if consolidated geometrically and if a neutron 'reflector' such as water or a human body were present in certain configurations. ... Previous to this study, plant managers had

---

(continued)

[174]  A number of concerns and specific problems related to fire safety are listed among the preexisting conditions listed by Kaiser-Hill at the time that they took over management of the site from EG&G in 1994. See Kaiser-Hill Preexisting Conditions Report of Noncompliance, June 1995. See also the list in the FMRC report, the full text of which we have not yet obtained (footnote 168, supra).

[175]  T. Cochran, Overview of Rocky Flats Operations, Expert Report for Cook v. Rockwell, Table of "Critical Mass Data."

[176]  An Assessment of Criticality Safety at the Department of Energy Rocky Flats Plant, July-September, 1989, Scientech Inc., SCIE-DOE-201-89.

> insisted that this type of plutonium holdup (accumulation) was not happening at the plant, even though exhaust ducts had been specifically suggested by a former employee and ventilation system designer of plant contractor Rockwell International, Mr. James Stone, as a probable location for dangerous quantities of plutonium to collect. The Team found that there may be holdup of significant quantities of plutonium in several other exhaust ducts in the plant. The Team also found evidence that fissile material had been found in the ventilation systems in several buildings at Rocky Flats during past renovations.[177]

The assessment team noted other evidence of lax operational practices, indicating failure of Rockwell International plant management to carry out their responsibilities to assure criticality safety:[178]

> The response to the [newspaper] article prepared by plant managers did not address the substance of the criticality allegation raised. This lack of inquisitiveness by Rocky Flats Plant managers regarding potential safety concerns is viewed by the Team as a significant failure of management. Failure to follow up on such an allegation of unsafe practices should never be tolerated in DOE facilities.

A third example involved the storage of lean plutonium residues in a basement area subject to flooding:[179]

> In the basement of Building 776, where about 300 55-gallon drums of plutonium residue are stored, the team found that the sump pump was inoperable. ... the criticality safety analysis ... could not be found, so it was not clear whether a criticality accident would occur if the room was inadvertently flooded. ... Some of the drums in the room had rusted, and water marks and mineral deposits from external ground water were found... In addition, there are no water level or radiation alarms... such a combination of factors is unacceptable.

Another example was an observed failure to restrain plutonium residue drums against falling in an earthquake:[180]

---

[177] Ibid., at ES-1 to 2.

[178] Ibid., at 2-12.

[179] Ibid., at ES-2 to 3.

[180] Ibid., at ES-3.

The Team is also concerned about the storage of residue drums in Building 371 in a vertical arrangement that makes the drum susceptible to Ming during an earthquake. While this and other buildings are themselves reportedly designed to withstand an earthquake, the arrangement of vertical shelving and the presence of only partially restrained drums on the shelves are considered by the team to be inadequate to protect against the effects of an earthquake. The drums could fall off of the shelves and might create the potential for a criticality accident by piling up on the floor of the building in a configuration for which criticality safety has not been evaluated.

The assessment team reviewed the history of the more than 600 known procedural infractions recorded by the criticality safety program at Rocky Flats Plant since 1962. While the Scientech team did not find evidence of a past criticality accident, the team did find extensive indications of continuing lax practices, "judged to be primarily due to complacency or poor communication on safety matters." .... "[S]ince 1962, there have been about eight serious procedural infractions involving kilogram quantities of plutonium in such a manner that the remaining safety margin to a criticality accident was unacceptable."[181]

Rocky Flats plant management failed to implement the nuclear safety philosophy of defense in depth, and in particular the concept in the DOE nuclear criticality safety guidelines known as the double contingency principle: there must be two independent barriers or impediments between a normal operating condition and a criticality accident. And rather than a vigorous effort to improve safety, the assessment team found that workers were afraid to tell managers their concerns about problems and questionable practices. The assessment team concluded, "The Team ... is not satisfied with criticality safety practices or with the understanding of nuclear safety standards by the workers in the plant."[182]

The overall conclusion we draw from the information available to us is that Rockwell did a poor job in its management of criticality safety.

