# Exhibit 2

1       call it the North and Budnitz report from now

2       on, and you will understand that?

3              THE WITNESS:  Yes.  Although Chan had a

4       lot more to do with it than I did.  A

5       subsidiary to North's principal authorship.

6  BY MR. BASILE:

7  Q.   Was the next thing after this discussion about

8  the Mattson report that you did regarding what was to

9  become the North and Budnitz report?

10             MR. SORENSEN:  Objection, vague.

11 A.   I can't remember.

12 Q.   Do you remember doing anything further

13 regarding what became the North and Budnitz report?

14 A.   Yes.

15 Q.   What is the next thing you remember?

16 A.   I can't remember the next thing.

17 Q.   What's the stuff further that you did that you

18 remember?

19             MR. SORENSEN:  Objection, form, vague.

20 A.   On the subject of the criticality concern,

21 sometime later, I have no idea how much later, North

22 wrote a paragraph or two on that subject which have

23 made its way into this report, and he sent them to me,

24 and I rewrote that paragraph or two.  I think it's been

Robert J. Budnitz 66

1  consolidated into one now, in my own words.
2  Q.  And I just want to get precise here, that was
3  a paragraph regarding criticality?
4  A.  Could I see the report -- yes, it was
5  regarding criticality, but if I could see the report I
6  can remind myself of what we are referring to.
7        MR. BASILE: This will be defendant's
8        Exhibit 1.
9        (Whereupon D-1 was marked for
10       identification.)
11       (Brief pause.)
12       THE WITNESS: I'm looking at pages 62
13       and 63 of the North/Budnitz/Chan report, and I
14       wrote this, although then North and I went
15       back and forth, and he made some suggestions
16       for clarity, and much of these two pages is a
17       quotation, or actually three different
18       quotations, excerpts from the, what I call the
19       Mattson -- by the way, the Mattson report in
20       here is reference 176 of this thing. So for
21       the record you will know what we are
22       discussing, what you call the Scientech
23       report.
24  BY MR. BASILE:

```
 1   Q.        Right.

 2   A.        I think.  Let me look.  And it was

 3   July-September '89.  I thought it was was early '90,

 4   but my memory was not exact.

 5   Q.        Let me ask you --

 6   A.        In answer to your question, so I wrote the

 7   original text that's here, although North and I went

 8   back and forth about it.

 9   Q.        Let me make sure I understand exactly what we

10   are talking with.

11             You wrote, you were the principal author

12   of page 62 and page 63; is that right?

13             MR. SORENSEN:  Objection.

14             Mischaracterizes his testimony.

15   Q.        You can tell me, just tell me.

16             Did you write 62 and 63?

17   A.        I was the original author of that, but North

18   had some imprint on it.  After all, this was mostly

19   North's report, and there was certainly some style

20   input that he had, and so on.

21   Q.        Did you write page 64?

22   A.        Yes, although I did not dig out the footnote.

23   I think Nathan Chan did that, and I did not dig out the

24   first paragraph of text on page 64.  Either Nathan Chan
```

1   or North did that. But this is an important piece of
2   my contribution to this overall report.
3              I had only a small contribution of this,
4   and that's a piece of it.
5   Q.      Let's for now, for ease of reference for all
6   of us, try to figure out what it was that you wrote in
7   the report.
8              As I understand, you were, as you put it,
9   the original author of pages 62 through 64. Are there
10  any other parts of the report that you wrote?
11  A.      Only there is a section somewhere later in
12  which, here it is on page 69, right in the middle there
13  is a sentence with my name in it in parenthesis. And I
14  certainly wrote that sentence in conjunction with
15  North's follow on from the previous paragraph, and that
16  sentence reflects my work.
17             I believe that except for those, that's
18  the only thing in here that I wrote.
19             MR. SORENSEN: Just for clarification,
20         counsel, when you are asking about writing,
21         you are distinguishing that from assistance in
22         preparation; is that right?
23             What are you talking about when you use
24         the word "wrote" in your questions? I want to

1        make sure the record is clear about that.
2                THE WITNESS:  I can clarify what I
3        meant.
4   BY MR. BASILE:
5   Q.        Okay.
6   A.        I was the original author of this, although
7   North --
8   Q.        When you say this what do you mean?
9   A.        Of what I just said, pages --
10  Q.        62 through 64 and the one sentence on 69?
11  A.        Yes.  Although North had to get it into the
12  form, and he may have done some editorial stuff, and
13  the footnote that I mentioned, and somewhere along the
14  way he asked me to expand slightly my discussion of how
15  criticality works, which is the very first paragraph
16  page 62, where he asked me to write down in 50 words or
17  less, defining criticality, just introducing.  I wrote
18  that on his suggestion.  I hadn't originally written
19  it.
20               And except for those I don't believe there
21  is anything else here that I wrote as the original
22  author.
23               The only other contribution I made here
24  was I read and made some comments to him in the context

1   knitting, if you know what I mean, that -- anyway, I

2   had not come across anything, and I told him that.

