# Exhibit 4

D. Warner North, Ph.D.                              62

1        event.
2   BY MR. BASILE:
3   Q.        You won't be offering any opinion like
4   that, right?
5   A.        Certainly not based on what I know
6   today.
7   Q.        Do you know whether anyone offsite
8   adjacent to the Rocky Flats Plant has been exposed
9   to beryllium coming from the Rocky Flats Site?
10  A.        That was really not within my scope.
11  Q.        Do you know?
12  A.        Let me ask you to clarify that question.
13  I have not investigated that issue.  I am party to
14  some anecdotal information that there may have
15  been such exposures.  I did not investigate these
16  issues in detail.
17            Most of my focus was on management
18  of beryllium within the plant facility and
19  information with regard to worker exposure in
20  subsequent cases of beryllium-induced disease on
21  the work force, but I can't say that I don't know
22  entirely, because I do have some anecdotal
23  information that there may have been offsite
24  exposures.

1  the radiological safety occupational health and
2  safety performance.
3  Q.         Is it your understanding that there is
4  any OSHA claim in this case?
5  A.         I know of no OSHA claim in this case.
6  Q.         Is it your understanding that this case
7  involves a class of workers at Rocky Flats?
8              MR. CRAMER:  Objection.  It
9              involves two classes, the property class
10             and the --
11 BY MR. BASILE:
12 Q.         I am asking for your understanding,
13 Doctor.
14 A.         I am not aware that there is a distinct
15 worker class in this case.
16 Q.         Have you assessed any probabilities of
17 any of the conduct that you discuss in Pages 45
18 through 47 on radiological safety?  Have you
19 assessed any probabilities of that resulting in
20 any harm to anyone offsite?
21 A.         No, I have not assessed such
22 probabilities.
23 Q.         As a result of the management issues
24 that you discussed in Section (ii) Radiological