# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

JOHN L. KANE, SENIOR JUDGE

Case No.    **90-cv-0181**                     Date    **October 27, 2005**

Case Title    **Cook, et al vs. Rockwell International Corp., et al**

## Plaintiffs' Witness List for Weeks of October 31, 2005 and November 7, 2005

| Witness | Date(s) Testified |
|---|---|
| Dr. Robert Budnitz (4 hours) | |
| Ron Avery (1 ½ hours) * | |
| K. Shawn Smallwood (3 hours) | |
| Dr. Robert L. Goble (3 hours) | |
| W. Gale Biggs (2 hours) | |
| Samuel Cassidy (2 hours) | |
| Dr. Paul Slovic (2 ½ hours) | |
| Dr. James Flynn (2 ½ hours) | |
| Richard Clapp (2 hours) | |
| Rodney B. Hoffman (2 hours) | |
| Richard Kaufman (2 hours) | |
| Charles McKay (2 ½ hours) | |
| Karen Banister (1 hour) | |
| Thomas Cochran (3 hours) | |
| Steve Wing (3 hours) | |
| Karen Whalen (1 hour)* | |
| Gretchen Robb (1 hour)* | |
| Peter Lund (2 hours) | |

| | |
|---|---|
| Joseph Bowman   (1 hour) | |
| Wayne Hunsperger (5 hours) | |
| Depositions to be read during any available time: | |
| Lorren Babb * | |
| James Willging * | |
| James Watkins * | |
| Albert Hazle * | |

* See cover letter - attached as Exhibit "A"