1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

MERRILL G. DAVIDOFF — ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

October 27, 2005

**VIA E-MAIL**

David M. Bernick, Esquire
Mark Nomellini, Esquire
**Kirkland & Ellis LLP**
717 17th Street
Denver, CO 80202

    Re:    *Cook et al. v. Rockwell, et al.*, Civil Action No. 90-K-181:
              Intended Witnesses for Weeks of October 31st and November 7th, 2005

Dear Counsel:

    Attached is the witness call list for the weeks of October 31st and November 7th, 2005. There are certain witnesses who have teaching or other schedules and must appear on certain days. Dr. Goble has to appear on Wednesday, November 2nd. Drs. Flynn and Slovic must appear on Monday, November 7th. The other witnesses are subject to change to accommodate the schedules of these three witnesses.

    We are also unsure when we can schedule Mr. Avery, Ms. Whalen and Ms. Robb. We will call them when we have extra time in the schedule. We have also noted the first four depositions that we expect to read–at any time when there is an opportunity or need because of scheduling difficulties or unavailability of a witness.

    We will serve a new schedule next week after we see how the week progresses.

                                  Very truly yours,

                                  /s Merrill G. Davidoff

                                  Merrill G. Davidoff

MGD/kmm
enc.