

# THE MAJOR ROCKY FLATS FIRES OF 1957 AND 1969 AND OTHER INCIDENTS: INSIGHTS ABOUT MANAGEMENT PRACTICES

Prepared by

Robert J. Budnitz, Ph.D.
Future Resources Associates Inc.
2039 Shattuck Avenue, Suite 402
Berkeley, California 94704

Assisted by

Nathan Chan, Ph.D.
Decision Focus Incorporated
650 Castro Street, Suite 300
Mountain View, California 94041

November 21, 1996

*[signature]*

[Attachment A is a statement of qualifications and background for Dr. Budnitz; Attachment B is a list of Dr. Budnitz' publications; Attachment C is a short statement concerning Dr. Chan; Attachment D is a statement concerning recent involvement in judicial proceedings; Attachment E is a list of documents considered in the preparation of this report; and Attachment F consists of additional figures that support the report.]

### 5.0  A Discussion of the Potentially Catastrophic Releases From the 1969 Fire

In this section I will support my opinion that the 1969 fire could easily have been <u>much worse</u> in terms of radioactive releases both onsite and offsite.

Before going into details, it is useful to repeat one short quote from the 1969 AEC Investigation report[153]:

> "Less than one percent of the total of almost 600 tons of Benelex and Plexiglas shielding was consumed in the fire. Only the <u>heroic efforts of the firefighters</u> limited this burning. Had an appreciable fraction of this shielding burned, there would have been a complete loss of Building 776-777 and its contents and a major release of plutonium to the environment." [emphasis added]

Recent reconstructions of the event based largely on air-monitoring data[154] estimate the amounts of plutonium that were released to the environment. Had the firefighters been a little less "heroic"; had the fire not occurred during a shift change; had more of the shielding burned; there could well have been a major breach of the roof, which was already getting "soft" in at least one area,[155] and as I will demonstrate below the release would have been catastrophic. The potential consequences were so great that countering the possibility by the observation that "it did not happen" constitutes, in my view, a willful and negligent disregard of Dow Rocky Flats' responsibility toward public health and safety.

---

153   AEC Investigation 1969, <u>op. cit.</u>, Vol. III, p. 2

154   ChemRisk, "Project Task 6 Report, Exposure Pathway Identification and Transport Modeling", May 1994, pp. 139 <u>ff.</u>

155   Concerning the soft roof, the AEC Investigation (1969, <u>op. cit.</u>) states as follows:

> "Firefighters sent to the roof saw smoke coming from some exhaust vents. Although there were no signs of fire in the roof, the roof did get soft in one area (near the location of the 4 High Mill, Columns H-G and 6-7.) The roof was sprayed with water and a fire watch maintained until after 5:00pm." [Vol. I, p. 56]

> "The styrofoam insulation on the roof of Building 776 also melted in the vicinity of the high bay area; but the roof was not breached." [Vol. I, p. 69]

39

Please note that approximately 1000 kilograms of plutonium is estimated to have burned in the fire.[156]

The potential for catastrophe was reiterated by H. Giller, who was AEC Assistant General Manager for Military Applications, in testimony before the House Committee on Appropriations in October 1970[157]:

> "[P]lutonium handling facilities containing radioactivity ..... have sufficient material in them during a day's operation and heat generating flammables that are part of the process so that if a major fire to break out and break through the building, that is breach the roof, then hundreds of square miles could be involved in radiation exposure and involve cleanup at an astronomical cost .... In the fire we had last year we kept it in the building. If the fire had been a little bigger it is questionable whether it could have been contained."

To back up my conclusion that the 1969 fire might have resulted in a radioactive release of massive proportions, I offer the following analysis, leading to some approximate estimates of how large the release might have been. Before beginning, I wish to emphasize that I cannot offer a quantitative estimate of the probability that a much larger release might have occurred; but I also offer my judgment, based on the quotations above and my own evaluation, that the probability of a total-loss scenario was a "reasonable" probability, not a "highly remote" probability. Any further quantification of this probability is beyond my current ability to analyze or to judge.

