



THE PAST 30 YEARS AT
ROCKY FLATS PLANT

A summary of experiences and observations at
Rocky Flats Plant over the past 30 years with
emphasis on health and safety.

Edward A. Putzier
Health Sciences Manager
Rockwell International
Energy Systems Group
Rocky Flats Plant
P.O. Box 464
Golden, Colorado  80402-0464

November 1982

Work performed under United States Department
of Energy Contract DE-AC04-76DPO-3533.



PLAINTIFFS'
EXHIBIT
P-63
90-CV-181

HS-330(74):as

EGG2008857

91829

CONTENTS

                                                                              Page

PREFACE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v

Annual Report:  Operations Section,
   Health Physics Division Year 1952 . . . . . . . . . . . . . . viii ff

TECHNICAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

External Dosimetry . . . . . . . . . . . . . . . . . . . . . . . 1

Field Instrumentation  . . . . . . . . . . . . . . . . . . . . . 3

Continuous Air Monitors . . . . . . . . . . . . . . . . . . . . . 5

Respiratory Protection . . . . . . . . . . . . . . . . . . . . . 5

Air Sampling . . . . . . . . . . . . . . . . . . . . . . . . . . 7

The Development of the Wound Counter. . . . . . . . . . . . . . . 12

Internal Dosimetry . . . . . . . . . . . . . . . . . . . . . . . 14

Radiations Associated with Plutonium. . . . . . . . . . . . . . . 19

Problems in Evaluating Internal Plutonium
   Exposures at Rocky Flats--by E. A. Putzier
   July 1966 . . . . . . . . . . . . . . . . . . . . . . . . . . 19 ff

Ventilation and Filtration. . . . . . . . . . . . . . . . . . . . 22

Experiences with Uranium and Beryllium. . . . . . . . . . . . . . 24

Experiences with some Nonroutine Materials. . . . . . . . . . . . 27

Other Technical Information . . . . . . . . . . . . . . . . . . . 29

Chelating Agents. . . . . . . . . . . . . . . . . . . . . . . . . 31

Readiness Capability. . . . . . . . . . . . . . . . . . . . . . . 32

Contamination Control Philosophy . . . . . . . . . . . . . . . . 34

Publications. . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Rocky Flats Publications Dealing with Health
   Physics and Health Physics Instrumentation. . . . . . . . . . 36 ff

EGG2008858

                                                                    _Page_

OCCURRENCES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Early Problems in Building 771 . . . . . . . . . . . . . . . . . . . 37

Chemical Explosion, June 14, 1957. . . . . . . . . . . . . . . . . . 41

Building 771 Fire, September 11, 1957. . . . . . . . . . . . . . . . 44

A Method for Setting Control Guide Levels to
   Stack Releases . . . . . . . . . . . . . . . . . . . . . . . . . 50 ff

Fire at the Filtrate Recovery (FR) Box - Building 771,
   July 1963. . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

Fire in Aero-Tech Unit, Beryllium Shop - February 1964 . . . . . . . 51

Degreasing Explosion, Building 776 - June 12, 1964 . . . . . . . . . 51

Americium Explosion, Building 771 - September 25, 1964 . . . . . . .

Oil Leak From Wastebox - May 4, 1965 . . . . . . . . . . . . . . . . 54

Fire in Lathe Coolant System, Building 776-777 - October 15, 1965. . 54

Breathing Air Occurrences - November 28, 1966 and February 2, 1973 . 57

Incidents Involving Lithium - October 13, 1966 and
   September 11, 1967 . . . . . . . . . . . . . . . . . . . . . . . 58

Fire, Building 776-777 - May 11, 1969. . . . . . . . . . . . . . . . 59

AEC Correspondence Relating to the Rocky Flats Radiation
   Exposure Problems. . . . . . . . . . . . . . . . . . . . . . . . 63 ff

Burials, Outside Storage, and Associated Problems. . . . . . . . . . 64

Some Internal Exposure Problems. . . . . . . . . . . . . . . . . . . 70

Plutonium Chip Can Explosion - August 22, 1971 . . . . . . . . . . . 72

Tritium Occurrence - 1973. . . . . . . . . . . . . . . . . . . . . . 74

ADMINISTRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

Labor Relations. . . . . . . . . . . . . . . . . . . . . . . . . . . 78

Management Organization. . . . . . . . . . . . . . . . . . . . . . . 90

iii

EGG2009859

COOK   APRIL 11 1994   ITEM 19   91031

Page

OCCURRENCES. . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Early Problems in Building 771 . . . . . . . . . . . . . . . . . . 37

Chemical Explosion, June 14, 1957. . . . . . . . . . . . . . . . . 41

Building 771 Fire, September 11, 1957. . . . . . . . . . . . . . . 44

A Method for Setting Control Guide Levels to
    Stack Releases . . . . . . . . . . . . . . . . . . . . . . . . 50 ff

Fire at the Filtrate Recovery (FR) Box - Building 771,
    July 1963. . . . . . . . . . . . . . . . . . . . . . . . . . . 50

Fire in Aero-Tech Unit, Beryllium Shop - February 1964 . . . . . . 51

Degreasing Explosion, Building 776 - June 12, 1964 . . . . . . . . 51

Americium Explosion, Building 771 - September 25, 1964 . . . . . . .

Oil Leak From Wastebox - May 4, 1965 . . . . . . . . . . . . . . . 54

Fire in Lathe Coolant System, Building 776-777 - October 15, 1965. . . 54

Breathing Air Occurrences - November 28, 1966 and February 2, 1973 . . 57

Incidents Involving Lithium - October 13, 1966 and
    September 11, 1967 . . . . . . . . . . . . . . . . . . . . . . 58

Fire, Building 776-777 - May 11, 1969. . . . . . . . . . . . . . . 59

AEC Correspondence Relating to the Rocky Flats Radiation
    Exposure Problems. . . . . . . . . . . . . . . . . . . . . . . 63 ff

Burials, Outside Storage, and Associated Problems. . . . . . . . . 64

Some Internal Exposure Problems. . . . . . . . . . . . . . . . . . 70

Plutonium Chip Can Explosion - August 22, 1971 . . . . . . . . . . 72

Tritium Occurrence - 1973. . . . . . . . . . . . . . . . . . . . . 74

ADMINISTRATION . . . . . . . . . . . . . . . . . . . . . . . . . . 78

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

Labor Relations. . . . . . . . . . . . . . . . . . . . . . . . . . 78

Management Organization. . . . . . . . . . . . . . . . . . . . . . 90

iii

EGG2008860

Page

Safety Emphasis. . . . . . . . . . . . . . . . . . . . . . . . . .100

Radiological Assistance . . . . . . . . . . . . . . . . . . . . .105

Compensation Cases . . . . . . . . . . . . . . . . . . . . . . .106

Correspondence Concerning Compensation Case, Sykes vs
    the Dow Chemical Company . . . . . . . . . . . . . . . . . . .107ff

Professional and Management Development. . . . . . . . . . . . . .109

Potpourri. . . . . . . . . . . . . . . . . . . . . . . . . . . . .111

Pages Concerning Siting Criteria and Land Acquisition
    for Rocky Flats Plant. . . . . . . . . . . . . . . . . . . . .111 ff

Chronological Sequence of Events and Relative Documentation
    in the File. . . . . . . . . . . . . . . . . . . . . . . . . .111 ff

Health, Safety & Environment--1975 to Present (November 24, 1982) . . 122

A Proposed Functional Chart, January 1982. . . . . . . . . . . . .128 ff

Chart of Functions of HS&E Data Management, April 1982 . . . . . . .128 ff

iv

EGG2008861

COOK   APRIL 11 1994   ITEM 19          91032

PREFACE

I have been asked by my Director to spend the final months until retirement in writing about my experiences of the past 30 years. The intent, as I understand it, is to preserve some of the experiences of those 30 years with the possibility of benefiting from some of them.

I am really not sure just now much can be learned from this. Perhaps it may help to correct some of the inaccuracies I have noticed that showed up in presentations used for plant visitors or help in putting together a better story for that purpose. For the most part, this dissertation will reflect my own recollections and perceptions. I am sure, for some of it, the accuracy could be challenged and if proven otherwise, I would gladly yield. Whatever can be used, if any, to prevent future screwups, I hope will be used. If the package is ignored, I cannot do anything about that but I do think I am going to have a great deal of satisfaction in writing it. Where I have information or remember names to give credit for accomplishments, I will try to include them. To those I have forgotten, I apologize. It will be written as a narrative, mostly in the first person but with topical headings for each subject discussed. Undoubtedly, some of my philosophy on technical matters, organization, etc., will be evident.

I have chosen to divide the dissertation into three broad sections: TECHNICAL, OCCURRENCES, and ADMINISTRATION. First off, however, it may be helpful to some readers to relate my assignments as they occurred over the years along with some of the physical Plant changes as I remember them.

While a student in the Health Physics Graduate Program at the University of Rochester in New York, I read in the February 1951 (I think) Nucleonics magazine an announcement of a nuclear plant to be built in Colorado and to be operated by The Dow Chemical Company. Having had enough of the eastern climate, I sent off for an application and was eventually hired. I was one of three from the AEC-sponsored graduate programs hired at Rocky Flats and I felt very fortunate that my assignment was to set up a program in the plutonium area--at that time, Building 771. I reported to the Plant on June 11, 1952, and two days later left for Los Alamos for the rest of the summer for further training and indoctrination. Building 771 was engineered essentially as a copy of the Los Alamos plutonium facility at DP West.

Returning to Colorado on Labor Day, I moved into Building 771 with one subordinate (C. R. "Dick" Johnson) and the two of us spent the next 8 months or so helping with construction inspection, indoctrinating operating personnel in health physics of plutonium, and, of course, getting our own program set up.

To the best of my recollection, it was in May 1953 that the first plutonium nitrate was introduced into the West Chem Line. The line had

EGG2008862

been designed to be run remotely from a control room. It was soon to pass, however, that operator assistance at the line was needed to make the electromechanical and pneumatic devices do their job.

The plutonium nitrate came from Hanford in small florence flask shaped stainless steel containers. As I recall, the flasks contained about 200 grams of plutonium and a 200-gram button was eventually made from the contents of such a container.

The south part of Building 771 was a fabrication area where the buttons were cast into a "hockey puck"-like shape and then pressed to essentially the final component shape. After a very minimum of machining, they were plated with nickel, deposited from nickel carbonyl, a very toxic substance. Building 771 also housed supporting laboratory and radiography facilities.

Building 881, which came into production sometime in the summer of 1953, really was much more complex in appearance and functionally parallelled the operations in Building 771 but was designed to handle enriched uranium through rather extensive chemistry, foundry, and fabrication operations. Additionally, it handled its own recycle of enriched uranium scrap. A supporting laboratory and radiography facility was also in the building.

Building 444 was a vast foundry and machine shop operation for depleted uranium with an associated carbon shop for making molds. Building 991, the first of the four buildings to go into production with components brought in from other sites, was the final assembly building. Security compartmentalization in the early days was very restrictive. I did not have access to any building other than Building 771. Even office people in Building 771 who had no need to go into the operating area had no access to it. This was controlled by having an inside guardpost and an outside guardpost with a complete badge exchange at both places.

Building 123 was the headquarters for Health Physics. In addition to offices, it housed the bioassay laboratories, a dosimetry group, and an electronics shop. Electronics technicians were also assigned to production buildings to support the Monitor group. A group called Site Survey was responsible for on and offsite monitoring surveillance not directly related to any production operation. There was an environmental air sampling network and a water and vegetation-sampling program. Any further detail on the early environmental program can be found in the Environmental Master File.

In August 1955, after my boss and the other two graduate-trained health physicists left the department, I was promoted to Group Leader, Health Physics Operations. This included Health Physics coverage in all production areas and the portion of Site Survey which included onsite surveying and on and offsite air sampling.

vi

EGG2008863

During those early years, in addition to supervising the Health Physics operations out in the Plant, I was also very much involved in developing our external dosimetry program, developing policies relating to internal dosimetry, instrument development, and in general, technical needs of the department as a whole. The team effort and loyalty to each other and to the department from 1952 to about 1970 was without parallel. Administrative and management decisions and reorganization over the past 12 years has, at times, fragmented the cohesiveness and I think the productivity the department once enjoyed.

The first Plant expansion, started in the mid-1950's, was Building 776-777 and Building 883. The former was for plutonium fabrication and the latter for enriched and depleted uranium fabrication. As the Plant mission began to allow Research & Development work, Buildings 779 and 865 were contracted in August 1963 and October 1968, respectively. Building 559 was contracted in February 1965. Over the years, numerous changes and additions, annexes, and the like were added to various buildings. In the mid to late 1950's, beryllium was introduced into Building 444.

