PLUTONIUM CONTAMINATION IN MAN

Information Meeting

Supplemental Information

Reservations for all participants, unless notified otherwise, have
been made at the Harvest House in Boulder, Colorado.

Commercial transportation via airport limousine is available from the
Denver airport to Boulder.  Some service is direct without transfer, these
are indicated below with a w/o.  Other service marked w/, requires a
transfer at the Brown Palace Hotel which is one block from the downtown bus
terminal.

Airport Departure
Time
8:25 am     w/
10:05 am    w/
11:45 am    w/o
12:55 pm    w/
2:20 pm     w/
3:25 pm     w/
5:10 pm     w/
6:30 pm     w/o
9:00 pm     w/o
11:45 pm    w/

The trip from the airport to Boulder takes about 1 hour and 15 minutes.

A request has been made through channels for Q and Sigma clearances for all
listed participants to be verified to the Rocky Flats Plant.

Transportation to the Rocky Flats plant will leave from the Harvest House at
8:00 am on Monday, July 25.

EGG2008922

Scheduled Participants
in the

"Plutonium Contamination in Man"
Information Meeting

Roy C. Thompson
W. J. Bair
   Biology Department, Battelle-Northwest, Richland, Washington

L. Casarett
   University of Rochester, Rochester, New York

Wright Langham
Phil Dean
   Biomedical Research Group, Los Alamos Scientific Laboratory,
     Los Alamos, New Mexico

C. W. Mays
D. Atherton
   University of Utah, Salt Lake City, Utah

C. Newton
   Environmental Health and Engineering, Battelle-Northwest,
     Richland, Washington

W. D. Norwood
   Hanford Occupational Health Foundation, Richland, Washington

W. S. Snyder
   Health Physics Division, Oak Ridge National Laboratory,
     Oak Ridge, Tennessee

A. M. Brues
Marcia Rosenthal
   Division of Biological and Medical Research, Argonne National
     Laboratory, Argonne, Illinois

C. Palmiter
   Federal Radiation Council, Washington, D. C.

H. Meyer
   Mound Laboratory, Miami, Ohio

J. Harley
   AEC Health and Safety Laboratory, New York, New York

H. O. Bruner
A. Lough
R. O. McClellan
J. Cable
H. Wasson
   Division of Biology and Medicine, AEC, Washington, D. C

EGG2008923

- 2 -

D. Ross
  Division of Operational Safety, AEC, Washington, D. C.

V. Vespe
C. Davis
  Albuquerque Operations Office, AEC, Albuquerque, New Mexico

This list does not include the names of Rocky Flats AEC or Dow personnel.

EGG2008924

something on the order of less than 100 days, the fact that you would have one radioactive material decaying into another; e.g., zirconium to niobium both giving off gamma rays, the effective half-life was considerably longer so it took quite a long time, i.e. several years, if you wanted to let the decay of the fission products reduce to a reasonable level before one would be able to use the button. We did, after a reasonable amount of decay, blend such a button in with other low-level buttons. This got to be such a problem that eventually we helped the production people develop a specification for Savannan River; in the meantime, Savannah River was doing their best to try to eliminate the carryover of the fission products. We established a rather clumsy but effective method of accepting buttons.

We developed a reproducible geometrical setup in which we had an ordinary gamma device such as a "Cutie Pie" located on a stand with a holder located at a specified distance to where we placed the button. Between the Cutie Pie and the button, we put in a lead-shield thick enough to attenuate to insignificant amounts most of the lower energy gamma rays originating from plutonium and americium. Since the fission product gammas were in the 500- to 800-keV region, there was sufficient penetration to get a dose reading if the fission products were present in any significant quantity. From the geometrically reproducible setup, we established a maximum dose level as a specification for acceptance. We met with Savannan River people and they duplicated our arrangement at the Savannan River Plant. They did, of course, improve their process and were eventually able to remove the fission products to acceptable levels. In the meantime, we blended the Hanford, Savannah River, and Rocky Flats recycle buttons and were able to keep exposure rates down.

Because of the volatility of the fission products, we had other problems. There was a tendency for the dust to adhere to the insides of gloves in the foundry and contribute to hand dose. Frequent gamma monitoring and changing of gloves were required. Also, there was a buildup of gamma radiation in the filter system which caused control problems during filter changes and problems in handling filters for disposal.

The other experience relates to a project in which we contracted to fabricate fuel plates for Argonne's Zero Power Reactor (ZPPR). By the time the operation was completed, we had something like six quarterly whole body overexposures, i.e. in excess of 3 rem in a quarter. What had happened was that the material, a mixture of plutonium, uranium, and molybdenum, had to be melted at a temperature several hundred degrees higher than we had experienced with plutonium itself. The plutonium was reactor grade and the material contained a large amount of americium from the $^{241}Pu$ decay. What was happening, enhanced by the higher temperature, was the americium volatilized that much more and wound up on the outside of the cast material plated out inside the gloveboxes, and as a result both the gloveboxes and the material itself became significant radiation sources. Measurements showed as high as 140,000 ppm $^{241}Am$. At the time, we were not aware first of all of the excessive volatility of americium, or at least it was not taken into

EGG2008925

COOK   APRIL 11 1994   ITEM 19          91096

consideration by anyone, and Health Physics certainly was not aware or had paid any attention to the different parameters associated with melting the material. Argonne National Laboratory (ANL), who had done some of the work before, had not warned us of this potential problem. So, in effect, we were trapped and wound up with the six above-standard exposures.

Back in the mid-1960's or thereabouts and on to the later 1960's, an organization was formed with headquarters at Oak Ridge called Atomic Energy Commission Operations Planning (AECOP, for short). My perception, as I recall, of the function of this group was to try to optimize the costs of the production side of the AEC relative to its producing plutonium for the weapons side of the AEC versus the latter's potential radiation exposure impact for various isotopic compositions of plutonium. Of course, the big issue with respect to this since reactors can operate much more economically if they are allowed to run longer, was that there would be an increase in the $^{240}$Pu and $^{241}$Pu content and probably the $^{238}$Pu and $^{242}$Pu as well. Therefore, this group was to look at the various parameters, cost, impact on the weapons side, relative to what it would take to handle the material, and come up with some recommendation for optimizing the parameters for the reactor people. Rocky Flats played an active role in this from the standpoint of having a representative in residence at Oak Ridge. I do not remember how many different people from Rocky Flats were there but I think there were at least two at different times. I was very much involved in compiling data, making calculations, etc., with respect to the impact, expected radiations, etc., associated with plutonium that might come out of the reactors different from the plutonium we had been receiving. In my estimation there was a lot of time and effort spent on this AECOP Program and I do not know that any changes or anything of value ever came from it. There was a final report published which was entitled, "Variables Affecting Plutonium Radiation Exposure Rates" identified as AECOP-409, published November 20, 1970, authored by J. M. Morrison and A. E. Smith.

We have over the years done many similar kinds of studies because of questions that are asked from time to time as to what the impact of varying material parameters might be on Rocky Flats. I believe one of the problems that we have had is that we in Health Physics have not documented as well as we should have the input given to other groups on plantsite much of which probably was more or less on an informal basis. We have not documented it well enough to know why we put in the information we did, and every so many years similar questions arise, and when we review what we said, we do not have enough documentation of why we said it in the first place to help us out. I think it is essential that the folks in the future make certain that accurate documentation is kept for all input given to such inquiries. A lot of these inquiries have come from AEC, ERDA, or DOE with quick turnaround times. We had to drop everything, get quick answers, and the kind of work we have done and the kind of answers we have had to come up with, etc., do not lend themselves all that well to being documented. After the input goes in,

21

we heave a sigh of relief and do not take the time to sit down and
really expand on what we have done and why we did it and get it into the
file for future reference.

Some of the things that have happened the last 2 or 3 years similar
to this kind of thing I think are fairly well documented and they are,
as I mentioned earlier in this section, documented in the Area Health
Physics file.

One last thought, I think, from the standpoint of the kinds of
exercises we have had to go through over the years with respect to
predicting radiations from plutonium and their impact on our opera-
tions: I think there is a fair amount of information from hard data
that could go on computers that would allow for quick estimates and
would have the advantage that the software itself would be the documen-
tation of how the answers were derived, and I would highly recommend
that considerable effort be put into doing this. I think it would be to
everyone's advantage, not only to HS&E but to the Plant as a whole, to
do this sort of thing.

## Ventilation and Filtration

I think that there have been a few inaccuracies related in some of
the public discussions on the history of the Plant and its ventilation
and filtration systems, more specifically as it relates to the
discussion of the 1957 fire.

Building 771 was designed with a main filter plenum, single-stage,
with Chemical Warfare Service (CWS) filters (24 x 24 x 12 inches)
numbering between 600 and 700. CWS filters will burn, and at the time
of the 1957 fire they did burn. The intent of the main filter plenum
for the air that passed through it was to evacuate room air which was
directed to it. The building initially had two prefilter exhaust
systems which also dumped into main plenum. One of these systems was
4-stage. It had originally been designed with the idea that it might be
a recirculating system with nitrogen atmosphere for the chemical
processing glovebox operation. It was never used as a nitrogen recir-
culating system but records seem to indicate a percentage of it was
recirculated and the remainder dumped directly into the plenum. Records
also suggest that the fabrication area glovebox air dumped directly into
the main plenum. The nature of the fabrication was such that under
normal conditions very little airborne particulates were released. The
other prefilter system, a 2-stage, took care of the laboratory glove-
boxes and hoods and also gloveboxes and hoods in the small production
development-type laboratory on the first floor. The latter filter
system had a parallel capability so one could switch to a parallel set
while changing filters. It was the latter system which burned through
at the time of the 1957 fire.

22

EGG2008927

There was a rather elaborate supply system to the building which did an excellent job of cleaning the air. As a matter of fact, I did some measurements in the early days and determined that the reduction in short-lived radioactivity coming into the building was a factor of more than 100 less compared to what it was on the outside.

The ventilation rates for general room air, while I do not remember the exact numbers, were quite high, probably on the order of 20 to 30 changes per hour. And, as I mentioned in the section on Air Sampling, these extremely high rates showed their effectiveness when we would have a spill in that one could define a plume along the floor toward the closest exhaust louver.

There have been many arguments over the years on ventilation rates, especially in the early 1970's, when plutonium engineering criteria were being developed. I think we are fortunate that we had a member at this Plant on the committee who was able to convince others that indeed ventilation rates were important and that quite a few changes per hour were required to be effective. One of the occurrences on this plantsite which bore this out was at a time when we lost the exhaust to one of the modules in Building 707.¹ The Utilities people tied that module to the same system that was taking care of another module. This, in effect, halved the ventilation rates of both modules. We had a release in one of these modules and in no time at all the entire module was contaminated to varying degrees. We know very well from other experiences that had we had normal ventilation rates in that module, the contamination would have been contained within a much smaller area of the module itself.

There have been several changes in prefilter systems in Building 771 over the years, e.g. a halide system which I think related to increasing americium operations, additional and changed booster systems, and a dedicated system for remote operating cells for transplutonium element work.

The prefilters in Building 771 prior to the 1957 fire all contained CWS filters. After the 1957 fire, there was much attention given to glovebox construction, fire-resistant filters, installation of filters, and things of that nature. There were several meetings at Rocky Flats. There was a committee appointed from Washington headquarters to review these kinds of things. From this, of course, came eventually the fire-resistant filter and eventually the HEPA filter that we know today. These filters were installed as soon as available and replaced the CWS filters. I am sure that in 1969, had we had CWS filters in plenums in Building 776, they probably would have burned through as they did in Building 771 in the earlier days.

It was the 1969 fire that triggered the notion of having two stages of final filtration in the plutonium areas. A project was started to accomplish that and along with this change it was deemed necessary to go to the extra filtration, that is, four stages, for prefilters. Related

23

to all this was the effort to inert gloveboxes in which pyrophoric forms of plutonium were handled. This led to a 1972 line item, the nitrogen plant near Building 559, and the eventual inerting of selected dryboxes in Buildings 776 and 707.

While not directly related to the actual building ventilation, it is probably worthwhile mentioning that on occasion portable ventilation units have been used. This can be done by using portable blowers, building temporary houses around equipment to be worked on, or actually building temporary filter plenums that may be only single-filter, multiple-stage types. There are many ways to innovate to establish ventilation at a given job, and over the years, there have been a number of this type of thing used. The downdraft unit which the Health Physics department came up with in concept and design has been, I think, an interesting device from the standpoint of localized ventilation. It has certainly minimized the potential hazard from changing gloves, cutting bags, and other jobs as well. The downdraft tables which are used in some of the Final Assembly areas have functioned well and there should be no reason to be concerned about their ability to keep the air clean if all related procedures are followed.

