# EXHIBIT A

10/7/2005 Cook v. Rockwell Hearing

1    available for depositions.  That I hope Your Honor will at
2    least direct the attorneys for Dow and Rockwell that these
3    depositions, even though you're not setting a limit, have to be
4    of reasonable duration.  We don't have the army of lawyers that
5    they do.
6          So -- but we'll make them available for deposition, in
7    advance --
8          THE COURT:  The standard rule is eight hours, and that
9    rule will be applied.  If there is need for more, then good
10   cause must be shown for it, and I will rule on that, on the
11   basis of a motion.  But that's the standard rule here.  That's
12   the standard in the rules of civil procedure.
13         MR. DAVIDOFF:  I think it's seven hours.
14         THE COURT:  Seven, all right.  You're right, seven.
15         MR. DAVIDOFF:  So we'll make them available for a
16   deposition.  It might have to be on a weekend or -- and they, I
17   think, will probably not object to taking a deposition on a
18   weekend, because we're going to be in trial during the week.
19         THE COURT:  All right.  Okay.
20         MR. DAVIDOFF:  And I understand that, and I will
21   explain that to the witnesses.  And if they don't comply with
22   the Court's order, we'll be barred from offering them.
23         As to the other colloquy --
24         MR. BERNICK:  What court order?
25         THE COURT:  The one I just made.