# EXHIBIT C



"Ellen Noteware"
<enoteware@bm.net>
09/25/2005 03:09 PM

To   "Mark Nomellini" <mnomellini@kirkland.com>, "Karen Markert" <kmarkert@bm.net>, "Peter Nordberg" <pnordberg@bm.net>

cc   "Douglas Kurtenbach" <dkurtenbach@kirkland.com>, "John Tangren" <jtangren@kirkland.com>, "Daniel Rooney" <drooney@kirkland.com>

bcc

Subject   RE: McKay Deposition

Mark,

I can confirm that McKay is available from 9-11 am on Wednesday the 28th, as I previously informed you. The deposition must conclude at 11 am. I cannot confirm that Mr. McKay is available at 8, but we will check his availability. You should not need more than 2 hours to conduct Mr. McKay's deposition. We will expect you at Silver & DeBoskey at 9, unless we otherwise agree.

-- Ellen

**From:** Mark Nomellini [mailto:mnomellini@kirkland.com]
**Sent:** Sun 9/25/2005 1:05 PM
**To:** Ellen Noteware; Karen Markert; Peter Nordberg
**Cc:** Douglas Kurtenbach; John Tangren; Daniel Rooney
**Subject:** McKay Deposition

Ellen,

Please have the tapes sent to Joe Bronesky at Sherman & Howard as soon as possible on Monday.

In terms of the schedule, we are willing to go either from 8-11 or 9-12 on Wednesday. Please let us know which plaintiffs prefer. Thanks.

<font size=2 face="monospace,courier">
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
</font>