# EXHIBIT D

```
 1   five would be addressed after jury selection, and some of them
 2   might need to be addressed before that.  But I want to get this
 3   jury and get it selected this morning and through the day, and
 4   that's the order of business.
 5            As soon as that's done, then we can handle the rest of
 6   these matters, and the jury will be instructed once they're
 7   sworn in to come back and be ready to go at 9:00 a.m. on
 8   Tuesday.
 9            I also advised that written responses to all of these
10   motions would not be necessary and that I wanted the parties to
11   confer in good faith to try to resolve whatever disputes you
12   have before they come to me.
13            Now, without ruling on any of these motions
14   specifically, I want you to know that there are a few ground
15   rules that should -- I want to make very clear.
16            I did not set any time limits on depositions of these
17   witnesses.  That's appropriately done by a protective order,
18   but if the parties cannot agree -- and whatever it is, I think
19   one hour is -- is not sufficient.
20            Second, if a witness is ordered to be deposed and that
21   witness does not submit to a deposition, it doesn't matter
22   whether they're under the control and direction of a party or
23   not.  If no deposition, no testimony.  That's my ruling.  Those
24   parties -- and there may not be anybody.  I'm not ruling on the
25   merits of the motion to exclude certain witnesses, but as a
```