# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

---

## DECLARATION OF DANIEL T. ROONEY

---

I, Daniel T. Rooney do hereby declare that the following is true and correct:

1.    I am a legal assistant at the law firm of Kirkland & Ellis LLP, counsel for Defendants in this matter.

2.    On August 4 and 5, 2004, I accompanied Brett Bakke, Esq. and Mathew Dudek to Charles McKay's offices at 10050 Wadsworth Boulevard, Westminster, Colorado. The sole purpose of our visit to Mr. McKay's offices was to identify documents that were responsive to the document subpoena that Defendants had served on Mr. McKay.

3.    Mr. Bakke (now deceased) was an attorney at Kirkland & Ellis, and Mathew Dudek was a project assistant. Mr. Bakke was the only attorney present with us during our time at Mr. McKay's offices.

4. During our visit, we identified about 20-25 boxes of responsive documents and arranged to have these boxes copied. None of us had the opportunity to review the thousands of pages of documents that we identified while at Mr. McKay's offices. Consequently, Mr. Bakke could not have asked Mr. McKay questions concerning those documents.

5. While I was at Mr. McKay's offices, Mr. McKay initiated a conversation with me about the history of the Church family. This conversation lasted no longer than 45 to 60 minutes. I did not engage Mr. McKay in any conversation relating to the issues in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October, 2005 at Denver, Colorado.

_____
Daniel T. Rooney