**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  October 27, 2005                        Reporter: Gwen Daniel
                                               Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | Peter Nordberg |
| | David Sorensen |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | Ellen Ahern |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Fourteen**

**8:53 a.m.      Court in session.**

Jury not present.

> **Exhibits received:  DX-1081, DX-1082, DX-1083, DX-1084, DX-1085, DX-1086 (subject to being tied in), DX-1087a, DX-1123, DX-1124, DX-1128, DX-1129**

Argument regarding motions.

**ORDERED:**  With regard to Plaintiffs' Motion to Use James Willging's Prior Deposition Testimony (Doc. No. 1546), filed October 26, 2005, it is entirely up to Mr. Willging whether he testifies in court.

**ORDERED:**  Plaintiffs' Motion to Admit Search Warrant Affidavit (Doc. No. 1545), filed October 26, 2005, is denied.

9:14 a.m.     Jury present.

Continued cross examination of Mr. Lipsky by Mr. Bernick.

**10:20 a.m.    Court in recess.**
**10:38 a.m.    Court in session.**

Continued cross examination of Mr. Lipsky by Mr. Bernick.

Jury excused.

Discussion regarding witness issues.

**ORDERED:   Defendants' Motion to Limit the Testimony by Robert Budnitz Concerning Issues in the North and Budnitz (Doc. No. 1555), filed October 27, 2005, is resolved.**

**12:06 p.m.    Court in recess.**
**1:20 p.m.     Court in session.**

Jury not present.

> **Exhibits received:** DX-312, DX-1068, DX-1068A, DX-1066, DX-1037, DX-238, DX-271, DX-280 (diagram only), DX-1040, DX-1043, DX-1044, DX-1047, DX-1048, DX-1049, DX-1050, DX-1051, DX-1053, DX-1054, DX-1055

Jury present.

Plaintiffs' witness, Robert Budnitz, sworn.

Direct examination of Dr. Budnitz by Mr. Davidoff.

> **Exhibits received: P-1325, P-1202, P-1324**

Bench conference.

**ORDERED:   Defendants' oral motion for mistrial is denied.**

Continued direct examination of Dr. Budnitz by Mr. Davidoff.

> **Exhibits received: P-1216, P-1316, P-1322, P-223**

2

**3:20 p.m.	Court in recess.**
**3:40 p.m.	Court in session.**

Jury not present.

Discussion regarding P-63.

Jury present.

Continued direct examination of Dr. Budnitz by Mr. Davidoff.

    **Exhibits received:  P-64, P-1309, P-1150, P-1151, P-533**

Jury excused.

Discussion regarding witness schedule.

**5:02 p.m.	Court in recess.**

Time in court - 6:17.  Trial continued.