IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**STATEMENT**

On October 27, 2005, plaintiffs offered and the Court received P-1150 and P-1151, expert reports authored by witness Robert Budnitz in this litigation in 1996. Plaintiffs had offered these reports during the qualification of the expert (Tr. p. 3020) and the Court deferred consideration until after the expert was qualified. Subsequently (Tr. pp. 3077-3078), the reports were offered and received over objection. The Court inquired whether the reports were written for "this trial" and plaintiffs replied that they were authored in 1996. Plaintiffs note that the reports were written for this litigation, though not specifically for the 2005 trial. Plaintiffs respectfully submit that the expert reports are admissible and, similarly, any defendants' expert reports properly offered after qualification of their experts would similarly be admissible.

                                            Respectfully submitted,

                                            /s Merrill G. Davidoff

                                            Merrill G. Davidoff, Esq.
                                            Peter Nordberg, Esq.
                                            David F. Sorensen, Esq.
                                            Berger & Montague, P.C.
                                            1622 Locust Street
Dated: 10/28/05                              Philadelphia, PA 19103