file:///D|/Putzier-%2005-15-95.txt

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLORADO

3  Civil Action No. 90 K 181

4  MERILYN COOK, et al.,

5          Plaintiffs,

6  vs.

7  ROCKWELL INTERNATIONAL CORPORATION, et al.,

8          Defendants.

9

10          DEPOSITION OF ANTHONY PUTZIER

11

12
              1406 Pearl Street
13              Boulder, Colorado
              March 15, 1995
14

15          APPEARANCES

16     BERGER & MONTAGUE
       MERRILL G. DAVIDOFF, Esq.
17      JONATHAN AUERBACH, Esq.
       1622 Locust Street
18      Philadelphia, PA  19103

19          For the Plaintiffs.

20     KIRKLAND & ELLIS

DOUGLAS J. KURTENBACH, Esq.

21     200 East Randolph Drive

Chicago, IL 60601

22

For the Defendant Dow

23     Chemical Company.

24

25

2

1       The deposition of ANTHONY PUTZIER,

2   produced, sworn and examined upon oath on the 15th

3   day of March, 1995, at 10:03 a.m., at 1406 Pearl

4   Street, City and County of Boulder, State of

5   Colorado, before me, Nancy E. Hogan, a Certified

6   Shorthand Reporter, a Registered Professional

7   Reporter, and a Notary Public within and for the City

8   and County of Denver, State of Colorado, pursuant to

9   the Federal Rules of Civil Procedure, for the

10   examination of the said ANTHONY PUTZIER, a witness

11   called for examination by the plaintiff herein.

12

13

14         I N D E X

15
  Witnesses:                    Page No.
16
         ANTHONY PUTZIER
17
              Examination by Mr. Davidoff.......... 3
18

19                    Marked at
  Exhibit No.                   Page No.
20
         Depo. Exh. 496............ 49
21       Depo. Exh. 497............ 76
         Depo. Exh. 500 - 507..... 135
22

23

24

25

3

1         EXAMINATION

2    Q.  (BY MR. DAVIDOFF)  Sir, if you could

3  state your full name and spell it, the reporter will

4  swear you in.

5    A.  First name is Edward.  Do you need a

6  middle name or initial?

7      Q.  You might as well give us your whole

8  name.

9      A.  Anthony Putzier.  Spelled P as in Peter

10  U-T-Z-I-E-R.

11          ANTHONY PUTZIER,

12  being first duly sworn to state the truth, the whole

13  truth and nothing but the truth, testified on oath as

14  follows:

15      Q.  (BY MR. DAVIDOFF)  Good morning, Mr.

16  Putzier.  We have just met briefly for the first time

17  off the record.  My name is Merrill Davidoff.  I'm

18  one of the attorneys for the class action plaintiffs

19  in the Rocky Flats litigation pending in federal

20  court in Denver.  You understand that, is that right?

21      A.  I understand that.

22      Q.  I'm going to be asking the questions

23  here today and tomorrow, and if you don't understand

24  anything or if a question that I use is too

25  complicated or if I use a word in there that you

file:///D|/Putzier-%2003-15-95.txt

4

1  don't understand, please ask me to clarify it or

2  break it down.  Is that agreeable?

3        A.  Um-humn.

4        Q.  It is better if you say yes.  Then

5  nobody will quarrel about what yes means and somebody

6  might quarrel about what um-humn means.  If you have

7  any-- I understand we are taking this deposition in

8  Boulder because of your personal circumstances.  I

9  understand your wife--

10        A.  My wife has Alzheimer's and needs a

11  fair amount of attention from me.

12        Q.  If you require any consideration during

13  the course of the deposition, we will of course

14  afford that to you including I understand you need a

15  slight delay tomorrow morning.  We have no problem.

16        A.  She has a medical appointment which was

17  made several weeks ago, and it is kind of difficult

18  to get in sometimes.

19        Q.  No problem.

20      A.  I want to mention something about

21  myself.  In the last two or three days I have had a

22  urinary infection, and I may wind up either having a

23  doctor's appointment first thing in the morning or

24  the last part of today.  That hasn't been arranged.

25      Q.  Let me know.  If you have a problem, we

5

1  will accommodate that.  We will accommodate any

2  reasonable medical problem, of course.

3          Do you understand the process of a

4  deposition?

5      A.  I have been deposed before.

6      Q.  Can you tell me the occasions when you

7  have been deposed before?

8      A.  Well, it's pretty hazy in my memory,

9  but one had to do with what's commonly titled the

10  Church suit.

11      Q.  Were you deposed once in that suit or

12  more than once?

13       A.  As I remember once.

14       Q.  Was that for two days?

15       A.  I don't remember.

16       Q.  Did you testify in court in connection

17  with the Church suit?

18       A.  No.

19       Q.  Have you ever been deposed other than

20  in the Church suit?

21       A.  Frankly, I can't remember whether I

22  have or not.

23       Q.  Have you ever given sworn testimony in

24  court that you can recall?

25       A.  I need a clarification.  I have given

6

1  sworn testimony in a workmen's comp hearing in front

2  of a workmen's compensation board, but not in what I

3  would consider a real court.

4       Q.  Could you tell me about that

5  situation?  When was it?

6      A.  I will have to bracket it.  It was

7  about 1970 - '71 somewhere.

8      Q.  Can you tell me the circumstances of

9  the worker's comp litigation?

10     A.  The circumstances were an employee who

11 was offered a job-- his existing job was cut back.

12 He was offered another job in the plant.  He didn't

13 want to work there because he said it was unsafe so

14 the management said, "If you can't work there, we

15 have nothing else for you," so he was terminated.  He

16 filed a workmen's comp, unemployment comp.

17     Q.  What area was he assigned to that he

18 asserted was unsafe?

19     A.  Building 77.

20     Q.  Is that also known as Building 777?

21     A.  Yes.

22     Q.  What were the operations in Building

23 777 at that time?

24     A.  There were-- Building 77 was

25 essentially an assembly building.

7

1      Q.   What was assembled there?

2      A.   The final product.

3      Q.   Plutonium triggers?

4      A.   I never ever heard them called that

5  except in the press.

6      Q.   Tell me what you call them then?

7      A.   Components.

8      Q.   Let me go back a second.  Could you

9  give me your date of birth, sir?

10      A.   November 4, 1924.

11      Q.   So that would make you 71 years old, is

12  that right?

13      A.   I will be 71 this year.

14      Q.   The date of your retirement from the

15  plant, sir, was when?

16      A.   The official date was March 1st, 1983.

17  The last day I worked was the day before Thanksgiving

18  of '82.  I had vacation carry over.

19    Q.  So you would have been 59 years old or

20  58 years old at that time?

21    A.  In '82 I would have been 58.

22    Q.  Have you had any other jobs since you

23  retired from the plant at age 58?

24    A.  Not any nine to five jobs, any regular

25  jobs, no.

8

1    Q.  Could you tell me what types of jobs

2  you had since then?

3    A.  The only jobs I have had since then I

4  did meet with some of the officials from Dow

5  Chemical, and frankly I don't remember what we were

6  talking about, but we were talking about some of

7  these litigations, and I was paid for it at an

8  equivalent as a consultant.

9    Q.  When you say Dow Chemical, you had

10  worked I think last for Rockwell?

11      A.  Yes.

12      Q.  Are you certain that the meetings you

13  had as a consultant were with Dow officials?

14      A.  They were with Dow officials.  People

15  that I had actually worked with in the past.

16      Q.  When were those meetings, sir?

17      A.  Again I would have to kind of bracket

18  it, but I would say they were probably '84 - '85.

19  Somewhere in there.

20      Q.  Did you meet with lawyers also or was

21  it just with officials?

22      A.  Well, one of them who would have been a

23  plant manager was also a lawyer.  It was Mr. Haynes.

24      Q.  But he was meeting with you in his

25  capacity as a plant official rather than in his

9

1  capacity as an lawyer?

2      A.  Combination probably.

3      Q.  Was he acting as an attorney in that

4  lawsuit?

5       A.  I say he was an attorney, and then he

6  was assigned to Rocky Flats as plant manager from Dow

7  Midland, so he was an attorney.  He was in their

8  legal department, let me put it that way, when he

9  left.

10      Q.  When he was assigned to the plant, what

11  was his position with the plant?

12      A.  He was top manager, plant manager.

13      Q.  He didn't have a position as top lawyer

14  at the plant, did he?

15      A.  No, not at all.

16      Q.  He was the plant manager?

17      A.  Yes.

18      Q.  What did you discuss at the meeting

19  with the Dow officials and with Mr. Haynes?

20      A.  Frankly, I don't remember any of it.  I

21  just-- I think we just rehashed what we could

22  remember at the time about some of these incidents

23  that had occurred at the plant.  Probably the same

24  thing we are going to talk about here.  I don't know.

25      Q.  Was this in connection with the Church

10

1 litigation that these meetings took place?

2       A.  I don't know.  I don't remember.

3       Q.  All right.  Have you had any other jobs

4 since you retired in or about early 1983?

5       A.  The only other thing that I got paid

6 for was some mileage to go down and talk to one of

7 these groups that was doing some environmental

8 research around the plant.

9       Q.  Do you know what group that was?

10      A.  It was headed by Mr. Doty.  I don't

11 know what it was called other than that.

12      Q.  Anything else that you have done for

13 compensation since you retired?

14      A.  I think that's it.

15      Q.  Have you received a pension from either

16 Rockwell or Dow or the Rocky Flats plant at any time

17 since 1983?

18      A.  I'm under standard retirement.

19          Q.  So you receive a pension from the

20  plant?

21      A.  Yes.

22          Q.  Now, let me go back, if I can, and ask

23  you about where you grew up.  Can you tell me that?

24      A.  It was on a farm near Litchfield,

25  Minnesota.

11

1       Q.  Did you grow up in that area, sir?

2       A.  Yes.

3       Q.  Did you go to high school there?

4       A.  Yes.

5       Q.  After you graduated from high school,

6  did you then take some postgraduate education?

7       A.  Yes, but there was an interval there.

8  It was right during the war, you see.

9       Q.  Were you drafted?

10      A.  I was drafted, and I went into the

11  Navy.

12      Q.  Was that in 1942?

13      A.  No.  I was only 17 when I graduated

14  from high school, and my dad got me a deferment for

15  the first couple of years.  Then that deferment went

16  out and I was drafted.

17      Q.  What year was that, sir?

18      A.  If I recall correctly, January of '44 I

19  went into the Navy.

20      Q.  Can you tell me briefly about your

21  service in the Navy during World War II?

22      A.  Prior to being inducted, I found out

23  about an examination that could be taken.  It was

24  called the Eddy test.  It was really an examination

25  to see whether you had aptitude for-- they were

12

1  wanting people to be trained in electronics in the

2  Navy.  They were given this examination, and if you

3  got a certain score on it, then you would go into the

4  Navy and you would go up a couple up grades right off

5  the bat which I did.  I was trained then for 11

6  months in the Navy and wound up as an aviation

7  electronics technician.

8       Q.  Where were you stationed, sir?

9       A.  Well, my boot camp was at Great Lakes,

10  Illinois.  The school was at three different places.

11  They had a preradio as they called it which was in

12  Chicago at Wright Junior College that lasted a

13  month.  That was a primary radio as they called it.

14  It was three months back at Great Lakes in their

15  training section.

16          Then there was a seven months period at

17  a little complex called Ward Island which was at

18  Corpus Christi, and it was devoted strictly to this.

19  This was a very highly secure area where they taught

20  us repair and maintenance of all the specific kinds

21  of equipment that were being used in airplanes.

22       Q.  After your schooling at these places,

23  where were you then stationed?

24        A.   I was stationed for the rest of the

25   time at a Naval air station in Alameda.  Actually I

13

1   went to San Diego for reassignment, and I was in San

2   Diego for three months waiting, and then I was

3   assigned to Alameda for the rest of the time.

4        Q.   Were you there for the balance of World

5   War II?

6        A.   Yes.

7        Q.   Subsequent to World War II, how long

8   did you remain in the service subsequent to the end

9   of the war?

10        A.   Well, let me tell you when I got out if

11   that's all right and then you can figure.

12        Q.   All right.

13        A.   August of 1945.

14        Q.   I think that was right at the end of

15   the war, August of 1945?

16        A.   Yes.

17      Q.  Did you get an early discharge?

18      A.  No.  As a matter of fact, it was

19  delayed.  They had a point system.  It was delayed

20  because they were short on electronics people.

21      Q.  I take it that during World War II you

22  had no experience with any radioactive or fissionable

23  materials?

24      A.  None whatsoever.

25      Q.  Subsequent to World War II, did you

14

1  then take some post-graduate education?

2      A.  Then I came back and I went to what was

3  at that time called Mankato Teachers College in

4  Minnesota.

5      Q.  That was a teachers college?

6      A.  It was a teachers college at that time,

7  but they had expanded their curriculum to be as much

8  liberal arts as it was teachers.  Today it's called

9   Mankato State University.  So I went there under the

10  G I bill starting with our second quarter which would

11  have been starting in about the middle of December of

12  '45.  Graduated in 1950.

13        Q.   What was your degree, sir?

14        A.   I majored in physics, mathematics,

15  minored in chemistry.

16        Q.   Did you then subsequent to 1950 take

17  any other postgraduate education?

18        A.   Yes.  I applied to the-- well, my

19  physics professor showed me an application form that

20  the Atomic Energy Commission had put out for some

21  special graduate level training at two different

22  universities in the east.  The A E C at the time was

23  trying to train more and more people in the health

24  physics area although we didn't call it health

25  physics at the time.  So I applied for one of those,

15

1   and I was assigned to the University of Rochester

2  along with 19 other people to go through that special

3  training, special curriculum which they had set up

4  there.

5        Q.  What was the duration of that training,

6  sir?

7        A.  I was there through the-- I started the

8  fall of '51.  I was there to the academic year up

9  through early June, and then the course included a

10  practicum as they called it which was an in-training

11  type of thing down at Brookhaven Natural Laboratory

12  in Long Island.

13          Then I went back to Rochester.  I was

14  thinking I was going to try to complete enough

15  credits for the masters degree, but I never did.  I

16  never got the teachers work done before I was offered

17  the job at Rocky Flats.

18        Q.  I neglected to ask you this before,

19  sir.  Did your wife ever work at Rocky Flats?

20        A.  Yes.

21        Q.  What was her position there?

22        A.  Her title was chemist.  She worked in--

23  her actual work involved X-ray defraction work.  She

24  worked there for four years.  She did X-ray

25  defraction work, and she was developing what they

16

1  call X-ray patterns of some uranium compounds.

2      Q.  Is that where you met your wife?

3      A.  No.  My wife graduated from the

4  University of Rochester, and I didn't meet her at

5  Rochester.  She happened to be working at Brookhaven

6  Natural Laboratory when I was down there that summer,

7  and that's where I met her.

8      Q.  Again just filling in some details, I

9  neglected to ask you your current residence address.

10  Could you give me that, sir?

11      A.  350 Ponca Place, P-O-N-C-A, Number 476.

12      Q.  How long have you resided there, sir?

13      A.  Well, it will be a year April 4th.

14      Q.  Do you have a phone number there?

15      A.  Yes.  494-- well, the area code is

16  303.  494-6824.

17          Q.  You are represented by Mr. Kurtenbach

18  here today.  He is your attorney?

19          A.  Yes.

20          Q.  Did you make the decision to have Mr.

21  Kurtenbach represent you?

22          A.  Yes, I did.

23          Q.  When did you make that decision?

24          A.  I probably made that decision at the

25  time I got the subpoena.


                          17


1           Q.  Did you initiate the---- I'm sorry.

2  Did you want to say something?

3           A.  Yes.  At that point in time I called

4  Mr. Lillie and advised him I would like to have

5  someone represent me.

6           Q.  All right.  Had you been offered that

7  option before?

8        A.  I had been offered that option.  I am

9  not sure if it was for the same thing.  It was some

10  time back when it looked like maybe someone was going

11  to talk to me, but I don't remember what that was all

12  about frankly, but it was in the past year.

13        Q.  Now, going back to Brookhaven.  After

14  your training there-- well, could you tell me briefly

15  about what you were trained in both at Rochester and

16  at Brookhaven?

17        A.  The University of Rochester's

18  curriculum that had been set up for this Atomic

19  Energy Commission fellowship program was in-- it was

20  called a block form in which there was a lot of

21  concentrated effort put on a certain subject for

22  maybe anywheres from eight to 12 weeks depending upon

23  the complexity of it.  So the first-- and I don't

24  remember the exact weeks-- but the first block had to

25  do with radiological physics, and that was a study of

18

1  radioactivity and decay of radioactive isotopes and

2  things of that nature.  Basically physics oriented.

3          We had another block which was entitled

4  industrial hygiene toxicology.  We had another block

5  which was entitled radiation biology.  We had another

6  one that was entitled practical health physics.  I

7  don't know if it was called health physics, that term

8  doesn't seem to be there, but it was a practical

9  oriented course in which we learned how to use

10  instrumentation and things of that nature.

11      Q.  What is health physics, sir?

12      A.  Well, health physics was-- I will see

13  if I can define it-- health physics was a profession

14  in which-- it is tough to get the words out the way I

15  want to.

16      Q.  Take your time.

17      A.  It's a profession devoted to the

18  protection of man and his environment from

19  radioactive materials.  How does that sound?

20      Q.  Sounds pretty good to me.  Now, you

21  said that while you were in the course of study

22  leading to a masters degree you were offered a job

23  position at Rocky Flats.  Can you tell us about that?

24          A.  Yes.  Quite frankly, I wasn't about to

25  stay in the east because I didn't like the east part

19

1  of the country.  I wanted to get back west.  I saw in

2  the magazine, the Nucleonics magazine, an

3  announcement that there was going to be a nuclear

4  plant built in Colorado, and Dow Chemical had been

5  granted the contract to run it.

6          Some time after that I made contact

7  with Dow Chemical Company and a Dr. Beamer actually

8  came to Rochester on sort of a recruiting trip

9  because he knew he was going to need some people with

10  that kind of training.

11          Q.  Again I'm going to have to impose on

12  you and ask you to spell that name for the reporter.

13          A.  B-E-A-M-E-R.  I don't remember his

14  first name.

15      Q.  All right.  Go ahead.

16        A.  He come to Rochester and interviewed

17  me.  Then about-- I don't remember exactly when it

18  was-- but he interviewed me, and then in the fall of

19  '51 I had an opportunity to travel to Las Vegas,

20  Nevada, to participate in some of the testing that

21  was going on down there as a part of the Los Alamos

22  Health and Safety Organization.  There were six of us

23  from Rochester who had the opportunity to go down

24  there.

25        So on the way I stopped at Denver

20

1  because by that time Dow had an office in downtown

2  Glenarm Street in Denver and was interviewed again,

3  and that's where I was officially offered the job.

4      Q.  May I just interrupt for just one

5  second?

6      A.  Sure.

7       Q.   Was Dr. Beamer in Denver or was he out

8  of Midland?

9       A.   He was out of Midland at the time I

10  talked to him in Rochester.

11       Q.   Then he relocated--

12       A.   Then he relocated to Denver, but he

13  wasn't here very long.  As a matter of fact, he

14  wasn't here when I started at Rocky Flats.  He had

15  health problems here, and he was advised to go back

16  to Midland, and I don't know the circumstances, but

17  that was what I understood.

18       Q.   All right.  I'm sorry.  I interrupted

19  you.  Would you finish what you were saying?

20       A.   I forgot what it was.

21       Q.   I think you were telling us that you

22  came to work at Rocky Flats.

23       A.   Okay.  On the way to Nevada we stopped

24  for a couple days, and I'm saying we because there

25  were two of us that were hired out of the Rochester

1  group.  We stopped here and were interviewed and at

2  that time talked to Mr. Bean and Dr. Chapman and we

3  were advised we could come on board next spring.  We

4  were through at Rochester.

5      Q.  Dr. Chapman's first name and Mr. Bean's

6  first name?

7      A.  Dr. Chapman's first name is Thomas.

8      Q.  And Mr. Bean?

9      A.  I think it was Wilbur.  Everybody

10  called him Bunk Bean, but I know that wasn't his

11  name.  It was W. M. Bean anyway.

12      Q.  You also mentioned that you had an

13  opportunity to go down under the auspices of the Los

14  Alamos Health and Safety Organization to participate

15  in atomic testing in Nevada in the fall of 1951 could

16  you tell us about that experience please?

17      A.  We were assigned then to a fairly large

18  group of people that was more or less managed you

19  might say by Los Alamos people and included people

20  from other places than Rochester.  They had people

21  from the Public Health Service.  They had people from

22  other facilities, nuclear facilities.

23          What our job was was to go down wind

24  from the shots that they made down there and do

25  sampling of various types.  So we would leave the

22

1  headquarters and go out beyond-- they had us shoot

2  shots off of favorable winds as they called it, and

3  we would go out there and establish ourselves with

4  sampling equipment.

5          Q.  How did you get assigned to this

6  project to begin with?

7          A.  It was a voluntary thing.  Los Alamos

8  wrote a letter to Dr. Blair who was the head of the

9  group we were in at Rochester, and Dr. Blair let it

10  be known to the class that they were looking for

11  people to those of us that were there that might be

12  able to get away and I went and talked to him.

13          Q.  Now, you mentioned favorable winds.  I

14  would like you to define what that meant?

15        A.  Well, so it was blowing away from Las

16  Vegas which meant they wanted winds blowing from the

17  south to the north.

18        Q.  How many atomic tests did you

19  participate in?

20        A.  Two.

21        Q.  Were you also away from the direction

22  of the prevailing winds when the bomb was exploded?

23        A.  We were down wind if you know what that

24  means.

25        Q.  Why don't you tell me what it means?


23


1        A.  Down wind means the wind was blowing in

2  my face when I was looking at the point of

3  detonation.

4        Q.  How far down wind were you?

5        A.  I don't remember.

6      Q.   Ten miles, 20 miles, 50 miles?

7      A.   We had people that were involved and

8  probably could have been all those distances which of

9  those I don't know because we did have a very

10  extensive network you might say of people being

11  assigned out there.

12      Q.   Did you then take samples of the

13  radioactivity that was deposited on the ground?

14      A.   Fall out-- not on the ground.  What I

15  was involved with was taking earth samples.

16      Q.   In the earth samples tell us about what

17  you found?

18      A.   We were involved with in effect fall

19  out from the weapons which would have been mainly

20  fission products.

21      Q.   What kinds of radioactive readings did

22  you obtain?

23      A.   I have no idea because we took them in

24  and it was a separate group in the laboratory who

25  then took over from there.

24

1        Q.   What types of measuring or monitoring

2  equipment was used to take the samples?

3        A.   We had high volume-- what we called

4  high volume air samples, and I can't describe them

5  much further than that.  We had portable electric

6  generators that we could set up in the desert and run

7  these things.

8        Q.   Was that up to that time in your life

9  the most exciting event that you ever experienced,

10  witnessing an explosion of an atom bomb?

11        A.   I didn't really witness the explosion

12  because we were down wind from it.

13        Q.   You didn't see it?

14        A.   We saw when the plume started to come

15  up.  One of these was a tower shot and one was one

16  that was way down in the ground.

17        Q.   Did you see the mushroom cloud?

18        A.   Well, I wouldn't call it a mushroom

19  cloud.  I would call it just a cloud.  It didn't have

20  any shape.

21      Q.  You mentioned that there--

22      A.  These were devices.  These were not

23  nuclear weapons by the way.  They called them

24  devices.  I don't know the physics of them.  I don't

25  know what they looked like or anything else, but they

25

1  were called devices.

2      Q.  Did you know the kiloton condition of

3  the devices?

4      A.  No.  I might at one time, but I don't

5  remember.

6      Q.  You said there were two of you that

7  stopped off in Denver to be interviewed or hired?

8      A.  Yes.

9      Q.  Who was the second person?

10      A.  Warren Hammond.

11      Q.  He was also educated at Rochester?

12      A.  Right.

13        Q.   Did he go into the health physics

14   department as well?

15        A.   For a brief period.

16        Q.   What happened after that brief period

17   to Mr. Hammond?

18        A.   I will have to tell you to the best of

19   my recollection because I don't remember the exact

20   dates.  Warren was in the health physics department

21   and assigned to the area which processed enriched

22   uranium when he first started at Rocky Flats.  He was

23   in that capacity as the supervisor for the health

24   physics program in that building until probably some

25   time in 1955.

26

1        Q.   Which building was that?  The 881?

2        A.   81 at that time.  Then in 1955 he in

3   effect left health physics and he joined Dr. Chapman

4   who had been given a double job involving

5    classification, document classification work, and

6    Warren went into that for some period of time, and

7    frankly I don't know how long he was in that.  When

8    he got out of that, he went into the research and

9    development organization and he managed the group

10   called mechanical engineering or something like

11   that.  Anyway, it was mechanically engineering

12   oriented.  He left Rocky Flats at the time or maybe

13   before some time before Rockwell came on which would

14   have been prior to '75, July of '75.  Then he went

15   somewhere else with Dow Chemical.

16        Q.   Where was his whereabouts the last time

17   you heard of?

18        A.   He's dead.

19        Q.   Now, when you accepted this job, what

20   was your first position at Rocky Flats?

