1

1       IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLORADO

2
     Civil Action No. 90-K-181

3

4  MERILYN COOK, et al.,

5                  Plaintiffs,

6  vs.

7  ROCKWELL INTERNATIONAL CORPORATION, et al.,

8                  Defendants.

9
     ---------------------------------------------------------
10
     DEPOSITION OF EDWARD A. PUTZIER - VOLUME II

11  MARCH 16, 1995

12  ------------------------------------------------------
                          1406 Pearl, Suite 200
13                        Boulder, Colorado

14  APPEARANCES:

15        BERGER & MONTAGUE
             MERRILL G. DAVIDOFF, ESQ.
16        JONATHAN AUERBACH, ESQ.
             1622 LOCUST STREET
17         PHILADELPHIA, PENNSYLVANIA  19103
                and
18         DAVID KREUTZER, ESQ.
             1911 11TH, SUITE 311
19          BOULDER, COLORADO  80302

20                   For the Plaintiffs.

21

        KIRKLAND & ELLIS

22         DOUGLAS J. KURTENBACH, ESQ.

        200 EAST RANDOLPH DRIVE

23         CHICAGO, ILLINOIS  60601

24            For Dow Chemical.

25

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

2

1       The continued deposition of EDWARD A.

2 PUTZIER, produced, sworn and examined upon oath on

3 the 16th day of March, 1995, at 10:45 a.m., at 1406

4 Pearl, Suite 200, Boulder, Colorado, before me, Susan

5 Bretschneider, a Shorthand Reporter and a Notary

6 Public within and for the City and County of Denver,

7 State of Colorado, pursuant to the Federal Rules of

8 Civil Procedure for the examination of the said

9 EDWARD A. PUTZIER, a witness called for examination

10  herein.

11

12

13          I N D E X

14  Witness:                    Page No.

15

16  EDWARD A. PUTZIER

17

18  Continued Examination by Mr. Davidoff    4, 132

19  Examination by Mr. Kreutzer            125

20

21          Marked at

22  Exhibit No.                Page No.

23

24      SEE CONCORDANCE WHICH IS ATTACHED

25


        AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



                        3

1          MR. DAVIDOFF:  Okay, the record should

2   note that we are starting at a quarter of 11 to

3   accommodate Mr. Putzier's wife's medical problem,

4   and --

5          A.   May I -- may I?

6          MR. DAVIDOFF:  Sure.

7          A.  I have an appointment at nine tomorrow

8 morning.

9          MR. DAVIDOFF:  Well, tomorrow morning

10 we were going to do it in Denver, if we were going to

11 do it anyway, and under those circumstances -- I mean

12 we were going to have to conclude by 11:30.  And if

13 you have a medical appointment at nine, by the time

14 you got to Denver, probably it would be 10:30 or 11

15 o'clock, so, Mr. Kurtenbach, would you agree it

16 doesn't make sense to continue tomorrow under those

17 circumstances?

18          MR. KURTENBACH:  Sounds like it.

19          MR. DAVIDOFF:  All right.  And --

20          MR. KURTENBACH:  I would also say,

21 though, that he had never agreed to do it in Denver,

22 and I found from yesterday he did not want to go to

23 Denver with his wife in this condition.

24          MR. DAVIDOFF:  All right, we'll come

25 back and finish it in Boulder.  I don't think we are

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

4

1  going to get done today, so we'll have to come back

2  to Boulder to finish it.

3          Let's go off the record for a minute.

4          (There was discussion off the record.)

5          MR. DAVIDOFF:  I offered to do it

6  Thursday and Friday of next week or Wednesday and

7  Thursday and because of other depositions scheduled

8  those days, Mr. Kurtenbach feels that they can't do

9  it then.  I won't press the point.

10          You are not available the following

11  week, is that --

12       A.  That's right.

13          MR. DAVIDOFF:  We'll have to discuss a

14  rescheduled date to complete the deposition.

15          MR. KURTENBACH:  Okay.

16          CONTINUED EXAMINATION

17       Q.  (BY MR. DAVIDOFF)  Now, I want to go

18  over a couple things before we get back to your

19  memoirs here.

file:///D|/Putzier-%2003-16-95.txt

20      A.  Okay.

21          Q.  When you -- how many conversations did

22  you have with Barbara Swenson about the possibility

23  or the actuality of your being deposed in this case?

24          A.  I am not sure that I had any for this

25  specific case.  I -- I am not quite sure what cases

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

5

1  that we were talking about when I talked to her

2  because I have been called by someone else sometime

3  back, and I called her to find out what it was all

4  about.  I actually didn't know what case it was.

5          Q.  When you say sometime back, I think you

6  said yesterday it was within the last year, though;

7  is that right?

8      A.  Yes.

9          Q.  I think that was this case.  I am not

10  aware of any other --

11          A.  Well, it might have been, but --

12      Q.  All right, how many conversations did

13  you have with Barbara Swenson within the last year?

14      A.  Two or three.

15      Q.  About prospective depositions?

16      A.  I expect that is what they were, yeah.

17      Q.  Now, Barbara Swenson, was she employed

18  at Rocky Flats in 1982 or -- sorry, in 1983 when you

19  retired?

20      A.  I don't know.  I never really knew her

21  until I found out she was the contact for me out

22  there.

23      Q.  How did you find that out?

24      A.  I think she called me one time.

25      Q.  So she called you and informed you that

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

6

1  she was the contact?

2      A.  Yeah, I don't remember the

3  circumstances, but I think she called me, and that is

4  how I found out what her situation was.

5       Q.   She's an EG&G employee; is that right?

6       A.   I assume so.  She told me that.

7       Q.   What -- I am just sort of curious as to

8  your reasoning process here.  Why did you think that

9  she had jurisdiction to instruct you as to who you

10  should contact or who should work --

11      A.   I didn't.

12           MR. KURTENBACH:  I object to the form

13  of the question.

14      A.   I didn't know what kind of jurisdiction

15  she had.  I was just -- she seemed to be the -- what

16  you might call the in-between person.

17      Q.   (BY MR. DAVIDOFF)  Right, I understand

18  that, and I am just wondering, did she tell you that

19  Dow's lawyers would represent you if you wanted to be

20  represented?

21      A.   I believe at some point in time she

22  commented on Dow and Rockwell's lawyers.

23      Q.   Now, did you wonder why an EG&G

24  employee, whom you had not known when you worked for

25  Dow and Rockwell, was instructing you about --

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

7

1       A.  No.

2       Q.  -- Rockwell's -- excuse me, let me just

3  finish the question -- about Rockwell and Dow lawyers

4  representing you?

5       A.  No, I didn't wonder about that because

6  it seemed to me that we had continuity from Dow to

7  Rockwell, and I assumed there must have been

8  continuity from Rockwell to EG&G.

9       Q.  Did she tell you that she was acting at

10  the behest of DOE or Dow or Rockwell or anyone other

11  than EG&G?

12      A.  I don't remember, I don't remember.

13      Q.  How did she identify herself to you

14  when she contacted you?

15      A.  It was Barbara Swenson, niece of a

16  person I knew and a former neighbor of mine.

17      Q.  Did she tell you what her position was

18  at EG&G?

19       A.  Only that she was in the legal office

20  out there.

21       Q.  Did she suggest to you that you consent

22  to be represented by a Dow or Rockwell lawyer?

23       A.  Suggested -- say that again.

24       Q.  I think it would be easier if I had the

25  reporter reread it.

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

8

1       (The record was read as requested.)

2       MR. KURTENBACH:  Form.

3       A.  I don't think she made any suggestions

4  that I be.  I think it was more with the idea that

5  they would be available.

6       Q.  (BY MR. DAVIDOFF)  Did she ask you or

7  suggest to you in any way that you should contact her

8  immediately if you were contacted by one of the

9  Plaintiffs' lawyers in this matter?

10       MR. KURTENBACH:  Form.

11      A.  I think she gave me that option.

12      Q.  (BY MR. DAVIDOFF)  And in the course of

13  the discussion, did she suggest or state that because

14  the Plaintiffs' interests were adverse to Rockwell

15  and Dow and your interests were adverse to the

16  Plaintiffs', that you should be represented by one of

17  their lawyers?

18          MR. KURTENBACH:  Form.

19      A.  I don't remember that kind of detail,

20  no.

21      Q.  (BY MR. DAVIDOFF)  Tell me what else

22  you can remember about any of the two or three

23  conversations you had with her.

24      A.  They were very brief and to the point,

25  really, as -- I had a phone call one time from

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

9

1  somebody, and I don't know who it was, some attorney

2  who was -- wanted to visit with me, and I felt I

3  should call -- call her and tell her that because

4  she -- in previous conversations she sounded to me

5  like they would like to know what was going on.

6        Q.   Did she ever suggest to you that you

7  should not talk to the attorneys for the other side?

8        A.   No.

9        Q.   Did she ever suggest to you that if you

10  did talk to the attorneys for the other side, that

11  one of the Dow or Rockwell attorneys should be there?

12        A.   I don't remember that she suggested

13  that, but during the course of the conversation I

14  think that was what we at least together --

15        Q.   Discussed?

16        A.   -- concluded that I would like to have,

17  yes.

18        Q.   Did she mention any DOE lawyers, either

19  a Dick Kaufman or Mr. Chavez or Mr. Fingerett?

20        A.   No, no, no.

21        Q.   No?  Did she mention any EG&G lawyers?

22        A.   No, I don't know anybody affiliated

23  with EG&G who is an attorney at all.

24        Q.   All right, now, let me just ask you

25  some other substantive questions, and then we are

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

10

1  going to try to get some of this, at least as much of

2  this done as possible, this being Exhibit 500 and

3  some of these other that we marked.

4         We marked some more exhibits last

5  night, so before we leave tonight we have got to make

6  sure that we at least identify those other exhibits

7  that we marked.

8         Did you -- were you apprised in the

9  1950s when barrel storage began in an area known as

10  the mound area?

11         MR. KURTENBACH:  Form.

12      A.  I had -- I don't remember that I was

13  ever apprised of it or knew that it was happening.

14  It was being done by another group.

15      Q.  (BY MR. DAVIDOFF)  Who was the group

16  that was doing it?

17      A.  To my recollection, the -- the waste

18  group under Mr. Epp was the one that was involved in

19  handling those kinds of things.

20       Q.  I'm going to show you Exhibit 206 which

21  is a schematic titled Rocky Flats Site Waste Disposal

22  Areas which came out of the ChemRisk reports and ask

23  you if you can locate the mound area for us verbally

24  on that without writing on it.  May I come around

25  just for -- or just lean over you for a minute?


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



11

1       MR. KURTENBACH:  Sure.

2       A.  Well, I can see the mound area here,

3  because it's identified with typed in words and an

4  arrow.

5       Q.  (BY MR. DAVIDOFF)  Okay.

6       A.  Now, what else would you like?

7       Q.  Just north of the 903 Pad area?

8       A.  It's north of a -- of the Central

9  Avenue, which is the street that runs down the center

10  of the plant east and west.  The 903 Pad is on the

11  south side, the mound area is north of that street

12  and a little bit northeast.

13      Q.  All right, can you hand that back to

14  me?

15      A.  Yes.

16      Q.  When did you and the Health Physics

17  Department first become apprised that barrel storage

18  and burial was taking place in the mound area?

19      MR. KURTENBACH:  Form.  Foundation.

20      A.  Well, definitely we became apprised

21  after the identification of all these burial sites

22  because we started to get rid of some of them, and

23  then -- and prior to that, I am not sure that I ever

24  remembered anything about that mound.

25      Q.  (BY MR. DAVIDOFF)  Okay.  Do you recall

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

12

1  how many barrels were dug up in the mound area?

2      A.  No, I don't.

3      Q.   Were all barrels dug up and shipped

4   elsewhere?

5      A.   Yes.

6      Q.   And where were they shipped?

7      A.   Idaho.

8      Q.   Okay.  And while we have this map out,

9   I'd like you to identify other areas known to you

10   where radioactive contaminated wastes were buried or

11   stored, if you would, please?

12           MR. KURTENBACH:  I object.  I think

13   it's a waste of time.  You have already marked a

14   report where the whole issue was summarized.

15      A.   I don't know where to begin.

16      Q.   (BY MR. DAVIDOFF)  Anywhere you want.

17      A.   You want to get home tonight?  Well,

18   starting at the east end of the plant there are,

19   let's see, I see about nine or 10 trenches.

20      Q.   The ones that are numbered?

21      A.   They are numbered, numbered up to 11,

22   but I don't see the continuity -- I guess I see

23   one -- I see two is quite displaced from those

24   others.  Okay, then --

25        Q.   So trenches one through 11 were all

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

13

1   waste storage areas where barrels of waste were

2   stored?

3        A.   Frankly, I don't remember what was put

4   in them.  I know there wasn't necessary -- it wasn't

5   drums until there were a few drums, I mean they were

6   probably for other kinds of materials.  I am not sure

7   what those other kind of materials were, but the

8   drums, doesn't ring a bell that would have been

9   drums.

10        Q.   All right.

11        A.   You have already mentioned the mound

12   area.  Contaminated soil burial which is located

13   mainly to the east of Building 881.

14        Q.   Okay.

15        A.   There is a chemical burial indicated as

16   being southeast of Building 881.

17    Q.  Uh-hum.

18        A.   There is an indication of a concrete

19  slab disposal which I don't know whether we are

20  talking burial or not, but that's in the -- to the

21  northwest corner of 81.  An original landfill area

22  which was located south of the 44 Building complex.

23  I am not sure that I'd categorize the ash pits as

24  burials, but they are indicated on the drawing.

25        Q.  All right.  See the indication for


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


14

1  liquid dumping, it's at the bottom of the page and

2  there's an arrow pointed up, and it's up again in

3  that -- points up toward that 881 area?

4        A.  Yes.

5        Q.  What types of liquids were dumped in

6  there?

7        A.  I don't know.

8        Q.  All right, continue.

9       A.  Let's see here, there's indicated a

10  Building 334 parking lot soil burial which I don't

11  know anything about at all.

12      Q.  Okay, go to the next area.

13      A.  I don't know whether the indicated

14  scrap metal disposals is intended to be a burial site

15  or not.  It doesn't say burial.

16      Q.  All right.  What is this 800 area

17  radioactive site, to your knowledge?

18      A.  I don't know what that is.

19      Q.  All right, keep going.

20      A.  There's asphalt and soil burial which

21  is, again, southeast of Building 881.

22      Q.  Can I direct your attention to a couple

23  of things?

24      A.  Yeah.

25      Q.  The radioactive soil dump site, what

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

15

1  was dumped up there, to your knowledge?

2      A.  I don't remember.

3      Q.  All right, we're -- one of the reasons

4 I'm showing you this is that we're going to look at

5 some documents later in your deposition that refer to

6 waste disposal areas, and it is not clear from the

7 document which waste disposal area they are referring

8 to, so I am going to keep this in front of you so

9 that you can refer to it when we're asking you that

10 question.

11      A.  All right.

12      Q.  See the one that says present landfill?

13      A.  Yes.

14      Q.  What does that refer to?

15      A.  The present landfill would be like a --

16 a city disposal area where you would take solid

17 waste, in this case not considered radioactively

18 contaminated to the point where you ship them off to

19 Arco, and you put them out there and then backfill

20 with soil.

21      Q.  Is that the landfill that Coors Brewing

22 Company was allowed to dump some of its uranium in?

23      A.  I don't know anything about the Coors

24  burial or even if there was any on the plant site.

25      Q.  Was that landfill monitored, the large

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

16

1  landfill that's labeled in Exhibit 206 as present

2  landfill?

3          MR. KURTENBACH:  Form.

4      A.  It wasn't -- it wasn't monitored at any

5  time that I had anything to do with the monitoring

6  group.

7      Q.  (BY MR. DAVIDOFF)  All right, you can

8  put that aside for the time being.  I want to turn

9  back -- we had left off around page 19 of your

10  report, and I have a couple of --

11      A.  This?

12      Q.  Yes, sir, your memoirs.  Can I call

13  them your memoirs, Exhibit 500?

14      A.  It's up to you.  Excuse me, what page?

15      Q.  Well, I want to take you back for just

16 one second to page 13, the page numbered 15 at the

17 bottom.

18          MR. KURTENBACH:  15 or 13?

19          MR. DAVIDOFF:  15.

20          MR. KURTENBACH:  All right.

21     Q.   (BY MR. DAVIDOFF)  You have a statement

22 in there:  I am of the opinion that in many of our

23 internal body burden cases, the presumed equilibrium

24 does not exist or is biased since many were the

25 results of punctures, material taken in through the

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

17

1 skin or whatever, and this is at least partially the

2 reason for the higher numbers.  Could you explain

3 that?

4          MR. KURTENBACH:  Relevance.

5     A.   That last sentence there is kind of

6 taken out of context, and I'll have to refer to the

7 rest of the paragraph to do it.

8       Q.   (BY MR. DAVIDOFF)  Sure, please, you

9  are welcome to do that.

10       A.   The concept of systemic body burden of

11  plutonium implies that you are measuring plutonium in

12  the total body.  That's the implication of systemic

13  body burden.  If you have localized amounts of

14  plutonium such as indicated here in a puncture wound

15  and there is residual plutonium, that is a source of

16  seeking into the system that then will bias the end

17  result upward probably.

18       Q.   Okay.  All right, now, I have a

19  follow-up question about that.  If you have plutonium

20  that's taken in as the result of puncture or through

21  the skin, the body disposes of that plutonium a lot

22  faster than plutonium that's taken in through the

23  lung.  Is that basically correct --

24       MR. KURTENBACH:  Form.

25       Q.   (BY MR. DAVIDOFF) -- or not?

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

1          A.  I think we were taught the other way

2   around.

3          Q.  How were you taught?

4          A.   That the clearance of the lung was at a

5   faster rate than the -- what we call the biological

6   half-life of a systemic burden.  Now, the -- the

7   plutonium that would be deposited in the finger would

8   be -- I don't know if anybody can say how fast that

9   might go out, and it may not -- it may not -- it may

10  be a point in time when the defenses -- body defenses

11  would encapsulate that material like it does other

12  foreign objects, and maybe you don't get anything

13  from it at all.

14         Q.  When you say you were taught the

15  opposite, I think, or something to that effect --

16         A.   Yes.

17         Q.  -- was that the belief that you held

18  during the entire time that you were in the Health

19  Physics Department at Rocky Flats?

20         A.  Oh, yeah.

21             MR. KURTENBACH:  Form, mischaracterizes

22  his testimony.

23        A.   Yes.

24        Q.   (BY MR. DAVIDOFF)  All right, you can

25  turn now to page 18 again, and I think we mentioned

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

19

1  this yesterday, but I just have a follow-up question

2  on the Transuranium Registry that's referred to here?

3        A.   Which paragraph?

4        Q.   It's the paragraph that begins:

5  Closely related to the above.

6        A.   Okay.

7        Q.   It goes on to say:  Was the

8  establishment of the Transuranium Registry.  Do you

9  know where those tissue samples were maintained?

10            MR. KURTENBACH:  Form.

11        A.   Let me read it for one minute.

12        Q.   (BY MR. DAVIDOFF)  Sure, tell me when

13  you are ready.

14        A.   All right.  You had a question?

15      Q.   Yes.  Where are the tissue samples from

16  the Transuranium stored or where were they stored

17  when you wrote your memoirs in 1982 and 1983?

18          MR. KURTENBACH:  Form.

19      A.   The tissues were actually processed for

20  radioactive material.

21      Q.   (BY MR. DAVIDOFF)  They weren't stored?

22      A.   I don't know of any that were stored.

23  See, this was a -- a program that was not -- that was

24  not specifically Rocky Flats, but it was specific --

25  it was -- it encompassed other people that worked

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

20

1  with plutonium as well or other plants worked with

2  plutonium, so we did our own -- by we, I mean our

3  laboratory did the analysis for any tissues that

4  were -- that we had from people who died that had

5  worked with Rocky Flats.

6      Q.   Now, you also collected tissues from

7 people that were not workers at Rocky Flats, people

8 that lived in the area; is that correct?

9        A.  Not that I know of.

10        Q.  If you look toward the bottom of the

11 paragraph -- and we may find some other documents on

12 this later -- my perception is that the maximum

13 success is dependent upon the medical director --

14 well, sorry, that refers to a place, a former place?

15        A.  Right.

16        Q.  Were you aware of any effort to collect

17 any tissue samples from off-site people?

18        A.  Yes, I am aware of it, not that we did

19 it.  We didn't do it.

20        Q.  Tell me what you are aware of.

21        A.  I'm aware that a gentleman named Doctor

22 Cobb, C O B B, had some kind of a program going, and

23 that's about as much as I know about it.

