## Defendants' September 29, 2005 Witness List[1]

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Amen, William | Longmont, CO | Mr. Amen purchased the Babbs' property. He will testify about the circumstances surrounding the sale and living and owning property in the area. |
| Blaha, Frank | Golden, CO | Mr. Blaha is both a former Rockwell employee and expert who will testify concerning his experiences at Rocky Flats, Dow's and Rockwell's waste management practices, wastewater treatment, the remediation and closure of Rocky Flats, surface water and groundwater operations and monitoring and Rockwell's regulatory compliance. Mr. Blaha's testimony will include opinions consistent with his expert disclosures. |
| Bowman, Herb | Rio Rancho, NM | Mr. Bowman is a former Dow employee. He will testify about matters relating to plant operations, waste disposal, installation of the 903 pad, Dow management, contract issues, the 1969 fire, inventory issues, site selection and other issues relating to the Dow era. |
| Calkins, Kenneth | Golden, CO | Mr. Calkins is a former Dow and Rockwell employee. He is expected to testify regarding solvent and oil disposal, activities of the research and development staff, aspects of the 1957 and 1967 fires, plutonium processing operations, wastewater treatment, and other issues relating to the Dow era. |

[1] Pursuant to the agreement of the parties, attached is defendants' good-faith current witness list, which is subject to amendment. The attached list sets forth the witnesses that Defendants may call live. Defendants' deposition designations are separately attached to this filing.

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Till, John | Neeses, SC | Dr. Till is the President of Risk Assessment Corporation ("RAC"). He will testify about the historical dose reconstruction project that RAC performed for Rocky Flats under the HAP. |
| Wecker, William | Novato, CA | Dr. Wecker is president of William G. Wecker Associates, Inc., a statistical and mathematical consulting firm. He is an expert and will testify regarding Plaintiffs' risk, MUF, property damage claims, and the analyses conducted by plaintiffs' experts Cochran, Hunsperger, Radke, and Goble. |
| Weston, William F. | Newbury Park, CA | Mr. Weston is a former Rockwell employee. He will testify about Rocky Flats plant operations, management, inventory issues, environmental regulatory issues and other matters concerning Rockwell's tenure at the plant. |
| Whicker, F. Ward | Fort Collins, CO | Dr. Whicker will testify regarding deposition, concentration, and transport of radionuclides in the environment/biosphere surrounding Rocky Flats. |
| Whipple, Christopher | Emeryville, CA | Dr. Whipple is an expert who will testify regarding risk assessment studies related to the Rocky flats plant, the remediation and closure of Rocky Flats and future risk from the site. He will also respond to and critique the opinions and conclusions of certain of plaintiffs' experts with regard to risk assessment and related issues. |
| Willging, James | Fort Collins, CO | Mr. Willging is a former Dow employee. He is expected to testify regarding aspects of Dow management, Dow's health physics and environmental monitoring programs, waste disposal practices, and plutonium processing operations. |
| Wise, Kenneth | San Francisco, CA | Dr. Wise is an expert who will testify regarding plaintiffs' claims of property value diminution from Rocky Flats. |