# Exhibit A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

312 861-2000

www.kirkland.com

Mark J. Nomellini
To Call Writer Directly:
312 861-2410
mnomellini@kirkland.com

Facsimile:
312 861-2200

October 30, 2005

**VIA HAND DELIVERY &
ELECTRONIC MAIL**

Merrill Davidoff, Esq.
Berger & Montague
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe
Denver, CO  80202

Re:     **Estimated Cross Times**

Dear Counsel:

This letter provides you with defendants' best estimates of the time required for the cross-examination of the witnesses that you identified in your letter of October 27, 2005 as witnesses for the next two weeks.  These estimates are:

| Witness | Time |
|---|---|
| Budnitz | 4 hours |
| Avery | 1 ½ hours |
| Smallwood | 3 hours |
| Goble | 3 hours |
| Biggs | 2 hours |
| Cassidy | 2 hours |
| Slovic | 2 ½ hours |
| Flynn | 2 ½ hours |
| Clapp | 2 hours |
| Hoffman | 2 hours |
| Kaufman | 2 hours |
| McKay | 2 ½ hours |
| Banister | 1 hour |
| Cochran | 3 hours |
| Wing | 3 hours |
| Whalen | 1 hour |
| Robb | 1 hour |
| Lund | 2 hours |
| Bowman | 1 hour |
| Hunsperger | 5 hours |

KIRKLAND & ELLIS LLP

Peter B. Nordberg
October 30, 2005
Page 2

    Defendants do not know what the direct testimony of these witnesses will be or whether plaintiffs' estimates of the length of direct testimony for these witnesses will prove to be correct.

    Therefore, these are only defendants' best estimates at this time and are necessarily subject to change.

                                    Sincerely,

                                    Mark J. Nomellini

MJN:jmo