# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

___

## DEFENDANTS' SUBMISSION OF DECLARATION OF JAMES WILLGING
___

    Pursuant to the Court's order made in open court on October 27, 2005, Defendants hereby submit a declaration (a copy of which is attached as Exhibit A) from James Willging concerning his ability and willingness to provide live testimony at trial.

Dated:  October 30, 2005                         Respectfully submitted,

                                                      /s/ John E. Tangren_____
                                                      One of the Attorneys for the Defendants
                                                      David M. Bernick
                                                     Douglas J. Kurtenbach
                                                     Ellen Therese Ahern
                                                     Mark J. Nomellini
                                                     John E. Tangren
                                                     KIRKLAND & ELLIS LLP

200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                /s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)