# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

## DECLARATION OF JAMES WILLGING

James Willging declares and states as follows:

1.    I currently reside at 1713 Trailwood Drive, Fort Collins, Colorado. My residence is approximately 60 miles from downtown Denver.

2.    I am mentally competent and in good health. I cannot drive but otherwise have no disability that prevents me from traveling to Denver to provide testimony.

3.    If called to testify, my visual impairment would not prevent me from providing truthful answers to questions posed to me. My hearing difficulties are relatively minor and do not hinder my ability to engage in conversation. I do not anticipate that I would have difficulty comprehending questions asked to me in Court.

4.    I am willing to travel to Denver to testify.

5. I declare, subject to penalty of perjury, that the foregoing is true and accurate.

*[signature: James Willging]*
James Willging

Subscribed and sworn to before me this 30th day of October, 2005

*[signature: Katherine Richmond]*
Notary Public

*[Notary seal: Katherine Richmond, Notary Public, State of Colorado]*

County of Larimer
State of Colorado
My Commission expires on December 17, 2007

2