IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-CV-181

**MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK,
RICHARD and SALLY BARTLETT, and LORREN and GERTRUDE BABB,**

**Plaintiffs,**

v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

**Defendants.**

**RESPONSE TO DEFENDANTS' SUBMISSION OF DECLARATION OF
JAMES WILLGING**

Ms. Noteware's affidavit (paragraph 6) observed that Mr. Willging stated his inability to see sufficiently well to authenticate documents. The declaration of Mr. Willging that defendants filed does not contradict that point. Mr. Willging did authenticate such documents in his deposition.

Whether or not the Court decides that Mr. Willging must testify in person, plaintiffs reserve the right to use deposition testimony of Mr. Willging, as appropriate, under Fed. R. Ev. 104(a), to qualify documents as admissible and/or authenticate documents.

Dated: October 31, 2005              Respectfully submitted

    /s   Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania  19103
(215) 875-3000
fax (215) 875-4640
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
Silver & DeBosky, P.C.
1801 York Street
Denver, Colorado  80206
(303) 399-3000

*Attorneys for Plaintiffs
and the Class*