**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  October 31, 2005                                    Reporter: Therese Lindblom
                                                           Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | David Sorensen |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Fifteen**

**8:53 a.m.     Court in session.**

Jury not present.

Court states that there will be a written orders on the Watkins' and Babbs' depositions.

**ORDERED:** Defendants' Motion in Limine to Exclude Exhibit P-63 (Doc. No. 1559), filed October 27, 2005, is denied.

    **Exhibit received: P-63**

**ORDERED:** Defendants' Motion in Limine to Exclude Robert Budnitz's Proposed Testimony about "Potentially Catastrophic" Releases that Never Occurred (Doc. No. 1558), filed October 27, 2005, is denied.

**ORDERED:** Defendants' Motion for Reconsideration Regarding Admission of Sanchini Journals (Doc. No. 1548), filed October 26, 2005, is granted. The journals are admissible, but any references to other litigation or claims or settlements of such claims (including the claims for

>  **compensation of allegedly injured workers employed by Rockwell or Dow) shall be redacted.**

Jury present.

Continued direct examination of Dr. Budnitz by Mr. Davidoff.

>  **Exhibits received: P-939, P-149A, P-1306, P-412, P-193, P-1021, P-97, G-610A**

Jury excused.

Argument by counsel.

**10:19 a.m.    Court in recess.**
**10:42 a.m.    Court in session.**

Discussion regarding schedule.

Jury present.

Continued direct examination of Dr. Budnitz by Mr. Davidoff.

>  **Exhibits received: G-611, G-613, P-1290, P-23, P-1024, P-1025, P-1026, P-1027, P- 1028, P-1029, G-503, G-504, G-505, G-506, G-507A2, P-168**

**12:08 p.m.    Court in recess.**
**1:23 p.m.     Court in session.**

Continued direct examination of Dr. Budnitz by Mr. Davidoff.

>  **Exhibits received: P-1298, P-1307, P-126, P-342, P-1317**

2:08 p.m.    Cross examination of Dr. Budnitz by Mr. Kurtenbach.

**3:21 p.m.    Court in recess.**
**3:44 p.m.    Court in session.**

Cross examination of Dr. Budnitz by Mr. Kurtenbach.

Jury excused.

Court states Mr. Willging must appear pursuant to subpoena.  Transportation for him will have to be provided.

**ORDERED:   Plaintiff's Motion for Protective Order or to Quash Discovery (Doc. No. 1554), filed October 27, 2005, is denied.  Defendants are entitled to five more hours of deposition, but no further production of documents need be done.**

Discussion regarding schedule of witnesses.

Discussion regarding verdict.

**4:58 p.m.      Court in recess.**

Time in court - 6:04.  Trial continued.