IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

# ORDER ON OBJECTIONS TO
# WATKINS DESIGNATIONS AND EXHIBITS

---

Kane, J.

This matter is before me on Defendants' General Objections to Watkins Designations and Objections to Watkins Exhibits (Docket #1540), filed October 25, 2005, and the parties' specific objections to their respective designations of Admiral Watkins' deposition testimony, filed October 25 (Docket #1542) and October 27 (Docket #1561). Having carefully considered these objections, and all applicable legal authorities, and being fully advised in the premises, I rule as follows with respect to the deposition designations and exhibits to which objections have been made:

| **Deposition Designation** | **Party Making Objection** | **Ruling on Objections** |
|---|---|---|
| 13:1-10 | Defendants | Overruled. |
| 13:21 to 15:2 | Defendants | Overruled. |
| 15:21 to 16:4 | Defendants | Overruled. |
| 16:13-22 | Defendants | Overruled. |
| 18:7-17 | Defendants | Overruled. |
| 18:19 to 20:5 | Defendants | Overruled. |
| 22:21 to 23:3 | Defendants | Overruled. |
| 23:14-23 | Defendants | Overruled. |
| 24:11-14 | Defendants | Sustained as to sentence beginning "I gave a deposition." Otherwise, overruled. |
| 24:15-18 | Defendants | Sustained. |
| 25:13 to 26:2 |  | This counter-designation is excluded in light of the rulings sustaining Defendants' objection to the preceding testimony. |
| 28:10-24 | Defendants | Overruled. |
| 31:10-19 | Defendants | Overruled. |
| 32:24 to 38:6 | Defendants | Sustained. |
| 38:19-23 to 39:8 | Defendants | Sustained. |
| 39:9-17 |  | This counter-designation is excluded in light of the rulings sustaining Defendants' objection to the preceding testimony. |
| 39:18-22 | Defendants | Sustained. |

| | | |
|---|---|---|
| 40:5 to 44:19 | Defendants | Sustained. |
| 44:21-23 | | This counter-designation is excluded in light of the rulings sustaining Defendants' objection to the preceding testimony. |
| 45:22 to 46:24 | Defendants | The objection to the phrase "as the reactor shutdown at Savannah River for safety," at 46:19-20 is sustained. The objections to the remainder of this designation are overruled. |
| 47:1 to 48:23 | Defendants | Sustained. |
| 48:24 to 49:4 | Defendants | Overruled. |
| 49:15-22 | Defendants | Sustained. |
| 50:3 to 51:2 | Defendants | The objection to 50:13 to 51:2 is sustained. 50:3 to 50:12 is also excluded. |
| 51:3-24 | Defendants | Overruled. |
| 52:7-24 | Defendants | Overruled. |
| 53:15-17 | Plaintiffs | Sustained. |
| 55:18-24 | Defendants | Overruled. |
| 58:9-12 | Plaintiffs | Overruled. |
| 79:18 to 81:22 | Defendants | Overruled. |
| 82:22 to 84:16 | Defendants | Overruled. |
| 88:5 to 90:16 | Defendants | Overruled. |
| 90:17-20 | Defendants | Sustained. |
| 90:21 to 91:12 | Defendants | Overruled. |
| 91:13 to 92:3 | Defendants | Overruled. |

| | | |
|---|---|---|
| 92:4 to 95:6 | Defendants | Overruled. |
| 95:8-9 | Plaintiffs | Sustained. |
| 97:3 to 98:15 | Defendants | Overruled. |
| 98:16-24 | Defendants | Sustained. |
| 99:2 to 100:14 | Defendants | Overruled. |
| 100:18 to 101:14 | Defendants | Overruled. |
| 102:10-11 | | This portion of Defendants' counter-designation is excluded. Objections by counsel are not evidence. |
| 105:23 to 106:3 | | Excluded. |
| 106:6 to 109:22 | Defendants | Overruled. |
| 112:1-24 | Defendants | Overruled. |
| 117:5 to 122:15 | Defendants | Overruled. |
| 124:1 to 11 | Defendants | Sustained. |
| 128:20 to 132:14 | Defendants | Overruled. |
| 174:23 to 175:10 | Defendants | Overruled. |
| 175:11 to 177:14 | Defendants | Sustained.  The motion to strike is granted. |
| 181:4 to 182:23 | Plaintiffs | Overruled. |
| 183:16 to 184:15 | Plaintiffs | Overruled. |
| 184:20 to 185:6 | Plaintiffs | Overruled. |
| 199:3 to 202:10 | Defendants | Overruled. |
| 234:17 to 237:23 | Defendants | Overruled.  The motion to strike is denied. |
| Watkins Exhibit 1 | Defendants | Sustained.  This exhibit is not admitted. |

| Watkins Exhibit 5  | Defendants | Overruled.  The exhibit is admitted. |
| Watkins Exhibit 6  | Defendants | Overruled in part and sustained in part.  This exhibit will be admitted provided the following text is redacted:<br>(1) Bates 110917, the first paragraph following the heading "5.0 WASTE MANAGEMENT"; and<br>(2) Bates 11091, the final line, the text reading "such as existing plans for West Valley, FISRAP, UMTRA, etc." |
| Watkins Exhibit 7  | Defendants | Overruled.  The exhibit is admitted. |
| Watkins Exhibit 10 | Defendants | Overruled.  The exhibit is admitted. |

| | | |
|---|---|---|
| Watkins Exhibit 13 | Defendants | Overruled in part and sustained in part. This exhibit will be admitted provided the following text is redacted: (1) page 2, final paragraph, fifth line, from "similar to what was done at SR" through the sentence concluding "unless strenuous efforts are made"; and (2) page 3, first paragraph, first two sentences. |

IT IS SO ORDERED.

Dated this 1st day of November, 2005.

**S/John L. Kane**
John L. Kane, Senior District Judge
United States District Court