IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**PLAINTIFFS' STATEMENT RE MODE OF CROSS-EXAMINATION AND REDIRECT EXAMINATION AND EXAMINATION TIME LIMITS**

Plaintiffs respectfully submit the following statement and requests in connection with the colloquy before the Court that occurred at the conclusion of Dr. Budnitz' examination.

**I.    Mode of Examination**

When a witness during cross-examination states a need to further explain, but defense counsel prevents him from doing so or interrupts him in his answer, plaintiffs believe it is proper for plaintiffs' counsel to show the witness the document once again, and ask if he wishes to further explain his answer on that document. Alternatively, plaintiffs respectfully request that the Court allow witnesses to explain their answers on cross without interruption from counsel.

**II.    Time Limits on Direct and Cross-Examination**

Plaintiffs will accept time limits on direct and cross-examination, but plaintiffs respectfully suggest that the time consumed by defense counsel in lengthy objections and occasional lengthy

mistrial motions and speeches should not be counted against plaintiffs' time.  If time limits are imposed, the length of cross should ordinarily not exceed the length of direct examination.

                                  Respectfully submitted,

Dated: October 27, 2005                      /s    Jennifer MacNaughton
                                              Merrill G. Davidoff
                                              Peter Nordberg
                                              Jennifer MacNaughton
                                              BERGER & MONTAGUE, P.C.
                                              1622 Locust Street
                                              Philadelphia, PA 19103
                                              (215) 875-3000
                                              fax (215) 875-4604
                                              jmacnaughton@bm.net

                                              Gary B. Blum
                                              Steven W. Kelly
                                              SILVER & DEBOSKEY, P.C.
                                              1801 York Street
                                              Denver, CO 80206
                                              (303) 399-3000

                                              *Attorneys for Plaintiffs*