### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date: November 1, 2005                    Reporter: Therese Lindblom
                                          Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | David Sorensen |
| Plaintiffs, | |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Sixteen**

**8:55 a.m.    Court in session.**

Jury not present.

Argument by counsel regarding the order of witnesses.

Court states that plaintiffs will be permitted to call Dr. Goble, then Mr. Lipsky and then Mr. Avery.

9:03 a.m.    Jury present.

Continued cross examination of Dr. Budnitz by Mr. Kurtenbach.

**10:22 a.m.   Court in recess.**
**10:47 a.m.   Court in session.**

Continued cross examination of Dr. Budnitz by Mr. Kurtenbach.

**12:05 p.m.    Court in recess.**
**1:21 p.m.     Court in session.**

Continued cross examination of Dr. Budnitz by Mr. Kurtenbach.

**2:34 p.m.     Court in recess.**
**2:53 p.m.     Court in session.**

Continued cross examination of Dr. Budnitz by Mr. Kurtenbach.

3:32 p.m.      Redirect examination of Dr. Budnitz by Mr. Davidoff.

Jury excused.

Requests by Mr. Bernick regarding Dr. Budnitz.  Court denies the requests.

Court states that time limits will be imposed on the length of the examinations.

**4:39 p.m.     Court in recess.**

Time in court - 5:44.  Trial continued.