# Exhibit A

# What is new since 1996?

- An extensive clean up effort
- Completion of the RAC reports on releases, exposures, doses, and risks:
  - A new estimate for the magnitude of the release from the 1957 fire (10 X greater than the previous estimate)
  - Very detailed modeling of releases from the 903 pad including a focus on a small number of high wind events

G669