# Exhibit B

# How have my findings been affected?

- The principal effect is that some of the risk I attributed to 1965-1970 exposures from the 903 pad should be shifted back to exposures from the 1957 fire.

- I have not altered substantially my opinion about the large uncertainty in dose and risk estimates. I believe these uncertainties are even larger than those estimated by RAC; however RAC did provide a very substantial uncertainty analysis.

G670