# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-K-181**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 7 2004

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Parties' Joint Motion Concerning Scheduling Matters, filed June 16, 2004, is **GRANTED**. Plaintiffs' briefs are due July 8, 2004; defendants' briefs are due on July 15, 2004; Phase I proposed jury instructions are due on July 8, 2004; Plaintiffs shall serve supplemental expert reports, etc., on July 30, 2004; Defendants shall serve supplemental expert reports, etc. on August 6, 2004; Depositions of experts to be completed by September 10, 2004; fact discovery cut-off is extended to July 30, 2004.

Copies of this Minute Order were mailed to the following:

Daniel Satriana, Esq.
Sean R. Gallagher, Esq.
Hall & Evans
**D.C. Box No. 5**

Bruce DeBoskey, Esq.
Gary Blum, Esq.
Stephen Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Merrill Davidoff, Esq.
Daniel Berger, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6365

Stanley M. Chesley, Esq.
Waite, Schneider, Bayless
 & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202

R. Bruce McNew, Esq.  
Taylor, Gruver & McNew, P.A.  
3711 Kennett Pike, Suite 210  
Greenville, DE 19807  

Kenneth A. Jacobsen, Esq.  
22 West Front Street  
Media, PA 19063  

Joseph J. Bronesky, Esq.  
Christopher Lane, Esq.  
Sherman & Howard  
D.C. Box No. 12  

David M. Bernick, Esq.  
Doug Kurtenbach, Esq.  
Mark S. Lillie, Esq.  
Kirkland & Ellis  
200 E. Randolph Drive  
Chicago, IL 60601  

Carlotta Wells  
U.S. Department of Justice  
901 E Street, N.W., Room 1058  
Washington, D.C. 20044  

June 17, 2004  

Ronald Simon, Esq.  
Simon & Associates  
1707 N. Street, N.W.  
Washington, D.C. 20036  

Mark Tucker, Esq.  
The Dow Chemical Co.  
2030 Willard H. Dow Center  
Midland, MI 48674  

Patrick Hanlon, Esq.  
Mark Raffman, Esq.  
Shea & Gardner  
1800 Massachusetts Avenue N.W.  
Washington, D.C. 20036  

John W. Suthers, Esq.  
U.S. Attorney  
Stephen D. Taylor, Esq.  
**Assistant U.S. Attorney**  

James D. Long, Esq.  
U.S. Department of Energy  
Rocky Flats Field Office  
10808 Highway 93, Unit A  
Golden, CO 80403-8200  

GREGORY C. LANGHAM, CLERK  

_____Cathy Coomes_____  
Deputy Clerk