**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' OBJECTIONS TO EXHIBITS AND GRAPHICS SOUGHT TO BE USED WITH DR. ROBERT GOBLE**
_____

As an initial matter, Defendants object to DX-511, DX-513, DX-514, DX-515, DX-516, DX-517 DX-519, DX-520, DX-521, DX-522, DX-523, DX-524, DX-525, DX-526, DX-527, DX-529 DX-530, DX-533, DX-534, P-1339, G-653, G-669, G-670, G-671, and G-672 because they are not listed as or based upon reliance material in Dr. Goble's report, or because they contain opinions not included in Dr. Goble's report, and Dr. Goble did not file a supplemental expert report. Defendants' objection incorporates Defendants' Motion to Bar Dr. Robert Goble from Offering Undisclosed Opinions and from Relying upon Documents Not Cited in His Expert Report, filed contemporaneously herewith on November 2, 2005.

Defendants object to P-1124 because it is hearsay not within any exception. This document is an expert report prepared by Robert Goble. It is well settled that expert reports are hearsay and are not admissible. *See Ake v. General Motors Corp.*, 942 F.Supp. 869, 877-78 (W.D.N.Y. 1996) (excluding as hearsay report of expert who was scheduled to testify at trial).

Defendants object to P-1339 on several grounds. This document is a book entitled *Closing the Circle on the Splitting of the Atom*. The book does not discuss Rocky Flats specifically, but rather focuses on the nationwide nuclear weapons program. As the preface to this book explains, the book is intended to "describe[] environmental, safety, and health problems ***throughout the nuclear weapons complex*** and what the Department of Energy is doing to address them." (*Id.* at v (emphasis added).) The book thus describes, in detail, environmental problems at other plants besides Rocky Flats, such as Hanford, Oak Ridge, Savannah River, and the Idaho National Engineering Laboratory. (*See id.* at iv, 1, 2-3, 5, 6, 7, and 9.) (This list is not intended to be exhaustive; references to these facilities are made throughout the entire document.) This Court has ruled that documents discussing disposal practices at other plants are not admissible. (*See*, *e.g.*, 10/17/2005 Trial Tr. at 1205-06.) Alleged environmental problems at these other plants are irrelevant to the question of whether Dow or Rockwell caused contamination to be deposited on Plaintiffs' properties.

Moreover, P-1339 is replete with other irrelevant information, such as the methods by which nuclear warheads were built, not limited to the plutonium pits that were manufactured at Rocky Flats (*id.* at 11-21), types of nuclear waste that were not generated at Rocky Flats, such as spent fuel and high-level waste (*id.* at 24-39), and worker safety (*id.* at 38). Because none of this information will assist the jury to determine any fact at issue in this case, this information should not be admitted into evidence.

In addition, any marginal probative value P-1339 might have is dramatically outweighed by the prejudice it would cause Defendants. It is therefore inadmissible under Federal Rule of Evidence 403.

Defendants object to P-1342 because it is hearsay not within any exception.

Defendants object to G-653 because it is irrelevant.  G-652 is a graphic that discusses a principle known as "ALARA" or "as low as reasonably achievable."  However, ALARA is not a radiation dose standard.  *See In re TMI*, 67 F.3d 1103, 1114 (3d Cir. 1995) ("The regulation could not be more clear.  The guidelines that satisfy ALARA 'are not to be construed as radiation protection standards.'")  Therefore, evidence concerning ALARA is not probative of whether Defendants met applicable regulation standards.

Dated:  November 1, 2005                                        Respectfully submitted,


                                                                                /s/ John E. Tangren_____
                                                                                One of the Attorneys for the Defendants
                                                                                David M. Bernick
                                                                                Douglas J. Kurtenbach
                                                                                Ellen Therese Ahern
                                                                                Mark J. Nomellini
                                                                                John E. Tangren
                                                                                KIRKLAND & ELLIS LLP
                                                                                200 East Randolph Drive
                                                                                Chicago, Illinois 60601-6636
                                                                                Phone:  312-861-2000
                                                                                Fax:     312-861-2200

                                                                                Joseph J. Bronesky
                                                                                SHERMAN & HOWARD L.L.C.
                                                                                633 Seventeenth Street, Suite 3000
                                                                                Denver, Colorado 80202
                                                                                Phone:  303-297-2900
                                                                                Fax:     303-298-0940

                                                                                Attorneys for ROCKWELL
                                                                                INTERNATIONAL CORPORATION and
                                                                                THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

              /s/ Adrienne Reynolds_____
              Adrienne Reynolds (legal assistant)