**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

_____

**SUPPLEMENT TO DEFENDANTS' MOTION TO SET A FIRM ORDER OF
WITNESSES AND SCHEDULE AND TO PRECLUDE CUMULATIVE TESTIMONY**
_____

In support of their motion to set a firm order of witnesses and schedule and to preclude cumulative testimony, Defendants respectfully submit the following chart with approximate direct examination times:

| Witness | Estimated Direct Time | Actual Direct Time |
|---|---|---|
| Sally Bartlett | 2 hours | 1.5 hours |
| Richard Bartlett | 2 hours | 1 hour |
| Tim Holeman | 4 hours | 7.75 hours |
| John Ray | 2 hours | 4 hours |
| Charles Ozaki | 2 hours | 3.25 hours |
| William Shierkolk | 1 hour | 1 hour |
| Gertrude Babb | 0.5 hour | 0.5 hour |
| Merilyn Cook | 2 hours | 2.5 hours |
| John Lipsky | 4 hours (originally 3 hours) | 8.25 hours (still open) |
| Dr. John Radke | 3 hours | 1.75 hours |
| Dr. Robert Budnitz | 4 hours (originally 3 hours) | 7.75 hours |
| **TOTAL** | **25.5 hours** | **39.25 hours** |

Defendants have only used approximately 25 hours for cross examinations compared to the nearly 40 used by Plaintiffs for direct examinations to date.

Dated:  November 2, 2005                                   Respectfully submitted,


/s/ Stephanie A. Brennan_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                        /s/ Kari Knudsen_____
                                        Kari Knudsen (legal assistant)