IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-K-181**

**MERILYN COOK, et al.,**

Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 7 2004

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Parties' Joint Motion Concerning Scheduling Matters, filed June 16, 2004, is **GRANTED.** Plaintiffs' briefs are due July 8, 2004; defendants' briefs are due on July 15, 2004; Phase I proposed jury instructions are due on July 8, 2004; Plaintiffs shall serve supplemental expert reports, etc., on July 30, 2004; Defendants shall serve supplemental expert reports, etc. on August 6, 2004; Depositions of experts to be completed by September 10, 2004; fact discovery cut-off is extended to July 30, 2004.

---

Copies of this Minute Order were mailed to the following:

Daniel Satriana, Esq.
Sean R. Gallagher, Esq.
Hall & Evans
**D.C. Box No. 5**

Bruce DeBoskey, Esq.
Gary Blum, Esq.
Stephen Kelly, Esq.
Silver & DeBoskey
1801 York Street
Denver, CO 80206

Merrill Davidoff, Esq.
Daniel Berger, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6365

Stanley M. Chesley, Esq.
Waite, Schneider, Bayless
 & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202

R. Bruce McNew, Esq.
Taylor, Gruver & McNew, P.A.
3711 Kennett Pike, Suite 210
Greenville, DE 19807

Kenneth A. Jacobsen, Esq.
22 West Front Street
Media, PA 19063

Joseph J. Bronesky, Esq.
Christopher Lane, Esq.
Sherman & Howard
**D.C. Box No. 12**

David M. Bernick, Esq.
Doug Kurtenbach, Esq.
Mark S. Lillie, Esq.
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL 60601

Carlotta Wells
U.S. Department of Justice
901 E Street, N.W., Room 1058
Washington, D.C. 20044

June 11, 2004

Ronald Simon, Esq.
Simon & Associates
1707 N. Street, N.W.
Washington, D.C. 20036

Mark Tucker, Esq.
The Dow Chemical Co.
2030 Willard H. Dow Center
Midland, MI 48674

Patrick Hanlon, Esq.
Mark Raffman, Esq.
Shea & Gardner
1800 Massachusetts Avenue N.W.
Washington, D.C. 20036

John W. Suthers, Esq.
U.S. Attorney
Stephen D. Taylor, Esq.
**Assistant U.S. Attorney**

James D. Long, Esq.
U.S. Department of Energy
Rocky Flats Field Office
10808 Highway 93, Unit A
Golden, CO 80403-8200

GREGORY C. LANGHAM, CLERK

Cathy Coomes
Deputy Clerk