1986, Smallwood 1996a,b), although the collection of other burrowing animal species undoubtedly constitute the majority of the risk. There is no question as to whether gophers inhabited the Rocky Flats site throughout plant operations. Their high abundance was noted by Murray (1967) across the Rocky Flats landscape, and by Little (1976), Winsor (1980), and Winsor and Whicker (1980) on 4 study plots within close proximity of the 903 Pad. I found gophers to be rare on the RFP property during my visits, but their current rarity is apparently the result of a recent population decline, and does not bear on past population levels. The fine soil sediments excavated by gophers are soon dispersed by the high winds typical of Rocky Flats (Murray 1967). Winsor (1977) described gopher mound weathering as a flattening and spreading over a greater area due to erosive forces. Murray (1967) described gopher soil mounds as being sculpted by the Rocky Flats winds, prior to dispersal of all the fine sediments in the mounds.

Pocket gophers were reported to move visibly greater quantities of soil than other burrowing animals at Rocky Flats, and these soils were described to be loose and exposed to wind erosion (Winsor 1977, p. 3). However, the soils of concern at Rocky Flats were originally those within the top 3 or 30 cm from the surface (depending on which sampling effort is considered), because these surface soils were where the greatest inventory of plutonium and other nonvolatile chemical contaminants occurred. The low permeability of the Rocky Flats soils (Matheson 1953; Dames and Moore, App. B to 70-23000-OR-Vol 2c) was thought to maintain these chemicals near the soil surface, so long as the soils remain undisturbed and covered by dense stands of vegetation (Whicker letter to G. Huffman, Feb. 15, 1974; Whicker and Fraley 1977, p. 2; Whicker 1979, p. 28).

Undisturbed soils were defined as those not turned over by gopher burrowing (Winsor 1980, p. 55). According to Whicker (1996), undisturbed soils have not been plowed or changed by mechanical disruption, eroded by wind or water, nor covered by uncontaminated soil or other material. Also according to Whicker (1996), the presence of mature natural vegetation and a cryptogamic crust on the soil surface indicates lack of disturbance. Following this logic, undisturbed soils cannot exist at Rocky Flats, because multiple animal species burrow everywhere there is unpaved ground, especially within the top 20 or 30 cm. Even plants disturb soils when they push roots and shoots through the soils. *Bromus tectorum* is a weedy annual that occurs in communities disturbed by gopher burrowing, and it occurs all over the Rocky Flats Plant site (Winsor 1980, p. 55 & 58). In fact, the coincidence of animal burrows and lush vegetation is well documented (Rogers and Lavigne 1974, Davis and Kalisz 1992, Smallwood and Geng 1996), even by Whicker and his students (Antonio *et al.* 1992). Burrowing facilitates plant growth, and plant growth is targeted by burrowing animals for food and cover. The occurrence of dense stands of mature vegetation is contrary to the idea the soil is undisturbed.

*Radioecological Research at Rocky Flats*

I had enough information to reach reasonable conclusions about the impact of soil bioturbation on vulnerability of contaminants to wind entrainment. A rigorous analysis of this information on soil bioturbation will be presented in the section below under the subtitle, Estimates of Burrowing Impacts at Rocky Flats. The results of my analysis should be adjusted to local conditions by considering the combination of my reconnaissance-level observations on-site and information generated from on-site research and monitoring. Patterns in the published literature should be tested for their consistency on-site, such as animal abundance, burrowing behaviors, and impacts on soils and soil constituents (e.g., radionuclides). My criteria for reliability of on-site research information included relevance of

hypotheses, appropriateness of assumptions and methodologies, consistency in data reporting, and level of objectivity.

Until 1992, F.W. Whicker administered the principal investigations into the risk of both biological and physical transport of plutonium from the contaminated area on and downwind from the 903 Pad. His research program was influential on the Rocky Flats Plant operators (Setlock and Blaha 1986). Little other research on transport pathways was conducted at Rocky Flats. Perhaps his early conclusion that the plutonium is "weathered in" and therefore stabilized in the soil (Whicker letter to I.L. Brisbin, May 22, 1974; Whicker 1978, Little and Whicker 1978, Ibrahim *et al.* 1996) stifled any further investigation of biological and physical transport. However, Whicker's conclusion was contradicted by the research findings of his past PhD student (Hakonson and Johnson 1973, Hakonson and Nyhan 1980), who reported on dramatic changes in the plutonium depth distributions at the Trinity Site during a period of 23 years. Whatever the reason for the limited scope of environmental research at RFP, I found the research results difficult to use in my report due to inappropriately defined research hypotheses, inadequate sampling design and sample sizes, and serious analytical mistakes indicating problems with quality assurance. I also could not confirm the existence of data that were cited for some conclusions.

For example, according to Whicker (1977, p. 8; 1978, p. 4; 1979, p. 28), observations indicate the plutonium in soil mounds excavated by gophers remain within a few meters of the original mound. According to Little *et al.* (1980), none of the plutonium in these gopher soil mounds has moved off-site (presumably the study plot or the Rocky Flats Plant). Following the same pattern, Whicker (1979, p. 28) claimed that data indicate total biological export of plutonium amounts to ⁻0.001% per decade. None of these conclusions was made with any reference to data, although the use of the words "observations" and "data" might lead the reader to believe data were collected. Whicker (1977, p. 8) acknowledged that the fate of plutonium in gopher mounds had not been studied, although he described these mounds as "exposed," thereby acknowledging the likelihood of resuspension due to bioturbation. I had difficulty using some of the research results at RFP because I could not tell from the reporting whether conclusions were based on data or unsupported opinions.

Whicker has taken a strong position regarding the stability of plutonium in the soil east of the 903 Pad. However, he was unable to recognize a gopher mound shown to him in photos (deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, pages 484-485). He claimed to require poking his finger into the mound so as to locate the tunnel and verify it was constructed by a gopher. Not only would this verification method be ineffective, but wildlife ecologists rarely need to do more than look at the sign on the ground to conclude whether a gopher was responsible for it. Whicker's inability to recognize a gopher mound might be explained by his absence from the CSU Macroplot 1 during the gopher study (Winsor and Whicker 1980) and during other studies conducted there as well (Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, pages 273, 467-468). Whicker could not have provided effective quality assurance to the field sampling conducted by his students and technicians, because he was not there.

Whicker (1973), or perhaps one of his students, collected 3 gophers from his Macroplot 1, and found them to contain "relatively high" levels of plutonium in the stomachs and gastro-intestinal tracts. These results suggested gophers were inadvertently ingesting contaminated soils while foraging on plant roots. Whicker later pooled the data on gopher plutonium concentrations with the data collected for other small mammal species. This pooled sample was then considered "representative" of the entire small mammal biota (Little *et al.* 1980, p. 350). However, by this time evidence had been published

for differential radionuclide concentrations in body tissues among species due to differences in animal behaviors such as foraging strategies and time spent below-ground (Bradley *et al.* 1977, Miera and Markham 1978). Arthur *et al.* (1986) later showed very similar patterns for small mammals. One of Whicker's later graduate students also pooled small mammal tissue samples for comparative analysis of plutonium contamination between sites and through time, although more species were represented in the pool (Antonio *et al.* 1992). Pooling the data on small mammal body burdens was inappropriate, given the knowledge of differential exposure risk, and it effectively hid the provocative dose levels earlier found in gophers. The pooling of ecological data substantially reduces the information to be analyzed (Smallwood 1993), and, if performed without great care to scale and to unique attributes among biological species, then it can lead to erroneous conclusions (Smallwood 1995; Blackburn and Gaston 1996; Smallwood and Schonewald 1996; Smallwood *et al.* 1996; Smallwood, in preparation).

