# Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released at the Rocky Flats Plant, Colorado

K. Shawn Smallwood, Ph.D.

109 Luz Place, Davis, CA  95616

*[signature]*

November 23, 1996

My curriculum vitae, which includes a list of my publications, is attached.  My list of documents relied upon is the same as my list of references in the report.  I have provided no testimony as an expert witness in any legal case.

## Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released at the Rocky Flats Plant, Colorado

K. Shawn Smallwood, Ph.D., 109 Luz Place, Davis, CA 95616

November 23, 1996

    I am an ecologist, specializing on terrestrial wildlife and ecosystems. I earned a Ph.D. from the University of California at Davis in 1990. Then I worked as a post-graduate researcher for four years at the Department of Agronomy and Range Science, UC Davis. Since my post-graduate research position, I have worked as an environmental consultant for EIP Associates (until December 1995), which is a commercial environmental consulting firm specializing on environmental planning for compliance with regulations. I also have worked as a research scientist for the Institute for Sustainable Development (ISD), which is a non-profit research and consulting firm dedicated to bringing critical scientific information to policy makers and environmental planners in a manner that is readily understandable. Lately, I have been specializing on the analysis of spatial data across large geographic areas for assessments of ecological conditions and pressures, on behalf of local governments and private companies. With private foundation funds donated to ISD, I also conduct large-scale monitoring programs for wildlife in California. I have also analyzed data integrated from many sources regarding population density estimation, and I further developed ecological theory and method. My relevant publications are listed in my *curriculum vitae*, which I have enclosed with this report.

    Besides giving special research emphasis to mammalian carnivores and exotic species, I also studied pocket gophers. From January 1988 to July 1994, I conducted field work on pocket gophers on 56 forest clearcuts throughout northern California, and on 40 alfalfa fields and other lands throughout the Sacramento Valley. I developed new sampling methods for pocket gophers, researched population control methods and effectiveness, and studied soil attributes and plant growth on and around gopher burrows. In the process, I radio-collared, monitored, and excavated the burrows of 19 gophers on a clearcut, I live-trapped and kill-trapped hundreds, if not thousands, of gophers in their burrows, and I cared for gophers in a laboratory. I also mapped and monitored gopher burrows distributed across large areas. My research on pocket gophers has also been published in peer-reviewed journals, and these publications are listed in my *curriculum vitae*.

    As an ecologist, I was trained to study the interactions between organisms and their environment, including other organisms, physical elements and media, and human management systems. As an systems ecologist, I was trained by the world's leading authority (Professor Emeritus K.E.F. Watt) to identify and integrate information representing critically important factors that interact to influence a variable or multiple variables of interest. The systems ecology approach is methodical, rigorous, and multi-disciplinary. It usually crosses large scales of measurement and starts with a top-down approach to examining the information. The approach is highly suitable for identifying pressures, conditions, and vulnerabilities in complex systems.

    I was retained by Berger & Montague. P.C. to evaluate the role of soil bioturbation, or soil turnover due to biological activity, as a mechanism for exposing soil contaminants to winds at Rocky Flats. I was asked to estimate the annual soil turnover rate caused by animal life at Rocky Flats, the percentage of the ground likely to be covered by excavated soils from animal burrows, and the depths to which these animals burrow. These burrow characteristics were thought to potentially influence

vertical and lateral movement of radionuclides and nonvolatile chemical contaminants in Rocky Flats soils due to unplanned releases and intentional burial or other means of storage or disposal, thereby risking environmental exposure. My estimates were intended for use in risk analysis somewhat similar to the intended use of the BIOPORT model developed by McKenzie *et al.* (1982, 1986). The BIOPORT model was an adaptation of the BIOTRAN model developed at Los Alamos National Laboratory for general application at nuclear waste management sites (Jay Wenzel, personal communication, Feb. 22, 1996). My approach differed from the BIOPORT approach by including more parameters that I thought were important to the issue, greater rigor and care in integrating estimates from multiple sources, and attention to the importance of scale in ecology.

The scope of my report includes evaluations of the impacts to be expected from soil bioturbation off-site and future soil bioturbation on- and off-site. Because vulnerability (i.e., risk of exposure) depends on the conditions of the hazardous materials storage system and the pressures on that storage system, I also needed to evaluate the information describing these conditions and pressures. This information is normally provided by prior research studies and environmental surveillance and monitoring programs of the system in question. As far as I can tell, research and surveillance at the site were inadequate for providing this information at the site.

To perform my tasks, I traveled to the Rocky Flats Plant three times to improve my familiarity with the site and the surrounding environment. In addition to reviewing reports of site management, releases of contaminants, and environmental studies, I reviewed the literature on burrowing animals that occurred at Rocky Flats during the 1950s through the present day, and on burrowing animals that occur elsewhere. Certain species occurring elsewhere could serve as analogue species to those at Rocky Flats, due to their taxonomic and functional similarities. For example, lacking information on the typical burrow volume of the hispid pocket mouse (*Perognathus hispidus*) endemic to Rocky Flats, I substituted some information on burrow volume from studies of the Great Basin pocket mouse (*Perognathus parvus*), which is distributed across the Great Basin west of the Rocky Mountains. I also synthesized data on burrowing characteristics, as well as observations on contamination at the burial sites. I can now present a fairly coherent picture of current levels of soil bioturbation contributed by a suite of animal species at Rocky Flats. Based on characteristics of burrowing by these animal species, I can make reasonable predictions of past, continuing and future off-site impacts on the fate of hazardous materials released during Rocky Flats operations.

In my judgment, the most important pathways for wind-caused soil erosion at Rocky Flats include animal burrowing, human construction activities, and possibly soil sterilization and weed control. Slope failures, vegetation turnover, and rain-splash can also expose soils to winds, and these pathways can be enhanced in their impacts by animal burrowing and human activities. I sought observations and documents relevant to all of these pathways, including their interactions. I recently became aware of a collection of video tapes made of Rocky Flats scenes and wildlife from the past. I consider this collection to be a potentially valuable source of information for my report, but copies of some of these tapes will not arrive until after this report must be submitted.

In the report that follows, I will refer the reader to a series of Plates, which show photographs of the conditions at the Plant, the pressures on waste containment on-site, and some of the impacts of soil bioturbation. In addition to these Plates, I have submitted hundreds of photos and a video tape taken during my three visits to Rocky Flats. I will begin my report by describing my observations made during my three site visits. Later in the report, these observations will be related to the expected

levels of soil bioturbation and impacts on hazardous materials at Rocky Flats, based on reviews of the scientific literature and documents regarding operations at Rocky Flats.

**First Visit to Rocky Flats**

I first visited Rocky Flats on August 19 and 20, 1996, accompanied by Dr. Michael Morrison and Jonathan Auerbach, one of Plaintiffs' counsel. I requested the sites I wished to visit in advance of my trip. These sites are listed in Table 1 in chronological order, using the Potential Area of Concern designations of the Historical Release Report (DOE 1992a). I made notes of ground conditions, wildlife, and interviews with Rocky Flats personnel. I also examined the road side landscapes from a moving vehicle across the buffer zones. Whether riding in the van or walking, I specifically examined the sites for signs of animal presence and animal burrowing in the soil. At every site I visited, I found ample evidence of animal burrowing in the soils that were not covered by asphalt.

