Case No. 1:90-cv-00181-JLK Document 1582-3 filed 11/02/05 USDC Colorado pg 1 of 20



Table 4. Summary of burrow dimensions.

| Taxonomic Group | Tunnel length (m) | Tunnel cross-sectional area ($m^2 \times 10^{-3}$) | Chamber volume ($m^3 \times 10^{-3}$) | Volume ($m^3$) of soil brought to surface from the average burrow, calculated from tunnel dimensions[a] | Volume ($m^3$) of soil brought to surface from the average burrow, according to reports listed in Appendices 4 & 5 |
|---|---|---|---|---|---|
| *Thomomys talpoides* | 174 ± 37 | 6 ± 3.6 | 19.26 | 1.063 | 0.86 ± 0.35 |
| *Geomyidae* | 95.2 ± 53.2 | 7.2 ± 6 | 11 ± 11.7 | 0.697 | 0.90 ± 0.50 |
| *Perognathus hispidus* | --- | --- | --- | --- | --- |
| *Perognathus* spp. | 2.4 | 0.4 ± 0.1 | --- | 0.00196 | 0.006 ± 0.0013 |
| *Microtus pennsylvanicus* | --- | --- | --- | --- | --- |
| *Microtus* spp. | 5.78 ± 4.73 | 1.6 ± 0.1 | 32.7 ± 70 | 0.042 | 0.0155 ± 0.012 |
| *Peromyscus maniculatus* | 1.32 ± 2.2 | 2.3 | --- | 0.003 | 0.0017 ± 0.0022 |
| *Peromyscus* spp. | 1.32 ± 2.2 | 2.3 | --- | 0.003 | 0.0017 ± 0.0022 |
| *Dipodomys ordii* | 2.53 ± 4.2 | 3.6 | --- | 0.009 | 0.0072 ± 0.008 |
| *Dipodomys* spp. | 2.91 ± 0.54 | 3 ± 0.8 | --- | 0.0087 | 0.616 ± 1.30 |
| *Spermophilus tridecemlineatus* | 2.66 ± 2.24 | 4[b] | 5.4 | 0.016 | --- |
| *Spermophilus* spp. | 1.57 ± 1.32 | 8.4 ± 9 | 7.4 ± 7.6 | 0.021 | 0.139 ± 0.134 |
| *Cynomys ludovicianus* | 13.23 ± 6.77 | 26.5 | 36.5 | 0.387 | 0.249 ± 0.131 |
| *Cynomys* spp. | 13.34 ± 10.1 | 20 ± 10 | 55.4 | 0.322 | 0.257 ± 0.128 |
| *Taxidea taxus* | 0.99 ± 0.04 | 100 | --- | 0.099 | 0.078 ± 0.046 |
| *Pogonomyrmex occidentalis* | --- | --- | 0.0123 | --- | 0.0538 |
| *Pogonomyrmex* spp. | --- | --- | | --- | 0.0023 ± 0.0014 |
| *Myrmica americana* | --- | --- | --- | --- | 0.000066[c] |

[a] Burrow volume = tunnel length x tunnel cross-sectional area.

[b] Half the average for *Spermophilus* spp. due to small body size of *S. tridecemlineatus*.

[c] Multiplied *Myrmica* spp. burrow depth by ratio of burrow volume to burrow depth for *Pogonomyrmex* spp., and considered these burrows are structurally similar. Multiplied by 3 to account for spatial shifting of nest (Brian 1978) and by 6 to account for mounds obliterated by storms during each year.

Case No. 1:90-cv-00181-JLK Document 1582-3 filed 11/02/05 USDC Colorado pg 2 of 20



Table 5. Summary of burrow volume per hectare per year.

| Taxonomic Group | Density (N $ha^{-1}$) at 1 ha | Burrow volume, $m^3$ $ha^{-1}$ $yr^{-1}$, brought to surface as product of tunnel-derived volume and density | | Burrow volume, $m^3$ $ha^{-1}$ $yr^{-1}$, brought to surface (Means, Table 5) | |
|---|---|---|---|---|---|
| | | Non-backfill | Backfill[a] | Non-backfill | Backfill[a] |
| *Thomomys talpoides* | 39 ± 20 | 30.83 | 41.46 | 25.03 ± 10.3 | 33.66 |
| *Perognathus* spp. (3)[b] | 28 ± 19 | 0.11 | 0.148 | --- | --- |
| *Microtus* spp. (2) | 16 ± 7 | 0.90 | 1.211 | --- | --- |
| *Peromyscus* spp. (2) | 32 ± 15 | 0.129 | 0.173 | --- | --- |
| *Dipodomys ordii* | 20 ± 3 | 0.18 | 0.242 | --- | --- |
| *Spermophilus tridecemlineatus* | 15 ± 7 | 0.256 | 0.345 | --- | --- |
| *Cynomys ludovicianus* | 16 ± 5 | 6.192 | 8.328 | 3.984 | 5.358 |
| *Taxidea taxus* | 0.035 ± 0.027[c] | 10.23 | 13.76 | 4.8 ± 4.6 | 6.456 |
| *Pogonomyrmex occidentalis* | 23 ± 17[d] | --- | --- | 1.24 | 1.668 |
| *Myrmica americana* | 10,000[d e] | --- | --- | 10.15 | 13.65 |
| Cumulative among species | | 52.52 | | 41.92 | |

[a] Due to expected adjustment in gopher density on buried waste sites, and subsequent validation upon a site visit to Hanford (Smallwood 1996b), I used density of 39 gophers per ha for buried waste sites and 29 ± 12 gophers per ha elsewhere (estimated for *Geomyidae*). Considering that other species should respond similarly to backfilled soil, I applied the same adjustment of 1.345 times predicted density at one hectare.

[b] To account for multiple species, but also assuming some interspecific space partitioning, I multiplied the number of species in the genus by 0.67, and then multiplied this value by burrow volume.

[c] Calculated at 100 ha instead of 1 ha due to much greater foraging range and lower density than rodents and ant colonies. Each badger constructs an average of 2952 burrows per year, which figured into annual burrow volume excavated per hectare.

[d] Number of colonies per hectare.

[e] To be conservative, I reduced the low range estimate by 75%.

Table 6. Summary of burrow volumes excavated from various depth horizons on non-backfilled soils (i.e., not used to store underground waste).

