60

Krey, P.W. 1976. Remote plutonium contamination and total inventories from Rocky Flats. Health Physics 30:209-214.

Krey, P.W. and E.P. Hardy. 1970. Plutonium in soil around the Rocky Flats Plant. U.S. Atomic Energy Commission, Health and Safety Laboratory, New York. HASL-235.

Krey, P.W. and B.T. Krajewski. 1972. Plutonium isotopic ratios at Rocky Flats. Energy Research and Development, Health and Safety Laboratory, New York. HASL-318.

Krey, P.W., E.P. Hardy, and L.E. Toonkel. 1976. The distribution of plutonium and americium with depth in soil at Rocky Flats. U.S. Atomic Energy Commission, New York. HASL-318.

Kritzman, E.B. 1974. Ecological relationships of Peromyscus maniculatus and Perognathus parvus in eastern Washington. Journal of Mammalogy 55:172-188.

Landeen, D.S., and R.M. Mitchell. 1981. Intrusion of radioactive waste burial sites by the Great Basin pocket mouse (Perognathus parvus). Rockwell Hanford Operations, Richland, Washington. RHO-SA-211.

Landeen, D. S., and R. M. Mitchell. 1982. Intrusion of radioactive waste burial sites by the Great Basin pocket mouse (Perognathus parvus). Proc. Of an international symposium on migration in the terrestrial environment of long-lived radionuclides from the nuclear fuel cycle organized by the International Atomic Energy Agency, the Commission of the European Communities and the OECD Nuclear Energy Agency. International Atomic Energy Agency, Vienna.

Landeen, D.S., C.D. Jorgensen, and H.D. Smith. 1979. Competition between harvester ants and rodents in the cold desert. Great Basin Naturalist 39:267-273.

Langer, G. Date? Resuspension of Pu contaminated soil particles at low wind speeds and by rain splash from prairie grass covered soil. Draft document.

Laundre, J.W. 1989. Horizontal and vertical diameter of burrows of five small mammal species in southeastern Idaho. Great Basin Naturalist 49:646-649.

Laundre, J.W. 1993. Effects of small mammal burrows on water infiltration in a cool desert environment. Oecologia 94:43-48.

Laundre, J.W and T.D. Reynolds. 1993. Effects of soil structure on burrow characteristics of five small mammal species. Great Basin Naturalist 53:358-366.

Lavigne, R.J. 1966. Individual mound treatments for control of the western harvester ant, Pogonomyrmex occidentalis, in Wyoming. J. Econ. Entom. 59:525-532.

Lawton, F. P. of Rockwell International. July 26, 1988. Letter to G. S. Setlock. July 22, 1988 spill of pondcrete at the 904 pad.

Lincoln, R. J., G. A. Boxshall and P. F. Clark. 1982. A dictionary of ecology, evolution and systematics. Cambridge: Cambridge University Press.

Lindeman, R.L. 1942. The trophic dynamic aspect of ecology. Ecology 23:399-418.

List 1954. Colorado Agriculture Experiment Station Technical Bulletin 55:1-20.

Litaor, M.I. and L. Allen. 1996. A comprehensive appraisal of [241]Am in soils around Rocky Flats, Colorado. Health Physics 71:347-357.

Litaor, M.I., R. Mancinelli, and J.C. Halfpenny. 1996. The influence of pocket gophers on the status of nutrients in alpine soils. Geoderma 70:37-48.

Little, C.A. 1976. Plutonium in a grassland ecosystem. Ph.D. Thesis, Colorado State University, Fort Collins.

Little, C.A. 1977. Distribution of plutonium in the terrestrial environment. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor. Rockwell International, Rocky Flats Plant.

Little, C.A. and F.W. Whicker. 1978. Plutonium distribution in Rocky Flats soil. Health Physics 34:451-457.

Little, C.A., F.W. Whicker, and T.F. Winsor. 1980. Plutonium in a grassland ecosystem at Rocky Flats. J. Environ. Qual. 9:350-354.

Long, J. D., Jr. letter to J. Auerbach, November 6, 1996. re: Cook, et al. v. Rockwell International Corp., et al. No. 90-K-181 (D. Colo.).

Longhurst, W. 1944. Observations on the ecology of the Gunnison prairie dog in Colorado. J. Mamm. 25:24-36.

MacCracken, J.G., D.W. Uresk, and R.M. Hansen. 1985. Rodent-vegetation relationships in southeastern Montana. Northwest Science 59:272-278.

Mackay, W.P. 1981. A comparison of the nest phenologies of three species of Pogonomyrmex harvester ants (Hymenoptera: Formicidae). Psyche 88:25-74.

Mackay, W.P. ????. The biology and economic impact of Pogonomyrmex harvester ants. ????

Mankin, P.C. and L.L. Getz. 1994. Burrow morphology as related to social organization of Microtus ochrogaster. J. Mamm. 75:492-499.

Marsh, G.P. 1898. The earth as modified by human action. Scribner, NY.

Matheson, L.A. 1952. Conference on waste disposal at Rocky Flats. Unpublished Security Information.

McCarley, H. 1966. Annual cycle, population dynamics and adaptive behavior of *Citellus tridecemlineatus*. J. Mamm. 47:294-316.

McDonough, W.T. 1974. Revegetation of gopher mounds on aspen range in Utah. Great Basin Naturalist 34:267-275.

McDowell, L.M. and F.W. Whicker. 1978. Size characteristics of plutonium particles in Rocky Flats soil. Health Physics 35:293-299.

McKenzie, D.H., L.L. Cadwell, L.E. Eberhardt, W.E. Kennedy, Jr., R.A. Peloquin, and M.A. Simmons. 1982. Relevance of biotic pathways to the long-term regulation of niclear waste disposal. Pacific Northwest Laboratory, Richland, Washington. PNL-4241.

McKenzie, D. H., L. L. Cadwell, W. E. Kennedy, Jr., L. A. Prohammer, and M. A. Simmons. 1986. Relevance of biotic pathways to the long-term regulation of nuclear waste disposal. NUREG/CR-2675, PNL-4241, Vol. 6, RW. Pacific Northwest Laboratory, Richland, Washington.

Menkens, G. E., Jr. and S. H. Anderson. 1993. Mark-recapture and visual counts for estimating population size of white-tailed prairie dogs. Pages 67-72 in J. L. Oldemeyer, D. E. Biggins, B. J. Miller and R. Crete, editors. Management of prairie dog complexes for the reintroduction of the black-footed ferret. Biological Report 13 July 1993, U.S. Department of the Interior Fish and Wildlife Service, Washington, D.C.

Menkens, G.E., Jr., B.J. Miller, and S.H. Anderson. 1988. White-tailed prairie dog ecology in Wyoming. Pages 34-38 in Uresk, D. W., G. L. Schenbeck and R. Cefkin, technical coordinators. Eighth Great Plains wildlife damage control workshop proceedings. General Technical Report RM-154. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Forest and Range Experiment Station, 231 p.

Messick, J.P. and M.C. Hornocker. 1981. Ecology of badgers in Idaho. Wildl. Monogr. 76:1-49.

Metzger, L.H. 1980. Dispersion and numbers in Peromyscus populations. American Midland Naturalist 103:26-31.

Michels, D.E. 1972. Truant prairie dogs – alternatives and considerations. Report 60-13430-RR-003.

Mielke, H.W. 1977. Mound building by pocket gophers (Geomyidae): their impact on soils and vegetation in North America. Journal of Biogeography 4:171-180.

Miera, F. R., and T. E. Hakonson. 1978. Radiation doses to rodents inhabiting a radioactive waste receiving area. Health Physics 34:603-609.

Mihok, S., B.N. Turner, and S.L. Iverson. 1985. The characterization of vole population dynamics. Ecological Monographs 55:399-420.

Miller, M.A. 1946. Reproductive rates and cycles in the pocket gopher. J. Mammalogy 27:335-358.

Porter, S.D. and C.D. Jorgenson.  1988.  Longevity of harvester ant colonies in southern Idaho.  J. Range Management 41:104-107.

