82

| | | | | | |
|---|---|---|---|---|---|
| *Pogonomyrmex rugosus* | New Mexico | 1.8 | | 10 | Whitford *et al.* 1976 |
| *Pogonomyrmex barbatus* | New Mexico | >3.08 | 0.5 | ? | Whitford *et al.* 1976 |
| *Pogonomyrmex occidentalis* | Kansas | 0.08 | | ? | Headlee & Dean 1908 |
| *Myrmica lobicornis* | ? | 3.08 | | | Cline *et al.* 1982, p. A-5 |
| crawfish | Indiana | 3.08 | 3.08 | | Thorp 1949 |

Appendix 3.   Depth Profile of animal burrows (percent of burrow occurring in various depth horizons).

| Species | Site | 0-10 cm | 11-20 cm | 21-30 cm | 31-50 cm | 51-100 cm | 101-140 cm | n | Citation |
|---|---|---|---|---|---|---|---|---|---|
| Thomomys bottae | Davis alfalfa | 5.4% | 50.5% | 22% | 11.7% | 10.5% | 0% | 9 | Miller 1957 |
| Peromyscus maniculatus | INEL undisturbed | 16 | 43.9 | 30 | 10.1 | 0 | 0 | | Reynolds & Laundre 1988 |
| Peromyscus maniculatus | INEL disturbed | 41.5 | 46.8 | 5.8 | 5.8 | 0 | 0 | | Reynolds & Laundre 1988 |
| Microtus ochrogastor | Kentucky | 63 | 35 | 2 | 6 | 1 | <1 | 20 | Davis & Kalisz 1992 |
| Microtus ochrogaster, pairs | E.C. Illinois | 40 | 60 | 0 | 0 | 0 | 0 | type | Mankin & Getz 1994 |
| Microtus ochrogaster, communal | E.C. Illinois | 60 | 40 | 0 | 0 | 0 | 0 | type | Mankin & Getz 1994 |
| Microtus montanus | INEL undisturbed | 34.7 | 38.9 | 18.8 | 7.2 | 0.5 | 0 | | Reynolds & Laundre 1988 |
| Microtus montanus | INEL disturbed | 39.5 | 42.5 | 17.2 | 0.9 | 0 | 0 | | Reynolds & Laundre 1988 |
| Perognathus parvus | Hanford | 10 | 25 | 25 | 40 | 0 | 0 | type | Giddings 1979 |
| Dipodomys ordii | INEL undisturbed | 17.5 | 45.7 | 26.5 | 6.7 | 3.5 | 0 | | Reynolds & Laundre 1988 |
| Dipodomys ordii | INEL disturbed | 18.9 | 8.7 | 14.5 | 32.7 | 25.1 | 0 | | Reynolds & Laundre 1988 |
| Dipodomys microps | Nevada | 8.84 | 22.53 | 31.95 | 32.5 | 2.78 | 0 | 30 | Anderson & Allred 1964 |
| Spermophilus tridecemlineatus | Wisconsin | 32 | 48 | 12 | 5 | 3 | 0 | | Rongstad 1965 |
| Spermophilus townsendii | INEL undisturbed | 8.8 | 24.3 | 29.5 | 12.6 | 4.5 | 20.2 | | Reynolds & Laundre 1988 |
| Spermophilus townsendii | INEL disturbed | 5.6 | 17.8 | 11.6 | 8.7 | 39.1 | 17.3 | | Reynolds & Laundre 1988 |
| Spermophilus townsendii | Nevada | 4 | 4 | 4 | 8 | 40 | 40 | 1 | Alcorn 1940 |
| Cynomys ludovicianus | South Dakota | 5 | 3 | 2 | 8 | 20 | 50 | type | Sheets et al. 1971 |
| Cynomys leucurus | Wyoming | 5 | 5 | 5 | 20 | 65 | 0 | 1 | Clark 1971 |
| Pogonomyrmex occidentalis | Kansas prairie | 4 | 4 | 4 | 8 | 20 | 20 | 1 | Headlee & Dean 1908 |
| Pogonomyrmex occidentalis | Kansas prairie | 35 | 5 | 5 | 4 | 0 | 0 | 1 | Headlee & Dean 1908 |
| Pogonomyrmex owyheei | Hanford biobarrier | 16.5 | 6 | 6.3 | 12.4 | 58.8 | --- | | Cline et al. 1980 |
| Pogonomyrmex owyheei | Hanford biobarrier | 27.2 | 40.8 | 15.6 | 9.1 | 5.8 | --- | | Cline et al. 1980 |
| Pogonomyrmex owyheei | Hanford biobarrier | 14.3 | 14.2 | 13.7 | 23.7 | 31.8 | --- | | Cline et al. 1980 |
| Pogonomyrmex montanus | S. California | 20 | 20 | 20 | 30 | 10 | 0 | 1 | Mackay 1981 |
| Formica cinerea | Wisconsin | 1.4 | 1.4 | 1.4 | 11.5 | 37 | 42.5 | type | Baxter & Hole 1967 |

84

Appendix 4. Individual burrow volume estimates.

