# ORIGINAL

1

```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
    ---------------------------------------------

MERILYN COOK, et al.,         :   Civil Action
                              :   No. 90-K-181
                              :
              Plaintiff(s)    :   DEPOSITION OF:
                              :
         vs.                  :   KENNETH SHAWN SMALLWOOD
                              :
ROCKWELL INTERNATIONAL        :
CORPORATION,                  :
a Delaware Corporation        :
         and                  :
THE DOW CHEMICAL COMPANY,     :
a Delaware Corporation,       :
                              :
                              :
              Defendant(s)    :
    ---------------------------------------------

              Friday, March 21, 1997
    ---------------------------------------------

R E P O R T E D   B Y:

         LOUIS A. MANCHELLO, Certified Shorthand Reporter
(License No. X01418) and Notary Public of New Jersey, and
Commissioner of Deeds of Pennsylvania, on the above date,
commencing at 9:20 a.m., at the law offices of Berger &
Montague, 1624 Locust Street, 6th Floor Conference Room,
Philadelphia, Pennsylvania  19103.
```

1   Q.        Have you ever studied the historical use of
2   solar ponds at industrial facilities for waste
3   disposal?
4   A.        Only at Rocky Flats.
5   Q.        Only at Rocky Flats?
6   A.        Right.
7   Q.        And in that study you took whatever counsel
8   gave you in terms of documents, right?
9             MR. AUERBACH:  Objection.
10  A.        No.
11  Q.        Did you do a systematic review for documents
12  concerning solar ponds at Rocky Flats, sir?
13            MR. AUERBACH:  Objection, form.
14  A.        I asked for information about hazardous waste
15  management systems at Rocky Flats.
16  Q.        Has anybody -- go ahead.
17  A.        I wanted to characterize this system so I can
18  understand how soil bioturbation would create its
19  impact.
20  Q.        But you're not an expert in hazardous waste
21  management systems, correct?
22  A.        Correct.
23  Q.        And you don't hold out to have any expertise
24  in how hazardous waste should be managed, correct?