**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO WATKINS EXHIBITS**

---

At 10:30 p.m. yesterday, Plaintiffs provided Defendants with a copy of the exhibits they apparently intend to offer with the Watkins' deposition testimony. Defendants previously objected to various Watkins exhibits that were implicated by Plaintiffs' designations, but Plaintiffs have now marked as trial exhibits two deposition exhibits about which no testimony was designated (and about which, therefore, Defendants had no previous opportunity to object). Defendants therefore offer the following supplemental objections to exhibits to be used with the Watkins designations.

Defendants object to PX 1300 (Watkins Deposition Exhibit 3) on grounds of hearsay, Rule 403 (discusses problems with WIPP), and authentication and foundation (no testimony

relating to this exhibit was designated and Watkins does not "recall it specifically" or recall other information about its contents).  (*See* Watkins Dep. at 67-68)

Defendants object to PX 1304 (Watkins Deposition Exhibit 13), which contains two separate letters, on grounds of hearsay, authentication, and foundation (no testimony relating to this exhibit was designated and the exhibit contains handwriting).  The second letter is also objectionable on Rule 403 grounds, because it discusses plea negotiations.

Dated:  November 3, 2005

Respectfully submitted,

/s/ Stephanie A. Brennan\_\_\_
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

/s/ Kari Knudsen_____
Kari Knudsen (legal assistant)