IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  November 2, 2005                          Reporter: Therese Lindblom
                                                 Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                            Merrill Davidoff
                                                 Peter Nordberg
Plaintiffs,                                      Louise Roselle

v.

ROCKWELL INTERNATIONAL CORPORATION               David Bernick
and THE DOW CHEMICAL COMPANY,                    Douglas Kurtenbach
                                                 Mark Nomellini
Defendants.                                      Ellen Ahern
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Seventeen**

**8:55 a.m.     Court in session.**

Jury not present.

Court states that no counsel shall refer to another counsel in front of the jury.

Discussion regarding trial schedule.

**ORDERED:   With regard to Defendants' Motion to Set a Firm Order of Witnesses and Schedule and to Preclude Cumulative Testimony (Doc. No. 1576, filed November 1, 2005, and Supplement (Doc. No. 1580), filed November 2, 2005:**

   **1.   By Friday at 5:00 p.m, plaintiffs shall have their list of witnesses in the order they will be called with a determination of how long the direct is going to take.**

   **2.   On Monday, defendants shall have the list of witnesses in the order they will be called with a determination of how long the**

                **direct is going to take.**

**ORDERED:   Defendants' Motion to Bar Dr. Robert Goble from Offering Undisclosed Opinions and for Relying upon Documents Not Cited in His Expert Report (Doc. No. 1578 ), filed November 2, 2005, is granted.**

**8:59 A.M.     Court in recess.**
**9:05 a.m.     Court in session.**

Jury present.

Plaintiffs' witness, Robert Goble, sworn.

Direct examination of Dr. Goble by Ms. Roselle.

      **Exhibit received:   P-1338**

**10:14 a.m.    Court in recess.**
**10:33 a.m.    Court in session.**

Direct examination of Dr. Goble by Ms. Roselle.

      **Exhibits received: P-1124, P-1351**

11:40 a.m.    Jury excused.

Argument by Mr. Bernick in support of defendants' oral motion to strike the direct examination of Dr. Goble.

**ORDERED:   Defendants' oral motion to strike the direct examination of Dr. Goble is denied.**

**11:43 a.m.    Court in recess.**
**1:05 p.m.     Court in session.**

Cross examination of Dr. Goble by Mr. Kurtenbach.

1:25 p.m.     Redirect examination of Dr. Goble by Ms. Roselle.

1:37 p.m.     Redirect examination of Mr. Lipsky by Mr. Davidoff.

      **Exhibits received:  G-657 to G-666, P-113**

**2:38 p.m.     Court in recess.**
**2:55 p.m.     Court in session.**

Jury not present.

Argument by counsel.

Jury present.

3:05 p.m.      Recross examination of Mr. Lipsky by Mr. Bernick.

3:11 p.m.      Plaintiffs' witness, Ron Avery, sworn.

Direct examination of Mr. Avery by Ms. Roselle.

    **Exhibit received:   P-1090**

4:15 p.m.      Cross examination of Mr. Avery by Mr. Bernick.

4:59 p.m.      Jury excused.

Discussion regarding trial schedule.

**5:02 p.m.     Court in recess.**

Time in court - 6:03.  Trial continued.