IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS**
_____

        Defendants hereby move for admission of certain exhibits. Certain of these exhibits were used by defendants during cross-examination of plaintiffs' witnesses. The other exhibits are the RAC and ChemRisk reports, which the Court indicated it would admit on October 18, 2005 (but did not specify exhibit numbers were admitted). (10/18/05 Tr. at 1424-25).

        The exhibits that defendants seek to admit, which are attached hereto as Exhibit A (with the exception of certain demonstrative boards used in Court, which are not attached), bear the following exhibit numbers:

| Exhibit Number | Description | Witness |
|---|---|---|
| DX0104 | Investigation of the 1973 Tritium Release at the Rocky Flats Plant in Golden, CO | Budnitz |
| DX0174 | Trip report on Industrial Health Survey by Mathews with transmittal notice | Budnitz |
| DX0215 | Graphic entitled Tritium Graphic re Possible Tritium Contamination at the Rocky Flats Plant | Budnitz |

| DX0285 | An Assessment of Criticality Safety at the Depart of Energy Rocky Flats Plant | Budnitz |
|---|---|---|
| DX0327 | IEEE Transactions on Nuclear Science: Plutonium: A Review of Measurement Techniques for Environmental Monitoring | Budnitz |
| DX0328 | Instrumentation for Environmental Monitoring Radiation | Budnitz |
| DX0330 | Annals of the ICRP: Recommendations of the International Commission on Radiation Protection | Budnitz |
| DX0331 | Investigation of the Tritium Release Occurrence at the Rocky Flats Plant | Budnitz |
| DX0343 | Letter to G. Victor Beard from F.H. Langell re Waste Shipments from the Rocky Flats Plant | Budnitz |
| DX0344 | Letter to F.H. Langell from G. Victor Beard re Disposal of Radioactive Wastes at the Rocky Flats Plants | Budnitz |
| DX0348 | Letter to E.A. Putzier from J.E. Hill re Monthly Progress Report - Site Survey - October, 1960 with Attachment | Budnitz |
| DX0350 | Health Report - Rocky Flats Plant - by Raymond Miller | Budnitz |
| DX0351 | U.S. Atomic Energy Commission AEC Manual - Chapter 0524 Standards for Radiation Protection and AEC Appendix 0524 | Budnitz |
| DX0358 | Letter to C.M. Love from C.W. Piltingsrud re Disposition of Contaminated Oil Drum Storage Area | Budnitz |
| DX0359 | Letter to E.J. Walker from J.A. Geer re Authorization Request for Concrete Slab with Attachment | Budnitz |
| DX0360 | Internal Communication sent to Royce Whitworth re Contamination Barrier, Building 903 Area | Budnitz |
| DX0361 | Letter to D.M. Bassler from L.W. Meyers re Preliminary Proposal for Contamination Barrier | Budnitz |
| DX0368 | Letter to Martin Biles from H.C. Donnelly re Safety Reviews of the Development Line | Budnitz |
| DX0369 | Letter to John Erlewine from Martin Biles re Survey of AEC Facility Benelex and Plexiglas Fire Risks with Attachment | Budnitz |

| DX0371 | Fire Protection Survey Report | Budnitz |
|---|---|---|
| DX0372 | Evaluation by Dow Operational Safety Division | Budnitz |
| DX0373 | Fire Protection Survey Report | Budnitz |
| DX0374 | Fire Protection Survey Report | Budnitz |
| DX0375 | Summary Fee and Scope Appraisal of Performance by the Dow Chemical Company for the Period of March 1, 1968 - March 1, 1969 | Budnitz |
| DX0376 | Summary Fee and Scope Appraisal of Performance by the Dow Chemical Company for the Period of March 1, 1969 - March 1, 1970 | Budnitz |
| DX0390 | Rocky Mountain News Article entitled "Rocky Flats Officials Take Tritium Blame" | Budnitz |
| DX0398 | A Model for a Comprehensive Assessment of Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the Rocky Flats Plant, 1953-1989 | Budnitz |
| DX0399 | Health Protection Appraisal Report - Rocky Flats Plant | Budnitz |
| DX0403 | Health Physics Status Report for Buildings 444, 881, 883, 886, 991-Site Survey- Equipment decontamination and Construction-May 1968 | Budnitz |
| DX0404 | Letter from Owen to Seastone entitled Plutonium Surface Contamination, 903 Area | Budnitz |
| DX0405 | Letter from Seastone to Barnes entitled Authorization-Contamination Barrier | Budnitz |
| DX0406 | Letter from Bassler to Woodruff Entitled Revised Preliminary Proposal for Contamination Barrier | Budnitz |
| DX0407 | Letter from Owen to Edwards re Contamination Barrier for the 903 Area | Budnitz |
| DX0408 | Letter from Bassler to Ashton re Administration of the Construction Program Contamination Barrier | Budnitz |
| DX0409 | Letter from Ashton to Bassler re Administration of the Construction Program Barrier | Budnitz |
| DX0410 | Authorization Part I-Contamination Barrier. | Budnitz |

