# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JKL

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

### DEFENDANT'S MOTION FOR ADMISSION OF EXHIBITS
---

Exhibits Defendant's seek to admit, including RAC and ChemRisk Reports, Exhibit A to Defendant's Motion for Admission of Exhibits.