**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  November 3, 2005                    Reporter: Therese Lindblom
                                           Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                      Merrill Davidoff
                                           Louise Roselle
Plaintiffs,                                David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION         David Bernick
and THE DOW CHEMICAL COMPANY,              Douglas Kurtenbach

Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Eighteen**

**8:53 a.m.      Court in session.**

Jury not present.

Discussion regarding note from juror regarding declassification of documents.

Discussion regarding expert witness discovery, cross examination, and motions *in limine*.

Discussion regarding Dr. Smallwood's testimony and motion *in limine*.

Jury present.

9:21 a.m.      Continued cross examination of Mr. Avery by Mr. Bernick.

9:53 a.m.      Redirect examination of Mr. Avery by Ms. Roselle.

10:18 a.m.     Recross examination of Mr. Avery by Mr. Bernick.

**10:27 a.m.    Court in recess.**
**10:51 a.m.    Court in session.**

Discussion regarding exhibits.

11:00 a.m.    Direct examination of Dr. Smallwood by Mr. Sorensen.

        **Exhibit received:    P-1206**

Court accepts Dr. Smallwood as an expert.

        **Exhibit received:    graphic shown in court; P-25; P-1281; P-1118; P-330**

12:02 p.m.    Jury excused.

Discussion regarding time for examination.

**12:03 p.m.    Court in recess.**
**1:23 p.m.    Court in session.**

Jury present.

        **Exhibits received: G-562**

1:25 p.m.    Continued direct examination of Dr. Smallwood by Mr. Sorensen.

        **Exhibits received: prairie dog photographs shown in court; P-1294; Tables 6, 7 and 8 attached to P-1127; P-1127A, P-1349**

        Exhibits offered:    P-1350, P-1352

        **Exhibits rejected: G-561, P-1279, P-1280**

2:30 p.m.    Cross examination of Dr. Smallwood by Mr. Bernick.

**3:30 p.m.    Court in recess.**
**3:50 p.m.    Court in session.**

Jury present.

3:52 p.m.    Continued cross examination of Dr. Smallwood by Mr. Bernick.

4:42 p.m.    Jury excused.

2

Discussion regarding exhibits.

|  |  |
|---|---|
| Exhibits offered: | Defense Exhibits 496, 497, 477, 476, 1245, 1252, 1259, 1227, 1227A, 1261 through 65, 1222, 1223, 1224, 1225, 1226, 1228, 1244 |

Court's comments regarding admissibility of exhibits.

Discussion regarding order of witnesses and trial schedule.

**4:54 p.m.      Court in recess.**

Time in court - 5:57.  Trial continued.