## PLAINTIFFS' PROPOSED JURY INSTRUCTIONS (MISCELLANEOUS)

**Special Instruction on Representation of Witnesses at Depositions**

In some of the evidence, you may have heard, and you may hear, that lawyers for one side or the other represented witnesses at their depositions. There is nothing improper in such representation. For example, defendants' lawyers represented some of defendants' present and former employees in their depositions, and plaintiffs' lawyers represented some of the witnesses who were deposed by defendants at their depositions.

**Source:**   Nov. 3 Tr. at 3905; *First Sec. Bank, N.A. v. Northwest Airlines, Inc.*, 170 F.R.D. 1, 2 (D. Mass. 1996).