## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

**Case No.**    **90-cv-0181**            **Date**        **November 4, 2005**

**Case Title**    **Cook, et al vs. Rockwell International Corp., et al**

**Plaintiffs' Remaining Witness List**

**Witness**

**Date(s) Testified**

Dr. Paul Slovic (3  hours)

W. Gale Biggs (2½  hours)

Samuel Cassidy (2 hours) *

Dr. James Flynn (3 hours)

Richard Clapp (3 hours)

Gretchen Robb (1 hour)

Rodney B. Hoffman (3 hours as on cross)

Richard Kaufman (2½  hours as on cross)*

Thomas Cochran (4 hours)

Steve Wing (3 hours)

Karen Whalen (1 hour)

Charles McKay (2½  hours)

Niels Schonbeck (2½ hours)

Stuart Poet (may call - health issues) *

Peter Lund (1 ½ hours) * and/or

        Joseph Bowman (1  hour)*

John Till (3 hours as on cross) (may call)

Wayne Hunsperger (6 hours)
*see attached letter

Joel Selbin (2½ hours) _____    _____

Depositions to be read during any available
time:

Albert Hazle (1 hour) _____    _____

Judith Henderson (1 hour) _____    _____

Candice Jierree (1 hour) _____    _____

Dr. Karl Morgan ( 1 hour) _____    _____

A. Bryan Siebert ( 1 hour) _____    _____

Mark Silverman ( 1 hour) _____    _____