1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger&Montague, P.C.
ATTORNEYS AT LAW

MERRILL G. DAVIDOFF   ALSO ADMITTED IN NY
WRITER'S DIRECT DIAL | 215/875-3084
WRITER'S DIRECT FAX | 215/875-4671
WRITER'S DIRECT E-MAIL | mdavidoff@bm.net

November 4, 2005

**HAND DELIVERY**

David M. Bernick, Esquire
Doug Kurtenbach, Esquire
Kirkland & Ellis LLP
717 17th Street
Denver, CO 80202

    Re:    *Cook et al. v. Rockwell, et al.*, Civil Action No. 90-K-181

Dear Counsel:

    With respect to the witness list/order of call for the remainder of the case, please note the following:

    Sam Cassidy must be completed Tuesday November 8th--if necessary, Dr. Biggs' testimony can be interrupted if not complete early as Dr. Biggs is available on Wednesday as well.

    With respect to Messrs. Lund and Bowman, plaintiffs prefer to call Mr. Lund but he is out of town and then not available due to a medical procedure until trial resumes December 5th. If our case in chief is not complete before then we will call him as the next witness that day. If our case in chief is complete we will request leave (as mentioned in a pretrial hearing) to call him after our case and during your case. Mr. Bowman will be called if we reach him before December 5 (likely); he may not be called if Mr. Lund appears first.

    We reserve the right to read the depositions at any available time--if we do not have your designations we will read our portion and allow your portion to be read during the defendants' case. We repeat our request that you promptly provide your counter-designations to any of ours that have been cut down to the approximate one hour estimated time on direct.

    Messrs. Kaufman and Hoffman are called as-on-cross. We understand through his counsel that Mr. Kaufman is unavailable November 14, but is available November 15; we are attempting to accommodate his schedule. However, both Messrs. Kaufman and Hoffman are

**Berger & Montague, P.C.**
ATTORNEYS AT LAW

under subpoena.

    Stuart Poet has health and other issues which may require us to read portions of his deposition instead. We also reserve the right to offer admissible documents and deposition testimony or certifications to qualify documents for admission into evidence.

    Finally, we are attempting to reach all of the out-of-town witnesses this afternoon and during the weekend to confirm their availability on the likely date(s) in accordance with the order of call.

    Very truly yours,

*Merrill G. Davidoff /JMW*

Merrill G. Davidoff

Enclosures