# Exhibit 1

Dbt f !2;: 1. dw 11292. KML !!!!! Epdvn f ou26: 2!!!!! Gjrfhe!220!50!116!!!!! Qbhf !2!pg3

1622 LOCUST STREET  I  PHILADELPHIA, PA 19103-6305  I  *phone* 215/875-3000  I  *fax* 215/875-4604  I  *www.bergermontague.com*

# Berger&Montague,P.C.
ATTORNEYS AT LAW

| | |
|---|---|
| **MERRILL G. DAVIDOFF** | *ALSO ADMITTED IN NY* |
| WRITER'S DIRECT DIAL | 215/875-3084 |
| WRITER'S DIRECT FAX | 215/875-4671 |
| WRITER'S DIRECT E-MAIL | *mdavidoff@bm.net* |

November 4, 2005

**<u>HAND DELIVERY</u>**

David M. Bernick, Esquire
Doug Kurtenbach, Esquire
Kirkland & Ellis LLP
717 17th Street
Denver, CO 80202

      Re:    *Cook et al. v. Rockwell, et al.*, Civil Action No. 90-K-181

Dear Counsel:

      With respect to the witness list/order of call for the remainder of the case, please note the following:

      Sam Cassidy must be completed Tuesday November 8th--if necessary, Dr. Biggs' testimony can be interrupted if not complete early as Dr. Biggs is available on Wednesday as well.

      With respect to Messrs. Lund and Bowman, plaintiffs prefer to call Mr. Lund but he is out of town and then not available due to a medical procedure until trial resumes December 5th. If our case in chief is not complete before then we will call him as the next witness that day. If our case in chief is complete we will request leave (as mentioned in a pretrial hearing) to call him after our case and during your case. Mr. Bowman will be called if we reach him before December 5 (likely); he may not be called if Mr. Lund appears first.

      We reserve the right to read the depositions at any available time--if we do not have your designations we will read our portion and allow your portion to be read during the defendants' case. We repeat our request that you promptly provide your counter-designations to any of ours that have been cut down to the approximate one hour estimated time on direct.

      Messrs. Kaufman and Hoffman are called as-on-cross.  We understand through his counsel that Mr. Kaufman is unavailable November 14, but is available November 15; we are attempting to accommodate his schedule. However, both Messrs. Kaufman and Hoffman are

Dbt f !2;: 1.dw.11292.KML !!!!!Epdvn f ou26: 2!!!!!Gjrhe!220l5l03116!!!!!Qbhf !3!pg3

# Berger&Montague,P.C.
ATTORNEYS AT LAW

under subpoena.

Stuart Poet has health and other issues which may require us to read portions of his deposition instead.  We also reserve the right to offer admissible documents and deposition testimony or certifications to qualify documents for admission into evidence.

Finally, we are attempting to reach all of the out-of-town witnesses this afternoon and during the weekend to confirm their availability on the likely date(s) in accordance with the order of call.

Very truly yours,

Merrill G. Davidoff /Jmw

Merrill G. Davidoff

Enclosures

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
JOHN L. KANE, SENIOR JUDGE

**Case No.**    **90-cv-0181**            **Date**        **November 4, 2005**

**Case Title**   **Cook, et al vs. Rockwell International Corp., et al**

**Plaintiffs' Remaining Witness List**

**Witness**

|  **Date(s) Testified** |
|---|
| Dr. Paul Slovic (3 hours) |
| W. Gale Biggs (2½ hours) |
| Samuel Cassidy (2 hours) * |
| Dr. James Flynn (3 hours) |
| Richard Clapp (3 hours) |
| Gretchen Robb (1 hour) |
| Rodney B. Hoffman (3 hours as on cross) |
| Richard Kaufman (2½ hours as on cross)* |
| Thomas Cochran (4 hours) |
| Steve Wing (3 hours) |
| Karen Whalen (1 hour) |
| Charles McKay (2½ hours) |
| Niels Schonbeck (2½ hours) |
| Stuart Poet (may call - health issues) * |
| Peter Lund (1 ½ hours) * and/or |
| Joseph Bowman (1 hour)* |
| John Till (3 hours as on cross) (may call) |
| Wayne Hunsperger (6 hours) |

*see attached letter

Joel Selbin (2½ hours) _____          _____

Depositions to be read during any available
time:

Albert Hazle (1 hour) _____          _____

Judith Henderson (1 hour) _____          _____

Candice Jierree (1 hour) _____          _____

Dr. Karl Morgan ( 1 hour) _____          _____

A. Bryan Siebert ( 1 hour) _____          _____

Mark Silverman ( 1 hour) _____          _____