# Exhibit 2

| | | | |
|---|---|---|---|
| **Mark Nomellini/Chicago/Kirkland-Ellis** | | To | Sharon Davis/Chicago/Kirkland-Ellis@K&E |
| | | cc | |
| 11/06/2005 05:32 PM | | bcc | |
| | | Subject | Fw: Cook v. Rockwell |

----- Forwarded by Mark Nomellini/Chicago/Kirkland-Ellis on 11/06/2005 06:31 PM -----



| | | | |
|---|---|---|---|
| **"Peter Nordberg"** <pn@nordbergonline.com> | | To | "'Mark Nomellini'" <mnomellini@kirkland.com> |
| 08/15/2005 12:58 PM | | cc | |
| Please respond to <pnordberg@bm.net> | | Subject | Cook v. Rockwell |

Mark,

(a) We are still awaiting a response on the three items mentioned in my email of 8/9/05.

(b) Attached is a partial draft PTO. We have not yet inserted the parties' respective statements of claims and defenses. You have plaintiffs' draft stipulated facts. Work is continuing on a revised list of fact witnesses and exhibits. Consultation is needed on a few other points, as you'll see from the draft.

(c) We are attempting to complete deposition designations. It would greatly expedite that progress if we agreed that the deposition exhibits are authentic. That way, it would be unnecessary to designate those portions of the deposition testimony devoted solely to authentication. Please let us have your views.

Thanks.

- Peter


-----Original Message-----
From: Mark Nomellini [mailto:mnomellini@kirkland.com]
Sent: Wednesday, August 10, 2005 3:42 PM
To: pnordberg@bm.net
Cc: 'Douglas Kurtenbach'
Subject: Re: Cook v. Rockwell -- Three items


Peter,

We are reviewing your questions and expect to respond by Friday. Please let us know when plaintiffs expect to provide a draft of the pretrial order.

```
                "Peter
                Nordberg"
                <pn@nordb                              To
                ergonline        "'Douglas Kurtenbach'"
                .com>            <dkurtenbach@kirkland.c
                                 om>, "'Mark Nomellini'"
                08/09/200        <mnomellini@kirkland.co
                5 04:07          m>
                AM                                     cc

                                                  Subject
                 Please          Cook v. Rockwell --
                 respond         Three items
                   to
                <pnordber
                g@bm.net>
```

(1) Are defendants prepared to transmit the documents
on their trial exhibit list from their 2003 submission,
presumably in electronic format?  Plaintiffs are
prepared to transmit theirs.

(2) Plaintiffs are at work on a draft of proposed
stipulated facts, which we expect we can transmit on
Wednesday.  Can you give some indication whether
defendants will be preparing any draft of proposed
stipulated facts?

(3) We need to exchange drafts of proposed instructions
on at least two subjects: generic emotional distress,
and setoff ("discount").  Do defendants have any
thoughts on the timetable for that?
<font size=2 face="monospace,courier">
*************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
</font>

draft pto.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-181

MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK,
RICHARD and SALLY BARTLETT, and LORREN and GERTRUDE BABB,

    Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

## [PROPOSED] STIPULATED PRETRIAL ORDER

### 1. DATE AND APPEARANCES

*[State the date of the Pretrial Conference and identify the counsel present.]*

### 2. JURISDICTION

This Court has jurisdiction over these proceedings under the Price Anderson Act, 42 U.S.C. § 2210(n)(2); under 28 U.S.C. § 1331, which provides for original jurisdiction in the United States District Courts of civil actions arising under the laws of the United States; and under principles of pendent and ancillary jurisdiction.

## PREPARATION PROCEEDINGS

a. This case shall be tried to a jury. The parties estimate the trial will take **two months (four weeks for Plaintiffs' case in chief, ___ weeks for Defendants' case, and ___ weeks for rebuttals)**. The trial shall take place at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, Denver CO.

b. Trial Date: _____.

c. Final Trial Preparation Conference Date: _____.

d. Deadline for filing motions objecting to any testimony of an expert witness based on the requirements of *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999), *and their progeny*: June 16, 2005. <u>Any such objections not identified in Section 9 of this Order and filed by motion by this date are deemed waived.</u>

e. <u>Deadline for filing all other motions in limine, including objections to exhibits and designated deposition testimony</u>: June 16, 2005.

DATED this ___ day of _____, 2005.

BY THE COURT:

JOHN L. KANE, Senior Judge
United States District Court

9