# Exhibit 3

| | | |
|---|---|---|
| **Mark Nomellini/Chicago/Kirkland-Ellis**<br>11/06/2005 05:31 PM | To<br>cc<br>bcc<br>Subject | Sharon Davis/Chicago/Kirkland-Ellis@K&E<br><br><br>Fw: Draft PTO |

----- Forwarded by Mark Nomellini/Chicago/Kirkland-Ellis on 11/06/2005 06:31 PM -----



| | | |
|---|---|---|
| **"Jenna MacNaughton-Wong"**<br><jmacnaughton@bm.net><br>10/12/2005 02:52 PM | To<br>cc<br>Subject | "Mark Nomellini" <mnomellini@kirkland.com><br>"Peter Nordberg" <pnordberg@bm.net><br>Draft PTO |

Hello Mark,

Attached is our counter-proposal on the PTO. A couple of changes:

1. I have added back the list of facts to which defendants have stipulated, or have left open as to whether they will stipulate. The ones that need a decision are highlighted. Please make your final decision on these.

2. I have removed defendants' "objection" language in your Fn. 8 and in the "Discovery" section. Defendants' objections are on the record elsewhere.

3. I corrected a typo in the section about defendants' dep designations.

4. I have corrected the description of Ms. Roberson's testimony to correct a typo and to more accurately describe her position at Rocky Flats.

5. I have updated the "Pending Motions" section.

6. I have amended plaintiffs' statement on discovery in light of recent developments.

Jenna

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U. S.Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person

any tax-related matter.  Cook PTO joint draft 3.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-181

---

MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK,
RICHARD and SALLY BARTLETT, and LORREN and GERTRUDE BABB,

    Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

### [PROPOSED] STIPULATED PRETRIAL ORDER

#### 1. DATE AND APPEARANCES

The final trial preparation conference took place on September 22, 2005. Counsel present were Merrill Davidoff, Peter Nordberg, Louise Roselle, Gary Blum, and Holly Shook for plaintiffs; and Douglas Kurtenbach, David Bernick, Mark Nomellini, and Joseph Bronesky for defendants.

#### 2. JURISDICTION

This Court has jurisdiction over these proceedings under the Price Anderson Act, 42 U.S.C. § 2210(n)(2), and under 28 U.S.C. § 1331.

## 9. SPECIAL ISSUES

Defendants anticipate that they may request that the jury be given a tour of the class area and its environs. Plaintiffs object to such a tour as irrelevant, a waste of scarce trial time, and prejudicial. A visual inspection of the class area cannot inform the jury about whether plutonium is present there, whether property values are depressed, or any other aspect of the parties' claims or defenses.

## 10. SETTLEMENT

The case is not expected to settle prior to trial.

## 11. EFFECT OF PRETRIAL ORDER

This Pretrial Order incorporates the parties' current, good-faith witness lists, exhibit lists, and deposition designations; pursuant to the parties' agreement, amendments will be permitted. The pleadings are deemed merged herein. This Pretrial Order supersedes the Scheduling and Discovery Order. In the event of ambiguity in any provision of this Pretrial Order, reference may be made to the record of the Pretrial Conference to the extent reported by stenographic notes and to the pleadings.

## 12. TRIAL AND ESTIMATED TRIAL TIME/FURTHER TRIAL PREPARATION PROCEEDINGS

a. This case shall be tried to a jury. Plaintiffs estimate that the plaintiffs' case in chief will last four weeks and that additional time will be needed for rebuttals. Defendants estimate that defendants' case will last four weeks. The trial shall take place at the United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, Denver CO.