# Exhibit B

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004                               1

```
 1  27805AVLM
    IN THE UNITED STATES DISTRICT COURT
 2  FOR THE DISTRICT OF COLORADO

 3  ─────────────────────────────────────────
    Civil Action No. 90-K-181
 4  ─────────────────────────────────────────

 5  MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK,
    RICHARD and SALLY BARTLETT, LORREN and GERTRUDE
 6  BABB, BANK WESTERN, A FEDERAL SAVINGS BANK, a
    Federally Chartered Savings Bank, and FIELD
 7  CORPORATION, a Colorado Corporation, on Their
    Own Behalf and as Representatives of a Class of
 8  Persons and Entities Suffering Economic Harm; and
    WILLIAM JR. and DELORES SCHIERKOLK, RICHARD and
 9  SALLY BARTLETT, MICHAEL DEAN RICE, THOMAS L. and
    RHONDA J. DEIMER, and STEPHEN M. and PEGGY J.
10  SANDOVAL, on Their Own Behalf and as Representatives
    Of a Class of Similarly Situated Residents and
11  Workers,

12       Plaintiffs,

13  vs.

14  ROCKWELL INTERNATIONAL CORPORATION, a Delaware
    Corporation, and THE DOW CHEMICAL COMPANY, a
15  Delaware Corporation,

16       Defendants.
    ─────────────────────────────────────────
17
            DEPOSITION OF WALTER GALE BIGGS, Ph.D.
18                     July 29, 2004

19
              Pursuant to Notice taken on behalf of the
20  Defendants at The Boulder Broker Inn, 555-30th Street,
    Boulder, Colorado 80303 at 8:05 a.m., before Valerie L.
21  Miller, Certificate of Merit Holder and Notary Public
    within Colorado.

22

23

24
                                          ORIGINAL
25
```

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087  800.708.8087  (FAX) 312.704.4950

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004

46

```
 1        Q.    (By Mr. Poland)  Dr. Biggs, you brought some
 2   documents with you today, I believe, in response to the
 3   subpoena.  Is that correct?
 4        A.    Well, I gave them to him yesterday, and he
 5   brought them today to you.  So, bas- --
 6        Q.    You gave them to Mr. Blum?
 7        A.    Yes, I gave them to Mr. Blum, and he brought
 8   them today.  These were just some documents that I had
 9   found that related.
10              This one is a -- a article out of "Science"
11   magazine; and there's only, I believe, one sentence or --
12   that I marked in yellow that had related to specifically
13   Rocky Flats.
14        Q.    Let's go ahead and mark -- why don't we mark
15   all of these --
16        A.    Okay.
17        Q.    -- as one exhibit, just so we've got it for
18   the record, and then we'll go over them quickly.
19        A.    Okay.
20              (Deposition Exhibit No. 1 was marked for
21   identification.)
22              (Discussion off the record.)
23        Q.    (By Mr. Poland)  Dr. Biggs, the Court Reporter
24   has marked as Exhibit No. 1 a number of pages that you
25   just handed to me.  These are documents that you brought
```

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   (FAX) 312.704.4950

```
 1  were produced to us.
 2          You did produce documents to Mr. Blum's law
 3  firm in response to the subpoena we served.  Correct?
 4      A.  Yes, I did.
 5      Q.  And so, I will represent that these are
 6  documents that were produced to us.
 7          MR. BLUM:  Let me just correct that.  Part of
 8  those documents, I think, were produced directly to Berger
 9  & Montague when they were here, part to us.  And my memory
10  is there were some five full file boxes or four-and-a-half
11  full file boxes of documents.  But that's -- just want to
12  make that clear.
13          MR. POLAND:  Fair enough.  Regardless of how
14  they got to us, they got to us; and it was a large number
15  of boxes.
16      Q.  (By Mr. Poland)  Dr. Biggs, does this appear
17  to be a full and complete copy of the "Final Report of the
18  Governor's Rocky Flats Scientific Panel on Monitoring
19  Systems"?
20      A.  I think my answer to that is, as you stated,
21  it appears to be, yes.
22      Q.  A moment ago when we were talking about
23  high-volume samplers --
24      A.  Yes, sir.
25      Q.  -- and you had mentioned that you believe
```