# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K–181

---

MERILYN COOK, et al.,

    Plaintiffs,

    v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

PLAINTIFFS' SUBMISSION OF:
(1) STATEMENT REGARDING ROCKY FLATS' MISSION;
(2) LIST OF LAWYERS AND WITNESSES FOR JURY QUESTIONNAIRE;
AND (3) WITNESS LIST

---

Pursuant to the Court's directives in the Courtroom Minutes dated September 22, 2005, plaintiffs respectfully submit: (1) plaintiffs' proposed statement of Rocky Flats' mission; (2) plaintiffs' list of lawyers and witnesses for attachment to the juror questionnaire; and (3) plaintiffs' witness list. Plaintiffs' response to defendants' motion to exclude the testimony of Dr. Wing, and plaintiffs' objections to defendants' proposed supplemental jury instructions, are being filed separately today.

                                                  Respectfully submitted,

Dated: September 29, 2005
                    /s  Jennifer MacNaughton
                    Merrill G. Davidoff
                    Peter Nordberg
                    Jenna MacNaughton-Wong
                    Berger & Montague, P.C.
                    1622 Locust Street
                    Philadelphia, PA 19103
                    (215) 875-3000

                    Attorneys for Plaintiffs

Case 1:90-cv-00181-JLK     Document 1477     Filed 09/29/2005     Page 1 of 8

Cook v. Rockwell     90-K-181
Plaintiffs' Witness List
Filed September 29, 2005

    a.    **Nonexpert Witnesses**

This list does not include witnesses, *e.g.* "Librarian," needed to authenticate or qualify documents or summaries of documents, in the event that the issue of authentication or qualification cannot be resolved by stipulation or Court order. Plaintiffs reserve the right to add new witnesses, and to call any witness on defendants' witness list.

    (1)    Witnesses who <u>will</u> be present at trial.

**Avery, Ronald H.**                          Pueblo, CO
Mr. Avery is a former Rocky Flats employee who is expected to testify about Rockwell's illegal operation of the waste incinerator that was a subject of the FBI raid, as well as other wrongdoing at the plant.

**Baca, Dr. Randall**                         Wheat Ridge, CO
Dr. Baca is expected to testify about an aborted property purchase from class representatives Richard and Sally Bartlett.

**Bannister, Karen**                          Brighton, CO
Ms. Bannister will testify about her experiences living in the class area on property owned by her parents, Richard and Sally Bartlett.

**Bartlett, Richard**                         Brighton, CO
Mr. Bartlett is a class representative who will testify about his experiences as a property owner in the class area and his representation of the class.

**Bartlett, Sally**                           Brighton, CO
Mrs. Bartlett is a class representative who will testify about her experiences as a property owner in the class area and her representation of the class.

**Biggs, W. Gale, Ph.D.**                     Boulder, CO
Dr. Biggs is expected to testify about his experiences on several committees charged with the review of Rocky Flats' environmental management, including Governor Roemer's scientific monitoring panel, the Rocky Flats Cleanup Commission, and the Citizens' Advisory Board. Dr. Biggs will testify about the work of those committees and their findings and recommendations. He may also testify about his experience as a contractor to Rocky Flats in the 1970's.

**Bowman, Joseph**                              Denver, CO
Mr. Bowman will testify about his experiences as a property owner in the class area as a partner in the Alkire Investment Group.

**Brever, Jacqueline**                          Pueblo, CO
Ms Brever is a former Rocky Flats employee who is expected to testify about Rockwell's illegal operation of the waste incinerator that was a subject of the FBI raid, as well as other wrongdoing at the plant.

**Cassidy, Sam**                                Denver, CO
Mr. Cassidy is expected to testify about his experiences as the president of the Jefferson County Economic Council and the president and CEO of Colorado Association of Commerce & Industry

**Cook, Merilyn**                               Arvada, CO
Ms. Cook is a class representative who will testify about her experiences as a property owner in the class area and her representation of the class.

