# Exhibit B

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004

1

```
 1  27805AVLM
    IN THE UNITED STATES DISTRICT COURT
 2  FOR THE DISTRICT OF COLORADO

 3  _____

    Civil Action No. 90-K-181
 4  _____

 5  MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK,
    RICHARD and SALLY BARTLETT, LORREN and GERTRUDE
 6  BABB, BANK WESTERN, A FEDERAL SAVINGS BANK, a
    Federally Chartered Savings Bank, and FIELD
 7  CORPORATION, a Colorado Corporation, on Their
    Own Behalf and as Representatives of a Class of
 8  Persons and Entities Suffering Economic Harm; and
    WILLIAM JR. and DELORES SCHIERKOLK, RICHARD and
 9  SALLY BARTLETT, MICHAEL DEAN RICE, THOMAS L. and
    RHONDA J. DEIMER, and STEPHEN M. and PEGGY J.
10  SANDOVAL, on Their Own Behalf and as Representatives
    Of a Class of Similarly Situated Residents and
11  Workers,

12  Plaintiffs,

13  vs.

14  ROCKWELL INTERNATIONAL CORPORATION, a Delaware
    Corporation, and THE DOW CHEMICAL COMPANY, a
15  Delaware Corporation,

16  Defendants.

17  _____

              DEPOSITION OF WALTER GALE BIGGS, Ph.D.
18                       July 29, 2004

19
              Pursuant to Notice taken on behalf of the
20  Defendants at The Boulder Broker Inn, 555-30th Street,
    Boulder, Colorado 80303 at 8:05 a.m., before Valerie L.
21  Miller, Certificate of Merit Holder and Notary Public
    within Colorado.

22

23

24
25                                    ORIGINAL
```

1  the latter phases of when I was on that panel or it would
2  have been shortly after the panel was over.
3      Q.   Did you reach any conclusions about the
4  ability of high-volume samplers to capture the plutonium
5  coming off of the Rocky Flats Plant?
6      A.   The conclusion that I reached was that it is
7  doing a poor job of sampling plutonium, air-borne
8  plutonium, coming off the Plant.
9      Q.   Was that a conclusion that you personally
10 reached?
11     A.   Yes, sir, it was.
12     Q.   Was that a conclusion that was shared by other
13 members of the scientific panel?
14     A.   I don't know that this was passed by the
15 scientific panel.  I don't recall.  My basic assumption is
16 probably not, because we were so busy writing the report
17 at the end of the period that this is not something that
18 made it in.
19     Q.   Now, the Page 3 talks about high-volume
20 samplers.  What were the high-volume samplers?
21     A.   It's a standard E.P.A. device that has been
22 used for many years to sample particulate matter in the
23 atmosphere.
24     Q.   And where were the high-volume samplers at
25 Rocky Flats, where are they located?

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004                    137

1  No. 4 for me, please.
2       A.   Page No. 4 is a graphical depiction with
3  numbers on the "X" axis in a logarithmic form. There is
4  no "Y" axis; it's just an illustrative "Y" axis to simply
5  show a size distribution type thing. And it has the words
6  "DISPERSED [PLUTONIUM]" in it.
7       Q.   What is the -- why did you create Page No. 4?
8       A.   I created it because I was interested in
9  seeing how this particular size range of plutonium matched
10 up with the sampling size range in the high-volume
11 sampler.
12      Q.   And how did you choose or decide to use these
13 particle sizes that are .01 microns down to .001 microns?
14      A.   Well, actually, it goes on down. I don't know
15 what the lower limit is.
16           Based on that article that I mentioned earlier
17 this morning, where it talked about the dispersed
18 plutonium in the soil, that better than half of it would
19 probably pass through a .01 micron milliport filter.
20      Q.   Does Page 4 -- and again, I don't want to put
21 words in your mouth; but I'm trying to figure out exactly
22 what is depicted on Page 4 -- was Page 4, did you create
23 it to, essentially, make a visual representation of what
24 you had read in the article?
25      A.   That is correct.

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004

138

1   Q.   So, what's on Page 4 reflects your
2 understanding of what was written in the article, that
3 plutonium that was found to be dispersed was in a particle
4 size or associated with a particle size of .01 microns or
5 less.
6   A.   The article used the terminology dis- --
7 "dispersed plutonium."
8   Q.   Dispersed plutonium.
9   A.   And so that, those are the words directly out
10 of the article.
11   Q.   Okay.  What do the words "dispersed plutonium"
12 mean?
13   A.   I asked that question myself several times
14 on -- while I was on the scientific panel.  Well, I asked
15 it many times before but also on the scientific panel
16 because there I was able to get some answers.
17       I -- I never got a straight answer as to what
18 that was, so I'm -- I'm not too sure myself.
19       It ap- -- I -- I must confess, I am confused
20 as to what that is, other than the fact that everyone who
21 used that, it is plutonium in a form.
22   Q.   Do you recall --
23   A.   The article did not make it clear, nor did the
24 people who read the article.
25   Q.   So, you can't tell from the article whether,

1  that it would not have been picked up by a high-volume
2  sampler?
3      A.   The probability of it being collected would
4  drop rapidly.
5      Q.   It's correct, isn't it, that particles that
6  are greater than 30 microns are not respirable?
7      A.   I'm sorry.  I've forgotten the definition of
8  "respirable."
9      Q.   Have you heard the term "respirable" before?
10     A.   Oh, yes, and I've heard the term "inhalable."
11 And how are you using "respirable"?
12     Q.   The same way that I've seen it in some of the
13 scientific articles that have appeared in the documents
14 that were produced.
15          I've seen the word "respirable" used, and I
16 guess I'm using it in reference to those studies.
17     A.   And I must confess, I'm sorry, I forget the
18 exact definition of "respirable."  So -- so; I guess I'm
19 not really capable of answering your question at this
20 point.
21     Q.   What about the word "inhalable," does that
22 have a specific scientific meaning to you?
23     A.   Yes, it does.  And again, I don't remember
24 that specific definition, either.
25     Q.   By the way, are you a health physicist?

1   A.   No, sir, I'm not.

2   Q.   How about radiobiologist?

3   A.   No, sir.

4   Q.   Have you done any work before on the health
5   effects of radiation on the body?

6   A.   I have been exposed to that through both
7   course work in college and in professional work that I've
8   done as a consultant.

9   Q.   Did the work that you did on the scientific
10  panel require you to have expertise or knowledge in the
11  health effects of radioactive materials released by the
12  Rocky Flats Plant?

13  A.   The panel broke itself into several
14  committees, and there was a separate radiological
15  committee set up.  And on it were at least, I think, one
16  or two health physicists.  And I don't know who the other
17  members were.

18  Q.   And that report is attached to Exhibit 2 or
19  included within Exhibit 2; is that correct?

20  A.   If my understanding of Exhibit 2 is correct,
21  this is the panel report.  And so, its write-ups should be
22  in here as -- probably as a section in the report.

23  Q.   Turning just to Page 13323 of Exhibit 2, which
24  is the second page, if you look down at the bottom, there
25  is a Section 4 that has attachments.