# Exhibit C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## [DEFENDANTS' PROPOSED] STIPULATED PRETRIAL ORDER

---

### 1. DATE AND APPEARANCES

The final trial preparation conference took place on September 22, 2005.  Counsel present

for plaintiffs were Merrill Davidoff, Esq., Peter Nordberg, Esq., Louise Roselle, Esq., Gary

Blum, Esq., and Holly Shook, Esq.  Counsel present for defendants were David Bernick, Esq.,

Douglas Kurtenbach, Esq., Mark Nomellini, Esq., and Ellen Ahern, Esq. [1]

### 2. JURISDICTION

This Court has jurisdiction over these proceedings under the Price Anderson Act, 42

U.S.C. § 2210(n)(2); under 28 U.S.C. § 1331.

---

[1]Plaintiffs have provided no comments on the draft of the pre-trial order that defendants
transmitted on September 21, 2005.  Since the draft, defendants have revised Section 1 to reflect
the occurrence of the final pre-trial conference, revised Sections 7 and 11 to reflect the Court's
September 27 order regarding exhibits, have revised Section 8 to reflect plaintiffs' failure to
provide required discovery, have revised Section 12(e) to reflect defendants' filing of deposition
designations herewith, and have added footnotes 8, 13, and 14.

[TO BE INSERTED][14]

**b.      Expert Witnesses**

**For Plaintiffs**

    (1)      Witnesses who <u>will</u> be present at trial *[see Fed. R. Civ. P. 26(a)(3)(A)]*;

**Budnitz, Dr. Robert**          Berkeley CA
Dr. Budnitz is a physicist and nuclear operations specialist.  He is expected to testify concerning operational aspects of facilities within the nuclear weapons complex; the operational history of the Rocky Flats facility; environmental monitoring, instrumentation and standards; waste handling; and risk assessment.

**Clapp, Dr. Richard W.**          Boston, MA
Dr. Clapp is an epidemiologist. He is expected to testify concerning epidemiology and risk assessment.

**Cochran, Dr. Thomas B.**          Arlington, VA
Dr. Cochran is a physicist and health physicist. He is expected to testify concerning operational aspects of facilities within the nuclear weapons complex; operational history of the Rocky Flats facility; characterization of on-site plutonium and radioactive materials unaccounted for; exposure assessment methodology; dose reconstruction, including source term development, environmental transport, dose/exposure conversion; and critical analysis of existing dose reconstruction studies.

**Flynn, Dr. James A.**          Eugene, OR
Dr. Flynn is an expert in public opinion survey design and administration.  He is expected to testify as to contingent valuation methodology and/or opinion survey; judgment; decision-making and risk assessment.

**Goble, Dr. Robert L.**          Brookline, MA
Dr. Goble is a physicist. His is expected to testify concerning characterization of on-site plutonium and radioactive materials unaccounted for; nature of exposure assessment methodology; dose reconstruction, including source term development, environmental transport, and dose/exposure conversion; risk assessment; and critical analysis of existing dose reconstruction studies.

**Hunsperger, Wayne L.**          Englewood, CO
Mr. Hunsperger is a real estate appraiser/Consultant.  He is expected to testify concerning the diminution in value of real property located in the vicinity of

---

[14]Defendants' deposition designations are attached to this filing.

Rocky Flats based on: contingent valuation methodology and or opinion survey; valuation by analogy; real estate appraisal; non-transactional market information; and quantitative analysis or analytical methods such as sampling, regression analysis, and geographic information systems.

**Radke, Dr. John D.**          Orlinda, CA
Dr. Radke is a quantitative analyst and geographic information systems specialist. He is expected to testify concerning quantitative analysis of current and historical data with respect to property, which may include the use of sampling, regression analysis, and/or geographic information systems.

**Slovic, Dr. Paul**          Eugene, OR
Dr. Slovic is a psychologist and risk assessment specialist. He is expected to testify as to contingent valuation methodology and/or opinion survey; judgment; decision-making and risk assessment.

**Smallwood, Dr. K. Shawn**          Davis, CA
Dr. Smallwood is an ecologist. He is expected to testify about soil turnover due to biological activity at Rocky Flats.

**Wing, Dr. Steven**          Chapel Hill, NC
Dr. Wing is an epidemiologist. He is expected to testify concerning the adequacy of the DOE's investigations into the health hazards of plutonium, including how DOE has long controlled epidemiological research into the health effects of exposure to plutonium and other nuclear materials, and that DOE's self-interest in avoiding liability and promoting the nuclear industry has resulted in a distorted body of research concerning the dangers of low-level radiation exposure.

(2)     **Witnesses who may be present at trial *[see id.]*; and**

Not applicable.

(3)     **Witnesses whose testimony is expected to be presented by means of a deposition and, if not taken stenographically, a transcript of the pertinent portions of the deposition testimony. *[See Fed. R. Civ. P. 26(a)(3)(B)]*.**

Not applicable.

**For Defendants**

(1)     **Witnesses who will be present at trial *[see Fed. R. Civ. P. 26(a)(3)(A)]*;**