# Exhibit A

## DEFENDANTS' PROPOSED INSTRUCTION

## EVIDENCE OF CONCERNS THAT MAY BE WITHOUT SCIENTIFIC FOUNDATION OR OTHER SUPPORT IN FACT

Today you may hear testimony from plaintiffs' witness Dr. Paul Slovic regarding public concerns that may be without scientific foundation or other support in fact.

As I informed you in Instruction No. 3.28, such evidence of "concern[s] that may be without scientific foundation or other support in fact" is relevant to <u>one</u> of the questions you must answer — namely, whether defendants' conduct, "and/or actual or threatened harms caused by such conduct, created a situation that is capable of causing fear, anxiety or mental discomfort in individual Class members."

However, such evidence of concerns that may be without scientific foundation or other support in fact is <u>not</u> relevant to your determination of whether plaintiffs have proved a trespass (see Instruction No. 3.2) or a nuisance (see Instruction No. 3.7), or whether plaintiffs have proved damages (see Instruction 3.22).

**Authority:**  Instruction No. 3.28; 5/17/05 Order at 7; *Vanderbeek v. Vernon Corp.*, 50 P.3d 866, 868 (Colo. 2002) ("damages must be proximately caused by the tortious act"); *Westric Battery Co. v. Standard Elec. Co.*, 482 F.2d 1307, 1318 (10th Cir. 1973) (it is "only the damage flowing legally from the defendant's misdeeds which counts"); *Boughton v. Cotter Corp.*, 65 F.3d 823, 831-33 & 832 n. 13 (10th Cir. 1995) (predicting that Colorado Supreme Court would rule that unfounded fears would not be recoverable as damages for trespass or nuisance under Colorado law).