# Exhibit C

# Experts vs. Laypersons Perceptions of Risk

## Rank Order

| Laypersons | | Experts |
|---|---|---|
| 1 | Nuclear power | 20 |
| 2 | Motor vehicles | 1 |
| 3 | Handguns | 4 |
| 4 →17 | Smoking | 2 →9 |
| →22 | Electric power (non-nuclear) | →7 |
| →30 | X-rays | →25 |
| | Vaccinations | |

15