# Exhibit D

Erickson's 'contamination model' may explain the reaction of the public to exposures to carcinogens.

• Numerous studies have found that a high percentage (60-75%) of people believe that if a person is exposed to a chemical that can cause cancer, that person will probably get cancer some day.

• A similarly high percentage believe that 'exposure to radiation will probably lead to cancer some day.'

• The belief that any exposure to a carcinogen is likely to lead to cancer tends to coincide with the belief that it can never be too expensive to reduce such risks.