# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: October 18, 2005

Reporter: Janet Coppock
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Peter Nordberg
Louise Roselle

David Bernick
Douglas Kurtenbach

## COURTROOM MINUTES

**Jury Trial - Day Seven**

**8:50 a.m.   Court in session.**

Jury not present.

Argument regarding exhibits.

    **Exhibit received: P-701A**

    **Exhibit rejected: P-211**

9:23 a.m.   Jury present.

Continued cross examination of Mr. Holeman by Mr. Bernick.

**10:20 a.m.   Court in recess.**
**10:40 a.m.   Court in session.**

Continued cross examination of Mr. Holeman by Mr. Bernick.

Redirect examination of Mr. Holeman by Mr. Davidoff.

**12:06 p.m.   Court in recess.**
**1:15 p.m.    Court in session.**

Jury not present.

Argument regarding exhibits.

> **Exhibits received:** DX-34, DX-41, DX-43 (pages 1-25 only), DX-47, DX-48, DX-49, DX-50, DX-53, DX-57, DX-58, DX-69, DX-70, DX-76, DX-77, DX-81, DX-36

> **Exhibits received:** ChemRisk report and RAC report

1:36 p.m.    Jury present.

Continued redirect examination of Mr. Holeman by Mr. Davidoff.

Recross examination of Mr. Holeman by Mr. Bernick.

2:18 p.m.    Plaintiffs' witness, John Ray, sworn.

Direct examination of Mr. Ray by Mr. Davidoff.

> **Exhibits received:** P-268, P-314

**3:05 p.m.   Court in recess.**
**3:20 p.m.   Court in session.**

Direct examination of Mr. Ray by Mr. Davidoff.

> **Exhibits received:** P-189, P-1236, P-1216, P-1217 (photo 959 only)

**4:45 p.m.   Court in recess.**

Time in court - 6:15.  Trial continued.

2

# Minute Entries

1:90-cv-00181-JLK Cook, et al v. Rockwell Intl Corp

## U.S. District Court

### District of Colorado

Notice of Electronic Filing

The following transaction was received from dlb, entered on 10/19/2005 at 8:36 AM MDT and filed on 10/18/2005

**Case Name:**         Cook, et al v. Rockwell Intl Corp
**Case Number:**       1:90-cv-181
**Filer:**
**Document Number:** 1522

**Docket Text:**
Minute Entry for proceedings held before Judge John L. Kane : Jury Trial held on 10/18/2005. Trial to Jury - Day Seven. (Court Reporter Janet Coppock.) (dlb, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/19/2005] [FileNumber=333196-0
] [41a68151c0c23c354d4a8556e8e4a15ee2c0bffb4b9db22d997a75c82dcf6aa0980
03a40ebe6aa9a918687becc175c7fe6482a9cbab8b8520c8b57f2c191f1d5]]

**1:90-cv-181 Notice will be electronically mailed to:**

Jonathan Auerbach     auerbach@bm.net, csimon@bm.net

Gary B. Blum     blumg@s-d.com, griffiths@s-d.com

Joseph John Bronesky     jbronesk@sah.com, efiling@sah.com, peckman@sah.com

Merrill Gene Davidoff     mdavidoff@bm.net, sleo@bm.net

Lester C. Houtz     lester.houtz@bartlit-beck.com,

Steven William Kelly     skelly@s-d.com, andolsekl@s-d.com

Christopher Lane     clane@sah.com, efiling@sah.com

Mark S. Lillie     mlillie@kirkland.com

Jennifer E. MacNaughton     jmacnaughton@bm.net, aliggins@bm.net; aebbesen@bm.net; kmarkert@bm.net

Peter B. Nordberg     pnordberg@bm.net, pn@nordbergonline.com

Ellen T. Noteware    enoteware@bm.net, csimon@bm.net

Douglas M. Poland    dpoland@gklaw.com,

Louise M. Roselle    louiseroselle@wsbclaw.com,

Daniel R. Satriana, Jr    satrianad@csbattorneys.com, epsteini@csbattorneys.com

Holly Brons Shook    shookh@s-d.com, ogdenl@s-d.com

Ronald Simon    ron@1707law.com, lauren@1707law.com

David F. Sorensen    dsorensen@bm.net,

John E. Tangren    jtangren@kirkland.com, kknudsen@kirkland.com; drooney@kirkland.com

Stephen D. Taylor    stephen.taylor@usdoj.gov, USACO.ECFCivil@usdoj.gov; kristi.cote@usdoj.gov

Martin Thomas Tully    martin.tully@kattenlaw.com,

**1:90-cv-181 Notice will be delivered by other means to:**

David M. Bernick
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

Eric L. Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Douglas J. Kurtenbach
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

R. Bruce McNew
Taylor, Gruver & McNew, P.A.
3711 Kennett Pike
#210
Greenville, DE 19807

Christopher Thomas Reyna
Chimicles & Tikellis, L.L.P.
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0100

S. Jonathan Silverman
Kirkland & Ellis-Illinois
200 East Randolph Drive

#5400
Chicago, IL 60601

John David Stoner
Chimicles & Tikellis, L.L.P.
361 West Lancaster Avenue
One Haverford Centre
Haverford, PA 19041-0100

US Dept. of Energy
Rocky Flats Project Office
12101 Airport Way - Unit A
Broomfield, CO 80021-2583

Carlotta Wells
US Department of Justice
901 E Street, N.W.
Room 1058
Washington, DC 20044