IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  November 4, 2005                                        Reporter: Therese Lindblom
                                                               Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | David Sorensen |
| | Gary Blum |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

## MINUTE ORDER/COURTROOM MINUTES
_____

**IT IS ORDERED that Defendants' Motion in Limine to Limit the Testimony of K. Shawn Smallwood (Doc. No. 1581), filed November 2, 2005, is granted in part and denied in part as set forth on the record on November 3, 2005.**

**Jury Trial - Day Nineteen**

**8:59 a.m.     Court in session.**

Jury not present.

Defendants' objections to certain Watkins' exhibits are moot.

Argument regarding depositions.

Court states that plaintiffs may depose John Till.

Jury present.

Court instructs jury regarding counsel representing witnesses during depositions.

9:08 a.m.    Redirect examination of Dr. Smallwood by Mr. Sorensen.

**Exhibit received:   P-1199**

9:42 a.m.    Recross examination of Dr. Smallwood by Mr. Bernick.

Deposition of James D. Watkins played for the jury.

**10:37 a.m.   Court in recess.**
**10:57 a.m.   Court in session.**

Continuation of the deposition of Admiral Watkins.

11:30 a.m.   Summation by Mr. Davidoff.

12:03 p.m.   Summation by Mr. Bernick.

**12:49 p.m.   Court in recess.**

Time in court - 3:30.  Trial continued.