IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motion to Compel Plaintiffs to Provide a Realistic Witness List (doc. #1592) filed November 6, 2005, is **DENIED.**

Dated: November 7, 2005