IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

## DEFENDANTS' TENTATIVE WITNESS LIST AS OF NOVEMBER 7, 2005

Defendants hereby file their tentative witness list as of November 7, 2005. This witness list is subject to change, and is necessarily based in part on the unrealistic witness list provided by plaintiffs on November 4, 2005. *See* Defendants' Motion for Realistic Witness List, filed November 6, 2005. Due to the nature of plaintiffs' most recent witness list, which indicates that plaintiffs are *less than half way through their case* (even excluding deposition designations), defendants cannot know the order in which defendants' witnesses will be called. Due to the ever-changing nature of plaintiffs' witness list, defendants may need to call more (or may call fewer) individuals than are set forth on this list, may need to call witnesses in an order that is different from that set forth on this list, and may need to call witnesses for time periods that are different from those set forth on this list. Defendants should be permitted to call witnesses based

on the order in which (and time periods for which) plaintiffs ultimately call their witnesses, which at this point is impossible to determine based on plaintiffs' most recent witness list.

Dated: November 7, 2005                    Respectfully submitted,

/s/ John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on November 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                      /s/ Kari Knudsen
                                                      Kari Knudsen (legal assistant)