# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.    90-cv-0181                    Date         November 7, 2005

Case Title   Cook, et al vs. Rockwell International Corp., et al

**Defendants' Remaining Witness List**

| Witness | Date(s) Testified |
|---|---|
| F. Ward Whicker (3 hours) | |
| John Till (3-4 hours) [+] | |
| Jack Holl (2 hours) | |
| Kenneth Calkins (1.5 hours) | |
| Edward Putzier (1.5 hours) | |
| Kenneth Freiberg (1.5 hours) | |
| Herb Bowman (1.5 hours) | |
| James Willging (1.5 hours) | |
| William F. Weston (2.5 hours) | |
| Frank Blaha (2 hours) | |
| William Smith (1 hour) | |
| Michael Norton (1 hour) | |
| Andrew Weston-Dawkes (2 hours) | |
| Dana Lindsay (1.5 hours) | |
| John Frazier (2 hours) | |

[+] This may be reduced if plaintiffs call Dr. Till as their November 4, 2005 witness list indicates they may.

Otto Raabe (1.5 hours) _____

Shirley Fry (2 hours) _____

Joseph Rodricks (1.5 hours) _____

James Lavelle (1.5 hours) _____

Robert Terry (1.5 hours) _____

Bill Amen (1 hour) _____

Donald Dunshee (1 hour) _____

Ron Hauptman (1 hour) _____

John Osborn (1 hour) _____

Donald Slack (1 hour) _____

Ken Spitze (1 hour) _____

Ralph D'Arge (2 hours) _____

Kenneth Wise (1.5 hours) _____

Daniel McFadden (1.5 hours) _____

Laurentius Marais (2 hours) _____

William Wecker (2 hours) _____

Don Dorchester (3 hours) _____

Christopher Whipple (2 hours) _____

**Deposition to be read during any available time:**

| Witness | |
|---|---|
| Susan Chabin (1 hour) | |
| Rhonda Deimer (1 hour) | |
| Thomas Deimer (1 hour) | |
| General Harold Donnelly (1 hour) | |
| F. O'Neil Griffin (1 hour) | |
| Albert Hazle (2 hours) * | |
| Aubrey Ladwig (1 hour) | |
| Deborah Millage (1 hour) | |
| David Nowlin (1 hour) | |
| Robert Rogers (1 hour) | |
| Stephen Sandoval (1 hour) | |
| A. Bryan Siebert (2 hours) * | |
| Thomas Ten Eyck (1 hour) | |
| Albert Whiteman (1 hour) | |

* Plaintiffs have already indicated that they intend to present deposition designations from these individuals, and if they do, defendants will present these witnesses as counterdesignations to plaintiffs' designations.