# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# No. 90–K-181

---

**MERILYN COOK,** *et al.***,**

      **Plaintiffs,**

    **v.**

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

      **Defendants.**

---

## NOTICE OF APPEARANCE OF JEAN M. GEOPPINGER

---

Now comes Jean M. Geoppinger, of the law firm Waite, Schneider, Bayless & Chesley Co., L.P.A., and hereby gives notice of her appearance on behalf of plaintiffs and the Class in the above-captioned action for all purposes, including service via the Court's Electronic Case Filing system.

                                            Respectfully submitted,

November 7, 2005                */s/ Jean M. Geoppinger*

                                        Jean M. Geoppinger
                                        WAITE, SCHNEIDER, BAYLESS
                                        & CHESLEY CO., L.P.A.
                                        1513 Fourth & Vine Tower
                                        One West Fourth Street
                                        Cincinnati, Ohio  45202
                                        (513) 621-0267

                                        Merrill G. Davidoff

Peter Nordberg
Jenna MacNaughton-Wong
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKY, P.C.
1801 York Street
Denver, Colorado  80206
(303) 399-3000

*Attorneys for Plaintiffs
and the Class*

CERTIFICATE OF SERVICE

I hereby certify that, on November 7, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois  60601

and

Joseph J. Bronesky
SHERMAN & HOWARD, LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202

*Attorneys for Defendants*

*/s/ Jean M. Geoppinger*
_____
Jean M. Geoppinger