IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MERILYN COOK, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>ROCKWELL INTERNATIONAL CORP., )<br>  et al., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 90-cv-00181-JLK |

## UNITED STATES' STATEMENT OF INTEREST
## AND MOTION FOR PROTECTIVE ORDER

Pursuant to 28 U.S.C. § 517,[1] the United States hereby files this Statement of Interest and moves for a protective order to ensure that certain information is not revealed during the testimony of current and former federal officials during the trial of this case. The reasons in support of the statement and motion are set forth in the accompanying memorandum.

Dated: November 7, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

WILLIAM J. LEONE
United States Attorney

_____/s/_____
STEPHEN D. TAYLOR
Assistant U.S. Attorney

---

[1] "The Solicitor General, or any officer of the Department of Justice, may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State, or to attend to any other interest of the United States." 28 U.S.C. § 517.

/s/
ARTHUR R. GOLDBERG
CARLOTTA P. WELLS

U.S. Department of Justice
Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 514-4522 (telephone)
(202) 616-8470 (facsimile)

Counsel for the United States and the
Department of Energy

**CERTIFICATE OF SERVICE**

      I hereby certify that on  November 7, 2005  I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Jonathan Auerbach
auerbach@bm.net csimon@bm.net

Stephanie A. Brennan
sbrennan@kirkland.com

Merrill Gene Davidoff
mdavidoff@bm.net sleo@bm.net

Steven William Kelly
skelly@s-d.com andolsekl@s-d.com

Mark S. Lillie
mlillie@kirkland.com

Peter B. Nordberg
pnordberg@bm.net pn@nordbergonline.com

Douglas M. Poland
dpoland@gklaw.com

Daniel R. Satriana, Jr
satrianad@csbattorneys.com
epsteini@csbattorneys.com

Ronald Simon
ron@1707law.com lauren@1707law.com

John E. Tangren
jtangren@kirkland.com kknudsen@kirkland.com
drooney@kirkland.com

Carlotta P. Wells
carlotta.wells@usdoj.gov

Gary B. Blum
blumg@s-d.com griffiths@s-d.com

Joseph John Bronesky
jbronesk@sah.com
efiling@sah.com,peckman@sah.com

Lester C. Houtz
lester.houtz@bartlit-beck.com

Christopher Lane
clane@sah.com efiling@sah.com

Jennifer E. MacNaughton
jmacnaughton@bm.net
aliggins@bm.net; aebbesen@bm.net
kmarkert@bm.net

Ellen T. Noteware
enoteware@bm.net csimon@bm.net

Louise M. Roselle
louiseroselle@wsbclaw.com

Holly Brons Shook
shookh@s-d.com ogdenl@s-d.com

David F. Sorensen
dsorensen@bm.net

Martin Thomas Tully
martin.tully@kattenlaw.com

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the nonparticipant's name:

By mail, postage prepaid

David M. Bernick
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

Douglas J. Kurtenbach
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

R. Bruce McNew
Taylor, Gruver & McNew, P.A.
3711 Kennett Pike
#210
Greenville, DE 19807

Dept. of Energy
Rocky Flats Project Office
2101 Airport Way - Unit A
Broomfield, CO 80021-2583

                                                s/    Stephen Taylor
                                                Stephen Taylor, AUSA
                                                United States Attorney's Office
                                                1225 Seventeenth Street, Suite 700
                                                Denver, CO 80202
                                                Phone: 303-454-0100
                                                Fax:    303-454-0407
                                                Stephen.taylor@usdoj.gov