**MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,          )
                               )
        Plaintiffs,            )
                               )
        v.                     )          Civil Action No. 90-K-181
                               )
ROCKWELL INTERNATIONAL CORP.,  )
   et al.,                     )
                               )
        Defendants.            )
                               )

## AFFIDAVIT OF A. BRYAN SIEBERT

I, A. Bryan Siebert, being duly sworn, make the following
statement:

1.  I am employed by the United States Department of Energy
(DOE) and have been employed by DOE or its predecessor agencies
since 1964 (except for two years when I was employed by the
United States Department of State).  As a career manager in DOE's
nuclear weapons program, my duties have included working in and
managing programs related to the agency's safeguards and security
systems, directing the office responsible for the agency's export
control and non-proliferation policy, and developing non-
proliferation detection technologies.  Throughout my career, I
have been familiar with the agency's policies on the
classification of Restricted Data and information concerning
military utilization (known as Formerly Restricted Data) under
the Atomic Energy Act (AEA) as well as the non-proliferation of
nuclear weapons.

2.  Since 1988, I have been the Director of the DOE Office
of Declassification (known as the Office of Classification until
1993).  My duties include the management and supervision of a

comprehensive program for the classification and declassification review of documents and the interpretation of the AEA to provide specific written guidance for both classification and declassification of information and documents. In addition, I am the principal agent within DOE responsible both for advising the Secretary of Energy with respect to her openness initiative, the keystone of which is to declassify information that no longer merits protection for national security reasons under the AEA, and for implementing the openness initiative at DOE.

3. The openness initiative was made possible by the end of the Cold War. Pursuant to this initiative, DOE has determined that it could declassify some information based on a thorough review by DOE and other affected agencies. Among the information that has been declassified at Rocky Flats is the annual, historical (i.e., for the period from 1952 to 1993) inventory differences for weapon-grade plutonium and highly enriched uranium as well as the aggregate amounts (1,191 kilograms of plutonium and 313 kilograms of highly enriched uranium). In addition, DOE declassified the plutonium inventory (the total equals 12.9 metric tons) on December 7, 1993. Further, on June 27, 1994, DOE declassified the current highly enriched uranium levels (6.7 metric tons) and indicated that most of this special nuclear material is stored as metal and weapon parts. Also at this time, DOE declassified the total amount of weapon-grade plutonium (book inventory) involved in the 1957 and 1969 fires (28 kilograms and 3,557 kilograms, respectively) and the

- 2 -

inventory differences for these fires (6 kilograms and 106
kilograms, respectively).  In addition, DOE declassified the
inventory of depleted uranium (262,000 kilograms) and the annual,
historical inventories of plutonium and uranium at Rocky Flats.
Moreover, following the President's announcement that
approximately 200 metric tons of special nuclear materials
exceeded United States defense needs, DOE announced, on February
6, 1996, that 11.9 metric tons of the excess weapon-grade
plutonium and 2.8 metric tons of highly enriched uranium was
stored at Rocky Flats.  These declassifications were generally of
summary types of information that would not reveal particular
details, which must remain protected.

    4.  Consistent with the Secretary's openness initiative,
detailed information relating to the designs and characteristics
of specified nuclear weapons and military utilization, including
the stockpile of nuclear weapons, is, and will remain for the
foreseeable future, classified as Restricted Data and Formerly
Restricted Data under the provisions of the AEA.  Such Restricted
Data includes information relating to the designs of early
nuclear weapons, which would be far simpler to construct than
later designs and, thus, would make that task easier for a
potential adversary or a nuclear proliferant.

    5.  The Restricted Data that remains protected includes the
15 categories of potential harm to the national security I
referred to in paragraph 8(c) of my February 14, 1996 Affidavit,
which are contained in the MUF and MUF-related documents

- 3 -

(hereinafter referred to as "MUF documents") for which plaintiffs have requested a declassification review. These categories of Restricted Data and Formerly Restricted Data concern detailed information relating to the design and construction of nuclear weapons and to the military utilization of nuclear weapons, including the stockpile. As such, these categories are among the most vital national security secrets that the United States government maintains.

6. During the week of February 26 through March 1, 1996, I oversaw a sampling of the classified MUF documents by authorized classifiers and declassifiers from the Office of Declassification and Rocky Flats. The purpose of the sampling was to ascertain the nature of these documents and the percentage of the information therein that will remain classified as Restricted Data after a declassification review. We determined that 15 categories of MUF documents (as distinguished from the 15 categories of potential harm to the national security) come within plaintiffs' request that DOE perform a declassification review of approximately 677,000 pages identified to date by Rocky Flats staff.

7. The sampling demonstrated that each category of MUF documents is mostly comprised of repetitive charts, forms, graphs, balance sheets or tables. Consequently, a significant amount of the information included within the MUF documents consists of formatting information, such as column and/or table headings for descriptions of items, parts or materials. For each

- 4 -

category of MUF documents, my staff reviewed five sample
documents, except for one category for which only four documents
were available, to determine what information would remain after
a declassification review.  A total of approximately 42,000 pages
was reviewed.  Because of the repetitive nature of the MUF
documents, this sample size reasonably reflects the information
contained in the universe of classified MUF documents.

     8.   Analyses of the results of the sampled MUF documents
are attached hereto.  For each category of MUF documents, the
following information is included:

     a.  A general description of the documents contained within
the category as well as of the Restricted Data and other
information included in the particular documents;

     b.  The period of time during which the documents were
generated, the frequency that they were generated (e.g., monthly,
quarterly, etc.), and the length of the documents within the
category;

     c.  A discussion of the harm to the national security that
reasonably would be expected if the Restricted Data contained in
the documents was released;

     d.  A description of the amount of information that would be
deleted from the documents after a declassification review; and

     e.  A discussion of a sample page from a document within
each category, copies of which also are attached, relating to the
information contained in the document and the Restricted Data
deleted therefrom.

- 5 -

6.  Based on the above-described sampling, a substantial portion of the total information contained in the MUF documents remains classified Restricted Data protected under the AEA, the release of which would pose a reasonable threat of harm to the national security.

7.  The statements contained herein are based on my personal knowledge and experience and on information made available to me in my official capacity.

Further Affiant sayeth not.

A. Bryan Siebert

Subscribed and sworn to before me this 7ᵗʰ day of March, 1996.

