**MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

**EXHIBIT 5**

Case No. 1:90-cv-00181-JLK   Document 1603-6   filed 11/07/05   USDC Colorado   pg 2 of 9

Merilyn Cook, et al  
Rockwell International, et al

Multi-Page™

A. Bryan Siebert  
April 15, 1996

## Page 1

```
           UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF COLORADO


MERILYN COOK, et al          *

        Plaintiffs           *

Vs.                          *   C.A. No. 90-K-181

ROCKWELL INTERNATIONAL       *
CORPORATION, et al
        Defendants           *

*   *   *   *   *   *   *
                              Monday, April 15, 1996
                              Washington, D.C.

Deposition of                          VOLUME ONE

              A. BRYAN SIEBERT,

The Witness, was called for examination by counsel for

the Plaintiffs, pursuant to notice, taken at the law

offices of Connerton, Ray & Simon, 1920 L Street,

N.W., beginning at 11:55 a.m., before Leslie L.

Schneider, a Notary Public in and for the District of

Columbia, when were present on behalf of the

respective parties:


              FRIEDLI, WOLFF & PASTORE, INC.
              1900 L STREET, N.W., SUITE 303
                   WASHINGTON, D.C.  20036
                        (202) 331-1981
```

## Page 2

```
FOR THE PLAINTIFF:

    BERGER & MONTAGUE, P.C.
        By:   David F. Sorenson, Esquire
              Peter Nordberg, Esquire
              1622 Locust Street
              Philadelphia, Pennsylvania  19103
                   (215) 875-3000


FOR DOW CHEMICAL COMPANY:

    KIRKLAND & ELLIS
        By:   Douglas J. Kurtenbach, Esquire
              200 East Randolph Drive
              Chicago, Illinois  60601
                   (312) 861-2200

FOR THE DEPARTMENT OF ENERGY:

              Carlotta P. Wells, Esquire
              Thomas H. Peebles, Esquire
              Trial Attorneys, Civil Division
              U.S. Department of Justice
              901 E Street, N.W., Room 1058
              Washington, D.C.  20530
                   (202) 514-4522

ALSO PRESENT: Lisa Schiavo Blatt, Esquire
              and Jerry Stern, Esquire, and Gerald Gibson,
              Department of Energy

                   C O N T E N T S

Witness:

Mr. Siebert


Examination by:                          Page

Mr. Sorenson                              4
```

## Page 3

```
                    E X H I B I T S

No. 1, Letter, 12/14/94, from Mr. Sorenson to      19
       Mr. Kaufman, and attachment

No. 2, Affidavit of A. Bryan Siebert dated         26
       2/14/96

No. 3, Notice of Deposition                        57

No. 4, Letter, 4/12/96, from Ms. Wells to          59
       Mr. Sorenson

No. 5, Affidavit of A. Bryan Siebert dated         63
       3/7/96, and attachments

No. 6, Status Report and Proposed Alternative      94
       Plans to Address Discovery Issues

(Exhibits attached.)


Questions the witness was directed not to answer:

Page 11, line 13
Page 17, line 1
Page 20, line 8
Page 20, line 18
Page 27, line 22
Page 36, line 6
Page 58, line 11
Page 59, line 11
Page 64, line 11
Page 65, line 5
Page 66, line 6
Page 71, line 12
Page 71, line 19
Page 81, line 1
Page 81, line 12
Page 87, line 3
Page 118, line 13
```

## Page 4

ABRYAN SIEBERT, the Witness herein, called for examination by the Plaintiffs, having been duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION BY MR. SORENSON:

Q Good morning.

A Good morning.

Q I'm a little hoarse, I'm getting over a cold. My name is David Sorenson, I'm one of the plaintiffs' counsel in the Cook vs. Rockwell action.

Could your please state your name for the record.

A Arlie Bryan Siebert.

MR. SORENSON: And just for the purposes of the record, could everyone here please introduce themselves.

MS. WELLS: I'm Carlotta Wells, I'm with the Department of Justice, and I represent the Department of Energy.

MR. PEEBLES: Thomas Peebles, Department of Justice, I also represent the Department of Energy.

