**MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

**EXHIBIT 8**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181 (JLK)

MARILYN COOK, et al,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

Defendants.

---

REPORTER'S TRANSCRIPT
(Jury Trial -- Volume IV-A)

---

Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court, for the District of Colorado, commencing at 9:14 a.m. on the 11th day of October, 2005, Alfred A. Arraj United States Courthouse, Denver, Colorado.

**475**

1   BY MR. DAVIDOFF:

2       It is my privilege to give the beginning part of

3   the opening statement, and a considerable part of the end.

4   My name is Merrill Davidoff from Philadelphia

18  contamination, the new water supply, Broomfield closed the

19  reservoir the day after the raid, and that Standley Lake

20  and Great Western Reservoir were both contaminated.

21       The negative publicity would continue after the

22  guilty plea. It continued throughout the 1990s, further

23  stigmatizing -- we will talk about that word, stigma and

24  stigmatizing a little more later, and you will hear it

25  during the trial.

585

1        Even today there is adverse publicity about the

2  Rocky Flats plant. This adverse publicity continues,

3  despite the fact that the DOE has spent many millions of

4  dollars on positive public relations over the last 15

5  years. The FBI raid on Rocky Flats is truly one of the

6  stunning, historical events in the history of the Mile

7  High city.

8        I want to take a look at what we heard before

9  earlier, and that is the story of MUF. Material

10  unaccounted for. Earlier we told you about the fact that

11  the plant, under both Dow and Rockwell, kept losing

12  plutonium. Couldn't keep track of its plutonium. And MUF

13  stood for material, plutonium, unaccounted for.

14      DOE later changed the name to ID, for inventory

15   difference. This was another of the change the name when

16   the first name didn't sound right to the public.

17      We have to remember that Rocky Flats was handling

18   one of the most dangerous materials known to man,

19   plutonium. In large enough quantities plutonium can

20   produce a criticality, an explosion. But in very tiny

21   quantities, a spec, as you saw in the lung of the ape,

22   earlier plutonium can be poisonous, deadly poisonous.

23      The Rocky Flats plant had an obligation and the DOE

24   had an obligation to make sure that the contractors

25   followed it to keep track of missing plutonium. And that

**586**

1   brings us back to MUF. Material unaccounted for.

2      Beginning at the very earliest years of the plant,

3   Dow Chemical, then Rockwell, lost and could not keep track

4   of the plutonium that was on site. And over a period of

5   37 years, the amount of missing plutonium grew to 2,600

6   pounds. 1.3 tons of plutonium.

7      Now, remember the plant had over 14 tons on site.

8   And it had more plutonium than any other weapons plant in

9   the United States. And there was 2,600 more pounds that

10   was missing and unaccounted for. AWOL. Now, there is no

11 question that while some of this plutonium probably

12 escaped, much of it remained on the plant grounds. It was

13 buried in unmarked waste sites and marked waste sites

14 throughout the plant property.

15      When it was buried, the high winds of the front

16 range, 90 to 100 miles an hour, would blow the dust and

17 dirt downwind, and take some of the plutonium away. But

18 many pounds of the plutonium was in the duct works of the

19 various industrial buildings of the plant.

20      What is clear is that 2,600 pounds of plutonium

21 went missing, completely missing, and was never fully

22 accounted for for the public. And that is enough

23 plutonium, if that got into people's lung, literally to

24 poison every man, woman, and child in the United States.

25      The public, of course, including the neighbors in

**587**

1 this case, were not told about MUF during the years when

2 Dow and Rockwell operated the plant. It was a deep, dark

3 secret. It was known to the operators, Dow and Rockwell,

4 to some people at DOE, and to no one else.

5      Now, we have some documents that go back to the

6 1940s that show how the classification was used.

7  Classification was used, and one of the reasons the

8  classification was used was to keep MUF secret.

9       This is an AEC document. This is Exhibit 660 from

10 1947. If you look at the top of this, it is a little hard

11 to read, it says: Declassification of medical and

12 biological documents has become a considerable task. All

13 researchers are anxious to have their work appear in the

14 journals as soon as possible. When critical process steps

15 or materials are involved, the problem is greatly

16 simplified since all must abide by security. However,

17 there are a large number of papers which do not violate

18 security, but do cause considerable concern to the Atomic

19 Energy Commission Insurance Branch and may well compromise

20 the public prestige and best interest of the commission.

