APPENDIX TO
PLAINTIFFS' MOTION TO ADMIT DOCUMENTS AND
PRESENT THEM DIRECTLY TO THE JURY

| Exhibit | Description |
|---|---|
| P-18 | Monthly Progress Report 4/11/62. |
| P-19 | AEC newsletter, issue #21 Accident and Fire Prevention Information - "Plutonium Fires" |
| P-27 | Memo re: Building 71 Stack Releases with attached "Review of the Exhaust Air Filtering and Air Sampling, Building 71" dated 5/8/63. |
| P-93 | Distribution Note - press release re 57 fire at RF |
| P-95 | News Release - Rebuttal information on Edward Martell's statements |
| P-140 | Exceedance of Plant Control Guides by Runoff Waters from Pondcrete Storage Areas |
| P-165 | Response to TWX re: release of trace amounts of Pu to the environment at RFP |
| P-199 | Memo re: Building 771 Second Stage Filters, Main Plenum |
| P-214 | Letter from C.M. Love to H.E. Bowman/L.M. Joshel re: The Credibility Gap |
| P-281 | Memo re: Disposition of Contaminated Solid Waste |
| P-303 | Study by US Department of Commerce, Environmental Science Services Administration Research Laboratories, entitled "Plutonium Releases to the Environment at Rocky Flats" |
| P-321 | AEC memo from E.B. Giller Assistant General Manager for Military Application to Chairman and Commissioners of AEC, entitled Frequency of Fires at Rocky Flats |
| P-338 | Final Report:  Lamm-Wirth Task Force on Rocky Flats. |
| P-394 | AEC press release re siting of RF plant |
| P-404 | Reactions on Decreasing Site Area Below Four Square Miles |
| P-408 | Action of the Emergency Monitoring Team in Connection with the Incident of September 11, 1957 |
| P-410 | (Rough Draft) Determination of Contamination from Rocky Flats Plant in the Environs - Interim Report |
| P-411 | Memo re: Dumping of Chromate Inhibited Cooling Water |

| P-431 | Denver Post Newspaper Article: AEC Sticks to Its Rocky Flats Position |
| --- | --- |
| P-455 | Proposed AEC Policy re: Assisting Owners of Land Adjacent to Rocky Flats Plant |
| P-479 | Rockwell International Environmental Management Survey |
| P-604 | Rocky Mountain News ad, "Rockwell International asks that the facts on Rocky Flats be made known to the American Public" |
| P-652 | Declassified DOE Document, Classification of Rocky Flats SNM Material Unaccounted For |
| P-736 | Rocky Mountain News, ad, "An Open Letter To The People Of Colorado From Rockwell International Corporation" |
| P-1049 | Dow Contract |
| P-1091 | Denver Post Article, "U.S. to Build $45 Million A-Plant Near Denver" |
| P-1279* | Historical Release Report for Rocky Flats Plant, Volume 1 & 2 |

*Exhibit P-1279 is the subject of a separate motion to admit.  Because it is a voluminous document, plaintiffs have not attached a separate copy to this Motion.