# ROCKY FLATS DOCUMENT CRITIQUE SHEET

Identification Number: __J002251__

Classification Status: __UC__
_____
_____
_____
_____
_____
_____

Bates Number Status:

   None: _____

   Range: __056110-056111__

Other Comments: _____
_____
_____
_____
_____
_____
_____
_____
_____

*gnt*

PLAINTIFFS' EXHIBIT P-18 90-CV-181

RI-J.R. MANN FY-1961, 1963
s.Chinn Rockwell Files Box #86895

▬▬▬CHEMICAL COMPANY

ROCKY FLATS DIVISION
P.O. BOX 2131
DENVER L COLORADO

BEST COPY AVAILABLE

May 4, 1962

E. A. Putzier (Record)

cc:
File

J002251

MONTHLY PROGRESS REPORT - APRIL, 1962

BUILDING 71 - EXCESSIVE DISCHARGE OF RADIOACTIVE WASTE MATERIAL THROUGH MAIN EXHAUST PLENUM:

Several particle size determinations have been made with the use of a modified cascade impactor, more are planned.

Production personnel have fired the incinerator several times in the past few weeks in an attempt to purge the system of residual contamination, with some degree of sucess. The incinerator has not been fired for the purpose of waste disposal since March 7, when it became readily apparent that the biggest contributor to the problem was the incinerator.

The elimination of this problem will probably involve the expenditure of a large sum of money since it is apparent the existing system is totally inadequate.

BUILDING 81 - Pu CONTAMINATED WR PARTS

Survey has been completed and report written to W. D. Kittinger.

I feel the existing situation in 81 should continue to be watched to see if an improvement in housekeeping will tend to relieve this problem.

Since this survey was an after the fact situation it would probably be wise to investigate a little deeper to see where this problem had its origin and if in fact it still exists.

C56110

A PRIME CONTRACTOR FOR THE U.S. ATOMIC ENERGY COMMISSION CONTRACT AT(29-1)-1106

E. A. Putzier     -2-     May 4, 1962

BUILDING 71 - NEUTRON SURVEY:

A complete set of tank and area surveys have been completed and many of the trouble spots located.

Several types of instrument shielding are in the works now to try to get more specific information. From these more refined measurements we expect to get some ideas about the energies involved.

M. R. Boss

C56111