# Accident and FIRE PREVENTION Information

## United States Atomic Energy Commission

ISSUE NO. 21                                                           October 28, 1955

### PLUTONIUM FIRES

During conduct of routine plutonium operations in a ventilated hood, a plutonium chip (created during a roughing cut) spontaneously ignited, fell into and caused ignition of a pile of plutonium chips in an adjacent container. The operator applied carbon tetrachloride in an attempt to extinguish the fire. A violent reaction ensued accompanied by rapid combustion of the metal. The heat and generated gases raised the pressure within the hood from below to above atmospheric pressure, thus forcing some of the fumes into the room. Clean-up of contamination due to plutonium oxides resulting from the fire will cost an estimated $8,000. The intensity of the fire was sufficient to melt the bottom of the metal container holding the chips.

Reports of similar incidents are recorded at other locations. These recent incidents are considered of significance, not because of any new fire protection information gained, but rather because they suggest the possible need for re-education of employees regarding plutonium fire hazards.

Aside from possible loss of the high-value material involved, plutonium fires are of concern because of the following considerations:

1. **Critical Mass**

   When the quantity of metallic plutonium involved in a fire exceeds "always safe" quantities, a self-sustaining nuclear reaction may result from changes in metal configuration (e.g., melting, settling of oxides, etc.) and/or as a consequence of neutron-moderating effects of materials applied to the fire (e.g., water). Critical mass hazards are obviously of no concern during a fire where the quantity of metal handled is smaller than "always safe" amounts.

2. **Personnel Hazards**

   The extreme toxicity of plutonium oxides that may be generated and dispersed during a plutonium fire tends to complicate fire control and extinguishment measures.

(over)

PLAINTIFFS' EXHIBIT P-19 90-CV-181

MB404087

3. Decontamination

The expense in time, money, and manpower necessary to decontaminate an area in which a plutonium fire has occurred is extremely large when compared to clean-up expenses following a small fire in other metals. Because of this aspect, a fire involving amounts as small as gram quantities of plutonium may require sizable decontamination expenditures. The high hazards and loss potentialities which may be expected to accompany a plutonium fire suggest the need for commensurate fire prevention and control planning at all locations where plutonium fire problems may be encountered.

PLUTONIUM FIRE EXTINGUISHMENT AND CONTROL

Comparatively little is known regarding plutonium fire extinguishing methods that are reliable in all cases. Much is known, however, of fire extinguishing measures that should not be used. It is known, for example, that the rate of plutonium combustion may be markedly increased and, under some conditions, explosions may occur following application of water, foam, soda-acid, carbon tetrachloride, or dry chemical (sodium bicarbonate) "extinguishants." The application of $CO_2$ cannot be relied upon to extinguish plutonium fires and its use may significantly increase dispersal of plutonium oxides over the immediate area.

Met-l-X (sodium chloride), G-1 (graphite), sand, dolomite, and magnesium oxide, ALL IN THE FORM OF DRY POWDERS OR GRANULES OF FINE SIZE, have been used, or have been suggested for use, as "safe" plutonium fire extinguishants. These materials cannot be relied upon in all cases to extinguish plutonium fires. Their application can, however, serve the valuable purpose of confining the highly toxic oxides created during the fire as well as providing sufficient thermal insulation to expedite handling of the burning metal.

The techniques and materials used in handling plutonium fires may be expected to vary with the amount, form, and location of the metal at the time of the fire. The conditions most frequently encountered are those in which "always safe" quantities of plutonium are handled in sealed hoods operated under negative pressure. In such cases, an attempt should be made to isolate the burning metal (if this can be rapidly done) and to cover the burning metal with one of the dry materials mentioned in the preceding paragraph. The extinguishant-covered burning metal should then be placed in a metal container which has previously been partially filled with extinguishant, and more extinguishant added, if necessary, before fitting a loose metal cover on the container.

