REC... H. LANGELL SEP 13 57

U. S. ATOMIC ENERGY COMMISSION
ROCKY FLATS AREA OFFICE
DENVER, COLORADO

September 12, 1957

FOR IMMEDIATE RELEASE

DISTRIBUTION NOTE: Denver and Boulder, Colorado

A small fire caused by spontaneous combustion spread to the ventilating system of one of the production buildings at Rocky Flats Plant last night. There was no injury to or radioactive contamination of personnel. Preliminary estimates indicate the fire did not cause extensive damage.

Tests made have indicated no spread of radioactive contamination of consequence.

-30-



| FROM: Seth R. Woodruff, Jr., Manager Rocky Flats Area Office | Dispatch Date 9/13/57 |
| TO: F. R. Langell, Manager, The Dow Chemical Company | Receiving Date |

Transmittal of: Two copies of press release covering fire at Rocky Flats Plant for your information and file.

REC'D F. R. LANGELL SEP 13 57

Return Receipt Requested

FORM SFO-37   TRANSMITTAL RECORD   Receiving Off M&F Copy

PLAINTIFFS' EXHIBIT P-93 90-CV-181

EGG2008644

COOK  APRIL 11 1994  ITEM 57   98816