# News Release

FOR FURTHER INFORMATION
Contact: R. V. Carroll
Phone: 494-3311, Ext. 2424

November 30, 1971

FOR IMMEDIATE RELEASE

Edward Martell's statements on the concentration of plutonium in the Denver metropolitan area are not based on any known scientific evidence, Dr. James R. Seed, director of Product and Health Physics Research for The Dow Chemical Company's Rocky Flats Division, said today.

In fact, Martell has in the past chosen to ignore data supplied to him which provides scientific evidence that is definitely contrary to the statements he has released to the press, according to Dr. Seed.

"At the recent 17th annual National Bioassay and Analytical Chemistry meeting held in Boulder, Martell made a presentation on this subject before a group of competent environmental scientists from throughout the United States.

"He acknowledged that he had not generated data to sufficiently uphold his contentions. However, he chose to present 'conclusions' based on work performed by the Health and Safety Laboratory (HASL) in New York. As he concluded his presentation, one author of the HASL reports Martell was referencing addressed both Martell and the audience and said that Martell had not 'used' HASL's data, but rather 'abused' the information.

-- more --

PLAINTIFFS' EXHIBIT P-95 90-CV-181

PUBLIC RELATIONS DEPARTMENT • THE DOW CHEMICAL COMPANY • ROCKY FLATS DIVISION

EML00066

Dow - 2

"He contended that Martell had selectively chosen to ignore data that did not support his conclusions," said Dr. Seed.

"Aside from criticism of Martell's use and abuse of data, the extrapolations which result in his guesses as to the total quantities of plutonium deposited on soils outside the plant are not rational," according to Dr. Seed.

"We are concerned with all problems of environmental interest. We have been making measurements of radioactive releases into air, water and vegetation since the plant was constructed 20 years ago," Dr. Seed said.

"Contrary to Martell's reported remarks, samples of air, vegetation, water and soil have been taken to the east of the plant on a well-planned and comprehensive schedule. Soil is sampled in all directions from the plant within a 315 square-mile grid.

"Along with our monitoring, other competent scientists have monitored the Rocky Flats environment, and have found results similar to Dow's," according to Dr. Seed.

Dr. Seed said, "Radiation standards have been attacked by a few vociferous critics who appear in the media these days. Martell contends that is is 'imperative that the most capable and objective scientists review the permissible lung burden standards for plutonium.'

"One can only question why Martell appears so unfamiliar with the most recent reviews on this subject. The most recent publication which deals with standards was published in January 1971 by the National Council on Radiation Protection and Measurements (NCRP).

-- more --

EML00067

"The scientists who prepared the report are 15 of the most prominent and reputable scientists in the field of radiation protection. The NCRP, which is now an integral part of the Environmental Protection Agency, has a standing investigative committee charged with the responsibility of continual evaluation and assessment of new knowledge which might relate to the standards of permissible radiation to the lung with no measurable adverse effects," Dr. Seed said.

"We believe the conclusions reached by the NCRP and published in the January report do represent authoritative and scholarly research in this field of radiation effects. We are confident ongoing inquiry by these scientists will continue to provide us with meaningful standards," Dr. Seed concluded.

###

EML00068