**Internal Letter**  **Rockwell International**

Date . July 3, 1989                     No. . DATAPOND.FDH

TO  (Name, Organization, Internal Address)        FROM  (Name, Organization, Internal Address, Phone)
. K. B. McKinley                        . G. H. Setlock
. RCRA/CERCLA                           . Env. Mgmt.
. Bldg. 250                             . Bldg. 250
                                        . X2453

SUBJECT. EXCEEDANCE OF PLANT CONTROL GUIDES BY RUNOFF WATERS FROM PONDCRETE STORAGE AREAS

Review of monitoring data for June, 1989 indicates several instances where plant control guides have been exceeded for nitrates and gross beta (see table attached). Efforts must be continued to vigorously control any runoff from these areas and to inspect with sufficient frequency to assure detection/correction of any container that has degraded. This recurring problem must be brought under control because of the negative impacts to the surface water discharges from Rocky Flats and likelihood of violating the plant's NPDES permit and/or Federal Facility Compliance Agreement (FFCA) with EPA-Region VIII. Your immediate intervention is requested to coordinate resolution of this ongoing problem until all pondcrete/saltcrete can be shipped from Rocky Flats (1-2 years?) Do these above background runoff events from the 750 and 904 Pads represent continuous releases under CDH's RCRA regulations? If so, please implement appropriate notifications/contingency plan requirements.

If you have any questions on this topic, please call me at X2453.

*George H. Setlock*

G. H. Setlock, Manager
Environment & Health Programs

Enc.

cc:
R. J. Erfurdt
F. D. Hobbs
R. C. Lerche
E. R. Naimon
W. F. Weston



4157737

US3005742

PONDCRETE STORAGE AREA

JUNE, 1989

POOLED WATER SAMPLE RESULTS

| LOCATION | DATE | NITRATE (mg/l) | GROSS ALPHA (pci/l) | GROSS BETA (pci/l) |
|---|---|---|---|---|
| 750 Pad | 6/05/89 | 28.7* | 15 ± 15 | 39 ± 21 |
| 750 Pad | 6/22/89 | 2.12 | 24 ± 16 | 37 ± 16 |
| 904 Pad | 6/05/89 | 32.1* | 15 ± 14 | 57 ± 24* |
| 904 Pad | 6/22/89 | 24.7* | 20 ± 15 | 100 ± 30* |

\* Exceeds Plant Control Guides (10 mg/l for nitrate, 40 pci/l for gross alpha, and 40 pci/l for gross beta)

US3005743

4157738