ROCKY FLATS DOCUMENT CRITIQUE SHEET

Identification Number: G000266

Classification Status: OK

Bates Number Status:

   None: _____

   Range: 20903-20908

Other Comments:

EXHIBIT
1469

PLAINTIFFS'
EXHIBIT
P-165
90-CV-181

```
AOT 3363 1404 1350                              6080266
P AN1 ADMU 0218 FEB. 18,
AN1BY1A01
ZNR UUUUU
P 182205Z FEB 70                                         1970 FEB 18
FM H C CONNELLY MGR USAEC ALO
TO BY1/MAJ GEN E B GILLER DMA USAEC HQS
INFO AO1/F E ABBOTT USAEC RFAO
AE
BT
```

UNCLAS IN ACCORDANCE WITH YOUR TWX OF FEBRUARY 13, 1970, CONCERNING THE RELEASE OF TRACE AMOUNTS OF PLUTONIUM TO THE ENVIRONMENT AT ROCKY FLATS, WE ARE PROVIDING THE FOLLOWING INFORMATION:

1. CHRONOLOGICAL HISTORY REGARDING LEAKAGE IN DRUM STORAGE AREA:

   1958  FIRST SIGNIFICANT MACHINING OF PLUTONIUM AT ROCKY FLATS OCCURRED IN NEW BUILDING 776. PROCESS CALLED FOR USE OF A CUTTING OIL WITH CARBON TETRACHLORIDE USED TO WASH THE PARTS AFTER MACHINING.
   THE CARBONTET DILUTED THE OIL DURING USE, THUS REQUIRING NEW OIL TO BE INTRODUCED INTO THE SYSTEM AT FREQUENT INTERVALS.
   A CENTRALIZED CUTTING OIL COLLECTION SYSTEM WAS DESIGNED AND INSTALLED IN BUILDING 776. PIPING FROM THE VARIOUS MACHINE TOOLS CARRIED THE USED, DILUTED CUTTING OIL TO COLLECTION TANKS AT A CENTRIFUGE STATION. SOLIDS CONTAINING THE MAJORITY OF THE PLUTONIUM WERE TO BE CENTRIFUGED OUT AND SENT TO BUILDING 771 FOR RECOVERY. TH[E SPENT OIL WAS] ALSO SENT TO BUILDING 771 FOR REMOVAL

20903

BEST COPY AVAILABLE

OF THE CARBONTET BY DISTILLATIN. THIS CARBONTET WAS REUSED AND THE SPENT, SOUR OIL WAS DRUMMED FOR SHIPMENT TO ARCO, IDAHO FOR BURIAL.

1959  PROCESSING OF CUTTING OIL WAS NOT OPERATING AT DESIGN EXPECTATIONS. THE CENTRIFUGE WAS REMOVING VERY LITTLE PLUTONIUM AND THE CARBONTET WAS CORRODING THE DISTILLATION EQUIPMENT. REUSING THE CARBONTET LEFT A FILM ON THE PLUTONIUM PIECE PARTS.

LIQUID WASTES COULD NO LONGER BE SHIPPED TO ARCO, IDAHO.

1960  PRODUCTION RATES IN BUILDING 776 WERE PRODUCING LARGER QUANTITIES OF WASTE OIL - CARBONTET MIXTURES. A DEVELOPMENT PROGRAM WAS STARTED FOR DISTILLATION OF THE WASTE TO SOLVE THE STORAGE PROBLEM OF BACK-LOGGED WASTE. FIRST DRUMS OF WASTE OIL AND CARBONTET MIXTURE WERE STORED ON THE SECOND FLOOR OF BUILDING 776. HOWEVER, SPACE BECAME A LIMITING FACTOR AND THE DRUMS WERE MOVED TO THE OPEN FIELD IN THE SOUTHEAST PORTION OF THE PLANT SITE WHERE THEY BEGAN ACCUMULATING.

1961  DRUMS KEPT ACCUMULATING IN THE FIELD.

1962  A REVISED DEVELOPMENT PROGRAM WAS INITIATED FOR THE RECOVERY AND DISPOSAL OF THE WASTE OIL - CARBONTET MIXTURE. THE THEN EXISTING DISTILLATION UNIT HAD FAILED

20904

AND ALL NEW WASTES WERE STORED IN THE FIELD. THE DEVELOPMENT PROGRAM RESULTED IN A PROCESS TO FILTER ALL SOLIDS POSSIBLE FROM THE WASTE AND SOLIDIFY THE FILTRATE IN BUILDING 774 TO ALLOW SHIPMENT TO ARCO FOR BURIAL.

1964   FIRST INDICATION THAT THE DRUMS WERE LEAKING IN THE FIELD. WASTE DRUM STORAGE AREA FENCED TO PREVENT RABBITS FROM MIGRATING IN AND OUT AND SPREADING CONTAMINATION. CONTAMINATION DETECTED ON AIR SAMPLER AT EAST FENCE FOLLOWING HIGH WINDS.

RECIRCULATION OF OIL WITH A FILTER STATION IN BUILDING 776 WAS STARTED IN ORDER TO RELIEVE BUILDUP OF DRUMS IN THE STORAGE AREA. TH CENTRIFUGING OF WASTE WAS STOPPED.

