

# THE DOW CHEMICAL COMPANY

ROCKY FLATS DIVISION
P.O. BOX 888
GOLDEN, COLORADO 80401

January 16, 1970

Mr. F. E. Abbott
Manager, RFAO, USAEC

BUILDING 771 SECOND STAGE FILTERS, MAIN PLENUM

The following information is provided as justification for our request of $120,000 of FY 1970 contingency money for the subject filters.

The Building 771 room air exhaust filter plenum now has, and has always had, one set of HEPA filters. The purpose of the $120,000 request would be used to install a second set of HEPA filters on the downstream side of the present set.

When the building was built, and up until the time of the 1957 fire in that building, the filter arrangement was quite efficient and the effluent from the filter plenum was a small fraction of the allowable limits for airborne contamination. As a result of the 1957 fire the angle iron filter frames were warped so that it has been difficult to get as good a seal as required when filters are installed. The chemical operations that take place in this building are such that a significant portion of the filter frames are exposed to corrosive atmosphere and are gradually getting in worse and worse condition. The result of the filter frame warpage and of the corrosion on the filter frame and its associated hardware is such that the effluent from the exhaust plenum is only slightly below the allowable discharge limits. It is necessary to perform extensive repairs and modifications to this filter frame system.

There is another source of Health Physics concern with this filter plenum. The allowable air concentration is based upon the expectation that the stack effluent will be uniformly distributed in the atmosphere. There is increasing national evidence that there may be atmosphere stratification or a concentrated disposition of atmospheric particles that would drastically affect any acceptable atmosphere concentration. Therefore it is highly desirable to get the stack effluent down to breathing level tolerances as soon as possible.

OFFICIAL USE ONLY



PLAINTIFFS'
EXHIBIT
P-199
90-CV-181

A PRIME CONTRACTOR FOR THE U.S. ATOMIC ENERGY COMMISSION CONTRACT AT(29-1)-1106

02014231

-2-

Another Health Physics concern is based upon the fact that the present allowable concentration in air is based upon insoluble materials. Health Physics people feel that because of the type of operations in this particular building that a significant portion of the effluent may be soluble materials and therefore the use of a much lower allowable limit is desirable.

We feel that we are particularly vulnerable at this time to have a deteriorated filter frame in a significant plutonium-handling building. Dow has determined that a second set of filters must be installed on the downstream side of the first set. This will provide adequate filtering while we rebuild the framework of the first set and will provide a second line of defense in case of any kind of unforeseen incident in this building. We would use the filter frame construction similar to that used in the new filter plenums in Building 707. The units would be fabricated offsite and installed by Dow personnel. We estimate the job could be done in approximately ten weeks after approval provided there is no holdup on engineering and purchasing.

We are aware that our Building 771 fire and safety survey of October 30 included an item of $1.2 million for a new filter plenum for this building. We want to go ahead with the subject request for two reasons. First, we do not believe it is safe to wait until line item funds are available to build an entire plenum with associated fans and motors, and second, there is a possibility that an improved and revised plenum as indicated above will obviate the necessity of having to use the $1.2 million. We propose to leave the $1.2 million in the budget stream until such time that the new filter stage is installed, tested and approved by Health Physics.

If there are any questions please let me know.

*D. M. Bassler*
D. M. Bassler
Facilities Manager

DMB:ba
Orig. and 1 cc - Mr. Abbott

cc:
L. M. Joshel - Dow, Rocky Flats
H. E. Bowman -  "      "      "
C. M. Love   -  "      "      "
R. L. Delnay -  "      "      "
H. G. Moss   -  "      "      "

OFFICIAL USE ONLY