February 20, 1970

H. E. Bowman
   Attn: L. M. Joshel

THE CREDIBILITY GAP

In reading the attached Denver Post article, I wondered if the newspaper was accurately reporting the contents of the AEC news release, were exercising poetic license, or some of both. Regardless, some of the statements concerned me because they could be the basis for broadening our credibility gap with the general public rather than narrowing it. I understand the AEC release was largely authored by Dow, so my comments are directed at these authors, as well as any Dow official who approved the text of the release.

The content of the third paragraph is technically correct, but it could be, and probably is, misleading to anyone not totally familiar with the facts.

It reminds me of the railroad switchman who was being tried for negligence in causing a disastrous train wreck. At the trial he swore under oath that he attempted to stop the 10:15 p.m. express by waving his lantern vigorously back and forth. The train engineer paid no heed to this warning and the express collided head on into a freight train stopped on the tracks 3 miles away. The switchman was exonerated of any guilt and in leaving the courtroom he told his wife, "I'm sure glad that attorney didn't ask me if the lantern was lit". He only told half the truth and I think we may be guilty of this too.



PLAINTIFFS'
EXHIBIT
P-214
90-CV-181

-2-

In the first sentence of the third paragraph, we admit releasing trace amounts of Pu to the environment which is O.K. However, in the second sentence we lead the uninitiated to think that this amount of Pu is so minute that the "Pu radioactivity" detected by the offsite samples is no higher than background. How would the public react if they knew we didn't routinely analyze our onsite air samples and offsite air samples for Pu? Just what is normal background radiation from Pu in air? It certainly is not a fixed value. Neither is normal background alpha radiation. If our stack effluents having a range of .01 - .1 $pCi/m^3$ total long lived alpha were to all head directly for Denver, the dilution effects could be such that this contributing increment to the Customs House sampler would not show an abnormal total long lived alpha count. On the other hand, if we ran the offsite samples for Pu, they might from time to time show abnormally high Pu results. Such times could have occurred after the 1957 fire or during periods of extremely high winds

The last soil sample results I saw indicated the area of concern to be that within about a 5 mile radius of the plant. Dr. Martell is attempting to make the public think this area to have a much larger radius and it seems to me that we are trying to make the public think it only encompasses the area within the security fence, or at most, within the cattle fence. A previous release may have mentioned the results we found 1, 2, 5, 10, and 15 miles from the plant but this release should have repeated this information.

The third paragraph under the subheading "Lung Hazard" is totally inaccurate and I think out of context. Certainly the AEC release did not make such an unqualified statement.

The fourth paragraph under this "Lung Burden" heading is similar to the third paragraph of the article. Enough said.

-3-

The first paragraph under the "1957 Fire" heading leaves many questions unanswered. What is a small amount of vegetation? What is slightly contaminated? What date did the fire occur? When were the vegetation samples taken? How many samples? Location? Did it rain or snow after the fire before the vegetation samples were taken? Were the samples analyzed for Pu or only total alpha? Was an estimate of the Pu release made based on the vegetation and other sample results? If so, why wasn't it reported? If not, why not?

The second paragraph under "1957 Fire" is really bad. It may be true that we still had some leaking barrels in 1968 (I can't remember if they were all worked off before 1968) but it sounds as though 1968 was the only time they leaked. We all know better than that, don't we? Also, as I recall (I may be badly in error) estimates of Pu in each barrel was 25 grams. This is far greater than "slightly" contaminated.

Lastly, the second paragraph under the heading "Fell on Roof" is again misleading even though not inaccurate. Onsite air samples, particularly one almost due south of Building 776 as I recall, showed total long lived alpha activity considerably above normal levels for the sampling time encompassing the fire period. If, by using both the onsite and offsite air sample results, the statement could be made that the amount released through the exit ventilation was to a large extent deposited on the roof, then this is what should have been stated. If not, shame on us.

I am not advocating that we indiscriminately air our dirty wash. I am advocating that we don't engage in a shot gun approach of half truths. Let's light the lantern. I know that Mike Carroll and his people have tried to establish credibility with the news media folks and the general public. Years of hard work can go down the drain if an untruth (intentional or unintentional) or an attempt to deceive or mislead using the half truth technique is detected.

91HRR014    B    0000340

-4-

Everything we say should be directed at substantiating one of two points. The first is to clearly identify the area containing Pu contributed by Rocky Flats. The second is to validate that these amounts are far below any known danger point.

C. M. Love
Fabrication

CML:ldk
Enc.

cc:
R. V. Carroll