**DOW** THE DOW CHEMICAL COMPANY

ROCKY FLATS PLANT
P. O. BOX 2131
DENVER COLORADO

May 27, 1952

F. H. Langell

cc:
L. A. Matheson
E. R. Turnquist
B. P. Shepherd
R. R. Harrison, Attn: I. V. Venable

DISPOSITION OF CONTAMINATED SOLID WASTE

When Mr. Venable raised the question of disposition of contaminated waste in the operating committee meeting of May 27, Mr. Shepherd offered a solution with which I thoroughly disagree. My recommendation in this matter was transmitted to you under a memorandum of April 4, 1952. This memorandum suggested that contaminated solid waste be grouted in used 55 gallon steel drums which were to be disposed of later off the site. The radioactive material encased in concrete and steel would be completely safe until shipped and during shipment. It was our preference that such material be shipped to the California office for disposition at sea but Health Physics has offered no opposition to burying such material at locations such as Hanford, Los Alamos or Oak Ridge.

On April 25, 1952, David W. Persons transmitted to you FW 3/15/52, Proposed AEC Policy Governing Allowable Radioactivity in Waste Discharged by AEC Contractors. It was stated in this policy that no discharge shall be made by ponding, cribbing, burial or similar methods without a careful analysis of the factors involved. It further states that no new burial grounds shall be installed nor old burial grounds shall be extended without the express consent of the AEC.

Independent of such AEC policies it is my opinion that the Rocky Flats plant site is wholly unsuitable for such treatment of contaminated waste. In the first place, the plant site is unreasonably small. In the second place, the drainage and direction of the prevailing wind is toward cultivated land on which food is produced for human consumption. This is further compounded by the fact that

PLAINTIFFS' EXHIBIT P-281 90-CV-181

A PRIME CONTRACTOR FOR THE U.S. ATOMIC ENERGY COMMISSION CONTRACT AT(29-1)-1106

F. H. Langell                 -2-                May 27, 1952

geological reports indicate that the nature of the overburden is such that water placed therein would not soak to any extent into the soil but would join the run-off. Locations such as Hanford, Los Alamos and Oak Ridge are situated in places where very little food is raised. The area of land under control is extra large. The soil in each case is very permeable allowing the water to penetrate to considerable depth. Experience has shown that radioactivity is removed from percolating water by absorption on Bentonitic materials.

My memorandum of April 4 also recommended a reduction in volume of contaminated solid waste through incineration. Data which has come to my attention since this report has led me to change my mind and suggest that incineration is unsuitable primarily from the economic standpoint. The results of the General Electric Company and the Argonne National Laboratory respectively have been reviewed in report KAPL 610 and Nucleonics, December, 1951, vol.9 no. 6, p. 50-61 respectively. The KAPL installation cost about $18,000. The Argonne installation $70,000. The total annual cost at KAPL is $82,600, at ANL $70,862. The unit cost at KAPL is stated at $1.34 per pound. That at ANL is $2.78 per cu. ft. KAPL estimates that the cost of baling and shipping their waste to a desert area, presumably Hanford, and burying it there would be 25 cents a pound. More recently KAPL reports the storage of this material in a reinforced concrete structure on the reservation of the Ontario Ordnance Works to be 10 cents a pound. In addition, it might be mentioned that ten samples of exhaust gas taken from the cheaper KAPL installation during nine months of operation were found to contain in excess of the allowable limits of activity. Three of these samples were greater than twice the allowable activity. No discharge in excess of the allowable limits is reported from the Argonne facility.

It is pertinent to note that John Grebe on his most recent visit independently raised the question of such disposal. It was his unsolicited suggestion that such material be not disposed of on the site. He further suggested that it be transported to Hanford for burial.

In our opinion all solid contaminated waste should be placed in suitable containers such as used 55 gallon oil drums and sealed with cement in sufficient quantity to produce a bulk density greater than sea water. Such drums can be stored for an indefinite temporary period above the ground on the plant site. Such drums may be disposed of

P. H. Langell                    -3-                May 27, 1952

later by shipment to a suitable burial site or may be disposed of at sea in accord with the generally preferred methods. An alternative permitting disposal on the Rocky Flats site would appear to me to require protection such as occurs at KAPL and ANL. This treatment consists in storage of sealed containers within a waterproof reinforced concrete structure which would prevent the leaching of the radioactivity from the waste. Such disposal presupposes not only a concrete trough but also a roofed and curbed structure in order that the trough might not fill with water and overflow.

                                        T. S. Chapman
                                        T. S. Chapman

TSC/kj

91HRR20                    B    00008418