



**U. S. DEPARTMENT OF COMMERCE**
ENVIRONMENTAL SCIENCE SERVICES ADMINISTRATION
RESEARCH LABORATORIES

OFFICIAL USE ONLY

February 4, 1970

IN REPLY REFER TO:
C. R. Dickson
G. E. Start

To The Files

PLUTONIUM RELEASES TO THE ENVIRONMENT AT ROCKY FLATS

In direct response to the January 13, 1970 report submitted to Dr. Seaborg by E. A. Martell, Chairman, Subcommittee on Rocky Flats, Colorado Committee for Environmental Information, Boulder, Colorado; Mr. Philip Krey, New York Operations Office, USAEC, made a telephone request to Dr. I. Van der Hoven, Chief, ERL, ESSA, Washington, D. C., for a meteorological examination of the Rocky Flats area. This examination was requested to scope the environmental bounds of plutonium sampling in and around the plant. During the process of researching the plant fire of May 11, 1969 we met with Dr. E. A. Martell and read and discussed the letters and reports cumulating in the January 13 report to Dr. Seaborg.

We also met with Mr. Piltsingrud and Mr. Hammond, Dow Chemical, Rocky Flats, discussed the "Martell Report" of January 13, and obtained copies of meteorological records and summaries. Our contacts with these three men were extremely good. Both Dr. Martell and the Dow personnel fully cooperated in every way to provide background information and reports.

This letter to the files summarizes the findings and professional opinions formed by us during our visits to Boulder and Rocky Flats during the week of January 26, 1970.

There is ample evidence to show that more than normal background amounts of Pu-239 exist in the soil environment surrounding the Rocky Flats facility. Martell and Poet of NCAR, Boulder, have found this existance in some twenty odd soil samples, plus water and sediment samples. Hammond of Dow, Rocky Flats, confirms similar quantitative results from a lesser number of samples.

The plant fire on May 11, 1969 brought the possibility of environmental contamination to the forefront and the initial investigations concentrated on whether this fire may have released Pu-239. More complete investigations showed that while the May 11, 1969 fire may have contributed to the plutonium found in the environment, two other situations in the past probably contributed more, if not most, of the Pu-239 excess.

On September 11, 1957 a major fire involving Pu-239 occurred in Building 771. During this fire the air filtration systems were believed to have been burned out and an unknown and possibly large quantity of Pu-239 was exhausted out through the nearby 200' stack.

PLAINTIFFS'
EXHIBIT
P-303
90-CV-181

OFFICIAL USE ONLY

EML01012

To The Files                           - 2 -                          February 4, 1970

The second situation is even more difficult to quantitatively define. As a result of the cleanup of Bldg. 771 or some other operation, a large amount of cleaning solvents, such as $C Cl_4$, became highly contaminated with plutonium (chemical form unknown). These contaminated solvents were placed in 50 to 100 gal drums and stored during 1958 at an outside storage site in the SE corner of the plant area. (see Figure 1.) These drums were left in place until sometime in 1968. About six years after being moved to the outside storage area, or about 1964, a survey of the area (by an alpha detector) revealed that contaminated solvents had begun to leak from the barrels and the ground surface had become very highly contaminated. Additional ground surveys were made to the east and south of the fenced drum storage area at points on a preselected rectangular mesh of points (Dow Chemical has plotted isopleths ($dpm/cm^2$) of which we did not obtain copies). These survey values ranged from about $10^6$ $dpm/cm^2$ inside the storage fence to hundreds and tens of thousands $dpm/cm^2$ outside the fence. The highest survey values outside the fence were initially to both the south and east of the drums. A year later the highest survey values outside the fence were more to the southeast and east, suggesting a gradual southeastward movement may be taking place.

Since 1953 an aerovane wind sensor, mounted on a tower above the Building 123, had been used to measure the wind speed and direction. This wind data has been extracted as hourly mean values by Dow personnel for an 8 point compass. These hourly wind values are tabulated monthly as the number of times the wind blew from each of the eight sectors or compass points (the frequency of that span of directions) and as the sum of wind speeds within that sector. The sum of speeds is divided by the number of cases to estimate the average wind speed from the sector. Table 1. To provide a first estimate of the Rocky Flats wind rose, the monthly sector frequencies (%) and average hourly wind speeds (mph) were averaged over the 17 year period of record. The resultant wind rose figure 2 is plotted on polar graph paper. West winds occur almost 25% of the time. The strongest gusts and the directions of the most frequent strong gusts (speeds greater than 40 mph) are from the west. The resultant wind vector (derived from the wind rose frequencies and mean speeds) points almost exactly eastward.

