July 24, 1969



SECRETARIAT

AEC 344/92

# FREQUENCY OF FIRES AT ROCKY FLATS

## Note by the Secretary

The Assistant General Manager for Military Application has requested that his attached memorandum of July 23, 1969, with attachments, be circulated for the information of the Commission.

W. B. McCool

Secretary

| DISTRIBUTION | NO. OF COPIES |
|---|---|
| Secretary | 7 |
| Chairman Seaborg | 4 |
| Commissioner Ramey | 1 |
| Commissioner Johnson | 1 |
| Commissioner Thompson | 1 |
| Commissioner | 1 |
| General Manager | 2 |
| Deputy Gen. Mgr. | 1 |
| Asst. Gen. Mgr. | 1 |
| Exec. Asst. to GM | 1 |
| Asst. GM for Admn. | 1 |
| Asst. GM for MA | 2 |
| Asst. GM for Operations | 1 |
| Asst. GM for Plans & Prod. | 1 |
| General Counsel | 1 |
| Congr. Relations | 1 |
| Controller | 1 |
| Inspection | 1 |
| Operational Safety | 1 |
| Production | 1 |
| Albuquerque | 2 |

US DOE ARCHIVES
326 U.S. ATOMIC ENERGY COMMISSION
RG _____
Collection GM Files
Box 5648
Folder 14: Investigation-RF File

- 1 -

PLAINTIFFS'
EXHIBIT
P-321
90-CV-181

GRM13592

DOE ARCHIVES



UNITED STATES
ATOMIC ENERGY COMMISSION
WASHINGTON, D.C. 20545

JUL 23 1969

Chairman Seaborg
Commissioner Ramey
Commissioner Johnson
Commissioner Thompson
Commissioner

FREQUENCY OF FIRES AT ROCKY FLATS

This is in response to your request for information on the frequency of fires at Rocky Flats.* The information requested is contained in the attachments.

In summary, there have been seven major fires at Rocky Flats resulting in a loss of more than $5,000 each during the past 15 years with five of these involving plutonium. From 1966 to May 1969 there were a total of 164 fires at Rocky Flats that were reported to the fire department with 31 of these involving plutonium.

There is no good estimate of the number of plutonium fires not reported to the fire department. Further explanations are contained in the attachments; but, in summary, the fires occurred during normal operations, were minor and generally anticipated, and were properly controlled by trained personnel.

Edward B. Giller
Major General, USAF
Assistant General Manager
  for Military Application

Attachments:
1. Major Fires
2. Fires Involving Plutonium
   (1966 - May 1969)
3. Nonreported Fires Involving
   Plutonium (1966 - 1969)

---

*This request was made at the June 30, 1969 Special Briefing on Rocky Flats.

- 2 -



GRM13593

ATTACHMENT 1

MAJOR FIRES

In the past 15 years there have been seven fires at Rocky Flats involving more than a $5,000 loss.

| Date | Cost | Building | Remarks |
|---|---|---|---|
| 9/30/55 | $ 9,500 | 771 | Spontaneous ignition of a plutonium briquette. Firefighting with $CO_2$ extinguishers was unsuccessful and caused overpressurization of the glovebox forcing contamination into the room. |
| 9/11/57 | $818,000 | 771 | Metallic alpha plutonium "skull" ignited spontaneously and fire then spread to Plexiglas box material. Firefighting was delayed because of fear of criticality and spread of contamination. Initial attack with $CO_2$ was unsuccessful and fire was subsequently extinguished with a water hose stream. During delay in extinguishing, the fire spread to the combustible filters in the plenum. Filters burned out completely. |
| 3/16/63 | $ 8,200 | Outside Substation | High winds caused a circuit breaker failure in the substation. |
| 6/12/64 | $ 56,400 | 776 | Plutonium chips which had been degreased ignited spontaneously. In attempting to move the can of burning chips to a safe location the operator dropped them into the carbon tetrachloride degreasing bath. A violent explosion took place. |
| 10/15/65 | $ 17,500 | 776 | A drain line, provided to remove excess cutting oil from a glovebox containing a lathe, became plugged. Attempts to clear the line with carbon tetrachloride were unsuccessful, so arrangements were made to rod-out the obstruction. During rodding operation a flash fire occurred. It is believed that a plutonium chip ignited due to friction and then reacted violently with the carbon tet. Plutonium contamination was spread throughout the building. |

- 3 -

GRM13594

| Date | Cost | Building | Remarks |
|---|---|---|---|
| 11/09/65 | $ 23,253 | 771 | Plutonium being stripped from a wall inside of glovebox using a flammable paint remover in the area of a furnace. Fumes were ignited by the furnace. |
| 5/11/69 | | 776 | Under investigation. |

- 4 -

DOE ARCHIVES

## ATTACHMENT 2

### FIRES INVOLVING PLUTONIUM (1966 - MAY 1969)

The following fires involved plutonium and were reported to the fire department (Rocky Flats).

| Date | Building | Material Involved | Remarks |
|---|---|---|---|
| 3/66 | 776 | Pu Skull | Apparently spontaneous ignition. Material moved and allowed to burn out. |
| 6/66 | 776 | Pu Metal | Apparently spontaneous ignition. Firemen extinguished with MgO. |
| 6/66 | 776 | Pu Chips | Apparently spontaneous ignition. Extinguished by operators. |
| 6/66 | 771 | Pu Salt being reduced to metal | Probably chemical reaction. Extinguished using $CO_2$. |
| 6/66 | 771 | Pu Metal | Ignited during mechanical working. Allowed to burn out. |
| 9/66 | 771 | Metal Dust | Apparently spontaneous ignition. Fire smothered with metal lid. |
| 10/66 | 776 | Pu Chips | Apparently spontaneous ignition. Extinguished by operators. |
| 2/67 | 771 | Pu Chips | Apparently spontaneous ignition. Allowed to burn out. |
| 4/67 | 776 | Pu Chips | Overheat--controlled using $CO_2$. |
| 6/67 | 771 | USH--Constituents Unknown | Chemical reaction. Operator extinguished using coolant. |
| 6/67 | 776 | Waste in drum in box | Smouldering--controlled using $CO_2$. |
| 7/67 | 771 | Pu Chips | Overheat--operator extinguished. |
| 8/67 | 771 | Pu Metal | Apparently spontaneous ignition. Allowed to burn out. |

