UNITED STATES
ATOMIC ENERGY COMMISSION
Washington 25, D. C.

No. 357                                         FOR RELEASE AT 2:00 P.M. (EST)
Tel. ST 8000, Brs. 307, 308                     Friday, March 23, 1951

## AEC SELECTS SITE NEAR DENVER FOR NEW PRODUCTION PLANT

Los Alamos, New Mexico, March 23 -- The United States Atomic Energy Commission announced today a new production plant will be built on a four square mile site in the Rocky Flats area of Boulder and Jefferson Counties, Colorado. Acquisition of land for the new facility, a secret type of operation, will begin immediately by the Missouri River Division of the Corps of Engineers, Department of the Army. The plant will be administered by AEC's Santa Fe Operations Office which is responsible for research, development, production and testing of atomic weapons. Estimated cost of the facility is $45,000,000.

The Dow Chemical Company, Midland, Michigan, will operate the plant and has assisted in establishing production requirements and site criteria. It is expected 1,000 persons will be employed when full operations commence. F. H. Langell will be Dow's plant manager.

The Austin Company of Cleveland, Ohio, will prepare the plant design and supervise construction. Austin conducted the site survey and engineering investigation for the AEC. W. R. Engstrom will be project manager for Austin during construction. About 2,000 construction workers will be employed at the site during the peak of building in early 1952. Construction will probably begin late next month after completion of engineering studies.

Carroll L. Tyler, Manager of the Santa Fe Operations Office, said a new AEC field construction office will be established at the site with David W. Persons of Regional Operations Division, Office of Engineering and Construction at Los Alamos, assigned as project engineer. As far as possible, construction contracts will be let on a competitive, lump sum basis. Location of administrative offices will be announced later.

The new production project will handle radioactive material, as do many other AEC facilities throughout the nation. Protective measures used in the atomic energy program have been so effective that the Commission's safety record is better than in industry generally.

The operation will have only moderate water, gas and electric requirements. No further description of the nature of the operation is permitted under security provisions of the Atomic Energy Act.

- 30 -

3/22/51

PLAINTIFFS' EXHIBIT P-394 90-CV-181