REC'D  H. LANGELL  SEP 3 1953

## THE DOW CHEMICAL COMPANY

ROCKY FLATS PLANT
P. O. BOX 2131
DENVER COLORADO

September 3, 1953

F. H. Langell

ROCKY FLATS PERIMETER

It appears reasonable from a Health Physics standpoint to reduce the perimeter and area of the Rocky Flats plant site.

It is my understanding that Dr. Jette made originally an arbitrary specification that the plant area have four square miles and be approximately 25 miles from any densely inhabited area. In my opinion both of these specifications show an excessive amount of caution. If our ventilation filters continue to perform as they are now performing and with adequate control of process waste the only contingency which would prevent the operation of a similar plant immediately adjacent to or in a city is a major catastrophe.

With one reservation it appears perfectly feasible to me to reduce the plant area to that occupied by the chain link fence. That one reservation is with respect to the downstream area served by Walnut Creek and Woman Creek. I do not have confidence in the adequacy of control of our process drains to retain all harmful constituents. Consequently, I recommend that the area east of the plant site be retained under our control until it has been demonstrated that the nitrate problem is solved and that laundry waste in particular will cause no difficulty.

T. S. Chapman, Director
Health Physics & Medical Section

TSC:pb

PLAINTIFFS'
EXHIBIT
P-404
90-CV-181

EGG2011683

COOK  APRIL 11 1994  ITEM 24

79348