ROCKY FLATS Environmental MASTER FILE

ROUGH DRAFT                                         3-13-58

DETERMINATION OF CONTAMINATION FROM ROCKY
FLATS PLANT IN THE ENVIRONS - INTERIM REPORT

I.  Introduction

This study was begun following the plutonium fire of September 12, 1957 to determine the extent of plutonium contamination spread by the incident. It was later extended to include a general study of any change in environmental background which can be attributed to Rocky Flats operations. Samples were obtained from September thru December 1957. Since water and vegetation are transient materials, analytical results do not indicate total accumulated activity since start-up.

II. Summary of Results

A. Total Activity

Fig. ... and III compare the total activity found ... ples with background determinations ... the 1952-1953 sampling program. ... location is underlined in red, blue, ... indicate that the 1957 sample is significantly ... background, possibly above background, ... respectively.

Tables ... and II present a comparison of total activity ... water samples with original background activity.

PLAINTIFFS' EXHIBIT P-410 90-CV-181

.2.

B. Plutonium Activity

The values on Plates IV and V show the estimate by pulse-height analysis of plutonium contamination of vegetation at selected locations.

Pulse-height analyses of thirty-five water samples show no positive indication of plutonium in any case.

III. Conclusions

1. The maximum plutonium contamination found to date is 1200 d/m/Kg at a point 500 feet east of the 81-bldg road and 500 feet north of the 81-bldg exclusion fence. This is approximately 2000 feet due south of the 71-bldg stack.

2. Plutonium contamination extends generally south from the 71-bldg stack at all locations checked to date.

3. [REDACTED] ral increase in average background [REDACTED] environs. This is an extremely [REDACTED] effect and presents no health physics [REDACTED] present outside the security area.

4. Normal operations of uranium plants have contaminated the area with detectable amounts of depleted and enriched uranium. We have not accumulated enough evidence from pulse-height analyses yet to make



.3.

generalizations on the extent; however, a straw sample taken two miles southeast of the plant center indicated 100 d/m/Kg of enriched uranium, and a weed sample taken on Church property 4000 feet south and 12,000 feet east of the plant center showed 300 d/m/Kg of depleted uranium.

Five sampling sites located between the security fence and the plant cattle fence all indicated contamination by plant materials. The most significant of these were 120 d/m/Kg of enriched uranium 4000 feet west of the plant center and 110 d/m/Kg of enriched uranium at a point 4000 feet south and 4000 feet east of the plant center. The latter point is just inside the cattle fence separating our plant from Church property.

Five ash samples taken from the incinerator between October and November 21, 1957 showed excessive amounts of enriched uranium.

S. E. Hammond

SEH:je

## TABLE I

### TOTAL ALPHA ACTIVITY OF WATER SAMPLES

| # | Date Sampled | Location | d/m/L | 1952 Background |
|---|---|---|---|---|
| W-16 | 10/22/57 | Coal Creek | 2.7 | 1.0 - 2.2 |
| W-17 | 10/17 | S. Boulder Creek | 2.3 | 1.0 - 2.0 |
| W-19 | 11/26 | Marshall Lake | 1.2 | 0.9 - 1.8 |
| W-22 | 10/29 | Rocky Flats Lake | 0.9 | 1.0 - 1.6 |
| W-23 | 11/12 | West Twin Lake | 1.8 | 1.1 - 1.8 |
| W-27 | 11/26 | Stearn's Lake | 1.5 | 1.6 - 3.5 |
| W-29 | 9/20 | Nissen Reservoir # 2 | 1.5 | 2.0 - 3.3 |
| W-32 | 11/26 | Louisville Reservoir | 0.9 | 0.9 - 1.4 |
| W-33 | 11/26 | Lafayette Reservoir | 0.9 | 0.9 - 2.0 |
| W-34 | 12/17 | Boulder Supply | 0.9 | 0.9 - 1.3 |
| W-36 | 11/26 | S. Boulder Diversion Canal | 0.9 | 0.9 - 6.5 |
| W-37 | 11/14 | Long Lake | 4.3 | 1.1 - 2.4 |
| W-38 | 10/29 | Golden Supply | 0.9 | 0.9 - 1.8 |
| W-39 | 10/29 | Arvada Supply | 1.1 | 0.9 - 1.4 |
| W-40 | 10/17 | S. Boulder Canyon | 0.9 | 0.9 - 3.5 |
| W-41 | 9/20 | Eastlake Reservoir | 1.0 | 2.0 -14. |
| W-42 | 11/14 | Sloan's Lake | 2.2 | 0.9 -13. |
| W-44 | 11/14 | Rocky Mountain Lake | 3.7 | 1.0 - 3.4 |
| W-45 | 11/14 | Berkely Lake | 5.5 | 3.6 -24. |
| W-46 | 9/20 | City Park Lake | 1.1 | 0.9 -18. |
| W-50 | 10/29 | Clear Creek | 5.9 | 0.9 - 3.2 |
| W-51 | 9/20 | Marston Lake | 2.3 | 0.9 - 5.2 |
| W-52 | 9/20 | McKay Lake | 0.9 | 1.3 - 2.9 |
| W-53 | 12/17 | Lafayette Tap | 0.9 | 0.9 |
| W-56 | 11/14 | Washington Park Lake | 5.0 | 7.4 - 9.4 |
| W-59 | 12/18 | Smart Ditch | 1.3 | 0.9 - 2.0 |
| W-65 | 12/9 | S. Fork, Walnut Creek | 15. | 1.0 - 3.0 |
| W-69 | 12/9 | Lindsey Pond | 3.4 | 1.0 - 3.0 |


