


**THE DOW CHEMICAL COMPANY**

ROCKY FLATS PLANT
P. O. BOX 2131
DENVER COLORADO

December 2, 1958

Mr. R. R. Harrison

cc:
L. C. Farrell (Record)
F. H. Langell
T. Niemeyer
File

DUMPING OF CHROMATE INHIBITED COOLING WATER

On the morning of December 2, 1958, the cooling water from the 47 Building cooling tower was pumped into a surface ditch and allowed to flow across the plant site. By chance, a member of the Waste Disposal Co-ordinating Group noticed the water flowing in the ditch along the roadway south of 91 Building. A temporary dam was placed across the ditch to contain the chromate water and allow it to seep into the ditch bottom.

A small catch basin is located due east of 44 Building which has been used in the past for similar drainings and flushings of the 44 Building tower. This catch basin should have been used this time and certainly should be used in the future.

It is believed worthwhile to re-emphasize the toxicity problem of hexavalent chromium containing waste streams. The United States Public Health Service drinking water standards sets the tolerance for hexavalent chromium at 0.05 parts per million. The waste stream as sampled opposite 91 Building contained 29 parts per million calculated as $Cr^{6+}$ or 81 parts per million as sodium chromate. The inhibitor, sodium chromate, used at Rocky Flats is not adsorbed by the soil and is readily leached out of the soil by run-off water.

In view of our extremely sensitive position with regard to the Great Western Reservoir, the water supply for the city of Broomfield Heights, it is imperative that no noxious or toxic chemicals find their way into this water supply.

Your complete co-operation with the Waste Disposal Co-ordinating Group is requested in matters of both liquid and solid waste disposal. The group will in turn co-operate to the best of its ability in assisting you with any waste problems. Please notify L. C. Farrell who will in turn inform me of any unusual circumstances.

J. G. Epp

OFFICIAL USE ONLY

LCF:fm
A PRIME CONTRACTOR FOR THE U.S. ATOMIC ENERGY COMMISSION CONTRACT AT(29-1)-1106

PLAINTIFFS' EXHIBIT
P-411
90-CV-181

91HRR20   B-000009601