K003743

**BEST COPY AVAILABLE**

## 2ND REPORT CHALLENGED

*THE DENVER POST Wed., Feb. 18, 1970   91

# AEC Sticks to Its Rocky Flats Position

By KEN PEARCE
Denver Post Staff Writer

The Atomic Energy Commission (AEC) Wednesday released a statement reiterating its post-fire notes.

—The May 11, 1969 fire.

Regarding this fire, the AEC says, a small but detected release of about 200 microcuries of plutonium oxide went through the filter system of the building involved. The AEC says this quantity, measured by sensitive procedures, amounted to only about .003 gram (one ten thousandth of an ounce). It said this material was released during the first 132 hours or less after the fire. The count then returned to normal levels.

**FELL ON ROOF**

Monitoring after the fire, the AEC says, established that storage area. "On-site air samples in the vicinity showed higher radiation levels than normal, but still well below applicable standards," the report notes.

most of this plutonium fell on the roof of the damaged building and on an adjoining building. There also was a trace amount of plutonium tracked out of the building by fire fighters, the report adds.

"The conclusion that the amount released through the exit ventilator was, to a large extent, deposited on the roof is also borne out by the fact that none of the off-site air monitors read above normal levels during this period."

In addition to these instances, the AEC says, a small amount of plutonium is released from the plant's ventilation system under carefully controlled and monitored conditions during normal operation of the plant.

"The total amount released since 1953 was about 38 millicuries, which is about one-fiftieth of an ounce," the report, resuspended in the air and thereby pose a hazard.

The AEC says it believes the soil samples taken by Dr. Martell and his colleagues indicate the presence of "less than one ounce spread over some 50 square miles."

**DIRECT METHOD**

The AEC statement asserts that "air samplers are "the most direct way of determining the level of contamination which could find its way into the lungs by breathing."

The techniques of soil sampling for plutonium is well understood, the AEC adds. But it says the value of the data so derived is limited because of uncertainties in such variables as properties of soil, particle sizes, and the wind direction and speed which govern the extent to which material can be

However, one portion of the statement was challenged immediately by Dr. E. A. Martell of the Colorado Committee for Environmental Information (CCEI), which first reported the presence of plutonium contamination in soil in the vicinity of the Rocky Flats plant.

The AEC statement which brought a response from Dr. Martell is:

"The Rocky Flats plant, which started operations in 1953, has released trace amounts of plutonium to the environment. However, these quantities are so minute that widely distributed offsite air samplers have never shown a level of radioactivity in excess of the natural background radiation that one expects in that part of the country.

**BACKGROUND LEVEL**

"Even if one assumed that all the background radiation we measured offsite could be attributed to that from insoluble plutonium oxide particles rather than from normal background radiation, this background level would still only be approximately 1 per cent of officially recommended standards."

Dr. Martell had this to say—but that portion of the statement:

"Anyone who compares plutonium particles in the air or … with natural alpha radio-… … in a mine's

pose no hazard," the AEC statement concludes.

**SOIL SAMPLES**

The statement goes on to say that "in an effort to determine more precisely the amount and distribution of the material, the AEC has undertaken a substantial program of soil sampling in the vicinity of the plant.

"Although the additional soil sampling is being done, the AEC remains convinced, on the basis of its air monitoring program as well as the results of soil samples taken to date, that the small fraction of plutonium that can be resuspended …"

PLAINTIFFS' EXHIBIT P-431 90-CV-181

BACKGROUND...
...
all the ...
measured ...
tributed to t...
plutonium oxide ...
than from norm...
radiation. this b...
would still only b...
mately 1 per cent of ...
recommended standards."

Dr. Martell had this to ...
about that portion of the sta...
ment:

"Anyone who compares plutonium particles in the air or lung with natural alpha radioactivity in the air or in a man's lung is being totally unrealistic about the nature of the hazard because each plutonium particle in the lung produces millions of times more radiation to the tissue around it than a dust particle carrying natural radioactivity."

The AEC statement opens by pointing out that ever since the early days of the nuclear age, when the first man-made plutonium was produced and studied, it has been recognized that there are three principal health hazards which must be avoided.

**LUNG HAZARD**

These hazards, the report states, could arise if plutonium is deposited in the lungs by breathing, is accumulated in the digestive system through contaminated food and drinking water, or penetrates the skin through cuts suffered by craftsmen in performance of their fabrication duties.

"The inhalation hazard has always been considered to be most serious by medical experts," the report states.

The statement then goes on to assert there has been no contamination in excess of natural background radiation.

The AEC statement also says that while detectable airborne contamination above normal background levels never has been registered off the plant site, there have been three situations which have occurred which are worthy of note. These are as follows:

**1957 FIRE**

—A 1957 fire in which plutonium - contaminated air passed through a fire-damaged filter assembly in the ventilation system within a plant building. "A small amount of vegetation off the site was found to be slightly contaminated in the course of vegetation sampling," the report states.

—A 1968 leakage of slightly contaminated machine oil from barrels stored on the plant site which was responsible for contaminating some soil near the

034188