*1600479*

# ROCKWELL INTERNATIONAL

## ENVIRONMENTAL MANAGEMENT SURVEY

Date: April 18, 1980

PLANT NAME   Rocky Flats

DIVISION   Rocky Flats

ADDRESS   P. O. Box 464

   CITY/TOWNSHIP   Golden   COUNTY   Jefferson

   STATE/PROVINCE   Colorado 80401

BUSINESS OR PRODUCTS   Department of Energy Contract for Manufacture of Nuclear components

STANDARD INDUSTRIAL CLASSIFICATION - FOUR DIGIT CODE (S) _____

ANNUAL SALES - $(000) _____

AVERAGE EMPLOYMENT   3000

EPA REGION   VIII

DIVISION ENVIRONMENTAL CONTROL COORDINATOR   R. E. Yoder

   PHONE   (303)497-2206

PLANT ENVIRONMENTAL CONTROL OORDINATOR   T. R. Crites

   PHONE   (303)497-4098

NAME OF PERSON(S) PREPARING SURVEY   C. T. Illsley

PLAINTIFFS'
EXHIBIT
P-479
90-CV-181

91HRR23   B   00014834

GENERAL INFORMATION:

1. IS THERE ACTIVE LIAISON WITH EPA STATE REGULATOR AGENCIES? <u>Yes</u>

   WHO IN THE ORGANIZATION HANDLES THIS? <u>Through local DOE Office</u>

2. ARE THERE DIVISION/PLANT PERSONNEL REPRESENTING THE COMPANY ON PUBLIC INTEREST BOARDS AND/OR COMMITTEES CONCERNED WITH ENVIRONMENTAL QUALITY? <u>Yes</u>
   IF SO, GIVE INFORMATION ON TYPE COMMITTEE, REPRESENTATIVE'S NAME AND OFFICES HELD. <u>Colorado Association of Commerce and Industry, Hazardous Waste Disposal Committee, Felix G. Owen</u>

3. WHAT RECORDS OR TEST RESULTS ARE KEPT TO PROVE COMPLIANCE WITH LOCAL, STATE AND GOVERNMENTAL REGULATIONS? <u>Environmental Master File contains copies of all permits and records and test results</u>
   ARE THESE RECORDS SENT TO A REGULATORY AGENCY? <u>Sent through DOE to agencies concerned.</u>

4. LIST ALL EXISTING AND PAST CITATIONS, FORMAL COMPLAINTS, LAW SUITS AND ABATEMENT ORDERS INVOLVING ENVIRONMENTAL CONTROL AT THIS LOCATION DURING THE PAST FIVE YEARS

   NPDES VIOLATION SUMMARY

   | Date | Violation |
   |---|---|
   | January 1975 | Biochemical oxygen demand exceeded limit |
   | March 1975 | Visible foam on ponds |
   | December 1975 | pH exceeded limit on acid side |
   | March 1976 | Biochemical oxygen demand exceeded limit |

| | |
|---|---|
| March 1977 | Fluoride exceeded limit |
| October 1977 | Fluoride exceeded limit |
| December 1977 | Biochemical oxygen demand exceeded limit |
| | |
| January 1978 | Fluoride exceeded limit |
| February 1978 | pH exceeded limit on acid side |
| February 1978 | Suspended solids exceeded limit |
| February 1978 | Biochemical oxygen demand exceeded limit |
| March 1978 | Biochemical oxygen demand exceeded limit |
| April 1978 | Biochemical oxygen demand exceeded limit |
| | |
| October 1979 | Total chlorine residual exceeded limit |
| November 1979 | Total chlorine residual exceeded limit |
| December 1979 | Total chlorine residual exceeded limit |

Lawsuits

Land contamination litigation, includes the consolidation of three separate cases pending in Federal Court, District of Colorado, filed commencing in October 1975, seeking damages from the Department of Energy, Dow Chemical and Rockwell International and other relief.

5. LIST ANY SCHEDULED OR UNSCHEDULED ENVIRONMENTAL CONTROL INSPECTIONS INCLUDING BOTH INTERNAL (ROCKWELL) AND EXTERNAL INSPECTIONS. INDICATE AGENCY NAME, DATE(S) AND FREQUENCY OF INSPECTION. Unscheduled EPA inspections of NPDES permit, scheduled air emission inspections by State Agency (Air Pollution Control Div.) scheduled surveillance program on air and water by Colorado Department of Health.