38 —Rocky Mountain News, Mon., Sept. 11, 1989, Denver, Colo.

# Rockwell International asks that the facts on Rocky Flats be made known to the American public.

For the past few months, the people of Colorado as well as the rest of the nation have been flooded with media charges regarding possible environmental violations at the Department of Energy's Rocky Flats facility operated by Rockwell International. There have been numerous allegations and extensive media attention which have served to generate public concern and create false impressions.

We are sure the people of Colorado join all Rockwell employees – and particularly the more than 5,000 working at Rocky Flats – in the search for factual information regarding the allegations.

But the whole truth cannot be known until information on which the U.S. Government relies is made public.

The most serious of the allegations were set forth in an affidavit used to obtain a warrant for a search of Rocky Flats which was begun June 6 by the Federal Bureau of Investigation and the Environmental Protection Agency. Since then the Department of Energy and Rockwell have conducted intensive inquiries of their own.

Rockwell's investigation shows the principal allegations in the affidavit are *just not true*. To the best of our knowledge, DOE's findings support ours in specific areas.

For example, the most sensational allegation was that FBI infrared photographs of a chimney showed that an incinerator was being secretly run. That just is not true. The chimney photographed by the FBI exhausts 220,000 cubic feet per minute of room temperature air 24 hours a day, every day. When the incinerator does run, it adds only 850 cubic feet per minute of air at 55°C. DOE, in its investigation, calculated this would increase the temperature of the exhaust by only 1½°C. The operation of that incinerator is recorded and logged in every detail, from the crew to run it, the material burned, the ash removed and the pure oxygen added to fuel the fire, all is recorded in great detail. The government has access to all these records. They show without question that the incinerator was not secretly run. We believe the government misinterpreted its infrared photographs. The incinerator was not secretly run.

Another example. Thermal activity detected in December by the government's infrared equipment was cause for the allegation that waste water was being secretly transferred from one solar evaporation pond to another. We believe the thermal activity was most likely caused by an automated sump pump properly transferring water from an interceptor ditch to a pond. *In short*, this is but one of hundreds of things that happen at the Flats every day to protect our neighbors and our mutual environment.

Additionally, another claim in the affidavit states that a chemical used in experimental medical treatment of radiation damage was found in Walnut Creek. The insinuation here is that some type of secret medical research is being conducted at the Flats.

There is not now – and we are not aware there has ever been – any secret medical research conducted at Rocky Flats. We have no evidence to indicate that the medical facility there has any drugs or compounds even remotely similar to the experimental drug mentioned in the affidavit.

Until now, the public has heard only one side of the story. We believe we have managed the Rocky Flats plant responsibly, effectively and in compliance with applicable laws and regulations. And we recognize the DOE's recent actions make the operations of the Rocky Flats plant subject to many more laws and regulations than was previously the case under DOE's longstanding policies.

For instance, the Colorado Department of Health on July 14, 1989 imposed a stringent water standard at Rocky Flats. This new standard calls for no more than 3 parts per billion of Atrazine and no more than 4 parts per billion of Simazine; a standard not applicable to any other Colorado facility. We took immediate action to comply with this strict new directive. These chemicals are found in herbicides formerly used on the plant grounds.

We have operated the Rocky Flats plant with integrity and high ethical standards. We are dedicated to future excellent performance. Perhaps most importantly, we are committed to the welfare and safety of our Rocky Flats employees and the surrounding communities.

*It is time we restore the public trust and dispel misconceptions.* We urge the U.S. Government to disclose the facts in order to allay the public concerns this investigation has generated.

Truth and fairness require nothing less.

Donald R. Beall
Chairman & Chief Executive Officer

Sam F. Iacobellis
Executive Vice President &
Chief Operating Officer



**Rockwell International**

...where science gets down to business

PLAINTIFFS' EXHIBIT P-604 90-CV-181