CLASSIFICATION OF ROCKY FLATS SNM MATERIAL UNACCOUNTED FOR
(MUF) (u)

This report was prepared in response to numerous conversations and correspondence between the Division of Classification, Department of Energy, HQS and ALO with Rocky Flats over a period of time dating back to August, 1976.

A letter from J. A. Griffin to H. E. Roser of July 22, 1977, was transmitted to Rocky Flats on August 4, 1977 requesting that a comprehensive study be conducted on the implications concerning the possible declassification of MUF at this weapons facility.

An extensive records search has been conducted to assure DOE and Rockwell International that unclassified data when associated with MUF did not exist that could devulge classified production information or weapons data. During the past four months approximately twenty-five knowledgeable, long-term employees have participated in a records search to determine if any unclassified data existed



RESTRICTED DATA
This document contains Restricted Data as defined in the Atomic Energy Act of 1954. Unauthorized disclosure subject to Administrative and Criminal Sanctions.

CONFIDENTIAL

in our records or publications relating to MUF. Over 1700 documents in our library and approximately 500 cubic feet of documents in the records storage vault were reviewed. An individual from the Technical Information Office reviewed all of the Rocky Flats records held at Dow Chemical Company Corporate offices in Midland, Michigan. In addition some personal files were also reviewed by individuals who had worked for both contractors over the years.

A detailed statistical analysis was performed to determine if any significant correlation existed between total plant MUF and classified data such as inventories, through-put, stockpile information or weapons data. Records and supporting documents were not available to conduct a complete correlation study on a individual MBA basis for MUF over a twenty-five year period.



Due to strict classification and document control procedures in effect at Rocky Flats from the start of operations in 1952, no concrete evidence of unclassified data was uncovered that would breach security if historical MUF data were released at Rocky Flats. However, bits and pieces of information uncovered plus data based upon the knowledge and recall of long-term employees at Rocky Flats have led to the following conclusions:

Rockwell management and certain Dow Chemical Officials feel that the declassification and release of MUF (including explanations) for SNM at Rocky Flats could reveal production data and possibly weapons information. The following data is presented in support of this position.

1. Correlation studies reveal statistically significant relationships between MUF and receipts (R), shipments (S),

~~CONFIDENTIAL~~

and throughput (BI+R) for plutonium and enriched uranium during the high production years of 1952 through 1966 (reference correlation study). By substituting in the basic MUF material balance equation, (Beginning Inventory (BI) + Receipts (R) - Shipments (S) - Ending Inventory = MUF), any component of the balance formula could be arrived at thereby providing data which is currently classified as secret restricted data (refer paragraph 5).

2. The unit cost and classified quantity of weapons grade plutonium and enriched uranium is classified as secret restricted data at Rocky Flats for production transfers of SNM material for classified purposes.

CONFIDENTIAL

3.  MUF is becoming more precise and meaningful due to improved measurement techniques, tighter safeguards and administrative control, technological advancements and real time accountability systems. More time and attention is devoted to MUF by the news media and the private sector which gives a higher visibility to data which as it becomes more accurate



CONFIDENTIAL

-5-

may also become a good indicator in the future to correlate MUF to production rates, inventory, receipts and shipments at a weapons facility.

4. A MUF could originate because of a classified missing or lost item at a weapons facility. This could represent the total MUF of a material balance area (MBA). Any explanations of MUF at this level would only add to the classification problem. It should be pointed out here that one of the reporting categories for components of Inventory Difference (ID) or MUF in the Draft DOE Manual Chapter 6104-C, Part III Draft is "Identifiable Item Adjustments".

5. MUF as a percentage of throughput and inventory has been released to the public via the news media (e.g.,

CONFIDENTIAL

-6-

If MUF is declassified, a gate will be opened to generate further questions from the public sector until a point is reached where the answer could involve classified information. If a statement were made at this sensitive point that the answer would reveal classified data, this in itself may be classified. It seems prudent not to place ourselves in this vulnerable position.

6. During our records review and discussions with employees it was determined that the MUF ratio as a percentage of

~~CONFIDENTIAL~~

-7-

actual values such as throughput, inventory, receipts and shipment has been handled as unclassified in the past for certain periods of time, since inventories, receipts, shipments, etc. were protected by classification. Declassification of total plant MUF data would compromise throughput and inventory information.

7.

Any total plant MUF ratios to throughput could conceivably be applied to specific sensitive production areas such as foundry, machining, hydriding, sputtering, and assembly to determine specific throughput information for individual MBAs.

8. Anti-nuclear environmentalists and pacifist groups consider Rocky Flats as the "Nuclear Crossroads of the Nation". The declassification and possible release of MUF in this unfriendly environment whether due to misunderstanding, lack of knowledge or misinterpretation could seriously damage the posture of the Department of Energy, Rockwell International and former contractor, the Dow Chemical Company.

9. Release of MUF information would make specific information available to terrorist groups providing them with more credible data which could be used in bomb threats for blackmail or extortion purposes. Threats of sabotage could result which would be damaging to the National Security.

10. At the present time multi-million dollar litigation action is being carried out against the Department of Energy,



CONFIDENTIAL

Rockwell International and the Dow Chemical Company.

Declassification of MUF and subsequent release could have an adverse effect on the final court decision or settlement.