Wednesday, Jan. 3, 1990    Rocky Mountain News    ■ 33

# An Open Letter To The People Of Colorado From Rockwell International Corporation

For 15 years, more than 5,000 employees at the Rocky Flats Plant have served the nation, the Department of Energy, their Colorado communities and Rockwell International with justifiable pride, dedication and distinction.

Many of these employees have worked at Rocky Flats far longer than we have managed this facility. We believe the people of Rocky Flats have performed their obligations responsibly and honorably. We also believe that we have managed Rocky Flats with proper concern for public health, safety and the environment.

Now is an important period of transition at the Flats. The strident criticism of the past several months concerning management and operational practices at Rocky Flats will hopefully abate. Even more importantly, we hope that the attention of public officials, the news media and special interest groups is turned to matters of critical substance rather than continuing to dwell on sensational charges of irresponsible acts that are demonstrably untrue.

We at Rockwell believe there are serious questions deserving thoughtful attention and reasoned debate. These are questions that must be addressed without the heated rhetoric of political expediency so prevalent in recent months. Among these questions:
* What are the roles of the various state and federal agencies—EPA, DOE, CDH— with regard to environmental aspects of nuclear weapons plant operations?
* How should DOE's limited budget be allocated between production and other priorities?
* Should there be independent oversight of DOE plant operations?

The answers to these questions may be different today than in 1953 when the Rocky Flats Plant was opened, or 1975 when Rockwell became the management and operating contractor. And they may be different tomorrow, as national and global priorities change.

These questions deserve to be answered. Neither a contractor nor its employees make national policy. Their job is to perform their contract as directed by the DOE to the best of their ability. We are confident that they stand ready to continue to serve the nation and the Colorado community well. But they will be able to do so only if the current turf battle among politicians and regulatory agencies is replaced by a clear, coherent and consistent national policy.

We extend to EG&G and DOE our best wishes for continued high level performance. We also recognize the invaluable support of the many devoted career DOE employees, who have well served the nation, as they directed us in the management of the Rocky Flats Plant in accordance with DOE's priorities during the last 15 years



**Rockwell International**

...where science gets down to business

PLAINTIFF'S EXHIBIT P-736 90-CV-181