OFFICIAL USE ONLY

Contract No. AT-(29-1)- 1106

This contract made this 18th day of January, 1951, by the United States of America (hereinafter called the "Government"), represented by the Atomic Energy Commission (hereinafter called the "Commission"), and The Dow Chemical Company, a corporation of the State of Delaware (hereinafter called the "Contractor") with its principal office and place of business at Midland, Michigan.

W I T N E S S E T H   T H A T:

WHEREAS, the Government desires to utilize the management, engineering, scientific research and development, and manufacturing skills of the Contractor in the operation of a facility (hereinafter called the "Project") at a site to be selected as hereinafter set forth for the fabrication of materials described in Appendix B and for related work; and

WHEREAS, the Contractor is willing to undertake such operation and related work in accordance with the provisions hereof; and

WHEREAS, the Government deems the performance of the work hereunder to be essential in the interest of the common defense and security; and

WHEREAS, this contract is authorized by and executed under the Atomic Energy Act of 1946;

NOW THEREFORE, the parties hereto mutually agree as follows:

ARTICLE I - SCOPE OF WORK

1.  The Contractor, when, where, and as requested by the Commission, shall provide consulting, advisory, and other services related to site selection and to design, construction and operation

PLAINTIFFS'
EXHIBIT
P-1049
90-CV-181

D 003943

OFFICIAL USE ONLY

-2-

OFFICIAL USE ONLY

of the Project, and such related work as the parties may agree should be performed by the Contractor.

2. The Contractor shall operate the Project and do all things necessary to carry out the program of work described in classified Appendix B as amended or changed from time to time.

3. The Contractor shall to the best of its ability furnish the personnel, services, material, supplies and equipment, not furnished by the Government, necessary for the performance of the work hereunder.

ARTICLE II - TERM OF CONTRACT

The term of this contract shall begin with the 18th day of January, 1951, and expire with the 30th day of June, 1954, unless sooner terminated as hereinafter provided.

ARTICLE III - REIMBURSEMENT OF COSTS

The Contractor shall be reimbursed for all of its actual expenditures, made in good faith in performance of the work hereunder, including but not limited to the following items:

(a) In accordance with Appendix A and amendments thereto, costs of labor, whether as wages, salaries, benefits, or other compensation in pursuance of the Contractor's employment, employee welfare policies, and retirement plans.

(b) In accordance with Appendix A and amendments thereto, costs of travel and transportation; which shall include the cost of travel, subsistence and basic pay of the Contractor's employees not carried on the project payroll (excluding corporation officers and directors) when such employees travel away from their regular duty stations to perform work hereunder with the prior written approval of the Commission.

D 003944

OFFICIAL USE ONLY

-3-

OFFICIAL USE ONLY

(c)  Costs of recruiting and training of personnel.

(d)  Costs, including transportation charges, if any, of materials, machinery, supplies, equipment, utilities, power and fuel.

(e)  Payments on subcontracts made in accordance with the provisions of this contract.

(f)  Costs of temporary rights in land required in connection with the work when approved in writing by the Commission.

(g)  Premiums for bonds and insurance policies as have been approved or required by the Commission.

(h)  Losses or expenses not compensated by insurance or otherwise actually sustained by the Contractor in connection with the work (including settlement made with the written consent of the Commission); provided that such reimbursement shall not include any amount for which the Contractor would have been indemnified or compensated by insurance except for failure of the Contractor to procure or maintain bonds or insurance as specifically required by the Commission.

(i)  Payments under the Federal Social Security Act and payments of state or local taxes, and fees or charges for permits and licenses which the Contractor may be required to pay in order to perform this contract, but not including corporate franchise or income taxes.

(j)  Rental for equipment or facilities furnished or leased by the Contractor on such terms and conditions as may be approved by the Commission.

(k)  Costs of all communication facilities and services.

D 003945

-4-

OFFICIAL USE ONLY

(1) Costs of reconstructing or replacing any of the work
or property destroyed or damaged and not covered by insurance, but
expenditures under this item must have the written authorization of
the Commission in advance.

