# Judge Orders Cop Freed

Story in Column 8

THE VOICE OF THE ROCKY MOUNTAIN EMPIRE

## THE DENVER POST

HOME EDITION

5 CENTS  44 PAGES

VOL. 59 NO. 233  DENVER, COLO.—Climate Capital of the World  FRIDAY, MARCH 23, 1951

—IN TODAY'S POST—

| | | | |
|---|---|---|---|
| Classified | 36-43 | Markets | 35 |
| Comics | | Radio Log | 17 |
| Crossword Puzzle | | Rocky Mountain Empire News | 44 |
| Denver News | 2-38 | Society | 25 |
| Domestic News | 13-14 | Sports | 30-32 |
| Editorials | 16 | Uncle Ray's Corner | 23 |
| Entertainment, Theaters | 20-22 | Vital Statistics | 36 |
| Foreign News | 4-5 | Washington News | 10-11 |
| | | Weather (4p) | 18 |
| Hessie and Tessie | | Women's Pages | 24-26 |
| Jane Sterling | | | |

## THERE'S GOOD NEWS TODAY

# U.S. TO BUILD $45 MILLION A-PLANT NEAR DENVER

*Paratroopers Fill the Sky in Surprise Attack on the Reds*

## Work to Start In April on Site North of Arvada

By BARNET NOVER
Chief of Post Washington Bureau.

WASHINGTON, March 23.—A supersecret production plant of the atomic energy commission costing $45 million, will be built on Denver's outskirts with construction starting in April, the AEC announced Friday.

PLAINTIFFS' EXHIBIT P-1091 90-CV-181