IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  November 7, 2005                          Reporter: Janet Coppock
                                                 Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                            Merrill Davidoff
                                                 Louise Roselle
Plaintiffs,                                      Peter Nordberg
                                                 Gary Blum
v.

ROCKWELL INTERNATIONAL CORPORATION               David Bernick
and THE DOW CHEMICAL COMPANY,                    Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Twenty**

**8:58 a.m.    Court in session.**

Jury not present.

Discussion regarding witness, trial schedule and Christmas holiday.

Argument by counsel regarding defendants' oral motion for mistrial.

**ORDERED:  Defendants' oral motion for mistrial is denied.**

Court's ruling on the testimony of Dr. Biggs.

**ORDERED:  Motion in Limine to Limit the Testimony of Dr. W. Gale Biggs (Doc. No. 1594), filed November 6, 2005, is granted in part and denied in part.**

**9:30 a.m.    Court in recess.**
**10:06 a.m.   Court in session.**

Jury present.

10:08 a.m.   Plaintiffs' witness, Stewart Paul Slovic, sworn.

Direct examination of Dr. Slovic by Ms. Roselle.

**Exhibits received:  P-1045, P-1123, P-1354, P-1355, P-1353**

11:53 a.m.   Jury excused.

Discussion regarding trial schedule.

**11:59 a.m.   Court in recess.**
**1:04 p.m.    Court in session.**

Jury present.

1:05 p.m.   Cross examination of Dr. Slovic by Mr. Bernick.

2:32 p.m.   Redirect examination of Dr. Slovic by Ms. Roselle.

**2:55 p.m.   Court in recess.**
**3:10 p.m.   Court in session.**

Plaintiffs' witness, James Flynn, sworn.

3:11 p.m.   Direct examination of Dr. Flynn by Ms. Roselle.

**Exhibits rejected:  P-661, P-1366**

**Exhibits received: P1044, P-1358, P-1359, P-1362, P-1363, P-1367, P-1357, G-699, G-700, G-677, G-678, G-679, G-681, G-682, G-683, G-685, G-686, G-689**

4:44 p.m.   Jury excused.

Discussion regarding exhibits.

**4:45 p.m.   Court in recess.**

Time in court - 5:51.  Trial continued.

2