*E92-074*

# FINAL

## HISTORICAL RELEASE REPORT
### FOR THE ROCKY FLATS PLANT

U.S. DEPARTMENT OF ENERGY
Rocky Flats Plant
Golden, Colorado

ENVIRONMENTAL RESTORATION PROGRAM



RECEIVED
FEB 26 1993

JUNE 1992

Volume I -- Text



PLAINTIFFS'
EXHIBIT
P-1279
90-CV-181

## EXECUTIVE SUMMARY

This document presents the Historical Release Report (HRR) for the U.S. Department of Energy's Rocky Flats Plant (RFP). The HRR is a requirement of the Interagency Agreement (IAG) between the U.S. Environmental Protection Agency, the Colorado Department of Health, and the U.S. Department of Energy.

The purpose of the HRR is to provide information on existing and potentially new Individual Hazardous Substance Sites (IHSSs) at RFP. The scope of the HRR is derived from the IAG, which stipulates that the HRR will provide "...a complete listing of all spills, releases and/or incidents involving hazardous substances occurring since the inception of the Rocky Flats Plant..." The HRR project was structured to provide a reasonable and diligent effort towards meeting this goal, focusing upon: 1) incidental releases that took place outdoors or had an immediate impact on the out-of-building environment; and, 2) waste management practices that have been discontinued due to environmental concerns. In addition, the HRR addresses the potential cumulative effects of inside-building releases on the environment beneath the buildings, and discusses known and potential environmental impacts outside the RFP boundaries (off-site releases) due to RFP activities.

The HRR technical approach was designed to maximize the amount of information which could be compiled within the IAG schedule for the HRR. The project was divided into the following sequence of tasks:

- Personnel Training and Indoctrination: Project personnel were familiarized with RFP historical operations, past environmental studies, and sources of information. This training was provided by project personnel familiar with the RFP and review of key background documents.

- Background Research: Key groups and personnel that have had responsibilities pertaining to environmental releases through RFP history were identified. Relevant information was compiled from documents that contain previous inventories of RFP release sites to serve as a foundation for the HRR.

- File Review: The primary source of information for the HRR was records held in various RFP file repositories. These repositories were identified both prior to and during the course of the project. Because the files held in these repositories were far too voluminous to allow timely review of each file, available indexing records were used to select groups of files most likely to contain information relevant to the HRR. These groups of files were then reviewed in detail, and pertinent documents were copied and assembled into a project file. Documents were obtained through the EG&G Rocky Flats, Inc., Legal Department, which retained a copy of each requested document. In order to more readily