### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  November 8, 2005                           Reporter: Janet Coppock
                                                  Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
|  | Louise Roselle |
| Plaintiffs, | Peter Nordberg |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Twenty-One**

**8:54 a.m.     Court in session.**

Jury not present.

Discussion regarding exhibits.

Discussion regarding Samuel Cassidy.

9:01 a.m.     Jury present.

Continued direct examination of Dr. Flynn by Ms. Roselle.

**10:10 a.m.    Court in recess.**
**10:30 a.m.    Court in session.**

Jury not present.

Discussion regarding Dr. Flynn.  Court asks that Dr. Flynn be seen by a doctor.

Discussion regarding objections to Cassidy exhibits.

Court takes judicial notice of the map of Jefferson county.

    **Exhibits rejected: P-240, P-1376, P-1377**

**ORDERED:** Defendants' Objections and Renewed Motion to Strike Portions of Lipsky Testimony (Doc. No. 1573), filed November 1, 2005, is denied.

**ORDERED:** Motion to Read a Limiting Instruction Regarding the Testimony of Dr. S. Paul Slovic (Doc. No. 1595), filed November 6, 2005, is denied.

**10:45 a.m.**   Court in recess.
**10:55 a.m.**   Court in session.

Jury not present.

Discussion regarding the United States' Statement of Interest and Motion for Protective Order (Doc. No. 1603) filed on November 7, 2005.

11:07 a.m.   Jury present.

Plaintiffs' witness, Sam Cassidy, sworn.

11:08 a.m.   Direct examination of Mr. Cassidy by Mr. Davidoff.

**11:58 p.m.**   Court in recess.
**1:08 p.m.**   Court in recess.

Discussion regarding price issue.

**ORDERED:** Defendants' Motion for Admission of Exhibits (Doc. No. 1586) is granted in part and denied in part.

    **Exhibits received:** DX-104, DX-331, DX-361, DX-368, DX-369, DX-372, DX-375, DX-376, DX-417, DX-418, DX-443, DX-444, DX-215, DX-285, DX-327, DX-350, DX-371, DX-373, DX-374, DX-398, DX-404, DX-442, DX-500, DX-506, DX-507, DX-508, DX-535, DX-537, DX-540, DX-1133, DX-1137, DX-1138, DX-1152, DX-1159, DX-1161, DX-1167, DX-1170, DX-1173, DX-1174, DX-1175, DX-1176, DX-174, DX-343, DX-344, DX-348, DX-351, DX-358, DX-359, DX-360, DX-403, DX-DX-405 through DX-412, DX-419, DX-

420, DX-437, DX-441, DX-445, DX-536

**Exhibits rejected:** DX-328, DX-330, DX-390, DX-399

**ORDERED:** Defendants' Motion in Limine to Exclude Evidence of Lorren Babb's Emotional Distress (Doc. No. 1526), filed October 20, 2005, is resolved as set forth on the record.

Jury present.

1:31 p.m.    Continued direct examination of Mr. Cassidy by Mr. Davidoff.

1:50 p.m.    Cross examination fo Mr. Cassidy by Mr. Bernick.

**Exhibits received: DX-1289, DX-589, DX-600, DX-586, DX-1290**

2:50 p.m.    Redirect examination of Mr. Cassidy by Mr. Davidoff

**3:12 p.m.    Court in recess.**
**3:34 p.m.    Court in session.**

Jury present.

3:36 p.m.    Continued redirect examination of Mr. Cassidy by Mr. Davidoff.

Plaintiffs' witness, Walter G. Biggs, sworn.

3:46 p.m.    Direct examination of Dr. Biggs by Ms. Roselle.

**Exhibit received:    P-1329, P-1331, P-1335, P-1326**

4:43 p.m.    Jury excused.

Discussion regarding trial schedule, time for examination, deposition designations, and order of witnesses.

**5:00 p.m.    Court in recess.**

Time in court - 6:04.  Trial continued.