# Exhibit A

GRETCHEN ROBB, MAY 11, 2004

1

```
 1  27636AKW
 2  IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
 3
 4  Civil Action No. 90-K-181
 5
 6  MERILYN COOK, et al.,
 7  Plaintiffs,
 8  vs.
 9  ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
    COMPANY,
10
    Defendants.
11
12
13            DEPOSITION OF GRETCHEN ROBB
14                  May 11, 2004
15  Pursuant to Subpoena taken on behalf of the Defendants at
    633 17th Street, 24th Floor, Suite 2, Denver, Colorado
16  80202, at 9:02 a.m., before Kelli J. Wessels, Professional
    Court Reporter and Notary Public within Colorado.
17
18
19
20
21
22
23
24                                          ORIGINAL
25
```

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX 312.704.4950

1  did not know where Rocky Flats was.  I did not realize I
2  had moved by Rocky Flats.  I did not know what Rocky Flats
3  was.
4        Then as time went by my husband wanted us to move
5  because of all the scare over Rocky Flats.  My daughter was
6  at a critical age, and I did not want to move her out of
7  grade school.  I was -- it caused a lot of strife.
8        And one night my husband and I were watching TV
9  and there was a big documentary on the percentage of people
10 that have died of cancer in that area compared to other
11 areas.
12       It was pretty grim.  It was very grim.  And my
13 husband and I had a really big battle after that.  And he
14 proceeded to move out sometime after that.  I can't
15 remember exactly.
16    Q.  Do you remember the name of the documentary or
17 what show it was on, what channel it was on?
18    A.  I have tried to remember.  It was -- I know it was
19 on later in the evening, you know, like 8-ish, 9-ish.  At
20 that time I didn't tape things.
21    Q.  Do you remember if it was a national show or a
22 local news show?
23    A.  I believe it was a national show, because that was
24 what was kind of -- sticks in my mind as being kind of,
25 whoa, here I live here and I didn't even know I lived that