# Exhibit 1



# Dark Circle

The Bush Regime's support of the nuclear power industry and its enthusiasm for battlefield nuclear weapons make this classic film a must-see. Winner of the Grand Prize at the Sundance Film Festival, recipient of a national Emmy Award for "Outstanding Individual Achievement in News & Documentary," Dark Circle follows the trail of plutonium from the Rocky Flats Nuclear Weapons facility in Colorado, to the Diablo Canyon Nuclear Power Plant in California, to Hiroshima and Nagasaki in Japan. Plutonium, the most toxic substance in the world, links these locations and the people whose lives are irrevocably changed by it.

83 minutes, 16mm color, first released: 1983; revised: 1991.

Produced and Directed by Judy Irving, Chris Beaver, and Ruth Landy

"Four stars...completely riveting."--Roger Ebert

"You owe it to yourself to see this chilling documentary. A much needed warning sign on a very dangerous road. Rated: A."--People Magazine

"Recommended"--Science Books and Films

Awards:

1990 National Emmy Award
Academy Awards Certificate of Merit
Grand Prize, Non-Fiction, U.S. Film & Video Festival (now "Sundance")

You can order this film through the Video Project. Call 800-475-2638 or go to their web site.

