```
                                                                1
 1  CONFIDENTIAL:  SUBJECT TO THE ORDER CONCERNING DOE
    CLASSIFICATION GUIDES, ENTERED JANUARY 7, 1997; AND
 2  THE STIPULATION, ENTERED APRIL 11, 1997, RELATING TO
    GUIDE MATERIAL.
 3

 4              IN THE UNITED STATES DISTRICT COURT

 5                 FOR THE DISTRICT OF COLORADO

 6
    Civil Action No. 90-K-181
 7

 8  MERILYN COOK, et al.,

 9  Plaintiffs.

10  vs.

11  ROCKWELL INTERNATIONAL CORPORATION,
    et al.,
12
    Defendants.
13
    ------------------------------------------------------
14
    DEPOSITION OF RODNEY HOFFMAN - VOLUME I
15  June 16, 1997

16  ------------------------------------------------------

17                              Deposition location:
                                1801 York Street
18                              Denver, Colorado

19  APPEARANCES:

20
            DAVID F. SORENSEN, Esq.,
21          BERGER & MONTAGUE, P.C.
            1622 Locust Street
22          Philadelphia, Pennsylvania  19103

23              For the Plaintiffs.

24

25

        AVERY/WOODS REPORTING SERVICE, INC.   (303) 825-6119
```

83

```
 1          Q.   Now in your judgment as the
 2   classification officer for Rocky Flats, was DOE-- in
 3   producing the MUF documents pursuant to the contempt
 4   order, was DOE obligated to release all information
 5   in the MUF documents unless the information if
 6   released would harm or threaten national security?
 7   Withdraw the question.
 8               In producing the MUF documents to the
 9   plaintiffs, can you think of a reason, other than a
10   threat to national security, that would justify the
11   deletion of information from the MUF documents?
12          A.   No.
13          Q.   In making the determination of whether
14   information that was deleted from the MUF documents
15   produced to the plaintiffs, in making a determination
16   whether that information should or should not be
17   deleted, in your judgment as the classification
18   officer at Rocky Flats, was DOE obligated to have a
19   rational, objective basis for those deletions based
20   upon national security?
21          A.   Information was deleted on the basis of
22   whether it was classified or not.
23          Q.   That wasn't my question.  I'll go on to
24   something else for right now.
25               Am I correct in thinking that in
```