

06-29 '94 12:42 ID:doe oc hq 301-903-6133 FAX: PAGE 2

1/19/95
EXHIBIT
P-170

~~This document consists of 32 pages. No. 1 of 3 copies, series B.~~

CD64-130

STUDY OF UNACCOUNTED FOR PLUTONIUM LOSSES (U)

(Deleted Version)

This document consists of 32 pages

by

L. L. Zodtner

R. F. Rogers

January 6, 1964

DEPARTMENT OF ENERGY DECLASSIFICATION REVIEW
1ST REVIEW - DATE: 6/27/94
2ND REVIEW - DATE:
DETERMINATION (CIRCLE NUMBER(S)): 1. CLASSIFICATION RETAINED; 2. CLASSIFICATION CHANGED TO: U; 3. CONTAINS NO DOE CLASSIFIED INFO; 4. COORDINATE WITH; 5. CLASSIFICATION CANCELLED; 6. CLASSIFIED INFO BRACKETED; 7. OTHER (SPECIFY): With Deletions

Distribution:

| | | |
|---|---|---|
| 1A | L. M. Joshel | - Dow, Golden |
| 2A | L. M. Joshel | - Dow, Golden |
| 3A | L. M. Joshel | - Dow, Golden |
| 4A | L. M. Joshel | - Dow, Golden |
| 5A | L. M. Joshel | - Dow, Golden |
| 6A | Luther Evans | - Dow, Golden |
| 7A | Seth R. Woodruff, Jr. | - AEC, Golden |
| 8A | M. E. MacKay<br>Thru: Seth R. Woodruff, Jr. | - AEC, Albuquerque |
| 9A | J. O. Epp | - Dow, Golden |
| 10A | J. O. Epp | - Dow, Golden |
| 11A | R. R. Harrison<br>Attn: L. D. Hazelton | - Dow, Golden |
| 12A | D. C. Heberlein | - Dow, Golden |
| 13A | B. L. Kelchner | - Dow, Golden |
| 14A | L. A. Matheson | - Dow, Golden |
| 15A | W. M. Wright | - Dow, Golden |
| 16A | R. F. Rogers | - Dow, Golden |
| 17A | L. L. Zodtner | - Dow, Golden |
| 18A | L. L. Zodtner | - Dow, Golden |
| 19A | L. L. Zodtner | - Dow, Golden |
| 20A | L. L. Zodtner | - Dow, Golden |

- 1 -

PLAINTIFFS' EXHIBIT P-10 90-CV-181

TABLE OF CONTENTS

| | | Page |
|---|---|---|
| 1.0 | INTRODUCTION | 4 |
| 2.0 | INVESTIGATIONS CONDUCTED | 4 |
| 2.1 | Receipts<br>Accountability Data<br>Received Weights<br>Balance and Weight Certification<br>Loss Due to Oxide on Thin Wall Parts<br>Button SS Factor Bias<br>Nitrate Feed<br>Analytical Integrity | 4 |
| 2.2 | Removals<br>Verfication of Shipping Weights<br>SS Factor Reliability<br>Removal Types<br>Measured Discard | 6 |
| 2.3 | Material Balance | 7 |
| 2.4 | Radioactive Decay | 7 |
| 2.5 | Fire Loss - Building 71 | 8 |
| 2.6 | Ventilation Systems<br>Areas Investigated<br>Stack Loss<br>Final Filter Holdup - Building 71 and 76<br>Prefilter and Duct Holdup - Building 76<br>Prefilter and Duct Holdup - Building 71<br>Filters Burned | 8 |
| 2.7 | Solid Waste Disposal<br>Waste Types and Amounts Disposed<br>Dry Box Waste Types<br>Miscellaneous Dry Box Wastes - Building 71<br>Dry Box Waste Disposal Procedures - Building 76<br>Dry Box Waste Disposal Procedure - Building 76<br>Establishment of Radiographic Procedure - Building 76<br>Dry Box Waste Handling Improvements - Building 76<br>Miscellaneous Dry Box Wastes - Building 76<br>Washable Wastes - Building 76<br>Graphite Wastes - Building 76<br>Boxed Waste | 10 |
| 3.0 | SUMMARY AND CONCLUSIONS | 11 |
| 4.0 | RECOMMENDATIONS | 13 |

1001-2



SECRET

| | | Page |
|---|---|---|
| TABLE I | - Summary Of Plutonium Receipts | 15 |
| TABLE II | - Spot Check Weighing Data For Nickel Coated WR Returned Pieces In Grams | 16 |
| TABLE III | - Bias Loss Resulting By Not Excluding 500 P.P.M. (0.05%) In Determining SS Weight Factor | 17 |
| TABLE IV | - Summary Of Plutonium Shipments And Removals | 18 |
| TABLE V | - Thin Wall Parts Weight Check Comparison Of Fabrication Weights Versus Assembly Weights | 19 |
| TABLE VI | - Check Weights Of Unoxidized WR Returns | 20 |
| TABLE VII | - Spot Check Comparison Of Chemical Assay And Monthly Average SS Factors | 21 |
| TABLE VIII | - Summary Of Plutonium Accountability | 22 |
| TABLE IX | - Summary Of Plutonium Lost By Radioactive Decay | 23 |
| TABLE X | - Plutonium Lost Through Ventilation Stack Release | 24 |
| TABLE XI | - Filters Shipped Off-Site And Estimated Plutonium Content | 25 |
| TABLE XII | - Drums And Boxes Of Waste Shipped Off-Site For Burial From Building 71 | 26 |
| TABLE XIII | - Drums And Boxes Of Waste Shipped Off-Site For Burial From Building 76 | 27 |
| TABLE XIV | - Plutonium Content In Graphite Molds | 28 |
| TABLE XV | - Summary Of MUF For Fabrication And Chemical Processing Areas | 29 |
| TABLE XVI | - Summary Of | 30 |
| FIGURE I | - Radioactive Decay Of WR Grade Plutonium | 31 |
| FIGURE II | Four Quarter Running Total Of MUF<br>Four Quarter Running Total<br>Relationship Of MUF To | 32 |

SECRET

120

# A STUDY OF UNACCOUNTED FOR PLUTONIUM LOSSES

## 1.0 Introduction:

The plutonium losses experienced during the entire history of the Rocky Flats Plant have been significant. These losses have never been explained or properly justified and this study was conducted to determine their source and causes. From available data, several possible causes of these losses were determined.

