120

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 90-K-181
 3
      MERILYN COOK, et al.,
 4
           Plaintiffs,
 5
      vs.
 6
      ROCKWELL INTERNATIONAL CORPORATION, et al.,
 7
           Defendants.
 8
      DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD
 9
                         REPORTER'S TRANSCRIPT
10                        MOTIONS HEARING

11    DDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDDD

12          Proceedings before the HONORABLE JOHN L. KANE, JR.,

13    Judge, United States District Court for the District of

14    Colorado, commencing at 9:06 a.m., on the 21st day of July,

15    1995, in Courtroom C-401, United States Courthouse, Denver,

16    Colorado.

17

18

19

20

21           DEBORAH A. STAFFORD, Official Reporter
                          P.O. Box 3592
22                   Denver, Colorado, 80294
                         (303) 571-0530
23
             Proceedings Reported by Mechanical Stenography
24              Transcription Produced via Computer

25
```

236

```
 1   Q    Were you responsible for declassifying that?
 2   A    I did not.  I reviewed the document.  I think on that date
 3   I was gone Mr. Riddle and Miss Thelander actually did the
 4   declassification.
 5   Q    Can you tell us why this document was classified to begin
 6   with?
 7   A    Well, the one thing on page 4, up until a short time ago,
 8   the last sentence, the one with all the dots behind it was
 9   classified.
10   Q    They pointed out weaknesses in the protection of gas
11   boosting may cause problems when we --
12   A    Gas boosting is classified.
13   Q    That's the reason that this document was classified?
14   A    That's one of them that I found just quickly.
15   Q    I want to ask you about some statements.  Would you have
16   been at this monthly meeting this 38th --
17   A    It was quarterly.
18   Q    Quarterly.  WCCC, what does that stand for?
19   A    Weapon Contractor Classification Conference.
20   Q    You signed these minutes; is that right?
21   A    Yes.
22   Q    Let me ask you if these are true and accurate statements
23   in the minutes.  Under a.) on page one it says:  "Jack Griffin
24   said that he considers the contractor classification office an
25   extension of DOC."  First of all, who is Jake Griffin?
```

237

```
 1   A   He was the -- he was the director of the Department of
 2   Classification.
 3   Q   And that's what DOC stands for?
 4   A   Yes.
 5   Q   On the second page the margin says ICRC.  What does that
 6   stand for?
 7   A   That's one of those groups that I can't remember off the
 8   top of my head.  It's an oversight group.
 9   Q   Right next to it is the statement:  "The question was
10   asked:  Is the 'if in doubt, classify,' philosophy an abuse."
11   Is that an accurate reflection?
12   A   Yes.
13   Q   Down below it says:  "On June 30, 1977, MUF figures will
14   be released for all plants except Y-12 and RFP," and that
15   refers to Oakridge and Rocky Flats?
16   A   That's correct.
17   Q   So as of 18 years ago it was released for all but this
18   plant here in Denver and in Oakridge; is that right?
19   A   That is right.
20   Q   On the next page, at the top of page 3, next to the
21   heading safeguards it says:  "Headquarters does not like any
22   implication that there are safeguard deficiencies at the
23   plants."  Is that right?
24   A   That's correct.
25   Q   And that's one of the reasons that the MUF figures were
```

238

```
 1   not declassified for the Rocky Flats plant; is that right,
 2   sir?
 3   A    No, that's not correct.
 4   Q    What is correct then?
 5   A    MUF figures weren't released -- the only two plants that
 6   were involved in the manufacture and machining of nuclear
 7   components, that is, Oakridge, and Rocky Flats, plutonium,
 8   because of the reasons given before, because it tended to give
 9   trends up or down in weapon production.
10   Q    Would you look at Exhibit 120?  Do you have that in front
11   of you?
12   A    Yes.
13   Q    Exhibit 120 was also declassified a couple of weeks ago at
14   our request; is that right?
15   A    Yes.
16   Q    Can you tell me what's classified about that document?
17   A    That's not a Rocky Flats document.  And if you will notice
18   the signatures on the declassification document are of people
19   from Albuquerque.  That's a document that we did not classify.
20   We asked for it to be declassified, and those two gentlemen in
21   the classification office agreed and faxed that back.  We
22   faxed it down to them, classified fax, and they sent it back
23   unclassified fax after they had signed it off and dated it.
24   Q    Since you have told us your background in document
25   classification and the reasons for document classification,
```