Atomics International Division.
Rocky Flats Plant
P.O. Box 464
Golden, Colorado 80401
Contractor to
Energy Research and Development
Administration

Rockwell International

June 30, 1977

MINUTES OF THE 38th WCCC AT
LAWRENCE LIVERMORE LABORATORY
MARCH 22-24, 1977

PLAINTIFFS' EXHIBIT
P-654
90-CV-181

Welcome by Jim Carothers, LLL.

Interaction of Contractor Classification Office & DOC.

a.) What should be the role of the contractor classification office in relationship to the DOC Classification program?

Jack Griffin said that he considers the contractor classification office an extension of DOC; there must be a continuous interaction between DOC and the field. It was pointed out that the Test Guide, CG-WT-4, was written several years ago with input from the design and production agencies. When WT-4 was revised, however, there was no input from anyone except DOC. Jack said that we should contact him whenever cases like this arise.

Lurl Ostrander and Jack Long reported that they had found that there were contracts at their respective plants that the classification offices and DOC didn't know about. LLL asked if there wasn't some office in each organization that could find out about guidance for reimbersibles. LASL thinks that Cucchiara knows the system and might be of help.

b.) What is going on in Washington?

Jack Griffin discussed the President's proposal for a Department of Energy. There would be seven secretaries. Evidently the military programs would stay with the Department of Energy, but their position in the organization is not spelled out.

The new organization would have about 20,000 people. RD declassification authority would go to the secretary of DOE and might be delegated to the assistant secretary. Nuclear energy would probably be a low priority.

Discussions have been held with other countries, especially Britian, on the use of classification to control proliferation (especially in the areas of isotope separations and LASER fusion).

PLAINTIFF'S EXHIBIT 121
ALL-STATE® INTERNATIONAL

CONFIDENTIAL

    We now have a general agreement with Russia that we won't disclose anything further in this area.

    Winterberg FOIA's are taking a lot of time at DOC. He has FOIA requests in for about 700 documents, some of which are classified. He is trying to sell a non-fission triggered weapon to the U.S. Government. He says he will sell it to some other country if the U.S. won't buy it.

    The U.K. is unhappy with the U.S. declassifications on LASER fusion.

ICRC

    The question was asked: Is the "if in doubt, classify" philosophy an abuse?

    In the past, ERDA has not reported simple administrative changes (i.e., pending review, mismarking) but has reported abuses. We are now to report "administration errors" (Administrative Security Violations). Bill Lawrence, ALO, investigates all downgrading notices and determines if the errors are abuses, i.e., deliberate misclassifications. Examples were cited of classification people being asked to assign NSI classifications for political reasons.

    How do we handle these problems? Who can declassify NSI in the absence of guide topics? Questions were asked concerning the use ICRC makes of numbers of documents we supply to them and what they do with changes of titles of authorized classifiers. Jack Griffin asked George Stobie to be on a committee that would formulate questions about ICRC and send them to DOC for response.

    June 30, 1977 MUF figures will be released for all plants except Y-12 and RFP. We need to have answers ready for the inquiries that are sure to follow.

Use Denial Round Robin Study

    Schemes have been devised by SLL and LLL to render SNM unusable to a terrorist. One scheme involves mixing the SNM with some other material making it difficult to recover. The mixture will be sent to various labs and production agencies for recovery. The identity of the actual materials will be classified CNSI and we will determine how long the recovery takes.


CONFIDENTIAL

Safeguards

>    Headquarters does not like any implication that there
>    are safeguard deficiencies at the plants. A general
>    discussion followed concerning our difficulty in deal-
>    ing with the security people.
>
>    ALO Manual Chapter 24XA which deals with Transporation
>    Safeguards Division shipments was discussed. Chapter
>    24XA tries to define the types of shipments that are
>    to be couriered. Federal Express is starting to ask
>    for information that may make shipping papers classified.

Education

>    Contractor representatives described how classification
>    education is handled at their plants. Some techniques
>    used are:
>
>    a.) Documenting education activities
>    b.) New hire briefings
>    c.) Special education for secretaries
>    d.) Briefing actions
>    e.) Supervision training program
>
>    Several plants reported that they train secretaries
>    to look for classification errors even though they are
>    not Authorized Classifiers. It was pointed out that
>    a bad classification appraisal could cost a contractor
>    company money in the case of an incentive fee contract.

Updating Guidance on Old Programs

>    The concensus of the group was that they did not like
>    pen and ink changes. It was pointed out that the W-48
>    needs major guidance changes.

Rocky Flats Plant Discussions

>    Recently, new classification topics in the areas of
>    sputtering, part diameters and tubes were submitted
>    to DOC. These topics were a result of input from various
>    design and production agencies to Rocky Flats. This
>    approach worked very well and most of the problems were
>    resolved before DOC received the topics. All of the
>    involved parties seemed to appreciate this approach.

Peg Board

>    The design of Peg Board is classified but the fact that
>    it is a detonator is unclassified.



~~CONFIDENTIAL~~

- 4 -

Hitco

>Hitco is woven structures of thoriated aluminum silicate yarn used for hardening. It is purchased unclassified from 3-M since they refuse to sell it classified. The material becomes classified when associated with the weapons program. The material is very expensive and LASL is looking for a cheaper substitute for future programs.

Classification of Debris

>The Nevada Applied Ecology Group (NAEG) would like to make a Pu inventory study in Nevada. The proposal is to make the sample unclassified but protect the location. It was generally agreed that the attendees would like to see the debris-sample-site question addressed in CG-WT-5.

A change should be made in the minutes for the 37th WCCC. The last paragraph at the bottom of the first page of the minutes should read:

>"LASL and LLL representatives stated that the fact that a specific weapon is boosted might reveal significant design information for certain weapons, especially small ones. The size limits have not been determined. Size alone may not be a sufficient criterion."

>"Secondly, they argued that the information that has been compromised only indirectly indicates that specified weapons are boosted, e.g., by associating their components with Savannah River."

>"Third, they pointed out weaknesses in the protection of gas boosting may cause problems when we........"

*R. B. Hoffman*

R.B. Hoffman
Manager, Technical Information


RBH:emm



~~CONFIDENTIAL~~

DISTRIBUTION:

| | |
|---|---|
| R.R. Fredlund, Jr. | - ERDA, ALO |
| R.H. Johnston | - ERDA, NOO |
| K.J. Maher | - ERDA, ORO |
| W.A. Whitesell | - ERDA, SFO |
| T.B. Niland | - ERDA, SRO |
| J.A. Griffin | - ERDA, Wash |
| J.E. Long | - BKC |
| S.W. O-Rear | - DuPont, Aiken, SC |
| H.F. Ring | - DuPont, Wilmington, DE |
| G.R. Stobie | - EG&G |
| E. Leddy | - GE |
| R.O. Krohn | - LASL |
| A.D. Thomas | - LLL |
| J.P. Thompson | - Mason Hanger |
| L.V. Jones | - Mound |
| L.S. Ostrander | - SLA |
| E.A. Aas | - SLL |
| L.R. Phillips | - Y-12 |

CONFIDENTIAL