P.O. Box 464
Golden, Colorado 80401
Contractor to
Energy Research and Development
Administration

 Rockwell International

August 2, 1977

39th WCCC Minutes

Enclosed are the minutes of the 39th WCCC held at Rocky Flats July 19-21, 1977. If you have any comments, corrections, or additions, please contact me or Janet Nesheim.

We want to issue a preliminary agenda for the 40th WCCC at Pantex about four weeks before the meeting. Since the meeting will probably be scheduled for the second half of October, proposed agenda items should reach me by September 16, 1977. Of course, significant problems that develop after September 16 can be added to the final agenda. In submitting agenda item suggestions, please include enough explanation so other prospective attendees can evaluate the importance of the topic to them. Agenda items proposed at the 39th meeting are listed on Pages 9 and 10 of the enclosed minutes.

R. B. Hoffman
R & E Administration Manager

JAN:rt
Enc.

Distribution:

| | |
|---|---|
| R. R. Fredlund, Jr. | - ERDA, ALO |
| R. H. Johnston | - ERDA, NCO |
| K. J. Maher | - ERDA, ORO |
| W. M. Lamb | - ERDA, RFAO |
| W. A. Whitesell | - ERDA, SFO |
| T. B. Niland | - ERDA, SRO |
| J. A. Griffin | - ERDA, Wash. |
| J. E. Long | - BKC |
| S. W. O'Rear | - Dupont, Aiken, SC |
| H. F. Ring | - Dupont, Wilmington, DE |
| G. R. Stobie | - EG&G |
| E. Leddy | - GE |
| R. O. Krohn | - LASL |
| A. D. Thomas | - LLL |
| J. P. Thompson | - Mason Hanger |
| L. V. Jones | - Mound |
| L. S. Ostrander | - SLA |
| E. A. Aas | - SLL |
| H. R. Phillips | - Y-12 |

CD77-2562, SANITIZED VERSION



PLAINTIFFS' EXHIBIT
P-655
90-CV-181

Rocky Flats Plant
P.O. Box 464
Golden, Colorado 80401
Contractor to
Energy Research and Development
Administration



Rockwell International

THIS DOCUMENT CONSISTS OF 10 PAGES

NO. 2 OF 22 COPIES, SERIES A

ROCKY FLATS CLASSIFIED DOCUMENT



CRF00260911V

July 29, 1977

MINUTES OF 39TH WCCC AT ROCKY FLATS JULY 19-21, 1977

### I. Executive Session

George Stobie resigned as chairman of the Weapon Contractor Classification Conference, effective at the close of this 39th meeting. Jack Long of Bendix and Rod Hoffman of Rocky Flats were proposed by the Nominating Committee as candidates for WCCC Chairman. Rod Hoffman was elected.

There was some discussion about possible changes in the purpose and functioning of WCCC; this was discussed further during the full meeting under Agenda Item 15.

### II. Agenda Items

A. **Agenda Item 14:** Tritium Purification Plant Classification

Two tritium purification projects not associated with weapons have been funded:

1. LASL is working on an unclassified intense neutron source program involving accelerated 90° cross beams of deuterium and tritium. Since the deuterium and tritium mix when they meet, they must then be separated.

2. Controlled thermonuclear (CTN) power plants will require large amounts of tritium which will have to be separated from deuterium. The CTN project is to be open to visitors, so it would be awkward if the D/T separation process was classified.

The Savannah River Plant (SRP) D/T separation process is still classified. Apparently SRP would agree to declassify their D/T separation process, but DOC feels the process is still sensitive when associated with the weapons program. The present proposal is that D/T separation technology specific to SRP or used at SRP will remain classified

Classified on 8/5/92
Derivative Classifier Greg F. Spencer
Analyst, Classification Office

RESTRICTED DATA

SECRET

when associated with SRP or the weapon program. Technology used for unclassified projects not associated with weapons, such as the intense neutron source and CTN projects, would be unclassified.

B. Agenda Item 2: Report on the Albuquerque Safeguards R & D Classification Guidance Meeting July 13-14, 1977

Don Little of DOC is working on a classification guide for safeguards R & D information. Guidance concerning safeguards equipment is a particular problem. Examples of equipment that have been or are being developed are: personnel monitors, dynamic basis plant inventory equipment, and equipment for use in locating mission weapons or SNM material. The Albuquerque meeting concluded that in general it is neither feasible nor necessary to classify information about specific items of equipment. The group recommended that the approach be to classify information about complete systems and especially information about system vulnerabilities.

C. Agenda Item 1: Executive Order 11652 Update Status, Including a Possible Paragraph/Page Classification Requirement

Jill Ellman reported that the Carter Administration wants to have an updated replacement for E.O. 11652 in effect by January 1, 1978. Various committees have prepared recommendations on the issues specified for reexamination. The involved agencies should receive a draft revision by August for approval by mid-September.

ERDA is the only agency that has a problem with mandatory paragraph or page classification, so there is strong possibility such a requirement will be incorporated in the new E.O.

The new E.O. will probably have some changes related to ICRC; also, there may be changes in the General Declassification Schedule for NSI documents.



