U.S. DEPA[RTMENT OF ENERGY]
ALBUQUER[QUE]

**ROCKY FLATS CLASSIFIED DOCUMENT**

CRF005019...

**memorandum**

DATE: APR 13 1983

REPLY TO ATTN OF: SSD

SUBJECT: Special Nuclear Material Inventory Problems (U)

TO: J. R. Nicks, Area Manager, RFAO
J. E. Dorr, General Manager, Rockwell International, Rocky Flats Plant

Unexplainable inventory differences continue to be a major deficiency in the operation of plutonium production processes at Rocky Flats. Since 1980 there have been five major incidents of this type involving metallurgical operations in Buildings 707-776-777. Each time this happens the entire AL system is held hostage while we attempt to resolve the dilemma of meeting our production commitment and maintaining adequate control over the DOE's special nuclear materials. The repercussions of these events have included lost production time, extensive redirection of Rockwell and AL staff effort, investigations of AL activities by the GAO, the FBI, the departmental IG, and DOE/HQ elements, and embarrassment to the highest levels of DOE management. The most severe consequence is erosion of the confidence of these oversight and regulatory bodies in our ability to safeguard large quantities of special nuclear materials.

The common thread in the investigation of all these incidents has been the failure of production personnel to follow procedures for plutonium accountability. I am convinced that the direction for reversing this trend can only proceed from conveyance of management's unequivocal resolution not to tolerate further unacceptable performance. Safeguards needs at Rocky Flats have been well supported in terms of personnel and equipment; renewed motivation is needed to address the problems remaining.

Your progress toward the solution to this problem is to be reported to me each month as part of the round robin visits. There will also be a major review in Albuquerque in early June, upon finalization of the May inventory, to determine whether to continue monthly inventories or to revert to bimonthly inventories.

Original signed by
R. O. Romatowski

R. O. Romatowski
Manager

CLASSIFICATION CANCELLED

NATIONAL SECURITY INFORMATION   Unauthorized disclosure subject to Administrative and Criminal Sanctions.

PLAINTIFFS' EXHIBIT
P-653
90-CV-181

PLAINTIFF'S EXHIBIT
120
ALL-STATE® INTERNATIONAL