# LAW OFFICES
# BERGER & MONTAGUE, P.C.

1622 LOCUST STREET

PHILADELPHIA, PA 19103-6365

TELEPHONE (215) 875-3000

FAX (215) 875-4604

OF COUNSEL:
DAVIS, GORDON & DONER, P.A
WEST PALM BEACH, FL
THE MORGAN LAW FIRM
SAN JOSE, CA

*ALSO ADMITTED IN NY
**ALSO ADMITTED IN FL
$ALSO ADMITTED IN DE
#ALSO ADMITTED IN NJ
†ALSO ADMITTED IN GA
††ALSO ADMITTED IN CA
$ALSO ADMITTED IN DC
§ALSO ADMITTED IN MI

875-5705
WRITER'S DIRECT DIAL NUMBER:

WRITER'S DIRECT FAX NUMBER:

DAVID BERGER*$
HAROLD BERGER
H. LADDIE MONTAGUE, JR.$
STANLEY R. WOLFE
MERRILL G. DAVIDOFF*
SHERRIE R. SAVETT
DANIEL BERGER
JAY ROBERT STIEFEL
GARY E. CANTOR
HOWARD I. LANGER
STEPHEN A. WHINSTON
MARTIN I. TWERSKY
TODD S. COLLINS‡
CAROLE A. BRODERICK
JANICE SIEGEL†††
RUSSELL D. HENKIN**
PETER R. KAHANA
RUTHANNE GORDON
ALAN M. SANDALS$
STEPHEN D. RAMOS
KAREN SCHAFFEL ORMAN
JEANNE A. MARKEY#
LAWRENCE DEUTSCH#
JONATHAN D. BERGER
KENNETH L. FOX*$
PATRICIA D. GUGIN†
PETER NORDBERG

JOHN R. TAYLOR
JEROME M. MARCUS
SHERYL SATZBERG LEVY
LAWRENCE J. LEDERER$
THOMAS F. HUGHES#
CATHERINE A. SULLIVAN
ANDREW LAPAT#
BART COHEN
MICHAEL T. FANTINI$
JEFFREY M. KRULIK##
DAVID F. SORENSEN
SUSAN JAFFE SARNER*#
MICHAEL L. BLOCK‡
STUART J. GUBER
ARTHUR STOCK
JONATHAN AUERBACH#
IVONIA K. SLADE
PATRICK E. BRADLEY
BRET P. FLAHERTY
GENNA C. DRISCOLL
CHARLES P. GOODWIN
JOEL M. SWEET#
NINA AMSTER#
AUDREY A. KRAUS#
LEAH R. STOLKER
YI-FUN HSUEH$
BERNADETTE M.

June 23, 1995

VIA FAX & FIRST-CLASS MAIL

Richard C. Kaufman, Esquire
Office of U.S. Attorney
1961 Stout Street, DR. 3608
Denver, CO  80202

Re: *Cook, et al., v. Rockwell International Corp., et al.*
No. 90-K-181 (D. Colo.)

Dear Mr. Kaufman:

As you know, Jonathan Auerbach and I visited the Rocky Flats plant the week of June 12, 1995. There we reviewed several classified documents which bear on plaintiffs' pending motion that the United States Department of Energy be held in contempt. We request that the following documents be produced to plaintiffs prior to the contempt hearing:

1. Bar code number .CRF00293065T. Location: Building 750. Title: "Classification of Rocky Flats SNM Material Unaccounted For (MUF)". This document is document number 53 on the "Accountability Log for Confidential Documents" provided to us (see excerpt attached).

2. Bar code number .CRF002930226. Location: Building 750. Document Number 167 on the "Accountability Log" (see excerpt).

3. Bar code: .CRF002689385. Location: Box C-368 in Building 881 archives. Minutes of 38th WCCC at LLL, March 22-24, 1977, dated 6/30/77.

4. Document number CD77-2562. Location: Box C-368 in Building 881 archives, folder marked "WCCC Minutes 39th".

5. Rockwell Executive Digest, dated August 30, 1989. Location: Box B-376 in Building 881 archives; in folder marked Executive Digest 1988-89.

PLAINTIFFS' EXHIBIT P-651 90-CV-181

PLAINTIFF'S EXHIBIT 106 ALL-STATE® INTERNATIONAL

BERGER & MONTAGUE, P.C.

Richard C. Kaufman, Esquire
June 23, 1995

    As you know, plaintiffs requested on December 14, 1994, that DOE produce <u>all</u> documents relating to "material unaccounted for" or "MUF" (<u>i.e.</u>, nuclear material at Rocky Flats which cannot be found or accounted for). DOE's failure to initiate and complete a classification review of MUF documents in response to plaintiffs' December request is one of DOE's major violations of the Stipulated Order.

