COPY

NOT CLEARED FOR PUBLIC RELEASE

PAAS99 D RHEGGTN0016 0472035-SSSS--RHEGRFA.

ZNY SSSSS

~~SECRET~~

CD77-670

P 162035Z FEB 77 WDWDW

THIS DOCUMENT CONSISTS OF 2 PAGES
NO. 2 OF COPIES 2

FM USERDA W A STRAUSER GERMANTOWN MD

TO RHEGRFA/ATOMICS INTL DIV RODNEY B HOFFMAN ROCKWELL INTL ROCKY FLATS PLANT GOLDEN COLO SERIES C

INFO RHEGALO/USERDA R R FREDLUND JR ALBUQ NMEX SERIES D

AE.

BT

PLAINTIFFS' EXHIBIT
P-371
90-CV-181

S E C R E T/RESTRICTED DATA/S I G M A

WE HAVE SOME ADDITIONAL QUESTIONS ON THE DATA ENCLOSED WITH YOUR JANUARY 20 MEMO: (1) TRITIUM - WHAT HAPPENED TO THE 1.67 GRAMS OF T IN 1964? IT DOES NOT SHOW UP AS A SHIPMENT OR NOL AND IS NOT IN THE INVENTORY. IS THIS THE ACCIDENT REFERRED TO IN YOUR FEBRUARY 10 TWX AS BEING IN 1963? (2) DEUTERIUM - IS THIS D FOR UNCLASSIFIED PURPOSES? [                                    ] IF IT IS FOR UNCLASSIFIED PURPOSES, WHY IS THERE SUCH SIMILARITY IN RECEIPTS AND SHIPMENTS? (3) AMERICIUM - a) WHERE ARE THE SHIPMENTS OF AM FROM? WHERE DOES THE AM COME FROM IN YEARS WHERE THE INVENTORY DID NOT CHANGE SIGNIFICANTLY AND THERE WERE NO RECEIPTS, BUT OVER A KG OF AM WAS SHIPPED OUT? IS THIS FROM AM THAT GROWS IN THE PU OR IS IT THAT WHICH HAS BEEN RECOVERED FROM THE AM SALT MATERIAL? (4) U-233

(1) $T_2$ NOL 1961, 1.66 grams written off as NOL. The apparently destroyed may have be included in a letter Ham did post of April 19, 1961

(2) Deuterium — Check with Engineering

(3) Am LWL a)
b) Decay from Pu    Recovered from Am salt

CD77-670-SAN

~~SECRET~~

PAGE 2 RHEGGTN0016 S E C R E T/RESTRICTED DATA/S I G M A

- IN THE INVENTORY DATA WE RELEASED THE DATA PRIOR TO 1965. IS SHIPMENTS AND RECEIPTS DATA FOR THIS SAME PERIOD TO BE RELEASED?

(5) IS CHURCH TO BE TOLD WHAT HAPPENED TO THE MATERIAL WRITTEN OFF AS MOL?

END:C:DSH

BT

#0016

NNNN

**COPY — ROCKY FLATS CLASSIFIED DOCUMENT**
CRF002933179

Tritium External Transfers (u)   CD73-4475
**NOT CLEARED FOR PUBLIC RELEASE**

This document consists of 1 page 1 of 2

FY 1968 to Date

| # | Date | Transfer No. | Item Description | MUF | Receipt | Amt. Shipment | Acc. |
|---|------|--------------|------------------|-----|---------|---------------|------|
| | | | | | | | |
| | July '62 – June '68 | | | | | | |
| 1 | 2/25 | 23B-ASA-143 | | | | | |
| 2 | March | Accidental Loss | | | | | |
| 3 | 3/14 | ASA-NAB-57 | | | | | |
| 4 | 3/6 | 23B-ASA-146 | | | | | |
| 5 | | | | | | | |
| 6 | July '68 – June '69 | | | | | | |
| 7 | 1/7 | 23B-ASA-186 | | | | | |
| 8 | 1/7 | ASA-NAB-86 | | | | | |
| 9 | | | | | | | |
| 10 | July '69 – June '70 | | | | -0- | -0- | |
| 11 | | | | | | | |
| 12 | July '70 – June '71 | | | | -0- | -0- | |
| 13 | | | | | | | |
| 14 | July '71 – June '72 | | | | | | |
| 15 | 7/19 | AVA-ASA-118 | | | | | |
| 16 | 7/24 | AVA-ASA-119 | | | | | |
| 17 | 8/24 | AVA-ASA-120 | | | | | |
| 18 | 9/22 | ASA-ATA-280 | | | | | |
| 19 | 9/29 | AVA-ASA-121 | | | | | |
| 20 | 10/28 | AVA-ASA-122 | | | | | |
| 21 | 11/17 | ASA-ATA-288 | | | | | |
| 22 | 11/22 | AVA-ASA-123 | | | | | |
| 23 | 11/24 | D2A-ASA-117 | | | | | |
| 24 | 12/2 | ASA-AZA-1102 | | | | | |
| 25 | 12/8 | ASA-ASA-290 | | | | | |
| 26 | 12/15 | ASA-AWA-334 | | | | | |
| 27 | 12/20 | AUA-ASA-150 | | | | | |
| 28 | 1/12 | ASA-ATA-293 | | | | | |
| 29 | 1/26 | ASA-ATA-295 | | | | | |
| 30 | 1/3 | AVA-ASA-124 | | | | | |
| 31 | 1/29 | AVA-ASA-125 | | | | | |
| 32 | 2/9 | ASA-ATA-296 | | | | | |
| 33 | | | | | | | |
| 34 | July '72 – Aug. | | | | | | |

DECLASSIFICATION REVIEW
1ST REVIEW DATE: 7-9-96
AUTHORITY: ADC [X] ADD [ ]
NAME: M.A. Joep 7-9-96
2ND REVIEW DATE: AUTHORITY: ADD
NAME: G.T. Ostrich

DETERMINATION (CIRCLE NUMBER(S)): 1
1. CLASSIFICATION RETAINED
2. CLASSIFICATION CHANGED TO: None
3. CONTAINS NO DOE CLASSIFIED INFO
4. COORDINATE WITH:
5. CLASSIFICATION CANCELLED
6. CLASSIFIED INFO BRACKETED
7. OTHER (SPECIFY):

RESTRICTED DATA — This document contains Restricted Data as defined in the Atomic Energy Act of 1954. Unauthorized disclosure to any person is prohibited.

© WILSON JONES COMPANY   G7206 GREEN   72C