**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS**
_____

Defendants hereby move for admission of certain exhibits. These exhibits were used by defendants during the cross-examination of plaintiffs' witnesses.

The exhibits that defendants seek to admit, which are attached hereto as Exhibit A (with the exception of certain demonstrative boards used in Court, of which pictures are attached), bear the following exhibit numbers:

| Exhibit Number | Description | Witness |
|---|---|---|
| DX0476 | Health and Safety Laboratory: Plutonium in Soil Around the Rocky Flats Plant | Smallwood |
| DX0477 | Spatial and Temporal Analysis of Rocky Flats Soil Plutonium Data | Smallwood |
| DX0496 | CDPHE Letter from DiSalvo, Gunderson, and Rehder to Members of the Community attaching Memorandum Describing Final Approved Modifications to Rocky Flats | Smallwood |

|  | Cleanup Agreement Attachments |  |
|---|---|---|
| DX0497 | Website Printout entitled Consulting in the Public Interest: Assistance to Attorneys | Smallwood |
| DX550 | Letter to Janet Johnson from Robert Quillin re Enhancements to Surveillance Program | Biggs |
| DX562 | Letter to Gale Biggs from Paul Voilleque | Biggs |
| DX563 | Letter to Admiral Watkins from John Ahearne | Biggs |
| DX1078/ DX1078a | Graphic of Large White Board/ Magnets | Radke |
| DX1218 | Offsite Air Sampler Locations 1989 | Smallwood |
| DX1222 | Graphic entitled Residential Development- 1969 | Smallwood |
| DX1223 | Graphic entitled Residential Development- 1969 to 1989 | Smallwood |
| DX1224 | Graphic entitled Residential Development (Close Up)- 1969 to 1989 | Smallwood |
| DX1225 | Graphic entitled Residential Development (Close Up)-1969 | Smallwood |
| DX1226 | Graphic entitled All Development (Close Up)- 1969 to 1989 | Smallwood |
| DX1227 | Graphic entitled Fate of Soil Excavated by Gophers | Smallwood |
| DX1227A | Graphic entitled Fate of Soil Excavated by Gophers | Smallwood |
| DX1228 | Graphic entitled Development Comparison | Smallwood |
| DX1244 | Graphic entitled Differences in Development Smallwood, K. Shawn | Smallwood |
| DX1245 | Graphic entitled Poet and Martell Contours | Smallwood |
| DX1252 | Graphic entitled Krey and Hardy Contour | Smallwood |
| DX1259 | Graphic entitled Contour Comparison | Smallwood |
| DX1261 | Graphic entitled Contour Comparison | Smallwood |
| DX1262 | Graphic entitled Contour Comparison (Jones | Smallwood |

|  | and Zhang 1970 - 1975) |  |
|---|---|---|
| DX1263 | Graphic entitled Contour Comparison (Jones and Zhang 1975 - 1980) | Smallwood |
| DX1264 | Graphic entitled Contour Comparison (Jones and Zhang 1980 - 1986) | Smallwood |
| DX1265 | Graphic entitled Contour Comparison (Jones and Zhang 1986 - 1989) | Smallwood |
| DX1266 | Graphic of Timeline | Summation |
| DX1266a | Graphic of Magnets for Timeline | Summation |
| DX1271 | Graphic of Magnets Used at Summation | Summation |
| DX1274 | Graphic of Large White Board Magnets | Slovic |
| DX1277 | Onsite Air Sampler Locations (1971) | Biggs |

Dated: November 10, 2005              Respectfully submitted,


                                      /s/ John E. Tangren_____
                                      One of the Attorneys for the Defendants
                                      David M. Bernick
                                      Douglas J. Kurtenbach
                                      Ellen Therese Ahern
                                      Mark J. Nomellini
                                      John E. Tangren
                                      KIRKLAND & ELLIS LLP
                                      200 East Randolph Drive
                                      Chicago, Illinois 60601-6636
                                      Phone:  312-861-2000
                                      Fax:     312-861-2200

                                      Joseph J. Bronesky
                                      SHERMAN & HOWARD L.L.C.
                                      633 Seventeenth Street, Suite 3000
                                      Denver, Colorado 80202
                                      Phone:  303-297-2900
                                      Fax:     303-298-0940

3

                Attorneys for ROCKWELL
                INTERNATIONAL CORPORATION and
                THE DOW CHEMICAL COMPANY

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                            /s/ Kari Knudsen_____
                                            Kari Knudsen (legal assistant)