# Exhibit A

## EXHIBIT A

## Chart of Topics Covered in Cochran Videotape

| Topic | Cumulative of other witnesses? | Lacks Competence to testify on topic? |
|---|---|---|
| Plant History | Yes (Ray, Budnitz) | No |
| Toxicity of Plutonium | Yes (Budnitz, Clapp) | No |
| 1957 and 1969 Fires | Yes (Budnitz, Ray) | Yes |
| 903 Pad | Yes (Budnitz, Ray) | Yes |
| Pondcrete/Saltcrete & Sewage Treatment Plant | Yes (Lipsky, Holeman, Ozaki) | Yes |
| Criticality | Yes (Budnitz) | Yes |
| Inventory Control | No | Yes |
| VOCs/Materials other than plutonium | Yes (Lipsky, Ray) | Yes |

10