# Exhibit B

# OVERVIEW OF ROCKY FLATS OPERATIONS

by

Thomas B. Cochran, Ph.D.

November 21, 1996

23

## Toxicity of Beryllium

Beryllium has been used by contractors, including Dow and Rockwell, of the DOE and its predecessor agencies since the early 1940s in many nuclear applications. Inhalation of small amounts of beryllium dust can lead to lung disease, called berylliosis [Walker, 1986; and DOE, "Beryllium, 1983]. While not radioactive, beryllium metal and several beryllium compounds have been shown to cause cancer in animal studies, is a suspected carcinogen in humans, and is considered carcinogenic by the U.S. Occupational Safety and Health Administration (OSHA) [DOE, "Beryllium, 1983, pp. 34-35 (old page numbers)]. "Inhalation is the primary route of uptake of insoluble beryllium. The latent period for beryllium varies greatly from periods of several months to several years. The disease is of long duration and is of progressive severity. In addition, it is not easy to diagnose, since abnormalities that occur are not specific for this disease." [Sheppard, 1986]

## Rocky Flats Fires

There were two major fires at Rocky Flats that are known to have resulted in important releases of plutonium to the environment, one in 1957, and the second in 1969.

*1957 Fire*

The 1957 fire began in Building 771 at about 10 pm on September 11, 1957 when metallic plutonium casting residues spontaneously ignited in a glovebox in Room 180 [ChemRisk, Task 5 Draft Report, 1992, p. 202]. The gloveboxes were constructed with combustible "plexiglas." The plexiglas caught fire as did the attached rubber gloves [Voillequé, 1995, p. 1]. Combustible gases spread through the duct work and into the final filter plenum. Approximately 30 percent of the flammable chemical warfare system (CWS) filters, which removed plutonium from glovebox exhaust, were consumed [Young, 1977, p. 53].

After the September 1957 fire, there were reviews of fire safety at Rocky Flats that led to numerous recommendations of actions that needed to be taken [See, for example, Dow, 1957, pp. 25-27]. Many of the actions were not taken for reasons of cost and perceived production requirements. Following the 1957 fire Dow Chemical Company permitted the installation of flammable Benelex shielding in gloveboxes, failed to install and maintain adequate fire detection equipment, failed to provide adequate fire protection training, failed to install and maintain adequate fire breaks between working areas and permitted the piecemeal removal of the wall (a fire break) between buildings 776 and 777. As was noted by the AEC after the 1969 fire, the "776-777 complex was not designed of constructed to meet AEC fire safety standards – nor does it appear that any concerted effort over the years have been made to achieve these standards." [AEC, 1969] As a consequence of Dow Chemical Company negligence, fires continued to plague Rocky Flats. I have not seen data for earlier years, but during the three year period, June 1966 through May 1969, a total of 164 fires of all kinds were reported to the fire department at

Rocky Flats [Donnelly, 1969]. For the most part these were unanticipated fires as opposed to fires involving the routine processing of plutonium in Buildings 771 and 776 that were extinguished by the operator as part of his normal operation [Ibid.]. Of the 164 total, 31 fires directly involved plutonium, one of these the May 11, 1969 fire [Ibid.].

*1969 Fire*

The May 11, 1969 started in a glovebox in one of the processing areas of Building 776/777. It is theorized that the fire started when plutonium briquettes spontaneously ignited in a metal storage container [See, for example, AEC, 1969]. Despite the fire hazard represented by the pyrophoric nature of plutonium and the hundreds of tons of flammable material in the building, there was only one operator on duty in the building when the fire broke out [Sauderland, *Denver Post*, June 29, 1969, p. 23]. Thus, the fire was allowed to spread before it was discovered. The fire burned for approximately four hours with some relatively minor flare-ups discovered as much as six hours after the first fire alarms [Dunn, 1977, p. 212]. Damage to the buildings was extensive, and while the fire is not believed to have breached the building roof, exterior contamination was measured on the roof of Building 776, apparently due to failure of a filter. Plutonium was tracked out of Building 776 by firefighters and was detectable on the ground around the buildings. [Young, 1977, p. 56.]

