# Exhibit C

**COPY**

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2    ------------------------------x
 3    MERILYN COOK, et al.,          : Civil Action
                                     :
 4               Plaintiffs,         :
                                     :
 5         vs.                       :
                                     :
 6    ROCKWELL INTERNATIONAL         :
      CORPORATION, a Delaware        :
 7    Corporation, and THE DOW       :
      CHEMICAL COMPNAY, a Delaware   :
 8    Corporation,                   :
                 Defendants.         : NO. 90-K-181
 9    ------------------------------x
10              Expert oral deposition of THOMAS B.
11    COCHRAN, Ph.D., taken at the law offices of BERGER
12    & MONTAGUE, P.C., 1622 Locust Street,
13    Philadelphia, Pennsylvania  19103, on Thursday,
14    the 20th day of March, 1997, commencing at 10
15    o'clock a.m., before ANGELA C. BUONANTUONO, a
16    Court Reporter and Foreign Commissioner of Deeds
17    for the Commonwealth of Pennsylvania.
18
19
20
21                         - - -
22         DELCASALE, CASEY, MARTIN & MANCHELLO
              Registered Professional Reporters
23              Suite 636 - 1801 Market Street
              Philadelphia, Pennsylvania   19103
24                     (215) 568-2211
```

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                              7

1  Q.    Studied a situation to determine the cause?
2  A.    I have examined reports associated with
3  fires. I have never served as a fire examiner --
4  Q.    Has anyone ever asked you --
5  A.    -- in an official capacity.
6  Q.    In any other capacity, sir, other than an
7  official capacity?
8  A.    No.
9  Q.    Then why did you say "official capacity"?
10 A.    To distinguish the situation from examining
11 fires in my home or examining environmental
12 implications of fires at Department of Energy
13 facilities, for example.
14 Q.    Have you ever been asked by anyone to
15 determine the cause of any fire anywhere, any
16 time?
17 A.    No.
18 Q.    Have you ever worked on any team that
19 sought to determine the cause of any fire any
20 place, any time?
21 A.    No.
22 Q.    Have you ever examined any facility, any
23 place, any time, to determine whether it is in
24 compliance with fire codes?

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                          10

1  Q.    Your expertise was not being relied upon to
2  determine whether the Clinch River breeder reactor
3  was in compliance with fire codes, correct?
4           MR. DAVIDOFF:  Relied upon by
5      whom?  Objection to form.
6           When I object, unless I tell
7      you for some reason not to answer, which is
8      unlikely, then you should answer his
9      question.
10           THE WITNESS:  I'm sorry, I
11      didn't understand the procedure.
12           I was at the time senior
13      scientist at Natural Resources Defense
14      Council, and we were intervening, largely
15      on my own initiative, in the licensing of
16      the Clinch River breeder case.
17           So my review of the license was
18      at my own direction.
19  BY MR. KURTENBACH:
20  Q.    Has anyone ever hired you to examine a
21  manufacturing facility to determine whether it is
22  in compliance with fire code?
23  A.    No.
24  Q.    Have you ever studied fire codes in your

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                              11

1   life?
2   A.   Studied fire codes, only indirectly.
3   Q.   Have you ever studied whether a
4   manufacturing facility is in compliance with fire
5   codes?
6   A.   Well, I don't know how broadly or narrowly
7   to respond to what is meant by the word "studied".
8        I have reviewed documents of others who
9   have done so.
10  Q.   Have you ever prepared documents that
11  discuss the issue of whether a manufacturing
12  facility was in compliance with fire codes?
13  A.   Other than this immediate case?
14  Q.   Correct.
15  A.   No.
16  Q.   Are you a member of any fire protection or
17  safety organization?
18  A.   Currently?
19  Q.   Ever?
20  A.   Fire protection or safety, meaning fire
21  safety as opposed to safety?
