## Transcript of Excerpts from "Dark Circle" Documentary

**Narrator:** Several years ago, I was in Denver visiting friends drinking the local water without a second thought.  Then I read in a magazine article that a nearby reservoir in the surrounding countryside had been contaminated with plutonium from a place called Rocky Flats the factory where they make the bomb.  I read that plutonium causes cancer and genetic defects up to 20 years after it gets inside your body.  I looked at the glass of water and thought about what might happen to me or the children I might have someday if there was plutonium in the water.

Six hundred thousand people live within 20 miles of Rocky Flats.  In the neighborhoods most heavily contaminated with plutonium, according to the county health director, the cancer rate is 16% higher than in nearby neighborhoods with no contamination.  Talking to his people around Rocky Flats about plutonium, I began to understand the bomb itself. Not the mythic bomb of my childhood but the manufactured product of today.  Starting at Rocky Flats I began to uncover the story of how plutonium and the bomb are affecting us even in the absence of a nuclear war.

This is one of the assembly lines for the hydrogen bomb. Rocky Flats produces the heart of the weapon, the plutonium trigger.  The trigger is actually a small round atomic bomb that fits inside one end of the hydrogen bomb.  When the trigger explodes it creates temperatures and pressures like than in the interior of the sun, conditions necessary to ignite the hydrogen components.

Since it opened in 1953, Rocky Flats has manufactured about 26,000 plutonium triggers.  Assuming that each trigger weighs 10 pounds, Rocky Flats workers have handled at least 260,000 pounds of plutonium turning ingots like this one into triggers for hydrogen bombs.  Calculated from figures released by Rocky Flats, the brain and central nervous system cancer rate for their workers is 5 times higher than for the rest of Colorado.

**M. Batley:** When we bought here we were not told anything about a nuclear weapons plant being very close to us, say within 3-4 miles.  The salesman at the sales office told us the homes were going FHA.  FHA would not guarantee the loan and we kind of wondered well why, so we asked why and he said there was a problem with the soil samples.  However, he never said anything about any kind of contamination.  He said that they were concerned that there was possibly a water table running underneath some of the land here when in fact it was plutonium contamination but we were never told that.

**Narrator**: Marlene Batley's primary concern living next to the bomb factory was for the safety and health of her two daughters.

**M. Battley:** I talked with Pam Solo from the American Friends Service Committee and Dr. John Karp who was a professor at CU-Atherton. He said that when you vacuum the dirt up and the dust up but the most minute particles of dust are expelled out from your vacuum cleaner bag you'll never see them along with those most minute particles of dust can come minute particles of plutonium out through your vacuum cleaner bag. There's no way you can stop it. I remember Woody saying what do you want some coffee or something and I remember saying to him "I don't know, where'd the water come from that we made the coffee with and you were afraid it was going to be radioactive coffee." You don't want the kids to drink any milk you said, gee does this milk come from those cows that are next to the plant.

**Narrator:** In 1952, during the second year of the Korean War, Rocky Flats was built in secret 16 miles northwest of Denver in cattle country. This is what the country looks like now. In 1974, Dr. Karl Johnson, the county health director was asked to approve a routine expansion of the residential zoning adjacent to Rocky Flats. When he analyzed the soil for plutonium he found 285 times as much as had been found by the Department of Energy which had used a different soil sampling technique. Within a year over the health director's objections, housing developments had been built on the contaminated soil.

One of the qualities of plutonium that makes it difficult to contain is that when it comes in contact with air it catches fire. A major plutonium fire in 1957 burned through the gloveboxes and sent a heavy black cloud drifting toward Denver, breaking the military secrecy surrounding the plant. Even a full week after the fire, air monitors in the main smoke stack measured 16,000 times the permissible level of plutonium.

In 1969, a second major fire burned enough plutonium to build 77 atomic bombs, but no one knows exactly how much escaped the building. Despite statistics that show a higher cancer rate in the contaminated neighborhoods downwind from Rocky Flats, it's almost impossible to prove that the source of any individual cancer is plutonium since a particle too small to detect can cause a tumor. And then we met a man who thought he did have proof, a builder named Rex Haag.

**Rex Haag:** In 1967, Kris was born. She was born in an area that I developed as a builder and lived there for a couple of years. Then we moved to an area which is straight south of the plant but only 3 miles away. About March of 1979, she had mentioned that she had bumped her knee. We checked it and it was a very little bump. We thought it would go away. But it didn't in fact it got bigger and we went in for a biopsy. And somewhere around the 12th of May and they checked and found out it was malignant and 3 days later amputated her leg, 3 days after that gave her first chemotherapy treatment. When they said it was malignant, I questioned as to what could cause it. I became very concerned as to what I possibly could have done wrong as a parent that could have caused cancer in my child. The first thing that they said is that we know that it's caused by radiation. We don't know what else it's caused by, but we do know that it's caused by radiation.

After Kris died, because of the knowledge that I had gained about radiation, and plutonium in particular, we did have tissue studies taken and she was cremated and there were studies taken of the ashes.

**Narrator:** Her father had Kris' ashes sent to three labs for plutonium analysis. The first lab at the State University of New York never performed the analysis. The second lab, a prime contractor for Rockwell International, sent back inconclusive results that indicated the presence of plutonium but at a level within the margin of error for the testing procedure. The third lab in Richmond, California, detected a large amount of plutonium in the ashes, a type of plutonium routinely released from Rocky Flats.

**Dr. Werkema:** We must approach problem solving with an open mind. You would not have invited me here and I would not have accepted your invitation if we did not have this mutual trust. If the plant were to operate for 70 years, and the population of Denver were exposed to that operation, the maximum possibility that approximately one human being would receive health effect or a genetic defect from the plant. In other words, at this time, health effects are estimated to be too small to measure.

**Horse Rancher**: On the EPA standards which you state the plant is in compliance with and so on, isn't it true that those standards have been sent by people who were formerly with the AEC, these people on the whole dealt with the development of the bomb and that those standards were not set by medical personnel who have dealt with the effects of low-level radiation.

**Dr. Werkema**: The people who have formulated these regulations, I believe are the people who are best informed on the behavior and the transport of plutonium in the environment. I believe Rocky Flats is a safe, healthful place and that the environment around it likewise is safe and a healthful place to live. Thank you.

**Narrator:** The organizer of this meeting, Vivien Waterman, conducted her own survey and found 23 cancer cases among her immediate neighbors. Don Gable, the Rocky Flats worker with brain cancer knew of two other women who were diagnosed with the same thing and they knew two others all within five blocks of each other. Given the local population, this is about 20 times the expected rate for brain cancer.