# TAB B

2709

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3    Civil Action No. 90-cv-00181(JLK)
 4    MERILYN COOK, et al.,
 5         Plaintiffs,
 6    vs.
 7    ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
      COMPANY,
 8
           Defendants.
 9
```

**REPORTER'S TRANSCRIPT**
TRIAL TO JURY
VOLUME 17

Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, commencing at 1:21 p.m., on the 26th day of October, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Gwen Daniel, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 629-9285

John Radke - Cross

2745

A. Okay.

Q. What I was suggesting is that there might be design features for a car, particular design features and particular years that may have some perceived impact on the value of the car, at least in the mind of the car manufacturer. It says, this looks cool, it's going to sell big time, those fins. And a multiple regression might turn out to result to say, yeah, you've got fins, it's a positive benefit of $100, I want you to assume that that's how the regression turns out. You would still have to take, for fins, and everything else, those estimated coefficients and determine whether or not they're statistically significant, correct?

A. Correct.

Q. In other words if you're doing statistics, it's very, very critical, you're aggregating data, you want to make sure that you're doing so in a way that has some potential significance. So you want to eliminate as much as you can the possibility that you're seeing something simply due to chance. Fair?

A. Correct.

Q. And to eliminate the possibility that you are seeing something simply due to chance, there are tests of statistical significance that look to how strong a relationship is, how tight it is, and if it's strong enough it's felt not to be subject to chance within reason. If it's too weak it's felt, Well, gee, it may be just a result of chance. You can test the

John Radke - Cross                2746

1  statistical significance, right?
2  A.  Correct.
3  Q.  So we have to take every one of these coefficients and say,
4  Well, yes, we see that it's there, but the relationship -- is
5  the relationship strong enough that it meets the test of
6  statistical significance.  We've got to go back and take a look
7  at it from that point of view, right?
8  A.  Right.
9  Q.  Okay.  So if we've got those fins, and it turns out that,
10 yes, the analysis says they look like they're a $100 item, but
11 the data shows that the impact of fins varies anywhere between
12 positive $500 and negative $500, that's what we meant to have
13 down here with the negatives, then because this result includes
14 the possibility of there being no effect, would it be correct
15 to say that the result is not statistically significant?  Is
16 that what you basically do with confidence intervals for
17 statistical testing purposes?
18 A.  Right.  If it gives you -- the test, if it's significant,
19 then significant it is; if it's not there, if it varies widely
20 and could be subject to chance, then, yes, it's not
21 significant.
22 Q.  And traditionally, is it a fact that traditionally the
23 statistical significance level or test that's applied, the
24 standard test that's applied is 95 percent confidence?
25 A.  The standard, right.

1  Q. Right. So that typically if you go through scientific
2  papers, they'll take the data and they'll see what the spread
3  of the data is, from lots of effect, to no effect, to a
4  negative effect, they'll take a look at that data and say, If
5  we want to be 95 percent sure that the true result is picked
6  up, we have to have confidence intervals that are like here, or
7  like here, or like here. They'll set those confidence
8  intervals and will see whether those intervals go down and
9  include zero effect; and if they do, it's not statistically
10 significant, correct?
11 A. Correct, except in 95 percent -- although it's a standard
12 used in the literature, it has been subject to debate, so --
13 Q. I understand.
14 A. It's an interpretation --
15 Q. We'll go back to that particular number.
16 A. All right.
17 Q. But you would agree with me that that standard, the 95
18 percent standard, that's been very broadly used?
19 A. Yes.
20 Q. And endorsed, correct?
21 A. Correct.
22 Q. And, in fact, you yourself talk about 95 percent being
23 standard in your report in this case, correct?
24 A. Correct.
25 Q. Now if the 95 percent standard is adopted, or whatever

1  statistical test is adopted as being the confidence interval,
2  and it's not met by a particular data point, that is, a
3  particular feature like fins is not statistically significant,
4  doesn't that mean from a scientific point of view that you
5  cannot make an affirmative, supported statement based upon
6  empirical proof?
