# TAB C

3690

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

**REPORTER'S TRANSCRIPT**
TRIAL TO JURY
Volume 25

---

Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, continued at 1:04 p.m., on the 2nd day of November, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Therese Lindblom, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 628-7877

Robert Goble - Cross

3698

1  Q. Fair enough, okay.
2     Now, you gave some testimony also about uncertainty.
3  And I just wanted to touch on that real briefly.
4     When you were talking there -- you were saying -- I'll
5  do a simple whiskers to show how sometimes we see uncertainty
6  in -- displayed in these various documents, where they have
7  a -- sort of a lower bound and upper bound, and then they'll
8  put some kind of middle range number in the middle, correct?
9  A. That's correct. That's -- when I was earlier asked, what
10 did I mean by talking about a broad range of possibilities,
11 that's one way of describing such a broad range, where one is
12 one end of the of the range and the other is the other end of
13 the range.
14 Q. Sometimes -- not always, but sometimes we might see a
15 number like the 95 percent upper bound at the top of the
16 whiskers, and the 5 percent lower bound at the bottom of the
17 whiskers, correct?
18 A. That's correct.
19 Q. Now, when we see that, when we see that kind of a range, in
20 fact, wouldn't it be true that the mean, or the average, which
21 would be somewhere depending upon what we're looking at, fall
22 somewhere in this range, the mean or the average would be the
23 most likely result?
24 A. Well, it's not true, technically. It's -- the --
25 Q. Would it be the median that is the most likely result?

Robert Goble - Cross

3699

1  A.  No.  You could have most -- I mean, it depends on the
2  nature of the probability distribution that you're using to
3  describe what's happening in this -- in this range.  And so it
4  can be -- it could be the mean, it could be the median, could
5  be something different.  It might be the -- there is a most
6  likely result that's lower or higher than any of those.
7  Q.  All right.  If you're estimating something, and it's
8  generally -- generally what happens is that scientists will
9  present some sort of a middle -- a middle ground, and then
10 they'll articulate what the lower end of their uncertainty is
11 and what the higher end of their uncertainty is.
12           For example, they might say, the answer is 1, and then
13 in parenthesis, they'll say it could be anywhere from .1 to 10.
14 That might be one way they would present it, correct?
15 A.  That's correct.
16 Q.  And when they're doing that, they're saying, best estimate
17 is 1, but I have uncertainty bands around it, correct?
18 A.  That's correct.
19 Q.  Okay.  And then just so that we get that out there, if this
20 middle ground, if it's the mean, then that's the same thing as
21 the arithmetic average, would that be correct?
22 A.  That's correct.
23 Q.  And if it's the median, then what that teaches us is, when
24 we see that term, "the median," we think about 50th
25 percentile, because half of the numbers are below and half the

3704
Robert Goble - Cross

1  A.   -- to present this morning, that you were presented with.
2  And that provides a very faint indication.  Anyway, that's --
3  that's the only communication that I have provided to you
4  with -- about my readings of those reports.
5  Q.   That's fair enough.
6            That's all I have.
7            (1:25 p.m.)
8                    **REDIRECT EXAMINATION**
9  BY MS. ROSELLE:
10 Q.   Good afternoon, Dr. Goble.
11 A.   Good afternoon.
12 Q.   Did any of the questions Mr. Kurtenbach asked you change
13 any of the opinions which you gave to the jury this morning?
14 A.   No.
15 Q.   Okay.  Mr. Kurtenbach put up here this -- this chart, which
16 I think you described as the confidence interval, would that be
17 correct?
18 A.   I certainly have used that term, yes.
19 Q.   Now, what is a confidence interval?
20 A.   All right.  This -- what we were saying, that we're
21 uncertain as to what the value of whatever this is, it might be
22 a risk, it might be a dose.  And so -- and we draw a range of
23 possibilities for it.  And the idea is that you try to use
24 probability to describe how uncertain you are.
25           So what this is saying is, I make a statement -- if I

1  put up something like that, I'm making a statement in which I
2  say, I think there is only a 5 percent chance that the true
3  number is higher than that upper bound. And I think there is
4  only a 5 percent chance that that true number is lower than
5  that lower bound.
6       So I'm 90 percent confident that the true number is in
7  between.
8       Now, I could be wrong. I mean, but -- about what it
9  is. But that's expressing my best judgment in probability form
10 as to where the true number lies.
11 Q. Okay. Now, when you're talking about a dose
12 reconstruction, such as what you did in this case, what RAC did
13 in this case, and what ChemRisk did in this case, and you're
14 looking at the confidence interval, do you know between the
15 95th percent upper bound and the 5 percent lower bound what
16 the true dose is, or is it just that's 90 percent sure it's
17 within that range?
18 A. It's just --
19      MR. KURTENBACH: Object to the form of the question,
20 Your Honor.
21      THE COURT: Sustained.
22 BY MS. ROSELLE:
23 Q. Doctor, would you explain, when you're looking at a dose
24 reconstruction, such as the one that RAC did, such as the one
25 that ChemRisk did, and such as the one that you did, what the