# TAB D

4278

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

     Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

     Defendants.
```

**REPORTER'S TRANSCRIPT**
Trial to Jury
VOLUME 30

Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 1:05 p.m., on the 7th day of November, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

1  raid resulted in social amplification of risk, heightened the
2  perception of risk at Rocky Flats among people in the survey
3  group such that they, if they had heard about the FBI raid,
4  would have paid less. That was the hypothesis, correct?
5  A. Yes.
6  Q. And in fact, it turns out that there was no statistically
7  significant difference between people who had heard of the raid
8  and people who had not heard of the raid, no statistically
9  significant difference in terms of how they answered the
10 discount questions, correct?
11 A. The 53 percent versus the 62 percent? Is that what you are
12 referring to there?
13 Q. Yeah. You specifically call out in this chart through
14 asterisks the results that are statistically significant. At
15 95 percent and higher you put an asterisk. When it came to the
16 questions about value, price, how much would you pay, there was
17 no statistically significant difference between the people who
18 had heard about the raid and the people who had never even
19 heard about it, right?
20 A. That's correct.
21 Q. And as a result, your data did not support the proposition
22 that the FBI raid had had an impact on what the people were
23 willing to pay for property close to Rocky Flats, correct?
24 A. In this particular comparison, no, there was not a
25 significant difference between the two groups.

Paul Slovic - Cross

4316

1  Q. And you certainly reached no conclusion that anything that
2  was actually done by Rockwell affected people's willingness to
3  pay, did you?
4  A. We didn't look at that.
5  Q. You seem to say, well, this particular comparison, this is
6  the comparison that was published in the peer review journal in
7  1998, correct?
8  A. Yes.
9  Q. Society for Risk Analysis, 1998. You were one of the
10 authors?
11 A. Yes.
12 Q. You specifically, you and your colleagues, picked out this
13 comparison, and you found there simply was not a statistically
14 significant difference, right?
15 A. That's what this shows here, yes.
16 Q. Even when it came to concern over the releases, isn't it
17 true that whether people were knowledgeable about the prior
18 releases or not was not a statistically significant difference
19 in terms of their willingness to pay dollars, correct?
20 A. Where is that data?
21 Q. It's the data that's part of your study. It wasn't even
22 reported. Do you recall that being part of your study?
23 A. I don't recall, no.
24 Q. Now, if it turns out that the raid was not the explanation
25 and it turns out the contamination was not the explanation for