# TAB E

11/9/2005  Cook v. Rockwell 11/09/05 PM

```
                                                              44
 1                    IN THE UNITED STATES DISTRICT COURT
 1                       FOR THE DISTRICT OF COLORADO

 2       Civil Action No. 90-CV-00181(JLK)

 3       MERILYN COOK, et al.,

 4            Plaintiffs,

 5       vs.

 6       ROCKWELL INTERNATIONAL CORPORATION and
 7       THE DOW CHEMICAL COMPANY,

 8            Defendants.
 9       _____

10                            REPORTER'S TRANSCRIPT
10                              Trial to Jury
11                               VOLUME 34
12       _____
12
13            Proceedings before the HONORABLE JOHN L. KANE, JR.,
14       Judge, United States District Court for the District of
15       Colorado, commencing at 1:15 p.m., on the 9th day of November,
16       2005, in Courtroom A802, United States Courthouse, Denver,
17       Colorado.
18
19
20
21
22
23
24          Proceeding Recorded by Mechanical Stenography, Transcription
24          Produced via Computer by Janet M. Coppock, 901 19th Street,
25              Room A-257, Denver, Colorado, 80294, (303) 893-2835
```

4744

1   this graphic to explain a few concepts to the jury.  If you
2   could turn to your report, appendix two, and Scenario 2 for
3   women.  Tell me when you are there.
4   A.  I am there.
5   Q.  Okay.  Now, it says AOR, that stands for adjusted odds
6   ratio; is that correct?
7   A.  Yes.
8   Q.  It says 1.29; is that correct?
9   A.  Yes.
10  Q.  That's the 1.29 that appears on the screen in front of the
11  jury for women '89 to '92 in Scenario 2; is that correct?
12  A.  That's correct.
13  Q.  Now, in your report next to the 1.29, there are two other
14  numbers in brackets, .99-1.67.  Do you see that?
15  A.  Yes.
16  Q.  And there is -- similar types of bracketing numbers appear
17  next to, I believe, nearly all or all of the various numbers
18  that we see here, correct?
19  A.  Correct.
20  Q.  The numbers differ.  They are not all .99 to 1.67, but they
21  are of that nature.  There is a range, right?
22  A.  That's correct, yes.
23  Q.  Can you explain to the jury what that range means?
24  A.  This is -- this range of a low number to a higher number
25  around the number that we see on the screen there is what's

4837

1  called a 95 percent confidence interval, and it's something
2  that epidemiologists calculate to give the impression of if you
3  were to do this same experiment, shall we say, or same study a
4  hundred times, what range would you expect this number on the
5  screen to fall within 95 times out of those hundred. That's
6  what's meant by the 95 percent confidence interval. It's a way
7  of expressing statistical significance.
8  Q. You don't mean if this exact same study were performed a
9  hundred times, this same data?
10 A. No. It would be another study by researchers looking at
11 this same issue.
12 Q. Perhaps in other areas?
13 A. Yes.
14 Q. Do you in your work generally outside of this case place
15 particular weight or rely on this particular test of
16 statistical significance that you just described?
17 A. I calculate it. I don't use it in a way of, you know -- it
18 doesn't contribute to my conclusion. It doesn't lead me to a
19 conclusion. It's a fact that I take into account based on the
20 data that I -- calculation that I have made.
21 Q. Well, for example, the example we were looking at, the 1.29
22 number, followed by the bracketed numbers .99 to .167, does
23 that mean that -- what does it mean? Is the 1.29 your best
24 estimate?
25 A. Yes, that's what the 1.29 is. That's what I think the real

1   relationship, that there is a 29 percent excess, and then the
2   95 percent confidence limit means or interval means that if you
3   did this same study 100 times, it would fall within the range
4   of .99 to 1.67 95 times out of a hundred, so it could be as low
5   as .99 or as high as 1.67, but I think what it really is is
6   1.29.
7   Q.  And did you calculate -- I think you mentioned calculate
8   something called P value?
9   A.  Not in this -- no, not in this report.  It's something
10  that -- it's the same basic data that you use to calculate a P
11  value, but here we have done the same type of exercise as a
12  confidence interval.
13  Q.  And does the fact that the ranges for some of these numbers
14  dip below one, does that detract in any way from the results
15  that you found?
16  A.  No.  The results are what they are, and these are the
17  ratios that represent those results, and the confidence
18  interval or the P value is simply more things to consider.
19  Q.  Are you aware that in the '50s and '60s fewer people were
20  living in Jefferson County than do today, for example?
21  A.  Yes.
22  Q.  And fewer people in the '50s and '60s than were living in
23  perhaps the '70s and '80s; is that right?
24  A.  That's my understanding, yes.
25  Q.  Does that change in population affect the validity of