**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  November 9, 2005                    Reporter: Janet Coppock
                                           Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                      Merrill Davidoff
                                           Louise Roselle
Plaintiffs,                                Holly Shook
                                           David Sorensen
v.

ROCKWELL INTERNATIONAL CORPORATION         David Bernick
and THE DOW CHEMICAL COMPANY,              Douglas Kurtenbach
                                           Ellen Ahern
Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Twenty-Two**

**8:50 a.m.      Court in session.**

Jury not present.

Statement by Ms. Shook regarding the medical condition of Dr. Flynn.

Discussion regarding the video tape to be shown during the direct examination of Dr. Cochran, as well as his testimony.  Court will review the video and Dr. Cochran's expert report.

Discussion regarding Dr. Biggs' exhibits.

   **Exhibit rejected:    P-1327**

   **Exhibit received:    P-1343**

Argument regarding how the Dr. Flynn issue should be resolved.

Letter from the medical doctor regarding Dr. Flynn will be a part of the record.

**ORDERED:   Dr. Flynn is permanently excused.  His direct testimony is stricken. Court retains the admission and rulings on all exhibits that came through Dr. Flynn, so those will be part of the record.  Each side is permitted to designate portions of Dr. Flynn's deposition, and the opposite side may make whatever objections or additions they want as to offering Dr. Flynn's deposition and any part thereof.**

Court states that Dr. Till may be deposed.  He cannot be called for purposes of cross-examination in plaintiff's case.  He will be called as part of defendants' case.

Jury present.

9:24 a.m.      Continued direct examination of Dr. Biggs by Ms. Roselle.

**Exhibit received:   P-1336**

10:05 a.m.      Cross examination of Dr. Biggs by Mr. Kurtenbach.

**10:29 a.m.      Court in recess.**
**10:50 a.m.      Court in session.**

Jury not present.

Discussion regarding issues pertaining to Dr. Cochran and Mr. Kaufman.

10:58 a.m.      Continued cross examination of Dr. Biggs by Mr. Kurtenbach.

12:02 p.m.      Jury excused.

Court's comments regarding mini-summations.

**12:07 p.m.      Court in recess.**
**1:24 p.m.      Court in session.**

Jury present.

1:26 p.m.      Continued cross examination of Dr. Biggs by Mr. Kurtenbach.

**Exhibits offered:   DX-1277, DX-1218, DX-562, DX-563, DX-1318**

1:33 p.m.      Redirect examination of Dr. Biggs by Ms. Roselle.

2

Bench conference.   **ORDERED:  Defendants' oral motion to strike the testimony of Dr. Biggs is denied.**

Plaintiffs' witness, Richard Clapp, sworn.

2:14 p.m.      Direct examination of Dr. Clapp by Mr. Sorensen.

   **Exhibit received:   P-1204**

   **Exhibits rejected: P-1119, P-1356**

**3:05 p.m.      Court in recess.**
**3:24 p.m.      Court in session.**

Jury present.

3:25 p.m.      Continued direct examination of Dr. Clapp by Mr. Sorensen.

   **Exhibits received: PG-800, PG-691, and PG-799**

4:13 p.m.      Cross examination of Dr. Clapp by Mr. Kurtenbach.

**4:40 p.m.      Court in recess.**

Time in court - 5:53.  Trial continued.