# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

## AMENDED DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS

---

Exhibits Defendants seek to admit, Exhibit A to Defendants' Motion for Admission of
Exhibits.