IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**AMENDMENT TO
PLAINTIFFS' MOTION TO ADMIT EXHIBITS
P-10, P-371, P-548, P-651, P-652, P-653, P-654, & P-655**

    Plaintiffs hereby supplement their Motion to Admit Exhibits, filed Nov. 9, 2005, with the corrected copies of Exhibit D (P-10) and Exhibit L (P-371).

    Respectfully submitted,

Dated: November 10, 2005

    /s   Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
jmacnaughton@bm.net

1

2

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*
*And the Class*