

**NOT CLEARED FOR PUBLIC RELEASE**

PAAS99 0 RHEGGTN0016 0472035-SSSS--RHEGRFA.

CD77-670

ZNY SSSSS      ~~SECRET~~

P 162035Z FEB 77 WDWDW

THIS DOCUMENT CONSISTS OF 2 PAGES
NO. 2 OF COPIES 2

FM USERDA W A STRAUSER GERMANTOWN MD

TO RHEGRFA/ATOMICS INTL DIV RODNEY B HOFFMAN ROCKWELL INTL ROCKY FLATS PLANT GOLDEN COLO   SERIES C

INFO RHEGALO/USERDA R R FREDLUND JR ALBUQ NMEX SERIES D

AE.

BT



PLAINTIFFS' EXHIBIT
P-371
90-CV-181

S E C R E T/RESTRICTED DATA/S I G M A

WE HAVE SOME ADDITIONAL QUESTIONS ON THE DATA ENCLOSED WITH YOUR JANUARY 20 MEMO: (1) TRITIUM - WHAT HAPPENED TO THE 1.67 GRAMS OF T IN (1964)? IT DOES NOT SHOW UP AS A SHIPMENT OR NOL AND IS NOT IN THE INVENTORY. IS THIS THE ACCIDENT REFERRED TO IN YOUR FEBRUARY 10 TWX AS BEING IN 1968? (2) DEUTERIUM - IS THIS D FOR UNCLASSIFIED PURPOSES? [                    ] IF IT IS FOR UNCLASSIFIED PURPOSES, WHY IS THERE SUCH SIMILARITY IN RECEIPTS AND SHIPMENTS? (3) AMERICIUM - a) WHERE ARE THE SHIPMENTS OF AM FROM? WHERE DOES THE AM COME FROM IN YEARS WHERE THE INVENTORY DID NOT CHANGE SIGNIFICANTLY AND THERE WERE NO RECEIPTS, BUT OVER A KG OF AM WAS SHIPPED OUT? IS THIS FROM AM THAT GROWS IN THE PU OR IS IT THAT WHICH HAS BEEN RECOVERED FROM THE AM SALT MATERIAL? (4) U-233

*(handwritten notes:)*
(1) T₂ NOL 1961, 1.66 grams. Distilled off as NOL. The of authority destroyed may have be included in a letter Hunack/ford of April 19, 1961

(2) Deuterium - Check with Engineering

(3) Am LUI  a)
           b) Decay from Pu ... Recovered from Am Salts

CD77-670 - SAN

COOK 14DEC94 REQUEST FOR MUF     4448048

PAGE 2 RHEGGTN0016 S E C R E T/RESTRICTED DATA/S I G M A

- IN THE INVENTORY DATA WE RELEASED THE DATA PRIOR TO 1965. IS SHIPMENTS AND RECEIPTS DATA FOR THIS SAME PERIOD TO BE RELEASED?

(5) IS CHURCH TO BE TOLD WHAT HAPPENED TO THE MATERIAL WRITTEN OFF AS MOL?

END:C:DSH

BT

#0016

RNNN

COOK 14DEC94 REQUEST FOR MUF       4448049