Tab B

EXHIBIT
3
8/26/96 MORGAN

0121373

LAB-H-4

RG     326 US ATOMIC ENERGY January 20, 1950
COMMISSION

Location  LANL

Collection Roenda Center F23871

Folder AEC Meetings -
         Chalk River

Dr. Shields Warren, Director
Division of Biology and Medicine
U.S. Atomic Energy Commission
Washington, D. C.

SUBJECT:  RADIATION TOLERANCES PROPOSED BY THE CHALK RIVER PERMISSIBLE
          DOSE CONFERENCE OF SEPTEMBER 29-30, 1949

Dear Dr. Warren:

     The Technical Director of the Los Alamos Scientific Laboratory has asked
the Laboratory's Health Division to prepare evidence to support the request
that the tentative tolerances proposed at the Chalk River conference be care-
fully re-examined before any move is taken to adopt them as official AEC op-
erating tolerance values.  His request resulted from the fact that, if accepted
officially, the extremely conservative tolerances proposed at the conference
may have a drastic effect on the efficiency and productivity of the Los Alamos
Laboratory.  Their official adoption will undoubtedly force major alteration in
both present and future laboratory facilities and may add millions of dollars
to the cost of construction of the permanent building program now in the planning
phases.  In making his request for reconsideration of the Chalk River values,
the Director stated emphatically that the operations of the Los Alamos Laboratory
would be curtailed or stopped if such action were necessary to the reasonable and
sensible protection of the personnel.  The seriousness of this action, however,
seems to be adequate reason for requesting that official adoption of the toler-
ances by the AEC be postponed until they have been carefully reviewed in order
to make certain that the values are not unnecessarily conservative.

     The tolerances which are of greatest concern to this Laboratory are those
for plutonium, polonium and uranium.  Los Alamos is primarily concerned with
$U^{235}$ containing 1-4 per cent of $U^{234}$.  No tolerance was proposed at Chalk River
for this material, however, if values are chosen that are consistent with those
proposed for plutonium, natural uranium, and $U^{233}$, another very important Los
Alamos operation will be seriously affected.

     Since the Chalk River meeting, I have talked to and corresponded with a
number of persons regarding the conference proposals and many of them agreed
that re-examination of the values would seem to be highly desirable.  I will
try to point out in the following pages some of the reasons why reconsidera-
tion of the tolerances seems to be in order.  The discussion will be confined
to the body and air tolerances for those substances that are of primary con-
cern to the Los Alamos Scientific Laboratory.

COPIED/DOE
LANL RC

CONFIRMED TO BE UNCLASSIFIED
BY AUTHORITY OF DOE/OC
Carol Wilson  9/27/83
BY/AWID 81              DATE

William W. Searche 8/10/87

John W. Healy  9/15/87



Dr. Shields Warren                                    January 20, 1950

In order to emphasize the fact that the members of the Los Alamos Scientific Laboratory are not the only group who feel that values recommended at the Chalk River conference are open to question, I am including photostatic copies of letters I have received from Dr. K. Z. Morgan and Dr. Robley Evans. I have also included for your information a preliminary draft of a report covering the experiences of the Los Alamos Scientific Laboratory with the plutonium health problem.

Sincerely yours,

WHL/eais                                              Wright H. Langham

Encls.

COPIED/DOE
LANL RC

~~C O N F I D E N T I A L~~

~~FOR OFFICIAL USE ONLY~~

**I.  Plutonium**

**A.**  Body Tolerance Dose for Plant Personnel -- The Chalk River Permis-
sible Dose Conference tentatively proposed 0.1 ug. of plutonium as the tol-
erance dose for plant personnel.  They arrived at this value by the following
reasoning:  1.0 ug. of radium was accepted as the known or estimated fixed
minimal damaging dose.  The amount of plutonium equivalent to 1.0 ug. of
radium was calculated merely by taking the ratio of their half lives --

$$\frac{1 \times 24,000 \text{ years}}{1600 \text{ years}} = 15 \text{ ug. plutonium.}$$

