# Tab C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF DEPOSITION TESTIMONY OF KARL Z. MORGAN AND TO USE OF DEPOSITION EXHIBITS AT TRIAL

---

Dr. Karl Morgan Deposition Transcripts with designations and objects, Tab C to Defendants' Objections to Plaintiffs' Designations of Deposition Testimony of Karl Z. Morgan and to Use of Deposition Exhibits At Trial.