IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### DEFENDANTS' MOTION TO EXCLUDE TESTIMONY BY DR. WING REGARDING CONDUCT BY THE DOE/AEC, INCLUDING THE DOE PLUTONIUM INJECTION STUDIES

---

Based on Dr. Wing's expert report, defendants expect that plaintiffs will seek to elicit testimony from Dr. Wing regarding conduct by the DOE (or AEC), including a study in which "DOE researchers" injected "plutonium into 18 patients who were not informed that they were being used as experimental animals." (This study is discussed in the last full paragraph of page 14 of Dr. Wing's report, which is attached as Exhibit A hereto.). According to Dr. Wing, the DOE researchers claimed that the patients were gravely ill at the time of the study, but in fact some of the patients were otherwise healthy, and "one African American man had been hospitalized only for broken bones." *Id.* Dr. Wing states that this DOE research "highly unethical." *Id.*

Dr. Wing should be barred from testifying about such conduct by the DOE, including this DOE plutonium-injection study, for at least two reasons.[1]  First, such conduct by the DOE has ***nothing to do with Dow or Rockwell***, or with any of the claims or defenses in this case.  Second, in addition to its lack of probative value, testimony by Dr. Wing regarding such DOE conduct would be highly inflammatory and extremely prejudicial to defendants, and therefore is inadmissible under Rule 403.  Thus, any reference to this study should be barred.

In addition, for the reasons previously stated by defendants, Dr. Wing's expert report should not allowed into evidence.  However, if Dr. Wing's report is allowed into evidence, then portions regarding DOE conduct, including the paragraph discussing the DOE plutonium injection study (the last full paragraph on page 14 of Dr. Wing's expert report, attached as Exhibit A hereto), should be redacted.

Dated:  November 11, 2005

Respectfully submitted,

/s/ Stephanie A. Brennan_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan
KIRKLAND & ELLIS LLP
200 East Randolph Drive

---

[1] Defendants may raise other issues with respect to Dr. Wing's prospective testimony; however, in light of the Court's recent order, defendants wanted to raise this issue with the Court as soon as possible.

Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

              /s/ Kari Knudsen_____
              Kari Knudsen (legal assistant)