## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

### DEFENDANTS' SUPPLEMENT TO MOTION TO EXCLUDE TESTIMONY BY DR. WING REGARDING CONDUCT BY THE DOE/AEC, INCLUDING THE DOE PLUTONIUM INJECTION STUDIES

---

    Exhibit A to Defendants' motion is attached.

Dated:  November 11, 2005                    Respectfully submitted,

                                                   /s/ Stephanie A. Brennan_____
                                                   One of the Attorneys for the Defendants
                                                   David M. Bernick
                                                   Douglas J. Kurtenbach
                                                   Ellen Therese Ahern
                                                   Mark J. Nomellini
                                                   Stephanie A. Brennan
                                                   KIRKLAND & ELLIS LLP
                                                   200 East Randolph Drive
                                                   Chicago, Illinois 60601-6636
                                                   Phone:  312-861-2000
                                                   Fax:     312-861-2200

2

        Joseph J. Bronesky
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, Colorado 80202
        Phone:  303-297-2900
        Fax:     303-298-0940

        Attorneys for ROCKWELL
        INTERNATIONAL CORPORATION and
        THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                /s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)