# Exhibit A

# A Critical Review of the United States Department of Energy Efforts to Investigate the Human Health Effects of Plutonium

by:

Steve Wing
Associate Professor
Department of Epidemiology
School of Public Health
University of North Carolina
Chapel Hill, NC 27599-7400

prepared for:

Berger and Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

November 21, 1996

however, both are radionuclides and alpha-emitters. This review will focus on two most recent papers by Andersson.[68, 69] The Danish cohort of 1003 Thorotrast patients, (566 males and 437 females), was followed from 1935 to 1992 for a total of 20,361 person-years. A careful tracking system was constructed with links to the central population registry, municipal population registers, and local parish registers. Cancer cases were identified by computerized linkage with the Danish Cancer Registry, which receives reports from hospital departments, pathology institutes, and practicing physicians. To reduce influence of selective differences between the Thorotrast-exposed patients and controls, the Thorotrast group was compared to a group of neurosurgical patients, supposedly suffering from the same conditions as the Thorotrast patients, who also underwent cerebral arteriography but with other radiographic agents than Thorotrast.[68]

Rate ratios for all-cancer mortality were significantly increased among patients injected with Thorotrast compared to controls (2.6, 95% CI 1.9,3.6). The adjusted relative risk (RR) for liver was 1243.9 (95%CI 64.7, >$10^6$). The leukemia adjusted RR was 12.7 (95%CI 2.4, 138), metastases at unspecified sites had a RR of 10.3 (2.2, 78.5), brain cancer had a RR of 6.0 (1.7, 23.7), and ovarian cancer had a RR of 4.8 (0.6, 47.8). Analyses were conducted to evaluate a dose-response relationship between Thorotrast and cancer morbidity and mortality. As noted in BEIR V, "follow-up studies of Thorotrast-exposed patients have provided conclusive evidence of carcinogenic effects on the Ever from chronic alpha irradiation by internally deposited $^{232}$Th and its radioactive decay products."[70]

DOE researchers also injected plutonium into 18 patients who were not informed that they were being used as experimental animals.[4, 71] Although these patients were referred to as "all gravely Hl at the time of plutonium injections,"[71] it was later noted that "all the patients were not hopelessly or terminally ill . . . and that some had been misdiagnosed." One African American man had been hospitalized only for broken bones and was otherwise healthy.[4] At least five of the patients lived more than 20 years.[71] Three patients were finally brought in for examination in 1973 but were still not told that they had been subjects in an experiment.[4] The 1976 report on the plutonium injections reviewed death certificates, an insensitive source of information about biological effects of plutonium, and concluded that "these cases serve to demonstrate that plutonium does not appear to be more carcinogenic than expected."[71] (This is another example of unwarranted conclusions from studies whose sample size is too small to find the effect being investigated.) The authors did not mention that clinical exams had been performed in 1973 which found "subclinical bone 'changes' that an Argonne radiologist characterized as 'suggestive of damage due to radiation.'"[4] They also did not report that bodies of some deceased persons had been exhumed for research purposes,[4] or any of the subsequent findings. The "significant gaps" in experimental records noted by the Presidential Committee,[4] as well as the fact that researchers from Argonne National Laboratory waited until the 1970's to exhume bodies of some deceased patients, shows that this research was not only highly unethical, but of little scientific value.

*Summary.* Contrary to epidemiological principles that emphasize the importance of adequate study sample sizes, the use of appropriate comparison populations, and the preferability of studying morbidity to mortality, the medical follow-up efforts of DOE have been limited in size and required decades of follow-up to obtain a small amount of information on outcomes. The surveillance effort has neglected problems of inadequate monitoring of initial and continuing