# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS DESIGNATIONS OF DEPOSITION TESTIMONY OF ALBERT J. HAZLE AND TO USE OF DEPOSITION EXHIBITS AT TRIAL

---

Albert J. Hazle Deposition Transcript Volume II with designations and objections, Exhibit 2 to Defendants' Objections to Plaintiffs' Designations of Deposition Testimony of Albert J. Hazle and to Use of Deposition Exhibit at Trial.