# Exhibit C

515

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181 (JLK)

MARILYN COOK, et al,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,

Defendants.

_____

REPORTER'S TRANSCRIPT
(Jury Trial -- Volume IV-B)
_____

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court, for the District of Colorado, commencing at 1:25 a.m. on the 11th day of October, 2005, Alfred A. Arraj United States Courthouse, Denver, Colorado.

DARLENE M. MARTINEZ, RMR, CRR
United States District Court
For the District of Colorado

1  brings us back to MUF.  Material unaccounted for.
2          Beginning at the very earliest years of the plant,
3  Dow Chemical, then Rockwell, lost and could not keep track
4  of the plutonium that was on site.  And over a period of
5  37 years, the amount of missing plutonium grew to 2,600
6  pounds.  1.3 tons of plutonium.
7          Now, remember the plant had over 14 tons on site.
8  And it had more plutonium than any other weapons plant in
9  the United States.  And there was 2,600 more pounds that
10 was missing and unaccounted for.  AWOL.  Now, there is no
11 question that while some of this plutonium probably
12 escaped, much of it remained on the plant grounds.  It was
13 buried in unmarked waste sites and marked waste sites
14 throughout the plant property.
15         When it was buried, the high winds of the front
16 range, 90 to 100 miles an hour, would blow the dust and
17 dirt downwind, and take some of the plutonium away.  But
18 many pounds of the plutonium was in the duct works of the
19 various industrial buildings of the plant.
20         What is clear is that 2,600 pounds of plutonium
21 went missing, completely missing, and was never fully
22 accounted for for the public.  And that is enough
23 plutonium, if that got into people's lung, literally to
24 poison every man, woman, and child in the United States.
25         The public, of course, including the neighbors in

587

1    this case, were not told about MUF during the years when
2    Dow and Rockwell operated the plant.  It was a deep, dark
3    secret.  It was known to the operators, Dow and Rockwell,
4    to some people at DOE, and to no one else.
5         Now, we have some documents that go back to the
6    1940s that show how the classification was used.
7    Classification was used, and one of the reasons the
8    classification was used was to keep MUF secret.
9         This is an AEC document.  This is Exhibit 660 from
10   1947.  If you look at the top of this, it is a little hard
11   to read, it says:  Declassification of medical and
12   biological documents has become a considerable task.  All
13   researchers are anxious to have their work appear in the
14   journals as soon as possible.  When critical process steps
15   or materials are involved, the problem is greatly
16   simplified since all must abide by security.  However,
17   there are a large number of papers which do not violate
18   security, but do cause considerable concern to the Atomic
19   Energy Commission Insurance Branch and may well compromise
20   the public prestige and best interest of the commission.
21        Looking down a little further, following
22   consultations with the Atomic Energy Commission Insurance
23   Branch, the following declassification criteria appears
24   desirable.  If specific locations or activities of the
25   Atomic Energy Commission and/or its contractors are

588

1   closely associated with statements and information which

2   would invite or tend to encourage claims against the

3   Atomic Energy Commission or its contractors, such portions

4   of articles to be published should be re-worded or

5   deleted.

6        The effective establishment of this policy

7   necessitates the view by the Atomic Energy Commission

8   Insurance Branch as well as by the medical division prior

9   declassification.

10       In other words, the classification was going to be

11  used not only for top secret military secrets,

12  classification was going to be used because the insurance

13  branch didn't want things getting out that would allow

14  claims to be made against the Atomic Energy Commission or

15  its contractors.  Now, this is 1947.

16       Skip ahead 30 years to 1977.  This is P-652.  If

17  you look at the top of this document, let's go to the

18  first page.

19       MR. BERNICK:  What is the date of this document.

20       MR. DAVIDOFF:  This is one we discussed on Friday.

21       MR. BERNICK:  Your Honor ruled on that at side bar.

22       MR. DAVIDOFF:  On Friday it was ruled --

23       MR. BERNICK:  I am sorry.  This colloquy should not

24  take place except for before the Court.

