

**DOW**   **THE DOW CHEMICAL COMPANY**

ROCKY FLATS DIVISION
P. Q. BOX 2131
DENVER 1. COLORADO

00005567

May 9, 1963

I. B. Venable

cc:
R. R. Harrison
  Att: John Geer
Luther Evans
File
C. W. Piltingsrud

**BUILDING 71 STACK RELEASES**

Enclosed for your background information is a Health Physics tabulation of radioactivity release from the Building 71 stack.

There have been many discussions on the subject and several courses of action have been laid out which should continue to be vigorously pursued.

Since Building 71 salvage incinerator operation has become intermittent, it has been possible to get measurements correlating its operation with high levels out the stack. It may be desirable to suspend all incinerator operations until the recently authorized walk-in filter plenum is operable.

I do not believe we should take comfort in the ambiguity of the applicable regulations. The measurements for April indicate a release of 10 <u>milligrams</u> of plutonium - this figure used to be micrograms per month.

ORIG SIGNED BY
JOHN EPP

John Epp

JE/sj
Enc.

PLAINTIFFS'
EXHIBIT
P-27
90-CV-181

A PRIME CONTRACTOR FOR THE U.S. ATOMIC ENERGY COMMISSION CONTRACT AT(29-1)

REVIEW OF THE EXHAUST AIR FILTERING
AND AIR SAMPLING, BUILDING 71

May 8, 1963

It has recently been brought to light that the Department
of Labor desires to place AEC Contractors under a set of
minimum radiation safety standards under a regulation of
the Walsh-Healey Public Contracts Act.  The AEC is dissenting
and requesting that contractors be exempt;  however, these
statements made by AEC officials regarding radiation standards
indicate a potential problem at Rocky Flats.  An official
of AEC's Division of Occupational Safety, who has been
negotiating the agreement with the Department of Labor,
states there will be no burdensome consequences because of
the new regulation, and another official observed "The new
standards are minimum ones but AEC Contractors are all
doing better than these minimum levels."  These statements
refer to the situation which would result if we comply with
the proposed Walsh-Healey regulations which are claimed to
be identical with the AEC's 10 CFR Part 20.  Part 20 now
applies only to licensees while we have been following
AEC Manual Chapter 0524.  In the area of exhaust stack
release, Part 20 is more restrictive than Manual Chapter 0524.

We have made recommendations based on our adherence to
AEC Manual Chapter 0524 which stipulates a maximum concen-
tration to the environment of $6 \times 10^{-14}$ uc/ml for plutonium
alpha-emitters which is equivalent to 0.132 d/m/M³.  There
is some uncertainty as to how this number should be applied,
yet we feel our Building 71 stack release is excessive based
on our interpretation of the intent of this manual chapter.
In 10 CFR Part 20, the same maximum permissible level is
used but it states how this measurement is made.  Our inter-
pretation is that the only practical way this measurement
can be made is in the main exhaust duct.

Because the AEC does not recognize that our stack releases
do not comply with 10 CFR Part 20 and that we eventually
may be regulated by 10 CFR Part 20, some action should be
taken regarding our plutonium exhaust from Building 71.

The following is a review of the Building 71 exhaust and
air sampling.

1. General Room Air

   The basic operating philosophy in Building 71 is one
   of confining all operations involving plutonium to gloveboxes
   or similar enclosures. However, leaks, spills, and
   maintenance operations may result in the general room
   air becoming contaminated with plutonium.

   The general room air is filtered once in the main filter
   plenum. There is a total of 618 2x2x1-ft absolute filters
   located in this plenum.

2. Air Exhausted from the Gloveboxes and Process Tanks

   This air is grossly contaminated with plutonium and
   must be filtered at least four times, and in some cases
   five times, before leaving the building.

   The filtering is accomplished as follows:

   a. The air from the gloveboxes located in the laboratory
      area, all of Room 180, and a few gloveboxes in
      Room 149, is filtered once by a 8"x8"x5" absolute
      filter at the glovebox. The air then passes through
      two stages of 2'x2'x1' absolute filters located in
      Room 241 and is then filtered once more in the main
      filter plenum.

   b. The air from the remaining gloveboxes and process
      tanks goes directly to the second floor of Building 71
      where it is filtered by four stages of 2'x2'x1'
      absolute filters and is then filtered once more in
      the main filter plenum.


There are at least three reasons for prefiltering this air
before it enters the main filter plenum.


1. Due to the gross amounts of plutonium contamination
   involved and the absolute filter efficiency, three
   or four stages of prefiltering are necessary in order to
   reduce the airborne contamination to within the specified
   limits, even with the dilution and filtering which takes
   place in the main filter plenum.

2. With the number of filters involved in the main filter plenum (618) it is necessary to avoid excessive loading of these filters for economic reasons. A great deal of time and money is required to change these filters.

3. Since the main filter plenum represents the last stage of filtering before the air leaves the building, it is undesirable to have these filters grossly contaminated in the event of major damage to the filter plenum.

