1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
2
  Civil Action No. 90-K-181
3

4  MERILYN COOK, et al.,

5              Plaintiffs,

6  vs.

7  ROCKWELL INTERNATIONAL CORPORATION, et al.,

8              Defendants.

9
   --------------------------------------------------------
10
   DEPOSITION OF CHARLES M. LOVE - VOLUME II
11  AUGUST 22, 1996

12 --------------------------------------------------------

13              1801 York Street
                Denver, Colorado
14

15 APPEARANCES:

16
        WAITE, SCHNEIDER, BAYLESS & CHESLEY
17        LOUISE ROSELLE, ESQ.
          1513 CENTRAL TRUST TOWER
18        CINCINNATI, OHIO  45202

19              For the Plaintiffs.

20
        KIRKLAND & ELLIS
21        MARTIN J. TULLY, ESQ.
          200 EAST RANDOLPH DRIVE
22        CHICAGO, ILLINOIS  60601

23
                For Dow Chemical.
24

25

198

1  Exhibit Number 2142 by the Reporter.)

2      Q.  (BY MS. ROSELLE) I am going to hand
3  you what's been marked as Exhibit 2142 and ask you to
4  identify this, please, for the record.

5      A.  Okay.  My best recollection of this --

6          MR. TULLY:  Mr. Love, you have just
7  been asked to identify it at this point.

8      A.  Okay.

9          MR. TULLY:  If you can.

10     A.  I don't recall -- I didn't write the
11 letter.  And I -- I don't recall all the substance of
12 the letter.

13         MR. TULLY:  For the record, let me just
14 note that first paragraph notes that there is an
15 attachment, which is an attached Denver Post article
16 which I note is not included as part of this exhibit.

17     Q.  (BY MS. ROSELLE) Okay.  If you'd turn
18 to page four, it says C. M. Love?

19     A.  That's right.

20     Q.  Okay, and under that it says C. M.
21 Love, colon, L D K, okay.  That would indicate who
22 prepared it and who typed it, correct?

23     A.  Right.

24     Q.  Why do you think you didn't write this
25 letter?

AVERY/WOODS REPORTING SERVICE, INC. (303)-825-6119

199

1   A.   It's not my language.

2   Q.   Well, who wrote it?

3   A.   R. V. Carroll did, to my best
4 recollection.

5   Q.   Do you remember this letter?

6   A.   Not until I -- today, no.

7   Q.   Do you have any question that it was
8 prepared by Mr. Carroll?

9   A.   I believe it was, and but without the
10 news release, some of these statements are -- leave
11 me up in the air.

12   Q.   Okay. I'm going to hand you what I
13 believe to be the news release, okay?

14        MR. TULLY:  I'll let you know that it's
15 been produced in other forms.

16        MS. ROSELLE:  What, the letter?

17        MR. TULLY:  Off the record for a
18 second.

19        (There was discussion off the record.)

20        (This document was marked Deposition
21 Exhibit Number 2143 by the Reporter.)

22   Q.   (BY MS. ROSELLE) Mr. Love, I am going
23 to hand you what's been marked as Love Deposition
24 Exhibit 2143 which is a copy of the Denver Post
25 February 18th, 1970 article. If -- the way it would

200

1  have appeared is like this.

2      A.  Okay.

3      Q.  And the highlighting was put on by our
4  office.

5          MR. TULLY:  While you are looking at
6  that, Mr. Love, let me just clarify something for the
7  record.  The version that you produced or that you've
8  marked as Exhibit 2142, Mrs. Roselle, bears the
9  numbers at the bottom there 3406 through 3409.  What
10 I was -- I have now figured out what I was trying to
11 say before, the full version of that goes to 3410.
12 That page 3410 is the article as it was attached to
13 the memo as far as I can tell, so while I am just
14 pointing out for the record that you have attached
15 something else which appears to be the article
16 referenced in the memo, but it is not the actual
17 attachment to the memo, which was in the version that
18 was produced to Plaintiffs as 3406 through 3410.

19         MS. ROSELLE:  Do you have 3410 with
20 you?

21         MR. TULLY:  I do.  I will be happy to
22 give it to you.

23         MS. ROSELLE:  Can we just go xerox it?

24         MR. TULLY:  Let's go off the record.

25         (There was discussion off the record.)

201

1      (This document was marked Deposition
2  Exhibit Number 2144 by the Reporter.)
3      Q.  (BY MS. ROSELLE) Okay, did you get a
4  chance to read the article?
5      A.  Not entirely, no.
6      Q.  Do you want to?
7      A.  Well, probably would be faster just to
8  take it --
9      Q.  As we go, okay. I have handed you
10 what's been marked as 2144. Is that the same article
11 that's marked as 2143?
12         MR. TULLY: For the record, it appears
13 to be. It looks like somebody took the original
14 article and cut up and pasted it on a page so it
15 would fit.
16     Q.  (BY MS. ROSELLE) And is 2144 the
17 article that is referenced in 2142?
18     A.  I believe it is.
19     Q.  Okay. Now, was this letter signed by
20 you and sent to Mr. Bowman?
21     A.  I assume it was.
22     Q.  So that you read this letter before it
23 was sent?
24     A.  Yes.
25     Q.  Okay, and you were in agreement with

202

1 what Mr. Carroll had written?

2    A. In general, yes.

3    Q. Okay, now, there had been a press
4 release or a news release by the AEC, correct?

5    A. Right.

6    Q. Okay, and that news release had been
7 largely authored by Dow?

8    A. I don't know.

9    Q. Well, the article -- the letter which
10 is 2142 says it was largely authored by Dow.

11    A. Okay.

12    MR. TULLY: I am just going to object
13 to form and foundation. If I remember correctly, he
14 testified that before today he hadn't seen this memo
15 and he said he didn't write it, so I also object on
16 the grounds of foundation.

17    MS. ROSELLE: He also said he signed
18 it.

19    MR. TULLY: That's not exactly what he
20 said.

21    A. I don't see where it's signed.

22    MR. TULLY: The record -- yeah, this
23 memo is not signed, and that was not the witness's
24 testimony. The witness's testimony, as I recall it,
25 was that he does not recall seeing this before today