E 211

FROM: Donnelly

TO: Dunning




Reference your telecon 7/15/69 to Burke/Holst requesting additional information concerning fires at Rocky Flats.

I. Fires that involved plutonium and were reported to fire department are tabulated below in format requested. Period covered is 1966 through May 1969. Fires listed below include those involving metallic plutonium (see TWX Joshel to Dunning dated 7/11/69) plus those for other reported fires which, based upon entry in fire department log, may have involved plutonium in other forms as a possible contributing agent to the fire:

| | Date | Bldg. | Mat'l Involved | Remarks |
|---|---|---|---|---|
| 1. | 3-66 | 776 | Pu Skull | Apparently spontaneous ignition-material moved and allowed to burn out |
| 2. | 6-66 | 776 | Pu Metal | Apparently spontaneous ignition-firemen extinguished with MgO |
| 3. | 6-66 | 776 | Pu Chips | Apparently spontaneous ignition-extinguished by operators |
| 4. | 6-66 | 771 | Pu salt being reduced to metal | Probably chemical reaction-extinguished using $CO_2$ |
| 5. | 6-66 | 771 | Pu metal | Ignited during mechanical working - allowed to burn out |
| 6. | 9-66 | 771 | Metal dust | Apparently spontaneous ignition-fire smothered with metal lid |
| 7. | 10-66 | 776 | Pu chips | Apparently spontaneous ignition-extinguished by operators |
| 8. | 2-67 | 771 | Pu chips or | Apparently spontaneous ignition-allowed to burn out |
| 9. | 4-67 | 776 | Pu chips | Overheat-controlled using $CO_2$ |
| 10. | 6-67 | 771 | Ash-constituents unknown | Chemical reaction-operator extinguished using coolant |
| 11. | 6-67 | 776 | Waste in drum in box | Smouldering-controlled using $CO_2$ |

UNCLASSIFIED

PLAINTIFFS' EXHIBIT P-182 90-CV-181

CHAV07004

|     | Date | Bldg. | Mat'l Involved | Remarks |
|-----|------|-------|----------------|---------|
| 12. | 7-67 | 771 | Pu chips | Overheat-operator extinguished |
| 13. | 8-67 | 771 | Pu metal | Apparently spontaneous ignition-allowed to burn out |
| 14. | 10-67 | 771 | Pu metal | Dropped-spontaneous ignition-extinguished using MgO |
| 15. | 12-67 | 771 | Pu metal | Apparently spontaneous ignition-allowed to burn out |
| 16. | 2-68 | 771 | Filter leaching- Pu glove box | Chemical reaction-operators used $CO_2$ to cool box |
| 17. | 3-68 | 776 | Pu chips | Apparently spontaneous ignition-extinguished by operator |
| 18. | 4-68 | 771 | Pu Skull | Apparently spontaneous ignition-allowed to burn out |
| 19. | 4-68 | 771 | Ruptured vessel with molten Pu | Cleaning brush ignited-extinguished by firemen |
| 20. | 6-68 | 771 | Pu powder and turnings -&Cu&l( | Apparently spontaneous ignition-allowed to burn out |
| 21. | 6-68 | 776 | Pu chips | Ignited during machining-operator extinguished |
| 22. | 7-68 | 771 | Pu metal | Chemical reaction igniting metal-allowed to burn out |
| 23. | 8-68 | 776 | Pu chips | Ignited during machining-allowed to burn out |
| 24. | 8-68 | 771 | Pu metal | Explosion-fire controlled by operators |
| 25. | 10-68 | 771 | Pu Skull | Apparently spontaneous ignition-extinguished by operators |
| 26. | 11-68 | 771 | Pu pieces | Apparently spontaneous ignition-supervisor extinguished with argon |
| 27. | 11-68 | 771 | Pu sludge and organic mat'l | Overheat-allowed to burn out |
| 28. | 12-68 | 771 | Pu Skull | Dropped and ignited-allowed to burn out |
| 29. | 1-69 | 771 | Pu metal | Ignited during leaching operation-allowed to burn out |
| 30. | 3-69 | 771 | Pu pieces | Ignited during leaching operation-allowed to burn out |
| 31. | 5-69 | 776 |  | Fire under investigation |

UNCLASSIFIED

II. "How many other (non reported) fires initiated by or involving plutonium at R.F. since 1966."

1) There are no records of "non reported" fires.

2) It is important to point out the pyrophoric nature of plutonium and the type of chemical and mechanical working processes that are conducted during the normal manufacturing mission at R.F.

   A. Rapid oxidation of plutonium (fire) is part of the normal operation and considered routine activity. Plutonium is routinely burned to oxide as part of the reprocessing operations for impure metal such as skulls (Dross) from foundry operations, finely-divided chips, sludges, etc. — dross. This operation is conducted under surveillance and the environment is controlled. These fires are not reported.

   B. Chips formed during machining operations occasionally ignite. Procedures to handle and extinguish this kind of burning metal are clearly defined and the operators are well trained. This kind of fire is considered routine and is not reported.

   C. All operators are aware that almost any mechanical working (scraping, drilling, machining) can and sometimes does result in ignition of surface compounds such as hydrides and lower oxides (PuO, $Pu_2O_3$). Processing of stockpile site return units and other metallic plutonium components that have been subjected to special environments have been known to ignite. These reactions are anticipated and the burning rate controlled. These fires are not reported.

   D. Special research operations sometimes result in plutonium fires. Precautions are taken and the environment is controlled to facilitate self extinguishing (lower temperature produces slower oxidation rate). These fires are not reported.

All the technical personnel and operators are trained to handle the above situations which are judged as routine when working with a pyrophoric material. Because of this, no records are kept unless the fire becomes an exception. Exceptions would include cases where additional material was ignited and also when boxes were breached or costly decontamination or equipment damage could be involved.

We are, therefore, not in a position to provide a realistic estimate of the number of such "routine" situational fires at this time. If you desire, a person familiar with the type of operations involved and the pyrophoric nature of plutonium can be made available to discuss this matter further.

CHAV07006