

**UNITED STATES**
**ATOMIC ENERGY COMMISSION**
ALBUQUERQUE OPERATIONS OFFICE
P.O. BOX 5400
ALBUQUERQUE, NEW MEXICO  87115

7-11-69

R. E. Hollingsworth, General Manager, Headquarters

FIRE EXPERIENCE - ROCKY FLATS PLANT

During our briefing of the Commission on the Rocky Flats fire on June 30 last, Chairman Seaborg requested a summary of fire experience at the Rocky Flats Plant. There was particular interest in the frequency of plutonium fires.

The processing of plutonium in Buildings 771 and 776 routinely involves fires which are extinguished by the operator as part of his normal operation. These "fires" are anticipated and are not usually reported. They are treated as part of the normal plutonium processing operation. Examples of this type of fire are ignition of chips formed during machining and ignition from sparks generated by friction due to drilling, scraping skulls, or handling chips.

At the Rocky Flats Plant during the years 1966 through May, 1969, a total of 164 fires of all kinds was reported. For the most part these were unanticipated fires as opposed to "anticipated fires" of the type described in the preceding paragraph. Of the 164 total, 31 fires directly involving plutonium are detailed in the enclosures to this memorandum. Of these 31, one was the May 11, 1969, fire, two others involved losses of more than $50 (cost of one was $150 and of the other $288), and the remaining 28 each involved a loss of less than $50. Nineteen of the other fires involved an aggregate loss of $12,856. Losses from the remaining 114 fires out of the 164 total fires each involved a loss of less than $50.

H. C. Donnelly
Manager

WO:WFW

Enclosures:
1. Fires in Bldg 771 fr 1966 thru 5/69
   Directly Involving Pu
2. Fires in Bldg 776 fr 1966 thru 5/69
   Directly Involving Pu

PLAINTIFFS'
EXHIBIT
P-539
90-CV-181

2

FIRES IN BLDG 771 FROM 1966 THRU MAY 1969
DIRECTLY INVOLVING PLUTONIUM

1966 - 3
1967 - 6
1968 - 10
1969 - 2

These fires are broken down as follows:

6/20/66   Operator was firing a button in K-1 furnace when explosion occurred. Fire extinguished with $CO_2$ extinguisher using glove entry.

6/28/66   There was more Pu in material being crushed than expected, causing more than usual sparking for this recovery operation in Rm 149. Material placed in container and allowed to burn out. No extinguishing agent used.

9/1/66   Metal dust on dryer belt in Calciner box burst into flames. Operator used a metal lid and smothered flames.

2/7/67   A small amount of Pu being recovered thru normal recovery process in line 31, Rm 149, ignited. Material was spread around in pan and allowed to burn out.

6/2/67   Reprocessing Incinerator Rm 181, ash ignited by spontaneous combustion.

7/25/67   Chips in lathe box ignited, operator used coolant to extinguish fire.

8/10/67   Small amount of metal in container ignited in line 2, Rm 114. Container was placed above floor of box and allowed to burn out. Operator used some $CO_2$ to cool floor of box while material was being moved.

10/12/67   Operator picked up small plastic container filled with plutonium and the bottom fell out. The Pu ignited and started to burn. The Fire Dept. was called by phone and the material was transferred to a metal container. Magnesium Oxide was used to extinguish the fire.

12/7/67   Small amount of metal in container ignited in Line #2, Rm 114. Container was placed above floor of dry box and allowed to burn out.

2/13/68   Filter leaching process, Rm 114. Acid ran dry in crucible causing spontaneous combustion. Fire Dept. notified by fire phone. Fire Brigade members made glove entry and were cooling box on arrival of Fire Dept.

COOK  14DEC94  REQUEST FOR MUF                    4440805

4/3/68
A skull was being washed in acid in dry box line #2, Rm 114. Acid dropped below level of material and spontaneous ignition of skull resulted. Skull was put on plate off dry box floor and allowed to burn out.

4/20/68
Improperly sealed gaskets on a vessel with molten plutonium metal ruptured and started a small cleaning brush on fire in the glovebox line in Rm 148. Fire brigade members extinguished the fire by glove entry.

6/6/68
Spontaneous ignition of some Pu in the form of powder and turnings in line #2, Rm 114. Fire burned itself out.

7/17/68
Operator was leaching metal in line #2, Rm 114, when a chemical reaction occurred and metal ignited. Fire Dept. called by manual box. 150 clean-up.

8/23/68
Operator was dissolving metal in line #3, Rm 114, when explosion occurred inside the dissolving pot. Fire Dept. notified by manual box. Fire under control upon arrival of Fire Dept.

10/14/68
Operator was working a skull in line #2, Rm 114, when skull ignited. Fire was under control on arrival of Fire Dept.

11/12/68
A small amount of material in line #2, Rm 114, ignited. Supervisor used argon to smother fire, no damage. Fire out on arrival of Fire Dept.

11/15/68
Material in pan sitting on hot plate ignited in box 30-e, Rm 149. Operator took pan off hot plate and had fire under control upon arrival of Fire Dept. Material was left to burn itself out.

12/16/68
Operator was handling a piece of Pu skull and it dropped to the floor of the dry box and ignited. Skull was placed into a crucible and was under control upon arrival of Fire Dept.

1/28/69
Chemical reaction occurred while leaching operation was in progress, igniting metal. Metal was put in crucible and allowed to burn out.

3/28/69
Small amount of material in dry box leaching operation, Rm 114, ignited. Material placed in container and allowed to burn out.

$A$

(0-1)1-42

Fire 71 N.D

6-14-57 71-146 (Homan)

4/58 ✓ 71 N.D.

2/59 42-71, 1-76 6-71

3/59 1-77 3-76

5/59 42-71 N.A. [illegible]

7/59 1-76 "material" [illegible]

10/59 42-71 N.D

1/60 ✓ 2-76 1 [illegible] N.D

12/60 ✓76-134 Wire [illegible] in dry box - ignited [illegible]

5 - 76 ✓76-134 Spont. [illegible] metal in dry box N.D.

✓76-134 " sweeping in dry box N.D

✓76-134 Metal in pan in dry box ignited spont. N.D.

3/61 1-71-186 N.D.

6/61 1-71 N.D 76-7

2-76 N.D.

