ATTACHMENT IV



# THE DOW CHEMICAL COMPANY

ROCKY FLATS DIVISION
P. O. BOX 888
GOLDEN, COLORADO

January 7, 1966

C. N. Barnes
J. A. Goor
L.   Hampton
L. E. Harris
E. E. Hicks
J. L. Holst
A. K. Williams

cc:
D. M. Bassler

HAZARDOUS MATERIALS SUMMARY

This is the report mentioned by John Holst in letters of
December 10 and 17, 1965.

We summarized 100 incidents involving hazardous materials
dating back to early plant history, hoping to see a pattern
which will guide our future actions.

Will you please evaluate this report and be prepared to
discuss it at our next committee meeting.

*E. E. Hicks*

E. E. Hicks
Safety Department

EEH:ps

54

A PRIME CONTRACTOR FOR THE U.S. ATOMIC ENERGY COMMISSION CONTRACT AT . . .

COOK  14DEC94  REQUEST FOR MUF                          4440856

## SUMMARY BY BUILDING NUMBER

| | 23 | 25 | 34 | 41 | 44 | 47 | 51 | 71 | 76 | 77 | 81 | 83 | 91 | X | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Oxidizing Agents** | | | | | | | | | | | | | | | |
| a. Nitric Acid (alone) | 1 | | | 3 | 1 | | | 2 | | | 9 | | | 6 | 22 |
| b. Nitric Acid (in comb.) | | | | 3 | 2 | 1 | | 3 | 1 | | 1 | | | 1 | 12 |
| c. Hydrogen Peroxide | | | | | | | 1 | 3 | | | | | | 1 | 5 |
| d. Nitrates | | | | | | | | 2 | | | | | | 1 | 3 |
| e. Perchlorates | | | | | | | | 1 | | | | | | | 1 |
| f. Perchloric Acid | | | | | | | | 1 | | | | | | | 1 |
| g. Bromine | | | | | | | | 1 | | | | | | | 1 |
| | | | | | | | | 13 | 1 | | 10 | | | 9 | 45 |
| **2. Solvents** | | | | | | | | | | | | | | | |
| a. Acetone | | 1 | 1 | 1 | | | | | | | 1 | | | | 4 |
| b. Perchloroethylene | | | | | 2 | | | | | | 1 | | | | 3 |
| c. Carbon Tetrachloride | | | | | | | | | 2 | | | | | | 2 |
| d. Trichloroethylene | | | | | | | | 1 | 1 | | | | | | 2 |
| e. 1,1,1 Trichloroethane | | | | | | | | 1 | | | | | | | 1 |
| f. Cyclohexane | | | | | | | | | | | | | 1 | | 1 |
| g. Misc. (paint solvents etc.) | | | | | | | | 2 | | | | | | | 2 |
| | | 1 | 1 | 1 | 2 | | | 4 | 3 | | 2 | | 1 | | 15 |
| **3. Metals** | | | | | | | | | | | | | | | |
| a. Plutonium | | 1 | 1 | 1 | 1 | | 1 | 1 | | | | | | | 6 |
| b. Cadmium | | | | | 1 | | 1 | | 1 | | | | | | 3 |
| c. Americium | | | | | 1 | | | | | | | | | | 1 |
| d. Uranium | | | | | | | | 1 | | | | | | | 1 |
| e. Beryllium | | | | | | | | | 1 | | | | | | 1 |
| f. Sodium | | | | | | | | | | | | | 1 | | 1 |
| g. Lithium | | | | | | | | | | | | | | 1 | 1 |
| h. Misc. | | | | | | | 1 | | | | | | | | 1 |
| | | 1 | 1 | 1 | 3 | | 3 | 2 | 2 | | | | 1 | 1 | 15 |

55

...... BY BUILDING NUMBER (CONT.)

| | 23 | 25 | 34 | 41 | 44 | 47 | 51 | 71 | 76 | 77 | 81 | 83 | 91 | X | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **4. Acids (other than nitric)** | | | | | | | | | | | | | | | |
| a. Hydrofluoric | | | | 2/2 | | | | | | | | | | 2 | 9 |
| b. Sulfuric | | | | | | | | 5 | | | 2 | | | 2/7 | 4 / 13 |
| **5. Gases & Flammable Liquids** | | | | | | | | | | | | | | | |
| a. Hydrogen | | | | | | | | | | | | | | | 2 |
| b. Hydrogen Sulfide | | | 1 | | | | | 1 | | | | | | | 1 |
| c. Propane | | | | | | | 1 | 1 | | | | | | | 1 |
| d. Fuel Gas | | | | | | | 1 | | | | | | | | 1 |
| e. Kerosene | | | | 1/1 | 1/1 | | | | | | | 1 | | | 1 / 7 |
| f. Flammable Oil | | | | | | | 3 | 3 | | | | | | | |
| **6. Bases** | | | | | | | | | | | | | | | |
| a. Sodium Hydroxide | | | | | | | 2 | 2 | | | | | | | 2 |
| b. Ammonia | 1/1 | | 1/1 | | | | | | | | | | | | 1 / 3 |
| **7. Misc.** | | | | | | | | | | | | | | | |
| a. Argon | | | | 1/2 | | | | | | | | | | 1 | 1 |
| b. Heat Treat Salt | | | | | | | | | | | | 1 | | | 1 / 2 |
| **Grand Totals** | 2 | 1 | 2 | 14 | 1 | 1 | 31 | 6 | 1 | 14 | 1 | 1 | 14 | | 100 |

56

Compilation of Incidents
Excerpted from the
Executive Safety Council Minutes

by

The Hazardous Materials Committee

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 1 | 9-65 | 71 | None | Pu | An employee placed Pu metal filings in a polystyrene jar closed it with a screw cap. The jar exploded shortly after the cap was put on. |
| 2 | 7-65 | 71 Lab | Minor cuts | Magnesium Perchlorate | The drying tube in a scrubber system exploded, probably due to the action of sulfuric acid with magnesium perchlorate forming perchloric acid. |
| 3 | 7-65 | 81 | Minor acid burns on the head end face | Dilute nitric acid | Acid splattered from a pouring operation due to back pressure under the funnel. |
| 4 | 6-65 | 41 | None | Pu | A Pu solution was taken into 41 Bldg. where this material is not normally handled. |
| 5 | 6-65 | 71 Lab | None | Cyclohexane "Topo" | Operator spilled cyclohexane which ignited from a shaker motor. |
| 6 | 6-65 | 71 | None | Pu and trichloroethane | A chip fire was started as Pu chips began to burn causing an explosion by action of the Pu with trichloroethane. |

COOK 14DEC94 REQUEST FOR MUF

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| | 6-65 | 25 | None | Acetone | Acetone leaked from a container which had not been throughly shut off and saturated the interior of a flammable liquids storage cabinet. |
| | 5-65 | 91 Mtce. | Nauseation from fumes | Trichloroethylene | Arc welding was being done in the presence of trichloroethylene vapors. |
| | 2-65 | 71 Mtce. | None | Amercoat | Welding was started approx. 22 feet from a newly painted floor causing a flash fire. |
| | 2-65 | 76 | Contaminated cut on finger | Pu | This was DU #14 which occurred when a machinist cut his finger on a rotating part while attempting to extinguish a fire in the lathe. |
| | 1-65 | 44 PLS | None (fire) | Molten heat treating salt | Employee struck a bucket of partially hardened salt causing liquid to splatter over papers in a dumpster box setting them on fire. |
| | 1-65 | 44 | None | Argon | An unknown employee altered a regulator for use with another gas for which the regulator was not authorized. |
| | 12-64 | 76 | Acid burns on chest | Nitric acid | A valve containing nitric acid leaked from an overhead line onto the employee. |
| | 10-64 | - | Acid burns on finger | Nitric acid | An operator struck a plastic acid line with his bare hand causing it to uncouple. |

58

C-3-

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| | 10-64 | - | None | Sulfuric acid | The stopper in an acid carboy blew out breaking the dip tube and splattering sulfuric acid. |
| | 10-64 | - | Possible inhalation of HF fumes | Hydrofluoric acid | Inhalation occurred when an employee was pouring 49% hydrofluoric acid down the sink. |
| | 9-64 | 71 | None | Americium | An americium container exploded in Rm. 180A, 71 Bldg. |
| 3 | 10-64 | 76 | None | Carbon tetrachloride | A tagged out valve was opened by someone unknown allowing contaminated carbon tet to overflow a lathe box through a crack in the floor contaminating the room below. |
| | 7-64 | 81 | None | Ammonia and hydrofluoric acid | A poorly labeled drum believed to be ammonia was dumped into a storage tank of ammonia. The drum proved to be 70% hydrofluoric acid. |
| | 6-64 | 76 | Embedded contamination of the hand requiring surgical removal of parts | Pu and carbon tetrachloride | This is DI #11 involving the explosive reaction between carbon tet and burning Pu. |
| | 6-64 | 71 | None | Contaminated nitric acid | An operator restored power to a control system without noticing the switch to a motor valve in the acid line was in the on position. |
| | 4-64 | 51 | Hand cuts and chemical burns | Hydrogen peroxide | This injury resulted from handling peroxide drums which had leaked. |

57

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 23 | 3-64 | 71 | Possible inhalation of a corrosive vapor | Hydrofluoric acid | Five employees were exposed to HF vapors when a leak occurred in a flange gasket. |
| 24 | 3-64 | 71 | None | Metal hydride | Metal hydride burned when a reaction tube cracked allowing the molten metal to leak out. |
| 25 | 2-64 | 44 | None | Metallic Beryllium | Beryllium chips burned in a cyclone separater. Ignition source unknown. |
| 26 | 11-63 | 81 | None | Nitric acid | Nitric acid leaked out a valve due to corrosion. |
| 27 | 11-63 | 71 | None | Pu | Two incidents occurred both on K furnaces due to failure of a metallic flange. |
| 28 | 10-64 | 44 Mfg. Tech. | None | Be, HNO₃ | Employee was sprayed with 50% HNO₃ while pickling Be part. |
| 29 | 9-63 | 71 | None | Hydrogen peroxide | A holding vessel containing a hydrogen peroxide - acid solution exploded in a glovebox. |
| 30 | 7-63 | 41 | Acid burns on the skin | Nitric acid | An employee bumped a bottle of nitric acid while attempting to set it up on a desk. |
| 30A | 7-63 | 71 | None | Dowex #1 resin, HNO₃, Pu | Ion column pressurized, blew out gasket and resin burned. |
| 41 | 7-63 | 41 | None | Sulfuric acid | A bottle indistinctly labeled distilled water actually contained 25% sulfuric acid. |

