

**UNITED STATES
ATOMIC ENERGY COMMISSION**

ALBUQUERQUE OPERATIONS OFFICE
P.O. BOX 5400
ALBUQUERQUE, NEW MEXICO 87115



EXHIBIT
1456

JUL 11 1969

R. E. Hollingsworth, General Manager, Headquarters

FIRE EXPERIENCE - ROCKY FLATS PLANT

During our briefing of the Commission on the Rocky Flats fire on June 30 last, Chairman Seaborg requested a summary of fire experience at the Rocky Flats Plant. There was particular interest in the frequency of plutonium fires.

The processing of plutonium in Buildings 771 and 776 routinely involves fires which are extinguished by the operator as part of his normal operation. These "fires" are anticipated and are not usually reported. They are treated as part of the normal plutonium processing operation. Examples of this type of fire are ignition of chips formed during machining and ignition from sparks generated by friction due to drilling, scraping skulls, or handling chips.

At the Rocky Flats Plant during the years 1966 through May, 1969, a total of 164 fires of all kinds was reported. For the most part these were unanticipated fires as opposed to "anticipated fires" of the type described in the preceding paragraph. Of the 164 total, 31 fires directly involving plutonium are detailed in the enclosures to this memorandum. Of these 31, one was the May 11, 1969, fire, two others involved losses of more than $50 (cost of one was $150 and of the other $288), and the remaining 28 each involved a loss of less than $50. Nineteen of the other fires involved an aggregate loss of $12,856. Losses from the remaining 114 fires out of the 164 total fires each involved a loss of less than $50.

- 2 -

H. C. Donnelly
Manager

WO:WFW

Enclosures:
1. Fires in Bldg 771 fr 1966 thru 5/69 Directly Involving Pu
2. Fires in Bldg 776 fr 1966 thru 5/69 Directly Involving Pu

326 U.S. ATOMIC ENERGY COMMISSION
RG
Collection  Sec 70-72
Box  7775
Folder  13

GRM10516

DOE ARCHIVES

PLAINTIFFS'
EXHIBIT
P-163
90-CV-181

FIRES IN BLDG 771 FROM 1966 THRU MAY 1969
DIRECTLY INVOLVING PLUTONIUM

1966 - 3
1967 - 6
1968 - 10
1969 - 2

These fires are broken down as follows:

| Date | Description |
|---|---|
| 6/20/66 | Operator was firing a button in K-1 furnace when explosion occurred. Fire extinguished with $CO_2$ extinguisher using glove entry. |
| 6/28/66 | There was more Pu in material being crushed than expected, causing more than usual sparking for this recovery operation in Rm 149. Material placed in container and allowed to burn out. No extinguishing agent used. |
| 9/1/66 | Metal dust on dryer belt in Calciner box burst into flames. Operator used a metal lid and smothered flames. |
| 2/7/67 | A small amount of Pu being recovered thru normal recovery process in line 31, Rm 149, ignited. Material was spread around in pan and allowed to burn out. |
| 6/2/67 | Reprocessing incinerator Rm 181, ash ignited by spontaneous combustion. |
| 7/25/67 | Chips in lathe box ignited, operator used coolant to extinguish fire. |
| 8/10/67 | Small amount of metal in container ignited in line 2, Rm 114. Container was placed above floor of box and allowed to burn out. Operator used some $CO_2$ to cool floor of box while material was being moved. |
| 10/12/67 | Operator picked up small plastic container filled with plutonium and the bottom fell out. The Pu ignited and started to burn. The Fire Dept. was called by phone and the material was transferred to a metal container. Magnesium Oxide was used to extinguish the fire. |
| 12/7/67 | Small amount of metal in container ignited in Line #2, Rm 114. Container was placed above floor of dry box and allowed to burn out. |
| 2/13/68 | Filter leaching process, Rm 114. Acid ran dry in crucible causing spontaneous combustion. Fire Dept. notified by fire phone. Fire Brigade members made glove entry and were cooling box on arrival of Fire Dept. |

- 3 -

GRM10517


DOE ARCHIVES

| Date | Description |
|---|---|
| 4/3/68 | A skull was being washed in acid in dry box line #2, Rm 114. Acid dropped below level of material and spontaneous ignition of skull resulted. Skull was put on plate off dry box floor and allowed to burn out. |
| 4/20/68 | Improperly sealed gaskets on a vessel with molten plutonium metal ruptured and started a small cleaning brush on fire in the glovebox line in Rm 148. Fire brigade members extinguished the fire by glove entry. |
| 6/6/68 | Spontaneous ignition of some Pu in the form of powder and turnings in line #2, Rm 114. Fire burned itself out. |
| 7/17/68 | Operator was leaching metal in line #2, Rm 114, when a chemical reaction occurred and metal ignited. Fire Dept. called by manual box. $150 clean-up. |
| 8/23/68 | Operator was dissolving metal in line #3, Rm 114, when explosion occurred inside the dissolving pot. Fire Dept. notified by manual box. Fire under control upon arrival of Fire Dept. |
| 10/14/68 | Operator was working a skull in line #2, Rm 114, when skull ignited. Fire was under control on arrival of Fire Dept. |
| 11/12/68 | A small amount of material in line #2, Rm 114, ignited. Supervisor used argon to smother fire, no damage. Fire out on arrival of Fire Dept. |
| 11/15/68 | Material in pan sitting on hot plate ignited in box 30-e, Rm 149. Operator took pan off hot plate and had fire under control upon arrival of Fire Dept. Material was left to burn itself out. |
| 12/16/68 | Operator was handling a piece of Pu skull and it dropped to the floor of the dry box and ignited. Skull was placed into a crucible and was under control upon arrival of Fire Dept. |
| 1/28/69 | Chemical reaction occurred while leaching operation was in progress, igniting metal. Metal was put in crucible and allowed to burn out. |
| 3/28/69 | Small amount of material in dry box leaching operation, Rm 114, ignited. Material placed in container and allowed to burn out. |

- 4 -

## FIRES IN BLDG 776 FROM 1966 THRU MAY 69
### DIRECTLY INVOLVING PLUTONIUM

1966-4
1967-2
1968-3
1969-1

These fires are broken down as follows:

| Date | Description |
|---|---|
| 3-23-66 | spontaneous ignition in skulls in box A-13, Rm 134; alarm by glovebox overheat; operators removed skulls |
| 6-7-66 | burning metal (1000 grams Pu) caused glovebox overheat to alarm in furnace A-38, Rm 134; firemen used MgO to extinguish fire |
| 6-15-66 | chips burning in north briquetting press Rm 134; fire controlled by operators |
| 10-6-66 | spontaneous ignition Pu chips north briquetting press Rm 134; fire handled by operators |
| 4-12-67 | 2 cans Pu chips in box adjoining furnace A-12 Rm 134 overheated; alarm by glovebox overheat; operators dumped cans onto metal pan and extinguished with MgO |
| 6-13-67 | warm waste drum in box A-6 Rm 134 ignited; fire dept. notified by telephone and extinguished by $CO_2$ with glove entry |
| 3-18-68 | chips ignited in machining operation in Rm 134; alarm by glovebox overheat; operator extinguished |
| 6-21-68 | spontaneous ignition in Pu chips in box in Rm 134; alarm by glovebox overheat |
| 8-23-68 | chip fire in south machine line Rm 134; alarm by manual box; operator put part and chips on bottom of box and let burn out |
| 5-11-69 | fire, still under investigation |

- 5 -

GRM10519

DOE ARCHIVES