# Exhibit E

4958

```
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 90-CV-00181(JLK)
 3
    MERILYN COOK, et al.,
 4
         Plaintiffs,
 5
    vs.
 6
    ROCKWELL INTERNATIONAL CORPORATION and
 7  THE DOW CHEMICAL COMPANY,

 8
         Defendants.
 9
                       _____
10                       REPORTER'S TRANSCRIPT
                             Trial to Jury
11                            VOLUME 36

12                     _____

13         Proceedings before the HONORABLE JOHN L. KANE, JR.,

14  Judge, United States District Court for the District of

15  Colorado, commencing at 1:15 p.m., on the 10th day of October,

16  2005, in Courtroom A802, United States Courthouse, Denver,

17  Colorado.
```

Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Janet M. Coppock, 901 19th Street,
Room A-257, Denver, Colorado, 80294, (303) 893-2835

1  during a period of time with regard to the enjoyment of their
2  property and not knowing the extent of such pollution as there
3  was.
4      The evidence that some information that might be
5  admissible for plaintiffs was -- remains classified, is
6  admissible and that's it.  That's it.  I am not going to permit
7  any further testimony.  I am rejecting the offer of proof
8  that -- because there has been a failure to show plaintiffs
9  were denied any information dealing with this case.  You have
10 demonstrated quite clearly how difficult it was, and I am not
11 going to get into the wisdom of what's in the security
12 interests of the United States.  That's simply not a matter for
13 me to decide.
14     MR. DAVIDOFF:  Counsel for the defendants have
15 reargued many rulings, and I have tried to avoid that, but
16 there is one aspect of this, Your Honor, that I believe has to
17 at least -- I respectfully ask you to hear me out.  If Your
18 Honor wants to call the jury in so we don't detain them any
19 further, I am happy to do that after the jury is dismissed
20 after Ms. Robb's testimony, but I do want to be heard out on
21 some of the specific types of documents that we submitted with
22 our motion.  I think it is extremely prejudicial, Your Honor,
23 for those to be ruled out of bounds in this case.
24     And I think, you know --
25     THE COURT:  I will hear you later.  Let's get the jury