**Exhibit F**

— Nat'l. Archives & Records Center
(3 file folders - this is #3 - Case 75-M-1162

Accession #: 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
Location: 798532
Box #70

JUL 4 1985

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 75-M-1162

PERRY S. McKAY, et al.,

    Plaintiffs,

WILLIAM C. ACKARD, et al.,

    Intervenors,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1985

JAMES R. MANSPEAKER
CLERK

## FINDINGS OF FACT AND CONCLUSIONS OF LAW
*by Judge Richard P. Matsch*

The long and complex history of this litigation is set forth in detail in Good Fund, Ltd. - 1972 v. Church, 540 F.Supp. 519 (D.Colo. 1982). That opinion resulted in the entry of a summary judgment dismissing all of the plaintiffs' claims against the United States, Dow Chemical Co. and Rockwell International Corporation ("government defendants") for lack of jurisdiction. The Tenth Circuit Court of Appeals reversed in McKay v. United States, 703 F.2d 464 (10th Cir. 1983), ruling that the issues were not determinable under Rule 56, and that the plaintiffs were entitled to a trial or trials on some of their claims.

While this court did grant the reversed summary judgment of dismissal, it also made some findings of fact based upon a very considerable evidentiary record developed through the adversary process focused on the questions of what was on the subject land, in what amounts, and with what effects on the use of that land.

With the cooperation of all counsel, this court conducted 21 days of evidentiary hearings between January 8, 1977 and September 13, 1977, and considered a great mass of scientific exhibits to lay a foundation for ultimate admission into evidence of summaries of data developed through an extensive soil testing program on plaintiffs' lands. In the course of those hearings and as a result of the objections and challenges made to the initial proposals, the

PLAINTIFFS'
EXHIBIT
P-1092
90-CV-181

ACKLAND 02518