**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' MOTION TO LIMIT WHALEN'S TESTIMONY**

---

Defendants hereby move to exclude two aspects of Ms. Whalen's testimony: (1) testimony about the foreclosure of her property after she sold it; and (2) testimony about alleged emotional distress caused by proximity to Rocky Flats. Defendants do not know an exact day when Ms. Whalen will be called. However, Defendants' motion was filed at the earliest possible time over the weekend after receiving the Court's Order on Thursday, November 10.

*First*, testimony about the foreclosure of Ms. Whalen's home after its sale to the next buyer is not probative of whether Defendants committed a trespass or nuisance and is not class-wide. Ms. Whalen testified at her deposition that the buyer of her property in 1990 assumed her loan. (Ex. A, Whalen Dep. at 46) Subsequently, the buyer defaulted. (*Id*. at 46-47) Ms. Whalen did not have to pay any deficiency, but claims her credit was impacted. (*Id*. at 47-48) She

attributes the need to do a loan assumption to sell the house to Rocky Flats and/or the FBI raid. (*Id*. at 46)  Thus, she presumably attributes the credit problems to those same issues.  Ms. Whalen's credit problems and the foreclosure of her home after she sold it, however, are individual issues not appropriate for consideration by the jury in this class-wide trial.  Such testimony should be excluded.

*Second*, based on Ms. Whalen's testimony, Defendants expect that Ms. Whalen may testify about her personal emotional distress.  (Whalen Dep. at 84, 87-88, 89)  This Court has ruled that such testimony is not permissible.  (Tr. at 4959-60 (excluding evidence of Ms. Robb's personal emotional distress); 3098-99 (excluding evidence of Mr. Babb's personal emotional distress)).  This testimony also should be excluded.

Dated:  November 13, 2005                                Respectfully submitted,

/s/ Stephanie A. Brennan_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

2

3

                Joseph J. Bronesky
                SHERMAN & HOWARD L.L.C.
                633 Seventeenth Street, Suite 3000
                Denver, Colorado 80202
                Phone:  303-297-2900
                Fax:      303-298-0940

                Attorneys for ROCKWELL
                INTERNATIONAL CORPORATION and
                THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                          /s/ Kari Knudsen_____
                                                          Kari Knudsen (legal assistant)