# Exhibit A

1

```
  1  27627ASG
     IN THE UNITED STATES DISTRICT COURT
  2  FOR THE DISTRICT OF COLORADO

  3  Civil Action No. 90-K-181

  4  _____

  5
     MERILYN COOK, et al.,
  6
     Plaintiffs,
  7
     vs.
  8
     ROCKWELL INTERNATIONAL CORPORATION and
  9  THE DOW CHEMICAL COMPANY,

 10  Defendants.

 11  _____

 12
                  DEPOSITION OF KAREN C. WHALEN
 13                      May 13, 2004

 14  Pursuant to Subpoena taken on behalf of the Defendants
     at 633 Seventeenth Street, Suite 3000, Denver, Colorado
 15  80202, at 9:00 a.m., before Sara Goldenberg, Registered
     Professional Reporter and Notary Public within Colorado.
 16

 17

 18

 19

 20

 21

 22

 23
                                           ORIGINAL
 24

 25
```

```
 1        Q.   Did you ever try to rent or lease the
 2   property on 103rd?
 3        A.   No.
 4        Q.   Was there a foreclosure on the property at
 5   103rd?
 6        A.   Yes.
 7        Q.   And what were the circumstances surrounding
 8   the foreclosure?
 9        A.   After the FBI raid in the summer of 1989, we
10   decided to move, and we hired a realtor to sell the
11   house for us.  And her name is Sally Eddy.  She told us
12   she sold a lot of homes in that area.  She told us the
13   only way that we would ever be able to sell that house
14   is through the loan assumption.  So that's what we did.
15   The people who assumed the loan allowed it to go into
16   foreclosure.
17        Q.   And when did the foreclosure occur?
18        A.   I'd have to look at the documents, but I
19   think we received our first letter in the fall of '91.
20        Q.   How did the assumption work?
21             MS. MacNAUGHTON-WONG:  Objection.
22             THE DEPONENT:  I can't exactly tell you how
23   that works, except they assume your payments.  The new
24   buyer assumes your payments.  And they gave us a minimal
25   down payment to do that, and -- but our names were never
```

```
 1  removed from the loan.
 2       Q.   (BY MS. BRENNAN)  And when foreclosure
 3  proceedings occurred, were you notified?
 4       A.   Yes.
 5       Q.   Did you have to pay any money for any
 6  deficiency?
 7       A.   No, we didn't have to.
 8       Q.   Do you know how this situation was resolved?
 9       A.   Foreclosure, and then the house was sold in
10  a foreclosure proceeding.
11       Q.   What was the sale price on the foreclosure
12  sale?
13       A.   I don't know, and it might be in the
14  foreclosure documents that we produced.  I believe it
15  was very low, and there was a deficiency between the
16  sale price and the loan balance.
17       Q.   How was the deficiency satisfied?
18       A.   We did not satisfy it, so I don't know how
19  it was satisfied.
20       Q.   Were you asked to satisfy the deficiency?
21       A.   I believe we did get a letter, and it would
22  have been in the documents I produced.
23       Q.   And how did you respond to that letter?
24       A.   I did write a letter back, saying that we
25  weren't responsible for the deficiency.  That was our
```

```
 1  position.  But we were on the hook for it.
 2       Q.    What happened after that letter?
 3       A.    Our credit rating had a hit.  A foreclosure
 4  went on our credit rating.
 5       Q.    Has that been removed from your credit
 6  rating?
 7       A.    Yes, because that -- the foreclosure went on
 8  our credit report in 1993.
 9       Q.    When was it removed?
10       A.    I couldn't tell you exactly when it was
11  removed.
12       Q.    When was the first time that you were aware
13  that it was no longer there?
14       A.    I can't remember.  I don't make a habit of
15  looking at my credit report.
16       Q.    Have you looked at your credit report at all
17  in the last five years?
18       A.    Probably not.
19       Q.    Have you looked at it at all in the last
20  ten years?
21       A.    I did see it when the foreclosure went on,
22  because I specifically signed up for -- with one of
23  those agencies that will tell you when something comes
24  onto your credit report, because I wanted to know when
25  the foreclosure went on.
```

