1762

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

**REPORTER'S TRANSCRIPT**
Trial to Jury
VOLUME 10A

---

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 8:40 a.m., on the 20th day of October, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

1831
Charles Ozaki - Cross

1  area.
2  Q.  Are you aware -- well, so you are not familiar with the
3  horse properties out there?
4  A.  No, not really.  I just know that there is low density
5  residential out there.
6  Q.  When you bought your house in Arvada in terms of kind of
7  marketplace that you were looking for, were you looking for the
8  kind of property that would be a rural horse property?
9  A.  No.
10 Q.  Now, you got the property, and you have talked about
11 concerns with plutonium.  Did you ever inquire to see whether
12 there was any plutonium contamination of your property that you
13 bought in Arvada?
14 A.  No.
15 Q.  In fact, during the whole period of time where you knew
16 that there was widespread releases of plutonium, you never did
17 any testing to your property, correct?
18 A.  No, I didn't think it was close enough.
19 Q.  You never tested for plutonium contamination.  You never
20 had any concern for your home in Arvada.  If we could get back
21 to the home in Arvada.  You as a class member never had any
22 concern that your home in Arvada was contaminated, correct?
23 A.  No, I didn't think it was close enough to where there was
24 any plutonium.
25 Q.  All right.  Even after the FBI raid, the FBI raid cause you

1832

Charles Ozaki - Cross

1  to go out there and get some plutonium samples?
2  A.  No.
3  Q.  Did the FBI raid cause you to be concerned about those
4  plutonium releases that you had heard about from the fires?
5  A.  I wasn't aware of any -- anything, any possibility that
6  there was plutonium on my property.  Is there?
7  Q.  So when you were owning your home in Broomfield, whatever
8  plutonium releases had taken place in the past, whatever they
9  were.
10 A.  Yes.
11 Q.  Whatever they were.
12 A.  Right.
13 Q.  Whatever had ever happened on Rockwell's watch at any point
14 in time, none of that had any impact on your use and enjoyment
15 of your property in Arvada, correct?
16 A.  Not on my property in Arvada, yeah, not on my property, not
17 my enjoyment.
18 Q.  And when it even comes to the FBI raid, the FBI raid took
19 place, you go, oh, my gosh, I am worried about my property from
20 Rocky Flats?
21 A.  It didn't cross my mind.
22 Q.  Now, I am going to go back to Broomfield here for just a
23 moment.  Broomfield, Broomfield also.  You are in Broomfield
24 exactly the same time that you were in your house.  There is a
25 one-to-one overlap made more precisely.  For every year you

1867

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

---

**REPORTER'S TRANSCRIPT**
Trial to Jury
VOLUME 10B

---

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 1:15 p.m., on the 20th day of October, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

William Schierkolk - Cross

1  Q.  But no buyer has ever questioned the quality of your hay or
2  asked you to do testing for radiation of your hay, have they?
3  A.  No, they haven't.
4         MR. McMILLIN:  Your Honor, would this be a good time
5  for the afternoon break?
6         THE COURT:  Sure.  Take 15 minutes.  We will be in
7  recess.
8       (Recess at 3:05 p.m.)
9         MR. KURTENBACH:  There is a matter with respect to the
10 Babbs who I think we are about to get to.
11        THE COURT:  Be seated, please.  Yes, what's that?
12        MR. KURTENBACH:  I think we are about to get to
13 Ms. Babb, aren't we?  There is some confusion as to who was
14 next up but sounds like it's her.  There is some potential
15 testimony there with respect to emotional distress claims of
16 her husband.  The Babbs are people who never lived in the class
17 area, her husband who has passed away, they had to do with
18 financial losses with respect to a business, and we would move
19 to preclude them from getting into that issue on the
20 examination of Ms. Babb.
21        THE COURT:  What's your view?
22        MS. ROSELLE:  My view on it is that I was only going
23 to ask her one question, whether the problems that he had
24 selling the property and the money they lost, whether, you
25 know, that bothered them.

William Schierkolk - Cross

1   THE COURT: I think you can ask whether it bothered
2   her or not, but sadly her husband isn't here to be crossed, and
3   I don't think it would be fair to go into that, but I will
4   advise you that I have tried to keep out evidence about the
5   horse business. And in one of my opinions I said that if that
6   is raised, then the defense can go into that, so --
7   MS. ROSELLE: No, this had to do with selling the
8   property.
9   THE COURT: I know, but it opens the door to selling
10  the property whether it was a going business or not going
11  business on it at the time.
12  MR. BERNICK: Your Honor, I am very concerned no
13  matter what the question is it gets into an area that's
14  emotionally sensitive, it can get very difficult on the stand,
15  and particularly because the issue of whether the use and
16  enjoyment of the land was impaired by virtue of there being
17  emotional distress associated with Rocky Flats is different
18  from the question about whether the difficulty selling the home
19  had as a consequence emotional distress.
20  THE COURT: It is different, but he doesn't have to
21  reside on the property to have use and enjoyment of it, so --
22  MR. BERNICK: That's true, but if the only emotional
23  distress is consequence on not being able to sell it's --
24  THE COURT: That's another matter. If it does, that
25  opens the door to the horse business and going into everything

1941
William Schierkolk - Cross

1  I tried to keep out.
2          I have one other matter to tell all of you that's a
3  little bit less serious than what you were concerned with.  But
4  there has been a growing custom in this area for people to be
5  casual in their dress on Fridays and that does not apply to
6  lawyers, and I still have to wear my negligee every day, but
7  the jury has asked if they can dress down on Friday, and I said
8  they can wear anything they want.  They want to wear nice
9  jeans, and I have told them that they can.  And actually, if
10 you want to wear jeans, I want to see it.
11         (Jury present.)
12 BY MR. McMILLIN:
13 Q.  Mr. Schierkolk, I will try not to take too much more of
14 your time, but I just have a few more questions for you.
15 A.  Yes.
16 Q.  You spoke with Ms. Roselle on direct about a tax protest in
17 1993.  Do you recall that?
18 A.  Yes.
19 Q.  And you filed a protest that eventually resulted in your
20 assessed value of your home or your property being reduced by,
21 I think she said, $18,000; is that right?
22 A.  Yes.
23 Q.  Once that happened, did you ever speak to the assessor or
24 anyone in the assessor's office about why your property taxes
25 were reduced?