# Exhibit A

aug2205rockyflats.txt
1

```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 90-CV-181
 3
     MERILYN COOK, et al.,
 4
          Plaintiffs,
 5
     vs.
 6
     ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
 7   COMPANY,

 8        Defendants.
    _____
 9
                          REPORTER'S TRANSCRIPT
10                      Trial Preparation Conference

11
    _____
12
13           Proceedings before the HONORABLE JOHN L. KANE, JR.,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 9:00 a.m., on the 22nd day of August,

16   2005, in Courtroom A802, United States Courthouse, Denver,

17   Colorado.

18
19
20
21
22
23
                Proceeding Recorded by Mechanical Stenography, Transcription
24              Produced via Computer by Janet M. Coppock, 901 19th Street,
25                  Room A-257, Denver, Colorado, 80294, (303) 893-2835
```

02

```
 1                              APPEARANCES
```

Page 1

aug2205rockyflats.txt

9

and

said

law

on

to

now

```
 1              Defendants' motions in limine Nos. 14 and 15 to
 2   exclude evidence of other lawsuits will be denied.  The only
 3   evidence plaintiff seeks to present that falls in these
 4   categories concerns the criminal investigation of Rockwell
 5   described earlier and the church litigation.  Plaintiffs may
 6   present evidence regarding the fact of each.
 7              Defendants' motion in limine No. 15 to exclude
 8   evidence relating to Rockwell's guilty plea at Santa Susana
 9   related conduct is denied as moot because Plaintiffs have
10   that they will not present any such evidence.
11              Now, No. 6 --
12              MR. DAVIDOFF:  Judge, excuse me.  Could you just
13   repeat the number of the motion that was denied as moot?
14              THE COURT:  Number 15.
15              MR. DAVIDOFF:  Thank you, sir.
16              THE COURT:  With regard to the motion to exclude
17   evidence regarding the costs of mediation and the rest of the
18   Daubert motions, I am getting to those as soon as I can.  I
19   think I should tell you that I am blessed with a marvelous
20   clerk and she has been working 24-seven trying to prepare me
21   these matters.  And last week she had to take a half day off
22   have a root canal and she found that to be a more pleasant
23   experience than her present assignments.  So let's get back
24   to these other items on the jury instruction issues.
25              The August 17 order directed the parties to be
```