# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' MOTION TO EXCLUDE TESTIMONY BY CHARLES MCKAY REGARDING OTHER LAWSUITS (INCLUDING GOVERNMENT TAKINGS) AND REGARDING MR. MCKAY'S INTERACTIONS WITH ROCKY FLATS SECURITY**

---

Charles McKay's Deposition Exhibit 2, color map with handwritten notes, Exhibit B to Defendant's Motion to Exclude testimony by Charles McKay regarding other lawsuits (including Government takings) and regarding Mr. McKay's interactions with Rocky Flats security.