# Exhibit A

aug2205rockyflats.txt

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 90-CV-181
 3
     MERILYN COOK, et al.,
 4
          Plaintiffs,
 5
     vs.
 6
     ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
 7   COMPANY,
 8        Defendants.
```
_____
```
 9
10                      REPORTER'S TRANSCRIPT
                        Trial Preparation Conference
11
```
_____
```
12
13           Proceedings before the HONORABLE JOHN L. KANE, JR.,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 9:00 a.m., on the 22nd day of August,

16   2005, in Courtroom A802, United States Courthouse, Denver,

17   Colorado.

18

19

20

21

22

23

24   Proceeding Recorded by Mechanical Stenography, Transcription
     Produced via Computer by Janet M. Coppock, 901 19th Street,
25      Room A-257, Denver, Colorado, 80294, (303) 893-2835
```

2

```
 1                         APPEARANCES
                           Page 1
```

aug2205rockyflats.txt

0
9

1       Defendants' motions in limine Nos. 14 and 15 to

2   exclude evidence of other lawsuits will be denied. The only

3   evidence plaintiff seeks to present that falls in these

4   categories concerns the criminal investigation of Rockwell

5   described earlier and the church litigation. Plaintiffs may

6   present evidence regarding the fact of each.

7       Defendants' motion in limine No. 15 to exclude

8   evidence relating to Rockwell's guilty plea at Santa Susana
and
9   related conduct is denied as moot because Plaintiffs have
said
10  that they will not present any such evidence.

11          Now, No. 6 --

12          MR. DAVIDOFF: Judge, excuse me. Could you just

13  repeat the number of the motion that was denied as moot?

14          THE COURT: Number 15.

15          MR. DAVIDOFF: Thank you, sir.

16          THE COURT: With regard to the motion to exclude

17  evidence regarding the costs of mediation and the rest of the

18  Daubert motions, I am getting to those as soon as I can. I

19  think I should tell you that I am blessed with a marvelous
law
20  clerk and she has been working 24-seven trying to prepare me
on
21  these matters. And last week she had to take a half day off
to
22  have a root canal and she found that to be a more pleasant

23  experience than her present assignments. So let's get back
now
24  to these other items on the jury instruction issues.

25          The August 17 order directed the parties to be

Page 9