# Exhibit C

```
                                                                    1
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2   CIVIL ACTION NO. 90-CV-181-JLK
     ─────────────────────────────────────────────────────────
 3
     VIDEOTAPED DEPOSITION OF CHARLES C. McKAY
 4   EXAMINATION DATE:  SEPTEMBER 28, 2005
     ─────────────────────────────────────────────────────────
 5
     MERILYN COOK, et al.,
 6
     Plaintiffs,                            COPY
 7
     v.
 8
     ROCKWELL INTERNATIONAL CORPORATION
 9   and THE DOW CHEMICAL COMPANY,

10   Defendants.
     ─────────────────────────────────────────────────────────
11

12          PURSUANT TO NOTICE, the videotaped deposition of
     CHARLES C. McKAY was taken at 9:04 a.m. on September 28,
13   2005, at 1801 York Street, Denver, Colorado, before
     Nathan Stormo, Registered Professional Reporter and
14   Notary Public in and for the State of Colorado, said
     videotaped deposition being taken pursuant to the
15   Federal Rules of Civil Procedure.

16

17
                        Nathan Stormo
18             Registered Professional Reporter

19

20

21

22

23

24

25
```

```
                                                              40
 1      Q    Now, I think that there were two lawsuits.
 2      A    Uh-huh.
 3      Q    One was the Church lawsuit, which was filed in
 4  1975?
 5      A    That's where I had the exposure to Al Hazle.
 6      Q    And didn't you also file a separate lawsuit in
 7  connection with the West Spray Field after that first
 8  lawsuit?
 9      A    Yes, at the request of one of the attorneys for
10  Rocky Flats by the name of Mindy Brown, who suggested
11  that I file a lawsuit in order to get settlement because
12  they could work with me in the context of settlement.  I
13  filed a lawsuit, and then immediately became hostile.
14      Q    Was that a Department of Energy attorney?
15      A    I don't remember whether it was Rockwell or
16  Department of Energy.
17      Q    And do you remember who the judge was for that
18  lawsuit?
19      A    No.
20      Q    And that lawsuit was dismissed; is that
21  correct?
22      A    It was settled.
23      Q    It was settled?
24      A    You're talking about the West Spray Field one?
25      Q    Yes.
```

```
                                                              41
```

1    A    Yes, it was settled.

2    Q    And what were the terms of the settlement?

3    A    We got a little bit of money and stopped the bleeding after ten years.

5    Q    Okay. And you're talking about the West Spray Field lawsuit and not the Church lawsuit?

7    A    That's correct.

8    Q    Okay. Was there a ruling made in the West Spray Field lawsuit as to whether your claims were barred by the statute of limitations, as far as you are aware?

12    A    Yeah.

13    Q    And did the judge rule that they were -- that your claims were barred by the statute of limitations?

15    A    I don't think the judge ever got that far. So I did say yeah or yes on the ruling. I don't know whether there was a ruling. I know that that was part of Rockwell's position; I know painfully that that was part of their position.

20    Q    And that lawsuit was against Rockwell, but not Dow, correct?

22    A    That is correct.

23    Q    And it had -- it had to do with the potential contamination of the West Spray Field, correct?

25    A    It had to do with the potential contamination,