## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  November 10, 2005               Reporter: Janet Coppock
                                       Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | Peter Nordberg |
| | David Sorensen |
| v. | Ellen Noteware |
| | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | Ellen Ahern |
| Defendants. | Mark Nomellini |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Twenty-Three**

**8:38 a.m.      Court in session.**

Jury not present.

Court's ruling.

**ORDERED:** Government's Motion for Protective Order (Doc. No. 1603), filed November 7, 2005, as submitted is denied.  The same motion treated as a Rule 45(c) motion is granted according to the provisions announced on the record.  The previous orders to the parties are reiterated.

Argument regarding the testimony of Mr. Hoffman.

Argument regarding the testimony of Dr. Clapp.

**9:30 a.m.      Court in recess.**
**10:25 a.m.     Court in session.**

Court's ruling.

**ORDERED:   Defendants' Motion to Strike and Exclude Testimony of Dr. Richard Clapp and Related Exhibits (Doc. No. 1620), filed November 10, 2005, is denied.**

10:32 a.m.   Jury present.

Court's comments to the jury.

10:35 a.m.   Continued cross examination of Dr. Clapp by Mr. Kurtenbach.

11:39 a.m.   Redirect examination of Dr. Clapp by Mr. Sorensen.

**12:00 p.m.   Court in recess.**
**1:18 p.m.    Court in session.**

Court's ruling.

**ORDERED:   With regard to the Motion to Exclude Robb from Testifying (Doc. No. 1615), filed November 9, 2005, the Motion is granted to the extent that the video may not be shown.**

**ORDERED:   Motion in Limine to Limit the Testimony of Gretchen Robb (Doc. No. 1616), filed November 9, 2005, is granted in part and denied in part.**

Offer of proof by Mr. Davidoff regarding Mr. Hoffman's testimony.

1:53 p.m.   Argument by Mr. Bernick.

2:15 p.m.   Argument by Mr. Davidoff.

2:28 p.m.   Argument by Mr. Bernick.

Court's ruling.

2:36 p.m.   Argument by Mr. Davidoff.

2:39 p.m.   Continued redirect examination of Dr. Clapp by Mr. Sorensen.

Plaintiffs' witness, Gretchen Robb, sworn.

2:51 p.m.   Direct examination of Ms. Robb by Ms. Noteware.

3:08 p.m.     Cross examination of Ms. Robb by Mr. Nomellini.

Redirect examination of Ms. Robb by Ms. Noteware.

3:38 p.m.     Jury excused.

Argument regarding Hoffman exhibits.

Argument by counsel regarding the Hoffman issues.

Discussion regarding trial schedule, depositions, exhibits, and pending motions.

>  **Exhibits offered:**   **DX-606, DX-1319, DX-1309, DX-1339, DX-1307A, DX-37, DX-38, DX-379, DX-609, DX-610, DX-622, DX-623, DX-625, DX-626, DX-1333, DX-1336**

**4:05 p.m.     Court in recess.**

Time in court - 5:14.  Trial continued.