# Exhibit A

# A Critical Review of the United States Department of Energy Efforts to Investigate the Human Health Effects of Plutonium

by:

Steve Wing
Associate Professor
Department of Epidemiology
School of Public Health
University of North Carolina
Chapel Hill, NC 27599-7400

prepared for:

Berger and Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

November 21, 1996

be publishing using or trying to please peer reviewers, but rather we should be publishing to please the Department of Energy because they were a customer of ours." He further stated that, "at that time, pressure was put on me to withdraw the paper and which I refused to do." (page 207) Pressure to withdraw the paper came not only from his superiors at LANL. "There was very definite pressure from several sources within the Department of Energy to withdraw the results of that study to change the findings or the interpretation."

The experience of a British epidemiologist suggests that the scientific climate at DOE is similar in other countries in which the governrunent has a vested interest in promoting nuclear technology. According to Geoffrey Rose, a participant in an inquiry into the relationship of childhood cancer to environmental exposures from the Sheffield, United Kingdom, nuclear facility, "We were given information (which, it later transpired, was incorrect) of the total radioactive emissions from the plant, but the exposure levels of the children were a matter of speculation. The radiation experts on the committee calculated 'best estimates' and they concluded, on theoretical grounds, that these could not have caused any major excess risk: 'It couldn't have happened, so it didn't happen.'" 105 Rose went on to note that "From experience at Sheffield and elsewhere I have become aware that in investigating the environmental health impact of large industries (especially if they have military interests) we are confronting the seat of immense economic and political power."115 Rose's experience suggests that problems with governmental and industry influence on radiation health researchers is international.

*Advisory Committee on Human Radiation Experiments (ACHRE)*

The ACHRE was created by President Clinton to investigate experiments on individuals involving intentional exposure to ionizing radiation, and experiments involving intentional environmental releases of radiation. The Advisory Committee on Human Radiation Experiments Final Report (1995) and related documents describe Atomic Energy Commission (AEC) policies, procedures and activities 'in releasing information related to the human radiation experiments, occupational exposures, environmental emissions and nuclear fallout studies conducted by the Manhattan Engineering District and the AEC.

The AEC established a written policy of security classification which controlled access to information by the scientific community and the public. The written policy was adopted in 1947 following recommendations of the Advisory Committee on Declassification[106] and the AEC Medical Board of Review. The Medical Board of Review recommended that, "in so far as it is compatible with national security, secrecy in the field of biological and medical research be avoided."(Letter from David E. Lilienthal to Dr. Robert F. Loeb, Chairman, Atomic Energy Commission Medical Board of Review, June 27, 1947)

However, in practice the AEC consistently violated this policy. Instead, criteria other than national security were used to prevent release of information, creating classification categories of restricted and confidential, in addition to secret and top secret classifications, to control access to information. These criteria are described in several documents obtained by ACBRE. For example, documents were classified by the AEC as Confidential if, "while not endangering the National security, would be prejudicial to the interests or prestige of the Nation or any

28

Governmental activity, or individual, or would cause administrative embarrassment, or be of advantage to a foreign nation."

Questions regarding the AEC policy for declassification of previously classified medical and biological research documents were raised by the Biological Research Department at Oak Ridge Operations office in 1947 following publication of the AEC Board of Medical Review recommendations. The Oak Ridge Operations Office cited numerous documents that caused considerable concern to the Atomic Energy Commission Insurance Branch and would compromise the public prestige and best interests of the commission.

> Papers referring to levels of soil and water contamination surrounding Atomic Energy Commission installations, idle speculation on the future genetic effects of radiation and papers dealing with potential process hazards to employees are definitely prejudicial to the best interests of the government. Every such release is reflected in an increase in insurance claims, increased difficulty in labor relations and adverse public sentiment. (October 8, 1947 memorandum from Medical Advisor's Office, Oak Ridge Directed Operations to Advisory Board on Medicine and Biology, Re- Medical Policy).

