# Exhibit C

```
 1    during a period of time with regard to the enjoyment of their
 2    property and not knowing the extent of such pollution as there
 3    was.
 4            The evidence that some information that might be
 5    admissible for plaintiffs was -- remains classified, is
 6    admissible and that's it.  That's it.  I am not going to permit
 7    any further testimony.  I am rejecting the offer of proof
 8    that -- because there has been a failure to show plaintiffs
 9    were denied any information dealing with this case.  You have
10    demonstrated quite clearly how difficult it was, and I am not
11    going to get into the wisdom of what's in the security
12    interests of the United States.  That's simply not a matter for
13    me to decide.
14            MR. DAVIDOFF:  Counsel for the defendants have
15    reargued many rulings, and I have tried to avoid that, but
16    there is one aspect of this, Your Honor, that I believe has to
17    at least -- I respectfully ask you to hear me out.  If Your
18    Honor wants to call the jury in so we don't detain them any
19    further, I am happy to do that after the jury is dismissed
20    after Ms. Robb's testimony, but I do want to be heard out on
21    some of the specific types of documents that we submitted with
22    our motion.  I think it is extremely prejudicial, Your Honor,
23    for those to be ruled out of bounds in this case.
24            And I think, you know --
25            THE COURT:  I will hear you later.  Let's get the jury
```