# Exhibit D

```
 1    belong to the contractors anymore.  This isn't an ordinary case
 2    where you take discovery from an adverse litigant and you get
 3    information from their files.  It's been like pulling teeth out
 4    of a hippopotamus, a young strong hippopotamus to get
 5    information out of the Department of Energy for 15 years in
 6    this case.
 7              And we have a right to give some of the flavor of that
 8    to the jury.
 9              THE COURT:  Why?  What does it have to do with your
10    clients?  I know how frustrating it is for you.  I have been
11    there, and I have done that, not with the Department of Energy,
12    but with other government agencies.  And I understand that as a
13    recovering lawyer, I understand that, but what I don't
14    understand is how your argument relates to your clients and
15    their case.  If they have Darth Vader sitting back in
16    Germantown, Pennsylvania making, these decisions, what
17    difference does it make?  What makes a difference is how much
18    evidence you have and do you have it for the jury.
19              It's taken 15 years.  You don't need to tell me how
20    difficult this case has been, but what I am trying to separate,
21    and I think I am correct in my thinking on this, is that it's
22    the merits of the case, not the motivations of employees of the
23    Department of Energy.  And if you don't -- as I said before, if
24    you had evidence of a conspiracy, that's fine.  What you have
25    are comments that people are talking about it's bad for PR,
```

1   it's bad for pending litigation, bad for this, bad for that,
2   but you still have a classification decision that's made, and
3   the Congress says it's none of my business.
4             MR. DAVIDOFF:  Your Honor, I completely understand
5   that.  That has been explained to the jury and can be explained
6   to the jury.  But this is not an ordinary litigation.  And what
7   the relevance to our clients is is 2600 pounds of missing
8   plutonium.  Our class which is our clients, the class, not just
9   the class representatives, lived in that area, owned property
10   in that area.  There were tremendous revelations of misconduct.
11            They weren't fully investigated.  Your Honor has
12   already ruled a great deal of that out of bounds.
13            THE COURT:  I ruled a great deal of it in.
14            MR. DAVIDOFF:  For the defendants.
15            THE COURT:  No, for you.  I ruled a lot of it in.
16            MR. DAVIDOFF:  The fact of the matter is we have
17   missing 2600 pounds of plutonium, and that's the only fact we
18   have been able to pull out of these people in 15 years, and
19   there are documents that make it absolutely, starkly clear this
20   was done for improper purposes.  And this plant has been closed
21   for 16 years, 16 years.  They are not making weapons.  There is
22   no -- I think it would be evident in an examination that there
23   would be no legitimate national security purpose to hiding
24   information about production rates 30 or 40 or 50 years ago.
25            It's self-evident to you, perhaps, Your Honor, or to