**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  November 14, 2005                              Reporter: Kara Spitler
                                                      Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                                 Merrill Davidoff
                                                      Louise Roselle
Plaintiffs,                                           Peter Nordberg
                                                      David Sorensen
v.

ROCKWELL INTERNATIONAL CORPORATION                    David Bernick
and THE DOW CHEMICAL COMPANY,                         Douglas Kurtenbach
                                                      Scott McMillin
Defendants.
_____

**MINUTE ORDER/COURTROOM MINUTES**
_____


> **IT IS ORDERED THAT the Motion in Limine to Limit the Testimony of
> Gretchen Robb (Doc. No. 1614), filed November 9, 2005, is granted in
> part and denied in part.**

**Jury Trial - Day Twenty-Four**

**9:07 a.m.      Court in session.**

Jury not present.

Court's comments.

**ORDERED: 1.      Defendants' Motion to Strike Richard Kaufman as a Witness
                  (Doc. No. 1628), filed November 11, 2005, is denied.**

> **2.      Defendants' Motion in Limine Regarding the Examintion of
>          Rodney Hoffman and Richard Kaufman (Doc. No. 1622), filed
>          November 10, 2005, is resolved as set forth on the record
>          November 10, 2005, and today.**

     3.     **Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran (Doc. No. 1618) filed November 10, 2005, is denied.**

Offer of proof by Mr. Sorensen regarding the testimony of Mr. Kaufman.

Argument by Mr. Bernick.

9:33 a.m.     Jury present.

Plaintiffs' witness, Richard Kaufman, sworn.

9:35 a.m.     Direct examination of Mr. Kaufman by Mr. Sorensen.

     **Exhibits received: P-1386, P-1410, P-636**

**10:25 a.m.     Court in recess.**
**10:46 a.m.     Court in session.**

Jury not present.

Discussion regarding testimony of Mr. Kaufman.

Jury present.

10:50 a.m.     Continued direct examination of Mr. Kaufman by Mr. Sorensen.

     **Exhibits received:  P-1390, P-1213, P-1209 (without correspondence)**

11:25 a.m.     Cross examination of Mr. Kaufman by Mr. Bernick.

**12:00 p.m.     Court in recess.**
**1:22 p.m.     Court in session.**

Jury present.

1:23 p.m.     Continued cross examination of Mr. Kaufman by Mr. Bernick.

     **Exhibit received:   DX-1382**

     **Exhibits offered:   DX-1374, DX-1375, DX-1376, DX-1377, DX-1362, P-646.**
                             **DX-1379, DX-1380, DX-1381, DX-1382, DX-1385**

2:02 p.m.     Redirect examination of Mr. Kaufman by Mr. Sorensen.

**Exhibit received:   P-1418**

**Exhibits offered:   P-1386,  P-1387,  P-1388, P-646, P-647, P-635, P-1410, P-636,  P-1390, P-1213, P-1419, P-1392, P-1209, portions of P-1417, portions of P-1418.**

2:26 p.m.      Recross examination of Mr. Kaufman by Mr. Sorensen.

Jury excused.

Discussion regarding exhibits.

Defendants' objection to the Cochran video tape is overruled.

**2:43 p.m.      Court in recess.**
**2:58 p.m.      Court in session.**

Jury present.

Plaintiffs' witness, Thomas Cochran, sworn.

3:01 p.m.      Direct examination of Dr. Cochran by Mr. Davidoff.

Mr. Davidoff offers Dr. Cochran as an expert.

3:55 p.m.      Voir dire by Mr. Bernick.

4:00 p.m.      Continued direct examination of Dr. Cochran by Mr. Davidoff.

**Exhibit received: P-1205, P-1339**

4:48 p.m.      Jury excused.

Argument by counsel regarding the testimony of Dr. Cochran.

Discussion regarding witnesses.

**4:56 p.m.      Court in recess.**

Time in court - 5:51.  Trial continued.

3