**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: November 14, 2005 | Reporter: Kara Spitler |
| | Deputy Clerk: LaDonne Bush |

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | Peter Nordberg |
| | David Sorensen |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | Scott McMillin |
| Defendants. | |

_____

**MINUTE ORDER/COURTROOM MINUTES**
_____

**IT IS ORDERED THAT the Motion in Limine to Limit the Testimony of Gretchen Robb (Doc. No. 1614), filed November 9, 2005, is granted in part and denied in part.**

**Jury Trial - Day Twenty-Four**

**9:07 a.m.     Court in session.**

Jury not present.

Court's comments.

**ORDERED: 1.     Defendants' Motion to Strike Richard Kaufman as a Witness (Doc. No. 1628), filed November 11, 2005, is denied.**

**2.     Defendants' Motion in Limine Regarding the Examintion of Rodney Hoffman and Richard Kaufman (Doc. No. 1622), filed November 10, 2005, is resolved as set forth on the record November 10, 2005, and today.**

    **3.**    **Defendants' Motion to Bar Certain Testimony from Dr. Thomas Cochran (Doc. No. 1618) filed November 10, 2005, is denied.**

Offer of proof by Mr. Sorensen regarding the testimony of Mr. Kaufman.

Argument by Mr. Bernick.

9:33 a.m.    Jury present.

Plaintiffs' witness, Richard Kaufman, sworn.

9:35 a.m.    Direct examination of Mr. Kaufman by Mr. Sorensen.

    **Exhibits received: P-1386, P-1410, P-636**

**10:25 a.m.**    **Court in recess.**
**10:46 a.m.**    **Court in session.**

Jury not present.

Discussion regarding testimony of Mr. Kaufman.

Jury present.

10:50 a.m.    Continued direct examination of Mr. Kaufman by Mr. Sorensen.

    **Exhibits received:  P-1390, P-1213, P-1209 (without correspondence)**

11:25 a.m.    Cross examination of Mr. Kaufman by Mr. Bernick.

**12:00 p.m.**    **Court in recess.**
**1:22 p.m.**    **Court in session.**

Jury present.

1:23 p.m.    Continued cross examination of Mr. Kaufman by Mr. Bernick.

    **Exhibit received:   DX-1382**

    **Exhibits offered:   DX-1374, DX-1375, DX-1376, DX-1377, DX-1362, P-646.**
                              **DX-1379, DX-1380, DX-1381, DX-1382, DX-1385**

2:02 p.m.    Redirect examination of Mr. Kaufman by Mr. Sorensen.

      **Exhibit received:**    **P-1418**

      **Exhibits offered:**    **P-1386, P-1387, P-1388, P-646, P-647, P-635, P-1410, P-636, P-1390, P-1213, P-1419, P-1392, P-1209, portions of P-1417, portions of P-1418.**

2:26 p.m.    Recross examination of Mr. Kaufman by Mr. Sorensen.

Jury excused.

Discussion regarding exhibits.

Defendants' objection to the Cochran video tape is overruled.

**2:43 p.m.    Court in recess.**
**2:58 p.m.    Court in session.**

Jury present.

Plaintiffs' witness, Thomas Cochran, sworn.

3:01 p.m.    Direct examination of Dr. Cochran by Mr. Davidoff.

Mr. Davidoff offers Dr. Cochran as an expert.

3:55 p.m.    Voir dire by Mr. Bernick.

4:00 p.m.    Continued direct examination of Dr. Cochran by Mr. Davidoff.

      **Exhibit received: P-1205, P-1339**

4:48 p.m.    Jury excused.

Argument by counsel regarding the testimony of Dr. Cochran.

Discussion regarding witnesses.

**4:56 p.m.    Court in recess.**

Time in court - 5:51.  Trial continued.