# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

### DEFENDANTS' MOTION TO EXCLUDE EXHIBITS SOUGHT TO BE ADMITTED BY PLAINTIFFS IN CONJUNCTION WITH CANDICE JIERRE DEPOSITION DESIGNATIONS

---

Candice Jierre Deposition Transcript with designations, objections and counterdesignations, Exhibit A to Defendants' Motion to Exclude Exhibits Sought to be Admitted by Plaintiffs in Conjunction with Candice Jierre Deposition Designations.