# Exhibit B

# ENVIRONMENTAL CRIMES AT THE ROCKY FLATS NUCLEAR WEAPONS FACILITY

## HEARINGS

BEFORE THE

SUBCOMMITTEE ON INVESTIGATIONS AND OVERSIGHT

OF THE

COMMITTEE ON SCIENCE, SPACE, AND TECHNOLOGY U.S. HOUSE OF REPRESENTATIVES

ONE HUNDRED SECOND CONGRESS

SECOND SESSION

EXECUTIVE SESSION, SEPTEMBER 10, 11, 17, 18, 23 [11:00 a.m.], 24, 25, 30, 1992

PUBLIC SESSION, SEPTEMBER 23 [2:15 p.m.], OCTOBER 2, 5, 1992

[No. 163]

VOLUME I

Printed for the use of the Committee on Science, Space, and Technology

EXHIBIT NO. 1605

B. BIRGER

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF CRIMINAL INVESTIGATIONS

# REPORT OF INTERVIEW

| 1. TITLE | 2. CONTROL NUMBER |
|---|---|
| Rocky Flats | 87-(S)-VIII-2-101 (16V) #12 |
| **3. PERSON INTERVIEWED** | **4. REPORTING OFFICE** |
| Candice Jierree | Denver Resident Office |
| **5. LOCATION** | **6. DATE** |
| Denver, Colorado | May 18, 1990 |

On May 18, 1990, Candice Jierree, former employee U.S. Department of Energy, Rocky Flats Area Office, provided the following information:

It was Jierrees' belief the Building 776 fluidized bed incinerator (FBI) had interim status under the Resource Conservation and Recovery Act (RCRA). Jierree was given a tour of the FBI in 1987. The tour was conducted by Frasier Lockhart who worked for William Rask. Jierree worked on the Environmental Assessment (EA) for the Building 776 FBI incinerator. The EA was actually prepared and written by a sub-contractor. The following people were involved in working on the FBI EA: Nancy Dorreti, Pat Currier, Paul Aguilar, and Barbara Greer. John Themelis, from the Albuquerque office, U.S. Department of Energy also worked on the FBI Environmental Assessment.

Jierree did not have any more involvement with the FBI after the Environmental Assessment was completed. Paul Aguilar was in charge of the FBI Project for Rockwell. Barbara Greer took over this task for Rockwell.

The major work being performed with the FBI was Systems Operations Testing (SOT). The Systems Operations Testing was used to determine the operating parameters of the system. This work was done under the direction of William Rask. The FBI fire in 1987 was apparently caused by the SOT. According to Barbara Greer the idea behind the SOT was to push the parameters of the incinerator to induce failure. After the 1987 fire the Albuquerque office stopped all Systems Operations Testing.

Jierree said the System Operations Testing was a precursor to a pre-trial burn and then to a trial burn which would lead to permitting under RCRA. Barbara Greer was working on test plans for trial burns. Frasier Lockhart was very knowledgeable about testing for the FBI.

| REPORT MADE BY | DATE |
|---|---|
| William F. Smith, RAC [signature] | 7/3/90 |
| **REVIEWING OFFICIAL** | **DATE** |
| John W. West, SAIC [signature] | 7/3/90 |

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Page 1 of 3 pages

EPA Form 2720-6 (Rev. 3-84)

ORIGINATING OFFICE

US ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF CRIMINAL INVESTIGATIONS
CONTINUATION SHEET

CONTROL NUMBER 87-(S)-VIII-2-101 (18V) #12

CONTINUED:

Jierree said there was data in the Environmental Assessment which showed that the FBI had approximately 200 hours of operation. Rockwell put the FBI project on hold because it was perceived by Rockwell that it would take too much work to get the FBI into operation. The decision to stop work would have been made by Dominick Sanchini, Rockwell International, and William Weston of Rockwell International. After the 1987 fire the DOE Albuquerque office put an end to all future SOT burns.

Jierree had no knowledge of the amount of ash generated in the various test burns of the FBI incinerator.

