# Exhibit C

*By X600365*
*DOM: "you wanted A copy*
*of this report.*
*ERA*

September 9 1988

To:      Richard Schassburger
         ES&H Team

From:    Candice Jierree
         ES&H Team

Subject: Environmental Survey July 1988

Earl and John just received one copy of the subject survey. John has asked that you do the following:

1. Obtain or duplicate the subject survey for JBW, AEW, Pat Currier, Ron Reed, you, me and any others that you want.

2. Copy the sections pertinent to the RFP and give a copy to John, Earl and Pat.

3. Rockwell International's Communication Department should be calling you regarding writing an RTI for this version of the survey. Please work with Communications on this. The high ranking is due to the potential for public impact and not on any imminent hazard. Actual measuremets show that the VOCs in groundwater are of low concentration and are not migrating rapidly through the earth.

4. Confirm if this July 1988 version of the ES has been issued in final and if it is now public information.

5. Work with ALO in obtaining maximum dollars for cleanup since the RFP is still listed as the highest priority site.



ANTCO
EXHIBIT NO. 7691
684-367
B. BIRGER

127041

TABLE 1.2

PUBLIC HAZARD SIGNIFICANCE OF HPI GROUPS

| HPI Group[1] | Potential Public Hazard Significance[2] |
|---|---|
| 10<br>9<br>8 | These groups include the environmental problems of most concern from the perspective of the potential public hazard. This concern is due to the size of the potential receptor populations and the toxicity and concentration of the contaminants. |
| 7<br>6 | These groups include environmental problems that represent a secondary level of concern from the potential public hazard perspective. The scores for these groups are generally driven by large receptor populations with moderate concentrations and/or toxicity of the contaminants. However, a few problems in these groups include small receptor populations where the toxicity or concentrations are high. |
| 5<br>4 | These groups include environmental problems that present a tertiary level of concern from the potential public hazard perspective. Scores for these groups are generally a result of either small receptor populations, low doses, or low-toxicity contaminants. |
| 3<br>2<br>1 | These groups include environmental problems that are characterized as generally reaching receptors at levels well below those used in regulatory decisions. |
| 0 | This group includes environmental problems that are not projected to reach receptors. |

1   Proceeding down in the HPI Groups results in an order of magnitude reduction of significance.

2   Significance is based upon the size of the potential receptor population most frequently encountered in this report.

127042

Rocky Flats Plant
VOCs in Groundwater

## Description of Ranking Unit

Volatile organic compounds (VOCs) are present in the groundwater at the Rocky Flats Plant (RFP). The organics consist of trichloroethylene, tetrachloroethylene, 1,1-dichloroethylene, 1,1,1-trichloroethane, 1,2-dichloroethane, carbon tetrachloride, and chloroform. In some cases, potential sources have been identified although the link between the potential sources and certain VOCs has not been established. In other cases, VOCs are present in groundwater in locations for which no known potential source exists.

## How the Ranking Unit was Modeled

The transport pathway modeled was groundwater to surface water

The exposure scenarios analyzed included the potential for ingestion of surface water, the potential for bathing with surface water, and the potential for ingestion of crops irrigated and livestock watered with surface water.

There is no reported recreational use of surface water; therefore, recreational exposure scenarios were not addressed. There are no groundwater wells in use in the area; therefore, exposure to groundwater was not considered.

A rectangular area encompassing wells having the highest VOC concentrations was assumed to represent the area of the "source," since the VOC concentrations actually vary widely and do not follow a pattern that delineates a specific source of contamination. The average VOC concentrations measured in the wells lying within this assumed source were assumed to exist throughout the source. Many of these concentrations were expressed as "less than" a value; in these cases, the maximum possible value for concentration was used, thereby yielding a conservative estimate of the VOC inventory. Furthermore, some of the contaminated groundwater may re-emerge and flow into on-site settling ponds, thus reducing the potential contamination of the off-site surface water bodies. For a conservative estimate of the potential effects of the groundwater contamination, however, this possibility was not included in the modeling. Because many significant assumptions regarding the source term were necessary, the critical data category is "C".

## Results of the Risk-Based Modeling

This ranking unit resulted in an HPI in Group 9, driven by the potential for ingestion of tetrachloroethylene in surface water as well as in potentially contaminated crops and livestock products. This HPI Group, as explained in Section 1.7.4 of this report, would place this ranking unit with those environmental problems of most concern from the perspective of the potential public hazard.

The high ranking for this unit is due to the large exposed population and the additional irrigation/livestock usage at this potential receptor. The magnitude of the HPI was also due to the shallow depth to groundwater, the relatively high mobility of the VOCs, and their large quantities.

127043

## Qualifiers to the Risk-Based Ranking

This ranking unit involves organics in groundwater and surfa e water. The third qualifier in Section 1.7.5 of this report applies.

## Integration Phase Concerns

This ranking unit was identified as having environmental degradation issues associated with it. The degradation issue was groundwater contamination.

## Regulatory Aspects of the Ranking Unit

In July 1986, a compliance agreement between RFP, the Environmental Protection Agency (EPA), and the Colorado Department of Health stipulated that a comprehensive Remedial Investigation/Feasibility Study (RI/FS) be conducted as the first part of a groundwater contamination mitigation program.

## Current Status of the Ranking Unit

In March 1988, RFP informed the Survey that RIs for major suspected sources of VOCs were completed in December of 1987 and RIs are being initiated at lower priority sites suspected of contributing to VOCs in the groundwater. The FS for the 881 Hillside (high-priority sites) was submited on March 1, 1988.

