# Exhibit D





Rocky Flats Plant
Aerospace Operations
Rockwell International Corporation
P.O. Box 464
Golden, Colorado 80402-0464
(303) 966-7000

Contractor to U.S. Department of Energy

November 14, 1988

88-RF-3516

Albert E. Whiteman
Area Manager
DOE, RFAO

Attn:  R. L. Foster - Environment, Safety and Health

FINAL UNUSUAL OCCURRENCE REPORT (UOR), #RFP 88-7—788  88-1:
PONDCRETE DESTABILIZATION

Enclosed is the Final Report for the subject UOR.  This report was
prepared in accordance with DOE Order 5000.3, "Unusual Occurrence
Reporting System."

Along with the transmittal of this Final Report we request close out
of this UOR.

R. J. Erfurdt, Director
Health, Safety & Environment

Orig. and 3 cc - A. E. Whiteman
Enc.

cc:
T. A. Lachman - DOE, RFAO



US3009161

4517157

513590

ROCKWELL INTERNATIONAL
ROCKY FLATS PLANT

Page 1 of 7

I.    UOR - RFP #88-7--788 88-1

      Pondcrete Destabilization

2.    STATUS & DATE:

      INITIAL/INTERIM  June 30, 1988
      FINAL  _____

3.    DIVISION OR PROJECT:

      OP - Rockwell International, AERO, Rocky Flats Plant
      Plutonium Operations, Waste Operations

4.    FACILITY, SYSTEM, OR EQUIPMENT:

      RI -  Pondcrete stabilization system, including  Building 788, 750 Pad,
            and 904 Pad.

5.    DATE OF OCCURRENCE:

      May 23, 1988

6.    TIME OF OCCURRENCE:

      Condition observed at about 5:10 A.M.

7.    SUBJECT OF OCCURRENCE:

      Spill of a box of low level mixed ~~radioactive and hazardous~~ waste,
      commonly called "Pondcrete"

8.    APPARENT CAUSE:   DESIGN ____   MATERIAL  X   PERSONNEL ____
      PROCEDURE  X   OTHER ____

      1517158

      "REVIEWED FOR CLASSIFICATION
      By _____
      Date _____

US3009162

9.   DESCRIPTION OF OCCURRENCE:

At approximately 5:10 A.M. on Monday, May 23, 1988, a foreman at the Rocky
Flats Plant observed apparently deformed boxes of low level radioactive
mixed waste (called Pondcrete) in an area called the 904 Pad. Upon further
investigation, operating personnel determined that a number of the boxes
were deformed and/or soft. In unstacking the boxes (they were stacked
three high) to prevent them from toppling over, one box fell from a
forklift truck to the asphalt pad. The box failed from the impact of the
fall, spilling about 0.25 cubic feet of pondcrete onto the asphalt pad.

10.   OPERATING CONDITIONS OF FACILITY AT TIME OF OCCURRENCE:

The original construction of the Rocky Flats Plant included the
installation of a clay-lined solar evaporation pond. This pond was
intended for the impoundment of aqueous process wastes which had been
discharged from the Process Waste Treatment Plant (Building 774) and met
drinking water standards for radioactive materials, but which contained
high levels of chemical contaminants such as fluoride, nitrate, and various
metallic ions. The intent was for the water to evaporate from the pond as
a result of solar heating, causing the solids to reach a saturation
concentration and precipitate, remaining in the pond.

In subsequent years, as a result of changing and increasing plant
operations and changing environmental requirements, additional evaporation
ponds were constructed, linings installed to decrease seepage, and
collector trenches established to monitor seepage. In addition, on several
occasions, the ponds were used for the direct disposal of chemicals such as
metallic lithium, waste acids, sanitary sludge, plating wastes, and several
other materials, none of which had been through the Process Waste Treatment
Facility. The function of the ponds remained the same, however.

In the late 1970's, the Building 374 Aqueous Waste Evaporation System was
put in service, which permitted the chemical waste to be evaporated
directly rather than transferred to the solar ponds. In addition, starting
in April 1978, pond water was transferred to the evaporator for disposal,
making use of capacity excess to current generation requirements. These
actions made it possible to begin planning for the future elimination of
the ponds from the site.

A key step in the pond elimination program was the removal and disposal of
sediments (sludge) in the ponds. These sediments consist primarily of
salts and metallic hydroxides which have precipitated from solution as the
concentration has increased, together with dust and dirt which might have
blown into the ponds.

US3009163

517159

513592

10. OPERATING CONDITIONS OF FACILITY AT TIME OF OCCURRENCE: (CONTINUED).

The process for disposing of the pond sediments consists of concentrating the solids by flocculation in a clarifier, mixing the slurry with portland cement, and pouring into a plastic liner contained within a tri-wall fibreboard box. When the mixture has solidified, the package is closed and is available for transfer to a waste site. The solidified material is commonly called Pondcrete. Because of the concentration that has occurred over the years, the material was defined as low level radioactive waste, and was shipped for disposal to the Nevada Test Site.

