# Exhibit E

3-1-89

Chromium Incident   703047

20 lbs STP (?)  Composite simple effluent
2 kg effluent          2.0 ppm.   [ ≈66,000 gallons
                                    pulse with contam. ]

Spill - 444 Bldg. Tank overflowed &
overflowed berm.  400-600 gallons
374 pumped to.  Rec'd ≈ 500 gallons

Small spills - 460.
Chromic acid - Tank Hexavalent
Effect on bugs?
Cr EP toxic
Sampled 3-5
N + S Spray field
Confirmed Cr today 3/1/89.
Lab Trevor 2/23 saw pulse

NRC   3/2.  11:12 A.M.
CDH   3/1  11:00 A.M.
EPA   3/1  10:35 A.M.



EXHIBIT NO. 1633
B. BIRGER

563683