# Exhibit F

EPD:CCJ

Termination of Employment

George Werkema, Acting Assistant Manager for Operations, RFO

I regret to inform you that I will terminate my employment with the U. S. Department of Energy (DOE), Rocky Flats Office (RFO), effective the end of pay period No. 19 (which ends on September 9, 1989.) This decision has been difficult to make, since I maintain a certain loyalty to the Rocky Flats Office and to the hardworking staff and contracted personnel assisting the DOE. But as I stated in my letter to Mr. Edward Goldberg, Acting Manager, RFO, dated June 29, 1989, sufficient staff has not yet been obtained in order to carry out the minimum requirements established by the EPA and the Colorado Department of Health, as well as to comply with the Agreement in Principle signed by the Governor of Colorado and Secretary Watkins on June 28, 1989.

In addition, it has been impossible to schedule and attend required training due to the demands of the RFO leaving the existing staff in roles for which they have not been appropriately prepared.

Another important consideration is the lack of support by the DOE for its employees, particularly for the liabilities associated with work assignments in the environmental compliance and waste management fields. Legal advice or representation in the face of the criminal investigation of the RFO for its contractor activities has not been assured nor even implied. Therefore, as much as I'd like to remain in public service, and for the sake of my own health and legal protection (should any protection still be available), I will not continue to try to carry out those duties required by a staff six times the size of the current DOE full time staff in the new Environmental Protection Division.

Thank-you for the opportunity granted me to work in the Rocky Flats Office; I believe that I have performed all of the duties required of me in the best manner possible, but I realize that my efforts and that of the current staff are not sufficient to perform all of the responsibilities which the office has accepted in the environmental and waste management areas, and no staff however large is sufficient enough to assume legal responsibility for the actions of the prime DOE contractor at the Rocky Flats Plant.

Original Signed By
CANDICE C. JIERREE

Candice C. Jierree
Acting Division Director
Environmental Protection Division

cc:
D. Simonson, RFO
C. Barkmeier, RFO
R. Foster, RFO
A. Roper, AL

