IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

**ORDER ON OBJECTIONS TO PLAINTIFFS' DESIGNATIONS
OF MORGAN DEPOSITION TESTIMONY AND EXHIBITS**

Kane, J.

This matter is before me on Defendants' Objections to Plaintiffs' Designations of Deposition Testimony by Karl Z. Morgan and to Use of Deposition Exhibits at Trial (Docket #1627), filed November 11, 2005. Having carefully considered these objections, Plaintiffs' response, Defendants' reply and all applicable legal authorities, and being fully advised in the premises, I overrule Defendants' general objections and rule as follows with respect to the Morgan deposition designations and exhibits to which specific objections were made.

These rulings also exclude from the deposition testimony presented to the jury all objections by counsel. Such objections are not evidence, and should not be designated by either party.

| Designations from August 26, 1996 Deposition Transcript | Party Making Objection | Ruling on Objections |
|---|---|---|
| Exhibit 2 (conference minutes) | Defendants | Overruled. |
| Exhibit 3 (Langham letter) | Defendants | Overruled. |
| 8:11-17 | Defendants | Overruled. |
| 14:25 to 15:13 | Defendants | Overruled. 14:19-22 and 15:4-5, however, are stricken. Objections by counsel are not evidence. |
| 15:12-13 & 16:1-3 | Defendants | Overruled. |
| 17:20 to 18:4 | Defendants | Overruled. 17:24-25 & 18:8 are stricken. |
| 18:6-15 | Defendants | Overruled. |
| 18:25 to 19:13 | Defendants | Overruled. The objections by counsel stated at 19:7-8 & 19:17 to 20:7 are excluded. |
| 20:11-13 & 20:24 to 21:4 | Defendants | Overruled. |
| 23:3-15 | Defendants | The objection stated, that Dr. Morgan was improperly testifying as an undesignated expert witness, is overruled. The objection by counsel stated on these lines is excluded. |
| 25:14 to 26:14 | Defendants | Overruled. The objections by counsel stated at 25:17, 26:2 and 26:5-6 are excluded. |
| 29:24 to 30:2 | Defendants | Overruled. |

| | | |
|---|---|---|
| 30:21 to 31:6 | Defendants | Overruled. The objection by counsel stated at 30:23 is excluded. |
| 31:14-19 | Defendants | Overruled. |
| 31:20-23 | Defendants | Overruled. The objection by counsel stated at 31:24-25 is excluded. |
| 32:20 to 33:7 | Defendants | Overruled. The objections by counsel stated at 32:25 to 33:1 and 33:8-10 are excluded. The motion to strike is denied. |
| 34:22 to 35:20 | Defendants | Overruled. The objections by counsel stated at 34:24, 35:7-10 and 35:21 to 36:6 are excluded. The question stated at 35:18-20 is excluded per Plaintiffs' withdrawal of this designation. Pls.' Resp. (#1644) at 5. |
| 36:11 to 45:17 | Defendants | Defendants' motion to exclude all evidence based on Exhibit 3 is denied. Defendants' additional objections to the testimony designated by Plaintiffs in this section are overruled. The objections by counsel at 39:2-23, 41:9-11, 41:25 to 42:7, 42:19, 43:12, 43:15, 44:1, 44:13-14, 44:20-21, 45:8-9 and 45:18-19 are excluded. |
| 45:21 to 46:10 | Defendants | Overruled. The objection by counsel at 46:1-4 is excluded. |

| 46:19 to 47:21 | Defendants | Overruled. The objection by counsel at 47:4 is excluded. |
| --- | --- | --- |
| **Designations from August 27, 1996 Deposition Transcript** | **Party Making Objection** | **Ruling on Objections** |
| 60:16 to 61:20 | | This designation, included in Defendants' reply filed November 14, 2005 (#1654), is excluded for lack of relevance. |
| 77:18 to 78:19 | Plaintiffs | Sustained. |

IT IS SO ORDERED.

Dated this 15th day of November, 2005.

BY THE COURT:

S/John L. Kane
John L. Kane, Senior District Judge
United States District Court