# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS AND RESPONSES TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS

---

The exhibits defendants seek to admit that were used during the cross examinations of Gretchen Robb, Richard Clapp and Richard Kaufman, Exhibit A to Defendants' Motion for Admission of Exhibits and Responses to Plaintiffs' Objections to Defendants' Exhibits.