Exhibit A

278

# ORIGINAL

VOLUME II
Page 278

1

2

IN THE UNITED STATES DISTRICT COURT
3          FOR THE DISTRICT OF COLORADO

4                    - - -

5   MERILYN COOK, et al.,              :   CIVIL ACTION
                                       :   NO. 90-K-181
6              Plaintiff(s)            :
                                       :   DEPOSITION OF:
7       vs.                            :
                                       :   WAYNE HUNSPERGER
8   ROCKWELL INTERNATIONAL             :
    CORPORATION,                       :
9   a Delaware Corporation             :
              and                      :
10  THE DOW CHEMICAL COMPANY,          :
    a Delaware Corporation,            :
11                                     :
12             Defendant(s)            :

13                    - - -
              Friday, April 25, 1997
14                    - - -

15  R E P O R T E D   B Y:

16          James DeCrescenzo, a Registered

17  Diplomate Reporter and Notary Public, on the above

18  date, commencing at 8:47 a.m., at the law offices

19  of Berger & Montague, 1624 Locust Street,

20  Philadelphia, Pennsylvania  19103.

21                    - - -

22          DelCASALE, CASEY, MARTIN & MANCHELLO
                       Ten Penn Center
23          Suite 636 - 1801 Market Street
                    Philadelphia, PA  19103
24                    (215) 568-2211

318

HUNSPERGER - VOLUME II

1    foremost social scientists in the world and that

2    Dr. Flynn emphasized nuclear issues in his social

3    science studies.

4    Q.    All right.  Why did Dr. Flynn and Dr. Slovic

5    do this part of the work as opposed to yourself?

6    A.    I'm not an expert in survey research let

7    alone social science, and they are.

8    Q.    I would like for you to identify for me all

9    of the documents that you are relying upon in this

10   public opinion survey portion of your work.

11             MR. DAVIDOFF:  That's an unfair

12        question.  Objection to the form of the

13        question.

14             THE WITNESS:  I've identified in my

15        report the surveys that I'm relying upon and

16        of course an extension of that would be the

17        underlying documents that provide the basis

18        for those surveys themselves.

19   BY MR. LILLIE:

20   Q.    Okay.  Your report attaches the Flynn and

21   Slovic report as tab A, right?

22   A.    Correct.

23   Q.    And your report attaches the Broomfield

24   survey as tab B.

DelCASALE, CASEY, MARTIN & MANCHELLO (215) 568-2211

HUNSPERGER - VOLUME II

1    opinion surveys?

2              MR. NORDBERG:  Asked and answered.

3         Objection to the form.  Argumentative, calls

4         for a legal conclusion.

5              THE WITNESS:  I still don't know what

6         you mean by "interpreting," but if your

7         question is can I take the results from a

8         public opinion survey, draw some conclusions

9         from it and even apply those conclusions in

10        some context, particularly the context of my

11        own profession, yes, I can do that.

12   BY MR. LILLIE:

13   Q.    My question is, not taking results and

14   drawing conclusions from them, my question is do

15   you consider yourself an expert in interpreting

16   public opinion survey results?  Yes or no?

17   A.    You haven't defined for me yet then what you

18   mean by interpret.

19   Q.    By interpreting I mean taking the data and

20   drawing conclusions from it based in the field of

21   opinion survey design administration.  Do you

22   consider yourself an expert in interpreting the

23   results of public opinion survey results?

24             MR. NORDBERG:  Same objections.

DelCASALE, CASEY, MARTIN & MANCHELLO (215) 568-2211

328

HUNSPERGER - VOLUME II

1    THE WITNESS:  This is still all very
2    vague to me, but if you're asking me am I an
3    expert in taking raw data from opinion
4    surveys and interpreting it, no, I would
5    leave the interpretation of the raw data to a
6    survey research expert.
7  BY MR. LILLIE:
8  Q.    In your report on page 225 you state in the
9  first full paragraph of text in the second sentence
10  that "Public opinion surveys also provide insight
11  into the extent of knowledge around which purchase
12  decisions are based and in fact can be used to
13  quantify purchase decisions."
14    With respect to that last clause about
15  quantifying purchase decisions, what is your basis
16  for making that statement?
17  A.    Simply the fact that it can be done.  One can
18  design opinion surveys to elicit some quantifiable
19  response.  The literature are full of those kind of
20  studies.  Even The Appraisal Institutes's own
21  seminar on survey research recognizes the
22  information can be quantified.
23  Q.    And what particular seminar are you referring
24  to?

DelCASALE, CASEY, MARTIN & MANCHELLO (215) 568-2211

441

HUNSPERGER - VOLUME II

1    than, for example, traditional real estate

2    appraisal.

3    Q.    Are you familiar with the term "standard

4    error"?

5    A.    I'm familiar with the term but I'm not a

6    statistician and couldn't explain it to you.

7    Q.    Do you know what the difference between the

8    standard error of a regression and the standard

9    error of a coefficient is?

10   A.    No.

11   Q.    Do you know what is the significance of the

12   standard error of a coefficient?

13   A.    No.

14   Q.    How is the standard error of a coefficient

15   used in interpreting the results of a regression?

16   A.    I don't know how it relates to regression.

17   Q.    What does it mean to test if a coefficient is

18   statistically significant?

19   A.    I don't know.

20   Q.    What is a T statistic?

21   A.    I don't know.

22   Q.    Do you know how it's used?

23   A.    No.

24   Q.    I take it then that you do not know how

435

HUNSPERGER - VOLUME II

1   Q.    Is it fair to state that you do not consider

2   yourself an expert in multiple regression

3   analysis?

4   A.    That's fair.

5   Q.    Have you yourself ever actually performed a

6   multiple regression analysis?

7   A.    Yes.

8   Q.    Do you have the software within your firm to

9   do a multiple regression analysis?

10   A.    No.

11   Q.    Have you ever designed a multiple regression

12   analysis program?

13   A.    No.

14   Q.    Have you ever been a multiple regression

15   analysis architect?

16   A.    No.

17   Q.    Have you ever performed a multiple regression

18   analysis in any property diminution consulting

19   study that you've done before?

20   A.    No.

21   Q.    Have you ever testified in court about a

22   multiple regression analysis that you either

23   performed or directed?

24   A.    No.