**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' MOTION TO ADMIT SMALLWOOD AND CLAPP DOCUMENTS**

Plaintiffs respectfully move the Court to admit plaintiffs' exhibits G-799, G-561, and P-1127A.

Plaintiffs move to admit **G-799** (attached as Ex. A) as a summary under Federal Rule of Evidence 1006. Dr. Clapp testified that G-799 is an accurate summary of the results of his study. *See* Nov. 9 Tr. at 4823. It was admitted as a demonstrative exhibit. *See* Nov. 9 Tr. at 4843-44. The findings in Dr. Clapp's report are admissible expert opinion, as this Court has previously held in denying defendants' two motions to exclude Dr. Clapp to testify. *See* Aug. 22, 2005 minute order; Nov. 10, 2005 minute order. Therefore, the summary of his findings is admissible as well.

**G-561** (attached as Ex. B) is a summary of potential areas of concern ("PAC's") Dr. Smallwood inspected at Rocky Flats. Although it was admitted as a demonstrative exhibit, plaintiffs now move to admit the exhibit as a Rule 1006 summary. Dr. Smallwood testified that this exhibit

accurately summarized the sites he had visited.  *See* Nov 3 Tr. at 3965-66.  The graphic was based on page 3 of his report, which also lists the sites he visited.  *See* P-1127 at 3 (attached as Ex. C).  The underlying information is admissible as based on Dr. Smallwood's personal knowledge and actions, therefore the summary of this material is also admissible.

**P-1127A** (attached as Ex. D) is a set of photographs that were attached to Dr. Smallwood's report.  Plaintiffs used these photographs with Dr. Smallwood at trial.  *See* Nov. 3 Tr. at 3971-82; Nov. 4 Tr. at 4110.   Dr. Smallwood authenticated the photos and used them to explain his findings.  This exhibit was already admitted, except for negative 201 which was used on redirect.  *See* Nov. 3 Tr. at 3982.[1]

                                                                              Respectfully submitted,

Dated: November 16, 2005                         /s  Jennifer MacNaughton
                                                                              Merrill G. Davidoff
                                                                              Peter Nordberg
                                                                              Ellen T. Noteware
                                                                              Jennifer MacNaughton
                                                                              BERGER & MONTAGUE, P.C.
                                                                              1622 Locust Street
                                                                              Philadelphia, PA 19103
                                                                              (215) 875-3000
                                                                              Fax (215) 875-4604
                                                                              jmacnaughton@bm.net

---

[1] The specific photographs that plaintiffs submit as Exhibit P-1127A are as follows:  plate 1/ neg. 202; plate 3/ neg. 213; plate 11/ neg. 203; plate 15/ neg. 205; plate 18/ neg. 206; plate 21/ neg. 208; plate 23/ neg. 209; plate 25/ neg. 210; plate 29/ neg. 212; plate 31/ neg. 214; plate 41/ neg. 217; plate 52/ neg. 221; plate 53/ neg. 222; plate 57/ neg. 224; plate 67/ neg. 226; neg. 198; neg. 199; and neg. 201.

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs