**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90–K-181**

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

**PLAINTIFFS' MOTION TO ADMIT SMALLWOOD AND CLAPP DOCUMENTS**

---

    Exhibit A to the above-captioned Motion, a graphic entitled G-799, will be conventionally filed with the Court.