**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90–K-181**

**MERILYN COOK, et al.,**

    Plaintiffs,

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**PLAINTIFFS' MOTION TO ADMIT SMALLWOOD AND CLAPP DOCUMENTS**

    Exhibit B to the above-captioned Motion, a graphic entitled G-561, will be conventionally filed with the Court.