Exhibit C

# Soil Bioturbation and Wind Affect Fate of Hazardous Materials that were Released at the Rocky Flats Plant, Colorado

K. Shawn Smallwood, Ph.D.

109 Luz Place, Davis, CA  95616

*[signature]*

November 23, 1996

My curriculum vitae, which includes a list of my publications, is attached. My list of documents relied upon is the same as my list of references in the report. I have provided no testimony as an expert witness in any legal case.



PLAINTIFFS' EXHIBIT
P-1127
90-CV-181

levels of soil bioturbation and impacts on hazardous materials at Rocky Flats, based on reviews of the scientific literature and documents regarding operations at Rocky Flats.

**First Visit to Rocky Flats**

I first visited Rocky Flats on August 19 and 20, 1996, accompanied by Dr. Michael Morrison and Jonathan Auerbach, one of Plaintiffs' counsel. I requested the sites I wished to visit in advance of my trip. These sites are listed in Table 1 in chronological order, using the Potential Area of Concern designations of the Historical Release Report (DOE 1992a). I made notes of ground conditions, wildlife, and interviews with Rocky Flats personnel. I also examined the road side landscapes from a moving vehicle across the buffer zones. Whether riding in the van or walking, I specifically examined the sites for signs of animal presence and animal burrowing in the soil. At every site I visited, I found ample evidence of animal burrowing in the soils that were not covered by asphalt.

Table 1. Chronological listing of sites visited at Rocky Flats during Aug. 19-20, 1996.

| PAC | Common Name | Type of Reconnaissance |
|---|---|---|
| 900-141 | Sludge Dispersal | Walk-over |
| 900-113 | Mound Area | Walk-over |
| 900-112 | 903 Pad | View from SW perimeter |
| 900-155 | 903 Lip | View from W. perimeter |
| 800-1201 | South of Building 883 | Walk-over |
| 400-122 | Underground concrete tanks | Walk-over |
| 400-157.1 | Radioactive site, N. area | Walk-over |
| 300-186 | Valve Vaults 11, 12, 13 | Walk-over |
| 500-159 | Building 559 perimeter | Walk-over |
| 700-131 | 700 Area Site #1 | Walk-over |
| 700-143 | 771 Outfall | Walk-over |
| 700-126.1 & 700-126.2 | Process Waste Tanks | Perimeter walk-over |
| 700-150.1 & 700-150.8 | N & NE of Building 771 | Walk-over |
| 000-101 | Solar Ponds | Walked N. embankment |
| 900-165 | Triangle area | Walk-over |
| 881 Slope | 881 Slope | Walk-over |
| NE-142.1 | A-series Pond 1 | Perimeter walk-over |
| NE-167.2 & NE-167.3 | Spray fields | Walk-over |
| NE-142.4 | A-series Pond 4 | Perimeter walk-over |
| NE-142.9 | B-series Pond 5 | Perimeter walk-over |
| NE-111 | East Trenches T9 & T10 | Walk-over |
| 900-155 | 903 Lip | Drove along SE perimeter |
| Buffer zones | Buffer zones | Drive-through |
| SW-133 | Ash Pits | Walked perimeter |
| SW-115 | Original Landfill | Walk-over |
| NE-156.2 | Soil Dump | Walk-over |