IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' MOTION TO ADMIT SMALLWOOD AND CLAPP DOCUMENTS**

    Exhibit D to the above-captioned Motion, a set of photographs used with Dr. Shawn Smallwood's testimony, will be conventionally filed with the Court.