## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

### DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS
___

Defendants hereby move for admission of exhibits used during the cross-examination of Dr. Cochran.

The exhibits that defendants seek to admit, which are attached hereto as Exhibit A (with the exception of certain demonstrative boards used in Court, of which pictures are attached), bear the following exhibit numbers.

| Exhibit Number | Description | Witness |
|---|---|---|
| DX 454 | ATSDR Public Health Assessment for Rocky Flats Environmental Technology Site - US DOE, Golden Colorado | Cochran |
| DX 542 | Examination of Mass Balance Accounting as a Means for Estimating Plutonium Releases | Cochran |
| DX 648 | Letter to William Lamb from R.O. Williams re Rocky Flats Inventory Difference (ID) | Cochran |

|           | Explanation(s)                                                                    |         |
|-----------|-----------------------------------------------------------------------------------|---------|
| DX 654    | A Discussion of Inventory Difference - Its Origins and Effect                     | Cochran |
| DX 655    | Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71      | Cochran |
| DX 685    | What About "Deadly Plutonium"? - Position Statement of the Health Physics Society | Cochran |
| DX 1349   | Graphic Entitled Plutonium Flow                                                   | Cochran |
| DX 1386   | Graphic Entitled Formula for Rocky Flats ID                                       | Cochran |
| DX 1387   | Graphic Entitled Formula for Rocky Flats ID                                       | Cochran |
| DX 1388   | Graphic Entitled Formula for Rocky Flats ID                                       | Cochran |
| DX 1389   | Graphic Entitled Formula for Rocky Flats ID                                       | Cochran |
| DX 1397   | Graphic Entitled Plaintiffs' Question                                             | Cochran |
| DX 1416   | Graphic of Large Whiteboard                                                       | Cochran |

Dated: November 16, 2005                    Respectfully submitted,


/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach

2

Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

               /s/ Courtney Biggins_____
               Courtney Biggins