# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS

---

Exhibits Defendants' seek to admit used during the cross examination of Thomas Cochran, Exhibit A to Defendants' Motion for Admission of Exhibits.