Exhibit A

| Year | Total sales in class area (residential) | Total sales in 2005 dollars |
|---|---|---|
| 1990 | $37,584,035 | $58,815,256 |
| 1991 | $51,596,545 | $77,725,035 |
| 1992 | $66,961,682 | $97,228,362 |
| 1993 | $64,404,772 | $89,728,728 |
| 1994 | $66,938,238 | $89,315,691 |
| 1995 | $56,332,506 | $72,060,542 |

The total sales for residential properties in the class is taken from Dr. Radke's data by summing the values for each year for the variable XXLNPRICE. The conversion to 2005 dollars employs the consumer price index for the Denver-Boulder-Greeley, CO area for the years 1990 to the present as applicable. The same CPI data will also be used to express total damages in 2005 dollars. The CPI figures are drawn from U.S. Department of Labor, Bureau of Labor Statistics, All Urban Consumers, Series Id: CUURA433SA0, CUUSA43SA0, and are presented for each year in the table below:

| Year | Annual |
|---|---|
| 1990 | 120.9 |
| 1991 | 125.6 |
| 1992 | 130.3 |
| 1993 | 135.8 |
| 1994 | 141.8 |
| 1995 | 147.9 |
| 1996 | 153.1 |
| 1997 | 158.1 |
| 1998 | 161.9 |
| 1999 | 166.6 |
| 2000 | 173.2 |
| 2001 | 181.3 |
| 2002 | 184.8 |
| 2003 | 186.8 |
| 2004 | 187.0 |
| 2005 (Mid-Year) | 189.2 |