# Exhibit B



Exhibit 6
Class Area and Metro Area Sale Price Indexes