IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE
TESTIMONY BY CHARLES MCKAY REGARDING OTHER LAWSUITS
(INCLUDING GOVERNMENT TAKINGS) AND REGARDING MR. MCKAY'S
INTERACTIONS WITH ROCKY FLATS SECURITY**

Of the many subjects defendants listed in their Motion, plaintiffs plan to ask Mr. McKay about only the following: the takings of his family's land to build Rocky Flats and expand the buffer zone, the underlying dispute surrounding the west spray fields, and the Church lawsuit. Regarding the takings, plaintiffs do not wish to discuss the legal proceedings. However, the facts of the takings are important milestones in the plant's history. The original taking was the first chapter of the history of Rocky Flats, and it set the tone for Mr. McKay's family's future interactions with Rocky Flats. The acquisition of more land to expand the buffer zone in the 1970's is also an important chapter in Rocky Flats history. Plaintiffs have no interest in exploring the legal proceedings surrounding the taking, only the fact that more land was taken and the buffer zone expanded. To exclude all evidence of the takings could prejudice the jury against Mr. McKay; the jury will hear

that Marcus Church and Mr. McKay have had a contentious relationship with Rocky Flats for years, and they should understand that Mr. Church and Mr. McKay were not bad neighbors who started the conflict unprovoked.

Plaintiffs may also ask Mr. McKay about the facts of the dispute that led to the west spray fields lawsuit; plaintiffs will not seek to elicit the fact of the lawsuit. The lawsuit involved the contamination of Mr. McKay's land by Rockwell's practice of spray irrigation. These events are relevant to proving nuisance and the ease with which contaminants escaped the boundaries of the plant. Plaintiffs will not ask Mr. McKay about the lawsuit itself, if defendants will agree not to bring up that fact on cross-examination.

Regarding the Church lawsuit, plaintiffs will ask Mr. McKay only about the fact of the lawsuit, which was an important event in the history of Rocky Flats and which has already been discussed by other witnesses. Plaintiffs will not seek to elicit from Mr. McKay any testimony about the judge's rulings or other impermissible subjects

Respectfully submitted,

Dated: November 16, 2005

/s  Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Ellen T. Noteware
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Fax (215) 875-4604
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs

3