IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  November 15, 2005            Reporter: Kara Spitler
                                                       Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                 Merrill Davidoff
                                            David Sorensen

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION     David Bernick
and THE DOW CHEMICAL COMPANY,           Douglas Kurtenbach

Defendants.
_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Twenty-Five**

**8:59 a.m.     Court in session.**

Jury not present.

Discussion regarding exhibits.

       **Exhibits received: P-653, P-1145, P-1404**

       **Exhibit rejected: P-1403**

Jury present.

9:18 a.m.     Continued direct examination of Dr. Cochran by Mr. Davidoff.

       **Exhibit received: PV-188**

Video (PV-188) played for the jury.

**10:25 a.m.     Court in recess.**

**10:49 a.m.     Court in session.**

Jury not present.

Discussion regarding exhibits.

>  **Exhibit received: P-1408**

>  **Exhibits rejected: P-1409, P-1122**

Jury present.

10:54 a.m.     Continued direct examination of Dr. Cochran by Mr. Davidoff

>  **Exhibit received:  27C, 27B, P-1132, G-876, P-559, P-1143**

**12:00 p.m.    Court in recess.**
**1:20 p.m.     Court in session.**

Jury not present.

Discussion regarding time for examination and exhibits.

>  **Exhibit received: P-374**

Jury present.

1:26 p.m.      Continued direct examination of Dr. Cochran by Mr. Davidoff.

>  **Exhibit rejected:    P-355**

>  **Exhibits received: P-542, P-1144**

1:42 p.m.      Cross examination of Dr. Cochran by Mr. Bernick.

>  **Exhibits received: DX-1394, DX-652**

**3:23 p.m.     Court in recess.**
**3:45 p.m.     Court in session.**

3:46 p.m.      Continued cross examination of Dr. Cochran by Mr. Bernick.

4:35 p.m.      Jury excused.

Discussion regarding witnesses, deposition designations and exhibits.

**4:55 p.m.     Court in recess.**

Time in court - 5:50.  Trial continued.