**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  November 16, 2005                         Reporter: Kara Spitler
                                                 Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                            Merrill Davidoff
                                                 David Sorensen
Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION               David Bernick
and THE DOW CHEMICAL COMPANY,                    Douglas Kurtenbach

Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Twenty-Six**

**8:59 a.m.     Court in session.**

Jury not present.

Discussion regarding exhibits.

Jury present.

9:13 a.m.     Continued cross examination of Dr. Cochran by Mr. Bernick.

**10:18 a.m.    Court in recess.**
**10:52 a.m.    Court in session.**

10:54 a.m.    Continued cross examination of Dr. Cochran by Mr. Bernick.

    **Exhibit received:    DX-454**

    **Exhibits offered:    DX-1349, 1386-89, DX-648, DX-685, DX-37, DX-655, DX-542, DX-1416, DX-1379, DX-454**

11:30 a.m.     Redirect examination of Dr. Cochran by Mr. Davidoff.

**12:03 p.m.     Court in recess.**
**1:20 p.m.      Court in session.**

Jury not present.

Defendants' oral motion to strike certain testimony of Dr. Cochran.

**ORDERED:  Defendants' oral motion to strike certain testimony of Dr. Cochran is denied.**

Defendants' may have 15 minutes for recross examination of Dr. Cochran.

Discussion regarding witnesses.

Jury present.

1:27 p.m.      Continued redirect examination of Dr. Cochran by Mr. Davidoff.

    **Exhibit rejected: P-1401**

    **Exhibits received: P-1402, DX-1394**

2:21 p.m.      Recross examination of Dr. Cochran by Mr. Bernick.

2:43 p.m.      Plaintiffs' witness, Wing, sworn.

Bench conference.

**ORDERED:  Motion to Exclude Testimony by Dr. Wing Regarding Conduct by the DOE/AEC, Including the DOE Plutonium Injection Studies (Doc. No. 1632), filed November 11, 2005, is denied.**

**ORDERED:  Motion to Exclude Testimony by Dr. Wing (Doc. No. 1651), filed November 14, 2005, is denied.**

    **Exhibit rejected: P-1128**

    **Exhibit received: P-1207**

2:47 p.m.      Direct examination of Dr. Wing by Ms. Roselle.

2

**3:06 p.m.      Court in recess.**
**3:26 p.m.      Court in session.**

Jury present.

3:29 p.m.      Continued direct examination of Dr. Wing by Ms. Roselle.

**4:40 p.m.      Court in recess.**

Time in court - 5:30.  Trial continued.