# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

_____

## DEFENDANTS' PROPOSED INSTRUCTION REGARDING
## DEPOSITION TESTIMONY OF DR. JAMES FLYNN
_____

      Defendants hereby submit their proposed instruction regarding the designated deposition testimony of Dr. James Flynn (attached as Exhibit A).

Dated: November 17, 2005                        Respectfully submitted,

                                                /s/ John E. Tangren_____
                                                One of the Attorneys for the Defendants
                                                David M. Bernick
                                                Douglas J. Kurtenbach
                                                Ellen Therese Ahern
                                                Mark J. Nomellini
                                                John E. Tangren
                                                KIRKLAND & ELLIS LLP
                                                200 East Randolph Drive
                                                Chicago, Illinois 60601-6636
                                                Phone:  312-861-2000
                                                Fax:    312-861-2200

                                                Joseph J. Bronesky
                                                SHERMAN & HOWARD L.L.C.

633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax: 303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

              /s/ Courtney Biggins_____
              Courtney Biggins (legal assistant)