# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### No. 90-cv-181-JLK
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

### PLAINTIFFS' UNOPPOSED MOTION TO FILE DOCUMENT UNDER SEAL
_____

    Plaintiffs respectfully move for leave to file the deposition transcript for Mr. Richard Kaufman (previously tendered at Ct. Rec. 1636) under seal. Plaintiffs make this request from an abundance of caution in light of concerns expressed by defendants and the Court. The document relates to plaintiffs' previously filed Memorandum in Opposition to Defendants' Motion to Strike Richard Kaufman as a Witness   Plaintiffs are informed that defendants do not oppose this motion..

| | |
|---|---|
| Dated: November 17, 2005 | s/ Peter Nordberg_____ |
| | Merrill G. Davidoff |
| | Peter Nordberg |
| | Berger & Montague, P.C. |
| | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| | (215) 875-3000 |
| | |
| | Attorneys for Plaintiffs |
| | And the Class |

## CERTIFICATE OF SERVICE

I, Peter Nordberg, hereby certify that today, this 17th day of November, 2005, I served the foregoing document, with its exhibit, by e-mail upon counsel for defendants, and counsel for the United States, as follows:

David Bernick, Esq.
dbernick@kirkland.com

Douglas J. Kurtenbach, Esq.
dkurtenbach@kirkland.com

Joseph J. Bronesky
jbronesk@sah.com

Stephen Taylor, Esq.
Stephen.Taylor@usdoj.gov

s/ Peter Nordberg
Peter Nordberg