---

[181]   Ibid., at ES-4. These serious procedural infractions "involved loss of control of a significant amount of fissile material." Two of the eight are from the Rockwell era. In 1981 a worker intentionally loaded five cans containing a total of ten kilograms of plutonium into a "bird cage," a transportation cart limited to only two cans. In 1985 about 12 kilograms of plutonium were allowed to accumulate in a glovebox with an 8-kilogram limit. The report goes on to state, "Almost as significant as these serious infractions is the recurring nature and quantity of the less serious infractions. On the average, about 25 infractions have occurred *each* year since 1962." (emphasis in original).
-- Ibid., at 5-9 to 5-11.

[182]   Ibid., at ES-5.

Toward the end of the Rockwell era, application of probabilistic risk methods to Rocky Flats was beginning, a commendable effort that should have been undertaken earlier. But the results depended on the data and assumptions for the scenarios leading to large releases of plutonium and other dangerous materials. The ACNFS concluded in their final report:[194]

> Rocky Flats has undertaken a review of the 'reasonableness' of risks calculated in the Final Safety Analysis Reports for the individual buildings used in plutonium processing. ... To date, changes made in the analyses have little altered the public risk ascribed to buildings 559 and 707 and have established that the estimated risks are probably small. These conclusions rest upon analysis of releases of radioactive materials which are not well supported by experimental data. Source terms used in the Final Safety Analysis Reports may deserve future examination by oversight bodies.

In our judgment, "may deserve" in the last sentence should have been replaced by "must receive," and "probably small" at the end of the second sentence is not good enough for adequate safety assurance when offsite releases of significant quantities of plutonium are at issue. In the early 1990's efforts were made to upgrade the FSAR analysis. One of us (Budnitz) was directly involved in this effort, visited plutonium processing facilities, and was appalled at the tightly packed processing configuration and poor housekeeping.

The methodology and the approach used in the FSARs suffer from a problem that has affected much use of probabilistic risk assessment: too much emphasis on the risk conclusion, often in the form of a numerical estimate of risk to the public, and not enough emphasis on the insights that could be attained on how to make the facility safer.[195] A review for DNFSB on the Building 707 FSAR noted that

> A more detailed and extended description and discussion of fires that involve plutonium are needed. In particular, the serious fires of 1957 and 1969 should be examined... The question of interest is, how close

---

(continued)
[193]   Operational Readiness Review of the Analytical Chemistry Laboratory, Building 559 at the Rocky Flats Plant, DOE. January 3, 1992, at 16.

[194]   ACNFS Final Report, November 12, 1991, at 143.

[195]   H.W. Lewis, R.J. Budnitz, H.J. C. Kouts, F. von Hippel, W. Lowenstein, and F. Zachariasen, Risk Assessment Review Group Report to the U.S. Nuclear Regulatory Commission, U.S. Nuclear Regulatory Commission, Washington, D.C., NUREG/CR-0400, 1978.

mismanagement led to a situation in which toxic or hazardous substances were released into watercourses which lead to offsite drinking water sources.[113]

**D.   Other Issues Not Developed in the Criminal Investigation**

In addition to the issues described above, which ultimately led to guilty pleas by Rockwell in 1992, we have identified additional issues which, although not showing a definitive criminal violation, nevertheless point out a continuing and widespread pattern of management deficiencies and negligence. These issues are briefly elaborated in this section. In our judgment, the most significant of these was the build-up of residues in conjunction with poor safety practices, leading to an increased risk of an accident causing an uncontained release of plutonium.

The laxness and deficiency of Rockwell's management contrasted sharply with stated Department of Energy policy. James Watkins, the Secretary of Energy during the last year of Rockwell's operation, emphasized the potential for harm and the necessity of good safety practices to prevent accidents before they happen.[114]

(i)   Beryllium Exposure

Rocky Flats used a number of hazardous substances in addition to radionuclides. Beryllium is a key component of nuclear weapons design and manufacture, and weapons parts were fabricated at Rocky Flats since 1958. Beryllium is a probable inhalation carcinogen, and chronic or acute exposure can result in lung disease. A primary safety concern is inhalation of fine beryllium dust.[115]

The U.S. investigation turned up evidence that beryllium machining was generating beryllium dust and exposing workers.[116]

---

(continued)

[113]   "Rockwell was aware and otherwise knew that its spray irrigation practices caused substantial runoff into the North Walnut Creek drainage ... the South Walnut Creek drainage ... and the Woman Creek drainage."
-- Plea Agreement, at 24.

[114]   Deposition of James D. Watkins, Cook v. Rockwell, April 22, 1996.

[115]   It is our understanding that other plaintiff expert reports address offsite beryllium exposure and its health consequences.