3   Q.       Now, as regards Rockwell, in this case the

4   opinions you are offering relate to criticality issues;

5   is that correct?

6                MR. SORENSEN:  Objection.  Vague, form,

7        foundation, also asks for a legal conclusion.

8   A.       In part.

9   Q.       What else are you offering an opinion on

10  regarding Rockwell?

11  A.       I pointed you to some text on page 69, which

12  is not related to criticality, and I had occasion to

13  study some of the subsequent environmental monitoring

14  on- and off-site, post-1975, in the context of my

15  development of the paper on the 903 Pad, and I

16  certainly know that anything post-'75 that was done by

17  the contractor, the contractor was now Rockwell, and I

18  would if asked be prepared to discuss something that's

19  in the report that is post-'75, in my 903 Pad report --

20  Q.       That relates to 903 issues?

21  A.       Yes.  However, I just want to repeat, there is

22  nothing else in North's report that I wrote or am

23  responsible, intellectually responsible for having

24  written.

299

ROBERT J. BUDNITZ, Ph.D.

1  And any desires that defendants may have
2  for the first lawyer to continue the
3  questions is not something that we will
4  necessarily agree to, given that it was the
5  defendant's choice to send Mr. Tully today
6  who was not here yesterday.
7      That's all we have.
8      MR. TULLY: I understand that we're
9  going to agree to disagree on that point.
10 BY MR. TULLY:
11 Q.    All right, let's get to what I'm here for,
12 Dr. Budnitz, and that is your other two reports:
13 Ones dealing with the 903-Pad and waste management
14 practices during the Dow era; and fires and other
15 incidents that occurred during the Dow era.
16      And as I think we stated off the
17 record, you understand that you're still under
18 oath?
19 A.    Yes, I understand that.
20 Q.    All right.
21 A.    From yesterday.
22 Q.    And bear with me a moment here. Your
23 degrees are in physics, right?
24 A.    Correct.

300

ROBERT J. BUDNITZ, Ph.D.

1  Q.   And up until approximately the mid 1970s,
2  your work was primarily in the area of experimental
3  and theoretical physics?
4  A.   Actually it was never in theoretical
5  physics; it was experimental physics.
6  Q.   Experimental physics?
7  A.   I stopped doing experimental physics in
8  1971.
9  Q.   All right. And up until that point in
10 time, your work had been done in experimental
11 physics?
12 A.   Correct.
13 Q.   Okay. And I think, as you noted in your
14 report, that today your particular expertise is in
15 analyzing the safety of nuclear installations in
16 regards to their resisting natural phenomena, such
17 as tornadoes, earthquakes, et cetera, et cetera?
18 A.   It's one of the areas where I have
19 particular expertise.
20 Q.   All right. What are the other areas in
21 which you have particular expertise?
22 A.   I have a very broad and particular expertise
23 in understanding how safety of nuclear
24 installations is assured through design,

1           make sure the record is clear about that.

2                THE WITNESS:  I can clarify what I

3       meant.

4   BY MR. BASILE:

5   Q.      Okay.

6   A.      I was the original author of this, although

7   North --

8   Q.      When you say this what do you mean?

9   A.      Of what I just said, pages --

10  Q.      62 through 64 and the one sentence on 69?

11  A.      Yes.  Although North had to get it into the

12  form, and he may have done some editorial stuff, and

13  the footnote that I mentioned, and somewhere along the

14  way he asked me to expand slightly my discussion of how

15  criticality works, which is the very first paragraph

16  page 62, where he asked me to write down in 50 words or

17  less, defining criticality, just introducing.  I wrote

18  that on his suggestion.  I hadn't originally written

19  it.

20              And except for those I don't believe there

21  is anything else here that I wrote as the original

22  author.

23              The only other contribution I made here

24  was I read and made some comments to him in the context

```
 1    of a technical review in order to say to him -- I can
 2    remember the details -- some areas seemed to me to
 3    require more clarification or a missing citation or the
 4    like, but it was reviewed.  I did not write anything
 5    else, nor am I intellectually responsible for the rest
 6    of this body about Pondcrete, spray irrigation.  That
 7    is not -- RCRA -- that's not an area of my expert.
 8    Q.        I think it might be useful if we went through,
 9    it might streamline the whole day if we go through, so
10    that we are just certain, what it is that you were
11    intellectually responsible for in the report and what
12    not.
13              Why don't we turn to the table of
14    contents.  Start with Roman Numeral 1, 1A, waste and
15    residues at Rocky Flats.
16              Did you have any responsibility for that
17    section of this report?
18              MR. SORENSEN:  Objection.  Are you in
19         your question limiting him to looking at the
20         table of contents?
21              MR. BASILE:  He can look at the --
22    BY MR. BASILE:
23    Q.        Doctor, I just want to figure out what it is
24    that you can talk about in the report that you are
```