The analysis follows:

<u>The Building Loss Scenario:</u> I will suppose for the sake of this analysis that the onsite firefighters were a little less "heroic" and the building was lost, meaning its ability to retain the radioactivity inside was completely lost. The AEC itself, as in Giller's statement quoted just above, seems to accept that had more of the shielding burned, there could have been a nearly

---

156   The thermal output of the fire was estimated at 100 million Btu, of which 5%, or 5 million Btu, was estimated as coming from the burning of plutonium [AEC Investigation 1969, <u>op. cit.</u>, Vol. I, p. 75]. Plutonium oxidation yields 5.2 Btu/gram [p. 80], from which one derives that about 1 million grams or about 1,000 kilograms of plutonium burned.

157   Hearings before House Committee on Appropriations, 91-2, on Supplemental Appropriation Bill, October 1, 1970, p. 295

complete loss of Building 776-777 and its contents.

<u>Source magnitude:</u>  The following calculations present a rough estimate of the effects of such a narrowly averted disaster.  The objective is not to create a detailed "what-if" analysis, but rather to illustrate the approximate magnitude of the potential threat to off-site individuals.  As discussed above, approximately 1000 kg of plutonium burned in the 1969 fire.  The amount of Pu in Building 776-777 at the time was declassified in 1994, and is either 3557 kilograms (the "book inventory") or 3661 kg (the "physical inventory").[158]  I will use 3600 kg here as a reasonable estimate.

<u>Release magnitude:</u>  Had the roof been seriously breached and the building shell's containment capability completely destroyed (that is, completely opened to the outside environment), then the burning plutonium and shielding would have been directly exposed to the atmosphere, with no ventilation or filtration protection. Of course, only a small portion of the plutonium would have become aerosolized.  The ChemRisk Report[159] cites a study of the release characteristics of plutonium in fires.  The study found that the release fractions depend on the type of material (solid metal or powdered oxide), the duration of the fire, and the air flow rate.  The release fractions into an aerosolized form range up to 0.0003 per hour (on a weight basis).

The 1969 fire burned for approximately 5 1/2 hours.  Only less than one percent of the flammable shielding burned; if a significantly larger amount of shielding had been involved, the fire would have burned much longer.  Here, I will make a conservative estimate that the fire would have burned twice as long, or 11 hours (although it would seem that if a fire were to liberate over 100 times as much heat, much more than twice as long would perhaps have been needed to put it out.)

Assuming an 11-hour fire duration, the plutonium release fraction could have been roughly 0.0033 (0.0003/hour x 11 hours). Multiplying this by the 3,600 kilograms of plutonium that might have been involved in a "complete loss" scenario, I find that 12 kg would have been aerosolized.  This corresponds to about 720 curies of aerosolized plutonium.[160]

---

158     DOE FACTS, "Declassification of the Amount of Weapons-Grade Plutonium Involved in Fires at the Rocky Flats Plant near Denver, Colorado in 1957 and 1969", U.S. Department of Energy, Office of the Press Secretary, date unknown

159     Chem Risk, <u>op. cit.</u>, "Tasks 3 and 4 Report: Exposure Pathway Identification and Transport Modeling," p. 138

160     1 curie of plutonium-239 weighs about 16 grams.

<u>Environmental Transport:</u> The ChemRisk report[161] attempts to reconstruct the transport and dispersion of the actual radioactivity using meteorological conditions from the date of the fire. The ChemRisk reconstruction analysis worked backwards from environmental sampling data to estimate the original source term of radioactivity that left the 776-777 building; ChemRisk's best estimate is that the release of plutonium into the air was 2.8 mCi (millicuries). The ChemRisk concentration isopleth map is shown in my Figure 1 (reproduced from ChemRisk's Task 8 report).[162] The two major isopleths shown represent 0.1 and 0.01 $pCi/m^3$ (picocuries per cubic meter or $10^{-12}$ curies per cubic meter).