For the first few years, I expect because of the isotopic composition and smaller throughput, we did not see much influence from americium and what little americium we saw went into the waste stream. By 1957 or 1958, we were building, or had built, an americium line in Building 771. By that time, we also were faced with increasing shielding requirements. We were reducing much larger buttons; we had gone from batch to continuous fluorination and calcination, and the increasing quantities of americium were adding to both the whole body and hand dose control problems. New requirements for recovery operations involved introduction of fluoride ion into dissolution equipment with a resulting increase in α-n production. All of a sudden, we were faced with a general increase in the ambient radiation levels. When Room 114 in Building 771 was designed, we fought the battle and were able to get increased shielding and isolation of the fluorinator.

In 1966, a waste coordinating function was transferred from the General Labs to my group. Its duties related mainly to assessment and control of liquid effluents and coordination of solid waste shipping. With the 1969 fire, the volume of waste went up fiercely because of the fire cleanup. This increase in activity with no additional help was in addition to my normal management functions in Health Physics Operations, and became an almost full-time job with monthly progress reporting, in person, to the General Staff. Much to my relief, I shed that responsibility with the change and promotion which came in 1974.

For several years, my job remained principally with the monitoring function until 1974 when I was promoted to Health Sciences Director. Responsibilities included the Radiation Monitoring function (which I had managed in the past), Industrial Hygiene, Radiation Instrumentation, and Dosimetry. This reorganization seemed to appeal to those who were

EGG2008864

affected since the latter two groups had been fragmented from the old Health Physics organization in about 1971 or so and placed with a newly formed group called Product and Health Physics Research.

My assignments from 1975 to the present have involved several organization changes. In the ADMINISTRATION Section, I intend to comment on those organization changes as well as on some from previous years with respect to my perception of their effectiveness and influence on the Plant in years past, and what I feel they have created as challenges, goals, and problems for the future.

Since it is not very long, I think it may be of interest to include in its entirety the annual report for the Operation Section of the Health Physics Division for the year 1952. This would have been written by my boss at the time, Oliver M. Windahl.

EGG2008865

Annual Report            Health Physics Division

ANNUAL REPORT            c . , Health Physics Division
                 Year 1952
                 Year 1952

The personnel assigned to the section as of the 31st of
December were as follows:

| | DATE EMPLOYED | CLASSIFICATION | MOS. ASSIGNED |
|---|---|---|---|
| Tisdall B.R. | 10 Sept. '51 | Group Leader | |
| O'Brien W.J. | 2 July '51 | Radiation Engineer | 34 |
| Hammond, W. | 2 June '52 | Radiation Engineer | 71 |
| Potkier,E.B. | 11 June '52 | Radiation Engineer | 71 |
| Kiwi, operator | 19 Nov. '51 | Chemical Engineer | 23 |
| Smith ,R.D | 21 April '52 | Scientist-Health-Physicist | 94 |
| Roland ,T.K. | 2 June '52 | Scientist-Health-Physicist | 44 |
| Johnson,C.A. | 9 June '52 | Scientist-Health-Physicist | 71 |
| Heady O.G. | 20 Oct. '52 | Scientist-Health-Physicist | 71 |
| Ourca,J.B. | 24 March '52 | Monitor V | 71 |
| Angelo O.R. | 4 Aug. '52 | Monitor IV | 23 |
| Ribak,G.R. | 15 Dec. '52 | Monitor IV | 71 |
| Dixon,R.T. | 15 Dec. '52 | Monitor IV | 71 |

EGG2008866

Visits to other A.E.C.

## Table II

| Name | Installation Visited | Purpose of Visit | Inclusive Dates |
|---|---|---|---|
| Widdahl, O.M. | 1 Los Alamos, N. Mex. | Conference on design of air flow regulators | June 4th-6th |
| | 2 Mallinckrodt Chemical Works, St. Louis, Mo. | General aspects of Health Physics in the uranium industry | July 7th-11th |
| | 3 Ames, Idaho | Health Physics symposium | Oct. 16th-18th |
| O'Brien, M.T. | Los Alamos, N. Mex. | training | Jan. 17th-Feb. 9th |
| Hammond, W.E. | Oak Ridge, Tenn. (Y-12) | training | Sept. 21st-Oct. 10th |
| Putzier, E.A. | Los Alamos, N. Mex. | training | June 16th-Sept. 1st |
| Kittinger, W.D. | 1 Argonne National Laboratories, Chicago | Problems relating to meteorology & site survey | Feb. 11th-Feb. 12th |
| | 2 Hanford Works, Richland, WA. | Problems relating to meteorology and site survey | Mar. 10th-Mar. 19th |
| | 3 Los Alamos, N. Mex. | training | April 7th-June 27th |
| Smith, R.D. | Los Alamos | training | (a) Mar. 5th (b) June 2nd |
| Boland, J.R. | Oak Ridge, Tenn. (Y-12) | training | June 23 to Nov. 29th |

EGG2008867

| | | | |
|---|---|---|---|
| Johnson, C.R. | Los Alamos, N. Mex. | training | (a) June 23rd - Jul 12<br>(b) July 21st- Aug.<br>(c) Aug. 16th - Aug. 3 |
| Anglen, O.R. | Oak Ridge, Tenn. (field) | training | (a) Oct. 27th - Nov. 1<br>(b) Nov. 24th - Dec. |
| ____, J. R. | Los Alamos. | training | (a) Oct 24th -29th<br>(b) Dec. 11t -15th |

EGG2008868

[illegible] program.

A course consisting of lectures and discussions concerning the background and details of Health Physics was prepared and offered supervisor and technical personnel.

ON-SITE TRAINING AND [illegible]

An indoctrination lecture covering the general aspects of Health Physics was presented to all employees during the year. This lecture has become an integral part of the new-employee indoctrination program.

A course consisting of lectures and discussions concerning the background and details of Health Physics was prepared and offered to supervisor and technical personnel. Classes met twice weekly for a period of three weeks. Six complete groups were scheduled in order to accommodate the 102 people who participated.

A special series of three discussions was presented for the benefit of AEC couriers. Primary consideration was given to the emergency measures which could be taken by couriers in the event of road mishaps and similar situations.

Training at the manipulation level in Health Physics instrument use and techniques was given to nine members of the Health Physics and Medical Division. This course consisted of 15 hours of lectures and demonstrations with primary emphasis on (1) selection of the proper instrument for a specific monitoring job, (2) interpretation of instrument readings (3) instrument peculiarities and limitations, and (4) general Health physics monitoring techniques.

SITE SURVEY

Site survey activities were devoted to collecting data which would tend to establish "normal background" activity for Rocky Flats and Environs. Collected data consisted of samples of air, vegetation, water, snow, soil, mud, algae, and wildlife.

EGG2008869

Air Sampling

## AIR SAMPLING

The program of air sampling for site survey was set up early in the year and eventually will consist of 10 on site, i.e. inside the perimeter of the security fence, and 15 off-site locations. The system as visualized consists of three concentric circles of sampling points skewed to the East and S.East. It is planned to locate offsite sampling points in or near the following communities.

| Plainview | Broomfield | Wagner School |
| Eldorado Springs | Westminster | Leyden |
| Marshall | Arvada | Eastlake |
| Superior | Westridge | Golden |
| Lafayette | Denver | Boulder |

A metal instrument shelter design was proposed, sampling equipment procured, and cost estimates made of operating the system. Several reconnaissances of the region were made for purposes of selecting installation sites, and a trial was made to determine the feasibility of such a system from the operating point of view. Initial proposals regarding this set-up were made by mine on January 12, 1952.

A prototype air sampling unit was placed in operation near building on June 12, 1952. 24 hour samples were collected daily except on week ends and holidays. Gross alpha and beta cases, were activities were noted at four hours after collection (four hours allows sufficient time for the natural radon content of the air to decay to a negligible fraction of initial value) and again at 28 hrs. and, in the event of a positive result at 28 hrs., the decay of the sample was followed by making subsequent counts wherever feasible.

EGG2008870

A total of 132 air samples (consisting of one running chart obtained from a constant air monitor of the Oak Ridge type) were collected during the year.  The highest alpha activity noted was 316 c/m on a sample collected on August 20th, a day of average winds and precipitation. The activity decayed to a negligible amount 48 hrs. after collection. The highest beta activity (9470 c/m) was noted on a sample collected on August 14, a day of average wind and precipitation.

With the exception of one sample, all air samples decayed to negligible activity in a period of 48 hours.  The exception was a sample collected over a four day period, November 16th to 24th.  The beta decay of this sample was as follows:

| Date Counted | Results (c/m) |
|---|---|
| November 16th | 1450 |
| November 17th | 1328 |
| November 18th | 1097 |
| November 20th | 410 |
| November 24th | 126 |
| November 26th | 99 |

It was assumed that this particular sample consisted of fission products from fall-out following an A.E.C. test reported to have been made on or about November 1st.

A beta-gamma continuous recording air monitor was put into operation during August.  No extremely unusual amounts of activity, nor unusual modes of decay were noted during its operation.  This device was, unfortunately, inoperable during the period of unusual beta activity noted in the paragraph above.

EGG2008871

in order to obtain samples of soil and vegetation, which is
completely random and free from bias a grid was superposed on a map of
the area and environs. A 500 foot grid was used for on-site sampling
and a 2400 ft. grid for off-site samples. Grid intersect points were taken
as main locations that actual sampling conducted in ... ... and off-site
... Grid coverage an area of approximately ... square miles on-site was
scheduled such that not less than two samples were collected monthly
each point during the year. Samples located in the... area were also
collected during the growing season. In addit... ... the grid in-
... ... into were selected to cover areas near possible ... ... health
...

Intermediate points lying within this ... ... ... ...
points were continuous primarily to cover areas of **population** con-
centrations, city water supplies, bodies of water baths. During large
areas or used as sources of irrigation waters. ... water samples
were collected from all on-site springs, ditches, and ... water
bodies of water of any significance within the 2400 ft. grid. Those
were also sampled. Collection of samples was initiated in ...
and continued throughout the remainder of the year. Gross a...
counts were made on all samples following activation counting ...
... in the Health Physics laboratory.

## Water Sampling:

A total of 276 5-gallon water samples were collected ... ...
... one year consisting of 1 to 6 samples from each of 56 location ...
(10 of these water sampling points were on-site). The ... gross
alpha count noted ($Pu$) d/m/l) was observed from a sa... ... location
in April from Berkeley Lake in ... ... Subsequent ...

EGG2008872

the same point showed results ranging from 2.5 to 3.7 _____ ___ ___ maximum gross alpha _____ ____ from _____ sampled was reported ___ _____ collected __ ___ from the cattle pond near the Northeast corner of the _____ ____ ____ an activity of 5.7 c/m/l with a subsequent ____ ___ 8.4 c/m/l.

_____ _____

_____ of algae or water plants were _____ from every _____ sampling locat_n excepting city tap water, However, because of the nature of the _____ locations only 32 such samples were processed. The maximum activity (gross alpha) of 13,150 D/m/kg was noted in a sam le collected at Easthake Reservoir in August. Subsequent samples showed activities of 131, 7340, and 8870 __ __ __ ___ collected at lesser ____ showing a _____ of 3800 d/m/kg. This ___ ____ on all the samples. _____ __ ___ a _____ 8 maximum alpha activity of 3135 d/m/m ( a sample from a water hole on the North edge of the site in Ju_). Previously, a sample from the same location showed an activity of 1950 c/m/m. A pond East of 91 building showed an activity (maximum) of 1683 d/m/kg. A _____ sample was reported at 1000 d/m/kg. Some algae samples were reported at below the limit of detection for alpha activity.

VEGETATION SAMPLES:

A total of 766 samples of growing vegetation were collected. Samples were classified as "nearwater" and "dryweed" samples. ____ site samples were collected at 215 different locations. The highest results reported on the samples which gave "near-water" was 1824 _ ___ This particular sample was collected in April at a ____ ____ ____ Lafayette. Subsequent samples were reported __ ___ 148 d/m ___ h

EGG2008873

ƒ            gross alpha  for seeded vegetation
was 1890 d/m/kg in a sample collected in September on-site  North-
Northwest of Leyden.  Previous samples from this location were
reported as 134 d/m/kg, and "below detection limit".  A sample collected
in April at the intersection of Hwy 93 and the Eldorado Springs Road
had an activity of 796 d/m/kg.  Subsequent samples at this location
were 73 and 98 d/m/kg.  On-site vegetation samples were collected at
93 different locations, none showed an activity greater than 400 d/m/g

### Soil Samples:

A total of 93 soil samples including mud samples were collected.
On-site soil samples were scheduled for collection from 15 different
locations; and samples were scheduled from two on-site streams and
two off-site reservoirs.  In addition, a special soil collection
survey was made of Woman Creek, Walnut Creek, and the draw in which
Building 91 is located.  This survey followed streambeds from
at or near their source to points beyond the plant site.  The
analyses on these samples have not been completed.