Associated with the Health Physics downdrafts is the glove change operation and perhaps one of the important developments was the glove change ring which allows one to change a glove in a glovebox without ever causing the glovebox atmosphere to be directly open to the room atmosphere. This, then, does not upset any of the ventilation within a glovebox and allows for an efficient and safe way of changing gloves.

The ventilation associated with the uranium side of the Plant and beryllium side of the Plant in the early years was primarily a main plenum or plenums, single-stage, with some filtration at the operation itself. In my opinion, the filtration and ventilation in those areas has been adequate through the years relative to the amount going out the stack and the standards which we have had for the general public. The current situation with respect to going to two stages and some of the other ventilation and filtration improvements in those buildings no doubt will bring them down to, for all practical purposes, zero release. Perhaps this is the way to go but, the way I see it, it is more political than practical to have to go that far.

## Experiences with Uranium and Beryllium

For enriched and depleted uranium, we in general considered the enriched area needed to have full enclosures for all chemical and foundry-type operations. The machining area requirements were to have a reasonably tight, hooded arrangement over the material being machined. This philosophy over the years resulted in very successful controls for the very heavy enriched uranium operations load we had in the earlier days.

24

EGG2008929

mold itself thereby enhancing the amount of beta radiation coming off
from the chunk of the material.  We used to use as a rule of thumb that
clean uranium metal in equilibrium with at least its first two daughters
would give off on the order of 200 mrad per hour beta radiation at the
surface of a piece of the metal.  This went up by at least an order of
magnitude and probably more than that.  We can say that we saw readings
as high as 2000 to 3000 mrad/hr on castings of depleted uranium that
were in the foundry area.  Then, too, the dusts which were generated in
the burnout and breakout process settled on various pieces of equipment
and from that there were additional beta radiation fields generated.
This also resulted in excessive dust in the atmosphere.  The house-
keeping of these areas was indeed a very important control problem, and
as I recall, in those days was handled very well.

At a time when it became necessary to decontaminate enriched
uranium parts that had been contaminated from plutonium parts, the first
part of the cleanup was done in Building 777, and, in effect, the parts
were cleaned to essentially no smearable contamination.  Further decon-
tamination was done in Building 883 and the decontaminated parts were
then broken up on a press in preparation for further salvage.  Soon
after, however, the Building 883 decontamination operation was moved to
Room 266 in Building 881.  We in Health Physics worked very closely with
the folks who were responsible for setting up this decontamination
operation because of the problems of trying to determine exactly when a
part was clean.  Even with the Building 777 cleanup, significant
plutonium levels remained on the surface.  Here again I cannot
over-emphasize the importance of a close working arrangement between
applied Health Physics and Radiation Instrumentation.  These people
working closely together with the operating group came up with some
detection equipment which, in effect, utilized the different alpha
ranges from uranium and plutonium.  The operator was able to scan over a
part and relate to specified readings above which would indicate there
was an excess amount of plutonium on the part.  This turned out to be a
very successful operation.  The parts themselves were cleaned in baths
(I expect they were nitric acid) that literally leached the plutonium
off the parts.

In the middle to late 1950's the Plant began to set up for
beryllium operations.  Building 444 was designated.  We were to receive
blanks from a commercial company and machine to finished parts.  Up to
that point we had not had an industrial hygienist on the payroll.  I was
somewhat involved in some of the early health and safety considera-
tions.  We decided the ventilation controls should be similar to that
for enriched uranium.  Even though there was a wide difference in
material density, the standards on a mass basis were reasonably close.
Isolation of operation, separately colored coveralls, and locker room
were some of the considerations that were put into effect.  We estab-
lished dual air samplers at each machine using 1-1/8-in. Whatman 41
filter paper, and the general laboratories analyzed the paper by
emission spectroscopy by insertion of the papers directly into the
electrodes, a method originated at the University of Rochester.  Through

26

EGG2008931

COOK   APRIL 11 1994     ITEM 19           91102

our air sampling program and medical surveillance. I am confident that no individual handling beryllium ever was exposed significantly. Major problems in beryllium operations have dealt mostly with ventilation problems beyond the workstations themselves.

## Experience with Some Nonroutine Materials

In about 1959 or 1960, we received at the Plant kilogram-quantities of material in nitrate form which we termed "high-ngs material." The material contained $^{240}$Pu in varying amounts from batch to batch up to something greater than 20 percent and varying amounts of $^{241}$Pu from batch to batch up to a maximum value of about 4.6 percent. This material was to be campaigned through the east chemistry line in Building 771 to produce metal buttons. I am not sure exactly what its future was to be. There may be documentation on the plantsite that would relate to that. We did a very intensive study of the radiation properties of this material. We paid particular attention to radiation levels in the field; i.e. near the chemistry line, radiation exposures to the people, etc., in the interest of trying to learn as much as we could as the material was campaigned through the line. There was no additional shielding put on the line. It was processed in the same manner as the routine weapons-grade plutonium. There is a classified document in the HS&E file in Building 111 (CD60-1266) that goes into considerable detail on the measurements we made and probably some detail with respect to the handling of the material in general. As I recall, we took readings on various parts of the operation, the material as it was processed, and the buttons as they were made. The elevated readings which were taken on these buttons did not surprise us, although readings at the operations per se showed little significant increase. We did gamma spectrometry on the buttons. We saw all of the expected radiations including some peaks at the fission product level; i.e. zirconium, niobium up in the 700- to 800-keV region. We did not see any excessive radiation exposures on any of the people. As a matter of fact, for the time period in which the campaign was run the exposures to the people were not any more and probably less than they would have been had they been running routine operations. However, this may have been because in a campaign like this the first thing one does is have a very clean line. We were campaigning something through from which we expected higher radiation levels and therefore we exercised greater care. In any case, the final results showed no more exposure to employees than routine. We cannot draw a conclusion, however, that this would be the case should one start routine operations with this material. Indeed the readings on the buttons and other readings which were taken showed a large amount of $^{237}$U, a daughter product of Pu$^{241}$ with reasonably hard gammas. This and other expected radiations showed up and if one were to operate with this material routinely, there is no doubt that the higher radiation levels would lead to higher exposure levels to people operating on such a routine basis.

27

Another material which the Plant was interested in from time to time was $^{233}$U. Handling requirements of $^{233}$U per se, when one looks up the radioactive properties of the particular isotope, is not all that alarming. It is not as radioactive as plutonium. It is more radioactive than enriched uranium and one could erroneously draw the conclusion that if you were to put $^{233}$U into a glovebox situation, you would be perfectly safe in handling the material. It is, of course, a fissionable material and criticality considerations have to be incorporated into any of the plans associated with handling it. The problem comes, however, from the fact that in the production of $^{233}$U from thorium there is produced, depending upon the reactor parameters and, as I understand it, depending probably to some degree at least upon the origin of the parent (thorium), $^{232}$U along with $^{233}$U. Uranium-232 is a bad actor from the standpoint that it has a reasonably short half-life in itself and it has a chain of radioactive daughters of reasonably short half-lives, many of which give off gamma radiation, including some which is very energetic. $^{208}$Tl for example has a gamma of energy something in excess of 2 MeV. It only takes a few parts-per-million of $^{232}$U to create radiation problems in handling $^{233}$U.

The way that one can safely handle $^{233}$U is to perform what is called a thorium strike. What the thorium strike does is break the radioactive chain. Thorium-228 is the first daughter of $^{232}$U. A thorium strike is accomplished by using natural thorium as a carrier to carry down the unwanted $^{228}$Th. (What it does is break the chain and causes the radiation level within a matter of a few days to drop to a minimum and then start climbing as the $^{228}$Th grows back into the mixture.)

A number of years ago, in the mid-1960's, we handled something like 20 kilograms of $^{233}$U. The operation was such that it included bringing in the $^{233}$U from Oak Ridge, doing the thorium strike here at Rocky Flats, reducing the material to metal and then doing some fabrication work. This was all done in Building 881 and there were very elaborate precautions made in order to campaign this material. The machine tools which we used were heavily shrouded with plastic to protect them and, as I recall, we had really no trouble in containing the alpha radioactivity. I am not sure why but it seemed like the uranium, maybe it is something about its chemistry, was much easier to contain and clean up as compared to plutonium.

There is a document that was written back in June 1965 (RFP-538) that relates to a much, much smaller project but does show in effect something about the radiation associated with the various parts of the process, the optimum time of handling some of the process materials and wastes, and the volatility experienced from the various daughters which are in the mixture before the thorium is actually removed. It is indeed important, then, that the various kinds of filters that one has in the effluents from the foundry or chemical operations, or whatever, be handled carefully because they are apt to contain and collect some of

28

EGG2008933

these daughter products which emanate relatively high-energy gamma radiation. This, then, creates a disposal problem and should any plans be made for handling $^{233}$U, it certainly has to be a major part of the planning to decide how to handle these disposable wastes that come about from the process.

The $^{233}$U job involving the 20 kg was successfully accomplished. As I recall, there were on the order of 40 ppm of $^{232}$U in the mixture. This represents a fairly large amount in terms of the amount of radiation it can generate. Uranium-232 that sits around for 3 or 4 months with this concentration of $^{232}$U would become a relatively high-level gamma-emitter and certainly would require another thorium strike if it were to be handled again at that point in time.

The other part of the problem associated with handling these kinds of materials relates to the fact that you need shielded containers, especially for the waste. Whatever accumulates is going to have the properties of the growing gamma field so this has to be taken into account and, of course, if you are shipping such materials, it is going to require appropriate shipping containers.

Another material which was successfully handled here back in the middle 1960's was curium-244. Curium-244 is basically an alpha emitter with high specific activity, relatively short half-life, but also has a very high rate of spontaneous fission. We successfully converted 3 grams of this material from oxide into curium metal in a glovebox-type operation. The material was received from Oak Ridge and was on the order of 96 weight percent pure with other isotopes of curium also contained in the material. This specific operation is written up as an unclassified report (RFP-811) entitled "Glove Box Handling of Gram-Quantities of Curium-244 at Rocky Flats."

## Other Technical Information

In the early days, even though it was recognized that we were dealing with highly fissionable materials, there was not that atmosphere of seriousness that a plant of this type would ever have a criticality. As a matter of fact, one of the original leaders at the Plant made a comment one time that the only place Rocky Flats probably would be in jeopardy of having a criticality is within the Criticality organization itself since they were doing experiments in situ to study safe geometries, safe concentrations, etc., of plutonium. The occurrence at Oak Ridge in 1958 turned that kind of thinking around. The Oak Ridge accident occurred in an enriched uranium facility and indeed showed that a rather simple mistake like allowing an unsafe geometry vessel in an operating area could lead to disastrous results. In that case, a 55-gallon drum thought to be used for nothing more than to catch water used to flush out lines became the source of the criticality. As the story has been documented, a valve was left open and eventually uranyl nitrate came through the piping into the unsafe geometry and caused the criticality. At that time, our plant manager became very interested in

29

what had happened and what needed to be done here to ensure that we were safe at Rocky Flats. There were four of us, including me and the manager of the Criticality group along with some production folks, who went to Oak Ridge Y-12 Plant and learned what we could about what had happened and came back and gave a report to our plant manager and his staff. This, I think, only reemphasized some of the rules that the Criticality group were trying to enforce and the incident probably increased respect for those rules more than anything else could have done. We did decide to have a practice exercise in Building 881 in which we simulated a criticality and Health Physics took part from the standpoint of estimating what kind of doses people would get who were in various parts of the building at the time of the simulation, what kind of dose levels we might observe in reentry, and things of that nature. This was put into a report dated April 14, 1960 called, "Building 881 Mock Nuclear Excursion." It never got into an RFP report form and I am not sure who else has copies of the report but I do have one in my file which I will leave behind when I leave the Plant.

On a more Agency-wide basis, this accident led to somewhat of a flurry to try to assure that operating plants would be able to assess radiation dose properly should an occurrence take place. One of the problems at Oak Ridge had been in their alarm system in that they had an inertia-type of horn which required a finite period of time to get to a speed in which it became audible. We, from Day 1, had a criticality alarm system at Rocky Flats which utilized a scintillation detector and Claxton horns to sound in the event such an occurrence took place. We did have a few false alarms since the detectors were gamma-sensitive and these false alarms came about when people transported or moved containers that had gamma levels such that the detectors reached their sensitivity level and triggered the alarm. The Claxton horn, no doubt, could be heard by everybody in a building. The only interference I ever recall was a sound associated with an elevator in Building 881 that resonated to other parts of the building in some fashion that sounded similar to such a horn and this sometimes created some concern. As time went on, the standard for alarms eliminated the Claxton horns since a varying-pitch sound became a requirement and that is why we have such a sound today. Again, from the standpoint of assuring audibility, there is probably nothing better than a Claxton horn for that purpose.