21        A.   My title which really was not too

22   meaningful was radiation engineer.  My job was to set

23   up the health physics in the 71 building.

24        Q.   How long were you stationed at the 771

25   building?

27

1      A.  Again I will have to go back.

2      Q.  Sure.  If I interrupt you--

3      A.  Well, I think maybe it is important to

4  both of us when I came on board on June 11th of 1952

5  and spent about three days orientation and then spent

6  the rest of the summer at Los Alamos, and that's

7  where I worked for the most part except for a couple

8  weeks down there along with people that were handing

9  plutonium in the health physics.

10      Q.  Was that training?

11      A.  Yes.

12      Q.  What were you trained to do?

13      A.  In effect what I was trying to do was

14  to find out what the procedures were for handling

15  this material and try to incorporate them into what

16  was eventually going to happen at Rocky Flats because

17  the processing of plutonium at Los Alamos was

18  considered at that time pretty much a sort of a pilot

19  to what was going to happen at Rocky Flats.

20      Q.  When was plutonium invented?

21      A.  I don't know when it was invented.

22  Discovered would be a better word I think.  It was

23  discovered by Mr. Seaborg, Dr. Seaborg, but I don't

24  know when that was.

25      Q.  Does it occur naturally?

28

1      A.  I'm only speculating if I said it

2  occurred naturally.  Whether it does or doesn't I

3  really don't know.

4      Q.  No natural plutonium deposit has ever

5  been found, has it?

6          MR. KURTENBACH:  Foundation.  Form.

7      Q.  (BY MR. DAVIDOFF)  To your knowledge

8  has any natural plutonium deposit ever been formed?

9      A.  I don't know of any.

10      Q.  When was it first fabricated by man to

11  your knowledge?

12      A.  All I can say is during the war.  I

13  don't know when.

14      Q.  When was the first bomb incorporating

15  plutonium as part of its core or explosive material

16  exploded?

17      A.  I am not sure which bomb was which

18  frankly.  So I don't know.  I don't know exactly.

19      Q.  Which of the two bombs that you are

20  thinking of involved plutonium?

21      A.  Frankly I have forgotten.  There was a

22  bomb fat boy.

23      Q.  Was it one of the two bombs exploded in

24  Japan?

25      A.  I think one of them was plutonium.

29

1      Q.  I'm sorry.  I interrupted you with that

2  stupid question.  Going back to Los Alamos and what

3  you were trained to do in handling plutonium, at that

4  point plutonium had been handled I guess for seven or

5  eight years by man.  Is that a fair statement?

6        A.  Yes.

7        Q.  Could you tell me the state of the

8  training in how to handle plutonium at that time as

9  you were trained to do it?

10        A.  Well, plutonium was handled at that

11  time in glove boxes.  Chemistry and fabrication,

12  everything was done within contained containment.

13        Q.  A glove box is a completely contained--

14        A.  It's usually made out of stainless

15  steel to reduce any corrosion problems and with

16  gloves that first you can reach through and do

17  whatever manipulations you have to do.

18        Q.  And the plutonium emits radiation, is

19  that right?

20        A.  Yes.

21        Q.  Is that gamma radiation, alpha

22  radiation, beta radiation?

23        A.  All of them.

24        Q.  Which is the predominant form of the

25  radiation emitted by plutonium?

30

1       A.   Plutonium is a mixture of isotopes.

2  The predominant radiation of plutonium is alpha.

3       Q.   What percentage of the radiation

4  emitted by plutonium is alpha radiation?

5            MR. KURTENBACH:  Object to the form

6  of the question.  You can still answer.

7            THE DEPONENT:  Frankly, I think you are

8  mixing apples and oranges.

9       Q.   (BY MR. DAVIDOFF)  I'm sure I am.

10       A.   Alpha particles and beta gammas are two

11  completely different things.  To say one of the

12  percentage versus the other doesn't really make sense

13  to anybody.

14       Q.   Let me ask it a different way.  The

15  predominant radiations are alpha emissions, is that

16  correct?

17       A.   Yes.

18      Q.  There are also beta and gamma

19  emissions?

20      A.  From a mixture of plutonium.  Plutonium

21  comes as a mixture.

22      Q.  Any other types of radiation emissions

23  or categories other than alpha, beta, and gamma?

24      A.  Alpha, beta, and gamma neutrons.

25      Q.  Now, predictably I'm going to ask you

31

1  to explain those things.  Let's start with alpha?

2      A.  An alpha particle is a very, relatively

3  speaking, is a very heavy particle that is emitted

4  from the nucleus of a plutonium atom.  It has the

5  equivalent weight of a helium atom.

6      Q.  That would be an atomic weight of four,

7  is that correct?

8      A.  Right.  About 7200 times as heavy as an

9  electron.

10      Q.  Is it helium when it is emitted?  Can

11    you describe what the particle is?

12         A.   Well, it has the neutron proton make up

13    of a helium atom, but when it's emitted, there is an

14    alpha particle that is ejected with some velocity,

15    energy, if you will.

16         Q.   That particle when it is emitted with

17    velocity, does it pose any hazard to a human being?

18              MR. KURTENBACH:  Form.

19              THE DEPONENT:  In a glove box the alpha

20    particle will not penetrate even that sheet of paper

21    you are writing on.  Therefore, when plutonium is

22    contained in the glove box, the alpha particles are

23    not of consequence.

24         Q.   (BY MR. DAVIDOFF)  If the alpha

25    particles are not contained and are emitted with

32

1   velocity without being restrained by a piece of paper

2   or a glove box or anything else and strike a human

3    being--

4        A.   They will use up their energy.

5            MR. KURTENBACH:  He hasn't finished

6    the question.  I need to state an objection if I have

7    one.

8        Q.   (BY MR. DAVIDOFF)  Give him a second to

9    state his objection if he has one.  And they strike a

10   human being, is that a hazard to the human being?

11           MR. KURTENBACH:  Form.

12           THE DEPONENT:  It depends on.  I would

13   have to qualify the answer.

14       Q.   (BY MR. DAVIDOFF)  Why don't you answer

15   the question and then qualify it?

16       A.   If I have plutonium on my arm and alpha

17   particles are being ejected, it's not going to harm

18   my arm.

19       Q.   No matter how much plutonium is there?

20       A.   No matter how much is there.

21       Q.   Even if you have a couple grams of it

22   on your arm, it wouldn't hurt your arm?

23       A.   Not the radiation part of it is going

24   to hurt your arm because it can't penetrate far

25  enough into the arm.


33


1       Q.   What, if anything, from the plutonium

2  could harm my arm if I had a couple grams of it

3  sitting up there where my watch is?

4       A.   There are some very low energy X-rays

5  and gamma that can penetrate.

6       Q.   Gamma and X-rays?

7       A.   The X-rays are from the physics

8  standpoint.  They are not the kind of X-rays you see

9  out of your medical machines.  These X-rays are

10  called X-rays because of the way they are generated

11  within the atom.  They are generated the same way

12  within the atom if you generate an X-ray in medical.

13        Q.   Are the X-rays harmful to human beings

14  if they strike the arm?

15          MR. KURTENBACH:  Form.

16          THE DEPONENT:  In large amounts they

17  could be.  They could give you a burn.

18      Q.  (BY MR. DAVIDOFF)  Would a couple grams

19  of plutonium be a large number amount to emit X-rays?

20      A.  You have another factor to consider and

21  that's time.

22      Q.  Suppose I let it sit up there for 15

23  minutes or so?

24      A.  I can't really answer that question

25  because--

34

1      Q.  You are not qualified?

2      A.  I would say I am not qualified with the

3  information I have.

4      Q.  Well, I will try to make it as specific

5  as I can.  Plutonium is 239.  Is that the atomic

6  weight?

7      A.  That's the major isotope in plutonium.

8      Q.  I got two grams of plutonium 239

9  sitting right up here on my forearm right where I'm

10  pointing just above my watch and I let it sit there

11  for 15 minutes, can I suffer harm from the X-rays

12  that are emitted from that plutonium?

13        MR. KURTENBACH:  Form.

14        THE DEPONENT:  I would not expect it to

15  do harm in that amount of time.

16      Q.  (BY MR. DAVIDOFF)  How about for an

17  hour?

18      A.  Probably not then either.

19      Q.  How about a day?

20        MR. KURTENBACH:  Same objection.

21        THE DEPONENT:  I don't know.

22      Q.  (BY MR. DAVIDOFF)  Now, can I suffer

23  harm from the gamma rays that are emitted?

24      A.  From the plutonium 239 there are

25  practically no gamma rays.

35

1      Q.  Which plutonium isotope emits gamma

2  rays?  Is that 241?

3      A.  Yes.  And that depends on time.

4      Q.  Is that also known as americium 241?

5      A.  No.

6      Q.  What is americium?

7      A.  That is generated from the decay of

8  plutonium 241.

9      Q.  Let's stick with plutonium then for the

10  time being.  You are going to find that I'm even

11  dumber than you suspected as we get into this.

12          (Whereupon, there was discussion

13  outside the record.)

14      Q.  (BY MR. DAVIDOFF)  Let's go back to

15  plutonium 239 because that's where we started.  It

16  emits alpha particles, and I think you told me that

17  those are easily contained by paper or just about any

18  kind of containment vehicle.  Certainly a glove box.

19  Then it also emits I think you said beta, gamma, and

20  now X-rays.

21      A.  Plutonium 239 does not emit those to

22  any degree.  It emits some small amount of X-rays,

23  but not the others.

24      Q.  Not beta and not gamma and not alpha?

25      A.  The very, very tiny amounts of the

                                    36

1  gamma and X-rays.  No neutrons.

2       Q.  But they do emit alpha?

3       A.  Yes.

4       Q.  What is the mixture of plutonium that

5  emits the gamma and beta and X-rays?

6       A.  Okay.  The mixture of plutonium colony

7  you will see has 6 percent of plutonium 240 in it and

8  maybe about half a percent of 241 in it and maybe

9  traces of other plutonium isotopes.  It all depends

10  on the reactor parameters in which the plutonium was

11  made.

12      Q.  Is that the mixture that will emit the

13  gamma, beta, and X-rays in addition to the alpha

14  particles?

15      A.  Yes.

16    Q.   Now, I think you told me that an alpha

17  particle was like a helium atom and it had an atomic

18  weight of four, it had the same configuration as the

19  helium atom, but the distinction is it had velocity

20  when it was emitted from the atom.

21    Q.   So it is admitted with considerable

22  velocity?

23    A.   Yes.

24    Q.   Is there any distinction from the alpha

25  particle and the helium nucleus other than the volume

37

1  with which it is emitted?

2    A.   Physics wise, component wise, they are

3  the same.  As a matter of fact, I think some of the

4  early experiments were to measure the amount of

5  helium.  I think the alpha particle might have been

6  discovered by measuring helium.

7    Q.   So the only distinction then between

8  the alpha particle and the helium nucleus is the

9   velocity by which it is emitted.  Is that a fair

10  statement?

11        A.  Yes, except helium isn't emitted by

12  anything.

13        Q.  Well, for example, helium would be

14  emitted by a blimp that is deflating?

15        A.  That's a gas.

16        Q.  Now, this mixture that you described,

17  is that the weapons mixture?

18        A.  Yes.

19        Q.  Could you define what a beta emission

20  is?

21        A.  The beta ray is associated with the

22  plutonium 241 atom.

23        Q.  Okay.

24        A.  And when the plutonium 241 gives off a

25  beta particle, the atom becomes americium.

38

1       Q.   What is the frequency with which that

2  occurs?

3       A.   It has a 14 year half life.

4       Q.   Fourteen years?

5       A.   Which means--

6       Q.   Go ahead?

7       A.   Which means that in 14 years one gram

8  of plutonium would have converted half of its life in

9  americium.

10       Q.   One gram of plutonium 241?

11       A.   Of 241.

12       Q.   Americium has the same atomic weight so

13  I would assume that means the beta particle is a very

14  light particle?

15       A.   The beta comes from the 241 as it was

16  converting to americium.

17       Q.   That came from plutonium 241, is that

18  right?

19       A.   Right.

20       Q.   Since it left the same atomic weight

21  that became the americium, I assume the beta particle

22  is a very light particle, is that correct?

23      A.  It's equivalent of an electrom and it's

24  termed a very low energy beta particle because it is

25  not emitted with much velocity.


                              39


1      Q.  What is the composition of the beta

2  particle?

3      A.  It is an electron.

4      Q.  I take it an electron then from what

5  you said before is about one 18 hundredth of one

6  atomic weight, is that correct?

7      A.  I think that's right as I remember.

8      Q.  And the beta particle, if that's

9  emitted as that is emitted from the plutonium 241,

10  does that pose any hazard to human beings?

11          MR. KURTENBACH:  Form.

12          THE DEPONENT:  I would say no because

13  it's extremely very low energy and I would say no.

14      Q.  (BY MR. DAVIDOFF)  Then we are moving

15  on along here.  How about the gamma particles?

16      A.   Then when you have created americium

17  and it is part of a mixture, then you have some gamma

18  rays that came off americium.

19      Q.   Again what is the frequency with which

20  that occurs?

21      A.   Well, I have got to give you half lives

22  on these.

23      Q.   That's fine.

24      A.   Americium has, if I remember correctly,

25  a 460 year half life.  It's in the four hundreds


40


1  anyway and I think it's 460.

2      Q.   Then when the americium emits the gamma

3  ray, does it become something else?

4      A.   It is also an alpha emitter.

5      Q.   Let's start with the gamma.

6      A.   When it gives off the gamma, it is just

7  excess energy.  It doesn't change to anything else.

8     Q.   How about when it gives off the alpha?

9     A.   When it gives off the alpha, if I

10   remember my physics right, it becomes neptunium.

11     Q.   Is that an atomic rate of 237?

12     A.   Yes.

13     Q.   Does the neptunium decay at all?

14     A.   It is radioactive.  Frankly, I can't

15   remember except to say that I'm sure it's a very long

16   life emitter.  It's not of any consequence.

17     Q.   Is that a naturally occurring compound,

18   neptunium?

19     A.   I don't think so.

20     Q.   But you say it has a very long half

21   life?

22     A.   As I remember, yes.

23     Q.   When it gives off the alpha particles,

24   are those also at high velocity similar to when the

25   plutonium gives them off?

41

1           MR. KURTENBACH:  Form.

2           Q.  (BY MR. DAVIDOFF)  He made an

3   objection.  When you say when it gives off the alpha,

4   what are you talking about.

5           Q.  I'm talking about the americium.

6           Q.   When the americium gives off the alpha

7   to become neptunium, does that alpha also get emitted

8   at a very high velocity?

9           A.   Yes, it would be comparable to

10  plutonium.

11          Q.   Does that pose any hazard to human

12  beings if it strikes human beings?

13          MR. KURTENBACH:  Form.

14          THE DEPONENT:  Same qualifications as I

15  answered before.  Can I correct one thing?

16          Q.  (BY MR. DAVIDOFF)  Absolutely.

17          A.   I don't want someone to come up later

18  and say he doesn't know his physics.  Plutonium 241

19  has a very tiny amount of it decayed by alpha

20  particles.  The alpha particle decay of it is not

21  consequential other than the fact it converts to

22  uranium 237 and U 237 is also a source of gamma

23  radiation in the mixture once that has occurred.

24      Q.   That gamma radiation, is that also a

25  weight of an electron approximately?


                            42


1       A.   No.  Gamma rays have no weight.

2       Q.   They have no weight at all?

3       A.   Gamma rays have the same properties as

4  beta rays.

5       Q.   Do the gamma rays pose any hazard to

6  humans?

7           MR. KURTENBACH:  Form.

8           THE DEPONENT:  Again it depends on how

9  much.

10      Q.   (BY MR. DAVIDOFF)  Can you help me a

11  little bit there?  I'm a real dummy when it comes to

12  this stuff.  I have never befriended a gamma ray or

13  beta ray.

14        A.   The thing about it is, you know, this

15   is just like going out in the sun relative to getting

16   a sun burn.  If you are out there ten minutes, you

17   might not get a hard burn or anything that is

18   noticeable.  If you are out there a couple hours, you

19   get a terrible sun burn.  That's one factor is the

20   time.

21        The other thing is if you go out on a

22   cloudy day, you may not get any, so therefore if

23   there is something between you and whatever is giving

24   off the light, it's not going to affect you.  All

25   these properties relate as well to that.  If you laid

43

1   under a U V lamp, you know, and you had a very

2   intense amount of light there, it's going to affect

3   you a lot more than some.  So there's so many

4   parameters associated with that kind of a question

5   that it's difficult really to answer it.

6        Q.   Given enough alpha rays and enough

7   duration, there could be a hazard to humans.  Is that

8   what you are saying?

9           MR. KURTENBACH:  Form.

10          THE DEPONENT:  It needs so many

11  qualifications that frankly I don't know how to

12  answer that.

13      Q.  (BY MR. DAVIDOFF)  Well, qualify it.

14  Qualify it any way you darn well please.  Can you

15  tell me when, if ever, it gets so intense or

16  sufficiently long that it poses a hazard to humans?

17          MR. KURTENBACH:  Form.

18      Q.  (BY MR. DAVIDOFF)  Go ahead?

19      A.  You have to associate an alpha emitter

20  with live tissue before you can start saying it's

21  damaging biologically.

22      Q.  So it has got to hit the live tissue?

23      A.  Right.

24      Q.  How does it do that?

25      A.  If you take it into your system, if you

44

1  cut yourself with something that introduces plutonium

2  into your arm or fingers or whatever.

3       Q.  So you have to have a cut or a break in

4  your skin or you have to drink it or eat it or

5  breathe it?  Is that what you are saying?

6       A.  Yes.

7       Q.  Let's take those options.  Let's

8  suppose that you breathe in particles of alpha

9  emitting plutonium.  How could that, if at all, pose

10  a hazard to humans?

11          MR. KURTENBACH:  Form.

12          THE DEPONENT:  In sufficient quantities

13  it could damage tissue.

14       Q.  (BY MR. DAVIDOFF)  Where would that

15  tissue physically be?

16       A.  Well, if we are talking about material

17  getting in the lungs, it would be in the lungs.

18       Q.  What would a sufficient quantity be?

19       A.  I don't know.  I don't think that's

20  ever been established frankly.

21    Q.   Did they teach you anything about that

22  in any of your health physics training?

23    A.   I never heard of any plutonium when I

24  was taking health physics training.

25    Q.   How about afterwards?  I read this book

45

1  30 years ago at the plant.  I think that's 30 years

2  of training, isn't it?  Is that a fair statement that

3  that was 30 years of training?

4    A.   Thirty years of experience.

5    Q.   In your 30 years of experience, tell me

6  from that accumulation of experience that you have

7  when, if ever, the ingestion of plutonium particles

8  into the lungs could damage tissue?

9        MR. KURTENBACH:  Form.

10        THE DEPONENT:  I can't site a case

11  where-- let me put it this way:  There were employees

12  at the plant who picked up measurable amounts of

13  plutonium in their lungs and measurable amounts of

14  plutonium in their flesh from accidental kinds of

15  things that happened.  I can't pinpoint anybody I

16  know of that died from it or that resulted in

17  cancer.  I am not saying now that there might not be

18  some cases, but I don't know of any.

19      Q.  (BY MR. DAVIDOFF)  Well, you know we

20  here all these environmental activists and people

21  screaming that I hear that plutonium is one of the

22  most toxic substances known to men.  Do you agree

23  with that statement or not?

24      A.  No, I don't agree.

25      Q.  You think it's just like play dough?

46

1      A.  I would rather take plutonium any day

2  than arsenic.

3      Q.  In equal quantities?

4      A.  In equal quantities.

5      Q.  How much arsenic does it take to kill

6  you?

7      A.  I don't know, but I know arsenic is a

8  killer.

9      Q.  How would you know you prefer plutonium

10  to arsenic unless you knew how much arsenic it took

11  to kill you?

12      MR. KURTENBACH:  Form.

13      THE DEPONENT:  I don't know how to

14  answer that question frankly.

15      Q.  (BY MR. DAVIDOFF)  All right.

16      A.  All I know is that arsenic is a killer,

17  and there's probably other things just as bad.

18      Q.  And plutonium is not a killer in your

19  view?

20      MR. KURTENBACH:  Form.

21      THE DEPONENT:  Not when it's handled

22  properly.

23      Q.  (BY MR. DAVIDOFF)  I'm talking about

24  plutonium ingested into your body.  Is plutonium

25  ingested into your body a killer potentially?

47

1          MR. KURTENBACH:  Form.

2          THE DEPONENT:  I don't think so.

3      Q.  (BY MR. DAVIDOFF)  Okay.  Now, I'm

4  sorry.  We got off of this.  We get into these

5  politically correct conversations.  We have covered--

6  have we covered beta emissions?  I think we have

7  covered gamma emissions.  I think we have covered

8  X-ray emissions, and I think we have covered alpha

9  particles.  Are there any other types of emissions

10  from the mixture weapons grade plutonium you have

11  described?

12      A.  We mentioned neutrons.

13      Q.  What are the neutrons?

14      A.  First of all, a neutron physics wise

15  has the same mass as hydrogen.

16      Q.  Atomic weight of one?

17      A.  It's an electrically neutral particle.

18  It originates when you handle plutonium in a couple

19  of different ways.  Plutonium 240 which I mentioned

20  in the mixture has a spontaneous fission rate.  The

21  atoms of plutonium 240 have a rate at which they are

22  splitting.  You hear about slitting an atom.  They

23  have a rate at which they split in the mixture.  One

24  of the products of that kind of atom splitting is

25  neutrons.  You get somewhere between two and three

48

1  neutrons per fission so that becomes somewhat of a

2  neutron source in plutonium because of neutrons being

3  produced on a constant rate.

4        Q.   Which isotope of plutonium emits

5  neutrons?

6        A.   Well, the predominant one is plutonium

7  240.

8        Q.   When it emits a neutron, does it

9  increase plutonium 349?

10       A.   No.

11       Q.   What does it become?

12          A.   Let me try to visualize in my mind what

13  it becomes.

14          Q.   While you are doing that I'm going to

15  take a short break.

16              (Whereupon, there was a recess.)

17          Q.   (BY MR. DAVIDOFF)  Can you answer my

18  question now?

19          A.   I think your question was what happens

20  to plutonium 240 when it fissions, when it gives off

21  a neutron?

22          Q.   When it gives off a neutron?

23          A.   What I'm saying is the plutonium 240

24  fissions in effect and the atom breaks into two

25  particles, two different completely different atoms

49

1  or fissions products.

2          Q.   Yes, sir.

3          A.   So it would be much lighter.  If you

4  have ever seen a fission product curve that goes up

5  and up and down, in other words, there's certain

6  properties of the kinds of products that are going to

7  occur from fission.

8       Q.  One of those is what are called light

9  fission products and the others are heavy fission

10  products?

11       A.  Well, there's always one to match the

12  other one.

13       Q.  I'm going to give you a tough time

14  now.  I'm going to give you a bigger piece of paper

15  and I want you to try to draw a prettier curve for me

16  of that fission curve we are talking about.  We are

17  going to mark that.  We are going to memorialize it

18  for posterity.

19          You have now drawn us a curve and we

20  are going to have that marked by the reporter as

21  Exhibit 496, but would you do me a favor and put your

22  John Hancock on it and date it for me.  I think it's

23  the Ides of March, March 15, 1995.

24              (Whereupon, a document was marked for

25  identification Deposition Exhibit No. 496 by the

50

1  reporter.)

2      Q.  (BY MR. DAVIDOFF)  We have had that

3  marked.  What does this curve depict if you could

4  describe it for me?

5      A.  I would call it a probability curve.

6  If you have got fissions at the occurrence of the

7  fission products, one axis is atomic weight.  The

8  other axis is the number occurring.  So if you have a

9  large number of fissions occurring, this represents a

10  protect of them being produced for each fission.  In

11  other words, this would represent a certain

12  probability that when a fission happened, it would

13  have this atomic weight.  Then there would be a

14  matching one over here.

15      Q.  If you are drawing this probability

16  curve for plutonium 239 say, the curve would start

17  with an atomic weight of one and it would end with an

18  atomic weight of 239, is that right?

19      A.   Yes.

20          Q.   Could you put those numbers in there.

21   I think it's one at the beginning and 239 at the

22   end.

23      A.   240.

24          Q.   Two hundred forty, that's fine.  I'm

25   easy.  Now, typically when that fissions, you get

51

1   what are called a predominance of the heavy group and

2   the light group.  Is that a fair statement?

3       A.   There's a certain point back here, and

4   I am not saying that this curve is skewed like I have

5   got it here.  I'm saying that it's more symmetrical.

6          Q.   But it has a dip in the middle?

7       A.   Which means that there are a more

8   predominant number going to occur here and here than

9   say here.

10          Q.   What that reflects is that

11    predominantly when an atom splits like an atom of

12    plutonium 240, it doesn't split as often into two

13    equal halves as it does into a light half and a heavy

14    half?

15          A.    That's what this curve says.

16          Q.    The first hump is the light half?

17          A.    Yes.

18          Q.    And the second hump is the heavy half?

19          A.    Yes.

20          Q.    Could you write those or is that not

21    the right terminology?