24        Q.  Okay, now, you can turn over now --

25 well, just one other question on page 19 before you

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

21

1   turn over.  Did you analyze the -- the content of the

2   fission, the fission products here?  For example, it

3   says here:  Prior to receiving plutonium from

4   Savannah River, we were not faced with too many

5   unusual radiations other than those from the

6   plutonium isotopes and americium itself.  We did know

7   that there were traces of fission products, more

8   specifically ruthenium-rhodium and zirconium-niobium

9   in the plutonium from Hanford.  Then down below:

10  However, when Savannah River went into production and

11  we started getting buttons from them, we discovered a

12  considerably larger amount of fission product

13  carryover.  We had a few buttons that read as high as

14  two to three rad per hour or more on the top surfaces

15  because of fission product carryover.

16          My question is simply on these buttons

17  that you received from Hanford and from Savannah

18  River or the plutonium that was formed in the

19  buttons, did you ever make an effort to analyze the

20  exact content of each isotope in those buttons?

21          MR. KURTENBACH:  Form.

22      A.   Fission product isotope or plutonium

23  isotope?

24      Q.   (BY MR. DAVIDOFF)  Both, sir.

25          MR. KURTENBACH:  Same objection.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



22

1       A.   The -- the isotopic content as far as

2  plutonium was concerned was we in health physics had

3  nothing to do with it, but it was usually well known

4  from analyses that were done either at -- like at

5  Savannah River, Hanford or within our own plant by

6  the general laboratory people.  As far as the fission

7  products were concerned, we could only do a

8  qualitative analysis from the standpoint of

9  identifying the gamma ray energies, and that's how we

10  came up with identifying what were ruthenium-rhodium,

11  zirconium and niobium was by looking at them with a

12  gamma ray spectrometer and saying that's what those

13  fission products give off, and then what that did for

14  us was give us some ability to extrapolate out into

15  time and say these are going to decay at a certain

16  rate so we will put them in storage until the level

17  gets down to an acceptable point to put it in the

18  production stream.

19      Q.  (BY MR. DAVIDOFF)  Would you turn over

20  to page 20, and what I'd like you to do is read the

21  paragraph that begins at the bottom of page 20.

22  There's a document in between that I am not going to

23  ask you about.

24      A.  Okay.

25      Q.  It begins with:  The other experience

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

23

1  relates to a project.

2      A.  Uh-hum.

3      Q.  While you are reading that, I am just

4  going to straighten these documents out so that we

5  can keep them a little straight here.

6          A.   Okay.

7          Q.   My first question is that yesterday you

8  told us about one project that you had where you had

9  to use reactor grade instead of weapons grade

10  plutonium?

11          A.   Yeah, yeah.

12          Q.   Is this --

13          A.   No, this is a different one.  I didn't

14  remember this one yesterday.

15          Q.   And on this project, specifically the

16  one that's referred to at page 20, it says in this

17  paragraph that the plutonium, the reactor grade

18  plutonium was con -- contained a large amount of

19  americium from the plutonium 241 decay, the process

20  of which you explained yesterday and I am not going

21  to ask you to explain again?

22          A.   Yes.

23          Q.   And then you go on to say:  What was

24  happening, enhanced by the higher temperature, was

25  the americium volatilized that much more and wound up

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

24

1  on the outside of the cast material plated out inside

2  the glove boxes, and as a result both the glove boxes

3  and the material itself became significant radiation

4  sources.  Measurements showed as high as 140,000

5  parts per million of americium.  Is that correct?

6      A.  Yes.

7      Q.  All right, now, I just want you to

8  explain this process, if you can, in lay language as

9  to why that happened from the reactor grade

10  plutonium.

11      A.  The reactor grade plutonium contains a

12  higher percentage of plutonium 241, okay?  Therefore,

13  you have a faster rate of americium being produced

14  with time compared to weapons grade plutonium, so the

15  accumulation of the americium is -- is greater with

16  time.  This particular -- and I can't remember too

17  many details about it, and what -- for some reason or

18  other there was a mixture of these three -- did I say

19  three metals, I think it is in here, plutonium and

20  uranium and molybdenum, the -- when you cast this

21  material, you have to melt it, and the melting

22  temperature of this particular mixture of three

23  metals was considerably higher than the melted

24  temperature would be for weapons grade plutonium.

25          The other factor then when you get up

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

25

1  to these high temperatures is the fact that americium

2  tends to volatilize or vaporize, and when something

3  vaporizes, of course, it can get into the air in the

4  glove box itself more easily, and then it's going to

5  condense out.  It's just like water condenses in your

6  bathroom, you know, when you take a shower and things

7  like that, so it condenses out, so you wind up with

8  americium being condensed out on the surfaces within

9  the glove box, and it then becomes a source of

10  radiation that's spread on -- around inside the glove

11  box.

12          With it -- the weapons grade plutonium,

13  when you process it, you don't run into that kind of

14  a problem because the melt temperature is

15  considerably less.

16      Q.  But, now, the americium volatilizes

17  into vapor drops, does it not, vapor?

18      A.  Vapor, yeah.

19      Q.  And --

20      A.  But it's going to condense back to its,

21  you know, metal form, as soon as it -- the

22  temperature drops.

23      Q.  Okay, now, the next thing I was going

24  to call your attention to are pages 22 to 24, but we

25  covered most of that yesterday.  I do have a couple

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

26

1  of -- a couple of follow-ups that I need to ask you

2  about, though.  There's a reference to losing the

3  exhaust to one of the modules in Building 707.  What

4  was Building 707?

5      A.  What page now are you on?

6      Q.  Page 23.

7      A.  23.  Building 707 was a plutonium

8 fabrication building which was built sometime later

9 in '76, '77 and I don't remember the years, but it

10 was a plutonium fabrication, and it -- the operations

11 included foundry operations and machine operations

12 and inspection operations.

13     Q.  Where was that located?

14     A.  Well, it would have been like southeast

15 of 76, 77.

16     Q.  I think I see it on Exhibit 284?

17     A.  Yeah.

18     Q.  All right, and that was built in the

19 '70s, you believe?

20     A.  Probably, but I -- I don't remember

21 specifically.

22     Q.  All right.  The -- there's a reference

23 in the -- in this discussion of the ventilation and

24 filtration on page 23, again, the burning of the

25 filters in the '57 fire.  Are you able to determine

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

27

1   or were you able to determine what type of

2   radioactivity was predominantly emitted from the

3   burning of those filters?  Would it predominantly

4   have been alpha or gamma or beta radiation?

5          MR. KURTENBACH:  Form.

6          A.   When you burn the filters, anything

7   that might get carried into the air would be the

8   plutonium itself, and the plutonium itself is an

9   alpha emitter, and the consequences of other types of

10  radiation to me would be minuscule.

11         Q.   (BY MR. DAVIDOFF)  I didn't solicit

12  your opinion, but thank you for volunteering it.  In

13  the '69 fire, what types of discharges would have

14  occurred through the stacks, if any?

15         MR. KURTENBACH:  Form.

16         MR. KURTENBACH:  Foundation.

17         A.   It's still basically plutonium.

18         Q.   (BY MR. DAVIDOFF)  All right.  There's

19  a reference here to the ventilation associated with

20  the uranium side of the plant and the beryllium side

21  of the plant.  That's on page 24 in the last

22  paragraph of this section, and it refers to it as

23  having a main plenum or plenums single stage with

24  some filtration at the operation itself.  I take it

25  this is the uranium that would be the 881 Building

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

28

1  and beryllium, was that the 444 Building?

2       A.  Beryllium was mainly 444.

3       Q.  And uranium was 881?

4       A.  Enriched uranium.

5       Q.  Do I read that correctly to state that

6  the ventilation for those buildings in the early

7  years was a main plenum and that that was a single

8  stage filtration system?

9       A.  Yes.

10      Q.  And when was that changed, if ever?

11      A.  It was after Rockwell came in.

12      Q.  After 1975?

13      A.  I'm quite sure that's true.

14      Q.  Was it before you retired, though?

15      A.  I don't know that the -- the plans or

16  the idea of doing that I remember before I retired.

17  Whether it was accomplished, I don't know.

18      Q.   All right.  Page 26, I only have a

19  couple minor questions here.  There's a reference to

20  cleaning parts with nitric acid.

21          MR. KURTENBACH:  Where is that?

22      Q.  (BY MR. DAVIDOFF)  It is the bottom of

23  the last full paragraph:  The parts themselves were

24  cleaned in baths (I expect they were nitric acid)

25  that literally leached the plutonium off the parts.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119




29

1          Where did they dispose of this nitric

2  acid or this nitric acid solution with the plutonium

3  in it?

4            MR. KURTENBACH:  Foundation, form.

5        A.  I am having trouble seeing where you

6  are reading at.

7        Q.  (BY MR. DAVIDOFF)  It is right at the

8  bottom of that paragraph.

9        A.  Oh, here, okay.  Frankly, I don't

10  remember.

11        Q.   All right, then you refer to the setup

12  for beryllium operations in the late 1950s with

13  Building 444?

14        A.  Yes.

15        Q.   Do you recall what the standards were

16  that you refer to in that paragraph?  I think what

17  you say is the standards on a mass basis were

18  reasonably close.

19            MR. KURTENBACH:  You see?

20        A.  I see what you are referring to.

21  Unless I have written here what those standards are,

22  I can only explain them in terms of on a relative

23  basis, and that is that if you take the air

24  concentration standard for beryllium and look at it

25  in terms of a -- of a microgram or milligram,

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

30

1  whatever the case might be, per cubic meter and then

2  take the standard for enriched uranium and do the

3  same thing in terms of milligrams or micrograms per

4  cubic meter, they are quite close to each other.

5  And, therefore, it would suggest that the controls

6  for handling the two materials should be about the

7  same.

8        Q.   (BY MR. DAVIDOFF)  The end of this

9  paragraph, which is on the top of the next page, you

10  state:  Major problems in beryllium operations have

11  dealt mostly with ventilation problems beyond the

12  workstations themselves.  Would you tell me what you

13  were referring to there?

14        A.   I don't remember.  I don't remember.

15        Q.   Now, you use in the next section a

16  phrase, campaigning through.  For example, in the

17  sixth line, you say:  This material was to be

18    campaigned through the east chemistry line in

19    Building 771, and then further down in the paragraph,

20    you say:  We were campaigning something through from

21    which we expected higher radiation levels and,

22    therefore, we exercised greater care.  I don't

23    understand what that phrase means.  Could you define

24    it for us?

25        A.   Give me a chance to read it, and then I

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

31

1   will.  Yeah, I am a slow reader, sorry.

2        Q.   That's all right, go ahead.

3        A.   Well, the -- the term campaigning means

4   that you eliminate the existing process as much as

5   you can and get all those materials out of the glove

6   box lining so when you introduce this, it's specific,

7   the operation is specific to what you are processing

8   since this is considerably different than weapons

9   grade plutonium.  And because there were higher --

10  greater amounts of plutonium 241 and greater amounts

11 of plutonium 240, the radiation source from the

12 standpoint of gamma rays and neutrons would have been

13 higher.  And as we process this material through, we

14 did it with great care, and what I am trying to say

15 somewhere in the paragraph is that apparently the

16 great care we took processing this and everybody

17 paying attention very strictly to that care, we

18 didn't -- it did not result in any greater radiation

19 exposures to people, and I am talking now not to --

20 to the lungs or systemic burdens or anything like

21 that, I am talking about gamma and neutron radiation

22 exposures, that we did not see any increase because

23 of this material.  Anything further?

24      Q.  No.  Campaigning through means

25 processing through the system?


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


32

1      A.  You literally are setting aside what

2 you have been doing so it's out of the way, so to

3 speak, and taking this material and doing what you

4 have to do with it.

5      Q.  All right.  Now, there's a reference in

6 the next paragraph to uranium 233.  Did you process a

7 lot of uranium 233 at the Rocky Flats plant?

8         MR. KURTENBACH:  Form.

9      A.  Again, there were -- and I -- unless I

10 say in this paragraph, I don't remember how many

11 times I handled it, but we did handle some uranium

12 233 at the plant site.

13      Q.  (BY MR. DAVIDOFF)  You indicate in this

14 paragraph that it decays among other things in the

15 uranium 232.  Then you say:  Uranium is a bad actor

16 from the standpoint that it has a reasonably short

17 half-life in itself and has a chain of radioactive

18 daughters of reasonably short half-lives, many of

19 which give off gamma radiation, including some which

20 is very energetic?

21      A.  Right.

22      Q.  Is that why you were particularly

23 interested in uranium 233?

24      A.  No, frankly, I don't know what the

25  interest was in uranium 233.  This would have come

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

33

1  from someplace within the AEC complex that says we

2  want to do something with U 233 and asking one of the

3  contractors to process it.  The technical aspects of

4  processing U 233 is -- is what I describe here which

5  I can expand on if you want me to a little bit.

6       Q.  Sure.

7       A.  But whenever U 233 is made, in a

8  reactor when you make U 233, there is always a small

9  fraction as uranium 232 in it, you don't get

10  specifically the isotope you like to have, just have

11  that one and that one only, you get something more,

12  so and -- and the uranium 232, it's radioactive decay

13  goes into a radioactive chain that does have -- the

14  first isotope is the thorium isotope, and it has a

15  lot of gamma rays associated with it, so the first

16  thing you do when this material arrives is you do

17  what they call a thorium strike, and a thorium strike

18  precipitates out all the thorium that's in there, so

19  what you are starting with in that radioactive decay

20  chain is as close to zero time point as you can.

21  What that means is then that you have started with

22  the minimum amount of radiation that would come off

23  that mixture, so then you campaign it through as

24  rapidly as you can so the thorium does not have a

25  chance to grow back in and cause those radiations to

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

34

1  be there.

2      Q.  All right, now, you can skip over to

3  page 35.  And I just want to ask you about one

4  statement you make there under publications.

5      A.  Yes.

6      Q.  You state:  Writing papers for

7  publications during the first 10 years of the plant's

8  operations was, if anything, discouraged.  We were

9  constantly reminded that the plant's mission was

10  production.

11          Is it your belief or recollection that

12  you, in fact, would have written more papers had you

13  not been so discouraged?

14          A.  We may have.

15          Q.  Okay.  Then who constantly reminded you

16  that the plant's mission was production?

17          A.  The plant manager.  Mr. Lynell

18  (phonetic).

19          Q.  All right, now, you can turn over to

20  page 37 which is the start of a large section labeled

21  Occurrences, and the first section is titled Early

22  Problems in Building 771.

23          A.  Okay.

24          Q.  And I really am not too interested in

25  the first page there.  But on the second page --

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

35

1          A.  Page 38?

2      Q.  -- page 38, you start to talk about the

3  nitrates:  Excess nitrate was being pulled up into

4  the vacuum system -- this is in the middle of that

5  first long paragraph -- which consisted of some

6  filters and a fairly long length of pipe the size of

7  which I do not recall leading on then to a receiver

8  tank at the vacuum pump itself.

9      A.  Right.

10      Q.  And then you go on to say a little

11  later:  All of the excess nitrate was tied up in the

12  various piping filtration, et cetera of, the venting

13  system and apparently the nitrate was recovered by

14  some kind of line flushing to reclaim it.  Now, isn't

15  it true that the nitrates would degrade the filters?

16      A.  This had nothing to do with filters.

17      Q.  All right, well, explain what it did

18  have anything to do with then.

19      A.  This relates to a very early time in

20  the operation of Building 71 when we were still

21  receiving plutonium nitrate from the Hanford plant in

22  a small florence flask containers that we mentioned

23  yesterday, and somewhere along the line there had

24  been a change in their process such that we could

25  process more than what was contained in one of those

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

36

1  flasks, so the operation -- an operation was set up

2  to transfer the nitrate out of those flasks into a --

3  a bigger vessel, as we call it.  The transfer was

4  done by vacuum.  It was called a vacuum transfer.

5  The source of the vacuum was a pump up in the utility

6  area on the second floor, so you have piping running

7  from that vacuum pump down to this location in which

8  this transfer was made.  Something happened, operator

9  error, whatever, that all of a sudden people realized

10  there was some of the nitrate had been pulled up into

11  the vacuum system, and it caused quite a flurry

12  because if -- if you were to get enough nitrate into

13  a tank such as was located at this vacuum pump, that

14  was not critically safe.  So it caused quite a flurry

15  because we wanted to know where the plutonium was.

16  Well, apparently most of it never really got to the

17  vacuum pump but probably stopped in low parts of the

18  piping lines and so forth, so then as time went on,

19  they had to recover the nitrate out of those pipes,

20  and that's what the flushing would have been all

21  about.

22        Q.  Earlier, a few minutes ago, I was

23  asking you about the use of nitric acid to clean

24  plutonium off of parts?

25        A.  Yes.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


37

1        Q.  Does that nitric acid vapor cause any

2  problems with the filtration system at the plant?

3        A.  None that I know of.

4        Q.  Would nitric acid have a tendency to

5  degrade filters?

6            MR. KURTENBACH:  Form.

7        A.  I don't know.

8        Q.  (BY MR. DAVIDOFF)  You state on page 39

9  that in the early days there was a fair amount of

10  interest in trying to work with alpha phase

11  plutonium.  First of all, could you tell me what

12  alpha phase plutonium is?

13          A.  I will have to tell you as a

14  nonmetallurgist because metallurgists would be the

15  guy that would have to tell you what the difference

16  is.  When plutonium metal is made, if it's a pure

17  metal, it has certain metallurgical characteristics

18  relative to expansion and contractions and things of

19  that nature.  To -- the plutonium that was used

20  generally in weapons grade was not pure plutonium, it

21  was an alloy.  In order to be able to work it

22  properly.  The interest in alpha phase plutonium, as

23  I understand it, was that alpha phase plutonium is

24  much more dense than the -- in other words, you have

25  more plutonium in a given volume than you would in --

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

38

1  in an alloy, and there was some interest, and I --

2  that's as far as I can go -- in trying to utilize

3  it --

4          Q.   You don't know what --

5          A.   -- in weapons.

6          Q.   You don't know why the plant stopped

7  using it?

8          A.   All I remember is that we were doing

9  some experimentation with trying to -- trying to use

10  it, and I -- I just -- no, I wouldn't know why the --

11  why it was abandoned, if it was abandoned.

12          Q.   Starting on page 41, you discuss a

13  chemical explosion that occurred on June 14th,

14  1957 --

15          A.   Yes.

16          Q.   -- in Room 146 of the East Chem Line.

17  I take it that's in the 771 Building?

18          A.   Right.

19          Q.   Could you -- could you summarize what

20  you recall about this, and then I may have a couple

21  specific questions?

22          MR. KURTENBACH:  Form.

23        A.   Okay, the -- the first stage of

24  chemistry in the East Chem Line was to introduce

25  plutonium nitrate into a container which was made out

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

39

1  of stainless steel, and it was somewhere in the

2  neighborhood of five or six feet tall and maybe five

3  or six inches in diameter.  Excuse me, let me go

4  back.

5        I am describing -- if I said it was

6  metal, I was wrong, it was a pyrex cylinder.  And

7  that first stage then we mentioned the chemistry,

8  yes, that first stage was where the hydrogen peroxide

9  was introduced into the plutonium nitrate to reduce

10  the -- or to precipitate the plutonium out as

11  plutonium oxide.

12        Somehow or other, there apparently were

13  some impurities in the hydrogen peroxide that were

14  used in this particular incident, and a reaction took

15    place not only with the plutonium but took place with

16    the impurities as well and created gases to the

17    extent that they could not be -- I am searching for a

18    word, they could be not taken out of the vessel at a

19    fast enough rate and you built up pressure, and it --

20    the vessel literally was blown apart.  The vessel sat

21    inside a stainless steel compartment that looked --

22    people used to refer to them up like as if they were

23    a phone booth shape, and there were sight glasses up

24    and down so you could see what was going on inside.

25            Well, when this reaction took place and


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


40

1    the explosion took place, it was -- it took place

2    with sufficient strength that it -- that it blew off

3    the panels of the phone booth like containment, and

4    contamination was released into the area, and there

5    were two employees that had been at that operation

6    that were affected by flying debris and needed

7    medical attention from it.

8    Q.  (BY MR. DAVIDOFF)  All right, at the

9  bottom of page 42 in the last paragraph, you refer to

10  a sample in the northernmost part of the room with a

11  value of 20 million disintegrations per minute total

12  activity, and then you state that that sample was

13  discarded.  Could you explain why that sample was

14  discarded?

15        MR. KURTENBACH:  You are referring to

16  the last paragraph on 42?