Whicker (1977, p. 10; 1978, p. 4) reported no demonstrable ecological impact due to the plutonium contamination near the 903 Pad. The Whicker team had already documented the gradient of decreasing plutonium concentrations in the soils downwind of the 903 Pad during their study (Little 1976), so one would expect any ecological impact to grade in the same direction. Romney *et al.* (1970), Bradley *et al.* (1977), Smith and Bernhardt (1977), Miera and Markham (1978), Hakonson and Nyhan (1980), and Arthur *et al.* (1986) found mammal dose rates to correlate with radionuclide concentrations in the soils. Little (1976) and Antonio (1992), who were both Whicker's students, failed to find this correlation east and southeast of the 903 Pad. In fact, Little found plutonium concentrations to be twice as high in small mammal tissues 1.4 km away compared to those collected 0.2 km from the Pad. The highest plutonium concentration happened to be found in lung tissue on the plot 1.4 km away, suggesting inhalation of plutonium that had been entrained in winds from the 903 Pad area (Little did not consider this explanation in his doctoral thesis). Another of Whicker's students, S.L. Mecker, found no relationship between plutonium concentrations on plants and those in underlying soils, contrary to the findings of Hakonson and Nyhan (1980). Whicker (1978, p. 3) proposed that some unquantified physical process must be responsible for plant burdens. Later, Whicker (1979, p. 25) reported that the levels of plutonium in litter, vegetation, and arthropods *were* significantly correlated to plutonium concentrations in soil, based on data collected from samples.

Adding to these confusing results, Whicker and one of his students inadvertently revealed a sampling error that undermines many of Whicker's findings regarding animal dose rates. Little *et al.* (1980) reported a linear relationship between log-transformed plutonium concentrations on soil particles and log soil particle size. This pattern closely resembled the scaling relationship I described for animal density and the spatial scale at which density was estimated (Smallwood 1995; Smallwood 1996a,b; Smallwood and Schonewald 1996). Little (1976, p. 95) presented a graph of dpm $g^{-1}$ plutonium in rodent tissues plotted against the mass of the tissue sample. Visual examination of the graph suggests this relationship would be linear if the variables on both axes were log-transformed. The size of the tissue sample will explain most of the variation in dpm $g^{-1}$, and because Little made no adjustments in dpm $g^{-1}$ based on the sizes of tissue samples, his comparison of animal dose rates remains uninterpretable. Data from 1989 sampling of rodent tissues were available in Antonio *et al.* (1992). Using these data (Fig. 2), I found that plutonium concentration in lung and liver tissue did indeed decline with increasing size of tissue sample. According to the regression models, which were fairly precise, an increase in the sample dry mass from 0.1 to 1 g would yield a 45-fold decrease of Bq $g^{-1}$ plutonium in rodent lung tissue, and it would yield a 104-fold decrease in liver tissue. The data analyzed spanned these ranges. The regression slopes were not significant for hide, muscle, and bone, perhaps because multiple other factors were not considered analytically, such as animal species, detector efficiency, and count time (another possible scale effect). Apparently, it was standard practice

for the Whicker *et al.* team to compare dose rates without adjusting for differences in sample mass. Without accounting for the effects of sample mass, none of their dose rate comparisons is meaningful for animals, above-ground plant tissue, plant roots, and plant litter.

The ecosystem at Rocky Flats was defined and measured in a manner that defied ecological theory and method, until 1992 when Kaiser-Hill began an ecosystem study. Little (1976) included only deer mice and pocket gophers in his estimation of the biomass and plutonium concentration within his ecosystem compartment, which he then termed "representative" of the small mammal community (Little 1977, Little *et al.* 1980). None of the many other endemic species (see Table 3 under Catalogue of Species) was included in his estimates of small mammal biomass, nor plutonium burdens in tissues (Little *et al.* 1980 listed the thirteen-lined ground squirrel as one of the sampled species but reported no data for it). Antonio *et al.* (1992) compared the small mammal plutonium burdens to those estimated by Little (1976), but Antonio sampled from a different collection of species than did Little. Also, Antonio's collection of sampled species was still incomplete, even lacking pocket gophers (perhaps because they were then rare or absent). The comparison of ecologically disparate samples (i.e., different collections of species) and the trends shown in Fig. 2 could by itself explain Antonio *et al.*'s (1992) failure to reject the statistical null hypothesis of no difference between plutonium burdens in small mammal tissues through time. Improper application of ecological theory and method also undermined the conclusions reached by Whicker *et al.* (1992) regarding temporal trends and site differences in plutonium inventories among ecosystem compartments.

Furthermore, Whicker *et al.*'s research was consistently focused on the question as to whether physical or biological processes were more likely to transport plutonium off-site (Whicker 1978, p. 2). Little (1976) concluded physical processes were more important because the soils were estimated to contain 99.7% of the plutonium inventory in the ecosystem. But dpm per gram in ecosystem compartments fails to account for the *interaction* between biological and physical constituents that are definitive of ecosystems (Tansley 1935, Lindeman 1942, Odum 1953, O'Neill *et al.* 1986, Ricklefs 1990) and soils (Thorp 1949, Hole 1981, Huntly and Inouye 1988). The inert and living constituents of soils continually interact to change each other. Inert elements are incorporated into the bodies of living organisms and upon organism death, many of the entrained inert elements are released from the body, often in new states that promote plant growth. Soils without living elements are actually dirt. The ecosystem concept is very similar to my characterization of soil, but usually involves more environmental media such as water and air. Dpm per gram in ecosystem compartments can only suggest possible risk to ecological health and possible pathways, once sufficient sampling has been conducted spatially and temporally. Study of the interaction between physical and biological constituents would certainly be more informative for plutonium transport in the environment, and it would be more appropriate as an ecological approach – it is the one I am using. It was also the approach undertaken by Hakonson (Hakonson 1986, Hakonson *et al.* 1982, Gonzales *et al.* 1995) following his sampling at the Trinity Site (Hakonson and Johnson 1973, Hakonson and Nyhan 1980).

Figure 2.  The dry mass of the tissue samples could explain half the variation in plutonium activity detected in the lungs and livers of small mammals collected at Rocky Flats' Macroplots 1 and 2 during 1989 (data from Antonio *et al.* 1992).