Table 1. Chronological listing of sites visited at Rocky Flats during Aug. 19-20, 1996.

| PAC | Common Name | Type of Reconnaissance |
|---|---|---|
| 900-141 | Sludge Dispersal | Walk-over |
| 900-113 | Mound Area | Walk-over |
| 900-112 | 903 Pad | View from SW perimeter |
| 900-155 | 903 Lip | View from W. perimeter |
| 800-1201 | South of Building 883 | Walk-over |
| 400-122 | Underground concrete tanks | Walk-over |
| 400-157.1 | Radioactive site, N. area | Walk-over |
| 300-186 | Valve Vaults 11, 12, 13 | Walk-over |
| 500-159 | Building 559 perimeter | Walk-over |
| 700-131 | 700 Area Site #1 | Walk-over |
| 700-143 | 771 Outfall | Walk-over |
| 700-126.1 & 700-126.2 | Process Waste Tanks | Perimeter walk-over |
| 700-150.1 & 700-150.8 | N & NE of Building 771 | Walk-over |
| 000-101 | Solar Ponds | Walked N. embankment |
| 900-165 | Triangle area | Walk-over |
| 881 Slope | 881 Slope | Walk-over |
| NE-142.1 | A-series Pond 1 | Perimeter walk-over |
| NE-167.2 & NE-167.3 | Spray fields | Walk-over |
| NE-142.4 | A-series Pond 4 | Perimeter walk-over |
| NE-142.9 | B-series Pond 5 | Perimeter walk-over |
| NE-111 | East Trenches T9 & T10 | Walk-over |
| 900-155 | 903 Lip | Drove along SE perimeter |
| Buffer zones | Buffer zones | Drive-through |
| SW-133 | Ash Pits | Walked perimeter |
| SW-115 | Original Landfill | Walk-over |
| NE-156.2 | Soil Dump | Walk-over |

At the 903 Pad and Lip areas, I was unable to make as detailed an examination as at other sites, because these two areas were off-limits to me during this visit (see Third Visit to Rocky Flats). I could not see enough of the ground surface from the boundaries to confirm whether the level and types of animal burrowing I observed elsewhere were evident in and around the 903 Pad area and most of the 903 Lip. However, I did observe harvester ant mounds and mammal burrows in and around the 903 Pad and Lip areas within about 3 m of the fenced perimeter (Plates 1 and 2, attached). I had no reason to expect the animal activity would be any different on the 903 Pad and 903 Lip sites as compared to other sites I visited, and my third trip confirmed that expectation.

I made notes of numerous fresh soil mounds and burrow openings made by harvester ants (*Pogonomyrmex occidentalis*), American honey ants (*Myrmica americana*), voles (*Microtus* spp.), pocket mice (*Perognathus* spp.), thirteen-lined ground squirrels (*Spermophilus tridecemlineatus*), deer mice (*Peromyscus maniculatus*), northern pocket gophers (*Thomomys talpoides*), American badger (*Taxidea taxus*), and probably other species as well (Plates 3-12). I saw a deer mouse and a vole running on the ground. I also saw animal scats (feces) from coyote (*Canis latrans*), and I saw mountain cottontail (*Sylvilagus nuttallii*), mule deer (*Odocoileus hemionus*), barn owl (*Tyto alba*), ravens (*Corvus corax*), black-billed magpies (*Pica pica*), horned larks (*Eremophila alpestris*), sage thrasher (*Oreoscoptes montanus*), rock wrens (*Salpinctes obsoletus*), and many grasshoppers. The A-, B- and C-series ponds also had cormorants and mallard ducks. The solar ponds (PAC 000-101) had ducks and killdeer (*Charadrius vociferus*) on the impounded water. Buildings once used for processing plutonium and chemicals within the Protected Area (e.g. Buildings 771, 774 and 777) supported swallow nests and served as perches for pigeons (*Columba livia*).

Burrows of thirteen-lined ground squirrels (*Spermophilus tridecemlineatus*) and western harvester ants occurred atop the backfilled soil cover of East Trenches T-10 and T-11 (NE-111.7 & 111.8), which also contain plutonium and uranium in dried sanitary sewage treatment effluent, depleted uranium chips, flattened drums from the contaminated oil burn pits, and perhaps other materials (DOE 1992a). Ground squirrels and harvester ants also occurred at numerous sites across the Rocky Flats Plant and buffer zones. Their mounds were large and consisted of fine soil particles. The harvester ant mounds were particularly large, and occurred within cleared, circular areas of 2-4 m diameter. These clearings are typically created by the ants (Headlee and Dean 1908, Cole 1932a, Sharp and Barr 1960, Porter and Jorgenson 1988). The cleared areas around the mounds, and the prominent locations of many of the mounds, make them particularly susceptible to wind erosion. For reasons not made clear in the literature, these ants established many of their mounds on hill-tops (raised trench caps), the tops of canal banks, and the edges of plateaus, where they are especially exposed to high winds.

Pocket gophers were clustered across Rocky Flats, but they were more abundant and produced larger and more abundant mounds per burrow off-site (Plates 13-14). Wherever clusters of gopher burrows occurred on-site, they were as spatially dense as gopher populations I have observed elsewhere. Gopher clusters occurred on the 881 Hillside, on the north embankment of the solar evaporation ponds (000-101), and along the roadway at the East Trenches (NE-111). Gophers were ubiquitous across a large area on the southeast buffer zone to the southeast of the 903 Lip and Pond C1. Animal burrows of many kinds also occurred in clusters. Burrows of ground squirrels, voles, deer mice, harvester ants, and other species tended to occur in close proximity to each other, but not everywhere. For example, the south-facing hill slope to the north of Pond NE-142.9 was riddled with burrow entrances made by the local small mammal species. The north bank of the Solar Ponds (000-101) was also the site of a cluster of animal burrowing. Another cluster of animal burrowing was

5

found at 900-165, where old pocket gopher burrows had been invaded by voles. The multi-species clusters of animal burrowing also will shift locations through time, as is typical of animal populations (Taylor and Taylor 1979; den Boer 1981).

During my tour of Rocky Flats, I noticed many pieces of waste hardware lying around, all providing opportunities for wildlife to use them for cover. Large pipes occurred at multiple locations, including at the spray fields (NE-167, Photo set 2). According to Anne Siemen, who was an Environmental Remediation Project Manager provided by DOE as my guide during the site visit, these pipes at the spray fields were used to spray sanitary sewage effluent containing nitrates, trace plutonium, and other contaminants on the grounds, but the pipes had never been cleaned since abandonment. I saw mountain cottontails using these pipes for cover, as well as the pipes at the solar ponds. I also noticed animal burrowing where strong chemical odors rose from the soils, especially at the Sludge Dispersal, 900-141 (Plate 9). Old barrels, pumps, and used parts of many kinds were strewn about, under which voles, deer mice, pocket mice, and other species are likely to burrow and establish nests.

Signs of erosion were abundant at the Rocky Flats Plant. Animal burrows covered many of the land areas. They undermined derelict hardware and concrete slabs. The concrete slab covering the original landfill (SW-115) was undermined and hanging in the air at the edge of the plateau atop the dumping grounds (Plate 15). Slopes often had failed (Plate 16) along the ravines and pond shores within drainages that were subject to soil sterilization (Winsor 1980, p. 45). Also, I saw that the ground at 700-150.8 was covered by a fibrous material intended to control a soil erosion problem (Anne Siemen, personal communication).

Pond NE-142.4 was drained for construction on the dam face, and this pond had been drained for about one year (Anne Siemen, pers. comm.). When a pond is drained, the bottom sediments and the contaminants they entrain are susceptible to wind erosion (Johnson *et al.* 1974). The top 41 cm of pond sediments were reported to contain 99% of the pond plutonium inventory (Hurley and Winsor 1980, p. 38; Johnson 1977), which is highly susceptible to resuspension when exposed to the Rocky Flats winds. The high water marks around the edges of the ponds also contain considerable concentrations of plutonium and other contaminants (Owen and Steward ca. 1975), and this zone is burrowed into by the resident Preble's jumping mouse (*Zapus hudosnicus preblei*), muskrats (*Ondatra zibethicus*), and other species. Animals inhabiting the shores of waste ponds are highly vulnerable to accumulating the contaminants (Garten 1979). According to local ecologists who were running a trapping grid on the day I visited Pond NE-142.1, nearly every trap contained a mouse. These mice should have additional access to the contaminants along the shoreline whenever the ponds are drained. A second pond was drained for dam construction since my first visit (Plates 17-18), exposing about another hectare of barren pond sediments to winds. The ponds were frequently drained for construction purposes in the past, which correlated with elevated levels of plutonium in downstream water and surface sediments (Johnson *et al.* 1974).