| Taxonomic Group | Mean burrow volume, $m^3$ $ha^{-1}$ $yr^{-1}$ (Table 4), brought to surface (± SE of density estimates) | Percent of burrow in each depth interval (± 50% except for 0-values ≥2 intervals deeper than last non-0 value)[a] | | | | | |
|---|---|---|---|---|---|---|---|
| | To 3.5 m depth | top 10 cm | 11-20 cm | 21-30 cm | 31-50 cm | 51-100 cm | 101-150 cm |
| *Thomomys talpoides* | 27.93[b] ± 14.3 | 10 | 50 | 15 | 8 | 7 | 7 |
| *Perognathus spp.* | 0.11[c] ± 0.07 | 10 | 25 | 25 | 40 | 0 | 0 |
| *Microtus spp.* | 0.90[c] ± 0.40 | 49 | 38 | 5 | 3 | 0.4 | 0 |
| *Peromyscus spp.* | 0.13[c] ± 0.06 | 16 | 43.9 | 30 | 10.1 | 0 | 0 |
| *Dipodomys ordii* | 0.18[c] ± 0.03 | 17.5 | 45.7 | 26.5 | 6.7 | 3.5 | 0 |
| *Spermophilus tridecemlineatus* | 0.256[c] ± 0.12 | 32 | 48 | 12 | 5 | 3 | 0 |
| *Cynomys ludovicianus* | 6.19[b] ± 1.93 | 5 | 3 | 2 | 8 | 20 | 50 |
| *C. ludovicianus* foraging | 19.08 ± 9.5[e] | 100 | 0 | 0 | 0 | 0 | 0 |
| *Taxidea taxus* | 7.52 ± 5.8 | 10 | 10 | 15 | 20 | 35 | 10 |
| *Pogonomyrmex occidentalis* | 1.24[d] ± 0.92 | 20 | 4.5 | 4.5 | 6 | 10 | 10 |
| *Myrmica americana* | 10.15[d] ± 5.0[e] | 100 | 0 | 0 | 0 | 0 | 0 |
| | | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr |
| Cumulative volume with *C. ludovicianus* | 73.77 ± 35 | 33.92 | 15.59 | 5.69 | 4.42 | 5.97 | 5.93 |
| Percent of excavated soil | | 46 | 21 | 8 | 6 | 8 | 8 |
| Percent of soil depth horizon[f] | 0.21 | 3.39 | 1.56 | 0.57 | 0.22 | 0.12 | 0.12 |
| Cumulative volume without *C. ludovicianus* | 48.42 ± 23 | 14.53 | 15.40 | 5.56 | 3.92 | 4.73 | 2.83 |
| Percent of excavated soil | | 30 | 32 | 11 | 8 | 10 | 6 |
| Percent of soil depth horizon[f] | 0.14 | 1.45 | 1.54 | 0.56 | 0.20 | 0.09 | 0.06 |

[a] Depth profile for *T. taxus* estimated from my excavations of 30 burrows near in Washington; for *P occidentalis* I used cross-section photos of excavations.
[b] Mean burrow volume derived from Appendix 5 and tunnel dimensions multiplied by density.
[c] Derived from tunnel dimensions multiplied by density.
[d] Mean from Appendix 5.
[e] Chose 50% of estimate as uncertainty range based on patterns of uncertainty consistently observed for other species.
[f] Percentages in depth intervals will not add up to the small percentages under burrow volume to 3.5 m depth, due to scale differences.

Table 7. Summary of burrow volumes excavated from various depth horizons in backfilled soils (i.e., storage of underground waste).

| Taxonomic Group | Mean burrow volume, $m^3$ $ha^{-1}$ $yr^{-1}$ (Table 4), brought to surface (± SE of density estimates) | Percent of burrow in each depth interval (± 50% except for 0-values ≥2 intervals deeper than last non-0 value)[e] | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | To 3.5 m depth | top 10 cm | 11-20 cm | 21-30 cm | 31-50 cm | 51-100 cm | 101-150 cm | 151-350 cm |
| *Thomomys talpoides* | 37.56[a] ± 19.3 | 6 | 45 | 7 | 7 | 15 | 12 | 8 |
| *Perognathus* spp. | 0.148[c] ± 0.1 | 10 | 20 | 25 | 25 | 20 | 0 | 0 |
| *Microtus* spp. | 1.211[c] ± 0.5 | 39.5 | 42.5 | 17.2 | 0.9 | 0 | 0 | 0 |
| *Peromyscus* spp. | 0.173[c] ± 0.08 | 41.5 | 46.8 | 5.8 | 5.8 | 0 | 0 | 0 |
| *Dipodomys ordii* | 0.242[c] ± 0.04 | 18.9 | 8.7 | 14.5 | 32.7 | 25.1 | 0 | 0 |
| *Spermophilus tridecemlineatus* | 0.345[c] ± 0.16 | 30 | 28 | 12 | 10 | 20 | 0 | 0 |
| *Cynomys ludovicianus* | 6.84[b] ± 2.14 | 4 | 2 | 2 | 8 | 18 | 44 | 22 |
| *C. ludovicianus* foraging | 19.08 ± 9.5[e] | 100 | 0 | 0 | 0 | 0 | 0 | 0 |
| *Taxidea taxus* | 10.11[c] ± 7.8 | 10 | 10 | 15 | 25 | 30 | 12 | 8 |
| *Pogonomyrmex occidentalis* | 1.67[d] ± 1.23 | 18 | 14 | 11 | 11 | 14 | 16 | 16 |
| *Myrmica americana* | 10.15[d] ± 5.0[e] | 80 | 20 | 0 | 0 | 0 | 0 | 0 |
| | | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr | $m^3$/ha/yr |
| Cumulative volume with *C. ludovicianus* | 87.78 ± 41 | 31.95 | 21.11 | 4.29 | 5.05 | 10.80 | 9.00 | 5.59 |
| Percent of excavated soil | | 36 | 24 | 5 | 6 | 12 | 10 | 6 |
| Percent of soil depth horizon | 0.25 | 3.20 | 2.11 | 0.43 | 0.25 | 0.22 | 0.18 | 0.03 |
| Cumulative volume without *C. ludovicianus* | 61.86 ± 30 | 12.60 | 20.97 | 4.16 | 4.50 | 9.56 | 5.99 | 4.08 |
| Percent of excavated soil | | 20 | 34 | 7 | 7 | 15 | 10 | 7 |
| Percent of soil depth horizon | 0.18 | 1.26 | 2.10 | 0.42 | 0.23 | 0.19 | 0.12 | 0.02 |

[a] Depth profile for *T. taxus* estimated from my excavations of 30 burrows near in Washington; for *P occidentalis* I used cross-section photos of excavations.
[b] Mean burrow volume derived from App. 5 and tunnel dimensions multiplied by density.
[c] Derived from tunnel dimensions multiplied by density.
[d] Mean from Appendix 5.
[e] Chose 50% of estimate as uncertainty range based on patterns of uncertainty consistently observed for other species.
[f] Percentages in depth intervals will not add up to the small percentages under burrow volume to 3.5 m depth, due to scale differences.

Table 8. Summary of burrow attributes as reported directly and as calculated from the combination of other attributes.