Powell, K. L., R. J. Robel, K. E. Kemp and M. D. Nellis.  1994.  Aboveground counts of black-tailed prairie dogs:  temporal nature and relationship to burrow entrance density.  J. Wildl. Manage 58:361-366.

Pugh, S.R. and R.H. Tamarin.  1991.  A comparison of population characteristics and reproductive success of resident and immigrant meadow voles.  Can. J. Zool. 69:2638-2643.

Putzier, E.A.  1970.  A summary of on site radioactive waste disposal.  The Dow Chemical Company, Rocky Flats Division, Golden, Colorado.

Putzier, E.A.  1982.  The past 30 years at Rocky Flats Plant.  Dow Rocky Flats.

Ray, E.L. letter to C.W. Piltingsrud, Jan. 3, 1962.  Contaminated rabbit.

Reed, K.M. and J.R. Choate.  1986.  Natural history of the Plains pocket mouse in agriculturally disturbed sandsage prairie.  Prairie Naturalist 18:79-90.

Reichman, O.J., T.G. Whitham, and G.A. Ruffner. 1982. Adaptive geometry of burrow spacing in two pocket gopher populations. Ecology 63:687-95.

Reid 1973.  Pages 21-41 in Pocket gophers and Colorado Mountain Rangeland, annonymous editor.

Reid, V.H., R.M. Hansen, and A.L. Ward. 1966. Counting mounds and earth plugs to census mountain pocket gophers. J. Wildl. Manage. 30:327-334.

Reynolds, T.M. and J.W. Laundre.  1988.  Vertical distribution of soil by four species of burrowing rodents in disturbed and undisturbed soils.  Health Physics 54:445-450.

Reynolds, T.M. and W.L. Wakkinen.  1987.  Characteristics of the burrows of four species of rodents in undisturbed soils in southeastern Idaho.  American Midland Naturalist 118:245-250.

Richens, V.B.  1966.  Notes on the digging activity of a northern pocket gopher.  J. Mamm. 47:531-533.

Ricklefs, R.E.  1990.  Ecology, Third Edition.  W.H. Freeman & Co., New York.

Rockwell International.  1987.  Implementation plan for environmental survey findings.  Rocky Flats Plant, Golden, Colorado.

Rockwell International.  1988. Action description memorandum for 881 Hillside hazardous waste burial site remedial actions.  Rocky Flats Area Office.

Rockwell International.  1989.  Action description memorandum for 903 Pad, Mound, and East Trenches areas hazardous waste burial sites remedial actions.  Report 89-RF-0900.

66

Rockwell International chromic acid investigation team. April 28, 1989. Letter to D. J. Sanchini. Chromic acid incident.

Roeder, J. R. of United States Energy Research and Development Administration. Sept. 10, 1975. Letter to W. M. Lamb. Environmental monitoring report Rocky Flats plant.

Rogers, I.E. 1974. Foraging activity of the western harvester ant in the shortgrass plains ecosystem. Environ. Entom. 3:420-424.

Rogers, I.E. and R.J. Lavigne. 1974. Environmental effects of western harvester ants on the shortgrass plains ecosystem. Environ. Entom. 3:994-997.

Romney, E.M., H.M. Mork, and K.H. Larson. 1970. Persistence of plutonium in soil, plants and small mammals. Health Physics 19:487-491.

Rongstad, O.J. 1965. A life history of thirteen-lined ground squirrels in southern Wisconsin. J. Mammalogy 46:76-87.

Ryan, E. S. of the Dow Chemical Company. Feb. 13, 1961. Letter to J. G. Epp. On-site oil burning.

Ryon, T. R. 1996. Appendix G). Terrestrial arthropods.

SAIC (Science Applications International Corporation) 1986. Quality assurance audit of environmental monitoring and related operations at Rocky Flats Plant, September 15-19, 1986. Rockwell International Corporation, Golden, Colorado.

Scheffer, T.H. 1908. The pocket gopher. Kansas State Agricultural Experiment Station Bulletin 152:111-143.

Sejkora, K. J., and A. W. Alldredge. 1989. Influence of pocket gophers on water erosion and surface hydrology. Final Report to Los Alamos National Laboratory.

Setlock. G. H. June 3, 1985. Volatile organic compounds in Rocky Flats waters overview. Rockwell International, North American Space Operations, Rocky Flats Plant.

Setlock. G. H. Dec. 11, 1987. Spray irrigation at Rocky Flats. Rockwell International.

Setlock, G. Jan. 11, 1989. Letter to A. Hazle. Review of RFP studies of plutonium resuspension from 903 Pad field.

Setlock, G.H. of Rockwell International, letter to McKinley, July 3, 1989. Exceedance of plant control guides by runoff waters from pondcrete storage areas.

Setlock, G.H. of Rockwell International, letter to McKinley, August 29, 1989. Environmental data from 904 and 750 pondcrete storage areas.

Setlock, G. August 8, 1995. Deposition, Vol. II. Re: Merilyn Cook, et al., plaintiffs, vs. Rockwell International Corporation, et al., defendants. Denver, CO: Avery Woods Reporting Services, Inc.

Setlock, G.H. and F.J. Blaha.  1986.  Rocky Flats Plant radioecology and airborne pathway summary report.  Rockwell International, Golden, Colorado.

Seton, E.T. 1929. Lives of game animals.  Doubleday, Doran and Company, Garden City, New York.

Sharp, L.A. and W.F. Barr.  1960.  Preliminary investigations of harvester ants on southern Idaho rangelands.  J. Range Management 13:131-134.

Shaw, W.T.  1918.  The Columbian ground squirrel (Citellus columbianus columbianus).  California State Commission of Horticulture 7:710-720.

Shaw, W.T.  1926.  Age of the animal and slope of the ground surface, factors modifying the structure of hibernation dens of ground squirrels.  J. Mammalogy 7:91-96.

Shaw, W.T.  1934.  The ability of the giant kangaroo rat as a harvester and storer of seeds.  J. Mammalogy 15:275-286.

Sheets, R.G., R.L. Linder, and R.B. Dahlgren.  1971.  Burrow systems of prairie dogs in South Dakota.  J. Mammalogy 52:451-453.

Shelford, V.E.  1929.  Laboratory and field ecology.  Williams and Wilkins Company, Baltimore, Maryland.

Shuman, R.  1984.  Intrusion of soil covered uranium mill tailings by whitetail prairie doga and Richardson's ground squirrels.  Ms thesis, Colorado State University, Fort Collins.

Simonson, D. P.  Sept. 27, 1989.  Letter to D. J. Sanchini of Rockwell International, AERO, RFP. Supplement ambient air monitoring sites along Indiana Avenue.

Smallwood, K.S.  1993.  Understanding ecological pattern and process by association and order.  *Acta Oecologica* 14:443-462.

Smallwood, K.S.  1995.  Scaling Swainson's hawk population density for assessing habitat-use across an agricultural landscape.  J. Raptor Research 29:172-178.

Smallwood, K.S.  1996a.  Assessment of the BIOPORT model's parameter values for pocket gopher burrowing characteristics.  Report to Berger & Montague, P.C. and Roy S. Haber, P.C.

Smallwood, K.S.  1996b.  Second assessment of the BIOPORT model's parameter values for pocket gopher burrowing characteristics and other relevant wildlife observations.  Report to Berger & Montague, P.C. and Roy S. Haber, P.C.

Smallwood, K.S. and W.A. Erickson.  1995.  Estimating gopher populations and their abatement in forest plantations.  Forest Science 41:284-296.

Smallwood, K.S. and S. Geng.  1993.  Management of pocket gophers in Sacramento Valley alfalfa. California Alfalfa Symposium 23:86-89.

Smallwood, K.S. and S. Geng. 1996. Multi-scale influences of gophers on alfalfa yield and quality. Field Crop Research: In press.

Smallwood, K.S. and C. Schonewald. 1996. Scaling population density and spatial pattern for terrestrial, mammalian carnivores. *Oecologia* 105:329-335.

Smallwood, K.S., G. Jones, and C. Schonewald. 1996. Spatial scaling of allometry for terrestrial, mammalian carnivores. *Oecologia* 107:588-594.