| Species | Site | Burrow Volume (m$^3$) | Method | n | Citation |
|---|---|---|---|---|---|
| Thomomys talpoides | Rocky Flats | 0.5038 | A | 8 | Winsor & Whicker 1980 |
| Thomomys talpoides | Rocky Flats | 0.15[c] | C | 15 | Felthauser & McInroy 1983 |
| Thomomys talpoides | Manitoba | 1.25 ± 0.88 | D | 4 | Criddle 1930 |
| Thomomys talpoides | Wasatch Plateau, UT | 1.123 | AE | | Ellison 1946 |
| Thomomys talpoides | Utah | 0.96 | BF | 1 | Richens 1966 |
| Thomomys talpoides | Colorado | 0.48 | BEF | | Grant et al. 1980 |
| Thomomys bottae | Los Alamos NL | 0.69 | AE | ca. 25 | Hakonson et al. 1982 |
| Thomomys bottae | Davis alfalfa | 0.148 (0.03–0.225) | D | 9 | Miller 1957 |
| Thomomys bottae | Davis alfalfa | 0.76 | B | | Miller 1957 |
| Thomomys bottae | California, surface | 0.188 | A | 31 | Cox 1990 |
| Thomomys bottae | California, subsurface | 0.46 | A | 31 | Cox 1990 |
| Thomomys bottae | California, total | 0.65 | A | 31 | Cox 1990 |
| Thomomys bottae | California | 0.58 | A | | Bandoli 1981 |
| Thomomys bottae | Marin, California | 0.76 | A | | Black and Montgomery 1991 |
| Geomys bursarius | Kansas | 1.982 (<1 yr) | D | 1 | Smith 1948 |
| Geomys bursarius | Minnesota | 1.33 | AE | | Tilman 1983 |
| Geomys bursarius | lab | 0.537 (to surface) | A | 1 | Thorne & Anderson 1990 |
| Geomys bursarius | Kansas range | 1.52[b] | ? | | Downhower & Hall 1966 |
| Geomys atwateri | Texas | 0.876 | B | | Spencer et al. 1985 |
| Gophers | | 1.54 | BE | | Thorp 1949 |
| Perognathus parvus | Hanford shrub-step | 0.00472 ± 0.0033 | D | 25 | Landeen & Mitchell 1981 |
| Perognathus parvus | Hanford waste pond | 0.00677 ± 0.002971 | D | 7 | Landeen & Mitchell 1981 |
| Perognathus flavescens | Kansas prairie | 0.0072 | D | 1 | Reed & Choate 1986 |
| Peromyscus maniculatus | INEL | 0.0013[c] | C | 26 | Laundre & Reynolds 1993 |
| Peromyscus maniculatus | INEL | 0.0017 (0.0003–0.0077)[c] | C | 26 | Reynolds & Wakkinen 1987 |
| Peromyscus maniculatus | INEL, undisturbed | 0.0017 ± 0.0018[c] | C | 26 | Reynolds & Laundre 1988 |
| Peromyscus maniculatus | INEL, disturbed | 0.0013 ± 0.0009[c] | C | 17 | Reynolds & Laundre 1988 |
| Microtus montanus | INEL | 0.0018[c] | C | 42 | Laundre & Reynolds 1993 |
| Microtus montanus | INEL | 0.0011 (0.0001–0.004) | C | 14 | Reynolds & Wakkinen 1987 |
| Microtus montanus | INEL, undisturbed | 0.0015 ± 0.0012[c] | C | 25 | Reynolds & Laundre 1988 |
| Microtus montanus | INEL, disturbed | 0.0021 ± 0.0015[c] | C | 23 | Reynolds & Laundre 1988 |

| Species | Location | Value | | Count | Reference |
|---|---|---|---|---|---|
| *Microtus ochrogastor* | INEL | 0.02 (0.01-0.136)[c] | C | 20 | Davis & Kalisz 1992 |
| *Microtus ochrogastor* | Illinois | 0.022 | D | 16 | Mankin & Getz 1994 |
| *Microtus ochrogastor* | Illinois (communal) | 0.0318 (1/3 of burrows) | D | 8 | Mankin & Getz 1994 |
| *Dipodomys ordii* | INEL | 0.0083[c] | C | 17 | Laundre & Reynolds 1993 |
| *Dipodomys ordii* | INEL | 0.0072 (0.001-0.0263)[a] | C | 19 | Reynolds & Wakkinen 1987 |
| *Dipodomys ordii* | INEL, undisturbed | 0.0072 ± 0.0077[c] | C | 19 | Reynolds & Laundre 1988 |
| *Dipodomys ordii* | INEL, disturbed | 0.0073 ± 0.0036[c] | C | 4 | Reynolds & Laundre 1988 |
| *Dipodomys microps* | Nevada | 0.035 ± 0.021 | D | 30 | Anderson & Allred 1964 |
| *Dipodomys nitratoides* | Fresno | 0.017 | D | 1 | Culbertson 1946 |
| *Dipodomys spectabilis* | Arizona | 3.26 | D | 2 | Greene & Reynard 1932 |
| banner-tailed kangaroo rat | Arizona | 0.37 | D | ? | Reynard & Threft cf in Taylor 1935 |
| *Spermophilus townsendii* | Hanford ALE | 0.0734 | D | | Voth 1976 |
| *Spermophilus townsendii* | INEL | 0.011 (0.0012-0.03)[c] | C | 20 | Reynolds & Wakkinen 1987 |
| *Spermophilus townsendii* | INEL | 0.0102[c] | C | 19 | Laundre & Reynolds 1993 |
| *Spermophilus townsendii* | INEL, undisturbed | 0.0118 ± 0.0084[c] | C | 20 | Reynolds & Laundre 1988 |
| *Spermophilus townsendii* | INEL, disturbed | 0.0094 ± 0.0102[c] | C | 10 | Reynolds & Laundre 1988 |
| *Spermophilus townsendii* | Nevada | 0.3626 | D | 1 | Alcorn 1940 |
| *Spermophilus beecheyi* | California | 0.147 (0.029-0.504) | D | 7 | Grinnell & Dixon 1918 |
| *Spermophilus oreganus* | Butte Valley | 0.099 | D | 1 | Grinnell & Dixon 1918 |
| *Cynomys ludovicianus* | | 0.142 | D | 1 | Merriam 1902 cf in Koford 1958 |
| *Cynomys ludovicianus* | | 0.232 | D | 1 | Merriam 1902 cf in Koford 1958 |
| *Cynomys ludovicianus* | | 0.1835 | D | 12 | Wilcomb 1954 cf in Koford 1958 |
| *Cynomys ludovicianus* | South Dakota | 0.438 | D | 18 | Sheets et al. 1971 |
| *Cynomys leucurus* | Wyoming | 0.149 | D | 1 | Clark 1971 |
| *Cynomys leucurus* | Montana | 0.309 | D | 1 | Burns et al. 1989 |
| *Cynomys gunnisoni* | Colorado | 0.1505 ± 0.03 | D | 4 | Longhurst 1944 |
| *Cynomys spp.* | Texas | 0.448 | D | 1 | Whitehead 1927 |
| *Taxidea taxus* | Kennewick | 0.0544 ± 0.0317 SD | D | 28 (forage) | Smallwood & Wayman |
| *Taxidea taxus* | Kennewick | 0.5113 (0.35-0.67) | D | 2 (nest) | Smallwood & Wayman |
| *Taxidea taxus* | | 0.32 | | | Van Vuren 1996 cf Cadwell et al. 1989 |
| *Taxidea taxus* | Hanford ALE | 0.324 | D | | Voth 1976 |
| *Pogonomyrmex occidentalis* | Colorado | 0.001904 | | 6 | Rogers & Lavigne 1974 |
| *Pogonomyrmex occidentalis* | Colorado | 0.0025 | | | Fitzner et al. 1979 |
| *Pogonomyrmex spp.* | | 0.0538 | | 1 | Thorp 1949 |
| *Pogonomyrmex spp.* | Hanford | 0.0056 | | | Fitzner et al. 1979 |
| *Pogonomyrmex spp.* | Hanford | 0.001134 | | | Cline et al. 1980 |
| *Pogonomyrmex spp.* | Hanford | 0.001215 | | | Cline et al. 1980 |
| *Pogonomyrmex spp.* | Hanford | 0.003032 | | | Cline et al. 1980 |

| *Pogonomyrmex owyheei* | Idaho | 0.00133 ± 0.00079 | 20 | Landeen *et al.* 1979 |
| *Pogonomyrmex owyheei* | Hanford biobarrier | 0.00187 ± 0.00107 | 3 | Uresk & Cline 1978 |

[a] Calculated from A = mound count through at least one year, B = mound count through only part of a year, C = injection of polyurethane foam , D = excvation or direct measurement of burrow dimensions, E = prediction from regression of density against spatial extent of study area, F = soil bulk density of 1.2 g cm$^3$.