| DX0411 | Letter from Bassler to Sunderland re Revised Preliminary Proposal for Contamination Barrier | Budnitz |
| --- | --- | --- |
| DX0412 | Telex from Lefler to Woodruff re UNCLAS Project Directive-RF-35 | Budnitz |
| DX0417 | Memo from Biles to Donnelly entitled AEC Comments Re EPA "Compendium on Environmental Surveillance Around Rocky Flats Plutonium Plant, November 1972" | Budnitz |
| DX0418 | Memo from Rubin to Camm entitled Compendium of Environmental Surveillance Around the Rocky Flats Plutonium Plant attaching Compendium | Budnitz |
| DX0419 | Monthly progress reports - Site Survey - September 1957 | Budnitz |
| DX0420 | Monthly progress reports - Site Survey - September 1957 | Budnitz |
| DX0437 | Report of Investigation of Serious Incident in Building 71 on June 14, 1957 by the Dow Chemical Company - Rocky Flats Plant | Budnitz |
| DX0441 | Report on the Investigation of Fire Building 776-777, Rocky Flats Plant - Volume IV, May 11, 1969 | Budnitz |
| DX0442 | Large Board Used With Budnitz 11.1.05 | Budnitz |
| DX0443 | US AEC Albuquerque Operations Office Prerenewal Appraisal Performance for the Period of July 1, 1967 to December 31, 1970 | Budnitz |
| DX0444 | US AEC Albuquerque Operations Office - Summary Fee and Scope Appraisal of Performance for the Period of May 1, 1973 through March 31, 1974 | Budnitz |
| DX0445 | 1972 Contract | Budnitz |
| DX0450 | ICRP 56 | Goble |
| DX0500 | ChemRisk Task 1 Report:  Identification of Chemicals and Radionuclides Used at Rocky Flats (3/1/91) | |
| DX0501 | ChemRisk Task 2 Report:  Selection of the Chemicals and Radionuclides of Concern (6/1/91) | |
| DX0502 | ChemRisk Task ¾:  Review and Dose Reconstruction February 1992 (2/1/92) | |
| DX0503 | ChemRisk Task 5 Report:  Estimating Historical Emissions from Rocky Flats, 1952-1989 (3/1/94) | |

4

| | | |
|---|---|---|
| DX0505 | ChemRisk Task 7 Report: Demographic & Land Use Reconstruction of the Area Surrounding the Rocky Flats Plant (4/1/94) | |
| DX0506 | ChemRisk Task 8 Report, Dose assessment for historical contaminant releases from Rocky Flats | |
| DX0507 | Ratios of Cancer Incidence in Ten Areas Around Rocky Flats compared to the Remainder of Metropolitan Denver, 1980-1989 with updated selected areas, 1990-1995. | |
| DX0508 | ChemRisk Update Newsletters Spring 1991-Winter 1999. | |
| DX0509 | RAC TASK 1: Cleanup Levels at Other Sites: Radionuclide Soil Action Level Oversight Panel. | |
| DX0510 | RAC Final Task 2 Report: Verification of Phase I Source Term & Uncertainty Estimates (9/1/94) | |
| DX0511 | RAC Final Report: The Rocky Flats Plant 903 Area Characterization. Task 2: Verification and Analysis of Source Terms (12/1/96) | |
| DX0512 | RAC TASK 2 FINAL REPORT: Computer Models: Radionuclide Soil Action Level Oversight Panel. | |
| DX0513 | RAC Final Report. Review of routine Releases of Plutonium in Airborne Effluents at Rocky Flats. Task 2: Verification and Analysis of Source Terms (8/1/99) | |
| DX0517 | RAC Final Report. Characterization of Releases to Surface Water from the Rocky Flats Plant. Task 2: Verification and Analysis of Source Terms (8/1/99) | |
| DX0518 | RAC TASK 3 FINAL REPORT: Assessing the Risks of Exposure to Plutonium: Part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals, Revision 1, August 1999. | |
| DX0519 | RAC Final Report. Estimated Exposure and Lifetime Cancer Incidence Risk from Beryllium Released to the Air from the Rocky Flats Plant. Part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals (8/1/99) | |
| DX0520 | RAC Final Report. Estimated Exposure and Lifetime Cancer Incidence Risk from Carbon Tetrachloride Released to the Air from the Rocky Flats Plant. Part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals (8/1/99) | |
| DX0521 | RAC Final Report. Estimated Exposure and Lifetime Cancer Incidence Risk from Routine Plutonium Releases at the Rocky Flats Plant. Part | |