**Hoffman, Rodney**  (as on cross)              Wheat Ridge, CO
Mr. Hoffman is expected to testify about his work on this case as a Dow, Rockwell, and later DOE classification officer; about "MUF" or "material unaccounted for," and DOE's response to plaintiffs' request for MUF-related documents, including his own statements and testimony about the volume of such documents, and DOE's production of over 1 million redacted MUF documents.

**Holeman, Tim**                                Denver, CO
Mr. Holeman is expected to testify about his experiences as the governor's assistant tasked with Rocky Flats issues and as a City of Broomfield employee.

**Kaufman, Richard**  (as on cross)
Mr. Kaufman is a former Assistant U.S. Attorney who was in charge of MUF compliance before the contempt finding against DOE.  He is expected to testify about DOE's responses to plaintiffs' discovery requests, and possibly about classification of MUF documents, leading up to DOE being held in contempt, and DOE's response thereafter.

**Lipsky, Jon**                                 Mission Viejo, CA
Mr. Lipsky is expected to testify about his experiences as the lead FBI agent involved in the raid on Rocky Flats.

**Lund, L.B. Pete**                             Denver, CO
Mr. Lund is expected to testify about his experiences as a property owner in the class area as a partner in the Alkire Investment Group.

**McDaniel, Cynthia**                              Brighton, CO
Mrs. McDaniel will testify about her experiences as a property owner in the class area.

**McKay, Charles**                                 Westminster, CO
Mr. McKay is expected to testify about his experiences as a property owner and developer in the class area, the lawsuit his uncle Marcus Church filed against Dow and Rockwell that Mr. McKay eventually inherited, and the events which led the DOE to seize part of his family's property in the 1950's in order to build the Rocky Flats plant.

**McKinley, Wesley**                               Walsh, CO
Mr. McKinley is expected to testify about his experiences as a state legislator, including his efforts to pass a bill requiring full disclosure of the potential radiation risks to visitors of the future Rocky Flats wildlife refuge.  He was also the foreman of the special grand jury that investigated Rockwell, and limited testimony is expected to be elicited on this issue, consistent with the Court's rulings on the motions in limine.

**Minshall, David**                                Centennial, CO
Mr. Minshall is expected to testify about his experiences as a reporter covering Rocky Flats and about media coverage of events at Rocky Flats, and will authenticate videotapes of news coverage from the 1980's forward.

**Ozaki, Charles**                                 Broomfield, CO
Mr. Ozaki is expected to testify about his experiences as an assistant city manager, especially pertaining to the City of Broomfield's water replacement project, when Broomfield was forced to replace its water supply due to Rocky Flats contamination of the Great Western Reservoir, and possibly other actions taken by the City of Broomfield in response to revelations about Rocky Flats after the FBI raid.

**Park, Donald**                                   St. Petersburg, FL
Mr. Park will testify about his experiences as a property owner in the class area.

**Poet, Stuart**                                   Longmont, CO
Mr. Poet is expected to testify about his participation in the Colorado Committee for Environmental Information soil sampling study that found plutonium in the class area.

**Ray, John A.**                                   Louisville, CO
Mr. Ray is a former Rocky Flats employee who is expected to testify about Dow and Rockwell's environmental management and other wrongdoing.

**Robb, Gretchen**                                    Broomfield, CO
Ms. Robb will testify about her experiences as a property owner in the class area.

**Selbin, Joel Ph.D.**                                Boulder, CO
Dr. Selbin is expected to testify about his experiences as a member of the Radionuclide Soil Action Levels oversight panel and other Rocky Flats citizens' committees funded by DOE. He is expected to testify that the committees were shams, and that DOE attempted to evade its responsibility to clean up the contamination left by Dow and Rockwell.

**Schierkolk, William**                               Arvada, CO
Mr. Schierkolk is a class representative who will testify about his experiences as a property owner in the class area and his representation of the class.