Notary Public in and for

District of Columbia

My Commission expires on

8/14/99

- 6 -

ATTACHMENT TO SECOND AFFIDAVIT OF A. BRYAN SIEBERT

MARCH 7, 1996

**EXPLANATION OF DOCUMENT CATEGORIES**

**TABLE I -- DAMAGE ASSESSMENT ASSOCIATED WITH DOCUMENT  CATEGORY**

**TABLE II -- DESCRIPTION OF DAMAGE ASSESSMENT NUMBER**

# EXPLANATION OF DOCUMENT CATEGORIES

The plaintiffs' request for documents comprise approximately 15 categories of Material Unaccounted For and related documents.* DOE declassification authorities at Rocky Flats are currently reviewing approximately 3,100 MUF-related reports consisting of a presently identified total of approximately 677,000 pages of classified information in response to the discovery request in order to determine what information in those documents can be declassified consistent with the current classification guides. These reports are subdivided into four groups and are described in detail on the following pages. The first group of reports shown below were based on the Nuclear Material Management Safeguards System which focused on reporting information from a safeguards and security standpoint. On the other hand, the Accounting and Management System, on which the last three groups are dependent, is the overarching methodology used to account for special nuclear materials and to effectively manage the use of those resources.

The classified information deleted from these documents would directly assist a nuclear proliferator in weapon design due to the fact that the information relates to U.S. designs that are known to be highly reliable, which in turn would shorten the time it would take for a proliferator to design and make functional a nuclear weapon. The United States is obligated by law and treaty to protect such information. The information withheld would also assist potential adversaries in their analyses of the U.S. nuclear stockpile, weapon design philosophy, design advances over the years, weapon vulnerabilities and U.S. nuclear deterrent capabilities, among other potential harms. In addition, all the classified information in these reports would be of significant intelligence value to foreign nations.

For each category, an approximation is made of the percentage of total information that is classified and deleted from each page, as well as the percentage of quantitative information deleted if repetitive header and column information is not included.

A. The first group of records date from the start up of the Rocky Flats Plant in 1952 to the late 1980s, and are not dependent on the Accounting and Management System.

     (1) **Inventory Difference Explanation**
     (2) **Inventory Difference Control Charts**
     (3) **Nuclear Material Management Safeguards System Worksheets**
     (4) **Nuclear Material Management Safeguards System Balance Sheets**

B. The second group of reports date generally from 1952-1970, with exceptions, and are the result of the manual Accounting and Management System in use at that time.

     (5) **Physical Inventory**

---

  * The term Materials Unaccounted For is also known as Inventory Difference ("ID"), and will be referred to as ID throughout this appendix.

(6) **Monthly Materials Balance**

C.  The third group of reports date generally from 1971 to July 1983, with exceptions, and replaced the reports listed in B above when the Accounting and Management System was first computerized.

    (7) **Inventory Verification**
    (8) **Composition of Ending Inventory Worksheets**
    (9) **Nuclear Material Management Table Files**
   (10) **Chart of Accounts**
   (11) **Trial Balance**

D.  The fourth group of reports date generally from August 1983, with exceptions, when the computerized systems of the Accounting and Management System was updated.  These reports reflect changes in the data that was collected, as well as format changes from the first automated systems.

   (12) **Balance Sheets**
   (13) **Inventory Dumps**
   (14) **Four Part General Ledger**
   (15) **Recap**

In addition, there are other classified documents that are not considered to be within the 15 categories described above.  These miscellaneous documents include minutes of Weapons Contractor Classification Conferences, studies/evaluations of classification policy regarding MUF, Material Management Plan documents, correspondence from DOE officials, and a variety of other MUF and Safeguards and Security-related documents.  These are not further addressed here, although some have been reviewed with the results ranging from little being deleted from the Weapons Contractor Classification Conference minutes to extensive deletions from MUF classification policy studies/evaluations that have been reviewed at DOE Headquarters.

## 1. Inventory Difference Explanation

**Description of Report:**

These reports provide an explanation of Rocky Flats historical information concerning Inventory Differences (ID), and are generated whenever an inventory difference in a Material Balance Area (MBA) exceeds control limits for that MBA. A Material Balance Area is an identifiable physical area such as a vault, analytical laboratory, fabrication area, etc., where the quantity of nuclear material is accountable and, therefore, measured. MBAs contain ID information for plutonium and enriched uranium, cause for write-offs from accountability records for these materials dealing with radioactive decay and other material degradation, and may make recommendations regarding material accountability and control.

**Frequency:** About four times per year.

**Length:** In the survey, the range was from 3 to 74 pages.

**When Used:** Since the start up of the plant in 1952.

**Classification Sensitivities:**

These documents contain information on inventory quantities and throughput (i.e., the movement of materials through each stage of the production process) of Special Nuclear Material relating to nuclear weapon stockpile data. ID data in relation to specific MBAs and/or buildings and operations (as compared to total plant ID, which the Secretary of Energy has declassified) can reveal throughput or the mass (amount) of material in a weapon component. Because significant information on weapon builds and retirements already has been declassified, this additional information provides insight into quantities of nuclear materials, on average, in U.S. Nuclear weapon designs. Such information would allow potential adversaries and proliferants to deduce U.S. nuclear weapon design philosophy and capabilities.

**Deletions:**

Overall, based on the sampled documents, less than five percent of the total information in this category of documents must be deleted.

**Attached Sample Page:**

The attached page is the last page of a 1977 report explaining annual ID information for plutonium and enriched uranium from 1952 to 1977. The deleted information, although not ID, reveals known, identifiable and accountable decreases in plutonium at Rocky Flats. Losses due to decay are directly related to inventory quantities allocated to weapons programs.