Case No. 1:90-cv-00181-JLK   Document 1603-6   filed 11/07/05   USDC Colorado   pg 3 of 9

A. Bryan Siebert
April 15, 1996

Multi-Page™

Merilyn Cook, et al
Rockwell International, et al

## Page 5

1  MR. STERN: Jerry Stern, General Counsel's
2  Office in the Department of Energy.
3      MR. GIBSON: I'm Gerald Gibson,
4  Classification Officer working for Bryan at the
5  Department of Energy.
6      MR. KURTENBACH: Doug Kurtenbach, Dow
7  Chemical Company.
8      MS. SCHIAVO: Lisa Schiavo Blatt, I'm with
9  the Department of Energy.
10     MR. NORDBERG: Peter Nordberg, another
11 lawyer for the plaintiffs.
12     BY MR. SORENSON:
13  Q  Mr. Siebert, have you had your deposition
14 taken before?
15  A  No.
16  Q  I'll just go over a few brief things. I'm
17 sure your counsel has already discussed some of these
18 things with you. I'll be asking you a series of
19 questions. I'd ask that you wait until I finish my
20 question before you begin to answer that way you will
21 know what question you'll be trying to answer. I'll
22 assume that if you answer the question that you have

## Page 6

1  understood it. If for any reason you don't understand
2  the question, please say so and I'll repeat it or
3  rephrase it, that's no problem. Any time if you want
4  a break, for a comfort break or whatever reason, just
5  please say so.
6      Is there any reason why you can't give
7  truthful testimony today?
8  A  No.
9  Q  Are you feeling okay physically?
10 A  I feel fine.
11 Q  Are you repesented by counsel today?
12 A  Yes, I am.
13 Q  Who would that be?
14 A  Ms. Wells from the Department of Justice.
15 Q  Just Ms. Wells?
16 A  From the Department of Justice, right.
17 Q  Mr. Siebert, can you please tell me what
18 your job, title, position is?
19 A  My job title is Director, Office of
20 Declassification.
21 Q  And how long have you been the director?
22 A  Oh, six, seven years, something like that.

## Page 7

1  Q  And before that, did you work in the office
2  --
3  A  Office of Declassification.
4  Q  Before you were director, right.
5  A  Before that, it was -- no, I didn't work in
6  that office before that.
7  Q  Where did you work?
8  A  Before that, I was the Director of the
9  Office of International Security Affairs.
10 Q  For the Department of Energy?
11 A  Right, for the Department of Energy.
12 Q  And how many people work under you in the
13 Office of Declassification?
14 A  We have approximately 40 Federal employees
15 and perhaps twice that many contractors.
16 Q  What exactly is your job description, what
17 do you do as Director of Declassification?
18 A  The United States passed a law called the
19 Atomic Energy Act, and sections 11-Y and 141 and 142
20 define restricted data. It falls upon my office's
21 responsibility to manage the restricted data
22 responsibilities of the Department of Energy as well

## Page 8

1  as the Executive Orders.
2      The Executive Order signed by presidents
3  over time, the current one is 12958, signed by
4  President Clinton more than a year ago, and that
5  concerns national security information. We're also
6  responsible for national security information.
7  Q  Is it only for the Department of Energy or
8  for other Federal agencies as well?
9  A  The department -- the Atomic Energy Act
10 provides a joint responsibility for certain kinds of
11 restricted data between the Department of Energy and
12 the Department of Defense so we have shared
13 responsibility in that regard. We also have
14 responsibility for restricted data policies as
15 concerns other agencies.
16     National security information is only the
17 responsibility of each agency to whom the order
18 applies and there's no responsibility outside the
19 Department of Energy for DOE's national security
20 information.
21 Q  Is your office formally part of the
22 Department of Energy?

### Page 121

1  We have a copy of the document here in which one
2  column has been taken out. As I understand your
3  testimony, what you stated is that was taken out
4  pursuant to an analysis that Mr. Cannon performed, and
5  the analysis that he performed purports for one year
6  to link up in some way the deleted information from --
7  to link up that information to information that he
8  wished to protect; is that right?
9  A  The decay and degraded information was
10  deleted to protect other information we wished to
11  protect, yes.
12  Q  Right. And the analysis showed, as I
13  understand it, was performed in support of that. What
14  I'm trying to understand is, did that analysis, using
15  this page in front of us, was the analysis -- for the
16  focus on this page and did it show that this column if
17  left in would reveal the amount of plutonium in a
18  nuclear warhead?
19  A  No, not in a nuclear warhead. This is gross
20  numbers, but it would give you the estimate of the
21  total amount of material involved in the plant
22  operations on a year by year basis.