21       Looking down a little further, following

22 consultations with the Atomic Energy Commission Insurance

23 Branch, the following declassification criteria appears

24 desirable. If specific locations or activities of the

25 Atomic Energy Commission and/or its contractors are

**588**

1  closely associated with statements and information which

2  would invite or tend to encourage claims against the

3  Atomic Energy Commission or its contractors, such portions

4  of articles to be published should be re-worded or

5  deleted.

6      The effective establishment of this policy

7  necessitates the view by the Atomic Energy Commission

8  Insurance Branch as well as by the medical division prior

9  declassification.

10     In other words, the classification was going to be

11  used not only for top secret military secrets,

12  classification was going to be used because the insurance

13  branch didn't want things getting out that would allow

14  claims to be made against the Atomic Energy Commission or

15  its contractors. Now, this is 1947.

16     Skip ahead 30 years to 1977. This is P-652. If

17  you look at the top of this document, let's go to the

18  first page.

19     MR. BERNICK: What is the date of this document.

20     MR. DAVIDOFF: This is one we discussed on Friday.

21     MR. BERNICK: Your Honor ruled on that at side bar.

22     MR. DAVIDOFF: On Friday it was ruled --

23     MR. BERNICK: I am sorry. This colloquy should not

24  take place except for before the Court.

25     THE COURT: That's right. Come up here.

589

12  it in opening statement.

13      THE COURT: Let's not use it in opening statement.

14  Here is the difficulty I have: I don't have the authority

15  to overrule another judge. And another judge made all of

16  this, and settlement came in with certain conditions and

17  parties agreed to that at that time.

18      I am not going there. I will not contravene his

19  rulings or interfere with his judgment. I want the Church

20  case out of this case entirely.

21      MR. DAVIDOFF: I think I can, later in the case,

22  not in opening statement. I will submit a brief.

23      THE COURT: Do that.

24      MR. DAVIDOFF: I am not doing it for the purpose of

25  the Church case.

**593**

1       THE COURT: I understand. Do that.

2       (A bench conference is had, and the following is

3  had outside the hearing of the jury.)

4       MR. DAVIDOFF: Your Honor, can I have a second?

5       So here we are 30 years later, and there are some

6  anti-nuclear demonstrations. And this document, if we

7  look at the top, is a report discussing classification of

8   Rocky Flats SNM, special nuclear material, unaccounted

9   for, MUF. We have to go to the front of the document so

10  the jury can see what the document is about.

11       At the very top, ladies and gentlemen, it is hard

12  to read, classification of Rocky Flats SNM, special

13  nuclear material, unaccounted for, MUF. And it is a

14  report that was requested -- done by Rocky Flats personnel

15  and requested by the Department of Energy. And it was

16  exchanged between the Department of Energy and Rocky

17  Flats.

18       . There is one part here, Your Honor, that I would

19  like to show on page 2 -- page 3, rather. And this is --

20  there are spaces here, ladies and gentlemen, where the

21  classification officer who declassified this document in

22  the 1990s, the document, itself, is from the 1970s, has

23  whited out certain information.

24       But Rockwell management and certain Dow Chemical

25  officials feel that the declassification or release of

594

1   MUF, including explanations for SNM, could reveal

2   production, blank, data and possibly weapons information.

3   So Dow chemical, which had been gone for two years, was

4   still being consulted on decisions as to whether.

5       MR. BERNICK:  I object to that statement, as well

6   as beyond the scope of Your Honor's order.

7       THE COURT:  Sustained.

8       MR. DAVIDOFF:  If we could focus on paragraph 8.

9   Again, remember the classification power is to be used for

10  top secret military secrets that would compromise the

11  security of the United States.  So what do we get?

12  Anti-nuclear environmental and passivist groups consider

13  Rocky Flats as the nuclear crossroads of the nation.  The

14  declassification and possible release of MUF -- can you

15  focus in on that, please?

16      In this unfriendly environment, whether due to

17  misunderstanding, lack of knowledge, or misinterpretation,

18  could seriously damage the posture of the Department of

19  Energy, Rockwell International and former contractor, the

20  Dow Chemical Company.

21      Again, worried about public relations and using

22  classification for public -- to protect the public

23  relations and the image of the plant rather than the

24  secrets of the United States.  I think the remainder has

25  been ruled out, so can you take that document down?

595

19   where the neighbors live, and 16 miles from downtown

20   Denver, and DOE and its contractors continue to cover it

21   up.

22         That brings us to the 1990s. After Rocky Flats was

23   raided by the FBI in 1989, I mentioned Admiral Watkins,

24   the secretary of energy, and in the Clinton

25   administration, following the first Bush administration

**597**

1   Hazel O'Leary was the secretary of energy. And both

2   secretaries of energy promised there would be a new dawn

3   of openness and honesty.