Plutonium fires generally take place without visible flame and are characterized by comparatively slow combustion accompanied by local emission of intense heat and brilliant white light. While the latter aspect

- 2 -

MB404088

may be partially masked by an oxide coating over the burning metal surface, the heat is often sufficient to cause melting of stainless steel, etc. There are some indications that the melting of steel in contact with burning plutonium may be at least partially due to formation of eutectic alloys having a lower melting point and higher pyrophoricity than plutonium. When burning plutonium metal is placed in a metal container, care should be taken to ensure that the container is filled with sufficient extinguishant to prevent direct contact of the plutonium with the metal sides of the container. While an appropriate lining (e.g., graphite) may be used to prevent direct plutonium contact with the metal container, use of extinguishant within the container is still desirable for the dual purpose of providing thermal insulation and for reducing contamination spread by confining oxides generated during plutonium combustion.

The fire control procedure outlined above may or may not result in extinguishment of plutonium fires. If extinguishment occurs, the metal may spontaneously re-ignite when subsequently exposed to air. If extinguishment does not take place, the plutonium may continue to burn under the extinguishant as long as a day or more before complete conversion to the oxide.

## PLUTONIUM FIRE PREVENTION

The Argonne National Laboratory has recently undertaken a detailed research project which will attempt to determine reasons for the observed wide differences in pyrophoricity of metallic plutonium and certain other heavy metals. Circumstantial evidence suggests that such vagaries are probably intimately associated with water-metal reactions occurring either during or after initial metal formation. Control of moisture in preparation and subsequent handling of the metal, therefore, appears to be a basic factor in minimizing the possibility of plutonium fires.

Experience has definitely established that spontaneous, self-sustaining plutonium fires can (under conditions not fully understood) take place in air in massive forms of the metal, but are more likely to occur where finely divided metal is involved. The extent to which the probability of fire is influenced by the type of coolant used is not known. During "dry" plutonium operations, plutonium chips may spontaneously ignite due, at least in part, to the heat generated during chip creation. To avoid possible spread of fire, the amount of chips in the immediate vicinity of operations should be kept at a minimum. Combustible material likewise should be kept out of the vicinity. It is probable that the incidence of fires during operations may be minimized if conducted in dry air or dry inert gas. If any lubricants are used during operations, they should be as free of moisture as practicable.

- 3 -

(over)

If plutonium chips are to be stored for a period exceeding 24 hours prior to recovery operations, the probability of spontaneous fires may be reduced by briquetting the chips in an inert atmosphere (argon or helium) followed by initial exposure, and preferably storage, in dry air.

Storage, handling, and shipment of plutonium metal in quantities larger than "always safe" amounts involve appraisal of critical mass, security, and cost factors, discussion of which is beyond the scope of this paper. While each problem of this type requires individual evaluation from a fire standpoint, a few precautions deserve mention:

1. The amount of combustible material in the immediate area of plutonium metal should be held to a minimum.

2. Means should be provided for prompt and proper notification in the event of fire. Consideration of automatic detection devices and periodic inspections is involved.

3. Noncombustible physical barriers should be provided to limit the maximum quantity of plutonium that can conceivably be involved in a single fire, to a quantity which, if lost, is acceptable to management as a known calculated risk.

4. In providing the physical barriers above, consideration should be given to the possible changes in metal geometry from fire, accumulations of plutonium oxides, and the affect of various fire extinguishants which might be used.

5. Responsible personnel should receive continual training in approved fire prevention and firefighting techniques. Facilities necessary for conducting such operations safely should be provided and periodically checked.

6. Where warranted by real or potential exposure hazards or value of the plutonium metal involved, provision of automatic fire protection by inert gas flooding or fixed piping for dry extinguishants should be studied.

SUMMARY

Until such time as further information becomes available from research into the causative factors of pyrophoricity of metallic plutonium, preventing and controlling plutonium fires must be determined by past experience coupled with use of educated judgment. The high value, the toxicity, security and critical mass considerations, combined with the unknowns in plutonium pyrophoricity and the fact that no effective means

- 4 -

for extinguishing plutonium fires are known, combine to urge considerable caution in the handling of this metal. The following general guides for plutonium fire protection appear warranted:

✓ 1. Limit the maximum quantity of plutonium metal kept in any one area to an amount which, if lost by fire, constitutes a reasonable known risk.

2. In a plutonium fire, isolate the burning metal rapidly, e.g., by covering with extinguishant and placing in a covered metal container, to minimize dispersal of plutonium oxide contamination.

✓ 3. Plutonium metal should only be stored and handled in an area in which external fire hazards have been reduced as much as possible.

✓ 4. Expect to have a fire.

MB404091