1965   SHAKE DOWN OF PROCESSING EQUIPMENT IN BUILDING 774 COMPLETED. PROGRAM INITIATED TO CONSTRUCT A TEMPORARY FILTER STAGE AT THE STORAGE SITE AND TRUCKED THE FITRATE TO BUILDING 774.

1967   HEAVY RAINSTORM SPREAD CONTAMINATION TO DITCH ALONG ROAD TO FENCE LINE. CONTAMINATED SOIL AND ROCKS SHOVELED BACK TO STORAGE AREA. THE TEMPORARY FILTER STAGE AT THE STORAGE SITE COULD NOT BE MADE TO WORK PROPERLY. THE WASTE WAS DECANTED BY PUMPS TO NEW DRUMS THEN TRANSFERRED TO BUILDING 774.

20905

1968   SURVEY OF PLUTONIUM CONTAMINATION ON SURFACE OF THE SOIL IN THE DRUM STORAGE AREA WAS COMPLETED. PROCESSING OF APPROXIMATELY 5,000 DRUMS WAS COMPLETED. WEEDS AND VEGETATION BURNED OFF THE AREA AND GRADING STARTED PREPARATORY TO APPLICATION OF AN ASPHALT CAP OVER THE DRUM STORAGE SITE.

1969   THE ASPHALT CAP WAS COMPLETED AND SAMPLING WELLS ON THE STORAGE AREA DRILLED.

GENERAL   APPROXIMATELY 5250 DRUMS WITH APPROXIMATELY 4325 CONTAINING PLUTONIUM WASTE WERE STORED ON THE DRUM STORAGE AREA. APPROXIMATELY 420 DRUMS LEAKD TO SOME DEGREE. OF THESE ABOUT 50 LEAKED TOTALLY EMPTY. AN AVERAGE OF ABOUT 1.7 GRAMS OF PLUTONIUM PER DRUM WERE FOUND BY COMBIATION OF DRUM COUNTING AND ANALYTICAL WORK DONE ON THE LIQUIDS.

PLUTONIUM IN SOIL SURROUNDING THE DRUM STORAGE AREA (PRELIMINARY RESULTS)

NORTH FROM THE ASPHALT PAD

| | |
|---|---|
| 25 FT | 0.40 D/M/GM |
| 400 FT | 16. |
| PLANT BOUNDARY APPROX. 1 MI. | 1.5 |

NORTH EAST

| | |
|---|---|
| 400 FT | 6.0 |
| PLANT BOUNDARY | 1.2 |

20906

EAST

| | |
|---|---|
| 25 FT (ONE POINT) | 45,000 |
| 200 FT | 82 |
| 400 FT | 285 |
| INDIANA AVE - 1-1/2 MI. | 3.9 |

SOUTH EAST

| | |
|---|---|
| 300 FT | 50 |

SOUTH

| | |
|---|---|
| 50 FT | 560 |
| 200 FT | 2.5 |

WEST

| | |
|---|---|
| 50 FT | 630.0 |
| 250 FT | 22.0 |

2. THE COST TO MOVE THE FENCE, APPROXIMATELY 11,000 LINEAL FEET, WILL COST APPROXIMATELY $200,000. IF THE FENCE IS TO BE MOVED IT SHOULD BE MOVED BOTH EAST AND SOUTH.

MOVING THE PRESENT SECURITY FENCE TO THE EAST AND SOUTH PROPERTY LINE WOULD NOT STOP DUST OR WINDBLOWN ITEMS OF CONTAMINATION. AL RECOMMENDS THAT THIS FENCE NOT BE MOVED. FROM A PUBLIC RELATIONS STANDPOINT IT WOULD NOT BE DESIRABLE TO CHANGE ANY OF OUR FENCE LINES AT THE PRESENT TIME. THE FENCE ON THE PROPERTY LINE IS FOUR STRANDS OF BARBED WIRE AND IS POSTED WITH

20907

PAGE 6 AOI ADMU 0194  UNCLAS /OFFICIAL USE ONLY/

THE FOLLOWING 11 IN. X 14 IN. SIGNS EVERY THOUSAND FEET, OR MORE OFTEN WHERE GATES ARE INSTALLED. THIS IS THE SAME SIGN WHICH IS POSTED ON THE FENCE WHICH ENCOMPASSES OUR SECURITY AREA.

"NO TRESPASSING

BY ORDER OF

THE UNITED STATES

ATOMIC ENERGY COMMISSION

AND ADDITIONAL FINE PRINT AS SPECIFIED IN AEC MANUAL 2431-175.

PARE. DOW IS PLANNING TO COVER APPROXIMATELY 750,000 SQUARE FEET EAST AND SOUTH OF THE ASPHALT COVERED DRUM STORAGE AREA. THE METHOD OF COVERING WILL EITHER BE AN OIL TYPE SEAL COAT OR A SAND-GRAVEL-CLAY MIXTURE BASE COAT. ADVANTAGES OF THE TWO PLANS ARE NOW BEING EVALUATED. IF THE OIL TYPE SEAL COAT IS DETERMINED MOST APPROPRIATE, COMPLETION IS ESTIMATED ABOUT MAY 1 AT A COST OF $10,000. IF THE SAND-GRAVEL-CLAY BASE COAT IS SELECTED, IT IS ESTIMATED THAT THIS CAN BE COMPLETED BY MID MARCH AT A COST OF $20,000 TO $25,000.

BT

#0218

NNNN

20908