Strong gusty winds frequently occur in the lee of the mountains at Rocky Flats. Several days each year wind gusts exceeding 70 to 80 mph can be expected. Consequently, at Rocky Flats wind erosion has removed most fine soil, alluvium, leaving mostly course rock and sand particles at the ground surface. Figure 3 shows the outer or cattle fence boundary of the plant and the locations at which Dow personnel have routinely collected samples. Two creeks, Walnut Creek and Women Creek, pass through the outer fenced area and just outside the security fences of the plant proper. These creeks begin to flow through significantly deep gullies as they flow by the eastern limits of the plant. The soil in the gullies becomes finer and deeper and is more likely to become a trap for windborn particles of plutonium. Samples A, I, B, and N from Martell's report tend to support

OFFICIAL USE ONLY

EML01013

OFFICIAL USE ONLY

To the Files — 3 — February 4, 1970

this view. Figure 4 is reproduced from the Martell report with the dpm/gm for Pu-239 plotted and isoplotted on it. The isopleths should be considered more from a qualitative view at distances beyond 5 to 6 miles because of incomplete sampling coverage.

The recommendations regarding additional sampling sites are the following.

Within the first 4 to 5 miles from the plant samples should be taken within boundaries of the Rocky Flats facility, especially

    (1)  around buildings 771 and 776-777
    (2)  around the drum storage area
    (3)  along Walnut and Women Creeks closer to the facility and
    (4)  to the SW through NW where winds were blowing on the afternoon of May 11.

Samples should also be collected on successively expanded concentric arcs, such as 10, 15, and 20 miles away. When sampling at successively greater distances the following geographical changes in wind flow should be considered. The Denver wind rose shows southerly to southwesterly winds are most frequent; west winds are most frequent at the Rocky Flats site closer to the mountains. Therefore, air flowing eastward from Rocky Flats should merge with the southerly air flow across Denver and be carried north-northeastward. The South Platt River Valley, about 20 miles east of Rocky Flats, is the logical terrain feature along which this transition from westerly flow should approach completion.

A copy of the continuation of Table 1, Martell's report, is attached listing the Pu-239 analysis results for sample positions 0 through Z. A few additional Pu-239/Sr$^{90}$ ratios are also listed, but most Sr-90 samples were still undergoing analysis last week. A copy of the September 1957 monthly weather summary for Rocky Flats is also attached.

A copy of the wind trace for May 11, 1969 is also attached.

                                      C. Ray Dickson  *CRb*
                                      G. E. Start  *GES*



Figure 1

TABLE 1

WIND

Rocky FlaT

17 years

| Date | %N | VV | %NE | VV | %E | VV | %SE | VV | %S | VV | %SW | VV | %W | VV | %NW | VV | VAR | CAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1953 | 12.8 | 8.1 | 5.6 | 4.9 | 6.8 | 5.2 | 10.0 | 5.7 | 5.0 | 7.0 | 8.9 | 7.7 | 31.2 | 13.8 | 15.4 | 9.2 | 2.1% | 2.1% |
| 54 | 10.6 | 7.0 | 6.8 | 4.9 | 6.9 | 5.0 | 11.5 | 5.8 | 6.5 | 6.9 | 9.1 | 7.5 | 28.6 | 12.5 | 13.7 | 7.4 | 2.7% | 3.6% |
| 55 | 11.0 | 8.0 | 5.0 | 7.0 | 6.0 | 5.0 | 9.0 | 7.0 | 6.0 | 8.0 | 9.0 | 10.0 | 29.0 | 17.0 | 13.0 | 8.0 | 8.0% | 4% |
| 56 | 13.0 | 7.0 | 6.0 | 6.0 | 4 | 8 | 9 | 7 | 4 | 8 | 10 | 8 | 28 | 12 | 13 | 8 | 9 | 3 |
| 57 | 14 | 8 | 5 | 6 | 5 | 6 | 8 | 7 | 4 | 7 | 9 | 7 | 24 | 12 | 14 | 8 | 12 | 6 |
| 58 | (13) | 7 | 6 | 5 | 6 | 6 | 12 | 7 | 2 | 8 | 11 | 7 | 23 | 11 | 18 | 7 | 9 | 1 |
| 59 | 7 | 10 | 6 | 6 | 6 | 5 | 12 | 7 | 4 | 8 | 16 | 16 | 23 | 13 | 19 | 8 | 6 | 2 |
| 60 | 7 | 10 | 4 | 7 | 6 | 7 | 11 | 6 | 6 | 6 | 18 | 9 | 14 | 11 | 25 | 9 | 5 | 4 |
| 61 | 7 | 8 | 6 | 6 | 7 | 5 | 11 | 5 | 6 | 7 | 19 | 9 | 15 | 11 | 23 | 9 | 5 | 1 |
| 62 | 11 | 9 | 6 | 5 | 5 | 5 | 11 | 5 | 8 | 7 | 15 | 7 | 17 | 10 | 21 | 9 | 4 | 2 |
| 63 | 10 | 8 | 6 | 5 | 6 | 5 | 10 | 5 | 6 | 7 | 16 | 7 | 19 | 10 | 21 | 8 | 4 | 2 |
| 64 | 13 | 8 | 6 | 6 | 3 | 5 | 9 | 5 | 8 | 7 | 12 | 7 | 24 | 12 | 14 | 8 | 2 | 2 |
| 65 | 15 | 8 | 8 | 5 | 3 | 4 | 14 | 5 | 6 | 5 | 13 | 6 | 21 | 11 | 16 | 7 | 3 | 1 |
| 66 | 11 | 8 | 8 | 5 | 7 | 5 | 11 | 6 | 8 | 7 | 14 | 8 | 22 | 10 | 17 | 7 | 2 | 0 |
| 67 | 13 | 8 | 7 | 5 | 5 | 5 | 10 | 6 | 7 | 7 | 14 | 8 | 25 | 13 | 16 | 8 | 1 | 0 |
| 68 | 11 | 7 | 7 | 5 | 6 | 5 | 10 | 6 | 8 | 7 | 15 | 7 | 23 | 11 | 18 | 7 | 2 | 0 |
| 69 | 10 | 7 | 8 | 5 | 5 | 6 | 12 | 6 | 7 | 7 | 14 | 7 | 23 | 11 | 17 | 7 | 3 | 0 |
| Total | 190 | 136 | 107 | 94 | 94 | 92 | 181 | 102 | 104 | 120 | 237 | 129 | 390 | 202 | 294 | 134 | 89 | 28 |
| Avg | 11.2 | 8 | 6.3 | 5.5 | 5.5 | 5.4 | 10.6 | 6 | 6 | 7 | 13 | 13.6 | 23.9 | 11.9 | 17.3 | 7.8 | 5.1 | 2 |