- 5 -

DOE ARCHIVES

GRM13596

| Date | Building | Material Involved | Remarks |
|---|---|---|---|
| 10/67 | 771 | Pu Metal | Dropped--spontaneous ignition. Extinguished using MgO. |
| 12/67 | 771 | Pu Metal | Apparently spontaneous ignition. Allowed to burn out. |
| 2/68 | 771 | Filter leaching-- Pu glovebox | Chemical reaction. Operators used $CO_2$ to cool box. |
| 3/68 | 776 | Pu Chips | Apparently spontaneous ignition. Extinguished by operator. |
| 4/68 | 771 | Pu Skull | Apparently spontaneous ignition. Allowed to burn out. |
| 4/68 | 771 | Ruptured vessel with molten Pu | Cleaning brush ignited. Extinguished by firemen. |
| 6/68 | 771 | Pu Powder and Turnings | Apparently spontaneous ignition. Allowed to burn out. |
| 6/68 | 776 | Pu Chips | Ignited during machining. Operator extinguished. |
| 7/68 | 771 | Pu Metal | Chemical reaction igniting metal. Allowed to burn out. |
| 8/68 | 776 | Pu Chips | Ignited during machining. Allowed to burn out. |
| 8/68 | 771 | Pu Metal | Explosion--fire controlled by operators. |
| 10/68 | 771 | Pu Skull | Apparently spontaneous ignition. Extinguished by operators. |
| 11/68 | 771 | Pu Pieces | Apparently spontaneous ignition. Supervisor extinguished with Argon. |
| 11/68 | 771 | Pu Sludge and Organic Material | Overheat--allowed to burn out. |

- 6 -

DOE ARCHIVES

GRM13597

| Date  | Building | Material Involved | Remarks |
|-------|----------|-------------------|---------|
| 12/68 | 771 | Pu Skull | Dropped and ignited. Allowed to burn out. |
| 1/69  | 771 | Pu Metal | Ignited during leaching operation. Allowed to burn out. |
| 3/69  | 771 | Pu Pieces | Ignited during leaching operation. Allowed to burn out. |
| 5/69  | 776 |  | Fire under investigation. |

DOE ARCHIVES

GRM13598

ATTACHMENT 3

NONREPORTED FIRES INVOLVING PLUTONIUM (1966 - 1969)

There is no good estimate of the number of plutonium fires not reported to the fire department. Explanations for this are as follow:

1. The rapid oxidation of plutonium is part of the normal operation and considered routine activity. Plutonium is routinely burned to oxide as part of the reprocessing operations for impure metal such as skulls from foundry operations, finely divided chips, sludges, etc. This operation is conducted under surveillance and the environment is controlled.

2. Chips formed during machining operations occasionally ignite. Procedures to handle and extinguish this kind of burning metal are clearly defined and the operators are well trained. This kind of fire is considered routine.

3. All operators are aware that almost any mechanical working (scraping, drilling, machining) can and sometimes does result in ignition of surface compounds such as hydrides and lower oxides. Processing of stockpile site return units and other metallic plutonium components that have been subjected to special environments have been known to ignite. These reactions are anticipated and the burning rate controlled.

4. Special research operations sometimes result in plutonium fires. Precautions are taken and the environment is controlled to facilitate self-extinguishing (lower temperature produces slower oxidation rate).

5. All the technical personnel and operators are trained to handle the above situations which are judged as routine when working with a pyrophoric material.

- 8 -



DOE ARCHIVES

GRM13599

## INJURY DATA

| | Frequency Rate | | Severity Rate | | No. of Injuries | | Employment | |
|---|---|---|---|---|---|---|---|---|
| | AEC | DOW | AEC | DOW | AEC | DOW | AEC | DOW |
| Mar. '69 | 1.16 | 0.00 | 28. | 0.00 | 68 | 0 | 124,199 | 3219 |
| Dec. '68 | 1.24 | .29 | 130. | 4. | 297 | 2 | 123,012 | 3193 |
| Dec. '67 | 1.43 | .78 | 371. | 1119. | 339 | 4* | 123,080 | 3268 |
| Dec. '66 | 1.54 | .16 | 244. | 5. | 355 | 1 | 121,552 | 2918 |
| Dec. '65 | 1.73 | .16 | 241. | 4. | 425 | 1 | 124,331 | 2830 |
| Dec. '64 | 2.06 | .30 | 283. | 153. | 514 | 2 | 128,675 | 3088 |

*one fatality 4/5/67   F. Besignano

## FIRE AND PROPERTY DAMAGE

| | AEC | FIRE | DOW FIRE ONLY |
|---|---|---|---|
| Dec. '68 | $ 814,318 | $ 143,187 | Nothing over $5,000 |
| Dec. '67 | 2,774,136 | 358,417 | Nothing over $5,000 |
| Dec. '66 | 853,358 | 158,371 | $7700 { 4630 - explosion / 3054 - filter fire |
| Dec. '65 | 3,415,069 | 1,743,448 | Nothing over $50,000 |
| Dec. '64 | 1,212,935 | 480,519 | $56,000 chip fire |

(1957 - Bldg 771 - $300,000)

DOE ARCHIVES

GRM13600