## TABLE II

### TOTAL ALPHA ACTIVITY OF STANDLEY LAKE AND GREAT WESTERN RESERVOIR

#### Monthly Average Alpha Activity (d/m/L)

| Peroid | Standley Lake | Great Western Reservoir |
|---|---|---|
| Aug. 1957 | 1.6 | 2.6 |
| Sept. | 1.2 | 3.9 |
| Oct. | 2.4 | 1.0 |
| Nov. | 2.0 | Not Sampled |
| Dec. | 1.4 | 3.2 |
| Jan. 1958 | 4.5 | |
| Feb. | 2.6 | |

#### Yearly Average Alpha Activity (d/m/L)

| Year | Standley Lake | Great Western Reservoir |
|---|---|---|
| 1952 | 2.8 | 3.2 |
| 1953 | 7.0 | 5.6 |
| 1954 | 3.0 | 6.4 |
| 1955 | 3.5 | 4.4 |
| 1956 | 2.9 | 2.3 |
| 1957 | 1.5 | 2.3 |
| 1957 — Sept. & Dec. | 1.8 | 2.7 |

## TABLE III

### PULSE HEIGHT ANALYSES

### OTHER THAN VEGETATION

| Sample | Type | Location | Total Activity | Analysis |
|---|---|---|---|---|
| SAG-10 | Soil | S.E. Corner 44-Bldg. | $2.0 \times 10^4$ d/m/Kg | Excess 44 Materi<br>Some Pu. |
| SAG-11 | Soil | N.W. Corner 81-Bldg. | $4.5 \times 10^4$ | Excess 44 Materi<br>Some Pu. |
| SAG-12 | Soil | 200' West of 81-Bldg. | $1.5 \times 10^5$ | Excess 44 Materi |
| 2S,6E | Soil | Church Property | $1.8 \times 10^4$ | Possible Plutoni |
| VG-4 | Soil | Ralston School | $1.2 \times 10^4$ | Possible Enriche<br>Uranium. |
| VG-16 | Soil | Semper School | $1.6 \times 10^4$ | Possible Enriche<br>Uranium. |
| W-55A | H O | 95-Bldg. Effluent | 8.5-10 d/m/L | Enriched Uranium |
| W-2 | H O | Walnut Creek Pond | 19 -23 d/m/L | Depleted Uranium |
| W-4 | H O | Woman Creek Pond | 2.3  d/m/L | Enriched Uranium |
| Precipitation-9/16/57-Roof of Bldg.23 | | | 1.9  d/m/L | Enriched Uranium. |
| Ashes | | Incinerator | $4.0 \times 10^5 - 1.5 \times 10^6$ d/m/Kg | Enriched Uranium. |
| P-13 | Air | Between 81 & 91 Bldgs. 9/12/57 | 100 d/m | Mainly Enriched<br>Some Pu. |
| P-14 | Air | Gate 2-9/13/57 | 55 d/m | Mainly Enriched U<br>Some Pu. |
| P-15 | Air | Bldg. 9/13/57 | 80 d/m | Approx. Equal am<br>of 3 plant mate |



Plate I — TOTAL ACTIVITY – VEGETATION — Rocky Flats Plant