(m) In the event the Commission shall determine that the
best interests of the Commission require that the Contractor initiate
or defend litigation arising out of the performance of this contract,
the Contractor will proceed with such litigation, and the costs thereof,
including judgments and court costs, allowances rendered or awarded in
connection with suits for wages, overtime or salaries shall be reim-
bursable under this contract. The Contractor and the Commission shall
jointly determine in each case if the best interests of the project
will be served by such litigation being handled by government furnished
counsel or by private counsel employed by the Contractor or by both
government and private counsel. When it is determined that private
counsel should be employed, attorneys' fees will be reimbursable
under this contract.

(n) Costs resulting from the institution and maintenance of
security safeguards and safety measures required or approved by the
Commission.

ARTICLE IV - PAYMENTS, FIXED FEE AND OBLIGATION OF FUNDS

1. In consideration for its undertaking under this contract,
the Contractor shall receive:

(a) Reimbursement for expenditures as provided in Article
III; and

(b) For the period from January 18, 1951, through June 30,
1951, a fixed fee of One Hundred Ninety-two Thousand Five Hundred

D 003946

OFFICIAL USE ONLY

-5-

OFFICIAL USE ONLY

Dollars ($192,500) to be paid Seventeen Thousand Five Hundred Dollars ($17,500) dollars on January 31, 1951, and the balance to be paid in monthly installments of Thirty-five Thousand Dollars ($35,000) each, which shall constitute complete compensation for the Contractor's services including profit and all general home office overhead expenses for the performance of the work during that period.  The amount of the fee to be paid to the Contractor for subsequent fiscal years beginning July 1, 1951, will be agreed upon prior to the beginning of those years.

2.  Costs reimbursable under this contract shall be paid from funds advanced to the Contractor by the Commission.  Disbursement made from advanced funds will be audited at least once each three month period, and the Contractor's advance account will be cleared by such audit in the amount of such disbursements as are found to have been made in accordance with the provisions of the contract.

3.  The Commission has initially obligated Five Hundred Thousand Dollars ($500,000) for the performance of the work hereunder and will obligate additional funds for the performance of the work from time to time.  The Contractor shall notify the Commission in writing whenever its expenditures, commitments, obligations and earnings total 85% of the total amount then obligated.  The Commission will advise the Contractor as to the availability of additional funds for obligations hereunder.  Should the total earnings, expenditures, commitments and obligations of the Contractor reach 100% of the sum then obligated by the Commission, the Contractor shall immediately cease all work covered by this contract and incur no additional expenses or obligations until notified in writing by the Commission that the amount obligated has been increased.  It is understood and

D 003947

-6-

OFFICIAL USE ONLY

agreed that the total obligations of the Government or the Commission under this contract at any given time are limited to the amounts then obligated or available for obligation by the Commission for the performance of the work hereunder.

ARTICLE V - ADVANCES

      1.  The Commission shall, from time to time, advance to the Contractor without interest such sums of money as the Commission and the Contractor mutually agree are necessary to finance the performance of the work.  Such funds will, at all times, remain the property of the Commission and the Contractor will acquire no property right, title or interest in or to such funds other than the right to make expenditures therefrom for the purpose of paying the costs of performing the work which are reimbursable to the Contractor under this contract.

      2.  All funds advanced shall be deposited by the Contractor in a special trust account or accounts at a member bank or banks of the Federal Reserve System, or any "insured" bank within the meaning of the act creating the Federal Deposit Insurance Corporation (Act of August 23, 1935, 49 Stat. 684) as amended (12 U.S.C. 264), and shall be kept separate from the Contractor's own funds.  Such special trust account or accounts shall be designated so as to indicate clearly to the bank their special character and purpose, and that the balance in such account or accounts may be used by the Contractor for carrying out the purpose of this contract and not for any other business of the Con- tractor.  The account may be designated as "Advance Fund under Govern- ment Contract No AT-(29-1)- 1106", or any similar designation which will bring about the desired purpose.  The bank in which the fund is deposited shall be under no liability to any party to this contract

D 003948

OFFICIAL USE ONLY

-7-

OFFICIAL USE ONLY

for the withdrawal of any funds from said special account by checks
signed by the Contractor and properly endorsed except that after
receipt by the bank from the Commission of written directions, the
bank shall act in accordance with such directions and shall be under
no liability to any party to this contract for such action.  Any
instructions or directions received by the bank from the Commission
written upon Atomic Energy Commission stationery, and purporting to
be signed by or at the discretion or under the authority of the
Commission, shall, insofar as the rights, duties and liabilities
of the bank are concerned, be conculsively deemed to have been
properly issued to the bank by the Commission.