## 2.0 Investigations Conducted:

The plutonium operations at Rocky Flats have been continually plagued with material unaccounted for (MUF). These losses have occurred almost every month, and exhibit large variations which may possibly have been due to inventory errors.

In order to get a better understanding of the accountability and process handling of plutonium, the history was reviewed from the very start of operations to June 30, 1963. The accountability procedures, the processing, and the handling of residues were reviewed.

### 2.1 Receipts:

The first plutonium received at Rocky Flats was in March, 1952. Starting with this first plutonium receipt, all plutonium received at Rocky Flats is tabulated by quarters in Table I. This tabulation also shows the source or supplier of material received. The weights tabulated in this table were taken from Accountability records.

The received weight of plutonium is determined by the receiver, and it is this weight that is reflected in Table I. The weighing procedures used and the check weight system were reviewed and found to be accurate.

The Mass Standards Laboratory history indicates that the balances used for receiving material were maintained with a high degree of reliability. The accuracy of these receiver weights is further confirmed by the fact that receiver weights almost always checked with the shipper weights. The weight of feed material received from WR returns is taken at the original weight of the part when delivered to Assembly. In the case of capsule type (nickel coated) parts, this return weight is quite accurate since there is no corrosion or chipping of the plutonium. A series of check weighings of nickel coated parts confirmed that the recorded shipping weight and the weight as returned are in agreement. This is verified by the data tabulated in Table II.

L-001-

The uncosted thin wall piece parts are also returned from WR at the weight originally delivered to Assembly. During the period prior to good humidity control in the Assembly area, these uncoated parts became somewhat oxidized. During disassembly of these units, much of the oxidized plutonium was scuffed and wiped off the part and much of it was lost with wiping tissue and other disassembly residues. The piece part which was returned at the originally recorded weight actually weighed less, but it was accepted with a routine procedural loss. The amount of this loss has never been recorded or accounted for, but people familiar with the problem estimate that this loss could be as much as five to ten kgs. per year. This condition existed for about four years, so the total loss could be as much as 40 kgs.

All button feed material received at Rocky Flats is sampled on a 100% or approved statistical basis. These samples are sent to the Analytical Laboratory for analysis to be used in the determination of SS weights. The SS weight of button feed material is determined indirectly by subtracting impurities (as determined by emission spectrographic methods) from 100%. This method of determining the SS factor is biased on the high side since the emission spectrographic analysis does not include approximately 500 parts per million (0.05%) of non-metallic impurities. This bias could result in an overcharge of plutonium which would in turn contribute to the MUF. Since the start of operations, this bias would result in an apparent loss (or MUF) of _ of material. A yearly summary of these SS weight losses is shown in Table III.

During the years 1953 through 1955 some of the feed was received in the form of nitrate solution. These solutions were difficult to sample and analyze and consequently there were some wide differences between shipper and receiver. However, this shipper-receiver difference should not affect the unaccounted for plutonium at Rocky Flats, since the SS weight considered as received at Rocky Flats was that weight determined by Rocky Flats weight and analysis.

The data supplied by the Analytical Laboratories which is used in determining the SS weights of materials received and shipped are accurate. The laboratories have always maintained an internal analytical standards checking system. Also, the laboratory has maintained a sample and analytical exchange system with Savannah River, Hanford and Los Alamos. The results of the internal standard check system and the exchange program have been consistently good through the years. With this historical background, the analytical results have to be accepted as essentially correct, although there may be a small bias as indicated above.



2.2 Removals:

Shipments of finished WR parts and pieces for special orders have always been under good control and the weight figures as tabulated in Table IV are within the required accuracy for good accountability. The fact that the weighing techniques were correct and that the balances were maintained to reproduce accurately is substantiated in the logs of the Mass Standards Laboratory. Further, the accuracy of the balances used is substantiated by a history of check weighing. This check was done on pieces that had been previously weighed on other approved balances both at Rocky Flats and other sites. A spot check of the material transfer weights between Fabrication and Assembly was made to verify weight agreement. The results of this check are summarized in Table V. To further check the accuracy of the accountability weights of shipments, unoxidized WR returns were weighed and these weights compared with the original shipping weights. In addition to checking weights, some of these WR return parts were sampled, analyzed and SS weights compared. Some of these weights and comparisons are recorded in Table VI.

The accountability weight of SS material shipped is determined by a statistical monthly average factor based on chemical assay of representative piece part samples. The reliability of monthly average factors was checked for both the alpha and delta streams and found to be reliable. The data for the checking of these monthly average factors are shown in Table VII. The analytical reliability of the analysis for establishing these monthly factors is substantiated by the same information and laboratory certification as previously stated.

The only officially recorded removal of plutonium from the processing stream at Rocky Flats is through WR scheduled shipments, approved special orders, or authorized measured discards. The removals by WR schedule and special orders are quite accurate and needs no comment in addition to the previous paragraph. The removals through measured discard are almost entirely in the form of liquid waste transferred to Building 74, where the waste is prepared for disposal. All removals are summarized in Table IV.

Measured discards are taken when the measured and assayed liquid wastes are transferred to Building 74. The measuring and sampling of these wastes is a difficult problem, and the record shows that the credit taken for measured discards has been inadequate. The fact that more plutonium was discarded in these wastes than credit was taken is substantiated by the fact that sludges accumulated during waste treatment in Building 74 have shown a plutonium content of over twice the weight taken as measured discard. This means that probably a minimum of 39 kgs. of plutonium has been discarded via this route without credit, thereby increasing the MUF accordingly.





1001-



2.3 Material Balance:

The receipts, shipments and removals through measured discard and material unaccounted for, are documented in Accountability records. A summary of these records is tabulated in Table VIII. Using totals from this Table, the plutonium balance at Rocky Flats from the beginning of operations to June 30, 1963 is as follows:

| | | kgs. |
|---|---|---|
| Plutonium Received | | |
| Removals: | | |
| Shipments | | |
| Measured Discards | 39.2 | |
| Ending Inventory, June 30, 1963 | | |
| Material Unaccounted For (MUF) | | 663.5 kgs. |

In the following paragraphs, we will discuss factors that may have caused this loss.