- 3 -

D.  Agenda Item 10:   The DOC Inquiry About Classification Education Programs

Jill explained that the DOC request for information about our classification education programs was made because of a notification from ICRC that education would be a topic of their next formal visit. Jim Ruff expressed the opinion that classification guides are the most important part of a classification education program. Both Jill and Dick Fredlund commented that many good ideas and materials were received as a result of this request. It was requested that DOC prepare a summary of the information received and distribute it to contractors and area offices.

E.  Agenda Item 16:

F.  Agenda Item 4:   The CG-WT-4 Update Meeting in Las Vegas June 21-23, 1977

It was suggested during the 38th WCCC meeting in Livermore last March that CG-WT-4 is the classification guide most in need of updating. A group met in Las Vegas to make recommendations to DOC on the revision of CG-WT-4. They feel the revised guide should cover only underground testing at the Nevada Test Site. Topics on experiments and experiment placement were examined at this first meeting. Topics on debris and yield will be considered at a second meeting to be scheduled soon.



A decision has been made that the fact of hot X-rays from weapons will be declassified.

G. Agenda Item 9: Update on the Classification Status of MUF

The term "inventory difference" (I.D.) is now being used to designate what formerly was called "material unaccounted for" or "MUF." NRC uses the term "inventory discrepancy." Jill said August 4 is now designated the earliest release date for I.D. data that is presently considered NSI. No decision has been made on what will be done next about I.D. presently considered RD. Rod Hoffman repeated the Rocky Flats recommendation that DOC study the significance of all Rocky Flats Nuclear Materials Accountability statistics before making a decision about the release of Rocky Flats I.D. data.

H. Agenda Item 3: Threat Assessments

A threat assessment panel whose members include psychologists and psychiatrists, FBI agents, and ERDA representatives has been set up to assess threat messages received by the government. LLL is preparing a local guide on the classification of threat-related information, and considering issuing the guidance in a program guide also. The guide will address:

1. Material control - shipment, diversion, etc. of SNM

2. Threat message assessment

3. Threat message response

It was requested that this guide be distributed to all WCCC members. LLL is willing to make it available to all classification staffs, but would like to limit laboratory and production site distribution.



I. Agenda Item 8: LIS Classification

Savannah River asked whether there is any LIS guidance more recent than that in CG-LIS-2 and Bulletin IP-15. LLL and Y-12 have new approved local guides and LASL has submitted a new local guide to DOC.

J. Agenda Item 6: Information Control vs. Classification

Several WCCC attendees have recently had the experience of having ERDA Headquarters request the deletion of information from reports submitted for clearance because the information is sensitive or should not be released to the public rather than because it is what we consider classified. It was pointed out that there are several different kinds of cases where this type of situation may be encountered. Among them:

1. Politically sensitive information: ERDA is dealing more with this kind of information than in the past, plus there is probably more concern now. We have to follow the lead of other government departments more directly involved, such as State. We are accustomed to precise, explicit guidance, while other departments seldom have written classification guidance. Our problem is that decisions in these areas are not disseminated to those of us who need them.

2. New technology: In areas of non-RD research, information may be deleted for "programatic reasons." This frequently means that the information is being protected until it can be determined whether or not it should be classified.

3. Private information about individuals: Information exempted from public release by the Privacy Act or the eight exempt categories in the Freedom of Information ACT (FOIA) is not classified but is not released to the public.

Dick Fredlund said that OUO (Official Use Only) can be used on documents containing information that falls in one of the eight exempted categories listed in the FOIA.



ALO has directed its contractors that they may use the OUO marking for any information that "reasonably" falls in the eight FOIA exemption categories, without extensive review. If the information is requested under FOIA, its status can be reviewed at that time and, if necessary, the lawyers can fight it out.

It was also pointed out that contractor-generated information may be exempt from the FOIA because it is not government information and can be considered company proprietary.

The applicable ERDA Manual Chapter has not been updated since the new FOIA. Jack Long pointed out that contractors are required to comply with the Manual rather than the law; this can put us in an awkward position.

K. Agenda Item 5: A Problem with PETN Classification

In response to a question from an LLL scientist, Jim Ruff has been considering which detonators can be declassified under the guidance in Section 300 of the recently issued detonator guide, CG-WD-3. He has recommended that all existing information on thermally stable PETN be declassified, and summarized the reasons for this recommendation. Dick Fredlund reported that DCC feels Topic 304.1 of WD-3 specifically classifies this information and it would not be fruitful to pursue a declassification at this time.

L. Agenda Item 11: Requirements for Conducting Classification Audits of Subcontractors

There are many cleared subcontractors used by ERDA laboratories and weapon production contractors. Some are used by only one laboratory or contractor; others are used by two or more laboratories and/or production contractors. Jack Long asked who is responsible for the classification program of cleared subcontractors-- ALO, all the contractors who use the subcontractor, the first contractor to use the subcontractor, etc. Dick Fredlund said neither the ERDA Manual nor the ALO



    Manual specifies who has the responsibility for this activity in cases of joint contracts although ALO has required supervision of the classification programs of cleared subcontractors for some time. Various approaches have been used, depending on the circumstances, for various cleared subcontractors.