    The first document listed above indicates that DOE, in the past, may have misused its classification power to withhold MUF documents and information not on the basis of national security, but rather to shield the government and/or its contractors from legal liability or political embarrassment. The second, third, and fourth documents also relate to possible abuses of classification.

    The first document states that:[1]

> This report was prepared in response to numerous conversations and correspondence between the Division of Classification, Department of Energy, HQs and ALO with Rocky Flats over a period of time dating back to August, 1976.
>
> A letter from J.A. Griffin to H.E. Roser of July 22, 1977 was transmitted to Rocky Flats on August 4, 1977 requesting that a comprehensive study be conducted on the implications concerning the possible declassification of MUF at this weapons facility....
>
> Rockwell management and certain Dow Chemical Officials feel that the declassification and release of MUF (including explanations) for SNM at Rocky Flats could reveal production data and possibly weapons information. The following data is presented in support of this position....
>
> 10. At the present time multi-million dollar litigation action [sic] is being carried out against the Department of Energy, Rockwell

---

[1] All information about this document and the others listed is contained in notes Jonathan Auerbach and I took at the plant. These notes were reviewed by DOE for purposes of classification and released to us.

2

BERGER & MONTAGUE, P.C.

Richard C. Kaufman, Esquire
June 23, 1995

>International and the Dow Chemical Company. Declassification of MUF and subsequent release could have an adverse effect on the final court decision or settlement.

See "Classification of Rocky Flats SNM Material Unaccounted For (MUF)", at 1, 3, 9-10.

We request that DOE: 1) produce this document; 2) identify its author and date; and 3) produce all other "correspondence" referred to, including the "letter from J.A. Griffin to H.E. Roser of July 22, 1977".

As I made crystal clear during my recent plant visit, our review of, or request for, specific MUF documents in no way alters our prior request for all such documents. Our request of December 14, 1994, still stands. Indeed, DOE should have long ago produced the "Classification of Rocky Flats SNM Material Unaccounted For (MUF)" document in response to the December request.

It appears that DOE and/or its contractors studied the declassification of MUF documents and information at Rocky Flats during at least two periods. First, in relation to the Church litigation in the 1970s; and second, in connection with DOE's release of gross MUF numbers in 1994. We request that DOE produce all documents (regardless of the document's date or location) on this topic, i.e. the possible declassification of MUF information pertaining to Rocky Flats and the consideration of legal and/or political factors. If documents exist which relate specifically to the reasons why the term "material unaccounted for" was dropped in favor of "inventory difference", we request those documents as well. All such documents were encompassed within our December 14th request.

The fifth specific document identified above (which is not marked as classified) relates to a visit by Dr. George Voelz of the Los Alamos National Laboratory to the Rocky Flats plant to discuss "combining RF dosimetry data with data from other DOE facilities in the United States, as well as other nuclear facilities throughout the world." This is relevant to plaintiffs' pending motion for contempt regarding documents in the custody of LANL.

We request production of the five specific documents identified above (as well as information regarding the author and date of the first document) before the contempt hearing. We request that DOE's continued non-compliance with our other requests not hold up production of these five documents.

3

BERGER & MONTAGUE, P.C.

Richard C. Kaufman, Esquire
June 23, 1995

Please call if you have any questions.

Sincerely,

David F. Sorensen

Enclosures
DFS/tas

cc: (With enclosure)
    I. Avrum Fingeret, Esq. (by fax and first class mail)
    Mark S. Lillie, Esq. (by first class mail)
    Patrick Hanlon, Esq. (by first class mail)
    Sean Gallagher, Esq. (by first class mail)
    Frank Dickson, Esq. (by first class mail)