The May 11, 1969 fire could have been much worse. Several hours into the fire, firemen noticed that the roof was getting soft and began watering it down. Had the roof collapsed, containment would have been lost and plutonium contaminated smoke released to the environment. This would have been a disaster of major proportions. According to the AEC, only the heroic efforts of the firefighters limited the burning [AEC, 1969]; hundreds of square miles could have been contaminated and the cleanup costs could have been astronomical [Giller, 1970]. This fire, and many of the early "unanticipated" fires, could, and should, have been prevented, had Dow Chemical Company given appropriate attention to the lessons learned from the earlier fires.

### The 903 Pad

The story of the 903 Pad is one of the more egregious examples of the disregard for public health and safety by Rocky Flats management. A chronology of 903 Area events has been developed by the Radiological Assessment Corporation [Meyer, et al., RAC, 1996, pp. 2-5; see also, Seed, et al., 1971, p. 6]. Due to poor waste management practices, Dow Chemical Company permitted the on-site buildup of radioactive waste and residues. In July 1958 a storage area for drum storage of radioactive waste/residues was established in the 903 area. Many of the 30 and 55 gallon drums contained plutonium contaminated lathe cutting oil from the plutonium machining of weapon components. The drums were stored outside, initially directly on the dirt. Dow Chemical Company discovered the drums were leaking in July 1959. At that time it would have, or should have, recognized that the plutonium was exposed to the environment and was capable of being carried off-site by the winds. Dow added a rust inhibitor to the barrels, but they

continued to leak. In January 1964 large scale leakage of the drums was reported. Another two year lapsed before Dow started transferring oil out of the leaking drums. A year later, in January 1967, Dow began removing drums for processing in Building 774. By this time there were 5,237 drums, of which 3,572 were said to have contained plutonium. After the last of the drums were removed in June 1968, Dow burned the vegetation in October 1968, and began grading the site in November 1968, in preparation for paving it with asphalt, applied fill material on the site beginning in July 1969, and asphalt in November 1969. Dow permitted the grading to take place during high wind conditions, leading, or contributing, to additional excessive off-site contamination as the contaminated soil was blown off-site.

Also because of Dow's poor waste management practices, it is not well known even to this day how much plutonium was in the drums or how much leaked out. The barrels were not properly labeled, so it was difficult to tell how old the drums were or how much plutonium each contained. Radiological Assessment Corporation (RAC) recently estimated a total of 9 to 18 kg of plutonium were in the drums and from 40 to 1,800 grams of plutonium leaked out into the soil.

## Off-Site Plutonium Contamination

There were four major *known* sources of off-site plutonium releases from the Rocky Flats Plant, from: a) routine filtered stack emissions, b) the 1957 fire, c) the 1969 fire, and d) the 903 Pad. Of course there were surely other releases that were smaller, simply missed, or went unreported. Over the years a number of investigators have made estimated the releases from one or more of these four known sources. We have not heard the end of efforts to quantify these releases, as new data will derive from expert testimony in the ongoing Rocky Flats litigation, Cook, et al., v. Rockwell International Corp., et al. (No. 90-K-181 (D. Colo.)). This brief review below does not address these new data, but is limited to selected previous estimates.

### *Routine Filtered Stack Emissions*

Based on stack gas monitoring data, Ripple, et al., present ChemRisk's best estimate of the routine plutonium emissions between 1953 and 1989 as 0.22 MBq (6 µCi), with a 95 percent confidence range of 0.090-0.56 MBq (2.4-15 µCi). Using 0.073 Ci/g, this estimate is equivalent to 80 µg Pu (range 30 - 300 µg Pu).

### *1957 Fire*

An estimated 9 to 25 kg of plutonium metal may have been involved in the 1957 fire [Voillequé, 1995]. Early estimates of total known and unknown quantities of plutonium released to the atmosphere as a consequence of the 1957 fire were reported as one gram (0.07 curies) [Young, 1977, p.54]. Rockwell International later claimed that 0.37 gram (0.025 curie) of plutonium were released through a filter system damaged in the 1957 fire. [Dunn, 1977, p. 10].