22  Q.   Correct.
23  A.   No.
24  Q.   Can you name any fire protection or safety

DelCasale, Casey, Martin & Manchello

1   BY MR. KURTENBACH:
2   Q.    Do you remember the question that's
3   pending, sir?
4   A.    No.
5   Q.    Can you name any fire protection
6   association?
7   A.    None other than fire departments, you know,
8   local governments.
9   Q.    Can you name any book or treatise that
10  discusses fire protection or the author?
11  A.    Yes.  There was a number of reviews of the
12  fires at Rocky Flats that are cited in both -- I
13  think in my document and I think also in the
14  analysis by Budnitz & Chan.
15  Q.    Prior to your work in connection with the
16  Rocky Flats litigation, have you ever reviewed any
17  book on fire protection?
18  A.    None come to memory.
19  Q.    Have you ever designed a fire protection
20  system?
21  A.    No.
22  Q.    Have you ever managed any group of people
23  who were responsible for fire protection?
24  A.    No.

1  A.    Yes.
2  Q.    Other than in connection with this case?
3  A.    No.
4  Q.    You're not an expert in fire safety, are
5  you?
6  A.    I have better than a lay person's knowledge
7  of fire safety related issues at Department of
8  Energy facilities.
9  Q.    You've never represented yourself to anyone
10 as being an expert in fire safety, have you?
11 A.    Nobody has asked me to represent myself as
12 an expert in fire safety. I mean, nobody has ever
13 come and said, "Will you be an expert in fire
14 safety".
15 Q.    You've never represented yourself to anyone
16 as an expert in fire safety, have you?
17 A.    No, but I have not also represented myself
18 as being an expert in a lot of areas where I have
19 expertise. So I guess in that respect, the answer
20 would be "no".
21 Q.    Is there any respect in which the answer
22 would be "yes", have you ever represented yourself
23 to any other human being as being an expert in
24 fire safety?

Thomas B. Cochran, Ph.D. 16

1         MR. DAVIDOFF: Objection to the
2 form of the question.
3         THE WITNESS: I believe I have
4 expertise in the adequacy of the fire
5 protection procedures as they relate to pit
6 manufacturing facilities.
7 BY MR. KURTENBACH:
8 Q. Any other expertise relating to fire
9 safety?
10 A. I have more than a layman's knowledge of
11 fire safety issues related to radiological
12 materials.
13 Q. Any other expertise related to fire safety?
14 A. Well, the issues of fire safety in a
15 broader context arise in conjunction with my work
16 as a consultant -- as an advisor to the Department
17 of Energy on the management of radioactive waste
18 and other materials that the department is
19 currently trying to dispose of.
20 Q. Have you ever written any articles on fire
21 safety?
22 A. Outside of this case, no.
23 Q. Have you written any articles on this case?
24 A. I've submitted two reports, one was an

```
 1  overview report that dealt with fires in -- in
 2  part, dealt with fires at Rocky flats.
 3  Q.      When you said "articles" you were referring
 4  to your two reports?
 5  A.      Excuse me?
 6  Q.      When you said "articles", you were
 7  referring to your two reports in this case?
 8  A.      Yes.  And I've also examined fire safety
 9  issues at the TA-55 in Los Almos.
10  Q.      Was that in connection with litigation?
11  A.      Yes.
12  Q.      Have you ever written anything concerning
13  fire safety outside of the context of litigation?
14  A.      Only very indirectly.
15  Q.      Have you ever taken any courses on fire
16  safety or fire protection for nuclear facilities?
17  A.      No.
18  Q.      For any facilities?
19  A.      No.
20  Q.      Have you ever taught any such courses?
21  A.      No.
22  Q.      Outside of the context of litigation, has
23  anyone ever asked you to review any procedures
24  that have been developed to ensure fire safety at
```

Thomas B. Cochran, Ph.D.                              26

1  Q.    Have you ever been to Rocky Flats?
2  A.    Yes.
3  Q.    Have you been inside the buildings at Rocky
4  Flats?
5  A.    I've been inside one or two of them, yes.
6  Q.    Which are those?
7  A.    I don't remember.  One of them is the
8  administration building.