7  A.  That depends on how you set up your hypothesis.  But if you
8  set up your hypothesis to say that if it didn't meet a 95
9  percent confidence interval you would reject it, then, yes.
10 Q.  And typically, again, for those folks who use the 95
11 percent confidence interval and then find out that their data
12 shows a relationship, but it's not 95 percent confident,
13 typically what they will do is say, We looked, we saw this, but
14 it was not statistically significant.  That's what they would
15 say.
16 A.  Yes, except they would follow it up with at the 95 percent
17 confidence.
18 Q.  At the 95 percent confidence interval, correct?
19 A.  Yes.
20 Q.  And that 95 percent confidence interval is used by
21 people -- for example, we haven't talked about it but
22 statistics is used in doing medical studies to determine
23 whether medication is effective or not, correct?
24 A.  Correct.
25 Q.  So you have a group -- let's say we give the medication to

John Radke - Cross                                   2749

1    the folks over on the good side of the courtroom, and the folks
2    who are not on the good side of the courtroom, they're the
3    controls, they get the sugar pill, and then you do a trial and
4    see how people do, and you compare them statistically, that's
5    one of the uses of statistics, right?
6    A.  Correct.
7    Q.  And if there is a difference, that is, the pill turns out
8    to produce a good result, but it doesn't reach 95 percent level
9    of certainty, then what happens every day in the approval of
10   drugs, that doesn't cut it, right?
11   A.  Correct.
12   Q.  Now I want to continue on with -- I want to move now from
13   this example with the car and talk about the work in this case
14   that you've done and try to create exactly the same kind of
15   diagram.
16           And I've got a magnetic board here to try to help out.
17   Is it true that the dependent variable in this case -- this is
18   no longer on the ELMO, I am going to have to do it here.  If
19   you can't see, I'll just pull it over so you can.  I'll try to
20   keep within your range of sight.
21           Is it true that the dependent variable in this case is
22   the value of the property in the area that you analyzed?
23   A.  It's the value of the property, right.
24   Q.  In your area of study, right?
25   A.  Well, in Phase I, right -- yeah, the dependent variable is

John Radke - Cross 2775

1  Q. Okay. That's fair.
2  A. So, you know, in fuzzy logic you shade it gray.
3  Q. Okay.
4  A. But, you know --
5  Q. Okay. Well, there's one other thing that we should bring
6  out about the data on Phase I, then we'll go to Phase II, and I
7  know you're anxious to --
8  A. By the way --
9  Q. Sure.
10 A. So in Phase I it's an assumption, and it's roughly this
11 figure, that's an assumption, but it could go higher or lower,
12 that's the point. It's sort of a midstream number.
13 Q. At this point your analysis reflects no scientific
14 methodology that we can use to figure out where the truth lies
15 with respect to these properties, correct?
16 A. Well, what it does point to, and this is with scientific --
17 Q. Not what it points to.
18 A. Okay.
19 Q. You said it could be higher or it could be lower.
20 A. Right.
21 Q. And there's no methodology that you applied in Phase I to
22 give us a methodological answer to that, correct?
23 A. Correct.
24 Q. Okay. In fact, you do apply a methodology to Phase I
25 that's called testing for statistical significance, right?

John Radke - Cross

2776

1  A. Correct.
2  Q. And is it true that none of your results, none of your
3  results in Phase I are significant at the traditional 95
4  percent level?
5  A. When you say "traditional" I would say that, yes, most of
6  the science world picks 95 as being a magic number. But there
7  are many of us in the scientific world that believe in
8  reporting exactly what that number is. Just simply because
9  sometimes 90 percent, sometimes 80 percent is pretty amazing.
10 A little example --
11 Q. Before you go on to give the example -- I'll accept what
12 you are saying.
13        Most of the scientific world uses 95 percent, right,
14 you just said so?