Acute toxicological experiments in rats were then cited which seemed to
show that plutonium on a microcurie basis was 5 to 15 times as toxic as radium.
On the basis of this information, the committee chose to introduce a biological
toxicity factor of 15 into the previous calculation which gave a 1 to 1 ratio
between plutonium and radium (on the weight basis), resulting in an estimated
fixed minimal dose of 1.0 ug. of plutonium.  By continued analogy with radium,
the estimated safe dose fixed in the body for plant personnel became 0.1 ug.
It is the opinion of some of us that this tolerance is unnecessarily low.
Some of our reasons for believing this are as follows:

1.  There is little justification for introducing the biological toxicity
factor of 15 since some of the prominent persons in the field believe that acute
toxicity experiments have little or no relation to the establishment of a
chronic tolerance dose. (See paragraph 2, page 3 of accompanying letter from
Dr. Robley Evans).

2.  The choice of the biological toxicity factor may be drastically de-
pendent upon the time after injection at which one considers the results.  As
an example, the accompanying graph taken from the Rochester Report, UR-44,
showing the relative acute toxicity of radium, plutonium and polonium shows

~~FOR OFFICIAL USE ONLY~~



Fig. 2--From Rochester Report UR-44 by Hursh & Stannard
Survival Time of Rats vs. Microcuries of Polo-
nium, Plutonium, and Radium Injected per Kilo-
gram of Body Weight

COPIED/DOE
LANL DC

C O N F I D E N T I A L

that the relative toxicity of these various substances approach unity with increasing time. If one chooses to use the mean survival time at about twelve days after injection as a criterion of the relative biological toxicity, plutonium may be about 35 times as toxic as radium. According to this graph the relative toxicity at about 350 days should be essentially 1 to 1. In fact, the two curves may actually cross after 350 days at which time, according to this reasoning, the toxicity of plutonium may actually be less than radium. It is therefore, our belief that the biological toxicity factor of 15 has no more foundation in actual experimental observation than does any other number from 0.1 to 35 that one may care to select.

3.    The method of deriving the plutonium tolerance proposed at Chalk River did not take into consideration the retention of fifty per cent of the daughter products of radium decay. This consideration will make a difference of approximately a factor of 3 in the energy ratio between radium and plutonium. The calculation should be as follows:

$$1.0 \text{ ug Ra} = \frac{2.22 \times 10^6 \text{ d/m/ug}}{1.4 \times 10^5 \text{ d/m/ug}} \left[ 1\frac{(4.8)}{(5.2)} + 0.5\frac{(5.5)}{(5.2)} + 0.5\frac{(7.7)}{(5.2)} \right] =$$

$$1.6(0.93 + 0.53 + 0.58 + 0.74) = 45 \text{ ug. of plutonium}$$

As can be seen from the above calculation, the relative ratios of the energy delivered to the tissues by radium and plutonium should be approximately 45 to 1 instead of 15 to 1, thereby making a difference of a factor of 3 in the calculation of an estimated fixed minimal damaging dose of plutonium from that of radium.

4.    The calculation of the estimated safe dose of plutonium from other considerations gives little support to the necessity of choosing a tolerance value as low as that proposed at the Chalk River meeting. If one considers the tolerance value of plutonium from the accepted beta-gamma tolerance of

COPIED/DOE

C̶O̶N̶F̶I̶D̶E̶N̶T̶I̶A̶L̶


0.3 rep./wk. and the alpha-gamma RBE ratio of 20, the calculation becomes:

$$0.3 \text{ rem/wk} = \frac{0.3 \text{ rep./wk}}{20} = 10,000 \text{ g.} \times \frac{100}{70} \times \frac{1.54 \times 10^{-4}}{20} \times \frac{3.7 \times 10^{4}}{2333} = 1.8 \text{ ug.m}$$

The above calculation assumes that seventy per cent of the total body content of plutonium is distributed uniformly in 10,000 grams of skeleton and that the rep. is equivalent to 93 ergs of energy per gram of tissue. An obvious objection to the above calculation is the assumption that the radiation energy is absorbed uniformly in 10,000 grams of bone. Autoradiographic studies demonstrate conclusively that this is not the case. However, Dr. Robley Evans' analyses of bone samples (see accompanying letter) from radium exposure cases demonstrate that radium is far from equally distributed in the skeletal system. In fact, he states that quantitative studies of the inhomogeneity of distribution of radium in the bones of humans who have carried several micrograms of radium chronically for several decades show that local concentrations occur which correspond to ten times that which would be expected if the radium were uniformly distributed throughout the entire bone. This inequality of the distribution of radium in the skeletal system would indicate less difference in the general pattern of deposition of radium and plutonium than has usually been considered in plutonium tolerance calculations.