25       THE COURT:  That's right.  Come up here.

                         DARLENE M. MARTINEZ, RMR, CRR
                           United States District Court
                           For the District of Colorado

589

```
 1              (A bench conference is had, and the following is
 2    had outside the hearing of the jury.)
 3              MR. DAVIDOFF:  This is the same document that we
 4    discussed on Friday that was admitted at the contempt
 5    hearing in 1995, Your Honor.  It was a study of the
 6    classification from MUF.  And the two paragraphs that I
 7    intend to call attention to are paragraph 8 and paragraph
 8    10.
 9              As to the reasons, one of the reasons --
10              MR. BERNICK:  Excuse me.  I think it is being heard
11    by the jury.
12              MR. DAVIDOFF:  -- as to one of the reasons why the
13    documents remained classified.  This was admitted at the
14    contempt hearing.  We discussed it on Friday.  And I
15    believe it was quite clear that on Friday Your Honor
16    overruled Mr. Bernick's objection.
17              MR. BERNICK:  This relates to the Church
18    litigation.
19              MR. DAVIDOFF:  It relates to the reasons documents
20    were kept secret.
21              MR. BERNICK:  If I can be heard, Your Honor, very
22    briefly?
23              THE COURT:  Go ahead.
24              MR. BERNICK:  This is a document that apparently
25    was generated at some point in 1976-77 time frame while
```

                          DARLENE M. MARTINEZ, RMR, CRR
                             United States District Court
                             For the District of Colorado

590

1   the Church litigation was pending.  It discusses the

2   potential for declassifying MUF materials, and whoever

3   wrote the document, we still don't know who did, it

4   says -- and this is what Mr. Davidoff wants to get into --

5   that there is this litigation pending, i.e. the Church

6   litigation.  We ought to think twice about what the

7   implications might be for the Church litigation.

8        He will argue, of course, this has to do with the

9   withholding or redaction of documents in connection with

10  this case.  That nexus has never been established.  In

11  fact, the testimony that was taken from the classification

12  officers in this case specifically contradicted there was

13  any consultation with lawyers, and no litigation had any

14  impact on this case.

15       Now, it was one thing for Mr. Davidoff to make that

16  argument last Friday, it is another thing for Mr. Davidoff

17  to make this tender right here in light of two things:

18  First, Ms. Roselle took it upon herself to disclose not

19  only the Church litigation, but that it was settled, and

20  it was settled as an admission.

21       Second, when this issue -- this very issue was

22  raised, that is whether we began the Church litigation at

23  side bar before lunch, and Your Honor said no, now

24  Mr. Davidoff, without seeking permission of the Court, is

25  coming back in the face of that and making me stand up and

591

1   make an objection, making Your Honor rule on this all over

2   again, and it is totally improper.

3        This is the whole purpose of orders and rulings in

4   limine.  Your Honor, if this comes in, it is very simple.

5   He'll argue information, of course, was concealed in order

6   to avoid this being disclosed in Church.  Church was

7   settled in part not to have to make the disclosure.

8        After Church was settled, a demand was made for all

9   of the materials to be returned, and they have never been

10  released since.  And it is on ongoing fraud by the

11  Government.  We are all big boys here, if he wants to do

12  that, this trial is useless.

13       MR. DAVIDOFF:  May I respond?  I don't intend to

14  say anything about settlement or Church litigation.

15       THE COURT:  You did.

16       MR. DAVIDOFF:  I am sorry.  We have documents that

17  go beyond the settlement of the Church litigation that

18  show the same thing.  I have documents from the '80s.  I

19  have documents from the '90s.

20       THE COURT:  You can't go into No. 10.  Your

21  objection is overruled as to the other, but not to the

22  questions related to the litigation or as it relates to

23  Church.

24       MR. BERNICK:  All you are trying to do is get him

25  angry.