Health Physics samples the air being exhausted from Building 71 as follows:

1. Before the Main Filter Plenum

    a. General Room Air

        Air samples are collected at each of the room exhaust ducts during all times that work is being performed. These samples indicate the airborne plutonium to which the personnel may have been exposed and the airborne plutonium being delivered to the main filter plenum in the general room air.

        The general room air samples are collected at the rate of 2 cfm, which is about twice the respiration rate of a man at work.

    b. Air Exhausted from the Gloveboxes and Process Tanks

        Each of the prefiltering systems is sampled in the duct after the prefilters and before the main filter plenum. These samples indicate the performance of the prefilters and the airborne plutonium being delivered to the main filter plenum for final filtering.

        These samples are collected under isokinetic conditions established by pitot tube traverse.

.3.

2.  After the Main Filter Plenum

The main exhaust duct is sampled after the main filter plenum and before the stack. This sample indicates the amount of plutonium being released from the building in exhausted air.

This sample is collected under isokinetic conditions established by pitot tube traverse.

Analysis of all air samples is by direct alpha counting in scintillation type instruments. The instruments are checked daily to maintain counter background of 1 c/m or less and $30 \pm 1\%$ counting geometry. Counting times and filter paper efficiency are established to provide acceptable counting statistics.

The following is a review of the main exhaust duct sample results and comments regarding the filtering system in Building 71 from June 19, 1953, to date. The attached table displays the monthly average plutonium concentration noted in the main exhaust duct for the same period. All of this data has been furnished to responsible supervision through daily reports, monthly reports, and numerous memos and meetings.

## 1953

Sampling of the main exhaust duct was started on June 19, 1953.

The average plutonium concentration noted in the main exhaust duct during the period of June 19 through December 31, 1953, was 0.03 d/m/M³.

## 1954

During March a survey was made of the upstream side of the main filter plenum. The filters appeared dirty but very little plutonium contamination was noted.

During July a major spill occurred in Room 141. Shift work and extended workweeks were scheduled during August and September.

The average plutonium concentration noted in the main exhaust duct during 1954 was 0.06 d/m/M³. A slight general increase was noted during the last half of the year.

.4.

## 1955

During September numerous supplied air operations in Room 146 and a fire in Room 182 resulted in a significant amount of plutonium being delivered to the main filter plenum via the general room air. A survey of the main filter plenum in October revealed 18 damaged filters and significant plutonium contamination on the filters in the area where the duct from Building 74 enters the plenum.

The average plutonium concentration noted in the main exhaust duct during 1955 was 0.08 d/m/M³.

## 1956

Prefilters were installed in the duct from Building 74 during March.

A general increase in the average plutonium concentration in the main exhaust duct was noted during the last 8 months of the year. The average concentration was 0.16 d/m/M³.

## 1957

A survey of the main filter plenum during March revealed a number of filters were leaking and a study of various filter-cleaning methods indicated that the cleaning operations were damaging the filters.

In June a major spill occurred in Room 146 and resulted in significant amounts of plutonium being delivered to the main filter plenum via general room air.

On September 11, 1957, all of the filters in one of the pre-filtering systems and the main filter plenum were damaged or destroyed by a fire. The fire resulted in a loss of electrical power and it was not possible to determine the plutonium concentration in the main exhaust duct from September 11 through 18, 1957.

The average concentration of plutonium noted in the main exhaust duct during 1957 was as follows:

| | |
|---|---|
| January 1 through August 31 | = 0.24 d/m/M³ |
| September 1 through 10 | = 0.68 d/m/M³ |
| September 11 through 18 | = No sample (power failure) |
| September 19 through 30 | = 74.72 d/m/M³ |
| October 1 through December 31 | = 3.05 d/m/M³ |
| Maximum for the year (September 19) | = 2086.10 d/m/M³ |

## 1958

Due to the concentration of plutonium noted in the main
exhaust duct, a detailed survey was made of the main filter
plenum during March and on March 20, 1958, I.B. Venable,
J.W. Pringle, R.W. Kirk, A.J. Oliver and J.B. Owen met
and agreed upon the following corrective actions.

1. Immediately replace all of the filters which are not
   sealed and those which are damaged or contaminated to
   greater than 4,000 c/m. This involved a total of
   16 filters and was completed on March 26, 1958.

2. Repair the remaining damaged filters.

3. Conduct a study to determine the efficiency of the
   "Fire Resistant - Absolute Filters" which are now in
   use.

4. Redesign the scrubbing and filtration at the incinerator.

The filter efficiency study was completed in June and indicated
that all of the filters in the main filter plenum should be
changed to a glass-asbestos filter.

The incinerator prefiltering system continued to allow gross
plutonium contamination to enter the main filter plenum and
in October this operation was shut down.

The average plutonium concentration noted in the main exhaust
duct during 1958 was 2.18 d/m/M³.

## 1959

During February all of the filters in the main filter plenum
were changed and it was necessary to patch and reseal some of
these filters during July.

The average plutonium concentration noted in the main exhaust
duct during 1959 was 0.96 d/m/M³. The only months of concern
were before changing and during the patching of the filters
in the main filter plenum.

.6.

## 1960

During the last 7 months of the year, an increasing trend
was noted in the plutonium concentration in the main exhaust
duct. Surveys of the main filter plenum revealed crystals of
an unknown origin were forming on some of the filters and
235 filters were changed during October.