9/61 1-71 ND 71-7

3-76 ND

10/61 1-71, 1-76 N.D

11/61 1-76 N.D.

9/62 4 fires minor dry box fires 5 N.D [illegible] to 76

Dec 62 1-71 K [illegible] $250 Burned out [illegible] furnace [illegible]

7/63 1-71 dry box fire [illegible] $4500

Unknown origin [illegible] contaminated room 149. Loss 1 dry box [illegible] & gloves.

[illegible] evaporator - FR box

$CO_2$ for flames, [illegible] for [illegible]

5

COOK 14DEC94 REQUEST FOR MUF 4440807



6

| Metal | | Machining | Clea Briqo | Furnace | Storage | Coby Clea |
|---|---|---|---|---|---|---|
| 5/11/69 | 1 | | | | ✓ | |
| 3/18/48 | Chips (in can) | ✓ | | | | |
| 4/21/68 | Single engine put in metry can (Controlled) | | | ✓ | | |
| 8/23/68 | Chips (machining) 3 | ✓ | | | | |
| 4/12/67 | Chips 2 cans shell put in pan (controlled) | | | ✓ | | |
| 3/23/66 | Shell chips (stored) put in pan (controlled) | ✓ | | | ✓ | |
| 6/7/66 | metal in can in furnace can put in MgO pan | ✓ | | ✓ | | |
| 6/15/66 | chips - briquetting press | ✓ | ✓ | | | |
| 10/6/66 | chips " " 4 | ✓ | ✓ | | | |
| 11/1/65 | oxide? crushed - (cubes) | | | | | |
| 11/1/65 | oxide chips? A(5) | ✓ | | | ✓ | |
| 11/16/65 | chips briq press A(30) | • | ✓ | | | |
| 10/15/65 | chips (drain) 17,000 | ✓ | ✓ | | | 3 |
| 6/12/64 | Briq chips - CO₄ 56K | ✓ | 2 | | | ✓ |
| 4/8/64 | Welder metal fines in shot pipe | ✓ | | | | ✓ |
| 4/17/62 | Fast and shot chips oxide content V maybe out 7.6? | | | | | |
| 11/61 | N.D. | ? | | | | |
| 10/61 | N.O. | ? | | | | |
| 9/61 | N.D | ??? | | | | |
| 6/61 | N.O. | ?? | | | | |
| 11/60 | Chips | | ✓ | | ✓ | |
| 12/50 | | | ✓ | | ✓ | |
| 1/5/50 | 8 | ✓ | | | | 7 |

Run                                              Nil Run

Disb                                             Inventory

| | | | |
|---|---|---|---|
| 12/7/67 | ✓ Metal in container | 5 | |
| 3/11/66 | | (weld B 054) Filler | |
| 4/12/66 | | | filter |
| 6/15/66 | K leak | | |
| 6/20/66 | K leak | | |
| 6/28/66 | ✓ metal windings | | |
| 7/21/66 (5/32) | | | filter |
| 8/8/66 | K leak | | |
| 8/29/66 | | | filter |
| 9/1/66 | ✓ dust in column | | |
| 9/13/66 | | | filter |
| 10/12/66 | | | filter (5th run 4/66) |
| 10/18/66 | 2 | | filter |
| 10/24/66 | | | |
| 3-30-65 5 ✓ Sludge (let burn) | | | |
| 6-28-65 Chips lathe | | | |
| 9-16-65 | | Keep | |
| 9-28-65 ✓ Filings Sweepings | | | |
| 12-28-65 ✓ Scrapped eqp. | | | |
| 11-25-65 | K 2 | | |
| 11-9-65 ✓ (Sanitary drain) | | | |
| 10-23-65 ✓ Piping | | | |
| 10-22-65 | | | fire box |
| | | | |
| | | | |
| | | | 8 |

51 - [illegible]

9-30-55  Bldg 71   Fabrication drybox [illegible] briquette ignited
spontaneously. Contamination spread in trying to
put fire out                                    $9500

9-11-57  Bldg 71   Room 180 fire in metal in can - spontaneous - started
burning plastic nearby - spread - burned main filter
plenums    $736,000   General building contam.

6-14-57  Bldg 71-176   explosion in precipitation box   Contaminated
Homan and Simmons?

7



COOK 14DEC94 REQUEST FOR MUF                    4440812



11-9-65   7½-180   Explosion in Area 8 C, flash ignited material. Painter red burn.

10-23-65   71-180   Worker mixing Plut. Carbide & H₂O igniting material. Fire under control when is aimed. Negput.

10-22-65   71-149   Fire in incinerator box   00A no damage

10-11-65   877-Box 752   Flash fire caused by closing out drain filled w/ Plu. slurry.   00A   Contam.

11

10-24-66 ✓ 71-149 plex panel blown of incinerator loc. PYL30
No fire.

7-21-66 ✓ 71 Incinerator Fults fire @ 28r verdaling.
burned 4 filters — 200°.

7-12-66 ✓ 71 Fults Fire   $76   %

7-6-66 X 77 Hit compr trukd is nitro and $604
healed by oxygady — trals in portable down deft
falls. — contam

8-8-67 71-149 glove lines presum't kept contain.

7-13-67 ✓ 71 Incinerator - 3 filters $272
cooking cause. plastic slat in filter area.
ignited from incinurato heat.

7-17-67 ✓ 71 Incin   6 filters   $457
7-14-67, 71 Incin   16 "   732

4-4-68 ✓ 71 148   Failed Cu gasket on Rod fur-us
splattered milten slag & Pu outsid small fire
in glove box.

12



13

COOK 14DEC94 REQUEST FOR MUF                    4440815

Fire dept activities   1,2,3/60
1/5/60   26-13%   Metal chips ignited in handling press   V.D

9-30-55   71   1950.

Fab display system for briquette spontaneously
ignited   " "   Friction caused by relief of stress from
briquetting operation,   Certain spent oil drying to
put fire out.   Stopped briquetting

14

Information From Safety Dept Monthly AEC Reports.

8-20-69

Some Bld 774 Fires 1965-69 ~ D. Hornbacher
2941

These Fires were Not on the list provided by

Dr. Felt. However, Not all are Pu fires.