60

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| | | | | 1967 2 - / LTI | |
| 32 | 7-63 | 44 R&D | None | Lithium | Lithium chips, while in preparation for melting and pouring into a mold ignited. |
| 33 | 3-63 | 76 | None | Chlorothane | Solvent was sprayed out through a thermo-couple port accidentally. |
| 34 | 1-63 | 76 Mcce. | None | Carbon tetrachloride | Carbon tet exposure was possible as it backed up in the hydroform press pit. |
| 35 | 12-62 | 71 | Chemical burns on the skin | Hydrofluoric acid | Possible HF exposure was caused when employees removed a manifold on an HF storage tank. |
| 36 | 5-62 | Lab | None | Acetone | Acetone was ignited from a nearby meeker burner while pouring from one container to another. |
| 37 | 5-62 | Lab | None | Silver nitrate ammonium hydroxide potasium hydroxide | A solution exploded when concentrated instead of dilute solution was heated. |
| 8 | 4-62 | 71 | | Hydrogen sulfide | An employee was exposed to hydrogen sulfide when a leak developed in equipment. |
| 7 | 11-61 | 71 | Chemical burn on the skin | Sodium hydroxide | A pipefitter while disassembling a pipe, upset a stainless steel beaker when the wrench slipped on flange bolt. |
| | 10-61 | 71 | None | Fuel gas | A boiler explosion occurred when a pilot light failed to contact the main gas stream due to mis-alignment. |

-6-

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 41 | 8-61 | 44 | None | Cadmium | Several people were exposed to cadmium oxide fumes during a mishap while alloying cadmium with other metals. |
| 42 | 4-61 | Lab | Cuts on the neck and exposure to bromine fumes | Acetone bromine | A mixture containing bromine and acetone exploded when the acetone bottle was mistaken for one containing methyl alcohol. |
| 43 | 3-61 | 71 | None | Paint fumes | Paint fumes ignited in a drybox due to a furnace operating while the painter was painting. |
| 44 | 2-61 | 81 | None | Hydrofluoric acid | Two drops of hydrofluoric acid fell on a man's safety glasses while he was removing the bottom of an HF scrubber. |
| 45 | 2-61 | 71 | None | Hydrofluoric acid | Two electricians were exposed to HF fumes. |
| 46 | 12-60 | 71 | None | Hydrofluoric acid | Two men were exposed to HF fumes when a leak developed close by. |
| 47 | 11-60 | 71 | None | Hydrogen | A chemist working in a drybox ignited an explosion in a supposed inert atmosphere. |
| 48 | 6-60 | 81 | Chemical burn on the skin | Nitric acid | Nitric acid dripped on an operator arm while he was attempting to open a drain on an acid tank. |
| 49 | 5-60 | 41 | Chemical burn on the skin | Nitric, hydrochloric and sulfuric acids | Mixed acids splattered from a beaker on the hot plate as the chemist reached to remove the beaker. |

62

-7-

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 50 | 6-60 | 71 | None | Nitrates and organics | A plastic bottle containing nitrates and organics exploded. |
| 51 | 1-60 | 71 | None | Aluminum nitrate | Aluminum nitrate was sprayed out when the operator closed a valve so rapidly that the bypass could not avoid over-pressuring the feed line. |
| 52 | 9-59 | 71 | None | Hydrogen peroxide | The peroxide makeup tank exploded due to decomposition of the peroxide. |
| 53 | 8-59 | 71 | Chemical burns on the face and chest | Nitrate feed solution | An operator dropped a bottle of nitrate solution. |
| 54 | 7-59 | - | Chemical burns on the forehead | Nitric acid | Nitric acid splattered on a welder's forehead as he was dropping rings into a 100 gal. tank. |
| 55 | 3-59 | Lab | Glass cuts on the face | Metalic sodium and alcohol | A glass container exploded when the chemist opened the container assuming a reaction was complete. |
| 56 | 2-59 | 71 | Chemical burns on both feet | Nitric acid | An acid carboy cracked allowing nitric acid to fall on an operator's feet. |
| 57 | 2-59 | 81 Lab | None | Acetone | A fire started when a chemist placed an open container of acetone too close to a furnace. |
| 58 | 9-58 | Lab | Chemical burns on the neck | Sulfuric acid and potassium dichromate | An operator was struck by acid while stirring a mixture of acid and dichromate. |

COOK  14DEC94  REQUEST FOR MUF                                      4440865

63

-8-

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 59 | 7-58 | Lab | None | Nitric acid | A nitric acid solution exploded as it was being stirred with a glass rod. |
| 60 | 3-58 | | | Hydrofluoric acid | HF contacted an employee's left arm as he disconnected an acid line. |
| 61 | 12-57 | | Chemical burn on skin | Nitric acid | A pipefitter was contacted by dilute nitric acid when he attempt to correct a misaligned flange and in so doing the flange opened up. |
| 62 | 12-57 | | Chemical burn to head | Nitric acid | A painter while working on a scaffold backed into a flange cover which contained nitric acid from a leaking joint. |
| 63 | 10-57 | Lab | None | Flammable oil | A beaker on a hot plate which contained flammable oil and trichloroethylene cracked allowing the contents to fire on the hot plate. |
| 64 | 8-57 | 47 | Chemical burns on neck, arm, back and foot | Nitric acid and sodium hydroxide | While neutralizing nitric acid with sodium hydroxide solution the mixture boiled up splattering acid and caustic over the operator. |
| 65 | 6-57 | 71 | Contaminated cut on finger | Hydrogen peroxide | This is DI #6 which occurred when a chemical operator was struck by particles of glass or metal when a chemical explosion occurred. The tip of the fifth finger, right hand was amputated due to radioactive contamination. |

64

-9-

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 66 | 4-57 | 71 | Minor chemical burns | Sulfamic acid, nitric acid, hydroxylamine sulfate | A violent reaction occurred when the operator used a container had hydroxylamine sulfate in it weigh out sulfamic acid. |
| 67 | 3-57 | Mtce. | None | Perchloroethylene | Two sheetmetal men were sprayed with perchloroethylene around the face and eyes when they took a short-cut in setting up a drum of solvent. |
| 68 | 12-56 | 41 | None | Nitric acid and acetone | A violent reaction occurred when nitric acid and acetone were mixed in a salvage carboy causing the liquid to splatter over the hood and floor. |
| 69 | 10-56 | 44 | Nauseation | Perchloroethylene | An operator became nauseated when he cleaned parts in perchloroethylene without ventilation or respiratory protection. |
| 70 | 10-56 | 71 | Nauseation | Trichloroethylene | Two employees were cleaning concrete with trichloroethylene preparing the surface for new tile. A fan was being used but was blowing the solvent directly into the breathing area of one of the men. |
| 71 | 10-56 | 81 | None | Nitric acid | As a chem operator removed a surge chamber containing nitric acid some of the acid splashed on him. |

65

-10-

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 72 | 10-56 | 71 Mtce. | | Caustic | A pipefitter opened a plug valve and was sprayed with liquid caustic. |
| 73 | 11-56 | 44 | None | Perchloroethylene and uranium | A fire started in the centrifuge when an operator was cleaning uranium chips. |
| 74 | 9-56 | 81 | Chemical burns on skin | Nitric acid | Nitric acid bottle broke as operator lifted it. |
| 75 | 9-56 | 81 | Chemical burns on skin | NaOH, $HNO_3$ | Operator loaded acid and base solutions before turning on mixer. |
| 76 | 9-56 | 71 | Chemical burns on skin | Hydrofluoric acid | A furnace pressurized while a man was working on it, spraying gaseous hydrofluoric acid on his face. |
| 77 | 2-56 | 83 | None | Propane | A bottled gas cylinder either fell or was knocked over and the gas ignited from a nearby heater. |
| 78 | 11-55 | 81 | None | Nitric acid and carbitol | Apparently carbitol surged into the acid line reacting with it to pressurize the line. |
| 79 | 11-55 | 81 | None | Nitric acid | Failure to check a new line resulted in a nitric acid leak. |
| 80 | 10-55 | 44 | None | Perchloroethylene still bottoms containing nitric acid | Still bottoms sprayed on two employees when the drum sprung a leak. |

COOK  14DEC94  REQUEST FOR MUF                    4440868

6 ○

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 81 | 8-55 | 41 | None | Acetone | An acetone bottle exploded while being carried from cool storage to a lab area. |
| 82 | 6-55 | 44 | None | Uranium chips | Uranium chips caught fire in a crusher. |
| 83 | 7-55 | 81 | Chemical burns to the skin | Nitric acid | An operator was splashed with nitric acid when he dropped a part into an acid bath. |
| 84 | 6-55 | 71 | None | Hydrogen peroxide, sodium hydroxide | A violent reaction occurred between hydrogen peroxide and sodium hydroxide pressurizing a vessel and glovebox when the operator used sodium peroxide which was stronger than usual. |
| 85 | 3-55 | 71 | Chemical burns | Nitric acid and hydroxylaminehydrochloride | A polyethylene bottle containing hydroxylaminehydrochloride dissolved in concentrated nitric acid burst. |
| 86 | 12-64 | 34 | None | Hydrogen | Hydrogen escaped from a defective cylinder valve. |
| 87 | 12-54 | 44 | Acid burns on the skin | Nitric acid | An operator was splashed with concentrated nitric acid when a part slipped and fell into a cleaning bath. |
| 88 | 10-54 | 71 Lab | None | Perchloric acid | Perchloric acid was being refluxed in a still in which the water had not been turned on, when sufficiently concentrated it exploded. |

COOK 14DEC94 REQUEST FOR MUF

4440869

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 89 | 9-54 | 41 | Chemical burns on the skin | Nitric and perchloric acid | Nitric and perchloric acid which had been mixed to clean a "vycor" tube exploded. |
| 90 | 7-54 | 44 | Exposure to fumes | Cadmium | Cadmium metal burned on a machine while it was being machined off. |
| 91 | 7-54 | 23 | Exposure to vapors | Ammonia | Ammonia squirted out when a technician opened a bottle. |
| 92 | 7-54 | - | None | Sulfuric acid | An employee dropped a bottle of sulfuric acid when he was startled by contact with a hot wall. |
| 93 | 3-54 | 44 | None | Kerosene | Kerosene vapors collected and exploded over some soaked chips in an oven. |
| 94 | 12-53 | 41 | Chemical burns on the skin | Nitric acid | A bystander received splashes of acid on the legs when a bottle was dropped from desk height. |
| 95 | 12-53 | - | Chemical burns on the skin | Nitric acid | A janitor received unknown contact with nitric acid. |
| 96 | 12-53 | 23 | Chemical burns on the face | Nitric acid and ether | A chemist received burns on the face when an attempt was made to pour a nitric acid ether mixture out the window. The wind blew some of the mixture back in the window. |
| 97 | 6-53 | 44 | Exposure to fumes | Cadmium | Cadmium fumes were released into the work area when a ladle which was contaminated with cadmium was heated. |

COOK 14DEC94 REQUEST FOR MUF                    4440870

-13-

| Incident No. | Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|---|
| 98 | 3-53 | - | None | Nitric and sulfuric acid | A chemist dropped a beaker of mixed acids. |
| 99 | 12-52 | - | None | Nitric acid | A janitor knocked over a beaker of acid left on a window sill. |

E. E. Hicks
12-21-65

ATTACHMENT III

### POTENTIALLY HAZARDOUS OPERATIONS OR PROCESSES INVOLVING DECOMPOSITION OR REACTION OF MATERIALS

1. Use of flammable compunds in glove boxes.

    (a) Uncertainty of air flow in boxes can lead to explosive mixtures.