1  all the time, but we drank bottled water after that.
2       Q.   And when did that start?
3       A.   After I got scared reading the newspaper
4  accounts in 1989.
5       Q.   Was that in the summer of 1989?
6       A.   Mm-hmm, summer and fall.
7       Q.   Do you recall when you started using bottled
8  water?
9       A.   Around that time period.
10      Q.   Do you still use bottled water?
11      A.   We do.
12      Q.   Why do you use bottled water in your new
13 home?
14      A.   We just prefer it now.
15      Q.   Why do you prefer it?
16      A.   I guess you always wonder how far the
17 contamination went.
18      Q.   Anything else?
19      A.   No.
20      Q.   Did you ever talk with a doctor or other
21 health professional about anything about Rocky Flats?
22      A.   I may have, but I don't recall specifically.
23      Q.   Who would you have talked to about --
24 which -- strike that.
25           Which health professional would you have

```
 1      Q.   Anything --
 2      A.   -- as far as the distribution.
 3      Q.   Anything else?
 4      A.   No.
 5      Q.   Do you recall who conducted any of the
 6 studies that you read about in the newspaper?
 7      A.   Governmental agencies, but I can't tell you
 8 which ones.
 9      Q.   Anyone else or any other organizations?
10      A.   Not that I'm aware of.
11      Q.   Do you believe that Rocky Flats is or has
12 been an actual health risk?
13      A.   Yes.
14      Q.   What has the health risk been, in your
15 opinion?
16           MS. MacNAUGHTON-WONG:  Objection.
17           THE DEPONENT:  Exposure to plutonium and
18 nuclear waste in our soil, in our water, in our air.
19      Q.   (BY MS. BRENNAN)  And what do you believe
20 that to cause to human health?
21      A.   I'm not a medical doctor, so I can't tell
22 you what happens.  I know it can cause death.
23      Q.   How can it cause death?
24      A.   I'm not sure if it's a specific type of
25 cancer.  I can't answer that question.
```

1  Q. What is your basis for the statement that
2  you know that it can cause death?
3  A. I have read -- and it may not be cancer as
4  much as tumors. I've read about it, and I've read that
5  several employees of Rocky Flats have died.
6  Q. Have you read anything about property owners
7  having any adverse health risks from Rocky Flats?
8  A. No. Well, I've read about the possibility
9  that there could be health risks to the property owners
10 from Rocky Flats.
11 Q. And is that also in the Rocky Mountain News?
12 A. Right.
13 Q. Anywhere else?
14 A. Not that I can recall.
15 Q. Have your beliefs about Rocky Flats as a
16 health risk changed over -- at all over time?
17 A. Yes.
18 Q. How so?
19 A. When we first moved into the neighborhood on
20 103rd in 1983, we were not aware of any health risks,
21 and then that changed after the FBI raid in 1989.
22 Q. Has it changed since 1989 in any way?
23 A. Only to reaffirm that there certainly are
24 health risks, and the fact that they've closed the plant
25 and are doing cleanup.

1  Q. What does that mean to you, the fact that
2 they have closed the plant and are doing cleanup?
3  A. That there were problems there. There's
4 evidence of plutonium in the ground and in the water,
5 and they closed the plant.
6  Q. Do you believe that the plant was closed
7 because of problems with plutonium rather than any
8 decision made because of national defense needs?
9  A. I don't know why the plant was closed, but I
10 do know that there has been extensive cleanup ever
11 since.
12  Q. Have you personally experienced any fear or
13 anxiety about anything about Rocky Flats?
14  A. Yes.
15  Q. What kind of anxiety did you experience?
16  A. I worried about my kids playing in the water
17 canal all those years, on their bikes, riding through
18 there. And I worried about that.
19  Q. Anything else?
20  A. That's basically it.
21  Q. When you told your children that they could
22 not ride their bikes over in that canal, did your
23 anxiety decrease?
24  A. Not really.
25  Q. Did you expect them to obey your