Of particular interest to the present investigation, the AEC's classification activities extended beyond the human experimentation studies to include documents related to medical reports of injury, programmatic medical research, records of exposure to classified substances, public health hazards, and "documents and correspondence relating to matters of policy planning and procedures, the given knowledge of which might compromise or cause embarrassment to the Atomic Energy Commission and/or its contractors" (Report of Meeting of Classification Board During Week of September 8, 1947, Oak Ridge Operations Records Holding Center, TN).

Numerous examples of AEC actions in restricting publication of research results are described in the ACHRE report and supporting documents. Public and scientific access to documents describing occupational and public health hazards associated with specific AEC sites, and studies of nuclear fallout was controlled by classification of the research reports. For example, the AEC classified documents as Confidential or Secret that summarized uranium toxicity using published literature, the establishment of maximum allowable concentrations for uranium exposure, descriptions of medical follow-up and exposure monitoring programs for AEC workers, and measurements of radionuclides in the general public from nuclear fallout. AEC policies and practices on declassifying research activities and publications were publicly criticized by Bak et al.,[106]

> Inaction by itself becomes a block to communication. If, for example, the Commission were to determine that publication in certain fields would not adversely affect the common defense and security, then more important investigations would be carried out in theses fields than under the present uncertain circumstances. Declassification by fields would also remove some of the difficulties of free scientific discussion.

29

The AEC Insurance Branch also became actively involved in the classification process, evaluating the potential liability to the AEC and its contractors if specific documents were declassified. Their review of a study evaluating changes in the blood of humans chronically exposed to low level gamma radiation noted the following-

> The results of the studies indicate that the tolerance levels for chronic exposure to gamma radiation which have been accepted both within the A.E.C. and elsewhere may be too high. We can see the possibility of a shattering effect on the morale of the employees if they became aware that there was substantial reason to question the standards of safety under which they are working. In the hands of labor unions the results of this study would add substance to demands for extra-hazardous pay. We can also see the definite possibility that general knowledge of the results of this study might increase the number of claims of occupational injury due to radiation and place a powerful weapon in the hands of a plaintiffs attorney. (Memorandum from Clyde E. Wilson, Chief, Insurance Branch to Anthony C Vallado, Deputy Declassification Officer, Declassification Branch dated December 20, 1948).

In describing the AEC research activities on nuclear fallout, the ACHRE noted that, "By the mid-1960s the possibility that data gathering could only get the AEC into more trouble became an incentive to 'not study at all.'"4

*The Secretarial Panel for the Evaluation of Epidemiologic Research Activity*

It was such experiences that, in part, led Admiral Watkins to create the Secretarial Panel for the Evaluation of Epidemiologic Research Activity (SPEERA). On September 13, 1989, the panel heard testimony from Robert Goldsmith, head of DOE's epidemiology program. He noted that the goals and objectives of the program were "to determine the presence, the magnitude and the causes of adverse human health effects associated with, number one, the generation and use of energy, and number two, working at or living near Department of Energy facilities." Referring to the study of atomic bomb survivors, Goldsmith stated that, "this has been the source of just about everything we know on the effects of ionizing radiation of humans," noting that this has been the largest component of the epidemiology budget. It is interesting to compare the goals and aims stated by Goldsmith with the focus on A-bomb survivors, a population in which epidemiological studies of plutonium and other alpha-emitting radionuclides have not been conducted, and which is distinctly unlike the populations supposedly of interest to DOE. The major components of the program to study health effects of internally deposited alpha emitters were fisted as studies of radium dial painters, residential exposure to radon, and studies of uranium miners, only the last of which has to do with energy generation and DOE facilities. Despite his reference to health effects from Eving near DOE facilities, Goldsmith said, "we probably haven't addressed the question of health effects in off-site population categories yet."

The discrepancy between DOE's goals and objectives and the actual studies that were conducted suggest lack of a strong vision about what avenues of research are important and how they fit together into a research agenda that would be carried out over a period of many decades. This problem might have been addressed, in part, through independent peer review. However,

30