In the spring of 1988, Jierree attended a two day course at the DOE Albuquerque office on land disposal restrictions (LDR). When Jierree returned to Rocky Flats, she put on training for people at Rocky Flats concerning land disposal restrictions. Among the attendees at her training was Ann Ficklin of Rockwell.

Jierree told Albert E. Whiteman, DOE Area Manager, that Rocky Flats had a lot of catching up to do on land disposal restrictions, and presented him handouts she prepared. Jierree said that from this point on land disposal restrictions were an issue with DOE. Jierree said the majority of Rocky Flats waste was in fact land ban waste and she considered it her number one problem. She said that the pondcrete and saltcrete were subject to land disposal restrictions.

Rich Schassburger of the Rocky Flats Area Office was involved with the Colorado Department of Health (CDH) and EPA on land disposal restrictions. Jierree said that in January 1989, CDH and EPA knew of the land disposal restriction problems at Rocky Flats. CDH and EPA knew that pondcrete and salcrete had LDR materials in them. Jierree said there was no confusion at Rocky Flats about the applicability of the land disposal restrictions to Rocky Flats waste.

Ed Naimon, Rockwell International, gave LDR presentations at the monthly RCRA meetings. The presentations were prepared for Naimon by Ann Ficklin of Rockwell. Ficklin worked for Naimon. Dominick Sanchini attended these meetings and was aware the storage of land ban wastes at Rocky Flats was in violation of the Federal regulations. At one of these meetings Sanchini stated, "Now we need the FBI incinerator."

Also involved in land disposal restriction considerations was D. Ann Bretzke of Rockwell International. Jierree heard Ann Ficklin talk about two building 774 tanks which contained LDR waste. There appeared to be no confusion about the applicability

This document contains neither recommendations nor conclusions of the EPA. It is the property of the EPA and is loaned to your agency; it and its contents are not to be distributed outside your agency.



US ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF CRIMINAL INVESTIGATIONS
CONTINUATION SHEET

CONTROL NUMBER
87-(S)-VIII-2-101 (18V)
#12

CONTINUED:

of the regulations to the tanks. Eventually DOE headquarters took control of the LDR issue in order to pursue it on a DOE-wide basis.

Jierree informed Pat Currier, RFAD Counsel, and Albert Whiteman, Area Manager, know they might have land disposal restriction violation at Rocky Flats.

Jierree said that the sewage sludge may have been hazardous because it contained high levels of sulphur which may have made it a reactive waste under RCRA. Jierree did some testing of the sewage sludge from the waste water treatment plant at Rocky Flats. They opened approximately 15 boxes of sludge and there were free liquids in the sludge. This precluded the sewage sludge, which is considered low-level radioactive waste, from going to the National Test Site in Nevada. The National Test Site will not except waste with free liquids.

Jierree said that Rockwell fought her on the Unusual Occurrence Report (UOR) on pondcrete. Initially Rockwell didn't want to do a UOR. When they finally agreed to do a UOR Rockwell wanted to put as little information as possible into it. Jierree was upset at this attitude and tried to get them to include more information into the UOR.

Jierree said she left DOE, because Rockwell was not proactive on environmental matters. It became very frustrating to her to work there and try and get things done.

Jierree believes the landfill closure plan was drafted by Frank Blaha. She said it is common knowledge that there is tritium in the landfill. Jierree said they were going to submit for closure under RCRA because they believed that hazardous wastes may have gone into the landfill. She did not have direct knowledge that hazardous waste was going into the landfill. Jierree said the closure plan for the landfill probably got to her office the same day it was due at CDH and EPA. She said this was a common scenario with documents required by CDH and EPA. When Jierree reviewed the waste stream identification and characterization document she noticed there were only 7 or 8 waste streams listed as going to the landfill. Jierree realized there were other waste streams going to the landfill. Jierree believed the number of waste streams going to the landfill was under reported.

Jierree said the landfill pond was never brought to her attention. The spray irrigation system for the landfill pond worked like a "fire hose", with the flow running off the hill back into the pond. She was not aware that there was any problem with the landfill pond nor was she aware that the landfill pond was ever discharged to North Walnut Creek. Jierree believed that Rockwell's Utilities group operated the landfill.