### Rocky Flats Plant
### Solar Evaporation Ponds

## Description of Ranking Unit

The solar evaporation ponds at Rocky Flats were used to store and reduce the water content, by natural evaporation, of low-level radioactive process wastes. There has been measurable groundwater contamination at the site due to nitrate, uranium, and tritium from these ponds.

## How the Ranking Unit was Modeled

The transport pathway modeled was groundwater to surface water.

The exposure scenario analyzed was the potential for ingestion of surface water.

No wells are known to be in use in the contaminated area; therefore the groundwater transport pathway was not modeled. The contaminants in the evaporation ponds are not volatile; therefore, no air transport scenarios were considered. Overland runoff is not of concern, since there is no surface release from the ponds.

The evaporation ponds were assumed to have all been in use from 1955 to 1977. The concentrations of tritium and nitrate in the ponds during their active lives were assumed to be equal to the maximum concentrations detected in groundwater monitoring wells downgradient of the ranking unit. Some of the contaminated groundwater may re-emerge and flow to on-site collection ponds, which could reduce the quantity of contaminants that might reach the reservoir. In order to be conservative, however, this possibility has not been accounted for in the modeling

A-154

127044

process. The concentration of uranium-238 in the ponds was assumed to be equal to the maximum radioactivity that was allowed to be deposited in the ponds. Since the source term is derived from assumptions that are based on real data, the critical data category is "B".

## Results of the Risk-Based Modeling

This ranking unit yielded an HPI in Group 5, driven by the potential for ingestion of nitrate in surface water. This HPI Group, as explained in Section 1.7.4 of this report, would place this ranking unit with those environmental problems that present a tertiary level of concern from the potential public hazard perspective. The HPI for nitrate in this ranking unit is mainly due to the large amount of nitrate in the ponds and its high mobility through the soil.

## Regulatory Aspects of the Ranking Unit

At the time of the Survey, the site was removing materials from the ponds and preparing closure and post-closure plans in accordance with the terms of the compliance agreement.

## Current Status of the Ranking Unit

In March 1988, RFP informed the Survey that Resource Conservation and Recovery Act (RCRA) closure activities were in progress and that field studies had been initiated in 1987. Remedial actions are to be conducted on the basis of the results of the field studies and a risk assessment.

Rocky Flats Plant
903 Pad/Plutonium in Soils

## Description of Ranking Unit

Between 1958 and 1967, approximately 5,240 drums of machining oils contaminated with plutonium-239 were stored on an asphalt pad at the 903 Area at Rocky Flats. Leakage of the drums was detected in 1959 and 1964. The drums were removed in 1967 and 1968. An asphalt pad was constructed in 1969 to cover the contaminated area and to prevent runoff. Approximately 11.4 Ci of plutonium-239 were released to the soils around the pad, with 1.7 Ci now buried beneath the asphalt. The remaining 9.7 Ci are estimated to be present in on-site soil, and in off-site soil at much lower concentrations.

## How the Ranking Unit was Modeled

The transport scenarios modeled are resuspension of particulates and overland runoff to surface water.

The exposure scenarios analyzed include the potential for direct ingestion of off-site residential soils; the potential for inhalation of, external exposure to, or ingestion of resuspended particulates; the potential for the ingestion of surface water; and the potential for the ingestion of crops irrigated and livestock watered with surface water.

127045

Groundwater transport pathways were not considered due to the minimal depth of soil contamination and the relative immobility of plutonium-239 in the soil. There is no reported recreational use of surface water; therefore, exposure to plutonium-239 through recreational activities was not considered.

The areal extent of the potential contamination was assumed in order to obtain a soil concentration of plutonium-239 when measured concentrations were not available. Fifty percent of the 903 Pad area was assumed to lie within the area served by RFP's on-site drainage and collection system. Ninety percent of the contaminants in this area were assumed to be retained by this collection system. Thus, only a total of 55 percent of the 9.7 Ci inventory was assumed to have the capability of reaching the receptors via overland flow. These many assumptions place the critical data in category "C" for the resuspension and overland flow transport scenarios. Category "B" is more appropriate to describe the critical data for the residential soil ingestion pathway where some actual plutonium-in-soil concentrations were available.

## Results of the Risk-Based Modeling

The residential soil ingestion scenario ranked this unit in HPI Group S, due to the low soil concentrations involved. This HPI Group, as explained in Section 1.7.4 of this report, would place this ranking unit with those environmental problems that present a tertiary level of concern from the potential public hazard perspective.

## Qualifiers to the Risk-Based Ranking

This ranking unit includes overland runoff of contaminated soil. The qualifier discussed in Section 1.7.5 of the report applies.

## Integration Phase Concerns

This ranking unit was identified as having environmental degradation issues associated with it. The degradation issue was on-site and off-site contaminated soils.

## Current Status of the Ranking Unit

In March 1988, RFP informed the Survey that Remedial Investigation (RI) field activities, including soil gas and geophysical sampling, groundwater monitoring well installation and groundwater sampling, and surface water sampling, have been completed and the report submitted in December 1987. The site also reported that Feasibility Studies (FS) are currently being conducted.

Rocky Flats Plant
Underground Product Storage Tanks

## Description of Ranking Unit

The RFP has 33 underground storage tanks (USTs) that have been or are being used to store petroleum products. Virtually all the tanks are at least 20 years old. Due to the age of the tanks, some of their contents may have leaked or are likely to leak in the future. The diesel fuel and gasoline in the tanks thus present a source of possible groundwater contamination.