Operation of the Pondcrete disposal process was begun in June 1985. From that time until September 1986, approximately 2,000 boxes of material were produced and shipped to Nevada. Shipments were then discontinued pending the resolution of questions on the handling of hazardous and radioactive waste and the licensing of sites for disposal. Operation of the process was continued, however, to meet the established schedules for emptying of the ponds. The boxes produced were stacked on one of several asphalt pads for interim storage.

At the time of the occurrence, the 750 Pad, located east and south of Building 750, contained 11,798 boxes of Pondcrete, while the 904 Pad, located east of Building 886, contained 4,899 boxes. Generally, those boxes on the 904 Pad were produced later than those on the 750 Pad.

Boxes were primarily stacked in arrays three (3) high by four (4) wide by six (6) long, containing 72 boxes total. Each stack was covered by a plastic-lined canvas tarpaulin for protection from the weather. A passageway was left between stacks for personnel access.

Pertinent to the conditions at the time of the occurrence, for several days prior to the incident, heavy rains had fallen in the area resulting in 2.7 inches of rainfall at the Rocky Flats Weather Station.

11. IMMEDIATE EVALUATION:

Deformation of the waste boxes and slumping of the stacks were caused by a combination of fibreboard waste box degradation, inadequate process control, and inadequate inspection procedures.

Fibreboard waste box degradation resulted from rain water infiltration. The wetting of the fibreboard accelerated degradation processes causing failure of the box.

US3009164

.517160

513593

## 11. IMMEDIATE EVALUATION: (CONTINUED)

The incorrect cement/sludge ratios in the pondcrete resulted from
inadequate process control of varying solids concentrations in the sludge
feed to the pug mill (where cement and sludge are mixed). Also, a
partially plugged star valve used to introduce cement to the mixer
contributed to the incorrect ratio.

Inspection of the waste boxes was inadequate to detect incorrect
cement/sludge ratios. These incorrect ratios resulted in Pondcrete which
did not cure beyond a "putty" consistency.

A preliminary survey indicated that up to 25% of the boxes on the 904 Pad
and 5% of the boxes on the 750 Pad may require re-work. If these estimates
are confirmed by detailed inspection, then approximately 2,000 of the
nearly 17,000 boxes on the pads will be affected.

## 12. IMMEDIATE ACTION TAKEN AND RESULTS:

The material that spilled onto the 904 Pad from the failed waste box was
picked up and transferred, together with the remainder of the contents of
the box, to a new waste box with plastic liner. It was removed to Building
788 where it was stabilized by the addition of additional cement, and is
being held pending a decision on future processing. The location of the
spill was surveyed by a Ludlum 12 alpha survey instrument and it was found
that about 12 square feet was contaminated to about 600-1000 counts per
minute total alpha radiation. The area was decontaminated to background
level (250 counts per minute) by washing with water and using brooms to
remove material from crevices in the asphalt. The decontamination water
(approximately 5 gallons) was picked up by wet type vacuum cleaner and
transferred to the pondcrete processing area for disposal. All other
materials were either packaged for disposal as waste, or were returned for
use in a controlled area.

Other stacks were inspected for boxes which might be subject to failure.
Those of greatest concern were also returned to Building 788 for further
treatment.

To test for any other release of contamination, radiation surveys were
conducted and soil, water, and air samples were collected and analyzed.
From these data it was concluded that no environmental impact would occur,
nor was there any actual or potential threat to human health.
Environmental monitoring at the area is continuing.

Operations in the Pondcrete processing area were discontinued pending
investigation into the cause(s) of the occurrence and determination of
corrective actions.

US3009165
5.17161
513594

**13. IS FURTHER EVALUATION REQUIRED:**

YES ____
NO __X__

**14. FINAL EVALUATION AND LESSONS LEARNED:**

The Pondcrete solidification process was developed and installed without the benefit of ~~clear criteria relative to requirements for packaging, storage, shipping, and long-term disposal.~~ The process was operated without adequate internal measurement and control systems to assure that ~~satisfactory~~ product was consistently produced, ~~nor was the final inspection adequate to determine that the desired objectives were not being met.~~

These deficiencies have been corrected by the actions taken on this occurrence. In addition, a task team was formed to evaluate the processes, controls, and inspection of all other cemented waste forms produced at Rocky Flats. The task team has submitted recommendations intended to assure that all requirements for the waste are met.

**15. CORRECTIVE ACTION:**

~~TAKEN:~~

1) Prepare performance criteria for pondcrete waste form which meets all established requirements for preparation, package, storage, shipping, and disposal.

STATUS: Criteria completed and approved 7-22-88.

2) Define process ~~with acceptable control limits for~~ the preparation of pondcrete waste boxes ~~to~~ meet performance criteria.

STATUS: Report defining process issued 7-22-88.

3) Prepare revised operating procedures for the pondcrete mixing and packaging activities. Include a quality plan to assure that equipment and personnel performance remains within control limits. Implement new procedures.

STATUS: Pond sludge procedure issued 7-25-88. Quality plan issued 9-1-88.

4) Assure that all operating personnel are properly trained in and adhere to revised procedures.