> MR. WOLPE: These workers were exposed over many years to a material that was known to be highly toxic by the managers of this project; is that correct?
>
> MR. LIPSKY: There was awareness, yes by the managers.
> ...
> MR. WOLPE: But even before the [National Jewish Hospital] testing occurred, it was understood by those who were responsible for overseeing this manufacturing process that the beryllium was indeed a toxic product; had these elements of toxicity and would, in fact, produce physical harm?
>
> MR. LIPSKY: Yes, yes.[117]

DOE had issued an order mandating that OSHA standards apply to its facilities, but DOE had neglected to publish the order in the Federal Register as required. Since the rule was not properly promulgated, the US Attorney's Office believed there was not an adequate basis for criminal charges. Therefore, the federal investigation did not further pursue the beryllium exposure issue.

Up to 2,500 workers were potentially exposed, and DOE provided a grant to the National Jewish Hospital in Denver to run tests on the workers. At least 26 workers have been diagnosed with chronic beryllium disease since 1984.[118] One was a secretary who was exposed when her work area was renovated in February 1989. After duct work was opened, she developed itching and raised lesions on her scalp which she attributed to the dust generated from the renovation.

---

(continued)

[116] "Anyway, before the search we were told about the problem that beryllium parts were machined without the use of a cutting oil. So the dust and the chips were unabated and went up into the air. People were not necessarily wearing respirators, and they were breathing this beryllium."
-- Testimony of Jon Lipsky, Hearings, supra, at 663.

[117] Hearings, supra at 664. Mr. Wolpe is Congressman Howard Wolpe, Chair of the House Subcommittee on Investigations and Oversight.

[118] K. Kreiss et al., Epidemiology of Beryllium Sensitization and Disease in Nuclear Workers, Am. Rev. Respir. Dis, v. 148, 1993, at 985-99 1.
According to the *Rocky Flats Crossroads*, Vol. 2. No. 18; September 9, 1996, 62 cases of chronic beryllium disease have now been diagnosed among current and former Rocky Flats employees, and 117 other employees have been diagnosed as sensitized, implying that they are at significant risk of developing chronic beryllium disease.

A DOE Special Assignment Environmental Team review in August 1989 found that the Rocky Flats procedures for monitoring beryllium emissions did not comply with either the requirements of the EPA National Emissions Standards for Hazardous Air Pollutants (NESHAPS) or the Colorado Air. Pollution Regulations.[119] This review recommended supplementing the existing monitoring to determine the maximum emissions in a 24-hour period from the beryllium monitoring and processing areas. Rockwell had failed to determine what monitoring was required to assure compliance with federal and state law.

A recent review for the Department of Energy compared the management of beryllium exposures at Rocky Flats, two other sites in the US nuclear weapons complex (Oak Ridge Y-12 plant and Lawrence Livermore National Laboratory), and a site in the United Kingdom (Atomic Weapons Establishment Cardiff Facility).[120] The authors concluded that:

> The Rocky Flats plant implemented significantly less controls on beryllium processing than the three [other] facilities. In addition, records were less available, management and industrial hygiene staff turned over regularly, and less control was evident from a management perspective.[121]

Compared to other facilities in the US and United Kingdom weapons complex, Rocky Flats was significantly worse in its management of exposure to beryllium.

(ii)     Radiological Safety

Radiological safety and practices have been criticized over a period of time by outside auditors and by Rockwell itself. A number of Technical Safety Appraisals (TSAs) have been conducted on a plant-wide and individual building basis, by DOE Headquarters and by Rockwell. In one instance, in October 1988, the safety margins in Building 771 became so inadequate that DOE Albuquerque Operations ordered the shutdown of the

---

[119]   Assessment of Environmental Conditions at the Rocky Flats Plant, Golden Colorado, Special Assignment Environmental Team, U.S. Department of Energy, August 1989, at 2-5.

[120]   J.S. Johnson, K.L. Foote, J.W. Slawski, and G.C. Cogbill, Estimation of Beryllium Exposure Assessment and Control Programs at AWE, Cardiff Facility, Rocky Flats Plant, Oak Ridge Y-12 Plant and Lawrence Livermore National Laboratory, Phase I Report, UCRL-ID-120878, June 1995.

[121]   Ibid., at 12.