1   environment or on people, an area about which I'm not
2   an expert in anyway; and, in fact, that I wasn't to
3   concern myself about various issues that arose that
4   involved the Rockwell era, as well, except insofar as
5   they involved the Dow era; that is, my assignment was
6   to be limited to the Dow period just as a matter of, as
7   he described it, the plaintiffs using their resources
8   most effectively.
9   Q.      Did he tell you who was going to be the expert
10  handling MUF issues?
11  A.      Yes.
12  Q.      And who did he say that was?
13  A.      Thomas Cochran.
14  Q.      Did he tell you who was the expert that was
15  going to be handling the impact of releases on people?
16  A.      I don't remember whether he did.
17  Q.      Have you read any reports of any of the other
18  experts for the plaintiffs in this case?
19  A.      I've read Cochran's report.
20  Q.      On MUF?
21  A.      Yes.  Cochran has two reports.  I've also read
22  Cochran's overview report.  I read a report by Dr.
23  Goble, and I've read a report by Dr. Smallwood.  And
24  there is a report that North and I have authored

1  assignment. And secondly, to analyze management
2  practices related to the two large fires in 1957 and
3  1969.
4           He also was careful to explain that, of
5  course, what I was looking at was the technical things
6  that happened about which I'm an expert, and putting
7  them in the context of the way Dow was managing those
8  technical things, and that's the thrust of my
9  assignment.
10          He also explained that I had an assignment
11 to support Dr. Warner North, who was doing a related
12 assignment during the Rockwell era between 1975 and 15
13 years later, when issues came up about which I was an
14 expert that North thought perhaps he himself was not an
15 expert, and that when those issues arose I was to be
16 free to support North through consultation and perhaps
17 even to become a co-author of his report, which at that
18 time wasn't clear and later became the fact.
19 Q.      What wasn't clear?
20 A.      It wasn't clear whether or not I would be
21 become a co-author of North's report, because it wasn't
22 clear whether any issues would arise where my expertise
23 was needed. It just wasn't clear, but that became
24 clear about a year later when some issues arose where I

1   had an expertise and experience that according to
2   Berger & Montague meant it was sensible for me instead
3   of writing something separately to become a co-author
4   of that report for some small defined sections.  But
5   for the first year, certainly from spring of '95 for a
6   year thereafter, my assignments were what I had said,
7   and that's what I did.
8   Q.      Who drafted the two Dow-era reports we have
9   been discussing?
10  A.      The material that's in the 903 Pad report was
11  first drafted by me in a form not very different from
12  the way it is now in the spring of '95 in outline form.
13          I know that because I remember taking an
14  extended vacation in the summer of '95, and taking that
15  along.  So I remember that I had something, but it was
16  a very preliminary draft, and, in fact, it was so
17  incomplete that a lot of what was now in there wasn't
18  even covered.
19          When I came back from that extended
20  vacation, I asked Nathan Chan to assemble and draft
21  some material in early form that I needed to strengthen
22  the augmentation, and he took an assignment to develop
23  from the original sources a detailed chronology of the
24  903 Pad from several documents which I had found, and

1   or North did that. But this is an important piece of
2   my contribution to this overall report.
3              I had only a small contribution of this,
4   and that's a piece of it.
5   Q.    Let's for now, for ease of reference for all
6   of us, try to figure out what it was that you wrote in
7   the report.
8              As I understand, you were, as you put it,
9   the original author of pages 62 through 64. Are there
10  any other parts of the report that you wrote?
11  A.    Only there is a section somewhere later in
12  which, here it is on page 69, right in the middle there
13  is a sentence with my name in it in parenthesis. And I
14  certainly wrote that sentence in conjunction with
15  North's follow on from the previous paragraph, and that
16  sentence reflects my work.
17             I believe that except for those, that's
18  the only thing in here that I wrote.
19             MR. SORENSEN: Just for clarification,
20         counsel, when you are asking about writing,
21         you are distinguishing that from assistance in
22         preparation; is that right?
23             What are you talking about when you use
24         the word "wrote" in your questions? I want to

Robert J. Budnitz                                              64

1  Q.        What was the next --

2            MR. SORENSEN:  Can you read that

3       question back.

4            MR. BASILE:  We're really getting bogged

5       down here.  Read it back.

6            MR. SORENSEN:  The last question.

7            (Whereupon the court reporter read back

8       the record as requested.)

9  BY MR. BASILE:

10 Q.        From now on the report that was signed by

11 yourself, Chan, and North regarding Rockwell era, I'm

12 going to refer to it as the North and Budnitz report.

13 Will you understand that going forward?

14 A.        The title of it is the one that is called

15 Management of Waste in the Rockwell Era or something

16 like that?

17 Q.        Mm-hmm.

18           MR. SORENSEN:  Just for the record, the

19      title of it is Management of Waste Residues

20      and Risks by Rockwell International at the

21      Rocky Flats Plant, dated November 21, 1996.

22           THE WITNESS:  I will understand that is

23      the report.

24           MR. BASILE:  And you and I will just