My estimated airborne plutonium release from the "complete loss" scenario, estimated above at 720 curies, is about <u>250,000 times larger</u> than the ChemRisk best-estimate of 2.8 mCi for what was actually released in 1969.[163] (I am using this ChemRisk release estimate here without endorsing it, one way or the other: I have not done an independent analysis that would have allowed me to evaluate it.)

<u>Exposures:</u> Because the dispersion models are linear in the source term, the air concentrations that would have arisen from the larger postulated release of the "complete loss" scenario can be determined by "scaling up" from the ChemRisk numbers. This scaling up produces the following result: the 0.1 $pCi/m^3$ isopleth scales to 25,000 $pCi/m^3$, and the 0.01 $pCi/m^3$ isopleth scales to 2,500 $pCi/m^3$.

This means that the air concentrations in the "complete loss" plume would have resulted in about 25,000 $pCi/m^3$ airborne concentrations offsite east of Indiana Street and the Great Western Reservoir, and about 2,500 $pCi/m^3$ concentrations well past Interstate 25 eastward into the city of Westminster.

These are <u>enormous</u> concentrations, by any measure. I am not an expert on the biological effects of large plutonium conentrations such as these. But airborne concentrations in the cited range (thousands to tens of thousands of picocuries per cubic meter) are so much larger than any standard I have seen that they are surely unacceptably large. I believe that if even a modest fraction of these estimated releases were to have occurred, the 1969 fire in my view would have been a disaster unmatched ever in the history of the U.S. nuclear weapons program -- indeed, a

---

161     ChemRisk, <u>op. cit.</u>, Task 6 Report, pp. 139 <u>ff.</u>

162     ChemRisk, <u>op. cit.</u>, Task 8 report, Figure 3-8

163     ChemRisk, <u>op. cit.</u>, Task 6 Report, pp. 156-157

disaster whose environmental and public-health consequences would make it among the worst in this country's history.

The fact that such a large accident did not actually occur should not have been a cause for complacency in the immediate post-1969-fire period. But as the next subsection will discuss, I have concluded that complacency about this danger was present in the senior levels at Dow Rocky Flats.

### 5.1 Evaluation of Dow Rocky Flats' Attitude toward Large Offsite Releases and Risks

As the discussion just above indicates, I have concluded that there was a very real possibility that the 1969 fire could have turned into a major disaster, with catastrophic radiological releases.

Here I will discuss Dow Rocky Flats' attitude toward this likelihood. I will begin with a quotation from the AEC Investigating Board to back up my conclusion that, even after the narrowly averted disaster of the 1969 fire, Dow Rocky Flats still did not seriously consider the possibility of a huge plutonium release and did not take appropriate action. One egregious example of their failure is that <u>contingency plans for ensuring public safety were not developed</u>. The AEC Investigating Board stated:[164]

> "The Dow official in charge of nuclear safety emergency planning advised the Board that there was no need to have plans for possible off-site damage or personal injuries, since it was not possible for serious off-site contamination to occur, and expressed the view that if such contamination were possible the plant should not be located where it is. He seemed singularly unswayed by the fire on May 11 [1969]. The possibility that it might have resulted in a significant off-site release of plutonium was countered by the observation that it did not happen. The same general attitude and approach was reflected by the Dow General Manager's comments when this subject was discussed with the Operating Board members."

Dow Rocky Flats' General Manager, L. Joshel, clearly stated Dow's responsibility to the AEC Investigating Committee:[165]

---

164   AEC Investigation 1969, <u>op. cit.</u>, Volume IV, p. 35

165   AEC Investigation 1969, <u>op. cit.</u>, "Transcript of Statements", June 3, 1969, Vol. 12

43