### BIOLOGICAL SAMPLES:

The site survey session collected 9 biological specimens ranging
from crey fish to rabbits.  The pelt from a rabbit caught near Building
91 on June 2t. showed an activity equivalent to c02 d/m/g.  A other
fish taken in Smart Ditch near the boundary of the site on ..emrber
13th had a gross alpha activity equivalent to 140 d/m/g.  A total
of 33 specimens, mostly ........ ..... ... ense plant organizations ....
.......  A mouse caught in building 91

EGG2008874

## GROUND TRAVERSE

A ground traverse of the site and environs was completed in May. Equipment used consisted of a Jeep (on loan from U.S.G.S., Federal Center Denver) equipped with gamma-sensitive survey instruments. A systematic survey was made of the site proper, where a total of 275 individual readings were made of e . . . or readily identifiable terrain features. The traverse off-site was, in general, a wandering type in . . . with particular attention paid to stream beds, ground faults, etc., where radioactive anomalies were thought most apt to occur. In addition to the traverse also test holes on site were logged. Measurements were obtained ranging in depth from 10 to 53 feet. No definite anomalies were noted, except in the yard of the Boulder Clay Shop where readings up to 5.0 mr/hr of beta-gamma or 0.16 mr/hr of gamma were obtained. This particular yard, according to information obtained from workmen in the area, was formerly the site of a smelter.

## ATMOSPHERIC FALL-OUT:

A fall-out of quite considerable magnitude, anticipated, occurred over Rocky Flats and Environs during a rain shower on the afternoon of May 26th. Instrument readings, smears, radiographs and special environmental sampling was undertaken to evaluate the extent of the fall-out and its magnitude. Readings greater than 20 mr/hr of

EGG2008875

beta-gamma activity were obtained along a road near Broomfield with
10 mr/hr . . . . . . ( Instrument reading above normal
background on June 2nd). A smear taken on the deck of the Jeep in
use by the site survey crew during the afternoon showed a beta
activity of 245 d/m were counted from 19th. On November 20th this
smear showed a . . . . . . of 125 d/m. Special water samples were
obtained from five different bodies of water and were processed by
two different techniques; one stabilizing the halogens, the second
evaporating the halogens. The maximum activity as reported . . .
a . . for Lake sample. It counted 98,000 d/m/l of beta with the
halogens stabilized and 814V d/m/l with the halogens driven off.
A sample from Stanley Lake counted 15,920 d/m/l with halogens stabilized
and 9314 d/m/l with halogens evaporated. All counts made June 2nd.
Alpha counts were negligible. It was assumed that this contamination
was due to short lived fission betas originating with an A.E.C. Nevada
test reported to have occurred a few days earlier.

**Miscellaneous Site Survey Activities:**

. . . . time was spent in March in ascertaining the owners of the
properties encompassed by the 64 squares mile . . long area. This
was accomplished by consulting records at the Jefferson County
Court House in Golden. . . . were drawn up indicating and showing
this information. Revisions to the originals . . . . . .
required during the year to keep the information current. Copies
were distributed to the Plant Manager and Security.

Duplicate samples taken at two week intervals were obtained
from Ralston and Great Western Reservoirs and Walnut Creek during
the months of May and June. These samples were shipped to Rochester
for fluoride analysis. The results reported were as follows:

EGG2008876

| Location | Results ( /liter) | |
|---|---|---|
| Ralston Reservoir | 0.2 | 0.2 |
| Great Western Reservoir | 0.4 | Sample Lost |
| Walnut Creek | 0.4 | 0.6 |

Report ID-3.3414 relating the results of radiometric analyses on
210 water and 70 vegetation samples collected by R.F. personnel during
1951 was received from Hanford where the analyses were performed. The
water and vegetation samples were analyzed for gross alpha activity
and uranium concentration. A few samples were analyzed for radium
content. In all water samples the gross alpha activity was closely
related to the uranium content and was reported to be less than
5x10⁻⁹ μc/cc. The highest value reported was .5x10⁻⁹ μc/cc in a
sample taken from the South Boulder Diversion canal west of the
site. The average value for this location was reported to be
2.6x10⁻⁹ μc/cc. An activity of 3.5x10⁻⁹ μc/cc was reported in a
sample taken in Leyden Lake.

The uranium content of all samples was less than 10⁻⁵ μg/cc.
A maximum value was found in a sample from Leyden Lake of 9x10⁻⁵ μg;
a Great Western Reservoir sample showed an activity of 7.4x10⁻⁵ μg;
a South Boulder Creek Diversion Canal sample showed 6.9x10⁻⁵ μg.

The radium content of eight samples was less than 6x10⁻⁹ μc.
The maximum value found in a Walnut Creek sample was 5.4x10⁻⁹ μc.

Gross alpha activity in vegetation as reported by Hanford
averaged 8.6x10⁻¹⁰ μc/gm, and was definitely related to uranium
content. The highest value reported was in cultivated crop samples
from land near Woman Creek at the Southeast corner of the site.
Maximum activity reported was 3.1x10⁻⁷ μc/gm with an average of

EGG2008877

several soil samples of 1.9x10⁻⁷ μc/gm.

The uranium content of upland vegetation was reported as less than 0.3pg/gm with a maximum value of 0.1 pg/gm in a sample taken three miles north of site center. Radium content of 10 vegetation samples analyzed was less than 2.5x10⁻⁹ μc/gm., the maximum value (22x10⁻⁹ μc/gm) was found in a sample collected 4 1/4 miles north of site center.

## METEOROLOGY

On the advice of the U.S. Weather Bureau and members of the AEC Rocky Flats Division, meteorological equipment consisting of recording wind-velocity and direction, temperature, humidity, pressure, and precipitation were ordered. It was advised that these surface climatology measuring instruments be augmented by a stack-height wind measuring device plus a temperature profile measuring installation up to stack-height. Information and advice concerning such an installation was solicited from several AEC installations the U.S. Weather Bureau. Engineering cost estimates, however, pigeonholed this proposed installation.

Following the installation of weather instruments at a temporary location near 91 building, an hourly log of all weather data was initiated. Once each day data was transcribed from the respective charts to the log. This data in turn was summarized monthly. Wind velocity and direction data was recorded at "work-hours" and "off-hours" predominance of direction, average velocities for each direction, and peak gust velocities. During the year winds were predominantly from the West for both regular work-hours and off-hours. Peak wind velocity (gust) was recorded on December 11th at 84 mph from the West. Temperatures were averaged daily and monthly with maximum and minimum values noted. The high occurred on June 1 and again July 21.

EGG2008878

temperature of 76°F was reported. A low of -1°F was recorded on November 26th. Relative humidity was averaged daily and monthly, the highest monthly average being 55 in November. The lowest monthly average was observed in October being 35. The amount of precipitation in inches of water was totaled each month, with a maximum monthly precipitation (beginning June 1st) of 2.09 inches in August. The least precipitation occurred in October when the total amounted to only 0.29 inches. The seven month total precipitation was 6.2 inches.

A study was initiated in July concerning the times of diurnal wind change. Plots were made of the apparent time of change from a daytime pattern to a pattern of down-slope from the mountains during the night. During July the movement of dense, cool air from the mountains reached the site at about 1800 hrs; moved back to high ground occuring at about 0600 hrs the following morning. The span of non-westerly winds narrowed until in November the times of change were 2100 hrs. to 0800 hrs. Westerly winds were predominant in December to the extent that it was impossible to determine a diurnal change per se.

The site survey section was restricted to supplying the weather bureau with cooperative data at a time when our instruments were not located in or near a classified area.

Daily reports of weather conditions pertinent to construction planning were requested by Austin. These reports were relayed via telephone each day.

EGG2008879

Building 44

Specifications for a permanent air sampling system for Building 44 were drawn up and presented to D&W Engineering. Approximately 150 sampling positions were designated. The sampling rate was specified at 2 cfm through each point with a maximum variance of ±3. Line pressure was to vary no more than ½ inch of mercury from the norm of approx. 1" Hg. Sampling points at machines were to be introduced along with services, e.g., electricity, coolant, etc. and were to terminate in the machine. Sampling points on hoods or similar equipment were to terminate on the face of the installation either above or below the face opening. At furnaces the sampling point were to terminate at the top of the furnace in the case of risers or 5 feet above the floor in case of drops. Each sampling point to be equiped with a valve or suitable cut-off which could be closed when not in use. Engineering of the system was completed in September and installation began. Weekly inspections were made during the installation period and such changes as seemed appropo recommended. The total number of sampling points was reduced to 130, however, additional capped outlets were provided so that additional sampling points could be introduced if desired later. Hence the total available points are in the neighborhood of 300, making for great flexibility in the setup.

The rooms (#127 and 128) assigned to Health Physics were not completed as of the end of the year, however, office space in room 123 was occupied by Health Physics personnel in December.

Protective clothing estimates were made for the building and presented to building supervision. Assistance was given in the preparation of new stock item requests and initial requisitions for clothing.

EGG2008880

that certain very desirable sampling points were removed
i.e., points ... of wall flash-mounted
heads, etc.. These are to be reinstated when construction has
progressed sufficiently to permit it.

Layouts of equipment and furniture with furniture equipment
listings were submitted to engineering.

Protective clothing estimates were prepared and submitted to
building 91 supervision for approval and revision as required.

## Building 91

Since 91 building was the only production site in actual
operation it was also the only one where actual Health Physics
supervision was utilized each during the year. The activities can
be thus summarized as follows:

**Time Studies:** Time studies were made of operations where the
sampling of radioactive material, made hand-contact time of
physiological interest and concern. All operations thus timed showed
hand-contact times were well within allowable working limits. It
should be noted that hand-contact time, in general, diminishes as
experience of the operator or inspector increases. Particularly is
this true in "inspection" when inspection aids are incorporated into
inspection procedures.

**Waste Disposal:** Initially hot wastes were collected in paper
bags which were placed into 55 gallon steel drums and sealed in
concrete for possible final disposal at sea. With the advent of winter
and the unavailability of pre-mixed concrete, so plentiful during the
initial construction period, these wastes were sealed in cardboard
containers and stored in 91 building pending final decision on the
disposal of hot wastes.

EGG2008882

Laundry water used for washing company clothing (which was used in the exclusion area) was sampled at the rate of one (1) sample per 55 gal. drum of water released to the sewage system. An average concentration for three groups of samples was determined to be as follows:

Group I    21 samples    average conc.  1.071 x $10^{-7}$ $\mu c/cc$ or 0.129% of

Group II   22 samples    average conc.  2.3$\mu$F x $10^{-7}$ $\mu c/cc$ or 0.27% of

Group III  26 samples    average conc.  3.$\mu$7 x $10^{-7}$ $\mu c/cc$ or 0.24% of

Note:  The permissible concentration of radium in drinking water is 1.1 x $10^{-4}$ $\mu c/cc$.

A 575 gram dry waste sample consisting of bench cover paper and kleenex used in cleaning operations was analyzed by the Health Physics laboratories.  Results indicated an activity equivalent to 127,500 d/m This is equivalent to nearly 100 mg of normal uranium per kg of waste; a little less than one (1) mg of enriched uranium per kg. of waste.

Contamination Checks:  Routine contamination checks i.e. direct readings and/or surface smears, were made on 1350 shipping containers originating at other A.E.C. installations.  Initially, some shipping containers showed a rather high level of contamination.  This condition when brought to the attention of the proper people, was remedied quite satisfactorily with the exception of one container in a later shipment which required special handling.  It was sealed in a cardboard container before returning it to the shipper.

Personnel Monitoring:  All personnel in the operating group staff, including military personnel in training, participated in a urinalysis program.  A total of 118 urine samples were collected.  This included 36 samples from regular operating personnel, 5 from sample visitors and military.  A film badge program was also in effect.  Whole body

EGG2008883

radiation checks were made with the film badge used at Los Alamos and Oak Ridge; a variety of hand monitoring film badges were tried including the Hager ring. (O.R. model) Hager . (Berkeley model). and wrist badge (Los Alamos model).

Air Sampling:   Routine and special air samples were taken as required. Handling operations involving aged material was watched rather carefully in this regard as were containers which were suspected of being contaminated. On the average, air levels calculated to be less than 10 c/m/m³ which was slightly above normal background in building 91.

Room Surveys:   Periodic room surveys showed no detectable contamination in most parts of the operation areas. In the gradley inspection areas, however, gages and surface plates showed fairly high levels of contamination. Cleaning with trichlorethylene removed the contamination to a low level. These items then were handled as contaminated items i.e. wearing of rubber gloves, protective clothing, etc. No spread in contamination from this source was noted. Papers, used as surface covers for benches, work tables, etc., frequently showed detectable levels of contamination. These papers were changed periodically., once or twice weekly, and placed in the "hot" waste containers. Whenever a piece of active material was taken from its container it was cleaned throughly with trichlorethylene, swiped and the swipe counted with a Pee Wee (Alpha sensitive survey instrument). This procedure resulted in the complete neutralization of this source of contamination at the start.