In addition to the alarm systems which were reviewed after the Oak Ridge incident, there was the question of adequate dosimetry capability. At the time of the Oak Ridge incident, they did not have any area dosimeters. A system had been developed at the Oak Ridge National Laboratory, a dosimeter which included a shielded set of foils including a couple of radioactive ones as well as other materials that could be activated from neutrons, as well as high-level gamma dosimeters. There was a flurry after the Oak Ridge incident to install such devices in operating buildings with the idea that they would assist in determining the spectrum should a criticality occur, and we indeed did buy a number of those dosimeters and install them in our operating buildings. A few years later the dosimeters were eliminated, lost favor, and we were able

30

EGG2008935

to go with criticality dosimeter elements within individual dosimetry badges.  AEC gave approval for us to eliminate area dosimeters.  We have since been unable to find documentation of the agreement that had been reached with AEC and under the new DOE Orders it appears there is a requirement and I believe the Plant is going to have to reinstall some type of area dosimeter.

The other occurrence which emphasized the need for criticality considerations in operating areas took place at Los Alamos shortly after the Oak Ridge incident in which an individual was exposed to such a high level of radiation that he died within a matter of a day or two. Fortunately, the exposures at Oak Ridge were not fatal even though they were of considerable significance and several people went through a radiation sickness syndrome and were hospitalized for an extensive period before they fully recovered from the incident.  I think the Los Alamos incident emphasizes the need for eliminating administrative controls if at all possible and having only physical controls, safe geometries throughout, and very rigid rules to eliminate any kinds of unsafe geometries in an operating area.  The Los Alamos accident occurred in a tank in which the only control was batch size and when the batch size was doubled the criticality occurred.

<u>Chelating Agents</u>

On a different subject, we had our first experience with a chelating agent at the time of the 1957 chemical explosion.  We were descended upon at that time by all kinds of experts from around the country, including a gentleman from Los Alamos who had been advocating the use of ethylenediaminetetraacetic acid (EDTA), also called Versene. This individual used the solution as an external decontaminating agent, i.e. to wash contaminated skin.  Also upon his recommendation, the two individuals involved in this accident were given the material by intravenous drip.  The use of EDTA to remove heavy metals was not specific to plutonium.  It had been used by medical people elsewhere to remove lead from the systems of people who had been exposed to lead.  As a matter of fact, at the CU Medical School there was a doctor who was highly involved in this type of therapy in the Denver area.

There is no doubt about it that the EDTA enhanced the excretion in urine of plutonium from these two individuals.  I am sure the medical records give in detail the treatment pattern and some of the other tests that were run because of the potential that excessive treatment of this material could cause kidney damage.  I do not recall other people being subjected to this kind of treatment up to the point in time when diethylenetriaminepentaacetic acid (DTPA) became available.  I do know that by 1964 DTPA was available and was used on an employee who was exposed to plutonium here at Rocky Flats.  I also know that DTPA was used on at least one or maybe both of the two individuals exposed in 1957 at a later time to see what kind of enhancement occurred and the observation was that yes, indeed, the urine levels would go up even some 7, 8, or 9 years or whatever it was, after an exposure if DTPA was

31

EGG2008936

administered.  If one runs a balance sheet, however, for these partic-
ular cases, there is a question as to just how much benefit one would
gain by using the DTPA after that many years.  There is no doubt that it
is quite effective at early times, especially for soluble materials.
There has been documented and published in the Health Physics Journal a
study of exposure cases of two individuals at Rocky Flats, both of whom
suffered contaminated acid burns and were given DTPA on almost a daily
basis.  The conclusion we reached was that the DTPA was extremely
effective and brought the urine levels down to what one could term
preincident levels.  I guess I am a firm believer that if there is any
question about DTPA being given to an individual who has been exposed
and there are no contraindications medically, it is worthwhile to
discuss with the patient and recommend that it be given.  The experience
we had with the two burn cases showed that it is highly recommended if
the plutonium is in the soluble form.

Readiness Capability

     At this point, it may be well to relate the need for readiness
capability when occurrences take place.  In 1957 we were not prepared
for the two cases we had.  I do not think we can be criticized for that
since the state of the art was not there at the time and we, in effect,
developed a state of the art and went on from there.  However, the
situation in 1964 pointed out the need for readiness by the Medical
department who, up to that point in time, probably did not expect that
they would be faced with an individual coming to that department
unknowingly highly contaminated.  What occurred at that time related to
an individual who was involved in a plutonium carbon tetrachloride
explosion.  It occurred in Building 776 at a time of day when most
people were out to lunch and the individual did not have anyone nearby
who was even aware that anything occurred.  The explosion put him into a
traumatic state and probably affected him mentally from the standpoint
of not really knowing what to do.  He went out the rear doors of
Building 776; he was first noticed by a Security guard who was in the
location because there were construction people under his surveillance.
The Security guard noticed that the man was badly hurt; and, since he
came out of what was known as a compressor shed, assumed that he had
been hurt in that building; and, of course, was not aware that there was
any contamination involved.  The Security guard summoned the ambulance
immediately.  The ambulance came and took the individual to the Medical
department.  He was brought in and the assumption was made at the
Medical department, by the Security guard and the ambulance driver, that
the man was a construction worker.  When the doctor started to work on
the individual, who was in a state of shock and not communicative, he
first noticed the individual had on a Dow security badge.  He then
realized he was not a construction worker and immediately suspicioned
there may be contamination involved.  He summoned the Health Physics
superintendent from Building 123 who came over with an instrument and
confirmed there was high-level contamination involved.  By that point in
time, there had been a fair amount of traffic up and down the halls of
the Medical building and the east entryway into Medical had become

32

EGG2008937

contaminated as did the ambulance and those people who had helped the individual. There was a fair amount of backtracking, then, that took place to clear the ambulance, work back to the security guard and outside Building 776, and work back into the building, and of course, a large portion of it was contaminated. Subsequent to this incident, several actions were taken at Medical to better cope with any similar accident in the future.

The first action was to set up a capability to isolate the east end of the building with a bootie exchange, a monitoring station, and an emergency cabinet to allow the Medical people to have protective clothing and respiratory equipment for responding to similar occurrences.

The second action was to revamp the entryway into the decontamination area from the south so anytime in the future if there should be a highly contaminated individual, he could be brought in from the south. Also, additional kinds of decontamination could be performed there utilizing showers and decontamination tables to ensure that contamination was not tracked further into the building.

A third need associated with that particular accident was a capability for catching decontamination solution. I am not sure whether it was at that time that this capability was put in or whether it had been done before, but in any case, somewhere along the line it was recognized that the Medical department could generate solutions which had to be handled as contaminated solution and be treated appropriately.

At the time of the 1964 exposure incident, the levels of plutonium in the individual's excreta were extremely high. There had to be a lot of care taken in Building 123 to assure that these samples could not cross-contaminate the normal run of samples. I think that incident points up the need for a so-called "hot lab" well isolated from any of the other laboratories, including some specialized counting capability. At that time, we were able to follow on a qualitative basis and work with the Medical department in terms of the effectiveness of DTPA by counting urine by immersing a scintillation detector into a beaker of raw urine and counting the associated gamma radiation. Even though effective at the time, I am not sure today, without some on-the-spot jury-rigging, we would be able to do the same thing. It would seem to me that it would be appropriate to have that capability available in the event we should ever have a serious exposure again.

The other capability that, I think, should be installed in such a laboratory is a capability for direct-counting of feces. This has been done at other laboratories. Geometry can be defined and one can make a measurement on feces without any chemistry. It is obvious that one would want to run chemistry on both urine and fecal material to get more refined data but this takes time, and it is important to the individual,

33

EGG2008938

important to the Medical department, important politically, and important to public relations that some kind of qualitative information be generated as rapidly as possible; therefore, such capability ought to exist.

## Contamination Control Philosophy

I think also under this section I would like to state some philosophy with respect to control of contamination in the operating areas.

In the early days we did not have the Alpha-Mets which allowed employees to measure hands each time they came out of a glovebox. We did have frequent glove monitoring by radiation monitors and survey meters located in areas for use by the operators. We did have in those days a few incidents in which an operator did not know that he had punctured a glove and he contaminated other gloves before he was aware. I do not believe we experienced very many, if any, serious exposures. The development of the Alpha Flasher and the Alpha-Met and the installation of them starting in 1961 has since proved itself as really the first line of defense for an employee. I think it behooves management from the top down to the first-line manager on the floor to continually emphasize the need for discipline in the area of self-monitoring. These devices, there is no doubt about it, if used properly and used in a timely manner, can come awfully close to eliminating any tracking of contamination due to a failed glove (or from other jobs for that matter). The glove has probably been the most vulnerable part of the equipment over the years from the standpoint of losing integrity of glovebox systems. Along with this is the need for enforcing the kinds of things that are written into the quality program plan associated with drybox gloves. I am speaking specifically here of the periodic inspection and appropriate logging-in, keeping track of lifetime to try to ensure preventive glove changes are made before they fail. These are things that I feel very strongly that management cannot tolerate not being followed, and that extremely strong discipline needs to be taken in the event they are not followed.

I also feel strongly about the use of the COMBO and the individual responsibility associated with that as well as the individual responsibility associated with the Alpha-Mets on gloveboxes. If, for any reason, an employee tracks through contamination, it is essential that he use the COMBO's as they are put there for his use in order to identify and pick up these materials as early as possible. I think there has been a tendency on the part of our management to want to try to install equipment to take care of the frailties and fallibilities of employees, and in effect, make it fool-proof from the standpoint of making sure that they do not get into trouble. If we use that philosophy, while I am not saying we should not go as far as we can technically, we are only setting ourselves up to be responsible for someone else's lack of using common sense and we are lifting the burden of responsibility from where it ought to be. There has been a lot of talk about trying to find some kind of monitoring device that will check

34

EGG2008939

people out of buildings and assure that they will not leave with contam-
ination on their person. I can visualize that an awful lot of money and
effort can be spent, and probably it would all go down the rathole, in
trying to develop such a system while very simply a strong discipline
program to ensure that employees using equipment that is already
provided for them will accomplish as much or more than trying to make it
automatic for them. Economically, discipline is much less expensive.

I guess as a final statement under the TECHNICAL area: If there is
nothing more that the 30 years' experience has taught, I think it has
shown the need to utilize the people who are familiar with an operating
area, and the needs of an operating area, and meld that familiarity in
with the technical people in the organization to come up with solutions
to problems. The majority of problems are solved by common sense with a
little bit of technical support. I think the one thing to guard against
is to become overly technical at the management level. Technical ideas
and notions have their place but one can overwhelm the people who
actually have to get the job done. This is a manufacturing plant--not
a research laboratory or academic facility.

The other thing, I think, to remember is that every technical
requirement for every occurrence is going to be somewhat different and
the methodology that is going to have to be used for every occurrence is
going to be somewhat different. Therefore, in any kind of a plan that
is developed, that sort of flexibility is going to have to be allowed,
and when something does occur, there is no substitute for previous
experience.

Publications

Writing papers for publications during the first 10 years of the
Plant's operations was, if anything, discouraged. We were constantly
reminded that the Plant's mission was production. Nevertheless, as I
have mentioned elsewhere, we did develop some improvements in instrumen-
tation and some did get documented.

My first experience was in writing about the first measurements
made with the Wound Counter on the accident cases in 1957. I wrote what
everyone thought was an excellent paper and it was approved for presen-
tation to the Rocky Mountain Section of the AIHA, meeting at Los Alamos
in the fall of 1957. In attendance at that meeting was the National
AIHA president. The president requested I give the paper at the
National meeting to be held in Atlantic City the next spring. Approval
was granted and I was all set to go. About a week before the Atlantic
City meeting, the publicity chairman of the Rocky Mountain Section of
AIHA, a Los Alamos employee, released abstracts to the news media of
papers from the Section to be presented. The Denver Post wrote and
published an article on our technique which by today's standards we
would have been proud of. Our Plant Manager, however, was extremely
disturbed that the Plant should have such publicity and his first action
was to cancel any further presentations or publications of the paper.

35

EGG2008940

He did reconsider and asked a technical member of his staff to help rewrite the paper. The resulting paper was one of which I was not very proud and somewhat reluctant to take any further. With some urging, I did present it at the Atlantic City meeting and it was published in the Journal. Unfortunately, the original paper was lost in the shuffle and only the skeletonized version which went into the Journal exists today.

With new management in about 1962, a changed atmosphere came about relative to writing. Up to the 1969 fire, there were numerous writings coming out of the department. There have been some since. Over the years, there were 4 patents and 136 publications accomplished. They are compiled in the following pages. We have slacked off since the fire and I think the aftermath of the fire; being change of contractor; the numerous reorganizations, the commitments to EIS, SAR, USRP, Mini-MORT, HS&E Manual, UPP's, and Emergency Response; and, in general, the increased papermill and the confusion associated with it; all have not been conducive to or encouraging toward the kind of atmosphere needed to do much writing--at least in the organization I have been in and/or managed. Yet, our internal and external dosimetry programs have continued to make progress and more could have been published about them.