22          A.    Well, I think my axis down here implies

23    that.  It goes from one to 240 so this number has to

24    be less than whatever number is over here.

25          Q.    Even though you think that it's readily

52

1    implicable or implied, could you please comply with

2    my request if it's accurate.  I don't want you to do

3    anything that's not accurate.

4       A.  No.  The curve says that.

5       Q.  Could I just see what you have written

6  there.

7            We have the lighter--

8       A.  Isotopes.  And then the heavier

9  isotopes.

10      Q.  What is the predominant range of the

11  heavier isotopes from fission of plutonium 240?

12      A.  I have no idea.

13      Q.  Do you know what the predominant range

14  would be of the lighter isotopes?

15      A.  No.

16      Q.  An atomic weight of a hundred would be

17  a typical lighter isotope?

18      A.  No, it wouldn't.

19      Q.  Approximately a hundred, 95, 94?

20      A.  I'm sorry.  Yes.

21      Q.  It would be?

22      A.  Ninety-five would be a little bit

23  high.  I mean, a hundred would be a little bit high.

24  It would be less than that.

25      Q.  Is 90 a typical isotope from the

53

1  fission?

2      A.  Ninety could come around the top of the

3  peak.

4      Q.  So you would get a lot of 90s in the

5  lighter isotopes of plutonium 240?

6          MR. KURTENBACH:  Form.

7          THE DEPONENT:  You would get as many

8  lighter ones as you got heavier ones and they will

9  follow this curve.  I think that's somewhat arbitrary

10  to call them lighter or heavier.  I don't know why

11  you would want to do that.

12      Q.  (BY MR. DAVIDOFF)  For example, if you

13  have an atom of 240 weight and it splits into one 90

14  and one 150, is that kind of a typical split?

15      A.  Most probable split.

16      Q.  Is that a high probability split?

17      A.  It is higher than the one over here.

18      Q.  Thank you for explaining that.  Let's

19  go off the record a second.

20          (Whereupon, there was discussion

21  outside the record.)

22      Q.  (BY MR. DAVIDOFF)  Now, looking at that

23  again, you were explaining the concept of half lives

24  before.  I think we have heard commonly that

25  plutonium has a half life of 24 thousand years.  Is

54

1  that about right?

2      A.  It doesn't relate.

3      Q.  I'm sorry?

4      A.  It doesn't relate.

5      Q.  Why doesn't that relate?

6      A.  Because the spontaneous fission rate of

7  plutonium 240 is not the same as its half life.

8      Q.  What is the difference between the half

9  life and the spontaneous fission rate of plutonium

10 240?

11      A.   The half life of plutonium 240 relates

12 to its alpha emission.  It does give off alpha

13 particles.

14      Q.   Does it give off alpha particles at a

15 faster rate than it spontaneously fissions?

16      MR. KURTENBACH:  Form.

17      THE DEPONENT:  No.

18      Q.  (BY MR. DAVIDOFF)  Slower rate?

19      MR. KURTENBACH:  Same objection.

20      THE DEPONENT:  Frankly, I don't

21 remember those details, but they each have their

22 own-- each is defined by themselves, in other words.

23 There is a spontaneous fission rate and there is a

24 half life of plutonium 240.

25      Q.  (BY MR. DAVIDOFF)  Could you define for

55

1 me the half life of plutonium 240?

2      A.   I have forgotten what it is.

3        Q.   Is the half life of plutonium 24

4  thousand years?

5        A.   In round numbers.

6        Q.   The half life of plutonium 241, do you

7  recall what that is?

8        A.   241 is about 13.6 years.

9        Q.   That's right.  You gave me that

10  before.

11        A.   I said 14 maybe.

12        Q.   Now, when a plutonium atom fissions

13  into a lighter isotope and a heavier isotope

14  typically, what types of radiation does it give off?

15        A.   When it fissions?

16        Q.   Yes, sir.

17        A.   The predominant thing that is of

18  concern to us is the neutron.

19        Q.   Why is that the predominant thing that

20  is of concern to us?

21        A.   Well, it's the radiation that for which

22  we have to have some control over it.  If you get

23  small quantities of plutonium, it will not have

24  enough plutonium 240 in it to give you much of a

25  neutron source, but when you get fairly large

56

1  quantities, you are going to get more neutrons

2  emanating from the larger chunks, so to speak.  Then

3  if you get somewhere further up, you want to think

4  about controls of a neutron radiation.

5        Q.   Does plutonium 239 when it fissions,

6  generate neutrons?

7        A.   Well, it does, but it's not in this

8  context.  I mean, we talk about 239 as being a

9  fissionable material, but it is fissionable under a

10  different circumstance.

11        Q.   Does 239 contain any fission at all?

12        A.   If it does, it is an extremely small

13  rate.  I don't know that people consider it does.  I

14  am not saying there couldn't be one in a billion

15  trillion or more atoms.

16        Q.   When plutonium 239 has a half life of

17  24 thousand years, in 24 thousand years what happens

18  to half of that plutonium 239?

19      A.  It becomes uranium 239.  I'm sorry.  It

20  becomes uranium 235.

21      Q.  By emitting an alpha particle which has

22  an atomic weight of four?

23      A.  Yes.

24      Q.  Uranium 235 is also a fissionable

25  material?

57

1      A.  Under the same circumstances of

2  plutonium 239.

3      Q.  And what is the half life of uranium

4  235?

5      A.  All I can say is longer than

6  plutonium.  I don't remember the exact amount.

7      Q.  It is naturally occurring, is that

8  right, or is it only uranium 238 which is naturally

9    occurring?

10          A.   I have to qualify all this if I may.

11   Naturally occurring uranium includes basically U 238,

12   U 235, and U 234.  When we are talking about the

13   uranium, then you are really talking about a

14   composite of those three things.  Now, when you are

15   talking about the decayed product of plutonium 239,

16   it is specifically U 235, each of those uranium

17   isotopes has its own specific half life.  They are

18   different than one another.  I don't know exactly

19   what they were.  At least the 238 and 235 half lives

20   are longer than plutonium.  I forget what 234 is, but

21   I think it's shorter.

22          Q.   Is U 238 hazardous to man if it's

23   ingested into the body?

24          MR. KURTENBACH:  Form.

25          THE DEPONENT:  We always considered it

58

1   more of a potential chemical than radioactive.

2      Q.  (BY MR. DAVIDOFF)  Is U 235 hazardous

3  to a human being if it's ingested into the body?

4          MR. KURTENBACH:  Form.

5          THE DEPONENT:  Again in sufficiently

6  large quantities.

7      Q.  (BY MR. DAVIDOFF)  Now, getting back to

8  the neutrons which you said were the predominant

9  concern, are those neutrons products of the decay

10  only of plutonium 240 and 241?  Is that a fair

11  statement?

12      A.  No.  Neutrons-- I mentioned earlier in

13  a conversation there were two sources of neutrons.

14  One of them is a spontaneous fission from plutonium

15  240, period.  The other one is neutrons that can be

16  generated from what we call alpha N reactions from a

17  combination of an alpha emitted and a light element

18  of some type.

19      Q.  Why don't you tell us about that one?

20      A.  Okay.  One of the compounds that gives

21  off neutrons from alpha N reaction is fluorine.  When

22  you get an alpha particle entering the fluorine

23 nucleus and emitting neutrons, the fluorine emits

24 neutrons.

25        Q.  How does the fluorine get there?

59

1        A.  That's part of the chemical process.

2 Part of the processing when you go from a liquid form

3 of plutonium to a metal form is it has to get in a

4 fluorine form somewhere along the line.

5        Q.  Is that done in Building 771?  Is that

6 where that was done?

7        A.  Yes.

8        Q.  How much fluorine was introduced into

9 the plutonium mixture at that juncture?

10        A.  I don't know.  That's chemistry.  It

11 was by Dr. Piltingsrud.

12        Q.  Which was the greater source of the

13 neutrons?  The spontaneous fission of plutonium 240

14 or the second source from the alpha N reactions?

15        MR. KURTENBACH:  Wait a second.  Form.

16  Go ahead.

17          THE DEPONENT:  Plutonium fluorine on an

18  equivalent weight amount basis, if you have plutonium

19  fluorine versus a mixture of plutonium metal that had

20  240 in it, had that grade, you would get more

21  neutrons from the fluorine than you would from the

22  metal.

23          Q.  (BY MR. DAVIDOFF)  Can you quantify

24  that?  Would you get a lot more, twice as much, ten

25  times as much, 20 times as much?  Can you approximate

60

1  it?

2          A.  Except one last one was fluorine.  I

3  don't remember exact numbers.  You would get order of

4  magnitude or more.

5          Q.  When you say or more, do you mean as

6  much as a hundred?

7          A.  It could have been more.  I don't

8    remember the exact numbers.

9        Q.   Now, that fluorine in the Building 771

10   and the source of those neutrons, the fluorine

11   plutonium mixture, did that take on a gaseous form at

12   any point?

13       A.   No.  Plutonium fluorine was never

14   handled in my knowledge in any routine way as a

15   gaseous form.

16       Q.   How was it handled?

17       A.   Plutonium fluorine is a solid.

18       Q.   It's a solid?

19       A.   Yes.

20       Q.   Does it particalize the way plutonium

21   does?

22           MR. KURTENBACH:  Form.

23       Q.   (BY MR. DAVIDOFF)  I don't know if

24   that's a word.  Is that a word, particalized?

25       A.   I don't know if it's a word.

61

1     Q.   It's a logical word.

2     A.   I know what you mean.  You can have

3  particles in plutonium fluorine.

4     Q.   And you can have small even micron

5  sized particles of plutonium fluorine the same way

6  you can of plutonium 239 or 240 or 241?

7     A.   You could.

8     Q.   Did you ever make any efforts to

9  quantify how much of the plutonium particles in the

10  glove box, for example, was in the form of a

11  plutonium fluorine, vis-a-vis how much was in the

12  form of one of the three equivalent isotopes of

13  plutonium?

14        MR. KURTENBACH:  Form.

15        THE DEPONENT:  No.

16     Q.   (BY MR. DAVIDOFF)  Would the particle

17  form of plutonium fluorine also be subject to these

18  alpha N reactions that could produce neutron

19  radiation?

20        A.   Any of the plutonium isotopes that are

21  associated with the fluorine would still maintain

22  their nuclear characteristics.

23      Q.  And could--

24      A.  Would still be alpha emitters,

25  plutonium fluorine would still be a spontaneous

62

1  neutron emitter.  Plutonium 241 would still be

2  converting to americium.

3      Q.  Now, I want to come back to the reason

4  that these neutrons were I think you said that that

5  was the predominant concern to us.  I believe those

6  are your words.  Could you explain why that is?

7      MR. KURTENBACH:  I don't think that's

8  his testimony.

9      MR. DAVIDOFF:  I think it quotes his

10  testimony.

11      THE DEPONENT:  I don't know whether I

12  used that word or not.  I wouldn't say that the

13  neutrons from the plutonium 240 were the predominant

14  concern.  If I said that, I said it wrongly.  They

15  were of concern if you had large quantities of metal

16  where you could get enough of the neutrons generated

17  in a source, so to speak, that you had to start

18  thinking about protecting the people from the

19  neutrons coming out of the source.

20      Q.   (BY MR. DAVIDOFF)  How do you protect

21  people from those neutrons?  With stainless steel?

22      A.   No, not stainless steel.  The effective

23  shield for a neutron has to be a light element shield

24  which has to be things that contain a lot of hydrogen

25  usually like water, like plastics of various sorts

63

1  that might contain lots of hydrogen.  They got to be

2  light elements.  Neutrons are slowed down and stopped

3  like billiard balls are.  You have to have something

4  that is as close to the equal mass of a neutron as

5  you can to be most effective to slow it down and

6  shield it out.

7      Q.  I don't know if you recall at one point

8  the United States was going to develop something

9  called the neutron bomb which was the V A bomb that

10  would rather than creating a huge physical explosion

11  just emit a lot of neutrons which would kill a lot of

12  people.  Do you recall that?

13      A.  I recall that it was spoken about in

14  the newspaper.

15      Q.  To your knowledge it was never

16  developed?

17      A.  I have no idea.

18      Q.  But just so that we can understand the

19  hazard, the reason that the neutrons are hazardous is

20  in effect a neuron bomb would have generated a lot of

21  neutrons and that would have killed a lot of people.

22  Is that basically right?

23         MR. KURTENBACH:  Form.

24      Q.  (BY MR. DAVIDOFF)  Is that basically

25  right, without destroying property, right, not only

1  people, I guess it would be destroy any living thing

2  that came within its range?

3      A.  That's right.

4      Q.  But it would leave freestanding

5  structures standing, is that correct?

6      A.  No.  It may offer something that

7  wouldn't be a problem with fission products.

8      Q.  I'm sorry?

9      A.  You wouldn't get the fall out that you

10  would get from the other kinds of bombs.

11      Q.  Now, getting back to what you did when

12  you started with the plant, I think we were in your

13  jobs.  You set up the health physics operation I

14  think you said in Building 771 was it?

15      A.  It was called 71 at the time.

16      Q.  How long were you stationed in Building

17  71?

18      A.  I moved into 71 in September of '52

19  after I came back from Los Alamos, and I was there

20  until August of '55.

21    Q.   What were your duties there?

22    A.   I was in charge of the health physics

23  operations within the building.  I had had a group of

24  people.  To start out with the plant we didn't

25  process anything from September until May so my

65

1  duties at that time was to in effect get ready for

2  operations which included getting equipment going and

3  purchased if necessary and getting some procedures

4  developed in training some of the people that would

5  be working with us and that sort of thing.

6    Q.   So operations started in May of 1953?

7    A.   My recollection is that's when the

8  process first began.

9    Q.   When you say you were in charge of the

10  health physics operation, what did that entail in

11  Building 771?  Did you have subordinates, for

12  example?

13    A.   Yes.

14      Q.  Who were those subordinates?

15      A.  Well, at that time one of them was a

16  fellow-- the major one was C. Richard Johnson.

17      Q.  Anyone else?

18      A.  Then we had some health physics

19  monitors so they were hourly level people.

20      Q.  Where is Mr. Johnson now?

21      A.  He is dead.  He died from emphysema.

22      Q.  What were your duties there?

23      A.  Well, to set up the-- to supervise

24  these people and set up the procedures that they

25  would be using.  We had an air sampling program in

66

1  the area, what we call operation air sampling.

2      Q.  When you say in the area, is that

3  inside the building?

4      A.  In the production part of the

5  building.  We had-- I had to train them in use of

6  instruments, mostly alpha survey instruments.  We had

7  a counting room in which we counted air samples and

8  we counted what we call smear samples.

9       Then at first we had some specialized

10  equipment that we used to protect people that we

11  trained our people to administer and use for special

12  maintenance jobs.  These included various kinds of

13  respiratory protection equipment.  I can't think of

14  too much else.

15       Q.  The air sampling that you did-- who was

16  your superior, your immediate superior?

17       A.  At that time it was a gentleman named

18  Oliver Windahl.

19       Q.  Do you know where Mr. Windahl is?

20       A.  The last I knew he lived in Sun City

21  West, Arizona.

22       Q.  When did he leave the plant?

23       A.  Somewhere around '56, '57, '58.

24  Somewhere in there.

25       Q.  Now, was he the superintendent of

67

1  health physics at that time?

2        A.   No.  His title was group leader.

3        Q.   Do you know who he reported to?

4        A.   He reported to-- at the beginning he

5  was reporting to Dr. Chapman.

6        Q.   And subsequently?

7        A.   Then for a very brief period he was

8  named health superintendent, and for a very brief

9  period he was employed as health superintendent until

10  he left the health physics department.  He left the

11  health physics department and had another job for a

12  couple of years at Rocky Flats and then he left Rocky

13  Flats.

14        Q.   Did Chapman work out of the 123

15  building?

16        A.   Yes.

17        Q.   What was Chapman's title at that time?

18        A.   Health physics and medical director.

19        Q.   Now, going back to the earth sampling

20  program that you set up in Building 771-- let me ask

21  an introductory question first.  Is it fair to say

22  that Building 771 at that time at least was the

23  building that was the primary concern in terms of

24  potential sources of radioactive contamination to the

25  environment?

68

1       A.  I don't think we thought of it in that

2  way.

3       Q.  How did you think of it?

4       A.  It was a primary building for handling

5  plutonium, and we thought we had a safe operation.

6       Q.  That's not my question.  I am not

7  suggesting that or asking whether you had a safe

8  operation or not at this point.  Of all the buildings

9  that were then in operation at the plant, and we can

10  get out some maps if that will help you to focus it,

11  isn't it correct that in this time in the early 50s

12  building 771 was the building that was handling the

13   most dangerous material?  Is that a fair statement?

14         A.   It was designed to be from the

15   standpoint that plutonium was recognized as being a

16   highly radioactive material and it was designed for

17   that reason.

18         Q.   And is it fair to say then that the

19   health physics operation in Building 771 was the most

20   sophisticated of any of the other production

21   buildings at the plant at that time?  Is that a fair

22   statement?

23         MR. KURTENBACH:  Form.

24         THE DEPONENT:  I don't think that I

25   would put it in that context.  I think that each of

69

1   the buildings were specific entities in terms of what

2   was required for the protection of the people and the

3   ventilation system and everything else, and whether

4   you can say one is better than the other in that

5   context or not, I don't think so.

6        Q.  (BY MR. DAVIDOFF)  Well, let me ask it

7   a different way.  Were more resources devoted, dollar

8   resources to the health physics operation in 771 than

9   to the operations of other production buildings?

10       A.  I would say yes.

11           MR. KURTENBACH:  I will object on the

12  grounds of foundation.

13       Q.  (BY MR. DAVIDOFF)  Did the air sampling

14  that you did in the health physics in Building 771 in

15  this first three years or so, was that only air

16  sampling inside the building or was it also air

17  sampling outside the building?

18       A.  There was air sampling inside the

19  building which included an air sampler at the duct

20  that went to the main stack.

21       Q.  Was the main stack only for Building

22  771?

23       A.  Yes.

24       Q.  So all your sampling was done inside

25  the building at this point?

70

1      A.   Right.  It was convenient to do it that

2 way.

3      Q.   How many areas did you sample air in?

4      A.   It's hard to define it in terms of

5 areas.  We probably had a hundred room air samples as

6 we call them which would be measuring air levels

7 within the various production areas.  We also had

8 some of these were located on the second floor which

9 were mainly all utilities.  There was probably a

10 hundred of them distributed around in all these

11 areas.  We even had some in hallways.

12      Q.   How often were they collected, were the

13 samples collected?

14      A.   Every day.

15      Q.   Could you just describe physically what

16 they looked like?  If you want, you can draw another

17 picture.

18      A.   The air sample was basically a filter

19  paper, two and an eighth inch diameter filter paper.

20  The filter paper the manufacturer was Hollingsworth

21  and Voss.  These were held in a sample holder as we

22  call them.  A sample holder was an extruded plastic

23  device that on one end had a half inch little short

24  like pipe thing that slipped into a socket, and that

25  socket was part of the overall vacuum system of the

71

1  building.  On the other side of that little filter

2  head was a cap that screwed on and gave you support

3  to hold the paper in there.  There was some little

4  spring like thing in the back to support the paper.

5       Q.  How did the air get in?

6       A.  Then we had a central vacuum pump in

7  the building which pulled air from this pipe array

8  that went to all these sample points.  So each sample

9  point then when you opened the valve, there was a

10  vacuum that pulled air through it.

11      Q.  Did the cap have holes in it?

12      A.   The cap was completely open.  The cap

13   was like a ring that was a wide ring that just

14   screwed on.

15      Q.   How big was the 771 building in terms

16   of its dimensions at this time?  I know it was an

17   awful big building.  Was it three football fields?

18   Two football fields?  Was it as big as a football

19   field?  I guess you are not a Broncos fan, are you?

20      A.   Oh, yes.  I don't know how big it was

21   in terms of square feet or anything else.

22      Q.   Well, help me a little bit.  Was it as

23   big as an auditorium?  Bigger than an auditorium?

24      A.   Let's get back to the football field.

25   It probably wasn't too much different from a football

72

1   field.

2      Q.   See, it wasn't such a bad example after

3   all, was it?  Now, in the football field sized

4  building, roughly, more or less, how many rooms were

5  there?

6      A.  The physical arrangement of the

7  building was all the offices were all located in this

8  northeast say about eighth of the building.  There

9  was a locker room that was also on the north edge of

10  the building or the northwest part of the building

11  where the workers could go in and change from their

12  street clothes into the coveralls they wore, shower

13  room.  Included in that part of the building was a

14  laundry.

15          Then in order to get into the

16  production part of the building you had to go through

17  what they call an air lock which was a double door.

18  In the earlier days there you needed to exchange

19  security badges.  If you weren't cleared for the

20  production area and didn't have a security badge, you

21  couldn't get back in there.

22      Q.  I'm sorry?

23      A.  If you didn't have a security badge or

24  have any work of yours that was in the production

25  area, you weren't allowed back in there, and there

73

1  was a guard posted at this air lock that exchanged

2  badges with you.  If they had a badge for you, you go

3  in.  Then when you got back, there was two rather

4  long rooms again on the east part of the building

5  that were devoted to chemistry, production chemistry.

6        Q.  When you say two long rooms, hundred

7  feet long, 150 feet long?

8        A.  Yes.

9        Q.  Do you want to continue?

10        A.  So they were as you went down this hall

11  which was rather centrally located, they would have

12  been off to the left of this hallway.

13        Q.  Okay.

14        A.  Across the south of the building and

15  the full length of the south of the building was what

16  we call the fabrication area.  In the early days

17  that's where any of the materials were handled that

18   were in a metal form.

19        Q.  Is that where the glove boxes were?

20        A.  No.  The glove boxes were in the

21   production chemistry and also in fabrication.

22        Q.  How many glove boxes were there?

23        A.  I can't remember.

24        Q.  More than 20?

25        A.  Everything you did had to be done-- if

74

1   you had to get into a box to do something, you had to

2   have a glove box.

3        Q.  More than a hundred?

4        A.  There probably were more than a hundred

5   in the entire building.

6        Q.  Okay.  Do you want to continue with

7   your description please?

8        A.  Now, on the west side of this hallway I

9   spoke of that went down the center there were a

10   number of different functions.  Health Physics had

11  some space in there for an accounting room sort of

12  like a little conference room that we could get our

13  monitors together and talk about things at safety

14  meetings or whatever.  It came out in the hall.

15  Further west than that there was also a laboratory

16  support area that did analytical work in support of

17  production.  There was a maintenance shop where

18  maintenance people who were assigned to the building

19  they had their headquarters for themselves back

20  there.  On the very west side of the building were a

21  couple of vaults and what we call an inspection

22  room.  On the very southwest corner was radiography.

23      Q.  The center hall that you were talking

24  about, did that run from the north to the south?

25      A.  It was north-south oriented.

75

1      Q.  You said that the south side of the

2  building, the full length of the building was a

3   production area?

4        A.   The hallway would go into that

5   production area.  You had to enter it from either the

6   west or east end of it.  There were other hallways in

7   the building.  There was a hallway that went down the

8   very east side of the building and there was a

9   hallway that went from the center over to that east

10  side.

11        Q.   So the north-south hallway did not go

12  the full length of the building?

13        A.   No.

14        Q.   It went up to where it hit the wall of

15  the fabrication?

16        A.   Right.

17        Q.   I hate to ask you to draw another

18  picture, but do you think you could draw me a rough

19  picture of what you were describing?  It might help.

20        A.   I'm talking about the first couple of

21  years now because there were changes in '71 as time

22  went on.

23        Q.   Let's put something on the document to

24  indicate that.

25        A.   This may not be anywhere to detail as

76

1   it would be in an engineering drawing.  This isn't

2   very well to scale.

3        Q.   I understand.

4             (Whereupon, a document was marked for

5   identification Deposition Exhibit No. 497 by the

6   reporter.)

7             THE DEPONENT:  This hallway is way out

8   of proportion, but it probably will give you some

9   idea anyway.

10       Q.   (BY MR. DAVIDOFF)  Is the north--

11       A.   North would be the top.

12       Q.   And the long production areas that you

13  said were at the bottom, are they shown down here?

14       A.   Everything I have crossed down at the

15  bottom, that should be metal fabrication.

16       Q.   Could you do that please.  So

17  fabrication is at the bottom which is toward the

18  south.  Are they sort of out of scale?  Were they in

19  fact wider?

20         A.  Yes.

21         Q.  The center hallway is the thing that

22  goes up and down?

23         A.  Yes.  It wasn't as wide in proportion.

24         Q.  Now, I am going to ask you to put your

25  John Hancock here and today's date and then just

77

1  write below it Building 771, early 1950s, rough

2  diagram.  We want to write rough diagram.

3            Did you put today's date on it?

4         A.  3/15/95.

5         Q.  Offices and cafeteria and locker room

6  and laundry I think is self-explanatory?

7         A.  This central hallway I think is

8  self-explanatory.

9         Q.  I think it would help if you could

10  write central hallway on that though so we know what

11  it is.

12          H P is health physics.  Then you have

13  office there.  Is that a health physics office?

14          A.  No.  That was the office of the

15  fabrication superintendent.

16          Q.  Next to that it says maintenance.  I

17  think that's self-explanatory.  I couldn't read this

18  over here?