17        MR. DAVIDOFF:  Yes.

18        MR. KURTENBACH:  The first two lines?

19        MR. DAVIDOFF:  Yes, sir.

20        MR. KURTENBACH:  Form.

21    A.  You are speaking of the northernmost

22  sample that was discarded, is that what your question

23  is?

24    Q.  (BY MR. DAVIDOFF)  Yes, sir, yes, sir.

25    A.  I can't explain why it was discarded

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

1  other than it was highly contaminated like lots of

2  other things were in the room and which were also

3  discarded.

4       Q.  All right, if you look -- yesterday you

5  described the '57 fire.  And the next section

6  discusses the '57 fire in Building 771 beginning on

7  page 44.

8       A.  Okay.

9       Q.  So I only have a few follow-up

10  questions on this.  I will rely on your verbal report

11  yesterday and your written report here.  You indicate

12  that at the bottom of page 45, that there were a

13  number of samples taken, but you say and I'll quote

14  here:  Unfortunately I do not know of any records

15  available or whether we even put together any records

16  that were intended to be kept.  I do know at the time

17  from readings with an alpha survey instrument which I

18  carried with me that there were spotty survey numbers

19  in that tunnel that read in five figures.

20       A.  Okay.

21          MR. KURTENBACH:  Wait a second, I

22 didn't hear the question, so I don't know if I have

23 to object or not.

24      Q.  (BY MR. DAVIDOFF)  I'm just -- I'm just

25 wondering why these records were not kept.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



42

1          MR. KURTENBACH:  Foundation.

2      A.  Okay, I don't know.

3      Q.  (BY MR. DAVIDOFF)  You say that you

4 made this inspection in here with Charlie Kirk a

5 couple of days after the fire?

6      A.  Right.

7      Q.  How could you have gotten in there?

8 You are sure it was a couple of days after the fire?

9 Would you have been able to get into that stack a

10 couple of days after the fire?

11      A.  Oh, sure.

12      Q.  Is that because it wasn't physically

13 damaged by the fire?

14        A.  Okay, let me explain.

15            MR. KURTENBACH:  Form.

16        A.  We didn't get into the stack itself.

17        Q.  (BY MR. DAVIDOFF)  You got into the --

18        A.  Located some number of feet from the

19  west of the stack what you might refer to is a

20  manhole from which you can descend down into the duct

21  work that goes from the building to the stack.

22        Q.  So you don't have to enter from the

23  buildings?

24        A.  No, no.

25        Q.  I understand, okay, that explains


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


43

1  that.

2        A.  Right.

3        Q.  Now, I take it that as of the time that

4  you made that inspection, there had been, for at

5  least a couple of days, air had been blowing through

6  that stack, is that correct, after the fire was

7    extinguished?

8              MR. KURTENBACH:  Form.

9         A.  There were no fans.  Whatever air was

10   blowing through the stack would have had to have been

11   through the natural draft of the stack itself.

12        Q.  (BY MR. DAVIDOFF)  All right, now, I

13   know you have to leave soon again because of your

14   wife's illness.

15        A.  Yeah.

16        Q.  So what I'd like you to do now is put

17   this aside and if you could summarize for me

18   something that you didn't summarize yesterday which

19   is the May 11, 1969 fire, maybe that would save some

20   time later on when we get to that part of your

21   report.

22        A.  Summarize it?

23              MR. KURTENBACH:  Form.

24        Q.  (BY MR. DAVIDOFF)  Summarize what

25   occurred in the May 11th, 1969 fire, if you would,

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

44

1  sir.

2          MR. KURTENBACH:  Same objection.

3        A.   Well, the source of the fire was a

4  plutonium briquette.  A plutonium briquette is the

5  chunk of plutonium, if you will, that has been

6  pressed from it into a solid form from plutonium

7  turnings, turnings that came off a lathe.  The

8  briquette was stored in a location in a glove box,

9  and the plutonium has a tendency to get -- get hot,

10 and the apparent cause of the fire was that self

11 heating was sufficient to generate a temperature

12 which materials around it started to burn.  This

13 propagated the fire then -- the fire then was

14 propagated through the glove box system and on up

15 into the various filtration systems.

16       Q.   This was in Building 776?

17       A.   776, right.

18       Q.   Which is just south of the Building

19 771?

20       A.   Right.

21       Q.  And what type of operations take place

22  in Building 776?

23       A.  At that time, there was -- it was a

24  foundry, machining, assembly and inspection of the

25  plutonium.

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

45

1       Q.  What portions of Building 776 were

2  consumed by the fire?

3       MR. KURTENBACH:  Form.

4       A.  I don't remember whether it was

5  consumed, frankly.  The -- that one glove box liner,

6  there was some parts with flammable -- flammable

7  shielding on it or a shielding on it that was

8  flammable for -- and a partly consumed item.  Beyond

9  that, I don't remember.

10       Q.  (BY MR. DAVIDOFF)  What rooms were in

11  Building 776?

12       A.  Well, it was kind of all one big room

13  at the time with these various glove box lines

14  located, you know, kind of parallel to each other.

15       Q.   How many glove boxes were in the room

16  at that time, over a hundred?

17       A.   Yeah, it would be over -- yes, it was a

18  fairly big operation.

19       Q.   And how many glove boxes were involved

20  in the fire?

21       A.   I don't know.

22          MR. DAVIDOFF:  Off the record.  We'll

23  break so that the witness can attend to his wife, and

24  we'll resume at one o'clock or whenever you get

25  here.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



46

1       A.   All right, I'll try my best to get here

2  at one.

3          (A lunch recess was taken from 11:50

4  a.m. to 1:00 p.m.)

5       Q.   (BY MR. DAVIDOFF)  Before we get back

6  to that, Mr. Putzier, do you think environmental

7  safety of the plant improved after Rockwell took over

8  from Dow in 1975 --

9            MR. KURTENBACH:  Form.

10       Q.  (BY MR. DAVIDOFF)  -- up until the time

11  that you departed the plant?

12       A.  I have no facts to say it did or

13  didn't.

14       Q.  Are you aware of any degradations in

15  environmental safety after Rockwell took over?

16            MR. KURTENBACH:  Form.

17       A.  Not in the few years that I was still

18  there.

19       Q.  (BY MR. DAVIDOFF)  Were you aware of

20  the passing of the -- I'll use the abbreviation,

21  CERCLA law?

22            MR. KURTENBACH:  What?

23       Q.  (BY MR. DAVIDOFF)  CERCLA, C E R C L A,

24  are you familiar with that law?

25       A.  No.

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

47

1       Q.   Comprehensive Environmental Response

2  Control Covering Liability Act?

3       A.   This is the first I have ever heard of

4  anything like that.

5       Q.   You weren't aware of the passage of

6  that law in 1980?

7       A.   I don't remember that I -- anything

8  about it.  No.

9       Q.   You don't remember any plant briefings

10  on the CERCLA law in 1980?

11      A.   No.

12      Q.   Okay.  You can turn back to page -- I

13  think we're on page 46; is that right?

14      A.   Okay.

15      Q.   At the bottom of that page, there is a

16  reference to the -- well, let me read it to you.  You

17  described it as another action that I wanted to

18  mention that I think could be open to question, and

19  you described it as follows:  The order was given by

20  the plutonium building superintendent when he was

21  called on the phone to turn the fans to high speed.

22  The fans in Building 771 at the time were three speed

23  fans.  We could get on the order of 120,000 cubic

24  feet per minute, that's cfm, at low speed, something

25  like 160,000 cfm at medium speed and 200,000 cfm or

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

48

1  more at high speed, and even though the building

2  superintendent criticized the actions of some of the

3  people in the early response, he was the one who gave

4  the order to turn the fans on high speed.

5          Now, is that accurate, the speeds that

6  are given for the fans there for low, medium and

7  high?

8      A.   There are accurate to the best of my

9  knowledge for that period of time.

10     Q.   Okay.  You went on to say:  It seemed

11  to me that the fire propagation certainly was

12   enhanced with that increased draft.  Is that still

13   your opinion?

14         A.   Yes, that would be my opinion, uh-hum.

15         Q.   All right.  Do you know where

16   Mr. Guthrie is?

17         A.   The -- you're probably referring to

18   some article or document.  Yeah, I don't know where

19   he is today.  At the time that he -- he and Nichols

20   did that study, they were with one of the Oak Ridge

21   groups.

22         Q.   Now, there's a letter that is

23   attributed to Guthrie and Nichols.  At the top of

24   page 48 -- or part of it is at the top of page 48.

25   And it goes on -- it says as follows in relevant

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


49

1   part:  From our study of the meteorological

2   conditions, we would conclude that it is possible

3   that the ground contamination several miles downwind,

4   particularly to the south of Rocky Flats plant, could

5  have been several orders of magnitude greater than

6  the contamination on the site.  Do you agree with

7  that conclusion that they drew?

8        MR. KURTENBACH:  Form.

9        A.  I know of no data or anything that

10  showed that to be true, so I guess I have to say I

11  would disagree with it.

12        Q.  (BY MR. DAVIDOFF)  All right.  Now, you

13  then go on to discuss at the bottom of page 48 the

14  change of the filters from the early CWS filters to

15  the glass fiber filters.  And you state that -- this

16  is at the bottom of 48, and I think it continues --

17  that you did go through a period of time when

18  essentially all the filters were replaced on the

19  plant site including those in the uranium areas in

20  order to get rid of the flammable paper type.  Is

21  that right?

22        A.  Yes.

23        Q.  Would that have been in the late '50s

24  or early '60s, or would it have been an ongoing

25  project that spanned more than a year?

50

1      A.   Probably took more than a year, but I

2  don't remember specifically.

3      Q.   Then if you look toward the bottom of

4  page 49, you refer in that second paragraph there

5  that somewhat related to the 1957 fire were some of

6  the difficulties we had with our effluents in the

7  next several years.  You can read on if you wish, but

8  my question is simply that even you concluded that

9  there were effects from the '57 fire that lingered

10  for a considerable period of time; is that correct?

11      A.   That's right.

12          MR. KURTENBACH:  Form.

13      Q.   (BY MR. DAVIDOFF)  Now, then you have a

14  document in the middle of your -- after page 40 --

15  after page 50.  I don't believe it was written by

16  you.  It is titled A Method For Setting Control Guide

17  Levels To Stack Releases, and what I want to ask you

18  about is on page eight of that document where there's

19  a reference to the beryllium area by Mr. Kirshner,

20  and it says the following:  The beryllium area is

21  based on an AEC recommended nonoccupational level of

22  0.01 micrograms per cubic meter.  For beryllium

23  emission from the Building 44 stack, the results

24  listed in -- I believe that's Title VI are obtained.

25          MR. KURTENBACH:  I don't see where you

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

51

1  are reading from.

2          A.  I am having trouble finding it, too.

3          Q.  (BY MR. DAVIDOFF)  It's not very

4  clear.  I'm sorry, it's the page numbered nine.  It's

5  not page eight.

6          A.  Oh, nine, all right.

7          Q.  It's under the beryllium area there.

8          A.  Oh, okay, do you have a question?

9          Q.  The question is was that the standard

10  that you employed in the Building 444 and for the

11  Building 444 stack, that standard, or don't you know?

12      A.  That standard --

13          MR. KURTENBACH:  Foundation.

14      A.  That standard that is cited there is

15  nonoccupational which means to the environment really

16  or out in the environment, compilation of standard.

17  I don't remember what we used inside.

18      Q.  (BY MR. DAVIDOFF)  All right.  You want

19  to turn to page 51, please?  I want to -- you start

20  here to describe some more -- smaller incidents than

21  the '57 fire, one of which is the degreasing

22  explosion in Building 776 on June 12th, 1964.  Do you

23  see that?

24      A.  Yes.

25      Q.  And you state:  There are few things

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

52

1  that may be well to highlight -- that's in the second

2  paragraph -- lessons learned, if you will, from this

3  incident.  Certainly the incompatibility of burning

4  plutonium and carbon tetrachloride could not have

5  been better demonstrated.  When I get into

6  discussions of another incident which occurred in

7  1965 I am of the opinion that similar reactions took

8  place there.

9          Was that your view that it was

10  incompatible to burn plutonium and carbon

11  tetrachloride together?

12       A.  The -- let me put it this way.  This

13  accident resulted from an individual accidentally

14  dropping plutonium chips which were -- from their

15  pyrofluoresically which means they can heat up to

16  redness, he accidentally dropped them in a pot of

17  degreasing fluid which was carbon tet, and that

18  resulted in an explosion, and that's what I mean by

19  incompatibility because you get a very highly

20  energetic reaction, chemical reaction resulting, and

21  that's -- that resulted in this accident that's

22  described here.

23       Q.  Well, as a matter of fact, though, you

24  had recurrent problems throughout the years with

25  workers burning barrels containing carbon

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

53

1  tetrachloride and plutonium, did you not?

2          MR. KURTENBACH:  Form.

3      A.  No.

4      Q.  (BY MR. DAVIDOFF)  No?

5      A.  I don't recall anything like that, if I

6  understand your question correctly.

7      Q.  You don't recall that in some of the

8  early burning incidents in the '50s and '60s when

9  barrels of waste were burned, some of those barrels

10  contained plutonium?

11      A.  Carbon tet doesn't burn in itself.

12  Carbon tet has been a commonly used fire extinguisher

13  it's called pyrene.

14      Q.  All right.  And above that, you refer

15  to a fire in an aero-tech unit in the beryllium

16  shop.  Did you ascertain whether or not there were

17  any releases of beryllium from the 444 Building as a

18  result of that incident in February 1964?

19        A.  I don't know of any results of any --

20  or any measurements taken at that time.

21        Q.  All right.  You want to turn to page

22  53, the americium explosion in Building 771,

23  September 25th, 1964?  Is americium explosive?

24        A.  None of these materials I would

25  categorize as explosive.  It's the nature in which

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

54

1  they find themselves, so to speak, that may create an

2  explosive situation.

3        Q.  Does americium --

4        A.  I'd have to read this in order to see

5  what we are talking about.

6        Q.  Sure, go ahead.

7        A.  From what I read here, I guess I'm

8  saying that this was a -- a liquid form and the gases

9  which were generated from what's called radiolytic

10  decomposition which, in effect, can be said as

11  breaking down water into gaseous forms was -- was the

12  cause of the overpressurization and resulting

13  release.

14      Q.   Can solid or liquid americium

15  volatilize to vapor or gas?

16      A.   Not at room temperature.  I think the

17  only incidence that we could talk about that would be

18  what we talked about this morning where we have

19  extremely high temperatures.

20      Q.   All right, the next incident is an oil

21  leak from a waste box on May 4th, 1965 which

22  indicated that a waste box leaked and contaminated a

23  narrow path of 400 feet of road.  Do you see that?

24      A.   Uh-hum.

25      Q.   And --

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

55

1      A.   Yes.

2      Q.   -- that contaminated asphalt was put in

3  drums and buried at a sludge pit near Building 995;

4  is that right?

5       A.  That's what it says.

6       Q.  Okay.  And do you know whether those

7  drums were ever dug up or are they still -- as of the

8  time you left the plant, were they still buried in

9  that sludge pit?

10       A.  I don't know really.  We -- we

11  excavated a lot of the -- what we found and shipped

12  it off, but whether that was part of it, I don't

13  know.

14       Q.  Now, the next incident, the fire in the

15  lathe coolant system, Building 776, 777, October

16  15th, 1965, you describe it as a very serious

17  incident in terms of number of people affected at the

18  plant, and I am not going to ask you about most of

19  this, but the part I want to call your attention to

20  is on page 56.

21       A.  56?

22       Q.  Yes, sir.  The group of people who were

23  involved in this incident --

24      A.  Uh-hum.  Yes.

25      Q.  -- in there you were recommending that


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


56

1 they be studied; is that correct?

2      A.  That's what it says, yes.

3      Q.  Do you know whether that recommendation

4 was ever followed?

5      A.  I don't know.

6      Q.  You go on to say:  There is no doubt

7 that the particle sizes were extremely small.  This,

8 in effect, caused retention in the lungs more so than

9 you would expect from other kinds of airborne

10 releases.  The UTPA treatments given them at the time

11 had little or no effect which implied that

12 practically none got into the bloodstream, and if my

13 theory is correct that we volatilize the plutonium at

14 the source and it condensed into these very fine

15 oxide particles, we did have a pure high-fired source

16 of plutonium oxide as contrasted to air-oxidized

17  plutonium.

18          I have got a couple questions about

19  that.  The first is this is a reflection of the fact

20  that the smaller the particle size the easier it is

21  for the lung to retain the plutonium particle?

22      A.  Probably will be breathed in deeper

23  into the lung.

24      Q.  And what is UTPA, what?

25      A.  It's actually DP,

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

57

1  diethylenetriaminepentaacetic acid.  That was a

2  treatment that was -- it's called a chelating agent,

3  and it was given to people who were exposed to

4  enhance the excretion rate of plutonium.

5      Q.  Okay.  The next incident is breathing

6  air occurrences, November 28th, 1966 and February

7  2nd, 1973.  If you want to just glance at this and

8  summarize what took place, I don't have any specific

9   questions on these incidents.

10          MR. KURTENBACH:  I didn't hear a

11  question.

12          MR. DAVIDOFF:  There isn't a question.

13  I asked him to summarize what occurred because I

14  didn't have any specific question on these

15  incidents.

16          MR. KURTENBACH:  Form.

17      A.   Well, what this is saying, as part of

18  our respiratory protection of employees on the plant

19  site, we had occasions that we put them in what we

20  termed a supplied air source, and the supplied air

21  source would be designed in such a way that air was

22  admitted through a hose into a hood that was over the

23  person's head.  So you had to have a source of air to

24  pass into that end of the hood of these two

25  individuals.  Some malfunction occurred at the pump

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

58

1   that was the air supply causing an increase in

2  temperature and causing some reaction to take place

3  in some of the filters that normally would clean up

4  the air before it got to the men, and they

5  deteriorated, and in deteriorating they gave off some

6  kind of gases that in effect -- I use the word in

7  quotes, poisoned the air to the two people, and they

8  were -- one of them was overcome while he was still

9  in his suit, and the other one apparently got -- got

10  out of it, but it was a very close call.  That's

11  basically what it is.

12        Q.   All right, the next one is incidents

13  involving lithium.  I'm going to skip that for the

14  time being.  The next one is the fire, the May 11th,

15  1969 fire which -- I take it you stand by your

16  account of this fire in your memoirs here so that I

17  don't have to ask you a lot of questions about that?

18            MR. KURTENBACH:  Form.

19        Q.   (BY MR. DAVIDOFF)  Is that a fair

20  statement?

21        A.   I think when I wrote this, I wrote it

22  to the best of my knowledge about it at the time.

23    Q.  All right, now, you have a statement in

24  the first long paragraph, the third paragraph of the

25  description about the -- the -- well, let me read you

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

59

1  the parts that I am focusing on:  We had during the

2  late 1950s and on into the middle 1960s a general

3  increasing trend in external radiation exposure

4  levels.  And then a few sentences further on you go

5  on to say:  The attitude towards such exposures up to

6  this point in time, that point in time being 1967?

7    A.  Yes.

8    Q.  By the manufacturing people seem to be

9  that this was part of the business, and part of the

10  business was that once in a while we would have to

11  write reports for overexposures and, secondly, that

12  there were sufficient safety factors built into the

13  radiation standards so that we were not jeopardizing

14  anybody's health by occasional overexposure.

15          Which manufacturing people are you

16  describing there as having that attitude?

17      A.  I -- I remember someone saying that

18  when the AEC kind of came down on us and telling us

19  we were getting too many of these as making that

20  statement, but I don't remember who it was.  We had

21  several meetings over this, and but that was --

22  whether it was just a frivolous statement or what it

23  was, I remember hearing it.

24      Q.  Now, you refer in this 1967 meeting to

25  the plant manager and the manufacturing manager and,

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

60

1  again, who were those people at that time?

2      A.  Plant manager in 19 -- what was it?

3      Q.  '67.

4      A.  That would have been Doctor Joshel, and

5  I am not sure who the manufacturing manager might be,

6  but I would guess it's probably John Epp at the

7  time.

8       Q.   Now, you can turn to page 61, and you

9  refer there to Building 707 -- that's toward the

10  bottom of the page -- had already been built but had

11  not been finished inside.  What was Building 707

12  built for?

13       A.   Well, I described that --

14          MR. KURTENBACH:  Asked and answered.

15       A.   I described that before lunch, and that

16  was a plutonium fabrication building which consisted

17  of foundry, machining, inspections, so forth.