- - -
○  Liver tissue

$$\log(Bq\ g^{-1}) = -3.54 - 2.03 * \log(Dry\ Sample\ Mass)$$
$$SE = \quad\quad 0.215,\ 0.514$$
$$R^2 = 0.53, \quad RMSE = 0.60, \quad P = 0.0015$$

———
●  Lung tissue

$$\log(Bq\ g^{-1}) = -4.37 - 1.65 * \log(Dry\ Sample\ Mass)$$
$$SE = \quad\quad 0.511,\ 0.518$$
$$R^2 = 0.50, \quad RMSE = 0.41, \quad P < 0.01$$

In another example, Winsor and Whicker (1980) measured depth of origin of gopher mound soil, but restricted their excavations of gopher burrows to within 1 m of each soil mound.  They therefore found soil in mounds to originate from within 1 m away and at depths to 10-15 cm below grade (which is what I would expect from restricting excavation to 1 m radius).  No other pocket gopher researcher restricted their excavations in such a manner.  Gopher home ranges occur across much larger areas (Criddle 1930, Howard and Childs 1959, Reichman *et al.* 1982, Gettinger 1984, Bandoli 1987), and the soil mounds are positioned to the outside edges of the burrow (Smith 1948), thereby requiring soils to be moved through tunnels for distances up to 12 m (Thorne and Anderson 1990).  Winsor and Whicker also claimed there was no evidence their burrow excavations affected the activities of the gophers, but this claim is contradicted by some of the most basic knowledge of gopher behavior.  The 24-hr open-hole test is a standard method of gopher sampling that involves opening the burrow so as to elicit the typical behavioral response from the gopher to plug the opening (Howard 1952, Smallwood and Erickson 1996).  The assumptions of Winsor and Whicker (1980) are contradicted by the published literature.

Some of Whicker *et al.*'s research findings were erroneously reported, making it difficult for me to use information provided by the ecological research conducted at Rocky Flats.  For example,

Little's (1976) small mammal biomass estimates translated to densities that were incredibly higher than any ever reported for pocket gophers and deer mice. He reported dry mass in g $m^{-2}$ for study areas of 0.75 and 0.19 ha. Dry mass can be 1/3 to 1/10 that of wet mass, but ¼ is the typical conversion (Peters 1983) and the one I used on Little's data. Translating the dry mass into wet mass, and dividing by the mean body mass (assuming equal sex ratios), the densities of gophers were 2,624 $ha^{-1}$ on macroplot 1 and 3,157 $ha^{-1}$ on macroplot 2. The densities of deer mice were 55,720 $ha^{-1}$ on macroplot 1 and 32,780 $ha^{-1}$ on macroplot 2. These densities, scaled to spatial scales of observation (Figs. 2-3) were 87-105 times the mean values for gophers and 1,568-2,666 times the mean values for deer mice. They were mistakes.

In addition to struggling with whether conclusions were supported by data and proper analysis, I also had difficulty using Whicker's major conclusions, because they were inconsistent. Until the early 1990s, Whicker and his students maintained that the spatial locations and depth distributions of plutonium were static. Based on research conducted by Webb (1992) for his Masters Thesis, Whicker temporarily changed his early conclusion that plutonium east of the 903 Pad had stabilized in the soil. Webb found that nearly all the plutonium had disappeared from the top 3 cm of soil between 1973 and 1989. Whicker *et al.* (1991) followed up with their own sampling, and found that americium concentrations, which correlate positively with plutonium concentrations (Ibrahim *et al.* 1996), had migrated down with peak concentrations at 6-12 cm depths at one sample location. They attributed this downward migration of americium to gravity or percolation. They attributed the missing plutonium in the top 3 cm to unexplained movement or sampling error. Whicker and Ibrahim (1992, p. 11) also reported that plutonium concentrations in plant litter declined 9-14 times since the study reported in Little (1976). Proposing to conduct further research on his study areas east of the 903 Pad, Whicker and Ibrahim (1992, p. 4) again acknowledged that sampling in 1989 revealed missing plutonium from their macroplot 1. However, Whicker (Ibrahim *et al.* 1996) returned to the previous claim that the plutonium inventory and depth profile remained stable and unchanged during the last 25 years. Whicker's conclusions regarding the depth profile and stability of plutonium in the soil vacillated through the 1990s. Whicker (deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, pages 233-238) later claimed he never believed Webb's (1992) results of reduced plutonium in the 0-3 cm soil horizon. This disbelief was not evident in his 1992 funding proposal with Ibrahim, and it contradicts his own data.

*Environmental Surveillance and Monitoring at Rocky Flats*

It is obvious that the uncertainty of risk analysis can be reduced substantially by properly designed and conducted surveillance and monitoring of hazardous compounds released to the environment. To be effective, surveillance and monitoring programs need to be developed from knowledge of the release history, including quantities released, dates of releases, locations, and condition of exposure to the environment. They also require knowledge of the potential pathways for movement of released hazardous materials to places where people can be exposed. Characterization of the pathways depend on research programs, such as those administered by Whicker at RFP. Once characterized with high confidence, the media of these pathways (e.g., particular animal species, wind, water, plant tissues) should be monitored for the hazardous materials that could possibly have escaped initial containment or location within the environment. At Rocky Flats, the Plant operators had ample reason to study and monitor the pathways of hazardous materials released to the environment.

The RFP site and much of the buffer zone was contaminated with radionuclides and toxic chemicals (Owen and Steward ca. 1975, DOE 1992a, Budnitz 1996). Some of this contamination was

26

contributed by leaks in the lining of the solar evaporation ponds (K.J. Frieberg letter to F.A. Putzier, July 9, 1970) and spray blown off the pond surfaces, which contaminated soils all the way to the north side of North Walnut Creek (Owen and Steward ca. 1975). The sparsely vegetated embankments of the solar ponds (Environmental Surveillance Report) would have reduced the roughness of the land surface, thereby increasing the aerosol flux (upward movement of particulates due to turbulent wind force) (Weber 1992). Pondcrete and saltcrete from the solar ponds (Plates 33, 35, 36, 67) was placed on asphalt pads at other locations (e.g., 904 Pad, 750 Pad), where containers leaked and drained off the asphalt (Hawes, May 28,1988; Setlock, July 26, 1988). Other sources were from buildings that processed plutonium and hazardous chemicals, which spilled onto floors and tracked out the building by staff (Owen deposition, May 24, 1996, pages 357-360), entered the airstreams through filter leaks and routine stack releases (M.R. Boss letter to D.D. Hornbacher, July 20, 1977), and released to the atmosphere during major fires (Barrick 1981). The soils under and around most if not all of the buildings were infiltrated by hazardous chemicals, beryllium, and radionuclides (Owen and Steward ca. 1975). Fifty-five gallon drums containing liquid wastes were stored at various sites, and drums frequently blew over or had their lids blown off by the high winds (Owen and Steward ca. 1975; Piltingsrud deposition re: Merilyn, Cook et al., plaintiffs, vs. Rockwell International Corporation, et al., defendants, March 2, 1995). The Triangle Area and the 903 Drum Storage Area were contaminated in this way. Scrap metal was stored at various sites, all of which was contaminated.