### Second Visit to Rocky Flats

On October 10, 1996, I revisited some of the same sites on the RFP I had visited during August 19-20, 1996. I was accompanied by Kevin Guse and escorted by James Long and Karen Lutz. I examined 8 soil mounds for structural changes since August, during which time a rain storm occurred (the first few days of October). Harvester ant mounds showed no noticeable change, but ground squirrel mounds were flattened and substantial soil volume appeared to be missing (Plates 61-62). The

mounds showed evidence of excavation by deer mice and voles, most likely after the ground squirrels entered their dens for hibernation. Many small mammal excavations were made during the time period between my visits, including the creation of burrow entrances and a great deal of topsoil displacement due to dust-bathing and foraging (e.g., Plate 8). Also, small mammals left numerous piles of husks from foraged grass seeds and discarded flower parts. Fresh mounds of *Myrmica americana* were abundant on the RFP site, and were composed of very small soil particles just as they were in August, which means they must have been made again since the rains (Plates 5-6).

Pocket gopher mounds appeared weathered by rain. Following the rain, pocket gophers had plugged burrow entrances with wet soil, which dried and hardened by my second visit. Previously observed mounds were now covered by a hardened soil layer due to agglomeration of soil particles that were directly exposed to precipitation. In dramatic contrast to pocket gopher mounds on Rocky Flats, gopher mounds nearby to the south of the Plant were fresh, large, and composed of very fine sediments mixed with grass roots (Plate 13). Another contrast between on and off the RFP was the abundance of gopher mounds. Everywhere I traveled outside the boundary of the RFP I observed many gopher mounds, sometimes dense enough to cover ~25-50% of the ground surface with upturned soil (Plate 14). October is when gopher populations typically peak in abundance (Miller 1946, Howard and Childs 1959, Reid *et al.* 1966, Bandoli 1981). However, gopher-excavated soil mounds on RFP were much more rare than off-site. I observed the same pattern for prairie dogs, which occurred right up to the RFP boundary, but I did not see them on the areas of the Plant site I visited.

During my second site visit, I observed ample evidence of animal burrowing and other types of soil disturbance, other than is typical of pocket gophers. Along the north and west perimeter of the 903 Pad and Lip areas, I counted 7 harvester ant mounds on the protected side of the fence (e.g., Plate 1). Harvester ant colonies were reported to be very resistant to high doses of radioactivity (Whicker 1979, p. 19), which may have permitted their persistence on heavily contaminated sites such as the 903 Pad. I also saw mounds made by either pocket gophers or ground squirrels, but I could not identify them with certainty because I was restricted from access to the sites (J.D. Long letter to J. Auerbach, October 3, 1996). I also counted 5 harvester ant mounds on the Mound Area (900-113), and 4 on the Soil Dump (the entire area was not searched). At least some of these mounds were constructed of plant litter (Plate 4), which was measured to contain high concentrations of plutonium on and east of the 903 Pad (Little 1976), and which is more likely to blow away in the winds as the litter further decays. The mounds of honey ants were abundant everywhere I visited, and all had been constructed with tiny soil particles since the early October rains. Honey ant excavations appear highly susceptible to suspension in strong winds, but their frequency of mound construction remains poorly known. Their contribution to bioturbation at RFP will probably be underestimated due to lack of information.

My second visit confirmed my original impression that bioturbation at Rocky Flats is substantial, but I will be forced by information gaps to provide a conservative quantitative description. Critical plant and animal interactions with the soil remain woefully and inadequately studied at Rocky Flats and elsewhere. Examples of some of these interactions follow. Small mammals dug many burrows under concrete slabs used to support test wells and under discarded concrete, machinery, and other hardware wherever it occurred (Photo Sets 2 & 3). Animals prefer to burrow under hard surfaces due to the cover the material affords them from rain and predators. Burrowing under concrete and junk hardware exposes previously protected soils, such as under the concrete slab atop the original landfill (Plate 17) and likely the asphalt pad atop the 903 Drum Storage Area (see Third Visit to Rocky Flats). On the East Trenches (NE-111.7 and 111.8), I saw a wolf spider, which also burrows in the soil. On the perimeter of the 903 Pad area, I saw soil castings of earthworms and burrowing insects.

Burrowing characteristics of most arthropod species remain inadequately described for estimating impacts. Across the entire site, rock wrens (*Salpinctes obsoletus*) (Plate 19) foraged on the ground and in low shrubs, a behavior noted by Willard (1960) to be most likely to result in radionuclide concentrations that would be considered hazardous in humans. Rock wrens and other ground foraging birds disturb the soil every time they attack a ground-dwelling arthropod. Finally, the many species of rodents at Rocky Flats created many runways, which are denuded travel paths where the force of winds could suspend dust (Plate 20). Due to lack of information, these animal-soil interactions will be contribute zero-value to my bioturbation impact assessment, even though their combined impact is certainly much greater than zero.

During my second visit I also saw animals that further increase the risk of contaminant spread off the RFP site without necessarily burrowing in the soil. I saw 2 cottontails on the 903 Pad area, and many more on the spray fields, on the embankments of the solar ponds, and elsewhere. Cottontails use abandoned animal burrows and the discarded spray field pipes for cover. Residing among the stacks of 55-gallon drums at the 903 Drum Storage Area during the 1950s and 1960s, cottontails reportedly became contaminated with plutonium (E.L. Ray letter to C.W. Piltingsrud, Jan. 3, 1962), which prompted the construction of a rabbit fence (Putzier 1982), which has since been removed. I saw a coyote hunting on the 903 Pad area for animals that burrow in the soil (it was hopping into the air in a manner that is characteristic of hunting mice and voles). Coyote scats have been found with high radioactivity levels at Hanford (O'Farrell and Gilbert 1975, Wheeler 1978, Panesko *et al.* 1980) and Idaho National Engineering Laboratory (Arthur and Markham 1982). The many coyotes that undoubtedly hunted on the 903 Pad since 1959 could easily have defecated contaminated scats (i.e., fecal material) around Standley Lake or even much farther east. All of these additional risks will not be represented in my estimation of resuspension due to lack of quantitative information. My calculations will therefore ultimately underestimate the impacts of animal disturbance of the soil due to the paucity of information provided by researchers and Plant operators at Rocky Flats and elsewhere.

**Third Visit to Rocky Flats**

I traveled to Rocky Flats a third time on Nov. 12-13, 1996, and I visited the off-site areas to the east on Nov. 14. Dr. Michael Morrison accompanied me, and we were escorted on the RFP by James Long, Karen Lutz, and Rose Theil. Table 2 lists the sites visited and the nature of the visits.

In preparation for the visits to the 903 Pad and Trench T-9, we were issued dosimeters and then given a lecture on protocol by Ed Lesses. Three Radiological Control Technicians (RCTs) assisted Mr. Lesses, including Rich Adkins and Tim Hipsher. The lecture lasted about 20 minutes, followed by demonstrations on putting on and taking off the protective clothing. We signed a Radiological Work Plan (RWP), which stipulated the parameters of our visits to 903 Pad and Trench T-9. We asked for a copy of this RWP, but were denied. We were then issued under-briefs, stockings, t-shirt, jumpsuit, and safety shoes. We removed all unnecessary items from our persons. At the jump-off site for the 903 Pad, we taped plastic sheaths over our feet and lower legs, and dressed in a paper suit, rubber shoes, 2 pairs of surgical gloves (one pair of which were taped over our sleeves), safety glasses, and a helmet (Plates 23 and 24).

At the start of both days, our cameras were "base-lined" for radioactivity. They were checked again at the end of each day. The afternoon camera checks appeared to challenge the Radiological Control Technicians, who struggled with the instrumentation, the math, and the manuals. They consulted with each other, discovered radiological activity and then dismissed it (both days), and

seemed to fumble with the entire procedure. We were not entirely confident our equipment was actually uncontaminated. Furthermore, the Radiological Control Technicians who accompanied us onto the 903 Pad, Trench T-9, 750 Pad, and 904 Pad remarked on several occasions that their instrumentation for detecting gross Alpha and gross Beta became unreliable in the weather conditions we were experiencing, which was only a light breeze and cold enough to wear a flannel shirt. Nevertheless, we were "surveyed" frequently while on the 903 Pad and Lip areas (Plates 25-26).