| Taxonomic Group | Nest depth (m) | | Burrow depth (m) | | Mean mound volume ($m^3 \times 10^3$) | Mound area ($m^2 \times 10^2$), App. 18 | Mound area ($m^2$) per burrow (volume*18[a]) | Percent cover, density x mound area burrow$^{-1}$ | Percent cover due to mounds, App. 17 |
|---|---|---|---|---|---|---|---|---|---|
| | Max | Mean | Max | Mean | | | | | |
| Thomomys talpoides | 1.85 | 1.15 ± 0.99 | >3.56 | 1.44 ± 0.9 | 9.5 ± 7.4 | 13.9 ± 3 | 18.83 | 7.3 | 4.62 ± 2.49 |
| Geomyidae | 0.97 | 1.33 ± 0.75 | >3.56 | 1.17 ± 0.78 | 7.5 ± 7 | 14.5 ± 5 | 12 | 3.5 | 7.14 ± 7.11[a] |
| Perognathus hispidus | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Perognathus spp. | | | 1.50 | 0.71 ± 0.41 | --- | --- | 0.0353 | 0.01 (x2) | --- |
| Microtus pennsylvanicus | --- | --- | | --- | --- | --- | --- | --- | --- |
| Microtus spp. | 0.77 | 0.18 ± 0.08 | 0.85 | 0.54 ± 0.44 | --- | --- | 0.702 | 0.11 (x2) | --- |
| Peromyscus maniculatus | --- | --- | 0.5 | 0.24 ± 0.2 | --- | --- | 0.054 | --- | --- |
| Peromyscus spp. | --- | --- | 0.5 | 0.24 ± 0.2 | --- | --- | 0.054 | 0.017 (x2) | --- |
| Dipodomys ordii | --- | --- | 0.69 | 0.34 ± 0.24 | --- | --- | 0.162 | --- | --- |
| Dipodomys spp. | 0.4 | 0.36 ± 0.2 | 0.77 | 0.45 ± 0.23 | --- | --- | 0.157 | 0.0324 | --- |
| Spermophilus tridecemlineatus | 0.4 | 0.27 ± 0.10 | 1.85 | 0.69 ± 0.79 | --- | --- | 0.586 | --- | --- |
| Spermophilus spp. | 1.69 | 0.71 ± 0.32 | 1.96 | 0.81 ± 0.52 | --- | 274 ± 267 | 0.529 | 0.09 (x3) | 1.89 ± 2.0 |
| Cynomys ludovicianus | | | 5 | 3.61 ± 1.48 | | | | | 0.3 |
| Cynomys spp. | | | 5 | 2.64 ± 1.61 | | | | | |
| Taxidea taxus | 3.08 | 2.39 ± 0.62 | 1.90 | 0.96 ± 0.37 | 78 | --- | 1.64 | 1.68 | 0.17 |
| Pogonomyrmex occidentalis | --- | --- | 3.69 | 2.72 ± 1.19 | 53.8 | 124 ± 16 | 1.24 ± 0.16 | 0.28 | 3.2 ± 2.44 |
| Pogonomyrmex spp. | --- | --- | 5 | 2.70 ± 1.27 | 10.4 | 51.7 ± 30 | 0.517 ± 0.30 | 0.16 | 3.34 ± 2.15 |
| Myrmica spp. | --- | --- | 0.08 | --- | --- | 0.245 | 0.00245 | 0.99 | 1.00[b] |
| Cumulative among species | --- | --- | | | --- | --- | --- | 10.87 | 11.49 |

[a] The ratio of mound area divided by mound volume for species of Geomyidae (This ratio should be representative of mounds made by other species).

[b] To be conservative, I adjusted down from the observed 2.6%.

**Fate of Chemicals in Rocky Flats Soils and Risks to Nearby Residents**

Many types of chemicals and toxic materials were used at Rocky Flats, where the DOE contractors maintained and used large inventories of nonvolatile, semi-volatile, and highly volatile compounds (Goble 1996; Chemrisk 1991, App. C). Some of these materials were transported to off-site locations for waste storage or weapons use, and some were volatilized into the atmosphere. Some materials were delivered to elsewhere in classified amounts (F.P. Baranowski letter to Maj. Gen. A.W. Betts, Sept. 25, 1963; E.B. Tremmel letter to Maj. Gen. A.W. Betts, Dec. 18, 1963). Most other chemicals in the RFP inventory were likely deposited on the ground, as was the common disposal practice during the early years (Al Voight memo 1971). These chemicals were likely to have been suspended in the winds, although suspension rates would have varied depending on their volatility. Some fraction of these chemicals that were dumped on the ground but not immediately suspended in wind would have been buried by soil mounds excavated by burrowing animals. This inventory of protected chemicals, and those leached below the surface layer, were likely to have been suspended in winds once excavated to the ground surface by further animal burrowing, and some of this inventory will continue to suspend in the airstream long into the future. Soil acts as a sponge to deposited materials, but animal burrowing is squeezing parts of this sponge at all times.

That suspended and resuspended plutonium and other chemical contaminants pose significant risk of respiration and ingestion by nearby inhabitants was borne out by animal sampling. Cattle showed tissue concentrations of plutonium similar to body burdens in cattle sampled at the Nevada Test Site and the Roller Coaster Herd (Smith and Black 1977, p. 1). Deer on Rocky Flats were estimated to intake 8630 dpm plutonium per day (Alldredge *et al.* 1977). Pocket gophers 1 km downwind of the 903 Pad had twice the plutonium concentrations in lung tissue compared to gophers only 250 m downwind (Little 1976), indicating respiration as the pathway. Because plutonium was respirable to these three species, suspended plutonium and other chemical contaminants at RFP can logically be assumed to be respirable by people off-site.

Immediately after release of contaminants to the ground surface, some fraction is available for suspension. After some time, some of it will be covered by excavated soil. During the first year, about 11% of it will be covered, and thereby protected from suspension. It will mostly end up in the 0-10 cm depth horizon. During the first year, contaminants in liquid media would have leached to ≤3 cm deep, thereby also entering the 0-10 cm horizon. During the second year, 1.4 % of all the remaining contaminants would be excavated to soil mounds, and nearly another 11% would be covered by clean soil. The fraction of the 1.4% not blown away in the wind would then migrate down into the 0-10 cm horizon due to covering by soil and active transport in plant litter moved by animals.

The magnitude of bioturbation estimated in Tables 5 and 6 can account for much of the measured difference in plutonium concentration within the top 3 cm of soil at Macroplot 1 between 1972-74 and 1989 (Webb 1992). The top 3 cm of soil on one hectare comprises 300 $m^3$. After 16 years of 48.42 $m^3$ $ha^{-1}$ $yr^{-1}$ soil excavated to the ground surface by burrowing animals, a total of 775 $m^3$ would have surfaced, of which about half would suspend in wind and half would settle back into the soil profile. The soil profile suspended in wind would have been replaced somewhat by deposited sediments from upwind. Of the 48.42 $m^3$ excavated to the surface during the first year, 30% would have originated from the top 10 cm, so 9% would have come from the top 3 cm, assuming uniform burrow volume profile throughout the top 10 cm.

Based on reported mound erosion due to winds (Cole 1932b, Black and Montgomery 1991, Litaor *et al.* 1996), it is reasonable to assume half the excavated soils become entrained in the wind each year, then 388 $m^3$ would occupy the top 3.88 cm, under which would occur most of the plutonium originally deposited. Nine percent of the contaminated horizon would add up to 70 $m^3$ after 16 years, of which 35 $m^3$ would have become entrained in the wind, and the other 35 $m^3$ would have mixed with the clean soil. After 16 years, 423 $m^3$ of clean soil would have been excavated over and mixed with 265 $m^3$ of contaminated soil, but gopher backfilling of tunnels within the top 10 cm would have removed 25 $m^3$ to greater depths and replaced that with clean soil. Also, plant biomass would have put 16 $m^3$ of predominantly clean soil above-ground as dry biomass (DOE 1993, App. C; Whicker *et al.* 1990), and assuming half blows off in the wind, then 8 $m^3$ would cover the contaminated soil. Therefore, 476 $m^3$ of clean soil would have been mixed with 220 $m^3$ of contaminated soil for a ratio of 2.2:1. This mixing ratio is conservative because it does not account for the amount of plutonium that was resuspended before burrow construction and plant growth buried the contaminated layer. The actual mixing ratio would more likely be about 3:1 to 4:1, which overlaps the ratio argued by Webb (1992) as needed to reconcile the difference in plutonium concentrations between studies.