Smith, C.F. 1948. A burrow of the pocket gopher (*Geomys bursarius*) in eastern Kansas. Trans. Kansas Acad. Sci. 51:313-315.

Smith, D.D., and D.E. Bernhardt. 1977. Actinide concentrations in tissues from cattle grazing a contaminated range. Excerpted from NVO-181, Transactions in Desert Ecosystem (11/77).

Smith, G.W. and D.R. Johnson. 1985. Demography of a townsend ground squirrel population in southwestern Idaho. Ecology 66:171-178.

Smith, U.D., and S.C. Black. 1977. Radionuclides in cattle near Rocky Flats. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor. Rockwell International, Rocky Flats Plant.

Smith, W.J. II, F.W. Whicker, and H.R. Meyer. 1982. Review and categorization of saltation, suspension, and resuspension models. Nuclear Safety 23:685-700.

Sneva, F.A. 1979. The western harvester ants: their density and hill size in relation to herbaceous productivity and big sagebrush cover. J. Range Management 32:46-47.

Sparks, D.W., and D.C. Anderson. 1988. The relationship between habitat quality and mound building by a fossorial rodent, Geomys bursarius. J. Mamm. 69:583-587.

Spencer, S.R., G.N. Cameron, B.D. Eshelman, L.C. Cooper, and L.R. Williams. 1985. Influence of pocket gopher mounds on a Texas coastal prairie. Oecologia 66:111-115.

Stickel, L.F. 1946. Experimental analysis of methods for measuring small mammal populations. J. Wildlife Management 10:150-159.

Storer, T.I., F.C. Evans, and F.G. Palmer. 1944. Some rodent populations in the Sierra Nevada of California. Ecol. Monogr. 14:165-192.

Stromberg, M. R. 1978. Subsurface burrow connections and entrance spatial pattern of prairie dogs. Southwestern Naturalist 23:173-180.

Surface water sample data, 1985.

Tansley, A.G. 1935. The use and abuse of vegetational concepts and terms. Ecology 16:284-307.

Taylor, R.A.J. and L.R. Taylor. 1979. A behavioral model for the evolution of spatial dynamics. In: Anderson RM, Turner BD, Taylor LR (eds) Population dynamics. Blackwell Scientific Publications, Oxford, pp 1-28

Taylor, W.P. 1935. Some animal relations to soils. Ecology 16:127-136.

Terman, C.R. 1968. Pages 412-450 in J.A. King, ed. Biology of Peromyscus (Rodentia). Spec. Publ. No. 2 American Society of Mammal. 593 pp.

Tevis, L. Jr. 1956. Responses of small mammal populations to logging of Douglas-fir. J. Mamm. 37:189-196.

Thorne, D.H. and D.C. Andersen. 1990. Long-term soil-disturbance pattern by a pocket gopher, *Geomys bursarius*. J. Mamm. 71:84-89.

Thorp, J. 1949. Effects of certain animals that live in soils. Scientific Monthly 68:183-191.

Tileston, J. V. and R. R. Lechleitner. 1966. Some comparisons of the black-tailed and white-tailed prairie dogs in north-central Colorado. American Midland Naturalist 75:292-316.

Tilman, D. 1983. Plant succession and gopher disturbance along an experimental gradient. Oecologia 60:285-292.

Tremmel, E.E. letter to Major General A. W. Betts. December 16, 1963. Disposal of radioactive waste materials from Mound and Rocky Flats.

Tryon, C. A., Jr. 1947. The biology of the pocket gopher *Thomomys talpoides* in Montana. Montana State Agricultural Experiment Station Bulletin 448:2-30.

United States Atomic Energy Commission. 1972. Environmental statement: Land acquisition, Rocky Flats Plant, Colorado. Responsible official: R. E. Hollingsworth, General Manager.

Uresk, D.W., and J.F. Cline. 1978. Decommissioning and decontamination studies. Pages8.7-8.9 in Pacific Northwest Laboratory Annual Report for 1977 to the DOE Assistant Secretary for Environment. PNL-2500 PT2.

Van Vuren, D. 1996. Burrowing activities of semi-fossorial mammals at the US Ecology Site. Expert report for Plaintiffs of Hanford Litigation.

Vaughan, T.A. 1961. Vertebrates inhabiting pocket gopher burrows in Colorado. Journal of Mammalogy 42:171-174.

Vogel, R. of Dow Chemical Company, letter to E.A. Putzier, Dec. 5, 1973. Land fill dump.

Vogel, R. of Dow Chemical Company, letter to E.A. Putzier, Dec. 17, 1973. Landfill dump.

Vogel, R. of Dow Chemical Company, letter to E.A. Putzier, Jan. 11, 1974. Landfill dump.

70

Vogel, R. of Dow Chemical Company, letter to E.A. Putzier, Jan. 28, 1974. Landfill dump findings.

Vogel, R. Nov. 15, 1995. Deposition re: Merilyn Cook *et al.*, Plantiffs, vs. Rockwell International Corporation *et al.*, Defendents. Civil Action No. 90-K-181.

Voight , Al and unknown author. Letter to Barrin ???. Sept. 20, 1971. Re: waste disposal.

Voth, E.H. 1976. Burrows of Townsend ground squirrel on the ALE Reserve, Washington. Unpublished Document, Batelle, Pacific Northwest Laboratories, Richland, Washington.

Webb, S. B. 1992. A study of plutonium in soil and vegetation at the Rocky Flats plant. Masters Thesis, Colorado State University.

Weber, J.M. 1996. Adaptation of atmospheric resuspension formulations for use in the source term determination at the Rocky Flats Plant 903 Pad Area. Rocky Flats Dose Reconstruction Project. Radiological Assessments Corporation.

Werkema, G. J. June 19, 1972. Investigation of radioactivity found in 701 building sanitary sewer backflow and in 995 building outfall, June 7-13, 1972. Product and health physics research service report. Rocky Flats.

Weston, Roy F. Inc. 1989. Proposed interim measures/interim remedial action plan and decision document. 903 pad, mound, and east trenches areas operable unit 2. Rocky Flats plant, Golden, Colorado.

Wheeler, G.C. and J. Wheeler. 1963. The ants of North Dakota. University of North Dakota, Grand Forks.

Wheeler, R.E. 1978. Radioactively contaminated coyote feces in the northeast section of 200 West Area. Rockwell Hanford Operations, Occurrence Report U-131. Richland, Washington.

Whicker, A. D and J. K. Detling. 1993. Control of grassland ecosystem processes by prairie dogs. Pages 18-27 in J. L. Oldemeyer, D. E. Biggins, B. J. Miller and R. Crete, editors. Management of prairie dog complexes for the reintroduction of the black-footed ferret. Biological Report 13 July 1993, U.S. Department of the Interior Fish and Wildlife Service, Washington, D.C.

Whicker, A. D. and J. K. Detling. 1988. Ecological consequences of prairie dog disturbances. BioScience 38:778-785.

Whicker, F.W. 1973. Radioecology of some natural organisms and systems in Colorado. Eleventh annual progress report on Atomic Energy Commission Contract at [11-1] -1156.

Whicker, F.W. 1974. Letter to I. L. Brisbin, October 14th.

Whicker, F.W. 1974. Letter to Gary Huffman, Feb. 15th.

Whicker, F.W. 1977. Letter to W.H. Pennington, December 2nd.

Whicker, F.W. 1977. Three-year summary report to U.S. Energy Research and Development Administration on Contract EY-76-S-02-1156, Radioecology of natural systems.

Whicker, F.W. 1978. Radioecology of natural systems: Sixteenth annual progress report for the period August 1, 1977 – July 31, 1978. The U.S. Department of Energy.

Whicker, F. W. 1979. Radioecology of natural systems. Final Report. The U.S. Department of Energy Under Contract No. EY-76-S-02-1156.

Whicker, F. W. 1996. Plutonium releases from the Hanford site: a review. Report for Kirkland & Ellis, Chicago.