Appendix 5. Burrow volume estimates per spatial area.

| Species | Site | Collective Burrow Volume, $m^3\ ha^{-1}\ yr^{-1}$ | Assumptions[a] | Study Area (ha) | Citation |
|---|---|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | 2.50 | A | 2.6 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 5.85 | B | | Felthauser & McInroy 1983 |
| *Thomomys talpoides* | near Rocky Flats | 638.48 | B,C | | Litaor *et al.* 1996 |
| *Thomomys talpoides* | Wasatch Plateau, UT | 12.31 | A | | Ellison 1946 |
| *Thomomys talpoides* | Mountain range, CO | 554.45 | C | | Reid *et al.* 1966 |
| *Thomomys talpoides* | Utah | 32.37 | C | | Richens 1966 |
| *Thomomys talpoides* | Minnesota | 386.76 | C | | Bailey 1929 |
| *Thomomys talpoides* | Colorado | 9.34 | --- | | Grant *et al.* 1980 |
| *Thomomys talpoides* | Colorado Front Range | 4.58 | --- | | Thorn 1978 |
| *Thomomys bottae* | Surface only | 6.86 | A | | Cox 1990 |
| *Thomomys bottae* | Subsurface only | 16.93 | A | | Cox 1990 |
| *Thomomys bottae* | Total surface & subsurface | 23.78 | A | | Cox 1990 |
| *Thomomys bottae* | Sacramento alfalfa | 88.64 | A | | Miller 1957 |
| *Thomomys bottae* | Davis fallow | 595.29 | C | 0.1859 | Miller 1948 |
| *Thomomys bottae* | Los Alamos | 395.5 | C | | Hakonson *et al.* 1982 |
| *Thomomys bottae* | LANL | 9.13 | A | 0.95 | Hakonson *et al.* 1982 |
| *Thomomys monticola* | Yosemite | 15.15 | A | | Grinnell & Storer 1924 |
| *Thomomys monticola* | Sierra Nevada | 757.58 | A | | Seton 1929 |
| *Thomomys monticola* | Sierra Nevada | 14.20 | A | | Ingles 1952 |
| *Thomomys spp.* | California | 10.61 | A | | Shelford 1929 |
| *Geomys bursarius* | Kansas | 57.48 | B | | Smith 1948 |
| *Geomys bursarius* | tall grass prairie | 0.68 | A | ? | Buechner 1942 |
| *Geomys bursarius* | Over-grazed range | 13.41 | A | | Buechner 1942 |
| *Geomys bursarius* | Kansas range | 59.09 | B | | Downhower & Hall 1966 |
| *Geomys bursarius* | Glacial outwash, MN | 96.85 | C | | Tilman 1983 |
| *Geomys bursarius* | | 149.25 | C | | Mohr & Mohr 1936 |
| Gophers | Nebraska | 52.38 | A,D | 0.405 | Thorp 1949 |
| Gopher/prairie dog/badger | Colorado | 73.86 | A,D | 0.405 | Thorp 1949 |
| *Citellus pygmaeus* | N. Caspian lowland grasses | 1.25 | A | | Abaturov 1972 |
| *Cynomys ludovicianus* | Colorado | 42.11 | A,D | 0.405 | Thorp 1949 |
| *Cynomys ludovicianus* | Wyoming | 8.54 | | | Shuman 1984 |

88

| | | | | | |
|---|---|---|---|---|---|
| *Spermophilus townsendi* | Hanford ALE | 3.26 | | D | Voth 1976 |
| *Taxidea taxus* | Hanford ALE | 1.49 | | D | Voth 1976 |
| *Taxidea taxus* | General | 8.06 | | A,B,C | Van Vuren 1996 |
| Small mammals | INEL (one month!) | 0.23 | 36 | D | Arthur & Markham 1983 |
| *Pogonomyrmex occidentalis* | Denver | 3.22 | | A,D | Thorp 1949 |
| *Pogonomyrmex occidentalis* | Colorado | 0.0036 | | A | Petal 1978 cf in Whitford et al. |
| *Pogonomyrmex* | New Mexico (may-sept) | 0.70 | 0.001 | A | Whitford et al. 1986 |
| *Myrmica americana* | Wyoming | 0.4678 in a few days | | A | Thorp 1949 |
| *Formica cinerea montana* | Wisconsin | 34 | | D | Baxter & Hole 1967 |
| Earthworms | | 14.21-34.09 | | A | Darwin c.f. in Thorp 1949 |
| Earthworms | pasture | 21.78 | | A | Evans & Guild cf in Thorp |
| Earthworms | Indiana | 14.50 | | A | Thorp 1949 |

[a] A= used 1.2 g cm$^3$ soil bulk density within excavated soils, B = and multiplied individual burrow volumes by density predicted at 1 ha, C = and multiplied by Mounds Animal[1] Yr$^{-1}$, D = assume estimate represents annual condition.

Appendix 6. Volume of soil mounds created by animal burrowing.

| Species | Site | Mound Volume (m³) | n | Citation |
|---|---|---|---|---|
| Thomomys talpoides | Rocky Flats | 0.0024[a] ± 0.0002 SE | 43 | Winsor & Whicker 1980 |
| Thomomys talpoides | near Rocky Flats | 0.0169 (0.0061-0.0484 | ? | Litaor et al. 1996 |
| Thomomys talpoides | N. Utah | 0.0157 | | McDonough 1974 |
| Thomomys talpoides | Colorado | 0.003 ± 0.0019[a] | | Grant et al. 1980 |
| Thomomys talpoides | Utah | 0.0025 (0.001-0.0044)[a] | 20 | Richens 1966 |
| Thomomys talpoides | Montana | 0.0024-0.106 | | Tryon 1947 |
| Thomomys bottae | Davis | 0.002[a] | many | Miller 1957 |
| Thomomys bottae | Marin Co. | 0.0011 | | Black & Montgomery 1991 |
| Cynomys ludovicianus | Colorado | 0.341[a] | 50 | Thorp 1949 |
| Cynomys ludovicianus | Colorado | 1.56 | Type | Thorp 1949 cf in Koford 1958 |
| Cynomys ludovicianus | Colorado | 0.085 | Type | Koford 1958 |
| Pogonomyrmex occidentalis | near Denver | 0.0538 | | Thorp 1949 |
| Pogonomyrmex occidentalis | | 0.0023[a] | | Rogers & Lavigne 1974 |
| Formica cinerea montana | Wisconsin prairie | 0.02 | 3 | Baxter & Hole 1967 |
| Crawfish | Indiana | 0.0012[a] | | Thorp 1949 |

[a] Used soil bulk density of 1.2 g per cubic centimeters.