|  | Risk from Routine Plutonium Releases at the Rocky Flats Plant.  Part of Task 3:  Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals  (8/1/99) |  |
|---|---|---|
| DX0522 | RAC Final Report.  Performance Evaluation of Atmospheric Transport Models.  Part of the Task 3:  Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals  (8/1/99) |  |
| DX0523 | RAC Final Report.  Estimated Exposure and Lifetime Cancer Incidence Risk from 903 Area Plutonium Releases at the Rocky Flats Plant.  Part of Task 3:  Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals  (8/1/99) |  |
| DX0526 | RAC Final Report.  Results of Screening Calculations to Assess the Relative Importance of Rocky Flats Uranium Releases.  part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals  (8/1/99) |  |
| DX0528 | RAC TASK 3 FINAL REPORT: Inputs and Assumptions:  Radionuclide Soil Action Level Oversight Panel. |  |
| DX0529 | RAC Final Report.  Assessing Risks of Exposure to Plutonium.  Part of Task 3:  Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals  (2/1/2000) |  |
| DX0531 | RAC Final Report Task 5:  Recommendations for Monitoring to Verify Phases I and II - Part I  (11/1/94) |  |
| DX0532 | RAC TASK 5 FINAL REPORT: Independent Calculation:  Radionuclide Soil Action Level Oversight Panel. |  |
| DX0533 | RAC Final Report.  RAC Responses to Public Questions and Concerns. part of Task 6:  Technical Support for Public Involvement.  (8/1/99) |  |
| DX0534 | RAC Final Report.  Technical Summary Report for the Historical Public Exposures Studies for Rocky Flats Phase II.  Part of Task 6:  Technical Support for Public Involvement  (9/1/99) |  |
| DX0535 | RAC TASK 6 FINAL REPORT: Sampling Protocols: Radionuclide Soil Action Level Oversight Panel. |  |
| DX0536 | Summary of Findings:  Historical Public Exposures Studies on Rocky Flats (8/1/99) |  |
| DX0537 | RAC Task 3a-3c: Model Development and Validation Reanalysis of the 1957 Fire using the CALPUFF Dispersion Modeling System and Suggested Sampling for Model Variation. |  |

| | | |
|---|---|---|
| DX0538 | RAC Task 3e-3f: Model Development and Validation: Evaluation of Exposures Due to Plutonium Resuspension. | |
| DX0539 | RAC Task 4: Assessing the Risks of Exposure to Plutonium from Inhalation and Ingestion. | |
| DX0540 | RAC Report No. 4-CDPHE-RFP-2001: Final Documentation of the Rocky Flats Individual Risk Calculator | |
| DX1133 | Large White Board Used With Budnitz 11.1.05 | Budnitz |
| DX1137 | Properties Owned by Class Members (1969) | Budnitz |
| DX1138 | Properties Owned by Class Members (1955) | Budnitz |
| DX1152 | Air Samples East of 903 Pad | Budnitz |
| DX1159 | Shielding North Side of Building 776 | Budnitz |
| DX1161 | Building 776 Glovebox Window Material | Budnitz |
| DX1167 | Graphic entitled Poet and Martell Contours | Budnitz |
| DX1170 | Graphic entitled Offsite Air Sampler Locations:  1970-1971 | Budnitz |
| DX1173 | Graphic entitled 776 & 777 1st Floor Hose Reels 06/10/1969 | Budnitz |
| DX1174 | Graphic entitled Hose Reels 776 1st Floor 06/10/1969 | Budnitz |
| DX1175 | Graphic entitled 776 2nd Floor Sprinkler Heads 06/23/1969 | Budnitz |
| DX1176 | Graphic of building 76-77 | Budnitz |

Dated:  November 3, 2005

Respectfully submitted,

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

8

         Joseph J. Bronesky
         SHERMAN & HOWARD L.L.C.
         633 Seventeenth Street, Suite 3000
         Denver, Colorado 80202
         Phone:  303-297-2900
         Fax:     303-298-0940

         Attorneys for ROCKWELL
         INTERNATIONAL CORPORATION and
         THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                  /s/ Kari Knudsen_____
                                                  Kari Knudsen (legal assistant)