**Schonbeck, Niels, Ph.D.**                           Boulder, CO
Dr. Schonbeck is expected to testify about his experiences as a member of the Health Advisory Panel, the Radionuclide Soil Action Levels oversight panel, and other Rocky Flats citizens' committees funded by DOE. He is expected to testify that the committees were shams, and that DOE attempted to evade its responsibility to clean up the contamination left by Dow and Rockwell.

**Whalen, Karen**                                     Broomfield, CO
Ms. Whalen will testify about her experiences as a property owner in the class area.

**Williams, Zimmie Faye**                             Houston, TX
Ms. Williams is a former Rocky Flats employee who is expected to testify about Rockwell's illegal operation of the waste incinerator that was a subject of the FBI raid, as well as other wrongdoing at the plant.

(2)    Witnesses who <u>may</u> be present at trial if the need arises.

**Ackland, Len**                                      Boulder, Co
Mr. Ackland is a journalist, a professor of journalism, and the author of a book on Rocky Flats  He is expected to testify about the media coverage of Rocky Flats in the wake of the FBI raid and later events, and about generally known historical information about the plant.

**Babb, Gertrude**                                    Golden, CO
Ms. Babb is a class representative who will testify about her experiences as a property owner in the class area and her representation of the class. In light of the fact that she is elderly, she may not be able to testify.

**Bartlett, Richard Jr.**                          Overland Park, KS
Mr. Bartlett will testify about his experiences living in the class area on property owned by his parents, Richard and Sally Bartlett.

**Bartleson, Michael**                             Arvada, CO
Mr. Bartleson is expected to testify about his experiences as an assistant city manager, especially pertaining to the City of Broomfield's water replacement project, when Broomfield was forced to replace its water supply due to Rocky Flats contamination of the Great Western Reservoir, and possibly other actions taken by the City of Broomfield in response to revelations about Rocky Flats after the FBI raid.

**Lacey, Howard**                                  Arizona
Mr. Lacey is expected to testify about his experiences as a developer who developed or attempted to develop property in the class area. Due to Mr. Lacey's advanced age and ill health, he may not be able to testify.

**Schnoor, Kathryn**                               Broomfield, CO
Ms. Schnoor is expected to testify about his experiences as an assistant city manager, especially pertaining to the City of Broomfield's water replacement project, when Broomfield was forced to replace its water supply due to Rocky Flats contamination of the Great Western Reservoir, and possibly other actions taken by the City of Broomfield in response to revelations about Rocky Flats after the FBI raid.

**Till, John Ph.D.** (as on cross)
Dr. Till is expected to testify about the RAC study.

(3)     **Witnesses whose testimony is expected to be presented by means of a deposition.**

This list does not include designations of testimony needed to authenticate or qualify documents or summaries of documents, in the event that the issue of authentication or qualification cannot be resolved by stipulation or Court order. Plaintiffs reserve the right to add additional deposition designations, and to call by deposition anyone whose deposition has been taken.

**Hardy, Edward Ph.D.**                            Pleasantville, NY
Dr. Hardy's deposition testimony will introduce the soil sampling study he conducted that found plutonium in the class area.

**Hazle, Albert**                                  (deceased)
Mr. Hazle's deposition will discuss his experiences as the head of the Colorado Department of Health.

**Krey, Phillip, Ph.D.**                     Hillsdale, NJ
Dr. Krey's deposition testimony will introduce the soil sampling study he conducted that found plutonium in the class area.

**Henderson, Judith**                        Melbourne, FL
Ms. Henderson is a former DOE employee at Rocky Flats whose deposition will discuss Rockwell's attempts to thwart DOE oversight, its environmental management, and other wrongdoing.

**Jierree, Candice**                         Carlsbad, NM
Ms. Jierree's deposition will discuss her work as a DOE employee involved in oversight of Rocky Flats' waste management and environmental practices.

**Lindsay, Dana**
Ms. Lindsay's deposition will discuss DOE's response to the contempt order, including the production of redacted MUF documents.

**Morgan, Dr. Karl**                         (deceased)
Dr. Morgan's deposition will discuss the evolution of the first plutonium exposure standards.