-- A-3 --

-13-

## TOTAL ROCKY FLATS PLANT ID, NOL, & DECAY

### FY 1952 through FY 1976A

*ID due to Combined Decay & Degradation Losses*

| FISCAL YEAR | ENRICHED URANIUM (SS NET WT IN KGS) | | PLUTONIUM (SS NET WT IN KGS) | | | PHASE |
|---|---|---|---|---|---|---|
| | ID | NOL | ID | NOL | DECAY & DEGRADED | |
| 952 | 0 | 0 | 0 | 0 | | |
| 953 | 0 | 0 | 0.1 | Negl. | | |
| 954 | 4.0 | 0.1 | 2.2 | 0.1 | | |
| 955 | 10.5 | 0.3 | 11.1 | 0.5 | | |
| 956 | 13.5 | 0.5 | 20.2 | 2.6 | | 1 |
| 957 | 27.9 | 0.9 | 31.5 | 2.3 | | |
| 958 | 91.0 | 3.6 | 74.4 | 4.5 | | |
| 959 | <3.2> | 8.8 | 82.0 | 4.7 | | |
| 960 | 102.7 | 17.1 | 98.9 | 4.3 | | |
| 961 | 39.6 | 18.0 | 88.4 | 5.4 | | |
| 962 | 62.5 | 8.6 | 116.6 | 6.0 | | |
| 963 | 7.2 | 5.8 | 139.8 | 8.6 | | |
| 964 | 37.8 | 8.2 | 99.1 | 21.2 | | |
| 965 | <28.9> | 8.6 | 154.4 | 22.6 | | 2 |
| 966 | <18.5> | 2.8 | 181.9 | 31.9 | | |
| 967 | 8.2 | 2.2 | <19.7> | 72.0 | | |
| 968 | <21.3> | 1.3 | <63.9> | 68.1 | | |
| 969 | 11.3 | 1.6 | 52.6 | 38.9 | | |
| 19__ | <11.0> | 31.9 | 86.0 | 35.3 | | |
| . | .9 | <8.8> | 112.8 | 26.1 | | 3 |
| 1972 | <2.8> | 2.7 | 29.7 | 11.5 | | |
| 1973 | .7 | <1.2> | <174.6> | 14.8 | | |
| 1974 | 1.4 | .7 | <52.5> | 37.5 | | |
| 1975 | <6.6> | .4 | <46.4> | 51.4 | | |
| 1976 | .1 | .6 | <48.9> | 20.4 | | |
| 1976A | .4 | .3 | <2.3> | 8.8 | | |
| | 347.4 | 115.0 | 973.4 | 499.5 | | |

## 2. Inventory Difference Control Charts

**Description of Report:**

These reports contain graphs and charts showing Inventory Difference for specific Material Balance Areas. The charts show the amount of ID, the "mean" amount of ID, and the "control limit" amount of ID for specified MBAs.

**Frequency:** Monthly.

**Length:** The sampled documents ranged from 100 to 766 pages.

**When Used:** Used from 1970 until December 1986.

**Classification Sensitivity:**

These reports show Special Nuclear Material (SNM) measurement criteria for evaluating Inventory Difference which, when violated, may require investigation. Inventory difference data is or may relate to material flow or throughput. This data has been declassified at the aggregate plant level on an annual basis, but not for specific MBAs or operations. In addition, inventory difference data for uranium-233 ($U^{233}$) would likely reveal the event or test series in which $U^{233}$ was used as the nuclear fuel during nuclear testing at the Nevada Test Site. Finally, inventory difference data should show the mass of a major SNM component if an error was made on a nuclear material transaction. This would cause the "book inventory" data to be different from the "physical inventory" data if the transaction erroneously assigned a component to the wrong MBA. This necessitates a corrective entry which reveal that specific component's weight. Information about masses (amounts) of specific material in a weapon component is very sensitive and would be of great interest to potential adversaries and proliferants, in that it would assist a proliferant in the design of a nuclear weapon and give potential adversaries additional information about U.S. nuclear deterrent capabilities. Though Rocky Flats no longer produces weapon components, it still has significant quantities of plutonium. Knowledge of how control limits and IDs have varied over time could be used to divert or steal material more likely to succeed.

**Deletions:** Approximately 40% of total information, or nearly 100% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page contains information on inventory differences from July 1972 to July 1976 for MBA 157607, "Metal Fabrication Machining," in building 707 at Rocky Flats Plant. This control chart also contains the "mean" ID and "control limits" for IDs for this MBA.

PLUTONIUM MUF CONTROL CHART

BLDG 707

CONFIDENTIAL

MEAN

CONTROL LIMITS

This document contains restricted data as defined in the Atomic Energy Act of 1954. Its transmittal or the disclosure of its contents in any manner to any unauthorized person is prohibited.

## 3. Nuclear Material Management Safeguards System Worksheets

**Description of Report:**

These are large reports that are copies of material transaction and transcription sheets/forms. The forms record external transfers, identify the date of the transfer, and identify the types of materials, the number of items shipped, the project number to which the items are related (e.g., production, retirement, research and development, etc.) the material total weight, material assay (e.g., 99.1799 percent enriched uranium or 93.7 percent plutonium-239), and the weight of the particular isotope involved. The forms are used to record transfers of nuclear material to Rocky Flats from other locations (e.g., the Oak Ridge Y-12 plant which makes, inter alia, enriched uranium components for use at Rocky Flats to produce composite weapon pits containing enriched uranium and plutonium), and from Rocky Flats to other locations (e.g., the Pantex plant in Amarillo, Texas, which assembles components into complete nuclear weapons and disassembles retired weapons). The documents also record internal transfers of the nuclear material, and record the inventory of the materials for the Rocky Flats Plant.

**Frequency:** Monthly.

**Length:** Variable. The sampled documents ranged from 190 to 701 pages.

**When Used:** From the mid-1970s to the present.

**Classification Sensitivity:**

The forms for recording inventory data identify where the material is located, material type, total weight, and isotope weight. Information in these documents explicitly reveal the amounts of plutonium and/or highly enriched uranium in U.S. nuclear weapon components which would directly assist a proliferator in weapon design (since the information relates to U.S. designs that are known to be highly reliable). These documents reveal weapon design information related to weapon stockpile production, such as amounts of specific material in weapon components and complete pits, and stockpile production and retirement information.

**Deletions:** Approximately 35% of total information, or approximately 50-75% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1984 report contains information revealing the amount of 93.1779 percent enriched uranium in 88 components shipped to the Rocky Flats plants from the Oak Ridge Y-12 weapons complex plant. The classified information on this page, by simple division, reveals how much highly enriched uranium is contained per item/component.

-- A-5 --

**DOE FORM DP-740**

**U.S. DEPARTMENT OF ENERGY**

**ADP TRANSCRIPTION SHEET**

**NUCLEAR MATERIAL TRANSACTION JOURNAL**

(See instructions for provisions regarding confidentiality.)

APPROVED BY OMB
1901-0119
Expires 7-31-86

### 4. Nuclear Material Management Safeguards System Balance Sheets

**Description of Report:**

These large machine format type documents provide extensive details on nuclear material allocations, inventories, locations, and internal and external transactions for a specific time period. These reports are broken out in a variety of ways, such as a summary of ending inventory; the monthly material balance by project number; a detail of "open transactions" by material and facility; ending inventory by material, location, assay (i.e., purity of the element), and project number; and material transactions.