### Page 122

1  Q  So that's what his analysis showed; is that
2  right?
3  A  That's what it was trying to protect.
4  Q  For this page; is that right?
5  A  For this page.
6  Q  Do you know whether Mr. Cannon or anyone
7  else checked to see if any of the numbers on this page
8  were actually accurate?
9  A  No, we weren't checking for the accuracy of
10  unclassified information.
11  Q  So the analysis that Mr. Cannon performed on
12  this page with the numbers back in that were taken
13  out, purports to show that you can figure out the
14  amount of throughput, is that right, per year?
15  A  You can make an inference of throughput but
16  because you would have -- it's a formula. Let's just
17  say you -- I think I'm getting very close again to the
18  way in which we figure special nuclear material
19  management could be classified, so without going into
20  those details because I feel it would be classified.
21  MR. NORDBERGER: Off the record. Let me
22  have a conference.

### Page 123

1  (Brief recess.)
2  BY MR. SORENSON:
3  Q  Mr. Siebert, just clarify something for me,
4  if you could, to page A-3. Did you write the section
5  under the heading attached sample page, that
6  paragraph?
7  A  No.
8  Q  Who wrote that?
9  A  I don't know for sure who wrote it. Again,
10  it's probably one of the staff people who worked on it
11  out there, it could have been Cannon, it could have
12  been Sinisgalli, it could have been two or three
13  others.
14  Q  Does everything in the paragraph under
15  classification sensitivity, does that entire paragraph
16  apply to the sample page?
17  A  Yes. It's not a generic concern. It's a
18  concern of this particular class of information.
19  Q  So the answer applies to this page, the
20  attached page?
21  A  Yes, it does.
22  Q  Before I forget, certainly I want you to

### Page 124

1  feel free to consult with the Classification Officer
2  that is present. I don't mean to hinder you from
3  consulting in any way. I understand that this is an
4  unclassified setting and there may be legitimate
5  concerns that you need to discuss with the
6  Classification Officer so I don't mean to object in
7  any way to that consulting.
8  You were talking about the analysis that
9  Mr. Cannon performed. Do you know whether he or
10  anyone else checked the throughput data that
11  Mr. Cannon apparently determined could be calculated
12  with this information that's redacted? Did Mr. Cannon
13  or anyone check that data against the actual known
14  throughput data at Rocky Flats to see if the two were
15  the same?
16  A  I don't know if he did that or not.
17  Q  And is throughput data all by itself
18  something that remains classified?
19  A  I think throughput data -- I have to see the
20  specific information you're talking about before I can
21  make a categorical judgment.
22  Q  Well, the throughput data that Mr. Cannon

Case No. 1:90-cv-00181-JLK   Document 1603-6   filed 11/07/05   USDC Colorado   pg 5 of 9

A. Bryan Siebert  
April 15, 1996  
Multi-Page™  
Merilyn Cook, et al  
Rockwell International, et al

### Page 125

1 apparently says could be calculated from this sample
2 document, that's the group of data that I'm talking
3 about?
4    A   Would that be classified?
5    Q   Yes.
6    A   That's the reason that we said, yes, it is
7 classified. Throughput data you're trying to prevent
8 from being revealed as classified. See, it says
9 reveal throughput or mass of material. Reveal means
10 you don't want to reveal it, you're trying to protect
11 it in the interests of national security.
12    Q   Right, it says or. I'm just trying to
13 understand whether what you're trying to protect the
14 mass of material in a weapon or throughput?
15    A   Well, actually they're not that indistinct.
16 You may be able to take information to determine mass
17 perhaps based on what you had in terms of throughput.
18    Q   Is that a calculation that Mr. Cannon also
19 performed?
20    A   Did he try to calculate the mass of material
21 from these -- I don't know that he did that personally
22 or not.