4         You will see media coverage about this during the

5   course of this trial. And they made these problems of

6   openness and honesty, but the DOE broke these promises

7   too. Watkins left, O'Leary left, the DOE bureaucracy

8   stayed.

9         This is from a 1994 press conference. This is five

10   years after the plant was raided, DOE called the openness

11   press conference. This is DOE's fact sheets. I hope you

12   don't have to read them all. We will call your attention

13   to them during the trial. This is how they were going to

14   become open and honest and tell the people of Denver, as

15  well as the people of the United States --

16        MR. BERNICK: I object. This is political speech

17  we specifically sought to avoid.

18        THE COURT: Sustained.

19        MR. DAVIDOFF: How did MUF remain a secret for all

20  these years? Why are most of the MUF documents and

21  information still secret? The defendants and the DOE used

22  the national security power to keep them secret. The

23  evidence will show a few documents were declassified

24  during the so-called period of openness in 1994.

25        We press that in this case, because the MUF was the

**598**

1  key to how much plutonium really escaped in the 37 years

2  that this plant was operated by Dow and Rockwell. They

3  resisted and refused to turn over copies of the documents.

4        The DOE later agreed in a court-ordered

5  stipulation, in this case, to produce the documents. That

6  is this document that is up on the screen. P-635.

7        But then after agreeing in this court-ordered

8  stipulation to produce the documents in this case, the DOE

9  stonewalled the plaintiffs in this case, again, refusing

10  to turn over the documents. Finally, in 1995, there was a

11  trial in this court and this court held the DOE in

12  contempt of court; that is almost unprecedented. This

13  court holding a cabinet department of the United States in

14  contempt of court for failing to turn over documents that

15  related to the missing plutonium.

16  So what did the DOE do after being held in contempt

17  of court in this court, in this case, for refusing to turn

18  over documents relating to missing plutonium? Did it come

19  clean? No. It has never come clean. It circled the

20  wagons. It slammed the steel door of secrecy shut once

21  again.

22  Judge Kane and this court do not have the power,

23  they do not have the power to review a security

24  classification by the Department of Energy or by the

25  executive branch. They do not -- this court does not have

**599**

1  the power to determine whether a security classification

2  is top secret and is being used properly or improperly.

3  MR. BERNICK: Your Honor, again, this is completely

4  inappropriate for counsel to instruct the jury on the

5  powers of the court and the law.

6  THE COURT: Overruled.

7  MR. DAVIDOFF: So, finally, after a big fight that

8  lasted for over two years, we learned that there were

9   1-1/2 million pages of documents from Dow's and Rockwell's

10  time in the DOE's files that related to MUF.  1-1/2

11  million pages of documents.  And we demanded the MUF

12  documents, again, and I will show you some examples of

13  what we got.

14         We got -- we told them to stop, ladies and

15  gentlemen, after a million documents, because what we were

16  getting was this.  Documents from which virtually every

17  bit of data, every bit of information, is being whited

18  out.  A million -- over a million documents like this,

19  until we told them to stop the exercise as an exercise in

20  futility.

21         These documents go back to the 1950s, 1960s, 1970s.

22  They deal with plutonium at a plant that has been closed

23  for 16 years.  Plutonium that is missing.  And they are

24  still being -- excuse me -- they are still being

25  classified by the Department of Energy in 2005.

**600**

1          National security is supposed to prevent terrorist

2   or enemies of the United States from getting information

3   about how to build a bomb.  That is not what these

4   documents contained.  You saw the document from 1947 that

5 showed their motives. They wanted to keep claims from

6 being made against the Atomic Energy Commission.

7   What is missing from these documents is the truth

8 about missing plutonium. The truth about MUF. The truth

9 has been White ed out by the misuse of the classification

10 power of the DOE and the United States Government to

11 prevent all of us in this courtroom from knowing the full

12 truth about missing plutonium at Rocky Flats.

13   It has never been revealed to this day, 55 years

14 after the plant was in construction. It is a misuse of

15 power that has been going on for 50 years. The evidence

16 in this case, unfortunately, in part, will be that they

17 don't want you to have the evidence.

18   Now, MUF is also important for the future risk of

19 this plant. Remember that in 1990, this plant was going

20 to be up for another 15 years before the buildings were

21 torn down. And if we could show N-193 and N-194. N-193

22 is an aerial photo taken in 1997, more than 8 years after

23 the FBI raid and after the plant was closed.

24   What N-193 shows is that 8 years later, more than 8

25 years later, all these buildings, with the ducts, with

601

1 many of them with missing plutonium in them, all these