EML01016



Figure 3



FIGURE 4: Dow Rocky Flats Plutonium Plant and surrounding areas. Capital letters indicate soil sampling sites (see Table 1 for partial results). Prevailing winds are westerlies.

EML01018

$Pu^{239}$

| Sample | $dpm/g \pm 1\sigma$ |
|---|---|
| O | $.068 \pm .011$ |
| P | $.108 \pm .015$ |
| Q | $.040 \pm .007$ |
| R | $.078 \pm .016$ |
| S | $.102 \pm .011$ |
| T | $.175 \pm .038$ |
| U | $.332 \pm .046$ |
| V | $.543 \pm .027$ |
| W | $.033 \pm .009$ |
| X | $.687 \pm .017$ |
| Y | $.420 \pm .025$ |
| $Z_1$ | $.192 \pm .014$ |
| $Z_{\#1}^{**}$ | $.304 \pm .023$ |

(sandy)
Soil Profile 1 at I location
$I_1 = 1.72 \pm .08$  $dpm/gsoil$ $Pu^{239}$
$I_2 = .370 \pm .028$   " "

Top $1/8"$ = $.090 \pm .022$
$1/8 - 1/4"$ = $.049 \pm .010$
$1/4 - 1"$ = $.030 \pm .008$
$2" - 3"$ = $.078 \pm .018$
$5" - 5\frac{1}{2}"$ = $\begin{cases} .135 \pm .018 \\ .096 \pm .016 \end{cases}$

(clay type soil)
Soil Profile 2 @ $1/2$ mi N of "J"
Top $1/8"$  $3.84 \pm .53$ $dpm/gsoil$ $Pu^{239}$
$1/8 - 1/2"$  $1.73 \pm .09$
$1/2 - 1"$  $.070 \pm .011$
$1" - 2"$
$2" - 3"$  $.020 \pm .006$
$3" - 4"$

** Sample from same general position not taken same time as $Z_1$

EML01019

| Location | $dpm/g \pm 1\sigma$ $Pu^{239}$ | $dpm/g \pm 1\sigma$ $Sr^{90}$ | $Pu^{239}/Sr^{90} \pm 1\sigma$ |
|---|---|---|---|
| D | $0.128 \pm .009$ | $0.292 \pm .010$ | $0.439 \pm .034$ |
| P | $0.105 \pm .015$ | $1.41 \pm .02$ | $0.077 \pm .010$ |
| Z | $0.304 \pm .023$ | $4.84 \pm .01$ | $0.063 \pm .005$ |
| Boysle Lake Area 20g sample | $0.043 \pm .005$ | $1.00 \pm .01$ | $0.043 \pm .005$ |
| Soil from Post hole - 14" deep - Niwot Area | $.065 \pm .012$ | $0.126 \pm .018$ | $.514 \pm .122$ |
| Silt - bottom of gulley near B | $1.58 \pm .07$ | $0.188 \pm .016$ | $8.42 \pm .81$ |

(clay type soil)
Soil Profile #3 (near Great Western Reservoir)
$\quad 5.02 \pm .17$ dpm/g $Pu^{239}$