     3.  It is agreed that if the aggregate of the funds ad-
vanced under this contract shall at any time exceed the total amount
which the Contractor is then authorized to expend or obligate under
this contract, then such excess amount shall be repaid by the
Contractor to the Commission immediately upon the Commission's
demand.  Furthermore, if at any time during the term of this con-
tract or prior to final settlement hereunder, the Commission shall
determine that the unexpended balance of the advances made exceeds
the Contractor's current needs under the contract, the amount of
such excess shall, upon demand, be promptly repaid to the Commission
and credited by the Commission against the amount then due the Com-
mission on advances previously made.

     4.  Subject to advance approval of the Commission, the
Contractor may make payments to subcontractors and material men
for labor and services or materials in advance of performance or
delivery.  Such sub-advances shall not exceed 30 per cent of the

D 003949

OFFICIAL USE ONLY

-8-

OFFICIAL USE ONLY

subcontract price or estimated cost, as the case may be, and the
subcontractor or material man to whom such advances are made shall
furnish adequate security therefor. Unless other security approved
by the Commission is furnished, covenants shall be inserted in such
subcontracts to provide that the Commission shall retain title to
the funds so advanced and that the title to all property purchased
from such funds shall immediately pass to the Commission and im-
posing upon the subcontractor the same duties and giving the Com-
mission the same rights as are provided in this agreement between
the Contractor and the Commission.

     5. Upon termination of this contract, a complete and
final audit of all accounts under the contract will be made and
immediately thereafter, the Contractor shall repay to the Commission
any funds remaining in the trust account or accounts less any sum
which the Commission then owes the Contractor under this contract
as determined from the final audit. After such repayment is made
to the Commission then and only then, the balance remaining shall
become the property of the Contractor, free and clear of any claim
or trust in favor of the Commission.

     6. Should the Contractor fail to repay to the Commission
any sums demanded as provided in paragraph 3 above or any sums due,
as determined by the final audit mentioned in paragraph 5 above,
then the Commission may direct the bank not to honor any checks
thereafter drawn on the account by the Contractor.

     7. The Commission shall have the right, insofar as the
Contractor is concerned, to inspect and make copies of any entries
in the books and records of the bank or banks relating to the special

D 003950

-9-

OFFICIAL USE ONLY

account or accounts established hereunder.

ARTICLE VI - CHANGES

The Commission may, at any time, by written order, issue
additional instructions, require additional work or services with
the consent of the Contractor, or direct the omission of work or
services covered by this contract or classified Appendix B.  If
such changes cause a material increase or decrease in the amount
or character of the work and services to be done under this con-
tract, an equitable adjustment of the amount of the fixed fee to
be paid the Contractor shall be made and the contract shall be
modified in writing accordingly.  Any claim for adjustment under
this Article must be asserted within ten (10) days from the date
the change is ordered unless the Commission shall grant a further
period of time prior to the date of final settlement of the con-
tract.  Nothing provided in this Article shall excuse the Con-
tractor from proceeding with the prosecution of the work so changes.

ARTICLE VII - RECORDS, ACCOUNTS

1.  The Contractor shall establish and maintain a separate
and distinct set of accounting records and books of account covering
work performed under this contract.  Such records and books of
account shall be kept at a place mutually agreeable and shall show
the actual cost of all items of whatever nature for which reimburse-
ment is  authorized under the provisions of this contract and any
and all other accounting transactions of whatever nature that are
applicable to the contract.  The system of accounting and internal
control and the internal auditing procedures, established and main-
tained by the Contractor, shall conform to generally accepted accounting

D 003951

-10-

OFFICIAL USE ONLY

principles and shall be such as are satisfactory to the Commission. All books, records and supporting data are the property of the Commission and shall be delivered to the Commission within 5 years after the completion or termination of this contract.

     2.  The Commission shall at all reasonable times be afforded proper facilities for inspection of the work and audit of the records, shall at all reasonable times have access to the premises, work and materials, to all books, records, correspondence, instructions, plans, drawings, receipts, vouchers, and memoranda of every description pertaining to said work.