2.4 Radioactive Decay:

Natural radioactive decay accounts for substantial loss of plutonium. This natural phenomena is generally overlooked and is not considered as significant in the monthly MUF calculations. However, when we are considering the total weight of plutonium that has been handled at Rocky Flats over a period of twelve years, and the amount of plutonium held in stockpile items during this period, the amount of decay becomes significant. The decay in the stockpile must be considered, since Rocky Flats receives pieces back for reprocessing at the same weight at which they were shipped some years before.

The average process isotopic composition was estimated to be 94.5% $Pu^{239}$, 5.0% $Pu^{240}$, and 0.5% $Pu^{241}$. The decay loss of each isotope was calculated and plotted as a function of time, and the resulting curves are shown in Figure I. The loss attributable to spontaneous fission was assumed negligible.

Losses were considered for two areas where large quantities of plutonium are accumulated. The first is an in-process loss which occurs while the material is being stored, fabricated, recycled, etc. The average retention time in the process line was estimated to be about seven months which is based on an estimated average in-process inventory to shipment ratio. The second loss is an in-stockpile storage loss, which is absorbed by Rocky Flats when stockpile parts are returned as feed. This loss arises from the accountability practice which charges Rocky Flats with the original shipped SS weight when the part is returned. The average time for WR parts held in stockpile before return was estimated to be three years. The yearly decay losses are summarized in Table IX.

The total estimated loss through decay which would affect Rocky Flats MUF amounts to

1001-

2.5 Fire Loss - Building 71:

The Building 71 fire which occurred on September 11, 1957 resulted in a plutonium loss as set forth below:

| | | |
|---|---|---|
| Inventory in Room 180 before Fire | | 62,515 grams |
| Undamaged Items Removed | 29,857 | |
| Recovery Through Processing | 24,356 | |
| Measured Discard | 2,315 | |
| Total Recovered | | 56,528 |
| Fire Loss | | 5,987 grams |

This gives a contribution to MUF of 6.0 kgs.

2.6 Ventilation Systems:

The ventilation systems in the plutonium processing areas circulate and discharge large volumes of air which are potential contributors to MUF. The ventilation system was studied and reviewed for quantities of material discharged, uninventoried plutonium that might be held up in the system, and quantities of plutonium that may have been sent to burial with filters.

The plutonium loss with the air through the ventilation system is well accounted for through continual Health Physics monitoring and measurements. Using this Health Physics data, the annual plutonium released were calculated and these amounts are summarized in Table X. The total amount of plutonium lost via stack release was only 0.44 grams during the entire period of operation at Rocky Flats. This quantity of material is negligible as far as MUF is concerned.

The ventilation system in the plutonium areas can be considered in two sections, first the section from the booster system through the final filter plenum and stack, and second, the section from the processing dry boxes to the prefilters or booster system. The section from the prefilters to the final filters and stack has a low contamination range, and the holdup in this portion of the system is negligible except for the final filters themselves.

In the case of Building 76 final filters, the plutonium accumulation is negligible as indicated by radiation counting methods. The final filters in Building 71 accumulate more plutonium and radiation counting indicates that the quantities build up to approximately two grams per filter. The average accumulation over the life of the final filter bank is about 0.6 kg. When the filters are removed, the material on these filters should either be recovered or taken as a measured discard.

The booster system prefilters and the duct system between the booster system to the processing dry boxes contain substantial quantities of plutonium in both Buildings 76 and 71.



SECRET

The first and second stage prefilters of the booster system in Building 76 generally load to approximately 50 grams per filter as determined by radiation counting. There are about 44 filters exposed to this loading, and when totally loaded, the average plutonium tie-up in Building 76 prefilters over the life of the filters is about 2.2 kgs. and the material should be accounted for when the filters are removed. The Building 76 ventilation duct work between the booster system and processing dry boxes contain negligible amounts of plutonium.

The first and second stage prefilters of the booster system in Building 71 become very highly contaminated with plutonium. The loading of these filters has been determined to average 300 grams per filter. A determination of plutonium content on these filters was made by burning a full set of booster filters, accumulating the ash, and assaying the ash for total quantity of plutonium. There are about 40 filters exposed to this high loading in Building 71 so the inventory tie-up, when fully loaded, would be about 12 kgs.; however, the average loading over the life of the filters would be about six kgs. The amount of material on these filters should follow Accountability procedures when they are removed.

The Building 71 ventilation duct system between the booster prefilters and the processing dry boxes were also evaluated. The plutonium content of these ducts was determined by duct sampling and radiation counting. With data from this sampling and a complete duct survey, the plutonium holdup in the duct system was estimated at 1.2 kgs.

The total holdup in the Building 71 booster systems and associated ducts therefore amounts to about 7.2 kgs.

Almost all filters from the final filter bank and from the booster prefilters from both Buildings 71 and 76 have in the past been sent off-site for burial. The number of final filters and the number of prefilters shipped off the plant site are summarized in Table XI with the corresponding estimated amount of plutonium that was on these filters. In making the calculation for the amount of plutonium on the final filters from Building 71, two grams per filter was used. In the case of the prefilters, the loading figure used was 200 grams per filter for those shipped from Building 71 and 25 grams per filter for those shipped from Building 76. These estimates were lowered to compensate for filters that were removed before full loading because of filter damage or premature plugging due to foreign material. The total plutonium discarded with final filters is estimated at 5.0 kgs. and the amount discarded with the booster prefilters amounts to 123.9 kgs. The total amount of plutonium sent to burial with all filters is estimated to be 128.9 kgs. There has never been a measured discard taken for plutonium on these filters.

SECRET

Laa!



2.7 Solid Waste Disposal:

Over 2,600 tons of contaminated waste have been shipped to Arco for burial over the past ten years. Building wastes generated outside the drybox lines accounts for about 70% of this disposal. This category of waste is in general only slightly contaminated and should have no influence on the MUF. The main contributor to plutonium loss are those wastes which are generated inside the dry box and processing lines. These wastes represent approximately 15% of the total waste stream. The remaining 15% of the waste consists of obsolete equipment and bulky contaminated items which are disposed in large wooden boxes. A tabulation of all drums and boxes of waste shipped off-site for burial is shown in Tables XII and XIII. Table XII is the summary for Building 71 waste and Table XIII is the summary for Building 76 waste.