    Several attendees discussed how they conduct classification audits of cleared contractors.

M. <u>Agenda Item 7</u>:  Proposed Expanded Designator Glossary

    The group working on CG-WT-4 in Las Vegas had some difficulty locating definitions of some terms, and the question was raised whether there is need and desire for a more extensive designator glossary. Jerry Keyes put together a glossary for use at Y-12. He reported that the job was more difficult than he had expected because different sources define terms differently, and that his glossary was not used as much as he had expected it would be.

    Bob Krohn's opinion is that the event listing should stay in its present form.

    It was concluded that the LLL designator glossary should remain basically as it is now. We should give LLL any input for items we want added to their designator glossary.

N. <u>Agenda Item 13</u>:  Detection of Underground Shots

    Considerable interest is developing at both LLL and LASL in the possibility of detecting underground shots by monitoring atmospheric disturbances. The unelaborated fact of interest in this approach is being handled as unclassified. There will be a meeting at LLL the first week in August to begin developing classification guidance for this program.

O. <u>Agenda Item 12</u>:  Update on Status of Program Guides for New Systems

    Guides for the W48 and W70-3 have been submitted to DOC for approval.



There is now a requirement that guidance be prepared for weapon systems in Phase 2. The major problem with preparing guidance so early is that many aspects of a design which will affect classification are still undecided. The labs probably will propose detailed guidance on areas where the design is reasonably firm, and no guidance or only general topics concerning areas where the final design is still in question. The general approach will be fairly conservative with the possibility of becoming more liberal when classification can be reexamined in the light of more complete design information later in Phase 2 or in Phase 3. It was suggested that possibly Phase 2 guidance could be issued as interim guidance without DOC approval.

LLL is beginning to prepare guidance for the Standard Missile (SM-2) system.

P. Agenda Item 18: Harpoon Classification

Questions arose during Harpoon classification discussions about the interpretation of topics on the classification of implosion systems. The topics in question were clarified by Jim Ruff.

Q. Agenda Item 15: Classification and WCCC - Looking Forward

There was considerable discussion on the role of WCCC, how we visualize ourselves in the next few years, and how we can be more effective. At the 38th WCCC in Livermore March 22-24, the group expressed to DOC Director Jack Griffin a desire to develop a more effective working relationship with DOC. George Stobie said DOC feels they could participate more effectively in our meetings if (1) minutes were issued shortly following the meeting rather than shortly before the next meeting, and (2) the agenda was available farther in advance of the meeting and was less cryptic. It was agreed that the minutes should be issued more promptly. If members will cooperate by submitting agenda items early, a preliminary agenda can be issued earlier. However, it was pointed out that frequently something develops at the last minute that should be considered by the group, so it's not possible to issue a final agenda significantly in advance of the meeting. Several agenda



items which were proposed for the next meeting are listed in Part III, Section E of these minutes.

### III. Miscellaneous

A. Welcome

The WCCC group was welcomed to Rocky Flats by Assistant Plant Manager Jack Dorr.

B. Presentation by Jill Ellman, DOC

Jill discussed past, present, and possible future ERDA DOC use of computers in managing classification information.

C. Correction to 38th WCCC minutes

The meaning intended by the speaker was incorrectly stated in the minutes of the 38th WCCC held at LLL March 22-24, 1977 which read: *It was pointed out that the Test Guide, CG-WT-4, was written several years ago with input from the design and production agencies. When WT-4 was revised, however, there was no input from anyone except DOC.* Please correct your copy of those minutes by revising the second sentence to read: *When CG-WT-3 was revised, however, there was no meeting to facilitate detailed discussion and substantive input to DOC.*

D. 40th WCCC Meeting

The 40th WCCC Meeting is scheduled to be held at the Pantex Plant in Amarillo, Texas, probably in late October.

E. Proposed Agenda Items for the 40th WCCC Meeting

| Topic | Agency | Comments |
|---|---|---|
| 1. Detection of Underground tests | LASL | Content of preliminary guidance |
| 2. Harpoon | LASL | An update on the status and content of guidance |
| 3. ER Weapons | LLL | The technical significance of ER, especially as it relates to classification guidance |



- 10 -

| Topic | Agency | Comments |
|---|---|---|
| 4. Threat message | LLL | Guidance content |
| 5. SM-2 | LLL & SLL | Status and content of guidance, especially that concerning the NAS |
| 6. Release of NSI MUF (I.D.) | | |
|     a. | DOC | General classification problems, decisions, etc. |
|     b. | All | Local reactions and classification problems |
| 7. Status of other guides | DOC & Labs | In detail |
| 8. Content of new guides | Originator | Summary |

The WCCC members listed have agreed to come to the 40th WCCC prepared to present information on the above topics. WCCC invites DOC to send a representative to the meeting prepared to present information on Items 6.a and 7 above.

R. B. Hoffman
R & E Administration Manager

JAN:rt