# ACCOUNTABILITY

# LOG

# FOR

# CONFIDENTIAL DOCUMENTS

# TOTAL COUNT: ~~327~~

MARCH 15, 1994

Reviewed for Classification/Uncl —
By: Bea Duran
Date: May 26, 1995

# ACCOUNTABILITY LOG OF ALL SECRET/CONFIDENTIAL DOCUMENTS

| RF-XXXX / RFCD-XX-XXXXX | NAME OF CLASSIFIED DOCUMENT | ORIGINATION DATE | SAFE CUSTODIAN |
|---|---|---|---|
| 43 / CRF00293247N | Inventory Difference MBA 0217-80, May 1986 | 6-5-86 | PP-1066 |
| 44 / C.F | Code Words for Alarm System Interactions | 6-17-94 | PP-1066 |
| 45 / CRF005208197 | EOC Exercise Data Sept. 30, 1992 | 1-13-93 | PP-1066 |
| 46 / CRF002263402 | MC&A System Survey of Building 771 1992 Physical Inventory | 1-93 | PP-1066 |
| 47 / CRF005010150 | Bimonthly/Annual Inventory Report Dec. 1992 | 1-20-93 | PP-1066 |
| 48 / CRF002933568 | ID in the 1375-30 Account | 7-20-84 | PP-1066 |
| 49 / CRF002933577 | Investigative Report for Rocky Flats Aqueous Process ID | 7-18-85 | PP-1066 |
| 50 / CRF002932870 | Resolution of Aqueous Recovery ID MBA 1375-30 Inv. History | 12-19-85 | PP-1066 |
| 51 / CRF002932791 | ID Plan Bldg 371 | 10-30-84 | PP-1066 |
| 52 / CRF002933540 | Bldg 371 ID | 2-14-92 | PP-1066 |
| 53 / CRF002930657 | Classification of RF SNM Material Unaccounted For (MUF) | 2-11-92 | PP-1066 |
| 54 / CRF002930327 | Quarterly & Annual Inventory Grams | 9-21-82 | PP-1066 |
| 55 / CRF002930121 | Items Required From Mid-Year Review | 2-13-87 | PP-1066 |
| 56 / CRF002930204 | Nuc. Sfgds Midyear Review - RFP | 1-30-87 | PP-1066 |
| 57 / CRF002929114 | Inventory Comments Survey July 25 - Aug. 14 1987 | 12-9-88 | PP-1066 |
| 58 / CRF005729158 | Second Quarter FY 89 Response to DOE, AL Annual Sfgds Survey Findings | 4-6-89 | PP-1066 |
| 59 / CRF002929190 | Addendum to First Quarter FY 89 Response to DOE AL Annual Sfgds Survey | 2-27-89 | PP-1066 |
| 60 / CRF002928823 | ID Review MBA 32-4-79 Trend | 12-2-78 | PP-1066 |
| 61 / CRF005009962 | Bimonthly Inventory Report | 5-17-93 | PP-1066 |
| 62 / CRF002940895 | ICE Draft Response #6 | 10-23-85 | PP-1066 |
| 63 / CRF002930854 | Waste Monitoring Plan | 7-30-87 | PP-1066 |

# ACCOUNTABILITY LOG OF ALL SECRET/CONFIDENTIAL DOCUMENTS

| X-RF-XXXX / FCD-XX-XXXXX | NAME OF CLASSIFIED DOCUMENT | ORIGINATION DATE | SAFE CUSTODIAN |
|---|---|---|---|
| 148 / CRF00293124 | Preparation for the May 1986 IFE | 2-10-86 | PP-1066 |
| 149 / CRF00293066 | Generic Threats to DOE Nuclear Programs and Facilities | 2-15-83 | PP-1066 |
| 150 / CRF00293068W | Production Control - Bldg 777 Action Plans for Assessing Threats inv. NM Inv. | 2-25-86 | PP-1066 |
| 151 / CRF00293072V | Retired Pits on WR Data Base | 12-4-85 | PP-1066 |
| 152 / CRF00500977- | Hydro Shot 3516 & 3537 Pit Part Procurement | 4-9-02 | PP-1066 |
| 153 / CRF00293972X | Safeguards Response to AL Security Survey | 12-6-85 | PP-1066 |
| 154 / CRF00292966Y | Responses to the 1985 DOE/AL Annual Survey | 7-13-85 | PP-1066 |
| 155 / CRF00292978+ | Responses to DOE/AL Survey Report 1984 | 10-19-84 | PP-1066 |
| 156 / CRF00500958% | Bldg. 371 ID Status   Oil Doc. | 5-25-93 | PP-1066 |
| 157 / CRF00293003/ | Stream Average Isotopic Data | 9-20-86 | PP-1066 |
| 158 / CRF00293005 | Sampling of Electrorefined Rings | 4-24-84 | PP-1066 |
| 159 / CRF00292900 | SNM Staging/Storage Areas | N/A | PP-1066 |
| 160 / CRF00292986 | New Purchase Order Procedure to Prevent the Compromise of Class Info | 3-11-93 | PP-1066 |
| 161 / CRF00293061A | Request to Skip Feb. 1984 Quarterly Inventory in Bldg 771 | 1-11-84 | PP-1066 |
| 162 / CRF00293037 | Erroneous Shipment of Plutonium Metal to Los Alamos | 1-6-86 | PP-1066 |
| 163 / CRF00293147 | Comments on Rockwell's Response to the Safeguards Survey Report | 1-16-85 | PP-1066 |
| 164 / CRF00293071 | Additional Historical Isotopic Stream Avgs. | 8-25-86 | PP-1066 |
| 165 / CRF00293035E | Building 771 Quarterly Inventory | 2-3-84 | PP-1066 |
| 166 / CRF00293047L | Feasibility of Conducting Inventories in Bldg 771 Access Processing Area (Room 371-21) | 5-9-86 | PP-1066 |
| 167 / CRF00293022G | Special Nuclear Material Inventory Problems | 4-13-83 | PP-1066 |
| 168 / CRF00293051K | Proposed Annual Inventory Staffing | 7-30-85 | PP-1066 |