26

"Barrick (1981) provides the largest published estimate of the total release of radioactivity to the environment from the September 11, 1957 fire at Rocky Flats. Barrick estimates that the release was between 0.7 and 1.3 curies, with a most probable value of 1.0 curie. At 0.0734 Ci per gram of plutonium, a release of 1 curie corresponds to 14 grams of plutonium." [ChemRisk, Task 5 Draft Report, 1992, p. 202]  Barrick's estimate is 26 to 57 times that of Rockwell. Mongan, et al., reporting on the ChemRisk study results, estimated 1.9 GBq (0.05 Ci) as an upper bound to the plutonium releases from the 1957 fire [Mongan, et al., 1996, pp. 510-521]. This corresponds to about 0.7 g of plutonium. Voillequé estimated releases from the main filter bank in the range 4 to 25 g of plutonium [Voillequé, 1995, p. 22].

*1969 Fire*

As indicated above, Rockwell claimed that while plutonium was tracked out of Building 776 by firefighters and was detectable on the ground around the buildings. [Young, 1977, p. 56.] ChemRisk [Task 8 Report], estimated that the 1969 fire released 2.8 mCi (40 mg) of plutonium. Voillequé estimates that approximately 7 mCi (range 2-20 mCi) was deposited on the roof and approximately 1 mCi (range 0.3-3 mCi) was deposited on the ground nearby [Voillequé, 1996].

*903 Pad*

Mongan, et al., present ChemRisk's estimate of the plutonium releases associated with the 903 Pad. The ChemRisk mean estimates are [Mongan, et al., 1996, p. 526; and ChemRisk, Task 6 Draft Report, 1993, p. 80]:

    410 GBq (11 Ci) were re-deposited on the pad
    520 GBq (14 Ci) escaped from the pad. [190 g of plutonium]
    300 GBq ( 8 Ci) traveled beyond the security fence
    250 GBq ( 7 Ci) escaped to beyond the site boundary of the uninhabited buffer zone
               around the plant. [96 g of plutonium].

The uncertainty in the these results, due to the application of the Fugitive Dust Model, according to Mongan, et al., and ChemRisk is about a factor of 10 [Ibid.].

The environmental releases from the 1969 fire and the 903 Pad were certainly avoidable, and represent a clear violation of the ALARA principle, a basic tenant of the health physics profession.

One of the problems for those who reside, or own property, near the Rocky Flats Plant, is that plutonium is extremely toxic; its contamination is invisible; it is difficult to measure, and it is exceedingly difficult to assess, or determine an upper limit on, an individual's risk of getting cancer as a result of exposure to plutonium—even by the experts. Moreover, there are the added risks associated with ongoing cleanup activities. Even the radioactive waste buried on site can be

brought by gophers and other small animals to the surface where the contamination can be resuspended by the wind and blown off-site [Smallwood, 1996].

## The MUF Problem

Dow Chemical Company was grossly negligent in its failure to adequately account for plutonium (and highly-enriched uranium) inventories during the initial period of operation of Rocky Flats—during the period from April 1953, when the first shipments of plutonium nitrate arrived on site from Hanford, through FY 1963 (June 1963). For over a decade, Dow did not systematically measure the plutonium in residues and scrap, set no limits on the plutonium content in scrap, failed to conduct frequent clean-out inventories of equipment and processes lines, and as a consequence allowed the cumulative plutonium inventory difference to climb to 665 kg—equivalent to the amount of plutonium in the pits of some 220 modern nuclear weapons.

For at least five years the annual plutonium inventory difference was running at several percent of throughput (as high as 8 percent in 1956), compared to less than one percent in later years after some of the inventory problems were brought under greater control. For a decade, Dow did not try to systematically address the reasons the inventory differences were so large. As noted in a 1964 internal Rocky Flats MUF study, "The plutonium losses experienced during the entire history of the Rocky Flats plant have been significant. These losses have never been explained or properly justified and this study was conducted to determine their source and causes." [Zodtner and Rogers, 1964]

In 1964, more than a decade after the plant started operations, Dow finally started addressing the inventory difference problem. But during a three year transitional period, the cumulative plutonium inventory difference climbed another 435 kg, or the equivalent of what is in 150 modern nuclear weapons.