9  Q.    What was the other.  You said one or two;
10 was there another?
11 A.    I said one or two.
12 Q.    Right.  Was there another?
13 A.    I don't have any recollection.
14 Q.    And you have no recollection of ever being
15 inside any manufacturing facility of Rocky Flats,
16 correct?
17 A.    What do you mean by "manufacturing
18 facility"?
19 Q.    You have no recollection of being inside
20 any facility at Rocky Flats, other than an
21 administration building, correct?
22 A     I did not go in, for example, to inside the
23 security fence of 777, 776, 771.
24 Q.    You have no recollection of ever being

DelCasale, Casey, Martin & Manchello

Case No. 1:90-cv-00181-JLK   Document 1618-3   filed 11/10/05   USDC Colorado   pg 11 of 17

Thomas B. Cochran, Ph.D.                          32

```
 1   lasted for a summer, correct?
 2   A      The on-the-job training lasted for a
 3   summer, yes.  The schooling lasted for two years.
 4   Q.     Now, do you remember the name of the person
 5   who provided you with any criticality training
 6   while you were at Oak Ridge?
 7   A.     You know, I don't remember.  That was so
 8   long ago I don't remember the names of any of the
 9   people I was working with at the time.
10   Q.     Have you ever been responsible to make sure
11   that people working under you complied with
12   criticality safety procedures?
13   A.     No.
14   Q.     Have you ever performed an on-site audit of
15   any facility to determine whether they were in
16   compliance with criticality safety guidelines?
17   A.     On-site audit, no, I would say no.
18   Q.     Have you ever been asked to, either
19   individually or as a member of a team, audit any
20   facility to determine whether --
21   A      No.
22   Q.     -- that facility was in compliance with
23   criticality guidelines?
24   A.     No.
```

1    to procedures that facilities have that are
2    provided to employees at the facilities
3    that describe the methods that should be
4    followed to ensure criticality safety.
5            MR. DAVIDOFF:  Thank you.
6            THE WITNESS:  And what was the
7    precise question?
8    BY MR. KURTENBACH:
9    Q.    Have you ever been asked to review such
10   procedures to determine whether they are adequate,
11   outside of the context of litigation?
12   A.    No, I have not.
13   Q.    Have you ever performed an on-site audit to
14   determine whether a facility was in compliance
15   with fire safety guidelines?
16   A.    Repeat the question?
17   Q.    Have you ever performed an on-site audit to
18   determine whether any facility was in compliance
19   with fire safety guidelines?
20   A.    No, I have not.
21   Q.    Have you ever been asked to do so?
22   A.    No, I have not.
23   Q.    Have you ever lectured on fire safety?
24   A.    No, I have not.

1   analysis performed by anyone other than Scientech?
2   A.   Yes.
3   Q.   Have you ever evaluated ventilation systems
4   in order to determine whether they posed a
5   criticality risk at any facility?
6              MR. SORENSEN:  Point of
7        clarification, do you mean at Rocky Flats?
8   BY MR. KURTENBACH:
9   Q.   Go ahead.  You can answer the question.
10  A.   Yes.
11  Q.   Have you ever managed --
12             THE WITNESS:  Excuse me, when
13       are we breaking for lunch?
14             MR. DAVIDOFF:  Off the record.
15             (WHEREUPON, a discussion was
16       held off the record.)
17  BY MR. KURTENBACH:
18  Q.   Have you ever managed a nuclear facility of
19  any type?
20  A.   Managed a nuclear facility of any type?
21       I've been the radiation -- I've been the
22  radiation safety officer for the Vanderbilt
23  University.
24       I have worked in various facilities, but

Thomas B. Cochran, Ph.D.                106

1   not as -- various nuclear facilities, but not as a
2   manager of the facility.