15 A. Yes. You want to talk about the scientific world?
16 Q. What?
17 A. I said we can talk about the scientific world. In the area
18 of remote sensing, if you get 86 percent, it's huge. So it
19 depends on what you're looking at. And in the world of
20 medicine and trial under huge, you know, controlled
21 experiments, 95 for sure.
22 Q. 95 for sure?
23 A. Under controlled experiments for sure.
24 Q. Well, but the whole idea here is as much as possible to run
25 a controlled experiment, not prospective, but retrospective

John Radke - Cross

2777

1  using the data, correct?
2  A.  If I was able to do that, I would have had my patients sell
3  their property each year so that I would get a good data set.
4  Q.  You could have done it easily in this case, you could have
5  done it easily.  You had a class of people that you could
6  identify, you had -- you knew them down to the individual.  You
7  could have sent out independent questionnaires to every member
8  of that class, asking them anything that you wanted about Rocky
9  Flats, provided the questions are posed the right way, about
10 their sales of the property, going off and finding the matched
11 controls, you had a retrospective study of this population,
12 correct?
13 A.  But if they didn't sell their property, of what value would
14 that be?
15 Q.  That's true, but you could then have updated it by -- from
16 '89 to '99, you would have had probably turnover of every
17 single property in this class, right?
18 A.  We're talking about commercial, vacant and
19 multi-residential -- because that's what we're looking at,
20 these numbers.  And if I track the commercial, etc. but my
21 study -- the first part of the study was done at the end of
22 '93, and then I moved on to the second phase.
23 Q.  Nothing was stopped --
24 A.  Well, I moved into the second phase of the study, and again
25 I said why the first phase of the study --

```
                                                                    2778
                         John Radke - Cross
```

1   Q.  I understand.  Nothing has stopped you.  Now it's 2005.
2   There wasn't a thing that stopped you from doing that
3   retrospective study about the class, right?
4   A.  No, I wasn't given a grant to do that.
5   Q.  Okay.
6   A.  So --
7   Q.  Let's go back to where we were, which is that most of the
8   scientific world, I think you said, uses 95 percent, right?
9   A.  Under experiments that are a little different than this,
10  but, yes.
11  Q.  Are you familiar with the reference manual on scientific ed
12  that's published by the Federal Judicial Center?
13  A.  I'm not familiar with that.
14  Q.  I'll represent to you it says traditionally scientists
15  adopt a 95 percent level of confidence which means that if a
16  hundred samples of the same size were done the confidence
17  interval expected for at least 95 of the samples would be
18  expected to include the true population value.  Would you agree
19  traditionally scientists adopt the 95 percent level of
20  confidence?
21  A.  I agreed earlier that traditionally they do.
22  Q.  And, in fact, in your own report you actually used the 95
23  percent confidence level, this is at page 46, to calculate or
24  talk about a standard rate of error, correct?
25  A.  Correct.  Because the standard error is reported at that

John Radke - Cross 2779

1 level, correct.

2 Q. Well, so you yourself used 95 percent when it came to other
3 aspects of your report, correct?

4 A. Right.

5 Q. And, again, if we applied that, none of these results for
6 Phase I were statistically significant, we're in agreement on
7 that, aren't we?

8 A. We're in agreement they are what they are, correct.

9 Q. Let's go to Phase II. Phase II brought a change, not only
10 in the nature and quality of the data, it also brought a change
11 in terms of the question that you were seeking to answer,
12 correct?

13 A. Correct.

14 Q. And is it true that in Phase II you came to learn of a new
15 fact, which is the -- I'll move one of these guys out. The
16 F.B.I. raid and allegations, right?

17 A. I actually knew about that before Phase II, but I was able
18 to look at it in Phase II.

19 Q. Okay. And actually what I'm going to do in order to make
20 this a little bit simpler to follow is I'm going to switch
21 these around and put the F.B.I. raid right here. And the
22 reason that you learned about it -- or the reason that you
23 started to focus on it more accurately was that Mr. Davidoff's
24 partner, Dan Berger, came to talk to you about doing a new
25 analysis, right?