Results of the analyses of nine bone samples (consisting of vertebra, sternum and rib) from persons who had received known amounts of plutonium showed an average of 0.0066% of the plutonium dose per gram of bone. On the basis of these analyses, the rep. per week delivered per gram of bone when the body contains 1 ug. of plutonium is given by the following calculation:

$$\frac{7 \times 54 \times 6.6 \times 10^{-5} \text{ ug/g} \times 2333 \text{ d/s/ug} \times 5.15 \text{ mev}}{3.7 \times 10^{4} \text{ d/s/uc}} = .008 \text{ rep./wk} = 0.16 \text{ rem/wk}$$

Analyses of human skeletons by Hursh, Evans and others indicate that essentially 100% of the radium content of the body is found in the bone. A cal-

C O N F I D E N T I A L

~~FOR OFFICIAL USE ONLY~~

culation similar to the one above for the tolerance amount of radium (0.1 $u_c$.)
in 10,000 grams of skeleton gives the following results:

$$7. \times 54 \times 1 \times 10^{-5} \times 15 = 0.057 \text{ rep/wk} = 1.14 \text{ rem/wk}$$

According to the results obtained in the above calculation, 0.1 ug. of radium
delivers seven times as many rem. per week per gram of bone as does 1.0 ug.
of plutonium. Since radium may be unequally distributed in the bone by as
much as a factor of 10, it would seem that a skeletal concentration factor of
at least 70 would be necessary before 1.0 ug. of plutonium would result in a
radiation intensity equal to that of radium. Experiments on rats conducted at
this laboratory, comparing plutonium analyses of individual bones and portions
of bones, have shown no such concentrations.

Then considering the tolerance dose of plutonium it has been customary
to assume that its highly selective deposition in the endosteum, periosteum
and the epiphyseal junction enhances the probability of radiation damage. This
may or may not be so. It is conceivable that a greater intensity of radiation
to a smaller volume of tissue can be less harmful than a smaller dosage rate
to a greater volume. In fact, the Chalk River group pointed out that external
radiation of small areas does not seem to cause cancer and that the incidence
of leukemia in mice is not significantly increased if the external radiation
dosage is applied to less than one-third of the total body.

    B.    Air Tolerance Dose for Plant Personnel

    1.    "Soluble Dust" -- The value proposed at the Chalk River Con-
ference is $3 \times 10^{-13}$ uc/cc (following the conference recommendation of units)
or $5 \times 10^{-12}$ ugm/cc. This figure was apparently calculated as follows:

C O N F I D E N T I A L

6.

Assumptions:    0.0063 uc. (~10.1 ug/m) safe dose

10% retention of amount inhaled

24 hr/day, 365 day/yr exposure

30 year working exposure

No elimination

Using 20 $M^3$ as the daily respiration, this gives (20 x $10^6$ cc/day x 365 day/yr x 30 yr) a total transport of 2 x $10^{11}$ cc. air through the lungs, which amount of air may contain 0.06$^3$ uc. The maximum permissible dose of 3.1 x $10^{-13}$ uc/cc is thus obtained.

It may be pointed out that the exposure time assumed in the above calculation is completely unrealistic if the result is to be applicable to the laboratory or shop. The working exposure to be used for this situation was specified by the conference to be 8 hours per day, 40 hours per week, 50 weeks per year (thus 2000 hours per year). No formal recommendation for the duration of employment was made, but it was reported to be the general opinion that twenty years was reasonable. Using these official exposure figures and the same safe dose of 0.0063 uc., we find a maximum permissible dose of 1.2 x $10^{-12}$ uc/cc air.

It is interesting to compare these figures with the natural radioactivity of air due to the dust therein. The following figures are due to Dr. R. D. Evans. Taking the radioactivity of soil as 1.3 x $10^{65}$ uc/gm and the dust content of clear country air as 10 ug. dust per liter, we have an aerosol alpha activity of 1.3 x $10^{-13}$ uc/cc. Dusty air, as is common at Los Alamos, will run 100 times this or $10^{-11}$ uc/cc. In other words, the natural exposure to aerosols of alpha activity can easily exceed by a factor of thirty the Chalk River Pu$^{239}$ tolerance.