                    DARLENE M. MARTINEZ, RMR, CRR
                     United States District Court
                     For the District of Colorado

592

1  THE COURT:  It relates to the Church litigation.  I
2  won't let you do it.  But above that you can --
3  MR. BERNICK:  So for the record, that is 8?
4  MR. DAVIDOFF:  Your Honor, I have another one that
5  the only thing it says it is from 1983, and all it says is
6  this information is going to be released in Church.  Then
7  it is basically weighted out.  That is basically all it
8  says.  That one, too, basically shows classification being
9  used for an improper purpose.
10  THE COURT:  I don't want to get involved in that.
11  MR. DAVIDOFF:  I will submit a brief.  I won't use
12  it in opening statement.
13  THE COURT:  Let's not use it in opening statement.
14  Here is the difficulty I have:  I don't have the authority
15  to overrule another judge.  And another judge made all of
16  this, and settlement came in with certain conditions and
17  parties agreed to that at that time.
18  I am not going there.  I will not contravene his
19  rulings or interfere with his judgment.  I want the Church
20  case out of this case entirely.
21  MR. DAVIDOFF:  I think I can, later in the case,
22  not in opening statement.  I will submit a brief.
23  THE COURT:  Do that.
24  MR. DAVIDOFF:  I am not doing it for the purpose of
25  the Church case.

                    DARLENE M. MARTINEZ, RMR, CRR
                       United States District Court
                      For the District of Colorado

593

1          THE COURT:  I understand.  Do that.

2          (A bench conference is had, and the following is

3    had outside the hearing of the jury.)

4          MR. DAVIDOFF:  Your Honor, can I have a second?

5          So here we are 30 years later, and there are some

6    anti-nuclear demonstrations.  And this document, if we

7    look at the top, is a report discussing classification of

8    Rocky Flats SNM, special nuclear material, unaccounted

9    for, MUF.  We have to go to the front of the document so

10   the jury can see what the document is about.

11         At the very top, ladies and gentlemen, it is hard

12   to read, classification of Rocky Flats SNM, special

13   nuclear material, unaccounted for, MUF.  And it is a

14   report that was requested -- done by Rocky Flats personnel

15   and requested by the Department of Energy.  And it was

16   exchanged between the Department of Energy and Rocky

17   Flats.

18         .  There is one part here, Your Honor, that I would

19   like to show on page 2 -- page 3, rather.  And this is --

20   there are spaces here, ladies and gentlemen, where the

21   classification officer who declassified this document in

22   the 1990s, the document, itself, is from the 1970s, has

23   whited out certain information.

24         But Rockwell management and certain Dow Chemical

25   officials feel that the declassification or release of

                    DARLENE M. MARTINEZ, RMR, CRR
                      United States District Court
                       For the District of Colorado

594

1   MUF, including explanations for SNM, could reveal

2   production, blank, data and possibly weapons information.

3   So Dow chemical, which had been gone for two years, was

4   still being consulted on decisions as to whether.

5        MR. BERNICK:  I object to that statement, as well

6   as beyond the scope of Your Honor's order.

7        THE COURT:  Sustained.

8        MR. DAVIDOFF:  If we could focus on paragraph 8.

9   Again, remember the classification power is to be used for

10  top secret military secrets that would compromise the

11  security of the United States.  So what do we get?

12  Anti-nuclear environmental and passivist groups consider

13  Rocky Flats as the nuclear crossroads of the nation.  The

14  declassification and possible release of MUF -- can you

15  focus in on that, please?

16       In this unfriendly environment, whether due to

17  misunderstanding, lack of knowledge, or misinterpretation,

18  could seriously damage the posture of the Department of

19  Energy, Rockwell International and former contractor, the

20  Dow Chemical Company.

21       Again, worried about public relations and using

22  classification for public -- to protect the public

23  relations and the image of the plant rather than the

24  secrets of the United States.  I think the remainder has

25  been ruled out, so can you take that document down?

                    DARLENE M. MARTINEZ, RMR, CRR
                      United States District Court
                      For the District of Colorado

595

 1          Now, can we look at 653 -- Your Honor, could I just
 2   have a second?  I want to make sure this is not within the
 3   scope of what Your Honor just ruled.
 4          THE COURT:  Yes.
 5          MR. DAVIDOFF:  I think this one is okay.  Can you
 6   bring this up?  We are going to fast forward another 6
 7   years to April of 1983.  And this is another DOE document
 8   to J.R. Hicks, area manager of Rocky Flats area office of
 9   DOE, and J.E. Dorr, general manager Rockwell, Rocky Flats
10   plant.
11          I think it pays to highlight the whole top
12   paragraph there.  Unexplainable inventory differences
13   continue to be a major deficiency in the operation of
14   plutonium production processes at Rocky Flats.  Since
15   1980, there have been five major incidents of this type
16   involving metallurgical operation in buildings 707, 776
17   and 777.
18          Each time this happens, the entire AL system is
19   held hostage while we attempt to resolve the dilemma of
20   meeting our production commitment and maintaining adequate
21   control over the DOE special nuclear materials.  The
22   repercussions of these events have included lost
23   production time, extensive redirection of Rockwell and AL
24   staff effort.
25          I think that is Albuquerque.  Investigations of