An incinerator operation was started in November. Excessive
prefilter loading and tar formation on both sides of the
prefilters was noted and the operation was shut down in
December.

The average plutonium concentration noted in the main exhaust
duct during 1960 was 0.85 d/m/M³.

## 1961

A corrosion problem was noted in the main filter plenum and
the first 6 months of the year were spent derusting and
painting the framework which holds the filters and the intakes
to the exhaust fans.

During this same period the fire sprinkler system in the
main filter was tested and a few filters were damaged.
Fifty-two filters were changed in February and 131 were
changed in September.

The average plutonium concentration noted in the main exhaust
duct during 1961 was 1.12 d/m/M³.

## 1962

Incinerator operations were resumed in February. Gross
plutonium contamination was detected in the duct after the
prefilters and in the main filter plenum. Investigation
revealed that the prefilters had been installed backwards
and were not sealed. The incinerator was shut down to correct
this condition.

The incinerator resumed operation in July and continued for
the remainder of the year. The samples after the prefilters
continued to indicate gross plutonium contamination and
liquids condensed on the filters in the main filter plenum.
Significant plutonium contamination and liquid were noted

on the floor of the main filter plenum, after the filters.
Fires destroyed the prefilters once in September and twice
in December.

All of the filters in the main filter plenum became grossly
contaminated with plutonium.  Thirty-six filters in the main
filter plenum were changed in July and 290 filters were changed
in November.

The average plutonium concentration noted in the main exhaust
duct during 1962 was 2.33 d/m/M³.

1963

The incinerator operation has continued through January and
February.  The duct sample after the prefilters continues to
indicate gross plutonium contamination is being released to
the main filter plenum.

A survey of the main filter plenum during March confirmed
gross plutonium contamination on all of the filters.

On April 1, 1963, fire destroyed the incinerator prefilters.
Up to 50.19 d/m/M³ was noted on the sample from the main
exhaust duct.

The average plutonium concentration noted in the main exhaust
duct during the first 4 months was 6.14 d/m/M³.

CWP:JBO:ab
5- 8-63

.8.

## MONTHLY AVERAGE PLUTONIUM CONCENTRATION (d/m/ft³) MAIN EXHAUST DUCT - BUILDING 71

| Month | 1953 | 1954 | 1955 | 1956 | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 | 1963 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan. | | 0.03 | 0.11 | 0.06 | 0.36 | 0.46 | 2.84 | 0.13 | 2.84 | 0.68 | 6.93 |
| Feb. | | 0.03 | 0.11 | 0.05 | 0.08 | 0.96 | note² | 0.16 | 1.21 | 7.79 | 8.33 |
| March | | 0.04 | 0.11 | 0.06 | 0.64 | 5.59 | 0.25 | 0.08 | 0.72 | 0.92 | 3.57 |
| April | | 0.02 | 0.12 | 0.07 | 0.08 | 0.35 | 0.18 | 0.09 | 1.24 | 1.24 | 5.72 |
| May | | 0.05 | 0.08 | 0.21 | 0.04 | 4.97 | 0.15 | 0.40 | 1.20 | 0.89 | |
| June | 0 | 0.03 | 0.05 | 0.09 | 0.20 | 5.66 | 0.56 | 0.94 | 1.13 | 0.34 | — |
| July | 0.02 | 0.07 | 0.04 | 0.23 | 0.40 | 3.19 | 1.87 | 0.53 | 0.77 | 0.54 | |
| Aug. | 0.02 | 0.06 | 0.02 | 0.20 | 0.09 | 0.80 | 1.05 | 1.42 | 1.21 | 1.32 | |
| Sept. | 0.05 | 0.06 | 0.12 | 0.23 | note¹ | 1.73 | 0.89 | 0.69 | 1.20 | 1.47 | |
| Oct. | 0.05 | 0.06 | 0.05 | 0.58 | 6.64 | 1.81 | 0.57 | 3.26 | 0.60 | 5.03 | |
| Nov. | 0.06 | 0.10 | 0.06 | 0.33 | 0.50 | 0.42 | 0.19 | 1.32 | 0.85 | 2.44 | |
| Dec. | 0.02 | 0.14 | 0.04 | 0.15 | 2.01 | 1.25 | 0.12 | 1.12 | 0.44 | 5.33 | |
| | 0.22 | 0.69 | 0.91 | 2.26 | | 26.19 | 11.54 | 10.14 | 13.41 | 27.99 | |
| Yearly Average | 0.03 | 0.06 | 0.08 | 0.19 | | 2.18 | 0.96 | 0.85 | 1.12 | 2.33 | |

¹ Fire on September 11, 1957
  September 1 through 10   = 0.68 d/m/ft³
  September 11 through 18 = no sample (electrical power failure)
  September 19 through 30 = 74.72 d/m/ft³
  Maximum, September 19   = 2086.10 d/m/ft³

² All filters changed in the main filter plenum
  February 1 through 13  = 5.32 d/m/ft³
  February 14 through 28 = 0.21 d/m/ft³