1-10-69 .    Room 134 , Explosion  probable cause
             due to insulation on heat reflector
             being Saturated with oil. There was
             4 to 5 inches of oil in a pit
             and heater was set in pit during
             Installation. One 10" x10" plexaglass
             window and 2 gloves were damaged and
             Contamination was spread out on the Floor.
             Damage Estimated at about $725.

8-69         Room 224 , Fire in electrical control
             panel transfer switch. 2nd Floor
             776 Glove box Dry Air System was
             affected . Damage Estimated at $3000.-

15

×6-13-68        776 Production area Room 134
                Transformer over heated while
                work was being done on control
                panel for furnace 3 +4 on south
                Line . Damage Estimated at $137.00

×9-30-68        776 Room 134   welders fire,
                2 welding hoses and dry box
                gloves destroyed. Damage estimated
                at $79.

×8-19-69        Room 131 , Varsol solvent exploded
                while cleaning tool ways ~~and~~ on
                tape machine. Vacuum cleaner
                Filter was Removed For wet use.

10-15-65        ? on 777 five cost. Fire was
                in Drain that was Plugged.
                I had a cost Figure of
                $17,034. This probably includes
                clean up.

16

K. ETALT

Plutonium Fires in Bldg 776
(March 1966 to May 1969)

| Date | Building | Material Involved | Remarks |
|------|----------|-------------------|---------|
| 3-66 | 776 | Pu skull | Spontaneous ignition of Pu skull. Moved to another box and allowed to burn out. |
| 6-66 | 776 | Pu metal | Metal (1033 g) ignited. Stored in furnace can was placed in MgO filled pan and allowed to burn out. |
| 6-66 | 776 | Pu chips | Spontaneous ignition of chips in north briquetting press. Fire controlled with $CO_2$ equipment at box. |
| 10-66 | 776 | Pu briquette & chips | An explosion occured in north briquetting press and burned a small amount of chips lying on press table. |
| 4-67 | 776 | Pu chips | Two cans of chips ignited spontaneously. Both cans were dumped into metal pan with MgO. |
| 6-68 | 776 | Pu chips | Cleaning and scraping of crucible ignited chips. Friction responsible for ignition. |

17

8-68    776    Pu chips    Sparks from machining operation ignited chips in bottom of box.

18

| Date | Building | Nature of Injury | Material Involved | Remarks |
|------|----------|------------------|-------------------|---------|
| 11-68 | 771 | None | Pu | A charge of metal for reduction had laboratory waste samples mistakenly mixed in. The charge was loaded in the reduction vessel and heated. After five minutes the pressure reached 100 psig and power to the furnace was turned off. The pressure continued to increase past 150 psig. The gasket failed and a fireball emerged from the reduction vessel. |
| 11-68 | 771 | None | Pu | Pu metal in reduction operation ignited while being dissolved in 3M $HNO_3$. The argon purge was not being used in the dissolver pot at the time of this ignition. |
| 1-69 | 771 | None | Pu | Pu metal ignited while immersed in a 3M $HNO_3$ solution. The metal was placed in a crucible and allowed to burn to the oxide. |
| 4-69 | 771 | None | Pu | Pu $F_4$ was placed in a K-2 furnace. The pressure increased normally (70 psig) when the charge reacted. The pressure increased suddenly pegging the 150 psig. Sparks and flame shot from the pressure vessel. Molten metal ignited from the vessel, igniting dry box gloves. |

19

Compiled day of
4 June 69

# INCIDENTS INVOLVING PU FIRES SINCE 6-64

| Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|
| 10-65 ✓ | 777 | None | Pu | Small fire resulted from attempt to un-plug a drain box line. Poor housekeeping was blamed for the plugged line. No loss due to fire damage. |
| 11-65 ✓ | 771 | Painter burned on face and forearms | Pu | Ventilation in the line was not adequate for painting; when painter was putting his second container of paint into the air lock, flash fire met him burning his face and forearms. A technician was using part of the line to complete Pu work at the same time stripping and masking of paint was being done in the same room. The door between the paint area and the muffle furnace was not completely closed. |
| 4-66 | 777 | None | Pu | Pu-contaminated coupon was heated by an oxygen acetylene torch. The coupon was then dropped into a pail of acid solution. When the thermally hot metal came in contact with the acid solution, contamination was released into the room. |
| 7-68 ✓ | 771 | None | Pu | An operator had removed a basket of metal from a pot of acid and hung it on a hook directly above to drain. The acid was siphoned out of the pot a few minutes later. The bottom of the stainless basket containing the metal, burned through allowing the burning metal to drop into the teflon pot. |

20

Source:   List of incidents
compiled by E.E.Hicks -
Safety 12/21/65

(Additional Info.)

| Date | Building | Material | Remarks |
|------|----------|----------|---------|
| 6/64 | 76 | Pu | Explosive reaction between $CCl_4$ and burning Pu turnings. |
| 2/65 | 76 | Pu | Machinist cut finger on rotating part while attempting to extinquish a fire in the lathe. |
| 6/65 | 71 | Pu | A chip fire was started when Pu chips began to burn causing an explosion by action of the Pu with trichlorethane. |
| 9/65 | 71 | Pu | Employee placed Pu metal filings in a polystyrene jar and closed it with a screw cap. Jar exploded shortly after being capped. |

## SERIOUS INCIDENT REPORT
### ROCKY FLATS FIRE DEPARTMENT

Type _____ FIRE _____          Building __ 776 __ Room __ 134 __

Alarm by _ Glove Box Detection  41 _     Type of Area _ Glove Box - Furnace _

Time  6:23pm  Date 6/21/68          Org. Group _ Metat Production _

Sender _Autocall_               Supervisory _ G.Brant / L:L.Zodtner _

Injured or Ill _____

---

Injury - Illness - Damage

　　　　　　None

---

Cause

　　　Spontaneous Combustion - Caused by friction

---

Workers in Area

　　　　　B.G.Ralph 3243      Operator

---

Story and Comments

　　　　　B.G.Ralph was cleaning and scraping a crucible
　　　　　when chips from crucible ignited from the friction.
　　　　　Ralph then put the chips into a metal can and the
　　　　　chips were then allowed to burn as a controlled fire.
　　　　　Spadi - Good - Swaisgood responded to area and remained
　　　　　until fire was in a controlled state of burning.