    (b) Pyrophoric metals can serve as ignition source, i.e., sparking.

    (c) Welding of ducts downstream from a box could lead to explosions due to concentration effects of the vapor or organic deposits on wall of pipe or duct.

2. Ion exchange resins - Nitrate form.

    (a) All dry nitrate form resins can ignite. Since they provide their own oxygen source explosion or burning can take place without air.

    (b) High pressures can rupture steel or glass vessels.

    (c) Certain types of resins will react with strong nitric acid solutions even when wet.

3. Peroxide precipitation.

    (a) Catalytic decomposition is possible if peroxide contacts materials (Iron for instance).

    (b) Failure of the refrigeration system could lead to decomposition and explosions.

    (c) Warehouse storage and handling could result in an incident.

4. Use of hydrogen fluoride gas.

    (a) Health hazard if leaks develop in the system. Skin contact is insidious.

    (b) Very reactive compound.

5. Strong mineral acids or caustics used in dissolving or recovery operations.

    (a) Strong oxidants handled indiscriminately can cause fires, burns, or react with other materials.

    (b) Dilution or mixing of chemicals can cause boiling and a splashing hazard.

COOK 14DEC94 REQUEST FOR MUF          4440872

-2-

6. Use of sodium peroxide in glove boxes.

   (a)  Reaction with paper, wipes can cause spontaneous fires or explosions.

7. Nickel carbonyl.

   (a)  Serious health hazard.

   (b)  Storage of cylinders in work areas should be carefully controlled.

8. Thermite reductions.

   (a)  High pressures could rupture furnaces and glove boxes.  Fires could result if hot metals or salts were released.

   (b)  Coolent leaks could cause explosions.

9. Halogenated solvents.

   (a)  Reactions with burning metals.

   (b)  Reactions with active metals.

   (c)  Misuse of solvents, confusion of nomenclature.  Trichloroethylene is commonly confused with 1,1,1, trichloroethane.  Carbontetrachloride could be used in an operation calling for a less toxic solvent.  (The odors are undistinguishable).

10. Fluorine volatility process - Plutonium Recovery.  (Future)

   (a)  Volatile plutonium products could lead to serious incidents on and off site if released.

   (b)  Fluorine is one of the most reactive materials known.  A serious health hazard is present in any process involving fluorine.

11. Hydrogen and its reactions.

   (a)  Reacts spontaneously with Pu, producing an unstable hydride.

   (b)  Reductions involving hydrogen are serious fire and explosive hazard.

12. Plutonium.

   (a)  Reactions with air (spark ignition of chips).

   (b)  Reactions when burning with chlorinated solvents, organics, water or gases ($CO_2$, $F_2$).

13. Beryllium.

   (a)  Fabrication - health hazard.

71

-3-

    (b)  Welding - health hazard.

    (c)  Chip recovery - fire and reaction with halogens.

14. Plating processes - Solution.

    (a)  Fire hazard with organics.

    (b)  Formation of HCN.

    (c)  Disposal of solutions.

15. Electrorefining of Plutonium - Molten Salt Processes.

    (a)  All hazards associated with plutonium.

    (b)  Elemental Sodium will form if the voltage is too high in electro-refining.

    (c)  Molten salts (700 - 800°C).  Avoid contact with the coolents freon and water.  (Presently separated by pressure diffrential).

16. Handling of Chemicals.

    (a)  Approximately 300 chemicals used in processing which are transported and stored in production and laboratory areas.

    (b)  Persons handling chemicals may be unaware of dangers.  A likely place for health hazard or inadvertent mixing on non-compatible chemicals.

    (c)  Disposal of chemicals should be done with knowledge of hazards involved.

17. Explosives.

    (a)  Research and Development handling and storage.

    (b)  Forming process.

    (c)  Use of detonator caps.

18. Arc Furnace Operations.

    (a)  High current (3,000 amperes).

    (b)  Water coolent failure could cause steam or hydrogen explosions.

    (c)  High temperatures.

    (d)  If graphite molds contained impurities or contamination the vacuum could fail.

Hazardous Materials Committee
12/16/65

72

COOK  14DEC94  REQUEST FOR MUF                    4440874

ATTACHMENT I

REPORT OF INVESTIGATION OF CHIP DEGREASING EXPLOSION

IN BUILDING 76 ON JUNE 12, 1964

PART II...CONCLUSIONS AND RECOMMENDATIONS

12.2   Operating Procedures

A re-examination should be made of the compatibility of the materials used in all processes at Rocky Flats. These analyses could be carried out at Group Safety Meetings. The results should be compiled in a hazards manual. The manual should be complete and should be kept updated. The initial compilation of the manual could be done by a Task Force including representatives of the Safety Department, Engineering, Research and Development, Technical Services, and Manufacturing. The intent of this manual would be to insure that all safety information (such as the Accident and Fire Prevention Issue No. 21) is available to supervision regardless of changes in job responsibility.

73

COOK   14DEC94   REQUEST FOR NUF                    4440875

ATTACHMENT II

TO:            The Safety Department

ATTENTION:   Hazardous Materials Committee

SUBJECT:     New or Unrated Chemicals or Materials Used at Rocky Flats

| Name of Chemical | Use* |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

* Materials exposed to or used in conjunction with or problems involved with handling or salvage.

74

*Prepared by Burke*

FROM:   Donnelly

TO:   Dunning

Reference your telecon 7/15/69 to Burke/Holst requesting additional information concerning fires at Rocky Flats.

I.   Fires that involved plutonium and were reported to fire department are tabulated below in format requested. Period covered is 1966 through May 1969. Fires listed below include those involving metallic plutonium (see TWX Joshel to Dunning dated 7/11/69) plus those for other reported fires which, based upon entry in fire department log, may have involved plutonium in other forms as a possible contributing agent to the fire:

| | Date | Bldg. | Mat'l Involved | Remarks |
|---|---|---|---|---|
| 1. | 3-66 | 776 | Pu Skull | Apparently spontaneous ignition-material moved and allowed to burn out |
| 2. | 6-66 | 776 | Pu Metal | Apparently spontaneous ignition-firemen extinguished with MgO |
| 3. | 6-66 | 776 | Pu Chips | Apparently spontaneous ignition-extinguished by operators |
| 4. | 6-66 | 771 | Pu salt being reduced to metal | Probably chemical reaction-extinguished using $CO_2$ |
| 5. | 6-66 | 771 | Pu metal | Ignited during mechanical working – allowed to burn out |
| 6. | 9-66 | 771 | Metal dust | Apparently spontaneous ignition-fire smothered with metal lid |
| 7. | 10-66 | 776 | Pu chips | Apparently spontaneous ignition-extinguished by operators |
| 8. | 2-67 | 771 | Pu chips or | Apparently spontaneous ignition-allowed to burn out |
| 9. | 4-67 | 776 | Pu chips | Overheat-controlled using $CO_2$ |
| 10. | 6-67 | 771 | Ash-constituents unknown | Chemical reaction-operator extinguished using coolant |
| 11. | 6-67 | 776 | Waste in drum in box | Smouldering-controlled using $CO_2$ |

*75*

COOK  14DEC94  REQUEST FOR MUF                4440877

| | Date | Bldg. | Mat'l Involved | Remarks |
|---|---|---|---|---|
| 12. | 7-67 | 771 | Pu chips | Overheat–operator extinguished |
| 13. | 8-67 | 771 | Pu metal | Apparently spontaneous ignition–allowed to burn out |
| 14. | 10-67 | 771 | Pu metal | Dropped–spontaneous ignition–extinguished using MgO |
| 15. | 12-67 | 771 | Pu metal | Apparently spontaneous ignition–allowed to burn out |
| 16. | 2-68 | 771 | Filter leaching– Pu glove box | Chemical reaction–operators used $CO_2$ to cool box |
| 17. | 3-68 | 776 | Pu chips | Apparently spontaneous ignition–extinguished by operator |
| 18. | 4-68 | 771 | Pu Skull | Apparently spontaneous ignition–allowed to burn out |
| 19. | 4-68 | 771 | Ruptured vessel with molten Pu | Cleaning brush ignited–extinguished by firemen |
| 20. | 6-68 | 771 | Pu powder and turnings | Apparently spontaneous ignition–allowed to burn out |
| 21. | 6-68 | 776 | Pu chips | Ignited during machining–operator extinguished |
| 22. | 7-68 | 771 | Pu metal | Chemical reaction igniting metal–allowed to burn out |
| 23. | 8-68 | 776 | Pu chips | Ignited during machining–allowed to burn out |
| 24. | 8-68 | 771 | Pu metal | Explosion–fire controlled by operators |
| 25. | 10-68 | 771 | Pu Skull | Apparently spontaneous ignition–extinguished by operators |
| 26. | 11-68 | 771 | Pu pieces | Apparently spontaneous ignition–supervisor extinguished with argon |
| 27. | 11-68 | 771 | Pu sludge and organic mat'l | Overheat–allowed to burn out |
| 28. | 12-68 | 771 | Pu Skull | Dropped and ignited–allowed to burn out |
| 29. | 1-69 | 771 | Pu metal | Ignited during leaching operation–allowed to burn out |
| 30. | 3-69 | 771 | Pu pieces | Ignited during leaching operation–allowed to burn out |
| 31. | 5-69 | 776 | | Fire under investigation |

76

COOK  14DEC94  REQUEST FOR MUF                    4440878

II.  "How many other (non reported) fires initiated by or involving plutonium at R.F. since 1966."

1)  There are no records of "non reported" fires.