A-156

127046

### How the Ranking Unit was Modeled

The transport scenario is groundwater to surface water.

The exposure scenario modeled is the potential for ingestion of surface water and the potential for ingestion of crops irrigated and livestock watered with surface water.

There is no reported recreational use of surface water. No groundwater supply wells are in use in the area; therefore, exposure to groundwater was not considered.

Although leak information specific to these tanks is not known, their contents and capacities are known, and the standard release scenario for USTs described in Section 1.7.7 of this report was used to assess the potential releases. Some of the potentially contaminated groundwater may re-emerge and flow to on-site collection ponds. No adjustments have been made for the effect this may have on reducing the quantity of contaminants potentially reaching the receptor. The critical data category for this ranking unit is "B".

### Results of the Risk-Based Modeling

This ranking unit resulted in an HPI in Group 6. This HPI Group, as explained in Section 1.7.4 of this report, would place this ranking unit with those environmental problems that represent a secondary level of concern from the potential public hazard perspective. The potential for ingestion of gasoline in surface water as well as in potentially contaminated crops and livestock products drove the HPI. Gasoline scored this high based on the relatively large amount assumed to have the potential to be released to the groundwater.

### Qualifiers to the Risk-Based Ranking

This ranking unit scores for fuel in groundwater. It also involves organics in groundwater and surface water. The qualifiers in Section 1.7.5 of this report apply.

### Current Status of the Ranking Unit

In March 1988, RFP informed the Survey that all USTs at RFP are scheduled to be removed within the next two years. The current plans are to remove all USTs and replace them with aboveground, diked, inspectable tanks. If removal of tanks is not possible, tanks will be upgraded to EPA standards to be promulgated in the spring of 1988.

Rocky Flats Plant
PCB Transformer

### Description of Ranking Unit

A polychlorinated biphenyl (PCB) transformer on the roof of Building 447 at the RFP has shown evidence of leaks. The transformer is located near a roof drain that leads to a drainage ditch near Building 447. Up to now, the leakage from this transformer

127047

has been less than a gallon. The potential does exist, however, for the transformer to leak its entire contents, 333 gallons of Aroclor-1260.

## How the Ranking Unit was Modeled

The transport scenarios modeled included overland runoff to surface water and resuspension of surface soil.

The exposure scenarios analyzed were the potential for ingestion of surface water, the potential for ingestion of crops irrigated and livestock watered with surface water, and the potential for inhalation of resuspended soil particulates.

Since the potential depth of contamination is small, no groundwater transport scenarios were modeled. There is no reported recreational use of surface water; therefore, this exposure scenario was not addressed.

For modeling purposes, an estimated 90 percent of the potentially released volume is assumed to remain in the ditch and in the on-site holding ponds to which the ditch drains. Thus, 10 percent of the release is estimated to have the potential to reach the lake via overland flow. A catastrophic leak from an operating transformer such as this one would be noticed quickly. Therefore, in accordance with the standard PCB release scenario (see Section 1.7.7 of this report), it was assumed that the hypothetical leak would be cleaned up within two days to a remaining soil concentration of 50 ppm. A uniform soil concentration was determined from an assumed depth and the dimensions of the ditch. Since little is known about what would actually occur if the transformer leaked, the many assumptions place the critical data in category "C".

## Results of the Risk-Based Modeling

The resultant HPI is in Group 3, due to the potential for ingestion of PCBs in surface water as well as in potentially contaminated crops in livestock products. This HPI Group, as explained in Section 1.7.4 of this report, would place this ranking unit with those environmental problems that are characterized as generally reaching receptors at levels below those used in regulatory decisions.

The HPI for overland runoff is due to the high affinity PCBs have for soils. As the soil is eroded and carried off by stormwater, some PCBs may be present on the soil particulates and thus may reach surface water.

## Qualifiers to the Risk-Based Ranking

This ranking unit scores for overland runoff of contaminated soil. The qualifier discussed in Section 1.7.5 of this report applies.

## Current Status of the Ranking Unit

In March 1988, RFP informed the Survey that all PCBs in transformers at RFP are scheduled to be removed before the end of the fiscal year, probably within the next few months.

127048

Rocky Flats Plant
Abandoned Process Wastewater Collection System

## Description of Ranking Unit

An underground wastewater collection system at RFP was used for aqueous radioactive and chemical wastes until the late 1970s. Seventeen holding tanks remain in place at the facility. The system is known to have leaked during operation, but only one leak was analyzed by RFP. The system was flushed prior to abandonment.

## How the Ranking Unit was Modeled

The transport scenario modeled was groundwater to surface water.

The exposure scenarios analyzed were the potential for ingestion of surface water, the potential for ingestion of crops irrigated and livestock watered with surface water.

There is no reported recreational use of surface water; therefore, recreational exposure scenarios were not considered. There are no groundwater wells in use in the area, so the groundwater exposure scenario was not modeled.

Since no other data are available, the ranking unit was modeled based on the analysis of the leak mentioned above. This 1,000-gallon leak contained radioactive contaminants and nitrates. The concentrations of the system after it was flushed were estimated to have been diluted by a factor of $10^3$ to $10^6$ times the concentrations found in the leak. A sensitivity analysis was therefore performed in which the ranking unit was modeled once with a $10^3$ dilution factor and once with a $10^6$ dilution factor. Some of the contaminated groundwater may re-emerge and flow to on-site collection ponds, which could reduce the quantity of contaminants that might reach the surface water receptors. In order to be conservative, however, this possibility has not been accounted for in the modeling process. Since no critical data pertaining specifically to this ranking unit were available, the critical data category is "C".