STATUS: Qualification standards issued 9-1-88. Initial operator training 9-16-88. Documentation of training and adherence established 10-7-88.

517162

15.   CORRECTIVE ACTION: (CONTINUED)

5) Prepare revised inspection procedures to verify that waste packages conform to performance criteria. Implement procedures.

STATUS: Revised procedures issued 10-24-88.

6) Prior to the shipment of any previously packaged boxes of pondcrete waste, reinspect to verify that the container meets the requirements for shipment.

STATUS: Inspection procedures (Action 5) include both previously packaged boxes and new generation.

7) As required by Recommendation #6 above, take appropriate action to dispose of failed boxes through reprocessing or transfer to an acceptable container.

STATUS: Procedure for disposition of failed boxes issued 8-10-29. Acquisition of facilities scheduled 2-06-89. Activity is ongoing until all boxes removed from pad.

8) Until such time as all existing containers have been removed from the pad, or reinspected and found satisfactory, maintain surveillance over the 750 and 904 Pads to assure personnel safety is maintained, and potential contamination is detected and controlled.

STATUS: Procedure for pad surveillance established 7-25-88. Activity is ongoing until all boxes removed.

16.   PROGRAMMATIC IMPACT:

No significant impact on Plant production activities is anticipated. However, the schedule for the removal and disposal of sludges from the solar evaporation ponds will be affected, as well as subsequent activities in closure of the ponds. Waste packages will be held to the pads for a longer time than planned.

17.   IMPACT CODES AND STANDARDS:

~~None~~   New Standards were developed

18.   SIMILAR REPORT NUMBERS:

None   Initial report #

US3009167

2517163
513596

## 19. SIGNATURES:

_K. W. Calkins_     _10-31-88_
Chairperson         Date
K. W. Calkins, Program Manager
Plutonium Operations

_E. R. Naimon_     _11/1/88_
Cognizant Supervisor      Date
E. R. Naimon, Manager
Waste Operations

_W. F. Weston_     _11/1/88_
Director           Date
W. F. Weston
Plutonium Operations

Committee Members:

_R. W. Hawes_     _11-1-88_
Trained Investigator      Date
R. W. Hawes
Environmental Management

_T. J. Tegeler_     _11-2-88_
Union Safety Representative   Date
T. J. Tegeler
Maintenance

_J. A. Detamore_     _11/1/88_
Program Manager       Date
J. A. Detamore
Safety Review Group

NOT AVAILABLE AT TIME OF TRANSMITTAL
_____  _____
Program Manager         Date
B. K. Greer
Waste Programs

_[handwritten note] I can't believe there is people that read this work!_

**Internal Letter**



Rockwell International

Date **November 9, 1988**

No.

TO (Name, Organization, Internal Address)
Memo to UOR
File #RFP 88-7-788 88-1

FROM (Name, Organization, Internal Address, Phone)
J. A. Detamore
Safety Review Group
Building 250
X2291

SUBJECT **COMMENTS ON FINAL UNUSUAL OCCURRENCE REPORT (UOR) RFP 88-7-788   88-1 PONDCRETE DESTABILIZATION**

The final report on the Pondcrete Destabilization Investigation is complete and acceptable for closeout. It uncovered the cause of the incident, provided corrective actions (now complete) to prevent further occurrence of unsatisfactory pondcrete production, and provided for a maximum level of safety and containment in retrieving and inspecting existing boxes of pondcrete currently stored at the RFP. It should be noted however, that there are several thousands of these boxes which must be retrieved and inspected for possible reprocessing. Depending on funding, this retrieval process could take several years. All reasonable technical and administrative precautions have been taken to minimize any future spill of pondcrete, but there is still a chance that a spill could take place. Containment barriers are in place and environmental monitoring is constantly being performed. Also, capability for cleanup of any spill is immediately available on location.

It is therefore recommended that if a spill of pondcrete should occur during the retrieval and inspection process that neither an Internal Investigation nor an Unusual Occurrence Investigation be conducted. This recommendation is contingent on the requirement that no further/other reportable guidelines are violated.

From a safety point of view, it is extremely important that adequate funding be made available to support pondcrete retrieval, inspection, reprocessing, and traffic operations in order to minimize the amount of time the entire operation requires to be completed.

J.A. (Drew) Detamore, Program Manager
Safety Review Group

Approved: M.F. Hickey, Manager
Safety Review Group

US3009169

517165
513598

Tod. - Rcod
copy of final UOR —
transmitted 11/14

Candy,
For your info rose.
This UOR is terrible! By Tod

How did Tod get
this for review?

What is status of
UOR closeout?

points - Delete pertinence of rainfall!
1) The rain had nothing to do with poncrete
destabilization. If concrete is mixed with
the proper ratio of cement + water, it will
set. We should be glad that the rain ruined
the boxes enough so that we could tell we had
a problem with the mixture being used before
we shipped it (saved additional embarrassment)
2) Should have protected boxes in advance of ___
___ don't blame the poncrete destabilization
problem on the rain

1517166
513589
US3009170