Rockwell Management of Wastes, Residues, and Risks
D.W. North and R.J. Budnitz
November 21, 1996   Page 46

building the next day.[122]  Radiation protection has been a recurring problem noted by successive TSAs in September 1986, January 1987, March 1988, and September 1988.[123] In particular, the March 1988 TSA noted that

> ... the large number of repeat concerns from previous technical safety appraisals of Rocky Flats facilities found in this appraisal (39) raises questions regarding management's full commitment to, and/or involvement with, safety.
> ...
> The pervasiveness of the deficiencies in the radiological protection program are symptomatic of a program that has not had adequate management attention.[124]

Rockwell management failed to instill a priority on safety commensurate with the potential consequences.  Rockwell's own self-assessment reached much the same conclusion:

> Management at Rockwell - Rocky Flats Plant is not fully committed to the safety and health of its workers *and the public among whom they live nor the environment in which they live*.  Management at the Director level and above is committed to safety of the plant and workers ... They are not necessarily committed to meeting all the requirements, standards and criteria promulgated by DOE.
> ...

---

[122]   GAO, Award Fees at Rocky Flats Do Not Adequately Reflect ES&H Problems, RCED-90-47, October 1989, at 16. See also the deposition of Albert Whiteman, at 174.

[123]   Technical Safety Appraisal for Building 707, DOE Headquarters, September 1986.
Technical Safety Appraisal for Building 771/774, DOE Headquarters, January 1987.
Technical Safety Appraisal for Building 776/777, DOE Headquarters, March 1988.
Overview Technical Safety Appraisal, Rockwell International, September 1988.

[124]   Building 776/777 TSA, supra, at 4.

> "The lack of a positive safety attitude at all levels within the organization was observed; this was judged to be the most significant concern in the personnel protection area.
> ...
> A good share of the deficiencies found by the appraisal team indicates a breakdown in the classical management responsibilities to organize, direct. plan and assess the safety of the activities."
> -- Ibid., at 4, 8.

Rockwell Management of Wastes, Residues, and Risks
D.W. North and R.J. Budnitz
November 21, 1996   Page 47

> All Building Managers interviewed portrayed their primary function to be meeting production goals but safety as an important, but lower, priority.[125] (emphasis added)

Rockwell's occupational safety and health performance also points out the deterioration in safety practices. An analysis of Rockwell's performance for 1981-1986 notes that "Rockwell's safety and health performance is significantly higher (worse) than the Department's production contractor averages for the same period."[126] This same document noted that the performance "has degraded since 1984" so that by the time of the analysis, Rockwell was ranked last among 15 DOE production contractors.

Albert Earl Whiteman, who had management responsibility for Rocky Flats from the DOE Rocky Flats Area Office, had recognized shortly after his arrival in the spring of 1986 the need for closer oversight of Rockwell by RFAO with regard to safety and facilities operations.[127] Rockwell failed to correct deficiencies that had been clearly apparent for years prior to the TSAs and the FBI investigation.

### (iii)   Groundwater Contamination

During the course of operations during both the Dow and Rockwell tenures as contractor, routine and nonroutine releases of hazardous and radioactive materials occurred, which transported contaminants into contact with the soil and into groundwater underneath the site.[128] In fact, 12 groundwater is known to be contaminated in many locations, as shown in Figure 25.[129] As one example, the pondcrete issue came about after the solar evaporation ponds were ordered closed and drained, because they were found to

---

[125] Rockwell Overview TSA, supra, at 3.

[126] Analysis of the Occupational Safety and Health Performance of Rocky Flats Plant/Rockwell International 1981-1986 (thru [sic] 3rd quarter), R. Lee, revised by R. Eigher, January 21, 1987.

[127] Whiteman deposition, at 177-8, citing Factual Accuracy Comments for Draft Report of the Rocky Flats Safety Performance Review, letter from A. Whiteman to B. Twining, December 22, 1988.

[128] "By the time ROCKWELL began operating Rocky Flats in 1975, it was well known that the [solar evaporation] ponds were leaking and contaminating the surrounding groundwater."
-- Plaintiffs Sentencing Memorandum, at 51.

"Certain hazardous substances, radioactive mixed wastes, hazardous wastes, or constituents thereof remain on, under, or near the facility, and have been detected in groundwater at the facility."
-- Compliance Agreement, at 7.

[129] Accelerated Site Action Project, DOE, Draft Revision 1, February 1996. The boundaries of the dark plumes shown represent 100 times Maximum contaminant Levels.