Development Work:   Several development projects were undertaken centering around the technique of air sampling. They included the following:

EGG2008884

1) Air Sampler used

2) Air Sampling case

3) Air flow regulator

4) Portable Air sampler

5) Aerosol switch for off-site air sampling stations.

Air Sampling General: The sampling technique was assumed to be all important in acquiring as quantitative a picture as possible of air contamination. In planning a sampling program several factors enter in which must be duly considered if optimum sampling conditions are to be met. These are (1) type of counting equipment to be used, (2) the most suitable filter media based on actual tests in the field, (3) optimum face velocity through the filter, (4) volume and type of sampling and (5) overall cost of the sampling program.

The counting equipment selected was the EMS PC-2A and PC-1. Since the counting chamber provides a space for a circular disc very nearly 2½ inches in diameter, a circular disc 2 1/8 inches in diameter was selected as the size and shape of filter paper most suitable for our needs. Field tests (1) indicate that Hollingsworth and Vose filter paper #70 has many superior qualities coupled with relatively low head loss. This paper was selected in the 2.1/8" this size because of its added resistance to tear than the copy inch paper made by the same company. Data from tests made by Hanman at Oak Ridge, later substantiated by data (ORNL575) by Houston indicated that one of the optimum face velocities as far as percent penetration of the filter paper is concerned, lay in the region of 50 to 60 cm/sec. The selection of a paper shape and collection cross sensor coupled with the optimum face velocity then fixed the sampling volume.

(1) See KAPL 575, - R.M. Houston.

EGG2008885

A new application of a diaphram type gas pressure regulator was developed and tests made. Results were quite satisfactory with the pilot model used. Flow control of the individual model was within the specifications desired—i.e. ±3% of the norm. It is too early to say that a regulator has been developed which will do what is required but from results obtained by actual test the changes for success appear to be quite good. Cost of the unit should not exceed $15.00. This compares rather favorably with quotes ranging from $46.50 to $2.50 per unit obtained from manufacturers of regulators of this type.

Portable Air Sampler: The basic unit selected was the Gast Model 0AF-V2 motor driven 3.6 cfm vacuum pump mounted on a cast iron base. This was converted into a portable sampler by the addition of suitable gear, a protective basket around vulnerable portions of the unit, a telescoping sampling tube, cable reel and hand grip for carrying purposes. The unit is quite portable, has a low center of gravity to increase stability, and can be readily transported in a car or truck if required. Total weight is about 90 lbs. The cost of the additions were assumed to be negligible.

Aneroid Switch: A switch designed to shut-off air samplers at remote locations in the event of filter paper rupture seemed highly desirable. The switch should not only shut off power to the sampling unit in the event of rupture of the paper but be capable of restoring power to the unit following loss of power failures. Some work was done on a switch of this type using a mercury column as the primary switch. Considerable work, however, remains to be done.

EGG2008886

Air Sampling Head:  The design or sampling head based on the general considerations outlined above was undertaken.  Design criteria was ... .. ... :

1)  Minimum weight

2)  Minimum cost

3)  Relatively indestructable

4)  Easy to clean (decontaminate)

5)  Ease of assembly.

The design selected made use of an injection molded high-impact polystyrene 2 piece assembly, which fulfills the basic criteria quite satisfactorily.  Cost to the company, including amortization of the mold cost, was 35¢ each.  This compares favorably with a tentative bid on a metal assembly of £16/5 each in lots of 1000 or more obtained verbally from a machine shop in Boulder.  The weight of the assembly is less than 2 oz.

Air Sampling Cart:  A design incorporating space for 10 sampling heads, with provision for stacking the cases was worked out.  Material to be used was Royalite which lends itself well to the molding of relatively low temperatures.  The design also included a novel feature, namely the able to distinguish between heads that have been used and ones that have not.

Air Flow Regulator:  A flow regulator capable of maintaining the air flow constant to within 3 to 5% of a preset figure was considered essential to the operation of a certain air sampling system such as used in Fig. a, 71, 8a, and bb.  To be effective such a regulator that be relatively independent of its orientation in space, free from hunting. again cost per unit was assumed to be of paramount importance.  Initial a design based on the L.A. portable sampler regulator was considered, but this was abandoned as unsuitable under conditions to be met here.

EGG2008887

RSR1   APRIL 11 1994   ITEM 19   91958

with reference to the word "plates," it would have been more correct to use the word "film." The LASL service was discontinued in February, 1957.

Up to the time of thermoluminescent dosimetry (TLD) for neutrons, which was in the early 1970's, neutron dosimetry or assignment of doses to people from neutrons was difficult to say the least. However, between instrument field measurements, calibrations from NTA film in the field against field instrument measurements, and close and cooperative work between the Dosimetry and Radiation Monitoring people, I firmly believe we were doing a creditable job and probably a better job than most contractors, many of whom did not even try to measure neutrons.

In 1964, we were able to incorporate the dosimetry badge with the security badge. This was an improvement from the standpoint of assuring each employee was indeed wearing a badge while working on the job.

TLD for gamma in the late 1960's and for neutrons in the early 1970's was a great improvement. I do not make this statement to say our dose evaluations prior to that were suspect, rather, the many technical advantages, the ease and speed of readout, elimination of the micro-scope, elimination of the required, closely controlled film processing procedures, easier badge design, and somewhat easier incorporation with the security badge--all of these--were distinct advantages.

During development of the TLD, our Dosimetry group supplied TLD neutron and gamma dosimeters to NASA which were exposed to SNAP sources. The success of this is best explained from a quote from a monthly report of June 12, 1970, Piltingsrud to W. H. Lee.

"Doses (read) from four TLD badges exposed to the NASA SNAP source were in excellent agreement with actual neutron and gamma exposures from the source. The results were much better than those from other installations which participated in the program. NASA is interested in using the design for their astronaut dosimeters."

As a follow-on to the other quote, I quote from a monthly report for September 1970, Piltingsrud to W. H. Lee:

"NASA is going to adopt our neutron TLD system for use by astronauts. Drawings of our neutron holder and dosimeter badge have been sent to the Radiological Health Manager at NASA."

2

Hand exposure was a concern from the very early days. We had a wrist badge identical to the Oak Ridge-style stainless steel body badge with adapters which allowed for attachment of a watch strap. Even though cumbersome, we used it for many years with similar modification as was made to the body badge. We did not have capability for monitoring neutrons to the hand until early 1972 when our dosimetry group started measuring with a TLD multicrystal design.

Prior to the neutron wrist badge capability, we realized that the hands were being subjected to neutron exposure. It was felt, however, that the neutron-to-gamma ratio, in general, would be much less than that to the body since hand exposure was in close proximity to the materials with much less shielding for gamma rays, and the gamma field was proportionately higher. We did, in many of our considerations and predictions, use an upper annual exposure limit of 40 rem for gamma as a standard to allow for the unmeasured neutron potential.

Even though finger rings were available, we never found them to be satisfactory, especially when used inside a surgeon's glove where they were subject to excessive perspiration. We did many phantom measurements to establish finger-to-wrist ratios and those were used by Dosimetry to assign hand doses.

Perhaps the greatest advantage we had over the years in keeping up with and, I think, in being leaders in external dosimetry was the closeness of our field people to our technical people in the cooperative and common-goal effort and knowledge of Plant needs everyone had. One of the misgivings I have about the last reorganization is that we seem to be getting more and more away from the atmosphere that is conducive to that kind of cooperative effort and many decisions are being made without the benefit of a thorough knowledge of the Plant. Furthermore, with our field people knowing less and less about what goes on in Building 123, they have a much more difficult time relating to Operations people.

## Field Instrumentation

When I came to this Plant, the field instrumentation had already been ordered. The alpha survey instrument was the "PeeWee," manufactured by Nuclear-Chicago but a Howard Eberline design, and weighing about 20 pounds. Each of the buildings had its own countroom for air samples and smears and was equipped with PC-2 gas proportional bench counters with binary scalers. These were manufactured by Nuclear Measurements Corporation. Within the first year of actual Plant operations, we found out that a filter placed in the chamber of a PC-2 upset the electric field and caused nonreproductive data. Again, with the close cooperation of Electronics and Radiation Monitoring, the problem was identified, analyzed, and solved. It was solved by using the same chassis and electronics but by adapting a photomultiplier tube with a zinc sulfide detector to the existing system. We even were able to use the same sample holder. The modified instrument, then called an SC, of

3

EGG2008890

<u>TECHNICAL</u>

*The first health Physics person was hired July 2, 1951*

## External Dosimetry

At the time I was interviewed, I was told by the person who was eventually to be our director that handling plutonium was <u>only an alpha radiation problem</u>. By the time I reported for work, his technical advisor apparently had found out different and the person in charge of Dosimetry had obtained a stack of Oak Ridge-type badges. These were stainless steel with an open window and a cadmium-shielded area. The badge was basically equipped with a piece of gamma film. For workers in Building 991, a piece of NTA (nuclear track) film was added since some of the NDT Operations did involve some generation of neutrons. The intended use of the NTA film at that time related to the fact that people were operating equipment which created neutrons from a gamma-neutron reaction and not that they were handling plutonium which gave off neutron radiation also.

*Ed was hired June 11, 1952*

*991 was the only bldg with plutonium in 1951*

As I became more aware of the radiation properties of plutonium, and also as $^{241}$americium! became more prevalent, it became obvious to me that the simple Oak Ridge badge was inadequate.

With the help of Maintenance sheetmetal people, I obtained some brass shimstock and modified a few badges which then gave us an open window area, a brass-shielded area, and a cadmium-shielded area. By the usual density subtraction process, the brass area then became the area which was calibrated for the americium 60-keV gamma ray. The open window was for the softer x-ray component from plutonium and in the areas for beta. Calibration and field measurements with appropriate R-chambers' substantiated the improvement in evaluating the total external dose even though our leader at the time advised me that adding anything onto something was a step backwards.

<u>Early neutron and gamma dose evaluation for Building 991 personnel was done by readout of the NTA film at Los Alamos. By May 1953, we were equipped to do our own beta-gamma evaluation and we were covering employees in other production areas. By early 1956, we had our own equipment and we had convinced our management that we did indeed have measurable quantities of neutrons associated with plutonium operations. And by 1956, Building 771 operating personnel were monitored for neutrons.</u> A quote from the 1956 year-end summary is as follows:

> "Neutron exposures have been negligible. However, we anticipate greater exposure to more people in the coming year. With this in mind, we have developed our own process for evaluating neutron exposures by nuclear track plates. <u>This service has been performed for us by Los Alamos.</u>"

1

EGG2008891

COOK   APRIL 11 1994    ITEM 19    91062

with reference to the word "plates," it would have been more correct to use the word "film." The LASL service was discontinued in February, 1957.

Up to the time of thermoluminescent dosimetry (TLD) for neutrons, which was in the early 1970's, neutron dosimetry or assignment of doses to people from neutrons was difficult to say the least. However, between instrument field measurements, calibrations from NTA film in the field against field instrument measurements, and close and cooperative work between the Dosimetry and Radiation Monitoring people, I firmly believe we were doing a creditable job and probably a better job than most contractors, many of whom did not even try to measure neutrons.

In 1964, we were able to incorporate the dosimetry badge with the security badge. This was an improvement from the standpoint of assuring each employee was indeed wearing a badge while working on the job.

TLD for gamma in the late 1960's and for neutrons in the early 1970's was a great improvement. I do not make this statement to say our dose evaluations prior to that were suspect, rather, the many technical advantages, the ease and speed of readout, elimination of the micro-scope, elimination of the required, closely controlled film processing procedures, easier badge design, and somewhat easier incorporation with the security badge--all of these--were distinct advantages.

During development of the TLD, our Dosimetry group supplied TLD neutron and gamma dosimeters to NASA which were exposed to SNAP sources. The success of this is best explained from a quote from a monthly report of June 12, 1970, Piltingsrud to W. H. Lee.

"Doses (read) from four TLD badges exposed to the NASA SNAP source were in excellent agreement with actual neutron and gamma exposures from the source. The results were much better than those from other instal-lations which participated in the program. NASA is interested in using the design for their astronaut dosimeters."

As a follow-on to the other quote, I quote from a monthly report for September 1970, Piltingsrud to W. H. Lee:

"NASA is going to adopt our neutron TLD system for use by astronauts. Drawings of our neutron holder and dosimeter badge have been sent to the Radiological Health Manager at NASA."

EGG2008892

COOK  APRIL 11 1994  ITEM 19          91863

Hand exposure was a concern from the very early days. We had a wrist badge identical to the Oak Ridge-style stainless steel body badge with adapters which allowed for attachment of a watch strap. Even though cumbersome, we used it for many years with similar modification as was made to the body badge. We did not have capability for monitoring neutrons to the hand until early 1972 when our dosimetry group started measuring with a TLD multicrystal design.