Publications in the 1960's from our Health Physics organization were very rigidly reviewed before being sent off to a journal. The managers in our group each reviewed the proposed publication and they met to collectively critique each for technical content, form, sentence structure, etc. By the time a paper was sent out, it was very well done and I do not recall any returned from the journal reviewers.

In addition to the following listed publications, there were numerous speeches, both for internal and external presentation, put together, that do not reflect in the listings and for which I doubt there is any record.

36

EGG2008941

ROCKY FLATS PUBLICATIONS DEALING WITH

HEALTH PHYSICS AND HEALTH PHYSICS INSTRUMENTATION

U. S. PATENTS

| | | |
|---|---|---|
| 3,093,738 | Automatic Hand Counter | J. R. Mann<br>A. E. Wainwright |
| 1,237,871 | Glove Changing Apparatus and Method | R. E. Payne<br>J. S. Owen |
| 3,372,295 | Air Proportional Alpha Detector | J. R. Sparks |
| 3,931,520 | Sample Positioning Apparatus | T. M. Bell<br>C. M. Johnson<br>R. L. Lane<br>B. E. Martin<br>W. K. Tyree |

EGG2008942

COOK   APRIL 11 1994   ITEM 19   91113

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--page 2

## REPORTS

| | | | |
|---|---|---|---|
| RFP- | 2 | Gamma-Neutron Count. Ramos Using Pinball Geometry | T. S. Chapman |
| RFP- | 46 | Precision Pulse Generator | H. L. Miller |
| RFP- | 47 | Gridded Ion Chamber for Alpha-Particle Energy Measurement | H. L. Miller |
| RFP- | 61 | Scintillation Gamma Alarm | H. L. Miller |
| RFP- | 81 | Use of a Gamma Ray Spectrometer for Investigation of Plutonium Contaminated Wounds | E. A. Putzier<br>J. R. Mann<br>V. P. Johnson |
| RFP- | 85 | Integrated Air Sampling Program for a Radioactive Plant | T. S. Chapman |
| RFP- | 90 | Converting a Gas Flow Alpha Proportional Counter to the Scintillation Type | J. R. Mann |
| RFP- | 92 | Detection & Measurements of Radioactive Particulates | T. S. Chapman |
| RFP- | 94 | Radioactivity in Industry | T. S. Chapman |
| RFP- | 128 | Plutonium Excretion Following Acute Accidental Exposure | S. E. Hammond |
| RFP- | 156 | Automatic Alpha Hand Counter | J. R. Mann |
| RFP- | 162 | Single Channel Gamma Ray Spectrometer Model G-1 | J. R. Mann |
| RFP- | 163 | Use of Alpha Pulse Height Analyzer in Environmental Monitoring | E. L. Ray<br>S. E. Hammond |
| RFP- | 179 | Equipment for Self Monitoring in a Plutonium Facility | R. J. Smith<br>V. P. Johnson |
| RFP- | 255 | Some Observations Concerning Uranium Content of Ingesta and Excreta of Cattle | T. S. Chapman<br>S. Hammons, Jr. |
| RFP- | 278 | Alpha Standard Source Preparation | S. Hammons, Jr. |
| RFP- | 279 | The Radiochemical Determination of Americium In The Presence of Plutonium in Urine | D. L. Borovec |

EGG2008943

COOK   APRIL 11 1994   ITEM 19   91114

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--Page 3

| | | | |
|---|---|---|---|
| RFP- | 305 | Neutron Dosimetry Problems in a Plutonium Processing Plant | J. R. Mann |
| RFP- | 328 | Observed Effects of Plutonium in Wounds Over a Long Period of Time | S. L. Hammond<br>E. A. Putzier |
| RFP- | 336 | Some New Devices Used in Plutonium Contamination Control | E. A. Putzier |
| RFP- | 348 | An Alpha Counter For Glovebox Operations | W. W. Tyree<br>Y. P. Johnson |
| RFP- | 362 | Health Physics Guide for Rocky Flats Division | E. A. Putzier |
| RFP- | 381 | Treatment of Plutonium in Contaminated Wounds | C. W. Piltingsrud |
| RFP- | 384 | Beryllium Control at Rocky-Flats | S. E. Hammond<br>J. E. Hill |
| RFP- | 416 | Simple Analytical Method For Isolating Low-Level Alpha Activity of Americium-241 From Plutonium in A Routine Urinalysis Procedure | D. L. Sokowski |
| RFP- | 431 | Effectiveness of Early DTPA (Diethylenetriaminepentacetic Acid) Treatments in Two Types Of Plutonium Exposures in Humans | C. R. Lagerquist<br>S. E. Hammond<br>E. A. Putzier<br>C. W. Piltingsrud |
| RFP- | 445 | Health Physics Problems Following an Explosion in a Plutonium Chip-Degreasing Operation | E. A. Putzier |
| RFP- | 446 | Acute Internal Exposure to Plutonium | E. A. Putzier |
| RFP- | 451 | A Study of Two Commercial Film Badge Services | J. R. Mann |
| RFP- | 462 | The Rocky-Flats Body Counter | Y. P. Johnson |
| RFP- | 473 | Calibration of Radioactive Sources at Rocky Flats Plant | E. J. Freiberg |
| RFP- | 496 | Radiation, Uses and Effects | W. D. Kittinger |
| RFP- | 500 | An Analyzer For Radioactive Gas | R. T. Merrill |
| RFP- | 510 | Diethylenetriaminepentacetic Acid Analysis and Excretion Following Therapy For Plutonium Exposure | D. L. Sokowski<br>S. E. Hammond |
| RFP- | 517 | Body Counter Evaluations Of Plutonium Exposures | W. R. Boss<br>J. R. Mann |

EGG2008944

COOK   APRIL 11 1994   ITEM 19   91115

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--Page 4

| | | | |
|---|---|---|---|
| RFP- | 532 | Personnel Safety and Radiation Protection | R. A. Kirchner |
| RFP- | 538 | Observations of Gamma Emissions Associated with Thorium Removal from a Uranium-233 Sample | R. A. Kirchner<br>K. J. Freiberg |
| RFP- | 546 | In Vivo Study of Americium and Plutonium in Man | J. R. Mann<br>M. R. Boss |
| RFP- | 574 | Delinquent Daughters. The Black Sheep in Radioactive Families | T. S. Chapman |
| RFP- | 577 | Plutonium Bioassay Results Following DTPA (Diethylenetriaminepentaacetic Acid) Treatments on Two Cases 7 Years After Accidental Exposure | C. R. Lagerquist,<br>S. E. Hammond |
| RFP- | 604 | Rocky Flats Whole Body Counter | V. P. Johnson |
| RFP- | 605 | Alpha Detectors | V. P. Johnson |
| RFP- | 621 | Plutonium Hazards and Accident Experiences | E. A. Putzier |
| RFP- | 637 | A Large Area Gas Proportional Detector For Low Energy Photons | W. H. Tyree |
| RFP- | 640 | Plutonium Excretion Following Contaminated Acid Burns and Prompt DTPA (Diethyletriam-inepentaacetic Acid) Treatments | C. R. Lagerquist<br>J. S. Allen<br>K. L. Holman |
| RFP- | 671 | A Plutonium Particle Size Study In Production Areas At Rocky-Flats | R. A. Kirchner |
| RFP- | 689 | Elementary Radiation Biology | J. R. Mann |
| RFP- | 709 | Bioassay and Body Counter Results For The First 2 Years Following An Acute Plutonium Exposure | C. R. Lagerquist<br>E. A. Putzier<br>C. W. Piltingsrud |
| RFP- | 710 | Evaluation Of Lung Burden Following Acute Inhalation Exposure to Highly Insoluble Plutonium Dioxide | J. R. Mann<br>R. A. Kirchner |
| RFP- | 721 | Health Physics Profession | J. A. Ray |
| RFP- | 777 | A Compact, Low Cost Alpha Counter | W. H. Tyree |
| RFP- | 790 | Radiation Safety for Fire Fighters | R. C. Wayne |
| RFP- | 7R7 | Rapid Determination Of Beryllium By a Direct Reading Atomic Absorption Spectro-photometer | D. L. Sokowski |

BGG2008945

COOK  APRIL 11 1994   ITEM 19              91116

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--Page 5

| | | | |
|---|---|---|---|
| RFP- | 794 | A Pocket-Size Integrating Neutron Counter | V. P. Johnson<br>W. H. Tyree<br>R. S. Falk |
| RFP- | 795 | Data Used In Health-Physics Considerations For Plutonium and Americium | E. A. Putzier |
| RFP- | 810 | Rocky-Flats Respirator Fitting Program | S. E. Hammond<br>J. E. Hill |
| RFP- | 811 | Glovebox Handling of Gram Quantities of Curium-244 at Rocky Flats | R. A. Kirchner<br>G. K. Freiberg<br>E. A. Putzier |
| RFP- | 815 | Rocky Flats Continuous Air Monitor | R. A. Kirchner<br>V. R. Griep<br>W. H. Hartzell |
| RFP- | 826 | Application of Multichannel Analyzer to Applied Health Physics Problems | K. J. Freiberg |
| RFP- | 827 | Development of A Uranium-Contaminated Equipment Decontamination Program | W. W. Bright |
| RFP- | 828 | Americium and Plutonium Urine Excretion Following Acute Inhalation Exposures to High Fired Oxides | S. E. Hammond<br>C. R. Lagerquist<br>J. R. Mann |
| RFP- | 829 | Recent Development in Plutonium Body Counting | J. R. Mann |
| RFP- | 836 | A Matrix Method for The Evaluation of Beta / Gamma Dosimeter Film | R. A. Kirchner<br>T. L. Ryan |
| RFP- | 865 | Health Physics of Plutonium Operational Experiences | C. W. Piltingsrud |
| RFP- | 892 | Experience with Gloves Used for Drybox Operations | W. D. Kittinner |
| RFP- | 893 | A Method For Predicting Subject Background For In-Vivo Plutonium Measurements | R. W. Sistline |
| RFP- | 894 | Alpha Counters For Contamination Control in Plutonium Operations at Rocky Flats | V. P. Johnson |
| RFP- | 954 | Measurements of Plutonium-238 | J. R. Mann<br>R. W. Sistline<br>V. P. Johnson |

EGG2008946

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--Page 6

| | RFP- | 963 | A Theoretical Evaluation Of the Significance of the First Major Trapping Level In LiF For Personnel Dosimetry | R. S. Falk |
|---|---|---|---|---|
| | RFP- | 964 | A Pulse Amplifier Using Integrated Circuits | W. H. Tyree |
| | RFP- | 980 | Low Energy X-Ray Measurements of some Transuranic Elements With A Lithium Drifted Silicon Detector System | W. H. Tyree |
| | RFP- | 997 | Plutonium Content of Several Internal Organs Following Occupational Exposure | C. R. Lagerquist<br>D. L. Bokowski<br>S. E. Hammond<br>D. B. Hylton |
| | RFP- | 1003 | Analysis of Americium and Plutonium Following Single Inhalation Exposures | D. L. Bokowski<br>S. E. Hammond |
| | RFP- | 1046 | Air Monitor For Plutonium-239 Utilizing Semiconductor Detector | R. R. Griep |
| | RFP- | 1068 | A Comparison of Low Energy Photon Detectors For Plutonium and Americium Wound Counting | R. W. Bistline<br>W. H. Tyree |
| | RFP- | 1123 | Two Year Follow-Up Study of Several Acute Inhalation Exposures to Plutonium Dioxide | J. R. Mann<br>R. W. Bistline<br>V. R. Ferris |
| | RFP- | 1159 | An Alpha Scintillation Counter for Smear Samples | J. P. Johnson |
| | RFP- | 1164 | An Inexpensive Air Proportional Alpha Detector - | T. P. Johnson<br>R. R. Griep |
| | RFP- | 1254 | Control Of Personnel Exposures To External Radiations In A Plutonium Chemical Plant | J. B. Owen |
| | RFP- | 1359 | Rapid Estimation Of Americium-241 Content In Plutonium | R. G. Del Pizzo<br>J. B. Owen<br>E. A. Putzier |
| | RFP- | 1369 | Criticality Dosimetry For Plant Personnel | W. R. Boss<br>J. R. Mann |
| | RFP- | 1410 | Plutonium Metal Criticality Measurements | D. C. Hunt<br>W. R. Boss |
| | RFP- | 1448 | Rocky Flats - Health Physics Personnel Neutron Dosimetry ( to be a portion of an AEC-Distributed report on an informal workshop ). | R. B. Falk |