19          A.  Research and development.

20          Q.  Maybe you can just put an E V there.

21  It is hard to read that E V.

22          A.  I kind of scribbled.

23          Q.  No problem.  Then we have got the

24  hallway, inspection.  I can't read what's next to

25  inspection?

78

1          A.  Vault.

2      Q.  What was kept in that vault, sir?

3      A.  Some of the-- in that vault probably

4  the finished product before it was shipped out.

5      Q.  Finished plutonium triggers?

6      A.  Metal components.

7      Q.  Radiography.  That's at the lower left

8  or the southwest?

9      A.  Yes.

10      Q.   What is that?

11       A.   Radiography had a radioactive gamma

12  source in it and probably an X-ray machine, but I

13  don't remember all those details.  They had them in

14  different places at the plant.  That was part of your

15  quality evaluation of the materials.  They had some

16  kind of a procedure in which they radiographed the

17  final product or maybe some intermediate things to

18  check for whether they met the standard, whether

19  there were any holes in them or whatever.  In other

20  words, it was part of the quality control.

21      Q.  Then you have got here chemical

22  recovery.  Below that west chem line.  What is that?

23      A.  There were two lines that were used to

24  convert plutonium nitrate, eventually plutonium

25  metal, through the series of chemical processes.


79


1  They had an east one and a west one.  The east one

2  was in the same room as there were other chemical

3  processing going on for recovery of plutonium from

4  residues.

5         Q.   So that's in the same room as the

6  chemical--

7         A.   They were basically in the same room at

8  that time.

9         Q.   Then you have a chem line control?

10        A.   Some of the operations in the chemistry

11  chem lines in reducing the plutonium of metal

12  included some remote things that had to be done in

13  that area.  Turn on certain kinds of equipment that

14  were operated from that area.

15        Q.   Then these lines, the east chem line

16 and the west chem line, are those what you described

17 earlier as the two long chemical laboratories?

18        A.  Yes.  Production laboratories-- I'm

19 sorry.  Production chemistry.

20        Q.  Where was your office in this health

21 physics?

22        A.  I was out in the office in the

23 cafeteria complex there.

24        Q.  So you didn't have an office in the

25 health physics area?

80

1        A.  Not in the back, no.  We had a

2 combination of a monitor group and we had an

3 instrument repair person down there who did any

4 calibration work for us or repairs of survey

5 instruments, that type.  They were in that same area.

6        Q.  Where was the health physics lab?  Was

7 that in health physics here?

8        A.  Well, we didn't have a lab per se.

9  What we did down there was we counted air samples in

10  that area.

11          Q.  On a daily basis?

12          A.  The counters are located in that area.

13          Q.  That was done daily?

14          A.  Yes.

15          Q.  Now, I understand you have to leave

16  because of your wife's illness so we will break.

17                (Whereupon, there was a recess.)

18          Q.  (BY MR. DAVIDOFF)  Can you describe the

19  ventilation system in Building 771 when you started

20  in the early '50s?

21          A.  I think I will start with the plenum

22  area.  In the plenum area there are about maybe six

23  hundred or more two by two foot filters and there is

24  sort of an array.  The air that was pulled through

25  there went into four fans.  The four fans then

81

1   exhausted into a common duct which was about eight

2   feet square which headed in an easterly direction and

3   went through the east wall.  I'm talking now this was

4   all on the second story of the building.  It went

5   through the east wall and then went through

6   underground and was underground from there on until

7   at least a stack which I would guess was a hundred

8   feet away and then it dumped into the stack.

9           If we then go in the other direction

10  from the plenum, all room air, all the air that was

11  used to ventilate the rooms went through those

12  filters.  The various glove box systems went through

13  prefilter systems which in one case the air was

14  filtered through two stages of filtration, the same

15  kind of filters that was in the main plenum, and that

16  was basically in the west side of the building, and

17  then the fabrication area dumped into a similar kind

18  of a system, and the production chemistry area, the

19  ventilation from it went into a four stage system.

20          Each of those additional prefilter

21  systems had its own fan arrangement so air was pulled

22  from glove boxes through those filters and then the

23  duct work took it to the main plenum and then it

24  joined the air that had come from the room in the

25  main plenum and went through those filters and then

82

1  out to the stack.

2           I don't know whether you want anything

3  else on the intake, but there were fans that were on

4  the intake side of the building as well and they were

5  an integral part of the total ventilation system.

6  They pulled air through in louviers on the outside of

7  the building.  The air went through a filter

8  arrangement there so it was filtered before it came

9  into the building and that was then your source of

10  ventilation for the rooms.

11          Q.  How fast did the air move inside the

12  building?  Was it basically still or was there always

13  a breeze?

14          A.  There wasn't a discernible breeze

15  unless you put your hand in front of a louvier or

16  something.

17        Q.  What is the definition of a plenum?

18        A.  A plenum is just a large room that

19  has-- our definition of it would be a large room

20  which has an array of filters in it or it doesn't

21  necessarily have to be a room either.  It can be some

22  kind of a constructed structure that has an array of

23  filters in it.

24        Q.  In this 771 building was it a room?

25        A.  The final filters, the bottom I

83

1  referred to was a room.

2        Q.  Is that the one that had the six

3  hundred filters in it?

4        A.  Yes.

5        Q.  Where was that room in reference to

6  your diagram?

7        A.  It was right above the fabrication

8  area.

9      Q.  On the south side of the building?

10      A.  It might have been a little bit further

11  this way, but it was on the south side of the

12  building because the fans were located south of the

13  plenum.

14      Q.  Now, you said that there were six

15  hundred or more two by two square foot filters in a

16  matrix?

17      A.  A rectangular array maybe six or seven

18  high and then so many across the other direction so

19  it spanned almost the width of the building, the

20  total array spanned.

21      Q.  I need to get a little bit more precise

22  description.  If it was six by six, that would be 36

23  filters.  If it was eight by eight, that would be 64

24  filters.  Did they go through one round of filters

25  and then a second round of filters?

84

1       A.   No.

2       Q.   How did it work?

3       A.   The filters were in frames.  If you can

4 visualize, you build a steel frame that has angle

5 iron in it and you have two foot by two foot spaces

6 as well.  Then you set a filter into it.  So you

7 stack like six or seven high, whatever it was.  I

8 forget exactly.  Then I have the side by side as

9 well.

10      Q.   Right.  So what I'm trying to figure

11 out, you have about six hundred filters so that's

12 like anywhere from based on seven across it would be

13 about 12, based on six across, it would be more,

14 different filter areas or filter matrixes, is that

15 right?

16      A.   That doesn't sound right.  If you

17 divide seven into six hundred or 630, you get 90.

18      Q.   Right.  But if it's seven by seven,

19 that's a total of 49 filters?

20      A.   That would be 49.

21      Q.   If you divide 349 into six hundred,

22  that's about 12?

23        A.  I don't see the relevance there.

24        Q.  Well--

25        A.  I mean, I don't understand the question

85

1  you are trying to pose with respect to what you are

2  saying.

3        Q.  Let me see if I can try it

4  differently.  If you have a filter array, seven

5  filters across and seven filters on each side, that's

6  a total of 49 filters?

7        A.  Yes.

8        Q.  I take it you had arrays like that, is

9  that correct?

10       A.  The whole thing was an array.  Ninety

11  across and seven tall.

12       Q.  Oh, I see.  It was 90--

13       A.  There weren't any sections.  It was a

14  frame work that was continuous.

15      Q.  I understand.  So it was seven high and

16  as many as 90 across then?

17      A.  It could be like that.  As I say, it

18  was something in excess of six hundred total.  There

19  was a few places in there where it might have been

20  one less high because of various what they call

21  arrays that had gone through.

22      Q.  We are just trying to visualize it.  So

23  as I understand it correctly, the filter plenum or

24  this final filter plenum was very long.  If you

25  looked at it in total, it would be very long and


86


1  relatively narrow, perhaps only 14 or 16 feet wide,

2  is that correct?

3      A.  That's right.

4      Q.  But it could be as much as 180 feet

5  long, is that right, since 90 filters--

6      A.  Yes.  That's about right.  Then at each

7   end it had air locks that the doorways came in from

8   hallways on either end so you could go in and service

9   them.

10      Q.   So all the ambient air in the building

11  was basically funneled into that filter plenum where

12  the matrix was and then it went through those filters

13  once, basically, is that correct?

14      A.   The room air.

15      Q.   The room air.  Now, I'm going to work

16  from there out to where it goes from there and then

17  we will work back.

18      A.   From the plenum area, this six hundred

19  or more filters in a matrix of array, you said that

20  went into four fans?

21      A.   Yes, four fans in a line, so to speak.

22      Q.   Were they in the filter plenum room--

23      A.   No.  There was a duct leading from the

24  filter plenum room into each of the fans.

25      Q.   Were the fans each in a separate room

1  in the building or were they outside the building?

2        A.  No.  They were in-- it wasn't a fan

3  room because there were other things in that room,

4  but they were in a separate room from the plenum.

5        Q.  And the fan was in a room with other

6  things?

7        A.  There were other things in the room.

8        Q.  Then the fan-- was there one fan in

9  each of four rooms?

10        A.  No.  Four fans were say--

11        Q.  In a single room?

12        A.  Yes.

13        Q.  Do you recall what room they were in in

14  your diagram or otherwise?

15        A.  Well, I didn't diagram the second

16  floor.  They were all on the second floor, and the

17  location would have been the fans-- if I recall this

18  right, I think maybe the second floor might have

19  extended a little more south than the first floor did

20  if you get what I mean.  It is possible that the

21  filter plenum it seems to me might have been pretty

22  much over that fabrication area.

23      Q.  So it went into the four fans and then

24  it was exhausted into a common eight foot square duct

25  I think you said?

88

1      A.  I'm approximating.

2      Q.  I understand.  I am not holding you to

3  whether it's seven and a half or nine, but it was a

4  large duct?

5      A.  It was a large duct.

6      Q.  Then that duct headed easterly you said

7  through the east wall of the second story and then

8  was buried underground?

9      A.  Then there was a continuation of the

10  duct in effect, but it was underground as far as

11  outside was concerned.  If you don't mind my backing

12  up again, the front side of the 71 building which was

13  the north side was in effect a full two stories lower

14  in elevation than the south side, so when you were on

15  the very south side of the building, you were

16  equivalent of the roof.  So this tunnel duct that

17  went to the stack then was really under some of that

18  earth that was at that elevation.

19      Q.  Again I didn't follow.  Where was the

20  egress of the duct in the building?  Which side of

21  the building was it on?

22      A.  On the east side mostly south, south

23  and east.

24      Q.  South and east?

25      A.  Relative to this if this is north,

89

1  that's east, it would be this way.

2      Q.  All right.  So you are looking at

3  Exhibit 497, and it would basically be the east chem

4  line?

5      A.  Yes, except to the second floor.

6    Q.  Then when it went out on the second

7  floor, did it then turn and go down into the ground?

8    A.  No.

9    Q.  What did it do?

10    A.  Straight out to the stack.

11    Q.  How did it get underground from the

12  second floor?

13    A.  That's the way the ground was out

14  there.  The top of the second floor on the south end

15  of it was equivalent to the ground level outside so

16  if you put a duct through, it's going to go through

17  earth.

18    Q.  So in other words, the building was

19  sunk into the ground?  Is that what you are saying?

20    A.  Well, the building-- I wouldn't say

21  sunk-- they excavated back into a bank and then built

22  it so the front end you were at ground level at the

23  front end, but when you came around to the back, your

24  ground level was equal to the top of the building.

25    Q.  All right.  So in other words, when it

90

1  went out, it didn't even have to turn, it would just

2  go right into the earth?

3      A.  Straight out.

4      Q.  So where was the stack in relation to

5  the 771 building?

6      A.  East, I'm guessing a hundred feet, but

7  I don't remember what it was.

8      Q.  Off the record.

9          (Whereupon, there was discussion

10  outside the record.)

11     Q.  (BY MR. DAVIDOFF)  I'm going to show

12  you Exhibit 284 which is a Dow Chemical Company area

13  plot plan.

14          MR. DAVIDOFF:  Do you know the date of

15  this exhibit?

16          MR. KURTENBACH:  No, I don't.

17     Q.  (BY MR. DAVIDOFF)  It was marked during

18  the deposition of Mr. Epp.  You will see the 771

19  building is at the top of the diagram obviously.

20  Could you just verbally without marking on that tell

21  me approximately where the stack was?

22        A.  Well, if you see the grid that

23  intersects from the 36 thousand-- you will see that

24  grid 8 versus that intersection that is something

25  east 21.

91

1        Q.  I see east 21 thousand?

2        A.  It would be south and maybe a little

3  closer to the building in that intersection of those

4  two lines.

5        Q.  See the thing that says E S on it?

6  There is a little E S?

7        A.  Yes.

8        Q.  Does that stand for exhaust stack?

9        A.  That could be.  That could be it.

10        Q.  See there is a little E S?

11        A.  That's it.

12      Q.   Is that the exhaust stack?

13      A.   That's it.

14           MR. KURTENBACH:  You are saying that

15  based upon what this says at the bottom?

16           THE DEPONENT:  That's right.

17      Q.   (BY MR. DAVIDOFF)  Where does it say

18  that in the bottom?

19      A.   Under legend.

20           MR. KURTENBACH:  Very bottom.

21      Q.   (BY MR. DAVIDOFF)  Exhaust stack.  I

22  see.  Okay.  But it's also positioned correctly I

23  think you said it was horizontal with the southeast

24  corner of the building and it went straight across?

25      A.   Right.


                    92


1       Q.   That was the main exhaust-- there was

2  no more filtration in that building, was there?

3            MR. KURTENBACH:  Form.

4       Q.   (BY MR. DAVIDOFF)  Was there or was

5 there not other filters in the exhaust system?

6      A.  I don't recall any filters other than

7 those we spoke of.

8      Q.  Okay.

9      A.  At that point in time.

10      Q.   Now, did there later come a time when

11 there were other filters in this 771 building?

12      A.   Yes, there was.  I'm sorry I wasn't in

13 the building at the time and I don't remember the

14 details on that, but I know there was some additional

15 work done on various systems which include more

16 filters.

17      Q.  When was that?

18      A.  I don't know.

19      Q.  Can you place it in relation to your

20 career?

21      A.  '60 to '70.  Maybe in that decade.

22      Q.  Was it after the '57 fire, but before

23 the '69 fire?

24      A.  Probably.

25      Q.  The 71 building, that fire was in what

93

1  year?

2        A.  1957.

3        Q.  So it was after that fire, is that

4  correct?

5        A.  I would say so.

6        Q.  Was it in the course of rebuilding

7  after that fire?

8        A.  I think there were some-- it related to

9  some newly installed processing, some changes that

10  took place in some of the operations, and so forth,

11  and I know they built some additional three filter

12  systems, but I just don't remember how many or the

13  details of that.

14        Q.  Now, when you were in the building in

15  '52 to '55, who was the building superintendent?

16        A.  I. B. Venable.

17        Q.  I asked everybody about these people in

18  these depositions, but my memory fails me.  Mr.

19  Venable, I think I heard that he was deceased, is

20  that right, or is he still alive?

21          A.  I don't know.

22          Q.  When was the last that you saw Mr.

23  Venable?

24          A.  Long, long time ago.

25          Q.  When did he leave the Rocky Flats

94

1  plant?

2          A.  I would bracket it somewhere between

3  '63 and '68.

4          Q.  Did he continue to be the building

5  superintendent up until '63 to '68 for that building?

6          A.  That was under his jurisdiction.

7  However, his titles and his various responsibilities

8  changed, but I don't think they ever excluded that

9  building.  Things were added to his responsibilities,

10  but I think 71 remained under him as long as he was

11  there.

12      Q.  Before he left was there another

13  building superintendent for the 71 building?

14      A.  Yes.

15      Q.  Who was that?

16      A.  Well, there were several of them.

17      Q.  Could you list any that you can

18  remember?

19      A.  I think the immediate one that-- they

20  had kind of a reorganization with from what you might

21  call a vertical organization to horizontal

22  organization in about '61 or '62.  The first person

23  that I think was named building superintendent in '71

24  was Doug Heberlein, H-E-B-E-R-L-E-I-N.

25      Q.  What was the last you saw of Mr.

95

1  Heberlein?

2      A.  He lives in Boulder.

3      Q.  Who succeeded him as the building

4    superintendent?

5         A.  I don't recall necessarily this person

6    succeeded him, but the only other building

7    superintendent I can recall is Herman Vaughn.

8         Q.  How do you spell his last name?

9         A.  V-A-U-G-H-N.

10        Q.  What was the last you saw of Mr.

11   Vaughn?

12        A.  It's been quite a few years too because

13   he transferred to Dow somewhere else.

14        Q.  I will just note a request if his

15   location is known to Dow, that they furnish that to

16   us.

17            Other than Mr. Heberlein, Mr. Vaughn,

18   and Mr. Venable, can you recall any other building

19   superintendents in the 71 building?

20        A.  No, I really can't.

21        Q.  Now, I want to go back.  Why was the

22   air filtered as it came into the building in the

23   early '50s?

24        A.  Well, I never heard, you know,

25  officially why one would do that, but I know what the

96

1  results were of it.  They certainly had nice clean

2  air to start with in the buildings.

3        Q.  Was there a concern that there might be

4  contamination in the air that was coming in?

5        A.  No.

6        Q.  All right.  Tell me about these

7  prefilter systems.  I think you said that one had two

8  stages of filtration, but I take it by singling out

9  that one that most of them had one stage of

10  filtration?

11        A.  No.

12        Q.  That's not true?

13        A.  They never had less than two in the

14  prefilters.

15        Q.  What are prefilter systems and how did

16  they work?

17        A.  Prefilter systems, the idea of a

18  prefilter system is to take out any of the dust or

19  particulates that are generated in the process or a

20  laboratory function, filter it out in a prefilter

21  system so it won't get to the main pump, and then

22  they were always designed with the capability for

23  easy changing of the filters so you had appropriate

24  pressure drop gauges on them which told you when they

25  were loading up and needed to be changed, and then

97

1  you were able to change them and put in fresh ones.

2       Q.  But what were the types of filters that

3  were used in the prefilter systems?

4       A.  Well, in the early days and later too

5  they were always the same two as was in the main

6  filter plant.

7       Q.  When you say there were two, I don't

8  understand that?

9       A.  Two stages.  In other words, air has to

10  go through one and then it goes through the next one.

11        Q.   Let's take an example.  Let's say there

12  is a large glove box in the fabrication area and this

13  glove box is used to process plutonium so that we

14  know there is a lot of plutonium in that glove box.

15  I take it air is filtered in and out of that glove

16  box, is that right?

17        A.   Um-humn.

18        Q.   You are shaking your head yes.  I keep

19  forgetting to correct you when you say um-humn, but

20  it is better if you say yes.

21        A.   Yes.

22        Q.   There's a fan leading out of the glove

23  box and it goes to the first prefilter system?

24        A.   No.  There's no fan leading out of the

25  glove box that I know of.  The fan is downstream, you

98

1  know what downstream means, downstream of the

2  prefilters, so it's pulling the air from the glove

3  box to those filters.

4       Q.  All right.  So the air is pulled

5  through a duct system, I guess?

6       A.  Right.

7       Q.  Made of what?  Corrugated iron or

8  steel?

9       A.  Most of them were stainless.  I think

10  all of them are stainless.

11       Q.  Stainless steel.  It goes through

12  what?  A two by two filter?  Is that the usual?

13       A.  Yes.

14       Q.  Then it goes through another two by

15  two?

16       A.  If it is two stage, then it goes

17  through two of them.

18       Q.  I thought you said most or all of them

19  were two stage.  Were there one stage filters too?

20       A.  In those days that we were talking

21  about, in the early days there were two stage and

22  four stage.

23       Q.  And later they became one stage?

24      A.  No.  There was never a one stage

25  prefilter system.  Later years some of them even

99

1  became six stage.

2      Q.  All right.  But in the early days it

3  was either a two state prefilter or four stage?

4      A.  Yes.

5      Q.  The duct work would go through the--

6  let's say it is on two stage filter.  The duct work

7  goes through the two stages.  How far apart are they?

8      A.  They would be not quite back to back.

9  There would be put on some kind of an arrangement so

10  they would be pushed in from the side so you had to

11  have some kind of a track or or something so you had

12  some natural spacing just because of the iron that

13  was in between them for the tracks.  So they were

14  quite close together.

15      Q.  Couple feet?

16      A.  Closer than that.  It probably could

17 have been as much as five or six I think.

18      Q. When they were changed, did the system

19 get shut down to enable them to be changed?

20      A. Okay. There's two answers to that.

21      Q. Okay.

22      A. One of the systems we had in the 71

23 building was a-- how do I want to say this-- it was a

24 two stage double system where you had a system with

25 dampers that one of them was not in use. The other

100

1 one was being used. So when you had to change the

2 filters in that one, you would switch your dampers

3 over and let the air go through this one. That was

4 one case.

5      The other case was as I remember there

6 would be four stages, you had to close down, others

7 you were fighting the vacuum that was against you

8 when you were trying to change them.

9      Q.  What kinds of filters were used?  I

10  think you said that both in the main filter matrix

11  and in the prefilters it was the same exact two by

12  two foot filters?

13      A.  That's my recollection.

14      Q.  What type of filter was that?

15      A.  In those days they were C W F S which

16  stood for chemical warfare service I guess.

17      Q.  What were they made of?

18      A.  They were referred to as a cellulose

19  type of filter or basically paper.

20      Q.  Cellulose--

21      A.  I think that's what they were kind of

22  referred to as a generic type of name.  I think

23  cellulose might be used in a different context in

24  other places, but I think they were referred to that

25  sometimes, but they were basically paper.

101

1      Q.  What were they designed to trap?

2      A.  Particulates.

3      Q.  Dust particles?

4      A.  Yes.

5      Q.  What was the smallest size particulate

6  that would be trapped by those chemical warfare

7  service filters?

8          MR. KURTENBACH:  Form.

9          THE DEPONENT:  I have no background for

10  that question.

11      Q.  (BY MR. DAVIDOFF)  I want to take you

12  back in time, in the time machine, and we are in 1955

13  and the question arises about the filters in the 771

14  building.  For that matter the filters in the plant.

15  I take it the same filters were used in other

16  buildings too, is that correct?

17      A.  At that point in time I had nothing to

18  do with the other buildings so I don't know.

19      Q.  All right.  You have got a question

20  about filters in your role as health physics

21  supervisor or whatever your title was.  Who is the

22  individual that you seek out who is most

23  knowledgeable about filters?

24      A.  At that time there were-- within the

25  building there was a gentleman named Charley Kirk,

102

1  K-I-R-K, and another gentleman named Oliver.  They

2  were the engineers down there that were in charge of

3  the filter-- of the utilities in effect which include

4  filter systems.

5      Q.  Are either or both of those gentlemen

6  still alive?

7      A.  Oliver is definitely not.  He died just

8  this past year, and I don't know about Charley Kirk.

9  There was another engineer on the plant site that

10  worked out of the engineering department that was

11  kind of the filter specialist.  Gosh, what was his

12  name?  I can picture him, but I can't remember the

13  name.

14      Q.  Was he tall, short?

15      A.  He was tall.  His first name was Bob.

16  I can't remember his last name.

17          Q.  If it comes to you, please be sure to

18  tell me.

19          A.  Yes.

20          Q.  What was the last you saw Charley Kirk?

21          A.  It's got to be back in the mid '70s.

22          Q.  Now, later in your career in the late

23  '50s or early '60s when the question arose about

24  filters, who would have been the most knowledgeable

25  people to ask?

103

1          A.  Probably those same two guys plus Bob.

2          Q.  Do you recall what ethnic group Bob was

3  from?

4          A.  He was Caucasian.

5          Q.  Now, how about getting to the late '60s

6  or early '70s and the question arises about filters,

7  who would be the most knowledgeable people to ask?

8        A.  These two guys were still there.  Bob

9  was too.  I don't remember anybody else that dealt

10  with filters and the ventilation system other than

11  those two guys during that era, but in '76 - '77 Mr.

12  Oliver moved up there and watched over that.

13        Q.  Let's go all the way on up to 1983?

14        A.  There is one person that might relate

15  to this because of one of the changes that came about

16  in the organization later, a fellow named John Geer.

17        Q.  How do you spell his name?

18        A.  G-E-E-R.  He lives here in Boulder.

19        Q.  When did you start working--

20        A.  He started working in the 81 building

21  area, and I didn't know him the first few years, but

22  that was his function over there, and then as time

23  went on and there was some various reorganizations he

24  at one point in time was pretty much in charge of

25  that system around the plant.  That's my

104

1 recollection.

2       Q.  Did there come a point in time at which

3 the paper as you described them, paper filters, were

4 substituted with a different kind of filter?

5      A.  Yes.

6      Q.  When was that point in time?

7      A.  Well, it had to have been after the '57

8 fire.  I cannot remember when these so-called HEPA

9 filters were which were fire resistance or retardant

10 or whatever term they used were available.  I just

11 don't remember whether they were available so we

12 could put them in the plenum when it was renovated or

13 not, but that was the next step.