18       Q.   (BY MR. DAVIDOFF)  All right, thank

19  you.  Then on the next page you have a description of

20  being called, and you state that you have got a

21  measurable -- this is in the first long paragraph --

22  measurable surface contamination on the roof of the

23  building as well as on the roof of Building 778, the

24  ground area between 776 and 778 and I believe a

25  lesser amount on Building 707.  It says you did not


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

1    find measurable numbers on other flat surfaces to the

2    southeast and southwest of Building 776.  Is that

3    correct?

4         A.   Yes.

5         Q.   And it also says you found no

6    measurable air results.  Is that correct?

7         A.   That's right.

8         Q.   When did you take those samples?

9         A.   When did we take air results?

10        Q.   Yes, sir.

11         A.   Well, the air -- the air samplers, of

12    course, were running, site surveyor samplers were

13    running all the while this was going on, so without

14    reading this, I think I remember my actions as going

15    around and trying to see whether we could find any --

16    any elevations on any of the filters just using the

17    survey meter.

18         Q.   Do you recall where the water runoff

19    from the fire went -- from the fire, I mean -- let me

20    rephrase it.

21         MR. KURTENBACH:  Form.

22      Q.  (BY MR. DAVIDOFF)  By the water runoff,

23  I mean the water that was used to fight the fire, do

24  you --

25      A.  I don't remember where that collected.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


62

1      Q.  Where -- if you want this -- I think

2  you still have the diagram in front of you.  Where

3  would water, surface water from the plant typically

4  run off in a rainstorm or --

5      A.  Well, the --

6          MR. KURTENBACH:  Form.

7      A.  -- general slope of the plant was from

8  west to east.

9      Q.  (BY MR. DAVIDOFF)  West to east?

10      A.  West to east.  If you have been there,

11  the top of the water tower is an equivalent elevation

12  of Highway 93, so it slopes away from there as it

13  gets down to Indiana Avenue.  Then on the plant site

14  itself, there's a sloping towards the north, the

15  plutonium area would slope towards the north, and so

16  any -- anything that might run off there like the

17  rain runoff or anything else would try -- would find

18  itself running in a northeasterly direction.

19      Q.  All right.

20      A.  And that would contrast to the south

21  where it would probably be going to the southeasterly

22  direction.

23      Q.  Now, there is a stream to the south of

24  the plant called Woman Creek?

25      A.  Yes.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


63

1      Q.  Does surface water run off in Woman

2  Creek?

3      A.  I am sure it does.

4      Q.  Where does Woman Creek run to?

5      A.  I don't know.  It doesn't -- it

6  probably runs into Standley Lake, because that would

7  be the normal -- the normal route in that direction.

8       Q.  And during this -- the period of time

9  that you were in health physics in the '50's and '60s

10  and '70s, who were the people that were principally

11  responsible for monitoring water runoff, surface

12  water runoff from the plant site, if anyone?

13       A.  Well, I couldn't define it as someone

14  responsible for surface water runoff.  I'd have to

15  define it for water sampling in general.  And that

16  would be the -- the laboratories, health physics

17  laboratories which were a good portion of that time,

18  as I mentioned before, under Stan Hammond.

19       Q.  All right, now, you can turn past the

20  document which is after the description of the 1969

21  fire.  And beginning at page 64, there's a long

22  section entitled Burials, Outside Storage and

23  Associated Problems.

24       A.  Okay.

25       Q.  And that begins by stating that:  In

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

64

1  1970, I was asked by our general staff members to put

2  together a document that would attempt to piece

3  together information about the burial sites, what was

4  in them as well as the history of the 903 area.  This

5  I did and the document in its entirety, including

6  appendices, is located in the EMF.  Now, that's the

7  document that we have marked as Plaintiffs' Exhibit

8  501; is that correct?  Do you have in front of you?

9        A.  We saw it yesterday, but I don't know

10  what the number is.

11        Q.  Is that the document?

12        A.  Yes, that's it.  That is it.

13        Q.  Okay.  Now, the first thing you

14  discussed here in your memoirs, starting on page 64,

15  is the mound area.  Do you see that?

16        A.  Start or included in the survey?

17        Q.  Yes, sir.  While you are reading that,

18  let me tell you what I am focusing on:  Perhaps one

19  of the pieces of information that I had put in my

20  report, that report being Plaintiffs' Exhibit 501,

21  that triggered management to want to go into the

22  mound and get rid of its contents was an indication

23  about eighty-six 55 gallon drums from Building 776

24  containing contaminated oil which were in the mound.

25      A.  Yes.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



65

1      Q.  And later on, you state:  When all of

2  the drums had been removed and identified, I guess

3  that was, I think, in the range of a thousand to

4  2,000 drums in the mound, the 86 drums of concern

5  were not in the mound.  Do you see that sentence

6  there?

7      A.  Yes.

8      Q.  Were those 86 drums ever found?

9          MR. KURTENBACH:  Form.  Foundation.

10      A.  My memory on those 86 drums was that

11  that apparently had been a clerical error.  Those 86

12  drums were a part of the 903 accumulation.

13      Q.  (BY MR. DAVIDOFF)  So they -- they had

14 actually been stored?

15     A.  Yes, that's my recollection, yes.

16     Q.  All right.  The next thing -- do you

17 recall yet how many drums were in the mound, was that

18 1,000 to 2,000 range?

19     A.  Is that what I said?

20     Q.  Well, you didn't say it here, I am just

21 asking you.

22     A.  It sounds awful big to me, but I don't

23 remember the number.

24     Q.  All right, now, on the next page, page

25 65, you describe the 903 area now the black-topped

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

66

1 area, where oil drums had been stored outside was

2 started way back in the mid '50s because of the

3 problem of disposal of contaminated oil.

4     A.  Uh-hum, yes.

5     Q.  Then you say perhaps there would not

6    have been as many drums out there had a proposed plan

7    in 1963 been funded, but it was canceled because of

8    lack of funds, and that plan would have been in

9    operation in Building 774 that would have separated

10   carbon tetrachloride from oil, and at least this

11   would have allowed for a direct transfer of oils from

12   Building 776 to Building 774 in order to get rid of

13   them and offer some further means of developing

14   something to get rid of the oil from the field as

15   well.  Do you see that?

16        A.   Yes.

17        Q.   Was that ever done up until the time

18   that you left the plant in 1983?

19        MR. KURTENBACH:  Form.

20        A.   I believe the project I am referring to

21   in that paragraph relates to volatilizing carbon

22   tetrachloride in a recycling program to reuse it, and

23   along with that then would have been a separation

24   then of the -- of the contaminated oil.  I don't

25   remember what the contaminated oil was proposed to

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

67

1  have done with it after the carbon tet would have

2  been taken off.  But the process that eventually came

3  about to -- to process the oils, which they called --

4  some people referred to it as a jelly factory which

5  was converting them into a semi solid, I am not sure

6  whether that project and this project could be said

7  to be one and the same thing or even related, so to

8  me this project probably in itself was not ever

9  completed.  But something was done in 74.

10      Q.  (BY MR. DAVIDOFF)  In 774?

11      A.  In 774 to take care of that.

12      Q.  I think you refer to that in the next

13  paragraph.  You refer to the jelly factory in

14  Building 774.  And was that in the late 1960s that

15  that began?

16      A.  Well, it began at a time when we

17  started to move the drums, which I am guessing kind

18  of was '67.

19      Q.  Okay, I think that's what it says in

20  the latter part of this paragraph.  Are you familiar

21  with an incident where a guard shot a bullet through

22  one of the barrels out on the 903 Pad?

23       A.  No.

24       Q.  No, okay.  Are you familiar with the

25  fact that when these drums were being moved, some of

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

68

1  the oil was sloshed out on the street as set forth in

2  the bottom paragraph on page 64?

3       A.  That was a singular incident with one

4  drum, yes.  I remember it.

5       Q.  And I want to call your attention to

6  the paragraph beginning at page 66:  Now, to get back

7  to the time -- it's in the middle of the page --

8       A.  Yes.

9       Q.  -- when the drums had been totally

10  removed, we in the Health Physics Department were

11  fully aware of the potential for materials to blow

12  off plant site?

13        A.  Yes.

14        Q.  As a matter of fact, as a result of our

15  routine surveys, we had had cold soil brought in to

16  cover up the ground which we found contaminated from

17  leaky drums.  Do you see that?

18        A.  Yes.

19        Q.  When did you become aware of the

20  potential for materials to blow off plant site, in

21  1953 when you started working there?

22        A.  No, there were no -- there were no

23  drums stored or nothing -- no consideration given

24  that there would be things blowing off site in 1953.

25        Q.  You don't recall that drums began to be

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

69

1  stored in the mid 1950s first in the mound and then

2  later in the 903 area?

3        MR. KURTENBACH:  Form.

4        A.  I am not at all familiar with what

5    happened in the mound and what the incentive was to

6    put anything in the mound and cover it over with

7    earth.  I have no idea really.  If I said something

8    in here, I would have got it from somebody else, but

9    I don't remember anything at this point.  And I don't

10   relate what was in the mound to this -- to the 903

11   area really, because the 903 area was drums of oil

12   and carbon tetrachloride that came out of 76 Building

13   which they had no other way of getting rid of, so

14   they were going to storm out there until they found a

15   way to get rid of them.

16        Q.   (BY MR. DAVIDOFF)  Continuing in this

17   paragraph:  So it was uppermost in our minds at the

18   time that with some haste we should cover up this

19   area to prevent the high winds that would come on as

20   expected in the winter months of 1968 and 1969 from

21   carrying the soils off plant site.  We discussed it

22   with management, and I think pretty much all the

23   pressure we could bear was brought on them.  Even so,

24   it seemed like the engineering head at the time was

25   not excited enough about it to at least have some

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

70

1  gravel brought in and put down.  Do you see that?

2        A.  Yes.

3        Q.  And is it fair to say that the Health

4  Physics Department was pushing the Engineering

5  Department to get this area covered up and that there

6  was some delay there that you were unhappy with?

7        A.  Yes.

8        Q.  Okay.  You go on to say toward the

9  bottom:  As I understand it, they were in

10  disagreement as to exactly how to engineer the cover

11  and, therefore, the area went through the winter

12  months without any protective cover, and the job was

13  not completed until the following summer and fall.

14  That would be the summer and fall of 1969.  Is that

15  correct?

16        A.  Right, yes.

17        Q.  Then you go on to say the following:  I

18  have witnessed one presentation of the plant briefing

19   for visitors in which the speaker implied that we did

20   not have as much concern for the environment in those

21   days.  As far as health physics is concerned I would

22   take issue with that, but with respect to our

23   management and the AEC, the reader can draw his own

24   conclusions.  Do you see that?

25        A.  Yes.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


71

1        Q.  Basically what you are saying is that

2   the Health Physics Department was concerned for the

3   environment, but the plant management and someone --

4   at least someone in the AEC --

5        A.  You can draw your own conclusions, just

6   what it says.

7        Q.  Well, when you say you can draw your

8   own conclusions but you take issue with it as far as

9   health physics is concerned, that sends me a pretty

10   strong message as to what you are saying.  You know,

11   let me -- let me say something to you, Mr. Putzier.

12  In a deposition, it's a little bit different.  In

13  ordinary life we are taught when we are little boys

14  and girls if you can't say something nice about

15  somebody, don't say anything --

16      A.  Yes.

17      Q.  -- at all.  Now, I'm asking you if your

18  view was that you were trying to express here that

19  plant management and at least someone in the AEC was

20  not sufficiently concerned about the environment, and

21  I am asking you for a responsive answer to that, and

22  I'd respectfully submit to you that drawing my own

23  conclusions is not a responsive answer.

24      A.  Okay.

25          MR. KURTENBACH:  I'd object to the form

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

72

1  of the question.

2      A.  Okay.

3      Q.  (BY MR. DAVIDOFF)  I'll restate it.

4    Was it your view that you were trying to -- at least

5    to hint at that here in this paragraph that plant

6    management and the AEC was not sufficiently concerned

7    with the environment in those days meaning as late as

8    of the late 1960s?

9         A.   I think my feeling would be more like

10   they didn't feel the urgency, because they were --

11   they were making plans, engineers were working out --

12   they were going back and forth to Albuquerque,

13   working with their counterparts down there, but they

14   didn't seem to have the urgency that we felt they

15   should have.

16        Q.   In the next paragraph, you say:  The

17   area that was finally covered was defined on the

18   basis of health physics surveys, but I think the

19   delay in getting the area covered relative to those

20   surveys probably had a lot to do with the excessive

21   amount of contamination that eventually had to be

22   moved out from the so-called lip area.  Do you see

23   that?

24        A.   Yes.

25        Q.   So, in your view, the delay in covering

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

73

1 the area did contribute to increased contamination at

2 least in that immediate --

3      A.  It increased the area in that

4 vicinity.

5      Q.  All right.

6      A.  Yes.

7      Q.  And what is the lip area that you refer

8 to there?

9      A.  You want to look at the map?

10      Q.  Sure.  That's why I left it there.

11      A.  What did I do with it?

12      Q.  Maybe we took it away from you.  Let me

13 give it back.  This is Plaintiffs' Exhibit 206.

14      A.  To the best of my knowledge, I would

15 say the lip area would be the little almost

16 triangular shaped section southeast of 81 Building,

17 referred to as the 800 area radioactive spike.

18    Q.  Yes, sir.

19        A.  That's kind of the location, as I

20  remember it.

21        Q.  All right.  All right, now, go to the

22  bottom of the page, if you would.  The last

23  paragraph, page 67:  There was other outside storage

24  in the 1960s.  It seemed like there were volumes and

25  volumes of materials that Building 771 was not

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

74

1  equipped for or could not handle and that went into

2  storage awaiting eventual recovery.  There were drums

3  stored out north of Building 771 on the ground for

4  some period of time.  Then there was the storage

5  location for such drums we termed the triangle area

6  in the northeast part of the plant east of the

7  evaporation ponds bounded by the perimeter road and

8  the ponds.  Can you locate that on 206?

9        A.  Well, my recollection is that it would

10  be somewhere in the general vicinity of an area

11   referred to as the radioactive soil dump site.

12        Q.  Is that the triangle area?  It does

13   appear to be sort of a rough triangle.

14        A.  My recollection it was in that general

15   vicinity.

16        Q.  Okay.  With the increased concern over

17   the problem soil contamination, we moved an awful lot

18   of these drums into cargo containers.  I recall

19   numerous cargo containers being used north of

20   Building 771 and also in the triangle area.  As time

21   went on, these drums were eventually worked off, and

22   there was no more outside storage.

23            Then in the next page, you start to

24   talk about the burial of -- the disposal of sanitary

25   sludge.  Do you see that?


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


75

1       A.  Yes.

2       Q.  And what was the ultimate solution for

3   burial sites for sanitary sludge?

4        A.  Let me read it.

5        Q.  Sure.

6        A.  Okay, the question?

7        Q.  What was the ultimate disposition of

8   the contaminated sanitary sludge?

9        A.  The sanitary sludge from the sanitary

10   treatment plant was disposed of somewhere on the

11   north side of the plant.  I don't remember whether it

12   was buried or whether it was put out there just as

13   sludge or what.  I don't know whether I say anything

14   in here about it or not.

15        Q.  All right.  You then refer -- I think

16   it's actually as part of this, to the four ponds, the

17   build up of contamination in the four ponds and

18   whatever got, as you described it, quote:  Whatever

19   got into Great Western Reservoir and say that that

20   principally came from the Building 774 operation.

21   And what did get into those four ponds, to the best

22   of your knowledge?

23        A.  Okay, this goes back to what I was

24   mentioning, one of Ed Ryan's responsibilities was to

file:///D|/Putzier-%2003-16-95.txt
Case No. 1:90-cv-00181-JLK    Document 1567-2    filed 10/30/05    USDC Colorado    pg 102 of
215

25  keep track of the -- of the concentration of

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

76

1  radioactive material in the liquid effluents out of

2  74 Building, and if they met the standards which was

3  the 1600 dpm per liter as referred to in this

4  paragraph, then he gave the okay to send that on down

5  to the ponds without going through the 774 waste

6  treatment plant.  And those ponds were one after the

7  other.

8        Q.   All right.  One thing I haven't noticed

9  in the listing of spills, burials and associated

10  problems and incidents is the Building 771 outfall.

11  Do you recall the Building 771 outfall?

12        A.   I remember -- I remember the area that

13  was called the outfall.

14        Q.   Can you tell us what you recall about

15  that problem?

16        A.   Give me a minute to collect my thoughts

17  on it, because I think I can say something about it.

18      Q.  Sure, okay.  We have been giving you

19  enough time, haven't we?  You have been taking your

20  time in reading this?

21      A.  Well, yeah, I don't want to jump to

22  something -- the early days of 771 prior to 76, there

23  was a laundry in 71 Building.  The laundry waters,

24  effluent waters, if you will, went through a piping

25  system into a holding tank that was out north of 71

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

77

1  Building located not too far from the -- from the

2  guard post, and that holding -- it was a pair of

3  holding tanks, and when they filled one holding tank,

4  then they switched over to the other one, and samples

5  was taken out of the holding tank to see what kind of

6  radioactivity might be in there, and should there

7  ever be radioactivity in there that needed to be

8  treated, they had the option of pumping that over to

9  74 Building for treatment.  If the levels of

10 radioactivity in the solution were acceptable for

11 direct discharges then the way I remember it, it went

12 into this outfall, what they called that outfall.

13 And that was located southwest -- excuse me,

14 northwest of the 771 Building.  There was a kind of a

15 cavernous area there that it dropped down very

16 precipitously, and the water went down in there.

17      Q.  And the readings were very high in that

18 area, were they not?

19      A.  In the soil.

20      Q.  In soil?

21      A.  The soil probably acted as a -- as an

22 ion exchange column into the water and trapped the

23 plutonium so that plutonium was trapped, and later

24 there was some soil that was removed from that area.

25      Q.  And that plutonium was on the surface;


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


78


1 is that correct?

2        A.  Well, it was in the soil, and that I

3  can't say that the surface -- it was in the soil.

4        Q.  Did you participate in the decision to

5  cover the 903 Pad with a -- the 903 area with an

6  asphalt pad?

7        A.  Not in terms of detailing what -- what

8  went on, no.

9        Q.  Was your contribution limited to

10  continually urging them to do something?

11           MR. KURTENBACH:  Form.

12        A.  Yeah, that's about it.

13        Q.  (BY MR. DAVIDOFF)  Since he -- just to

14  make sure, let me just restate the question so we

15  have it clear because there was a lot of

16  interruption.  Your contribution was basically

17  limited to continually urging them to do something

18  that contained the 903 area?

19        A.  I would say so.

20           MR. KURTENBACH:  Form.

21        Q.  (BY MR. DAVIDOFF)  Now, unfortunately,

22  I am running out of the time for the time we have

23  available today so I am just going to take -- call

24  your attention to a few other things in this book,

25  and if we have time in later sessions of your

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

79

1  deposition -- by this book, I mean your memoirs -- I

2  will endeavor to come back to it, but I want to move

3  to that Exhibit 501 that we marked yesterday.  If you

4  will turn to the page --

5        A.  Shall I put this one back together?

6        Q.  Not just yet, almost, we are almost

7  there for the time being.  Would you turn to the page

8  numbered 112?

9        A.  In my document here?

10       Q.  Yes, sir.  And this is in the midst of

11  what I believe is a chronology that you prepared or

12  that someone prepared.

13       A.  Okay.

14       Q.  You refer to a logbook entry there in

15  1958: Lots of personnel contamination problems in

16  Building 881.  Supervisors contaminating personal

17  clothes.  Can you tell me what you remember about

18  that?

19        A.  I don't remember much of anything there

20  except -- except what it says, that we did have some

21  problems controlling the radioactive contamination

22  on -- on the coveralls that people wore, and

23  generally the practice in 881 was that the

24  supervisors did not wear these clothes when they went

25  back to observe their workers, and they were getting

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

80

1  some on -- occasionally on their clothes as well.  I

2  don't remember anything more about it.

3        Q.  All right, if you turn to page 114,

4  there's a logbook entry:  Alluded to outside 6,000

5  gallon am -- 1964, an outside 6,000 gallon americium

6  storage tank.  Concentration about 0.1 gram per

7  liter.  This tank was located about where the

8  chemical production manager's office in Building 771

 9  is located now.  Can you tell me what you remember

10  about that?

11          A.   That would have begun -- if you

12  remember yesterday I mentioned that there came a time

13  when we were accumulating enough americium because it

14  was growing into the plutonium that something had to

15  be done with it.  This tank was put out there because

16  americium was accumulating, and it needed to be

17  stored somewhere.  It needed to be stored somewhere,

18  and that's where it was stored.

19          Q.   And how was it eventually disposed of?

20              MR. KURTENBACH:  Foundation.

21          A.   It was probably processed through the

22   -- through the line and concentrated and sent off as

23  americium product to whomever wanted it in those

24  days.