Contaminated soils and storage materials were buried in trenches and in the original and current landfills (Putzier 1970). Effluent from buildings and the solar ponds was channeled to the holding ponds along North and South Walnut Creeks and Woman Creek, and effluent was spray irrigated by Rockwell International onto various grassland areas on the RFP property at the rate of 70-80 million gallons per year (Setlock 1987). This sprayed effluent sheeted right off the irrigated grounds into other streams, thereby spreading contaminated materials around the RFP property and eventually off-site (Williams letter to Bader 1987; Setlock 1987; Healy et al. letter to Sanchini 1989). Even though computer modeling indicated that no site at RFP was suitable for receiving effluent in spray irrigation (S.S. Papadopulos & Associates, Inc. 1987), and this information was communicated to responsible Rockwell officials, including G. Williams, G. Setlock, and C. Bader (Williams deposition, May 31, 1995, pages 60-63), the practice was continued by Rockwell International (G.W. Williams letter to C.P. Bader, Dec. 7, 1987). Planned burial of solid waste in the Walnut Creek drainage also was designed to spread the material out across large areas (T.S. Chapman letter to F.H. Langell, Feb. 4, 1953), and a drainage ditch was constructed to direct runoff from the 903 Pad area to Pond 9 in Woman Creek (Putzier 1970, Piltingsrud deposition re: Merilyn, Cook et al., plaintiffs, vs. Rockwell International Corporation, et al., defendants, March 2, 1995, page 384).

Intentional and accidental spreading of radionuclides and hazardous chemicals on site also involved undocumented quantities, which should have been monitored for movement and environmental effects. Putzier (1970) reported that records of on-site materials disposal were "obviously missing." Excavation of the Building 460 storm drain revealed undocumented buried radioactive waste, which contaminated the workers' hands (C.T. Illsley letter to G.H. Setlock, Oct. 17, 1986). Also, the staff of Building 444 silenced the acid waste tank level alarm and failed to notify their Plant Shift Superintendent of a serious chromic acid spill in 1989 (Healy et al. memo to D.J. Sanchini, April 28, 1989), thereby indicating the possibility that many spills and accidents have gone unreported. The spilled chromic acid was spray irrigated onto the spray fields, even though the fields were frozen and it was already established that the spray could not infiltrate the soils on these fields (S.S. Papadopulos & Associates, Inc. 1987). Furthermore, unwanted chemicals were dumped on RFP soils or put down the sewer drain (Al Voight memo, Sept. 20, 1971), and the Rockwell medical department

staff routinely disposed of chemicals down toilets into the sanitary sewage (E.S. Goldberg letter to D.J. Sanchini, June 1, 1989). Radioactive materials were repeatedly discovered in the landfill on discarded clothing and in improperly labeled cans, bottles, and bags (R.M. Vogel letters to E.A. Putzier, Dec. 5, 1973; Dec. 17, 1973; Jan. 11, 1974; Jan. 28, 1974).

Groundwater in every sampled well at Rocky Flats was contaminated with volatile organic compounds, which primarily included 1,1Dichloroethylene, Tetrachloroethylene, Trichloroethylene, and 1,1,1 Trichloroethane (Setlock 1985) and high concentrations of nitrates and some radionuclides (Rockwell International 1987). Nearly every sampling period during 1985, which occurred at irregular intervals, yielded gross Beta or Alpha levels of radioactivity at one or more sites that exceeded control guide limits (Surface Water Sampling Results, MF-RF-GL-39). Much of this undocumented and documented contamination occurred because the waste disposal facilities at Rocky Flats were "inadequate" (F.E. Butler letter to J.G. Epp, Aug. 13, 1962; Budnitz 1996; North and Budnitz 1996). Based on the intentional effort to spread contaminants across the RFP, and based on the distribution of contaminants discovered in groundwater and soils, I conclude that much of the RFP property has been contaminated to various degrees by many chemicals and radionuclides.

Reports of frequent equipment failures and design problems increased risk of release to the environment and increased the inability to detect or monitor the impacts. The majority of monitoring equipment was nonfunctional in Building 444 (Healy *et al.* letter to D.J. Sanchini), an ambient air sampler was discovered to not be running on the 904 Pad after a pondcrete spill (Lawton letter to Setlock, July 26, 1988), and stormwater drainpipes were found disconnected and non-functional in the plutonium-processing 700 Complex (G. Williams deposition, May 31, 1995, pages 41-43). The 701 Building sanitary sewer backflow and the 995 Building outfall were contaminated with radionuclides, but the cause was not found. Sabotage or vandalism was considered as possible causes for the contamination of these systems (Werkema 1972). Carbon tetrachloride contaminated with plutonium was stored near Building 776 in a tank that could not be surveilled (Dow letter to W.H. Hauschildt, Jan. 18, 1973). Scientech's discovery of dangerous quantities of plutonium in the air ducts of process buildings further indicated lack of control of waste materials. According to Matheson (1953), Butler (Aug. 17, 1962 letter to A.N. Sampson) and Hammond (1971), the RFP was not equipped to dispose of wastes generated by Plant operations, so drums of radioactive waste were stored at locations across the Plant site against the recommendations of the Health Physics department staff (Vogel deposition, Nov. 15, 1995, pages 88, 105, 112).

A rigorous environmental surveillance and monitoring program was warranted by all these releases and the intentional spreading of contaminants across the Rocky Flats Plant site and beyond. Sampling of plants, animals, and soil was abandoned early in the Plant history, because these sampling efforts were considered too expensive, too time-consuming, and unnecessary (J.B. Owen letter to J. Seastone, July 25, 1968; Owen deposition, May 24, 1996, page 376). Such sampling was later briefly conducted in response to public concerns following the 1969 fire in building 776 (Hammond 1971). As far as I can tell, no standard observations along survey transects or at sampling sites existed at Rocky Flats, other than some test wells and 12 ambient air samplers, which did not appear to be located east of the East Trenches (Hammond 1971). Owen's redefinition of "contamination" (Owen and Steward ca. 1975; Owen 1996, p. 448) made it clear that he regarded any chemical or radionuclide released to the on-site or off-site environments as inconsequential, so long as the concentration did not reportedly exceed regulatory guidelines. His attitude towards contamination is significant, because he worked in the Health Physics Group of Dow's Environmental Control, which was responsible for outdoor

environmental surveillance. Relying on legal guideline values for significance would not have allowed the surveillance program to monitor accumulations of contaminants.

SAIC (1986) performed an audit of Quality Assurance and Quality Control programs in the departments responsible for internal and external dosimetry, environmental monitoring and industrial hygiene. None of the programs audited had requirements for systematic, independent review of data management and analysis, nor did responsible staff have qualifications other than on-the-job training. No training or written plans accompanied the implementation of new systems, and there was no system for document control, identifying and tracking nonconformance and corrective actions. Ambient air samples were consistently assigned collection dates where sampling dates belonged on the record sheets, and along with several other problems, only one of three effluent air sampling probes was functioning at the one station visited by the audit team. Water sampling procedures had multiple flaws, including no updated guidelines, poor equipment handling, and improper data collection methods. SAIC found other problems as well, and concluded the effluent air monitoring program was possibly out of control. Budnitz (1996) arrived at similar conclusions based on an independent analysis of the environmental monitoring program. Johnson *et al.* (1974) described the pond sediment sampling procedures of Dow Rocky Flats technicians as "careless."