Table 2. Chronological listing of sites visited at Rocky Flats during Nov. 12-13, 1996.

| PAC | Common Name | Type of Reconnaissance |
|---|---|---|
| 900-112 & 900-155 | 903 Pad and Lip areas | Walk-over |
| NE-111.7 & 111.8 | East Trenches T10 & T11 | Perimeter walk |
| NE-111.4 | East Trenches T9 | Perimeter walk |
| 700-214 | 750 Pad | Perimeter walk |
| near NE-1403 | Buffer zone near East Gate | Walk-over |
| --- | Buffer zone, radio towers | Walk-over |
| 900-140 | Lithium burn pit | Walk-over |
| 900-130 | Contaminated soil dump | Walk-over |
| 900-213 | 904 Pad | Perimeter walk |
| --- | CSU Macroplot 1 | Walk-over |
| NE-156.2 | Soil Dump | Walk-over |
| 900-141 | Sludge Dispersal | Walk-over |
| 900-113 | Mound Area | Walk-over |
| SW-133.1-133.4 | Ash Pits | Walk-over |
| Pond C1 | Woman Creek Pond 9 | Walked north slope |
| --- | CSU Macroplot 2 | Walk-over |

While walking around the perimeter of the 903 Pad, I discovered abundant signs of animal burrowing within and beyond the thick patches of vegetation growing within 2 m of the asphalt. Harvester ant mounds encircled the Pad at 15-30 m intervals (e.g., Plates 1, 23, 25), some within 1 m of the Pad (Photo set 3). Their adjacency to the Pad could result in damage, as they are known to tunnel under highway pavement, which abets erosion (Wheeler and Wheeler 1963). Honey ants occurred on the Lip area as well, although all but one of their soil mounds had blown away, presumably by the 100+ mph winds recorded two weeks before. Other evidence of burrowing indicated presence of thirteen-lined ground squirrels, pocket mice, voles, deer mice, and other species. Some burrows, most notably those of pocket mice, extended under the asphalt from the perimeter of the Pad. The fresh soil in the resulting mounds originated from underneath the 903 Pad, and rodent runways ringed the entire Pad. Additionally, much of the ground surface of the 903 Lip area around the Pad was loosened and denuded of vegetation by foraging and dust-bathing rodents and rabbits (Plates 27 and 28). Sign of pocket gophers was not evident, but bioturbation by other species is an ongoing force of nature around and under the 903 Pad.

Above-ground animal life was evident on and around the 903 Pad. Deer tracks occurred all over the Lip area, and deer hooves punched holes through harvester ant mounds (Photo set 3: 33, 41). I discovered a coyote scat on the asphalt Pad (Plate 29). I asked the RCT (Rich Adkins) to check the scat for radioactivity, but he refused on the grounds that such surveys were not explicitly authorized in the RWP. The RCT said he had always wanted to survey fecal material from wild animals on the Plant, but his supervisors would never authorize it. I found this protocol to be quite different than at Hanford, where scans of coyote scats are routine and written into the Radiological Surveillance protocols.

The 903 Pad has deteriorated since the last reported repairs of cracks in 1989 (G. Williams deposition, May 31, 1995, pages 25-31). Large rocks have collected on parts of the Pad as if they were blown by winds across ice or as if they were carried there by strong water flows across the top of the Pad (Plate 30). The RCT said he had no idea how the rocks got on the Pad. Cracks developed across the extent of the Pad, through which plants now grow (Plates 31 and 32; Photo set 3).

The asphalt of the 750 and 904 Pads, which are used to store "pondcrete" and "saltcrete," the hazardous portions of which originated from the solar ponds. The bond strength of the pondcrete was less than expected (R.W. Hawes letter to F.J. Blaha, May 28, 1988; F.P. Lawton letter to G.S. Setlock, July 26, 1988), due to insufficient engineering and subjective inspection of the packaged waste (J.E. Bickel letter to A.E. Whiteman, July 20, 1988). Liquid and sludge materials from failed pondcrete spilled across the Pads at various times during Rockwell International's tenure (Setlock letter to K.B. McKinley, July 3, 1989). These spills drained off the edges of the Pads and contaminated both the asphalt and surrounding soils with radionuclides and nitrates (R.W. Hawes letter to F.J. Blaha, May 28, 1988; F.P. Lawton letter to G.S. Setlock, July 26, 1988; Setlock letter to K.B. McKinley, Aug. 29, 1988). The boxes of pondcrete are now enclosed in tents, and access is strictly controlled. We were required to wear safety shoes, safety glasses, helmet, and dosimeter. Our entry to both Pads was preceded by considerable administrative preparation. Our entry to 750 Pad was challenged by a foreman who did not want us on the site. While waiting for confirmation of our scheduled visit, this foreman complained to Karen Lutz of considerable pressure he is receiving to ship out large amounts of waste as soon as possible.

The soil around the perimeters of the 750 and 904 Pads was inhabited by burrowing animals of various species, including harvester ants, pocket gophers, and other rodents. Burrowing activity was most evident along the east and north edges of the 750 Pad, where the spilled wastes would have flowed downhill toward a fork of Walnut Creek (Plate 23). One very large harvester mound was bifurcated under a cyclone fence, which had evidently swept the mound soil during strong winds (Plate 24). The mound was separated to either side of the fence and its soil was loosened by the sweeping, which likely contributed to its large size. A larger-than-usual volume of soil was likely excavated for mound repair, and this soil could have come from the surrounding ground surface and depths to nearly 4 m. Nearby contaminated soils not removed from past spills of pondcrete would have been excavated by these animals and exposed to high winds.

Winds also destroyed some of the tents on the 750 and 904 Pads, leaving entire side and ceiling segments missing or tattered and dangling amid the rows of boxes containing pondcrete (Plates 33 and 35-36). The boxes of pondcrete at the 904 Pad were exposed to the weather conditions at Rocky Flats. The accompanying RCT considered the wind-caused damage as unremarkable, because it is normal "wear and tear" at RFP. This comment and the evidence of damage are somewhat contradictory to the

10

lack of damage reportedly observed during weekly surveillance of the 750 and 904 Pads (Rockwell International 1987).

Earlier that morning while baselining our cameras for the third time, an RCT approached me without solicitation and began telling me of his experiences during his many years of employment at Rocky Flats. The RCT told me that he and his fellow employees all know they are contaminated with beryllium and asbestos, and his employers are seeking to take biopsies from his lungs. He also told me that the utility lines between the 904 Pad and 903 Pad were found to be radioactive the day before. Later, when we visited the 904 Pad, we found one utility pole cut down and lying on the ground next to the 904 Pad, and wrapped in yellow and magenta Radiological Control tape (Plates 37-38; Photo set 3: 193, 206, 207). Two other poles remained on the west edge of the 903 Pad area, but their lines were clipped off (photos 188-190, 205). If radionulcides were found on these utility lines, then this would be evidence of chronic releases continuing to this day. Perhaps plutonium-contaminated dust blew onto the utility lines from the exposed boxes of pondcrete on the 904 Pad only 100 m upwind, just as it had resuspended from the bottom of the solar ponds following removal of the pondcrete (Setlock deposition, Aug. 8, 1995, pages 486-488). To check up on my hypothesis, I have requested from Rocky Flats all information pertinent to the taping of the utility pole and the removal of the lines, but I had not received any documents as of this writing.

I had the opportunity to visit Trench T-9 (NE-111.4) for the first time on Nov. 12. This trench was filled sometime between 1954 and 1968 with dried sanitary wastewater treatment plant sludge, scrap metal and junk, perhaps flattened drums, and possibly other materials as well (DOE 1992a). The sludge contained total long-lived alpha activity of 382-3,591 pCi/g, which was buried under two feet of soil cover (Ibid). Soil samples from this trench taken sometime from 1977 to 1983 were found to vary from 0.4 to 68 pCi/g plutonium activity, and 2.4 to 450 pCi/g uranium activity (Ibid). Morrison and I were required to wear the same protective clothing as was worn on the 903 Pad (Plate 39). For reason or reasons unknown to me, we were not allowed to survey the perimeters of any other trenches nearby and immediately adjacent to Trench T-9, and we were warned to stay off the Trench caps due to cave-in hazards.