The following is an illustrative example of how the rate of soil bioturbation can be used to estimate airborne releases of specific contaminants in the soil. There were thousands of chemicals in the Rocky Flats inventory (Chemrisk 1991, Appendix C of Task 2 Report), but for the purpose of illustration, I just chose to estimate the amount of chromium $6^+$ that likely suspended in wind due to releases, such as following the chromic acid spill and subsequent spray irrigation onto the grassland area just to the east of the East Trenches. Chromium $6^+$ is toxic to humans, especially when contaminated dust particles accumulate in lung tissues (Gough *et al.*, Gough and Shacklette 1976). Following the Chemrisk screening approach, and given the following conditions and relationships between variables:

(1) the 1974 inventory of chromium (Chemrisk 1991, Appendix C of Task 2 Report) represented 1/10 of the average amount used and deposited on the ground (Al Voight memo 1971) for 15 years spanning 1960 to 1975;

(2) 50% remained chromium $6^+$, after the other half of the inventory reduced to chromium $3^+$ (David Brenner, personal communication, October 30, 1996);

(3) all chromium excavated by burrowing animals can be suspended in wind;

(4) all chromium $6^+$ on the ground occurred within the top 10 cm of soil;

(5) burrowing animals excavate 1.45% (range 0.75% to 2.9%) of the soil to the surface from the top 10 cm of the soil profile (0-10 cm depth horizon) every year;

(6) and the rate of soil excavation represents the rate of chromium exposure to winds;

(7) then 204 kg of chromium $6^+$ in the 1974 inventory resulted in 102 kg of chromium $6^+$ deposited on the ground, which multiplied by a usage rate of 10 times the inventory (Chemrisk 1991) and 15 years, gives 15,300 kg total inventory deposited and in equilibrium depth profile by 1967;

(8) and with no depletion and considering only one-third of the chromium is respirable (Goble 1996);

(9) then 1.45% (0.73% to 2.9%) soil excavation results in 222 kg (112 kg to 444 kg) excavated to the surface per year, of which 74 kg (37 kg to 148 kg) is respirable per year;

(10) and multiplying 74,000 g/year by the Sector 4 ISC dispersion factor of $5.3 \times 10^{-15}$ (taken from Table 5.1 of Goble 1996) yields $3.92 \times 10^{-4}$ µg $m^{-3}$, which when multiplied by the inhalation unit risk factor for chromium $6^+$ of 0.012 µg $m^{-3}$ (from EPA's IRIS data base), predicts a lifetime risk of $4.7 \times 10^{-6}$. Using the California EPA risk factor of 0.15, the lifetime risk is $5.9 \times 10^{-5}$ ($2.9 \times 10^{-5}$ to $1.2 \times 10^{-4}$).

The approach illustrated for chromium $6^+$ could be applied to all other nonvolatile hazardous materials deposited on the ground surface at Rocky Flats.

Another illustrative example can be demonstrated for buried waste. Buried waste sites are vulnerable to intrusion by burrowing animals, as clearly evident at Trench T-9, where the burrow-ridden soil cap has subsided below grade to a depth at least equal to the thickness of the original soil cap (0.62 m, Owen and Steward ca. 1975). Based on the summary in Table 8, about 62 $m^3$ $ha^{-1}$ $yr^{-1}$ would be excavated from the East Trenches. Given the dimensions of T-9 (Chemrisk 1992), about 23.4 $m^3$ $ha^{-1}$ $yr^{-1}$ was excavated since ca. 1966, or about 703 $m^3$. If half of this amount of soil blew away in the wind, and the trench depth extends to 3.5 m below-grade, then 352 $m^3$ of material left the trench. That is, almost 3% of the trench contents, including the soil cap, would have moved downwind in 30 years, and the rest likely mixed within the confines of the trench boundary. Considering only the contaminated layer of material under the soil cap, about 7.42 $m^3$ was likely excavated to the surface every year by burrowing animals (collective burrow volume from 51 to 350 cm below grade multiplied by 0.378 ha area of the trench), or about 223 $m^3$ after 30 years. If the trench was 3.5 m deep, then this amount of material excavated to the surface accounts for nearly 4% of the original inventory. In my judgment, this estimate is conservative of what actually occurred at Trench T-9.

This pathway involving the mixing of contaminants in soils (soil bioturbation) and chronic release to the airstream has not been studied adequately, and it was not considered by Chemrisk nor studied or monitored by the operators of the Rocky Flats Plant. The fact that this pathway has not been investigated, combined with the fact that the Rocky Flats Plant included thousands of other hazardous nonvolatile chemicals, together provide another reason for medical monitoring.

*Future Risk of Resuspended Contaminants at Rocky Flats*

My preceding assessment of bioturbation impacts, and the soil samples taken in 1972-74 and 1989 (Webb 1992), indicate a changing distribution of plutonium. Some plutonium is missing from the top 3 cm of soil due to erosion. The remainder is more thoroughly mixed in the upper 30 cm of soil, and some probably was transported to greater depths. Similar changes can be assumed for other contaminants that adhere strongly to soil particles. Rates of exposure to the winds due to animal burrowing and plant growth will be more chronic. However, the magnitude of bioturbation will likely increase because prairie dog populations are expanding onto the RFP property (DOE 1992b). The presence of prairie dogs also increases the population densities and burrowing activity of other burrowing animal species (O'Meilia *et al.* 1982). Therefore, residents downwind of Rocky Flats can expect a more steady entrainment of contaminants in the airstream than they experienced during the years of Plant operations, and they can expect greater quantities of airborne contaminants than they experienced during the last several years.

Prairie dogs will likely establish towns across the rest of the RFP during the next 10-15 years unless prairie dog expansion is halted by population control efforts or hazardous materials in the soil. On whatever parts of the RFP they occupy, 52% more soil from bioturbation will be excavated to the ground surface every year on mechanically unaltered soils, and 42% more will be brought to the surface on buried waste sites and other places where the ground has been broken by tractor work (Tables 5 and 6). On non-backfilled and unbroken soils, excavation of the top 10 cm will increase by about 133% and excavation of the 1-3.5 m depth horizon will increase 110%. On backfilled sites, prairie dogs will increase excavation of the top 10 cm of soil by about 154%. which is significant because the 903 Lip area is covered by only about 8 cm of fill (Owen and Steward ca. 1975).

Residents can expect that off-site areas supporting prairie dogs will have the entire top 10 cm layer of soil to have been excavated every 30 years, on average. At least half of this soil probably becomes entrained in the wind and moves farther downwind. All of the soil within the 11-30 cm depth horizon, which includes much of the contaminants that would have been buried by wind drifts and animal-excavated soil mounds, would likely be excavated to the surface by 94 years of prairie dog presence.

The RFP is being prepared as a grassland without radiological controls in the future (Karen Lutz and James Long, personal communications, October 10, 1996), which means that whatever contaminants remain in the soil will continue to be excavated upward, downward, and laterally by burrowing animals and plant growth, and the contaminants excavated to the ground surface will be entrained in winds and smoke from grass fires.

*Risk Assessment of Contaminant Resuspension Originating from Offsite Locations*

Prairie dogs already occupy lands downwind of the RFP, and they have done so throughout the Plant history. Their burrowing activities, and those of other burrowing animals, have already been turning the soil over, including any contaminants that were deposited during or since Plant operations. One can expect the wind-entrained contaminants to have accumulated off-site in non-random patterns (Budnitz 1996), and to have accumulated in low, protected aspects of the landscape (Owen 1996) off-site. The leeward side of fences, ditch banks, barns, and bushes ought to have accumulated contaminated dust particles blown in from the RFP. These locations of typical wind deposition will support early-successional plants and burrowing animals. Because the contaminants at these locations are already adhered to small soil particles, they are readily susceptible to resuspension due to any disturbance, including tractor work or foot traffic. Therefore, residents downwind of RFP can expect a chronic resuspension of contaminants from local accumulations across the landscape, and an occasional acute resuspension whenever they cause a major disturbance to certain accumulated sediments such as wind drifts or prairie dog mounds.