Whicker, F. W. October 15-16, 1996. Deposition, Volumes I & II, Re: Hanford Nuclear Reservation Litigation. No. CY-91-3015-AAM. Denver, CO: Avery Woods Reporting, Inc.

Whicker, F. W. and S. A. Ibrahim. January 1992. Progress report on radioecological investigations at Rocky Flats to EG&G Rocky Flats, Inc. Agreement ASC 83749AM.

Whicker, F. W. and S. A. Ibrahim. June 1992. Progress report on Radioecological investigations at Rocky Flats to EG&G Rocky Flats, Inc. Rocky Flats Plant, Golden, CO, Agreement ASC 83749AM.

Whicker, F. W., S. A. Ibrahim, A. W. Alldredge and L. Fraley, Jr. September 15, 1990. Progress report on radioecological investigations at Rocky Flats to EG&G Rocky Flats, Inc. Golden, Colorado. Agreement ASC 49074 WS.

Whicker, F. W., S. A. Ibrahim, and L. Fraley, Jr. January 31, 1991. Progress report on radioecological investigations at Rocky Flats to EG&G Rocky Flats, Inc. Golden, Colorado. Agreement ASC 49074 WS.

Whicker, F.W. and L. Fraley, Jr. 1977. Overview of Colorado State University Terrestrial buffer zone studies. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor. Rockwell International, Rocky Flats Plant.

Whicker, F. W. and S.A. Ibrahim. 1991. Progress report on radioecological investigations at Rocky Flats. EG&G Rocky Flats, Inc. Golden, Colorado.

Whicker, F.W. and S.A. Ibrahim. 1992. Statement of Interest: Sampling at the Rocky Flats Plant and related investigation to support CDH studies on the public health risk of environmental radioactivity.. Submitted to Health Advisory Panel, Colorado Department of Health, Denver.

Whitford, W.G., P. Johnson, and J. Ramirez. 1976. Comparative ecology of the harvester ants Pogonomyrmex barbatus (F. Smith) and Pogonomyrmex rugosus (Emery). Insects Sociaux 23:117-132.

Whitford, W.G., D. Schaefer, and W. Wisdom. 1986. Soil movement by desert ants. Southwestern Naturalist 31:273-274.

White, E. M. and D. C. Carlson.  1984.  Estimating soil mixing by rodents.  Proc. S. D. Acad. Sci. 63:34-37.

White, G. E. of the Dow Chemical Company, Rocky Flats Division, Golden, Colorado.  April 28, 1964.  Letter to J. G. Epp.  Disposal of contaminated metal turnings.

Whitehead, L. C.  1927.  Notes on prairie-dogs.  J. Mamm. 8:58.

Williams, G. W. of Rockwell International.  December 7, 1987.  Letter to C. P. Bader.  Alternate spray irrigation site.  No. A04-47.

Williams, G.  May 31, 1995.  Deposition re: Merilyn Cook *et al.*, Plantiffs, vs. Rockwell International Corporation *et al.*, Defendents.  Civil Action No. 90-K-181.

Willard, W.K.  1960.  Avian uptake of fission products from an area contaminated by low-level atomic wastes.  Science 132:148-150.

Williams, L.R. and G.N. Cameron.  1986.  Effects of removal of pocket gophers on a Texas coastal prairie. American Midland Naturalist 115:216-224.

Williams, L.R., G.N. Cameron, S.R. Spencer, B.D. Eshelman, and M.J. Gregory.  1986.  Experimental analysis of the effects of pocket gopher mounds on Texas coastal prairie.  J. Mamm. 67:672-679.

Winsor, T.F.  1977.  Small mammal studies in the buffer zones. In Transactions of meeting on Rocky Flats buffer zone ecological and environmental research meeting, D.C. Hunt, Editor.  Rockwell International, Rocky Flats Plant.

Winsor, T.F.  1980.  Remote sensing program.  Pages 44-51 in D.C. Hunt and J.D. Hurley, eds. Environmental studies group annual report for 1978.  Rockwell International, Rocky Flats Plant, Golden, Colorado.

Winsor, T.F.  1980.  Monitoring and modeling program.  Pages 51-58 in D.C. Hunt and J.D. Hurley, eds.  Environmental studies group annual report for 1978.  Rockwell International, Rocky Flats Plant, Golden, Colorado.

Winsor, T. F., and F. W. Whicker.  1980.  Pocket gophers and redistribution of plutonium in soil.  Health Physics 39:257-262.

Wolff, J.O.  1985.  The effects of density, food, and interspecific interference on home range size in *Peromyscus leucopus* and *Peromyscus maniculatus*.  Can. J. Zool. 63:2657-2662.

Woodward-Clevenger & Associates, Inc.  1974.  Geotechnical services proposed and existing landfills DOW Chemical Rocky Flats Plant near Golden, Colorado.  DOW Chemical Company, Rocky Flats Division, Golden, Colorado.

Zeis, C.D. and D.C. Coonfield.  1976.  Year by year trends in plutonium levels of soil around Rocky Flats.  EAC-376110-001.

Appendix 1. Estimates of animal density.

| Species | Site | Density (# ha⁻¹) | N | Ha | Season | Citation |
|---|---|---|---|---|---|---|
| Thomomys talpoides | N. Utah, meadow | 13.53 | | 0.16 | spring | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, meadow | 29.16 | | 0.16 | fall | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, meadow | 8.57 | | 0.56 | spring | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, meadow | 11.1 | | 0.56 | fall | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, aspen | 7.825 | | 0.16 | spring | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, aspen | 13.2 | | 0.16 | fall | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, fir | 1.575 | | 0.16 | spring | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, fir | 3.467 | | 0.16 | fall | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, spruce | 0.525 | | 0.16 | spring | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, spruce | 1.4 | | 0.16 | fall | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, spruce | 0.933 | | 0.56 | spring | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | N. Utah, spruce | 0.95 | | 0.56 | fall | Anderson & MacMahon 1981, 1985 |
| Thomomys talpoides | Montana | 44.44 | 18 | 0.405 | August | Tryon 1947 |
| Thomomys talpoides | Montana | 71.6 | 29 | 0.405 | August | Tryon 1947 |
| Thomomys talpoides | Montana | 78 | 78 | 1 | 1943 | Tryon 1947 |
| Thomomys talpoides | Wasatch Plateau, CO | 83.65 | 44 total | 0.526 | | Ellison & Aldous 1952 |
| Thomomys talpoides | Wasatch Plateau, CO | 45.63 | 24 adults | 0.526 | | Ellison & Aldous 1952 |
| Thomomys talpoides | Black Mesa, CO grassland | 49.4 | 20 | 0.405 | | Miller & Bond 1960 |
| Thomomys talpoides | Black Mesa, CO grassland | 69.31 | 7 | 0.101 | | Miller & Bond 1960 |
| Thomomys talpoides | Black Mesa, CO grassland | 59.41 | 6 | 0.101 | | Miller & Bond 1960 |
| Thomomys talpoides | Black Mesa, CO grassland | 49.5 | 5 | 0.101 | | Miller & Bond 1960 |
| Thomomys talpoides | Black Mesa, CO grassland | 69.31 | 7 | 0.101 | | Miller & Bond 1960 |
| Thomomys talpoides | Flagstaff, AZ | 6 | ? | ? | | Bandoli 1981 |
| Thomomys bottae | San Mateo Co. rangeland | 50.8 | 187 | 3.68 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 55.56 | 90 | 1.62 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 24.58 | 189 | 7.69 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 33.05 | 154 | 4.66 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 42.24 | 147 | 3.48 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 71.12 | 133 | 1.78 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 55.82 | 115 | 2.06 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 55.25 | 121 | 2.19 | | Howard 1961 |
| Thomomys bottae | San Mateo Co. rangeland | 36.69 | 193 | 5.26 | | Howard 1961 |
| Thomomys bottae | Bass Lake, CA | 19.02 | 17.87 | 0.9394 | summer | Storer et al. 1944 |
| Thomomys bottae | Davis, fallow field | 64.55 | 12 | 0.1859 | | Miller 1948 |
| Geomys breviceps | College Station, Texas | 1.68 | 51 | 30.36 | | Davis et al. 1938 |
| Geomys breviceps | College Station, Texas | 3.36 | 51 | 15.18 | | Davis et al. 1938 |