90

Appendix 7. Rate of mound production.

| Species | Site | Mounds animal[-1] day[-1] | # days | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Utah | 1.07 | | Richens 1966 |
| *Thomomys talpoides* | Colorado | 3.61 | 2 | Reid *et al.* 1966 |
| *Thomomys talpoides* | Rocky Flats | 0.79 | 8 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.36 | 8 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.63 | 7 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.4 | 9 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.83 | 6 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.43 | 8 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 0.28 | 26 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Colorado, 0.4 ha | 1.72 | 90 | Miller & Bond 1960 |
| *Thomomys talpoides* | Colorado, 0.1 ha | 1.07 | 90 | Miller & Bond 1960 |
| *Thomomys bottae* | Davis alfalfa | 1.04 | 28 | Miller 1957 |
| *Geomys attwateri* | Texas | 0.923 | | Spencer *et al.* 1985 |
| *Geomys attwateri* | Texas | 1.02 | | Spencer *et al.* 1985 |
| *Geomys bursarius* | Lab | 0.85 | | Thorne & Anderson 1990 |
| *Geomys pinetis* | Florida | 0.63 | 60-240 | Hickman & Brown 1973 |
| *Taxidea taxus* | Idaho? | 8.1 | | Van Vuren 1996 cf Messick & Hornocker 1981 |

91

Appendix 8.   Rate of mound construction per year.

| Species | Site | Mounds animal$^{-1}$ yr$^{-1}$ | Duration | Citation |
|---|---|---|---|---|
| Thomomys talpoides | Utah | 391 | 5 months | Richens 1966 |
| Thomomys talpoides | Colorado | 1496.5 | 2 days | Reid et al. 1966 |
| Thomomys talpoides | | 1043.9 | | Bailey 1929 |
| Thomomys bottae | Arizona | 76.9 | 3 yrs | Bandoli 1981 |
| Thomomys bottae | Davis alfalfa | 379.6 | 28 days | Miller 1957 |
| Thomomys bottae | LANL | 1818.6 | 401 days | Hakonson et al. 1982 |
| Thomomys bottae | Davis, fallow | 2737[a] | 2 yrs | Miller 1948 |
| Geomys bursarius | Indiana | 445.3 | 4 days | Tilman 1983 |
| Geomys bursarius | | 686.2 | | Mohr & Mohr 1936 |
| Dipodomys microps occidentalis | Nevada | 2.5[b] | | Anderson & Allred 1964 |
| Dipodomys heermanni | California | 1.4[b] | | Fitch 1948b |
| Spermophilus tridecemlineatus | Ohio | 3.6[c] | | Koprowski 1989 |
| Spermophilus tridecemlineatus | Oklahoma | 7.5 | | Desha 1966 |
| Spermophilus tridecemlineatus | Michigan | 3.6 | | Evans 1951 |
| Spermophilus townsendii | Hanford-ALE | 2.68[b] | | Voth 1976 |
| Spermophilus townsendii | Nevada | 2.17[b] | | Alcorn 1940 |
| Spermophilus beecheyi | Madera, California | 17.2[c] | | Fitch 1948a |
| Spermophilus beecheyi | Madera, California | 19.4[b] | | Fitch 1948a |
| Taxidea taxus | Idaho | 2952 | | Messick & Hornocker 1981 |

[a] Calculated soil plugs as 25% of volume of soil mounds.
[b] Used 1 burrow per year in calculations.
[c] Used one hole per animal per year in calculations.

92

Appendix 9. Spatial intensity of mound production.

| Species | Site | Mounds ha⁻¹ | ha | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | 631.73 | 2.6 | Whicker 1977 |
| *Thomomys talpoides* | Rocky Flats (241 days) | 384.6 | 2.6 | Winsor 1977 |
| *Thomomys talpoides* | Rocky Flats | 211 | 0.9 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | near Rocky Flats | 400 | 0.025 | Litaor *et al.* 1996 |
| *Thomomys talpoides* | Colorado | 480 | 0.405 | Miller & Bond 1960 |
| *Thomomys bottae* | Marin (initially present) | 2738 | 0.356 | Black & Montgomery 1991 |
| *Thomomys bottae* | Los Alamos NL (401 days) | 1825 | 0.95 | Hakonson *et al.* 1982 |
| *Spermophilus tridecemlineatus* | Michigan (fresh) | 19.28 | 6.07 | Evans 1951 |
| *Spermophilus townsendi* | Hanford-ALE | 91 | ? | Voth 1976 |
| *Spermophilus beecheyi* | Madera, California | 107.7 | 32.4 | Fitch 1948 |
| *Spermophilus oreganus* | Klamath, California | 1173 | 0.15 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | California | 258.5 | 0.095 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | Grain fields, California | 101.4 | 0.592 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | Fresno, California | 169 | 0.095 | Grinnell & Dixon 1918 |
| *Spermophilus beecheyi* | Berkeley, California | 116 | 0.405 | Grinnell & Dixon 1918 |
| *Cynomys ludovicianus* | Colorado (fresh) | 50 | 0.405 | Thorp 1949 |
| *Prairie dog/badger/gopher* | Colorado | 42.5 | 1.6 | Thorp 1949 |
| crawfish | Indiana | 625 | ? | Thorp 1949 |

93

Appendix 10.  Burrow excavation comprised of backfilled tunnels.

| Species | Site | Percent Excavation as Backfill | n | Citation |
|---------|------|-------------------------------|---|----------|
| *Thomomys bottae* | San Diego, California | 71% | 31 | Cox 1990 |
| *Geomys bursarius* | Inidiana | 13-59% | 1 | Anderson 1987 |
| *Geomys bursarius* | Indiana | 69% | 1 | Thorne & Anderson 1990 |
| *Geomys bursarius* | Kansas | 39% | 1 | Smith 1948 |

94

Appendix 11. Tunnel cross-sectional area of animal burrows.