**Roberson, Jesse**
Ms. Roberson's deposition will discuss her experiences as director of the Rocky Flats plant.

**Siebert, A. Bryan**
Mr. Siebert's deposition will discuss his work as a DOE classification official, including his discussions of legal strategy with DOE.

**Silverman, Mark**
Mr. Silverman's deposition will discuss his experiences as director of the Rocky Flats plant, and his views, as director, of DOE's production of redacted MUF documents.

**Watkins, Adm. James**
Adm. Watkins' deposition will discuss his experiences as the Secretary of Energy.

  b.  **Expert Witnesses**

**For Plaintiffs**

  (1)  Witnesses who <u>will</u> be present at trial

  **Budnitz, Dr. Robert**    Berkeley CA
Dr. Budnitz is a physicist and nuclear operations specialist. He is expected to testify about the operational history of Rocky Flats; environmental monitoring; waste management; releases of plutonium into the off-site environment, including through plutonium fires and the "903 Pad;" and other releases of hazardous substances; and risk assessment.

  **Clapp, Dr. Richard W.**    Boston, MA
Dr. Clapp is an epidemiologist. He is expected to testify concerning epidemiology and risk assessment.

  **Cochran, Dr. Thomas B.**    Arlington, VA
Dr. Cochran is a physicist and health physicist. He is expected to testify about the basics of plutonium and radiation and their hazards to human health, including related uncertainty; the "ALARA" standard or "As Low as Reasonably Achievable" as it applies to the exposure of human beings to radiation and radionuclides, including to plutonium; the history of Rocky Flats operations and its manufacture of "pits" for nuclear weapons; defendants' management of plutonium and plutonium-contaminated waste and fire risks; and releases of plutonium from the plant into the off-site environment. He also is expected to testify about "MUF" or "material unaccounted for.

  **Flynn, Dr. James A.**    Eugene, OR
Dr. Flynn is an expert in public opinion survey design and administration. He is expected to testify as to contingent valuation methodology and/or opinion survey; judgment; decision-making and risk assessment.

  **Goble, Dr. Robert L.**    Brookline, MA
Dr. Goble is a physicist. His is expected to testify concerning characterization of on-site plutonium and radioactive materials unaccounted for; nature of exposure assessment methodology; dose reconstruction, including source term development, environmental transport, and dose/exposure conversion; risk assessment; and critical analysis of existing dose reconstruction studies.

  **Hunsperger, Wayne L.**    Englewood, CO
Mr. Hunsperger is a real estate appraiser/Consultant. He is expected to testify concerning the diminution in value of real property located in the vicinity of Rocky Flats based on: contingent valuation methodology and or opinion survey; valuation by analogy; real estate appraisal; non-transactional market information;

and quantitative analysis or analytical methods such as sampling, regression analysis, and geographic information systems.

**Radke, Dr. John D.**                Orlinda, CA

Dr. Radke is a quantitative analyst and geographic information systems specialist. He is expected to testify concerning quantitative analysis of current and historical data with respect to property, which may include the use of sampling, regression analysis, and/or geographic information systems.

**Slovic, Dr. Paul**                Eugene, OR

Dr. Slovic is a psychologist and risk assessment specialist. He is expected to testify as to contingent valuation methodology and/or opinion survey; judgment; decision-making and risk assessment.

**Smallwood, Dr. K. Shawn**        Davis, CA

Dr. Smallwood is an ecologist. He is expected to testify about soil turnover due to biological activity at Rocky Flats.

**Wing, Dr. Steven**                Chapel Hill, NC

Dr. Wing is an epidemiologist. He is expected to testify concerning the adequacy of the DOE's investigations into the health hazards of plutonium, including how DOE has long controlled epidemiological research into the health effects of exposure to plutonium and other nuclear materials, and that DOE's self-interest in avoiding liability and promoting the nuclear industry has resulted in a distorted body of research concerning the dangers of low-level radiation exposure.

(2)    **Witnesses who may be present at trial; and**

Not applicable.

(3)    **Witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony.**

Not applicable.