**Frequency:** Monthly

**Length:** The sample documents ranged from 208 to 1,303 pages.

**When Used:** Used from the mid-1970s to the present.

**Classification Sensitivity:**

The extensive details in these documents provide complete data on Rocky Flats operations for a specific time frame, which, when compiled with other reports for the same time frame and reports for other time periods, reveal a relatively complete picture of the U.S. nuclear weapons program for the period these reports were produced. This information data can provide insight into still classified stockpile information and design information such as the quantities and specific types of materials used in U.S. nuclear weapons. This is true particularly when combined with information that has long been unclassified (such as when specific weapon systems entered into full scale development, pre-production engineering, and war reserve production), with information recently declassified and publicly released on the weapons stockpile through 1961, and with total annual builds (i.e., the construction of weapon components) and retirements (but only for those weapons that have been fully retired from the stockpile). Potential adversaries could interlink in a mosaic fashion information in seemingly unrelated reports and details such as the above to derive accurate information about design of specific weapons (types and amounts of materials in a weapon), and the ratio of these materials in weapon designs.

**Deletions:** Approximately 50% of total information, or approximately 70-85% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**
The attached page from a 1980 report contains information including quantitative data on plutonium ingots and semi-finished parts in MBA 147607, Metal Operations -- Casting, in building 707 at Rocky Flats. It reveals information on the quantities of materials in this MBA, the approximate mass of plutonium in pit parts and the composition of specified classified plutonium alloy used in U.S. nuclear weapons.

-- A-6 --

10/20/2005 15:27 FAX   202 586 3274                                                      @018/044

776/707 INVENTORY REPORT   05/29/80

PAGE 03 OF 28

DOC. NO. 0002690

## 5. Physical Inventory

### Description of Report:

These reports contain copies of the data forms used to record the information gathered from actual physical inventory of nuclear materials and items containing nuclear materials (and other materials used in nuclear weapons), and machine generated reports from the data entered on the inventory forms. The information lists the identity of materials and the quantity of material by MBA, part type and part number, allocation of the material, and assay and isotopic weight. The machine generated data follows the same format as the information entered in handwriting on the inventory forms.

### Frequency: Monthly

### Length: The documents sampled ranged from 401 to 790 pages.

### When Used: From the start up of the plant in 1952 until approximately 1970.

### Classification Sensitivity:

These reports provide detail about the throughput, specific weapon production, and retirement information. The data in the reports also reveals the quantities of nuclear materials used in nuclear weapon designs, information on the type of material chosen for certain weapon designs, the amount of material for certain tampers (depleted uranium), and information on classified alloys used in some weapon designs. The detailed information also provides insight into how much manufacturing tolerance is acceptable by examining the variability of the amount of material in weapons pits and between components used to produce pits.

### Deletions: Approximately 25% of total information, or approximately 50-80% of the quantitative information if repetitive header and column information is not included.

### Attached Sample Page:

The attached page from a 1980 report contains information revealing the amounts (both elemental and isotopic--which in turn reveals assay) for plutonium (material code 50) and enriched uranium (material code 20) for specified project codes such as those for process development, war reserve retirement, and shelf surveillance study items.

-- A-7 --

10/20/2005 15:28 FAX 202 586 3274 DOE/GC-30,31,and 32 ☒020/044



ADP TRANSCRIPTION SHEET FOR INVENTORY DATA

## 6. Monthly Materials Balance

**Description of Report:**

These reports appear in several formats, and include summaries of information by specific nuclear material types that detail receipts from various specified weapons related sites for the given month and for the year-to-date, shipments by material for the month and year-to-date, breakdowns of receipts and shipments by material for the month and year-to-date, and listings of specified materials by building inventory. They also contains typewritten remarks explaining the basis of the inventory, information on adjustments from the previous month, measured losses, status of allocated materials, and processing data.

**Frequency:** Monthly

**Length:** The sampled documents ranged from 313 to 430 pages, except for one of 85.

**When Used:** From 1952 until 1970.

**Classification Sensitivity:**

The information in these reports includes information on specific amounts of nuclear material in nuclear devices and weapons, and extensive details of allocations of materials to and from Rocky Flats for weapon production and related activities. Even the information on material flows provides significant insight into amounts of materials in weapon designs given the stockpile, builds and retirement information that has been declassified and released to the public. These reports, when compiled using other monthly reports, provide a complete description of special nuclear materials (SNM) flow into and out of Rocky Flats for weapons program purposes. When analyzed with declassified and published nuclear weapon stockpile data, and the number of nuclear weapons built and retired, the information reveals design information on amounts of fissile materials, on average, for those weapons built and retired, and the average ratios of plutonium and highly enriched uranium in those weapon designs. In addition, these type of documents contain information on the amounts of SNM in specific nuclear devices -- e.g., the amount of SNM in a test device headed for the Nevada Test Site.

**Deletions:** Approximately 40% of total information, or approximately 50-75% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1957 report contains information on the plutonium inventory at Rocky Flats on May 1, 1957, the amounts of plutonium received during the month, amounts shipped to specific entities, measured losses, inventory difference, and ending inventory for May 31,1957. When analyzed with declassified and published nuclear stockpile data, and the number of nuclear

-- A-8 --

10/20/2005 15:29 FAX  202 586 3274  DOE/GC-30,31,and 32  USDC Colorado  pg 22 of
Case No. 1:90-cv-00181-JLK  Document 1603-3  filed 11/07/05  USDC Colorado  pg 22 of
44
☒022/044

weapons built and retired in 1957, the information reveals design information on amounts of fissile materials, on average for those weapons built and retired in 1957, and the average ratios of plutonium and highly enriched uranium in those weapon designs.

THE DOW CHEMICAL COMPANY
STATION SF2
SS MATERIAL BALANCE AND INVENTORY

Month Ending   May 31  1957

Material Type   Plutonium

| | Weight In Grams | | | | U-235 | | |
|---|---|---|---|---|---|---|---|
| | 23-Net | | | | | | |
| | Month | Year to Date | | Month | | Year to Date | |

BEGINNING INVENTORY   May 1, 1957

MATERIAL RECEIVED:
Purchases:
Transfers From:
  Santa Fe Operations Office
  Chicago Operations Office
  Hanford Operations Office
  Idaho Operations Office
  Oak Ridge Operations Office
  Schenectady Operations Office
  Savannah River Operations Office
  San Francisco Operations Office
  Department of Defense
  New York Operations Office

Total Material Received

BEGINNING INVENTORY PLUS RECEIPTS:

MATERIAL REMOVED
  Research Losses
  Measured Losses
  Transfers To:
    Fe Operations Office
    go Operations Office
    anford Operations Office
    Idaho Operations Office
    Oak Ridge Operations Office
    Schenectady Operations Office
    Savannah River Operations Office
    San Francisco Operations Office
    Department of Defense

Total Material Removed
Ending Inventory   May 31, 1957
Ending Inventory plus Material Removed

BOOK-PHYSICAL INVENTORY DIFFERENCE

ENDING INVENTORY, REMOVALS & MATERIAL
UNACCOUNTED FOR




10/20/2005 15:30 FAX 202 586 3274    DOE/GC-30,31, and 32    USDC Colorado    pg 24 of
Case No. 1:90-cv-00181-JLK    Document 1603-3    filed 11/07/05    USDC Colorado    pg 24 of
44
☒024/044

## 7. Inventory Verification

**Description of Report:**

These reports contain information identifying the various types of materials (but not quantities) held
at specific nuclear installations throughout the U.S. and information explaining the various codes
for data in the document, such as material type codes (e.g., 52 for plutonium), item description
codes (e.g., DOE acceptable assemblies), and project codes (e.g., weapons production).  They also
contain inventory data for each type of accountable material by amount and MBA and lists of
nuclear material transaction adjustment information, data input errors, a listing of physical inventory
discrepancies, and format errors in the inventory data.

**Frequency:** Monthly

**Length:** The sampled documents ranged from 534 to 798 pages.

**When Used:** From 1970 to July 1983.

**Classification Sensitivity:**

These reports provide detailed information on nuclear weapon pit design and inventory data on
nuclear materials allocated to and used in the U.S. nuclear weapons program.  These documents
contain classified inventory data on nuclear materials allocated to and used in the U.S. nuclear
weapons program.  Inventory data provides, over time, information concerning throughput, which
when used with declassified stockpile information provides significant insight into U.S. nuclear
weapons design, and stockpile information that continues to be classified.  These reports provide
information that would be of significant assistance to a proliferator in that it provides detailed
information of war reserve nuclear weapon pit design.

**Deletions:** Approximately 30% of total information, or approximately 50-60% of the quantitative
information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1975 report contains information concerning verification of weights of
items, such as parts for war reserve (e.g., "WR") weapons and Dow Job Order (e.g., "DJO") items.
The item description code "173" shows the verification of weights of the "semi-fabricated parts."
The weight of such items is properly classified to protect U.S. nuclear weapon design information.

-- A-10 --

SECRET

## INVENTORY VERIFICATION REPORT

This document consists of ___ pages. No. ___ of ___ copies, Series ___

| Material Balance Area | Month | NDT Representative | PML Representative | NMC Representative |
|---|---|---|---|---|
| Acct. No. _1576-76_ <br> Building _776_ <br> Location _207-622_ | JANUARY 1975 | Name _P.M. MIKKELSON_ <br> Man No. _3447_ | Name _E. L. SOLLARS_ <br> Man No. _4403_ | Name _A J HATTE_ <br> Man No. _537F_ |

| Balance Number and Tolerance | Sample Number | Carrier Number | Item Desc. Code | WR/DJO DPA | Inventory Weight | Verification Weight | △ | Remarks | Ck. Wt. Weighed |
|---|---|---|---|---|---|---|---|---|---|
| 161 OGRAMS | 2 | 1978 | 173 | DJO | | | O | | ✓ |
| | 3 | 2122 | | ↓ | | | O | | ✓ |
| | 5 | 2142 | | WR | | | +1 | | ✓ |
| | 6 | 1710 | | ↓ | | | +1 | | ✓ |
| | 7 | 2070 | | DJO | | | +1 | | ✓ |
| | 10 | 1999 | | | | | −1 | | ✓ |
| | 13 | 2159 | | ↓ | | | +1 | | ✓ |
| | 14 | 2126 | | WR | | | +1 | | ✓ |
| | 18 | 1786 | | DJO | | | +1 | No. L-2 | ✓ |
| | 19 | ↓ | | | | | +1 | No. L-3 | ✓ |
| | 24 | 2045 | | ↓ | | | +1 | | ✓ |
| ↓ | 25 | 2083 | ↓ | WR | | | +1 | | ✓ |
| | | | ACCEPT | | | | | POPULATION 40 $\bar{X} = +0.6666$ $S = +0.6513$ | |

STRICTED DATA
DOCUMENT CONTAINS RESTRICTED DATA

UNCLASSIFIED When Blank

## 8. Composition of Ending Inventory Worksheets

**Description of Report:**

These reports contain various lists of data concerning nuclear materials. This includes plutonium physical inventory data by allocation to Rocky Flats project codes and specific Material Balance Areas (MBAs), isotopic weights as compared to total plutonium weight, and waste management information. The reports also contain information on plutonium allocated to the weapons program and weapon production. The documents detail total inventory data for specified nuclear materials by project number; adjustments to ending inventory data by item identification, MBA, item description code, and quantity of material; and other data further describing the composition of material (information concerning alloying materials) used in nuclear weapons designs.

**Frequency:** Quarterly

**Length:** The sampled documents ranged from 26 to 172 pages.

**When Used:** From 1970 to July 1983.

**Classification Sensitivity:**

These reports provide information that reveals nuclear weapons stockpile data. The information is useful to gain insight into amounts of fissile material in U.S. weapon designs using available unclassified information such as weapon builds and retirements. Information in these documents provide significant details of nuclear materials and the amounts of these materials used in producing U.S. weapons during the time period of the specific report, and their usefulness is increased when the data is compiled over a long period of time. In addition, they reveal quantities of materials in nuclear weapon components produced and/or assembled at Rocky Flats into completed nuclear weapon pits.

**Deletions:** Approximately 20% of total information, or approximately 80-90% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a report entitled "COEI Worksheets, June 1975" contains information on the amounts of plutonium allocated to the weapons program. One line concerns a quantity of plutonium alloyed with gallium, a material which stabilizes plutonium in a metallurgical phase that is much more workable than unalloyed plutonium at room temperature. Another line shows association with beryllium, a material that is used as a pit tamper in certain weapon designs.

NUCLEAR MATERIALS CONTROL
COEI/ANSI REPORT

WORKSHEET

S-E-C-R-E-T - RESTRICTED DATA

## 9.  Nuclear Material Management Table Files

**Description of Report:**

These reports are relatively large machine generated and formatted documents, which contain detailed nuclear material data related to Rocky Flats and foreign sites for defense and non-defense purposes. The reports show specific amounts of nuclear material, by material type, in war reserve allocation at Rocky Flats. They contain information on specific types of material held by nuclear sites in the U.S. and information describing the meanings of codes used in the report and inventory information by MBA and other sections similar to those described in the Inventory Verification Reports in category 7 above, including material document error listings, monthly adjustment journal, physical inventory format error listing, unmatched current inventory listing, and physical inventory discrepancies listing.