### Page 126

1    Q   Do you know did you?
2    A   No.
3    Q   Do you know if anyone else did?
4    A   Do I know that they did it? No.
5    Q   So again, putting aside mass of material in
6 a warhead, which I'll ask you about in a second,
7 throughput by itself, is that protected currently as
8 classified?
9    A   This is a hard area to answer in an
10 unclassified format and, consequently, I don't feel
11 confident that what I'm telling you in the absence of
12 classified information is accurate. And as you've
13 noted, not only is this not a cleared facility but I
14 don't recall that either one of you had clearances.
15    Q   I do.
16    A   So in any case, we should not talk about it
17 in this kind of a format. We probably could do it in
18 another kind of format.
19    Q   A classified format?
20    A   Maybe before a judge or something like that.
21    Q   Or a classified deposition perhaps.
22    A   That doesn't necessarily mean you'd get it

### Page 127

1 anyway.
2    Q   Could you explain, please, if you could,
3 what is -- what's the national security interest in
4 protecting the average amount of nuclear material in a
5 warhead, what's the concern, if you can, in this
6 setting?
7    A   It would lead to design information that
8 would make helpful to potential proliferants or
9 enemies of the United States.
10    Q   How?
11    A   We could discuss that in a classified forum.
12    Q   Am I correct in thinking that the amount of
13 plutonium in the first plutonium bomb isn't public
14 knowledge; is that right?
15    A   I have no comment.
16    Q   Are you refusing to answer?
17    A   We don't comment on what may or may not be
18 available in public literature. It could be
19 classified. It's not a refusal to answer. This is
20 the wrong forum to bring it up in.
21    Q   I see. No disrespect was intended. Your no
22 comment was --

### Page 128

1    A   It wasn't an attack on you. I'm not saying
2 it is and I'm not saying it's not because I'm not
3 going to reveal that.
4    Q   Pursuant to classification concerns; is that
5 right?
6    A   If I said certainly not, it would be
7 classified. If I said it certainly is, then it would
8 be classified.
9        When items appear in the public press that
10 allude to nuclear weapons technology, our office is
11 not the place you come to find on an unclassified
12 basis whether it's true or not. To that extent, we
13 have a no comment policy. It's not a legal thing at
14 all. It's to keep us out of trouble so that we don't
15 confirm that kind of information.
16       You could come to me and say how about this
17 and how about this and how about this. The answer is
18 going to be no comment, no comment, no comment.
19    Q   You say here under classification
20 sensitivity, quote, because significant information on
21 weapon builds and retirements already has been
22 declassified, this additional information provides

Case No. 1:90-cv-00181-JLK   Document 1603-6   filed 11/07/05   USDC Colorado   pg 6 of 9

| Merilyn Cook, et al | Multi-Page™ | A. Bryan Siebert |
| --- | --- | --- |
| Rockwell International, et al | | April 15, 1996 |

### Page 169

1 fashion information in seemingly unrelated reports and
2 details such as the above to derive accurate
3 information about design of specific weapons, paren,
4 types and amounts of materials in a weapon, paren, and
5 the ratio of these materials in weapon designs,
6 unquote.
7     Did you write that sentence?
8     A  I have written similar sentences. Whether I
9 wrote that one or not, I can't recall. Mosaic
10 principles are a grave concern to us in an action like
11 this.
12    Q  Does thic mosaic principle, as you call it,
13 apply to the sample document that is attached
14 following page A-6?
15    A  I think I shouldn't answer that based on
16 classification.
17    Q  Let's see if you can answer this. Do you
18 recall whether you, in looking at the sample page,
19 performed some kind of mosaic analysis, as you call
20 it, in which you in fact, not hypothetically but in
21 fact took the document, the sample document, assembled
22 information that's out there, that's unclassified in

### Page 170

1 other sources, brought it all together, and discovered
2 that yes, in fact, something classified can be
3 revealed from all this?
4     MS. WELLS: I'm going to object to that
5 question partially because it gets into how the
6 determination was made as to whether or not certain
7 information was classified. To the extent that
8 Mr. Siebert can give an answer that includes
9 unclassified information, he can.
10    A  I think that would be difficult to answer on
11 an unclassified basis.
12    Q  To your knowledge, are any of the
13 classifiers at Rocky Flats, the line declassifiers as
14 you call them who are actually reviewing all these
15 documents, do you know whether any of these people are
16 conducting mosaic analyses of the documents to try and
17 determine whether information in the documents when
18 combined with other information that exists out there,
19 brought it all together, could reveal some kind of
20 sensitive information, do you know whether any of the
21 declassifiers are doing that?
22    MS. WELLS: I'll restate my objection. But