EML01020

MONTHLY WEATHER SUMMARY FOR SEPTEMBER, 1957
(Compiled by the Health Physics and Medical Section)

Weather conditions at Rocky Flats for the month of September are summarized as follows:

1. Temperature

   (Temperature data except maximum and minimum are based on hourly observations.)

|  | Sept., 1957 | Five years including 1957 Normal | Record |
|---|---|---|---|
| Mean Temperature | 60° F | 64° F | 66° F 1956 |
| Maximum Temperature | 87° F 9/8/57 | 89° F | 93° F 9/1/55 |
| Minimum Temperature | 32° F 9/13,14/57 | 37° F | 32° F 9/13,14/57 |
| Average of daily maximums | 72° F | 76° F | 80° F 1956 |
| Average of daily minimums | 48° F | 52° F | 48° F 1957 |

2. Relative Humidity
   (Based on hourly observations)

| | | | |
|---|---|---|---|
| Average relative humidity | 49% | 39% | 49% 1957 |
| Average relative humidity at 5 A.M. | 63% | 51% | 63% 1957 |
| Average relative humidity at 2 P.M. | 36% | 28% | 36% 1957 |

3. Precipitation (reported as inches of water)

| | | | |
|---|---|---|---|
| Total precipitation | 1.76 | 1.01 | 2.15 1955 |
| No. of days with 0.01" or more | 5 | 3 | 6 1954 |

4. Wind

   a - Peak gust velocities

| | | | |
|---|---|---|---|
| Peak gust velocity | 41 mph | 55 mph | 73 mph 9/28/53 |
| Direction of peak gust | W | W | W |
| Average of daily peak gust velocities | 21 mph | 23 mph | 25 mph '53 & ' |
| Predominant direction for peak gusts | W | W | W |
| No. of days with peak gusts over 40 mph in this period | 2 | 4 | 5 54 & ' |

EML01021



A = frequency for a direction (%).

B = average velocity (mph) for a direction from which the wind blows

C = calms (%)

D = variable direction (%)

Scale for length of wind frequency lines

b - Wind rose

## DAILY WEATHER SUMMARY FOR SEPTEMBER, 1957

| Date | Max. Temp. | Min. Temp. | Mean Temp. | Mean Press. (Hg, in.) | Mean Humidity | Total Precipitation |
|---|---|---|---|---|---|---|
| 1  | 75°F | 52°F | 64°F | 24.33 | 44 | -- |
| 2  | 82 | 48 | 65 | 24.37 | 43 | -- |
| 3  | 81 | 58 | 69 | 24.32 | 38 | -- |
| 4  | 84 | 58 | 69 | 24.29 | 36 | -- |
| 5  | 80 | 59 | 69 | 24.35 | 38 | -- |
| 6  | 74 | 50 | 56 | 24.44 | 80 | 0.02 |
| 7  | 75 | 46 | 62 | 24.30 | 53 | -- |
| 8  | 87 | 56 | 71 | 24.11 | 33 | -- |
| 9  | 64 | 47 | 54 | 24.20 | 58 | trace |
| 10 | 59 | 42 | 52 | 24.22 | 79 | 0.12 |
| 11 | 70 | 48 | 55 | 24.25 | 61 | -- |
| 12 | 74 | 51 | 61 | 24.26 | 37 | -- |
| 13 | 53 | 32 | 43 | 24.25 | 89 | 1.45 |
| 14 | 63 | 32 | 49 | 24.25 | 63 | -- |
| 15 | 73 | 46 | 60 | 24.22 | 46 | -- |
| 16 | 81 | 47 | 66 | 24.09 | 43 | -- |
| 17 | 81 | 58 | 69 | 24.04 | 35 | -- |
| 18 | 72 | 47 | 59 | 23.98 | 59 | -- |
| 19 | 50 | 39 | 44 | 24.14 | 90 | 0.15 |
| 20 | 49 | 38 | 43 | 24.06 | 84 | 0.02 |
| 21 | 55 | 38 | 45 | 24.22 | 64 | -- |
| 22 | 65 | 34 | 50 | 24.36 | 41 | -- |
| 23 | 75 | 40 | 59 | 24.37 | 30 | -- |
| 24 | 78 | 49 | 64 | 24.30 | 30 | -- |
| 25 | 75 | 50 | 63 | 24.26 | 29 | -- |
| 26 | 70 | 49 | 59 | 24.33 | 39 | -- |
| 27 | 78 | 45 | 62 | 24.35 | 34 | -- |
| 28 | 82 | 56 | 69 | 24.35 | 26 | -- |
| 29 | 82 | 55 | 68 | 24.40 | 28 | -- |
| 30 | 80 | 56 | 66 | 24.40 | 33 | -- |

.2.

EML01022

