ARTICLE VIII - REPORTS

     The Contractor shall make such reports to the Commission with respect to activities under this contract as the Commission may require from time to time, such reports to be in the form pre-scribed by the Commission.

ARTICLE IX - GOVERNMENT-OWNED PROPERTY

     1.  Title to all property for which the Contractor shall be entitled to claim reimbursement for hereunder shall vest in the Government free and clear of all liens and encumbrances when title passes from the Contractor's supplier, unless the Commission shall otherwise direct in writing; provided that the right of final inspection and acceptance or rejection of such property at the site of the work or such other place as it may designate in writing, is reserved to the Commission.

     2.  (a)  All reports, drawings, designs and specifications prepared hereunder are to become the property of the Government whether complete or incomplete, and the Government shall have the

D 003952

OFFICIAL USE ONLY

-11-

OFFICIAL USE ONLY

full right to use said drawings, designs and specification for
any purpose whatsoever without any claim on the part of the Con-
tractor for additional compensation.

(b)  All notes, books, records and other data con-
cerning the work required hereunder shall be the property of the
Government and shall be delivered to the Government whenever requested
by the Commission, and, furthermore, access to such data shall be
restricted to duly authorized representatives of the Government and
of the Contractor.  Access to such data shall not be given to any
other persons without the Commission's prior approval in writing.

3.  (a)  The Contractor shall cause property, for which
it is accountable, title to which is vested in the Government, to
be marked with an identifying mark or symbol indicating that such
items are the property of the United States as required by the
Commission.

(b)  The Contractor shall maintain at all times, in
a manner satisfactory to the Commission, records showing the location,
disposition and/or use of all property which is owned by the Govern-
ment and for which the Contractor is accountable, or which is rented
to the Government by the Contractor in connection with the work.

4.  The Commission reserves the right to furnish any
property necessary for the performance of the work hereunder.

5.  As authorized by the Commission, the Contractor may
sell, lease, license, transfer, or otherwise dispose of Government-
owned property in its care, custody, or possession in connection
with the performance of this contract.

D 003953

OFFICIAL USE ONLY

-12-

OFFICIAL USE ONLY

6. The Contractor will not be liable for loss, destruction of or damage to Government-owned property under its control, except when such loss, destruction or damage results from the willful misconduct, gross negligence or failure to exercise good faith on the part of a corporate officer, or other person having supervision or direction of the performance of all or substantially all of the work under this contract.

7. In the event the Contractor is indemnified, reimbursed or compensated for any loss or destruction of or damage to Government-owned propoerty, it shall equitably credit the account established under Article V. The Contractor shall do nothing to prejudice the Government's rights to recover against third parties for any such loss, destruction or damage, and, upon the request of the Commission, shall, at the Government's expense, furnish to the Government all reasonable assistance and cooperation (including the prosecution of suit and the execution of instruments of assignment in favor of the Government) in obtaining recovery.

ARTICLE X - PROCUREMENT

1. The Contractor will make all purchases required in connection with the performance of the work in a good commercial manner, except that:

(a) Unless the Commission authorizes in writing, the Contractor will not procure any motor vehicles, typewriters or printing equipment, or any other specific items which the Commission may specify from time to time.

(b) Procurement through Government sources of supply will be made available to the Contractor and shall be utilized when

D 003954

-13-

OFFICIAL USE ONLY

it appears to the Contractor to be in the best interests of the
project to do so, taking into consideration prices, delivery dates,
and suitability of items available.

(c)  The Contractor will not use any procurement
procedures which the Commission has advised the Contractor are
contrary to Commission policy.

(d)  The Commission agrees that it will furnish
assistance to the Contractor by way of priorities and other
assistance to enable the Contractor to procure equipment and
services required to perform hereunder.

D 003955

-14-

OFFICIAL USE ONLY

## ARTICLE XI - SPECIAL REQUIREMENTS

The Contractor hereby agrees that it will:

(a)  Use its best efforts to take the advantage of all cash and trade discounts, rebates, allowances, credits and commissions.

(b)  Secure a prior written approval of the Commission before entering into an agreement, subcontract, purchase order or commitment by which $25,000.00 or more may be involved.

(c)  Make all agreements, subcontracts, purchase orders and commitments assignable to the Government.