In Building 71, the combustibles (paper, rags, etc.) and washables (plastic and some rubber gloves) have been saved for future processing. Items such as scrap iron, broken glass and heavy rubber gloves were discarded as general dry box residues; however, much of these types of residues are now being processed or saved. On the basis of current experience, the amount of plutonium tied up in this type of material could be conservatively estimated at 20 grams per drum. The number of drums of this residue shipped for burial amounts to a total of 900 as shown in Table XII. On the basis of 20 grams per drum, 18 kgs. of plutonium were discarded.

Discard values or levels for solid waste material shipped off-site have never been established. Even if these levels had been established, it would have been difficult to determine the amount of accountable material since the only control was by measuring the gamma radiation level which is by no means an accurate method. In recent years extensive research and development work has gone into the study of drum counting methods in hopes of improving this technique; however, no suitable drum counting procedure has yet been developed.

In July, 1962, tighter control of waste disposal was established in Building 76. Potential waste material entering the dry box line was closely controlled and waste disposal became an every day job. Definite categories of waste were formed to correspond with potential recovery processes. The segregated materials in drums are assigned fairly accurate accountability estimates so that the backlog of material will have a reasonable assigned value. There are three general categories of dry box wastes generated in Building 76. These categories are miscellaneous residues, similar to those generated in Building 71; washables, which includes all rubber and plastic type materials; and graphite from casting molds.

The miscellaneous dry box residues were given a superficial cleaning and placed into drums for shipment off-site. General background knowledge would indicate that the plutonium content in these drums would average approximately 20 grams per drum. As indicated in Table XIII, 833 of these drums were shipped for burial. On a 20 grams drum basis, 16.7 kgs. of plutonium were discarded.

1001-



The washables, that were sent off-site, were also cleaned before putting into drums for shipment. After an investigation, Manufacturing Technical estimated the plutonium content of washables at 100 grams per drum. The number of drums of washables shipped off-site amounted to 266 total as shown in Table XIII. On the basis of 100 grams per drum, 26.6 kgs. of plutonium were discarded.

The graphite casting molds that have been discarded are probably responsible for one of the largest shares of MUF. There is very limited data covering plutonium content in the old type graphite molds. This data was supplemented by sampling molds from old drums of graphite and determining the plutonium content. A summary is shown in Table XIV. The data indicate a wide variance of plutonium content in graphite molds; however, an average estimate of plutonium content for these molds is 190 grams per drum. The total number of graphite drums shipped off-site amounted to 1,337 drums as indicated in Table XIII. On the basis of 190 grams per drum, 254.0 kgs. of plutonium were discarded.

The only additional waste item that is sent off-site is the boxed waste which includes primarily processing equipment, duct work, pipe, etc. This type of equipment is often quite complex with many inaccessible portions which would retain substantial quantities of plutonium. For example, lengths of pipe and duct work when removed are immediately sealed and placed in a box without thorough cleaning. The amount of plutonium shipped off the plant site in these boxes can not be estimated in any practical or reliable manner and the amounts could vary from nothing to hundreds of grams.

## 3.0 Summary and Conclusions:

We have considered all receipts, shipments, measured removals and unmeasured removals. Some of the figures involved are accurate and some are estimates based on meager data, but the final resulting figures give the best available picture of what happened to some of the plutonium.

Following is a summary of items which the study indicated are contributors to MUF: OK

| Item | Amount |
|---|---|
| Thin wall HR returns - oxide loss | 40.0 kgs. |
| Button receipt SS factor bias | 39.0 |
| Error in measured discard of liquid wastes | |
| Radioactive decay loss ✓ | 6.0 |
| Building 71 fire loss | 0.6 |
| Final filter bank holdup | 2.2 |
| Building 76 prefilter and duct holdup | 7.2 |
| Building 71 prefilter and duct holdup | 128.9 |
| Used filters shipped off-site | 18.0 |
| Building 71 miscellaneous dry box waste discarded | 16.7 |
| Building 76 miscellaneous dry box waste discarded | 26.6 |
| Building 76 washables discarded | 254.0 |
| Building 76 graphite discarded | |
| Total "explained" MUF | 579.1 kgs. |

double counting ?



If we deduct the above "explained" MUF of 579.1 kgs. MUF of 663.5 kgs., there remains 84.4 kgs. which is los' explanation. Eighty-four kgs. appears to be a substar plutonium; however, it is less than of the and would appear to be a reasonable loss.

The amount of unaccounted for plutonium has to month, even on a quarterly basis, as summar' shows wide fluctuations. These total fluctua' pronounced than the fluctuations in Building 7- A summary of individual building MUF's is tabulat. fluctuations are due to several causes such as:

(1) Changes in workload with proportionate changes quantities of residues generated.

(2) Changes in type of processing and changes in efficiency which would generate residues at a different rate.

(3) Variations in waste handling resulting in increased or decreased quantities thrown away.

(4) Variations due to faulty inventory practices.

The MUF variations due to changes in work load is a normal and acceptable variation. The variations due to changes in the process, process efficiency or even mishaps in processing are acceptable causes for a portion of the fluctuation. Any increased MUF caused by faulty waste handling is inexcusable. Fluctuations resulting from faulty inventory practices could be due to omitting items one month which would result in an abnormally large loss, and then picking these items up on the next month's inventory, thereby resulting in a corresponding increase.

Quantities of material unaccounted for may be large or comparatively small, but these figures by themselves are meaningless unless they are tied to rates of production or rates of processing. The rate of processing and the rate of production has generally increased at Rocky Flats, and, therefore, it is logical to expect that there would be an increase in MUF. The rate of production has not only increased at Rocky Flats but also the complexity of the processing has increased. It is, therefore, more logical to key MUF to the processing load rather than some other variable such as receipts or shipments. We believe the best indicator for processing activity is the is The history of the

summarized in Table XVI.

In reviewing and MUF, curves were constructed to show their relationship. These curves are shown in Figure II. The top curve shows the history of MUF since the start of processing at Rocky Flats. Any point on the curve represents a four quarter running total of material unaccounted for in kgs. The middle curve reflects the history Any point on this curve gives a four quarter running total of in kgs. The bottom curve shows the relationship of these two curves. Any point on this curve is the percent MUF

SECRET

Reviewing these curves, it is noted that the MUF increased at a gradual rate up to FY 1958. This increase coincided with an increase in however, the percent MUF was erratic and fairly high during this period. In FY 1958, when Building 76 started operation, there was a marked This is shown on the curve by the The MUF at this point took a sharp increase as is shown by the top curve. After FY 1960, there was another and a corresponding increase in MUF. However, the percentage of MUF remained fairly low and uniform although there was a slight increase in FY 1963. Some of this increase was due to processing part of the backlog of the non-specification grade plutonium which was reduced from on January 31, 1962 to on June 30, 1963. This involved converting the accumulated backlog of estimated residues to a measured basis. In processing these backlog items, accountability losses were frequently sustained.