Even during the five year period, FY 1980-FY 1984, when Rockwell International was operating the plant, the site-wide plutonium inventory differences were running 30 to 40 kg per year.

For relevance of Rocky Flats Plant MUF to off-site releases, see my companion report, "Plutonium Inventory Differences at the Rocky Flats Plant and Their Relation to Environmental Releases," November 21, 1996.

28

## The Criticality Problem

*Until safety is given appropriate priority relative to production and until DOE instills a healthy, questioning attitude about nuclear safety in all of the people who work there, Rocky Flats Plant will not operate as safely as it can and should.*

> Criticality Safety Assessment Team
> SCIENTECH
> September 1989. p. ES-5.

An inadvertent criticality event occurs when too much fissile material is brought together unintentionally to form a critical mass, thereby creating a runaway nuclear chain reaction. Since the assembly of the material into a critical mass is unintentional, the release of energy is extremely small compared to that released by a nuclear weapon or a nuclear power reactor; nevertheless, it can be lethal to those in the immediate vicinity. As indicated in a 1989 DOE funded review of criticality safety at Rocky Flats, "A criticality accident at the Rocky Flats Plant could produce a potentially lethal dose of neutrons and gamma radiation to workers at close range, could generate heat and fission products, and in extreme but low probability circumstances, could result in the release of radioactive material to the environment." [SCIENTECH, p. ES-1]

The critical mass of fissile material depends upon a number of factors, including the type of fissile material, e.g., plutonium, high-enriched uranium, the chemical and isotopic composition, density, shape, and the types and locations of surrounding materials. To get a flavor of the range of critical masses of materials used at Rocky Flats under selected conditions see Table 2. A sphere of dense ($\alpha$–phase) plutonium (3.12% Pu-240) inside a thick (5-30 cm) beryllium reflector has a critical mass between 2.5 and 5.5 kg, depending on the thickness of the beryllium. In solution, where the plutonium concentration is 20 to 40 grams per liter, the critical mass of plutonium can be as low as 500 grams.

Criticality accidents have been recognized as an important safety concern since the first such accident occurred on February 11, 1945 during the Manhattan Project. There were some 21 criticality accidents outside of reactors at AEC facilities United States between 1945 and 1964 resulting in the deaths of a half dozen workers [Thompson and Beckerley, 1964, pp. 608-612]. Many features were incorporated into the Rocky Flats Plant design to reduce the probability of an inadvertent criticality event, and the need to follow strict criticality safety operating procedures was well known to the AEC/ERDA/DOE and the Rocky Flats contractors.

During the entire history of the Rocky Flats Plant, from 1952 to the present, there was never a unplanned criticality event at Rocky Flats, or at least none reported. In this regard, however, Rockwell International, can be considered lucky, because as evidenced by the 1989 criticality safety review, Rockwell did not maintain adequate criticality conditions and practices

at Rocky Flats [SCIENTECH, 1989]. The review team identified a case of excessive amount of plutonium which had accumulated in the duct work, unknown to the plant managers, and indications that similar situations may have occurred elsewhere. The review team also found situations where plutonium was stored in a manner that could result in a criticality accident if a store room were flooded or if the drums fell together, for example, during an earthquake. The team also indicated that there had been more than 600 procedural infractions recorded by the criticality safety program at Rocky Flats since 1962 [Ibid.]. These examples of Rockwell's failures are summarized in the Executive Summary of the 1989 review, which is included as Attachment A to my report.

### Pondcrete

Failure to adequately manage the huge quantities of radioactive and other hazardous residues and wastes at Rocky Flats was not limited to the issues surrounded the 903 Pad discussed above. Another notable example is Rockwell's efforts to dispose of radioactive solar pond sludge by sequestering it in concrete, what became known as "pondcrete." For a more extensive treatment of the pondcrete and other waste management issues at Rocky Flats, see U.S. v. Rockwell, 1992; and North, Budnitz and Chan, 1996.