3   Q.    Other than your work as a radiation safety
4   officer at Vanderbilt University, have you ever
5   managed any nuclear facility?
6   A.    No, not in the context of being the
7   "manager" of the facility, no.
8   Q.    And other than -- well, not even "other" --
9   have you ever been responsible for nuclear wastes
10  at any facility?
11  A.    I've been responsible for ensuring adequate
12  health physics practices at Vanderbilt University,
13  which had nuclear wastes that required disposal.
14  Q.    Any place else?
15  A.    No.
16  Q.    And did you handle or deal with plutonium
17  when you were working at Vanderbilt University?
18  A.    No.  By the way, though, well....
19  Q.    By the way, though, what?
20  A.    Nothing.
21  Q.    Nothing?
22  A.    I own some uranium.  Does that help you?
23  Q.    Now, if you'll go back to Page 28 of the
24  report.

DelCasale, Casey, Martin & Manchello

1  to testify as to what Exhibit 19 is, if you know?
2  A.    To the best of my belief, that picture
3  represents the burial of radioactive waste at
4  Rocky Flats in the early period of operation of
5  the plant, you know, taken during the process of
6  burial.
7  Q.    Do you know whether there is any plutonium
8  in any of the barrels that are depicted in Exhibit
9  19?
10 A.    No, I do not.
11 Q.    Do you know whether there is any material
12 other than -- strike it.
13       Do you know the chemical name for any
14 material that exists in any of the barrels that
15 are depicted on Exhibit 19?
16 A.    I don't know the contents of the barrels
17 depicted in that facility.  I know that is a
18 reasonable representation of burial of low-level
19 waste which occurred at the Rocky Flats plant in
20 this early period.
21 Q.    Have you ever seen, with your own eyes, any
22 low-level waste that has been buried at the Rocky
23 Flats plant?
24 A.    No.

Thomas B. Cochran, Ph.D.                          182

1  Q.      Are you done with your answer?
2  A.      No.  No one has asked me to do a review
3  of -- or an overview of these other facilities in
4  that regard.
5  Q.      In your whole life, right; no one has ever
6  asked you to do an overview of any other facility
7  to assess fire safety?
8  A.      I've read books on these other facilities,
9  but I haven't done the type of analysis I've done
10 here with regard to Rocky Flats.
11 Q.      Have you ever graded any other facility as
12 to its fire safety in your life?
13 A.      No.  Well, in the back of my mind I have,
14 not from any report that I've written.
15         I mean, I have some of my own views about
16 these matters, but have not written them down.
17 Q.      No person who has lived around Rocky Flats
18 has ever received any external radiation exposure
19 due to Rocky Flats, correct?
20              MR. DAVIDOFF:  That is objected
21         to as lacking in foundation and beyond the
22         scope of his report.
23              THE WITNESS:  Well, that would
24         be incorrect, anyway.

DelCasale, Casey, Martin & Manchello

Thomas B. Cochran, Ph.D.                              231

1           I would have to go back and check, but I
2    believe Exhibit 17 may be solcrete rather than
3    pondcrete, and I believe Exhibit 18 is pondcrete
4    rather than solcrete.
5    Q.      Okay.
6    A.      Just wanted to get that clarified.
7    Q.      Okay.  Have you reviewed any monitoring
8    data related to pondcrete?
9               MR. SORENSEN:  Objection, vague
10        as to time, location.  Even the monitoring
11        data?
12              THE WITNESS:  Much of my
13        discussion of pondcrete and solcrete is
14        based on my own knowledge of the history of
15        these operations and court cases.
16              Some of it is based on the work
17        of North and Budnitz, and so I'm relying to
18        some extent on their work.
19   BY MR. KURTENBACH:
20   Q.      In your video you have shown pictures of
21   cardboard boxes in which you contend that
22   pondcrete was contained, correct?
23   A.      Yes.
24   Q.      Do you know for how long that storage

DelCasale, Casey, Martin & Manchello