As Dr. Evans further points out, the Rn content of ordinary air is about $10^{-10}$ uc/cc, in addition to the above mentioned dust activity, due to the

COPIED/DOE

CONFIDENTIAL

seepage of Rn from the earth (at a rate of about $4 \times 10^{-8}$ uc/cm$^2$ sec.). In equilibrium with this Rn will, of course, be its daughter alpha emitters which will in all probability deposit on the surface of aerial dust particles thus greatly increasing the natural aerosol activity above the value calculated in the preceding paragraph.

Measurements of the natural filterable aerosol activity of air have been made at Los Alamos by placing standard filter-type air sampling devices in Santa Fe (30 miles away) and in the mountains (10 miles away). After allowing sufficient time for the decay of any RaA and RaC' which might have been deposited on the filter by the decay of gaseous Rn, alpha activities of 3 to 300 times the proposed Chalk River tolerances were obtained. These observations of naturally occurring alpha activity in the atmosphere emphasize the extreme conservatism of the Chalk River air tolerance values. (Note also that the recommendation for large populations is 1/100 of this!)

The value of $1.2 \times 10^{-12}$ uc/cc of air is calculated for a safe body dose of 0.0063 uc (0.1 ug.). If the maximum permissible dose of Pu is raised a factor of 10 (1.0 ug, 0.063 uc) as suggested previously in this letter, the calculated air tolerance becomes $1.2 \times 10^{-11}$ uc/cc. At present the operating tolerance in use at the Los Alamos Laboratory is $3.2 \times 10^{-11}$ uc/cc (5 x 10$^{-10}$ ug/cc). During the last eight months the average air concentration of Pu in the major plutonium fabrication installation was $1.1 \times 10^{-11}$ uc/cc air. This level is approximately 1/3 of our present operating tolerance but is 30 times the tolerance value proposed at Chalk River and is essentially equal to the value of $1.2 \times 10^{-11}$ uc/cc calculated above on the basis of a 1 ug body tolerance. At no time during the past eight months have the air measurements in any of the major plutonium operation areas of the Los Alamos Laboratory been below $2.3 \times 10^{-12}$ uc/cc, which is a factor of 8 above the maximum permissible air level for plant personnel.

COPIED/DOE
LANL RC

C̶O̶N̶F̶I̶D̶E̶N̶T̶I̶A̶L̶

II. Uranium

F̶O̶R̶ ̶O̶F̶F̶I̶C̶I̶A̶L̶ ̶U̶S̶E̶ ̶O̶N̶L̶Y̶

A. Body Tolerance Dose for Plant Personnel --

1. Natural uranium -- Two different values for minimal damaging
amounts of natural uranium were suggested at the Chalk River conference. For
soluble salts, 120 ug. was proposed as the "minimal damaging dose" based on
chemical toxicity to the kidney. For insoluble compounds, 150 mg. was pro-
posed as the "minimal damaging amount" on the basis of irradiation danger to
the lung. It must be assumed from the philosophy of the meeting that the
maximum permissible dose of natural uranium for plant personnel should be a
factor of 10 below the above values (soluble salts, 12 ug., insoluble salts,
15 mg.).

The question immediately arises as to whether the 120 ug. value for soluble
salts of natural uranium was not meant to be the maximum permissible dose for
plant personnel. Howland (Ntl. Nuclear Energy Series, VI, 1 pages 993-1017)
has summarized and discussed the literature on human exposure to uranium com-
pounds. The information that was presented does not indicate the necessity
of such conservatism. In fact, numerous workers were reported as excreting
as much as 400 ug. per day in the urine. The body content in these cases
must have been higher than 400 ug. and no symptoms of kidney damage, even of
a transitory nature, were observed. Six human tracer studies conducted by
Bassett, et al 'UR-37) failed to show any kidney symptoms until the dose was
increased to 3910 ug. (70.9 ug/Kg body wt) of uranium as +6 acetate. Even at
this dosage the symptoms were a transitory elevation in urinary protein and
catalase. This dose was 33 times the minimum damaging dose proposed at Chalk
River and 330 times the proposed maximum permissible limit for plant personnel.
Neither do toxicological studies on animals bear out the necessity of such a
low minimum damaging dose.