                    DARLENE M. MARTINEZ, RMR, CRR
                      United States District Court
                      For the District of Colorado

596

1   Albuquerque activities by the GAO, the FBI, the
2   departmental inspector general, and DOE headquarters
3   elements.  And embarrassment to the highest levels of DOE
4   management.
5        The most severe consequence is erosion of the
6   confidence of these oversight and regulatory bodies and
7   our ability to safe guard large quantities of special
8   nuclear materials.  The common thread in the investigation
9   of all of these instances has been the failure of
10  production personnel to follow procedures for plutonium
11  accountability.
12       Now, and --
13       MR. DAVIDOFF:  And, Your Honor, I will forego the
14  other document, and we will submit that in a brief.
15       THE COURT:  All right.
16       MR. DAVIDOFF:  So 2,600 pounds of one of the most
17  deadly substances known to man, enough to kill millions of
18  people, goes missing at Rocky Flats, a few miles from
19  where the neighbors live, and 16 miles from downtown
20  Denver, and DOE and its contractors continue to cover it
21  up.
22       That brings us to the 1990s. After Rocky Flats was
23  raided by the FBI in 1989, I mentioned Admiral Watkins,
24  the secretary of energy, and in the Clinton
25  administration, following the first Bush administration

DARLENE M. MARTINEZ, RMR, CRR
United States District Court
For the District of Colorado

597

1   Hazel O'Leary was the secretary of energy.  And both
2   secretaries of energy promised there would be a new dawn
3   of openness and honesty.
4          You will see media coverage about this during the
5   course of this trial.  And they made these problems of
6   openness and honesty, but the DOE broke these promises
7   too.  Watkins left, O'Leary left, the DOE bureaucracy
8   stayed.
9          This is from a 1994 press conference.  This is five
10  years after the plant was raided, DOE called the openness
11  press conference.  This is DOE's fact sheets.  I hope you
12  don't have to read them all.  We will call your attention
13  to them during the trial.  This is how they were going to
14  become open and honest and tell the people of Denver, as
15  well as the people of the United States --
16         MR. BERNICK:  I object.  This is political speech
17  we specifically sought to avoid.
18         THE COURT:  Sustained.
19         MR. DAVIDOFF:  How did MUF remain a secret for all
20  these years?  Why are most of the MUF documents and
21  information still secret?  The defendants and the DOE used
22  the national security power to keep them secret.  The
23  evidence will show a few documents were declassified
24  during the so-called period of openness in 1994.
25         We press that in this case, because the MUF was the

                    DARLENE M. MARTINEZ, RMR, CRR
                      United States District Court
                      For the District of Colorado

598

1    key to how much plutonium really escaped in the 37 years

2    that this plant was operated by Dow and Rockwell.  They

3    resisted and refused to turn over copies of the documents.

4           The DOE later agreed in a court-ordered

5    stipulation, in this case, to produce the documents.  That

6    is this document that is up on the screen.  P-635.

7           But then after agreeing in this court-ordered

8    stipulation to produce the documents in this case, the DOE

9    stonewalled the plaintiffs in this case, again, refusing

10   to turn over the documents.  Finally, in 1995, there was a

11   trial in this court and this court held the DOE in

12   contempt of court; that is almost unprecedented.  This

13   court holding a cabinet department of the United States in

14   contempt of court for failing to turn over documents that

15   related to the missing plutonium.

16          So what did the DOE do after being held in contempt

17   of court in this court, in this case, for refusing to turn

18   over documents relating to missing plutonium?  Did it come

19   clean?  No.  It has never come clean.  It circled the

20   wagons.  It slammed the steel door of secrecy shut once

21   again.