---

Fire Department Equipment          OK

---

Firemen Involved

　　　　　Spadi
　　　　　Good
　　　　　Swaisgood

Report by _P. Spadi_  LT.  Fire Dept.          Date __ 6/21/68 __
　　　　　Rocky Flats Fire Department

COOK  14DEC94  REQUEST FOR MUF                    4440824

REPORT OF FIRE OR SERIOUS INCIDENT

## ROCKY FLATS FIRE DEPARTMENT

TYPE __Fire__                              BUILDING __76__      ROOM __134__

ALARM BY __Heat Detection__          ACTIVITY __Foundry__

TIME __2:50 pm__  DATE __4/12/67__   OCCUPANCY __Metal Production__

SENDER __Alarm 41__                    SUPERVISORY __E. Martella/ F. B. Evans__

CAUSE:

   Spontaneous ignition

DAMAGE and/or INJURY:

WORKERS IN AREA:

   E. Salzman 2163

STORY AND COMMENTS:

   Mr. Salzman was working in skull box by furnace A-12, when two
   cans of PU chips ignited.  Both cans were dumped into a metal pan
   with Mag. Oxide.  Fire under control upon arrival of Fire Dept.

FIRE DEPARTMENT EQUIPMENT:

   In good order,

FIREMEN INVOLVED:

   R. Page
   D. Sweet
   O. Ahlgrim

REPORT BY __D. R. Sweet/aj__                    DATE __4/12/67__      23
            ROCKY FLATS FIRE DEPARTMENT

COOK 14DEC94 REQUEST FOR MUF                        4440825

# REPORT OF FIRE OR SERIOUS INCIDENT
## ROCKY FLATS FIRE DEPARTMENT

TYPE __Fire__                      BUILDING __76__   ROOM __134__

ALARM BY __Alarm box 4611__        ACTIVITY __Briquitting Press/Glove Box__

TIME __3:50 pm__   DATE __6/15/66__   OCCUPANCY __Metal Production__

SENDER __J. Eberly__               SUPERVISORY __G. Brant/ L. Zodtner__

---

**CAUSE:**

Spontaneous ignition

---

**DAMAGE and/or INJURY:**

---

**WORKERS IN AREA:**

K. P. Zumwalt
A. DiGiallonardo

**STORY AND COMMENTS:**

Firemen responded to box alarm 4611, and found that chips were burning in north briquitting press. Fire controlled by press operator with CO2 equipment at box.

---

**FIRE DEPARTMENT EQUIPMENT:**

OK

---

**FIREMEN INVOLVED:**

P. Spadi
H. Skov
T. Eckert

---

REPORT BY __P. J. Spadilino__                      DATE __6/15/66__        24

ROCKY FLATS FIRE DEPARTMENT

COOK 14DEC94 REQUEST FOR MUF                           4440826

# REPORT OF FIRE OR SERIOUS INCIDENT
## ROCKY FLATS FIRE DEPARTMENT

TYPE Fire                                    BUILDING 76            ROOM 134

ALARM BY Auto-Call (41)          ACTIVITY   Metal Production

TIME .38 am   DATE 7/66          OCCUPANCY  Foundry

SENDER Heat Detection             SUPERVISORY C. Perry

CAUSE:   Material in storage can ignited.

DAMAGE and/or INJURY:       none

WORKERS IN AREA:       none  (at lunch)

STORY AND COMMENTS:
Material in can stored in furnace A-38 ignited, (1033 grams) sending in
heat detection alarm.  Mag Oxide was put into pan, and can was placed
in same and left to burn out.

FIRE DEPARTMENT EQUIPMENT:
                    In good order.

FIREMEN INVOLVED: W. Jesser
                  D. Sweet
                  B. Swaisgood

REPORT BY W. W. Jesser - Lieutenant.          DATE June 7, 1966          25
              ROCKY FLATS FIRE DEPARTMENT

COOK  14DEC94  REQUEST FOR MUF                          4440827

# REPORT OF FIRE OR SERIOUS INCIDENT

## ROCKY FLATS FIRE DEPARTMENT

TYPE **Fire**                BUILDING **76**    ROOM **134**

ALARM BY **Auto-Call--41**       ACTIVITY **Storage box**

TIME **5:39 pm**   DATE **3/23/66**   OCCUPANCY **Metal Production-Foundry**

SENDER _____       SUPERVISORY **R. S. Sutherland/ A. Denilaule**

CAUSE:
Spontaneous combustion--can of PU skull.

DAMAGE and/or INJURY:
none

WORKERS IN AREA:
O. Gassler 1612
R. Sutherland 1632

STORY AND COMMENTS: A can of skull stored in box A-13 started
burning and sent in alarm. O. Gassler was nearby and moved chips
from box A-13 to box A-5, and put in pan to burn out.

FIRE DEPARTMENT EQUIPMENT:
OK

FIREMEN INVOLVED:   P. Spadi, Lieut.
D. Good, Fireman

REPORT BY **P. F. Spadi Fire Lieut.**       DATE **3/23/66**    26

ROCKY FLATS FIRE DEPARTMENT

COOK 14DEC94 REQUEST FOR MUF                    4440828

# REPORT OF FIRE OR SERIOUS INCIDENT

## ROCKY FLATS FIRE DEPARTMENT

TYPE ___fire___   BUILDING ___76___   ROOM ___133___

ALARM BY ___Jones on 5611___   ACTIVITY ___Briquetting on no/ Plutonium___

TIME ___4:07 P.___  DATE ___10/5/66___   OCCUPANCY ___Metal Production___

SENDER ___M. H. Jones 5359___   SUPERVISORY ___Raymond L. Zaitman___

---

CAUSE:
                unknown

---

DAMAGE and/or INJURY:
                none

---

WORKERS IN AREA:   M. H. Jones 5359
                C. H. VanCleave 1943
                L. DiGiallonardo 1933

## STORY AND COMMENTS:

An explosion occured in north briquetting press and burned a small amount of chips
lying on press table. M. H. Jones, monitor sent in alarm. A small amount of CO2
from 50# bottle attached to glove box was used. Fire out on arrival of Firemen.

L. DiGiallonardo stated that small explosions from briquetting of alpha chips were
common, but they were briquetting Delta chips and this has not been known to have
happened before.