2)  It is important to point out the pyrophoric nature of plutonium and the type of chemical and mechanical working processes that are conducted during the normal manufacturing mission at R.F.

    A.  Rapid oxidation of plutonium (fire) is part of the normal operation and considered routine activity. Plutonium is routinely burned to oxide as part of the reprocessing operations for impure metal such as skulls (Dross) from foundry ─ dross operations, finely-divided chips, sludges, etc. This operation is conducted under surveillance and the environment is controlled. These fires are not reported.

    B.  Chips formed during machining operations occasionally ignite. Procedures to handle and extinguish this kind of burning metal are clearly defined and the operators are well trained. This kind of fire is considered routine and is not reported.

    C.  All operators are aware that almost any mechanical working (scraping, drilling, machining) can and sometimes does result in ignition of surface compounds such as hydrides and lower oxides ($PuO$, $Pu_2O_3$). Processing of stockpile site return units and other metallic plutonium components that have been subjected to special environments have been known to ignite. These reactions are anticipated and the burning rate controlled. These fires are not reported.

    D.  Special research operations sometimes result in plutonium fires. Precautions are taken and the environment is controlled to facilitate self extinguishing (lower temperature produces slower oxidation rate). These fires are not reported.

All the technical personnel and operators are trained to handle the above situations which are judged as routine when working with a pyrophoric material. Because of this, no records are kept unless the fire becomes an exception. Exceptions would include cases where additional material was ignited and also when boxes were breached or costly decontamination or equipment damage could be involved.

We are, therefore, not in a position to provide a realistic estimate of the number of such "routine" situational fires at this time. If you desire, a person familiar with the type of operations involved and the pyrophoric nature of plutonium can be made available to discuss this matter further.

77



UNITED STATES
ATOMIC ENERGY COMMISSION
ALBUQUERQUE OPERATIONS OFFICE
P.O. BOX 5400
ALBUQUERQUE, NEW MEXICO   87115

7-11-69

R. E. Hollingsworth, General Manager, Headquarters

FIRE EXPERIENCE - ROCKY FLATS PLANT

During our briefing of the Commission on the Rocky Flats fire on June 30 last, Chairman Seaborg requested a summary of fire experience at the Rocky Flats Plant. There was particular interest in the frequency of plutonium fires.

The processing of plutonium in Buildings 771 and 776 routinely involves fires which are extinguished by the operator as part of his normal operation. These "fires" are anticipated and are not usually reported. They are treated as part of the normal plutonium processing operation. Examples of this type of fire are ignition of chips formed during machining and ignition from sparks generated by friction due to drilling, scraping skulls, or handling chips.

At the Rocky Flats Plant during the years 1966 through May, 1969, a total of 164 fires of all kinds was reported. For the most part these were unanticipated fires as opposed to "anticipated fires" of the type described in the preceding paragraph. Of the 164 total, 31 fires directly involving plutonium are detailed in the enclosures to this memorandum. Of these 31, one was the May 11, 1969, fire, two others involved losses of more than $50 (cost of one was $150 and of the other $288), and the remaining 28 each involved a loss of less than $50. Nineteen of the other fires involved an aggregate loss of $12,856. Losses from the remaining 114 fires out of the 164 total fires each involved a loss of less than $50.

H. C. Donnelly
Manager

WO:WFW

Enclosures:
1. Fires in Bldg 771 fr 1966 thru 5/69 Directly Involving Pu
2. Fires in Bldg 776 fr 1966 thru 5/69 Directly Involving Pu

78

COOK  14DEC94  REQUEST FOR MUF          4440880

FIRES IN BLDG 776 FROM 1966 THRU MAY 69
. DIRECTLY INVOLVING PLUTONIUM

3-23-66     spontaneous ignition in skulls in box A-13, Rm 134; alarm
            by glovebox overheat; operators removed skulls

6-7-66      burning metal (1000 grams Pu) caused glovebox overheat to
            alarm in furnace A-38, Rm 134; firemen used MgO to extinguish
            fire

6-15-66     chips burning in north briquetting press Rm 134; fire con-
            trolled by operators

10-6-66     spontaneous ignition Pu chips north briquetting press Rm
            134; fire handled by operators

4-12-67     2 cans Pu chips in box adjoining furnace A-12 Rm 134 over-
            heated; alarm by glovebox overheat; operators dumped cans
            onto metal pan and extinguished with MgO

6-13-67     warm waste drum in box A-6 Rm 134 ignited; fire dept.
            notified by telephone and extinguished by $CO_2$ with glove
            entry

3-18-68     chips ignited in machining operation in Rm 134; alarm by
            glovebox overheat; operator extinguished

6-21-68     spontaneous ignition in Pu chips in box in Rm 134; alarm
            by glovebox overheat

8-23-68     chip fire in south machine line Rm 134; alarm by manual box;
            operator put part and chips on bottom of box and let burn
            out

5-11-69     fire still under investigation

79

COOK  14DEC94  REQUEST FOR MUF                    4440881

FIRES IN BLDG 771 FROM 1966 THRU MAY 1969
DIRECTLY INVOLVING PLUTONIUM

1966 - 3
1967 - 6
1968 - 10
1969 - 2

These fires are broken down as follows:

6/20/66 — Operator was firing a button in K-1 furnace when explosion occurred. Fire extinguished with $CO_2$ extinguisher using glove entry.

6/28/66 — There was more Pu in material being crushed than expected, causing more than usual sparking for this recovery operation in Rm 149. Material placed in container and allowed to burn out. No extinguishing agent used.

9/1/66 — Metal dust on dryer belt in Calciner box burst into flames. Operator used a metal lid and smothered flames.

2/7/67 — A small amount of Pu being recovered thru normal recovery process in line 31, Rm 149, ignited. Material was spread around in pan and allowed to burn out.

6/2/67 — Reprocessing incinerator Rm 181, ash ignited by spontaneous combustion.

7/25/67 — Chips in lathe box ignited, operator used coolant to extinguish fire.

8/10/67 — Small amount of metal in container ignited in line 2, Rm 114. Container was placed above floor of box and allowed to burn out. Operator used some $CO_2$ to cool floor of box while material was being moved.

10/12/67 — Operator picked up small plastic container filled with plutonium and the bottom fell out. The Pu ignited and started to burn. The Fire Dept. was called by phone and the material was transferred to a metal container. Magnesium Oxide was used to extinguish the fire.

12/7/67 — Small amount of metal in container ignited in Line #2, Rm 114. Container was placed above floor of dry box and allowed to burn out.

2/13/68 — Filter leaching process, Rm 114. Acid ran dry in crucible causing spontaneous combustion. Fire Dept. notified by fire phone. Fire Brigade members made glove entry and were cooling box on arrival of Fire Dept.

2

| | |
|---|---|
| 4/3/68 | A skull was being washed in acid in dry box line #2, Rm 114. Acid dropped below level of material and spontaneous ignition of skull resulted. Skull was put on plate off dry box floor and allowed to burn out. |
| 4/20/68 | Improperly sealed gaskets on a vessel with molten plutonium metal ruptured and started a small cleaning brush on fire in the glovebox line in Rm 148. Fire brigade members extinguished the fire by glove entry. |
| 6/6/68 | Spontaneous ignition of some Pu in the form of powder and turnings in line #2, Rm 114. Fire burned itself out. |
| 7/17/68 | Operator was leaching metal in line #2, Rm 114, when a chemical reaction occurred and metal ignited. Fire Dept. called by manual box. 150 clean-up. |
| 8/23/68 | Operator was dissolving metal in line #3, Rm 114, when explosion occurred inside the dissolving pot. Fire Dept. notified by manual box. Fire under control upon arrival of Fire Dept. |
| 10/14/68 | Operator was working a skull in line #2, Rm 114, when skull ignited. Fire was under control on arrival of Fire Dept. |
| 11/12/68 | A small amount of material in line #2, Rm 114, ignited. Supervisor used argon to smother fire, no damage. Fire out on arrival of Fire Dept. |
| 11/15/68 | Material in pan sitting on hot plate ignited in box 30-a, Rm 149. Operator took pan off hot plate and had fire under control upon arrival of Fire Dept. Material was left to burn itself out. |
| 12/16/68 | Operator was handling a piece of Pu skull and it dropped to the floor of the dry box and ignited. Skull was placed into a crucible and was under control upon arrival of Fire Dept. |
| 1/28/69 | Chemical reaction occurred while leaching operation was in progress, igniting metal. Metal was put in crucible and allowed to burn out. |
| 3/28/69 | Small amount of material in dry box leaching operation, Rm 114, ignited. Material placed in container and allowed to burn out. |

8 1

COOK  14DEC94  REQUEST  FOR  MUF                    4440883

RECD. J. F. WILLGING   **JUL 22 '69**

JUL 16 1969

USAEC
H. C. DONNELLY, MANAGER
ALBUQUERQUE, N. MEX.

Original Signed By
H. C. Donnelly

USAEC, G. M. DUNNING, GERMANTOWN, MD.

REFERENCE YOUR TELECON 7/15/69 TO BURKE/HOLST REQUESTING ADDITIONAL INFORMATION

CONCERNING FIRES AT ROCKY FLATS.  PAR.

I.   FIRES THAT INVOLVED PLUTONIUM AND WERE REPORTED TO FIRE DEPARTMENT ARE

TABULATED BELOW IN FORMAT REQUESTED.  PERIOD COVERED IS 1966 THROUGH MAY 1969.