## Results of the Risk-Based Modeling

Both dilution factors resulted in an HPI in Group 0 and were driven by nitrate. This HPI Group, as explained in Section 1.7.4 of this report, would place this ranking unit with those environmental problems that are not projected to reach receptors. This ranking unit's low score is due to the low inventory of nitrate present in the ranking unit as well as the high affinity these radioactive contaminants have for the soil.

## Current Status of the Ranking Unit

In March 1988, RFP informed the Survey that these lines are being investigated as part of a RCRA closure. In 1988, RFP will survey the abandoned process waste lines and tanks for location, verification, and presence of waste. In addition, an alpha survey will be conducted at the ground surface, soil samples will be taken along waste lines, and the interior of pipes and tanks will be sampled.

127049

Rocky Flats Plant
Pesticide Shed

## Description of Ranking Unit

Large quantities of pesticides and herbicides are stored in Building 367, which lacks adequate containment measures. The building is used for pesticide and herbicide mixing, and rinsate waters from pesticide containers have been disposed of on the ground outside the building.

## How the Ranking Unit was Modeled

The transport scenarios analyzed included overland runoff to surface water, groundwater to surface water, and resuspension.

The exposure scenarios modeled included the potential for ingestion of surface water, the potential for ingestion of crops irrigated and livestock watered with surface water, and the potential for inhalation of particulates.

There is no reported recreational use of surface water; therefore, recreational exposure scenarios were not considered. Groundwater is not directly used as a water supply at or near RFP.

For modeling purposes, soil concentrations were estimated by assuming that one percent of the 1984 pesticide inventory of the shed was spilled to soils adjacent to the building. The spillage was assumed to have occurred from 1952, when pesticides and herbicides were first stored in the building, to 1984, when operations there were greatly improved. The area and depth of this contamination were also based on realistic assumptions. However, the 1984 inventory does not necessarily represent the quantities or types of pesticides and herbicides presently stored in Building 367. Furthermore, some of the potentially contaminated groundwater may re-emerge and flow to on-site collection ponds, which could reduce the quantity of contaminants that might reach the reservoir. In order to be conservative, however, this possibility has not been accounted for in the modeling process. However, 90 percent of the inventory potentially reaching the receptor via overland flow was assumed to be retained by the on-site collection system. The many assumptions regarding critical data for this ranking unit put the critical data in category "C".

## Results of the Risk-Based Modeling

This ranking unit resulted in an HPI in Group 3 based on the potential for ingestion of Rozol in surface water as well as potentially contaminated crops in livestock products. This HPI Group, as explained in Section 1.7.4 of this report, would place this ranking unit with those environmental problems that are characterized as generally reaching receptors at levels below those used in regulatory decisions.

## Qualifiers to the Risk-Based Ranking

This ranking unit scores for overland runoff of contaminated soil and for transport of organics in surface water. The qualifiers discussed in Section 1.7.5 of this report apply.

A-160

127050

## Current Status of the Ranking Unit

In March 1988, RFP informed the Survey that the unused chemicals have been disposed of, the area around the building has been cleaned up, and soil sampling in the area is scheduled for the fall of 1988.

127051

that migration to receptors is projected to be minimal (North, South, and East Central Areas Inactive Sites).

A small number of assumptions were made in modeling the PUEC ranking units (see the critical data column of Table 2.15). Good data were available for air emissions, while a moderate number of assumptions were used for the inactive sites as well as the aboveground and underground tanks.

Environmental settings for air, soil, and surface water systems remained uniform for PUEC; however, there are two subsurface settings, as the installation is located on an aquifer divide. Groundwater flow is segregated because of the divide and is directed into two geologically separated aquifers. The depth to groundwater varies from 25 to 400 feet.

## 2.2.12      Rocky Flats Plant

The Rocky Flats Plant (RFP) is located on a 6,550-acre site in northern Jefferson County, Colorado. The plant occupies approximately 384 acres. Its primary mission is the production of the component parts for nuclear weapons, which are shipped to another DOE site for final assembly. Key production activities involve the fabrication of plutonium, uranium, and nonradioactive metals, principally beryllium, stainless steel, and aluminum. Components from obsolete nuclear weapons are disassembled and processed to recover plutonium and americium. Recovery and recycling of components and scrap of some special nuclear materials also occurs at RFP. This facility has been in continuous use since 1952.

Downtown Denver is about 16 miles southeast of RFP, and the cities of Boulder and Golden are each about 8 miles north and south, respectively, from the plant. The plant is on a flat, poorly vegetated area sheltered by the Rocky Mountains to the west. Although RFP is located in a basically rural area, there is no prime agriculture as determined by the USDA Soil Conservation Service. Several ranches are located within 10 miles of the plant.

Six ditches convey water through the area. A series of on-site collection ponds intercept water before it reaches the five streams that are near the RFP site. Of these streams, North Walnut Creek, South Walnut Creek, and Woman Creek drain

127052

the RFP site; all of these are ephemeral.  The climate at RFP is characterized by dry, cool winters with some snow cover, and warm, somewhat moist summers.  There is considerable clear-sky sunshine, and the average precipitation and relative humidity are low.  The depth to groundwater averages only about 25 feet at the plant.  The annual average precipitation is slightly over 15 inches.  Typically, more than 80 percent of the precipitation falls as rain between April and September.  Most of the remaining precipitation is in the form of snow.  Winds, although variable, originate predominantly in the northwesterly quadrant, with stronger winds occurring during the winter months.