Prior to the neutron wrist badge capability, we realized that the hands were being subjected to neutron exposure. It was felt, however, that the neutron-to-gamma ratio, in general, would be much less than that to the body since hand exposure was in close proximity to the materials with much less shielding for gamma rays, and the gamma field was proportionately higher. We did, in many of our considerations and predictions, use an upper annual exposure limit of 40 rem for gamma as a standard to allow for the unmeasured neutron potential.

Even though finger rings were available, we never found them to be satisfactory, especially when used inside a surgeon's glove where they were subject to excessive perspiration. We did many phantom measurements to establish finger-to-wrist ratios and those were used by Dosimetry to assign hand doses.

Perhaps the greatest advantage we had over the years in keeping up with and, I think, in being leaders in external dosimetry was the closeness of our field people to our technical people in the cooperative and common-goal effort and knowledge of Plant needs everyone had. One of the misgivings I have about the last reorganization is that we seem to be getting more and more away from the atmosphere that is conducive to that kind of cooperative effort and many decisions are being made without the benefit of a thorough knowledge of the Plant. Furthermore, with our field people knowing less and less about what goes on in Building 123, they have a much more difficult time relating to Operations people.

Field Instrumentation

When I came to this Plant, the field instrumentation had already been ordered. The alpha survey instrument was the "PeeWee," manufactured by Nuclear-Chicago but a Howard Eberline design, and weighing about 20 pounds. Each of the buildings had its own countroom for air samples and smears and was equipped with PC-2 gas proportional bench counters with binary scalers. These were manufactured by Nuclear Measurements Corporation. Within the first year of actual Plant operations, we found out that a filter placed in the chamber of a PC-2 upset the electric field and caused nonreproductive data. Again, with the close cooperation of Electronics and Radiation Monitoring, the problem was identified, analyzed, and solved. It was solved by using the same chassis and electronics but by adapting a photomultiplier tube with a zinc sulfide detector to the existing system. We even were able to use the same sample holder. The modified instrument, then called an SC, of

3

EGG2008893

this type became the worknorse for several years. Then came the Multi-channel Alpha Counter (MAC) in about 1956 which incorporated five counters in one with Nixie tube decimal scalers. Of course, various improvements in scaling systems were introduced and improvements in data handling as computer capability came upon the scene have since occurred. Following MAC was the Picker Automatic Sample Counter. For it, we redesigned the air head to include a brass ring holder for the paper in order to gain rigidity for the changer mechanism. The Picker probably took us up to transfer of the function to Building 123.

The 1969 fire disabled the countroom in Building 776 and it was at that time that a decision was made to centralize the counting of air samples in Building 123 to preclude any future possible similar problem.

Going back to the earlier years again, with our cohesive organization it was not long before we decided there must be a way to reduce the weight of an alpha survey instrument. No one had anything less bulky. Hanford used the Poppy which was on wheels; Argonne and LASL used the PeeWee as we did; Oak Ridge could not use the PeeWee because of humidity and used the Sampson and Juno instruments instead. The latter two, since they were ion-chamber-type instruments as contrasted to proportional devices, were sensitive to beta and gammas as well as alpha and therefore were not suitable for our use especially in plutonium areas. We talked to Howard Eberline, the founder of Eberline Instrument Corporation, and got his interest up enough that he came and visited us. I also stopped by on a trip back east to Nuclear-Chicago to try to interest them in something of a lighter weight instrument. Both responded and eventually turned out a light instrument, but it was to be the Eberline design that was successful. It weighed about 4 pounds. The weight reduction was made possible by substituting a fly back oscillator power supply for the two large W-5 1100-volt batteries required in the PeeWee. One or more of his engineers then eventually went off to Sweetwater, Texas and founded Ludlum Measurements Corporation and they too came out with a lightweight alpha survey meter. Our main alpha survey instrument of today is made by Ludlum.

Also in the 1950's, one of our Radiation Monitoring supervisors (Dale Smith) and an electronics engineer (Val Johnson) got their heads together and developed the "Combo," the hand and foot monitor used yet today. Later on in the early 1960's, the Alpha Flasher, the first generation of the now-called Alpha-Met (the Alpha Flasher), was conceived and built. Both of these were "firsts."

Prior to the availability of these two devices, we relied on air proportional hand counters of our own design and strategically placed survey instruments for area self-monitoring. One of our electronics engineers, John Mann, received a patent on one generation of hand counter. It was the first patent awarded to a Rocky Flats employee. Both of the developments are examples of the need to know the Plant and its needs in order to innovate, and both demonstrate the need for a cohesive organization in order to be productive and effective.

4

EGG2008894

COOK   APRIL 11 1994   ITEM 19           91065

In general, commercially designed gamma and neutron survey instruments have served us well for routine surveys. The various generations of "cutie pie" ionization chamber instruments worked quite well. We have had a variety of other ion chamber instruments over the years including some higher range instruments for potential emergency use. The first neutron survey meter was "Rudolph." It was a gas-filled proportional chamber device for fast neutron monitoring using the n-p reaction. We also had a number of moderated B-10 tubes used with the "PeeWee" electronics or with scalers. The Nuclear-Chicago "Nemo," a fast-slow neutron survey meter which weighed more than 20 pounds, was used for a short time and probably preceded the Bonner sphere. The latter is the basis of what was used for many years for monitoring neutrons in the field.

We have, from time to time, used gamma spectrometry equipment for special surveys. Perhaps the biggest problem we encountered with spectrometry equipment was over-sensitivity in production areas. We did accomplish many things, however, by taking small samples to low-background areas where measurements were meaningful. Classified reports CD65-1000 and CD60-1266 contain information on radiation from plutonium done with such equipment during special production runs.

## Continuous Air Monitors

. In the early to mid-1960's, one of our health physicists (Bob Kirchner), again with the support of the Electronics group, developed a continuous air monitor (CAM). The instrument did not have energy discrimination capability but its development was encouraged on the theory that a CAM really was a "spill monitor," and if a spill was truly serious enough, the radioactivity from plutonium in the air would sufficiently override the more-or-less constant natural radioactivity on the filter paper collector and cause an alarm condition. This instrument served us well. Twenty were in operation by April 1966. When someone on the outside did come up with a suitable-type instrument with discrimination capability, which we now call SAAM (selective alpha air monitor), we gradually phased them in. We worked closely with the manufacturer and our electronics group can take credit for many of the refinements.

Except for the occasional extremes in natural radioactivity level or the change in ambient level with ventilation rate, the CAM probably is just as good an instrument for its intended purpose. The CAM was described in RFP-815. The SAAM, of course, does allow some improved sensitivity and is "politically" more acceptable.

## Respiratory Protection

Our early respiratory protective devices were based on what LASL had been using in the 1940's and early 1950's. LASL actually was using the Wilson 7500 for protection from plutonium aerosols the summer of

5

1952 when I was there.  Because much of our work and direction related to Los Alamos plutonium operations, we were copying a lot of their methods and procedures.  Therefore, some Wilson respirators had already been ordered for Rocky Flats by our Safety Department.  These were a very poor design and were completely inadequate for protection from plutonium.  They had a flat piece of filter paper held in place by a wire retaining ring and plate.  We really never put them to any significant use here.  Rather, MSA and Wilson each had models with bellows-type high efficiency filters which could be sealed by screwing down a cover over the filter holder and these were the preferred type respirators in the early days.  We did in those days have some full-face masks which were principally used for areas which required more than just dust atmosphere protection.

Both the MSA and the Wilson with the dust filters were half-masks and in about 1954 or 1955, because of an incident wherein an employee was found to have contamination on his face after using a respirator and further examination showed that in the reassembly of the respirator one of the filters had been folded over on itself, we were prompted to request the respirator manufacturers to come up with some kind of a sealed filter cartridge to eliminate this handling problem.  They very promptly responded and were grateful to us for the suggestion.

For dust atmospheres or radioactive atmospheres in plutonium areas, we used very few full-face masks in the early years.  We did not hesitate to go to supplied-air protection for any job which we felt would generate significant levels of airborne contamination.  I will describe more about some of the history of supplied-air later in this section.

Qualitative fitting was begun in 1963, and from experience in a number of situations, we had considerable confidence in our half-mask use policy.  However, we came under criticism from AEC after the 1969 fire that we relied too much on them.  We did not use them for general cleanup in the 1969 fire except for areas which, in effect, were not releasing any significant airborne material, such as the second floor.  AEC made a recommendation, however, that we get rid of them entirely in favor of the full-face mask.  We did, at the time of the cleanup, order out a number of the Army assault mask types which had been used at Hanford and Savannah River for many years.  Later in our respirator-testing program, we found that those masks (assault) probably were not any better than any half-masks as far as protection factor was concerned.

We did not agree with AEC that we should eliminate the half-masks since we felt strongly that there was a place for the half-mask in our operation.  Because of the convenience of having one carried by each employee, it was readily available for any potential release or exit in an emergency, and could be used very effectively as a precaution for any job with the remotest possibility of a release.  After much discussion with AEC and data-gathering, including many air samples at their request, the controversy was closed out with the agreement we would use

6

EGG2008896

full-face masks for any job which had a likelihood of contamination release and would continue to have half-masks available as a precaution for other jobs and for emergency egress.

Since development of our quantitative testing and training program, we have probably tested more people than any other contractor and accumulated more data as well. The data does show that half-masks can be very effective if the person has the best fitting one. There is, of course, a question whether the half-mask maintains its integrity for extensive time periods of wear. In any case we still accept the agreement with AEC (now DOE) that we use the full-face mask for jobs which have a potential for airborne release. As a summer project for two students, we also accumulated a great many facial measurements, probably on the order of 1500. Such data which was published as RFP-2358 is of importance to respirator manufacturers in determining requirements for fit and varying sizes of respirators that may be required. Our program has gained national recognition and actually served as a model program for NIUSH.

Our early supplied air suit was more or less a copy of what Los Alamos had been using. We used a Bullard hood headpiece and belt with two pairs of cotton coveralls and, of course, lots of masking tape. This commercial hood was designed with a replaceable window which meant it was not a sealed window and we had to tape around it to assure a complete seal. Very shortly we designed our own hood with a sealed-in window and actually were able to buy these from a local manufacturer for less money than the Bullard hood had cost. One of the first improvements we made in the hood was to extend it over the shoulders and make it more into a cape-like configuration. This was prompted because of an incident where a pipefitter working in supplied-air had plutonium solution leak on his shoulder and he was not aware until it had soaked through and caused an acid burn and contaminated his shoulder. With minor other modifications, we successfully used the suit for hundreds and perhaps thousands of jobs without loss of integrity of the suit relative to airborne exposure. (I will discuss two air supply incidents under OCCURRENCES.)

When AEC approval became a requirement, our suit was the first to be approved. It was reapproved following some minor modifications but in 1980 when submitted with another slight modification, approval was denied. This then led to a requirement for a complete new design, one which was accomplished and which our developers (primarily Erik Von Hortenau) can be most proud.

Air Sampling

Building 771 had designed into it an air sampling system which consisted of a central pump (Hoffman blower) and a system of piping that went throughout the building and terminated mostly at pillars or on wall locations in the various operating areas. The engineering design, from the standpoint of piping sizes from the pump onto the airheads, was

7

excellent with respect to it resulting in almost exactly uniform flow at each sample point once the air sample heads were in place and filters were put into them. We were able to set air flow for the first couple of years by adjusting the vacuum at the control pump. The filters which were used over the years were manufactured by Hollingsworth and Vose and were called HV-70's and were 18 mm in thickness by 2-1/8-inch in diameter. They had a very high collection efficiency, something in excess of 99 percent. We used a counting loss figure of 30 percent due to particle burial and consequent loss of alpha radioactivity detected. This number was passed on to us by my supervisor as being something that had been determined at his prior place of employment, i.e. Oak Ridge. The accuracy of that number, since we did not find it in the literature, was subject to some question. We verified, however, that it was probably a pretty good number by having one of our health physicists do some sampling in areas in which he could be certain that he was getting plutonium aerosol particles. This was shortly after we had developed the Wound Counter which I will get into at a later time. But, the theory that was used to verify this 30 percent number was to count on the Wound Counter the conversion x-rays given off and associated with the decay of the plutonium and relate back to the total alpha activity on the presumption that the burial loss for the x-ray counting was negligible and we only had the physical geometry to consider. Relating the x-ray determination converted to dpm to the direct alpha count from the filter paper converted to dpm, we were able to come up with a burial value which, in fact, did pretty well verify the 30-percent number for HV-70; so we continued on using that number and I believe it is still used today. That number, however, would not be right for other paper such as Whatman Number 41.

The layout of air sample locations in those early days was only sampling general room air. To augment the "house" air sampling system we had a number of portable pumps made by Gast Manufacturing which we adapted to our own design in order to make them portable and we pushed them around on small carts with an air sampling head that could be adjusted. These pumps were used for sampling special operations such as maintenance jobs, glove changes, bag-outs, and things of that nature to assess any release and develop some experience data for those particular jobs.