EGG2008947

COOK   APRIL 11 1994   ITEM 19                91118

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--Page 7

| | | | | |
|---|---|---|---|---|
| 1 | RFP | 1488 | Plutonium-239 Detection In-Vivo with a Germanium / Lithium Array | W. H. Tyree<br>R. W. Bistline |
| | RFP- | 1537 | Exposure Control During A Massive Decontamination | W. D. Rittinger |
| | RFP- | 1581 | A Personnel Neutron Dosimeter Using Lithium Fluoride Thermoluminescent Dosimeters | R. B. Falk |
| | RFP- | 1599 | Discussion Of Decontamination Of Building 776 and 777 | J. S. Owen |
| | RFP- | 1621 | A Neutron Criticality Detection System | W. H. Tyree |
| | RFP- | 1698 | Distribution of Plutonium and Americium In The Body 5 Years After An Exposure Via Contaminated Punctured Wound | C. R. Lagerquist<br>S. E. Hammond<br>D. B. Hylton |
| | RFP- | 1740 | Environmental Plutonium from Industrial-Type Operations | S. E. Hammond |
| | RFP- | 1756 | Industrial Type Operations as A Source of Environmental Plutonium | S. E. Hammond |
| | RFP- | 1783 | Summary Of The Distribution Of Plutonium in The Tissues of 12 Occupationally Exposed Workers | C. R. Lagerquist<br>S. E. Hammond<br>D. B. Hylton<br>D. L. Bokowski |
| | RFP- | 1785 | Environmental Monitoring at Rocky Flats | W. R. Boss |
| | RFP- | 1807 | A Single Range Alpha Counter With Aural Alarm | W. H. Tyree<br>T. W. Bell |
| | RFP- | 1847 | Plutonium Lung Counter Results Following Acute Inhalation Exposure and Pulmonary Lavage Theorsy | J. R. Mann |
| | RFP- | 1849 | Distribution Of Plutonium and Americium in Occupationally Exposed Humans As Found From Autopsy Samples | C. R. Lagerquist<br>S. E. Hammond<br>D. L. Bokowski<br>D. B. Hylton |
| | RFP- | 1954 | Initial Experiences with Liquid Scintillation Counting For Plutonium In Environmental Analyses | D. L. Bokowski |

EGG2008948

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--page 8

### REPORTS

| | | | |
|---|---|---|---|
| RFP- | 1972 | An Alpha Particle Detector System For Monitoring Personnel | T. M. Sell<br>W. H. Tyree |
| RFP- | 1987 | Results of Treatment of Two acute inhalation exposure cases with pulmonary lavage and DTPA | C. R. Lagerquist<br>J. R. Mann |
| RFP- | 2027 | Test Procedures for the Neutron Criticality Alarm System at Rocky Flats Plant | W. H. Tyree |
| RFP- | 2037 | Liquid Scintillation Counting for Plutonium in Environmental Samples | D. L. Bokowski |
| RFP- | 2083 | Neutron Dosimetry using TLD (Thermolumine- scent Dosimetry) at Rocky Flats | R. S. Falk |
| RFP- | 2085 | Preliminary Findings: Chromosomes of Plutonium Workers | R. W. Sistline |
| RFP- | 2086 | Human Small Deleted Y Chromosomes | R. W. Sistline |
| RFP- | 2096 | A Personal Alpha Counter with Aural Readout | W. H. Tyree<br>T. M. Sell |
| RFP- | 2128 | Alpha Pulse Height Analysis of 22 Samples Simultaneously Using a Minicomputer | I. B. Allen<br>J. M. West |
| RFP- | 2136 | A Comparison of Single Scintillation Crystal and Phoswich Detectors for the In-Vivo detection of Low Energy Photons | W. H. Tyree |
| RFP- | 2147 | A Lung Model to Allow Calibration for Measurement of Inhaled Radio-Activity Using a Point Source | R. B. Falk |
| RFP- | 2218 | Emission Monitoring Systems for Plutonium Facilities | E. J. Freiberg<br>C. G. Haynes |
| RFP- | 2226 | Handling and Packaging of Plutonium Contaminated Waste | J. R. Owen |
| RFP- | 2283 | Life Support Breathing Air Systems at Rocky Flats | J. A. Ray |
| RFP- | 2287 | Determination of Submicrogram Amounts of Beryllium in air filter samples by Nonflame Atomic Absorption Spectrometry | J. A. Hurlbut<br>D. L. Bokowski |

EGG2008949

COOK   APRIL 11 1994   ITEM 19   91128

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--page 9

### REPORTS

| | | | |
|---|---|---|---|
| RFP- | 2328 | Operating Parameters and Limitations of a Germanium/Lithium Drifted Detector System for the In-Vivo Measurement of Americium-241 | W. H. Tyree<br>P. B. Falk<br>R. W. Liskey<br>C. B. Wood |
| RFP- | 2358 | Quantitative Respirator Man Testing and Anthropometric Survey | J. D. Leigh |
| RFP- | 2343 | Consideration of the effect of Lymph Node Deposition upon the Measurement of Plutonium and Americium in the lungs | R. B. Falk<br>C. R. Lagerquist |
| RFP- | 2428 | Design Features for Decontamination in new Plutonium Facilities | C. J. Freiberg<br>C. G. Maynes |
| RFP- | 2433 | Quantitative Respirator Man Testing at Rocky Flats | J. D. Leigh |
| RFP- | 2434 | Radiation Monitor Training Program at Rocky Flats | L. C. Medina<br>W. O. Kittinger<br>R. M. Vogel |
| RFP- | 2435 | Computer Controlled Direct Air Sample Counting | C. G. Maynes |
| RFP- | 2442 | Flameless Atomic Absorption Determination of Beryllium in the Presence of Various Anions and Cations | J. A. Hurlbut<br>D. L. Bokowski |
| RFP- | 2472 | Portable Radiation Survey Instruments | R. G. Mares |
| RFP- | 2525 | High Purity Germanium Detection System for the In-Vivo Measurement of Americium and Plutonium | W. H. Tyree<br>R. B. Falk<br>C. B. Wood<br>R. W. Liskey |
| RFP- | 2532 | Error Analysis & Propagation of Errors for In-Vivo Counting of Inhaled Transuranium Elements | R. B. Falk |
| RFP- | 2533 | Preliminary Evaluations of a High Purity Germanium Detector Array for In-Vivo Counting of Inhaled Transuranium Elements | R. B. Falk |
| RFP- | 2570 | Wound Counting Systems for the Measurement and Isolation of Plutonium and Americium | W. H. Tyree<br>T. H. Bell<br>R. L. Lane<br>J. B. Macaluso |

EGG2008950

Rocky Flats Publication Dealing
with Health Physics and
Health Physics Instrumentation
--Page 10

## REPORTS

| | | | |
|---|---|---|---|
| RFP- | 2759 | Dose Calculations to Identify the Critical Individual in the General Population from an Acute Exposure of Plutonium Oxide | D. B. Falk |
| RFP- | 2777 | A System of High Purity Germanium Detectors for the Detection and Measurement of Inhaled Radionuclides | R. B. Falk<br>W. H. Tyree<br>C. B. Wood<br>C. R. Lagerquist |
| RFP- | 3019 | History and Evaluation of Regional Radionuclide Water Monitoring and Analysis at the Rocky Flats Installation | D. L. Bokowski<br>R. L. Henry<br>D. C. Hunt |
| RFP- | 3056 | A Criticality Alarm System for Plutonium Process Operations | W. H. Tyree<br>H. Crano |
| RFP- | 3083 | Radiation Standards and the Control of Radiation Exposure | E. A. Putzier |
| RFP- | 3095 | Radiation and Rocky Flats In Perspective Part VII | C. R. Lagerquist<br>R. W. Sistline |
| RFP- | 3156 | A Perspective on Health Effect Studies of Low-Level Exposure to Radiation and Other Environmental Pollutants | R. W. Sistline |
| RFP- | 3250 | Impact on Rocky Flats Plant of Proposed Reductions in Occupational Radiation Exposure Standards | E. A. Putzier |
| RFP- | 3315 | Health, Safety and Environmental Laboratories Practices and Procedures Manual | D. L. Bokowski |
| RFP- | 3320 | Safety Reviews -- A Systematic Approach | E. A. Putzier |
| RFP- | 3328 | System Operational Testing of Major Ventilation Systems for a Plutonium Recovery Facility | K. J. Freiberg |

EGG2008951

COOK  APRIL 11 1994   ITEM 19        91122

OCCURRENCES

Early Problems in Building 771

When the building started operation with plutonium, probably
May 1953, we were obtaining plutonium nitrate from Hanford in relatively
small florence flask-shaped stainless steel containers. These came in a
cylindrically shaped steel carrying case which was designed much like a
miniature telephone cable spool which gave the appropriate spacing for
criticality on a single-array basis. The first thing to occur that gave
us problems when the plutonium nitrate was introduced into the line
which, incidentally, was all batch-process oriented, was that green
drops of liquid began to form at some of the so-called stainless steel
valves. This problem was eventually diagnosed as one in which the wrong
schedule of stainless steel was used and the valves had nickel in the
alloy which was dissolving into the nitrate and consequently we were
getting the typical green color coming out of the valves. So the first
order of business was to reinstall the proper kinds of valves.

The first reduction to metal took place in Room 148, the West Chem
Line. The small stainless containers were inserted into the first
"station" and the nitrate was vacuum-transferred into a precipitation
vessel where $PuO_2$ was precipitated from the nitrate by the addition of
hydrogen peroxide. After an alcohol wash and drying the oxide was
converted to fluoride and the fluoride was converted to metal using
calcium as the reductant with iodine as a catalyst. The resulting metal
button was only a few hundred grams.

In those early days, there was quite a lot of activity going on
with our Criticality group in the way of studying new containers and new
design for processing on a larger scale. There were numerous in situ
measurements made and it was not very long before a change was made in
which our Criticality people had shown that one could transport pluto-
nium in a tall cylindrical stainless steel container that I would
describe as being about 5 or 6 ft in length and on the order of 5 inches
in length and on the order of 5 inches in diameter. I do not recall the
volume but the curious one could easily calculate what it was. It was
also proven from their experiments that larger quantities could be
processed chemically to produce a much larger metal button. The East
Chem Line was, therefore, modified to accommodate the increase in
production scale. For example, the precipitation vessel was a tall and
thin Pyrex glass cylinder, designed to be critically safe. It was
housed in a glovebox containment that some of us referred to as a
telephone booth. The booth was basically stainless steel with numerous
small windows and some glove ports. The plutonium nitrate was pulled
from a large stainless steel container into the glass vessel for the
precipitation process. This is getting ahead of the story a little bit
because while this was going on at Rocky Flats, the Hanford people were
very reluctant to even consider a change in shipping containers;
therefore, we continued for some time to receive the small stainless

EGG2008952

COOK   APRIL 11 1994   ITEM 19   91123

steel flask-shaped container, and we had to make transfers from several of them into the large stainless steel transport container.

The first part of the process was to take the small stainless steel container from Hanford, put it into a hood located in Room 148, vent it since it would have built up some gaseous pressure, and put appropriate adapters on it to allow for a vacuum transfer into the large, tall stainless steel container. The vacuum for this was supplied by a house vacuum pump located in the second floor Utilities area of Building 771. Perhaps the most major near-miss, if you will (at least it caused a tremendous amount of concern relative to criticality), occurred as a result of such a transfer. A chemical operator had transferred the appropriate number of small containers into a large stainless steel cylinder and then chose to go on break. Because of a mixup in assignment, a second chemical operator coming back from break thought it was his job to fill the same container and proceeded to attempt to put the same amount of material from small containers into the large stainless steel container. What was happening, of course, was the excess nitrate was being pulled up into the vacuum system which consisted of some filters and a fairly long length of pipe, the size of which I do not recall, leading on then to a receiver tank at the vacuum pump itself. The receiver tank was not critically safe and when the problem was recognized, it was enough to cause a number of people to break out in a cold sweat. There was a very careful approach made to the receiver tank to try to decide whether there was any plutonium in it, and somehow or other, it was determined that no plutonium had reached the receiver. All of the excess nitrate was tied up in the various piping, filtration, etc., of the venting system and apparently the nitrate was recovered by some kind of line flushing to reclaim it. The corrective action that took place was to interpose another tall stainless steel cylinder, a trap if you will, between the one being filled and the vacuum system. This was to prevent anything from going up into the system. From then on until such time as we no longer needed to make that kind of transfer, the trap container was in place. Hanford never did ship nitrate in any container other than the small stainless steel flask shape. Within a very few years, we ceased getting nitrate from them, and from then on, this material was received as metal buttons.