14     Q.  What does HEPA stand for?

15     A.  High efficiency air filter.  They were

16 considered very fire retardant, fire resistant.

17     Q.  Are they superior to the paper filters

18 other than in their fire retardant characteristics?

19     MR. KURTENBACH:  Form.

20     THE DEPONENT:  I'm just guessing they

21 should perform the same fire proficiency.  I have no

22  data to back that up or don't know of any.  There

23  probably is some.

24        Q.  (BY MR. DAVIDOFF)  You never heard it

25  stated-- let me rephrase that.  I take it you did


105


1  hear as a justification for the HEPA filters the fact

2  that they were fire retardant, is that correct?

3        A.  Yes.

4        Q.  And you heard that from many people?

5        A.  Yes.  There was a big move to get them

6  out in the '50s, to get something that would be fire

7  retardant for filter systems.

8        Q.  Is it your understanding that the

9  reason they were placed in the plant is because they

10  were fire retardant?

11        A.  Oh, yes.

12        Q.  Did you ever hear of any other reason

13  from anyone at the plant for substituting the HEPA

14  filters for the earlier filters other than their fire

15  retardant characteristics?

16        A.  No.

17        Q.  Are you aware of any filter efficiency

18  studies that were done in the plant in the '50s or

19  '60s?

20        A.  I'm really not aware of any.

21        Q.  Now, let's leave aside the HEPA filters

22  for the time being and let's go back to the older

23  style filters.  Is there a name that I can call them?

24        A.  Other than C W S?

25        Q.  That's fine.  C W S filters or older

106

1  style filters?

2        A.  Yes.  Well, the only other description

3  would be the initially installed filters.

4        Q.  As long as we understand each other.

5  The C W S filters are the old style filters.  How

6  often were those filters changed in the 771 building?

7        A.   In the main plenum they weren't changed

8   at all up to the fire.

9        Q.   Up to the '57 fire?

10        A.   Yes.  Some of the prefilter systems

11   were, but I can't say how often.  They were changed

12   when the indication was they were loading up.

13        Q.   Just so I have this right, the plant

14   started up operations in about I think you said in

15   May of 1953, is that correct?

16        A.   Right.

17        Q.   The fire was in September of 1957, is

18   that right?

19        A.   Yes.

20        Q.   So basically for four years and four

21   months of operations the main plenum filters at least

22   were not changed, is that right?

23        A.   That's right.

24        Q.   Now, I understand from reading reports

25   of the '57 fire that those filters burned in the '57

1  fire, is that correct?

2        A.  Some of them.

3        Q.  Do you recall how many of them burned?

4        A.  No.

5        Q.  Do you recall--

6        A.  I never saw a count.

7        Q.  Did you see the filters after they

8  burned?

9        A.  I saw pictures that were taken from one

10  end of the plenum.

11        Q.  Were those pictures classified?

12        A.  They might have been at one time.  I

13  would doubt any reason for them to be now.

14        Q.  Where was the last place you saw these

15  pictures?

16        A.  Long, long time ago.

17        Q.  Where were they maintained?

18        A.  That I don't know.

19        Q.  Isn't it correct from looking at the

20  pictures that you could discern that at least the

21  large majority of the filters were burned in the

22  fire?

23        A.  I wouldn't draw that conclusion because

24  the pictures I remember you got 180 feet.  If you are

25  trying to take a picture from one end, you are not

108

1  going to see what's down at that other end.  They

2  were taken from the end where the fire was

3  propagated.

4        Q.  Now, I read also that during the fire

5  whoever was in charge of fighting the fire, somebody,

6  gave the order to move the fans up to high speed, is

7  that correct?

8        A.  That's my recollection.

9        Q.  And do you recall the stated reason for

10  that?

11        A.  I don't recall any stated reason, no.

12        Q.  Can you discern any reason for it?

13        MR. KURTENBACH:  Objection to form.

14  Foundation.  Go ahead.

15          THE DEPONENT:  The only reason I can--

16  the only reason I can see that the person might have

17  done that was that he had no idea the fire would

18  propagate to the main filter plenum, and his interest

19  was to keep the area downstairs as clean as

20  possible.  Same thing, he would be pulling up

21  contamination into the filters to collect it.  That's

22  the only thing I can think about that might have gone

23  through the man's mind.

24      Q.  (BY MR. DAVIDOFF)  Do you recall who

25  the man was that gave the order?

109

1      A.  Mr. Venable.

2      Q.  Where did the fire originate?  What

3  room?

4      A.  Well, this is kind of hard to show here

5  on this page.  In my crude sketch here--

6      Q.   Which is Exhibit 497?

7      A.   It would be in what I term the research

8  and development part of the building.

9      Q.   Was a cause for the fire ever

10  determined?

11      A.   Well, the cause for the fire I think

12  was pretty well assumed to be the plutonium turnings

13  spontaneously heated to the point where they could

14  ignite inflammable things in this area.

15      Q.   Why would the plutonium turnings have

16  been in the research and development area?

17      A.   Well, part of their operations there

18  was to work with new ideas on plutonium fabrication,

19  and so forth, and you create turnings from machine

20  work on plutonium.

21      Q.   What is a plutonium turning?

22      A.   Well, it's like an apple peel.  You

23  have taken it off a piece of plutonium.

24      Q.   How much plutonium was in the area

25  where the fire started?

110

1       A.   I don't remember.

2       Q.   How did the fire propagate up from the

3   research and development area and where did it spread

4   to?

5       A.   Well, again this is sort of half

6   speculation and half observation if that's all

7   right.  The speculation is that once it got spread so

8   the glove box itself got hot enough to burn of which

9   there were some plexiglass in it and which it was

10  able to burn, then it was transmitted to the exhaust

11  duct room, exhaust duct work, or probably-- let me

12  take that back-- to the exhaust duct of the glove box

13  itself which propagated then up to this two stage

14  filter plenum.

15      Q.   The two stage prefilter plenum?

16      A.   Two stage prefilter plenum.

17      Q.   Then where did it go from there?

18      A.   It propagated through that, burned

19  filters in that two stage, and then propagated into

20  the duct work into the main plenum, and that's how

21  the fire got in the main plenum.

22        Q.  How many glove boxes were burned in the

23  fire?

24        A.  This was not a very large room, and I

25  don't know how many glove boxes were in there, but

111

1  probably less than ten in there, but how many might

2  have been expected I don't know.

3        Q.  Did the entire room burn at least?

4        MR. KURTENBACH:  Form.

5        THE DEPONENT:  No.  It contaminated the

6  whole room.

7        Q.  (BY MR. DAVIDOFF)  You said it wasn't a

8  very large room.  Could you give me an idea what you

9  mean by that?  Fifty by 40 or 30 by 40?

10        A.  It would probably be 20 or 30 feet in

11  one direction and maybe 40 in the other.

12        Q.  You believe about ten glove boxes may

13  have been consumed?

14        A.   There may have been that many in there,

15  but I wouldn't say consumed.

16        Q.   So since each of the glove boxes would

17  have had a prefilter system, the fire probably

18  propagated through more than one prefilter system, is

19  that correct?

20        A.   Yes, but what we are talking about is

21  the prefilter system that we were talking about

22  earlier, they all eventually from these various glove

23  boxes eventually get that same length, the two stage.

24        Q.   So in other words, all of those glove

25  boxes went into the same prefilter system?

112

1        A.   Yes.

2        Q.   Did the fire spread into any other

3  rooms other than the research and development room,

4  the prefilter system from the research and

5   development glove boxes, and the main filter plenum?

6   Did it spread anywhere else?

7       A.  The fire per se did not spread anywhere

8   else.  Some contamination did.

9       Q.  Where did contamination spread?

10      A.  There was contamination that spread

11  through leaks indoor wise, and so forth, into the

12  maintenance area, and other than that there may have

13  been some tracking of the people that were trying to

14  take care of the fire and the firemen out in the

15  hallways.

16      Q.  All right.  And you don't have any

17  knowledge of the last time that the filters, the

18  prefilters leading from the glove boxes in the

19  research and development room had been changed, if

20  ever, prior to the September 11th, 1957, fire, do

21  you?

22      A.  No.  No, I really don't.  The only

23  thing I remember is doing a practice change and I

24  don't remember doing an actual change.

25      Q.  After the 1957 fire, were the filters

113

1  changed more frequently?

2      A.  Are you talking about prefilters now?

3      Q.  Both?

4      A.  After the '57 fire I can't say whether

5  that meant that-- I would say on prefilters that what

6  dictated change of filters still remained, the

7  pressure drop gauges, the process filters, that would

8  still dictate the frequency, and that in turn would

9  have been dependent upon the amount of activity going

10  on in various boxes in which the air came.  There was

11  in the main plenum, I don't know how frequent or when

12  those were changed either, but there were some

13  changed on an individual basis after the fire by

14  going in on the downstream side and finding some of

15  that might have leaked or been damaged during the

16  installation, but other than that I don't know.

17      Q.  Now, I want to get back to your air

18  monitoring in the early '50s, early to mid '50s.

19  Where was the air monitor?  You said a hundred

20  places?

21         A.  That was room air.

22         Q.  Where in the exhaust infiltration

23  system did you monitor air?

24         A.  Okay.  We monitored downstream.  In

25  other words, between the prefilter systems and the

114

1  main plenum we had monitoring probes that went into

2  those ducts and then we monitored I would guess 20 to

3  30 feet short of the east wall where the main wall

4  goes out to the stack.

5         Q.  How much duct work-- how long was the

6  duct work, the length, between the prefilters and the

7  main filter plenum?

8         A.  It varied.

9         Q.  Anywhere from like 40 feet to several

10  hundred feet?

11         A.  Maybe 40 to a hundred at the most.

12      Q.   And your air monitoring was in that

13  space in there?

14      A.   Yes.

15      Q.   How many such spaces did you monitor?

16      A.   Well, we had one probe in each of the

17  ducts.

18      Q.   Did you monitor that daily?

19      A.   Yes.

20      Q.   How did you get in there to change the

21  filter?

22      A.   You didn't have to get in there.  You

23  had a duct that you could walk right up to and our

24  maintenance people would have inserted for us and the

25  utilities people would have measured for us the speed

115

1  at which the air was traveling so we could design a

2  tube that went from the outside in.

3      Q.   Then how was the sample taken?

4        A.   Then the air was pulled through the

5   tube by one or two methods, either this house vacuum

6   pump if we had availability to tie into it, then that

7   would be our source of vacuum for pulling the air

8   through the sample, or there would be located there a

9   little vacuum pump that we used to refer to as a Gast

10   pump and the reason we call it a Gast pump was that

11   was the manufacturing company that made it.

12        Q.   Then you took that back to the counting

13   room to count the sample?

14        A.   Yes.

15        Q.   What kind of counts were typical?

16        A.   I don't remember, but I would like to

17   say that those samples were taken only for the

18   purpose of trying to help the utility department keep

19   track of the integrity of the prefilter systems.

20   They were not taken for any other reason.

21        Q.   Okay.  And then what about the final

22   samples?

23        A.   The final sample downstream from the

24   fans, from the big four fans I talked about.

25        Q.   How many such samples were taken on a

116

1  daily basis?

2        A.  To start with there was one per day and

3  that was a continuous air pull again through one of

4  we call them P O tubes.  A P O tube is what the

5  utility people use to measure air and we call them

6  P O tubes too which is probably a misnomer, they are

7  really sample tubes, and they projected up through

8  the wall of the duct.

9        Q.  What kind of readings were common

10  there?

11        A.  In the early years they were basically

12  non-detectable.

13        Q.  Until the '57 fire?

14        A.  Until the '57 fire.

15        Q.  And after the '57 fire you got

16  relatively high detection?

17        A.  Depends on what you mean by high.

18        MR. KURTENBACH:  He didn't say high.

19        Q.  (BY MR. DAVIDOFF)  Would you answer the

20  question please?

21        A.  The levels were probably, well, you

22  can't take something times zero and get a number.  So

23  the numbers might have been three or four cubic

24  meters at the most or numbers like that which is

25  still relatively insignificant when you consider the

117

1  revolution that takes place.

2        Q.  When was the first time that you

3  sampled after the 1957 fire?

4        A.  As soon as we could get things back,

5  power back.

6        Q.  October?

7        A.  Well, let's see.  That fire took place

8  on September 11th if I remember right.

9        Q.  Yes, sir.

10        A.  We were sampling as soon as we could

11  get power there, but I don't remember when that was.

12  We had some power back in that area within a couple

13  of weeks.

14      Q.   So a couple of weeks later.  You may

15  have been sampling as early as a couple weeks later?

16      A.   Yes, but you got to remember while we

17  weren't sampling, the big fans weren't running

18  either.

19      Q.   When did the production start again in

20  the 771 building after the fire?

21      A.   I can only tell you what I remember

22  that it said that we were back in operations two to

23  three weeks after on a limited basis.

24      Q.   When did unlimited production begin?

25      A.   I don't remember.

118

1       Q.   What kinds of-- up until the time you

2   left the 771 building, what types of off site

3    monitoring, if any, were you responsible for?

4        A.  Well, in 71 I wasn't responsible for

5    any of it.

6        Q.  Then while you were in 71, who did the

7    counting of the in plant samples?

8        A.  The ones in the 71 building were done

9    within my group.  I had a counting technician who did

10   that.

11       Q.  And you reviewed those counts?

12       A.  Yes.

13       Q.  Now, I want to ask you some questions

14   going back to the filters.  Do you recall any

15   instances while you were in the 71 building where

16   filters were accidentally not replaced?

17       MR. KURTENBACH:  Form.

18       THE DEPONENT:  No.

19       Q.  (BY MR. DAVIDOFF)  Do you recall any

20   instances where filters were missing?

21       A.  No.

22       Q.  Where filters broke?

23       A.  No.

24       Q.  Other than the fire, do you recall any

25  instances where filters burned?

119

1       A.  No.

2       Q.  Do you recall any incidents where

3  bypass valves were left open accidentally instead of

4  closed?

5       A.  I don't know what a bypass valve is.

6       Q.  I think you described it earlier that

7  there were some systems that you go either of two

8  ways?

9       A.  Yes, but no matter which way they went,

10  the air went through filters.  They were parallel

11  stages.  Parallel systems.

12       Q.  Incidentally, who designed and built

13  the 771 building?

14           MR. KURTENBACH:  Foundation.

15           THE DEPONENT:  The Austin Company.

16       Q.  (BY MR. DAVIDOFF)  A-U-S-T-I-N?

17      A.  Yes.

18      Q.  Where are they located?

19      A.  I don't know.

20      Q.  After you left the 771 building and

21  were stationed elsewhere, do you recall any instances

22  and let me go one by one where filters were missing

23  that should have been there?

24      A.  No.

25      Q.  Where filter bypass valves were left

120

1  open without filters there?

2       A.  No.

3       Q.  Where filters burned other than the '57

4  fire?

5       A.  No.  Not until the '69 fire.

6       Q.  Okay.  We will come to the '69 fire

7  presently.  Now, when you left the 771 building,

8  where did you then go?

9       A.  I moved up to the 23 building, number

10 23.

11      Q.  That's building 123, right?

12      A.  Yes.  I was made a group leader.

13      Q.  And that was in 1955?

14      A.  Yes.  I think it was August.

15      Q.  How long did you have those

16 responsibilities?

17      A.  Well, I had that responsibility plus a

18 variety of other things in health physics until I

19 retired or until about six months before I retired.

20      Q.  Well, let me ask some basic questions.

21 From August '55 until 1983 when you retired, were you

22 officed continuously in the building 123 during that

23 period of time?

24      A.  Yes.

25      Q.  What I want to do is I want to take you

121

1 through your responsibilities and see how your

2   responsibilities changed over time.  When you were

3   made group leader in August of 1955, what were your

4   immediate responsibilities then?

5       A.   At that point in time I was responsible

6   for the health physics operations relating to all

7   production buildings.

8       Q.   Which production buildings were those?

9       A.   That would have been at that time in

10  addition to 71 it would have been 44, 81, and 91.

11      Q.   771 was plutonium.  What was 444?

12      A.   44 was depleted uranium and they did a

13  lot of carbon mold work over there as well.

14      Q.   881?

15      A.   Enriched uranium.

16      Q.   And 344-- I'm sorry.  991?

17      A.   91 from day one was called an assembly

18  building.

19      Q.   What was assembled there?

20      A.   Security was so tight in those years I

21  never got into the 91 building until after '55.  In

22  the early years presumably that was the assembly

23  building for whatever our final product was.

24      Q.  What was your final product?

25      A.  I don't know.  We only made part of it.


                        122


1       Q.  After 1955 what did the 991 building

2  assemble?

3       A.  It assembled whatever the weapons

4  components were that the design agencies asked Rocky

5  Flats to build.

6       Q.  And what were those components?

7       A.  I don't know.  I never was privy to

8  that.  I have no idea how a weapon is designed.

9       Q.  You mean there wasn't even any

10  scuttlebutt over what was being done in 991, you

11  never even heard a whisper or rumor about what was

12  going on?

13          MR. KURTENBACH:  Form.

14          THE DEPONENT:  Absolutely not.

15      Q.  (BY MR. DAVIDOFF)  Now, is it fair to

16  say that of these four buildings that you took

17  immediate responsibility for, the one with the

18  greatest potential for contamination both on site and

19  off site was still the building 771, the plutonium

20  building?  Is that a fair statement?

21      A.  No.

22      Q.  Why is that not a fair statement?

23      A.  Because it is a relative thing.  It was

24  a building that caught most of our attention, but the

25  way I understand you are saying that-- I don't know

123

1  what I understand you to say.  It caused-- we had the

2  largest staff in there and we worked more closely

3  with people in there in the control of plutonium than

4  we did in any of the other buildings.  There was more

5  demand for that sort of close surveillance.

6      Q.  Isn't it a fair inference from all

7  those facts that that was the building that was

8  deemed to be the greatest risk in terms of off site

9   contamination?

10        A.   Well, if you want to put materials on a

11   relative risk basis, plutonium was the greatest risk.

12        Q.   And the next greatest risk was the 881

13   enriched uranium building?

14        A.   Right.

15        Q.   And then what would the next greatest

16   risk have been after that building of the ones under

17   your responsibility?

18        A.   Well, you would have to put building

19   44.  The rest was very, very low.

20        Q.   So the lowest risk was the 991

21   building?

22        A.   I would say so.

23        Q.   All right.  Now, tell us the next

24   time-- what you were basically doing as I understand

25   it starting in August of 1955 was overseeing the

124

1  health physics activities in all four of these

2  buildings similar to those that you had overseen in

3  the 771 building, is that correct?

4       A.  Yes.  And I had one more.  I was

5  responsible for a group called site survey, but the

6  site survey was limited to air sampling in the on

7  site and off site air sampling, and also we looked

8  after things like radioactive material shipments to

9  monitor to make sure they were okay to be shipped and

10  stuff that came into the plant that needed attention

11  that way.  This little group looked after that.

12       Q.  Who did you replace in August of 1955?

13       A.  Well, even though it was some time

14  after he left, I was in effect going in on the same

15  job Windahl had had some time earlier.  That remained

16  kind of vacant for a little while, and those of us

17  out in the operating building reported directly.

18       Q.  Now, the off site monitoring that you

19  took over in August of 1955, were you then the

20  individual at Rocky Flats that was the most

21  responsible for off site monitoring at that point?

22       A.  The air sampling?

23      Q.   Yes, sir.

24      A.   Yes.

25      Q.   I take it by specifying air sampling


125


1  you are excepting water sampling?

2       A.   Exactly.  I never had anything to do

3  with any of the other kind of environment sampling.

4       Q.   Who was in charge of water sampling at

5  that time?

6       A.   Well, let's see.  It probably would

7  have been Stan Hammond.

8       Q.   After him who was in charge of water

9  sampling?

10      A.   Well, Stan left the plant for about

11  three or four years around 1960 or so, and the way I

12  remember a fellow named Ernest Ray was in charge of

13  the labs, and then Stan came back about in '63 or so.

14      Q.   Then when did he leave the final time?

15        A.   He died of a heart attack in the Denver

16   airport and that was in '70 or '71.

17        Q.   Who replaced him after that in water

18   sampling?

19        A.   I don't really know, but by that time

20   there had been a reorganization taken place and they

21   were sort of a complete separate entity from the rest

22   of health physics as contrasted to prior to '70 we

23   all reported to Piltingsrud and we had our monthly

24   meetings and we all related to each other what each

25   was doing and they had a pretty good idea what some

126

1    of these other guys were doing.  There had been a

2    reorganization and he was reporting to someone

3    completely different and who replaced him I don't

4    remember.

5        Q.   Going back to your responsibility for

6    off site air sampling, when you took that over in

7    August of 1955, can you tell us for how long you

8   supervised that responsibility?

9          A.   Until about 1970.

10          Q.   Who replaced you in that role?

11          A.   The same reorganization juggled all

12  that stuff around, and there was an organization

13  created under a fellow named Jim Seed, S-E-E-D, and

14  this group that Stan Hammond was in became part of

15  that organization, and then Stan actually died while

16  he was in the first year or two of that.

17          Q.   What was the name of that group?

18          A.   Something like product and health

19  physics research because Seed still maintained some

20  of his responsibilities in the research and

21  development organization which related to the

22  product, that is, a product that was produced at

23  Rocky Flats.

24          Q.   During the period from 1955 to 1970

25  when these changes took place, did you take on any

1  other responsibilities in addition to the ones that

2  you described in 1955?

3      A.  Well, yes.  Somewhere along the line

4  there probably in the middle '60s there was a

5  gentleman in the laboratory organization named Ed

6  Ryan, and Ed Ryan was the guy that was responsible

7  for arranging and managing shipment, shipment of

8  radioactive waste out of Rocky Flats.  I don't

9  remember why, but he was transferred over and put

10  under me.  I don't remember why I should say.  There

11  was some kind of a shuffle there.

12      Q.  So from that time on you supervised in

13  addition to your other duties--

14      A.  From that time until about let's say

15  '72 or thereabouts.

16      Q.  So from the mid '60s until '72 you

17  supervised Mr. Ryan's operation which had

18  jurisdiction over shipment of radioactive waste off

19  the premises?

20      A.  Yes.  He had another kind of a job

21  where he kept very close track of the laboratory

22  results down at the waste treatment plant which was

23  the 774 building and sort of gave them the direction

24  as to from the laboratory results whether they had to

25  leach process or whether they could put the liquid

128

1  into the ponds or what they should do with it if it

2  met certain standards that had been developed prior

3  to my time being involved in this.

4        Q.  So you supervised that as well?

5        A.  Well, we call it supervising.  Ed was

6  the guy that knew what to do, and so forth, so I

7  guess, yes, technically speaking I was the

8  supervisor.

9        Q.  Then other than those changes that you

10  just described, were there any other changes in your

11  responsibilities between 1955 and 1970?

12        A.  The only other thing I can remember,

13  and it was kind of an unofficial change if I can put

14  it that way, we were very interested during that

15  period of time in developing the ability to measure

16  plutonium in people's lungs, and I got very involved

17  in helping go out into about three different places

18  and try to get people interested in helping us do a

19  little research for us so we could better measure

20  plutonium in people.

21      Q.  How were they to do that?  By donating

22  their lung?

23      A.  No.  No, that's not the point.  I was

24  talking to universities, C S U, Colorado State

25  University, the one up at Salt Lake City.  I was

129

1  talking to the research people at the Hansard Works

2  in Washington, and what we were looking for, we were

3  able-- we were the first that were ever able to

4  measure plutonium in lungs by using americium as a

5  tracer.

6      Q.  How did you do that?

7       A.   Well, you put scintillation detectors

8  over people's chests and you measured the gamma rays

9  that came off of americium and you related that back

10  to what that related to in terms of plutonium on the

11  presumption that you knew ahead of time, well, we

12  took a sample so that raised the question if you

13  measure plutonium by looking at americium and gamma

14  rays, we ought to know something about whether

15  americium and plutonium behaves differently in a

16  person's system.  That is what we were trying to get

17  at these various universities, and so forth.

18       Q.   And when did you start that process?

19       A.   Early '60s maybe.

20       Q.   How long did it continue?

21       A.   Well, it has continued ever since.

22       Q.   Other than those changes that you have

23  now described, are there any other changes in your

24  responsibilities between 1955 and 1971 when the off

25  site air monitoring was taken out of your

130

1 jurisdiction?

2        A.  I can't think of any.

3        Q.   What were the titles that you held

4 between 1955 and 1970?

5        A.   Well, in '55 I was named a group

6 leader.  I was made a group leader, and some time

7 later my title was changed to health physics

8 supervisor.

9        Q.   Do you recall approximately what year

10 that was?

11        A.   I would just have to say mid '60s.

12        Q.   But there was no substantive change in

13 your duties in connection with that?

14        A.   No, other than I think they would just

15 recognize I was in addition to supervising the groups

16 in the building that I was playing a very active role

17 in trying to develop some of these other things.  I

18 think it was the start of a recognition change.

19        Q.   Now, I want to go back then to the air

20 monitoring, the off site air monitoring from the time

21  you took it over in 1955 and just describe how it

22  worked in 1955 when you took it over?

23        A.   Well, we had two sets you might say

24  of-- well, you said off site.  I was starting off by

25  saying we had one set that was on site.