25          Q.   (BY MR. DAVIDOFF)  All right, then in


       AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


81

1   1969, there's a reference to 53 summer students being

2   hired to assist in the cleanup.  I assume that was

3   the 776 building cleanup?

4        A.   That's right.

5        Q.   And it says these people were used on

6   the second floor?

7        A.   Yes.

8        Q.   Finally, at the end of the document,

9   there's a memo to Yoder from you.  I guess HS&E is

10  health, sciences and environment?

11       A.   Health, safety and environment.

12       Q.   Health, safety and environment.

13  Basically the only part I want to ask you about that

14  letter, it's the last page:  There exists among many

15  HS&E folks today a feeling of insecurity and concern

16  that can very well influence the overall future

17  effectiveness of the HS&E group.

18       A.   Excuse me, what page?

19       Q.   The very last page of the document,

20  very --

21       A.   Oh, all right.

22       Q.   It's a letter dated November 24, 1982?

23    A.  Yes.

24    Q.  What were you referring to there?

25    A.  Let me read it.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



82

1        MR. KURTENBACH:  What -- are you

2    referring him again to the first sentence in the

3    second paragraph?

4        MR. DAVIDOFF:  Yes, sir.

5        MR. KURTENBACH:  All right.

6      A.  Okay, what I am referring there to,

7    I'll go back to January -- January of 1982 when I

8    announced I was going to retire, and then in about

9    April Doctor Yoder announced a reorganization of

10   his -- of his organization which, in effect, in my

11   opinion, fragmented a lot of the groups that -- that

12   were working very closely together, and I felt at the

13   time that this was going to have not good influences

14   on how they could -- how they could do the best job

15  for the overall department.

16      Q.  Well, what -- I'm sorry, I don't

17  understand.  What did Doctor Yoder do, split it into

18  two groups?

19      A.  He --

20      Q.  Were people fired?

21      A.  There were -- no one was fired.  I

22  don't remember the exact organizational chart, but

23  what it in effect did is move -- moved people around

24  and create new little groups and so forth, and the

25  cohesiveness to me was lost that we had before that.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


83

1       Q.  And how -- can you describe the new

2  organization that you felt --

3       A.  I can't -- I don't even remember what

4  it looked like.

5       Q.  Is it on page -- is it on page --

6       A.  It might be.

7       Q.  If you look back --

8      A.  If I put it in there.

9      Q.  -- after page 128, is that it?

10     A.  Exactly.  At least that's part of it.

11     Q.  You can put that document aside for the

12  time being.  You can pick up Exhibit 501 which I

13  believe is the report that you were asked to prepare

14  in 1970 that we marked yesterday and you identified,

15  I believe, the report and all 34 of the appendices.

16     A.  Yes.

17     Q.  Okay.  And if you look at the page --

18  the second page of the document, page 74877, that

19  indicates that you are the author of the document; is

20  that correct?

21     A.  Yes.

22     Q.  And you're the best person, obviously,

23  to ask about the document.  Did -- what prompted the

24  writing of this document at this time?  Was it an

25  outgrowth -- let me just ask a little more specific

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

file:///D|/Putzier-%2003-16-95.txt    Case No. 1:90-cv-00181-JLK    Document 1567-2    filed 10/30/05    USDC Colorado    pg 113 of 215

84

1  question.  Was it an outgrowth of the 1969 fire --

2       A.  I'd say that was a major influence.

3       Q.  -- and the criticism that some

4  public -- some public criticism that was brought to

5  bear on the plant at that time?

6          MR. KURTENBACH:  Foundation.

7       A.  I'd say so.

8       Q.  (BY MR. DAVIDOFF)  Okay, now, let's go

9  down to the first area, first page of text.  After

10  the introductory paragraphs which indicate that it's

11  a compilation of extracted information from records,

12  extrapolation, calculations and estimates from

13  existing data along with a test of memories of a

14  number of people, you state there are obvious

15  omissions in records, but I believe they are complete

16  enough to lead to a fairly accurate story.  Is that

17  your conclusion at this time?

18       A.  Apparently it was.

19       Q.  Under the mound area, you state that

20  first mound burial occurred in April of 1954.  Drums

21  were moved to the mound area rather steadily up to

22  March of 1957 at which time uranium contaminated oil

23  from 90 drums was burned.  In April 1957, another 79

24  were burned.  Then you refer to a plan to ship oils

25  and then state:  Problems relating to potential

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

85

1  leakage eventually resulted in dropping the idea for

2  shipping oils.  The final actual use of the mound

3  occurred in September 1958 at which time the

4  plutonium contaminated oil drums from Building 776

5  were placed in the mound.  Previously 46 oil drums

6  from Building 771 were placed in the mound.  Then you

7  go into some calculations into the number of drums.

8  Appendix A shows a chronological history of mound

9  accumulation.  This is summarized as follows.

10           Now, you will recall earlier today, I

11  believe, and maybe even yesterday I asked you if

12  there were somewhere between 1,000 and 2,000 barrels

13  buried in the mound or drums, as they are referred to

file:///D|/Putzier-%2003-16-95.txt

14  here, and you thought that was high, and if you add

15  these numbers up, I think you come up with a number

16  somewhere in the neighborhood of about 16 hundred; is

17  that right?

18       A.  That's right.  If I may, I would like

19  to comment that this -- all this was done from

20  records from a file prior to the time when they

21  actually opened the mound up and took them out, so

22  whether there was a count of the drums when we took

23  them out, and I mentioned this morning we didn't find

24  any of those 71 drums in there I mentioned earlier.

25  I'd just like to make that point that these were

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

86

1  numbers that came out of a file.

2       Q.  Okay, and, in fact, later one

3  inaccuracy was found?

4       A.  At least one, and I don't remember, you

5  know, how much account was made of the drums that

6  came out of there relative to this count here.

7      Q.  All right, now, before we move to the

8  903 area that you next summarize here, it's fair to

9  say that between 1954 and 1958 when these drums were

10  being buried in the mound, that management at the

11  plant and the Health Physics Department knew of the

12  propensity of high winds in the Denver area to blow

13  surface dust off site; is that a fair statement?

14      MR. KURTENBACH:  Form.

15      A.  They probably knew it, and that's

16  probably why they covered these up.

17      Q.  (BY MR. DAVIDOFF)  All right.  Then

18  let's move to the 903 area that you describe here.

19  Subsequent to September 1958 other oil and coolant

20  drums were moved to the mound area but were never put

21  in the mound.  In July 1959, they were moved across

22  the road, and this was the beginning of the

23  accumulation in the 903 area.  The waste disposal

24  group's records are complete through April 1966.  And

25  up through that period the following accumulation

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

87

1  occurred.  And I am not going to give all the

2  numbers, but it's a total of about 4,729 drums.  Is

3  that correct?

4        A.  That's right.

5        Q.  And, in fact, it's your recollection

6  when the ultimate count was done, it was somewhere in

7  the neighborhood of a total of 53 hundred drums that

8  had been moved there; is that right?  That's not

9  here, I am just asking you if you remember.

10        A.  I don't remember that.

11        Q.  All right.  And then if you look below

12  at the bottom, it says:  Of these 3,572 contained

13  plutonium contaminated coolant.  It's at the bottom

14  of that same page that we were just reading from --

15        A.  That's right.

16        Q.  -- 74879.  Now, is it fair to say that

17  most of these barrels had at least started to corrode

18  at this time?

19        MR. KURTENBACH:  Foundation.

20        A.  I have nothing to base that on.

21      Q.  (BY MR. DAVIDOFF)  Did you ever go out

22  there and physically inspect the 903 area?

23      A.  Our monitoring group routinely went out

24  there and made checks on whatever drums they could

25  get to, to visualize, these were -- if you could

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

88

1  visualize.  These were up against each other.

2  Traffic was not easy to get in among them, but there

3  were surveys made as best as could be out there,

4  and -- am I answering the question?

5      Q.  I think so, yeah, no, I think you are

6  doing fine.  If you go down to the oil burning down

7  below which says that:  Some oils from both Building

8  444 and 881 were burned.  Yeah, next page, sir.

9      MR. KURTENBACH:  Flip a page.

10      Q.  (BY MR. DAVIDOFF)  No -- and then sort

11  of below there, no more -- no further burning

12  occurred until June 1961 -- that's after March and

13 April of 1957 -- after which time oils were burned

14 frequently.  May 1965 was the last month any burning

15 took place.  Do you see that?

16      A.  Yes.  I see that.

17      Q.  So it appears that you had some burning

18 in 1957 and 1957 of contaminated oils?

19      A.  Uranium.  Uranium oils.

20      Q.  Uranium oils and, again, from June 1961

21 to May 1965; is that correct?

22      A.  That's what it says, yes.

23      Q.  Was that criticized by the Health

24 Physics Department?

25      A.  I don't remember they would criticize

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

89

1 it, no.

2      Q.  Why not?

3          MR. KURTENBACH:  Form, foundation.

4      A.  Most all of the measurements that was

5 ever done was air samples were taken to see if

6  things -- contamination got airborne, and as I

7  recall, there was no problem with that.

8      Q.  (BY MR. DAVIDOFF)  Do you think it was

9  good health physics practice to burn drums of uranium

10  contaminated oil?

11      MR. KURTENBACH:  Form.

12      A.  Good health physics practice is a

13  relative consideration to me.  And this -- if it's a

14  practical thing without creating a hazard, then as

15  far as I'm concerned, it's a good enough practice.

16      Q.  (BY MR. DAVIDOFF)  Why was the practice

17  halted in May of 1965 if it was a good enough

18  practice?

19      A.  I don't remember.

20      Q.  Okay.

21      MR. KURTENBACH:  I object to the form

22  of that question.  Go ahead.

23      A.  Okay, I may interject that at some

24  point in time --

25      MR. DAVIDOFF:  There's no question.  I

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

90

1  think he's completing his prior answer.  I didn't ask

2  another question, I just said okay.

3          MR. KURTENBACH:  I'm objecting to the

4  form of the question about why was it halted in May

5  of '65.

6       Q.  (BY MR. DAVIDOFF)  All right, go

7  ahead.

8       A.  There may not have been any more

9  uranium oils generated or very few at that point.

10  See, most of the enriched uranium, practically all

11  the enriched uranium work was transferred from Rocky

12  Flats sometime in those -- in that period of time.

13       Q.  You have an account there, though, that

14  the total number of drums of oil disposed of in this

15  manner was 1,093.  Do you see that at the bottom of

16  the page 74880?

17       A.  Yes.

18       Q.  And you must have compiled that from

19  plant records; is that correct?

20      A.  I expect so, yes.

21         Q.   Then if you look at the next page,

22  74881, you indicated that there was 321 tons of

23  asphalt and soil contaminated with plutonium at the

24  time of this Building 776 fire on May 11th, 1969, and

25  they were dumped in the area designated as the

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

91

1  asphalt dump in figure one, I think figure one, sir,

2  which was this diagram which appears right as the

3  next page?

4         A.   As the next page?

5         Q.   Yes, sir, I believe so.  Unfortunately,

6  we don't have a color version, but I think the

7  asphalt pit is -- well, maybe you can point it out to

8  us verbally.  I will let you do that.

9         A.   Yes, unfortunately, this was probably

10  done in color, but I know the general location.

11         Q.   All right, just tell us that.

12          A.   The general location is then east of 81

13   Building.  It may very well be that little rectangle

14   shape.

15          Q.   That's what I thought it was, all

16   right.  Then the Building 995 sanitary sludge, you

17   had an entry for that on page 881 -- I am using the

18   last three numbers -- and then you had a

19   miscellaneous category.  Is that right?

20          A.   Yes.

21          Q.   And then you have these tables which to

22   save time we are not going to go over in detail,

23   except I would like to call your attention to page

24   889 where you are quoting from a February 1959

25   progress report, and under the future problems, do

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

92

1   you have any doubt that you accurately reproduced

2   this quote?

3          A.   Well, I don't have any doubt that it

4   was accurately quoted.

5        Q.  Let me, just so there is no dispute

6  about what it says, the quote from the February 1959

7  progress report says:  Future problems:  The most

8  pressing problem concerns the storing of highly

9  contaminated liquids in 55 gallon capacity drums on

10  the plant site and the urgent need for treating and

11  ultimate disposal.  There is every probability that

12  many of these drums are already, quote, leakers,

13  unquote.  Their transport to place of treatment will

14  be tricky.  To help eliminate further spread of

15  contamination during movement, a container tray is

16  being considered for pallet handling.  In this way,

17  leakage will be confined to a small area and not

18  along the roadway.  Do you see that?

19        A.  Yes.

20        Q.  Then in the next March 1959 progress

21  report:  A metal tray has been fitted to a wooden

22  pallet and is used by the Service Department when

23  moving the highly contaminated liquids from the

24  building.  An area to the east of the bull pen has

25  been graded and the drums of contaminated liquid are

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

93

1  now being stored in this area on wooden pallets.

2  This is a temporary measure until such time as a --

3  as a -- I can't read that next --

4        A.  Solvent still.

5        Q.  -- solvent still has been placed in

6  operation.  Now, what is being referred to actually

7  is the beginnings of the 903 Pad; is that right?

8        A.  The thing that is confusing to me is

9  the asterisk, actually 774 drums, and that's very

10  confusing to me because the date in that and I

11  can't -- I can't remember exactly what this is really

12  telling us, 774 drums, they didn't generate oils and

13  that sort of thing in 74 Building.

14        Q.  I think that's the number, sir,

15  actually 774 drums.

16        A.  Oh, you are probably right.  Yes.

17        Q.  But what I am driving at is is this

18  solution to the mound area, I believe, the beginnings

19  of the 903 Pad area as quoted in these two progress

20  reports?

21       A.  If I could remember where the bull pen

22  is, I could say yes or no.  I guess I will have to

23  say I am not sure.

24       Q.  What was the bull pen?

25       A.  That's what I can't remember.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



94

1       Q.  At the beginning of the 903 Pad area,

2  were the drums of contaminated liquid stored in that

3  area on wooden pallets?

4       A.  I don't remember that either.

5       Q.  Okay, I think -- take a look at page

6  893.  Quoting from a July progress report, it looks

7  like a July 62 progress report:  Future problems:

8  Based on the experience of sampling the lathe coolant

9  drums in the field, extreme care will be needed in

10  the transfer operations.  In making transfers from a

11 full drum to an empty drum, a fine mist was carried

12 by a slight breeze over a wide area.  Do you see

13 that?

14          MR. KURTENBACH:  Do you see that?

15      A.   That's down at the bottom here.

16          MR. DAVIDOFF:  You might want to show

17 him your copy.  I don't see it.  My words are blanked

18 out.  I think something did it copying it.

19      A.   Yes, I think that's the same as this.

20      Q.   (BY MR. DAVIDOFF)  Were you aware that

21 in moving an empty barrel, a full barrel into an

22 empty barrel, that would spread a fine mist over a

23 wide area, particularly on a breezy day?

24      A.   No, I wasn't.

25      Q.   All right, now, I'd like you to turn to


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119




95

1 the appendices.  I am not going to call your

2 attention to too many of these, but there are a few

3 that I think we need to look at.  Appendix B 1 --

4        A.   Appendix which, please?

5            MR. KURTENBACH:  B 1.

6        A.  Got it.

7        Q.  (BY MR. DAVIDOFF)  -- is the -- is

8  what's being quoted there, Atomic Energy Commission

9  Guideline on Disposal of Radioactive Waste?

10  Unfortunately, the second page is not legible on the

11  copy that we have.

12            Is it legible on your copy?

13            MR. KURTENBACH:  It's not on mine.

14  What was your question again now?

15        Q.  (BY MR. DAVIDOFF)  Is that an AEC

16  regulation that's reproduced there on the disposal of

17  hazardous waste that was in effect on July of 1954?

18            MR. KURTENBACH:  Foundation.

19        A.   At the -- at the bottom of the page,

20  are you referring to Handbook 52?

21        Q.  (BY MR. DAVIDOFF)  Yes, sir.  What is

22  Handbook 52?

23        A.   Handbook 52 was a -- was issued by the

24  National Bureau of Standards, and the Atomic Energy

file:///D|/Putzier-%2003-16-95.txt
Case No. 1:90-cv-00181-JLK    Document 1567-2    filed 10/30/05    USDC Colorado    pg 129 of
215

25  Commission at the time adopted the handbook numbers,

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

96

1  and there was more than one NBS handbook, but in this

2  particular case 52 applied those standards which

3  included at that time standards for -- for burial of

4  radioactive materials.

5          Q.   All right, now, look at B 2 which is

6  the next --

7          A.   That's terrible.

8          Q.   Say it again, sir?

9          A.   That's terrible to read.  I don't know

10  if I can even see it to read it.

11          Q.   I can give you --

12              MR. KURTENBACH:  Not the next page, the

13  next exhibit.

14              MR. DAVIDOFF:  Yes, sir, I think that

15  page is terrible on all the copies we have.  I guess

16  I should note for the record that page two of

17  appendix B 1 of Exhibit 501 is totally illegible or

18  nearly totally illegible in our copy.

19      Q.  (BY MR. DAVIDOFF)  Is this also a

20  reference to the AEC bulletin on disposal of

21  radioactive waste as well as an indication that the

22  activated sludge in the 995 Building is 30 percent

23  above the tolerance quoted in that bulletin,

24  referring you to appendix B 2?

25          MR. KURTENBACH:  Form.  Foundation.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



97

1      A.  Now, what was the question?

2      Q.  (BY MR. DAVIDOFF)  Let me restate it

3  again.  Is -- is this a reference to an AEC standard,

4  among other things, in the Handbook 52 that you refer

5  to?

6      A.  I don't --

7          MR. KURTENBACH:  Form.

8      A.  I don't remember.

9          MR. DAVIDOFF:  I'm sorry, would you say

10    that again, form?  Let me rephrase it again, sir.

11       Q.   (BY MR. DAVIDOFF)  Is this a reference

12    to an AEC standard and also an indication that the

13    activated sludge in the 995 Building was 30 percent

14    above the tolerance quoted in that AEC standard, I am

15    referring to Exhibit B 2?

16          MR. KURTENBACH:  Form, foundation.

17       A.   Okay, I don't recognize AEC-GM bulletin

18    as being anything I was ever familiar with.

19       Q.   (BY MR. DAVIDOFF)  You want to turn to

20    appendix B 5, please, which is page 74904.  Is this

21    an indication in November of 1954 of some of the

22    early burials on the mound or in the mounds, refers

23    to the west end of the mound and other places it

24    refers to this burial mound?

25       A.   To the best of my knowledge, this was


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


98

1    the mound we have been talking about.

2       Q.   Right.  Now, it indicates that the

3  burial mound was formed during the movement of waste

4  during April 1954 at which time -- it's either 852 or

5  862 drums of solid waste from 44 Building were placed

6  in the mound.  Do you see that?

7      A.  Yes.

8      Q.  Is that why it was called the mound

9  because it had a big mound of dirt on it?

10      A.  Exactly.

11      Q.  And that mound of dirt, I guess,

12  originated from these 852 drums of material; is that

13  right?

14      A.  The mound --

15      MR. KURTENBACH:  Form.

16      A.  The mound was soil that had been

17  excavated in the surrounding areas to be put on top

18  of the drums.  That's what created the mound was

19  the -- this general soil.

20      Q.  (BY MR. DAVIDOFF)  All right, you can

21  pass that one over.  And as we run out of time, I'm

22  trying to cut down the number of these that I am

23  asking you about.  Turn to Exhibit B 10 -- appendix B

24  10.

25      A.  Got it.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


99

1      Q.  This is a December 15th, 1958

2  document.  The second full paragraph of this document

3  is under a heading of Waste Disposal Coordinating

4  Group Research Progress Report, quote:  The sooner we

5  put this sludging process into actual operation the

6  better it will be as it is unwise to expose the drums

7  of waste oil which are now stored out of doors to

8  corrosive conditions for any longer than is

9  necessary, unquote.

10      Was that a -- that a position that was

11  taken by the Health Physics Department as well at

12  this time?

13      A.  This letter --

14      MR. KURTENBACH:  Foundation.

15      A.  This letter was not generated by the

16  Health Physics Department.  This letter was generated

17 by the organization within the general laboratories

18 that were responsible for the administration of waste

19 disposal at that point in -- at that period of time.

20      Q.  (BY MR. DAVIDOFF)  Did health physics

21 agree with the sentiment that's expressed in the

22 second paragraph of that letter that I just read for

23 you?

24      A.  I would --

25      MR. KURTENBACH:  Foundation, form.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



100

1      A.  I would expect we would have agreed

2 with it.