The impact of bioturbation on the distribution of hazardous materials could not have been discovered with the environmental surveillance and monitoring program I have seen described for Rocky Flats. RCT's are not now permitted to survey coyote scats for radioactivity, which would have been one of the most efficient monitoring methods available for burrowing animals (see section under Third Trip to Rocky Flats). Coyote scats and badger scats can easily be found in piles next to mounds on prairie dog towns (e.g., Plate 53). Buried waste sites have not been under surveillance for burrowing animal activity, according to Anne Siemen. At Trench T-9, I found so much degradation of the trench cap due to animal burrowing that I have to conclude the trench was not checked seriously for its structural integrity until November 12, 1996 (my visit). Plutonium and other hazardous materials could easily have escaped detection after being entrained in winds subsequent to excavation to the ground surface by burrowing animals. As late as 1989, the ambient air monitoring stations were not located to measure maximum airborne plutonium concentrations caused by resuspension from surface soils, nor were they sufficiently numerous (David P. Simonson letter to D.J. Sanchini, Oct. 2, 1989). Furthermore, these air monitoring stations were all positioned at one height, which was never determined to be the height of maximum airborne concentrations (Ibid).

*Summary of Document Review*

Radionuclides and nonvolatile toxic chemicals were released onto the soil at numerous locations across the Rocky Flats Plant site (Putzier 1970, Owen and Steward ca. 1975, DOE 1992a). The species of burrowing animals occurring at Rocky Flats excavate and mix the soils, and they directly and indirectly break apart soil particles to smaller sizes. This soil bioturbation occurs mostly in the contaminant-bearing depth horizon near the surface. These species will likely expose the contaminants to the strong winds characteristic of Rocky Flats by moving them into soil mounds and by clearing vegetation. Critical burrowing parameters will include for each species their spatial density, the percent of the ground covered by excavated soils and cleared of vegetation, depth profiles of representative burrows, maximum burrow depth, characteristics of mound soils, and soil mound erosion rates. I collected this information from many non-RFP sources, because I found no evidence of a credible environmental surveillance and monitoring program aimed at soil bioturbation at Rocky Flats, and the research program failed to provide credible results.

F. W. Whicker, his students, and his colleagues reported research results that were not credible for a variety of reasons, including gross errors, inadequate sampling, and inappropriate measurement. Their between-sites and between-studies comparisons of plutonium concentrations in all ecosystem compartments except soils were meaningless due to poor sampling and analytical methods. Not only did this team of researchers apply inadequate knowledge of ecological theory and method, which resulted in creating a false dichotomy between physical and biological processes in ecosystems and soils, but I could not confirm the existence of data cited as the bases for some of their conclusions, and other data were inappropriately pooled for analysis. Furthermore, Whicker's conclusion that the plutonium has stabilized in the top 3 cm of soil defies both the data of his students and the evidence of high levels of soil disturbance on Macroplots 1 and 2.

Lacking useful information from on-site research, I conducted an extensive literature review of burrowing animals, their burrowing habits, and their impacts on soils. My collection of literature on soil bioturbation and my collection of information gleaned from these sources are the most comprehensive I have ever seen. From the data I collected, I was able to conduct a thorough, systematic study of soil bioturbation, taking into account scale effects and the differences in estimates of parameter values due to species, methods, locations, and site conditions. I was able to use almost all the scientific information available on relevant critical burrowing parameters of species that occur at or near to Rocky Flats. However, I did not review the literature on most invertebrate and microbial species that also burrow in the soils of Rocky Flats, such as nematodes and protozoa.

## Estimates of Burrowing Impacts at Rocky Flats

Nonvolatile chemical contaminants and radionuclides occur in soils at various locations across the Rocky Flats Plant site. Some of these contaminants were intentionally buried within trenches and reverse wells at various depths, and then covered with backfilled soils. These contaminants have been vulnerable to intrusion by burrowing animals (Smallwood 1996a,b). However, much of the released hazardous materials occur in the Rocky Flats soils due to spills, leaks, dumping, and fires, and the areas contaminated have expanded due to wind erosion and subsequent deposition. Contamination by spills and atmospheric deposition occurs mostly in the upper several centimeters of the soil horizon. Little (1976) and Little et al. (1980) estimated that 99.7% of the plutonium on the 903 Lip area occurs within the top 21 cm of soil. The estimated depth profile of the plutonium depends on the sampling regime used (ERDA 1976, and Fig. 1 above), and one should expect the depth profile to have changed since the original deposition (Hakonson and Johnson 1973, Essington et al. 1977). Nevertheless, the plutonium not yet entrained in wind most likely occurs in greatest concentration near the ground surface due to bioturbation occurring mostly near the ground surface. This upper soil horizon is even more susceptible to disturbance by burrowing animals than intentionally buried waste under soil backfill, because more species of burrowing animals can burrow within several cm of the ground surface.

To estimate the impacts of burrowing animals on risk of environmental exposure from nonvolatile chemicals and radioactive elements in Rocky Flats soils, it is necessary to (1) catalogue the burrowing animal species that occur at Rocky Flats, and to estimate their (2) spatial intensities (abundance per unit area), (3) average and maximum burrow depths, (4) proportion of burrows within depth horizons, (5) rate of soil excavation to the ground surface, and (6) characteristics of the excavated soil, such as texture, particle size distribution, and structural fate. Other burrow attributes can aid in making these estimates, such as mounds produced per animal per year, mound volume,

average burrow volume, and species analogs (information for species taxonomically and functionally similar to those for which information is lacking). No single study has gathered all the information needed to estimate the burrowing impacts of any species occurring at Rocky Flats. Therefore, I collected measures of burrow attributes and estimates of spatial intensity for the species documented to occur at Rocky Flats. I integrated this information to estimate the species-specific and cumulative impacts of animal burrowing on the risk of exposure to wind-borne radionuclides and nonvolatile chemicals released from Rocky Flats soils. My estimate will be conservative, however, because it will not include the contributions from many animal species that burrow in the soil at RFP, but which have not been studied adequately.

My integration of data from multiple studies was intended to exhaust the known variation in values among the burrow parameters, but not necessarily to increase sample size and degrees of freedom for hypothesis testing. BIOPORT (McKenzie *et al.* 1982, 1986) relied on data integrated from the literature as well, although only one to a few studies were relied on per species' burrow parameter. Dealing with these types of data, I already found such sample sizes to be inadequate for characterizing burrow parameters (Smallwood 1996a,b). The methods and assumptions used by investigators are too varied to average their results without great care. Also, species respond differently to different soil conditions and other factors. Based on my literature review, I expect levels of uncertainty to be much greater between studies and locations than among samples measured during a given study. My assessment is therefore not based strictly on the meta-analysis approach. I simply examined the variation in burrow parameters that have been reported and then I chose the statistical method for representing these parameters at Rocky Flats, with uncertainty introduced by the collection of literature values.