The soil cap of T-9 had subsided up to two and three feet below grade (Plate 40), and I could see from afar that the caps of the other trenches had likewise subsided. The cap of T-9 was burrowed into extensively by a variety of animal species, including pocket gophers, pocket mice, voles, deer mice, thirteen-lined ground squirrels, harvester ants, and badgers (Plates 41 and 42; Photo set 3). Whereas burrowing was evident off the cap as well, and tunnels repeatedly caved in underfoot, the intensity of burrowing was obviously much greater on the soil cap of the trench and along its edge. Besides two foraging holes dug by badgers on the trench cap, an apparent nesting burrow was excavated right into the middle of the cap (I cannot be certain it was a nest burrow without excavating it). As is typical of nest burrows that I have seen and read about, two tunnels diverged from a common entrance, one of which has since collapsed. The depth of the burrow was greater than I could determine by looking into the hole, but it was definitely much deeper than two feet, the depth of the soil cap. I measured the length of one badger nesting burrow in Washington as 3.8 m, which involved more than a half cubic meter. The subsidence of the trench cap was greatest around the entrance of this badger burrow, and junk metal was lying about the perimeter of the burrow entrance (also see Photo set 3). Unless the junk metal was dumped onto this trench cap by Plant operators, I must conclude it was excavated to the surface by badger(s). The large soil mound that must have been excavated from the badger burrow had since disappeared. The contents of T-9 have undoubtedly been

excavated by burrowing animals for years, and if any of the original contents remain, then they also continue to be excavated to the ground surface where winds blow the finer particles away.

Rodent burrows and harvester ant mounds also occurred on the Lithium burn pit (900-140) and the contaminated soil dump on the 881 Hillside (900-130). These sites were reported to contain buried oil sludge from the 1957 fire and asphalt contaminated with trichloroethane, tetrachloroethane, 1,1-dichloroethane, 1,2-dichloroethane, carbon tetrachloride, chloroform, and trace amounts of radionuclides, mostly tritium (Rockwell International 1988). On these sites, we were advised to keep our safety shoes on, to be wary of cave-in hazards, and to not disturb the soils. Badger burrows were seen nearby both sites, and thirteen-lined ground squirrels had excavated burrows all over 900-130.

I also discovered abundant evidence of animal burrowing on the Colorado State University (CSU) Environmental Study Sites known as Macroplots 1 and 2. These sites are significant because they are the only sites where repeat soil sampling was conducted in an effort to understand the pathways for plutonium movement in the environment, and to forecast the fate of the plutonium. Little and Whicker (1978) and Ibrahim *et al.* (1996) reported that the depth profile and spatial distribution of the plutonium inventories in Macroplots 1 and 2 have remained unchanged since initial deposition, because the plutonium has "weathered in" to the top 3 cm of soil where it is also protected from the winds by dense growth of vegetation. Setlock (letter to A. Hazle, 1989) believed soil resuspension was greatly reduced after introduction of grass cover. Plant operators and their environmental researchers under subcontract considered the soils of these plots to be undisturbed, contrary to my observations.

Evidence of past tractor work and a road cut through the middle of Macroplot 1 indicated the ground was disturbed long ago in ways that attract burrowing animals (see sections below subtitled, Risk of Resuspension due to Animal Burrowing and Estimates of Burrowing Impacts at Rocky Flats). The ground of Macroplot 1 was covered by animal burrows, soil mounds, and scraped-away soil due to foraging and dust bathing by small mammals (Plates 43-47). Even plants had worn sweeping paths of loosened soil across the ground under the leeward stems of plants blown back and forth by wind (Plate 48). I found burrows excavated by badgers, thirteen-lined ground squirrels, pocket mice, voles, deer mice, and harvester ants. I found no sign of pocket gophers, although some of the ground squirrel tunnels were plugged and so, in combination with the soil mound, looked like gopher sign. All around Macroplot 1 were signs of serious erosion problems requiring remedial action, including deep rilling on the uphill slope and mass wasting off the downhill side of the service road (which was buttressed by plastic).

Macroplot 2 is 1.4 km south of the 903 Pad (Setlock and Blaha 1986), and downwind of the building complex where plutonium and other hazardous materials were processed (Plates 49-50). The soils of Macroplot 2 were less dramatically turned over and eroded as those in Macroplot 1, but Macroplot 2 had ample evidence of burrowing by thirteen-lined ground squirrels, voles, and deer mice. The plutonium in Macroplots 1 and 2 soils has not been stabilized, and based on the levels of soil bioturbation I observed at these sites, I do not expect much of the 1950s to 1970s era plutonium to remain within the top 3 cm soil depth horizon.

Based on a DOE (1992b) report of expanding prairie dog towns (i.e., clusters of prairie dogs and their burrows) onto the eastern part of the RFP buffer zone, I visited an area south of the East Gate and another area in the vicinity of radio towers, which are now gone, but fenced support structures remain. I found an active prairie dog town south of the East Gate (Plate 51). The ground surface was highly disrupted by burrows, many foraging holes, and the scraping away of grass root mass from 2-4

m around each burrow entrance. The root mass and attached soil were incorporated into the mound structures (Plate 52). Much of the ground surface was denuded of vegetation (Plates 53-54). The vicinity of this prairie dog town also supported thirteen-lined ground squirrels, some pocket gophers, deer mice, other rodents, and badgers.

A second prairie dog town was sighted north of the East Gate about 200 m east of the radio towers. The town that had been reported by DOE to occur at the radio towers is now abandoned. Burrow entrances were collapsing and soil mounds had disappeared (Plates 55-56). This town was probably occupied for 15-20 years before abandonment, which is the typical life-span of prairie dog towns at a given location (Koford 1958). This abandoned prairie dog town is now home to numerous burrowing rodents and harvester ant colonies.

On November 14, we toured the off-site areas to the east of RFP, and we walked over a public access area on the shores of Standley Lake. Prairie dogs are ubiquitous around the RFP off-site to the south and east (Plates 57-60). We also saw abundant signs of pocket gophers (Plate 14), ground squirrels, and harvester ants (Plate 59). Vegetation patterns indicated locations of past prairie dog burrows that were since abandoned. The soil mounds of abandoned burrows have since disappeared, likely due to wind erosion.

The abundance of animal burrowing off-site would likely have contributed to accumulation of deposited plutonium and other contaminants. Accumulation was not considered in the development of off-site sampling and monitoring (Budnitz 1996). Animal burrows do not occur randomly across the landscape (Smallwood 1993, Smallwood and Geng 1993, Smallwood, unpubl. data), so their influence on the fate of contaminants deposited on the ground will be nonrandom. For example, prairie dogs scrape the top few cm of soil and grass roots into their soil mounds from a radius of 2-4 m around their burrow entrances (e.g., Plates 52, 60), involving about 2-9% of the ground surface (Koford 1958, O'Meilia et al. 1982). This scraped-away soil is incorporated into the crater-shaped mounds, presumably to strengthen the mounds against erosion forces. Any contaminants within 2-4 m of each burrow entrance will be moved into the mound, where it will therefore accumulate. The prairie dog mounds themselves are also spatially aggregated (Koford 1958), and these aggregations are also where other burrowing animals cluster together (Thorp 1949, Koford 1958, Campbell and Clark 1981m O'Meilia et al. 1982).

**Summary of Site Visits**

Evidence of animal burrowing was easy to locate at RFP because it was abundant. Animal burrowing activity was most abundant on and around disturbed soils, such as buried waste trenches, embankments (e.g., solar ponds, berm at east edge of the 903 Lip, the slopes around the Mound Area and the ditch banks across the Mound Area, the contaminated soil dump on the 881 Hillside, etc.), old and currently used road cuts (e.g., old road cut across CSU Macroplot 1), grounds covered by fill dirt (903 Lip area, Ash Pits, Soil Dump, Original Landfill), the edges of soil covered by hard surfaces (e.g., 903 Pad, Original Landfill, concrete slabs supporting test wells, and scrap concrete and hardware found all across the RFP), and soils that received high levels of nitrates (e.g., spray fields, downwind areas of solar ponds all the way to Walnut Creek). Obviously, a very large proportion of the soil on the RFP can be described by the conditions created by anthropogenic disturbances that are known to attract burrowing animals (Smallwood 1996a,b). Furthermore, burrowing animals are attracted to the soil-water interface, such as along pond shores and stream courses. Ponds, streams, and ditches were

13

managed at RFP for waste management purposes, thereby creating more opportunities for burrowing animals to contact and transport hazardous materials.