## Conclusions

Hazardous materials released to Rocky Flats soils have been vulnerable to chronic suspension and transport in wind due to the loosening and excavation of soil caused by bioturbation. Burrowing animals occur abundantly across the Rocky Flats Plant site, including within the soils known to have been contaminated with plutonium, americium, uranium, beryllium, and various types of hazardous chemicals. Burrowing animals have disturbed the soils to a high degree exactly where researchers and Plant operators have claimed that the plutonium depth and spatial distributions stabilized due to lack of

soil disturbance. Burrowing animals have also infiltrated buried waste in the East Trenches and they have burrowed under and around the 903 Pad. Very little of the contaminant inventory in Rocky Flats soils was ever beyond the influence of burrowing animals. Indeed, burrowing animals were attracted to soils disturbed by Plant operations, including waste management practices (e.g., trench burial, application of fill dirt, soil embankments, and asphalt pads).

In my opinion as a scientist, a substantial quantity of hazardous materials likely was exposed to winds by burrowing animals and subsequently moved off-site, including to areas inhabited by people. Some portions of earlier inventories likely mixed into the soil due to bioturbation, and this material remains vulnerable to excavation to the ground surface and exposure to winds. The Rocky Flats Plant operators should have monitored hazardous waste sites for movement of the hazardous materials caused by soil bioturbation and wind. Instead, surveillance and monitoring of animal species were improperly applied (virtually nonexistent), and the Plant operators did not fund useful environmental research. People off-site have been and continue to be at risk of exposure to dangerous materials generated by Rocky Flats operations. Soil bioturbation as an exposure pathway provides another reason for medical monitoring.

**References**

Abaturov, B.D. 1972. The role of burrowing animals in the transport of mineral substances in the soil. Pedobiologia 12:261-266.

Ad hoc review of Rocky Flats waste problems. ca. 1971. ID # 8000249.

Alcorn, J.R. 1940. Life history notes on the piute ground squirrel. J. Mammalogy 21:160-170.

Alldredge, A.W., W.J. Arthur, III, and G.S. Hiatt. 1977. Mule deer as a plutonium transport vector. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor. Rockwell International, Rocky Flats Plant.

Anderson, A.O. and D.M. Allred. 1964. Kangaroo rat burrows at the Nevada Test Site. Great Basin Naturalist 24:93-101.

Anderson, D. C. 1987. *Geomys bursarius* burrowing patterns: Influence of season and food patch structure. Ecology 68:1306-1318.

Anderson, D.C. and J.A. MacMahon. 1981. Population dynamics and bioenergetics of a fossorial herbivore, *Thomomys talpoides* (Rodentia: Geomyidae), in a spruce-fir sere. Ecol. Monogr. 51:179-202.

Antonio, E., F.W. Whicker, and S.A. Ibrahim. 1992. Progress report on radioecological investigations at Rocky Flats: The distribution and concentration of plutonium in small mammals residing on a contaminated soil site. Report to EG&G Rocky Flats, Inc. Rocky Flats, Colorado.

Arthur, W.J., III, and O.D. Markham. 1983. Small mammal soil burrowing as a radionuclide transport vector at a radioactive waste disposal area in southeastern Idaho. J. Environ. Qual. 12:117-122.

Arthur, W.J., O.D. Markham, C.R. Groves, B.L. Keller, and D.K. Halford. 1986. Radiation dose to small mammals inhabiting a solid radioactive waste disposal area. J. Applied Ecology 23:13-26.

Arthur, W.J., O.D. Markham, C.R. Groves, and B.L. Keller. 1987. Radionuclide export by deer mice at a solid radioactive waste disposal area in southeastern Idaho. Health Physics 52:45-53.

Assing, V. 1986. Distribution, densities and activity patterns of the ants (Hymenoptera: Formicidae) of Calluna Heathlands in Northwestern Germany. Entomol. Gener. 11(3/4):183-190.

Ayre, G. L. 1971. Preliminary studies on the foraging and nesting habits of *Myrmica americana* Weber (Hymenoptera: Formicidae) in eastern Canada. Z. Ang. Ent. 68:295-299.

Bailey, B. 1929. Mammals of Shelburne County, Minnesota. J. Mammalogy 19:153-164.

Bakeman, M. E. 1996. Appendix E. Soil invertebrates.

Bandoli, J.H. 1981. Factors influencing seasonal burrowing activity in the pocket gopher, *Thomomys bottae*. J. Mammalogy 62:293-303.

Bandoli, J.H. 1987. Activity and plural occupancy of burrows in Botta's pocket gopher Thomomys Bottae. Am. Midl. Nat. 118:10-14.

Baranowski, F. P. letter to Major General A. W. Betts. September 25, 1963. Disposal of radioactive waste material.

Barnes, V.G., Jr. 1973. Pocket gophers and reforestation in the Pacific Northwest: a problem analysis. USDI Fish and Wildlife Service, Special Scientific Report--Wildlife No. 155.

Barrick, C.W. 1981. Past accidental releases of radioactivity from the Rocky Flats Plant. Environmental Sciences Department.

Bartholomew, G.A. and J.W. Hudson. 1961. Desert ground squirrels. Sci. American 205:107-116.

Baxter, F.P. and F.D. Hole. 1967. Ant (Formica cinerea) pedoturbation in a prairie soil. Soil Sci. Soc. Am. Proc. 31:425-428.

Benedix, J.H., Jr. 1993. Area-restricted search by the plains pocket gopher (Geomys bursarius) in tallgrass prairie habitat. Behavioral Ecology 4:318-324.

Bickel, J.E. of the DOE, letter to A.E. Whiteman at Rocky Flats Area Office, July 20, 1988.

Biggins, D. E., B. J. Miller, L. R. Hanebury, B. Oakleaf, A. H. Farmer, R. Crete and A. Dood. 1993. A technique for evaluating black-footed ferret habitat. Pages 73-88 in J. L. Oldemeyer, D. E. Biggins, B. J. Miller and R. Crete, editors. Management of prairie dog complexes for the reintroduction of the black-footed ferret. Biological Report 13 July 1993, U.S. Department of the Interior Fish and Wildlife Service, Washington, D.C.

Case No. 1:90-cv-00181-JLK Document 1582-3 filed 11/02/05 USDC Colorado pg 12 of 20



Bishop, N. G. and J. L. Culbertson. 1976. Decline of prairie dog towns in southwestern North Dakota. J. Range Manage. 29:217-220.

Black, T.A. and D.R. Montgomery. 1991. Sediment transport by burrowing mammals, Marin County, California. Earth Surface Processes and Landforms 16:163-172.

Blackburn, T.M., K.J. Gaston. 1996. Abundance-body size relationships: the area you census tells you more. Oikos.

Blair, W.F. 1940. Home ranges and populations of the meadow vole in southern Michigan. J. Wildlife Management 4:149-161.

Blair, W.F. 1948. Population density, life span, and mortality rates of small mammals in the blue-grass meadow and blue-grass field associations of southern Michigan. Amer. Midl. Naturalist 40:395-419.

Bonham, C. D. and A. Lerwick. 1976. Vegetation changes induced by prairie dogs on shortgrass range. J. Range Manage. 29:221-225.