74

| Species | Location | | | | | Reference |
|---|---|---|---|---|---|---|
| *Geomys breviceps* | College Station, Texas | 2.06 | 25 | 12.145 | | Davis et al. 1938 |
| *Geomys breviceps* | Van Zeldt Co., Texas | 16.79 | 68 | 4.049 | | Davis et al. 1938 |
| *Geomys attwateri* | Texas, unburned | 65 | 13 | 0.4 | | Spencer et al. 1985 |
| *Geomys attwateri* | Texas, burned | 55 | 11 | 0.4 | | Spencer et al. 1985 |
| *Geomys attwateri* | Venado Sands, Texas | 22 | 13 | 0.6 | | Cameron et al. 1988 |
| *Geomys bursarius* | Lake Trap, Texas | 32 | 10 | 0.3 | | Cameron et al. 1988 |
| *Geomys bursarius* | NE Kansas | 6.5 | | 4.0 | | Benedix 1993 |
| *Geomys bursarius* | NE Kansas | 6.5 | | 4.5 | | Benedix 1993 |
| *Perognathus hispidus* | Oklahoma | 1.58 | 24 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Perognathus hispidus* | Oklahoma | 0.526 | 8 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Perognathus parvus* | Hanford-ALE | 67.5 | 275 | 4.08 | | O'Farrell et al. 1975 |
| *Perognathus parvus* | Hanford BC-cribs | 28.4 | 55.67 | 1.96 | | Hedlund & Rogers 1976 |
| *Perognathus parvus* | Hanford shrub-steppe | 25.34 | 49.67 | 1.96 | | Hedlund & Rogers 1976 |
| *Perognathus parvus* | Hanford waste pond | 20 | 36.4 | 1.82 | | Paine et al. 1979 |
| *Perognathus californicus* | Bass Lake, CA | 3.46 | 3.25 | 0.9394 | summer | Storer et al. 1944 |
| *Peromyscus maniculatus* | Rocky Flats | 1755.55 | 7.9 | 0.0045 | | Dawson et al. 1977 |
| *Peromyscus maniculatus* | W. Montana | 10.7 | 30 | 2.8 | | Metzger 1980 |
| *Peromyscus maniculatus* | INEL | 261 | | 0.62 | | Arthur et al. 1987 |
| *Peromyscus maniculatus* | INEL | 150.3 | | 0.62 | | Arthur et al. 1987 |
| *Peromyscus maniculatus* | INEL | 296.5 | | 0.62 | | Arthur et al. 1987 |
| *Peromyscus maniculatus* | INEL | 206.1 | | 0.62 | | Arthur et al. 1987 |
| *Peromyscus maniculatus* | INEL | 473.3 | | 0.62 | | Arthur et al. 1987 |
| *Peromyscus maniculatus* | Oregon, forest | 4.2 | | 0.99 | spring | Gashwiler 1970 |
| *Peromyscus maniculatus* | Oregon, forest | 3.7 | | 0.99 | fall | Gashwiler 1970 |
| *Peromyscus maniculatus* | Oregon, clearcut | 7.66 | | 0.99 | spring | Gashwiler 1970 |
| *Peromyscus maniculatus* | Oregon, clearcut | 16.55 | | 0.99 | fall | Gashwiler 1970 |
| *Peromyscus maniculatus* | Michigan | 8.867 | 13.64 | 1.538 | | Blair 1948 |
| *Peromyscus maniculatus* | Lake Tahoe, California | 180.38 | 57 | 0.316 | | Storer et al. 1944 |
| *Peromyscus manichatus* | Bass Lake, CA | 26.5 | 24.89 | 0.9394 | summer | Storer et al. 1944 |
| *Peromyscus maniculatus* | Oklahoma | 0.526 | 8 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Peromyscus maniculatus* | Oklahoma | 0.855 | 13 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Peromyscus maniculatus* | SW Virgina | 12 | 12 | 1 | | Wolff 1985 |
| *Peromyscus maniculatus* | Montana | 110.44 | 128 | 1.159 | | MacCracken et al. 1985 |
| *Peromyscus maniculatus* | Montana | 37.1 | 43 | 1.159 | | MacCracken et al. 1985 |
| *Peromyscus maniculatus* | Montana | 119.07 | 138 | 1.159 | | MacCracken et al. 1985 |
| *Peromyscus maniculatus* | Montana | 63.848 | 74 | 1.159 | | MacCracken et al. 1985 |
| *Peromyscus boylii* | Bass Lake, CA | 13.96 | 13.11 | 0.9394 | summer | Storer et al. 1944 |
| *Peromyscus boylii* | Lake Tahoe, California | 0 | 0 | 0.316 | | Storer et al. 1944 |
| *Peromyscus leucopus* | SW Virginia | 12 | 12 | 1 | | Wolff 1985 |

75

| Species | Location | | | | | Reference |
|---|---|---|---|---|---|---|
| *Peromyscus leucopus* | Maryland riparian forest | 56.79 | 23 | 0.405 | fall | Stickel 1946 |
| *Peromyscus leucopus* | Maryland riparian forest | 15.99 | 110 | 6.88 | fall | Stickel 1946 |
| *Peromyscus leucopus* | Oklahoma | 0.197 | 3 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Peromyscus leucopus* | Oklahoma | 0.197 | 3 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Microtus pennsylvanicus* | Michigan | 0.51 | 0.787 | 1.538 | . | Blair 1948 |
| *Microtus pennsylvanicus* | Michigan | 13 | 15.87 | 1.22 | . | Blair 1948 |
| *Microtus pennsylvanicus* | Michigan, moist grass | 20.2 | 21.4 | 1.06 | . | Blair 1940 |
| *Microtus pennsylvanicus* | Michigan, dry grass | 3.09 | 6.25 | 2.02 | . | Blair 1940 |
| *Microtus pennsylvanicus* | C. Illinois | 45 | 44.55 | 0.99 | . | Graham 1980 |
| *Microtus pennsylvanicus* | Manitoba | 30 | 30 | 1 | . | Mihok et al. 1985 |
| *Microtus pennsylvanicus* | Manitoba | 25 | 36 | 1.44 | . | Mihok et al. 1985 |
| *Microtus pennsylvanicus* | Manitoba | 7.78 | 25.2 | 3.24 | . | Mihok et al. 1985 |
| *Microtus pennsylvanicus* | Massuchesettes | 24.43 | 17.1 | 0.7 | . | Pugh and Tamarin 1991 |
| *Microtus pennsylvanicus* | Montana | 100.949 | 117 | 1.159 | . | MacCracken et al. 1985 |
| *Microtus pennsylvanicus* | Illinois | 25 | 20 | 0.8 | . | Getz et al. 1987 |
| *Microtus pennsylvanicus* | Illinois | 25 | 16.75 | 0.67 | . | Getz et al. 1987 |
| *Microtus pennsylvanicus* | Illinois | 12 | 24 | 2 | . | Getz et al. 1987 |
| *Microtus pennsylvanicus* | Illinois | 10 | 20 | 2 | . | Getz et al. 1987 |
| *Microtus pennsylvanicus* | Illinois | 10 | 20 | 2 | . | Getz et al. 1987 |
| *Microtus ochrogaster* | Illinois | 5 | 2.5 | 0.5 | . | Getz et al. 1987 |
| *Microtus ochrogaster* | Illinois | 35 | 23.45 | 0.67 | . | Getz et al. 1987 |
| *Microtus ochrogaster* | Illinois | 10 | 20 | 2 | . | Getz et al. 1987 |
| *Microtus ochrogaster* | Illinois | 32 | 64 | 2 | . | Getz et al. 1987 |
| *Microtus ochrogaster* | Illinois | 25 | 20 | 0.8 | . | Getz et al. 1987 |
| *Microtus ochrogaster* | Kansas | 26.8 | 21.44 | 0.8 | . | Gaines and Johnson 1982 |
| *Microtus ochrogaster* | Kansas | 24.99 | 20 | 0.8 | . | Gaines and Johnson 1982 |
| *Microtus montanus* | INEL | 15.98 | 9.59 | 0.6 | . | Groves and Keller 1983 |
| *Microtus montanus* | INEL | 20.12 | 12.07 | 0.6 | . | Groves and Keller 1983 |
| *Microtus longicaudus* | Lake Tahoe, California | 12.66 | 4 | 0.316 | summer | Storer et al. 1944 |
| *Microtus longicaudus* | Bass Lake, CA | 1.48 | 1.39 | 0.9394 | . | Storer et al. 1944 |
| *Onychomys leucogastor* | Oklahoma | 1.711 | 26 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Onychomys leucogastor* | Oklahoma | 5.395 | 82 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Reithrodontomys montanus* | Oklahoma | 0.329 | 5 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Reithrodontomys montanus* | Oklahoma | 0 | 0 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Zapus hodsonicus* | Michigan | 0.98 | 1.11 | 1.13 | . | Blair 1948 |
| *Dipodomys ordii* | Oklahoma | 0.066 | 1 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Dipodomys ordii* | Oklahoma | 0 | 1 | 15.2 | 0 | O'Meilia et al. 1982 |
| *Dipodomys ordii* | INEL | 9.27 | 5.562 | 0.6 | . | Groves and Keller 1983 |
| *Dipodomys ordii* | INEL | 4.55 | 2.73 | 0.6 | . | Groves and Keller 1983 |