| Species | Site | Tunnel cross-sectional area Diameter ($m^2$) | n | Citation |
|---|---|---|---|---|
| Thomomys talpoides | Montana | 0.00497 | | Tryon 1947 |
| Thomomys talpoides | Rocky Flats | 0.01 | | Felthauser & McInroy 1983 |
| Thomomys talpoides | N. Utah | 0.003 | many | Anderson & MacMahon 1981 |
| Thomomys bottae | Los Alamos Natl. Lab. | 0.003 | | Hakonson et al. 1982 |
| Thomomys bottae | | 0.0032 | | Vleck 1979 |
| Thomomys bottae | | 0.0044 | | Miller 1957 |
| Thomomys bottae | | $0.0022 \pm 0.000058$ | | Cox 1990 |
| Thomomys spp. | ? | 0.0225 | ? | Shelford 1929 |
| Geomys bursarius | Kansas | 0.0119 | 1 | Smith 1948 |
| Geomys bursarius | Kansas | 0.0119 | many | Scheffer 1908 |
| Geomys bursarius | | 0.0055 | | Thorne & Anderson 1990 |
| Geomys breviceps | College Station, Texas | 0.0037 | 40 | Davis et al. 1938 |
| Perognathus flavescens | Kansas prairie | 0.0003 | 3 | Reed & Choate 1986 |
| Perognathus parvus | Hanford | 0.00049 | many | Smallwood, unpubl. data |
| Microtus montanus | Idaho Natl. Engineering Lab | 0.0015 | 42 | Laundre 1989 |
| Microtus ochrogaster | Kansas | 0.0016 | 15 | Jameson 1950 |
| Microtus ochrogaster | | $0.0017 \pm 0.000025$ SD | 24 | Mankin & Getz 1994 |
| Peromyscus maniculatus | Idaho Natl. Engineering Lab | 0.0023 | 18 | Laundre 1989 |
| Dipodomys ordii | Idaho Natl. Engineering Lab | 0.0036 | 9 | Laundre 1989 |
| Dipodomys nitratoides exilis | Fresno | 0.00207 | many | Culbertson 1946 |
| Spermophilis townsendi | Hanford-ALE | 0.0042 | 3 | Voth 1976 |
| Spermophilis townsendi | Nevada | 0.0335 | 6 | Alcorn 1940 |
| Spermophilis townsendi | Idaho Natl. Engineering Lab | 0.0042 | 10 | Laundre 1989 |
| Spermophilis townsendi | Idaho | 0.005 | | Davis 1939 |
| Spermophilis elegans | Idaho Natl. Engineering Lab | 0.0044 | 41 | Laundre 1989 |
| Spermophilis mexicanus | Texas | 0.0054 | 50 | Edwards 1946 |
| Spermophilis columbianus | Palouse Co. Washington | 0.0081 | 150 | Shaw 1918 |
| Spermophilis beecheyi | Kern Co., California | 0.0121 | 7 | Grinnell & Dixon 1918 |
| Spermophilis oreganus | Butte Valley, California | 0.004 | 1 | Grinnell & Dixon 1918 |
| Spermophilis beldingi | Yosemite | 0.0027 | 1 | Grinnell & Dixon 1918 |
| Cynomys ludovicianus | South Dakota | 0.0265 | 18 | Sheets et al. 1971 |

95

| Species | Location | | | |
|---|---|---|---|---|
| *Cynomys leucurus* | Wyoming | 0.0252 | 1 | Clark 1971 |
| *Cynomys leucurus* | Montana | 0.0087 | 1 | Burns *et al.* 1989 |
| *Mustela nigripes* | Wyoming | 0.138 | 100 | Clark *et al.* 1984 |
| *Taxidea taxus* | Kennewick, Washington | 0.0435 ± 0.013 | 12 | Smallwood and Wayman, unpubl. data |
| *Taxidea taxus* | Wyoming | 0.138 | 14 | Clark *et al.* 1984 |

96

Appendix 12.  Tunnel length of animal burrows.

| Species | Site | Tunnel Length (m) | n | Citation |
|---------|------|-------------------|---|----------|
| *Thomomys talpoides* | Rocky Flats | 19[a] | 1, max | Felthauser & McInroy 1983 |
| *Thomomys talpoides* | Utah | 147.7 | 1 | Richens 1966 |
| *Thomomys talpoides* | Manitoba | 200.44 ± 145.46 | 4 | Criddle 1930 |
| *Thomomys bottae* | | 45 | | Vleck 1979 |
| *Thomomys bottae* | | 63 (1-73) | 44 | Reichman *et al.* 1984 |
| *Thomomys bottae* | Los Alamos NL | 101.6[b] | | Hakonson *et al.* 1981 |
| *Thomomys bottae* | Davis | 32.9 (9.54-84.6) | 9 | Miller 1957 |
| *Geomys atwateri* | Texas | 91 | | Cameron *et al.* 1988 |
| *Geomys bursarius* | Indiana | 112 (158 days) | 1 | Thorne & Anderson 1990 |
| *Geomys bursarius* | Kansas | 63.36 | 1 | Smith 1948 |
| *Peroguathus flavescens* | Kansas prairie | 2.4 | 1 | Reed & Choate 1986 |
| *Microtus ochrogastor* | Kentucky | 9.12 (1-31.38) | 20 | Davis & Kalisz 1992 |
| *Microtus ochrogastor* | Illinois, monogomous pairs | 1.92 ± 1.13 SD | 16 | Mankin & Getz 1994 |
| *Microtus ochrogastor* | Illinois, communal | 3.45 ± 1.84 SD | 8 | Mankin & Getz 1994 |
| *Microtus montanus* | Idaho Natl. Engineering Lab | 1.33 (0.2-2.2)[a] | | Reynolds & Wakkinen 1987 |
| *Peromyscus maniculatus* | Idaho Natl. Engineering Lab | 1.32 (0.3-4.7)[a] | | Reynolds & Wakkinen 1987 |
| *Dipodomys ordii* | Idaho Natl. Engineering Lab | 2.53 (0.5-8.9)[a] | | Reynolds & Wakkinen 1987 |
| *Dipodomys heermanni* | California | 3.29 | 150 | Fitch 1948b |
| *Dipodomys niratoides* | Fresno | 6.33 | 1 | Culbertson 1946 |
| *Dipodomys venustus* | Santa Cruz, California | 4.54 | 1 | Hawbecker 1940 |
| *Spermophilus tridecemlineatus* | Manitoba | 5.23 | many | Criddle 1939 |
| *Spermophilus tridecemlineatus* | Madison, WI | 1.65 (0.56-3.38) | 6 | Rongstad 1965 |
| *Spermophilus tridecemlineatus* | Oklahoma cemetary | 0.95 (0.15-4) | 50 hide | Desha 1966 |
| *Spermophilus tridecemlineatus* | Oklahoma cemetary | 1.6 (0.9-4.55) | 14 nest | Desha 1966 |
| *Spermophilus townsendi* | Hanford-ALE | 15.9 (2.8-26.4) | 3 | Voth 1976 |
| *Spermophilus townsendii* | Idaho Natl. Engineering Lab | 3.1 (0.3-8.9)[a] | | Reynolds & Wakkinen 1987 |
| *Spermophilus townsendii* | Nevada | 0.815 (0.292-17.42) | 6 | Alcorn 1940 |
| *Spermophilus townsendii* | Nevada | 0.806 (0.725-0.927) | 4 | Alcorn 1940 |
| *Spermophilus columbianus* | Palouse Co., Washington | 19.59 | 150 | Shaw 1918 |
| *Spermophilus beechyi* | Kern Co., California | 10.83 (1.54-42.46) | 7 | Grinnell & Dixon 1918 |
| *Spermophilus oreganus* | Butte Valley, California | 20.3 | 1 | Grinnell & Dixon 1918 |
| *Spermophilus beldingi* | Yosemite | 16.6 | 1 | Grinnell & Dixon 1918 |