**Frequency:** Monthly

**Length:**  The sampled documents ranged from 174 to 787 pages.

**When Used:**  From 1970 to July 1983.

**Classification Sensitivity:**

The data in these reports has classified information on material quantities in specific MBAs and information on items and part number identification. In addition, the documents contain quantitative information on nuclear materials at locations other than Rocky Flats. Information contained in these documents would be of significant assistance to a proliferator because it reveals specific information on fissile material in nuclear weapon components. The detailed information in these reports, combined with other information compiled over the Rocky Flats operational history, reveals information about the U.S. stockpile that is still classified. With unclassified information available on weapon builds and retirements, the information also provides data related to amounts of plutonium and enriched uranium in weapons designs.

**Deletions:**  Approximately 20% of total information, or approximately 50-70% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1980 report contains specific information on the amounts of nuclear material, by material type, in war reserve allocations of SNM and other materials at "ALA" (Sandia National Laboratories) and at "ARF" (Rocky Flats).

-- A-12 --

Case No. 1:90-cv-00181-JLK Document 1603-3 filed 11/07/05 USDC Colorado pg 29 of 44

## 10. Chart of Accounts

**Description of Report:**

These reports contain listings of materials by MBA, material type, function, and amounts for the given month and year-to-date; nuclear material monthly general ledger information giving a breakdown of specified materials by MBA; and total physical inventory data by both MBA and item description code. They also contain detailed information about location, type, use, and amounts of nuclear materials, including Special Nuclear Materials (SNM). The reports include information revealing allocations of these materials to the weapons programs for a specified date (and "year to Date data), mass of material in individual components, amounts of specified materials in specified MBA for specific functions. These reports also contain information about plutonium, enriched uranium, and other materials for specific MBAs from "finished parts - new production."

**Frequency:** Monthly

**Length:** The sampled documents ranged from 428 to 1,457 pages.

**When Used:** From 1970 to July 1983.

**Classification Sensitivity:**

The documents contain information revealing the amounts of nuclear materials in nuclear weapons pits and components, and information on allocations of materials and throughput, which, when combined with available declassified information (i.e., information that reveals the specific weapons in development, production, or being retired during that period), provides significant information about materials in weapons produced during different periods. It reveals the mass of fissile material in a pit, mass of each type of material in a pit, and ratios of plutonium to enriched uranium in a pit. These documents, when compiled with information in other "Chart of Accounts," provide explicit detail about stockpile and other design information of significant intelligence value, which cannot be described further without revealing classified information.

**Deletions:** Approximately 20% of total information, or approximately 50-70% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1980 report contains information about quantities of plutonium, enriched uranium, and other materials in specific MBA associated with item description code 180 "finished parts-new production." The deleted information reveals the amounts of fissile material in a pit, the mass of each type of fissile material in composite pits, and the ratios of plutonium to highly enriched uranium in a pit.

-- A-13 --

S-E-C-R-E-T

S-E-C-R-E-T -- RESTRICTED DATA

# S-E-C-R-E-T

## PHYSICAL INVENTORY BY DESCRIPTION CODE & MBA

TOTAL WEIGHTS

DATE 10-04-80

PAGE 6

W-J-R-K-S-H-E-E-T

| CRITICALITY | MBA | ELEMENTS | STATUS |
|---|---|---|---|
| | 1177-38 | 20 38 | 17 |
| | 1177-38 | 20 30 52 GA | 27 |
| | 1177-38 | 10 TN BE | 17 |
| | 1177-53 | 10 | 01 |
| | 1177-53 | 10 MO | 27 |
| | 1177-53 | 10 NB | 01 |
| | 1177-53 | 13 TI | 01 |
| | 1177-53 | 10 TI | 01 |
| | 1172-53 | 20 38 | 27 |
| | 1172-53 | 20 30 | 13 |
| | 1177-53 | 20 38 | 13 |
| | 1177-53 | 20 38 TI | 17 |
| | 1172-53 | 22 38 TI | 31 |
| | 1177-53 | 52 | 27 |
| | 1177-81 | 52 GA | 27 |
| | 1177-81 | 52 GA | 21 |
| | 1177-81 | 10 | 27 |
| | 1374-79 | 52 TK | 01 |
| | 1374-79 | 74 | 01 |
| | 1576-07 | 52 TV | 02 |
| | 1576-07 | 52 TV | 21 |
| | 1576-7b | 20 38 52 GA | 17 |
| | 1576-76 | 52 TV | 01 |
| | 1576-76 | 52 44 TV | 27 |
| | 2344-31 | 10 | |
| | 2344-31 | 13 NB | 01 |
| | 2377-32 | 10 | |
| | 2377-32 | 10 TI | 01 |

:0000:

## 11. Trial Balance

**Description of Report:**

These are machine format type reports that contain financial data on the production inventory of nuclear material, such as the unit cost by specific material type (e.g., dollars per gram of plutonium), balance sheet code (e.g., code 1611 - "weapon oper. Costs"), project number, material element weight, and isotopic weight.

**Frequency:** Monthly

**Length:** The sampled documents ranged from 3 to 16 pages.

**When Used:** From 1970.

**Classification Sensitivity:**

Release of the deleted information would directly or indirectly reveal classified quantitative or unit cost information plutonium (i.e., dollars per gram). Unit cost information can be used with cost information in unclassified documents to determine the amount of material in a weapon or weapon component. Although much financial data is not classified, release of this information would reveal the quantities of transferred plutonium.

**Deletions:** Approximately 50% of total information, or approximately 80-90% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1990 report contains information deleted to protect unit cost (dollars per gram) of plutonium.

COPY

ROCKY FLATS CLASSIFIED
DOCUMENT
.CRF00536529%

NOT CLEARED FOR
PUBLIC RELEASE

FORMERLY RESTRICTED DATA

PAGE  1    SEP 1990

# NUCLEAR MATERIALS PRODUCTION INVENTORY

## ACCUMULATED TRIAL BALANCE (U)

| SITE CODE STATUS TYPE | ASSET FUND TYPE CLASS CODE | SUHH BUDGET & REPORTING CLASS. | CONTR PROJ AUTH ID | FUN PLANT CODE REF | SUPPLEMENTARY DATA NAME/NO. | SEC ID | OTHER PARTY |
|---|---|---|---|---|---|---|---|
| RR | | | DP62349 | ALL | | | |
| RR | | | DP62349 | ALL | | S | ALDO |
| RR | | | DP62349 | ALL | | S | ALDO |
| RR | | | DP62349 | ALL | | S | |

This Document Consists of ____ Pages
No. 1 of 1 ... 2 Copies Series from A...