### Page 171

1 again, you can answer.
2     A  I can't give you the names of particular
3 classifiers who are doing that, but it's clear that
4 that is being done out there, as was done by my people
5 who helped me put this together because we discussed
6 how various elements could lead to classified
7 information. That's pretty well stated above in terms
8 of what is already available that would help that
9 mosaic process work.
10    Another aspect of the mosaic that bothers
11 you is you don't know what the other side has got
12 already. This combined with what we have declassified
13 and what may be available to them by other means,
14 gives you this uneasy feeling that the mosaic could be
15 applied. And we stated some of the information we
16 know that is out there that could be helpful in this
17 mosaic analysis in this classification sensitivities.
18    Q  I believe you said it's clear that someone
19 out there is doing this. Who out there is doing this
20 mosaic analysis?
21    A  I'd have to find out. As I said, I don't
22 know any specific person who has done it or is doing

### Page 172

1 it, but they are aware of what we've declassified.
2     Q  Would you turn to page A-7, please. Let me
3 ask you a general question. The word throughput comes
4 up in a number of these classification sensitivity
5 descriptions. Is it being used the same way in all of
6 these?
7     A  Yes.
8     Q  And are the concerns about throughput that
9 you testified to earlier the same?
10    A  Well, that's too generic. I'd have to see.
11 I have concern about throughput but I'd have to see
12 what your specific issue is before I can tell you
13 whether I have a concern. I suppose you mean whether
14 it was classified or not.
15    Q  Right, that's my question. Well, in A-7, it
16 says, the reports provide detail about throughput,
17 specific weapon production, and retirement
18 information.
19    What about the throughput is a national
20 security concern?
21    MS. WELLS: Again, I'm going to object based
22 on the fact that's an Executive Branch determination

### Page 173

1 and it's getting into the basis for why something is
2 classified. However, to the extent that Mr. Siebert
3 can provide an answer with unclassified information,
4 he can do so.
5    A  You know, I don't feel comfortable going
6 beyond what I've already put here in an unclassified
7 format.
8    Q  And the last sentence in the sensitivity
9 concerning manufacturing tolerance, could you explain
10 -- first, does the sample page that's attached to
11 A-7, does it reveal manufacturing tolerance in its
12 classified form, do you know?
13       MS. WELLS: Again, I would advise the
14 witness to answer if it's possible to do so without
15 revealing classified information only.
16    A  The classified version does give you
17 sensitive information.
18    Q  That wasn't my question. My question was
19 does it provide manufacturing tolerance information?
20    A  Yes. Yes, the classified version does.
21 That's what you asked and that's what I answered.
22 Yes, it does, the classified version does.

### Page 174

1    Q  Do you know how many of the other sample
2 documents in this category also included manufacturing
3 tolerance?
4    A  I'd have to see them before I could say --
5 for others at least I'd have to see the said
6 documents. If you meant the word documents, it could
7 be thousands of pages. I think you probably meant
8 pages.
9    Q  I meant any of the other documents.
10   A  Well, I'd have to see them then.
11   Q  Which of the 15, maybe it states in here,
12 but do you know which of the 15 only have four samples
13 in them, which of the 15 categories?
14   A  Well, there's only one -- say that again.
15   Q  I'm sorry. In other words, I believe your
16 affidavit states for each of the 15 categories, five
17 samples were drawn but for one category only four.
18 I'm trying to find out which categories only had four?
19   A  I think it's articulated in here somewhere
20 in this narrative but I don't recall which one off the
21 top of my head. I think we had noted it somewhere.
22   Q  And do you know whether the declassifiers at

### Page 175

1 Rocky Flats who are reviewing documents in this
2 category, do you know whether they are engaging in the
3 same kind of analysis that's presented here on page
4 A-7?
5       MS. WELLS: Again, I'm going to object on
6 the ground that gets to how or why something is
7 determined to be classified. And again, if you can
8 provide an answer that includes unclassified
9 information, you may do so.
10   A  The answer that I have given to that same
11 question the prior three times it was asked was that
12 they are applying the classification guides that the
13 government has in order to try to reach the right
14 determination in reviewing this large amount of
15 information.
16       There is not a specific detailed analysis
17 for each document or page that we're reviewing or else
18 we would never get through this process. And I'm
19 confident the guides can provide guidance.
20   Q  Can you move to page A-8, please. It states
21 under the classification sensitivity, about the middle
22 of it, quote, these reports, when compiled using other