(d)  Deposit all revenues arising from operations under this contract in the Special Trust Account or accounts established under Article V, paragraph 2, hereof and apply such revenues in reduction of the cost of the work hereunder, or otherwise pay such revenues to the Government as the Commission may direct.

## ARTICLE XII - CONTRACTOR'S ORGANIZATION

1.  The Contractor shall employ and maintain a staff of personnel in sufficient numbers to enable it to perform the work required hereunder efficiently and economically and within the prescribed time limits.

2.  The Contractor may, with the prior written approval of the Commission, obtain, in a manner to be approved by the Commission, outside expert technical advice or services when it appears that such advice or services are necessary or desirable in connection with the performance of the work.

D 003956

-15-

OFFICIAL USE ONLY

## ARTICLE XIII - TERMINATION

1.  Either party may terminate this contract by giving the other party written notice of termination 90 days prior to the effective date thereof.  Upon such termination, the Contractor shall take the following action unless otherwise directed by the Commission in the notice of termination or unless otherwise mutually agreed by the Commission and the Contractor:

(a)  Terminate all work under the contract on the date specified in the notice of termination.

(b)  Place no further orders or subcontracts.

(c)  Terminate all orders and subcontracts.

(d)  Assign to the Government in the manner and to the extent directed by the Commission, all of the Contractor's interest in the subcontracts so terminated.

(e)  Settle, with the approval or ratification of the Commission, all orders and subcontracts (which have not been assigned to the Government), obligations, commitments, liabilities, and claims, the cost of which would be reimbursable in accordance with the provisions of this contract.

(f)  Deliver to the Government in the manner directed by the Commission the completed and uncompleted work, supplies, materials, plans, drawings, records, informations, and reports and other property to which the Government has title.

(g)  Take such other action as may be necessary, or as the Commission may direct, for the protection and preservation of property which is in the possession of the Contractor and in which the Government has or may acquire interest.

D 003957

-16-

OFFICIAL USE ONLY

2. Upon such termination the Government shall pay to the
Contractor the following amounts:

(a) All costs and expenses reimbursable in accordance
with this contract, not previously paid to the Contractor for the
performance of this contract prior to the effective date of the
notice of termination, and such of these costs as may continue for
a reasonable time thereafter with the approval of or as directed
by the Commission; provided, however, that the Contractor shall
proceed as rapidly as practicable to discontinue such costs.

(b) The cost of settling and paying claims, either aris-
ing out of the termination of work under subcontracts or orders or
with respect to any other obligations, commitments, and liabilities,
including employment contracts, the cost of which would be reim-
bursable in accordance with the provisions of this contract, and
costs arising in connection with the termination of this contract
and properly chargeable to this contract.

(c) The cost of action necessary or directed by the
Commission for the protection and preservation or for delivery to
the Government of property which is in the custody of the Contractor
and in which the Government has or may acquire an interest.

(d) Any other reasonable cost, approved or ratified by
the Commission as incidental to the termination of work under this
contract, including legal, accounting, clerical costs.

(e) A fixed fee in an amount to be agreed upon as com-
pensation to the Contractor for its services in closing out the work
under this contract.

D 003958

OFFICIAL USE ONLY

-17-

OFFICIAL USE ONLY

    3.   The Government shall have the right, in connection with any of the payments required by this Article, to offset the amount of any unsettled claim in connection with this contract which the Government may have against the Contractor.

    4.   No settlement under this Article shall prejudice the Contractor's rights to reimbursement with respect to claims subsequently found or determined by the Contractor to have been incurred in the performance of the contract and not known or determined at the time of such settlement.

    5.   The close out of this contract, upon its expiration, shall be accomplished and settled in the same manner, and with the same effect, as though the contract had been terminated.

ARTICLE XIV - DISPUTES

    Except as otherwise specifically provided in this contract, all disputes which may arise under this contract, and which are not disposed of by mutual agreement, shall be decided by a representative of the Commission duly authorized to supervise and administer performance of the work hereunder, who shall reduce his decision to writing and mail a copy thereof to the Contractor at his address shown herein.  Within thirty (30) days from this mailing the Contractor may appeal in writing to the Commission, whose written decision or that of another designated representative or board thereon shall be final and conclusive.  Pending decision of a dispute hereunder the Contractor shall diligently proceed with the performance of the work under this contract.