4.0 Recommendations:

We recommend that a task force or several task forces be established to investigate the various factors causing the plutonium MUF and to establish procedures and controls that will reduce this MUF. The areas to be investigated and studied include:

1. Increase the accuracy of the BS factor for button receipts.
2. Study accountability procedures in the Assembly area to determine the feasibility of having this area accept BS material losses. Also study waste handling procedures in this area.
3. Study the possibility of setting up procedures so that losses through decay can be taken as a measured discard.
4. Study the possibility of recovering material held up in dry boxes, ventilation ducts and pipe lines on a reasonably current basis.
5. Establish procedures for sampling and evaluating all filters to determine whether the plutonium should be recovered or taken as a measured discard.
6. Expedite and expand the development program for drum counting techniques and other methods of measuring the amount of plutonium in solid residues and wastes.
7. Review policies and practices for cleaning solid wastes, obsolete equipment, etc. prior to discard.

1012-13



SECRET

There should be a general indoctrination and education program to emphasize the value of plutonium; the importance of avoiding the creation of residues; the savings involved by conserving all plutonium contaminated waste; and the practicability of recovering plutonium from waste and residues.

R. F. Rogers
R. F. Rogers
Manufacturing

L. L. Zodtner
L. L. Zodtner
Manufacturing

RFR:LLZ:rdg

1002

TABLE I

SUMMARY OF PLUTONIUM RECEIPTS IN KILOGRAMS

| Fiscal Year | Quarter | Source of Receipts | | | Misc. Receipts | Total Receipts |
|---|---|---|---|---|---|---|
| | | Hanford | Savannah River | War Reserve Returns | | |
| 1952 (Start-up) | | | | | | |
| 1953 | | | | | | |
| 1954 | | | | | | |
| 1955 | | | | | | |
| 1956 | | | | | | |
| 1957 | | | | | | |
| 1958 | | | | | | |
| 1959 | | | | | | |
| 1960 | | | | | | |
| 1961 | | | | | | |
| 1962 | | | | | | |
| 1963 | | | | | | |
| GRAND TOTAL | | | | | | |

1002-1

SECRET

TABLE II

SPOT CHECK WEIGHING DATA FOR NICKEL COATED WR RETURNED PIECES IN GRAMS

| Part Number | Check Weighing Of The Coated Parts | | Check Weighing Of The Stripped Parts | |
|---|---|---|---|---|
| | Shipped | Returned | Shipped | Returned |

SECRET

1002-16



SECRET

TABLE III

BIAS LOSS RESULTING BY NOT EXCLUDING
500 P.P.M. (0.05%) IN DETERMINING BS WEIGHT FACTOR

| Fiscal Year | Weight of Button Received in kgs. | Loss From 0.05% Bias in kgs. |
|---|---|---|
| 1955 | | |
| 1956 | | |
| 1957 | | |
| 1958 | | |
| 1959 | | |
| 1960 | | |
| 1961 | | |
| 1962 | | |
| 1963 | | |
| Total | | |

SECRET

SECRET

SECRET

TABLE IV

SUMMARY OF PLUTONIUM SHIPMENTS AND REMOVALS IN KILOGRAMS

| Fiscal Year | Quarter | Shipments: War Reserve | Shipments: Special and Misc. | Total Shipments | Measured Discard | Total Measured Removals |
|---|---|---|---|---|---|---|
| 1952 (Start-up) | Total | | | | | |
| 1953 | 1 | | | | | |
| | 2 | | | | | |
| | 3 | | | | | |
| | 4 | | | | | |
| | Total | | | | | |
| 1954 | 1 | | | | .02 | |
| | 2 | | | | .04 | |
| | 3 | | | | .04 | |
| | 4 | | | | .05 | |
| | Total | | | | .15 | |
| 1955 | 1 | | | | .06 | |
| | 2 | | | | .14 | |
| | 3 | | | | .10 | |
| | 4 | | | | .17 | |
| | Total | | | | .47 | |
| 1956 | 1 | | | | .09 | |
| | 2 | | | | .12 | |
| | 3 | | | | .83 | |
| | 4 | | | | [illegible] | |
| | Total | | | | [illegible] | |
| 1957 | 1 | | | | .56 | |
| | 2 | | | | .56 | |
| | 3 | | | | .55 | |
| | 4 | | | | .63 | |
| | Total | | | | 2.30 | |
| 1958 | 1 | | | | .63 | |
| | 2 | | | | 2.84 | |
| | 3 | | | | .55 | |
| | 4 | | | | .5 | |
| | Total | | | | 4.55 | |
| 1959 | 1 | | | | 1.0 | |
| | 2 | | | | 1.16 | |
| | 3 | | | | 1.1 | |
| | 4 | | | | [illegible] | |
| | Total | | | | 4.68 | |
| 1960 | 1 | | | | 1.60 | |
| | 2 | | | | 1.18 | |
| | 3 | | | | .86 | |
| | 4 | | | | .71 | |
| | Total | | | | 4.35 | |
| 1961 | 1 | | | | .9 | |
| | 2 | | | | 1.3 | |
| | 3 | | | | 1.4 | |
| | 4 | | | | 1.9 | |
| | Total | | | | 5.5 | |
| 1962 | 1 | | | | 1.7 | |
| | 2 | | | | 1.0 | |
| | 3 | | | | 1.3 | |
| | 4 | | | | 1.8 | |
| | Total | | | | 5.8 | |
| 1963 | 1 | | | | 1.0 | |
| | 2 | | | | 1.3 | |
| | 3 | | | | 3.4 | |
| | 4 | | | | 1.0 | |
| | Total | | | | 6.7 | |
| GRAND TOTAL | | | | | 39.2 | |