On July 31, 1986 the U.S. Environmental Protection Agency (EPA), DOE and the Colorado Department of Public Health reached an agreement under which Rockwell, among other requirements, was to close and clean out solar evaporation ponds that had been used to evaporate waste water that had been contaminated with radioactivity and other hazardous materials, and process and ship off-site the contaminated waste removed from the pond [EPA, DOE, Colo. Dept. of Health Compliance Agreement, July 31, 1986]. The ponds had been leaking into the groundwater.

Rockwell developed a process for solidifying the sludge at the bottom of the ponds by mixing it with concrete and making concrete blocks which were about 40 inches by 40 inches by 26 inches. These blocks weighed between 0.6 and 0.9 tons each. But Rockwell never perfected the process. Instead of hardening like concrete, many of the blocks were soft like putty. After sending some 2000 pondcrete blocks to Nevada for disposal, officials there refused to accept further shipments. Rockwell's response was to continue to make semi-soft pondcrete blocks in plastic lined cardboard boxes, and to store the boxes at the 750 Pad, protected only a tarp that frequently blew off in high winds. By the end of September 1987, there were over 10,000 such boxes of pondcrete stored at the 750 Pad. Running out of room, Rockwell began storing blocks at the 904 Pad as well.

Not surprisingly given these conditions, the blocks began to deteriorate. In May 1988, a box at the 904 pad fell and broke open. By this time some 16,500 blocks were stored outside at Rocky Flats. The DOE determined that 9,000 of these had deteriorated. There is no obvious

30

way to repair the damage caused by Rockwell's failed pondcrete process and storage regime. The cleanup cost is likely to run into the hundreds of millions of dollars.

## Conclusions

The toxicity and hazardous nature of plutonium, uranium and beryllium were known to the plant's contractors well before the Rocky Flats Plant was built, and in fact to a large extent the plant was designed with these hazards in mind. The toxic nature of plutonium and beryllium, and the fact that there would be large volumes of hazardous residues and wastes produced, was recognized from the start. The concern over fires and criticality conditions, and that one must keep careful track of the whereabouts of plutonium and highly-enriched uranium was well known. But something went awfully wrong.

For 37 years the plant's first two contractors operated Rocky Flats with callous disregard for these hazards. The contractors placed highest priority on meeting warhead component production quotas, and failed to exercise the due diligence and meticulous attention to detail required to insure the public's health and safety. As a consequence there were fires that could have been prevented and should not have occurred. In violation of the ALARA principle, there were releases of plutonium to the environment that could have been prevented and should not have occurred, unnecessarily exposing the public to an increased risk of cancer. Private property was contaminated effectively forever. One contractor, Rockwell International, in 1992 pleaded guilty to committing ten environmental crimes, five of which were felonies [U.S. v. Rockwell, 1992]. There was a huge unnecessary buildup of radioactive waste. When the plant was shut down in 1989 for safety violations, it was left in a condition that has made cleanup of the site an expensive nightmare for the government. There were about 12.7 metric tons (t) of plutonium left at the plant [DOE, 1996, p. 20]. Some of the plutonium was stored in temporary plastic packaging, which has since begun to deteriorate, producing hydrogen gas that can contribute to pyrophoric conditions [National Research Council, 1996, p. 13]. Even today there are thousands of drums of hazardous wastes stored in available spaces throughout the various building at Rocky Flats—another fire hazard waiting to happen. The site may never be cleaned up adequately, largely because of the egregious manner in which the plant was operated for more than three decades resulting in extensive contamination of the site and the accumulation of large volumes of toxic wastes.

The deplorable conditions at Rocky Flats did not have to exist. The United States was, and is, the richest industrialized country in the world. Dow and Rockwell International, the two contractors that operated Rocky Flats from 1952 to 1989, rank respectively, among the largest chemical and defense contractors in the country. They could have done the job right had they wanted and chosen to do so. Instead, the contractors placed profit ahead of public health and safety.

Signed: _Thomas B Cochran_

Date: November 21, 1996