COPIED/DOE
LANL RC

C O N F I D E N T I A L

2.    $U^{233}$ -- The maximum permissible body content of $U^{233}$ proposed at the Chalk River conference was proposed by analogy with 0.1 ug. of Pu. The analogy is probably valid as the bone is the major site of chronic concentration and the mode and pattern of deposition of the two substances are quite similar.  The proposed maximum permissible dose of $U^{233}$ was 0.1 x $\frac{1.63 \times 10}{2.4 \times 10^4}$ 0.6 ug (0.0064 uc).  No consideration was made of the minor difference of 10% in energies of the alpha particles.  The carrying of an additional decimal and correcting for the differences in alpha particle energy would make the value 0.73 ug.

By analogy with plutonium, the same reasoning can be used to propose a factor of 10 increase in the Chalk River value for $U^{233}$ as was used in the case of plutonium.

3.    $U^{235}$ + 2% $U^{234}$ -- The processing of $U^{233}$ is not a significant operation at the Los Alamos Laboratory at the present time.  The processing of $U^{235}$ which contains approximately 2% $U^{234}$ is, however, one of the primary operations of the Laboratory.  This material has a specific activity of 1.34 x $10^{-4}$ uc/ug.  By analogy with the Chalk River proposal for $U^{233}$ the maximum body content of $U^{235}$ + 2% $U^{234}$ should be .0064 uc or 45 ug.  This value is approximately a factor of four above the Chalk River recommendation for the maximum permissible amount of natural uranium based on damage to the kidney. By analogy with a 1.0 ug. maximum value for plutonium, the tolerance dose of $U^{235}$ + 2% $U^{234}$, based on radiation hazard to the bone, would be 450 ug.  The potential hazard to the bone and to the kidney created by this material seems to be of the same order of magnitude.

B.    Uranium Air Tolerance

1.    Natural uranium -- The maximum permissible air content of natural uranium was considerably confused in the various reports of the Chalk River Conference.  The value appearing in the first and second versions gave

COPIED/DOE
LANL RC

CONFIDENTIAL

25 ug./cc. (1.7 x 10$^{-11}$ uc/cc). Obviously one value is in error since 25 ug. of natural uranium is equivalent to 1.75 x 10$^{-5}$ uc. The correct value must be 25 ug./M$^3$, (1.7 x 10$^{-11}$ uc/cc). There is some question as to exactly how the air value for natural uranium was derived. Nothing was said regarding whether the derivation was based on the insoluble or the soluble salt body tolerance or whether it was based on the minimal damaging body dose or the maximum permissible amount for plant personnel. This matter should be cleared up before adoption of the tolerance is considered.

A value (cA) approximately that of the maximum permissible air level recommended at Chalk River may be obtained as follows:

Assume (a) 2000 working hours per year

(b) 20 year working time

(c) Respiratory exchange of 10 M$^3$/3 hour work day (1.25 M$^3$/hour)

(d) A 10% retention in the lung of all uranium in the atmosphere

(e) A lung tolerance of 150 mg. U as insoluble salts

$$1.50 \times 10^5 \text{ ug} \times \frac{1}{.1} = 1.25 \text{ M}^3/\text{hr} \times 2000 \text{ hr/yr} \times 20 \text{ yr} \times cA$$

$$cA = \frac{1.5 \times 10^6}{5 \times 10^4} = .3 \times 10^2 = 30 \text{ ug/M}^3$$

This calculation is inconsistent, however, with the Committee's agreement to use a 25% retention figure for insoluble compounds in the lung and a maximum permissible lung content of 15 mg. of uranium.

2. U$^{233}$ — The maximum permissible amount of U$^{233}$ in air for plant personnel was estimated at the conference as 6 x 10$^{-9}$ ug./cc. for soluble salts and 2.5 x 10$^{-11}$ ug/cc. for insoluble salts. The value for soluble salts was evidently derived by assuming a maximum permissible body content of 0.6 ug., a respiratory exchange of 10 M$^3$/8 hour day, an excretion half time of 60 days, and 10% absorption of the inhaled U$^{233}$.

$$\frac{0.6}{0.1} = \frac{K}{\lambda} = \frac{10^7 \text{ cc/8 hr. } \times cA}{\frac{0.693}{60}} = \frac{10^7 \text{ } cA}{.01}, \quad cA = \frac{0.06}{10^7} = 6 \times 10^{-9} \text{ ug/cc}$$

COPIED/DOE
LANL RC

C O N F I D E N T I A L

11.