22          Judge Kane and this court do not have the power,

23   they do not have the power to review a security

24   classification by the Department of Energy or by the

25   executive branch.  They do not -- this court does not have

599

1   the power to determine whether a security classification

2   is top secret and is being used properly or improperly.

3          MR. BERNICK:  Your Honor, again, this is completely

4   inappropriate for counsel to instruct the jury on the

5   powers of the court and the law.

6          THE COURT:  Overruled.

7          MR. DAVIDOFF:  So, finally, after a big fight that

8   lasted for over two years, we learned that there were

9   1-1/2 million pages of documents from Dow's and Rockwell's

10  time in the DOE's files that related to MUF.  1-1/2

11  million pages of documents.  And we demanded the MUF

12  documents, again, and I will show you some examples of

13  what we got.

14         We got -- we told them to stop, ladies and

15  gentlemen, after a million documents, because what we were

16  getting was this.  Documents from which virtually every

17  bit of data, every bit of information, is being whited

18  out.  A million -- over a million documents like this,

19  until we told them to stop the exercise as an exercise in

20  futility.

21         These documents go back to the 1950s, 1960s, 1970s.

22  They deal with plutonium at a plant that has been closed

23  for 16 years.  Plutonium that is missing.  And they are

24  still being -- excuse me -- they are still being

25  classified by the Department of Energy in 2005.

                       DARLENE M. MARTINEZ, RMR, CRR
                          United States District Court
                          For the District of Colorado

600

1         National security is supposed to prevent terrorist
2    or enemies of the United States from getting information
3    about how to build a bomb.  That is not what these
4    documents contained.  You saw the document from 1947 that
5    showed their motives.  They wanted to keep claims from
6    being made against the Atomic Energy Commission.
7         What is missing from these documents is the truth
8    about missing plutonium.  The truth about MUF.  The truth
9    has been White ed out by the misuse of the classification
10   power of the DOE and the United States Government to
11   prevent all of us in this courtroom from knowing the full
12   truth about missing plutonium at Rocky Flats.
13        It has never been revealed to this day, 55 years
14   after the plant was in construction.  It is a misuse of
15   power that has been going on for 50 years.  The evidence
16   in this case, unfortunately, in part, will be that they
17   don't want you to have the evidence.
18        Now, MUF is also important for the future risk of
19   this plant.  Remember that in 1990, this plant was going
20   to be up for another 15 years before the buildings were
21   torn down.  And if we could show N-193 and N-194.  N-193
22   is an aerial photo taken in 1997, more than 8 years after
23   the FBI raid and after the plant was closed.
24        What N-193 shows is that 8 years later, more than 8
25   years later, all these buildings, with the ducts, with

                    DARLENE M. MARTINEZ, RMR, CRR
                       United States District Court
                       For the District of Colorado

601

1   many of them with missing plutonium in them, all these
2   stored barrels that were in these buildings, are still
3   there.  The pondcrete, the saltcrete, it hadn't been
4   cleaned up.
5           Now, let's fast forward to N-194 which is an aerial
6   photo taken in 2004.  2004.  A little over a year ago.  If
7   you can focus in on the plant grounds, please.  Here we
8   are in 2004, 15 years after the FBI raid.  The plant still
9   hasn't been fully disassembled, and what was in the plant
10  buildings still hasn't fully been shipped off site.
11          So this is another reason that the MUF documents
12  that have been kept from us are very, very, very
13  important.  We have only gotten a few.  We got a few
14  declassified in 1994 to 1995, and they still have
15  white-outs in them.  You will see them during the course
16  of this trial.
17          But the future risk of this plant could not be
18  evaluated without knowing how much missing plutonium was
19  still in those buildings, and how much is still in the
20  waste sites buried around the plant.  If we could see G
21  -26-A.  That is some of the larger, more significant known
22  waste disposal areas at the plant.
23          Today, the plant has been torn down, finally.  But
24  you will learn that we don't know, nobody knows for sure,
25  including the contractors, including the people that

DARLENE M. MARTINEZ, RMR, CRR
United States District Court
For the District of Colorado