---

FIRE DEPARTMENT EQUIPMENT:
                In good order

---

FIREMEN INVOLVED:   P. Spadi
                K. Miller

---

REPORT BY ___P. F. Spadi___                DATE ___10/6/66___         27

### ROCKY FLATS FIRE DEPARTMENT

COOK 14DEC94 REQUEST FOR MUF                4440829

### FIRES IN BLDG 776 FROM 1966 THRU MAY 69
#### DIRECTLY INVOLVING PLUTONIUM

3-23-66 — spontaneous ignition in skulls in box A-13, Rm 134; alarm by glovebox overheat; operators removed skulls

6-7-66 — burning metal (1000 grams Pu) caused glovebox overheat to alarm in furnace A-38, Rm 134; firemen used MgO to extinguish fire

6-15-66 — chips burning in north briquetting press Rm 134; fire controlled by operators

10-6-66 — spontaneous ignition Pu chips north briquetting press Rm 134; fire handled by operators

4-12-67 — 2 cans Pu chips in box adjoining furnace A-12 Rm 134 overheated; alarm by glovebox overheat; operators dumped cans onto metal pan and extinguished with MgO

6-13-67 — warm waste drum in box A-6 Rm 134 ignited; fire dept. notified by telephone and extinguished by $CO_2$ with glove entry                    *Pu line But Mg Arrow Pu*

3-18-68 — chips ignited in machining operation in Rm 134; alarm by glovebox overheat; operator extinguished

6-21-68 — spontaneous ignition in Pu chips in box in Rm 134; alarm by glovebox overheat

8-23-68 — chip fire in south machine line Rm 134; alarm by manual box; operator put part and chips on bottom of box and let burn out

5-11-69 — fire still under investigation

28

The only other such fire of any magnitude that we have had was in September, 1957, in another building. It was similar to our recent fire in that contamination was released into the room. However, compared to our recent fire, the 1957 incident was far smaller in equipment damage, plutonium involved, room size, and decontamination necessitated.

29

III. A.    What is the frequency and magnitude of plutonium fires that have occurred at the Rocky Flats plant?

Because we deliberately burn plutonium to the oxide as a part ł of processing of certain residues, we have many such fires. We have unintended fires as well, particularly when handling finely-divided metal. In such cases, the plutonium is generally allowed to burn to completion. *w dry coil mel* *i funst.* It *should* be remembered that plutonium tends to burn very quietly with little or no flame, reminiscent of the burning of charcoal. The magnitude of all these fires is small, both in terms of grams of plutonium involved, and in terms of any damage done (usually none).

The May 11 fire was different in that other materials were set afire, such as glovebox gloves and flame-retardant Plexiglas windows.

You should not be misled into thinking that the published dollar figures for total fire loss or for value of plutonium *the nere* involved can be used as indicators of the amount of plutonium burned. A substantial amount of the plutonium in the damaged areas was not burned. Also, such dollar figures include costs for items such as decontamination, replacement of equipment, reprocessing of oxide into metal, contingencies, etc.

The amount of plutonium in the buildings and the amount actually burned (when finally determined) will probably not be released as public information.

*30*

*J. Holst*

## ATTACHMENT VI

 **THE DOW CHEMICAL COMPANY**

ROCKY FLATS DIVISION
P.O. BOX 888
GOLDEN, COLORADO 80401

November 15, 1968

All Building 771 Personnel

LEADED DRYBOX GLOVES

Some recent developments have indicated that leaded drybox gloves
represent a potential fire hazard. When the leaded portion of these
gloves is exposed to nitric acid, it undergoes a reaction which forms
a highly flammable material. However, the material is not self-
igniting.

In order to minimize ignition sources, we are requesting all
operating personnel to not combine materials such as surgeons gloves,
rags, paper, etc. with leaded drybox gloves.

*K. V. Best*

K. V. Best

GFM:cjb

cc:
K. W. Hugo
C. R. Johnson
N. E. Moody
L. W. Pribila
A. K. Williams
D. E. Searle

*3/*

A PRIME CONTRACTOR FOR THE U.S. ATOMIC ENERGY COMMISSION CONTRACT AT(29-1)-1106

ATTACHMENT VII

January 30, 1969

P. A. Carleton

HAZARDOUS MATERIAL LABELS

Investigation of the Hazardous Materials program at Rocky
Flats confirms that stock at the warehouse does not require
HM labels unless we dispense the item via repackaging
(drum to can for example) or unless Stores uses the item
in its operation.

The Committee finding was that commercially supplied
products are properly labeled and an additional label is
only necessary at the using or repackaging stations as a
uniform caution to Dow employees.

Based on the above, I plan no further action on this matter
unless otherwise directed.

From the broader aspect, it is Stores' responsibility to
see that all stock issued has an identifying label as to
contents and this practice is standard operating procedure.

Should Stores ever be given the Hazardous Material labeling
assignment, it would best fit the Receiving function and
should cover all inbound material (stock and non-stock)
with the attendant labor to assure an effective result.

J. B. Tomlinson

JBT:ps

cc:
F. G. Locker

SAFETY
DEPARTMENT
JAN 3 1969

ROCKY FLATS DIVISION

ATTACHMENT VIII

April 25, 1969

J. F. Kesting

CHLORINATED AROMATIC
TRANSFORMER OILS

Since several electrical transformers are currently in
use or are to be installed which contain chlorinated
aromatic synthetic fire-resistant transformer fluids,
the Hazardous Materials Committee was consulted on
the hazards of those dielectric fluids in reference
to health, fire and reactivity.  The specifications
and formulation of the fluids have already been
published in reference letter dated April 15, 1969,
N. H. Miller to C. R. Claridge.

The hazardous materials rating on these oils will be:
Health – 3, Fire – 1, and Reactivity – 2.  These
ratings will be included in a future revision to the
Hazardous Materials Manual.

It is recommended that any transformer containing those
fluids be marked "Warning – Contains Chlorinated
Aromatic Transformer Oils."  It is also recommended
that a visual decal be installed on each transformer
using the standard Rocky Flats rating system.