FIRES LISTED BELOW INCLUDE THOSE INVOLVING METALLIC PLUTONIUM (SEE TWX JOSHEL

TO DUNNING DATED 7/11/69) PLUS THOSE FOR OTHER REPORTED FIRES WHICH, BASED UPON

ENTRY IN FIRE DEPARTMENT LOG, MAY HAVE INVOLVED PLUTONIUM IN OTHER FORMS AS A

POSSIBLE CONTRIBUTING AGENT TO THE FIRE:

|   | DATE | BLDG. | MATL. INVOLVED | REMARKS |
|---|------|-------|----------------|---------|
| 1. | 3-66 | 776 | PU SKULL | APPARENTLY SPONTANEOUS IGNITION-MATERIAL MOVED AND ALLOWED TO BURN OUT |
| 2. | 6-66 | 776 | PU METAL | APPARENTLY SPONTANEOUS IGNITION--FIREMEN EXTINGUISHED WITH MGO |
| 3. | 6-66 | 776 | PU CHIPS | APPARENTLY SPONTANEOUS IGNITION--EXTINGUISHED BY OPERATORS |
| 4. | 6-66 | 771 | PU SALT BEING REDUCED TO METAL | PROBABLY CHEMICAL REACTION--EXTINGUISHED USING CO2 |

Burke:dh
284-7077
10:40 a.m.
7/16/69

82

COOK  14DEC94  REQUEST FOR MUF                    4440884

G. M. DUNNING                                                    2.

| | DATE | BLDG. | MATL. INVOLVED | REMARKS |
|---|---|---|---|---|
| 5. | 6-66 | 771 | PU METAL | IGNITED DURING MECHANICAL WORKING--ALLOWED TO BURN OUT |
| 6. | 9-66 | 771 | METAL DUST | APPARENTLY SPONTANEOUS IGNITION--FIRE SMOTHERED WITH METAL LID |
| 7. | 10-66 | 776 | PU CHIPS | APPARENTLY SPONTANEOUS IGNITION--EXTINGUISHED BY OPERATORS |
| 8. | 2-67 | 771 | PU CHIPS | APPARENTLY SPONTANEOUS IGNITION--ALLOWED TO BURN OUT |
| 9. | 4-67 | 776 | PU CHIPS | OVERHEAT--CONTROLLED USING $CO_2$ |
| 10. | 6-67 | 771 | ASH-CONSTITUENTS UNKNOWN | CHEMICAL REACTION--OPERATOR EXTINGUISHED USING COOLANT |
| 11. | 6-67 | 776 | WASTE IN DRUM IN BOX | SMOULDERING--CONTROLLED USING $CO_2$ |
| 12. | 7-67 | 771 | PU CHIPS | OVERHEAT--OPERATOR EXTINGUISHED |
| 13. | 8-67 | 771 | PU METAL | APPARENTLY SPONTANEOUS IGNITION--ALLOWED TO BURN OUT |
| 14. | 10-67 | 771 | PU METAL | DROPPED--SPONTANEOUS IGNITION--EXTINGUISHED USING MGO |
| 15. | 12-67 | 771 | PU METAL | APPARENTLY SPONTANEOUS IGNITION--ALLOWED TO BURN OUT |
| 16. | 2-68 | 771 | FILTER LEACHING --PU GLOVE BOX | CHEMICAL REACTION--OPERATORS USED $CO_2$ TO COOL BOX |
| 17. | 3-68 | 776 | PU CHIPS | APPARENTLY SPONTANEOUS IGNITION--EXTINGUISHED BY OPERATOR |

83

COOK 14DEC94 REQUEST FOR MUF                          4440885

G. M. DUNNING                                          3

| | DATE | BLDG. | MATL. INVOLVED | REMARKS |
|---|---|---|---|---|
| 18. | 4-68 | 771 | PU SKULL | APPARENTLY SPONTANEOUS IGNITION--ALLOWED TO BURN OUT |
| 19. | 4-68 | 771 | RUPTURED VESSEL WITH MOLTEN PU | CLEANING BRUSH IGNITED--EXTINGUISHED BY FIREMEN |
| 20. | 6-68 | 771 | PU POWDER AND TURNINGS | APPARENTLY SPONTANEOUS IGNITION--ALLOWED TO BURN OUT |
| 21. | 6-68 | 776 | PU CHIPS | IGNITED DURING MACHINING--OPERATOR EXTINGUISHED |
| 22. | 7-68 | 771 | PU METAL | CHEMICAL REACTION IGNITING METAL--ALLOWED TO BURN OUT |
| 23. | 8-68 | 776 | PU CHIPS | IGNITED DURING MACHINING--ALLOWED TO BURN OUT |
| 24. | 8-68 | 771 | PU METAL | EXPLOSION--FIRE CONTROLLED BY OPERATORS |
| 25. | 10-68 | 771 | PU SKULL | APPARENTLY SPONTANEOUS IGNITION--EXTINGUISHED BY OPERATORS |
| 26. | 11-68 | 771 | PU PIECES | APPARENTLY SPONTANEOUS IGNITION--SUPERVISOR EXTINGUISHED WITH ARGON |
| 27. | 11-68 | 771 | PU SLUDGE AND ORGANIC MATL. | OVERHEAT--ALLOWED TO BURN OUT |
| 28. | 12-68 | 771 | PU SKULL | DROPPED AND IGNITED--ALLOWED TO BURN OUT |
| 29. | 1-69 | 771 | PU METAL | IGNITED DURING LEACHING OPERATION--ALLOWED TO BURN OUT |
| 30. | 3-69 | 771 | PU PIECES | IGNITED DURING LEACHING OPERATION--ALLOWED TO BURN OUT |
| 31. | 5-69 | 776 | | FIRE UNDER INVESTIGATION |

84

COOK 14DEC94 REQUEST FOR MUF                    4440886

G. M. DUNNING                                4

II.  HOW MANY OTHER (NONREPORTED) FIRES INITIATED BY OR INVOLVING PLUTONIUM AT RF
SINCE 1966?

    1)  THERE ARE NO RECORDS OF "NONREPORTED" FIRES.

    2)  IT IS IMPORTANT TO POINT OUT THE PYROPHORIC NATURE OF PLUTONIUM AND THE
TYPE OF CHEMICAL AND MECHANICAL WORKING PROCESSES THAT ARE CONDUCTED DURING THE
NORMAL MANUFACTURING MISSION AT RF.

    A.  RAPID OXIDATION OF PLUTONIUM (FIRE) IS PART OF THE NORMAL OPERATION
AND CONSIDERED ROUTINE ACTIVITY.  PLUTONIUM IS ROUTINELY BURNED TO OXIDE AS PART
OF THE REPROCESSING OPERATIONS FOR IMPURE METAL SUCH AS SKULLS (DROSS) FROM
FOUNDRY OPERATIONS, FINELY-DIVIDED CHIPS, SLUDGES, ETC.  THIS OPERTION IS
CONDUCTED UNDER SURVEILLANCE AND THE ENVIRONMENT IS CONTROLLED.  THESE FIRES
ARE NOT REPORTED.

    B.  CHIPS FORMED DURING MACHINING OPERATIONS OCCASIONALLY IGNITE.
PROCEDURES TO HANDLE AND EXTINGUISH THIS KIND OF BURNING METAL ARE CLEARLY
DEFINED AND THE OPERATORS ARE WELL TRAINED.  THIS KIND OF FIRE IS CONSIDERED
ROUTINE AND IS NOT REPORTED.

    C.  ALL OPERATORS ARE AWARE THAT ALMOST ANY MECHANICAL WORKING (SCRAPING,
DRILLING, MACHINING) CAN AND SOMETIMES DOES RESULT IN IGNITION OF SURFACE
COMPOUNDS SUCH AS HYDRIDES AND LOWER OXIDES (PU O, PU2 O3).  PROCESSING OF
STOCKPILE SITE RETURN UNITS AND OTHER METALLIC PLUTONIUM COMPONENTS THAT HAVE
BEEN SUBJECTED TO SPECIAL ENVIRONMENTS HAVE BEEN KNOWN TO IGNITE.  THESE
REACTIONS ARE ANTICIPATED AND THE BURNING RATE CONTROLLED.  THESE FIRES ARE
NOT REPORTED.

    D.  SPECIAL RESEARCH OPERATIONS SOMETIMES RESULT IN PLUTONIUM FIRES.
PRECAUTIONS ARE TAKEN AND THE ENVIRONMENT IS CONTROLLED TO FACILITATE SELF

8S

GM. DUNNING                                        5

EXTINGUISHING (LOWER TEMPERATURE PRODUCES SLOWER OXIDATION RATE). THESE FIRES ARE NOT REPORTED. PAR.

ALL THE TECHNICAL PERSONNEL AND OPERATORS ARE TRAINED TO HANDLE THE ABOVE SITUATIONS WHICH ARE JUDGED AS ROUTINE WHEN WORKING WITH A PYROPHORIC MATERIAL. BECAUSE OF THIS, NO RECORDS ARE KEPT UNLESS THE FIRE BECOMES AN EXCEPTION. EXCEPTIONS INCLUDE CASES WHERE ADDITIONAL MATERIAL WAS IGNITED AND ALSO WHEN BOXES WERE BREACHED OR COSTLY DECONTAMINATION OR EQUIPMENT DAMAGE COULD BE INVOLVED. PAR.

WE ARE, THEREFORE, NOT IN A POSITION TO PROVIDE A REALISTIC ESTIMATE OF THE NUMBER OF SUCH "ROUTINE" SITUATIONAL FIRES AT THIS TIME. IF YOU DESIRE, A PERSON FAMILIAR WITH THE TYPE OF OPERATIONS INVOLVED AND THE PYROPHORIC NATURE OF PLUTONIUM CAN BE MADE AVAILABLE TO DISCUSS THIS MATTER FURTHER.

INFO CY OF THIS MSG MAILED TO S. R. WOODRUFF, RFAO, AND L. M. JOSHEL, DOW CHEMICAL CO.

    cc: S. R. Woodruff, RFAO
        L. M. Joshel, Dow Chemical Co. thru RFAO
        J. F. Burke, Oper. Safety Div., ALO
        OSD Rep. RF, Bldg. 750, RFAO

86

Plutonium Fires in Bldg 776
( March 1966 to May 1969)

K E Kelt

| Date | Building | Material Involved | Remarks |
|------|----------|-------------------|---------|
| 3-66 | 776 | Pu skull | Spontaneous ignition of Pu skull. Moved to another box and allowed to burn out. |
| 6-66 | 776 | Pu metal | Metal (1033y) stored in furnace can was ignited. Pieces placed in MgO filled pan and allowed to burn out. |
| 6-66 | 776 | Pu chips | Spontaneous ignition of chips in roth briquetting press. Fire controlled with $CO_2$ equipment at box. |
| 10-66 | 776 | Pu briquette & chips | An explosion occured in roth briquette press and burned a small amount of chips lying on press Table. |
| 4-67 | 776 | Pu chips | Two cans of chips ignited spontaneously. Both cans were dumped into metal pan with MgO. |
| 6-68 | 776 | Pu chips | Cleaning and scraping of crucible ignited chips. Friction responsible for ignition |

87

COOK 14DEC94 REQUEST FOR MUF 4440889

8-68          776          Pu chips     Sparks from machining operation
                                        ignited chips in bottom of box.