Included in the Preliminary Report for the RFP are 23 Category II and III findings.  Eight of these findings were not ranked with the risk-based model.  Three which dealt with compliance or management issues and one which involved data quality issues were beyond the focus of the prioritization.  Four findings were not ranked pending the results of the Survey's Sampling and Analysis Program.  The remaining 15 findings are grouped into seven ranking units and evaluated using MEPAS.  These ranking units, located on Figure 2.14, are as follows:

| RANKING UNIT NAME | LOCATION ON MAP |
|---|---|
| • VOCs in Groundwater | B, C, D, E, F, G |
| • Solar Evaporation Ponds | F |
| • 903 Pad/Plutonium in Soils | B |
| • Underground Product Storage Tanks | J |
| • PCB Transformer | A |
| • Abandoned Process Wastewater Collection System | I |
| • Pesticide Shed | H |

Of the seven ranking units from the RFP Survey, two represent potential for future environmental problems and are not included in this section of the report (see Section 3).  These two ranking units include the potential for a release from PCB transformers and from underground product storage tanks.  The remaining five ranking units represent existing or suspected environmental problems and are included in this section.

Table 2.16 presents the five ranking units that are existing or suspected

**127053**

2-87



APPROXIMATE LOCATIONS OF
RANKING UNITS FOR
ROCKY FLATS PLANT

FIGURE 2.14

2-88

127054

**TABLE 2.16**

**ROCKY FLATS PLANT**
**EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS**

| HPI Group | Ranking Unit Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|
| 9 | VOCs in Groundwater | Inactive Sites and Releases | C |
| 5 | Solar Evaporation Ponds | Inactive Sites and Releases | B |
| 5 | 903 Pad/Plutonium in Soils | Inactive Sites and Releases | B |
| 3 | Pesticide Shed | Inactive Sites and Releases | C |
| 0 | Abandoned Process Wastewater Collection System | Inactive Sites and Releases | C |

B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

127055

environmental problems. One ranking unit at the RFP ranks highest in the DOE-wide ranking. All but two of the ranking units focus on the potential for impacts to Standley Lake and/or the Great Western Reservoir by either overland runoff to or groundwater recharging one of those surface water bodies.

The highest scoring ranking unit at RFP is VOCs in Groundwater with a score in HPI Group 9. This ranking unit represents identified concentrations of VOCs in the on-site groundwater. The average measured concentrations were used to model this problem. Since the plume was assumed to be very large, the ranking represents a conservative estimate of this problem. Additional characterization of the plume will yield a more accurate ranking in future analyses. The proximity and large size of the population using Standley Lake, the shallow depth to groundwater, and the mobility of the contaminant result in the ranking for the ranking unit.

Three ranking units involve materials that have a high affinity to the soils. In the ranking unit that involves surface water runoff (903 Pad/Plutonium in Soil), this characteristic results in a score in HPI Group 5. On the other hand, this characteristic results in a very low score (HPI Group 0) for the ranking unit that involves movement through the groundwater (Abandoned Process Wastewater Collection System).

A moderate to large number of assumptions were made in modeling the RFP ranking units due to the degree in variability of available data for modeling (see the critical data column in Table 2.16). For example, sampling data were available for the solar evaporation ponds but no sampling data were available for the pesticide shed.

Environmental settings for RFP consisted of one setting each for air and soil, and two settings each for surface water and subsurface systems. Surface water was divided into two settings representing the two drainage basins on the site. The subsurface system was also divided due to geologically separated aquifers.

## 2.2.13 Sandia National Laboratories (Albuquerque) and the Inhalation Toxicology Research Institute

The Sandia National Laboratories - Albuquerque (SNLA) and the Inhalation Toxicology Research Institute (ITRI) occupy an approximate 15,600-acre area which is located in various technical areas and test sites on and next to Kirtland Air Force Base (KAFB) on the southeastern border of Albuquerque, New Mexico. The primary

127056

## TABLE 2.1

## RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS
## ALL CRITICAL DATA CATEGORY RANKING UNITS

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| **Ranking Units of Most Concern from Potential Public Hazard Perspective** | | | | |
| 9 | VOCs in Groundwater | Rocky Flats | Inactive Sites and Releases | C |
| 8 | Known Liquid Releases | Pantex | Inactive Sites and Releases | 9 |
| **Ranking Units of Secondary Concern from Potential Public Hazard Perspective** | | | | |
| 7 | Groundwater Contamination in Southeast Corner | Lawrence Livermore | Inactive Sites and Releases | 8 |
| 7 | Chromium Air Releases | Portsmouth | Air Emissions | 8 |
| 7 | Inactive Liquid Process Discharges in the 200 Area | Hanford | Inactive Sites and Releases | 8 |
| 7 | Off-site Floodplain Contamination in East Fork Poplar Creek and Bear Creek | Y-12 | Inactive Sites and Releases | 8 |
| 7 | Active Percolation Pond at ICPP and TRA | INEL | Liquid Discharges/Active Waste Management | A |
| 7 | Toxic Discharge to Technical Area 1 Sewers | SNL | Liquid Discharges | ? |
| 7 | Active Liquid Process Discharges in the 100 Area | Hanford | Liquid Discharges/Active Waste Management | ? |
| 7 | Volatile Organics and Radionuclides Released to Groundwater at RWMC | INEL | Inactive Sites and Releases | 8 |
| 7 | Ditches | Pantex | Liquid Discharges | |

A - Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

127057

## TABLE 2.1

### RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS
### ALL CRITICAL DATA CATEGORY RANKING UNITS (CONTINUED)

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| 7 | M Area Settling Basin | Savannah River | Liquid Discharges/Active Waste Management | A |
| 6 | Inactive Liquid Process Discharges in the 300 Area | Hanford | Inactive Sites and Releases | B |
| 6 | Burial Grounds | Savannah River | Active Waste Management | A |
| 6 | Eastern Sites | Pinellas | Inactive Sites and Releases | C |
| 6 | Playas | Pantex | Liquid Discharges | B |
| 6 | Inactive Liquid Process Discharges in the 100 Area | Hanford Site | Inactive Sites and Releases | B |
| 6 | Coal Pile Runoff | Portsmouth | Liquid Discharges | A |
| 6 | Process Water Discharges | Y-12 | Liquid Discharges | A |
| 6 | Emissions of VOCs to the Atmosphere | Kansas City | Air Emissions | C |
| 6 | Airborne Releases | Fernald | Air Emissions | A |
| 6 | Unscheduled Air Releases | Portsmouth | Air Emissions | A |
| 6 | Contamination from Liquid Discharges | Fernald | Liquid Discharges | B |
| 6 | Active Seepage Basin | Savannah River | Liquid Discharges/Active Waste Management | A |
| 6 | Contaminant Release from Waste Pits | Fernald | Inactive Sites and Release/Active Waste Management | B |
| 6 | On-Site Mercury Contamination | Y-12 Plant | Inactive Sites and Releases | A |
| 6 | Sediments in Steel Creek Corridor | Savannah River | Liquid Discharges | B |
| 6 | Diesel Fuel Tank Area | Sandia Livermore | Inactive Sites and Releases | A |

A - Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

2-5

127058

TABLE 2.1

RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS
ALL CRITICAL DATA CATEGORY RANKING UNITS (CONTINUED)

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| | Ranking Units of Tertiary Concern from Potential Public Hazard Perspective | | | |
| 5 | 4,5 Acre Site | Pinellas | Inactive Sites and Releases | C |
| 5 | Inactive Injection Wells at TRA and ICPP | INEL | Inactive Sites and Releases | A |
| 5 | Active Liquid Process Discharges in the 300 Area | Hanford Site | Liquid Discharges/Active Waste Management | B |
| 5 | Solar Evaporation Ponds | Rocky Flats | Inactive Sites and Releases | B |
| 5 | Inactive Leach Pit | Mound | Inactive Sites and Releases | C |
| 5 | Groundwater Contamination from East Traffic Circle Landfill | Lawrence Livermore | Inactive Sites and Releases | B |
| 5 | Underground Storage Tanks for Non-Waste Toxic and Hazardous Substances | Y-12 Plant | Inactive Sites and Releases | B |
| 5 | Groundwater Contamination at Southwest Area | Lawrence Livermore | Inactive Sites and Releases | A |
| 5 | Off-site Direct Radiation | Fernald | Direct Radiation | B |
| 5 | Animal Contamination | Savannah River | Inactive Sites and Releases | B |
| 5 | Groundwater Consamination from Taxi Strip and Old Salvage Yard | Lawrence Livermore | Inactive Sites and Releases | B |
| 5 | Soil Contamination in the Canal | Mound | Inactive Sites and Releases | B |
| 5 | Hazardous Air Emissions - Vents | Mound | Air Emissions | B |
| 5 | Active Liquid Process Discharges in the 200 Area | Hanford | Liquid Discharges/Active Waste Management | B |
| 5 | Gasoline Spill at Building 403 | Lawrence Livermore | Inactive Sites and Releases | B |
| 5 | Soil Contamination in Area 5-1 | Mound | Inactive Sites and Releases | B |
| 5 | 903 Pad/Plutonium in Soils | RFP | Inactive Sites and Releases | B |

A  Monitored or Measured Data;  B - Moderate Amount of Assumptions;  C - Significant Amount of Assumptions

2.6

127059

## TABLE 2.1

### RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS ALL CRITICAL DATA CATEGORY RANKING UNITS (CONTINUED)

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| 4 | Groundwater Contamination in the Main Y-12 Plant Area | Y-12 | Inactive Sites and Releases | B |
| 4 | H Area Drainage Ditch | Savannah River | Liquid Discharges | A |
| 4 | Release of PCBs, Metals, and Organics to the Environment | Kansas City | Inactive Sites and Releases | B |
| 4 | Carbon Tetrachloride Emission from the Z-Plant | Hanford | Air Emissions | A |
| 4 | Chestnut Ridge Sediment Disposal Basin | Y-12 | Active Waste Management | B |
| 4 | Chestnut Ridge Security Pits | Y-12 | Active Waste Management | B |
| 4 | Inactive Fly Ash Pile | Fernald | Inactive Sites and Releases | C |
| 4 | Perchloroethylene Emission | Fernald | Air Emissions | A |
| 4 | Active Percolation Ponds and Ditches at ANL-West | INEL | Liquid Discharges/Active Waste Management | A |
| 4 | Soil Contamination in the Valley Locations | Mound | Inactive Sites and Releases | B |
| 4 | Airborne Mercury Releases | Savannah River | Air Emissions | C |
| 4 | Past Releases from Inactive Underground Storage Tanks | Pinellas | Inactive Sites and Releases | C |
| 4 | Soil Contamination on the SMPP Hill | Mound | Inactive Sites and Releases | B |
| 4 | Other Active Percolation Ponds | INEL | Active Waste Management | A |
| 4 | Septic Tank Discharges from Area 3 at Tonopah | SNL | Liquid Discharges | B |
| 4 | Inactive Gravel Pits at ICPP | INEL | Inactive Sites and Releases | A |
| 4 | Technetium Air Releases | Portsmouth | Air Emissions | A |

A - Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

2.7

127060

**TABLE 2.1**

**RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS**
**ALL CRITICAL DATA CATEGORY RANKING UNITS**

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| | Ranking Units Where Environmental Problems Are Characterized as Generally Reaching Receptors at Levels Below Those Used in Regulatory Decisions | | | |
| 3 | Savannah River Swamp | Savannah River | Direct Radiation | B |
| 3 | Depleted Uranium Contamination Sites | Pantex | Inactive Sites and Releases | C |
| 3 | Air Impacts from ICPP Stacks | INEL | Air Emissions | A |
| 3 | A and M Areas Nonradioactive Pits and Piles | Savannah River | Inactive Sites and Releases | C |
| 3 | Firing Site 15 | Pantex | Inactive Sites and Releases | B |
| 3 | Northeast Area | Kansas City | Inactive Sites and Releases | B |
| 3 | PCB Release | Pantex Facility | Inactive Sites and Releases | C |
| 3 | Liquid Spills and Discharges | SNL | Inactive Sites and Releases | A |
| 3 | New TNX Basin | Savannah River | Liquid Discharges/Active Waste Management | B |
| 3 | Hydrogen Fluoride Emissions | Y-12 | Air Emission | A |
| 3 | Significant Petroleum Spills | INEL | Inactive Sites and Releases | C |
| 3 | Pesticide Shed | RFP | Inactive Sites and Releases | A |
| 3 | C, F, H, and CS Areas Nonradioactive Pits and Piles | Savannah River | Inactive Sites and Releases | A |
| 3 | ITRI Active Lagoons | SNL | Liquid Discharges/Active Waste Management | C |
| 3 | Old Railroad Dock | Kansas City | Inactive Sites and Releases | B |
| 2 | Soil Contamination Areas at Tonopah | SNL | Inactive Sites and Releases | B |
| 2 | TCE in Drinking Water Well | INEL | Inactive Sites and Releases | B |
| 2 | East Central Area Inactive Sites | Portsmouth | Inactive Sites and Releases | B |

A - Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

2-8

127061

## TABLE 2.1

## RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS
## ALL CRITICAL DATA CATEGORY RANKING UNITS (CONTINUED)

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| 2 | Unsaturated Zone Inactive Injection Wells at P&F | INEL | Inactive Sites and Releases | B |
| 2 | Tritium Contamination in the Main Hill Groundwater | Mound | Inactive Sites and Releases | C |
| 2 | TA-1 | LANL | Inactive Sites and Releases | C |
| 2 | Soil Contamination in Area 5-7 | Mound | Inactive Sites and Releases | B |
| 2 | Underground Storage Tanks | Kansas City | Inactive Sites and Releases | B |
| 2 | South Area Inactive Sites | Portsmouth | Inactive Sites and Releases | B |
| 2 | Contaminated Surface Soils - Accessible | Pantex | Inactive Sites and Releases | C |
| 2 | Dust and Smoke Emission | Y-12 | Air Emission | B |
| 1 | UNC Site | Y-12 | Inactive Sites and Releases | A |
| 1 | Former Liquid Disposal | LANL | Inactive Sites and Releases | B |
| 1 | 1,1,1-Trichloroethane Release from M Area | Savannah River | Air Emissions | B |
| 1 | K, L, P, and R Areas Non-radioactive Pits and Piles | Savannah River | Inactive Sites and Releases | A |
| 1 | 100 N Area Spills | Hanford | Inactive Sites and Releases | B |
| 1 | Old TNX Basin | Savannah River | Inactive Sites and Releases | A |
| 1 | North Area Inactive Sites | Portsmouth | Inactive Sites and Releases | B |
| | Ranking Units Where Environmental Problems Are Not Projected to Reach Receptors | | | |
| 0 | SMPP Hill Drum Storage Area | Mound | Inactive Sites and Releases | B |
| 0 | Underground Tank Farm | Kansas City | Inactive Sites and Releases | B |
| 0 | Soil Contamination in the Main Plant Area | Y-12 | Inactive Sites and Releases | B |
| 0 | Contamination of Soils with Radionuclides | NTS | Inactive Sites and Releases | B |

A - Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

127062

2-10

## TABLE 2.1

### RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS
### ALL CRITICAL DATA CATEGORY RANKING UNITS (CONTINUED)

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| 0 | Contamination from TA-54 Active Waste Management Units | LANL | Active Waste Management | C |
| 0 | Asbestos | Pantex | Asbestos | C |
| 0 | Southeast Parking Lot | Kansas City | Inactive Sites and Releases | C |
| 0 | Fluoride Emissions | Pantex | Air Emissions | B |
| 0 | Western Sites | Pinellas | Inactive Sites and Releases | C |
| 0 | D and TNX Areas Nonradioactive Pits and Piles | Savannah River | Inactive Sites and Releases | A |
| 0 | Closed Landfills and Burn Pits | LANL | Inactive Sites and Releases | B |
| 0 | Significant Spills Involving Metals | INEL | Inactive Sites and Releases | A |
| 0 | Contaminated Surface Soils - Not Accessible | Pantex | Inactive Sites and Releases | C |
| 0 | Abandoned Process Wastewater Collection System | Rocky Flats | Inactive Sites and Releases | C |
| 0 | Inactive CFA Landfills and Lead Storage Areas | INEL | Inactive Sites and Releases | B |
| 0 | Elevated Levels of Arsenic in Groundwater | Kansas City | Inactive Sites and Releases | C |
| 0 | Surface Contamination due to Intrusion into Buried Waste | Hanford | Inactive Sites and Releases | C |
| 0 | Past Liquid Releases | LANL | Inactive Sites and Releases | B |
| 0 | Integrity of Sanitary Sewer Systems | Lawrence Livermore | Liquid Discharges | D |
| 0 | Near Surface Soil Contamination from Waste and Wastewater Disposal Practices | NTS | Liquid Discharges | B |
| 0 | Potential Leaks from Abandoned or Removed Underground Storage Tanks | LANL | Inactive Sites and Releases | B |
| 0 | Sanitary Sludge Lagoon | Savannah River | Active Waste Management | C |

A   Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

127063

## TABLE 2.1

### RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS
### ALL CRITICAL DATA CATEGORY RANKING UNITS (CONTINUED)

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| 0 | Site 300-Groundwater Contamination from Landfills | Lawrence Livermore | Inactive Sites and Releases | B |
| 0 | Past Releases from HP Tanks | Pinellas | Inactive Sites and Releases | C |
| 0 | Soil Contamination by Hazardous Chemicals | NTS | Inactive Sites and Releases | B |
| 0 | Tunnel Ponds | NTS | Liquid Discharges | B |
| 0 | Subsurface Soil Contamination | NTS | Inactive Sites and Releases | C |
| 0 | Site 300-Groundwater Contamination from 834 Complex | Lawrence Livermore | Inactive Sites and Releases | B |
| 0 | Sediment Contamination from Outfalls | LANL | Liquid Discharges | B |
| 0 | Inactive Liquid Disposal Areas | SNL | Inactive Sites and Releases | B |
| 0 | Solid Waste Disposal Sites in the Vicinity of the 100 Area | Hanford | Inactive Sites and Releases/Active Waste Management | C |
| 0 | Solid Waste Disposal Sites in the Vicinity of the 300/400 Areas | Hanford | Inactive Sites and Releases/Active Waste Management | C |
| 0 | Herbicide Disposal in Inactive Waste Site | Hanford | Inactive Sites and Releases | C |
| 0 | Solid Waste Disposal Sites in the Vicinity of the 200 Area | Hanford | Inactive Sites and Releases/Active Waste Management | C |
| 0 | F and H Areas Miscellaneous Radioactive Surface Contamination | Savannah River | Inactive Sites and Releases | C |
| 0 | Radionuclide Sediment Contamination in Water and Ancho Canyons | LANL | Inactive Sites and Releases | C |
| 0 | Area P | LANL | Inactive Sites and Releases | B |
| 0 | PCBs in Subsurface Soils | Kansas City | Inactive Sites and Releases | B |
| 0 | Former Fire Extinguisher Training Area | Sandia Livermore | Inactive Sites and Releases | C |

A - Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

2-11

127064

2-12

## TABLE 2.1
## RANKING OF EXISTING OR SUSPECTED ENVIRONMENTAL PROBLEMS
## ALL CRITICAL DATA CATEGORY RANKING UNITS (CONTINUED)

| HPI Group | Ranking Unit Name | Site Name | Environmental Management Area | Critical Data Category |
|---|---|---|---|---|
| 0 | Radioactive Burial Grounds | SNL | Active Waste Management | B |
| 0 | A and M Areas Miscellaneous Radioactive Surface Contamination | Savannah River | Inactive Sites and Releases | C |
| 0 | Site 300-HE Process Wastewater Lagoons | Lawrence Livermore | Inactive Sites and Releases | C |
| 0 | ITRI Hot Ponds | SNL | Liquid Discharge/Active Waste Management | B |
| 0 | Radioactively Contaminated Soils at Tonopah | SNL | Inactive Sites and Releases | A |
| 0 | Site 300-PCB Contamination from Landfill 6 | Lawrence Livermore | Inactive Sites and Releases | B |
| 0 | Inactive Solid Disposal Areas | SNL | Inactive Sites and Releases | B |
| 0 | Classified Burial Trenches | Kansas City | Inactive Sites and Releases | C |
| 0 | Past Leaks from Single Shell Tanks | Hanford | Inactive Sites and Releases | A |
| 0 | Landfills | Pantex | Inactive Sites and Releases | A |
| 0 | Fuel Spill-Desert Rock Airstrip | NTS | Inactive Sites and Releases | A |
| 0 | Inactive ITRI Sewage Lagoon | SNL | Inactive Sites and Releases | B |
| 0 | Chromium Lagoon | Portsmouth | Active Waste Management | A |
| 0 | L and P Areas Miscellaneous Radioactive Surface Contamination | Savannah River | Inactive Sites and Releases | C |

A - Monitored or Measured Data; B - Moderate Amount of Assumptions; C - Significant Amount of Assumptions

127065