With the very high ventilation rate in the building, which, as I recall, might have been as many as 20 or more air changes per hour, any release that occurred from a glove box rapidly found its way to an exhaust duct. This was borne out numerous times through survey instrument measurements showing a plume of activity on the floor from the point of an incident to an exhaust duct.

It became rather apparent, then, that the room air sample locations were not serving much of any purpose either from the standpoint of giving us any idea what an employee might be breathing or giving us an index of release from loss of integrity of an operation or giving us any trend values. It soon became apparent that what W. D. Kittinger had

8

brought back from a meeting was true, i.e. "...sample placement to obtain representative sampling of airborne radioactive particulates in a workers' environment, 'this unachievable goal is endorsed by all authorities and attempted by each in a slightly different fashion.'" Because of that, we soon determined that we wanted to establish our air sampling locations such that we would measure near or at the various exhaust ducts. We felt that, if anything, air sample results would bias the level of radioactivity in the air on the high side but from the standpoint of trends which were thought to be the most important, would indeed give us some idea of whether the general room air levels were going up, staying the same, or improving. So the philosophy changed then to go to that type of sampling.

With our realization that it would be very difficult to sample in any way to get a reliable measure of what an individual might have breathed, we did consider other techniques. We felt that there was not any really good way of doing that except to try to hang a hose with a sample head on it on each individual in the building and we felt this was much too cumbersome. As time went on and lapel samplers became available, we did over the years try some of these but never really found them to be satisfactory mainly because their sensitivity was rather poor, their sample rate was low, and we just did not find them to be very practical. Then, too, the philosophy in the early days was such that we felt the routine urinalysis from time to time would give us some notion of the level at which people were being exposed. And, to this day, I feel we did have good control because in just about every case, probably save a few, of people who have come up with body burden levels in excess of the standards, the cause has been a major release.

One of the things that was not done in the early days and today would be looked upon as a necessity is to have a backup central pump. We were fortunate in not having many failures. I am not sure that we have redundancy in all areas today. You can, if you lose central pump capability and have sufficient portable pumps around, get some sample coverage using the portable pumps.

Counting procedures for filter paper samples has not changed much over the years. Generally speaking, because of radon daughters they are given a period of decay from the time of collection to the next day which may be on the order of a 16-hour or more decay period. This was standard practice for the routine room air samplers. Our standard practice for duct samplers over the years was to give them two successive counts, one after the 16-hour decay and a second one on the order of hours or days later. We did in the early days apply the Koval correction factor which is a method of mathematically eliminating the short-lived radioactivity. But there is a pitfall with the Koval formula in that it assumes that the short-lived radioactivity, both the radon and thoron, was in an equilibrium state with their daughters when sampled. This obviously was not necessarily true all the time since there were times when the second count was higher than the first count and we knew very well that there was something different in the decay

9

EGG2008899

chain that caused this. So for some time we abandoned the notion of actually using the Koval correction as the final result and counted them with a 16-hour decay more from the standpoint of determining an unusual situation and then going from there to a 7-day count to obtain an official concentration for the record.

The air sampling at the stacks in the early days was done by inserting a pitot-tube-type of sample into the air stream of a duct and bringing it out to an adapter which accepted the HV-70 paper similar to that used for room air sampling. The airflow in the duct to be sampled was determined by the Utility operators. From their data, we calculated the flow rate required for a commercially available size of pipe such that we were at or near isokinetic conditions. Our sample tubes were made out of stainless steel and designed in such a way that we had a minimum of tube outside the duct until it reached the filter paper holder. We had a system of pressure drop and manometer measurements across the airhead in order to calibrate and adjust the sample flow rate. These worked quite well. In the very early days, we did not have 24-hour around-the-clock vacuum from the central vacuum pump so we put in place a Gast vacuum pump and one of the monitors' duties before quitting time was to turn the right valves in order to allow the Gast pump to take over during off hours. So not long after startup we did have around-the-clock air sampling, at least in Building 771. I cannot vouch for what kind of air sampling was done in the other buildings except that daytime sampling at least was started in 1953. As time went on, of course, the central pump was left on for longer hours, eventually around the clock, and we no longer needed the off-hours Gast pump arrangement.

Sometime later we went to multipoint sampling, i.e. we had more than one pitot tube for the larger ducts and we averaged the counting results from filter papers to determine concentrations in the ducts.

At the time of the 1957 fire, we lost our sampling of the exhaust duct in Building 771 since the power lines into the filter plenum area were literally burned off. The one argument that can be used to say that during that period of time we probably could not release very much is because, when we lost power, it also shut down the building exhaust fans. Therefore, the only draft would have been that created by the natural updraft of the stack and through 100 feet or so of horizontal ductwork that leads to the base of the 175-foot stack. There was, however, a possibility that supply fans may have created positive pressure inside the building for a period of one-half hour or so.

The continuous air monitor systems for stacks were conceived in the early 1970's as we began looking at the design of Building 371 and these various devices were eventually installed to monitor the amount of airflow and also to alarm if an excess amount of material were to go out the stack at a level sufficient to trigger the SAAM. My own private opinion is that there would be lots of other ways to know whether we were dumping something into the stack long before we would reach the

10

EGG2008900

COPY   OSRH   11 1991   ITEM 19                       91971

sensitivity of such a system, and the system, for all practical purposes, is there only for political purposes. To reiterate, there are other ways that we would know that we are releasing material before the SAAM would tell us and the conventional fixed sampler would give us a concentration value from which the total release can be determined.

Air sampling in the surrounding communities was done also by using Gast pumps as a source of vacuum. The philosophy in those early days was not so much that these samplers were going to give us any refined values of radioactivity in the atmosphere, but rather if we did release something, they would be adequate to give us some indication whether we were in excess of the standards for the general population. The program was set up in 1952 to consist of 10 samplers onsite and 15 offsite visualized "as three conceptive circles of sampling points skewed to the east and southeast." These were to be in or near the following communities:

| | | |
|---|---|---|
| Plainview | Broomfield | Wagner School |
| Eldorado Springs | Westminster | Leyden |
| Marshall | Arvada | Eastlake |
| Superior | Wheat Ridge | Golden |
| Lafayette | Denver | Boulder |

As time went on, some of these were deleted and others were added--the specifics I do not have.

In the early 1970's, we did augment the environmental sampling program with high-volume pumps (the "2-mile" 12-station high-volume network was complete on February 11, 1971) and by then we had achieved much more lab capability in terms of measuring specifically for pluto- nium and much more sensitivity from the standpoint that we were sampling more air. Also, it was necessary to report levels much less than the so-called offsite standards.

In the last several years, there has been a fair amount of discus- sion on the need for stack sampling capability for fission products. Perhaps from a political standpoint, we need to be able to give an answer should we ever have a criticality at Rocky Flats. In looking at the criticality accidents which occurred in plants similar to ours over the years, I would be hard put to say that there would be a significant amount of fission product activity that would go out the stack that would ever have any influence on the general public. It is possible, and the Environmental Impact Statement I believe tells us, that we might get some measurable amounts of material under the very worst condi- tions. The possibility or probability of having a $10^{21}$ burst seems quite remote but I guess that is the type of thing one has to consider.

The air sampling which was done over the years in uranium opera- tions did not give results which were alarming but we certainly did have some airborne contamination from the uranium. We did have positive urinalyses from the people who worked with uranium, both the enriched

11

and the depleted.  I do not recall any serious contamination incidents
which caused serious internal uptake.  There were a few cases where
urinalysis showed values above standards.  Uranium levels in urine,
however, drop quite rapidly.

There have been numerous small fires in the uranium fabrication
operations, mostly in the machining operations, and all of these have
been handled with quite a high degree of capability of knowing what to
do properly.  However, I am sure that there are areas here that could be
improved under the present-day philosophy.  I think one of the problems
of present-day philosophy is that we get so close to zero or want to be
so close to zero on everything that we health physicists cease to be
professional in our judgements and "reasonably achievable" takes on a
new meaning; i.e.  if we can get the money, we will spend it, rather than
ask the question, "Do we really need to make such an elaborate change?"

### The Development of the Wound Counter

In November 1954, a small scintillation probe was constructed for
use with contaminated wounds.  It measured alpha radiation, however, and
had all the limitations brought about by alpha absorption in the wound.
Therefore, up to June 14, 1957, we did not have a Wound Counter with
capability for "seeing" into the wound.  I had heard stories of people
getting cut by contaminated objects at Los Alamos and basically the
action was to assume every wound under the circumstances was contami-
nated and every wound would have to be excised.  In the years that we
have had the Wound Counter, I think it has appeared to be an extremely
valuable tool.  I am sure there may have been wounds at Los Alamos in
those early years that maybe did not have any plutonium in them and were
needlessly excised on the presumption that they were contaminated.
About the only thing people had to fall back on in those days was to
take a sample of blood and dry it and count it in an alpha counter, and
I think I can say from experience that you would miss some people if you
relied only on that technique since you do not always get blood from a
wound which may have been contaminated, or it's possible the blood does
not show any activity and yet there may be a deposit.  We did, however,
have an occasion or two prior to having the Wound Counter where medical
actions were based on activity in blood smears.  In 1958, we screened
our incident records from previous years and counted wounds of four
employees of which one was positive.  As I recall we found at least one
more a couple of years later.

On June 14, 1957 (and I will talk about the actual incident in
another section in more detail), a need for such a device was recognized
when two individuals were involved in an incident and received a number
of cuts and abrasions.  This was a serious incident, an explosion which
occurred on a Friday.  On Sunday morning there was a meeting at Rocky
Flats attended by representatives of Plant management, local AEC,
headquarters AEC, and probably others.

12

EGG2008902

At that time, my boss and I drove out for the meeting, sat and listened, and heard an expert out of Washington tell us that there was no way to tell really how much material was in those wounds because plutonium was only an alpha-emitter. I had, prior to his remarks, suggested that there was a device located in Building 991 that I would like to try to see if I could measure plutonium in wounds by looking at conversion x-rays. Despite his criticism of that suggestion, my own supervisor on Monday morning said, "Let's get the instrument up and see what it'll do." So we did. This first device was a rather crude assembly. It had a thick sodium iodide crystal mounted on a photomultiplier tube and it fed into a single-channel analyzer. It had a background of something on the order of 35 or 40 counts per minute. We quickly realized that we had to shield the detector and in those days I think we had a little more flexibility for expediting; we just walked down to the Machine Shop, grabbed the right person, told him what we wanted, and he put together a hollow lead cylinder with a cover and 3/4-in. hole in one end that we were able to slip over the detector. The hole allowed radiation from the wound to enter the crystal. We still had relatively high background because we were working with a thick crystal. However, we were able to make measurements on the wounds and used the instrument numerous times from then on to evaluate the success in removing contamination from the wounds. By drawing a grid over a wound area and reducing the aperture of the end window of the shield to the size of a square (1/4-in.) in the grid using lead tape, we were able to identify better the location of the actual deposit by measuring in turn each area of the grid, or in other words, pinpointing the contamination. That was the start of the Wound Counter. At that time, to our knowledge no one else had ever done this sort of thing.

I did find out later that the scheme of using the 17-keV x-rays which we were measuring had been suggested at Hanford and also at Los Alamos but neither really had put it to use. Our success with this device caused a flurry of interest. Los Alamos immediately set about to design a Wound Counter for themselves and within a matter of a few years Eberline Corporation had put together a Wound Counter for sale. We quickly recognized that there was plenty of opportunity for refinements in the crude system we had, principally to go to a thin, small-diameter crystal and to improve on the shield design to reduce background. So as years went by, we have had several generations of Wound Counters which incorporated not only the improvements in the detection systems, but also improvements in the readout, analyzer, scaling, etc. I think we can be rightly proud that we have been a leader in the field of Wound Counting.

In a book that I put together years ago (RFP 795), there exists some discussion with respect to varying count from plutonium in a wound depending upon the depth. That information, of course, is obsolete relative to our modern-day Wound Counters but could be updated. You do lose activity very rapidly for two reasons if the plutonium is deeper. One is the attenuation within the tissue, and since there is more than one energy, you lose the lower energies first. The other loss is

13

EGG2008903

because you are losing physical geometry as the solid angle is getting
smaller. So it is true with a fairly deep deposit that you will lose
sensitivity rather rapidly. Most cuts, however, are superficial and one
is able to use the Wound Counter to tremendous advantage. Also, as the
surgeon excises by use of sterile Mylar, you in effect are able to
measure deeper into the wound to tell how well he is doing.