There was an early serious personnel contamination incident associated with the filling of the stainless steel tanks. This occurred during the venting operation of the small containers in the hood. Somehow or other the operator did not go through the appropriate sequence and the pressure release, which came out of the small container, hit him in the side of the face with plutonium nitrate and caused serious plutonium-contaminated nitrate burns to the individual. He was decontaminated to the extent possible at the Medical department, and as I recall, there was some period of time that he carried plutonium on the side of his face. Because of the burn, most of the radioactivity remained superficial and eventually sloughed off. He was given pillow-cases to use at home which were returned to the Plant each day and eventually the plutonium activity on the side of his face disappeared.

EGG2008953

COOK  APRIL 11 1994  ITEM 19  91124

The individual did show some radioactivity in his urine but has never been restricted from the area because of the 50-percent restriction level which was imposed back in the 1950's.

Another area in Building 771 relating to criticality concerns was located in what at that time was Room 182, a part of the fabrication operation. As I recall, a small deep-freeze similar to a top-opening deep-freeze one might have in his home had been installed in the fabrication line for storage of plutonium metal. I do not remember the technical details of why material had to be stored under low-temperature conditions but in any case there was such a capability within the line. While this never presented any problem or we never had a near-miss, it certainly was an item of concern. Should there ever have been for any reason a flooding of this particular fabrication line, water could theoretically get into the deep-freeze and the geometry of it was such that one would have in effect a small reactor. As time went on, however, the need for the deep-freeze ceased and it was removed.

Another situation which relates to criticality controls that caused a lot of people in Building 771 to be extremely concerned when they found out what had happened was the case of a painter who had been asked to paint the storage vault, Room 141. This storage vault was located immediately to the north of what then was the Production Chemistry control room. In later years, Room 141 became a Nash pump room for Room 114 operations and I believe is now to be converted back into storage. The painter was given a work order to go into this vault to paint it. The vault was equipped with shelves on which the small critically safe containers from Hanford were stored for use in the chem line or for transfer into the large stainless steel containers which I have just described. The painter went in to do the painting and in his preparation phase, moved all of the containers into a stack in the corner of the vault. Had there been nitrate in the containers, this would have been considered a nonsafe array. Luckily, all of the containers that had been moved were empty and no problem resulted but it did point up the fact that all employees, no matter what their job, needed to be trained in proper handling of fissile materials, needed to be given some of the fundamental physics associated with criticality, and needed to make sure that any work order that was written to any kind of craft would have the appropriate review from the standpoint of what would be involved in them actually doing their work.

In those early days, there was a fair amount of interest in trying to work with alpha-phase plutonium. The various density changes associated with alpha-phase plutonium as it went through the temperature range that was normal for self-heating, were such that to my knowledge I never had been used as a material for any kind of design work. I personally assisted the Fabrication superintendent in putting the alpha plutonium discs, as we called them, into different kinds of containers-- probably the simplest was a can which opened up (I remember it was copper) and you laid the alpha plutonium disc into the can and put the cover on and soldered around the edge to seal it. We did this very

39

EGG2008954

carefully in order to maintain the copper container in a cold noncon-taminated state. There were other attempts at protecting the alpha plutonium, one of which was the equivalent of depositing nickel on, similar to what was done for delta plutonium. Such a "contained" item had been sent to Lawrence Livermore Laboratory for whatever they were going to do with it and then it was returned to Rocky Flats. The container was taken into Room 186 to be opened. Those who opened the container opened it on the presumption that the alpha plutonium was still contained within the protective coating. When they got to the actual piece of material, it became readily apparent that this was not the case. The material appeared to be going through a dimensional change at that point or in any case was under some kind of a stress and the coating was coming off like popcorn popping out of a pan. The people doing the work knew immediately that they were in trouble. They evacuated the room. They did have respirators on while opening up the container. There were no serious internal exposures; however, those who were in the room were contaminated on their skin and clothing and the entire room, Room 186, which was in the early years an inspection room, was contaminated.

I have about arrived at a point where I will be discussing the chemical explosion which occurred on June 14, 1957, but in preparation for that let me reiterate some of the early things, as I recall them, about the processing of the plutonium in Building 771.

We had been, as I mentioned before, receiving the nitrate from Hanford in the small containers and the first production that went through the lines was through what we called the West Chem Line in Room 148. Previous to the use of the large transport containers, the small containers were placed into the line, or at least a portion of the line, where the nitrate from them was drawn into a precipitation vessel. Again the precipitation vessel was small and I do not recall whether it contained more than one of the contents of a Hanford container or possibly two of them, but in any case, this was a batch process. Precipitation was done by introduction of hydrogen peroxide and the precipitate was filtered out into what was called a filter boat. The filter boat was transferred, after its contents were dried subsequent to an alcohol wash, to the fluorinator for conversion to fluoride and the fluoride was transferred to the reduction furnace for conversion to metal. In addition to the various pressure changes, etc., that occurred during reduction that were monitored and used for control purposes, we in Health Physics had provided the production people with a moderated boron ($BF_3$) neutron detector tied into a PeeWee for them to watch as they did the reduction to assist in knowing when reduction was complete. One observed a high level of neutrons from the fluoride and a sudden drop in neutron production as the metal dropped down to the bottom of the crucible. So this kind of operation went on for some time in the early years. In the meantime, the Criticality folks had come up with the new design (the tall, stainless, 5-inch diameter) in a container which was going to be considered a shipping container, but, as I mentioned before, never used by Hanford, and also critically safe

40

EGG2008955

designs were engineered for precipitation, filtration, etc., in Room 146, East Chem Line, to take the larger batch sizes. It was in Room 146 then that the June 14, 1957 incident occurred during the precipitation stage of the operation.

Chemical Explosion, June 14, 1957

I have previously given some description of how I recall the process, and the container geometry in which this explosion took place. Room 146 in which this operation was located was a very long and narrow room at the time. There was a wall on the east side which separated it from what we termed the east hallway. The east hallway came from an airlock on the north side which allowed access to a dock and went back south and terminated at the entrance to the Fabrication area, Rooms 181 and 182. Within Room 146 there were six equally spaced air samplers on the east wall and these air samplers were running at the time of this accident. Investigation of the accident is documented and the official investigation report is still classified. However, it is questionable whether anything in it really needs to be classified. The accident took place at about 9:15 a.m., June 14, 1957, a Friday. The chemical operations had been going on throughout the week with some specific batches of nitrate which were alleged to be "different" and for which there had been some previous minor problems earlier in the week. The particular operation which "blew" involved the precipitation vessel. The plutonium nitrate had been introduced into the large glass vessel within this so-called phone-booth-shaped containment to which was added the hydrogen peroxide to cause the precipitation reaction. After the reaction had technically taken place, there was a digestion stage which, in my perception anyway, was a waiting period in which the precipitate particles were allowed to grow in size such that the filtration would be more efficient.

It was during this digestion phase of the operation that reactions started to build up within the container. Various attempts at venting were done by the operator to no avail. The operator and the radiation monitor were on a platform which was there to step up on in order to get to the controls. The explosion occurred as they were leaving the platform after they were aware that something was going wrong and were attempting to get away from it. The phone-booth-shaped containment for the glass vessel was basically stainless steel with, as I mentioned before, some windows and some gloves in it. The box was sealed at the corners by gasketing and steel studs which were very close together. My recollection would say that the studs may have been as close together as 2 inches or less, one to the other. The force of the explosion stripped these studs causing the north panel to fly off and the glass vessel wound up as a pile of glass in the bottom of the phone-booth-like box. Therefore, in addition to whatever solution sprayed out into the area, there definitely had to be a number of projectiles from these studs which were stripped.

41

There were, in addition to the two people in the immediate vicinity, three other persons associated with chemical operations close by. Further down on the south end of the room were two electricians. The electricians left immediately upon hearing whatever noise occurred and were unaffected. The other three employees either had respirators on or put respirators on and went to the aid of the two victims immediately. The two victims were not protected with any respiratory protection. The three other gentlemen assisted the two victims to get showered under the safety shower and helped them get stripped down and out into the hallway and to the women's locker room where they were attended eventually by representatives from the Medical department. While the three employees who aided the victims were highly contaminated on their clothing and their skin, etc., they did not show up with any significant internal exposures from this incident.

The respirators worn at the time were only half-masks but certainly bore out the fact that half-masks properly worn would help prevent internal exposure. There is probably no doubt that the two victims took plutonium into their systems through all modes of possible entry, i.e., ingestion, inhalation, and of course through the various cuts that occurred from the flying debris. I do not remember the specific details but the three other individuals who were apparently cleaned up without too much difficulty at the Medical department were back on the job by the following Monday. There was a lot of discussion at the Medical department with respect to treatment of the two victims. There were telephone calls made, and upon the advice of others, calcium ethylene-diaminetetraacetic acid (CaEDTA) was given by 2:00 p.m. that same day. As I recall, the advice was to check blood levels and make the decision on that basis. I do not remember the techniques used at the time but obviously we were able to get relatively quick estimates on blood levels. This may have come about purely by drying blood and counting it directly, I am not real sure of that. Much of the information on treatment of the employees and some of the things that went on with respect to consultations with others, observations made by those who visited, help that was given by those who visited, is well documented in the Industrial Safety file.

The air samples in the room which were retrieved were too high to count on the routine-type instruments and were evaluated by the Building 771 Analytical Chemistry group at a much later time. (As a matter of fact, it was in July by the time these sample results were available.) The results varied all the way from values of 20 million dpm total activity on an air sample near the north end of the room to 56,000 dpm on the southernmost sample. The northernmost sample was actually discarded at the time of the incident apparently because it was saturated with some of the material. The filter paper samples picked up after the incident had sampled a volume on the order of 50 cubic meters which would have been for about a 16-hour time period. Hallway 195, the hallway immediately north of the room, had an air sample in it which had a radioactivity count of something like 298,000 dpm. The volume indicated for it was 275 cubic meters which suggests that this had been

42

*EGG2008957*

sampling for quite some period of time. That would be the equivalent of about ten 8-hour periods, or it must have gone the full weekend.

The cleanup, as I recall, went relatively smoothly. Obviously, the hallway was one of the first things to get cleaned up. Air sample results throughout the rest of the building were in general not significant. While there was a discernible rise in concentration, there was basically no significant amount that went through the main filter plenum.

The assessment of uptake of the individuals was determined from urine and fecal samples and blood samples. We followed their wounds very closely once we got the gamma spectrometer set up on the Monday following the incident. (This is covered in the TECHNICAL part of this document.) As time went on, we watched the wounds very closely. One of the techniques which we used on the employee with the facial cuts was to make a plaster of Paris cast of his face and cut out holes defining the area of the wounds. By use of an eyebrow pencil we could mark locations on his face through the holes. This technique was used because we felt as time went on and the face healed we may lose the exact position of the wounds. This proved to be a very valuable method to follow the activity and the individual eventually did have some excision done on his face by a plastic surgeon. A small wound near his eye was left untouched because of the proximity to the eye and we were able to follow along by using this mask for quite some period to determine what kind of counts, if any, we were getting where the original four cuts occurred. EDTA treatments were given for a month. After the first 6 or 7 days, they were given Monday through Friday with weekends off. There are excretion plots in the files in Industrial Safety and I expect also in the individuals' files showing the effect of the EDTA treatments. The rule of thumb for continuing treatments that was given to our doctor at the time was, after the rest period, the excretion rate must go up by a factor of 10 to continue. Of course, the other part of this was to watch kidney function, and should any problems arise, one would alter the treatment, stop it, or postpone it. I do not recall this being a problem except excretion of iron was noticed by the labs. One will also find in the file of at least one of the employees that in later years DTPA was administered to him after considerable dialogue over whether it was appropriate to do so or not.

At the time of this particular incident, Los Alamos Scientific Laboratory did have a body counter of sorts but not designed for plutonium. It was a type of body counter in which the entire person was counted; the person was placed on some kind of slide arrangement and his whole body went into the counter similar to what you could picture of a body being pushed into a vault in a morgue. Argonne National Laboratory also had some type of whole body counter, the details of which I am not sure, and our director at the time was exploring all possibilities of sending these two employees off to one or both of these places to see whether any evaluations could be made. This never materialized and I think for good reason. I think the scientists at these respective

43

places realized that they would be unable to detect the energies associated with the plutonium in these individuals. Argonne was at the time working with Oak Ridge in terms of developing capability for looking at enriched uranium. By December 1958, our director had succeeded in arranging to send the two employees to the Y-12, Oak Ridge, body counter. The results were negative.

As I mentioned previously in the TECHNICAL section, we eventually were able to justify getting our body counter on the presumption we would also be looking at uranium. Once we were established with the body counter and with a technique for looking at plutonium, these two individuals were counted and their data has been accumulated over the years along with the other information relative to urinalysis radio-activity, etc.