131

1        Q.   Describe them both.  I think it would

2  be easier if you describe them both?

3        A.   I don't remember how many we had on

4  site, but we had a number of these located on site,

5  and the way they were set up was you would have like

6  a power pole set in the ground at some point where

7  you wanted to do the sampling.  You had power run

8  over to it from some power source, and then you would

9  have a vacuum pump attached to some little shelf like

10  thing on the pole, and then from that vacuum pump you

11  would have a pipe that came out that had a sample

12  head that was really no different from the ones I

13  described we used in the buildings.  That was true in

14  the way-- that was true of the samples both on site

15  and off site.  Off site I guess all I can say is

16  there we kind of inherited locations of what had been

17  done some years, three or four years before, but they

18  functioned the same way.

19       Q.  How often were they checked on site and

20  off site?

21       A.  Well, the on sites were changed I

22  believe daily.  The off sites were changed once a

23  week.  Now, there was a change we made in the off

24  sites somewhere along the way, I don't remember what

25  it was, but we did this mainly for statistical

132

1  purposes, and that was that we felt that if we put a

2  timer on them and sampled a fraction of an hour

3  rather than continuously, we could minimize the

4  extraneous leading of dust that went onto the filters

5  and still have a statistically sound sample as far as

file:///D|/Putzier-%2003-15-95.txt

6  air concentration.

7       Q.  I didn't understand that last answer.

8  The extraneous leading of dust.  What does that mean?

9       A.  Well, there is always dust in the

10  atmosphere, and if you try to pull it through a paper

11  filter, it collects.  So if you run them on a

12  continuous basis, you are going to get a lot more

13  than if you don't.  We felt that to minimize-- then

14  the next point which I have to make is that's going

15  to interfere with your ability to see the greater

16  activity on the flow paper.  So to minimize that we

17  put on these timers so they sample a fraction of an

18  hour every hour.

19       Q.  Every hour?

20       A.  Yes.  They shut it down for a period

21  and then they turn it on for a fraction of every

22  hour.

23       Q.  And that was true of all the off site

24  monitors?

25       A.  At one time and for some period and I

133

1  can't tell you for how long or when we did it.

2        Q.   Were you responsible for any ground

3  soil monitoring?

4        A.   No.

5        Q.   Who was responsible for that?

6        A.   Well, I have no idea in the very early

7  years who did what because I wasn't involved at all.

8  After the '57 fire or after Stan Hammond took over

9  the lines, that would have been part of his function.

10        Q.   Then I think you described who replaced

11  him?

12        A.   Ernie Ray for a short time.

13        Q.   Ernie Ray for a short time and then

14  after Stan Hammond, Jim Seed?

15        A.   Jim Seed took over the organization,

16  and what I'm saying is I am not sure at that time

17  exactly at the time Stan died who Jim Seed put in his

18  place.

19        Q.   Okay.  But when Stan wasn't doing it to

20  the best of your knowledge it was either Ernie Ray or

21  Jim Seed or somebody under Jim Seed?

22        A.  Yes.

23        Q.  Did they ever communicate the results

24  of the soil samples to you?

25        A.  I saw them.  I don't remember too much

134

1  or anything about them really.

2        Q.  How about Mr. Krey?  Did he ever

3  communicate the results of the soil samples to you?

4        A.  Not that I know.

5        Q.  How about the vegetation sampling?

6  That was Ernie Ray and Jim Seed?

7        A.  Yes.

8        Q.  How did your off site air monitors work

9  at high wind speeds?

10        A.  Can I ask if that means the same as

11  just plain high velocity winds?

12     Q.  Yes, sir.

13     A.  Or high Colorado winds.

14     Q.  I don't see any difference between high

15  velocity winds and high winds?

16     A.  I don't see any relationship to that.

17  They were all set up to be on the wayward side.  The

18  samples were always on the wayward side of the box

19  the way I remember.

20     Q.  Would they work well at high wind

21  speeds?

22     A.  I don't know.  I don't know how we

23  would have found out.

24     Q.  Did you ever have high wind speeds blow

25  the filters apart?

135

1     A.  No.

2     Q.  No?

3     A.  No, that never happened.

4     Q.  Off the record.

5          (Whereupon, there was discussion

6  outside the record.)

7          (Whereupon, a document was marked for

8  identification Deposition Exhibit No. 500 through 507

9  by the reporter.)

10      Q.  (BY MR. DAVIDOFF)  What do you mean

11  when you say that the filters were on the leeward

12  side?

13      A.  Well, if you are going to get high

14  winds in Colorado, it always comes from right out of

15  the west almost due east.  So when you put your

16  filter house as we call them that houses the pump on

17  the pole, you put the filter so it will be pointing

18  easterly away from the wind.

19      Q.  Did you ever participate in any

20  calculations of the amount of plutonium lost from the

21  1957 fire?

22      A.  Participate in calculations?

23      Q.  Yes, sir.

24      A.  I don't recall.  I don't recall doing

25  that.  I was going to say I have seen numbers, and on

136

1  that I don't recall what they were either, but I

2  don't recall doing any what I call sophisticated

3  calculations of any kind.

4      Q.  Now, in 1970 your responsibilities

5  changed again?

6      A.  Yes.

7      Q.  Would you describe what happened?

8      A.  It wasn't exactly-- no, mine didn't

9  change in '70 except for all the air sampling went

10  over to Seed's group.

11      Q.  When did your responsibilities next

12  change then?

13      A.  It would have been about '73.

14      Q.  Now, from '55 to '73 did you report to

15  either Dr. Chapman or Mr. Piltingsrud?

16      A.  I never reported directly to Dr.

17  Chapman.  While I reported there I reported to

18  Piltingsrud on up to about 1970, and then when this

19 other group under Seed was structured, I reported to

20 Jim Willging, and I assume that was '70. It could

21 have been '71, but it was in that period.

22      Q.   For how long did you report to Mr.

23 Willging?

24      A.   Until some time in '73.

25      Q.   What was his position?

137

1      A.   Jim Willging was the director of the

2 research and development.

3      Q.   What building was that in?

4      A.   That was located in just about every

5 building.

6      Q.   Where were his offices?

7      A.   111 building.

8      Q.   From 1973 on to whom did you report?

9      A.   Herb Bowman.

10      Q.   Was that until you retired?

11      A.  No.  Because in 1975 Dow left and

12  Rockwell came on.  Bowman left then.  I reported to

13  Bob Yoder then after Rockwell came on until I

14  retired.

15      Q.  Bob Yoder?

16      A.  Um-humn.

17      Q.  Where is the last time that you saw Bob

18  Yoder?

19      A.  I have hardly seen him after I left

20  Rocky Flats, but I know he went back to the

21  Washington, D.C. area.

22      Q.  When was the last time you saw Herb

23  Bowman?

24      A.  June.

25      Q.  Where was that?


138


1       A.  Up in the hills there.

2       Q.  Does he live in this area?

3       A.  No.  He lives in Albuquerque.

4      Q.  So you saw Mr. Bowman last June?

5      A.  Um-humn.

6      Q.  And Willging?  Willging lives where in

7  this area?

8      A.  Fort Collins.

9      Q.  Tell us about the change in

10  responsibilities in 1973?

11      A.  In 1973 my title changed to health

12  sciences director, and part of the organization had

13  been in Seed's group before they were put under me

14  which included dosimetry, our instrumentation group,

15  I should qualify that and say health physics,

16  instrumentation group, industrial hygiene, dosimetry,

17  included a body counter and industrial safety.

18      Q.  Industrial safety?

19      A.  Um-humn.

20      Q.  The body counter was in a separate

21  building, is that correct?

22      A.  It was in the medical building.

23      Q.  Building number for that is?

24      A.  I think it's 121.  Is that right?

25        Q.   Would it help you to look at Exhibit

139

1  284?

2         A.   Sorry.  122.

3         Q.   Do you recall when the body counter was

4  built?

5         A.   Bracket it somewhere between '59 and

6  '64.  That's the best I can do.

7         Q.   Any other changes in your

8  responsibilities that you can recall?

9         A.   Well, up until Rockwell came on-- after

10  Rockwell came on there was some changes.

11        Q.   Can you tell me about those?

12        A.   If I can remember them.  For a short

13  time after Rockwell came on, I continued with the

14  same responsibilities as I had when we ended with Dow

15  except I was not part of the so-called board any more

16  which I was, and then a year or so after Rockwell

17  came on the monitoring-- the health physics

18  monitoring organization which was basically the guys

19  that were doing all the radiation survey work, and so

20  forth, out in the buildings was put under someone

21  else, and I more or less took on-- kept what was

22  termed more the technical part of the organization

23  which included body counter and dosimetry and things

24  of that nature.

25      Q.  Now, you said that starting in 1970 you

140

1  ceased to report to Mr. Piltingsrud, is that right?

2      A.  Um-humn.

3      Q.  I don't know if you were aware-- are

4  you aware that we took his deposition a couple weeks

5  ago?

6      A.  Um-humn.

7      Q.  Have you talked to him about that

8  deposition?

9      A.  No.

10      Q.   We saw some documents during that

11   deposition which because of your initials it

12   indicated that you had written the documents for him

13   and they were after 1970.  Could you explain what

14   happened?

15      A.   Written documents to him?

16      Q.   For him.  Documents that he signed, but

17   had your initials on them that you prepared them?

18          MR. KURTENBACH:  Form.

19          THE DEPONENT:  Let me put it this way

20   and I don't remember the exact times.  When I started

21   to report to Willging, Piltingsrud was made more or

22   less kind of a staff person below me.  Then some time

23   before Piltingsrud retired he was in effect reporting

24   to me.

25      Q.   (BY MR. DAVIDOFF)  How did that happen?

141

1       A.   Because Willging said so.  That's all I

2   know.

3      Q.   Do you think Mr. Piltingsrud took the

4   rap for some of the public relations problems that

5   the plant had in the early 1970s?

6           MR. KURTENBACH:  Object to form.

7           THE DEPONENT:  I don't know.

8      Q.   (BY MR. DAVIDOFF)  Did you ever have

9   that opinion?

10          MR. KURTENBACH:  Same objection.

11          THE DEPONENT:  I wouldn't say so.  I

12  should qualify that and say I really don't have any

13  opinion on that.

14     Q.   (BY MR. DAVIDOFF)  Did you have an

15  opinion in the early '70s as to whether he was being

16  given a raw deal?

17     A.   I never had any feeling for what kind

18  of interrogation or what kind of role he played

19  during the investigation.

20     Q.   Which investigation are you talking

21  about?

22     A.   Well, the '69 fire.  So I had no idea

23  what they were doing, if anything.

24    Q.   Now, we have had some documents marked

25  during the break.  I have left a couple gaps for 498

142

1  and 499 which I hope we will fill at some point.  We

2  had marked as Exhibit 500 a document that we gave

3  your counsel advance notice of that we would use.  It

4  is a voluminous document entitled The Past 30 Years

5  at the Rocky Flats Plant, A Summary of Experiences

6  and Observations at Rocky Flats Plant Over the Past

7  30 Years with Emphasis on Health and Safety by Edward

8  A. Putzier, November 1982.  It bears document

9  production numbers EGG 2008857 through 2009101 so I

10  guess it consists of approximately 244 pages in

11  length.  It also has some other production numbers

12  beginning with Cook 91029 and continuing through Cook

13  91272.  I want to put Exhibit 501 in front of you and

14  ask you if you recognize it, sir?

15    A.   Yes.

16    Q.   Could you identify it for us please?

17      A.  How do you want me to identify it other

18  than saying I know what it is?

19      Q.  Tell us what it is?

20      A.  It's what the title says.  A Summary of

21  Experience and Observations of Rocky Flats Plant Over

22  the Past 30 Years.

23      Q.  Did you write this document?

24      A.  I compiled I think is a better word.

25      Q.  I realize that the document has within

143

1  it copies of other documents, but it also has about a

2  total of 131 pages of text, written text.  Did you

3  write the written text?

4      A.  I wrote the written text.

5      Q.  One hundred thirty-one pages of written

6  text?

7      A.  Whatever it is.

8      Q.  Did you spend a number of months

9    preparing this document?

10       A.  Yes.

11       Q.  Can you recall how many months you

12  spent?

13       A.  Probably about six to seven.

14       Q.  Were you requested to review this

15  document in preparation for your deposition?

16       A.  No.

17       Q.  Did you review the document in

18  preparation for your deposition?

19       A.  No.

20       Q.  When was the last time you read the

21  document?

22       A.  It has got to be eight or ten years

23  ago.

24       Q.  Do you have a copy at home?

25       A.  No.

144

1        Q.  Do you have any documents at home?

file:///D|/Putzier-%2003-15-95.txt

2       A.  No.

3       Q.  Do you have any Rocky Flats related

4  documents at all in your possession?

5       A.  None.  I had a few and I threw them

6  away last April.

7       Q.  Did you have a copy of this when you

8  looked last April?

9       A.  I might have.  I don't know.  I threw

10  away whatever I had, but I never looked at the things

11  over the years.

12       Q.  Tell me why you wrote this document?

13       A.  Because Dr. Yoder asked me to.

14       Q.  When you spent the six or seven months

15  writing it, was that part of your responsibilities in

16  the last--

17       A.  That was my own responsibility.

18       Q.  That was your assigned responsibility

19  in your job at the plant?

20       A.  Right.

21       Q.  Did Mr. Yoder state his purpose in

22  having you write and compile the document?

23        A.   Yes.  The understanding was that-- can

24  I tell about how this came about?

25        Q.   Absolutely.  It might save some time.


145


1        A.   I will give you a little purview.  I

2  announced about January that last year which was 1982

3  that I planned to retire at the end of the year or

4  thereabouts.  So the next two or three months, I

5  think it got to be April before reorganization was

6  announced, we talked a lot about what would happen

7  with the group that I was responsible for, and so

8  forth.

9             So he came up with a reorganization

10  about I think it was in April, and at that same time

11  he says, "You have been around here a long time.  We

12  would sure like to have you spend your last six

13  months writing a document from which we can learn,

14  learn by our mistakes, and so forth," so that was

15  kind of what he told me, and then in my own mind I

16  felt we had done in our organization a lot of things

17  in the development area that probably had never been

18  written down before, and I wanted to write a section

19  on that, so the first section as I remember dealt

20  mainly with some of our developments and some things

21  that we improved on or we were responsible for in

22  terms of getting things going like the body count and

23  that.  Then I searched files, and so forth, for

24  information on accidents and incidents so that was

25  the second section.


146


1          The third section dealt with

2  organization, and I guess over the years I was a

3  little critical of some of the way we were organized,

4  and so forth, so I put that down in writing with the

5  intent that maybe something can be gleaned from that

6  including organization.  That's kind of it.  I

7  never-- the thing was still being typed by my

8   secretary the last day I walked out of that place

9   which was the day before Thanksgiving '82 and it was

10  never looked at in terms of review or edited or

11  anything else.  It's the way it came off her

12  typewriter.

13      Q.  What she was typing was the draft that

14  you gave her, is that correct?

15      A.  No.  I had it all done in

16  dictaphone except for the things that were included

17  as copies of something.  Otherwise it was all done in

18  dictaphone.

19      Q.  Was there a typewritten draft that was

20  finalized?

21      A.  I don't really know what happened to it

22  after it left the plant in terms of any further

23  review other than possibly classification I suppose,

24  classification.  Other than that, I don't think

25  anybody reviewed it for mistakes or any other reason.

147

file:///D|/Putzier-%2003-15-95.txt

1      Q.   Now, you spent six or seven months

2  doing this so I take it this was a thoroughly

3  researched document?

4      A.   Thoroughly researched as thorough as I

5  could be in six months.

6      Q.   But you said I think that you consulted

7  files?

8      A.   Yes.

9      Q.   And historical records of the plant?

10     A.   Yes.

11     Q.   As well as your own recollections?

12     A.   Um-humn.

13     Q.   Did you do the best job that you could

14  to make this as accurate a memoir as you possibly

15  could?

16     A.   I tried to.

17     Q.   You weren't purposefully vague or

18  inaccurate about anything?

19     A.   No.  I think I called a spade a spade

20  in it.

21     Q.   We are going to come back to that

22  shortly, but I did mark a few other documents, and I

23  would like to get them identified.  We had marked as

24  Exhibit 501, and I think we also gave your counsel

25  advanced notice of this, a report from Abbott and

148

1  Burke is the cover letter.  The cover letter is dated

2  May 4th, 1970.  It begins with document number 074875

3  and it continues through the first 14 pages are a

4  document that has previously been marked as

5  Plaintiff's Exhibit 303 from 074876 through the next

6  14 pages which would I guess be 074889 or 890.

7          From document number 074876 through

8  074897 that part has previously been marked as

9  Plaintiff's Exhibit 303.  Then the rest of this

10  document are appendices numbered from appendix B 1 to

11  appendix B 34 and there are documents of various

12  dates and that continues through 074964.  I marked

13  that collectively as Exhibit 501, and I'm going to

14  take you through it just so we can identify what the

15  document is.  Let me put that in front of you, sir.

16      A.  I see here there is a letter from F. E.

17  Abbott, area manager and John F. Burke, assistant

18  manager for operations A L O, entitled Summary of On

19  Site Radioactive Waste Disposal.  Shall I read the

20  letter?

21      Q.  Sure.

22      A.  Attached is a historical summary of on

23  site burial of radioactive waste.  This report is the

24  result of a complete file search and represents all

25  that is known about the various areas and their

149

1  contents.  We will keep you informed as to the

2  disposition of the material.

3      Q.  Now, I think as we go through this we

4  will be able to establish that you assisted in this

5  file search, is that correct?

6      A.  In this?

7    Q.  Yes, sir.

8    A.  Maybe to some degree, but the principal

9  guy that helped me with this and probably did a lot

10  more than I did was Ken Freiberg.

11    Q.  Ken Freiberg?

12    A.  Yes.

13    Q.  Would you spell his name for the

14  reporter?

15    A.  F-R-E-I-B-E-R-G.

16    Q.  When was the last that you saw Mr.

17  Freiberg?

18    A.  At his retirement party.  Probably four

19  or five years ago.  He lives in Berthoud, Colorado.

20    Q.  We got a long way to go.  You can take

21  the rubberband off.  That might help you.  The second

22  page and from page 74876 through as we just

23  established through 74897 has previously been marked

24  as Exhibit 303 and that's the first page is dated May

25  1, '70, and it is from W. H. Lee to F. E. Abbott with

1  copies to Piltingsrud.  Then if you look at the next

2  page, you will see that there's a document titled A

3  Summary of On Site Radioactive Waste Disposal.  Sir,

4  if you will look at the third page?

5      A.  Um-humn.

6      Q.  Which as I say has previously been

7  marked F. E. Abbott dated April 22, 1970.  That

8  continues through page 897.  Before we get to the

9  appendices, and I believe the appendices are referred

10  to in this report and we are going to go through the

11  appendices in a minute to see if we can identify

12  those, but I believe that you wrote this report and

13  compiled the appendices.  Is that a fair statement?

14      A.  I would have to look at the appendices.

15      Q.  Apparently we don't have appendix C and

16  D.  I think we have appendix B attached here.

17          Now, if you will look at the appendix,

18  the first appendix B 1 is page 074898, and that

19  appears to be a letter from-- well, actually there

20  appears to be the first page of a memo to T. S.

21 Chapman from D C-- L. C. Farrell with copies to some

22 other people.  Was that compiled by you from some

23 records at the Rocky Flats plant, retrieved from

24 those records?

25        A.  I can't remember how this all came

151

1 about, whether I retrieved it or somebody else or

2 what.

3        Q.  Well, you attached it to your report?

4        A.  Either Freiberg or somebody was

5 helping.

6        Q.  Do you have any doubt that any of these

7 appendices that you attached were not from the

8 records of the Rocky Flats plant?

9        A.  Do you mind if I page through them?

10        Q.   As we page through it-- this is clearly

11 a business record of the Rocky Flats plant, is that

12 right?

13        A.  Um-humn.

14        Q.    Now, if you will turn to the next

15  document it is dated July 15th, 1954, and appears to

16  be from Chapman to Epp.  Is that also from the

17  records of the Rocky Flats plant?

18        A.    Yes.

19        Q.    That's appendix B 2?

20        A.    Yes.

21        Q.    Then appendix B 3 appears to be an

22  October 27 memo from Farrell to Epp and then an

23  approval by Epp dated October 27th, 1954.  Is that

24  also from the official records of the plant?

25        A.    It would have been.



                              152



1         Q.    Then appendix B 4 is a November 15,

2  1954, memo from Eastman to Ryan.  That's also from

3  the plant's initial records?

4         A.    It would have been.

5         Q.    And appendix B 5 is a November 23rd,

6   1954, document addressed to Mr. H. C. Anderson from

7   Mr. Ryan, again November 23rd, 1954.  That's also

8   from the official records of the plant?

9        A.  It would have been.

10       Q.  Appendix B - 6 is a January 5th, 1955,

11   memo from R. R. Harrison to R. W. Eastman with copies

12   to a number of people including Epp, is that right?

13       A.  Right.

14       Q.  It's also an official record of the

15   plant?

16       A.  Yes.

17       Q.  And appendix B 7, a July 9th, 1956,

18   memo or letter from Venable to Epp with copies to

19   Chapman and others, is that right?

20       A.  Yes.

21       Q.  That's also from the official records

22   of the plant?

23       A.  It would be, yes.

24       Q.  Then appendix B 8 is a July 12th, 1956,

25   document.  Can you make out who that's from, F H?

153

1      A.  Langell.

2      Q.  Langell to Mr. Gilbert C.--

3      A.  Hoover.

4      Q.  Area manager of the R F A O.  That's

5  from the official records of the plant?

6      A.  It would have been, yes.

7      Q.  Appendix B 9 is a memo from Joshel to

8  Epp, also from the official records of the plant?

9      A.  Yes.

10      Q.  Appendix B 10 is a memo to Mr. L. C.

11  Farrell from Eugene Johnston, dated December 15th,

12  1958, also from the official records of the plant?

13      A.  Yes.

14      Q.  Appendix B 11 is an August 27th, 1958,

15  memo to R. H. Hawley from L. F. Grill, also from the

16  official records of the plant?

17      A.  Um-humn.  Yes.

18      Q.  Appendix B 12 is a January 9th, 1959,

19  memo from Eugene Johnston to L. C. Farrell, also from

20  the official records of the plant?

21      A.  Yes.

22      Q.  Exhibit B 13 is an October 18th, 1960,

23  letter or memo from D. M. Bassler to J. G. Epp, also

24  from the official records of the plant?

25      A.  Yes.

154

1      Q.  Appendix B 14 is a January 9, 1961,

2  letter to J. G. Epp and others from E. S. Ryan, also

3  from the official records of the plant?

4      A.  Yes.

5      Q.  That letter is four pages in length?

6      A.  Um-humn.

7      Q.  Then appendix B 15 is an April 12th,

8  1961, letter from F. H. Langell to Seth Woodruff of

9  the A E C, also from the official records of the

10  plant?

11      A.  Yes.

12      Q.  And appendix B 16 is an April 12th,

13  1961, memo from D. M. Bassler to E. S. Ryan, also

14  from the official records of the plant?

15      A.  Yes.

16      Q.  Appendix B 17 is a memo from K. V. Best

17  to E. S. Ryan, December 4th, 1962, also from the

18  official records of the plant?

19      A.  Yes.

20      Q.  Appendix B 17 - 1, I guess that's

21  somebody misnumbered this, B - 17 - 1 is a memo from

22  L. D. Hazelton to Norman MacKay, December 6th, '62,

23  also from the official records of the plant?

24      A.  Yes.

25      Q.  Appendix B 17 - 2 is a U S Government

155

1  memorandum to L. D. Hazelton of Dow from L. M. Grow

2  of the R F A O, dated December 12th, 1962, also from

3  the official records of the plant?

4      A.  Yes.

5      Q.  Appendix B 18 is a letter to I. B.

6  Venable and others, dated February 27th, 1962, from

7  R. A. Vandegrift?

8      A.  Yes.

9      Q.  And appendix B 19 is an August 17th,

10  1962, letter or memo to A. H. Sampson with copies to

11  others from Frank E. Butler, also from the official

12  records of the plant, is that correct?

13      A.  Yes.  I don't recognize the name

14  Sampson or Butler.

15      Q.  Do you have any doubt that this was

16  from the official records of the plant?

17      A.  The distribution suggests it would be

18  an official record.

19      Q.  Then attached to that are some

20  attachments starting at page 74930, table 1, organic

21  wastes.  I guess that is the only attachment, is that

22  correct?

23      A.  Yes.

24      Q.  Then appendix B 20 is a December 28th,

25  1962 letter or memo from F. Springer to F. E. Butler

156

1  with copies to others, also from the official records

2  of the plant?

3      A.  Yes.

4      Q.  Appendix B 21 is a February 28th, 1964,

5  letter or memo from D. E. Alexander to N. E. Moody

6  and others, also from the official records of the

7  plant?

8      A.  Yes.

9      Q.  Appendix B 22 appears to be from F. E.

10  Butler to E. S. Ryan, dated July 9, 1964, also from

11  the official records of the plant?