3      Q.  (BY MR. DAVIDOFF)  And you certainly

4 agreed sufficiently to attach it as an appendix to

5 your report that you prepared 12 years later; is that

6 correct?

7      MR. KURTENBACH:  Form.

8      A.  I would presume so, yes.

9      Q.   (BY MR. DAVIDOFF)  Now, in the next

10  appendix B 11, L. F. Grill, who is he, by the way?

11      A.   Grill in the earlier days was part of

12  the general laboratory organization.

13      Q.   And he's writing to R H -- R. W.

14  Hawley?

15      A.   Yes.

16      Q.   Who was that?

17      A.   I believe at the time R. W. Hawley was

18  associated with whichever engineering group it was

19  that was trying to do something about the oils, about

20  the disposal of oils.

21      Q.   And it appears from this document that

22  they were trying to figure out how to remove the

23  plutonium from the contaminated oil; is that right,

24  and the title is plutonium?

25      A.   Yes, as I read it now, I think what

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

101

1  they were talking about was trying to filter out

2  plutonium residues from oils.

3       Q.  And that was found not practicable,

4  among other things, because of what's set forth in

5  the third sentence here, quote:  The plutonium is

6  present either as extremely small particles (below

7  detection by microscopic methods) in the oil or in a

8  complex form, end quote.  Is that correct?

9       MR. KURTENBACH:  Foundation.

10      A.  I am not sure what that -- that

11  sentence says or is trying to say.

12      Q.  (BY MR. DAVIDOFF)  Isn't that sentence

13  saying that the plutonium is in the oil either as

14  particles too small to be detected by microscopic

15  methods or in a complex form, i.e., chemically bonded

16  form?

17      A.  That's what the words are, but I don't

18  understand them.

19      Q.  Well, you understand the part about

20  extremely small particles below detection by

21  microscopic methods, do you not?

22      MR. KURTENBACH:  Form.

23      A.  Again, I understand the words, but I --

24  I am at a loss to say that plutonium would ever be so

25  small that it wouldn't be seen with a microscope.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119




102

1       Q.  (BY MR. DAVIDOFF)  Could one plutonium

2  atom be seen by a microscope?

3       A.  No, no.

4       Q.  How about a million plutonium atoms,

5  would that be a large enough speck to be seen by a

6  microscope?

7       A.  No.

8       Q.  How about a billion plutonium atoms, is

9  that --

10      A.  May I work in the other direction?

11      Q.  Absolutely.

12      A.  One gram of plutonium contains about

13  one with 21 zeros behind it atoms.

14      Q.  21 zeros?

15      A.  21 zeros.

16      Q.  Do we have a name for a creature like

17  that?

18      A.  We probably do.  It would take me a

19  while to say what it is, and that is derived from a

20  number that's referred to by physicists as an

21  Abagadro (phonetic) number with 6.0606 times 10 to

22  the 23rd power.

23      Q.  Abagadro?

24      A.  Abagadro.

25      Q.  So, obviously, you could have plutonium

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

103

1  particles that were below -- of a small enough size

2  that they would be below detection by a microscope;

3  is that correct?

4      A.  I doubt it.

5      Q.  Might not?

6      A.  Because they don't occur in -- as a --

7  they occur in groups of atoms which probably, in

8    general, would be detected by microscopic view if you

9    look at them.  I don't know, it's -- it's my opinion.

10        Q.  Well, we'll leave that for some experts

11   to determine.

12        A.  Yes.

13        Q.  Could you look at appendix B 13.  Tell

14   you what, sir, I am going to excuse you from that

15   one, and if you give me a minute I'll try to cut down

16   the number of documents here a little bit.

17            (There was discussion off the record.)

18        Q.  (BY MR. DAVIDOFF)  I have one small

19   question about B 10, 14, there is a reference to:

20   Handling and decontamination in 1961 of 81 Building

21   waste caused a problem with the waste stream at the

22   74 Building.  Do you know anything about that without

23   doing a lot of studying?

24        A.  No, no.

25        Q.  You don't even have to look at this

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

1  one.  All right, then we will pass that one right

2  along.  If you would look at page 74928, that's

3  appendix B 19.  We will skip over a whole slug of

4  this.  This is an August 17, 1962 document from

5  Butler to Sampson, subject:  Waste disposal.  Who was

6  Butler at this time frame, Butler?

7         A.  I don't know who Frank Butler was.

8         Q.  How about Sampson, A. H. Sampson, do

9  you know who he was?

10        A.  Mr. Sampson was part of the radiography

11  organization.

12        Q.  Okay.  Now, the first paragraph is the

13  one that I am -- that I want to focus on.  It says

14  subject:  Waste disposal.  A question has been raised

15  as to the necessity for the Cab-O-Sil mixing

16  facility.  Do you know what the -- that refers to,

17  the Cab-O-Sil mixing facility?

18        A.  No, I don't remember.

19        Q.  This goes on to say:  The accompanying

20  table lists the general types and quantities of

21  organic waste produced.  As indicated, some of these

22  materials are burned in open pits.  The remaining

23  materials are drummed and stored.  About 50 to 60

24  percent of these drums are badly corroded.  The

25  contents of several has already been spilled out on

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

105

1  the ground in the storage area.  Unless these

2  materials are disposed of in the very near future, a

3  serious contamination problem will develop, unquote.

4  And I realize you are not on this document, but were

5  you familiar with these problems at this time in or

6  about August of 1962?

7       A.  No, not directly.  I don't believe -- I

8  don't -- it's being addressed in this letter.  I

9  certainly don't know anything about it.

10       Q.  Would you turn to appendix B 23 which

11  is page number 74935, and that is a memo from Butler,

12  two page memo from Butler, process -- F. E. Butler,

13  process chemistry, to A. K. Williams, recovery of

14  plutonium from lathe coolant waste.  Do you see that?

15       A.   Yes.

16       Q.   Now, the second sentence of that July

17 28, 1964 document refers to the MUF committee.  That

18 stands for material unaccounted for; is that right?

19       A.   That's right.

20       Q.   And did the MUF committee -- do you

21 recall when the MUF committee was first formed?

22       A.   No.

23       Q.   Did it -- was there a MUF committee at

24 the Rocky Flats plant at least from 1964 which is the

25 date of this document up until the time that you

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

106

1 retired in 1983?

2       A.   I don't know.

3       Q.   Did you ever serve on the MUF

4 committee?

5       A.   No.

6       Q.   Do you recall the names of individuals

7   who did serve on the MUF committee?

8       A.  No.

9       Q.  Do you recall where the MUF committee

10  held its meetings?

11      A.  No.

12      Q.  Do you recall where the MUF committee

13  kept its files?

14      A.  No.

15      Q.  Now, this is -- the fourth paragraph

16  indicates that the solids contained in the still

17  bottoms sometimes contain 25 percent (by weight on a

18  net basis) plutonium.  What are the still bottoms

19  that are referred to there?

20      A.  I don't know really what -- what is

21  being referred to here.  Still bottoms to me is

22  general or if they are distilling something, you get

23  solid materials in the bottom of the still, and

24  that's still bottoms, and but to be any more specific

25  than that, I don't know.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

1          Q.   Do you recall ever being involved in

2   trying to assess what the plutonium content was of

3   the barrels that were stored on the mound or later in

4   the 903 area?

5          A.   No.

6          Q.   Now, would you turn to appendix B 33 at

7   page 74960.  This is a September 24th, 1968 document

8   from H. S. Maas of waste treatment to K. B. Best.  Do

9   you recall what Mr. Best's position was at this time?

10          A.   This brings up a -- an omission that we

11   had yesterday when you were asking the various people

12   who were building superintendents.  K. B. Best was a

13   building superintendent of 71 for some period of

14   time.

15          Q.   Is he the one that you couldn't

16   remember yesterday?

17          A.   I think the person I couldn't remember

18   his last name now was Bob Walker.

19          Q.   Bob Walker?

20          A.   He was the guy that I mentioned related

21  to the filter signs and filter -- and ventilation

22  systems.

23        Q.   And Bob Walker was also at 771?

24        A.   No, Bob Walker was an engineer with the

25  Engineering Department.  He wasn't specifically


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


108

1  affiliated with a building.  He was a general

2  engineer for the plant.

3        Q.   What was Mr. Best's first name?

4        A.   Keith.

5        Q.   And when was the last time that you saw

6  him or heard of him?

7        A.   Definitely not since I retired, and

8  prior to my retirement, I don't know that I -- I

9  don't remember him being around at all after Dow

10  left.

11        Q.   Was he your age, sir, older, younger?

12        A.   He was probably older than I.  I don't

13  know how much, but I think he was older than I.

14        Q.   All right, do you want to take a look

15   at the September 24th, 1968 memo that was sent to

16   him, Disposal Summary of Plutonium Contaminated

17   Materials, Building 903 Storage Area?

18        A.   Okay.

19        Q.   Disposal work started at the Building

20   903 storage area on January 23rd, 1967.  The storage

21   area contained approximately 5,230 drums of

22   radioactively contaminated organic liquids with the

23   individual drum volumes ranging from full to empty.

24   Most of the drums were in various states of

25   corrosion.  Therefore, the liquid had to be

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

109

1   transferred into sound drums before shipment to the

2   process area at Building 774.

3             Now, this is the stage at which health

4   physics was actively involved in urging remediation

5   of this 903 Pad area; is that correct?

6            MR. KURTENBACH:  Form.

7        A.  I think for some -- for some period of

8  time the general atmosphere of the plant was we need

9  to get those drums taken care of.

10        Q.  (BY MR. DAVIDOFF)  The paragraph that I

11  just read you, is that -- is there anything in there

12  that you disagree with or disagreed with?

13            MR. KURTENBACH:  Foundation.

14        A.  I have no basis to agree or disagree

15  with what he -- what his evaluation of the situation

16  was.

17        Q.  (BY MR. DAVIDOFF)  Do you have any

18  basis to agree or disagree that most of the drums

19  were in various states of corrosion?

20        A.  That's what -- that's what I am

21  saying.  I have -- I have no way of being able to

22  evaluate that.

23        Q.  All right, now, then the next appendix,

24  appendix B 34 -- off the record.

25            (There was discussion off the record.)

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

110

1       Q.   (BY MR. DAVIDOFF)  Let's just refer to

2   it as appendix B 34 of Exhibit 501.  This is an April

3   14th, 1970 summary of the 903 oil drum storage area

4   or a history, four page document written to you by K.

5   J. Freiberg of health physics.  He was one of your

6   subordinates; is that right?

7       A.   Yes, yes.

8       Q.   And you relied on this when you

9   compiled your report and attached it as an appendix

10   to your report; is that correct --

11      A.   Yes.

12      Q.   -- exhibit 501?  This confirms the

13   January 23rd, 1967 start date, and I'm going to skip

14   items one through nine for the time being and call

15   your attention to item 10.  It says:  During the

16   transfer operations it was noted at the bottom of all

17   drums a deposit of sludge remained after removal of

18   the oil.  This sludge varied in depth from one-half

19   inch to three inches and averaged approximately one

20   inch.  By drum counter results the sludge within the

21   empty drums contained a total of 5,152 grams of

22   plutonium.  Do you understand how that was arrived

23   at?

24        A.   The drum -- the drum counter was a

25   system of -- of measuring the emanations from

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

111

1   plutonium to establish some kind of a -- of an

2   evaluation of what was there in each drum.  A drum

3   counter is a -- a -- how do I want to put it, a

4   measuring device, and it measures the plutonium in a

5   drum by -- by detecting the radiations given off

6   drums of plutonium.  And then you have -- you have

7   various kinds of calculations and so forth that you

8   go through to calculate what that means in terms of

9   plutonium within the drum.

10        Q.   Who did the calculations of how much

11   plutonium was in these drums?

12        A.   It was a group in -- in the 71 -- 74

file:///D|/Putzier-%2003-16-95.txt

13   area that were responsible for the drum counter, and

14   so that would have been their work, and I don't

15   remember who those people were.

16          Q.  Okay.  Looking at number 15 on page

17   963, they make an estimate that 86 grams of plutonium

18   remains under the asphalt pad.  Was health physics

19   involved in that estimate?  85.81 grams to be exact

20   and precise is their estimate.

21          MR. KURTENBACH:  Now, what is the

22   question?

23          Q.  (BY MR. DAVIDOFF)  Was health physics

24   involved in that?

25          A.  I think probably Freiberg did the

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

112

1   calculation.

2          Q.  All right, now, this summary, if I am

3   not mistaken, indicates that the remediation

4   operation began in January of 1967 and that the

file:///D|/Putzier-%2003-16-95.txt
Case No. 1:90-cv-00181-JLK    Document 1567-2    filed 10/30/05    USDC Colorado    pg 151 of
215

5  asphalt was not applied until October of 1969 as

6  indicated in item number 31.  Is that correct?

7        A.   That's right.

8        Q.   Okay, you can put Exhibit 501 aside.

9  And we're going to come back to 502 and 503 which we

10  marked before and before we take our break, I'd like

11  to at least get distributed and marked, we have

12  already premarked some of these exhibits.

13              (There was discussion off the record.)

14        Q.   (BY MR. DAVIDOFF)  I am going to ask

15  you to identify these.  We have had these premarked.

16  Exhibit 504 appears to be from Putzier, Thompson and

17  Walko under date of February 9th, 1974 to D. A.

18  Brown.  Would you look at that for a moment and

19  identify it, sir, if you would?

20        A.   I can't read the handwriting very

21  well.  I --

22        Q.   Sir, right now, I just want to

23  identify --

24        A.   Well, it's a memo from D. A. Brown who

25  was a shift superintendent at the time to E. A.

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

113

1  Putzier, M. A. Thompson and E. J. Walko, subject:

2  Plutonium contamination in the landfill.

3        Q.  Do you recognize the handwriting even

4  if you can't read it all?

5        A.  No, I really don't.

6        Q.  All right, put it -- I want you to

7  leave it there because we are going to have a

8  question on it, but Exhibit 505 A appears to be from

9  Vogel to Putzier dated January 28th, 1974.  505 B is

10  Vogel to Putzier dated January 11th, 1974.  These

11  were produced together so they have been marked as

12  one number.  505 C is Vogel to Putzier dated December

13  17th, 1993.  505 D, Vogel to Putzier dated November

14  5th, 1973 and the EMF number is 0011606.  But I would

15  suggest on this one, Mr. Putzier, that you start from

16  the back and work toward the front since that's the

17  order in which they've -- the date order.

18            Let me see if I can speed it up a

file:///D|/Putzier-%2003-16-95.txt
Case No. 1:90-cv-00181-JLK   Document 1567-2   filed 10/30/05   USDC Colorado   pg 153 of
215

19  little bit.

20       A.  All right.

21       Q.  Is 505 D, the last page, a memo from --

22  what's Mr. Vogel's first name?

23       A.  Robert.

24       Q.  From Robert Vogel to you under date of

25  December 5th, 1973, re: Landfill dump?  We're just

          AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

                              114

1  identifying it now.  I am not going to ask you

2  substantive questions.

3       A.  Oh, okay, all right.

4       Q.  Is that what it is?

5       A.  That's what it is.

6       Q.  Is 505 C a memo from Bob Vogel to you

7  dated December 17th, 1973, re:  Landfill dump?

8       A.  Right.

9       Q.  Is Exhibit 505 B a memo dated January

10  11th, 1974 from Vogel to you, re:  Landfill dump?

11       A.  Yes.

12      Q.  And is 505 A a memo dated January 28th,

13  1974 from Vogel to you, re:  Landfill dump findings?

14      A.  Yes.

15      Q.  Okay, you can put that aside for the

16  time being.  I'd like to show you Exhibit 506.  This

17  appears to be -- you can ignore the cover sheet which

18  I think is an indexing sheet.  It's document number

19  10902, and it appears to be a Vogel document, Vogel

20  of radiation monitoring, you and others, 6-26-75,

21  landfill survey findings, under date of July 3rd,

22  1975?

23      A.  Yes.

24      Q.  All right.  Put that -- just leave it

25  right there in the pile.  Let me show you Exhibit

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

115

1  507.  Is that an internal letter, a Rockwell letter

2  from E. E. Klanecky to you and others dated July 8th,

3  1977, report of finding at the landfill dump?

4      A.  Yes.

5      Q.  I'd like to show you Exhibit 508.  Why

6  don't I let you start looking at this while I

7  describe it.  Is this a document among -- which you

8  received as part of the distribution, F. D. Hobbs, R.

9  W. Loser and R. R. Gunning dated July 23, 1973,

10  Products and Health Physics Research, Environmental

11  Control, titled Plutonium In Stack Effluent?

12      A.  Yes.

13      Q.  You can put that aside for the time

14  being.  I'd like to show you Exhibit 509, appears to

15  be from F. D. Hobbs to you and others, Plutonium In

16  Ambient Air, August 15th, 1973.  Is that a health

17  physics report?

18      A.  Yes.

19      Q.  That was prepared by your department?

20      A.  Not by my department.

21      Q.  What department was this prepared by?

22      A.  The Product and Health Physics

23  Research.

24      Q.  Okay.  You can put that aside.

25      A.  And that's true of the previous one,

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

116

1  too.

2        Q.   All right.  And I think it's true of

3  the next one.  Let me show you Exhibit 510.

4        A.   Probably.

5        Q.   Is this a document prepared by Product

6  and Health Physics Research, July 24, 1973 from Hobbs

7  and Loser, copies to you and others, fourth quarter

8  fiscal year 1973 and fiscal year 1973, environmental

9  monitoring data?

10       A.   Yes.

11       Q.   Why is it that health physics was not

12  involved in the preparation of these kinds of

13  reports?

14       A.   This is part --

15            MR. KURTENBACH:  Form, foundation.

16       A.   This is part of the overall health and

17  safety organization at the time, and Product and

file:///D|/Putzier-%2003-16-95.txt

18  Health Physics Research were responsible at that

19  period of time for all environmental monitoring and

20  the stack monitoring and that sort of thing.

21      Q.  (BY MR. DAVIDOFF)  All right.  Moving

22  right along, I'd like to show you Exhibit 511, a July

23  13th, 1974 memo from yourself to Mr. Bowman,

24  Correction, Stack Volume, Building 707.  Would you

25  identify that, sir?


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


117

1      A.  Yes.

2      Q.  Did you write that memo?

3      A.  No.

4      Q.  Who wrote it?

5      A.  W. D. Kittinger.

6      Q.  That's indicated by his initials below

7  your name?

8      A.  Right.

9      Q.  Let me show you Exhibit 512.  That is a

10  Health and Environmental Protection Survey, Rockwell

11  International, August 16th to 20th, 1976, consisting

12  of six pages, document number 00001515.  Would you

13  look at this and see whether you can identify it,

14  sir?

15        A.  Whatever the government organization

16  was called at the time, whether it was EAC or one of

17  his successors, this was one of their audits.

18        Q.  That was a governmental audit?

19        A.  That's the way I would read it.

20        Q.  Okay, you can put that down.  Let me

21  show you Exhibit 513, which appears to be from F. D.

22  Hobbs to you and others, dated March 11th, 1974.

23  It's a report consisting of eight pages plus the

24  cover sheet which is document 4232.  Can you identify

25  that?  I think -- I don't know what date I gave, but

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

118

1  the correct date on this report is April 16th, 1974.

2  April 16th, 1974.

3        A.   You want me to identify this further

4  than what you said?

5        Q.   Yes, sir, if you can.

6        A.   This is an Environmental Science and

7  Waste Control Service report written by F. D. Hobbs.

8  The work was requested by a G. J. Werkema, W E R K E

9  M A.

10        Q.   All right, you can just leave that in

11  the stack.  We had two numbers missing yesterday, 498

12  and 499, so we marked those as exhibits.  Exhibit 498

13  is dated April 18th, 1977 from Putzier to Piltingsrud

14  and others, appears to be a two page Rockwell

15  International letter.  Would you identify that, sir?

16        499 appears to be -- I'm sorry, go

17  ahead.

18        A.   This is a letter written by me to an ad

19  hoc committee formed to review '57 and '69 fires and

20  the possibility of an associated criticality.

21        Q.   All right, you can put that -- might as

22  well put that under the stack since it's number 498.

23        A.   Okay.

24        Q.   And 499, while you are doing that,

25  appears to be an April 21, 1976 letter from Yoder to

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

119

1  Barrick and others with copies to Mr. Putzier and

2  others.  Can you identify that document?

3        A.   This is a letter written by E. A.

4  Putzier for Doctor Robert E. Yoder's signature to a

5  committee called Chemicals Inventory Control.

6            MR. DAVIDOFF:  All right, thank you.

7  We will take our break now.

8            (A recess was taken from 3:05 to 3:30

9  p.m.)