*Catalogue of Species*

Gophers are undoubtedly the most prolific burrow excavators at Rocky Flats, but multiple other species of burrowing animals are together more abundant than gophers, and most confine their burrowing activities within the depth horizon of concern. Prairie dogs also excavate considerable amounts of soil, and populations of prairie dogs recently began invading the RFP from the east (DOE 1992b). My assessment of past burrowing impacts on the RFP will not include prairie dogs, but they will be included in my assessments of off-site and future on-site and off-site impacts. Other animals that excavate fine sediments in mounds also occur on the Rocky Flats site, including those in the Table 3. Each of these species might not excavate as much soil volume as the pocket gopher population, but together they probably excavate more of the soils from the surface to 30 cm depth horizon. As I already described, researchers at the Rocky Flats Plant and elsewhere failed to provide information useful for assessing the burrowing impacts of many other species within the 0-30 cm depth horizon, including insects, centipedes, nematodes, earthworms, and micro-organisms. In a pathway diagram, the researchers at Rocky Flats have underestimated the magnitude of bioturbation. Winsor (1980, p. 52) gave animal activities a pathway that only extended from below-grade to the ground surface, and it was of lesser magnitude than percolation in the model.

Table 3.  Presence of animal species that burrow in the soils at Rocky Flats.

| Species Name | Common Name | Present at Rocky Flats |
|---|---|---|
| *Spermophilus tridecemlineatus* | 13-lined ground squirrel | yes |
| *Spermophilus richardsonii* | Richardson's ground squirrel | maybe |
| *Spermophilus variegatus* | rock squirrel | maybe |
| *Peromyscus maniculatus* | deer mouse | yes |
| *Peromyscus dificilis* | rock mouse | yes |
| *Cynomys ludoviscianus* | black-tailed prairie dog | yes |
| *Thomomys talpoides* | northern pocket gopher | yes |
| *Zapus hudsonicus preblei* | meadow jumping mouse | yes |
| *Perognathus hispidus* | hispid pocket mouse | yes |
| *Perognathus flavus* | silky pocket mouse | yes |
| *Perognathus flavescens* | plains pocket mouse | yes |
| *Dipodomys ordii* | Ord's kangaroo rat | maybe |
| *Reithrodontomys megalotis* | western harvest mouse | yes |
| *Microtus ochrogastor* | prairie vole | yes |
| *Microtus pennsylvanicus* | meadow vole | yes |
| *Onychomys leucogastor* | northern grasshopper mouse | yes |
| *Neotoma mexicana* | Mexican woodrat | yes |
| *Taxidea taxus* | badger | yes |
| *Canis latrans* | coyote | yes |
| *Pogonomyrmex occidentalis* | western harvester ant | yes |
| *Myrmica americana* | Honey ant | yes |

*Animal Density*

The number of individuals per unit area is one of the most important influences on estimates of annual burrow volume per hectare and percent of ground covered by excavated soil mounds. However, animal density is meaningless without being defined to scale (Smallwood 1995, Smallwood and Schonewald 1996). Therefore, I collected and integrated density estimates made for the burrowing animal species occurring at Rocky Flats or that are functionally and taxonomically similar. I averaged multi-annual estimates reported for a single study, and I averaged multiple seasonal estimates made in a year. My use of animal density for this assessment of burrowing impacts will therefore represent annual conditions, but they will be conservative by not considering only the annual population peaks in abundance (Appendix 1).

Figure 3 shows the relationship between animal density and spatial area of estimate. Size of study area consistently explained most of the variation in density. Therefore, I used study area to predict density at 1 ha of mechanically unaltered soil. These densities were then adjusted up 34% on buried waste sites based on the expected and validated adjustment made for pocket gophers at Hanford (Smallwood 1996a,b) due to the attraction of burrowing animal species to fill dirt and edge elements. According to the regression models of density as a function of study area, the average hectare at Rocky

Flats would support about 29 ± 15 pocket gophers (all species of *Geomyidae*), 15 ± 7 thirteen-lined ground squirrels, 16 ± 7 voles, 32 ± 5 deer mice, 28 ± 19 pocket mice, 20 ± 3 kangaroo rats, 0.035 ± 0.027 badgers, 23 ± 17 colonies of western harvester ants, and at the eastern side of the Plant where they occur, 16 ± 5 adult prairie dogs. Densities of pocket mice and kangaroo rats were estimated as the mean of those reported rather than the regression intercepts due to small sample sizes and nonsignificant regressions. Estimates of their uncertainties were therefore expressed by the standard deviation rather than RMSE. The density estimates will be used to calculate spatial intensity of soil mound production and the percentage of the ground surface covered by soil mounds. I was unable to estimate density for other burrowing species resident at Rocky Flats, because insufficient data were located.

Figure 3.   Relationships between animal density and spatial extent of study area.



*Geomyidae*, All Gophers

$$\log_{10}(Density) = 1.46 - 0.38\left(\log_{10} Study\ area\right)$$

*RMSE* = 0.43, *P* < 0.0001

○ Published gopher population estimates
▲ Smallwood's estimates in alfalfa fields
● Smallwood's estimates in forest clearcuts
(Howard et al. 1990)



*Perognathus* spp., Pocket mice

$$\log_{10}(Density) = 1.45 - 0.97\left(\log_{10} Study\ area\right)$$

*RMSE* = 0.68    *P* = 0.16

▲ *P. hispidus*
● *P. parvus*
○ *P. californicus*



*Microtus* spp., all voles

$$\log_{10}(Density) = 0.99 - 0.66\left(\log_{10} Study\ area\right)$$

$RMSE = 0.64, P = 0.3888$



*Peromyscus* spp., Deer mice

$$\log_{10}(Density) = 1.39 - 1.18\left(\log_{10} Study\ area\right)$$

$RMSE = 0.60 \quad P < 0.001$

- *P. leucopus*
- *P. boylii*
- *P. manicultatus*



*Dipodomys* spp.

$\overline{X} = 9.1 \pm 10.7$

- *D. ingens*
- *D. heermanni*
- *D. ordii*

34



*Spermophilus* spp., Ground squirrels

$\log_{10}(Density) = 1.19 - 0.41(\log_{10} Study\ area)$

*RMSE* = 0.49   *P* = 0.0142

- ○ *S. beecheyi*       ■ *S. lateralis*
- ▲ *S. townsendii*    ◫ *S. beldingi*
- ● *S. tridecemlineatus*



*Cynomys* spp., Prairie dogs

- ● *C. leucurus*
- ○ *C. ludovicianus*

$\log_{10}(Density) = 1.48 - 0.28(\log_{10} Study\ area)$

*RMSE* = 0.30   *P* = 0.05



*Pogonomyrmex* spp., Harvester ants

$\log_{10}(Density) = 1.50 - 0.95(\log_{10} Study\ area)$

*RMSE* = 0.70   *P* < 0.0001

- ▲ *P. owyhee & P. barbatus*
- ○ *P. occidentalis*

Most of the regression models estimated for animal density included multiple species (e.g., pocket gophers deer mice, voles, ground squirrels). In my other research efforts, I established that the relationship between density and study area is usually very similar among taxonomically and functionally related species (Smallwood 1996a,b; Smallwood and Schonewald 1996). Another relevant observation to be made from Fig. 3 is the consistent high density estimates for animal species on the Rocky Flats Plant site. Most likely, a larger sample size of density estimates per species would have overlapped those made at Rocky Flats. I collected most of the density estimates based on opportunity, while searching for information on burrow attributes. Additional data would most likely improve the precision of my regression models, but they would not likely change the regression slopes significantly.