Most of the environmental dispersal or confinement measures used by RFP operators to prevent off-site contamination by hazardous materials actually attracted burrowing animals and facilitated soil bioturbation. For example, in response to rain erosion of plutonium from the 903 Drum Storage area into a nearby ditch, a berm was constructed along the east edge of the 903 Lip (Piltingsrud 1973). This berm was intended to confine plutonium, but during my visits to Rocky Flats I saw soil mounds excavated from burrows across the length of this berm. Significant amounts of plutonium were found to be resuspending from this berm (Setlock and Blaha 1986, page 11), consistent with what I would expect from increased levels of soil bioturbation on a feature of the landscape preferred by burrowing animals. Similar patterns were found at the Idaho National Engineering Lab, where small mammals established burrows in greatest density along the edges of the waste storage facilities (Boone and Keller 1993). I observed that large tents were used to contain pondcrete on the 750 and 904 Pads, and to contain loosened soils during soil and waste site remediation (e.g., excavation of Trenches T-1 and T-2), but nothing confines the soils loosened by burrowing animals.

Although I observed soil movement by burrowing animals to be prolific at Rocky Flats, I found fewer than the expected number of pocket gophers and prairie dogs, which are the two most prolific species of burrowing animals in the area. I can offer two explanations for the discrepancies in gopher and prairie dog abundance on and off the RFP site. The first possibility is gophers and prairie dogs exhibit the typical shifting mosaic pattern of abundance (Koford 1958, Taylor and Taylor 1979; den Boer 1981; Smallwood, unpublished data). Gophers were previously described as abundant on the Rocky Flats Plant site (Murray 1967; Little 1976; Winsor 1980; DOE 1980, cf. in Weston 1989; Winsor and Whicker 1980), and prairie dogs should have occurred there historically (Armstrong 1972), but my site visits might have coincided with a period when the clusters of gophers and prairie dogs shifted to an off-site location. However, I would not have expected spatial shifting of population clusters at such a large scale without some unnatural influence.

A second explanation for the discrepancies in abundance could involve either an intentional or accidental poisoning of gophers across the spatial extent of the original RFP site (1020 hectares). Poisoning could have been caused by released chemical and metal contaminants such as plutonium, beryllium, asbestos, carbon tetrachloride, lead, chromium, nickel, and many other contaminants known to be hazardous to mammals (ChemRisk 1992). Prairie dog populations have recently begun expanding onto the RFP property from the east (DOE 1992b), apparently after having recovered from whatever eliminated them from the RFP in the first place. Also, the reduced activity levels of gophers on the RFP as compared to off-site adds support to this second explanation, so long as the reduced mound-construction is due to sickness brought on by toxic doses of released chemicals. On October 10, I saw no fresh gopher mounds on the RFP site, whereas fresh, large gopher mounds were very abundant nearby. The off-site mounds had been made in response to the early October rains, which is typical of gopher burrowing behavior following soil-wetting (Miller 1957). The RFP gophers did not respond to the rains, possibly because they were ill. I observed a very similar difference in mound construction on my study plots during the late 1980s (Howard *et al.* 1990, Smallwood unpubl. manuscript). One month following my poison treatment (strychnine on wheat baits) on forest clearcuts, the apparent survivors constructed smaller mounds at a lesser frequency than unpoisoned gophers on nearby clearcuts (sometimes the same clearcut, but different plots). If hazardous materials reduced populations of gophers and prairie dogs on-site, they need not have reduced populations of other burrowing animal species, due to differences in life-history strategies (e.g., reproductive rates, time spent below-ground,

14

and etc.). Regardless of whether gopher populations declined at the RFP, they were there in abundance until recently, and the other burrowing animal species collectively contribute more to soil bioturbation than do gophers and prairie dogs.

During three visits to Rocky Flats I observed abundant evidence of a suite of burrowing animal species that are capable of contacting and transporting waste materials, both vertically and laterally from soils at the ground surface all the way down to 5 m depths. Soil mounds excavated by these species lost their structural integrity and volume between visits (Plates 61-66), and some disappeared completely (the honey ant mounds, shown in Plates 5-6). I also observed this high level of soil bioturbation and erosion of excavated materials on the sites where hazardous wastes are known to have contaminated the soil, such as leaked and wind-sprayed nitrates, plutonium, and other contaminants from out of the solar ponds (Plates 67-68) and onto the embankment (Plates 69-70), and soils contaminated with plutonium, beryllium, and other contaminants around the perimeter of building 774 (Plates 71-72) (Owen and Steward ca. 1975). Ten inches of fill dirt on the 903 Lip area (Plate 73), and two feet of fill dirt on the East Trenches and the Mound Area, and three feet on the Soil Dump (Owen and Steward ca. 1975) was not only inadequate protection against intrusion by burrowing animals, but it attracted them to these sites. Furthermore, I observed high levels of soil bioturbation on the sites where researchers claimed that plutonium had stabilized in the top 3 cm of soil due to weathering and plant cover. Based on my site visits, I am confident in concluding that the fate of most of the hazardous materials buried or deposited on the soils at RFP has since been out of the control of the Plant operators. Large quantities of these materials likely moved off-site, and the rest is likely distributed in RFP soils at locations and depths that are unknown to the Plant operators.

In the following sections of my report, I will explain the reasoning for some of the major conclusions I made after my three site visits. From the perspective of my focus on soil bioturbation, I will describe the uncertainties in the documented distribution of plutonium and other hazardous materials at RFP (Budnitz 1996, Cochran 1996, and Goble 1996 discuss uncertainties from their own perspectives). I will describe soil bioturbation and some of the species that contribute to soil bioturbation at Rocky Flats, and I will discuss the significance of soil bioturbation at Rocky Flats. I will also assess past research and environmental monitoring at RFP for their effectiveness in understanding and accounting for the impacts of soil bioturbation on fate of Plant-generated hazardous substances.

**Document Review**

My assessment of exposure risk due to animal burrowing requires more than site visits. To assess the appropriate burrowing parameters, locations, and spatial and temporal extent of the risks, I also needed to review descriptions of the contaminant releases and the physical and biological characteristics of the Rocky Flats Plant and surrounding environments. These types of data enabled me to identify the appropriate types of bioturbation to be assessed, to identify the soil locations and profiles to be studied, and to make reasonable estimates and full use of the known variation in burrowing parameters.

*Risk of Resuspension due to Animal Burrowing*

Putzier (1970), Owen and Steward (ca. 1975), DOE (1992a) and ChemRisk (1992) identified numerous release points of nonvolatile chemicals and radionuclide contaminants within the Security Area and on the Buffer Zones at Rocky Flats (also see Plates 74-77), but much of the concern has been

15

directed toward the leak of plutonium into the soil on the 903 Pad (900-112). Krey and Krajewski (1972) and Krey (1976) estimated this leak to have involved 10 or 11 curies. Budnitz (1996) and Goble (1996) have concluded that the releases could have been much larger. Early estimates of inventories that were based on initial soil measurements could be wrong, including the inventory thought to have been removed during remediation (Illsley 1979), because these early measurements of plutonium concentrations could have been lower than actual by a factor of 1000 (J.B. Owen letter to J. Seastone, July 25, 1968).