Boone, J.D. and B.L. Keller. 1993. Temporal and spatial patterns of small mammal density and species composition on a radioactive waste disposal area: the role of edge habitat. Great Basin Naturalist 53:341-349.

Boss, M. R. of Rockwell International. July 20, 1977. Letter to D. D. Hornbacher. Uranium releases to the atmosphere - June 1977.

Bradley, W.G., K.S. Moor, and S.R. Naegle. 1977. Plutonium concentrations and Pu/Am ratios in small vertebrates fron NAEG intensive study areas of NTS. Excerpted from NVO-181, Transactions in Desert Ecosystems (11/77).

Branson, F.A., R.F. Miller, and I.S. McQueen. 1965. Plant communities and soil moisture relationships near Denver, Colorado. Ecology 46:311-319.

Brian, M.V. 1978. Production ecology of ants and termites. Cambridge University Press, New York.

Budnitz, R.J. 1996. Waste management practices associated with the 903-area plutonium releases. Report to Berger and Montague, P.C.

Buechner, H. K. 1942. Interrelationships between the pocket gopher and land use. Journal of Mammalogy 23:346-348.

Buffer, P. Highlights in Rocky Flats plant history.

Burns, J. A., D. L. Flath, and T. W. Clark. 1989. On the structure and function of white-tailed prairie dog burrows. Great Basin Naturalist 49:517-524.

Butler, F. E. of the Dow Chemical Company. August 13, 1962. Letter to J. G. Epp. Waste disposal.

Butler, F. E. of the Dow Chemical Company. August 17, 1962. Letter to A.N. Sampson. Waste disposal.

Bykov, A.V. and M.K. Sapanov. 1989. Significance of mammal burrowing activity in water accumulation in forest plantations on clay semidesert. Ekologiya 1:50-55.

Cameron, S.R., G.N. Spencer, B.D. Eshelman, L.R. Williams, and M.J. Gregory. 1988. Activity and burrow structure of Attwater's pocket gopher (Geomys attwateri). J. Mamm. 69:667-677.

Campbell, T. M. III and T. W. Clark. 1981. Colony characteristics and vertebrate associates of white-tailed and black-tailed prairie dogs in Wyoming. American Midland Naturalist 105:269-276.

Carlson, D. C. and E. M. White. 1988. Variations in surface-layer color, texture, pH, and phosphorus content across prairie dog mounds. Soil Sci. Soc. Am. J. 52:1758-1761.

Chapman, T. S. of the Dow Chemical Company, Rocky Flats Plant, Denver, Colorado. February 4, 1953. Letter to F. H. Langell. Some conditions for on-site burial of contaminated solid waste.

Chapman, T. S. of the Dow Chemical Company. Jan. 29, 1960. Letter to F. H. Langell. Dissemination to the public of data on environmental levels of radioactivity.

Chemrisk Division, McLaren/Hart. 1991. Appendix C, Comparison of inventory quantities: 1974 vs. 1988/89. Task 2 report selection of the chemicals and radionuclides of concern. Colorado Department of Health.

ChemRisk. 1992. Reconstruction of historical Rocky Flats operations and identification of release points. Project Tasks 3 & 4, Final Draft Report. Colorado Department of Health.

Cincotta, R. P. 1989. Note on mound architecture of the black-tailed prairie dog. Great Basin Naturalist 49:621-623.

Clark, T. W. 1971. Notes on white-tailed prairie dog (*Cynomys leucurus*) burrows. Great Basin Naturalist 31:115-124.

Clark, T. W., T. M. Campbell III, D. G. Socha, and D. E. Casey. 1982. Prairie dog colony attributes and associated vertebrate species. Great Basin Naturalist 42:572-582.

Clark. T. W., L. Richardson, D. Casey, T.M. Campbell, III, and S. Forrest. 1984. Seasonality of black-footed ferret diggings and prairie dog burrow plugging. J. Wildl. Manage. 48:1441-1444.

Cline, J.F., F.G. Burton, D.A. Cataldo, W.E. Skiens, and K.A. Gano. 1982. Long-term biobarriers to plant and animal intrusions of uranium tailings. Pacific Northwest Laboratory, PNL-4340.

Cline, J.F., K.A. Gano, and L.E. Rogers. 1980. Loose rock as biobarriers in shallow land burial. Health Physics 39:497-504.

Cochran, T. B. 1996. Overview of Rocky Flats operations. Draft report for Berger and Montague, P.C.

Coffin, D.P., and W.K. Lauenroth. 1988. The effects of disturbance size and frequency on a shortgrass plant community. Ecology 69:1609-1617.

Cole, A.C., Jr. 1932a. The relation of the ant, Pogonomyrmex occidentalis, Cr., to its habitat. Ohio Journal of Science 32:133-146.

Cole, A.C., Jr. 1932b. The rebuilding of mounds of the ant, Pogonomyrmex occidentalis, Cress. Ohio Journal of Science 32:245-246.

Conklin, A. W. 1986. A.W. Conklin's memory dump – February 1986.

Connolly, R. A. and R. E. Landstrom. 1969. Gopher damage to buried cable materials. Materials Research Society 9:13.

Cox, G. W. 1990. Soil mining by pocket gophers along topographic gradients in a mima moundfield. Ecology 71:837-843.

Criddle, S. 1926. The habits of Microtus minor in Manitoba. J. Mamm. 7:193-200.

Criddle, S. 1930. The prairie pocket gopher, Thomomys talpoides rufescens. J. Mamm. 11:265-280.

Criddle, S. 1939. The thirteen-striped ground squirrel in Manitoba. Canadian Field-Naturalist 53:1-6.

Culbertson, A.E. 1946. Observations on the natural history of the Fresno kangaroo rat. J. Mammalogy 27:189-203.

Culver, D.C. and A.J. Beattie. 1983. Effects of ant mounds on soil chemistry and vegetation patterns in a Colorado montane meadow. Ecology 64:485-492.

Dalsted, K. J., S. Sather-Blair, B. K. Worceter, and R. Klukas. 1981. Application of remote sensing to prairie dog management. J. Range Management 34:218-223.

Dames and Moore. 1970. Appendix B: Soil stratigraphic investigations. Report 70-23000-OR-Vol. 2 (c).

Davis, W.B. 1939. The townsend ground squirrels of Idaho. J. Mammalogy 20:182-190.

Davis, W.B., R.R. Ramsey, and J.M. Arendale, Jr. 1938. Distribution of pocket gophers (Geomys breviceps) in relation to soils. J. Mammalogy 19:412-418.

Davis, W.H. and P.J. Kalisz. 1992. Burrow systems of the prairie vole, *Microtus ochrogastor*, in central Kentucky. J. Mamm. 73:582-585.

Dawson, R., E. Hotton, I. Takahashi, and C. Doty. 1977. Natural vegetation of a mixed-grass prairie. Unpublished document.

Department of Energy (DOE). 1980. Final environmental impact statement (Final statement to ERDA 1545-D), Rocky Flats plant site, Golden, Jefferson County, Colorado, Volume 1 of 3.

Department of Energy (DOE). 1992a. Historical release report for the Rocky Flats Plant. Rocky Flats Plant, Golden, Colorado.

Department of Energy (DOE). 1992b. Baseline biological characterization of the terrestrial and aquatic habitats at the Rocky Flats Plant, Final Report. Rocky Flats Plant, Golden, Colorado.

Department of Energy (DOE). 1993. Watershed management plan for Rocky Flats. Rocky Flats Office.