| Species | Location | | | | | Reference |
|---|---|---|---|---|---|---|
| Dipodomys ingens | C. California | 69.136 | 28 | 0.405 | | Grinnell 1932 |
| Dipodomys ingens | C. California | 49.383 | 20 | 0.405 | . | Grinnell 1932 |
| Dipodomys ingens | C. California | 39.506 | 16 | 0.405 | . | Grinnell 1932 |
| Dipodomys heermanni | California | 12.97 | 420 | 32.39 | . | Fitch 1948b |
| Neotoma cinerea | Lake Tahoe, California | 0 | 0 | 0.316 | | Storer et al. 1944 |
| Spermophilus tridecemlineatus | Oklahoma, site 1 | 4.098 | 10 | 2.44 | | Murray & Vestal 1979 |
| Spermophilus tridecemlineatus | Oklahoma, site 2 | 3.333 | 3 | 0.9 | | Murray & Vestal 1979 |
| Spermophilus tridecemlineatus | Oklahoma, site 3 | 3.659 | 12 | 3.28 | | Murray & Vestal 1979 |
| Spermophilus tridecemlineatus | Madison, Wisconsin | 31.78 | 193 | 6.073 | | Rongstad 1965 |
| Spermophilus tridecemlineatus | Ohio | 12 | 36 | 3 | | Koprowski 1989 |
| Spermophilus tridecemlineatus | Oklahoma | 6.61 | 15 | 2.27 | | Desha 1966 |
| Spermophilus tridecemlineatus | Michigan | 5.35 | 32.5 | 6.07 | | Evans 1951 |
| Spermophilus tridecemlineatus | Texas | 2.86 | 131 | 45.75 | | McCarley 1966 |
| Spermophilus tridecemlineatus | Rocky Flats | --- | 20-25 | --- | | Winsor 1977 |
| Spermophilus tridecemlineatus | Oklahoma | 0.789 | 12 | 15.2 | 0 | O'Meilia et al. 1982 |
| Spermophilus tridecemlineatus | Oklahoma | 1.513 | 23 | 15.2 | 0 | O'Meilia et al. 1982 |
| Spermophilus tridecemlineatus | Montana | 10.35 | 12 | 1.159 | . | MacCracken et al. 1985 |
| Spermophilus townsendii | Nevada | 74.07 | 1200 | 16.2 | | Alcorn 1940 |
| Spermophilus townsendii | Idaho | 11.7 ± 1.8 | 11.7 | 1 | | Smith & Johnson 1985 |
| Spermophilus townsendii | Idaho | 13 ± 1.8 | 13 | 1 | | Smith & Johnson 1985 |
| Spermophilus townsendii | Idaho | 13.7 ± 2.4 | 13.7 | 1 | | Smith & Johnson 1985 |
| Spermophilus townsendii | Idaho | 15.9 ± 1.3 | 15.9 | 1 | | Smith & Johnson 1985 |
| Spermophilus townsendii | ALE | 17 | | | | Voth 1976 |
| Spermophilus beecheyi | Bass Lake, CA | 26.18 | 24.59 | 0.9394 | summer | Storer et al. 1944 |
| Spermophilus beecheyi | Contra Costa Co. ranch | 183.1 | 17.33 | 0.09467 | | Grinnell & Dixon 1918, p. 632 |
| Spermophilus beecheyi | mowed barley hay | 42.8 | 25.33 | 0.5917 | | Grinnell & Dixon 1918, p. 632 |
| Spermophilus beecheyi | Fresno grain | 169 | 16 | 0.09467 | | Grinnell & Dixon 1918, p. 632 |
| Spermophilus beecheyi | Berkeley | 22.22 | 9 adults | 0.405 | | Grinnell & Dixon 1918, p. 632 |
| Spermophilus beecheyi | Madera range | 6.18 | 200 | 32.38 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 4.46 | 406 | 91 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 5.93 | 365 | 61.6 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 1.48 | 364 | 245.6 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 5.677 | 275.8 | 48.58 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 2.96 | 294 | 99.2 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 3.7 | 469 | 126.6 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 3.95 | 147 | 37.2 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 3.46 | 137 | 39.6 | | Fitch 1948 |
| Spermophilus beecheyi | San Joaquin Co. pasture | 2.22 | 85 | 38.24 | | Fitch 1948 |