97

| Species | Location | Value | n | Reference |
|---|---|---|---|---|
| *Cynomys ludovicianus* | South Dakota | 13.23 ± 6.77 | 18 | Sheets et al. 1971 |
| *Cynomys leucurus* | Wyoming | 3.69 | 1 | Clark 1971 |
| *Cynomys leucurus* | Montana | 29.3 | 1 | Burns et al. 1989 |
| *Cynomys gunnisoni* | Colorado | 5.73 ± 1.09 | 4 | Longhurst 1944 |
| *Cynomys* spp. | Texas | 14.77 | 1 | Whitehead 1927 |
| *Mustela nigripes* | Wyoming | 1.17 ± 0.46 | 100 | Clark et al. 1984 |
| *Taxidea taxus* | Kennewick, Washington | 0.96 ± 0.37 | 31 | Smallwood & Wayman, unpubl. data |
| *Taxidea taxus* | Wyoming | 1.02 ± 0.39 | 14 | Clark et al. 1984 |

[a] Used polyurethane foam, which stops expanding when plugs are encountered.
[b] Used 1.2 g/cm$^3$ soil bulk density.

Appendix 13.  Burrow chamber dimensions.

| Species | Site | Chamber dimensions | n | Citation |
|---|---|---|---|---|
| *Thomomys talpoides* | Montana | 0.205-0.308 m diameter nest | | Tryon 1947 |
| *Thomomys talpoides* | Montana | 0.15 m diameter food cache | | Tryon 1947 |
| *Thomomys talpoides* | Manitoba | 0.003-0.0088 (1, 2, 3, & 9 nests per burrow) | 20 | Criddle 1930 |
| *Geomys bursarius* | Kansas | 0.00267 m³ nest | 1 | Smith 1948 |
| *Microtus ochrogastor* | Kentucky | 0.0009 (0.0001-0.0068) m³ nest | 20 | Davis & Kalisz 1992 |
| *Microtus ochrogastor* | Illinois | 0.001336 (pairs) m³ nest | 16 | Mankin & Getz 1994 |
| *Microtus ochrogastor* | Illinois | 0.001991 (communal) m³ nest | 8 | Mankin & Getz 1994 |
| *Microtus ochrogastor* | Missouri | 0.0021 m³ nest | | Fisher 1945 |
| *Microtus ochrogastor* | Kansas | 0.1575 m² nest | 15 | Jameson 1950 |
| *Microtus minor* | Manitoba | 0.01027 m³ food cache | | Criddle 1926 |
| *Microtus minor* | Manitoba | 0.74 m circumference, nest | type | Criddle 1926 |
| *Dipodomys nitratoides exilis* | Fresno | 0.0164 m² | 1 | Culbertson 1946 |
| *Spermophilus tridecemlineatus* | Manitoba | 0.0054 m³ nest | | Criddle 1939 |
| *Spermophilus townsendi* | ALE | 0.00137 nest | 3 | Voth 1976 |
| *Spermophilus townsendi* | ALE | 0.00025 times 2 per burrow | 3 | Voth 1976 |
| *Spermophilus townsendi* | Nevada | 0.203 diameter | 6 | Alcorn 1940 |
| *Spermophilus mexicanus* | Texas | 0.18-0.205 diameter | 50 | Edwards 1946 |
| *Spermophilus beecheyi* | Madera | 0.36x0.205=0.074 m² | many | Fitch 1948 |
| *Spermophilus beecheyi* | California | 0.0139 (0.009-0.016) m³ | 7 | Grinnell & Dixon 1918 |
| *Spermophilus columbianus* | Washington | 0.014 m³ | ? | Shaw 1918 |
| *Cynomys ludovicianus* | South Dakota | 0.0365 | | Sheets *et al.* 1971 |
| *Cynomys leucurus* | Wyoming | 0.0557 | | Clark 1971 |
| *Cynomys* spp. | Texas | 0.074 | | Whitehead 1927 |
| *Pogonomyrmex occidentalis* | Colorado | 0.0000123 m³ seed & brood | | Rogers & Lavigne 1974 |

99

Appendix 14. Monitoring of soil mounds through time with focus on erosion.

| Species | Site | Citation | Mound description through time |
|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | Murray 1967 | Winds shape mounds and remove fine sediments, leaving gravel |
| *Thomomys talpoides* | Rocky Flats | Winsor 1977 | Erosion spreads mounds, covering more surface area |
| *Thomomys talpoides* | Mount St. Helens | Anderson & MacMahon 1985 | 54 mounds showed major reductions in height in 3 years, due to downslope erosion |
| *Thomomys bottae* | Marin, Ca | Black & Montgomery 1991 | 6 mounds decreased in volume <25% through winter, rainsplash moved ≤10% offsight. Most soil compacts down and anchored by plant growth |
| *Geomys attwateri* | Texas | Spencer *et al.* 1985 | Winds and rains spread the mounds |
| *Pogonomyrmex occidentalis* | Idaho | Cole 1931, 1932b | Winds destroy mounds, but rebuilt to larger size within 3 weeks |

Appendix 15. Constituents of soil mounds. Differences often depend on where the samples were taken on or around the mounds, and at what depth horizons (e.g., Litaor et al. 1996).