Offsite
General
# 11

## 12. Balance Sheets

**Description of Report:**

These reports contain information about shipments and receipts of nuclear materials from specific Material Balance Areas (MBAs) at the Rocky Flats Plants to and from specified off-site entities including the Pantex Plant near Amarillo, Texas which assembled and disassembled war reserve nuclear weapons, the Los Alamos National Laboratory, a weapon design laboratory which also processed recycled plutonium from Rocky Flats, and the Oak Ridge Y-12 plant, which produced enriched uranium weapon components. The reports also contain details of materials accountability by such items as project number: e.g., project number 01-production, 03-war reserve retirements, and 08-surveillance shelf studies.

**Frequency:** Monthly

**Length:** The sampled documents ranged from 251 to 635 pages.

**When Used:** From 1983.

**Classification Sensitivity:**

These reports provide a compilation of information concerning the U.S. nuclear weapons stockpile that remains classified. Other information in these documents would reveal weapon design, shipments of fissile material, and weapon components.

**Deletions:** Approximately 30% of total information, or approximately 50% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1987 report contains a breakout of enriched uranium by project code that reveals overall material allocations and allocation to specific projects such as weapons production.

Case No. 1:90-cv-00181-JLK    Document 1603-3    filed 11/07/05    USDC Colorado    pg 35 of 44



## 13. Inventory Dumps

**Description of Report:**

These reports provide a detailed listing of information for items in specific Material Balance Areas and specify the Project Code and Item Description Code for each item.

**Frequency:** Monthly

**Length:** The sampled documents ranged from 430 to 1,430 pages.

**When Used:** From August 1983.

**Classification Sensitivity:**

These reports contain information about nuclear weapon designs, including choice and amounts of fissile material in specified weapon types, allowable variances of these materials from pit-to-pit and from one component (hemi-shell) to another in a given pit type. They also contain information revealing the specific material chosen for the tamper in a specified weapon design and the mass of a tamper. In addition, compilation of quantitative information in these reports reveals U. S. Nuclear stockpile quantities. These reports reveal design information related to specific pit types which, by association with unclassified information, reveals specific weapon type. The reports also reveal weapon build and retirement data.

**Deletions:** Approximately 40% of total information, or approximately 70% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1988 report contains information on pit and pit components from weapon retirements in two MBAs, and on the mass of each hemi-shell of Special Nuclear Material in a specified weapon, the tamper material and mass, and other classified information.

-- A-16 --

SECRET WORKSHEET

NUCLEAR MATERIALS CONTROL

CURRENT INVENTORY DUMP BY PART NUMBER MONTH ENDING AUGUST 1944

ITEM/UNIT/PART     MBA     NET WEIGHT, TYPE PROD, IDC     ELEMENT NUMBER AND WEIGHTS

DATE 07/13/88

PAGE NO. 2
REPORT AO5-S-11

10/20/2005 15:38 FAX 202 586 3274     DOE/GC-30,31,and 32     USDC Colorado   pg 38 of
Case No. 1:90-cv-00181-JLK   Document 1603-3   filed 11/07/05   USDC Colorado   pg 38 of
44
☑ 038/044

## 14. Four Part General Ledger

**Description of Report:**

These are very large machine formatted type documents that have data on nuclear materials sorted in a variety of ways. The various sorts of data include: shipments and receipts to and from specified locations and Rocky Flats for specified months and year to date totals; normal operating losses, decay losses, and other losses by MBA; material type and quantity sorted by project number and by MBA; listing by material type and quantity by MBA; and material type and quantity by item description code (e.g., codes for war reserve new production, surveillance shelf studies, retirements, new assembly components, recycle and recovery, etc.). These nuclear materials control reports provide extensive details of nuclear materials at the Rocky Flats Plant, including how much material is in various specific locations for production of pits, weapons retirements, research and development, scrap recovery and recycle, etc.

**Frequency:** Monthly

**Length:** The sampled documents ranged from 744 to 1,647 pages.

**When Used:** From August 1983.

**Classification Sensitivity:**

The information in these listings reveal, inter alia, the quantity of special nuclear material (plutonium and highly enriched uranium) in weapon designs, the type and in some cases the quantity of material used as the tamper of a weapon pit, and the composition of classified weapon alloys used in some weapon designs. These reports when compiled over periods of time provide information about throughput and, thus, classified nuclear weapon stockpile information. The reports also contain information on receipts, shipments, and monthly inventory difference information for plutonium of different isotopic makeup which has not been declassified. Information about material flows and allocations over time would significantly assist potential adversaries analyze U.S. stockpile information and U.S. nuclear deterrent capabilities.

**Deletions:** Approximately 40% of total information, or approximately 80-90% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

The attached page from a 1990 report contains information, receipts, shipments, and monthly inventory difference information for plutonium of different isotopic makeup which has not been declassified.

-- A-17 --

## 15. Recap

**Description of Report:**

These are very large machine formatted reports that detail nuclear material related information by MBA and item description code. The information in these reports list, for a specific time period, the MBA that material was received from or shipped to, the dates and times involved, item description, project number code, item description code, net item weight, and element weight. The information deleted concerns classified information on material quantities in specific MBA, and the weight and other information about weapons related items.

**Frequency:** Monthly

**Length:** The sampled documents ranged from 669 to 1,135 pages.

**When Used:** From August 1983.

**Classification Sensitivity:**

Information in these reports reveals information about amounts of plutonium and uranium in weapon designs and information about quantities and flows of weapons materials in weapons related activities. Reports such as these compiled over extensive time periods give significant information about the use of nuclear materials to produce the U.S. stockpile. These reports reveal quantities of SNM in a given Material Balance Area that beryllium is used as a tamper in a specified weapon, mass of major plutonium and enriched uranium weapons components, mass of fissile material in a pit, and ratio of plutonium and uranium in weapons. In addition to the information addressed above, compiled data from one or more reports will clearly show the allowable variance in amounts of SNM and other material from one produced pit to another for specified pits. This shows how much variability the nuclear weapon design laboratories feel is tolerable in a specified nuclear weapon design and still permit the laboratories to certify that the produced weapons will meet reliability and yield specifications for war reserve stockpile weapons. Further, information of this nature can show how much manufacturing variability in amounts of material is allowable from one hemi-shell to another hemi-shell in a single pit, as well as the allowable variability for each material and for total SNM in a single type pit or weapon. The reports also reveal production and retirement rates for the period of the report, and by compilations of all these reports, stockpile data in terms of total quantity and by specific types of stockpiled weapons. Information identifying the material used in a specified pit to make the pit "fire-safe" is also revealed.