### Page 176

1 monthly reports, provide a complete description of
2 special nuclear materials, SNM, flow into and out of
3 Rocky Flats for weapon program purposes. It
4 continues, when analyzed with declassified and
5 published nuclear weapon stockpile data, and the
6 number of nuclear weapons built and retired, the
7 information reveals design information on amounts of
8 fissile materials, on average, for those weapons built
9 and retired, and average ratios of plutonium and
10 highly enriched uranium in those weapon designs.
11       These two sentences, did you personally
12 conduct some kind of analysis in which you looked at
13 the sample document and compiled monthly reports as is
14 referred here and in doing so, were you able to
15 generate, quote, a complete description of special
16 nuclear materials flow into and out of Rocky Flats?
17   A  No.
18   Q  Do you know if anybody conducted such an
19 analysis for the sample document?
20   A  I'm sure the people who drafted this did
21 that.
22   Q  Who drafted this?

Page 177

1  A  This particular sentence, I don't know who
2  specifically did it.
3  Q  And how were you sure that they did if you
4  don't know who did it?
5  A  Well, it was drafted by people in my office,
6  that's how I know.
7  Q  Have you seen any such an analysis?
8  A  Well, I participated in an analysis
9  involving taking the weapons builds that are
10 declassified and seeing just what you can do with
11 regards to that information and the deleted
12 information to make sure I believe that there was a
13 connection between what was already out there and what
14 was here, and I'm satisfied that is accurately stated.
15 Q  And you participated in the analysis of the
16 type you just described for this document?
17 A  Yes.
18 Q  I'm sorry. I thought just a few minutes ago
19 you said you did not?
20 A  What you asked is did I add other monthly
21 reports to this report to get the number for the
22 year. I didn't do that.

Page 178

1  What I did do is take the other information
2  that's already released on stockpile and determined by
3  using that what this information would have revealed
4  when you added them together. That's the analysis I
5  did. In other words, were the sensitivities in this
6  statement of concern to the national security and
7  that's what I verified through my analysis.
8  Q  Was that a written analysis?
9  A  No, it was not written. We sat down and
10 went over the documents.
11 Q  Who is we?
12 A  Me and Cannon and other members of my
13 staff. We did this for every single one of these
14 attachments.
15 Q  Just to move this particular issue along, I
16 take it that the declassifiers at Rocky Flats are not
17 doing this kind of analysis for each document?
18    I've asked you this for each of these
19 pages. I'm just trying to make sure that the same
20 answer that you've given applies to each one of
21 these.
22 A  They are doing an analysis based on the

Page 179

1  classification guides. Those guides are surely linked
2  to the sensitivities and we have the guides in order
3  to protect the sensitivities.
4     We also have the guides for another which is
5  to make sure we don't overclassify, we don't take out
6  too much.
7  Q  The last sentence under classification
8  sensitivity states, quote, in addition, these types
9  of -- I'm sorry, start again, in addition, these type
10 of documents contain information on the amounts of SNM
11 in specific nuclear devices -- e.g., the amount of
12 SNM, in a test device test headed for the Nevada test
13 site, close quote.
14    This particular concern, does it apply to
15 the sample document attached?
16    MS. WELLS: Again, I'm going to object on
17 the basis that it calls for why information has been
18 determined classified. Again, if you could --
19 A  I'd have to see the document. I'd have to
20 see the classified version to make a statement about
21 that definitively.
22 Q  Do you recall whether any of the other

Page 180

1  sample documents in this category contain information
2  that that particular sensitivity would apply to?
3  A  When there was numbers -- I'm looking for
4  the -- my eyes are bad. Not without looking at the
5  classified documents.
6  Q  Now, the reference here of to weapons built
7  and retired, that's referring to weapons built
8  someplace other than Rocky Flats; is that right?
9  A  Rocky Flats only builds components that go
10 into the nuclear weapon. Maybe your prior question
11 was did they build nuclear weapons at Rocky Flats and
12 the answer was no. So they don't build the weapon
13 there, they make components which are shipped
14 somewhere else for the actual manufacturing and
15 putting together.
16 Q  So the information about builds of nuclear
17 weapons --
18 A  We're talking about components. Which
19 sentence are we in again, please?
20 Q  When analyzed with declassified and
21 published nuclear weapon stockpile data, and the
22 number of nuclear weapons built and retired -- weapons