D 003959

-18-

OFFICIAL USE ONLY

## ARTICLE XV - SUBCONTRACTS

The Contractor shall not subcontract any of the work he is obligated to perform under this contract except as authorized in writing by the Commission.

## ARTICLE XVI - COVENANT AGAINST CONTINGENT FEES

The Contractor warrants that it has not employed any person to solicit or secure this contract upon any agreement for a commission, percentage, brokerage, or contingent fee.  Breach of this warranty shall give the Commission the right to annul the contract, or, in its discretion to deduct from the contract price or consideration the amount of such commission, percentage, brokerage, or contingent fees.  This warranty shall not apply to commissions payable by contractors upon contracts or sales secured or made through bona fide established commercial or selling agencies maintained by the Contractor for the purpose of securing business.

## ARTICLE XVII - OFFICIALS NOT TO BENEFIT

No member of or delegate to Congress or resident commissioner shall be admitted to any share or part of this contract or to any benefit that may arise therefrom, but this provision shall not be construed to extend to this contract if made with a corporation for its general benefit.

## ARTICLE XVIII - ACCIDENT PREVENTION

The Contractor shall take all steps and all precautions to protect health and to minimize danger from all hazards to life and property, and shall make all reports and permit all safety inspections of work being performed under this contract as are or may be provided for in safety regulations entitled "Atomic

D 003960

OFFICIAL USE ONLY

-19-

OFFICIAL USE ONLY

Energy Commission - Safety Regulations", as same may be hereafter revised, (on file in the office of the Commission), or as the Commission may direct persuant thereto.

ARTICLE XIX - INSURANCE

    1.  The Contractor shall procure and thereafter maintain such bonds and insurance in such forms and in such amounts and for such periods of time as the Commission may require or approve in writing and shall require the insuror to give the Commission 30 days written notice of any change in or cancellation of insurance coverage.

    2.  Except as otherwise directed by the Commission where this contract requires the Government to pay or reimburse the premium on a bond or insurance policy, the bond or insurance policy shall contain an endorsement or other recital excluding by appropriate language any claim on the part of the insuror or obligor to be subrogated, on payment of a loss or otherwise, to any claim against the Government.  Such bonds and insurance policies shall contain a provision requiring the Company issuing the bond or policy to give the Commission 30 days written notice prior to cancellation of the bond or policy.

    3.  The Contractor shall give the Commission immediate notice in writing of any suit or action filed against the Contractor arising out of the performance of this contract and of any claim against the Contractor the cost and expense of which are reimbursable under this contract, and the risk of which is then uninsured or in which the amount claimed exceeds the amount of insurance coverage. The Contractor shall furnish immediately to the Commission copies of all pleadings received by the Contractor.  Insofar as the follow-ing shall not conflict with any policy or contract of insurance, and

D 003961

-20-

OFFICIAL USE ONLY

upon request of the Commission, the Contractor shall do any and all things to effect an assignment and subrogation in favor of the Government of all Contractor's rights and claims except against the Government, arising from or growing out of such asserted claims, and, if required by the Commission, shall authorize representatives of the Government to settle and/or defend any such claim and to represent or take charge of any such litigation affecting the Contractor.

ARTICLE XX - ASSIGNMENT OF RIGHTS

No part of this contract and no claim or right arising hereunder may be assigned by the Contractor to third parties without the prior written consent of the Commission.

ARTICLE XXI - SECURITY

1.  The Contractor agrees to conform to all security regulations and requirements of the Commission, including the operation of a contractor guard force.

2.  The Contractor is responsible for the security, including the protection against sabotage, espionage or theft, of all restricted data, other classified matter, and other matter of high monetary or strategic value, made available to him, developed by him, or otherwise in his possession or custody, in connection with this contract, and shall to the best of its ability and in accordance with the published instructions of the Commission initiate and maintain such measures as are necessary for protection and accountability of such matter and information.

D 003962

OFFICIAL USE ONLY

-21-

OFFICIAL USE ONLY

3. The term "restricted data", as used in this Article and in the Atomic Energy Act of 1946, as amended, means all data concerning the manufacture or utilization of atomic weapons, the production of fissionable material or the use of fissionable material in the production of power, but shall not include any data which the Commission from time to time deems may be published without adversely affecting the common defense and security.