SECRET

SECRET

1102-18



SECRET

TABLE V

THIN WALL PARTS WEIGHT CHECK
COMPARISON OF FABRICATION WEIGHTS
VERSUS ASSEMBLY WEIGHTS IN GRAMS

| Date | Part Number | Fabrication Weight | Assembly Weight | Variance | Date | Part Number | Fabrication Weight | Assembly Weight | Variance |
|---|---|---|---|---|---|---|---|---|---|
| 10-58 | | | | 0 | 9-61 | | | | 0 |
| 11-58 | | | | 0 | 10-61 | | | | 0 |
| 12-58 | | | | -7 | 10-61 | | | | 0 |
| 11-58 | | | | 0 | 10-61 | | | | 0 |
| 12-58 | | | | -14 | 10-61 | | | | 0 |
| 1-59 | | | | 0 | 11-61 | | | | 0 |
| 1-59 | | | | 0 | 11-61 | | | | 0 |
| 2-59 | | | | -5 | 11-61 | | | | -5 |
| 2-59 | | | | 0 | 12-61 | | | | 0 |
| 2-59 | | | | 0 | 12-61 | | | | 0 |
| 3-59 | | | | 0 | 12-61 | | | | 0 |
| 4-59 | | | | 0 | 1-62 | | | | 0 |
| 4-59 | | | | 0 | 1-62 | | | | 0 |
| 5-59 | | | | 0 | 2-62 | | | | 0 |
| 5-59 | | | | 0 | 3-62 | | | | 0 |
| 6-59 | | | | 0 | 3-62 | | | | 0 |
| 6-59 | | | | 0 | 4-62 | | | | 0 |
| 7-59 | | | | 0 | 4-62 | | | | 0 |
| 8-59 | | | | 0 | 5-62 | | | | 0 |
| 9-59 | | | | 0 | 5-62 | | | | 0 |
| 9-59 | | | | 0 | 5-62 | | | | 0 |
| 10-59 | | | | 0 | 5-62 | | | | 0 |
| 11-59 | | | | 0 | 5-62 | | | | 0 |
| 12-59 | | | | 0 | 6-62 | | | | -1 |
| 1-60 | | | | 0 | 6-62 | | | | 0 |
| 2-60 | | | | 0 | 6-62 | | | | 0 |
| 4-60 | | | | 0 | 6-62 | | | | 0 |
| 5-60 | | | | 0 | 7-62 | | | | 0 |
| 6-60 | | | | 0 | 7-62 | | | | 0 |
| 7-60 | | | | 0 | 7-62 | | | | 0 |
| 7-60 | | | | 0 | 7-62 | | | | -3 |
| 8-60 | | | | 0 | 7-62 | | | | 0 |
| 9-60 | | | | 0 | 10-62 | | | | 0 |
| 9-60 | | | | 0 | 10-62 | | | | -1 |
| 9-60 | | | | 0 | 11-62 | | | | 0 |
| 11-60 | | | | 0 | 11-62 | | | | -2 |
| 12-60 | | | | 0 | 11-62 | | | | 0 |
| 1-61 | | | | 0 | 12-62 | | | | 0 |
| 1-61 | | | | 0 | 12-62 | | | | -1 |
| 2-61 | | | | 0 | 1-63 | | | | 0 |
| 2-61 | | | | 0 | 1-63 | | | | 0 |
| 3-61 | | | | 0 | 2-63 | | | | 0 |
| 3-61 | | | | 0 | 2-63 | | | | 0 |
| 3-61 | | | | 0 | 3-63 | | | | -1 |
| 4-61 | | | | 0 | 3-63 | | | | 0 |
| 4-61 | | | | 0 | 4-63 | | | | 0 |
| 5-61 | | | | 0 | 5-63 | | | | 0 |
| 5-61 | | | | 0 | 5-63 | | | | 0 |
| 5-61 | | | | 0 | 5-63 | | | | 0 |
| 7-61 | | | | 0 | 6-63 | | | | 0 |
| 7-61 | | | | 0 | 6-63 | | | | 0 |
| 8-61 | | | | 0 | 7-63 | | | | 0 |
| 9-61 | | | | 0 | 7-63 | | | | 0 |
| 9-61 | | | | 0 | 7-63 | | | | 0 |

SECRET

1002-19



TABLE VI

CHECK WEIGHTS OF [illegible] VS RETURNS

| Part Number | Gross Weight of Part in Grams | | Net [illegible] Weight of Part in Grams | | Part Number | Gross Weight of Part in Grams | | Net [illegible] Weight of Part in Grams | |
|---|---|---|---|---|---|---|---|---|---|
| | Returned Check Weight | Original Shipping Weight | Returned Check Weight | Original Shipping Weight | | Returned Check Weight | Original Shipping Weight | Returned Check Weight | Original Shipping Weight |

TABLE VII

SPOT CHECK COMPARISON OF CHEMICAL ASSAY AND MONTHLY AVERAGE SS FACTORS

| Part Number | Material Type | Applicable Monthly SS Factor | Chemical Assay |
|---|---|---|---|
| | Alpha | .9991 | .9991 |
| | Alpha | .9990 | .9999 |
| | Delta | .9892 | .9893 |
| | Delta | .9892 | .9889 |
| | Delta | .9892 | .9895 |

Note: Rejected parts were sampled and analyzed. The resulting assay is compared with the SS factor that would have been applied if the parts were shipped.

1002:2.

[illegible]