If the maximum permissible dose of plutonium can be increased by a factor of 10, then by analogy the air tolerance for soluble salts of $U^{233}$ would become $6 \times 10^{-8}$ ug/cc.

The proposed maximum air concentration for insoluble salts of $U^{233}$ was derived on the basis of the amount of $U^{233}$ required to deliver 0.3 rem/wk to 1000 grams of lung tissue assuming 25 per cent retention and no elimination, exposure of 24 hours/day and 365 days/year for a working time of twenty years. Practically every conservative step possible has been introduced into this calculation including the use of the RBE factor of 20 for alpha particles. Such conservatism seems unnecessary and can serve only to work hardship on any large scale process handing $U^{233}$ or $U^{235}$ + 2% $U^{234}$.

3.   $U^{235}$ + 2% $U^{234}$ -- The maximum permissible air levels corresponding to the Chalk River values for $U^{233}$ may be obtained merely by multiplying the values for the latter material by the ratios of their specific activities, as follows:

$6 \times 10^{-9}$ ug/cc x $\dfrac{9.4 \times 10^{-3} \text{ uc/ug}}{1.34 \times 10^{-4} \text{ uc/ug}}$ = $4.2 \times 10^{-7}$ ug/cc for soluble salts

$2.5 \times 10^{-11}$ x $\dfrac{9.4 \times 10^{-3}}{1.3 \times 10^{-4}}$ = $1.75 \times 10^{-9}$ ug/cc for insoluble salts

The Los Alamos Laboratory has never made any distinction between soluble and insoluble materials. The maximum permissible air level now in use is $1.3 \times 10^{-6}$ ug/cc ($1.8 \times 10^{-10}$ uc/cc). The average of all air measurements made in all $U^{235}$ operating areas of the laboratory during the past eight months was $3.1 \times 10^{-7}$ ug/cc. This is a factor of about 175 times the value calculated from the Chalk River proposal for insoluble salts. The adoption of these tolerances would undoubtedly force the $U^{235}$ metal production and fabrication operations to close down.

III. Polonium

A.   Body Tolerance Dose for Plant Personnel -- The maximum amount of


COPIED/DOE

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

polonium permissible in the body of plant personnel was determined at the Chalk River conference by relating polonium to radium by essentially the same reasoning as was employed in the case of plutonium.

Mention was then made of acute lethal studies in rats which compared the toxicity of radium and polonium on a microcurie basis. These studies indicated polonium was twenty times as toxic as radium, therefore, the maximum permissible dose of the latter substance was given as $0.1 \text{ uc} \times \frac{1}{20} = 0.005 \text{ uc}$.

The Rochester report, UR-44 by Hursh and Stannard was mentioned, but its contents were not available or known to the Committee. The accompanying graph taken from their report emphasizes the undesirability of applying acute toxicity factors to the calculation of a chronic maximum permissible dose. As pointed out in the discussion of the plutonium body tolerance, the toxicity curves for radium and polonium approach one another rapidly with extended time of observation. If one chooses to use mean survival time at 5-10 days, the ratio of toxicity of Ra/Po may be at least 1/20. At 300-400 days, the ratio may be 1/1 and at greater times polonium may actually be much less toxic than radium. It seems that the latter ratio would be far more applicable to chronic tolerance calculations. Chronic permissible body tolerance calculations by Rose, Hursh and Stannard in which no questionable biological toxicity factors were introduced, indicate a maximum permissible body polonium content of 0.1-0.2 uc.