ORIGINAL SIGNED BY
A. K. WILLIAMS

A. K. Williams
Chairman
Hazardous Materials
   Committee

cc:
R. D. Gaskins
J. A. Geer
J. E. Hill
F. G. Locker
N. H. Miller
J. R. Turbett

33

Jack Bunker — LYG1

7/  ?                              No! P.n

Pre.          K2      Diehig  Iman Filter

1-28-69 6:20 Landing - let down
3-28-69 6:25   let down 2
4-10-69 8:00 A          4  gushet
Y-3-68 9:25A  Kill lend                        2-13   Filter
4-20-69 7:30 A               Norton Vac        4-20
6-6-68 5:15 P  . Powder                        Bracket
7-17-69 9:00 P  Leah
8-23-68                        Expl & fire
9-15-68              gushet
10-14-68  Skull                          Skull ignited (mixed?)
   9-68                gushet          11-92
12-16-68   Skull  5                     11-15
1/18/67                          Filter    7:15 4/11
2/7/67  In recovery
5/8/67                          Filter
5/12/67           gushet
6/2/67                          cell
6/7/67           gushet
7/17/67                          filter
1/17/67                            "
7/18/67                            "
7/25/67  chip Lattly
8/10/67  chipping can
8/21/67                          filt
10/4/67                           "
10/12/67  metal in bag
11/17/67                          "       34

COOK 14DEC94 REQUEST FOR MUF          4440836

71

3-17-64   Pu Hbun
2-17-64   Na+Pu granules spnt.
1-28-64   Main filter
1-22-64   Mixd Gal.
1-21-64   Spntigs mtd          2

35

7-17-68 ✓   71-114   Fast sample — metal being leached,
ignited — no extinguished used.
metal in basket ran and pot. bottom of basket burned
thin & mold dropped in acid. — went to fds
$150

9-15-68 ✓   71-148   Reduction furnace blew up lit
$875   [Not fire]

11-12-6  8

36

#50  Fire Department records and AEC - 13
Monthly Summary — Serious Occup Disease & Fire Exposure
AEC-283 Report of Property Damage or Loss

37

Comments

This question requires considerable elaboration: To platinum "fire" is really a number of things:

1. During machining of platinum, because of its pyrophoric nature, sparks are produced and frequently chips coming from the cutting tool ignite as they are produced. This occurs even though a coolant — long chain hydrocarbon plus carbon tetrachloride — is pumped in a stream directed at the cutting edge. The burning chip is extinguished as it falls into the tray of coolant. If chips pile up in the coolant so and extend above it, a burning chip may ignite the protruding portion — the film of coolant on the chips is responsible for whatever flame exists. The machine operator simply pushes the chips under the coolant and the fire is extinguished. This occurrence does not rate as cause for alarm. Hoods are positioned inside the dry boxes to divert gas at the chip area where chips are found and pipe ups and can be used if necessary.

2. A

38

These occasions are not unusual, are over in a matter of seconds and are not normally reported as fires.

4. The following sorts of fires involving metallic platorium are not unexpected, but do result in fires/alarms which are reported:

a. Sparks produced when skull is being removed from a crucible may ignite the metal. The crucible is placed in a stainless steel tray and allowed to burn to completion.

b. Machine chips and cut turnings/parts are briquetted for remelting. When quantities of chips may be [___]

.

In a series of areas of Building 771 and 776 :

4. Small platorium fires are not uncommon in Building 776 in the Foundry, chip briquetting and button sampling areas. Friction such as that produced in scraping skull material from crucibles, drilling analytical samples from platorium "button" and handling chips in the briquetting areas may cause sparks and ignite finely divided, impure or partially reacted metal. The usual practice is to isolate the burning metal and allow it to burn to oxide. If there is any sign of organic materials or significant quantities of platorium becoming involved

7a

1. Metallic plutonium burns much like charcoal at a red or orange heat. There is no flame unless organics are present. Burning is quiet and will not explode or ignite.

2. Plutonium is routinely burned to oxide as a part of the reprocessing operation for impure metal such as skulls (dross) from foundry operations, finely divided chips, sludges etc. This is a controlled process.

3. During machining operations the chips being cut may ignite even though a stream of coolant is directed at the cutting tool. The fire is extinguished when the chip falls into the coolant sump. Occasionally chips protruding from the sumps may be ignited by a burning chip. The fire is extinguished by the machinist generally by submerging the chips in the coolant. Carbon dioxide

the Fire Department is called. Invariably the operating personnel control the fire and Fire Department involvement is purely precautionary.

5. In Building 776 fires have occurred during or after the acid leaching skulls and chips. Fires have also occurred in sludges containing finely divided metal. The burning material is isolated and allowed to burn to complete. Fire Department involvement is more frequent than in Bldg 776 because of the greater variety of combustible involved in chemical operations.

6. Practically all fires in metallic plutonium have occurred starting of routine starting during working hours and are controlled by operating personnel. The possibility of such fires is recognized and control measures are known to and practiced by the concerned operating personnel.

7.

COOK 14DEC94 REQUEST FOR MUF                    4440843

Currently, metal are ^many^ small breaks, recognized [illegible] reactive nature of plutonium and criticality rules. Minimum spacing between plutonium containers are maintained and limit

1. What is a Pu fire?
   a. Characteristics
      1. Glowing - red to orange, like charcoal [illegible] unless mixed or contaminated with organic [illegible]
      2. Occurrence
         a. Deliberate - burn impure "crucible "skulls" chip fines etc to oxide for chemical processing in a furnace - heated in crucible by [illegible] induction coil - in air until they "burn" or oxidize.

Expected b. Machining - sparking frequently accompanies plutonium machining operations even though a stream of coolant (Shell Vitrea, a long chain [illegible]) usually containing some carbon [illegible] is directed at the cutting tool. ~~Some~~ [illegible] chips [illegible] fire as it is being ~~[illegible]~~ formed. [illegible] accompanied by flame because ^pyrophoric^ ~~[illegible]~~ [illegible] the chip. It is extinguished ^itself^ [illegible] drops into the lathe pan which contains the coolant. Occasionally a protruding pile of chips is ignited but the [illegible] extinguishes them by pushing them beneath the coolant. Such "fires" ^have^ ~~are [illegible]~~ not [illegible] been ^recorded^ ~~[illegible]~~ as such. No damaging [illegible] controllable, occur during fabrication [illegible] quickly extinguished.

c. Accidental. In removing 'skull' or dross from melting crucibles, friction produces [illegible] impure metallic residue. The crucible [illegible]

in the foundry area and such fires cause no problem and little concern because only small amounts of metal are involved. The area is arranged so that the burning material can be quickly placed in an open furnace, about thereto or merely be placed in a stainless steel tray and allowed to burn to oxide. Occurrences such as this usually are reported to the Fire Department, a run is made by the engine and fireman who enter the building and assure themselves that everything is under control.