88

## INCIDENTS INVOLVING PU FIRES SINCE [illegible]

6-64
[handwritten, illegible] 4 June 69

| Date | Building | Nature of Injury | Material Involved | Remarks |
|------|----------|------------------|-------------------|---------|
| 10-65 | 777 | None | Pu | Small fire resulted from attempt to unplug a drain box line. Poor housekeeping was blamed for the plugged line. No. loss due to fire damage. |
| 11-65 | 771 | Painter burned on face and forearms | Pu | Ventilation in the line was not adequate for painting; when painter was putting his second container of paint into the air lock, flash fire met him burning his face and forearms. A technician was using part of the line to complete Pu work at the same time stripping and masking of paint was being done in the same room. The door between the paint area and the muffle furnace was not completely closed. |
| 4-66 | 777 | None | Pu | Pu-contaminated coupon was heated by an oxygen acetylene torch. The coupon was then dropped into a pail of acid solution. When the thermally hot metal came in contact with the acid solution, contamination was released into the room. |
| 7-68 | 771 | None | Pu | An operator had removed a basket of metal from a pot of acid and hung it on a hook directly above to drain. The acid was siphoned out of the pot a few minutes later. The bottom of the stainless basket containing the metal, burned through allowing the burning metal to drop into the teflon pot. |

89

-2-

| Date | Building | Nature of Injury | Material Involved | Remarks |
|---|---|---|---|---|
| 11-68 | 771 | None | Pu | A charge of metal for reduction had laboratory waste samples mistakenly mixed in. The charge was loaded in the reduction vessel and heated. After five minutes the pressure reached 100 psig and power to the furnace was turned off. The pressure continued to increase past 150 psig. The gasket failed and a fireball emerged from the reduction vessel. |
| 11-68 | 771 | None | Pu | Pu metal in reduction operation ignited while being dissolved in 3M HNO₃. The argon purge was not being used in the dissolver pot at the time of this ignition. |
| 1-69 | 771 | None | Pu | Pu metal ignited while immersed in a 3M HNO₃ solution. The metal was placed in a crucible and allowed to burn to the oxide. |
| 4-69 | 771 | None | Pu | Pu F₄ was placed in a K-2 furnace. The pressure increased normally (70 psig) when the charge reacted. The pressure increased suddenly pegging the 150 psig. Sparks and flame shot from the pressure vessel. Molten metal ignited from the vessel, igniting dry box gloves. |

90

Source:   List of incidents
compiled by E.E.Hicks -
Safety 12/21/65

(Additional Info.)

| Date | Building | Material | Remarks |
|------|----------|----------|---------|
| 6/64 | 76 | Pu | Explosive reaction between $CCl_4$ and burning Pu turnings. |
| 2/65 | 76 | Pu | Machinist cut finger on rotating part while attempting to extinguish a fire in the lathe. |
| 6/65 | 71 | Pu | A chip fire was started when Pu chips began to burn causing an explosion by action of the Pu with trichlorethane. |
| 9/65 | 71 | Pu | Employee placed Pu metal filings in a polystyrene jar and closed it with a screw cap. Jar exploded shortly after being capped. |

91

Information From safety Deph Monthly AEC Reports.

8-20-69

Some Bld 774 Fires 1965-69  D. Hornbacher
2941

These Fires were NOT on the list provided by

Dr. Felt.   However, Not all are Pu fires.


1-10-69 .    Room 134 , Explosion  probable cause
due to insulation on heat reflector
being saturated with oil. There was
4 to 5 inches of oil in a pit
and heater was set in pit during
Installation.  ONe 10" x10" plexaglass
window and  2 gloves were damaged and
contamination was spread out on the floor.
Damage estimated at about $725.


-8-69    Room 224 , Fire in electrical control
panel transfer switch.  2nd floor
776 Glove box Dry air system was
affected .  Damage Estimated at $3000.-


92

COOK  14DEC94  REQUEST FOR MUF                    4440894

6-13-68    776 Production area Room 134 Transformer over heated while work was being done on Control panel for Furnace 3 + 4 on south Line. Damage Estimated at $137.00

9-30-68    776 Room 134 welders fire, 2 welding hoses and dry box gloves destroyed. Damage estimated at $79.

8-19-69    Room 131, Varsol solvent exploded while Cleaning Tool ways ~~and~~ ON Tape machine. Vacuum Cleaner Filter was Removed For wet use.

10-15-65    ? ON 777 Five Cost. Fire was IN Drain that was Plugged. I had a cost Figure OF $17,034. This probably Includes clean up.

93

COOK  14DEC94 REQUEST FOR MUF                    4440895

Tape made routinely on radio calls to and from Dispatcher's office

May 11, 1969 (picked up at time of first notification of fire in 776)

Attention all units.  Fire, Bldg. 76, Code 41.  Fire, Bldg. 76, Code 41.

_____to radio.

13

10-8

10-4 (

Will be 10-8.  It's ± dash 10-6 at station

10-4

_____

10-97

27

10-4

Car to radio.  We've got a fire down here at 76.  We'd better have another guy.

2-30

Car 10-8 to 76

10-4

230

10-8

10-4, 230 231

10-to 1027

10-4-1 and car 10 at 2/41  2:31

material

_____, 6

Firemen said they need some more help down here

Help on the way

10-4

_____775

_____ car to 76 station

10-4, 2:33

94

Radio tape                                   - 2 -

6 radio

it's the northeast stairway of 76

6 radio to

go ahead, 6

did you get hold of Health Physics and send them down?

We've only got one on the plant site, Beard. We're going to have call in some,

I guess/

10-4
radio to car 6

Let me know a little bit about this fire, will you John, so I can notify some people?

The north side is burning - 0f 76

Is it (or are you) in the building or what, John?

It's in the building

10-4, 2:34

Radio to 6. We've got another alarm coming in. It's in the southwest corner

of 76.

10-4. I'll tell the firemen.

Radio 6

_____the Fire Department.

Car 1

Spadi, we got a filter plenum coming in now. You'd better check it out.

10-4

6 radio

go ahead

Could you get us some lights and send them down? ~~Emergency lights?~~

~~Yes~~ Emergency lights?

Yes

10-4, 2:38

_____

10-4, 2:45

_____on at 10-98 at 554, 10-97 at 76

10-4, 2:46

_____. I'm going to call in the nurse. I've notified Safety.

*95*

radio x tape                          - 3 -

10-?

, 10-98

10-4, 2:47

_____, do you want to swing by 64, pick up Clem and drop him off at the Fire Station?

10-4

10 radio

go ahead 10

Better call 2700 and tell Stringer (?) not to go up 76

10-4, 2:48

10-98 on Clem

10-4, 2:53

_____

_____

_____ , go ahead

3, you can pick up a man from 750 and drop him off at the Fire Station?

10-4

12 to radio

go ahead, 12

_____anybody we can send x up in the _____plenum and see how they're doing up there _____men on the north side.

10-4, 2:58

_____

10-4, 3:00

___ to radio

go ahead

Beard and Hafner are going to go up to the plenums

10-4, 3:00.  Do you want to call in the auxiliary firemen?

Let me talk to the monitor here.

10-4, 3:01

10-78 from 21 Van Meter and Dave Miller

10-4

_____to radio

go ahead

COOK  14DEC94  REQUEST FOR MUF                    4440898

96

radio tape                         - 4 -

Go ahead and call that other crew

_____, 3:01

What crew's on today?

Spadi's crew?

_____

10-4, 3:02

        in 10-78 on Van Meter and Miller

10-4, 3:06

I'll be in the Warehouse getting some gloves

10-4, 3:06

This is car 12 to dispatcher.          the alarms on 77 building yet?

We've gotten alarms from all over ~~an~~ our machine  and went to the dogs now and

we don't know.  It won't work.

10-4

Unit 54 to radio

go ahead

Have the Chief and other responsible people been notified?

We're calling everybody.

10-4.  Will you also call in the off-duty firemen?

We're doing that.

Thank you.

Car 3 to radio

10-4, 3:16

_____

Steinhoff

Don't think he had a radio.  He had one of those metro busses

_____

_____

Sign off.  Before you people go in there,  try to pick up/coveralls and be sure you some

put all the protective clothing you think you may need on.  This'll be your film

badges,  coveralls,  gloves, and booties,  if possible.

*97*

COOK  14DEC94  REQUEST FOR MUF                    4440899

radio tape                                    - 5 -

_____ for Martin

radio to 3

Would you go into that 76 area and go around in behind and see what you can

locate, if anything.

10-4.  I'm supposed to get some alcohol first out of 21 to clean the face ~~masks~~ masks

Disregard that

Seyfert

10-4

Will you take a trip around in between 71 and 76 and see if you can see anything?

10-4

What car do you have?


(~~xxxx~~ side 2, cut off at 4579)

$98$

# RADIO 10 CODE

| | |
|---|---|
| 10-1 | Receiving Poorly |
| 10-2 | Receiving Well |
| 10-3 | Stop Transmitting |
| 10-4 | OK |
| 10-5 | Relay |
| 10-6 | Busy |
| 10-7 | Out of Service |
| 10-8 | In Service |
| 10-9 | Repeat |
| 10-14 | Escort |
| 10-17 | Pick up papers at_____ |
| 10-19 | Return to your station |
| 10-20 | What is your location? |
| 10-21 | Call this station by phone |
| 10-22 | Disregard last transmission |
| 10-24 | Trouble at_____all units report to_____ |
| 10-25 | Do you have contact with_____? |
| 10-36 | Correct time |
| 10-50 | Use caution |
| 10-59 | Attention all cars and stations |
| 10-76 | Report to (location) |
| 10-78 | Meet or pick up at_____ |
| 10-97 | Arrived at scene |
| 10-98 | Finished with last assignment |
| 10-100 | Emergency, use red light and siren |
| 10-101 | Air Raid warning test |
| 10-102 | Air Raid attack likley   (yellow) |
| 10-103 | Air Raid attack imminet   (red) |
| 10-104 | Air Raid Attack all clear  (white) |

99

MAR 1967

## PROPOSED FIRE PROTECTION IMPROVEMENTS FOR ROCKY FLATS

771 - Recondition main exhaust plenum sprinkler system.

Est. Cost_____

Justification
    1.  System not reliable - condition very poor

771 - Renovate and update glove box overheat system.

Est. Cost_____

Justification
    1.  Coverage incomplete

771 - Ceiling heat detection system - All unprotected areas of first floor.