There is one incident that I think is worth relating in case it
ever comes up again. An employee felt that he had pricked his arm in
the fleshy part above the elbow while working in a glove box but there
was no evidence of blood. He reported to the Monitoring group anyway
and they sent him to the Medical Department. There was absolutely no
visual indication of where the location was, however, there was evidence
of activity on or in the arm from moving the Wound Counter probe around
and perhaps from alpha survey as well. It appeared that indeed there
was a significant amount of plutonium in his arm. I suggested to the
Medical people to use potassium permanganate, which is a common decon-
tamination agent, on that part of the arm and then use sodium bisulfite
which would remove the purple color. (The theory for skin decontamina-
tion was to remove a very thin layer of the skin.) This they did. When
the sodium bisulfite removed the purple color of the potassium perman-
ganate, there was left a tiny purple dot at the exact location in which
the plutonium speck had penetrated. The plutonium was easily removed.
That is the only time that I ever recall this technique was ever used,
even though somewhat by accident, or ever needed to be used again. But
it does work and for those who might have reason to confront plutonium-
contaminated wounds in the future, they might keep the technique in
mind.

## Internal Dosimetry

In this section I will relate to the history of the Bioassay
Program and also the Body Counter Program.

From Day 1, we sampled employees' urine for plutonium, enriched
uranium, and depleted uranium. The level of significance in the early
days for plutonium was something like 8 disintegrations per minute (dpm)
in a 24-hour urine sample. We did not have the mathematical power
function system which came into use later and has been used for many
years. The 24-hour sample was simulated as it is today by sending home
a container with several bottles with the request to collect all
voidings for two nights while away from the Plant. The assessment in
the laboratory was done by various chemical techniques. As I recall,
the plutonium and the enriched uranium were put through chemistry which
eventually resulted in an electroplated planchet which was counted to
determine the amount of radioactivity in the urine. The assessment of
depleted uranium was done by fluorimetric analysis in terms of a mass
quantity. In the early days, we had as large a number, if not larger
number, of people exposed to each of the uraniums compared to the number
we had in the plutonium area.

14

EGG2008904

It was in the 1960's when the Langham equation was adopted here and was used in an attempt to better assess body burden. At the time, we were assisted by a Ph.D. (Aurel Goodwin) out of the Criticality group to establish a program on a computer whereby a sequence of urinalysis results for plutonium could be used to extrapolate back to an assigned body burden. With various kinds of improvements and modifications over the years, we are today essentially using the same formula. The final result, of course, is deemed to be a measure that we term systemic body burden and is the amount that is, in effect, transferred to bone, liver, etc., and has established some kind of an equilibrium with the blood-stream and a fraction then is excreted with time, mathematically following a power function. Autopsy results in later years, in general, have shown the assessment of systemic body burden has been very conservative. I am of the opinion that in many of our internal body burden cases the presumed equilibrium does not exist or is biased since many were the result of punctures, material taken in through the skin or whatever, and this is at least partially the reason for the higher numbers.

The restriction policy, which I will get into in probably a little more detail in the ADMINISTRATIVE Section of this dissertation, was established way back in the early years on the presumption that the only place an individual in a plutonium area has to go is the uranium area and therefore individuals were restricted at 50 percent with the idea in mind that they could work with uranium and have a 50-percent reservoir, so to speak, for exposure to any uranium.

To be comfortable with a good bioassay program, one has to establish a high degree of credibility with the employees. It is essential that good instructions be given to the employees, good indoctrinations be given to them, and that the HS&E group is responsive to their questions. It is usually the Health Physics organization or the Radiation Monitoring group that has to be responsive when questions are raised; however, under today's organization these groups have become further and further separated from the details and workings of the scheduling and laboratory program and are therefore not very well equipped to be responsive as was possible in earlier years. In the earlier years when the bioassay laboratory was part of the overall Health Physics function, we were able to handle questions quite smoothly because the person in the field had the total picture, i.e. what the field situation was as well as scheduling and laboratory procedures.

When we were heavily engaged in uranium work, we had at the time a rather heavy urinalysis program for uranium workers as well. As time went on and this work decreased, we cut back on the number of uranium urinalysis samples. There was a justifiable reason for this. With the lesser work going on, there was a lot less potential for exposure and, in general, urine samples showed very low levels of exposure. In the past couple of years, the Health Physics group has made some attempt to increase the sampling program, especially for depleted uranium since there has been increasing work activity in that area. This has created

15

EGG2008905

some problems within the department because of the inabilities to make the measurements or have the proper equipment for making the measurements for uranium in urine. This is an area that has to be worked on, I think, so we would be able to respond to the needs in that area. Also, the fact that there is more and more attention given to it by top management and that we seem to be going in the direction of saying we want to do as well in uranium as we are doing in plutonium from the standpoint of ventilation, keeping the buildings clean, and all that sort of thing, the increased emphasis on urinalysis is only another part of that overall increased emphasis on control in uranium areas.

From a purely practical standpoint, I am not sure whether a risk-benefit analysis has really been done or whether it will be done. I think we are spending an awful lot of money in modifications in uranium areas relative to the existing level or future level of potential for exposure to the employees who are going to be handling uranium. One of the pitfalls of all of this, of course, is to convince the employees that we have not been wrong all of these other years and are trying to rectify bad conditions. Nothing could be further from the truth.

The Body Counter has a rather interesting history. Back in the late 1950's and early 1960's the Y-12 Plant at Oak Ridge proved that they were able to measure lung deposits of enriched uranium with a lung counter. We had kicked around here the notion of coming up with a lung counter in the interest of trying to measure plutonium. We were not able to convince the AEC (I am not sure about our own management) that there was any hope to even try to measure plutonium inside the body. Of course some of the research centers, specifically Hanford and Los Alamos, were making attempts at this, principally trying to measure the x-rays from plutonium. The only word that seemed to come back to us was, "It's probably impossible to ever measure less than a maximum permissible lung burden of plutonium," and "If it is, let's let the research centers develop it." We also sent our two exposure cases from the 1957 incident to Y-12 for measurements which proved to be less than encouraging.

We at Rocky Flats were not content to wait for other people to do it because in our experience without our pushing we would have waited longer for a lightweight alpha survey meter, a practical hand-and-foot counter, a scintillation air sample counter, sealed respirator canisters, and other things we needed here at Rocky Flats. The Wound Counter was another example so we decided that we were going to try our darndest to strike out on our own. The actual justification used at the time to get the Body Counter was that we wanted to make similar measurements as Oak Ridge was doing for enriched uranium on a routine basis. Since we were still working with large quantities of enriched uranium we felt we would make the same kind of measurements as Y-12 was doing on their employees. We were finally able to get approval. While rather fortuitous but certainly not to anyone's liking, the capability for plutonium came about as a result of a serious accident in 1964. It gave us the opportunity to see whether we could actually measure plutonium.

16

EGG2008906

It was not very long before we realized that the americium that was in plutonium could serve very well as a tracer, and even though we have made some measurements using the x-rays, we have since that time principally relied on the americium gamma ray as a tracer for plutonium.

One might argue that using americium has its drawbacks because you have to know its concentration. However, with some good and imaginative technical people, such as we have had over the years, I think we have surmounted that problem and using the americium as a state of the art method, I think it goes without saying that we can do as well as or better than most in measuring plutonium in lungs.

There have been those who question our capabilities, specifically the Lamm-Wirth Committee. As a result, we brought in a commercial person who claimed he could measure plutonium and we were able to show our methodology was superior to his although he was able to estimate the americium fraction in agreement with us. So, I think much credit goes to the people who have worked at the Body Counter over the years dating back to the original concepts in 1964 and earlier. The principal people in getting started were Ernie Ray, John Mann, and Val Johnson along with a lot of help, suggestions, etc., from the whole Health Physics staff. In later years most of the credit probably should go to Roger Falk and Clayton Lagerquist for keeping us in a leadership role in plutonium lung counting. There is no doubt that in the last 10 years the folks who have worked there have made many improvements and maintained a leadership in that technical area. If there is any criticism at all that we have been deficient, I think it is in that we probably have not told the world enough about the system. True, there have been a number of papers written over the years on the capability, but with some of the things that have been done in the Body Counter, I think a published paper or progress report once each year would not be too much.

As we were able to make measurements of plutonium in lungs by using $^{241}$Am as a tracer, it was only obvious that we should ask ourselves the questions, "Does $^{241}$americium translocate from the lungs at a different rate than plutonium?" and "Would it be different for americium already in the mixture as compared to americium growing with time from $^{241}$Pu in the lung?" and further, "Would it be different for each of the possible chemical forms?"

Our questions triggered a number of activities in the mid-60's with me involved in coordinating most of the effort. We were able to get our local RFAO interested and in turn found responsive people in Albuquerque, such as Vince Vespe. Our concerns were relayed on to headquarters and they seemed responsive. I recall drafting a proposed study--all or some of which would have been done at Rocky Flats. The Lovelace Inhalation Group was approached. They turned the project down because of other heavy commitments and the extensive preparation thought necessary. Their scientists, however, encouraged AEC to go forth with such efforts.

17

EGG2008907

A major reason for wanting the Lovelace people to do the study was their proximity to Rocky Flats which would have been conducive to dialogue and perhaps support in laboratory analysis, instrumentation, health physics, etc. When Lovelace turned us down, I made arrangements and visited with officials at Colorado State University (CSU). CSU had instituted its Radiation Biology Graduate Program some years before and had expertise to possibly do the study. I was well received and further discussions were held with AEC. About that time, the Washington head-quarters people suggested that the Hanford Group under Dr. Bill Baer may possibly have sufficient frozen tissues from other experiments to design a study and make the appropriate measurements to answer the question.

Dr. Bob Walters of CSU, Clayton Lagerquist, and I visited Bill Baer at Hanford. As a result of that meeting, Dr. Baer indicated that he did have tissue samples available for studies of translocation ratios for americium and plutonium after inhalation. Relative to contaminated wounds, however, there were no data or samples available for translocation study. The latter study was eventually contracted to CSU and became a source of work from which Ph.D.'s were awarded. Rocky Flats supplied the plutonium, did laboratory analysis, and supplied instruments and monitoring service. The research group at the University of Utah under Dr. Chuck Maes was also visited on our return from Hanford.

Closely related to the above and something I think we at Rocky Flats can take a fair amount of credit for was the establishment of the Transuranium Registry. There is no doubt the questions we raised triggered a lot of interest and in July 1966 a seminar was held at Rocky Flats attended by many of the well known plutonium biology researchers, AEC, and other interested people. Out of this meeting was born the Transuranium Registry. While the scope of its interests have broadened, its principal objective was to gain better insight into measurement of plutonium in people by establishing a registry to gather measurement data on plutonium workers and determine plutonium content of tissues from autopsy as workers died. While some contractors were reluctant to and did not participate in the earlier years, we at Rocky Flats went all out to participate. Our Medical Director, Dr. Dale Hylton, well established in the area medical community, obtained permission for autopsy for more deaths. The efforts in the program have been somewhat hit-and-miss since 1975 with turnover of Medical Directors and their varying levels of interest and/or willingness to go after tissues. My perception is that maximum success is dependent upon the Medical Director being established well enough that he will receive notice directly from hospitals and/or attending physicians when an employee or former employee passes on.

I believe we are confident enough today that the translocation rates are not an impediment to estimates of plutonium in lungs. To my knowledge, however, I do not believe there has ever been anything published or definitive as we would have liked it to be had our original experimental concept been followed.

EGG2008908

As a matter of record, I include in this section a copy of material from the file dating back to the July 1966 meeting which triggered the Transuranium Registry. Unfortunately, some of the slide material from my presentation was not with my prepared text for the meeting.

## Radiations Associated with Plutonium

Back in the early and middle 1960's, I compiled considerable data that probably, for the most part, is still useful today and published as RFP-795. This book covers a number of things. I am sure some updating could be done. Some of the data has changed slightly in terms of abundance of alphas, abundance of gammas, etc. There is some information with respect to gamma dose from plutonium, neutron dose from plutonium, growth of americium, something about neutron yields, some information on attenuation transmission of gammas through different kinds of glovebox materials, a section relating to fission product impurities, a section containing a few other bits and pieces of information relative to body burdens, air concentrations, and how the different isotopic mixtures might affect radioactivity standards for air, water, body burden, etc. Over the years, there have been a lot of activities on the plantsite wherein these kinds of data have had to be used to make evaluations relative to future Plant impact. Most of these were with respect to potential impact for different isotopic mixtures coming out of the reactors with respect to changing of dose limits, with respect to the as-low-as-reasonably-achievable philosophy, and things of that nature. I will relate a few experiences associated with this. Most of the rest of it is documented in some form or another with some of the latest considerations in the files of the Area Health Physics folks in Building 776.