As I think back to the handling of this incident, I think there could have been no better way of handling it. Everyone had confidence in everyone else's actions and activities. The Medical department, the Health Physics department, Radiation Instrumentation, the Laboratories in Building 123, and everyone at the Plant pitched in, did their job, put forth their ideas, and used information supplied by others from the outside, including screening out bad information such as I have mentioned before. We went forth and again it was an example that there has to be an extremely good team effort in order to efficiently handle this type of incident. The team effort extended, of course, beyond the Health, Safety, and Medical organizations in that we had tremendous support from the Maintenance people in helping us jury-rig our wound counter. We were able to put that together and make modifications just on the spur-of-the-moment without delays whatsoever. Everybody understood and realized the importance of getting these tasks done.

As a result of the exposures of the two people, it was the first time we had to face the problem of reassignment. Our director made a recommendation that the chemical operator be reassigned to the control room, i.e. Room 147 of Building 771, since that was basically a cold area. The employee was reassigned there and shortly thereafter decided he did not like to be there and he was eventually assigned to the Analytical Laboratory. The reassignment of the radiation monitor involved was no problem since there were nonplutonium and nonuranium areas he could work in and he eventually worked in the beryllium operations as well as the site survey part of Health Physics until he bid into a salary job and has since worked in other departments but on a restricted status.

## Building 771 Fire, September 11, 1957

This fire was investigated with a classified investigation report resulting, the number of which is CD57-1485. With that particular document and a considerable amount of information filed in Industrial Safety in the way of interviews with people who were involved and also numerous pieces of correspondence or copies of correspondence which went

44

COOK   APRIL 11 1994   ITEM 19   91138

back and forth for several years following the fire, one can get a pretty good picture I think of the things that actually happened.

I responded to the Plant at the time of the fire. The fire was estimated to have started between 10:00 p.m. and 10:10 p.m. and I was here from approximately 11:00 p.m. until some time the next afternoon. I came in response to a telephone call that was directed by the night shift Health Physics supervisor who was responsible to me on that shift. Most of my time during the course of the night was related to making suggestions and recommendations along with my supervision who also were here.

With respect to various things that happened, it was I who gave the night shift the OK through the building superintendent to reenter the locker room in Building 771 to get into their street clothes so they could eventually go home. I also made some of the quick and dirty measurements around that area that night in an attempt to at least qualitatively determine if there was any environmental release from the fire. From the various air samplers we had, we tried to determine if we had measurable airborne plutonium. We did put up two additional high-volume air samplers, one at the guardpost near Building 881 and one outside the northeast corner of Building 123. These did not prove beneficial, at least in my opinion, at the time because of the short-lived activity which they were collecting and we really had no way of ascertaining whether there was any plutonium activity associated with the total activity on the high-volume air sampler filters. Our leader in Health Physics at the time postulated, and I do not think that he was right but on the other hand I had no way to dispute it either, that the high concentration of short-lived radioactivity we were finding on the air samples was a result of natural radioactive material which had accumulated on the Building 771 filter plenum and volatilized off as the plenum filters burned. The decay of these filters once the air samplers were shut down or the filter papers taken off followed very nicely the 26.8-minute half-life of radon daughters. The level of activity was probably typical of the nocturnal increase one usually finds.

A couple of days after the fire, the Utilities supervisor of Building 771, Charlie Kirk, and I dressed in Chem-Ox masks and entered the long duct which goes from Building 771 out to the stack to make an inspection of that duct all the way back to the fan area. Unfortunately, I do not know of any records available or whether we even put together any records that were intended to be kept. I do know at the time from readings with an alpha-survey instrument which I carried with me that there were spotty survey numbers in that tunnel that read in five figures. It was not general; it appeared like it was a sort of a hit-or-miss type of deposit. The Building 771 stack has a pit that is several feet below the lower level of the tunnel which we did not go into so I do not recall any measurements being made in that pit unless someone did at a later time that I do not know about. Our conclusions from looking at that tunnel showed that at least physically it had not been damaged.

45

EGG2008960

COOK   APRIL 11 1994   ITEM 19   91131

There appeared to be some damage at the very top of the stack. By visual observation, it appeared that something up at the top at the rim had been dislodged. I have never really seen that addressed in any document but I think someone made the conclusion something might have been blown off from one of the pressure releases associated with the fire.

A little sidelight to the stack situation is that we had already, at that time, pretty well decided that the old theory of building a tall stack for dilution was no longer in vogue. There had been a consultant here to discuss a stack design for Building 776-777 when it was under construction. It would have been a similar stack, probably not concrete but steel and probably not as high, located in the area that later was to be the Building 559 parking lot. But I think everybody agreed that if indeed you had a situation in which there was a potential release of material from a ventilation system, it was better to have the vents that go outside designed in such a way as to contain the material on the roof of the building or at least on the plantsite if at all possible. I think this was proven to be the case at the time of the 1969 fire which I will discuss later in the report.

There were several actions associated with response to this particular fire, one of which was criticized at the time or at least at the time of the investigation, and the others were not criticized but are open to questions relative to whether they were the proper thing to do.

The first one was the reluctance on the part of the health physicist and the night shift building supervisor to let the Fire Department use water on the fire in the room in which the fire originated. It had been drilled into us pretty heavily in the early years about the problem of water surrounding plutonium and causing a criticality and I think it was only natural that these people should react that way. In retrospect, it was felt strongly that had water been used immediately, the fire intensity and the spread would have been minimized.

Also, at the time there was some criticism of the Plant Protection person who observed the fire for turning the fire alarm in and not going through Building 771 supervision. The so-called "building rule" did not seem to be questioned as right or wrong, but it only makes sense that anybody who sees a fire calls the Fire Department first and then takes whatever other action is necessary.

Another action that I wanted to mention that I think could be open to question but was not open to question at the time: The order was given by the plutonium building superintendent when he was called on the phone, to turn the fans to high speed. The fans in Building 771 at the time were 3-speed fans; we could get on the order of 120,000 cubic feet per minute (cfm) at low speed, something like 160,000 cfm at medium speed, and 200,000 cfm or more at high speed, and even though the building superintendent criticized the actions of some of the people in

46

EGG2008961

the early response, he was the one who gave the order to turn the fans on high speed. It seemed to me that the fire propagation certainly was enhanced with that increased draft. Perhaps shutting the fans off completely would have been a more prudent thing to do even though I expect the smoke would have been unbearable to try to do anything so it is uncertain where the balance would have been. But had the fire not propagated through the filter system, had there been no forced airflow through it to cause it to propagate, it is conceivable that the fire could have burned itself out by consuming only the combustibles that existed nearby or in the room itself, Room 180.

I think we were indeed lucky that we did not have any employees that ever showed up with exposures in excess of lung or systemic burdens. We did not have the body counter operating in those days and I suppose one could argue that there was a possibility some of the partic-ipants could have picked up a lung burden at the time only to show that in later years the lung burden would have been reduced to something less. There is no way we will ever know that, but we do know that in the later years those who were still around that were body counted and had participated directly did not show any excessive lung burden and also the various urinalyses did not show any excessive systemic body burdens. Just about everyone that I know of that was involved that night sometime in the past has had positive activity in their urine and it is entirely possible that in some cases most of what they have did result from fighting the fire or being involved in the various activities that occurred on that particular night.

There are a couple of press clippings in the file of material in Industrial Safety. The press clippings of those days are not nearly as spectacular as one might have expected them to be in later years. The newspaper reporting was done more in a matter-of-fact way and probably was more accurate relative to the official news release.

There was additional environmental sampling done after the fire and these data also are a part of the information in the Industrial Safety file. There were numerous soil samples taken on Church property; whatever kind of analysis was used, these were deemed to contain "trace" amounts of plutonium with 4 times the depleted uranium values compared to the original site survey of 1952. As I recall, we did have alpha discrimination capability with equipment such as the Frisch grid chamber at the time and I am sure it was probably used as part of the procedure to look for plutonium.

Some time later, Guthrie and Nichols of Oak Ridge National Laboratory wrote a report which I have since loaned to someone and have not gotten back. Their report in general related to potential problems in the environment from nuclear accidents. We provided them with some information relative to the 1957 fire. They were surprised with the data provided which was counter to their theoretical approach that

47

EGG2008962

plutonium should have been strewn out into the countryside in measurable quantities. As I recall, they felt there were other circumstances associated with the fire that were not clear to them that must have prevented this from happening. In a letter which I still have in my file, a comment is made that the wind conditions on that particular night could have resulted in deposits much further downwind. Quoting directly from the letter it says:

> "We were not able to draw any definite conclusions from our analysis of the September 1957 fire. While the levels of ground contamination on the Rocky Flats plantsite indicate that perhaps the order of a gram of plutonium could have been released, relatively low levels of contamination in the ventilation duct would indicate that less than a milligram was released. From our study of the meteorological conditions, we would conclude that it is possible that the ground contamination several miles downwind, particularly to the south, of Rocky Flats Plant could have been several orders of magnitude greater than the contamination on the site."

Let me go on from the same letter and quote the last paragraph which I think may be of interest.

> "While it is encouraging that the off-site damages as a result of this massive fire were negligible, we believe that it would be erroneous to conclude that damages could not be greater in an accident of this type. Conditions can be visualized where increased entrainment of the metal smoke or even for rupture of the containment building."

This particular letter was signed by J. P. Nichols who was the coauthor, along with Mr. Guthrie, of the report I previously alluded to.

This fire triggered a tremendous amount of interest and activity in review of plutonium building construction within the entire AEC complex. There were meetings held here at Rocky Flats to discuss much of this. I think everyone came to the conclusion immediately that the paper media Chemical Warfare Service filters needed to be replaced by some type of filter that was fireproof or at least fire-resistant. The notion of glass fiber filters was something that was discussed considerably in those early years. Glass and fluorides do not mix so our experience in some cases was poor with them. It was not too long before we did have appropriate filters (they were described as "glass-asbestos" at the time of the 1969 fire) and did go through a period of time when essentially all filters were replaced on the plantsite including those in uranium areas in order to get rid of the flammable paper-type.

48

EGG2008963

The AEC general manager appointed a committee on August 27, 1959 for the purpose of establishing guidelines for the design of efficient, safe, and economical gloveboxes. Included for review were glovebox materials and components, safety and fire prevention methods, health physics problems, operational considerations, and design of existing AEC installations. There were several of us from Rocky Flats who were on that committee and served on the various subcommittees associated with the total overall project. I was on the subcommittee on health physics. We had an engineer on the subcommittee on safety and fire protection; the plutonium superintendent was on the subcommittee for glovebox operation; and the head of our Engineering group was on the subcommittee for glovebox construction material and components. The health physics subcommittee, of which I was a part, was chaired by Everett Mathews out of AEC Albuquerque Operations Office and we had a member from AEC Headquarters, Dr. John Norcross, and a member from Pratt-Whitney, W. Patton. We met several times and came up with a section in the final report which finally got published and signed off by the head of the AEC Division of Construction on June 20, 1962. A recommendation of the committee with the submission of that report was that it should be utilized as a design guide pending the establishment of formalized criteria. It also recommended that the AEC support projects for testing the application of the existing product and components to glovebox operations, for the development of improved ones where necessary, and that they establish communication channels to encourage the exchange of information between installations covering experiences and developments in the design and operations of enclosures. I have a copy of that particular report in my file. (TID-16020, Report on Glove Boxes and Containment Enclosures, edited by Nelson B. Garden, June 20, 1962.)

Somewhat related to the 1957 fire were some of the difficulties we had with our effluents in the next several years. Some of it had to do with difficulties in reinstalling filters in the attempt at salvaging some of the frames. Eventually new frames were installed and the job did give the appearance of being an adequate filter system. Even so, the effluent level which we felt should be controlled to the $0.06-pCi/M^3$ level, the AEC Manual Chapter 0524 standard for the general population, kept creeping up and it was not uncommon to experience effluent levels out of Building 771 on the order of a $pCi/M^3$ or so. I have always been of the opinion that our main problem was the incinerator effluents from which much liquid condensed as the air moved into the main plenum. I am also of the opinion that plutonium compounds were carried through the filters in the molecular form as liquid soaked through them. Some buildup and sloughing off occurred on the downstream side and found its way into the effluent stream. Plenum surveys also showed individual filter failures in those earlier days after the fire. Off and on, we would see elevated numbers for which we were probably correct in assuming they resulted from material shaking loose from fans, ductwork, etc., the source of which would still have been the fire.