12      A.  Yes.

13      Q.  Appendix B 23 appears to be from F. E.

14  Butler again to A. K. Williams with copies to others,

15  dated July 28th, 1964.  Is that also from the

16  official records of the plant?

17      A.  Yes.

18      Q.  Appendix B 24 appears to be an August

19  27th, 1964, proposal, recirculation of 76 lathe

20  cooler by D. L. Bradfield.  Is that also from the

21  official records of the plant?  It consists of five

22  pages.

23          A.  Yes.

24          Q.  Appendix B 25 appears to be an August

25  28th, 1964, memo to Mr. Best, I can't make out the

157

1  first initials, from D. L. Bradfield, also from the

2  official records of the plant?

3          A.  Yes.

4          Q.  Appendix B 26 appears to be a September

5  8th, 1964, memo from D. L. Bradfield again to D. G.

6  Haberlein, also from the official records of the

7  plant?

8          A.  Yes.

9          Q.  Appendix B 27 appears to be a November

10  2nd, 1964, memo from F. E. Butler and J. N. Vance to

11  D. L. Bradfield with many C Cs, also from the

12  official records of the plant?

13        A.  Yes.

14        Q.  Appendix B 28 appears to be an October

15  6th, 1965, letter or memo from J. N. Vance to J. B.

16  Owens, also from the official records of the plant?

17        A.  Yes.

18        Q.  Appendix B 29 appears to be a December

19  30th, 1965, memo from O. H. Willoughby to half the

20  world, also from the official records of the plant?

21        A.  Yes.

22        Q.  You are included I think as one of the

23  recipients of that--

24        A.  Um-humn.

25        Q.  --appendix.  And then there is an

158

1  attachment I guess these drum counter verification

2  studies are attachments to appendix B 29, is that

3  correct, pages 1 to 4, also dated December 30th,

4   1965, Willoughby and L. D. Delpierre?

5        A.   Yes.

6        Q.   Appendix B 30 appears to be a February

7   9th, 1966, memo from J. N. Vance to L. C. Farrell,

8   again with some attachments.  That's a two page

9   document with some attachments?

10        A.   There's some attachments to that and

11   one diagram, is that correct?

12        A.   Yes.

13        Q.   Appendix B 31 is a one page memo from

14   H. W. King to J. N. Vance, dated April 20th, 1966,

15   also from the official records of the plant?

16        A.   Yes.

17        Q.   Appendix B 32 is a December 13th, 1967,

18   memo, K. V. Best from M. E. Maas, also from the

19   official records of the plant?

20        A.   Yes.

21        Q.   Appendix B 33 is a September 24th,

22   1968, memo from H. S. Maas-- I don't know if I have

23   the middle initial right there?

24        A.   It is M. E. Maas.

25        Q.   I'm sorry.  M. E. Maas.  To K. V. Best,

159

1  also from the official records of the plant?

2      A.  Yes.

3      Q.  Then appendix B 34 appears to be a four

4  page document authored by you-- or I'm sorry-- from

5  K. C. Freiberg to you, also from the official records

6  of the plant, entitled 903 Oil Drum Storage Area?

7      A.  Yes.

8      Q.  This one I don't believe I have the

9  number handy has been marked as a Plaintiff's

10  exhibit, but I am not sure what the number is.  So

11  now are you satisfied that all of the documents

12  compiled in Exhibit 501 were indeed from the records

13  of the plant?  Are you, sir?

14      A.  Yes.

15      Q.  Now, I wish I could tell you that we

16  are not going to come back to these documents, but

17  unfortunately we are going to have to.  Let me just

18  see if I can identify the remaining documents that we

19  have marked here.  I have had marked as Exhibit 502 a

20  two volume transcript.  I have had marked as Exhibits

21  502 and 503 two volumes of a transcript of deposition

22  that you gave in a Church litigation on April 26th

23  and April 27th, 1977.  Let me put Exhibits 502 and

24  503 in front of you.  Let me put Exhibits 502 and 503

25  in front of you and see if you can identify them if

160

1  you would.

2         A.   The 502 Exhibit is a deposition of mine

3  relating to the Food Fund Limited, 1972, a Texas

4  Limited Partnership and Good Financial Corporation, a

5  Texas corporation, as plaintiff, versus Marcus F.

6  Church and Marcus F. Church, Trustee; The Dow

7  Chemical Company, a Delaware Corporation, North

8  American Rockwell Corporation, a Delaware

9  Corporation, and The United States of America as

10  defendant's.  Then also Marcus F. Church and Marcus

11  F. Church, Trustee, as plaintiffs, versus United

12  States of America; Dow Chemical Company; and North

13  American Rockwell Corporation as defendants.

14        Q.   Sir, could I interrupt for a second.  I

15  think we could affectionately agree to call that the

16  Church litigation to save a lot of time.  Do you

17  recall giving that deposition?

18        A.   I don't recall it, but I know I gave

19  it.

20        Q.   Would you look through that, sir, and

21  tell me whether you have any doubt that that's a

22  complete and accurate transcript of the deposition?

23            MR. KURTENBACH:  I will note for the

24  record that what we have marked for the record as

25  Exhibit 503 that a signature page has not been

161

1  signed.

2            MR. DAVIDOFF:  That doesn't detract

3   from the fact that he gave the testimony.

4        MR. KURTENBACH:  That's right.  I also

5   note for the record that in combination these two

6   exhibits which are consecutively numbered are 226

7   pages long.

8        Q.  (BY MR. DAVIDOFF)  Page 4 is missing.

9   It may be in there by now.  I think we had that faxed

10  over here.

11       A.  I'm just scanning it to see if it

12  relates to things I might have answered to.

13       Q.  Tell me when you are ready, sir.

14       A.  Except for page 4 which isn't in

15  there--

16       Q.  I don't think that was in the original

17  document, page 4, sir.  I think that it is not

18  supposed to be there.

19       A.  Do you want me to look at 503 also?

20       Q.  Yes, sir, if you would.  Let's start

21  with 502.  Does that refresh your recollection that

22  you testified on April 26th, 1977, in the Marcus

23  Church litigation?

24       A.  It refreshes my memory that I

25  testified.


162


1       Q.   When you testified and were under oath,

2  I take it you strove to answer the questions to the

3  best of your ability, is that right?

4       A.  I did.

5       Q.   Were the events about which you were

6  testifying that preceded 1977 fresher in your mind in

7  1977 when you testified than they are today in 1995,

8  18 years later?

9       A.  I'm sure they were.

10      Q.   Your recollections would have been

11  somewhat sharper then, is that correct?

12      A.   Yes, because I was still working at

13  that time.

14      Q.   Now, are you satisfied that whether or

15  not you signed the original of that transcript that

16  except for errors in transcription you certainly gave

17  it the best college try you could to give accurate

18  testimony?

19        A.  I think so, yes.

20        Q.  Now, would you look at Exhibit 503, and

21  I'm going to ask you the same questions about Exhibit

22  503 that I just did about 502?

23        A.  Shall I be reading any of that on the

24  front, sir?

25        Q.  It's up to you, sir.  You don't need to

163

1  read it into the record.  I believe it is the same

2  litigation.  I will represent to you that I believe

3  that's the second day of testimony in that litigation

4  on April 27th, 1977.

5            While you are doing that, Mr. Putzier,

6  I will just note for the record that the witness is

7  taking his time and he has checked every page of

8  Exhibit 502 and he is now checking every page of

9  Exhibit 503, the second day of transcript.

10        MR. KURTENBACH:  Are you reading all

11  those pages?

12        THE DEPONENT:  No.  I'm wondering what

13  this is all about.

14        Q.  (BY MR. DAVIDOFF)  I think that's the

15  letter that is mixed in there that was sent-- I left

16  it just where it was in the way it was produced.  So

17  if you could leave it right in that spot, it is a

18  letter what you have handed me is in the middle of

19  the document just before page 168 a letter from

20  Koenig Reporting Service, dated May 18th, 1977, to

21  Mr. Edward Putzier at 4630 Bacara Drive, Boulder,

22  Colorado.  Was that your address at that time?

23        A.  Former address.

24        Q.  Advising that the form is being held

25  for signature and that your deposition will be held

164

1  in that office for 30 days from this date at which

2    time it will be filed without your signature if you

3    have failed to come in and read and sign it.

4              Thank you for handing that to me.  You

5    can put it back where it was.  You don't have any

6    doubt that you received that letter from the court

7    reporter service, do you, sir?

8         A.  No, I don't have any doubt.

9         Q.  You can continue paging through.  Sir,

10   you have now completed going through Exhibit 503?

11        A.  Yes.

12        Q.  If you will hand me that and let me put

13   a rubber band around it, with the exception of the

14   caption and the letter that we saw from the court

15   reporter advising you of the 30 days to read and

16   review and sign your deposition, is that a true and

17   accurate transcript of what was the questions that

18   were asked and the answers that you gave on the

19   second day of your deposition, April 27th, 1977?

20             MR. KURTENBACH:  Objection.  Form and

21   foundation.

22             THE DEPONENT:  Yes.

23        Q.  (BY MR. DAVIDOFF)  And again let me

24  just ask you the same questions as I did about

25  Exhibit 502.  At that time were the events about


165


1  which you testified prior to 1977 fresher in your

2  memory than they are today 18 years later?

3        A.  Yes.

4        Q.  Did you strive under oath to give

5  answers that were true and correct to the best of

6  your ability?

7        A.  Yes.

8        Q.  Do you have any doubt that you

9  endeavored to do that?

10        A.  No.

11        Q.  All right.  Now, you can put that

12  aside.  In fact, you can put all of these aside with

13  the exception of the first one which is your

14  memoirs.  We have some others that we have marked,

15  but I don't think we are going to get to them before

16    tomorrow's airplane.  We will do that after you leave

17    at a quarter to five today.  We will have the time to

18    stay and do that.

19              Now, do you have Exhibit 500 in front

20    of you, sir?

21        A.  Yes.

22        Q.  I'm going to take you through this, and

23    because it's such a long document and since I am only

24    going to ask you about certain parts of the document,

25    what I'm going to do is give you a chance to review


166


1    the part of the document about which I'm going to ask

2    you, and I want to first call your attention to the

3    first page, The Past 30 Years at Rocky Flats Plant.

4    At the bottom of that it says work performed under

5    the United States Department of Energy Contract D E -

6    A C 04 - 76 D P O - 3533.  Can you explain what that

7    means?

8        A.  As far as I know that was the general

9  number of the contract that Rockwell would have had

10  with what would be the E O E or whatever they called

11  themselves at the time.

12        Q.  And that indicates that your work in

13  writing this was performed under that contract?

14        A.  Basically under that contract.

15        Q.  Do you know what the little numbers in

16  the lower left-hand corner, the H S - 330 - 74 A S--

17  what is the H S?  Is that health sciences?

18        A.  That would be health sciences and I

19  expect that's a file number.

20        Q.  And the A S, is that your secretary?

21        A.  Yes.

22        Q.  Who is that?

23        A.  Wait a minute.  Unless she got

24  married.  Her initial was not S.

25        Q.  What was her name?

167

1        A.   Ardetta Berris.

2        Q.   The same one that was Mr. Piltingsrud's

3   secretary?

4        A.   She was his secretary for some time and

5   then she became mine.

6        Q.   The table of contents, sir, is that

7   something that you prepared?

8        A.   I don't know whether I did or whether

9   she did.

10       Q.   Was it prepared under your supervision?

11       A.   It's questionable because the document

12   wasn't even complete when I left.

13       Q.   Was it prepared pursuant to the

14   sections of the document as you wrote them?

15       A.   I am not sure I understand that

16   question.

17       Q.   Let me pass to the next question.  Go

18   to the preface which is on the page-- it is from

19   pages small Roman Numeral v through small Roman

20   Numeral viii.  In the first paragraph there it says I

21   have been asked-- the I refers to you, is that

22   correct, sir?

23      A.  Yes.

24      Q.  By my director, that would be Mr.

25  Yoder, is that correct?


168


1      A.  Yes.

2      Q.  To spend the final months until

3  retirement in writing about my experiences of the

4  past 30 years.  The intent, as I understand it, is to

5  preserve some of the experiences of those 30 years

6  with the possibility of benefiting from some of

7  them.  Is that correct?

8      A.  That's right.

9      Q.  Now, in the next paragraph you

10  indicated that part of your purpose was to prevent

11  future screw-ups, is that correct?

12          MR. KURTENBACH:  Form.

13      Q.  (BY MR. DAVIDOFF)  Well, what you said

14  specifically was, quote, whatever can be used, if

15  any, to prevent future screw-ups, I hope will be

16  used, unquote?

17          A.  Right.

18          Q.  Then in the fourth paragraph you start

19  giving some of your history of how you were hired for

20  the Rocky Flats plant, is that correct?

21          A.  Right.

22          Q.  That continues into the second page,

23  page Roman Numeral vi, is that right?

24          A.  Right.

25          Q.  Then at the top of page Roman Numeral

169

1  vi you indicate that the plutonium nitrate came from

2  Hanford in small florence flask shaped stainless

3  steel containers.  As I recall, the flasks contained

4  about two hundred grams of plutonium and a two

5  hundred gram button was eventually made from the

6  contents of such a container.  Could you explain what

7  you mean by that?

8       A.  Okay.  First off, the florence phrasing

9  relates more to a shape of a container than anything

10  else.  What it is the bottom part of it is almost

11  spherical, and then it goes into the neck, so that's

12  the shape.  It was stainless steel.  The two hundred

13  grams of plutonium would have been contained as a

14  liquid as plutonium nitrate, and from that two

15  hundred gram button would have been the metal that

16  would have been able to through the chemistry then be

17  taken out of that original plutonium nitrate.

18       Q.  How was the button formed?

19       A.  Take it through the chemistry?

20       Q.  Sure.

21       A.  The nitrate was first reacted with

22  hydrogen peroxide and the hydrogen peroxide they call

23  it a peroxide strike caused the plutonium to

24  precipitate, that is, it went into solid form as an

25  oxide.  Sometimes the oxide wasn't-- these heavy

170

file:///D|/Putzier-%2003-15-95.txt

1  elements frequently don't have a very precise oxide

2  like lighter elements do so there's some kind of

3  digestion stage as they call it to give it some time

4  to stabilize in whatever that is, and then the oxide

5  would be washed with alcohol and dried to a powder.

6          Then it would be put into a furnace,

7  they call it a fluoride furnace, and there would be

8  the heat supplied electromagnetically, and hydrogen

9  fluorine gas would be passed through the oxide and

10  that would convert the plutonium oxide into the

11  plutonium fluorine.

12          The plutonium fluorine then would be

13  put into a container that was called a crucible.  It

14  was a ceramic sort of almost the shape of a container

15  that they make malted milks in, and so forth, except

16  it was ceramic and it was rounded on the bottom

17  side.  Then this container was put into a sealed

18  furnace which was also heated then by

19  electromagnetically.  When you heated it up, in

20  effect you caused a reaction to take place.

21          Let me back up a minute.  There was

22  calcium added to it and you would get a reaction when

23  it was heated then where the plutonium metal would

24  literally go to the bottom of the crucible and the

25  fluorine atom would have combined with the calcium so

171

1  you would have calcium fluorine and a metal button at

2  the bottom of the crucible.  Then the crucible had to

3  be taken out of that and the fluoride or the calcium

4  fluorine removed from the crucible and that would be

5  the source of metal then from the fabrication.

6      Q.  Where was this process done?  Which

7  building?  In Building 71?

8      A.  It was done in this diagram I gave you

9  this morning it was done in west chem line.

10      Q.  Then above that you mentioned that the

11  west chem line had been designed to be run remotely

12  from a control room, but that operator assistance was

13  needed to make the electromechanical and pneumatic

file:///D|/Putzier-%2003-15-95.txt
Case No. 1:90-cv-00181-JLK    Document 1567-1    filed 10/30/05    USDC Colorado    pg 231 of
278

14  devices do their job?

15      A.  Yes.

16      Q.  Did that continue indefinitely or was

17  it eventually--

18      A.  I would have to say that was probably

19  hit and miss for indefinite periods because they

20  needed to have a seal on some of these, and the seal

21  was accomplished by a hydraulic system that sometimes

22  needed a little assistance.

23      Q.  And I take it this was done in glove

24  boxes, this separation?

25      A.  Yes.

172

1       Q.  Now, you then state that in the south

2  part of Building 771 they were plated with nickel?

3       A.  Right.

4       Q.  Deposited from nickel carbonyl, a very

5  toxic substance?

6       A.  Right.

7       Q.   How long did that continue being used

8   in the plant, nickel carbonyl?

9       A.   That continued probably up to '55, '56,

10   maybe into '57.

11      Q.   Then how was it done thereafter?

12      A.   That was the end of that design that

13   required nickel carbonyl.

14      Q.   Did you continue to fabricate these

15   buttons into a hockey puck like shape?

16      A.   Yes.  The buttons always came out in a

17   hockey puck is the best way to state it.

18      Q.   Did that continue until you left the

19   plant in 1982?

20      A.   Yes.  It would have had to because the

21   chemistry never really changed.

22      Q.   All right.  Now, at the bottom of page

23   Roman Numeral vi you refer to the August 1955 change

24   when you were promoted?

25      A.   Um-humn.

173

1       Q.   And if you will turn over to page Roman

2  Numeral vii there, you indicate that in about 1970 or

3  you at least begin to indicate, I think you do

4  several times in that document, that beginning about

5  1970 the management and administration of the plant

6  began to deteriorate, is that right?

7          MR. KURTENBACH:  Form.  Where are you

8  referring to?

9       Q.  (BY MR. DAVIDOFF)  Well, for example,

10  and this is only the first of many examples in the

11  document, the team effort and loyalty to each other

12  and to the department from 1952 to about 1970 was

13  without parallel.  Administrative and management

14  decisions and reorganization over the past 12 years

15  has, at times, fragmented the cohesiveness and I

16  think the productivity that the department once

17  enjoyed.  Is that a statement that you wrote?

18       A.  Yes.

19       Q.  Was that your opinion at the time?

20       A.  Yes.

21          Q.  Is it still your opinion?

22          A.  Yes.

23          Q.  Now, in the next paragraph you

24  indicated in the mid to late 1950s beryllium was

25  introduced into Building 444.  Do you see that?


174


1          A.  Yes.

2          Q.  How long did you continue to use

3  beryllium in the processes in Building 444?

4          A.  Well, beryllium was processed in some

5  manner or form all the while I was there after this

6  time relates here.  When I left, beryllium was still

7  processed at the plant I'm sure.

8          Q.  Was that processed in glove boxes or

9  elsewhere?

10          A.  No.  If there was any beryllium in the

11  glove box, it would have been a very small amount of

12  any operation.  Most of that was processed similarly

13  to the enriched uranium with hooding and ventilation

14  through the hoods.

15        Q.  What monitoring did you do to

16  beryllium, if any, during the time that you were at

17  the plant?

18        A.  The monitoring we did for beryllium in

19  the areas we set up air sampling quite similar to the

20  way we did it for radioactivity, but there were what

21  we termed pretty much operational air samples.  In

22  other words, what I'm saying there is that they were

23  located at machines in an attempt to measure more

24  locally what the workmen might be exposed to, and

25  these air sample heads, however, were designed

175

1  differently from the heads that were used to air the

2  radioactive materials.  They were designed as twin

3  heads or double heads.  It probably says something in

4  here about it.  They would take two samples at once.

5        Q.  So all the beryllium monitoring was

6  done in the building, is that correct?

7       A.  Well, yes.  We did do monitoring in the

8  building.

9       Q.  Did you do any outside of the building?

10          MR. KURTENBACH:  Foundation.

11          THE DEPONENT:  Frankly I don't

12  remember.  I don't remember what we did outside the

13  building.

14       Q.  (BY MR. DAVIDOFF)  Was it used in any

15  building other than Building 444 while you were at

16  the plant?

17       A.  There was some beryllium work in other

18  places because the iron development organization was

19  doing various kinds of things with beryllium, but I'm

20  at a loss to try to tell where those are, where they

21  were.

22       Q.  What quantities of beryllium were used?

23          MR. KURTENBACH:  Foundation.

24          THE DEPONENT:  I don't know what

25  quantities were used.  They were machining what we

176

1   call parts which were hemispherically shaped pieces

2   of beryllium, and I had no idea what the production

3   rates were or anything else.

4        Q.   (BY MR. DAVIDOFF)  In the next

5   paragraph you refer to the introduction of the

6   americium line in Building 771?

7        A.   Was that on the same page?

8        Q.   Yes, sir.

9        A.   Very next paragraph.  By 1957 or '58 we

10  were building or had built an americium line in

11  Building 771.  Can you explain what that was?

12        A.   Yes.  As I mentioned this morning, from

13  the plutonium 241 isotope and plutonium mixture we

14  get americium.  With time there will be an increased

15  amount of americium.  It had to be eliminated from

16  the stream in some fashion, you built up a quantity

17  of material, and there was some demand for the use of

18  americium in those days for space batteries or

19  whatever they call them and things of that nature.

20  So there was two choices with the americium.  One was

21  to just let it go down to waste.  The other one was

22  to try to concentrate it and recover it and make it a

23  marketable item.

24      Q.  And that's what you did?

25      A.  Yes.


177

1       Q.  Did that americium line remain in

2  Building 771 until the time that you left the plant

3  in 1982?

4       A.  I can't recall.  I can't recall the

5  various changes or whether they dropped that one and

6  made another one or what, but americium was processed

7  to some extent I'm sure until I left the plant and

8  then after probably.

9       Q.  Now, in the ensuing 14 or 16-- it is

10  more than that-- in the ensuing 22 pages it looks

11  like you reproduced verbatim the annual report for

12  the operations section of the health physics section

13  for the year 1952?

14          A.  It didn't reproduce very well.

15          Q.  Then somebody went over it with

16  handwriting to try to make it readable.

17          A.  That wasn't me.

18          Q.  Do you know who did that?

19          A.  No.  It could have been the secretary.

20  I don't know.

21          Q.  Well, I have to confess even with that

22  I'm having a lot of difficulty reading this

23  document.  Large parts of it are illegible.  I assume

24  it is legible somewhere, but you wouldn't know where

25  the original is other than Building 123, I take it,

178

1  is that right?

2          A.  I wouldn't know where the original is

3  at all now.

4          Q.  Would it have been in Building 123 when

5   you left the plant?

6          A.   That's probably where it was when I

7   used it.

8          Q.   If you look at the bottom of the page

9   numbered 2008869, it is also 91040?

10         A.   Got it.

11         Q.   Do you see the site survey?  There is

12   reference to a site survey and it describes certain

13   site survey activities, collecting data to establish

14   normal background activity, samples of air,

15   vegetation, water, snow, soil, mud, algae, and

16   wildlife.  Do you see that?

17         A.   Um-humn.

18         Q.   Do you recall why that was done?

19         A.   Do I recall why it was done?

20         Q.   Yes, sir.

21              MR. KURTENBACH:  Foundation.

22              THE DEPONENT:  I was not involved and I

23   don't know what the reasons were for it other than

24   what is stated there to try to establish a normal

25   background.

179

1      Q.  (BY MR. DAVIDOFF)  On the next page, 15

2  off site locations are given for air sampling?

3      A.  Um-humn.

4      Q.  Did those stay the same through the

5  time that you took over the responsibility in 1955?

6      A.  I can't pick out which ones, but I know

7  when I took over in '55 there was some of those had

8  been eliminated.

9      Q.  All right.  What was the reason for

10  taking baseline samples?

11      MR. KURTENBACH:  Form.

12      Q.  (BY MR. DAVIDOFF)  In those 15

13  locations?

14      A.  The theory I think back then at least

15  was that you did it to try to establish in the future

16  if you took more samples, when you were taking

17  something out to add to that naturally, and to my

18  knowledge and schooling at Rochester, and so forth,

19   this was a rather typical operation for nuclear

20   plants to establish something natural around them

21   knowing that very well natural activity exists.

22        Q.   Would you look at the next page of

23   text.  It is a page numbered 1, and under the general

24   heading Technical the first subheading is External

25   Dosimetry.  It is the page that ends in 8888?

180

1        A.   Okay.

2        Q.   Now, that indicates that at the time

3   you were interviewed you were told by the person who

4   was eventually to be our director, I guess that's Dr.

5   Chapman?

6        A.   Right.

7        Q.   That handling plutonium was only an

8   alpha radiation problem?

9        A.   Right.

10       Q.   And then apparently they found out

11  differently very quickly, is that correct?

12      A.  Yes.  Very shortly thereafter I think

13  we pretty well recognized that that wasn't the case.

14      Q.  Do you recognize any of the handwriting

15  on this page in the form that it was produced?

16      A.  No.  All I can say is none of it's

17  mine.

18      Q.  Do you agree with the comment in the

19  margin that 991 was the only hot building in 1952 and

20  771 was hot in May of 1953?

21      A.  991 was the only building with

22  plutonium in 1952?  I can't read the '52 there, but

23  that's what you said.

24      Q.  That's what I believe it says there.

25      A.  If it says 1952--

181

1          MR. KURTENBACH:  Are you talking about

2  the left side?

3      Q.  (BY MR. DAVIDOFF)  The left side?

4        A.   I'm sorry.  Well, I would take issue

5   with the word hot.  It was the only building that had

6   radioactive trails in 1952.