10       Q.   (BY MR. DAVIDOFF)  Mr. Putzier, what

11  was ethylene oxide used for at the plant?

12       A.   Ethylene oxide?

13       Q.   Yes, sir.

14       A.   If I ever knew, I don't remember.

15       Q.   Did you -- during the lengthy break

16  that we had of roughly half an hour, did you review

17  any of the documents that we marked just before the

18  break?

19      A.  No.

20      Q.  Did you look at any of those documents?

21      A.  No.

22      Q.  Take a look at -- let's start with

23  Exhibits 498 and 499.  498 is a two page document

24  which you previously identified during the preceding

25  session --

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

120

1      A.  Yes.

2      Q.  -- dated April 18th, 1977.  Can you

3  tell me why you wrote this document?

4      A.  I think there were allegations

5  somewhere along the line that there might have been

6  criticality associated with those two fires.

7      Q.  So you appointed a committee?

8      A.  I assume I appointed it since I wrote

9  the letter.

10      Q.   All right, you can put that aside.

11  Take a look at Exhibit 499, if you would.  Now, this

12  is a typewritten document from Yoder to Barrick and

13  others with copies to you and others.  Do you

14  recognize the handwriting on this document?

15      A.   No.

16      Q.   Do you recall the Chemical Inventory

17  and Control Committee?

18      A.   I recall it by name.

19      Q.   And do you recall that no such

20  committee existed before April of 1976?

21      A.   I don't recall that there was an

22  equivalent committee or someone who performed the

23  functions of this committee, but -- and I don't know

24  when this committee really started.

25      Q.   Well, there wasn't one before April of

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

121

1  1976, was there?

2          MR. KURTENBACH:  Form.

3          A.  I don't know.

4          Q.  (BY MR. DAVIDOFF)  Are you aware that

5    at least as of 1976 there was not an up-to-date

6    inventory of chemicals on an ongoing, running basis?

7          MR. KURTENBACH:  Are you referring to

8    language in the letter?

9          MR. DAVIDOFF:  I'm referring to the

10   letter, yes.

11          MR. KURTENBACH:  Is there some language

12   that you were quoting there?  Sounded like you were.

13          MR. DAVIDOFF:  No, I wasn't quoting

14   language in the letter.

15          MR. KURTENBACH:  Object to the form.

16          A.  Well, the letter implies that we had an

17   inventory done a couple of years ago.

18          Q.  (BY MR. DAVIDOFF)  And at the end

19   states that the committee should develop a plan for

20   an ongoing program --

21          A.  Yes.

22          Q.  -- that will track chemical purchasing,

23   use, storage and disposal?

24        A.   Yes.

25        Q.   Do I correctly infer from that that

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

122

1  such an ongoing program did not yet exist as of April

2  of 1976?

3        A.   I don't know what was in place prior to

4  April of '76.

5        Q.   All right, now, could you turn to

6  Exhibit 504.  This indicates that there was -- there

7  were frequent dumps of plutonium contaminated trash

8  in the landfill north of the plant.  Appears from you

9  and others.  Do you see that?

10        A.   Yes.

11        Q.   Does that refresh your recollection

12  that there were frequently dumps of plutonium

13  contaminated trash?

14        A.   Yes, if Mr. Brown said.

15        Q.   Now, you or Mr. Thompson or Mr. Walko,

16  all three of you wrote in here:  There comes to mind

17  the fact that Dow is but one user of the landfill.

18  What other users of the landfill would have been

19  dumping the plutonium contaminated trash in it?

20        A.  I don't remember.

21        Q.  Do you know of any other area dumpers

22  in that landfill that would have dumped plutonium

23  contaminated trash there?

24        A.  I don't know of any -- any other

25  dumpers at all.


        AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119




                            123

1        Q.  Do you know of anyone else in the area

2  that was using plutonium on an ongoing basis?

3            MR. KURTENBACH:  Object to the form.

4        A.  No.

5        Q.  (BY MR. DAVIDOFF)  Would you look at

6  Exhibit 505, please -- no, I will tell you what, I

7  believe I am going to save you the trouble there, I

8  am going to skip Exhibit 505 and look at Exhibit

9  506.

10        A.  All right.

11        Q.  Do you know where this uranium ore

12  would have come from that was found in the landfill?

13        A.  No.

14        Q.  Did you use uranium ore here?

15        A.  I don't know of uranium ore ever being

16  used on the plant for any purpose.

17        Q.  Was there public access to that

18  landfill, or was it only accessible from the plant?

19        A.  The way I visualize the landfill area,

20  there was no way to get to it without going through

21  the plant or coming on one of the plant access roads

22  and getting into the -- into the plant area.

23        Q.  All right, would you look at Exhibit

24  507, please?  Does that indicate contaminated

25  clothing and other materials were found at the

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

124

1  landfill in July of 1977?

2      A.  It indicated throw-away contaminated

3  coveralls that came out of the land -- came out of

4  the laundry that would have had some residual

5  plutonium in the fabric.

6      Q.  All right, you can look at Exhibit 508

7  now, if you would.  I am going to save you on that

8  one, you don't have to look at Exhibit 508.

9          You can look at Exhibit 509.  In the

10  first -- the page numbered two, second page of the

11  document, summary:  Plutonium concentrations for

12  composite samples range from less than one to almost

13  300 percent of total long-lived alpha concentration.

14  Would you interpret that for me?

15      MR. KURTENBACH:  Form.

16      A.  I've got to study that sentence for a

17  moment.

18      Q.  (BY MR. DAVIDOFF)  Sure.

19      A.  To me that sentence is incomplete, and

20  I cannot draw any conclusions.  It's comparing it to

21  something that doesn't -- that isn't there.

22      Q.  All right, would you look at the end of

23  the document, please, page six, with -- do I

24  correctly read that to indicate that one very high

25  total long-lived alpha reading was excluded from the

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

125

1  average of the June results?

2          MR. KURTENBACH:  Form.

3       A.   I am having trouble understanding what

4  he is trying to say.

5       Q.   (BY MR. DAVIDOFF)  All right, let me go

6  off the record a second.

7          (There was discussion off the record.)

8          (The record was read as requested.)

9          MR. KURTENBACH:  Form, foundation.

10       A.   I am going to give a two-part answer.

11  One, that in terms of the concentration indicated in

12  the paragraph, mainly .669 picocuries per cubic meter

13  in itself would not represent a very high sample as

14  indicated by the question.  The other part is that it

15  appears in the -- from the writing that it was not

16  averaged in with the other results.  This report was

17  not generated by anybody under my organization, so

18  other than that, I would have difficulty clarifying

19  it any further.

20          (There was discussion off the record.)

21      Q.   (BY MR. KREUTZER)  Mr. Putzier, my name

22  is David Kreutzer.  I am going to be filling in for

23  Mr. Davidoff for a moment.

24          As with Mr. Davidoff, of course, if you

25  don't understand my question, please ask me to


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


126

1  rephrase it.

2          You have just been handed what's marked

3  as Plaintiffs' Exhibit 515, production number

4  0023148.  It appears to be a May 14, 1969 testimony

5  of yourself, Mr. Voight and Mr. Seastone.  Is that

6  correct?

7          MR. KURTENBACH:  Object to the form.

8        A.   The -- that's what the title says,

9   testimony of Seastone, Voight and Putzier.

10       Q.   (BY MR. KREUTZER)  Do you recall

11   writing this document?

12       A.   No, I don't.  However, it implies that

13   I did.

14       Q.   I am going to hand you what's been

15   marked as Exhibit 516.  It has production number

16   0023138 on it, is that correct, upper left-hand

17   corner?

18       A.   3138, yes.

19       Q.   Can you identify this document, please?

20       A.   If there's a date on it, I can't see

21   any date, so I am a little bit at a loss for that,

22   but it apparently is a transmittal to the Washington

23   headquarters of the AEC, or whatever they called

24   themselves at the time, on some information relating

25   to water release.

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

127

1       Q.   Is that your signature on the lower

2   right?

3       A.   I believe that is my signature on the

4   lower right.

5       Q.   Can you tell from looking at paragraph

6   two what fire is being referred to?

7       A.   This would be the -- the 1969 76

8   Building fire.

9       Q.   Does that refresh your recollection

10   regarding when this document might have been written?

11          MR. KURTENBACH:  Form.

12         A.   I bracket it between the middle of May

13   and possibly sometime into the rest of the summer,

14   maybe the end of the summer.

15      Q.   (BY MR. KREUTZER)  Of 1969?

16      A.   Of 1969.

17      Q.   Thank you.

18      A.   Now, where are we at?

19      Q.   I am going to hand you another

20   exhibit --

21      A.   Oh, okay.

22      Q.  -- number 517, which is production

23  number 0023149 in the upper left-hand corner.  Can

24  you identify this document, Mr. Putzier?

25      A.  This would have been a report of a

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

128

1  telephone call.

2      Q.  You wrote this report; is that correct?

3      A.  Let me have just another second with

4  it.

5      Q.  Certainly.

6      A.  This didn't have to do with the

7  telephone call to Washington.  This had to do with a

8  meeting that was more or less a note -- note to the

9  file of a meeting we had with some AEC officials.

10      Q.  Handing you what's been marked as

11  Plaintiffs' Exhibit 518 with production number

12  00004144, ask you to identify this document, please?

13      A.  This document, I am not sure to whom it

14    was sent.  It's not indicated on here, but it was,

15    from all indications, prepared by me in November

16    19th, 1969 and related long-lived alpha

17    concentrations found on various on and off site air

18    sample stations during indicated periods.

19        Q.   How did you learn what the

20    concentrations were that you reported here?

21        A.   Those concentrations reported here

22    would have been taken from the radioactive counting

23    of air samples and then relating then to a

24    concentration depending on how much air they had --

25    that had passed through the samples.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


129

1        Q.   Can you look at the last paragraph on

2    the second page?

3        A.   Yes.

4        Q.   Can you explain to me, please, exactly

5    how larger loading of dust on filter papers on

6    off-site samplers tends to mask some of the

7  radioactivity?

8        A.  If it had some inert material on it, it

9  would cover up any radioactive material on it or

10  shield out some of the alpha particles.

11        Q.  So please correct me if I am wrong

12  because I am not a scientist and you are, but what I

13  hear you saying is that the filter paper might have

14  some particles on it that -- some alpha particle on

15  it and because alpha radiation is not very

16  penetrating, it -- those particles might not be

17  detected when they are subsequently covered up by

18  dust that is not radioactive; is that correct?

19        A.  That's a possibility.

20        Q.  Is that what you had in mind in your

21  explanation?

22        A.  That's what I had in mind when I said

23  this, yes.

24        Q.  Are there any other potential -- strike

25  that question.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

130

1          I'd like to hand you Exhibit 514 which

2 has production number 0018023.  Can you identify this

3 document, please?

4          A.   This is a letter written by an R. E.

5 Smith, who was chief auditor for Rockwell at Rocky

6 Flats, to D. J. Cockeram, Rocky Flats plant, and the

7 subject was buried radioactive material.

8          Q.   Did you receive a copy of it?

9          A.   I am on the distribution list.

10          Q.   Do you recall seeing a copy of it?

11          A.   I don't recall it, but I am on the

12 distribution list.

13          Q.   Handing you what's been marked as

14 Plaintiffs' Exhibit 519, production number 0000600,

15 can you identify this document, please?

16          A.   This is a document that was originated

17 by K. J. Freiberg, Kenneth Freiberg, to me entitled

18 903 Oil Drum Storage Area.  And it gives a history of

19 the disposal of oil drums.

20          Q.   Do you recall this document?

21      A.  I recall it because I think we have

22 already gone over it in some detail here.  Isn't that

23 correct?

24          MR. KURTENBACH:  Yes, exhibit --

25 appendix B 30 for Exhibit 501, apparently.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


131

1      Q.  (BY MR. KREUTZER)  I am handing you

2 what's been marked as Plaintiffs' Exhibit 520 with

3 production number 00006475.  Can you identify this

4 document, please?

5      A.  Well, it's a letter from K. J.

6 Freiberg, who was part of the health physics group,

7 to a P. T. Nicholas, whom I do not remember.  The

8 subject is contamination barrier, authorization

9 395525.

10      Q.  Are you listed as receiving a copy?

11      A.  Yes, I am listed as receiving a copy.

12      Q.  Do you recall this document?

13      A.  No.

14          Q.  Have you had a chance to look at the

15  attachment?

16      A.  Not -- not yet, no.  It doesn't ring

17  much of any bell with me.

18          Q.  I am handing you Plaintiffs' Exhibit

19  521 with production number 0023145.  Can you identify

20  this document, please?

21          A.   This is a letter from J. F. Willging to

22  three recipients, D. B. Hylton, C. W. Piltingsrud and

23  E. A. Putzier, and this relates to the impending

24  visit by R. Williams, Pete Goldan and E. Martell on

25  August 26th, letter dated August 20th, 1969.

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

132

1       Q.  Did you meet with Mr. -- strike that

2  question.

3           I am handing you Plaintiffs' Exhibit

4  522 with production number 00003516.  Can you please

5  identify this document?

6       A.   This document doesn't have any

7   indicated recipient or writer.  It has a summary of

8   estimated amount of plutonium spilled at the 903 area

9   with considerable amount of data on it relating to

10  drums and contents of drums, et cetera.

11      Q.   Do you recognize any of the handwriting

12  on it?

13      A.   No.

14      Q.   I am handing you Plaintiffs' Exhibit

15  523, production number 00005983.  Can you please

16  identify this document?

17      A.   This is a document from O. H.

18  Willoughby, W I L L O U G H B Y, to a host of

19  recipients.  That relates -- the subject, drum

20  counter verification studies.

21      Q.   Are you one of the recipients?

22      A.   I am one of the recipients.

23          MR. KREUTZER:  We can go off the record

24  for a second?

25          (There was discussion off the record.)


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

133

1        Q.  (BY MR. DAVIDOFF)  All right, you have

2  510 there?

3        A.  I have 510.

4        Q.  All right.  In the conclusion section

5  on page two there, there's a statement that:  The

6  failure to meet released airborne radioactive

7  materials goals resulted mainly from acute causes.

8  There is a second statement:  The plutonium and water

9  problem was a chronic problem which began in the

10  second quarter of fiscal year 1973 and has been

11  brought under apparent control in recent months, the

12  date of this document being July of 1973.  Could you

13  explain that?

14        A.  No.

15           MR. KURTENBACH:  Form.  Foundation.

16        Q.  (BY MR. DAVIDOFF)  Do you recall what

17  the Dow fiscal year was?

18        A.  Well, no, I don't.  I know it's one of

19  two things; we were on a fiscal year from July 1 to

20  July 1 for sometime, then we were on from October 1

21  to October 1 after that, and I don't know when the

22  switch over took place.

23      Q.   All right, was that both for Dow or was

24  one for Dow and one for Rockwell?  Was the July 1 to

25  July 1 the Dow --

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

134

1       A.   No, I think whatever -- I don't think

2  they were different.  In other words, if Dow had an

3  October 1 to October 1 when they left, Rockwell had

4  that when they came on, too, because I think that was

5  determined by the government.

6       Q.   All right, you want to put that aside

7  and take a look at Exhibit 511, please.  It's a one

8  page document, it is written by you, that reports

9  stack volumes for three months for Building 707.

10  Tell me when you are ready, sir.

11      A.   I have read it.

12        Q.  I just have a simple question, and that

13  is how -- how could the third month of April have

14  produced such widely disparate readings in

15  microcuries, 1159 microcuries per cubic meter per day

16  as opposed to small fractional amounts in February

17  and March?

18        MR. KURTENBACH:  Form.

19        A.  I don't know.  I don't remember.

20        Q.  (BY MR. DAVIDOFF)  Did I say that

21  correctly when I said microcuries per cubic meter per

22  day?

23        A.  No.

24        Q.  How do I say it right?

25        A.  There is no dimensions after those --

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

135

1  that suggest volume.  Corrected value use of

2  microcuries would be a total released for the month

3  of April.  That's the way I would interpret it.

4        Q.  All right, thank you.  And you have no

5  way to explain this?

6        A.  No.

7        Q.  Was that an unusually high reading for

8  April?

9        A.  It's unusual relative to the other two

10  months, but the significance of it I wouldn't know

11  without knowing what the volume of air was.

12        Q.  You can put that aside.  Would you look

13  at Exhibit 512, please.  I think this was a survey of

14  a health and environmental protection survey done at

15  the plant August 16th and 20th, 1976?

16        A.  Yes.

17        Q.  Would you have had input into this

18  document?

19        A.  I wouldn't have had input into the

20  document, no.

21        Q.  Were you at the exit briefing as

22  reflected on the document, bottom of page one?

23        A.  Yes.

24        Q.  Now, item F, 4 f on page five, reads in

25  relevant part:  There appears to be considerable

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

136

1  uncertainty regarding the collection efficiency of

2  the effluent air sampling system.  And I will skip

3  the stuff in the middle, and the conclusion of the

4  paragraph says:  Clearly there is some confusion, and

5  a thorough characterization and documentation of the

6  system of sampling and monitoring at Rocky Flats

7  plant is needed to assure that all results are

8  accurate and reliable.  Anything less is wasteful of

9  valuable employee resources and is damaging to the

10  credibility of both ERDA and Rockwell.

11          That would have been your area of

12  responsibilities, wasn't it?

13          A.  I don't think so.

14          Q.  Why not?

15          A.  Because, as I said, after 1970 with the

16  reorganization, generally the -- all the air sampling

17  in ducts and environment was in another

18  organization.  It probably would be related to

file:///D|/Putzier-%2003-16-95.txt
Case No. 1:90-cv-00181-JLK   Document 1567-2   filed 10/30/05   USDC Colorado   pg 184 of
215

19  Sitzberger's group, but I am not sure about that.

20      Q.  What does ERDA refer to there?

21      A.  That was one of the successors of the

22  Atomic Energy Commission.  It was Energy -- Energy --

23  I don't remember.  It was AEC, ERDA and then DOE and

24  then whatever they call themselves.

25      Q.  All right, you can put that aside.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


137

1  Take a look at Exhibit 513 if you would, please,

2  sir.

3          Now, this is, again, an Environmental

4  Sciences Waste Control Service Report.  You were on

5  the distribution list for this?

6      A.  I am on the distribution list.

7      Q.  On the second page in the summary

8  conclusions, it says:  Airborne plutonium effluent

9  releases were 28.4 microcuries higher in calendar

10  year 1973 compared to calendar year 1972.  This

11  increase was caused by abnormally high specific

12  plutonium analyses of samples from Building 776 main

13  and Building 881, ducting one, two and three release

14  points and two incidents in Building 779.  Would you

15  have contributed to arriving at those calculations?

16        A.  No.

17        Q.  You want to take a look at the very end

18  of the document under the heading Beryllium Releases

19  and -- it is on page eight of the document which

20  reads as follows:  Inspection of the third stage of

21  filters, which should have -- which should have

22  trapped materials from this work found gaps which

23  allowed the material to pass.  Releases were reduced

24  after cleaning of the ducts.

25        Are you aware of other circumstances

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

138

1  where filters have gaps occurring?

2        A.  No.

3        Q.  All right --

4        A.  No, no.

5        Q.  -- you can put that aside.  Turn to

6  Exhibit 514, if you would, sir.

7            MR. KURTENBACH:  Do we have a 514?

8            MR. DAVIDOFF:  I think we marked it.

9  Off the record.

10            (There was discussion off the record.)

11        Q.  (BY MR. DAVIDOFF)  Now, this is a

12  Rockwell document dated September 2nd, 1975, shortly

13  after Rockwell took over, re:  Buried radioactive

14  material, investigation that was initiated by

15  Rockwell?

16        A.  Yes.

17        Q.  And this appears to be comments at a

18  meeting where -- an investigative meeting in which

19  you apparently participated.  Is that correct?

20        A.  I don't remember I participated in this

21  at all.

22        Q.  Well, the cover -- I'm sorry, the cover

23  page says that they were reviewed with M. A. Thompson

24  and --

25        A.  The results, yes, the results were.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



139


1        Q.  Mr. Thompson, was that Milt Thompson?

2        A.  That was Milt Thompson, right.

3        Q.  And where did you last see him

4  incidentally, in case I forgot to ask you before?

5        A.  I haven't seen him since I retired, and

6  I don't remember whether he left Rocky Flats before I

7  retired or not.

8        Q.  All right.  Now, there's some

9  statements attributed to various people on the August

10  29th, 1975 attached document.  The shift

11  superintendent -- the following statement about the

12  903 storage area is attributed to the shift

13  superintendent:  Contamination has extended beyond

14  the asphalt area due to the wind and water drainage.