*Burrow Depth*

All of the species in Appendix 2 can burrow through the soils containing the greatest concentrations of plutonium and other nonvolatile chemicals that were released on the soil surface at Rocky Flats. The buried wastes were additionally accessible to pocket gophers, pocket mice, badgers, and harvester ants, and some may have been accessible to deer mice, kangaroo rats, and voles. The backfill on the waste trenches could have facilitated burrow depths greater than reported in the literature, as it did for pocket mice at Hanford (Appendix 2). All these species could also have transported contaminants to the depths of their burrows, ranging from 8 cm to 5 m. Most of the species averaged burrow depths that extended below 30 cm (Appendices 2 and Table 8), outside the profile previously believed to contain 99.7% of the plutonium inventory east of the 903 Pad (Little 1976). The burrow depths in Appendix 2 indicate that the depth profiles of surface-deposited contaminants were extended, and buried wastes were probably intruded and excavated to the surface.

*Burrow Depth Profiles*

I used schematic illustrations and photos of excavated burrow cross-sections to estimate depth profiles. I also used published frequency distributions and means and error ranges when available. Investigators at the Idaho National Engineering Laboratory (INEL) provided separate estimates of depth profiles on and off buried waste sites. Other than the depth profiles from INEL, I adjusted depth profiles for buried waste sites based on what has been reported for pocket mice at Hanford (Landeen and Mitchell 1982).

The greatest amount of burrowing at Rocky Flats occurs within the 0-10 and the 11-20 cm depth horizons, followed by 21-30 cm and deeper (Appendix 3, Table 8). The overwhelming majority of animal burrowing occurs within the top 30 cm of soil, where most of the contaminants were thought to be entrained soon after release. However, significant burrowing still occurs below 30 cm, thereby serving to mix contaminants with cleaner soil below 30 cm. The expanding population of prairie dogs onto the RFP will substantially change the burrow depth profiles where they occur now and most likely across the entire RFP in the future.

*Rate of Soil Excavation*

I had already reviewed estimates of burrow volume among animal species occurring at Hanford, Washington (Smallwood 1996a,b). Most estimates collected were for pocket gophers, including burrow attributes that permitted estimation of burrow volume per hectare per year, using reasonable assumptions. However, the variation in annual gopher burrow volume per hectare was very high, and estimates ranged from 0.6 to 689 $m^3$ $ha^{-1}$ $yr^{-1}$. Upon further scrutiny of these data, I

discovered three factors that rendered previous comparisons of burrow volume virtually uninterpretable.

First, the annual burrow volumes per hectare were not scaled to the spatial extent of study areas. Given that one or more gophers occur at a site, the average individual burrow volume can contribute 100%, or less than 1%, of the annual burrow volume per hectare, depending on the gopher density. Gopher density usually depends on the study area, due to conventional study area configurations around clusters of gophers.

Second, methods varied considerably, but most importantly, 2-day mound counts extrapolated to the rest of the year consistently yielded very high estimates of annual burrow volume per hectare. The 2 days during which these counts were made typically coincided with seasonal peaks in gopher activity, usually in May. The extrapolation of mound production rates based on these counts provided estimates of hundreds of cubic meters per hectare per year. I excluded these estimates from further consideration. Sparks and Anderson (1988) concluded mound production rates relate poorly to actual burrow excavation rates, generally. Tunnel backfill accounts for an average of 52% of pocket gopher burrow excavation (Appendix 10). Without carefully digging out and mapping the burrow, an accurate estimate of burrow volume will be unlikely.

Third, polyurethane foam will not perform well enough in gopher burrows to provide reliable estimates of burrow volume. The foam will stop spreading and expanding whenever it encounters plugged tunnels or backfill (Felthauser and McInroy 1983). Burrowing mammals plug tunnels regularly, as reported for pocket gophers (Criddle 1930, Smith 1948, Miller 1957), prairie dogs (Longhurst 1944, Clark 1971, Sheets et al. 1971, Burns et al. 1989), pocket mice (Reed and Choate 1986), kangaroo rats (Anderson and Allred 1964), ground squirrels (Voth 1976), and other species. Backfilled tunnels are also characteristic of burrows made by pocket gophers (Criddle 1930, Smith 1948, Miller 1957, Cox 1990, Litaor et al. 1996, and others), ground squirrels (Shaw 1918, Alcorn 1940, Edwards 1946, Rongstad 1965), prairie dogs (Sheets et al. 1971), and other types of animals. Despite this, polyurethane foam was used at Rocky Flats (Felthauser and McInroy 1983), Idaho National Engineering Laboratory (Reynolds and Laundre 1988, Reynolds and Wakkinen 1987, Laundre 1989, Laundre and Reynolds 1993), and Los Alamos National Laboratory (Hakonson et al. 1981), all radioactive waste management sites. Felthauser and McInroy (1983) acknowledged the shortfalls of polyurethane foam, but they also denied that these shortfalls affected their results.

Pocket gophers and prairie dogs typically excavate the most voluminous burrows (Appendix 4). Badger nest burrows are also large, but should occur much more rarely. The volume of individual burrows takes on significance when the spatial intensity of the population is used to estimate or measure the burrow volume per unit area (Appendix 5), but this transformation must be considered with respect to the spatial scale of data collection. Also, burrow volumes could be greater on backfill over buried waste sites, similar to that observed for pocket mice at Hanford (Appendix 4).

Mound volume was often reported in calculations for estimating burrow volume. Most estimates of mound volume were made for pocket gophers (Appendix 6). The largest measured mounds were made by prairie dogs, although all the soil displaced by badger burrowing also ends up in a large mound. The harvester ant mounds I observed at Rocky Flats were the size reported by Thorp (1949), being about 4-5 times the size of the typical gopher mound. Harvester ant mounds, however, are constructed not just of underlying soil, but also of plant litter from the surrounding area (Plate 4).

Another parameter for calculating burrow volume is the rate of mound production per animal, either per day (Appendix 7) or per year (Appendix 8). The rate per day usually spans only a few days, and therefore could yield erroneous annual burrow volumes when the particular days of mound counting are not representative. Again, the rate of mound production is most often reported for pocket gophers. Table 5 in Smallwood (1996b) shows the discrepant estimates of burrow volume per hectare when relying on mound production rate. I did not use these estimates for calculating average burrow volume per hectare per year.

About half of all prairie dog burrows are occupied on established towns, usually for 2.5-5 years each (Carlson and White 1988, Cincotta 1989). An expanding white-tailed prairie dog town gets about 0.45 new burrows per hectare per year, and an expanding black-tailed prairie dog town can add 34 new burrows per hectare per year for 5 years (O'Meilia et al. 1982). Black-tailed prairie dogs in an established town made several burrows each every year because old ones collapse (Hoogland et al. 1987). Because these populations invade, expand, and disappear regularly (Koford 1958), I will balance burrow production rates reported by Hoogland et al. (1987) and between expansion and established phases to conclude that each prairie dog constructs one burrow per year.

Estimates of burrow volume per hectare (Appendix 9) almost always excluded the volume in backfilled tunnels, which for some species can be very substantial (Table 10). An average of about half of the pocket gopher burrows can consist of backfilled soil pushed into old tunnels. This backfill rate can be used to adjust the average burrow volume per hectare per year to 74 m$^3$ above and below ground on buried waste sites (Table 6).