The plutonium on the 903 Drum Storage area attached to soil particles, some of which suspended in high winds and deposited to the east and southeast (Little 1976, Little and Whicker 1978). The 903 Lip area (900-155) is thought to contain much of this transported plutonium, mostly within the top 9 cm of the soil (Little 1976), and especially the top 3 cm (Whicker 1977, Ibrahim et al. 1996). Anthropogenic disturbances probably exposed contaminated dust particles to the strong winds at Rocky Flats. For example, off-road vehicle use (Whicker letter to G. Huffman, Feb. 15, 1974; Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 16, 1996, page 499) and herbicide treatment (Winsor 1977) on the 903 Pad and Lip areas, and soil sterilization in downwind creek drainages (Winsor 1980, p. 45), would have removed plant cover and loosened soil particles. Plutonium, americium, and other fission elements have suspended in winds and deposited on soil surfaces off the RFP site to the east, northeast, and southeast (Poet and Martell 1972, Litaor and Allen 1996). Also, chemicals at RFP were dumped on the ground surface (Al Voight letter, Sept. 20, 1971).

Two factors prevent complete reliance on previous soil measurements used for estimating how much plutonium was leaked into the soil east of the 903 Drum Storage area, and how much was resuspended and moved off-site in the wind. First, much of the sampling data were not comparable. The soil sampling conducted to characterize the depth profile included multiple depth intervals, each yielding unique results due to scale differences (Fig. 1). The 0.5-cm interval yielded an average concentration about 40 times greater than the 15-cm interval, because at that time the 15-cm interval contained more uncontaminated soil than the 0.5-cm interval. However, the 0.5-cm interval showed no trend with depth to the 2-2.5 cm horizon (ERDA 1976). The high concentrations found at this interval likely would have continued to some unknown greater depth had more 0.5-cm intervals been sampled. Only limited sampling was carried out during the early 1970s, and the depth profile and inventory presented then (e.g., Krey et al. 1976) will not be the same today due to natural soil processes (see Hakonson and Nyhan 1980).

The second factor influencing reliability of earlier profile descriptions was bioturbation and weathering that has occurred since the beginning of the 903 Drum Storage leak 37 years ago. Many generations of plants have pushed their roots and shoots through the soil, and many generations of burrowing animals have tunneled through the soil, excavated soil to the ground surface, and carried plant parts and litter to their underground dens and food-cache chambers. Clean soil in excavated mounds has covered contaminated soil, and contaminated soil has collapsed into old tunnels (Plate 12) and has blown off in the wind. Gophers keep soils completely mixed in the 35-60 cm depth horizon (Hansen and Morris 1968). In a controlled study in which cesium was deposited on the ground surface, gophers at Los Alamos National Laboratory moved cesium from the ground surface to depths below 30 cm (the depth of their sampling), and gophers accounted for most of the cesium moved (Gonzales et al. 1995). This same result would have been obtained had the study been conducted at Rocky Flats, unless the winds were to move the cesium before the burrowing animals had a chance to affect the distribution.

16

Figure 1. The depth of soil sample could explain most of the variation in measured plutonium concentration during the 1970s (data from ERDA 1976).



$\log(dpm\ g^{-1}) = 4.01 - 1.14 (\log depth\ from\ surface)$
$SE =$   0.177,   0.204
$R^2 = 0.72$,   $RMSE = 0.51$,   $P = 0.0001$

The upward and downward transport of contaminants by burrowing animals should have mixed the contamination with soil to greater depths, thereby shifting an acute resuspension in winds to a more chronic resuspension. Contaminants attached to excavated soil particles can either cycle back below ground with continued bioturbation, or they can move laterally with resuspension in the winds (Litaor et al,. 1996) or with saltation due to rains (Black and Montgomery 1991). During the last 37 years east of the 903 Pad, and during the last 46 years elsewhere at RFP and surrounding areas, burrowing animals most likely pushed contaminated soils in nonrandom patterns (e.g., Hansen and Morris 1968, Cox 1990). These nonrandom accumulations of soils are the leading hypotheses for the formation of mima mounds (Cox 1990) and pimple mounds found all across Rocky Flats (Branson et al. 1965, Murray 1967). Harvester ants also accumulate particular soils by covering their mounds with equal-sized soil granules (Wheeler and Wheeler 1963).

Soil accumulations due to burrowing may well explain the high spatial variation in plutonium concentration in topsoil measured by Little and Whicker (1978) and Krey and Hardy (1970), and in americium peaks at one sampling location within the 6-12 cm depth horizon (Whicker et al. 1991). By 1968, plutonium concentrations of 60 µg/m$^2$ were found to depths of ≥ 21 cm in some parts of the 903 Drum Storage area (C.W. Piltingsrud letter to C.M. Love, July 25, 1968). By 1975, Krey et al. (1976) found peaks in plutonium concentrations to occur 2-6 cm below the ground surface, which they concluded was evidence of downward migration. Webb (1992) found further evidence for downward migration of plutonium, and Whicker et al. (1991) found a similar pattern for americium concentrations, which correlate with plutonium concentrations (Ibrahim et al. 1996). This spatial heterogeneity and downward migration of plutonium concentrations was consistent with the patterns of

soil movement typically caused by animal burrowing. Animal burrows are clustered, and in some cases, excavation serves to accumulate sediments of like-kind (see below for further explanation).

This soil bioturbation is one of the most influential forces in terrestrial ecosystems (Grinnell 1923, 1933; Taylor 1935; Thorp 1949; Mielke 1977, Hole 1981; Huntly and Inouye 1988; Litaor et al. 1996), and has made obsolete previous depth profiles that may have been made for plutonium and other contaminants in Rocky Flats soils. Webb (1992) and Whicker and Ibrahim (1991, 1992) inadvertently supported this point with their 1989 sampling for plutonium, which they then compared to Little's 1972-74 sampling results. Their comparisons showed major reductions in plutonium concentrations within above-ground vegetation, plant litter and the top 3 cm of soil east of the 903 Pad. According to Whicker et al. (1990), 92-98% of the plutonium disappeared from the above-ground plant mass and plant litter on Macroplots 1 and 2. According to Webb (1992), the top 3 cm of soil lost 80% and 99% of the plutonium between 1972-74 and 1989 on Macroplots 1 and 2, respectively. During this time, Zeis and Coonfield (1976) reported 63% per year increases in plutonium concentrations in soils one mile off-site, and 46% per year increases at two miles off-site. Whether the plutonium that was susceptible to wind entrainment occurred within the top 0.3 mm or top 1 mm of soil (Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 15, 1996, pages 19 and 89), the plutonium below this layer was moved from the macroplots. The only reasonable mechanism for moving the level of plutonium from the top 3 cm of soil was bioturbation combined with wind entrainment. Hakonson and Nyhan (1980) found a similar major reduction in plutonium from the upper soil horizon at the Trinity Site after 23 years, and some of this plutonium moved down to depths of at least 30 cm. Hakonson and Johnson (1973) and Essington et al. (1977) concluded that the original depth profile of plutonium at the Nevada Test Site and the Trinity Site had been obliterated by animal burrowing.

The hardness, stickiness, and plastic qualities of the RFP surface soils (Dames and Moore, App. B to 70-23000-OR-Vol 2c) impedes percolation (Woodward-Clevenger & Associates, Inc. 1974), thereby entraining the deposited materials at or near the soil surface (Little 1976). With the exception of wind transport, which will be discussed below, most of the nonvolatile chemicals and radionuclides at Rocky Flats would have remained within the top several cm of the soil, unless buried by animal burrowing or Plant operators, or unless leached with percolating water through the broken ground of ditches, underground piping and other structures. Surface soil also would have been loosened by dust-bathing small mammals, such as is done regularly by thirteen-lined ground squirrels (Criddle 1939). My assessment will be more focused on the impacts of burrowing animals on the upper 30-cm soil horizon on and around the 903 Pad and Lip areas, although I will also consider depths to 3.5 m (the deepest known northern pocket gopher burrow), and I will assess the influences of burrowing animals on contaminant-bearing soils across the entire Rocky Flats site. Other sites of concern include the mound area, soil dump, embankment and downwind soils of the solar evaporation ponds, original landfill, and the spray fields (Matheson 1952; Putzier 1970; Owen and Steward ca. 1975; DOE 1992a; ChemRisk 1992; also see Vogel maps, Plates 74-77). My focus on the top 30 cm of soil necessitated one of my modifications to the BIOPORT model (McKenzie et al. 1986), which profiles depth of soil movement in increments of 0.5 m, instead of the smaller increments I need to consider.