Department of Energy (DOE). 1995. Rocky Flats environmental technology site ecological monitoring program 1995 annual report. Rocky Flats Field Office ,Golden, CO.

den Boer, PJ (1981) On the survival of populations in a heterogeneous and variable environment. Oecologia 50:39-53

Desha, P.G. 1966. Observations on the burrow utilization of the thirteen-lined ground squirrel. Southwestern Naturalist 11:408-410.

Detling, J.K. and A.D. Whicker. 1988. Control of ecosystem processes by prairee dogs and other grassland herbivores. Pages 23-29 in Uresk, D. W., G. L. Schenbeck and R. Cefkin, technical coordinators. Eighth Great Plains wildlife damage control workshop proceedings. General Technical Report RM-154. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, 231 p.

Dow Chemical Company . January 18, 1973. Letter to W.H. Hauschildt. Proposed project for reclaiming and storage of contaminated carbon tetrachloride. Denver CO: Rocky Flats Division.

Downhower, J. F., and E. R. Hall. 1966. The pocket gopher in Kansas. Mus. Natur. Hist. Misc. Pub. 44:1-32.

Edwards, R.L. 1946. Some notes on the life history of the Mexican ground Squirrel in Texas. J. Mamm. 27:105-115.

Ellison, L. 1946. The pocket gopher in relation to soil erosion on mountain range. Ecology 27:101-14.

Ellison, L. and C.M. Aldous. 1952. Influence of pocket gophers on vegetation of subalpine grassland in central Utah. Ecology 33:177-186.

ERDA. 1976. Environmental assessment for the removal of contaminated soil at the Rocky Flats Plant of the U.S. Energy Research and Development Administration. Report 60-13820-RR-009.

Erickson, J.M. 1972. Mark-recapture techniques for population estimates of *Pogonomyrmex* ant colonies: an evaluation of the $^{32}P$ technique. Annals of the Entomological Society of America 65:57-61.

Essington, E. H., R. O. Gilbert, D. L. Wireman, D. N. Brady and E. B. Fowler. 1977. Plutonium, americium, and uranium in blow-sand mounds of safety-shot sites at the Nevada test site and the Tonopah test range. Excerpted from NVO-181, Transuranics in Desert Ecosystems, 11/77.

Evans, F.C. 1951. Notes on a population of the striped ground squirrel (*Citellus tridecemlineatus*) in an abandoned field in southeastern Michigan. J. Mamm. 32:437-439.

Evans, F.C. and R. Holdenried. 1943. A population study of the beechey ground squirrel in Central California. J. Mammalogy 24:231-260.

Felthauser, M. and D. McInroy. 1983. Mapping pocket gopher burrow systems with expanding polyurethane foam. J. Wildlife Management 47:555-558.

Fisher, H.J. 1945. Notes on voles in central Missouri. J. Mamm. 26:435-437.

Fitch, H.S. 1948. Ecology of the California ground squirrel on grazing lands. American Midland Naturalist 39:513-596.

Fitch, H.S. 1948b. Habits and economic relationships of the Tulare kangaroo rat. J. Mammalogy 29:5-35.

Fitzgerald, J. P., C. A. Meaney, and D. M. Armstrong. 1994. Mammals of Colorado. University Press of Colorado, Niwot, Colorado.

Fitzner, R. E., K. A. Gano, W. H. Rickard, and L. E. Rogers. 1979. Characterization of the Hanford 300 area burial grounds, task IV – biological trasport. PNL-2774, UC-70, Batelle Pacific Northwest Laboratory, Richland, Washington.

Flath, D.L. and R.K. Paulick. Mound characteristics of white-tailed prairie dog maternity burrows. American Midland Naturalist 102:395-399.

Freiberg, K.J. of Dow Chemical Company, letter to E.A. Putzier. July 9, 1970. Health Physics monthly status report – operations group technical and construction – June, 1970.

Gaines, M.S. and M.L. Johnson. 1982. Home range size and population dynamics in the prairie vole, *Microtus ochrogastor*. Oikos 39:63-70.

Garrett, M. G., J. L. Hoogland and W. L. Franklin. 1982. Demographic differences between an old and a new colony of black-tailed prairie dogs (Cynomys ludovicianus). American Midland Naturalist 108:51-59.

Garten, C.T., Jr. 1979. Radiocesium uptake by a population of cotton rats (Sigmodon hispidus) inhabiting the banks of a radioactive liquid waste pond. Health Physics 36:39-45.

Gashwiler, J.S. 1970. Plant and mammal changes on a clearcut in west-central Oregon. Ecology 51:1018-1026.

Gettinger, R.D. 1984. Energy and water metabolism of free-ranging pocket gophers, *Thomomys bottae*. Ecology 65:740-751.

Getz, L.L., J.E. Hofmann, B.J. Klatt, L. Verner, F.R. Cole, and R.L. Lindroth. 1987. Fourteen years of population fluctuations of *Microtus ochrogaster* and *M. pennsylvanicus* in east central Illinois. J. Zoology 65:1317-1325.

Goldberg, E.S. letter to D.J. Sanchini. June 1, 1989. Disposal of out-of-date chemicals via sanitary waste.

Giddings, R. 1979. Lateral X-section, burrow excavation, Perognathus Parvus. Unpublished sketch, Hanford Operations.

Goble, R. 1996. Exposures from releases of plutonium and other toxic substances at Rocky Flats. Report to Berger and Montague, P.C.

Gonzales, G.J., M.T. Saladen, and T.E. Hakonson. 1995. Effects of pocket gopher burrowing on cesium-133 distribution on engineered test plots. Journal of Environmental Quality 24:1056-1062.

Gordon, D.M. 1991. Behavioral flexibility and the foraging ecology of seed-eating ants. American Naturalist 138:379-411.

Gordon, D.M. 1995. The development of an ant colony's foraging range. Anim. Behav. 49:649-659.

Gough, L.P. and H.T. Shacklette. 1976. Toxicity of selected elements to plants, animals, and Man – an outline. United States Department of the Interior, Geological Survey.

Gough, L.P., H.T. Shacklette, and A.A. CAse. Date. Element concentrations toxic to plants, animals, and Man. Geological Survey Bulletin.

Graham, M.B. 1980. Seasonal analysis of demographic parameters in populations of Microtus pennsylvanicus and M. ochrogaster. Bios 232-236.

Grant, W.E., N.R. French, and L.J. Folse, Jr. 1980. Effects of pocket gopher mounds on plant production in shortgrass prairie ecosystems. Southwestern Naturalist 25:215-224.

Greene, R.A. and C. Reynard. 1932. The influence of two burrowing rodents, *Dipodomys spectabilis spectabilis* (kangaroo rat) and *Neotoma albigula albigula* (pack rat) on desert soils in Arizona. Ecology 13:73-80.

Gregg, R.E. 1963. The ants of Colorado. University of Colorado Press, Boulder, Colorado.

Grinnell, J. 1923. The burrowing rodents of California as agents in soil formation. J. Mammalogy 4:137-149.

Grinnell, J. 1932. Habitat relations of the giant kangaroo rat. J. Mammalogy 13:305-320.

Grinnell, J. 1933. Native California rodents in relation to water supply. J. Mammalogy 14:293-298.

Grinnell, J. and J. Dixon. 1919. Natural history of the ground squirrels of California. Monthly Bulletin State Comm. Horticulture 7:597-708.

Groves, C.R. and B.L. Keller. 1983. Ecological characteristics of small mammals on a radioactive waste disposal area in southeastern Idaho. American Midland Naturalist 109:253-265.