77

| Species | Location | | | | | Reference |
|---|---|---|---|---|---|---|
| *Spermophilus beecheyi* | San Joaquin Co. pasture | 2.22 | 87 | 39.14 | | Fitch 1948 |
| *Spermophilus beecheyi* | San Joaquin Co. pasture | 3.21 | 115 | 35.83 | | Fitch 1948 |
| *Spermophilus beecheyi* | San Joaquin Co. pasture | 4.44 | 164 | 36.89 | | Fitch 1948 |
| *Spermophilus beecheyi* | California | 107.6 | 3485 | 32.39 | | Fitch 1948b |
| *Spermophilus beecheyi* | California central coast | 10.84 | 36 adults | 3.32 | | Evans & Holdenried 1943 |
| *Spermophilus beecheyi* | California central coast | 17.28 | 543 total | 31.42 | | Evans & Holdenried 1943 |
| *Spermophilus beecheyi* | Oregon, clearcut | 1 | | 3.97 | | Gashwiler 1970 |
| *Spermophilus beecheyi* | Butte Co. California | 1383 | | ? | | Grinnell & Dixon cf in Taylor 1935 |
| *Spermophilus beecheyi* | Lake Tahoe, California | 0 | 0 | 0.316 | | Storer *et al.* 1944 |
| *Spermophilus beldingi* | Lake Tahoe, California | 9.49 | 3 | 0.316 | | Storer *et al.* 1944 |
| *Spermophilus lateralis* | Lake Tahoe, California | 12.66 | 4 | 0.316 | | Storer *et al.* 1944 |
| *Sciurus griseus* | Bass Lake, CA | 1.11 | 1.04 | 0.9394 | | Storer *et al.* 1944 |
| *Sciurus douglasii* | Bass Lake, CA | 2.66 | 2.5 | 0.9394 | summer | Storer *et al.* 1944 |
| *Sciurus douglasii* | Lake Tahoe, California | 0 | 0 | 0.316 | | Storer *et al.* 1944 |
| *Eutamias amoenus* | Lake Tahoe, California | 22.15 | 7 | 0.316 | | Storer *et al.* 1944 |
| *Eutamias quadrimaculatus* | Bass Lake, CA | 3.29 | 14.6 | 4.45 | summer | Storer *et al.* 1944 |
| *Eutamias quadrivittatus* | Lake Tahoe, California | 50.63 | 16 | 0.316 | | Storer *et al.* 1944 |
| *Eutamias townsendii* | Oregon, forest | 5.68 | | 3.31 | fall | Gashwiler 1970 |
| *Cynomys ludovicianus* | Theodore Roosevelt Natl. Park | 49.38 | 40 | 0.81 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | Colorado | 31.45 | 50 | 1.59 | 0 | Tileston & Lechleitner 1966 |
| *Cynomys ludovicianus* | Shirttail Canyon | 21 | 44 | 2.105 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | S. Dakota | 24.7 | 52 | 2.105 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | Wellington, Colorado | 18.28 | 44.4 | 2.43 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | Colorado | 17.9 | 49.94 | 2.79 | 0 | Tileston & Lechleitner 1966 |
| *Cynomys ludovicianus* | Wind Cave Natl. Park | 3.95 | 16 | 4.05 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | near Fort Collins, CO | 9.88 | 48 | 4.86 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | N. Dakota | 32.424 | 214 | 6.6 | 0 | Hoogland *et al.* 1987 |
| *Cynomys ludovicianus* | near Nunn, Colorado | 4.94 | 72 | 14.57 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | Oklahoma | 24.4 | 371 | 15.2 | 0 | O'Meilia *et al.* 1982 |
| *Cynomys ludovicianus* | Wichita Mountain NWR | 14.25 | 225 | 15.79 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | Devil's Tower, Wyoming | 46.31 | 750 | 16.19 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | Wichita Mountain NWR | 11.61 | 235 | 20.24 | 0 | Koford 1958 |
| *Cynomys ludovicianus* | S. Dakota | 13.279 | 575 | 43.3 | 0 | Sheets *et al.* 1971 |
| *Cynomys ludovicianus* | Wind Cave Canyon | 56.6 | 89 | 1.57 | 0 | Garrett *et al.* 1982 |
| *Cynomys leucurus* | S. Dakota | 12.7 | 610 | 48 | 0 | Dean *et al.* 1993 |
| *Cynomys leucurus* | S. Dakota | 7.7 | 397 | 51.5 | 0 | Dean *et al.* 1993 |
| *Cynomys leucurus* | S. Dakota | 9.6 | 528 | 55 | 0 | Dean *et al.* 1993 |
| *Cynomys leucurus* | S. Dakota | 0 | 0 | 61 | 0 | Dean *et al.* 1993 |
| *Cynomys leucurus* | S. Dakota | 10.6 | 763.2 | 72 | 0 | Dean *et al.* 1993 |

78

| Species | Location | | | | | Reference |
|---|---|---|---|---|---|---|
| Cynomys leucurus | S. Dakota | 10.2 | 754.8 | 74 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 8.9 | 1651 | 185.5 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 8.6 | 1642.6 | 191 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 8.5 | 1670.25 | 196.5 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 16 | 4048 | 253 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 6.2 | 1674 | 270 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 8.3 | 3012.9 | 363 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 13.2 | 6065.4 | 459.5 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 9.9 | 6722.1 | 679 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 5.7 | 10839 | 1901.5 | 0 | Dean et al. 1993 |
| Cynomys leucurus | S. Dakota | 9.35 | 454468 | 4860.5 | 0 | Dean et al. 1993 |
| Cynomys leucurus | Colorado | 7.08 | 33 | 4.66 | | Tileston & Lechleitner 1966 |
| Pogonomyrmex occidentalis | Fort Collins, CO | 1.55 | | 2.5 | | Coffin & Lauenroth 1988 |
| Pogonomyrmex occidentalis | Oklahoma | 11 | 167.2 | 15.2 | 0 | O'Meila et al. 1982 |
| Pogonomyrmex occidentalis | Oklahoma | 10.5 | 160 | 15.2 | 0 | O'Meila et al. 1982 |
| Pogonomyrmex occidentalis | Nebraska | 69 | 69 | 1 | | Keeler 1993 |
| Pogonomyrmex occidentalis | S. Idaho, depleted saltsage | 95.3 | 114.4 | 1.2 | | Sharp & Barr 1960 |
| Pogonomyrmex occidentalis | S. Idaho, saltsage | 23.1 | 27.7 | 1.2 | | Sharp & Barr 1960 |
| Pogonomyrmex occidentalis | S. Idaho, shadscale | 27 | 64.8 | 2.4 | | Sharp & Barr 1960 |
| Pogonomyrmex occidentalis | NE Colorado, ungrazed | 23 | | 0.8 | | Rogers & Lavigne 1974 |
| Pogonomyrmex occidentalis | NE Colorado, light grazed | 28 | | 0.8 | | Rogers & Lavigne 1974 |
| Pogonomyrmex occidentalis | NE Colorado, med grazed | 31 | | 0.8 | | Rogers & Lavigne 1974 |
| Pogonomyrmex occidentalis | NE Colorado, heavy grazed | 3 | | 0.8 | | Rogers & Lavigne 1974 |
| Pogonomyrmex occidentalis | Denver | 25 | 400 | 16 | | Thorp 1949 |
| Pogonomyrmex occidentalis | Kansas alfalfa | 11.45 | 34 | 2.97 | | Headlee & Dean 1908 |
| Pogonomyrmex occidentalis | Idaho | 0.43 | 11 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.47 | 12 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.35 | 9 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.39 | 10 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.35 | 9 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.27 | 7 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.078 | 2 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.78 | 20 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.86 | 22 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.94 | 24 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.70 | 18 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.86 | 22 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 0.27 | 7 | 25.6 | | Cole 1932a |
| Pogonomyrmex occidentalis | Idaho | 1.02 | 26 | 25.6 | | Cole 1932a |

79

| Species | Location | | | | Reference |
|---|---|---|---|---|---|
| *Pogonomyrmex occidentalis* | Idaho | 0.47 | 12 | 25.6 | Cole 1932a |
| *Pogonomyrmex occidentalis* | Idaho | 1.09 | 28 | 25.6 | Cole 1932a |
| *Pogonomyrmex occidentalis* | E. Oregon pasture | 32.4 | 2100 | 64.8 | Johnson *et al.* 1938 cf in Sneva 79 |
| *Pogonomyrmex occidentalis* | E. Oregon pasture | 80.1 | 1298 | 16.2 | Sneva 1979 |
| *Pogonomyrmex occidentalis* | E. Oregon pasture | 56.5 | 915 | 16.2 | Sneva 1979 |
| *Pogonomyrmex owyheei* | Idaho | 40 | 108.8 | 2.72 | Porter & Jorgenson 1988 |
| *Pogonomyrmex* spp | Hanford burial grounds | 0 | 0 | 1 | Uresk & Cline 1978 |
| *Pogonomyrmex* spp | Hanford burial grounds | 12 | 12 | 1 | Uresk & Cline 1978 |
| *Pogonomyrmex* spp | Hanford burial grounds | 55 | 55 | 1 | Uresk & Cline 1978 |
| *Pogonomyrmex* spp | Hanford burial grounds | 32 | 32 | 1 | Uresk & Cline 1978 |
| *Pogonomyrmex* spp | Hanford burial grounds | 96 | 96 | 1 | Uresk & Cline 1978 |
| *Pogonomyrmex* spp | Hanford burial grounds | 4800 | 24 | 0.005 | Johnson 1984 |
| *Pogonomyrmex barbatus* | New Mexico | 14.6 | 116.8 | 8 | Gordon 1991 |
| *Pogonomyrmex barbatus* | New Mexico | 20-40 | 160-320 | 8 | Gordon 1995 (see earlier version) |
| *Formica cinerea montana* | Wisconsin prairie | 1531 | ? | ? | Baxter & Hole 1967 |
| *Rhombomys opinus* (gerbille) | Turkestan | 462 | ? | ? | Kashkorov & Kurbatov 1967 |
| *Apodemus sivaticus* | Caspian Plain | 11000 | 110 | 0.01 | Bykov & Sapanov 1989 |
| *Reithrodontomys* spp. | Rocky Flats | 666.67 | 3 | 0.0045 | Dawson *et al.* 1977 |