| Species | Site | Reference | Nitrate | P | K | Bulk density | pH | Conductivity | Organic Matter | Water Infiltration | Radioactivity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thomomys talpoides | Rocky Flats | Winsor & Whicker 1980 | --- | --- | --- | --- | --- | --- | --- | --- | ↓77% |
| Thomomys talpoides | Rocky Flats | Litaor et al. 1996 | ↑213% | --- | ↓71% | ↓13% | --- | ↑13% | --- | --- | --- |
| Thomomys talpoides | Colorado | Grant et al. 1980 | --- | --- | --- | --- | --- | --- | --- | ↑100% | --- |
| Thomomys talpoides | Colorado | Mielke 1977 | --- | ↑41% | ↑120% | --- | ↓7% | --- | ↑66% | ↑196% | --- |
| Thomomys talpoides | Colorado | McMinnies 1960, Mielke | --- | ↑21% | ↓73% | --- | nc | --- | ↑66% | --- | --- |
| Thomomys talpoides | Utah | McDonough 1974 | ↓10% | ↑14% | ↓3% | --- | ↓1.5% | ↑32% | ↓4.1% | --- | --- |
| Thomomys bottae | LANL | Hakonson et al. 1982 | --- | --- | --- | --- | --- | --- | --- | --- | nc |
| Thomomys bottae | LANL | Sejkora & Alldredge 1989 | --- | --- | --- | --- | --- | --- | --- | ↑95% | --- |
| Thomomys bottae | LANL | Sejkora& Alldredge 1989 | --- | --- | --- | --- | --- | --- | --- | ↑95% | --- |
| Geomys attwateri | Texas | Spencer et al. 1985 | ↓52% | ↑31% | ↓40% | ↑35% | --- | --- | --- | --- | --- |
| Geomys attwateri | Texas | Spencer et al. 1985 | nc | ↑29% | ↓24% | ↑23% | --- | --- | --- | --- | --- |
| Geomys bursarius | Texas | Thorne & Anderson 1990 | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Geomys bursarius | Texas | Sparks & Anderson 1988 | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Perognathus parvus | Hanford | Landeen & Mitchell 1982 | --- | --- | --- | --- | --- | --- | --- | --- | ↑1959% |
| Dipodomys spectabilis | Arizona | Greene & Reynard 1932 | ↑789% | --- | --- | --- | --- | --- | --- | --- | --- |
| Dipodomys spectabilis | Arizona | Greene & Reynard 1932 | ↑3275% | --- | --- | --- | --- | --- | --- | --- | --- |
| Neotoma albigula | Arizona | Greene & Reynard 1932 | ↑5900% | --- | --- | --- | --- | --- | --- | --- | --- |
| Neotoma albigula | Arizona | Greene & Reynard 1932 | ↑700% | --- | --- | --- | --- | --- | --- | --- | --- |
| Spermophilus townsendi | INEL | Laundre 1993 | --- | --- | --- | --- | --- | --- | --- | ↑36% | --- |
| Cynomys ludovicianus | South Dakota | Carlson & White 1988 | --- | ↑7% | --- | --- | ↑10% | --- | --- | --- | --- |
| Apodemus sivaticus | Caspian Plain | Bykov & Sapanov 1989 | --- | --- | --- | --- | --- | --- | --- | ↑1221% | --- |
| Pogonomyrmex occidentalis | Colorado | Rogers & Lavigne 1974 | ↑471% | ↑145% | ↓14% | ↓4.5% | --- | --- | --- | ↑31% | --- |
| Formica canadensis | Colorado | Culver & Brattie 1983 | ↑113% | ↑39% | ↓50% | --- | ↑3% | ↑24% | ↓23% | --- | --- |
| Formica cinerea | Wisconsin | Baxter and Hole 1967 | --- | ↑811% | ↑255% | ↓33% | ↑5% | --- | ↓33% | --- | --- |

Appendix 16.  Burrow Occupants, Commensal and Predatory.

| Species | Site | Burrow Occupants | Citation |
|---|---|---|---|
| *Thomomys talpoides* | Montana | Weasel trapped in gopher burrow | Tryon 1947 |
| *Thomomys talpoides* | C. Utah | Burrows used by ground squirrels | Ellison & Aldous 1952 |
| *Thomomys talpoides* | Pacific NW | Burrows used by *Perognathus* spp. and others | Barnes 1973 |
| *Geomys bursarius* | Kansas | Rodents dust bath on mounds, burrowed into by *Perognathus flavescens*. | Reed & Choate 1986 |
| Pocket gophers | | 22 vertebrate species recorded to use gopher burrows. | Vaughan 1961 |
| *Dipodomys microps* | Nevada | All had camel crickets, one had harvestman & centipede | Anderson & Allred 1964 |
| *Dipodomys venustus venustus* | Santa Cruz | Occupied Thomomys bottae burrows, which increased depth of dwelling.  Burrows also contained camel crickets, dung beetles & toads. | Hawbecker 1940 |
| *Dipodomys nitratoides exilis* | Fresno | centipedes, scorpions, black-widow spiders, camel crickets, ... | Culbertson 1946 |
| *Dipodomys heermanni* | California | Use ground squirrel and gopher burrows.  Shared by k-rats, camel crickets, sow bugs, tarantulas, spade-foot toad, western fence lizard, gopher snake | Fitch 1948b |
| *Microtus minor* | | Most prefer Thonomys talpoides burrows for nesting | Criddle 1926 |
| *Microtus ochrogaster* | Kansas | Used burrows of common mole (Scapanus aquaticus).  Nests found in old ant hills.  Used by sow bugs, centipedes, spiders, mites, springtails | Jameson 1950 |
| *Spermophilus tridecemlineatus* | Michigan | Used by Peromyscus maniculatus bairdi many times | Evans 1951 |
| *Spermophilus tridecemlineatus* | Texas | Always took over burrows of dead Geomys bursarius | McCarley 1966 |
| *Spermophilus townsendi* | Nevada | Many worms & insects – flies, beetles, fleas, mites, cave crickets, ants | Alcorn 1952 |
| *Spermophilus townsendi* | ALE | Burrows used by gophers, black widows, darkling beetles, *Perognathus parvus*, reptiles, and a bird | Voth 1976, p. 25 |
| *Spermophilus beecheyi* | Madera | Used by pocket gophers, k-rats, white-footed mice, pocket mice, rock mice, brush mice, & occasionally woodrats.  Also, gopher snakes, tree-toad, spade-footed toad, California toad, tiger salamander, tarantulas, jerusalem crickets, and large beetles | Fitch 1948 |
| *Spermophilus beecheyi* | California | crickets, scorpions, centipedes, toads, lll | Grinnell & Dixon 1918 |
| *Spermophilus mexicanus* | Texas | Used Cynomys burrows.  Shared Perognathus hispidus, large spiders, beetles, and camel crickets. | Edwards 1946 |
| *Cynomys leucurus* | Wyoming | Tiger salamander, cricket frog, many insects in burrow | Clark 1971 |
| *Cynomys ludovicianus* | South Dakota | Black widow spiders, beetles, crickets, many other insects | Sheets *et al.* 1971 |
| *Pogonomyrmex occidentalis* | | Compound mounds also support other species | Cole 1932 |
| *Pogonomyrmex occidentalis* | | Colony chambers used by many other arthropod species; abandoned colonies raided by rodents | Lavigne 1966 |
| *Pogonomyrmex occidentalis* | Kansas | Termites and other ants | Headlee & Dean 1908 |
| *Pogonomyrmex californicus* | S. California | Many spp of spiders & insects (e.g., termites) | Mackay 1981 |