**Deletions:** Approximately 20% of total information, or approximately 50-75% of the quantitative information if repetitive header and column information is not included.

**Attached Sample Page:**

-- A-18 --

The attached page from a 1988 report contains information on nuclear materials in specified pit design, and information identifying the tamper material and material used in a specified pit to make the pit "fire-safe," such as the mass of major plutonium and highly enriched uranium weapon components, the total combined mass of these materials in a specified pit, the ratio of the use of plutonium to highly enriched uranium in those pits, that beryllium was selected by the weapon design laboratory as the tamper for a specified pit and the identity of the material used in a weapon design to make the pit "fire-safe." In addition, the page contains information on quantities of materials allocated to a specified MBA, 117707-Metal Fabrication Assembly.

**SECRET WORKSHEET**
**NUCLEAR MATERIALS CONTROL-1**
**RECAP SUMMARY BY MBA AND IDC**
**NOVEMBER 1987**

PAGE NO. 17
REPORT.531.2-31

| RECEIVED FROM | DATE | TIME | ITEM | PROJECT IDC | NET WEIGHT | ELEMENTS/WEIGHTS |
|---|---|---|---|---|---|---|
| MBA: 321179 | | | | | | |
| | 11/11/87 | | | | | |
| 321179 | 11/11/87 | 15:10 | OXIDE-2 | 11 | 1121.20 | |
| | | | | | 902.00 | |
| | | | ** SUMMARY | IDC 041 | 1 ITEMS | 12 |
| | | | | | 902.00 | 12 |
| 021112 | 10/14/87 | 10:14 | 274-02145 | 11 | 222 | |
| | | | | IDC 777 | 3.00 | |
| | | | ** SUMMARY | | | |
| | | | ITEMS | | | |
| 021112 | 10/02/87 | 08:19 | | | | |
| 117707 | 10/02/87 | 08:19 | | | | |
| 117707 | 10/02/87 | 08:20 | | | | |
| 117707 | 10/02/87 | 08:20 | | | | |
| 117707 | 10/02/87 | 08:20 | | | | |
| 117707 | 10/02/87 | 08:20 | | | | |
| 117707 | 10/02/87 | 08:20 | | | | |
| 117707 | 10/07/87 | 14:11 | | | | |
| 117707 | 10/07/87 | 10:37 | | | | |
| 117753 | 12/15/87 | 14:42 | | | | |
| 117707 | 12/21/87 | 14:37 | | | | |
| 117? | | | | | | |

#15

## TABLE I

## DAMAGE ASSESSMENT ASSOCIATED WITH DOCUMENT CATEGORY

| ROCKY FLATS DOCUMENT CATEGORY | DAMAGE ASSESSMENT NUMBER[*] |
|---|---|
| 1.  Inventory Difference Explanation | 1, 2, 6, 14, 15 |
| 2.  Inventory Difference Control Chart | 1, 2, 6, 14, 15 |
| 3.  Nuclear Material Management Safeguards System Worksheets | 1, 2, 3, 4, 5, 6, 8, 10, 11, 13, 14, 15 |
| 4.  Nuclear Material Management Safeguards System Balance Sheets | 1, 2, 3, 4, 5, 6, 8, 10, 11, 13, 14, 15 |
| 5.  Physical Inventory | 1, 2, 3, 4, 5, 6, 8, 10, 11, 13, 14, 15 |
| 6.  Monthly Materials Balance | 1, 2, 3, 4, 5, 6, 8, 10, 11, 13, 14, 15 |
| 7.  Inventory Verification | 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 13, 14, 15 |
| 8.  Composition of Ending Inventory Worksheets | 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 13, 14, 15 |
| 9.  Nuclear Materials Management Table Files | 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 13, 14, 15 |
| 10.  Chart of Accounts | 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 13, 14, 15 |
| 11.  Trial Balance | 1, 2, 3, 4, 5, 6, 8, 10, 11, 13, 14, 15 |
| 12.  Balance Sheets | 1, 2, 6, 14, 15 |
| 13.  Inventory Dumps | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 |
| 14.  Four Part General Ledger | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 |
| 15.  Recap | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 |

[*]  See Table II for a description of the Damage Assessment Numbers, which are described in paragraph 8(c) of the First Siebert Affidavit.

-- A-20 --

## TABLE II
### DESCRIPTION OF DAMAGE ASSESSMENT NUMBER

The following table lists the 15 Restricted Data Damage Assessments described in paragraph 8(c)(1)-(15) of the February 14, 1996 Siebert Affidavit (First Siebert Affidavit). Each of these damage assessments are derived from topics in specific Rocky Flats classification guides, which are based on DOE Headquarters and joint DOE/DOD classification guides. All of these guides are established pursuant to the Atomic Energy Act.

| Damage Assessment Number | Description |
|---|---|
| 1. | Mass of total fission material in a pit. |
| 2. | Mass of each fissile material (plutonium and highly enriched uranium) in a pit. |
| 3. | The ratio of masses of fission material in a pit. |
| 4. | The mass of a tamper in a pit. |
| 5. | The material used as a tamper in a specified weapon. |
| 6. | The exact quantity of fissile material at a specified location or in a specific current or historical shipment, thus targeting the material for theft or for foreign intelligence use. |
| 7. | Material used for an alpha barrier or other safety materials in a specified weapon. |
| 8. | The fact that only plutonium is used in a specified weapon's pit and thus the weapon is more vulnerable to defensive measures. |
| 9. | Sensitive design details of special features of some pits. |
| 10. | Information on the quantity of weapons in the Department of Defense stockpile and thus information about the possible utilization of nuclear weapons. |
| 11. | Information on the quantity of a specified weapon type in the Department of Defense stockpile and thus the utilization of nuclear weapons. |
| 12. | Unique information concerning the alloying of plutonium that solves sensitive problems with the use of plutonium. |
| 13. | Information about materials added for diagnostic purposes for tests of weapons. |
| 14. | Quantities of fissile materials that are in the stockpile reserve required to meet future contingencies. |
| 15. | Tritium quantities required for stockpile weapons |