Case No. 1:90-cv-00181-JLK Document 1603-6 filed 11/07/05 USDC Colorado pg 9 of 9

A. Bryan Siebert
April 15, 1996

Multi-Page™

Merilyn Cook, et al
Rockwell International, et al

Page 181

1 built and retired. The reference here is to weapons
2 built somewhere other than Rocky Flats?
3   A  That's right.
4   Q  So did you in doing this analysis in
5 preparing your portion of this, did you have in front
6 of you the information from wherever these weapons
7 were built?
8   A  I had in front of me the -- yes, I did, the
9 unclassified information that gives us concern when
10 related to this site, I've been over it two or three
11 times.
12   Q  Now, the attached sample page and the
13 description at the bottom of page A-8, am I correct in
14 understanding that the document in its classified form
15 contained the MUF figure for the period ending May 31,
16 1957, it's actually the MUF for the month of May; is
17 that a correct interpretation?
18   A  What was written here says inventory
19 difference and measured losses. It doesn't use
20 specifically the word material unaccounted for, as you
21 did. If it doesn't, I don't -- I can't answer the
22 question because it doesn't use exactly those words.

Page 182

1   Q  Well, what is the difference, if any,
2 between inventory difference as used here on page A-8
3 and MUF?
4   A  Again, I'm not an expert in these things,
5 but material unaccounted for and IDs have been used by
6 the experts sometimes interchangeably and sometimes
7 not. I'm not qualified to tell you when they do and
8 when not.
9   Q  Well, as used here, what does inventory
10 difference mean?
11   A  It means the difference between the book
12 value of an item and the paper value.
13   Q  Book -- could you describe both of those,
14 what book and what paper?
15   A  You have an ID when your physical inventory
16 does not match up with your piece of paper that says
17 what you ought to have, that's what an ID is. I think
18 I've explained that somewhere in here.
19   Q  When you said book and paper, the paper
20 refers to the actual measurement?
21   A  The difference between the fact that I've
22 got a piece of paper that said I gave you $5 and in

Page 183

1 fact you only got 4. That's the ID.
2   Q  The one is the ID, the difference?
3   A  That's right.
4   Q  And the paper is the $4?
5   A  The written record that this particular
6 material balance area had 5X in it, that's the paper
7 part. And then the accounting part is when somebody
8 goes and says, count them, one, two, three, four. It
9 doesn't match up with the paper that says five and
10 then you get an ID.
11   Q  That's how it's being used here.
12       Now, is it correct that what this is saying
13 is that the document attached in its classified form
14 provided the ID for the month of May 1957?
15   A  That's what it says it does. I'd have to
16 see the classified version of it.
17   Q  What national security interest would be
18 threatened by the ID for the month of May '57 if it
19 were to be revealed, what national security concern
20 would be implicated?
21       MS. WELLS: Objection. It's gets into again
22 why certain information remains classified, but to the

Page 184

1 extent that Mr. Siebert can answer that question
2 without classified information.
3   A  I'm not sure I can answer on an unclassified
4 basis.
5   Q  Just for point of clarification, I will
6 assume that when you phrase it like that, you're not
7 -- the way you just phrased it, you are declining to
8 answer because of the classification sensitivity?
9   A  I'm concerned that my words may
10 inadvertently be classified if I start to answer the
11 question. Is that clear?
12   Q  Thank you. Well, on page A-8 to A-9, it
13 states, quote, when analyzed and declassified -- I'm
14 sorry, when analyzed with declassified and published
15 nuclear stockpile data, and the number of nuclear
16 building weapons and retired in 1957, the information
17 reveals design on amounts of fissile materials, on
18 average for those weapons built and retired in 1957,
19 and the average ratios of plutonium and highly rich
20 weapon in those weapon designs, close quote.
21       Did you personally perform this analysis
22 that's being referred to here?