4. Except as the Commission may authorize, in accordance with the Atomic Energy Act of 1946, as amended, the Contractor will not permit any individual to have access to restricted data until the Federal Bureau of Investigation shall have made an investigation and report to the Commission on the character, associations and loyalty of such individual and the Commission shall have determined that permitting such person to have access to restricted data will not endanger the common defense or security.

5. Disclosure of information relating to work or services ordered hereunder to any person not entitled to receive it, or failure to safeguard any restricted data or any top secret, secret or confidential matter that may come to the Contractor or any person under the Contractor's control in connection with work under this contract may subject the Contractor, his agents, employees and subcontractors to criminal liability under the laws of the United States. (See the Atomic Energy Act of 1946, as amended.  See also 18 U.S. Code § 791-797, Chapter 645, Public Law No. 772, 80th Congress, 2nd Session, approved June 25, 1948, effective September 1, 1948, as supplemented by Executive Order No. 10104 dated February 1, 1950, 15 F.R. 597.)

D 003963

OFFICIAL USE ONLY

-22-

OFFICIAL USE ONLY

6.  The Contractor shall, during the operation of the facility, do all things, such as building fences, guard shelters and vaults, and installing lighting, communications, and protective equipment, which may be required by the Commission to promote effective compliance with the Commission's security standards.

7.  The Commission may at any time require the Contractor to remove an employee from further participation in the work under the contract, should his continued participation in such work be deemed by the Commission to be prejudicial to the interests of the United States, notwithstanding the fact that security clearance has previously been granted to such employee.

8.  Except as authorized in writing by the Commission, the Contractor will insert in all subcontracts provisions similar to paragraphs 1 through 7 of this Article.

ARTICLE XXII - PATENTS

1.  Whenever any invention or discovery is made or conceived by the Contractor or its employees in the course of any of the work under this contract, the Contractor shall furnish the Commission with complete information thereon; and the Commission shall have the sole power to determine whether or not and where a patent application shall be filed, and to determine the disposition of the title to and rights under any application or patent that may result; provided, however, that in the fields of light metals and chemistry relating to the Contractor's business, including equipment and instrumentation relating thereto, the Contractor in any event shall retain at least a non-exclusive, irrevocable, royalty-free license with the right to issue sub-licenses under such invention, discovery,

D 003964

OFFICIAL USE ONLY

-23-

OFFICIAL USE ONLY

application or patent, such license and sub-licenses being limited to the manufacture, use and sale for purposes other than use in the production or utilization of fissionable material or atomic energy. Subject to the license and sub-licensing rights retained by the Contractor as provided in this paragraph, the judgment of the Commission on these matters shall be accepted as final; and the Contractor, for itself and for its employees agrees that the inventor or inventors will execute all documents and do all things necessary or proper to carry out the judgment of the Commission.

2. No claim for pecuniary award or compensation under the provisions of the Atomic Energy Act of 1946 shall be asserted by the Contractor or its employees with respect to any invention or discovery made or conceived in the course of any of the work under this contract.

3. Except as otherwise authorized in writing by the Commission, the Contractor will obtain patent agreements to effectuate the purposes of paragraphs 1 and 2 of this Article from all persons who perform any part of the work under this contract, except such clerical and manual labor personnel as will not have access to technical data.

4. Except as otherwise authorized in writing by the Commission, the Contractor will insert in all subcontracts made hereunder provisions making this Article applicable to the subcontractor and its employees.

ARTICLE XXIII- ANTI-DISCRIMINATION

1. The Contractor, in performing the work required by this contract, shall not discriminate against any employee or applicant

D 003965

OFFICIAL USE ONLY

-24-

OFFICIAL USE ONLY

for employment because of race, creed, color or national origin.

2. The Contractor agrees that the provisions of paragraph 1 above will be inserted in all of its subcontracts. For the purpose of this Article, a subcontract is defined as any contract entered into by the Contractor with any individual, partnership, association, corporation, estate, or trust, or other business enterprise or other legal entity, for a specific part of the work to be performed in connection with the supplies or services furnished under this contract; provided, however, that a contract for the furnishing of standard of commercial articles or raw materials shall not be considered as a subcontract.