TABLE VIII

SUMMARY OF PLUTONIUM ACCOUNTABILITY IN KILOGRAMS

| Fiscal Year | Quarter | Total Receipts | Total Shipments | Measured Discards | Total MUF |
|---|---|---|---|---|---|
| 1952 (Start-up) | Total | | | | |
| 1953 | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | .08 |
| | Total | | | | .08 |
| 1954 | 1 | | | .02 | .04 |
| | 2 | | | .04 | (.05) |
| | 3 | | | .04 | (.02) |
| | 4 | | | .13 | [illegible] |
| | Total | | | .23 | .30 |
| 1955 | 1 | | | .06 | .2 |
| | 2 | | | .14 | 1.5 |
| | 3 | | | .10 | 8.7 |
| | 4 | | | .27 | [illegible] |
| | Total | | | .57 | [illegible] |
| 1956 | 1 | | | .09 | 5.1 |
| | 2 | | | .14 | .9 |
| | 3 | | | .23 | 6.7 |
| | 4 | | | 1.11 | [illegible] |
| | Total | | | 1.57 | 20.3 |
| 1957 | 1 | | | .36 | 4.3 |
| | 2 | | | .36 | 8.1 |
| | 3 | | | .33 | 6.2 |
| | 4 | | | .63 | 12.9 |
| | Total | | | 1.88 | 31.3 |
| 1958 | 1 | | | .63 | 3.6 |
| | 2 | | | 2.84 | 12.6 |
| | 3 | | | .53 | 11.1 |
| | 4 | | | [illegible] | [illegible] |
| | Total | | | 4.33 | [illegible] |
| 1959 | 1 | | | 1.01 | 16.1 |
| | 2 | | | 1.14 | 12.8 |
| | 3 | | | 1.12 | 13.4 |
| | 4 | | | 1.39 | [illegible] |
| | Total | | | 4.66 | [illegible] |
| 1960 | 1 | | | 1.63 | 22.3 |
| | 2 | | | 1.18 | 20.6 |
| | 3 | | | .86 | [illegible] |
| | 4 | | | [illegible] | [illegible] |
| | Total | | | 4.33 | 97.2 |
| 1961 | 1 | | | .9 | 21.3 |
| | 2 | | | 1.3 | 15.4 |
| | 3 | | | 1.4 | 20.3 |
| | 4 | | | 1.9 | [illegible] |
| | Total | | | 5.5 | 82.4 |
| 1962 | 1 | | | 1.7 | 16.2 |
| | 2 | | | 1.0 | 29.8 |
| | 3 | | | 1.3 | 43.4 |
| | 4 | | | 1.8 | 28.1 |
| | Total | | | 6.0 | 116.3 |
| 1963 | 1 | | | 1.0 | 20.6 |
| | 2 | | | 1.3 | 32.4 |
| | 3 | | | 3.4 | 39.7 |
| | 4 | | | 3.0 | 47.0 |
| | Total | | | 8.7 | 139.7 |
| GRAND TOTAL | | | | 39.2 | 643.3 |

Note: The Ending Inventory as of June 30, 1963 was

[illegible]

1003-22

TABLE IX

SUMMARY OF PLUTONIUM LOST BY RADIOACTIVE DECAY

| Fiscal Year | In Process Decay Loss: Weight Shipments in kg. | In Process Decay Loss: Decay Loss in kg. of Plutonium | WR Return Loss: Weight of WR Returns in kg. | WR Return Loss: Decay Loss in kg. of Plutonium | Total Decay Loss in kg. |
|---|---|---|---|---|---|
| 1952 | | | | | |
| 1953 | | | | | |
| 1954 | | | | | |
| 1955 | | | | | |
| 1956 | | | | | |
| 1957 | | | | | |
| 1958 | | | | | |
| 1959 | | | | | |
| 1960 | | | | | |
| 1961 | | | | | |
| 1962 | | | | | |
| 1963 | | | | | |
| Total | | | | | |

SECRET

1003-23

TABLE X

PLUTONIUM LOST THROUGH VENTILATION STACK RELEASE

| Calendar Year | Plutonium Released in Micrograms Building 71 | Building 76 | Total |
|---|---|---|---|
| 1953 | 189 | | 189 |
| 1954 | 871 | | 871 |
| 1955 | 981 | | 981 |
| 1956 | 3,980 | | 3,980 |
| 1957 | 248,834* | 50 | 248,884 |
| 1958 | 40,766 | 286 | 41,052 |
| 1959 | 17,952 | 432 | 18,384 |
| 1960 | 15,895 | 133 | 16,028 |
| 1961 | 20,944 | 40 | 20,984 |
| 1962 | 43,571 | 44 | 43,615 |
| 1963 (6 months) | 46,750 | 55 | 46,805 |
| Total | 440,733 | 1,040 | 441,773 |

Total in grams - 0.44

* This abnormally high stack release was accumulated during the first few weeks after the Building 71 fire which occurred on September 11, 1957.

SECRET

1003.2.

SECRET

TABLE XI

FILTERS SHIPPED OFF-SITE AND ESTIMATED PLUTONIUM CONTENT

SUMMARY OF FINAL FILTERS

| Calendar Year | Building 71 Number of Filters Shipped | Building 71 Plutonium Content in Kg | Building 76 Number of Filters Shipped | Building 76 Plutonium Content in Kg | Total Plutonium Shipped in Filters |
|---|---|---|---|---|---|
| 1957 | 612 | 1.2 | 0 | 0 | 1.2 |
| 1958 | 0 | 0 | 0 | 0 | 0 |
| 1959 | 623 | 1.3 | 0 | 0 | 1.3 |
| 1960 | 20 | 0 | 0 | 0 | 0 |
| 1961 | 412 | 0.8 | 0 | 0 | 0.8 |
| 1962 | 623 | 1.3 | 0 | 0 | 1.3 |
| 1963 (6 months) | 219 | 0.4 | 0 | 0 | 0.4 |
| Total | 2509 | 5.0 | 0 | 0 | 5.0 |

So high? Final filters 1.0-1.7 kg apparently

SUMMARY OF PREFILTERS

| Calendar Year | Building 71 Number of Filters Shipped | Building 71 Plutonium Content in Kg | Building 76 Number of Filters Shipped | Building 76 Plutonium Content in Kg | Total Plutonium Shipped in Filters |
|---|---|---|---|---|---|
| 1957 | 16 | 3.2 | 0 | 0 | 3.2 |
| 1958 | 129 | 25.8 | 76 | 1.9 | 27.7 |
| 1959 | 142 | 28.4 | 0 | 0 | 28.4 |
| 1960 | 106 | 21.2 | 5 | 0.1 | 21.3 |
| 1961 | 70 | 14.0 | 50 | 1.3 | 15.3 |
| 1962 | 140 | 28.0 | 0 | 0 | 28.0 |
| 1963 (6 months) | 0 | 0 | 0 | 0 | 0 |
| Total | 603 | 120.6 | 131 | 3.3 | 123.9 |