B.   Air Tolerance Dose for Plant Personnel -- No maximum permissible polonium air tolerance for plant personnel was given in the report of the Chalk River meeting. Taking the polonium effective biological half-life value of 34 days and a body retention of 65% given by Hursh and Stannard (UR-44) and the Chalk River maximum permissible body tolerance of 0.005 uc.,

COPIED/DOE
LANL RC

FOR OFFICIAL USE ONLY

~~C O N F I D E N T I A L~~

~~FOR OFFICIAL USE ONLY~~

13.

the maximum permissible air concentration, cA, can be calculated as follows:

$$\frac{.005 \text{ uc.}}{.65} = \frac{K}{\lambda} = \frac{10^7 \text{ cc air/8 hr day} \times cA}{\frac{.692}{34}} = \frac{10^7 \times cA}{.0204} ,$$

$$cA = \frac{.005 \times .0204}{.65 \times 10^7} = 1.6 \times 10^{-11} \text{ uc/cc of air}$$

If one adopts the more logical maximum permissible body tolerance of 0.1 uc., then the polonium air tolerance would be $3.2 \times 10^{-10}$ uc./cc.

The Los Alamos Laboratory is operating at the present time with a polonium maximum permissible body tolerance of 0.2 uc. and a corresponding air tolerance of $6.3 \times 10^{-10}$ uc./cc. During the past eight months the average air values in all polonium operations was $1.8 \times 10^{-11}$ uc./cc. of air. On the basis of the Chalk River air tolerance the Los Alamos polonium operations would have to be closed about fifty per cent of the time.

IV.  General Comments --  The preceding discussion has been for the purpose of trying to point out the possibility that a number of the tolerance values proposed at the Chalk River conference may be unduly conservative.  Special emphasis has been placed upon discussing the body and air tolerances of plutonium, natural uranium, $U^{233}$ (and by analogy $U^{235} + 2\% U^{234}$) and polonium.  The acceptance of unnecessary conservatism in the choice of the above tolerances will definitely affect the weapons program of the Atomic Energy Commission and specifically that of the Los Alamos Scientific Laboratory.  The introduction of unnecessary safety factors will also quite probably add millions of dollars to the AEC's construction of facilities and specifically to the costs of the permanent scientific laboratories being planned at Los Alamos.  A sampling of the general opinion of a number of scientific personnel, both at Los Alamos and elsewhere, seems to indicate a rather widespread feeling that the tolerance values proposed at the conference are in some instances too conservative, occasionally inconsistent, and in a few instances influenced too much by inadequate animal experimental data.

COPIED/DOE
LANL RC

CONFIDENTIAL

In view of these feelings, it is recommended in this letter that official
adoption of the Chalk River proposed values by the Atomic Energy Commission
be withheld pending more careful consideration. The Chalk River conference
would hardly seem to be the proper way of establishing tolerance values of
such potential international significance. It was impossible to give adequate
time and consideration to any one problem and in many instances much needed in-
formation was not available. It would seem more desirable to have a committee
appointed to consider each radiological hazard. After adequate time for the
consideration of all available information, the recommended tolerance value
should then be submitted by each chairman for the approval by an international
committee similar to that held at Chalk River.

Despite the large amount of animal experimentation that has been done,
it seems that the most firm basis for the establishment of the tolerance
values for alpha emitters is to relate them to the accepted tolerance dose
for radium, introducing biological factors from animal studies only when they
are well-founded on carefully performed chronic experiments. As pointed out
in the accompanying photostat of a letter from Dr. Robley Evans, the maximum
permissible body content of radium of 0.1 ug. is well-founded on human ex-
periences and as more and more cases are considered, it looks more as if the
tolerance value has an adequate safety factor. Dr. Evans pointed out that
there was a safety factor of 10 and that everyone seemed to be struck by the
fact that the osteogenic sarcomas observed a number of years ago are notably
absent. This might possibly mean that the radium dosage in the earlier cases
was appreciably higher than formerly surmised. He also quoted Dr. Martland as
saying that the number of persons originally exposed in the luminous dial in-
dustry, etc., was probably several thousand. In view of the fact that the per-
sons manifesting symptoms are always the ones who are called to the doctors' at-
tention, there is little doubt that the observations of radium poisoning in hu-
mans have been made on the most susceptible individuals among the several thous-

COPIED/DOE
LANL RC

C O N F I D E N T I A L

15.

and cases.  This would serve to further emphasize that the maximum permissible dose of radium is a sensible and reasonably conservative basis on which to establish tolerance values for other alpha emitters.

COPIEB/DOE
LANL RC