Chips and swings shut or scrap parts are compacted into briquettes a about 150 grams, and they are incorporated into a anvil charges with other platinum and cast into a ... for resale. The chips are degreased by immersion in successively purer baths of carbon tetrachloride prior to briquetting. Care is taken to keep the degreased scrap wet with the carbon tetrachloride until the briquetting operation is completed. Dry, finely divided platinum can ignite and there are occasional small fires in the briquetting area. The usual practice is to rake the burning chips away from the other, placing in a stainless steel can with a lid and let them burn to oxide. The fire department is usually called.

43

Plutonium Fires at Rocky Flats.

1. Plutonium is deliberately burned to oxide as a part of the reprocessing operation for impure metal. Skulls & dross from casting operation, finely divided chips, sludges etc. are commonly burned prior to chemical processing.

2. During machining operation the chip being formed may ignite ..

44

Building 771: Fires involving metallic plutonium have occurred during casting and leaching skulls and sludges. Fires have occurred in sludges containing finely divided metal and organic material, chips, filings etc. With only rare exceptions, these fires occur during production or recovery operations and are [illegible] with quickly extinguished or are allowed to burn to [illegible] under [illegible] close surveillance. There [illegible] [illegible] [illegible] from a number of small explosions have occurred during chemical operations. Damage has been small but decontamination of work areas due to breaking of glass, etc has occasionally been fairly [illegible]. Fire Department is called in almost all cases. The only significant fire occurred in 1957 when scrap metal ignited spontaneously in a can and ignited plastics [illegible] which were too close.

Building 776

45

The above table does not include the smaller frequent fires in filters of the incinerator furnace or those caused by failures the gasket in platinum laboratory furnaces which molten calcium and slag appear to be responsible

46

Plut im Mold ? w

1. Machining chip pres, seldom reported, but we occasionally melt...
2. Pu sin (? & fires routinely buried in an open furnad...
   almost daily.
3. "Inadvertent" fires in 776 may occur about 1/month. Some n...
   reported. Usually occur when shell is being remove
   crucibles. Sometimes in chip processing areas; cleaning...
4. Shells, chips and fires may burn in 771 while being handled in
   ...cid or afterwards. Allowed to burn in controlled...
5. Record kercel...1965; mainly...
   ...to 5 AEC (Issue >850) to 1957. Very far...
   on '57-'64 fires.

$5/yrs \quad 21$   $- 5/yrs \quad 14 \quad 2.c$
  $3.8$

   $7 1$    $76$

$196$ " to date   $2$    $.1.$   $0$
$196 ?$    $5$    $3$
$19 5 7$    $5$    $1$
    $2$    $4$
    $5$    $3$
$176$    $2$    $2$
    $1$

     $4 (max)$   $1 (max)$
        $7 (max)$
$b$       $6$
    $(-(max))$   $3$
        $5.$ $6.$ $47$

ATTACHMENT V

# KNOW YOUR SOLVENTS

## INTRODUCTION

During June, 1964, in Building 76 an operator was degreasing
plutonium chips.  The chips ignited and the operator submerged
the burning plutonium in a vat of carbontetrachloride.  You are
familiar with the explosion which occurred and the resulting
lost time injury.  This accident was responsible for the forma-
tion of the Hazardous Materials Committee.

One of our objectives is to compile and disseminate information
relative to the hazards of materials used at Rocky Flats.  Based
on past performance and a professional guess we decided that
solvents (particularly the halogenated type) present a potential
hazard at Rocky Flats.

Slide 1.  Therefore, this talk entitled "KNOW YOUR SOLVENTS" is
the result of our work.

Slide 2.  Reproduces the incident I first described, namely
burning Pu immersed in $CCl_4$.  This solvent which is normally non-
flammable and in the past used in fire extinguishers, can be made
to react or burn if a sufficiently hot source is present.  Note
the intense heat - this could be termed a violent chemical reaction.

Slide 3.  In order to determine the explosive characteristics of
other so-called "non-flammable" solvents an apparatus has been
devised to test solvents.  Note the hot wire located in the
center of the picture, simulating a glowing plutonium chip.

Slide 4.  This slide shows a normally non-flammable solvent being
ignited in the vapor phase.  In this case, the solvent is
Chlorothene NU, a commercial preparation, consisting primarily of
1, 1, 1-trichloroethane, and used quite extensively at Rocky Flats.
It should be noted that special conditions are necessary for this
reaction to occur.

*48*

2

Slide 5.  Now that I have mentioned a chemical name (1, 1, 1-trichloroethane), which to some of you may mean nothing, let's look at some commonly used solvents used at Rocky Flats.  First of all, however, what is a solvent?  We have defined a solvent as that which is usually a liquid having the capability or power of dissolving, causing solution.

Slide 6.  Typical solvents used at Rocky Flats are water, carbon-tetrachloride, trichloroethylene perchloroethylene.  Everyone is of course familiar with properties of water.  However, I would like to concentrate on the halogenated solvents and try to clear up confusion in regard to similarity of names of this class of solvents.  Needless to say, numerous other solvents, such as paint thinners, naptha, etc. are used at Rocky Flats, but these will not be discussed today.

Slide 7.  For carbontetrachloride we can see 4 chlorine atoms surrounding a single carbon atom.  Normally this solvent is not very reactive, but it is a strong chlorinating agent and will decompose upon heating.  This solvent will react with burning plutonium as you saw in the first slide.

Slide 8.  Another commonly used solvent is 1, 1, 1-trichlorethane.  This solvent contains 2 carbon atoms, surrounding one carbon atom are three chlorine atoms, while 3 hydrogen atoms surround the other carbon atom.  Your attention is called to the fact that this solvent is sold under several trade names, including Chlorothene, Tri-Ethane, and methyl chloroform.  All are the same compound namely 1, 1, 1-trichloroethane, but each may contain a different inhibitor system.