Sq. ft._____     Est. Cost_____

Justification
    1.  Sub-standard to present AEC minimum requirements.
    2.  Possible reduction in watchman service.

100

771 - Extend sprinkler protection throughout second floor.

Sq. ft._____     Est. Cost_____

Justification
1. Sub-standard to present AEC minimum requirements.
2. Reduction in watchman service.

774 - Extend ceiling heat detection system for complete coverage.

Sq. ft._____     Est. Cost_____

Justification
1. Sub-standard to present AEC minimum requirements.
2. Reduction in watchman service.

779 - Extend ceiling heat detection system for complete coverage.

Sq. ft._____     Est. Cost_____

Justification
1. Sub-standard to present AEC minimum requirements.
2. Reduction in watchman service.

10 1

883 - Extend sprinkler systems for complete building protection.

Sq. ft._____          Est. Cost_____

Justification
    1.  Sub-standard to present AEC minimum requirements.
    2.  Reduction in watchman service.

444, 445, 447 - Extend sprinkler systems for complete building protection.

Sq. ft._____          Est. Cost_____

Justification
    1.  Sub-standard to present AEC minimum requirements.
    2.  Reduction in watchman service.

111, 112, 122, 123, 993 - Ceiling heat detection systems.

Sq. ft.                          Est. Cost_____
111_____               _____

112_____               _____

122_____               _____

123_____               _____

993_____               _____

Justification
    1.  Sub-standard to present AEC minimum requirements.
    2.  Reduction in watchman service.

102

776, 777 - Sprinkler systems for all areas.

Sq. ft._____          Est. Cost_____

Justification
1. Significant fire risk--could curtail production
2. Sub-standard to present AEC minimum requirements.
3. Possible reduction in watchman service.

881 - Provide complete protection with sprinkler and ceiling heat detection systems.

Sq. ft.                    Est. Cost
Sprinkler_____          _____

C. H.     _____        ᶠ _____

Justification
1. Provide protection to unprotected production areas.
2. Meet minimum AEC requirements.
3. Possible reduction in watchman service.

103

# ROCKY FLATS FIRE DEPARTMENT
## WEEKLY INSPECTION REPORT -- FIRE PROTECTION EQUIPMENT

STRICT: _Four_     BUILDINGS: _776_     WEEK OF: _5-5-69_

| SPRINKLER CONTROL VALVES | | | | SPRINKLER AND DELUGE SYSTEM | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CHECK CONDITION AS FOUND / VALVE NUMBER | OPEN | SHUT | SEALED | NUMBER | CODE | TYPE | PRESSURE WATER | AIR | F. D. CONNECT | TEST |
| | | | | 76-A | 4641 | PLENUM DELUGE | 90" | ⟶ | O.K. | NO |
| BLDG. 76 System 76A | | . | | 76-B | 4651 | WET | 95" | — | O.K. | NO |
| 76A-1A | | | | | | | | | | |
| 76A-2A | X | | X | | | | | | | |
| 76A-3A | X | | X | | | | | | | |
| 76A-1B (76A-1A) | | | | | | | | | | |
| 76A-2B | X | | X | | | | | | | |
| 76A-3B | X | | X | | | | | | | |
| 76A-4B | X | | X | | | | | | | |
| 76A-5B | X | | X | | | | | | | |
| 76A-6B | X | | X | STANDPIPE SYSTEMS: OK | | | | | | |
| 76A-7B | X | | X | | | | | | | |
| 76A-8B | X | | X | FIRE DOORS: OK | | | | | | |
| 76A-1C (76A-1A) | | | | CO₂ SYSTEMS: OK | | | | | | |
| 76A-2C | X | | X | | | | | | | |
| 76A-3C | X | | X | HEAT DETECTION SYSTEMS: OK | | | | | | |
| 76A-5C | X | | X | | | | | | | |
| 76A-6C | X | | X | MANUAL BOXES TESTED: none | | | | | | |
| 76A-7C | X | | X | | | | | | | |
| BLDG. 76 System 76B | | | | FIRE EXTINGUISHERS: _checked_ | | | | | | |
| 76B-1 | | | | _weighed and sealed 3-15_ | | | | | | |
| | | | | HOUSEKEEPING: OK | | | | | | |
| ( ) | | | | | | | | | | |
| | | | | | | | | | | 10A |

RECD J. E. WILLGING   JUN 4 '69

June 3, 1969


C. M. Love

FIRE WATCH IN BUILDING 776

From information that I have been able to obtain it looks as if the
fire watch which is presently being done by Plant Protection in
Building 776 is going to continue for an indefinite period of time.
Therefore, I request that some consideration be given to assigning
some of this duty to the fire brigade members who normally work
in Buildings 776 and 777. They are as follows:

| 776 Bldg. | 777 Bldg. |
|-----------|-----------|
| J. L. DeAndrea | A. L. Luman |
| J. M. Morvay | D. R. Cooper |
| J. R. Antol | P. M. Huber |
| A. L. Chaves | C. W. Kranker |
| L. R. Black | W. N. Revnell |
| T. A. Jack | |
| L. R. Miller | T. A. Jones recently |
| L. F. Posely | transferred to 881 from |
| A. L. Jeager | 776. |

It is believed that these individuals could be assigned to shift work to
help alleviate the burden that is being put on the Plant Protection force
at the present time. It would not only reduce the amount of overtime
presently being worked by Plant Protection, but more important, it
would help to ease the strain that is presently being experienced by
some of our Plant Protection men.

I might add that I have been approached by IGUA representatives with
the possibility of getting relief for some of the members. I have been
assured that under no circumstances would there be any grievances filed.

Original signed by
W. R. Cornelison

W. R. Cornelison


WRC:jc                        cc:
                              H. E. Bowman
                              J. W. Bristol
                              J. F. Willging

105

SECTION  I

ADMINISTRATION

PROCEDURE  101

RESPONSIBILITY

A.  Company

The responsibility to provide proper and adequate fire
Protection to the plant is delegated to the Dow Chemical
Company by AEC and ALO/AEC under Part O500 of the AEC
Manual.

Rocky Flats Division management is also required to follow
the guidelines established under the corporate Safety and
Loss Prevention program.

This responsibility is assigned by management, through the
Industrial Relations group, to the Security Department.

Plant Protection, operating within the Security Department,
is responsible for operation of the Fire Department.

B.  Departmental

Responsibilities assigned to the Fire Department to support
plant operation are to:

1.  Provide for, direct and perform life rescue.

2.  Provide for, direct and perform necessary fire
    fighting.

3.  Provide, maintain and operate the ambulance service.

4.  Provide assistance where possible or requested
    during any type of plant emergency.

5.  Review all proposals for modifications, additions
    and new structures within the plant to assure
    provision of proper fire and life safety protection.

6.  Provide an  adequate fire protection program by:

    a.  Routine inspection of all areas and equipment
        to locate and eliminate fire hazards, assure
        dependable operation of installed fire protection
        equipment and recommend additional or improved
        protection.

    b.  Testing, service and repair of all fire protection
        equipment.

Date Issued:  March 1, 1967                    Page 1        106

SECTION I

ADMINISTRATION

PROCEDURE 101

c.  Training of firemen and fire brigade members.

d.  Maintaining a fire prevention program for all employees through lecture service, demonstrations, drills and publications.

C.  <u>Individual</u>

The "A" Platoon Captain is assigned specific responsibility for:

1.  The plant fire inspection program.

2.  Fire protection systems identification, inspection and service.

3.  A general fire prevention program for all plant employees.

The "B" Platoon Captain is assigned specific responsibility for:

1.  An adequate departmental training program, coordinated with the fire brigade program.

2.  Review and revision of emergency response procedures.

3.  Indoctrination of guard force personnel.

The "A" Platoon Lieutenant is assigned specific responsibility to assure:

1.  That all departmental and plant fire fighting equipment is adequate and serviceable.

2.  That all departmental repair and service equipment is adequate, serviceable and that safe operating procedures exist for each function.

3.  That all departmental and plant self-contained breathing apparatus is adequate and serviceable.

4.  That adequate quanities of replacement, repair and service supplies are available.

Revised:    January 20, 1969                    Page 2

*107*

COOK  14DEC94  REQUEST FOR MUF                    4440909

SECTION I

ADMINISTRATION

PROCEDURE 101

Individual (continued)

The "B" Platoon Lieutenant is assigned responsibility for the availability and quality of:

1. Departmental records.

2. Plant drawings.

3. Basic Data reports.

4. Plant building procedures.

5. Service manuals, supply catalogs, etc.

The Fire Inspector is assigned specific responsibility for:

1. An adequate plant fire brigade program.

2. Departmental training equipment and facilities.

3. Semi-annual special building inspections to up-date "Basic Data" information and identify serious hazards.

Each member of the Department is responsible to:

1. Report for work in good physical and mental condition.

2. Maintain in good condition all uniforms and personal equipment issued to him.

3. Use good judgement at all times in the use of department equipment to prevent unnecessary damage.

4. Provide himself with proper protective clothing and equipment required for the work or area in which he is operating.

5. Know, understand and abide by all departmental policies and procedures and Company policies and procedures that apply to individual conduct.

6. Know, understand and comply with provisions of the plant Security Manual that apply to departmental and individual duties.

7. Carry out assignments and duties throughout the plant in a gentlemanly and courteous manner.

Revised:    January 20, 1969

Page 3    *108*

COOK 14DEC94 REQUEST FOR MUF                    4440910

SECTION  I

ADMINISTRATION

PROCEDURE  102

ORGANIZATION

A.  Company

The organizational structure established by management provides
for operation of the Fire Department through the Industrial
Relations group to the Security Department.  Plant Protection,
operating within this department is responsible for operation
of the Fire Department.

B.  Departmental

The Fire Department, operating as a separate group within
Plant Protection is assigned nineteen men as indicated in
the attached chart.

The Chief, Captains, Lieutenants and Inspector are salaried
employees and the Firemen are hourly employees.

The Chief and Inspector works a normal forty hour work week with
variations as needed to provide for emergencies, departmental
supervision, training and drills.

The Captains, Lieutenants and 12 firemen work on a two platoon,
24 hour on/24 hour off schedule with a 63 hour average work
week to provide six men on duty around the clock.  This is
reduced at times by vacation and other absence to a minimum
of four.

One Fireman is assigned to a 5 day shift to assist in the per-
formance of fire watch, inspection and other duties created by
construction projects and full plant operation.

Additional manpower requirements of the department, when
needed for emergencies, is immediately available from the
Plant Protection Guard shift on duty and fire brigade
members at work within the production buildings.