There are two specific situations in the past that relate to gamma radiations and their effect on Plant operations that are probably worthy of discussion. Prior to receiving plutonium from Savannah River, we were not faced with too many unusual radiations other than those from the plutonium isotopes and americium itself. We did know that there were traces of fission products, more specifically ruthenium-rhodium and zirconium-niobium in the plutonium from Hanford. This was evident mostly by the fact that the radiation level at the top of the buttons after they were made was somewhat higher than the radiation at the bottom of the buttons. This was caused by the fact that the lighter fission products tended to float to the top and solidified at the top of the button. The amount of this radiation, however, once the plutonium was put into the foundry stream was not sufficient to contribute significantly above that of the plutonium itself. However, when Savannah River went into production and we started getting buttons from them, we discovered a considerably larger amount of fission product carryover. We had a few buttons that read as high as 2 to 3 rad per hour or more on the top surfaces because of the fission product carryover. We did not put these into the regular stream, rather we stored them and even though the literature shows that the half-lives of these fission products are

EGG2008909

COOK   APRIL 11 1994   ITEM 19   91080

This is a copy of the formal
presentation made by EAP before
the meeting on "Plutonium
Contamination in Man" on 7/25-26/66. at

PROBLEMS IN EVALUATING INTERNAL
PLUTONIUM EXPOSURES AT ROCKY FLATS

E. A. Putzier

July, 1966

Plutonium manufacturing operations at Rocky Flats began in
late spring, 1953.  At that time operations involved con-
version of the nitrate to oxide, fluorination of the oxide,
reduction of the fluoride to metal and fabrication of the
metal to the final product.  Reclamation of plutonium from
generated residues was also a part of the process.  In
1957 our operations expanded considerably with the addition
of more complex fabrication and assembly machinery.  Several
smaller modifications and expansions have occurred since.
With these changes over the years, batch quantities have
increased more than an order of magnitude and total throughput
has increased probably several orders of magnitude.
Approximately 1000 of our employees now work in our plutonium
production buildings.

Accidents which resulted in major health physics and medical
problems are described briefly on the following series of
slides.

EGG2008910

### June 14, 1957          Chemical explosion

Two employees exposed via inhalation, skin lacerations and skin contamination. Body burden estimates from urine data: 0.35 uc and 0.13 uc.

### June 11, 1964          Burning Pu and CCl₄ explosion

One employee exposed via inhalation, multiple cuts to left hand and amputation of left second fingertip. Body burden estimates from urine data: Probably > 0.4 uc.

### February 26, 1965      PuO₂ released from
###                        defective plastic bag

One employee exposed via inhalation, skin contamination. Lung burden estimate by body counter: 0.02 uc. Excretion analysis: Inconclusive.

### March 16, 1965         Drybox glove ripped
###                        at shoulder

One employee exposed via inhalation, skin contamination. Lung burden estimate by body counter: 0.42 uc. Excretion analysis: Inconclusive.

### October 15, 1965       Pu chip fire

Twenty-five employees received in excess of a maximum permissible lung burden as measured by body counter. Excretion analysis: Inconclusive.

.2.

EGG2008911

In terms of numbers of employees involved, the greatest
number of internal exposures has resulted from contaminated
wounds. Through May of this year and since 1957, we have
detected a total of 462 contaminated wounds. Medical
procedures were successful in completely removing the
plutonium in all but 73 of these. Residual wound burdens
range up to 0.4 uc.

CONTAMINATED WOUNDS

| | |
|---|---|
| Total measured since 1957 | 1707 |
| Total positive | 462 |
| Total with Pu remaining | |
| Employed | 54 |
| Terminated | 19 |
| Maximum residual wound burden | 0.4 uc |

Our policy is to restrict employees from further work in
plutonium areas who have 50% or greater plutonium systemic
burden as calculated from urinalysis data or 100% or greater
lung burden as measured by body counting. A breakdown of
these restricted cases is shown in the next slide.

.3.

EGG2008912

EMPLOYEES PRESENTING HIGH PLUTONIUM WORK

Systemic burden based on urine data:

| | |
|---|---|
| Inhalation exposure | 2 |
| Wound cases | 5 |
| Skin absorption | 0 |
| Combination | 3 |

Lung burden based on body counting:

| | |
|---|---|
| Exposure resulting from faulty glove | 1 |
| Pu chip fire | 17* |

* 25 immediately after fire

Experience in evaluating lung burden with our body counter has been encouraging. This is especially significant since excretion analysis in a number of cases would not have revealed the serious magnitude of the exposures. Typical excretion patterns for some of our cases are shown in the next series of slides.

EGG2008913

Evaluation of lung burden by our present technique requires knowing the amount of the always present Am²⁴¹, a daughter of Pu²⁴¹, in the plutonium mixture. Estimates can then be made by measuring the americium 60-kev gamma ray. At this time counting the 60-kev gamma from Am²⁴¹ seems to us to be the most practical approach for estimating body burden with body counter techniques. There have been attempts to measure the L x-rays. In addition to the high absorption loss, quantitative measurement is perturbed by the fact that such x-rays are not specific to any one of the plutonium isotopes and furthermore, x-rays of similar energy from Am²⁴¹ are always present. Other gamma rays are not available in sufficient abundance to offer much hope for specific analysis.

Our exposure cases were exposed to mixtures containing 5 to 6 weight percent of Pu²⁴⁰, 0.5 weight percent Pu²⁴¹ and the remainder, for all practical purposes, Pu²³⁹. In special projects, we have worked with plutonium containing considerably higher percentages of Pu²⁴⁰ and Pu²⁴¹ and as time goes on we can expect to see more. Consideration of how this will affect the MPBB on a mass basis is presented in the next slide.

.5.

EGG2008914

In effect, if body burden determinations were made using urinalysis data for alpha emitters only, a considerable adjustment downward would be required in order to allow for the large activity from the Pu241 and daughter fraction. It is recognized that it may be possible to count in urine the very soft betas from Pu241. Since Am241 will be much more available in such a mixture, it seems that body counting offers considerable promise.

Calibration of our body counter has been accomplished using a phantom -- REMAB. The following slide shows the capability of the counter for lung determinations.

Growth of Am241 for a typical mixture at Rocky Flats is shown in the next slide.

These last two slides in effect say that one can see 1 MPLB from an exposure to the present isotopic mixture of plutonium 200 days after purification. In actual practice it is not likely that an exposure would occur in which the material did not contain in excess of the detectable level of 1 MPLB. Am241 levels in material to which our employees were exposed is shown in the next slide.

.6.

EGG2008915

COOK  APRIL  11  1994   ITEM  19          91886

| | |
|---|---|
| $PuO_2$ released from defective bag | 1360 ppm |
| $PuO_2$ released from defective glove | 358 ppm |
| Pu-CCl$_4$ explosion | 470 ppm |
| Pu chip fire | 1830 ppm |

It is therefore not difficult to estimate initial lung burden if a representative sample of the exposure material is analysed for Am$^{241}$.

Follow-up observations on exposed personnel continue to show the 60-kev gamma ray. As time goes on, quantifying lung burden will depend not only upon accounting for the physical growth of Am$^{241}$ from Pu$^{241}$, but also upon a knowledge of relative translocation rates of Am$^{241}$ and the plutonium mixture. Since Am$^{241}$ is an alpha emitter, its growth must also be considered for its contribution to the lung burden. Some problems in evaluation exist with that transferred to pulmonary lymph nodes. Such knowledge is basic to the success of evaluating lung burden and, once established, could eventually lead to quantifying 60-kev gamma ray observations of liver and bone. The next series of slides shows body counter data for lung, bone and liver.

.7.

EGG2008916

THERAPY

To date we have had varying degrees of success with intravenous administration of DTPA. In two cases it has appeared to be nearly 100% effective.

In serious wound cases and certain other cases DTPA therapy has caused significant increases in plutonium urine levels.

Urine plutonium levels for our most seriously exposed case are shown in the next slide.

Elevation in urine plutonium as a result of intravenous administration of DTPA is quite dramatic. Also shown is a period of oral administration in which the increase is about as dramatic. It would appear that long-range oral treatment of exposure cases, in which the lung or a wound is a reservoir of plutonium, might be a way of preventing bone deposition. Further investigation of suitable and safe oral therapy methods seems warranted.

It has also been suggested by some authors that lung exposure to insoluble particles might be treated by introducing inert

.8.

EGG2008917

agents into the lungs to increase the action of clearance
mechanisms.  Investigation in this area also seems desirable.

These then describe our major problems in the area of internal
plutonium exposure evaluation and therapy and investigations
which we want to see pursued to help solve them.

7- 7-66

.9.

EGG2008918

COOK   APRIL 11 1994   ITEM 19        91089

<u>ACCOUNT</u>

1. This slide illustrates our earliest work with a
   2-inch-thick proportional detector.  Chest measurements
   were made on the Pu-CCl₄ explosion case using our
   recently-developed proportional detector to count the
   17-kev (avg.) x-rays.  Later measurements with a
   4-inch by 4-mm scintillation detector showed a better
   sensitivity, by a factor of 2, for the NaI detector.

   One reason for the reduced sensitivity of the proportional
   detector is demonstrated in the next slide which is a
   plot of the photon absorption for NaI(Tl), 7-10 gas,
   and a lithium drifted silicon solid state detector.
   High tissue absorption of the x-rays also contributes
   to the sensitivity problem.

2. This slide compares the L x-rays from Am²⁴¹ and
   plutonium.  Although the resolution of the proportional
   detector is much better than the scintillation detector,
   this, by itself, does not offer any advantage in <u>in vivo</u>
   detection.

JWH:ab
7-18-66

.10.

EGG2008919

ATTENDEES AT ROCKY FLATS MEETING
"PLUTONIUM CONTAMINATION IN MAN"

July 25-26, 1960

| | |
|---|---|
| ATHERTON, David R., Dr. | Cancer Research, Univ. of Utah |
| BAIR, William J., Dr. | BNI - Northwest Laboratories |
| BRUES, Austin M., Dr. | Argonne National Laboratory |
| BRUNER, H. D., Dr. | Division of Biology and Medicine AEC Headquarters |
| CABLE, John W. | Division of Biology and Medicine AEC Headquarters |
| CASARETT, Louis J., Dr. | University of Rochester AEP |
| DAVIS, Claude E. | Operational Safety AEC Alburquerque Operations |
| DEAN, Phil | Los Alamos Scientific Laboratory |
| LANGHAM, Wright H., Dr. | Los Alamos Scientific Laboratory |
| LOUGH, Allen, Dr. | Division of Biology and Medicine AEC Headquarters |
| MAYS, Charles, W., Dr. | Cancer Research, Univ. of Utah |
| MC CLELLAN, Roger O., Dr. | Division of Biology & Medicine AEC Headquarters |
| MEYER, Herbert E. | Health Physics, Mound Laboratory |
| NEWTON, Carlos E. | BNI - Northwest Laboratories |
| NORWOOD, W. D., Dr. | Hanford Occupational Health Foundation |
| PALMITER, Clair C. | Federal Radiation Council—Washington |
| ROSENTHAL, Marcia W., Dr. | Argonne National Laboratory |
| ROSS, Donald M., Dr. | Operational Safety - AEC Headquarters |
| SNYDER, Walter S., Dr. | Oak Ridge National Laboratory |
| THOMPSON, Roy C., Dr. | BNI - Northwest Laboratories |
| VESPE, Vincent C. | Operational Safety AEC Alburquerque Operations |
| WASSON, Hodge | Division of Biology & Medicine AEC Headquarters |

EGG2008920

COOK  APRIL 11 1994  ITEM 19  91091

PLUTONIUM CONTAMINATION IN MAN

Information Meeting

The following is a guideline agenda to provide some structure for the meeting. Although specific topics and names are indicated it is hoped that this will not be considered a rigid program but instead will serve primarily as the nucleus for free discussion. Slide projectors for 2" x 2" and 3¼" x 4" slides will be available.

July 25, 1966
Monday 8 a.m. - Pickup at Harvest House

Welcome
Tour of Plutonium Manufacturing Areas - Rocky Flats staff
Review of Rocky Flats experience with Plutonium Contamination in Man
     E. Puttier
Review of Hanford experience with Plutonium Contamination in Man
     W. D. Norwood
     C. Newton
Assessment of Plutonium Burdens
     LASL Proportional Counter
     Phil Dean
     Possible Use of Solid State Detectors
     Madge Unsoon

July 26, 1966
Tuesday 8 a.m. - Pickup at Harvest House
Plutonium Metabolism and Toxicity in Experimental Animals
     Hanford Experience with Non-inhaled Plutonium
         R. C. Thompson
     Utah Experience with Intravenously Administered Plutonium
         D. Atherton
     Dose-Effect Relationships for Plutonium in the Utah Dogs
         C. Mays
     Tissue Distribution and Bone Tumor Incidence following Administration
         of Different Forms of Plutonium
         Marcia Rosenthal
     Experience with Sub-Cutaneously Administered Plutonium
         Austin Brues
     Hanford Experience with Inhaled Plutonium
         W. J. Bair
     Rochester Experience with Inhaled Plutonium
         L. Casarett
     Comments on Comparative Metabolism of Plutonium and Americium
         W. Langham
Future Research Needs

EGG2008921

91892