49

EGG2008964

COOK  APRIL 11 1994   ITEM 19   91135

With this increase in effluent levels and our concern for it, I recall a discussion with Mr. Vespe of AEC-ALO in which we were told that if dispersion calculations showed an individual in the general public would not be exposed to levels exceeding the sampling concentration guide number of 0.06 pCi/M$^3$, we should consider our operation performing adequately. Based on that discussion, we proceeded to develop guide-lines for each of our discharge points. Working essentially backwards from the 0.06 value gave us numbers that in most cases were so high as to be scary. We knew we could do considerably better than that just from the practical standpoint even though the problem had arisen from this constant increase up to the order of a pCi/M$^3$ or so. We therefore established what we considered to be a practical level. Depending upon the stack under consideration, the numbers were an order of magnitude or more below what the calculation showed. Those numbers approved by our General Staff were published as control values in our Health Physics Guide and for several years we related to them as our Plant guides. A copy of the original paper developed by one of our health physicists is included in the following pages.

Fire at the Filtrate Recovery (FR) Box - Building 771, July 1963

The fire in the FR Box is probably worthy of mention for a couple of reasons. One who wishes to get into considerably more detail can read the full investigative report in the Industrial Safety file. From all accounts, it was a relatively serious fire. There must have been relatively high levels of contamination released locally and quite a number of the people who actually did some of the initial work in coping with the situation were protected only by half-mask respirators. Direct readings of up to 25,000 c/m with survey meters on the filters of these respirators is indeed scary if we think about our concern over proper respiratory protection today. Here again the particular individuals who were involved at the time did not come up with significant urine levels. I am sure, since most all of them have shown positive urines over the years, that there was some contribution to their total burden from this incident. It is true that this was before we had any body counter capability; however, all of these individuals at the time would have been subjected to nasal smears and would have been subjected to body counts within the next few years. I am sure any exposure that would have been of any significance would have shown up in these measurements.

The other part of the document which I think is worthy of mentioning relates to the thoroughness by which the committee went into all of the possible causes, chemical reactions, etc., that may have taken place that could have triggered the fire. I think it is important that people, especially managers, supervisors, and foremen currently operating in production chemistry ought to have opportunities to read reports such as this one as part of their training, orientation, etc. Perhaps the chemistry may have changed over the years. Perhaps some of it is the same. In any case, the way these things are investigated and some of the ways the probable causes are developed would seem to me to

50

EGG2008965

A METHOD FOR SETTING CONTROL
GUIDE LEVELS TO STACK RELEASES

Introduction

Probably the most widely accepted formulation for determining
ground-level, airborne contamination released from a stack was
derived and published by O. G. Sutton in 1932 and expanded by
him in 1947.  Since Sutton's original work there have been
numerous alternatives and refinements published which allow
adaption of various atmospheric diffusion theories to parti-
cular incidents or locations.  Though there are many theories,
none of them, despite complex mathematical evaluation, pro-
vides better than an "order of magnitude" estimate (except
under rigorously defined conditions) of ground level
contamination.

The purpose of this paper is to establish (using estimations
from atmospheric diffusion theory) control levels for stack
releases which will assure that environmental levels at the
plant perimeter are within applicable guides.  Because of
uncertainties in some parameter values, assumptions are made
on the conservative side.  The basis for all control levels
are recommendations from National Bureau of Standards Handbook
69 concerning Maximum Permissible Airborne Concentrations for
occupational and non-occupational exposure.

EGG2008966

COOK  APRIL 11 1994  ITEM 19  91137

- 2 -

Application of Sutton's Equation

For a continuous point source under anisotropic conditions
Sutton gives:

$$\chi_{(x,y)} = \frac{2\,Q}{\pi\,C_y\,C_z\,\bar{u}\,x^{2-n}}\ \exp\left[-x^{n-2}\left(\frac{z^2}{C_z^2}+\frac{h^2}{C_y^2}\right)\right]$$

$\chi_{(x,y)}$ = ground concentration at breathing level $(c/m^3)$

$Q$ = stack emission rate $(c/sec)$

$\bar{u}$ = average wind speed $(m/sec)$

$x$ = distance down wind $(meters)$

$y$ = distance cross wind $(meters)$

$h$ = stack height $(meters)$

$C_y, C_z$ = diffusion parameters in y and z planes

$n$ = stability parameter

The parameters Cy, Cz, and n can be defined only after exten-
sive meteorological studies.  The need for their definition
can be reduced by basing the stack control levels on the maxi-
mum concentration down wind from the stack.  Differentiating
equation (1) and solving for $\chi$ max gives:

$$\chi_{max} = \frac{2\,Q}{2\,\pi\,\bar{u}\,h^2}\ \frac{C_z}{C_y} \qquad\qquad (2)$$

by assuming an isotropic condition (Cz = Cy = Cx)

$$\chi_{max} = \frac{2\,Q}{2\,\pi\,\bar{u}\,h^2} \qquad\qquad (3)$$

EGG2008967

- 3 -

The distance (d) at which the maximum concentration occurs (for isotropic conditions) is given by:

$$d_{max} = \left(\frac{n^2}{C^2}\right)^{1/(2-n)} \qquad (\text{4})$$

The $(MPC)_a$ for Plutonium-239 is $6 \times 10^{-14}$ uc/cc when continuous non-occupational exposure is considered. If the control level is based on a solution to equation (3) where $\chi_{max} = 6 \times 10^{-14}$ uc/cc, the value for Q is conservative since atmospheric variations are neglected. The effect on control levels of averaging $\chi_{max}$ over all compass directions, for all wind velocities and all diffusion and stability conditions will be discussed later in the paper.

Using $\chi_{max} = 6 \times 10^{-14}$ uc/cc equation (3) becomes

$$Q = 2.57 \times 10^{-13} \ \bar{u} \ h^2 \quad (c/sec) \qquad (5)$$

The maximum allowable exit concentration $(MPC)_{exit}$ for plutonium is then given by:

$$(MPC)_{exit} = \frac{Q}{V_{exit}} = 2.57 \times 10^{-13} \ \frac{\bar{u} \ h^2}{V_{exit}} \quad (uc/cc) \qquad (6)$$

where $V_{exit}$ = Stack emission volume (m³/sec)

EGG2008968

COOK   APRIL 11 1994   ITEM 19   91139

- 3 -

Table I lists $(MPC)_{exit}$ versus h, $V_{exit}$, and Building where these conditions are present.

TABLE I

Maximum Allowable Unit Concentration
Based on equation 7, ($\bar{x}q/Q$) ($u = 4$ m/sec)

| Building No. | h (meters) | $V_{exit}$ (m³/sec) | $(MPC)_{exit}$ uc/cc |
|---|---|---|---|
| 71 | *5.7 | $1.355 \times 10^2$ | $7.93 \times 10^{-12}$ |
| 74 | 7.6* | 9.04 | $3.14 \times 10^{-12}$ |
| 76 | 22.8 | 99.3 | $2.84 \times 10^{-12}$ |

* The stack on Building 74 rises 25 feet above an 18-foot roof. The building is built into the slope of a hill in such a manner that the stack is 43 feet above ground level to the east but 0 feet above ground to the west. Because the winds tend to be westerly and since the plant site extends for about 2,000 meters to the west, a stack height of 25 feet was used in all calculations.

As was mentioned earlier, the figures listed in Table I are conservative since they represent a single maximum condition rather than an average of conditions. F. K. Bryant using Pasquill's extension of Sutton's work, published a family of curves which gives a weighted mean dilution factor versus stack height and distance from the stack. Bryant's curves weight the wind velocities and atmospheric stability conditions for England and Wales, and assume that the wind blows for equal periods of time from all directions. In applying

EGG2008969

- 5 -

these curves to Rocky Flats plant all atmospheric conditions used by Bryant can conservatively be applied except for the wind rose. To account for the tendency toward predominately westerly winds the $(MPC)_{exit}$ determined using Bryant's data will be divided by 2. The distance at which the average concentration ($\bar{\chi}$) is a maximum varies from 0 meters with no stack, through 100 meters for a 10-meter stack to 750 meters for a 120-meter stack. The tallest stack at Rocky Flats plant is 45.7 meters above ground level. The maximum concentration (over a one-year period) for a 45.7 meter stack occurs at about 300 meters for winds averaging approximately 10 mph. This distance would be somewhat greater for higher average wind velocities.

Since Bryant's dilution factor is defined as:

$$\bar{d} = \frac{\bar{\chi}}{Q} \tag{7}$$

then the maximum exit concentration can be defined as:

$$(MPC)_{exit} = \frac{\bar{\chi}}{\bar{d} \, V_{exit}} \qquad (\text{same as for RFP}) \tag{8}$$

Using $\bar{d}$ at the distance of maximum concentration and letting $\bar{\chi} = (MPC)_a = 6 \times 10^{-14}$ uc/cc gives the results in Table II.

EGG2008970

COOK   APRIL 11 1994   ITEM 19   91141

- 5 -

Since the (MPC)$_a$ which has been used is based on continuous non-occupational exposure, another approach to setting stack control levels is to consider the average concentration at the plant boundaries as the controlling factor. All stacks are slightly greater than 1,000 meters from the nearest semi-inhabited zones. This figure was therefore used for all stacks. For Rocky Flats plant this approach is still quite conservative because there are no continuous non-occupational exposures immediately adjacent to the plant site. In fact the only occupants within a few thousand meters are a few cattle.

Table III lists the results for the plutonium stacks using 1,000 meters.

It should be noted from the values in Table III that the dilution becomes less dependent on stack height as distance from the stack increases.

It becomes apparent from Table II and III that the maximum average concentrations from all stacks occur within the plant site. Since the (MPC)$_a$ is 10 times greater for occupational exposure, it is valid to use the higher (MPC)$_{exit}$ based on dilution at the plant perimeter so long as it is not greater than 10 times the (MPC)$_{exit}$ based on dilution within the plant site.

EGG2008971

- 7 -

(Table I)

Maximum Airborne Exit Concentration, Based on a
Weighted Mean Dispersion Factor and Inventory on Hand

| Building | $h$ (meters) | $V_{exit}$ (ft²/sec) | $\bar{d}$ (units/s per unit/sec) | Dist from s | $(H/C) \times 1L$ units/sec |
|---|---|---|---|---|---|
| 71 | 45.7 | 1.555 x 10⁸ | 3.5 x 10⁻⁷ | 300 ft | 6.32 x 10⁻¹⁰ |
| 74 | 7.6 | 9.44 | 5.0 x 10⁻⁵ | Approx 50 ft | 6.4 x 10⁻¹¹ |
| 76 | 22.8 | 94.3 | 1.7 x 10⁻⁶ | 200 ft | 1.87 x 10⁻¹⁰ |

\* Values for $\bar{d}$ are from reference 3.

TABLE II

Maximum Airborne Exit Concentration, Based on a
Weighted Mean Dispersion Factor and Inventory on Hand

| Building | $h$ (meters) | $V_{exit}$ (m²/sec) | $\bar{d}$ (units/m³ per unit/sec) | $(H/C) \times 1L$ |
|---|---|---|---|---|
| 71 | 45.7 | 1.555 x 10⁸ | 2.0 x 10⁻⁷ | 1.6 x 10⁻¹⁰ |
| 74 | 7.6 | 9.44 | 1.6 x 10⁻⁶ | 1.55 x 10⁻⁹ |
| 76 | 22.0 | 94.3 | 7.5 x 10⁻⁷ | 4.2 x 10⁻¹⁰ |

\* Values for $\bar{d}$ are from reference 3.

EGG2008972

COOK   APRIL 11 1994   ITEM 19   91143

- 8 -

Another useful approach is one using a generalized Gaussian plume formula:

$$\chi_{x,y,z} = \frac{Q}{\pi \, \sigma_z \, \sigma_y \, u} \, \exp\left[-\frac{1}{2}\left(\frac{z^2}{\sigma_z^2} + \frac{y^2}{\sigma_y^2}\right)\right] \quad (9)$$

where $\sigma_z$, $\sigma_y$ = diffusion parameters

all other terms are as defined in equation (1)

F. A. Gifford, Jr. has presented families of curves relating $\sigma_z$ and $\sigma_y$ to the distance from the source for various degrees of stability. Using Gifford's curves and equation (9) for different stability conditions gives results which are, in all cases, consistent with those listed in Tables I, II, and III. If equation 9 is differentiated for isotropic conditions, a result identical with equation 3 is obtained.

Table IV lists the $(MPC)_{exit}$ for the plutonium buildings as calculated by the different methods. Two different control levels, based on the calculations, are also listed. Control level A is the level below which the stacks will be maintained for normal operations. Though control level A might seem too conservative on the basis of the data presented, it was chosen because it is absolutely safe and because operational experience has shown that it can be maintained under normal operating conditions. Choosing this conservative control level follows the AEC philosophy of maintaining all radiation levels as low as practical. Control level B is the level above which immediate efforts must be made to reduce

EGG2008973

COOK   APRIL 11 1994   ITEM 19   91144