7        Q.   Now, it says by early 1956, this is

8   toward the bottom of the page, we had our own

9   equipment and we had convinced other management that

10  we did indeed have measurable quantities of neutrons

11  associated with plutonium operations.  Now, that

12  implies to me that the discovery that neutrons were

13  associated with plutonium operations came from you

14  and your other personnel at Rocky Flats, is that

15  correct?

16        MR. KURTENBACH:  Form.

17        THE DEPONENT:  I can't really say that

18  the discovery that we had neutrons came from us

19  because there was an operation going on in 1952 when

20  I was at Los Alamos that I knew very well there was

21  neutrons coming out of plutonium fluorine.

22        Q.   (BY MR. DAVIDOFF)  Well, why did you

23  have to convince your management that you did indeed

24  have measurable quantities of neutrons?

25        A.   Well, it kind of goes back to some of

182

1   the remarks I make about Dr. Chapman and that is that

2   he wasn't the most willing guy to agree that we

3   should add something to our dosimetry unless it was

4   absolutely necessary.  I think in that context we

5   finally convinced somebody that we had measurable

6   amounts.  We knew there were neutrons there, but we

7   had measurable amounts, and we ought to be trying our

8   darndest to get them on the dose records, and so

9   forth.

10        Q.   Now, if you will turn over two pages,

11   sir, to the page numbered 3 under the heading field

12   instrumentation.  The history that's given there of

13   field instrumentation I take it you prepared that

14   from plant records, is that right?

15            MR. KURTENBACH:  Form.

16            THE DEPONENT:  Well, the history of the

17   PeeWee, and so forth, you are looking at?

18          Q.  (BY MR. DAVIDOFF)  Yes, sir.

19          A.  I was very much involved in that myself

20  so probably most of that is written from memory or by

21  observations or whatever.

22          Q.  So what you wrote under the heading

23  field instrumentation was directly from your own

24  memory?

25          A.  I would say so.

183

1          Q.  All right.  Now, we can skip over to

2  the page numbered 4 and the reference to the 1969

3  fire where it states that the 1969 fire disabled the

4  countroom.  I think there's some pages repeated

5  here.  Pages 1, 2, and 3 get repeated, and then you

6  got to go over to four.  The 1969 fire disabled the

7  countroom in Building 776 and it was at that time

8  that a decision was made to centralize the counting

9  of air samples in Building 123 to preclude any future

10  possible similar problem.  Could you explain that

11  please?

12          A.  Well, by disabled there was

13  contamination inside the building at the time of the

14  fire.  The layout of the 76 building was such that we

15  had our office area, and then immediately to the rear

16  of the office area was an area which contained our

17  counting equipment used for air samples and smears,

18  and so forth, and it also contained our

19  instrumentation benches for people who kept our

20  equipment going, and then there was the door that led

21  actually from that room actually into the production

22  area.  There was contamination got through the cracks

23  of the door at the time of the fire.

24          In effect, when I say disabled the

25  countroom, we had to shut down our operations there

184

1  and try to clean things up to get them out of there

2  and do our work some place else so that's what I

3  mean.

4      Q.  Up until the 1969 fire the counts for

5  each of the production buildings were done in the

6  buildings?

7      A.  We had counting rooms in each building.

8      Q.  What about in the '57 fire?  Was the

9  countroom in Building 771 disabled?

10     A.  No.

11     Q.  Why not?

12     A.  Contamination never got to that part of

13  the building.

14     Q.  So starting in 1969 as a consequence of

15  lessons learned in the '69 fire, you decided to

16  relocate the countrooms to Building 123?

17     A.  Right.

18     Q.  Was that for all the production

19  buildings?

20     A.  Yes.

21     Q.  All right.  Now, continuing on to the

22  next page, the continuous air monitors?

23     A.  Okay.

24        Q.   It states that in the early to mid '60s

25  one of our health physicists, Bob Kirschner, again

185

1  with the support of the electronics group developed

2  the continuous air monitor, is that correct?

3        A.   Right.

4        Q.   I take it just reading through here it

5  appears that he started this in about 1966?

6        A.   Yes.

7        Q.   Prior to that you did not use

8  continuous air monitors?

9        A.   Can I explain what this continuous air

10  monitor did compared to other--

11        Q.   If you feel a need to explain, you

12  may.  Certainly.

13          A.   This continuous air monitor was

14  designed in such a way that it constantly was

15  measuring the radioactivity off of filter paper as

16  the air was sampled.  So you had the capability of

17  incorporating an alarm that if the radioactivity on

18  the filter paper reached a certain preset level, the

19  cam would alarm.

20          The purpose of this was that if you had

21  as we termed it a spill or a release from the glove

22  box that wasn't detected in any other way, if the

23  radioactivity in the air reached a certain level,

24  then this cam would sound the alarm, and that's

25  contrasted to the other air sampling that we have


186


1  continued to do which we counted the filter papers in

2  the countrooms.

3          Q.   At the bottom of this paragraph or the

4  second paragraph under continuous air monitors you

5  state the cam, which is your continuous air monitor

6  of course, does allow some improved sensitivity and

7  is, quote, politically, unquote, more acceptable.

8  What did you mean by that?

9        A.   Well, if you can tell somebody that you

10  are measuring specifically plutonium rather than just

11  an accumulation of total alpha activity on a filter

12  paper, then it is more acceptable to your critics.

13  That's what I mean by politically correct.  It is a

14  sophisticated piece in their eyes, but in our eyes

15  the cam for its purpose would suffice.

16        Q.   Now, looking above for a moment, did

17  you ever use any grades of plutonium besides weapons

18  grade plutonium, for example, commercial grade

19  plutonium?

20        A.   There was at least one what they call

21  campaign to process-- I forget what they call it-- it

22  was plutonium that had much higher levels of

23  plutonium 240 and 241.  This was campaigned in a

24  short period of time through your production

25  chemistry down to the metal, but it was kind of a one

187

1  time operation, and I know we did it at least at one

file:///D|/Putzier-%2003-15-95.txt

2 time, but I am not sure whether we did it any more

3 than one time.

4          Q.  When was that one incident that you

5 recall?

6          A.  I don't know.  It was in-- I can only

7 bracket it and say it probably was some time between

8 '58 and '65, but I may be completely wrong on that.

9 We were asked to do it by the A E C, and we set up a

10 campaign as we call it that says, okay, we are going

11 to get everything else out of the chemistry line and

12 that's all that's going to go in there.

13          Q.  Now, the rest of this page you go into

14 the half mask and full faced mask and frankly I'm

15 lost.  Can you explain what this is all about, maybe

16 just summarize it for us?

17          A.  Well, without reading it--

18          MR. KURTENBACH:  Form.  Relevance.

19          THE DEPONENT:  Let me try to do it

20 without reading this because I think I can do it.

21 From the very beginning we realized that we had to

22 have some kind of respiratory protection available,

23  and when I went to Los Alamos of course I observed

24  various kinds of usage of respiratory protection

25  equipment down there.  The half mask which was one

188

1  that we used mainly is a device that covers your nose

2  and mouth and has filter papers on either side in the

3  cheek area, and so when you breathe in there, the air

4  that you are breathing has been filtered before it

5  gets into your lungs.

6           The next level up from half masks is

7  the full faced mask which not only gives you

8  protection in the way the half mask does, but covers

9  your eyes as well, and you will have some kind of

10  lenses in them so they cover your whole face.

11           There was a controversy I guess you

12  would call it whether the half mask was acceptable in

13  all cases or whether you should have a full faced

14  mask for certain kinds of jobs, and so forth, and we

15  went through quite a lengthy time of justifying that

16  we had a lot of jobs in which half masks were

17  adequate.

18          We installed a mask fitting program

19  which utilized an innocuous gas or actually it was

20  particulates to take each individual and get him what

21  we call the best fit.  We had several different

22  manufacturers that made these masks, and from these

23  best fit measurements then we would tell them when

24  you are required to wear a respirator for some job in

25  the building, that's the respirator you should be

189

1  wearing.

2          Then we had another step up from--

3          Q.  (BY MR. DAVIDOFF)  Sir, at the risk of

4  insulting you, I think I have enough information on

5  that.  We can move on to the next question.

6          A.  Very good.

7          Q.  If you look at page 8-- unless there is

8    something that you feel you have to explain in that

9    connection.  I don't want to cut you off on any

10   answer.  At the bottom of page 7 you start to discuss

11   the air sampling system.  I take it this too you

12   wrote from your own personal memory, this entire

13   section, is that correct?

14        A.  I expect so.

15        Q.  It's stuff about what you have already

16   testified to?

17        A.  Yes.  I would have personally been

18   involved enough to write this pretty much from

19   memory.

20        Q.  Now, you indicate in the middle of that

21   first long paragraph at the top of page 8 that the

22   collection efficiency of 99 percent, a counting loss

23   figure of 30 percent due to particle burial and

24   consequent loss of alpha radioactivity was passed on

25   by your supervisor as something that had been

190

1  determined at Oak Ridge and that you had not verified

2  the accuracy in the literature and it was subject to

3  some question, is that right?

4        A.  Well, up to that point in time we

5  hadn't verified it, yes.

6        Q.  Did you subsequently verify it?

7        A.  We had data and I think the rest of the

8  paragraph tells you about that when we finally

9  developed the wound counter which could measure the

10  X-rays from plutonium 239.  Then we decided there was

11  a way to take an air sample, count the alpha

12  radiation off from it, and take it to the wound

13  counter and count the X-ray radiation off from it and

14  compare the two and decide what kind of loss you had

15  in the alpha count.  It came in at that 30 percent

16  well enough that we continued on with the 30 percent

17  factor for what we term burial loss.

18        Q.  Two paragraphs further on you refer to

19  the very high ventilation rate in the building which

20  as you recall might have been as many as 20 or more

21  air changes per hour.  Is that for the entire

22  Building 771?

23         A.   It might have varied from room to room,

24  but that was typical.

25         Q.   The purpose was to get any potentially

191

1  contaminated air out of the building as fast as

2  possible?

3         A.   The purpose really was to-- I don't

4  know if it had more than one purpose, but as far as

5  we were concerned it was the best thing to do because

6  if you had a release from the glove box, it didn't

7  spread all over the place.  It was directed towards

8  an exhaust and minimized the area that would have

9  been contaminated from some loss of integrity of the

10  glove box.

11         Q.   You can turn over to page 10, sir.

12  Again I think that the description in the first full

13  paragraph there describes how you did air sampling in

14  the stacks in the early days.  You referred to that

15  earlier in your deposition, is that correct?

16      A.  Um-humn.  Yes.

17      Q.  You would have written this from your

18  personal knowledge too, is that correct?

19      A.  Yes.

20      Q.  Then you go on in the next long

21  paragraph to say that at the time of the '57 fire we

22  lost our sampling of the exhaust duct in Building 771

23  since the power lines into the filter plenum area

24  were literally burned off, is that correct?

25      A.  That's right.

192

1       Q.  You go on to say the one argument that

2  can be used to say that during that period of time we

3  probably could not release very much is because when

4  we lost power, it also shut down the building exhaust

5  fans.  Do you see that?

6       A.  Yes.

7          Q.   But the fact is that the building

8   exhaust fans were turned up to high speed by Mr.

9   Venable, isn't that correct?  Didn't you tell us that

10  before?

11          MR. KURTENBACH:  Form.

12          THE DEPONENT:  At some point, but that

13  was not necessarily a momentary thing, but that

14  doesn't last.  I don't know how long they were on

15  high speed frankly, if they were in fact turned on

16  high speed.

17          Q.   (BY MR. DAVIDOFF)  Well, sir, are you

18  changing your testimony now from what you said

19  before?

20          A.   I don't know what I said in there.  I

21  said Mr. Venable gave the order to turn them on high

22  speed.

23          Q.   You know that Mr. Venable gave the

24  order to turn them on to high speed, correct?

25          A.   I was told that.

1        Q.   And you know that they were running for

2   some period of time before the power was cut off, is

3   that correct?

4        A.   Yes.  They were running before the

5   power was cut off.  At what speed I don't know.

6        Q.   In the last sentence of this paragraph

7   you say there was however the possibility that supply

8   fans may have created positive pressure inside the

9   building for a period of one-half hour or so.  What

10  does that mean?

11       A.   Well, in a ventilation system such as

12  you had in Building 71 you had a kind of a balance

13  between the fans that were bringing air into the

14  building and fans that were taking air out, and a

15  balance as such that you maintain some negative

16  pressure within the building, the total building

17  itself, but if you cut off the exhaust fans and you

18  still had something pushing air in the building, then

19  there could be some positive pressure in the building

20  for whatever period that was.  I wrote a half hour.

21  I must have had some reason to write that.

22      Q.  All right.  Now, in the next page at

23  the top you refer to a system being there only for

24  political purposes.  That's in the second line.  Then

25  if you go down one, two, three, four paragraphs, in


194


1  the paragraph beginning in the last several years

2  there has been a fair amount of discussion on the

3  need for stack sampling capability for fission

4  products.  Perhaps from a political standpoint we

5  need to be able to give an answer should we ever have

6  a criticality at Rocky Flats.  Again I'm going to ask

7  you what you mean by the reference to the word

8  political there in those two contexts?

9      A.  Pretty much the same as I meant before

10  that there are things that were done that cost us

11  lots of money, but we did them to satisfy critics and

12  press and that sort of thing.  I didn't think that

13  was really necessary.

14        Q.  I understand.  Then if you look at the

15  paragraph beginning in the early 1970s, we did

16  augment the environmental sampling program with high

17  volume pumps, paren, the two mile 12 station high

18  volume network was complete on February 11th, 1971,

19  close paren.  By then we had achieved much more lab

20  capability in terms of measuring specifically for

21  plutonium and much more sensitivity from the

22  standpoint that we were sampling more air.  Also it

23  was necessary to report levels much less than the

24  so-called off site standards.  Now, do I infer

25  correctly from that that it was in the early '70s


195


1  that you achieved the lab capability to measure

2  specifically for plutonium?

3        A.  It was done before, but there were some

4  improvements that came on over the years that I would

5  read this to say that what I was trying to say here

6  was by that time it was much easier to do it.

7       Q.  When you said it was necessary to

8  report levels much less than the so-called off site

9  standards, was that again for political reasons?

10      A.  I would say so.

11      Q.  It says here at the bottom of page 11

12  the air sampling which was done over the years in

13  uranium operations did not give results which were

14  alarming, but we certainly did have some airborne

15  contamination from the uranium.  Could you describe

16  that airborne contamination please?

17      A.  Well, the airborne contamination I'm

18  speaking about there would have been in the process

19  areas, and if you read the next sentence, this is why

20  I say it because we had a urinalysis-- I'm talking

21  about that same paragraph-- but we had a urinalysis

22  program for the uranium workers as well as the

23  plutonium workers and there were positive results in

24  the urine, not alarming results, but measurable

25  results, and this would imply that there was airborne

196

1  contamination, and of course the other thing would

2  have been the fact that there probably was some

3  measured on the air samples themselves.

4      Q.  The next section of this deals with the

5  wound counter.  We can skip that.  The next section

6  after that deals with internal dosimetry, and I only

7  have a couple of questions arising here.  Starting

8  toward the top of page 15 you refer to the Langham

9  equation being adopted here in the 1960s.  Could you

10  explain what that means?

11      A.  Dr. Langham of Los Alamos had compiled

12  data on excretion of plutonium from humans, and he

13  developed a rather complicated mathematical

14  relationship between the amount of plutonium a person

15  had in his system-- I am not talking about lungs--

16  I'm talking about we call it a systemic burden-- and

17  he developed an equation that incorporated the

18  urinalysis result and a time factor that would

19  extrapolate this guy has .01 micro sustemic burdens

20  or something like that.

21       Q.   All right.  One other question I have

22  on that, and that is, the presumed equilibrium that

23  you say in here does not exist or is biased?

24       MR. KURTENBACH:  Where is that?

25       Q.  (BY MR. DAVIDOFF)  That's in the same

197

1  paragraph.  Would you explain what you mean by that?

2  To save time, I will withdraw that question.

3       Let me go on to page 17 where you refer

4  at the top of the page to the americium and plutonium

5  that could serve very well as a tracer.  The

6  americium gamma ray as a tracer for plutonium.  Again

7  is that something that was developed only in the

8  early 1970s?

9       MR. KURTENBACH:  Form.

10       THE DEPONENT:  We knew that americium

11  was in plutonium, and when Oak Ridge Natural

12  Laboratory-- no, it wasn't Oak, it was White Bulk

file:///D|/Putzier-%2003-15-95.txt

13  Plant of Oak Ridge developed the capability with a

14  body counter to measure uranium, we got very

15  interested in getting the body counter and starting

16  to use it for uranium, and actually the body counter

17  was justified for that purpose, but once we got it we

18  started to do some work on some people that we knew

19  had lung burdens of plutonium and discovered we were

20  able to measure the americium gamma with that body

21  count.

22      Q.  (BY MR. DAVIDOFF)  Did you ever answer

23  the questions that you raised in the next two

24  paragraphs further down as we were able to make

25  measurements of plutonium in lungs by using 241

198

1  americium as a tracer, and then it goes on and it

2  raises some questions?

3      A.  I think I mentioned this morning that I

4  had to go to these universities to try to get some

5    research done on the-- I'm searching for the term--

6    to get them to try to help us in determining the

7    translocation rates is what they call them of

8    americium versus plutonium, and that's what I'm

9    talking about.

10        Q.   Were those questions ever

11   satisfactorily answered, the questions that you

12   raised in that paragraph?

13        MR. KURTENBACH:  Objection.  Form.

14   Relevance.

15        THE DEPONENT:  Well, at that point in

16   time when I left, it hadn't been yet.

17        Q.   (BY MR. DAVIDOFF)  When you left in

18   1982?

19        A.   Yes.

20        Q.   Those questions just to be specific

21   were, does americium 241 translocate from the lungs

22   at a different rate than plutonium?  That was one

23   question.  The second was, would it be different for

24   americium already in the mixture as compared to

25   americium growing with time from plutonium 241 in the

199

1 lung?  The third question was, would it be different

2 for each of the possible chemical forms?  Is that

3 right?

4        A.  Yes.

5        Q.  Incidentally, I need to just digress

6 for one second.  You are aware of our request for an

7 interview with you prior to your deposition?

8        A.  Yes.

9        Q.  Was that communicated to you?

10        A.  I think it was you who called me.

11        Q.  I called you once and you declined an

12 interview at that time.  Are you aware of a more

13 recent request through Mr. Kurtenbach or Mr. Lillie

14 for this week for an interview with you?

15        A.  No.

16        Q.  That was not communicated to you?

17        A.  No.

18        Q.  So you are not aware that we made that

19 request through Mr. Kreutzer and that your counsel

20 reported back that you declined to be interviewed at

21 this time?

22          MR. KURTENBACH:  I am not aware of it

23 either.  It certainly wasn't made through me.

24          THE DEPONENT:  After you called me, I

25 called Mr. Lillie right away and told him about it.

200

1     Q.  (BY MR. DAVIDOFF)  Did he advise you to

2 decline my request for an interview?

3          MR. KURTENBACH:  Don't answer.

4          MR. DAVIDOFF:  I object to the

5 instruction.

6     Q.  (BY MR. DAVIDOFF)  That was before Mr.

7 Lillie represented you as your lawyer, was it not?

8          MR. KURTENBACH:  You can answer that

9 yes or no.

10     Q.  (BY MR. DAVIDOFF)  I called you at a

11 time when we were told that you were not represented

12  by the Dow lawyers.  You declined to be interviewed

13  at the time.  I think you said you would consider it

14  or you would think about it.  You then called Mr.

15  Lillie, is that correct, so far?

16         MR. KURTENBACH:  I think there is a

17  foundation problem with that question.  You sort of

18  slipped something in about at a time that you were

19  advised that the man was not represented.

20         MR. DAVIDOFF:  That's a record in the

21  prior deposition.

22         MR. KURTENBACH:  Was it a deposition I

23  was at?

24         MR. DAVIDOFF:  I don't recall.  I think

25  so.  I think I asked you specifically.


                    201


1          MR. KURTENBACH:  There was a deposition

2  that I was at where you asked me if I represented the

3  man, and I said we will get back to you on that, and

4    you represented you would not contact him until you

5    got back to him.  After that period of time--

6            MR. DAVIDOFF:  I'm sure I spoke to Mr.

7    Putzier long before that because that deposition was

8    a couple of weeks ago.  I spoke to Mr. Putzier a long

9    time ago.

10        Q.  (BY MR. DAVIDOFF)  Would you please

11    answer the question.  Did Mr. Lillie prior to the

12    time that he became your lawyer advise you to decline

13    our request for an interview?

14            MR. KURTENBACH:  Foundation.  Don't

15    answer.

16            THE DEPONENT:  No, he didn't.

17        Q.  (BY MR. DAVIDOFF)  Whose decision was

18    it to decline our request for an interview?

19        A.  Mine.

20        Q.  Why did you make that decision?

21        A.  If I may, I would like to go back in

22    time a couple of months because there was in talking

23    with a lady named Barbara Swenson at the plant she

24    was advising me that I may be asked to do some of

25    these things and at that point in time she advised me

202

1  I would have these other folks including Mr. Lillie's

2  group, and so forth, represent me.

3      Q.  And did you reply to Ms. Swenson at

4  that time?

5      A.  No.  It was just a matter of

6  information.

7      Q.  So you didn't indicate a preference to

8  be represented one way or the other?

9      A.  Not at that time, no.

10     Q.  Why did you decline our request for an

11  interview with you?

12     A.  I feel more comfortable if I'm going to

13  be talked to by you, to have someone at my elbow in

14  the way of legal counsel.

15     Q.  Let me ask it more directly.  You view

16  us as your adversaries, don't you?

17         MR. KURTENBACH:  Form.

18          THE DEPONENT:  Well, I guess I can't

19  help but view you that, yes.

20          Q.  (BY MR. DAVIDOFF)  As adversaries?

21          A.  Yes.

22          Q.  And that's because of the fact that we

23  are suing the Rocky Flats plant that you worked at or

24  the Rocky Flats contractors that you worked for for

25  30 years, is that correct?

203

1          A.  It might be because I have a lot of

2  other opinions as well.

3          Q.  And your opinions about our lawsuit are

4  negative, is that right?

5          A.  I will have to admit they are.

6          Q.  You indicated earlier today that you

7  have a problem with your wife and that you need to

8  conclude about this time?

9          A.  Yes.

10          Q.  As I told you off the record, I am

file:///D|/Putzier-%2003-15-95.txt

11  going to honor those medical requests completely.  We

12  have agreed that because of the same medical problem

13  we are going to start again at 10:30 tomorrow

14  morning?

15      A.  If I can get her home and back.

16      Q.  So you will call us though when you are

17  departing from the doctor's office?

18      A.  I will try to call you from there, and

19  then that's going to be another half hour because I

20  got to drive.

21      Q.  I just want to have an approximate time

22  for you to be here.

23          MR. DAVIDOFF:  Thank you very much,

24  sir.

25          (Whereupon, a document was marked for

204

1  identification Deposition Exhibit No. 505 A through

2  505 D by the reporter.).

3

4          (Whereupon, at 4:37 p.m., the

5  deposition was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

205

1              I, ANTHONY PUTZIER, do hereby state

2  under oath that I have read the above and foregoing

3  deposition, and that the above transcript and

4  accompanying correction sheets, if any, constitute a

5  true and correct record of my testimony.

6

7

8

9

10                 ANTHONY PUTZIER

11

12
   STATE OF COLORADO           )
13                       ) ss.
   CITY & COUNTY OF DENVER    )
14
              Subscribed and sworn to before me by
15  the said ANTHONY PUTZIER, this    day of          ,
   1995.
16
              My commission expires

17

18

19                    NOTARY PUBLIC

20

21

22

23

24

25

206

1                CERTIFICATE

2

3  STATE OF COLORADO          )
   CITY & COUNTY OF DENVER ) ss.
4
            I, Nancy E. Hogan, a Certified
5  Shorthand Reporter, a Registered Professional
   Reporter, and a Notary Public within and for the City
6  and County of Denver, State of Colorado, do hereby
   certify that previous to the commencement of the
7  examination of the said ANTHONY PUTZIER, a witness
   called for examination by the plaintiff herein, in
8  the said suit in the said District Court, was duly
   sworn by me to testify the truth in relation to the
9  matters in controversy now pending and undetermined

between the said parties so far as he should be
10  interrogated concerning the same;


11          That the said deposition was taken in
   shorthand by me at 1406 Pearl, City and County of
12  Boulder, State of Colorado, on the 15th day of March,
   1995, at 10:03 p.m., and was reduced to typewritten
13  form under my supervision;


14          That the foregoing is a true transcript
   of the questions asked, the testimony given, and the
15  proceedings had;


16          That I am neither attorney nor counsel,
   nor in any way connected with any attorney or counsel
17  for any of the parties to said action, or otherwise
   interested in its event.
18
            IN WITNESS WHEREOF, I have hereunto set
19  my hand and affixed my notarial seal this 27th day of
   March, 1995.  My commission expires November 5, 1998.
20


21


22          Nancy E. Hogan, CSR/ RPR
            and Notary Public.
23


24


25