15        Do you have any knowledge of that, sir.

16        MR. KURTENBACH:  Form.

17        A.  No.

18      Q.  (BY MR. DAVIDOFF)  Then the machinist,

19  the following statement is attributed to him:

20  Additional contamination exists south of the 903 area

21  including beyond the fence.  The asphalt has been

22  added several times, implying a lack of containment.

23          Do you have any knowledge of that, sir?

24      A.  No.

25      Q.  The trenches east of the east guard


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119



140

1  gate, the shift superintendent states:  There is

2  contamination in an arc around the trenches.  This is

3  particularly true of north of the trenches where

4  asphalt and miscellaneous materials were buried.

5          Are you knowledgeable about any of

6  that, sir?

7      A.  No.

8      Q.  Were you at one time?

9      A.  I don't know.

10      Q.  The security guard states:

11  Contamination exists on both sides of the trenches,

12  and the photography manager says:  There is

13  contamination beyond the trenches.

14          Do you have any knowledge of that

15  circumstance?

16      A.  No.

17      Q.  On the next page under the sanitary

18  landfill heading, the photography manager says:  Does

19  not know of any additional landfill.  If such

20  landfill does exist, it would probably be

21  contaminated.

22          Do you have any knowledge of that, sir?

23      A.  No.

24      Q.  Would you look down to the bottom of

25  page three under the heading north of east guard

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

141

1  post.  Security guard:  60 drums were deposited under

2  the road where road widens north of the guard post.

3  The waste disposal supervisor states he has no

4  knowledge of any drums under the road.  The

5  industrial hygiene manager states:  Could well be

6  some drums and other material under the road north of

7  the guard gate.

8          Do you have any knowledge of any of

9  those things, sir?

10         A.   No, not with respect to the time this

11  was done.

12         Q.   Did you ever have any knowledge of

13  drums that were -- that were deposited either under

14  the road or north of the road anywhere near --

15         A.   Well, the only --

16         Q.   Just let me finish the sentence.

17         A.   Excuse me.

18         Q.   Anywhere near the road in the vicinity

19  of the east guard post?

20         A.   Yes, but there -- that's what we talked

21  about before relative to the trenches and so forth.

22  But at this point in time, I don't know what they are

23  talking about here.

24          Q.   All right, you can put that document

25   aside.  Pick up the next document in order which I


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


142

1   believe is 515.  I think you previously identified

2   this as the summary of -- that you wrote because it

3   has your initials in the lower left-hand corner?

4          A.   Yes.

5          Q.   On or about May 15th, 1969, the

6   testimony of Seastone, Voight and Putzier; is that

7   right?

8          A.   Yes.

9             MR. KURTENBACH:  Mischaracterizes his

10   testimony.

11          Q.   (BY MR. DAVIDOFF)  Why don't you tell

12   me what your testimony was since I was out of the

13   room at the time.

14          A.   It would have to be read back.  I don't

15   know what --

16          Q.   Well, is this a document that you wrote

17  in the regular course of your business at Rocky -- at

18  Dow?

19        A.  I assume I did since my initials are on

20  the bottom.

21        Q.  And what testimony of Seastone, Voight

22  and Putzier would you have been reviewing?

23        A.  We were reviewing what we knew about

24  the water that was going off the plant site.

25        Q.  Who were you testifying for?  If this

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

143

1  will help you, May 14th, 1969 is three days after the

2  1969 fire.

3        A.  Oh, I know that, yes, yes.

4        Q.  So, obviously, you know, something hit

5  the fan, and you and Voight and Seastone were

6  testifying.  Who were you testifying to?

7        A.  I expect that we were testifying to

8  either someone on the invest -- official

9   investigating committee or at the time Dow had its

10  own investigating committee, so it probably was to

11  one of those.

12          Q.   And is this a summary of the testimony

13  of the three of you on that day?

14          A.   On that subject, yes.

15          Q.   All right, if you look at the third

16  page of this document, item number three:  The

17  question was raised as to what happens if Building

18  776 tanks fill.  Four tanks are located at the bottom

19  of a pit 10 feet deep.  Should the tanks overflow the

20  pit would fill.  The combined capacity of the tanks

21  is 60,000 gallons, and the capacity of the pit is

22  estimated at 30,000 gallons.  Should the pit ever

23  fill and the source of water were at the 76 floor

24  level, water would be expected to flow to the

25  surrounding area.  Under normal operations, an alarm


        AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119




                        144


1  in Building 776 would notify utility operators when

2  the tanks approach their capacity.

3           And I think you have previously told

4  us, did you not, that the surrounding area that it

5  would flow to would be south and eastward; is that

6  correct?

7       A.   In general, it would be -- wait, no,

8  north and east.

9       Q.   From the 776 area?

10      A.   From 776.

11      Q.   All right.

12      A.   South and east would be from the 81 or

13  the south half of the plant.

14      Q.   All right, we will put that aside and

15  look at Exhibit 516 if you would, sir.  That appears

16  to have --

17           MR. KURTENBACH:  I think 515 was

18  previously marked before.

19           MR. DAVIDOFF:  Was it?

20           MR. KURTENBACH:  Yeah.

21           MR. DAVIDOFF:  Thank you for noting

22  that for the record.

23      Q.   (BY MR. DAVIDOFF)  Would you look at

24  516, please.

25      A.   Yes.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


145

1       Q.   Did you author this document?  Your

2  signature is on it.

3       A.   In all probability I wrote it, yes.

4       Q.   And would this have been written, from

5  the contents, at or about the time of the 1969 fire?

6       A.   The way it reads.

7          MR. KURTENBACH:  Form.

8       A.   Excuse me, the way it reads, it would

9  have to be the 1969 fire.

10      Q.   (BY MR. DAVIDOFF)  Shortly thereafter?

11      A.   Sometime after the 1969 fire.

12      Q.   All right.  If you would put that

13  aside.  Oh, wait, I'm sorry, one follow-up question.

14  You say in here in item number two:  An unknown

15  amount of water was apparently channelled into the

16    sanitary system during the fire fighting operation.

17    Where would the sanitary system drain to?

18          A.   The sanitary system would have gone

19    down to the sanitary treatment plant which is located

20    on the -- on the east boundary of the -- of the

21    security area of the plant itself, and it's -- the

22    sanitary plant is the one that we talked about that

23    was -- effluent goes into those four ponds in

24    succession.

25          Q.   And then possibly to Woman Creek?

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

146

1          A.   No, Woman Creek would be on the other

2    side of the -- of the plant.  That would be the Great

3    Western Reservoir.

4          Q.   All right.  Would you look at Exhibit

5    517, please.

6          A.   All right.

7          Q.   Again, this is in the aftermath of the

8  1969 fire?

9        A.  Yes, it would have been.

10        Q.  All right.  And here you were

11  reassuring the public official; is that correct?

12        A.  AEC.  Mr. Weisenfeld, as I remember,

13  was a member of the -- well, it says here Division of

14  Engineering Construction, AEC, Washington.

15        Q.  He worked for a public agency; is that

16  right?

17        A.  Pardon me?

18        Q.  He worked for a public agency?

19        A.  He worked for the Atomic Energy

20  Commission.

21        Q.  And you were reassuring him in this

22  meeting?

23           MR. KURTENBACH:  Form.

24        A.  We were discussing -- we were

25  discussing liquid effluents with him at the meeting.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


147

1      Q.  (BY MR. DAVIDOFF)  All right.  Take a

2   look at Exhibit 518.  I believe Mr. Kreutzer already

3   covered with you the one part of this document I

4   wanted to direct your attention to, which is at the

5   end of the document, and did you author this on or

6   about November 19th, 1969?

7      A.   My name is on it, November 19th, 1969,

8   yes.

9      Q.   And would this also have been in the

10  aftermath of the '69 fire?

11      A.   Well, it was after the '69 fire, but it

12  was like, what, six months or so later.

13      Q.   All right, off the record.

14          (There was discussion off the record.)

15      Q.  (BY MR. DAVIDOFF)  I am going to show

16  you what's previously been marked as Exhibit 438.

17  The index page there which you did not prepare

18  indicates that you are one of the authors of this

19  document along with Hammond and Piltingsrud.  The

20  first two pages, the vegetation sampling program, was

21  authored by S. E. Hammond, do you see that, Stan

22  Hammond?

23        A.   Yes.

24        Q.   And he was the -- the most

25  authoritative person to report on that; is that


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


148

1  correct?

2        A.   It was his responsibility, he group did

3  the analysis on vegetation.

4        Q.   All right, then after that, there is a

5  section on air sampling, and that's indicated as

6  having been written by E. A. P.  Would that be Mr. --

7        A.   That would be me.

8        Q.   That would be you.  Did you do the air

9  sampling after the May 1969 fire?

10       A.   It was still in my jurisdiction at the

11  time of the fire.  It was for some months afterwards.

12       Q.   I'd like to take you through this,

13  because I think this will report on the air

14  monitoring that existed at the time of that fire.

15  First, if you look at the fourth paragraph:  Within

16  the plant boundary are 12 air monitoring stations

17  strategically located relative to plant buildings and

18  wind direction probabilities.

19          I think that was down from 15 or 20

20  that were reported in the early '50s; is that

21  correct?

22          MR. KURTENBACH:  Form.

23      A.  I -- I would question whether that's

24  correct or not, because we reduced the -- some of the

25  numbers that we had on the off site, but I am not

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

149

1  sure that that was reduced by any numbers that were

2  on the on site.

3      Q.  (BY MR. DAVIDOFF)  I am coming to the

4  off site, that's at the next paragraph.  You then go

5  on to say:  Identical air monitoring stations are

6  located at Boulder, Golden, Marshall, Lafayette,

7  Broomfield, Westminster, Coal Creek Canyon, Wagner

8  School and on the roof of the new customs house in

9  Denver.  That's a total of nine --

10      A.  Yes.

11      Q.  -- is that right?  And that's down from

12  15 as of 1952 or '53?

13      A.  It was down from 15 as of sometime in

14  the '50s, but I am not sure when.

15      Q.  So from sometime in -- at sometime in

16  the '50s, it was reduced from 15 to nine and stayed

17  at nine thereafter?

18      A.  I can bracket it a little better than

19  that.  It was reduced to nine before I took over

20  which would have been prior to 1955.

21      Q.  And did it stay at nine from prior to

22  1955 until at least 1969?

23      A.  Yes.

24      Q.  Okay.  All right, the next page is

25  vegetation sampling.  I think that was done by

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

150

1  Mr. Piltingsrud; was that right?

2      A.  That would have been under Stan

3  Hammond's jurisdiction.

4      Q.  All right.

5          MR. KURTENBACH:  I will object to the

6  form of the question.

7      Q.  (BY MR. DAVIDOFF)  And you have no

8  knowledge of the water sampling that's discussed

9  here?

10     A.  I was not involved with it, no.

11     Q.  Do you have any knowledge of it?

12     A.  Very superficial.

13         MR. KURTENBACH:  Did you have a chance

14  to review that document?

15     A.  No, I haven't read it.  Should I read

16  it?

17         MR. KURTENBACH:  Sure, you can read

18  it.

19     Q.  (BY MR. DAVIDOFF)  Tell me when you are

20  ready, sir.

21      A.  I have read it.

22      Q.  Do you have any further knowledge about

23  the subject matter of that document?

24      A.  No.

25      Q.  You can put that aside.  Look briefly,


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


151

1  if you would, at Exhibit 519.  I believe we have

2  already gone over that document.  It was marked as

3  one of the appendices to Exhibit 501 that we looked

4  at yesterday and earlier today.  Is that right?

5      A.  Yes.

6      Q.  You can put that aside for the time

7  being.

8      A.  519?

9      Q.  Actually, just for the record, would

10  you confirm for me that 519 is identical to appendix

11  B 33 -- B 34, I'm sorry, of Exhibit 501?

12      A.  That's this one here.  What appendix

13  was that again?

14      Q.  B 34, the last appendix on Exhibit

15  501.

16      A.  Yes, it's identical.

17      Q.  Okay, you can put that aside.  Would

18  you look at Exhibit 520, please.  That appears to be

19  a July 20th, 19 -- July 30th, I'm sorry, 1969

20  document from Mr. Freiberg to Mr. P. T. Nicholas with

21  a copy to you and Mr. Vogel; is that right?

22      A.  Yes.

23      Q.  Who was P. T. Nicholas?

24      A.  I don't remember.

25      Q.  Okay, the subject is contamination

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

152

1  barrier.  Health physics has surveyed the barrel

2  storage area located east of the Building 903.

3  Radioactive contamination levels of greater than

4  6,000 micrograms per cubic meter --

5      A.  Per square meter.

6      Q.  Per square meter, sorry, were found

7   that will require special control and handling

8   procedures be used during the preliminary

9   construction work.  Were you a participant in that

10  effort?

11         MR. KURTENBACH:  Form.

12      A.  No.

13      Q.  (BY MR. DAVIDOFF)  Is that a correct

14  statement as far as it goes of what health physics

15  found when it surveyed the barrel storage area?

16         MR. KURTENBACH:  Foundation.

17      A.  I am having difficulty answering it,

18  because I -- I have a feeling this relates to

19  something other than the barrel storage area itself.

20  I think it relates to the construction of a small

21  structure at that location, but I am not sure of that

22  either, so --

23      Q.  (BY MR. DAVIDOFF)  All right, you can

24  put that aside.  Would you look at Exhibit 521,

25  please.

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

153

1          Now, did Mr. Willging write you,

2  Mr. Putzier, and Mr. Hylton in this memo in order to

3  prepare you for Doctor Martell's visit?

4          A.  Yes.

5          Q.  And was it your intention to try to

6  defend the plant from some of the assertions that

7  Doctor Martell was making?

8          A.  I believe we were trying to give Doctor

9  Martell a -- a picture of how we viewed the

10  situation.

11          Q.  And do you recall -- do you actually

12  recall either this meeting with Doctor Martell or a

13  series of meetings -- I think you referred to that

14  earlier in your testimony, that there were a series

15  of meetings; is that right?

16          A.  I recall a meeting with Doctor

17  Martell.  How many times, I don't recall.

18          Q.  Okay.  Tell me what you can remember

19  about those meetings.

file:///D|/Putzier-%2003-16-95.txt
Case No. 1:90-cv-00181-JLK   Document 1567-2   filed 10/30/05   USDC Colorado   pg 207 of
215

20       A.   Well, the one meeting I can -- I can

21  remember that took place was at the National Center

22  for Atmospheric Research where Mr. Martell is

23  located.  And about all I can -- I have a very hazy

24  memory of what all was discussed.  I know I -- I

25  talked about the various kinds of sampling we were

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

154

1  doing.

2       Q.   All right, you can put that aside.  And

3  you can look at folder -- I'm sorry, at Exhibit 522.

4  Now, you previously observed when you identified this

5  or attempted to that you couldn't identify it?

6       A.   Yes.

7       Q.   But I think some of the numbers in

8  there are quite similar to what we looked at in

9  connection with Exhibit 519 and some of the

10  appendices to 501.  Does that refresh your memory

11  that these calculations were made in or about 1969?

12          MR. KURTENBACH:  Foundation.

13      A.   From the content of this, I would say

14  it relates to the -- to the removal of the drums or

15  thereafter.

16      Q.   (BY MR. DAVIDOFF)  In the 903 area?

17      A.   In the 903 area.

18      Q.   And that would have been in or about

19  '68 and '69; is that correct?

20      A.   About '69.

21      Q.   And is this a summary document of how

22  the total volume of spilled plutonium was calculated?

23          MR. KURTENBACH:  Form.  Foundation.

24      A.   The summary document has a number of

25  calculations which I wouldn't be able to say how

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

155

1  accurate they are, but that's what it is, it is a

2  number of calculations.

3      Q.   (BY MR. DAVIDOFF)  Nothing comes back

4  as to where this document came from?

5        A.  No, no.

6        Q.  All right, you can put that aside.

7  Where is Exhibit 523 -- oh, we need 430.  Let's go

8  off the record.

9            (There was discussion off the record.)

10       Q.  (BY MR. DAVIDOFF)  Take a look at what

11  we've previously marked as Exhibit 430 titled

12  Critique of CCEI Reports.  That's Doctor Martell's

13  organization?

14       A.  Yes.

15       Q.  Did you assist in writing this

16  document?  I call your attention to the last page,

17  the lower right -- left-hand corner, the initials

18  EAP, colon, SEH, colon, AB.  Does that mean that you

19  and Stan Hammond jointly wrote this document for W.

20  H. Lee?

21       A.  I would say that's what's indicated

22  here.

23       Q.  And Ardetta, is that her name?

24       A.  Ardetta Ferris.

25       Q.  Ferris typed it for you?

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

156

1        A.  Yes.

2        Q.  So you and Stan Hammond prepared these

3  answers to the questions?

4        A.  It is indicated we must have, yes.

5        Q.  You mentioned fallout expert Phil Krey

6  on the third page of this document.  Do you recall

7  meetings with Doctor Krey?

8        A.  I never had anything -- any meeting

9  with Doctor Krey at all.  I know that Stan did.

10       Q.  How about Doctor Hardy, did you have

11  any meetings?

12       A.  No, Krey and Hardy were kind of

13  together all the time, and I know Stan had some

14  conversations and so forth with those folks.

15       Q.  All right, you can put Exhibit 430

16  aside or return it to Mr. Kreutzer and take a look at

17  Exhibit 523, and I know you have to leave, and it's

18  past a quarter of so, we will just do this document

19  and conclude.  Is that all right?

20        A.  That's fine.

21        Q.  This is a December 30th, 1965 Dow

22  document.  Is this the first time that you guys came

23  up with a definition for the term drum counting?

24        MR. KURTENBACH:  Form, foundation.

25        A.  This -- this drum counting was done by

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

157

1  another organization completely.  The Health Physics

2  Department had nothing to do with it.  It was a -- it

3  was a project that was done by part of the research

4  and development organization to assist the

5  manufacturing people in estimating how much plutonium

6  was in various drums, whether it be waste drums that

7  were going to be shipped off or whether they be drums

8  that accumulated material that had to be recycled

9  through the chemistry.

10        Q.  (BY MR. DAVIDOFF)  Would you look at

11  the last page under conclusions which indicates that

12  the drums will attenuate the emitted gamma radiation

13  about by about one-half; is that correct?

14      A.  I would have no idea what that would

15  be, but that's what he says, I guess.

16      Q.  You have no knowledge of the degree to

17  which the drums attenuate the emitted gamma rays?

18      A.  No, I was never involved in any of

19  that -- those kind -- that kind of work.  I have no

20  idea how they calculate it or anything else.

21      Q.  Do you know the required adjustment was

22  made when the calculations for plutonium in the

23  barrel storage area, the 903 area, were made four

24  years later?

25      A.  No.


AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119


158

1      MR. KURTENBACH:  Form.

2      A.  No, I don't --

3      MR. KURTENBACH:  Foundation.

4      A.  I don't know what changes were made.

5           MR. DAVIDOFF:  Well, you have a good

6  foundation objection because he just answered he

7  doesn't know what changes were made.

8           All right, again, in deference to your

9  wife's medical problems, we'll conclude today, and

10  we'll try to work out a date in the near future to

11  resume and conclude your deposition.

12      A.  Okay.

13           (Deposition adjourned at 4:47 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

159

1                    CERTIFICATE

2

3  STATE OF COLORADO          )
                             )   ss.
4  CITY & COUNTY OF DENVER    )

5          I, Susan Bretschneider, a Shorthand
   Reporter and a Notary Public within and for the City
6  and County of Denver, State of Colorado, do hereby
   certify that previous to the commencement of the
7  examination of the said EDWARD A. PUTZIER, a witness
   called for examination herein in the said suit in the
8  said District Court, was duly sworn by me to testify
   the truth in relation to the matters in controversy
9  now pending and undetermined between the said parties
   so far as he should be interrogated concerning the
10 same;

11         That the said deposition was taken in
   shorthand by me at 1406 Pearl Street, Suite 200,
12 Boulder, Colorado, on the 16th day of March, 1995, at
   10:45 a.m., and was reduced to typewritten form under
13 my supervision;

14         That the foregoing is a true
   transcript of the questions asked, the testimony
15 given, and the proceedings had;

16         That I am neither attorney nor
   counsel, nor in any way connected with any attorney
17 or counsel for any of the parties to said action, or
   otherwise interested in its event.

18
            IN WITNESS WHEREOF, I have hereunto
19  set my hand and affixed my notarial seal this 29th
    day of March, 1995.  My commission expires January 6,
20  1998.

21

22          SUSAN BRETSCHNEIDER, Notary Public

23

24

25


        AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119