Other parameters useful for estimating burrow volume include tunnel cross-sectional area (Appendix 11), tunnel length (Appendix 12), and chamber dimensions (Appendix 13). Multiplication of tunnel cross-sectional area by tunnel length, and adding chamber volume, can yield burrow volume estimates for some species for which direct estimates are lacking. These calculations were summarized in Table 4, and are reasonably close to actual volume measurements reported in the literature.

*Characteristics of Excavated Soil*

Despite the obvious need for this characteristic at waste management areas, only Litaor et al. (1996) and Black and Montgomery (1991) actually measured soil erosion rates from mounds deposited by burrowing animals (Appendix 14). All other observations were qualitative in nature, and one was not credible. For example, Winsor and Whicker (1980) claimed pocket gopher soil mounds remain recognizable for 2-3 years, but their claim was based on casual observations. Without marking the soil mounds made by pocket gophers, casual observations would probably fail to keep track of gopher mounds, because there are too many and they mostly look alike. Another complication to monitoring gopher mounds is the tendency for gophers to push soil out at the same locations repeatedly, thereby burying previously constructed mounds.

Western harvester ant mounds were described as composed of light materials, including plant litter, seed jackets, and fine soil particles. Ants sometimes cap their mounds with coarse soil particles the size of large sand grains. But these coarse particles do not prevent harvester ant mounds from blowing completely away with strong winds, and they likely also move due to saltation. Once harvester ant mounds are blown away in winds, the ants rebuild the mounds to even larger sizes, but within only 2-3 weeks (Cole 1932b).

One of the most important burrow parameters at waste management sites is the constituents of mound soils. These constituents can include concentrations of waste elements under management, nutrients important for plant growth, and physical properties of the soil that can facilitate mound erosion or percolation. For example, the mound soils in Appendix 15 had reduced bulk densities, which makes them more apt to blow away in the wind. Their reduced organic matter makes them less attractive for growth of perennial plants, but their increased nitrate concentrations could encourage annuals, such as *Bromus tectorum*. Increased water infiltration makes the soil mounds in Appendix 15 sites of increased percolation rates (also see Landeen *et al.* 1990, Smallwood and Geng 1996), which could increase the spatial heterogeneity of contaminant concentrations due to differential leaching rates. Some of the constituents reported in Appendix 15 vary considerably among mounds of different species and measured by different investigators. These constituents probably vary in concentration depending on which aspect of the mound the measurements are made.

Perhaps the most important constituent of mound soils at Rocky Flats is the concentration of contaminants. Winsor and Whicker (1980) reported a 77% reduction in plutonium concentration in gopher mounds relative to surrounding top soils (Appendix 15). However, Landeen and Mitchell (1981) reported a nearly 2000% increase in radiocesium concentrations within mounds made by pocket mice at Hanford. The difference between these two reports was probably due to origin of contamination, being on the surface at Rocky Flats and buried underground at Hanford. As more mounds were excavated by burrowing animals and more tunnels collapsed since the studies of Winsor and Whicker and Landeen and Mitchell, the radionuclides should have become more mixed in the soil at both sites. For example, Gonzales *et al.* (1995) found that gopher burrowing accounted for the majority of cesium movement at Los Alamos National Laboratory, most of which was downward into the soil. Unfortunately, I have seen no follow-up measurements of plutonium concentrations that were reported for soil mounds at Rocky Flats, and no measurements were made for concentrations of other contaminants such as beryllium, asbestos, and other nonvolatile chemicals.

Another aspect of animal burrowing that is important to waste management, but very difficult to characterize quantitatively, is the inter-specific interactions in burrow use. The reporting of multiple use of animal burrows is pervasive in the literature (Appendix 16). Just about every burrowing animal species makes some use of gopher burrows, and gophers do not miss opportunities to burrow into ground squirrel tunnels. Often, the typical maximum burrow depth of a species is extended when the animal intersects a burrow made by a deeper-burrowing species. Many of the species that exist within animal burrows do not excavate soil themselves, but they can still contact and spread any contaminants that occurred within the burrow. The lifespan of the burrows and the variety of contaminant transport pathways both increase due to multi-species interactions underground. This phenomenon further increases the conservatism of my estimates of impacts due to bioturbation in the soil.

*Percent of Ground Surface Exposed by Soil Excavation of Burrowing Animals*

Based on averages from Appendix 17, the burrowing animals together cover about 11% of the ground surface with their soil mounds during the course of a year. It corresponds well, in my judgment, with my estimate of 6.3% soil cover from all fauna at Hanford (Appendix 17). My Hanford estimate was made at one point in time, spanning only 2 days, so the actual value will increase as animal populations expand and shift their spatial areas of use throughout the year, especially in the fall. The ground surface covered by excavated soil affects the fate of contaminants in two ways. First, the clean soil in these excavated mounds cover roughly 11% of the contaminated layer of soil each year, thereby buffering the contaminants from erosional forces. Second, the contaminants excavated to the

surface in these mounds are then exposed to erosional forces such as wind and precipitation, and they can be ingested by wildlife or picked up in animal fur.

*Summary of Animal Burrowing Assessment*

Tables 4-8 summarize data reported in the appendices, as well as derived data from mathematical combinations of variables (e.g., tunnel length multiplied by tunnel cross-sectional area equals tunnel volume). Uncertainty ranges of parameter values per species spanned 75-100% of the mean values reported in Appendices 2-18.

Bioturbation of soil is one of the most influential processes in ecosystem function. The biota responsible for this process mix all the right ingredients for soil weathering and humus content that facilitates root growth and makes nutrients available to plants. Bioturbation, including the effects of plants, also influences soil moisture, erosion, and above-ground, terrestrial fauna. At Rocky Flats, burrowing animals and growing plants also turn over radionuclide and nonvolatile chemical contaminants. The clearing of vegetation by western harvester ants for nest construction would have and still continues, to expose the highest concentrations of contaminants on the ground surface to the forces of wind. Soil turn-over buries the contaminated ground surface with clean soil, but burrow excavations occur mostly within the depth horizon containing deposited and leached contaminants. Therefore, soils turned up by burrowing will also contain contaminants, but in reduced concentrations compared to original surface soil concentrations. Respirable doses of radionuclides and nonvolatile chemicals would have been more acutely available soon after the initial releases (Goble 1996), but they would have been and continue to be more chronic since burrowing animals turned over a sufficient amount of the soil at Rocky Flats. I estimate that 22% of the soil would have been covered by excavated soil within 2 years following each release, so long as the released contaminants did not cause acute poisoning deaths among the individual animals conducting the excavations.

Bioturbation also threatens the structural integrity of buried waste trenches and landfills. The backfilled soils are well-known to attract burrowing animals, some of which are quite capable of infiltrating the wastes buried at Rocky Flats. It is highly likely that formerly buried wastes at Rocky Flats have been brought to the ground surface and exposed to the high winds of the area. Not only do the burrowing attributes of the native fauna figure into this likelihood, but it was borne out by the experience at Hanford where animals have been documented to access waste at 3.7 m depths.