The winds at RFP reportedly average 3.7 m s$^{-1}$ (8.2 mph), and reach gusts of up to 47 m s$^{-1}$ (105 mph) (24-yr average, Annual Rocky Flats Site Meteorology, Climatology, and Wind Rose Data, 1977). The average wind speed meets the Beaufort scale of 3, which is nearly strong enough to raise dust (Lincoln et al. 1982). The wind gusts achieve a Beaufort scale of 12, which is almost hurricane-force. Typically, 11-12% of the winds are >7 m s$^{-1}$ (15 mph). Without any other considerations, the strong winds blowing across hard soils with contaminants concentrated at or near the surface likely

18

increased the risk of resuspension and inhalation by humans soon after release. The surface roughness of vegetation serves to protect the soils from the full force of the winds (Weber 1996). Vegetation covered about 70% of the ground surface of the 903 Pad and Lip areas until 1975, when herbicide was applied (ERDA 1976). The 30% of the surface that had been barren was likely cleared by animal burrowing and by plant removal by harvester ants, just as the 14% of the ground on macroplot 3 was barren due to gophers and wind erosion (Winsor 1980, p. 58). The friability of Rocky Flats soils makes them attractive to small-bodied burrowing animals such as ants, pocket gophers and ground squirrels (Woodward-Clevenger & Associates, Inc. 1974), as particles of friable soil are easy to break apart, or to unglue. Burrowing animals in these friable soils will move soil contaminants at or near the ground surface to the depths of their burrows. This downward transport was recognized years ago by Michels (1972), when he unsuccessfully attempted to import prairie dogs to help transport surface contaminants into the ground where he thought they would be stabilized (i.e., protected from the winds). However, continued animal burrowing would have transported buried contaminants back to the surface on loosened soil particles that are more readily resuspended by winds. A large percentage of the plutonium remaining in soils after 28 years occurred on particles $>53$ $\mu$m diameter, probably because these particles had not yet weathered and fractured into smaller, suspendable particles (Hakonson and Nyhan 1980).

The high winds and low soil permeability of Rocky Flats were recognized early as threats to long-distance transport of released chemical contaminants (Matheson 1953), even without consideration of the impacts from burrowing animals. The idea of using solar evaporation ponds to dispose of liquid waste had been rejected on the grounds that the winds would carry spray and entrained contaminants for many miles (Matheson 1953). The USGS had rejected the use of unlined solar ponds because they expected vertical cracking in the soil and the formation of deep gullies (Matheson 1953). The idea of spraying diluted waste plutonium onto 1000 acres of grassland was at first rejected due to concerns the low soil permeability would limit the contaminant to the top 0.3 cm of soil, where winds would resuspend and transport them. Despite the early concerns and rejections of these ideas, the solar ponds were implemented soon after Plant production began (Owen and Steward ca. 1975), and Rockwell International began spray irrigating sanitary sewage effluent onto grasslands soon after their start of Plant operations (Setlock 1987). The banks of the solar ponds are now riddled with animal burrows, the mounds of which undoubtedly continue to expose radionuclides and other nonvolatile chemical contaminants previously deposited from spray blown off the ponds (Owen and Steward ca. 1975), so long as no site remediation has occurred. The spray fields are on prominent plateaus where the winds could have had maximum impact. The vegetation on these spray fields is patchy due to clearings made by harvester ants – clearings that exposed bare soil to the Rocky Flats winds. The harvester ant mounds themselves frequently blow away in the wind, but the colonies construct new mounds within only two weeks (Cole 1932b).

RFP operators attempted to protect some soils from the winds with asphalt pavement where plutonium concentrations were of concern to the RFP operators. One such site was the 903 Pad on the Drum Storage Area, and other areas were paved around the 771, 774, 776, and 777 buildings (Owen and Steward ca. 1975). These paved areas were probably also protected from burrowing animals as well, once they were paved. But the pavement would have served as convenient roofing for animal burrows around the perimeter edges of the pavement. Other contaminated areas were covered by ~8 cm of soil (Owen and Steward ca. 1975), but this practice would also have attracted burrowing animals (Miller 1964).

Some of the wastes at RFP were initially protected from the winds by burial within trenches and landfill (Putzier 1970; Fig. 5.4 in DOE 1992a; Vogel maps, Plate 75; Owen and Steward ca. 1975). Plutonium, uranium, and beryllium were buried in sludge and drums, some of which were flattened (Rockwell International 1989). However, the backfill on trenches and landfill attracts burrowing animals (Connolly and Landstrom 1969, Uresk and Cline 1978, Fitzner *et al.* 1979, Hakonson 1986, Arthur *et al.* 1987, DOE 1992a, Gonzales *et al.* 1995, Smallwood 1996a,b), and at least some of these animals burrow even deeper and excavate greater volumes on backfilled soil (Landeen and Mitchell 1982, Arthur and Markham 1983, Reynolds and Laundre 1988). Furthermore, trench walls can be burrowed into by animals before the trenches are filled, thereby leaving cavities in the soil that can facilitate future burrowing to greater-than-usual depths (Bykov and Sapanov 1989, Davis and Kalisz 1992, Smallwood 1996b, Plates 21-22). Plate 21 depicts a trench wall at 218-W-4C riddled with badger excavations of bank swallow nests that had been established while the trench was receiving wastes. Plate 22 depicts vegetation covering Hanford soils piled next to trenches and intended for backfill, indicating sufficient lengths of time elapsed between trench excavation and eventual backfill for burrowing animals to establish many tunnels and holes in the trench walls. These photos are significant because RFP was consulting with Hanford engineers while planning its own trenches (Matheson 1953). Buried wastes at RFP were also susceptible to transport by burrowing animals to the ground surface, where they would be exposed to high winds. Harvester ants at Hanford transported plutonium to the ground surface from a broken pipeline 3.69 m below grade (Johnson 1984), and they continue to excavate plutonium to the surface to this day (personal communication, August 23, 1996, from Steve McKinney, who is responsible for environmental surveillance at Hanford). Backfill over buried waste at RFP was usually 0.62 m or less (Putzier 1970; Owen and Steward ca. 1975), easily within the range of harvester ants and other burrowing animals. According to Anne Siemen (pers. comm., August 20, 1996), no surveillance monitoring of the East Trenches has been conducted.

The mounds of burrowing animals add risk to resuspension of contaminants deposited on the ground. Mound soils from animal burrows consist of loosened particles that are elevated above grade. The prominence of these mounds, and their fine texture and loose arrangement of particles make mound soils highly susceptible to suspension in winds (Branson *et al.* 1965, Murray 1967, Litaor *et al.* 1996). Just north of RFP, gopher mounds average only 0.89 g cm$^{-3}$ soil bulk density in the upper 10 cm (~36% less than surrounding soil) and can decrease in volume by 57% in 3 months due to wind erosion (Liator *et al.* 1996). According to Litaor *et al.* (1996), 72% of the soil particles in gopher mounds nearby Rocky Flats were smaller than 2 mm diameter, 17% were smaller than 0.0625 mm, and 11% were smaller than 0.0039 mm. Such small particle sizes were likely to carry high concentrations of plutonium and americium (Little 1976, Little *et al.* 1980, Litaor and Allen 1996). Saltation will occur with many of the larger mound particles (Anderson and MacMahon 1985, Black and Montgomery 1991), and some percentage between 11% and 17% will be susceptible to wind entrainment for many miles (Whicker deposition re: Hanford Nuclear Reservation Litigation, Oct. 15, 1996, page 9). Soils in these mounds also passively contact adjacent and partially buried plants, onto which mound particles can be deposited. Soil particles in gopher mounds can also be consumed inadvertently by herbivores such as mule deer (Alldredge *et al.* 1977, p. 2), thereby entering the foodchain.

Burrowing animals are integral components of soils (Grinnell 1923, 1933; Taylor 1935; Hole 1981), but their burrowing habits threaten the stability of contaminants deposited on, or buried under, soils. Pocket gophers have been recognized as the animal species posing the greatest risk per animal to radionuclide transport away from contaminated sites (Winsor 1977, Hakonson 1986, Mckenzie *et al.*