Hakonson, T. E. 1986. Evaluation of geologic materials to limit biological intrusion into low-level radioactive waste disposal sites. LA-10286-MS, UC-70B, Los Alamos National Laboratory, New Mexico.

Hakonson, T. E. and J. W. Nyhan. 1980. Ecological Relationships of plutonium in southwest ecosystems. Pages 403-419 in W. C. Hanson, ed. Transuranic elements in the environment.

Hakonson, T. E. and L J. Johnson. 1973. Distribution of environmental plutonium in the Trinity site ecosystem after 27 years. Pages 242-247 in Proc. 3rd international congress radiation protection association. conf 730907.

Hakonson, T. E., R. L. Watters, and W. C. Hanson. 1981. The transport of plutonium in terrestrial ecosystems. :63-69.

Hakonson, T. E., J. L. Martinez, and G. C. White. 1982. Disturbance of a low-level waste burial site cover by pocket gophers. Health Physics 42:868-871.

Hammond, S.E. 1971. Industrial-type operations as a source of environmental plutonium. Pages 25-35 in E.B. Fowler, R.W. Henderson, and M.F. Milligan, eds. Proc. Environmental Plutonium Symposium, Los Alamos National Laboratory.

Hansen, R.M. and M.J. Morris. 1968. Movement of rocks by northern pocket gophers. J. Mamm. 49:391-399.

Harrington, F.A., A. Deans, M.E. Bakeman, and T.R. Ryon. 1995. Recent records and preliminary habitat characterization of Preble's meadow jumping mouse (Zapus hudsonicus preblei) in Colorado. Co-Wyo Acad. Sci. 27:26.

Harrington, F.A., J.K. Nelson, and J.D. Haines. 1995. Terrestrial communities and flora of Rocky Flats environmental technology site. Colorado-Wyoming Academy of Science 27:25-26.

Hawbecker, A.C. 1940. The burrowing and feeding habits of Dipodomys venustus. J. Mamm. 21:388-396.

Hawes, R. W. May 28, 1988. Letter to F. J. Blaha. Pondcrete storage 904 pad.

Hawes, R. W. and D. D. Hornbacher. March 4, 1977. Status report: Deep plowing - surface water control project. Environmental Sciences Environmental Analysis and Control.

Hazle, A. J., and M. Hanrahan. 1977. Knowledge, intellect and wisdom. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor. Rockwell International, Rocky Flats Plant.

Headlee, T.J. and G.A. Dean. 1908. The mound-building ant. Kansas Agricultural Experiment Station Bulletin 154:165-180.

Hedlund, J.D., and L.E. Rogers. 1976. Characterization of small mammal populations inhabiting the B-C Cribs environs. BNWL-2181, Richland, Washington.

Hickman, G.C. and L.N. Brown. 1973a. Mound-building behavior of the southeastern pocket gopher (*Geomys pinetis*). J. Mammalogy 54:786-790.

Hickman, G.C. and L.N. Brown. 1973b. Pattern and rate of mound production in the southeastern pocket gopher (*Geomys pinetis*). J. Mammalogy 54:971-975.

Hole, F.D., 1981. Effects of animals on soils. Geoderma, 25: 75-212.

Hoogland, J.L., D.K. Angell, J.G. Daley, and M.C. Radcliffe. 1988. Demography and population dynamics of prairie dogs. Pages 18-21in Uresk, D. W., G. L. Schenbeck and R. Cefkin, technical coordinators. Eighth Great Plains wildlife damage control workshop proceedings. General Technical Report RM-154. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, 231 p.

Hornbacher, D.D. 1977. The Rocky Flats environmental monitoring program. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor. Rockwell International, Rocky Flats Plant.

Howard, W.E. 1952. A live trap for pocket gophers. J. Mammalogy 33:61-65.

Howard, W.E. 1961. A pocket gopher population crash. J. Mammalogy 42:258-260.

Howard, W.E. and H.E. Childs Jr. 1959. Ecology of pocket gophers with emphasis on Thomomys Bottae Mewa. Hilgardia 29:277-358.

Howard, W. E., R. E. Marsh, R. J. Laacke, K. S. Smallwood, and W. A. Erickson. 1990. Environmental exposure and fate of multi-kill strychnine gopher baits. Final Report to USDA Forest Service –NAPIAP, Cooperative Agreement PSW-89-0010CA.

Hunter, J.E. 1991. Grazing and pocket gopher abundance in a California annual grassland. Southwestern Naturalist 36:117-118.

Huntly, N., and Inouye, R. 1988. Pocket gophers in ecosystems: patterns and mechanisms. Bioscience 38:786-793.

Hurley, J.D. and T.F. Winsor. 1980. Plutonium/americium inventory of the smart ditch pond ecosystem. Pages 18-39 in D.C. Hunt and J.D. Hurley, eds. Environmental studies group annual report for 1978. Rockwell International, Rocky Flats Plant, Golden, Colorado.

Ibrahim, S.A., M.J. Schierman, and F.W. Whicker. 1996. Comparative distribution of $^{241}$Am and $^{239,240}$Pu in soils around the Rocky Flats Environmental Technology Site. Health Physics 70:520-526.

Illsley, C. T. 1979. Plutonium removed with soil from the rim of the 903 Area. Rockwell International. ES-376-79-212.

Illsley, C. T. of Rockwell International. October 17, 1986. Letter to G. H. Setlock. Rumored waste under bldg. 460.

Ingles, L. G. 1952. The ecology of the mountain pocket gopher, *Thomomys monticola*. Ecology 33:87-95.

Jameson, E. W., Jr. 1950. Natural history of the prairie vole (Mammalian Genus Microtus). University of Kansas Publications, Museum of Natural History 1:125-151.

Johnson, A.R. 1984. Findings of biological investigations into contaminated ant mounds near the inactive 270-E-1 neutralization tank. Internal letter 65634-025, Rockwell International.

Johnson, J.E., S. Svalberg, and D. Paine. 1974. Study of plutonium in aquatic systems of the Rocky Flats environs. Report to Dow Chemical Company, Golden, Colorado.

Johnson, J.E. 1977. A study of plutonium in the holding ponds on the Rocky Flats site. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor. Rockwell International, Rocky Flats Plant.

Jones, E.N. 1990. Effects of forage availability on home range and population density of *Microtus pennsylvanicus*. J. Mamm. 71:382-389.

Joshel, L. M. of the Dow Chemical Company, Rocky Flats Division, Golden, Colorado. November 14, 1956. Letter to J. G. Epp. Disposal of UCRL oil..

Kashkarov, D. and V. Kurbatov. 1930. Preliminary ecological survey of the vertebrate fauna of the central Kara-Kum Desert in West Turkestan. Ecology 11:35-60.

Keeler, K.H. 1993. Fifteen years of colony dynamics in Pogonomyrmex occidentalis, the western harvester ant, in western Nebraska. Southwestern Naturalist 38:286-289.

Kelchner, B. L. of the Dow Chemical Company, Rocky Flats Division, Golden, CO November 14, 1974. Letter to H. E. Bowman. File 16-10. Inspectable and repairable process systems.

Killough, J.R. and H. Le Sueur. 1953. The red harvester. Our Public Lands 3:4 & 14.

Koford, C. B. 1958. Prairie dogs, whitefaces, and blue grama. Wildlife Monographs No. 3.

Koprowski, J. L. 1989. Burrow distribution of thirtenn-lined ground squirrels in relation to tree canopies. Prairie Naturalist 21:185-188.