80

Appendix 2. Burrow Depth.

| Species | Site | Max Burrow Depth | Burrow Depth (m) | n | Citation |
|---|---|---|---|---|---|
| Thomomys talpoides | Rocky Flats | | >1 | | Winsor & Whicker 1980 |
| Thomomys talpoides | Rocky Flats | 1.5 (foam) | | | Felthauser & McInroy 1983 |
| Thomomys talpoides | Montana | | 0.46-0.77 | | Tryon 1947 |
| Thomomys talpoides | Manitoba | >3.56 | 2.67 | 3 | Criddle 1930 |
| Geomyidae | US | 1.54 | | many | Connolly & Landstrom 1969 |
| Thomomys bottae | Davis alfalfa | | 0.72 | | Miller 1957 |
| Thomomys bottae | Davis alfalfa | 2 | | | Miller 1957 |
| Thomomys bottae | N. California | 1.54 | | | Pers. comm. |
| Thomomys bottae | N. California | >2 | | | W. Erichson, pers. comm. |
| Geomys bursarius | | | 0.1574 (0.1075-0.31) | 21 | Moulton et al. 1983 |
| Geomys bursarius | | | 0.235 (0.175-0.32) | 23 | Moulton et al. 1983 |
| Geomys bursarius | Kansas | 0.97 | | 1 | Smith 1948 |
| Pappogeomys castanops | Colorado | 2 | 0.2276 (0.135-0.37) | | Moulton et al. 1983 |
| Citellus pigmaeus | Russia | | 0.4-2 | | Abaturov 1972 |
| Spermophilus tridecemlineatus | Oklahoma | 0.4 | 0.24 (0.15-0.4) nesting | 14 | Desha 1966 |
| Spermophilus tridecemlineatus | Oklahoma | 0.35 | 0.15 (0.05-0.35) hiding | 50 | Desha 1966 |
| Spermophilus tridecemlineatus | Manitoba | 0.75 | 1.85 | many | Criddle 1939 |
| Spermophilus tridecemlineatus | Madison, WI | 0.8 | 0.51 (0.23-0.75) lawn | 6 | Rongstad 1965 |
| Spermophilus townsendi | Hanford-ALE | | | 3 | Volh 1976 |
| Spermophilus townsendii | INEL | 1.38 | 0.44 (0.14-1.38) | 19 | Reynolds & Wakkinen 1987 |
| Spermophilus townsendi | Nevada | 1.47 | 0.97 (0.57-1.47) | 6 | Alcorn 1940 |
| Spermophilus columbianus | Palouse Co., WA | 0.77 | 0.62 | 150 | Shaw 1918 |
| Spermophilus columbianus | Palouse Co., WA | | 1.38 (hibernation) | ? | Shaw 1918 |
| Spermophilus columbianus | Pullman, WA | | 1.85 | type | Shaw 1926 |
| Spermophilus beecheyi | Kern Co. | 1.96 | 0.98 (0.46-1.96) | 7 | Grinnell & Dixon 1918 |
| Spermophilus beldingi | Yosemite | 0.33 | | 1 | Grinnell & Dixon 1918 |
| Spermophilus oreganus | Butte Valley | 1.15 | | 1 | Grinnell & Dixon 1918 |
| Spermophilus mexicanus | Texas | >1.28 | 0.51 | 50 | Edwards 1946 |
| Spermophilus mojavensis | Mojave Desert | | 0.923 | type | Bartholomew & Hudson 1961 |
| Ammospermophilus leucurus | Mojave Desert | | 0.308 | type | Bartholomew & Hudson 1961 |
| Cynomys ludovicianus | Wyoming | 4.4 | | | Shuman 1984 |

81

| Species | Location | | | n | Reference |
|---|---|---|---|---|---|
| Cynomys ludovicianus | | 1.87 | 1.15-1.87 | 12 | Wilcomb 1954 cf in Koford 1958 |
| Cynomys ludovicianus | | 4.62 | | 1 | Merriam 1902 cf in Koford 1958 |
| Cynomys ludovicianus | South Dakota | | 2.15 ± 0.81 | 18 | Sheets et al. 1971 |
| Cynomys ludovicianus | ? | 5 | | ? | Shelford 1929 |
| Cynomys gunnisoni | Colorado | 2.05 | | 4 | Longhurst 1944 |
| Cynomys leucurus | Montana | 2 | 1.26 ± 0.60 | 1 | Burns et al. 1989 |
| Cynomys leucurus | Wyoming | 0.68 | | 1 | Clark 1971 |
| Cynomys spp. | Texas | 0.97-1.08 | | | Whitehead 1927 |
| Dipodomys ordii | INEL | 0.69 | 0.62-0.82 | 14 | Reynolds & Wakkinen 1987 |
| Dipodomys heermanni | California | | 0.34 (0.2-0.69) | 150 | Fitch 1948b |
| Dipodomys spectabilis | Arizona | 0.41-1 | 0.196 | 1 | Greene & Reynard 1932 |
| Dipodomys microps | Nevada TS | 0.62 | | 25 | Anderson & Allred 1964 |
| Dipodomys venustus | California | | 0.33 | 15 | Hawbecker 1940 |
| Dipodomys nitratoides exilis | Fresno, California | 0.77 | 0.36 (0.05-0.51) | many | Culbertson 1946 |
| Microtus ochrogaster | Kansas | | 0.005-0.1 (shallowest) | | Jameson 1950 |
| Microtus montanus | INEL | 0.55 | 0.23 (0.15-0.55) | 26 | Reynolds & Wakkinen 1987 |
| Microtus minor | Manitoba | 0.85 | | 1 | Criddle 1926 |
| Peromyscus maniculatus | INEL | 0.5 | 0.24 (0.13-0.5) | 10 | Reynolds & Wakkinen 1987 |
| Perognathus parvus | Hanford | 1.5 | | | Kritzman 1974 |
| Perognathus parvus | Hanford backfill pond | 0.95 | 0.71 (0.54-0.95) | 10 | Landeen & Mitchell 1982 |
| Perognathus parvus | Hanford shrub-steppe | 0.7 | 0.39 (0.1-0.7) | 10 | Landeen & Mitchell 1982 |
| Perognathus parvus | Hanford waste pond | 0.92 | 0.723 (0.55-0.92) | 7 | Landeen & Mitchell 1981 |
| Perognathus parvus | Hanford shrub-steppe | 0.70 | 0.444 (0.09-0.7) | 25 | Landeen & Mitchell 1981 |
| Perognathus flavescens | Kansas prairie | 0.5 | | 1 | Reed & Choate 1986 |
| Taxidea taxus | Kennewick | 1.90 | 0.96 ± 0.37 SD | 30 | Smallwood & Wayman |
| Taxidea taxus | Wyoming | 3.33 | 1.02 ± 0.39 | | Clark et al. 1984 |
| Mustela nigripes | Wyoming | | 1.17 ± 0.46 | | Clark et al. 1984 |
| Pogonomyrmex occidentalis | Colorado | 2 | 1.4 | 6 | Johnson 1984 |
| Pogonomyrmex occidentalis | Hanford | | 3.69 | 24 | Uresk & Cline 1978 |
| Pogonomyrmex owyheei | Hanford | >2.5 | | | Conklin 1986 |
| Pogonomyrmex spp. | Hanford | 2.77 | | | Uresk & Cline 1978 |
| Pogonomyrmex spp. | Hanford | 4.5 | | | Johnson 1984 |
| Pogonomyrmex spp. | Hanford | 3.69 | | | |
| Red harvester ant | Wyoming | | 1.85-3.08 | ? | Killough & Le Sueur 1953 |
| Pogonomyrmex spp. | | 4-5 | | 20 | Mackay |
| Pogonomyrmex montanus | S. California | 1.2 | | 60 | Mackay 1981 |
| Pogonomyrmex subnitidus | S. California | 3 | | 26 | Mackay 1981 |
| Pogonomyrmex rugosus | S. California | 4 | | 20 | Mackay 1981 |