102

Appendix 17. Percentage of ground surface covered by soil mounds excavated from animal burrows.

| Species | Site | Surface Cover by Mounds | Study Area (ha) | Reference |
|---|---|---|---|---|
| *Thomomys talpoides* | Rocky Flats | 0.49% | 2.6 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | Rocky Flats | 2.6% | 0.9 | Winsor & Whicker 1980 |
| *Thomomys talpoides* | N. Utah | $2.5 \pm 0.9\%$ | | McDonough 1974 |
| *Thomomys talpoides* | Colorado | 3.5% (mean) | | Ellison 1946 |
| *Thomomys talpoides* | Colorado, ungrazed | 6.5% | 0.675 | Grant et al. 1980 |
| *Thomomys talpoides* | Colorado, grazed | 8% | 2.72 | Grant et al. 1980 |
| *Thomomys bottae* | LANL waste site | 1% | 0.95 | Hakonson et al. 1982 |
| *Thomomys bottae* | California, ungrazed | 7.05% | | Hunter 1981 |
| *Thomomys bottae* | California, grazed | 0.67% | | Hunter 1981 |
| *Geomys bursarius* | Indiana | 2.2% | | Tilman 1983 |
| *Geomys bursarius* | Kansas | 25-33% | 12-16 | Scheffer 1908 |
| *Geomys breviceps* | Texas | 8.3% | 0.04 | Buechner 1942 |
| *Geomys atwateri* | Texas | 9.4% | | Williams & Cameron 1986 |
| *Geomys atwateri* | Texas, unburned grassland | 23.6% | 0.4 | Spencer et al. 1985 |
| *Geomys atwateri* | Texas, burned grassland | 24.7% | 0.4 | Spencer et al. 1985 |
| *Geomys atwateri* | Texas, unburned grassland | 9.4% | 0.4 | Spencer et al. 1985 |
| *Geomys atwateri* | Texas, burned grassland | 9.9% | 0.4 | Spencer et al. 1985 |
| *Spermophilus townsendi* | Hanford ALE | 0.49% | | Voth 1976 |
| *Cynomys ludovicianus* | Colorado | 0.4% | | Koford 1958 |
| *Cynomys ludovicianus* | Oklahoma | 0.19% | | O'Meilia et al. 1982 |
| *Taxidea taxus* | Hanford ALE | 0.17% | | Voth 1976 |
| *Gophers & ground squirrels* | Texas | 15-20% yr$^{-1}$ | ?? | Thorp 1949 |
| *Pogonomyrmex occidentalis* | S. Idaho, saltsage | 3.5% | 1.2 | Sharp & Barr 1960 |
| *Pogonomyrmex occidentalis* | S. Idaho, depleted saltsage | 5-8% | 1.2 | Sharp & Barr 1960 |
| *Pogonomyrmex occidentalis* | E. Oregon | 1.5% | 16.2 | Sneva 1979 |
| *Pogonomyrmex occidentalis* | Kansas alfalfa | 1-2% | 2.97 | Headlee & Dean 1908 |
| *Pogonomyrmex owyheei* | Idaho | 4% | 2.72 | Porter & Jorgenson 1988 |
| *Formica cinerea montana* | Wisconsin prairie | 1.7% | ? | Baxter & Hole 1967 |
| *All animals* | Hanford 200 & 300 Areas | 6.3% | 0.00156 | Smallwood & Wayman 1996 |
| *All animals* | Hanford ALE | 0.76% | | O'Farrell et al. 1974 cf in Voth |
| *Myrmica americana* | Rocky Flats | ~1-2.6% | 0.000038 | Smallwood, unpubl. data |

103

Appendix 18. Surface area of excavated soil mounds or cleared space.

| Species | Site | Cleared Area ($m^2$) | n | Citation |
|---|---|---|---|---|
| Thomomys talpoides | Rocky Flats | 0.1235 ± 0.104 SE | 44 | Winsor & Whicker 1980 |
| Thomomys talpoides | Colorado | 0.12 | | Grant et al. 1980 |
| Thomomys talpoides | N. Utah | 0.1748 | | McDonough 1974 |
| Geomys bursarius | Indiana | 0.18 | | Tilman 1983 |
| Geomys attwateri | Texas, unburned | 0.145 (0.096 new) | 13 | Spencer et al. 1985 |
| Geomys attwateri | Texas, burned | 0.181 (0.116 new) | 11 | Spencer et al. 1985 |
| Geomys attwateri | Texas | 0.074 | | Buechner 1942 |
| Spermophilus townsendii | Idaho | 3.64 | 1 | Davis 1939 |
| Spermophilus beecheyi | California | 0.85 | | Grinnell & Dixon 1918 |
| Cynomys ludovicianus | South Dakota | 9% of area | | Dalsted et al. 1981 |
| Cynomys ludovicianus | Oklahoma | 1.9% of area | | O'Meilia et al. 1982 |
| Cynomys ludovicianus | | 2.3% of area | | Koford 1958 |
| Pogonomyrmex occidentalis | Colorado | 1.4 ± 0.28 SD | 62 | Coffin & Lauenroth 1988 |
| Pogonomyrmex occidentalis | Kansas prairie | 1.09 ± 0.60 | 17 | Headlee & Dean 1908 |
| Pogonomyrmex occidentalis | NE Colorado | 1.19 | | Rogers & Lavigne 1974 |
| Pogonomyrmex barbatus | Wyoming | 0.529 (0.36 m tall) | | Killough & Le Sueur 1953 |
| Pogonomyrmex californicus | San Diego, California | 0.212 | 11 | Erickson 1972 |
| Pogonomyrmex owyheei | Idaho | 0.81 | | Porter & Jorgenson 1988 |
| Myrmica americana | Rocky Flats | 0.00245 | 4 | Smallwood, unpubl. data |
| Lasius niger | Poland | 0.0177 | type | Petal 1980 |
| Formica cinerea montana | Wisconsin | 0.14 | | Baxter & Hole 1967 |