ARTICLE XXIV - EIGHT-HOUR LAW

No laborer or mechanic doing any part of the work contemplated by this contract, in the employ of the Contractor or any subcontractor contracting for any part of said work contemplated, shall be required or permitted to work more than eight hours in any one calendar day upon such work at the site thereof, except upon the condition that compensation is paid to such laborer or mechanic in accordance with the provisions of this Article. The wages of every laborer and mechanic employed by the Contractor or any subcontractor engaged in the performance of this contract shall be computed on a basic day rate of eight hours per day and work in excess of eight hours per day is permitted only upon the condition that every such laborer and mechanic shall be compensated for all hours worked in excess of eight hours per day at not less than one and one-half times the basic rate of pay. For each violation of the requirements of this Article a penalty of five dollars shall be imposed upon the Contractor for

D 003966

OFFICIAL USE ONLY

-25-

OFFICIAL USE ONLY

each laborer or mechanic for every calendar day in which such employee is required or permitted to labor more than eight hours upon said work without receiving compensation computed in accordance with this Article, and all penalties thus imposed shall be withheld for the use and benefit of the Government:  PROVIDED, that this stipulation shall be subject in all respects to the exceptions and provisions of U.S. Code, Title 40, sections 321, 324, 325, 325a, and 326, relating to hours of labor and compensation for overtime.

ARTICLE XXV - CONVICT LABOR

The Contractor shall not employ any person undergoing sentence of imprisonment at hard labor.

ARTICLE XXVI - PUBLICITY

The Contractor, its officers, employees and agents, shall not, without obtaining the prior written approval of the Commission, supply, furnish and/or disclose any specifications, maps, drawings, photographs or any information whatsoever concerning the project or projects and/or work performed or to be performed under this contract for the purpose of having such matter or information published in any form, in books, magazines and/or newspapers, press or radio releases or by any other means.

ARTICLE XXVII - TRANSFER OF CONTRACT

Should the Contractor find it advisable or expedient to transfer this contract, including all its rights and obligations thereunder to a subsidiary of the Contractor, the Contractor will provide a notice to the Commission in writing at least 30 days prior to such transfer and further agrees to supply to the Commission such documents as the Commission may request in connection with this transfer.

D 003967

-26-

OFFICIAL USE ONLY

Prior to such a contract transfer, the Contractor and the Commission will enter into an agreement setting forth the extent of responsibility which the Contractor will continue to have for the project work.  After such agreement has been executed and the transfer accomplished, the Contractor will be released from further obligations and liabilities under this contract.

ARTICLE XXVIII - WALSH-HEALEY ACT

To the extent required by law, the representations and stipulations required by Section 1 of the Act of June 30, 1936 (Public Law No. 846, 74th Congress) to be included in all contracts therein specified hereby are incorporated and made a part of this contract with the same force and effect as if fully set forth herein.

ARTICLE XXIX - DEFINITIONS

As used in this contract the terms "Atomic Energy Commission", and "Commission" shall mean the United States Atomic Energy Commission or its duly authorized representative or representatives.

IN WITNESS WHEREOF, the parties hereto have executed this contract as of the day and year first above written.

THE UNITED STATES OF AMERICA

BY   THE ATOMIC ENERGY COMMISSION

BY   _____
                    Contracting Officer

WITNESSES:

THE DOW CHEMICAL COMPANY

BY   _____

TITLE _____

D 003968

OFFICIAL USE ONLY

-27-

OFFICIAL USE ONLY

CORPORATE CERTIFICATE

    I, __R. B. Bennett_____, certify that I am the
__assistant_____ secretary of the corporation named as Con-
tractor herein; that __Mark E. Putnam_____, who signed
this contract on behalf of the Contractor, was then __Vice President
& General Manager__ of said corporation; that said contract was duly
signed for and in behalf of said corporation by authority of its
governing body, and is within the scope of its corporate powers.

CORPORATE SEAL

D 003969

-28-

OFFICIAL USE ONLY


Interim Appendix A

Pending the development of formal Appendix A to Contract AT-(29-1)-1106 the Company will be reimbursed for wages and salaries, and fringe benefits, travel, transportation and living expenses incurred by employees assigned to this work so long as the expenses are in accordance with approved policies for employees at the Midland, Michigan Plant.

D 003970

OFFICIAL USE ONLY