SECRET

110 3.25

TABLE XIII

DRUMS AND BOXES OF WASTE SHIPPED OFF-SITE FOR BURIAL FROM BUILDING 76

| Calendar Year | General Building Waste Drums | | Dry Box Waste Drums: Graphite | | Dry Box Waste Drums: Washables | | Dry Box Waste Drums: Miscellaneous | | Boxed Waste | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number of Drums | Weight in Tons | Number of Drums | Weight in Tons | Number of Drums | Weight in Tons | Number of Drums | Weight in Tons | Number of Boxes | Weight in Tons |
| 1957 | 71 | 2 | 5 | 1 | 5 | 1 | 30 | 2 | 0 | 0 |
| 1958 | 447 | 24 | 100 | 12 | 25 | 2 | 100 | 10 | 7 | 1 |
| 1959 | 753 | 35 | 150 | 19 | 50 | 3 | 200 | 20 | 27 | 7 |
| 1960 | 721 | 44 | 110 | 14 | 43 | 3 | 95 | 9 | 26 | 11 |
| 1961 | 1092 | 73 | 451 | 49 | 60 | 4 | 188 | 20 | 36 | 13 |
| 1962 | 1409 | 87 | 521 | 68 | 83 | 6 | 169 | 18 | 26 | 11 |
| 1963 (6 months) | 777 | 48 | 0 | 0 | 0 | 0 | 51 | 5 | 3 | 4 |
| Totals | 5270 | 313 | 1337 | 163 | 266 | 19 | 833 | 84 | 125 | 47 |

(3) 20 g/drum = 16.7 kgs

Note: Building 77 shipped the following waste off-site for burial during the period indicated above.

3,857 drums weighing 220 tons
89 boxes weighing 41 tons

100.3

TABLE XIV

PLUTONIUM CONTENT IN GRAPHITE MOLDS

| Sample Number | Analytical g. Pu/kg. C | Estimated g. Pu/Drum Graphite |
|---|---|---|
| 1 | 0.305 | 27 |
| 2 | 0.689 | 61 |
| 3 | 0.292 | 26 |
| 4 | 0.925 | 81 |
| 5 | 0.507 | 45 |
| 6 | 7.68 | 676 |
| 7 | 0.95 | 84 |
| 8 | 1.37 | 120 |
| 9 | 1.12 | 98 |
| 10 | 1.35 | 119 |
| 11 | 3.70 | 326 |
| 12 | 5.98 | 526 |
| 13 | 7.19 | 633 |
| 14 | 8.90 | 783 |
| 15 | 0.485 | 42 |
| 16 | < 0.100 | < 9 |
| 17 | < 0.100 | < 9 |
| 18 | 0.572 | 50 |
| 19 | 32.8 | 2886 |
| 20 | 1.26 | 111 |
| 21 | 3.90 | 343 |
| 22 | 0.581 | 51 |
| 23 | 8.97 | 789 |
| 24 | 7.17 | 631 |
| 25 | 1.37 | 121 |
| 26 | 1.18 | 104 |
| 27 | 0.178 | 16 |
| 28 | 0.010 | 1 |
| 29 | 0.016 | 1 |
| 30 | 0.745 | 65 |
| 31 | 0.077 | 7 |
| 32 | 0.484 | 42 |
| 33 | 1.030 | 91 |
| Average | | 190 * |

* Excludes sample number 19 which is abnormally high.

1003-2



TABLE XV

SUMMARY OF MUF FOR
FABRICATION AND CHEMICAL PROCESSING AREAS IN KILOGRAMS

| Fiscal Year | Quarter | Casting and Machining Building 76 | Chemical Processing and Laboratories Building 71 | Total |
|---|---|---|---|---|
| 1958 | 1 | 5.9 | (2.3) | 3.6 |
| | 2 | 9.8 | 2.8 | 12.6 |
| | 3 | 19.3 | 12.2 | 31.5 |
| | 4 | 23.3 | 3.5 | 26.8 |
| | Total | 58.3 | 16.2 | 74.5 |
| 1959 | 1 | 21.8 | 4.3 | 26.1 |
| | 2 | 16.1 | 2.7 | 18.8 |
| | 3 | 22.0 | (8.6) | 13.4 |
| | 4 | 17.0 | 6.6 | 23.6 |
| | Total | 76.9 | 5.0 | 81.9 |
| 1960 | 1 | 22.7 | 9.6 | 32.3 |
| | 2 | 27.0 | 2.6 | 29.6 |
| | 3 | 26.9 | (2.5) | 24.4 |
| | 4 | 12.0 | (1.1) | 10.9 |
| | Total | 88.6 | 8.6 | 97.2 |
| 1961 | 1 | 14.6 | 6.7 | 21.3 |
| | 2 | 13.3 | 2.1 | 15.4 |
| | 3 | 15.0 | 5.3 | 20.3 |
| | 4 | 13.5 | 17.9 | 31.4 |
| | Total | 56.4 | 32.0 | 88.4 |
| 1962 | 1 | 9.6 | 6.6 | 16.2 |
| | 2 | 14.5 | 15.3 | 29.8 |
| | 3 | 18.8 | 23.6 | 42.4 |
| | 4 | 29.7 | (1.6) | 28.1 |
| | Total | 72.6 | 43.9 | 115.5 |
| 1963 | 1 | 31.5 | (10.9) | 20.6 |
| | 2 | 12.0 | 20.4 | 32.4 |
| | 3 | 14.2 | 45.5 | 59.7 |
| | 4 | 13.9 | 13.1 | 27.0 |
| | Total | 71.6 | 68.1 | 139.7 |

Note: ( ) Indicate gains

1463-2



TABLE XVI

SUMMARY OF ________________ IN KILOGRAMS

| Fiscal Year | Quarter |
|---|---|
| 1955 | (Total for Year) |
| 1956 | (Total for Year) |
| 1957 | (Total for Year) |
| 1958 | 1 |
| | 2 |
| | 3 |
| | 4 |
| 1959 | 1 |
| | 2 |
| | 3 |
| | 4 |
| 1960 | 1 |
| | 2 |
| | 3 |
| | 4 |
| 1961 | 1 |
| | 2 |
| | 3 |
| | 4 |
| 1962 | 1 |
| | 2 |
| | 3 |
| | 4 |
| 1963 | 1 |
| | 2 |
| | 3 |
| | 4 |

SECRET

1003-30

Figure I

Radioactive Decay of WR Grade Plutonium

- 31 -

SECRET

1003-



Figure II
Four Quarter Running Total of MUF in Kilograms
Kilograms
160
140
120
100
80
60
40
20
0
Four Quarter Running Total of
in Kilograms
Kilograms
Relationship of MUF to
in Percent
Percent
Fiscal Year

1003