Slide 9.  Trichlorethylene is also used extensively as a vapor degreasing solvent.  This solvent contains two carbon atoms, one carbon atom has 2 chlorine atoms attached while the other carbon atom has one hydrogen and one chlorine attached.  This solvent can be called trichlorethylene, triclene, or various grades such as alk-tri, or new-tri.  Do not confuse it with the solvent previously mentioned since their properties (hazards) are different.  This solvent will explode in the vapor phase.

49

3

Slide 10. Perchloroethylene is similar in structure to trichloro-
ethylene in this case the single hydrogen atom has been replaced
by a chlorine atom producing a fully chlorinated compound. This
solvent is generally unreactive and from our experience is safe
to use both with burning plutonium and without fear of explosi-
bility in the vapor phase. This solvent is currently being
evaluated in a lathe box in 76 building.

Slide 11. Various freons are also used as solvents at Rocky Flats.
This slide shows one. This halogenated compound contains both
fluorine and chlorine surrounding central carbon atoms. Healthwise
the freons are practically non-toxic. Some doubt exists as to their
reactivity to burning plutonium.

Slide 12. After describing some of these solvents, we may ask
ourselves, are the solvents we use safe? The answer is yes, if
handled with respect and used properly. Used improperly, they
can present problems to us which are not normally encountered in
industrial operations.

Slide 13. The Hazardous Materials Committee has rated the various
solvents (as well as all other known chemicals used at Rocky Flats.)
The areas evaluated are Health Hazard, Fire, and Reactivity.

Slide 14. These are represented by various colored diamonds, blue
for health, red for fire and yellow for reactivity.

Slide 15. Inside each of these diamonds, we place a number ranging
from 0 to 4. 0 means the material is non-toxic, non-combustible
or unreactive. The subsequent numbers are in order of increasing
hazard. In qualitative terms, as far as hazards are concerned, 1,
means the material is (inert and unreactive) under most conditions,
2 means that it's stable at room temperatures and may be hazardous.
3 is potentially reactive, is flammable and presents a health
hazard and 4 means that the material is very reactive, is highly
flammable and presents a severe health hazard.

50

4

Slide 16. Let's concentrate a minute on the health hazards of the solvents we have been discussing. Imagine we have a room 10 X 10 X 10-feet or 1,000 cubic feet. In this particular room we have no ventilation, say a sump or inside a glove box. In practice though, we work in well ventilated rooms. But to give you a relative idea of the quantity of material necessary to reach the quantity a person can safely work in (threshold limit value) the next few slides will try to show the quantities of materials necessary to reach these maximum permissable concentrations for each solvent.

Slide 17. For Freon TF as you can see, the solvent is quite safe; the TLV is unknown, but is thought to be 1000 ppm. The fire and reactivity hazard is also low.

Slide 18. For 1, 1, 1-trichloroethane, also known as Clorothene-NU or Tri-Ethane. Again this material is relatively safe, but the health hazard is greater than freon. The TLV is 500 ppm, which is equivalent to evaporating two ounces, or the contents of two shot glasses in our mythical 10 foot cube. Even though the reactivity is rated low, it should be remembered that this solvent can be made to explode in the vapor phase under certain conditions, and these conditions can exist in a glove box with poor or no air movement.

Slide 19. For perchloroethylene, we find a TLV to be 100 ppm. This is equivalent to a tablespoon evaporated into our 10 foot room. Although rated the same as 1, 1, 1-trichloroethane for reactivity, perchloroethylene is somewhat less reactive.

Slide 20. For trichloroethylene, we find that this solvent is much more reactive than the previous solvents, and is as hazardous as perclene. Trichloroethylene is explosive in the vapor phase.

Slide 21. For carbon tetrachloride, we find that this solvent is very hazardous and quite reactive. This is why the use of this solvent is restricted to glovebox use only. The Dow Chemical Company has extensive experience with this material and has the

*51*

5

greatest respect for handling procedures. The TLV is 10 ppm.
Only 1 milliliter, or approximately 8 drops are needed to reach
the maximum permissable limit in our 10 foot room.

Slide 22. Phosgene, as all of you can see, has a TLV of 1 ppm.
This corresponds to 1 drop in our 10 foot room. Phosgene is a
poison gas, which was used during the first World War. Phosgene
was included because it can be generated from many our our
chlorinated solvents if they are heated to the temperature where
decomposition takes place.

Slide 23. Let us look at a more common poison which I am sure
you are all familiar. That is hydrogen cyanide, which is a
material used periodically at a public facility at Canon City.
The TLV is 10 ppm. As you can see, carbon tetrachloride is as
toxic as hydrogen cyanide, and phosgene is even more toxic.

Slide 24. At Rocky Flats, we have had twelve accidents reported
where halogenated solvents were involved. One of these was a
disabling injury. Seven of these incidents involved health
hazards, one with a fire, and four with reactivity. This record
is good, but we are interested in bettering it, and to insure that
none of you are injured from handling solvents.

Slide 25. What precautions should be taken when handling solvents?

Slide 26. For health hazards, remember the following:

 1. Solvent vapors usually are toxic. Avoid breathing
  large quantities of solvent vapors. Use respiratory
  protection if in doubt.

 2. Always use solvents in areas having adequate
  ventilation.

 3. Have respiratory equipment available in case of
  large spills. This should be self contained;
  such as a Chem-ox mask.

 4. Consider that many of these solvents are not pure,
  that additives or inhibitors may make the solvents
  more toxic and more reactive.

52

6

         5.  Use gloves when handling.  Avoid skin contact.

Slide 27.  For fire:

         1.  In general, solvents are not flammable.

         2.  Solvents can be exploded in the vapor phase.

         3.  Additives or inhibitors can be responsible for explosions.

         4.  There are certain concentration limits where the solvents are explosive.  Outside these limits, they are non-explosive.  Many times it is desirable to provide large volumes of air to prevent the building-up of a critical concentration.

Slide 28.  Reactivity:

         1.  The reaction with water, or hydrolysis in moist systems may cause the solvents to react with plutonium, producing $H_2$ gas.

         2.  Solvents can react with burning metals, or with the inhibitors.

         3.  Finely divided or powdered metals can react with some solvents explosively at room temperature.

53