*How many?*

Revised:    January 20, 1969

Page 1        109

COOK  14DEC94  REQUEST FOR MUF                    4440911



110

## SECTION V

### FIRE SYSTEMS AND EQUIPMENT MAINTENANCE

SYSTEMS AND EQUIPMENT LIST (Cont'd, page 2)          PROCEDURE 512

### FIRE DEPARTMENT EQUIPMENT

| | |
|---|---|
| Deluge Set - Two inlet w/truck mounting plate  Akron Model 491 | 1 |
| Self-contained Breathing Apparatus - 30 Minute  Sur-Viv-Air  Model 9030-00 | 18 |
| Spare tanks | 18 |
| Cascade Air Tank Recharge Station 2500 Cu. Ft. capacity  Sur-Viv-Air Mfg. | 1 |
| High Pressure Air Compressor  5 CFM  Hi-Pressure Mfg.  Model HPE 3000-6-3 | 1 |
| $CO_2$ Transfer Pump C-O-Two Model SC-4 | 1 |
| Fire Hose 3" (truck loading) | 2000 Feet |
| Fire Hose 2 1/2" (truck loading) | 3000 Feet |
| Double Jacket Cotten or Single Jacket Synthetic | |
| Fire Hose 1 1/2" (truck loading) | 3500 Feet |
| Double Jacket Cotten or Single Jacket Synthetic | |
| Fire Hose 1 1/2" (hose reel) | 9000 Feet |
| Single Jacket Cotton or Synthetic | |

Revised:  February 7, 1969                                    Page 3

///

COOK  14DEC94  REQUEST FOR MUF                    4440913

SECTION V

FIRE SYSTEMS AND EQUIPMENT MAINTENANCE

PROCEDURE 512

SYSTEMS AND EQUIPMENT LIST (Continued from page 1)

DETECTION SYSTEMS

Ceiling heat - 19

Glove box overheat - 5

Smoke - 6

Filter fire - 16

$CO_2$ FLOODING SYSTEMS

Total systems - 7

FIRE DEPARTMENT EQUIPMENT

| | |
|---|---|
| 750 GPM Pumper, combination (Fire Trucks, Inc. 1968 International) | 1 |
| 500 GPM Pumper, combination (1952 Duplex) | 1 |
| Rescue Unit 1966 Ford Econoline Super Van (equipped for rescue and standby ambulance transportation) | 1 |
| Ambulance 1965 International Travel All | 1 |
| Tank Truck 1000 Gallon 200 GPM pump 1963 International All-wheel drive | 1 |
| Service Truck 1963 Dodge 1/2 ton pickup | 1 |
| Portable Oxygen therapy units | 4 |
| Hi-X Foam Generator 7000 CFM National Foam Co. Model FP-70 | 1 |

Revised: February 7, 1969

Page 2

COOK 14DEC94 REQUEST FOR MUF                    4440914

# SECTION V

## FIRE SYSTEMS AND EQUIPMENT MAINTENANCE

PROCEDURE 512

### SYSTEMS AND EQUIPMENT LIST

Following is the total of all systems and equipment available.

| FIRE EXTINGUISHERS | DRY CHEMICAL | WATER |
|---|---|---|
| $CO^2$ | 150# - 3 | 2 1/2 gal. - 103 |
| 100# - 16 | 30# (Metal-X) - 49 | |
| 75# - 1 | 30# - 7 | |
| 50# - 22 | 20# - 98 | |
| 20# - 2 | 2 1/2# - 38 | |
| 15# - 887 | | |
| 10# - 96 | | |
| 5# - 185 | | |

### CODED ALARM POINTS

ADT System - 134

Autocall System - 156

### FIRE HYDRANTS

Total (all areas) - 61

### SPRINKLER SYSTEMS

Wet Type - 23

Dry Type - 8

Deluge Type - 6

### STANDPIPE SYSTEMS

Total systems - 23

Hose reels - 82

Cabinets - 57

113

Revised:  February 7, 1969

Page /

COOK  14DEC94  REQUEST FOR MUF                    4440915

- 2 -

and ignite finely-divided, impure, or partially corroded metal.   The usual practice is to isolate the burning metal and allow it to burn out. If there are signs of organic materials or significant quantities (hundreds of grams) of plutonium becoming involved, the Fire Department is called and the incident is recorded as a fire.   Invariably the operating personnel control the fire and Fire Department involvement is purely precautionary.

4.   In Building 771, fires have occurred during or after acid leaching of skulls and chips.   They have also occurred in sludges containing finely-divided metal.   The burning metal is isolated and normally allowed to burn to completion.   Fire Department involvement is more frequent than in Building 776 because of the greater variety of combustibles inherent in chemical operations.

5.   Practically all fires in metallic plutonium have occurred as a result of routine activity during working hours and are controlled by operating personnel.   The possibility of such fires is recognized and control measures are known to and practiced by the concerned personnel.

6.   Fire Department records and AEC forms 283 (Report of Property Damage or Loss) have been examined from January, 1964 to the present.   Fires involving metallic plutonium are listed in the table below:

| Calendar Year | Building 771 | Building 776 |
|---|---|---|
| 1969 (to date) | 2 | 1 |
| 1968 | 8  6 | 3 |
| 1967 | 5 | 1 |
| 1966 | 2 | 4 |
| 1965 | 5 | 3 |
| 1964 | 2 | 2 |

The average number of such fires per year is 6.2  6.5 .

114

Form AEC-321
(4-64)
AEC 0270

~~OFFICIAL USE ONLY~~

INSERT CLASSIFICATION (If classified)

**U.S. ATOMIC ENERGY COMMISSION**

USE WHERE REQUIRED

# OUTGOING TELECOMMUNICATION MESSAGE

THIS DOCUMENT CONSISTS OF _____ PAGES

( See reverse side for instructions )

NO.   OF   COPIES, SERIES

PRECEDENCE DESIGNATION See AEC chapter 0270.  (Check appropriate boxes.
Average transmission time exclusive of messenger services is shown.)

| | FOR NORMAL USE | EMERGENCY USE ONLY |
|---|---|---|
| ACTION: | ☐ ROUTINE  ☒ PRIORITY | ☐ IMMEDIATE  ☐ FLASH |
| INFO: | ☐ (4 Hrs.)  ☐ (2 Hrs.) | ☐ (1 Hr.)  ☐ (ASAP) |

TYPE OF MESSAGE
(Check one)
☒ SINGLE ADDRESS
☐ MULTIPLE ADDRESS
☐ BOOK MESSAGE

FOR COMMUNICATION CENTER USE
MESSAGE IDENTIFICATION

NR:       DTG:       Z

FROM:   **Lloyd M. Joshel, General Manager**
**The Dow Chemical Company**
**RFD, Golden, Colorado**

OFFICIAL BUSINESS                                  A.M.
                                                   P.M.
(Signature of certifying official)        (Time)

DATE:   **July 11, 1969**

TO
                **Dr. Gordon Dunning**          **USAEC**
                **Chairman**                    **Div. of Oper. Safety**
                **AEC Board of Investigation**  **Washington, D. C.**

COMMUNICATION CENTER ROUTING

INFO:   **J. F. Burke**          **USAEC, ALO**
                                 **(at Rocky Flats)**

        **H. E. Bowman**         **Dow, Rocky Flats**

        **J. F. Willging**       **Dow, Rocky Flats**

The following information is supplied in response to your telephonic request
to Dr. W. C. Bright.

1.      Plutonium is routinely burned to oxide as a part of the reprocessing
        operations for impure metal such as skulls (dross) from foundry
        operations, finely-divided chips, sludges, etc.  This is a controlled
        process.  Metallic plutonium burns much like charcoal.  There is
        little or no flame unless organic materials are present.

2.      Chips formed during machining operations occasionally ignite.
        They are quickly extinguished by submerging in the sump containing
        the machining coolant and are not normally reported as fires.

3.      Small plutonium fires occasionally occur in Building 776 foundry,
        chip briquetting, and button-sampling areas.  Friction involved in
        scraping skull from crucibles, drilling analytical samples from
        buttons, or handling chips in the briquetting areas may cause sparking

*BE BRIEF—ELIMINATE UNNECESSARY WORDS*

ORIGINATOR:

INSERT CLASSIFICATION (If Classified)

RESTRICTED DATA OR ESPIONAGE STAMP, IF REQUIRED

115

Form AEC-321
(4-4)
AECM 0270

OFFICIAL USE ONLY

INSERT CLASSIFICATION (If classified)

**U.S. ATOMIC ENERGY COMMISSION**
**OUTGOING TELECOMMUNICATION MESSAGE**
(See reverse side for instructions)

USE WHERE REQUIRED
THIS DOCUMENT CONSISTS OF _____ PAGES
NO. OF COPIES, SERIES

PRECEDENCE DESIGNATION See AEC chapter 0270. (Check appropriate box.)
Average transmission time exclusive of messenger services is shown.

| FOR NORMAL USE | EMERGENCY USE ONLY |
|---|---|
| ACTION: ☒ ROUTINE ☒ PRIORITY ☐ IMMEDIATE ☐ FLASH | |
| INFO: ☐ (4 Hrs.) ☐ (2 Hrs.) ☐ (1 Hr.) ☐ (ASAP) | |

ONE MESSAGE
☒ SINGLE ADDRESS
☐ MULTIPLE ADDRESS
☐ BOOK MESSAGE

FOR COMMUNICATION CENTER USE
MESSAGE IDENTIFICATION
NR: DTG:

FROM: Lloyd M. Joshel, General Manager
The Dow Chemical Company
RFD, Golden, Colorado

OFFICIAL BUSINESS

(Signature of certifying official)

DATE: July 11, 1969

TO: Dr. Gordon Dunning
Chairman
AEC Board of Investigation

USAEC
Div. of Oper. Safety
Washington, D. C.

COMMUNICATION CENTER ROUTING

INFO: J. F. Burke

USAEC, ALO
(at Rocky Flats)

H. E. Bowman

Dow, Rocky Flats

J. F. Willging

Dow, Rocky Flats

Please correct the following numbers in my TWX dated 7-11-69 concerning

plutonium fires:

Table, CY 1968, number for Building 771 should be 6.

Average number of such fires per year should read 6.5.

BE BRIEF—ELIMINATE UNNECESSARY WORDS

| ORIGINATOR: | INSERT CLASSIFICATION (If Classified) | RESTRICTED DATA OR ESPIONAGE STAMP, IF REQUIRED |
|---|---|---|

116