IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

### PLAINTIFFS' MOTION IN LIMINE REGARDING CROSS-EXAMINATION OF BOWMAN AND LUND

Defendants respectfully move the Court for an order barring defendants from asking Joseph Bowman or L.B. Lund about the recent sale of the Alkire Investment Company land. In ruling on plaintiffs' Motion in Limine, the Court held that evidence that absolute property values in the class area have appreciated is inadmissible. *See* Sept. 13, 2005 Hrg. Tr. at 5. Defendants have previously violated this Order. For example, defendants mentioned the dollar amount of a recent appraisal of the Babbs' property, *see* Oct. 20 Tr. at 1971, and stated the recent sale price of the Alkire Investment Company land during Mr. Bartlett's testimony, *see* Oct. 14 Tr. at 1038. In addition, when questioning Gretchen Robb, defendants not only asked Ms. Robb about the present sale price of her home but even prepared a graphic to show that price. *See* Nov. 10 Tr. at 5040-41. The Court naturally struck this testimony and excluded the exhibit, but by then the damage had been done.

Plaintiffs are especially concerned that defendants will try this line of questioning with Messrs. Bowman and Lund.  These witnesses were members of a partnership called the Alkire Investment Company that owned a large parcel of undeveloped land in the class area.  In or around 1997, one of the partners, F. O'Neil Griffin, bought out the rest of the group's interests.  Mr. Griffin later sold the land at a profit.  Defendants were so keenly interested in this testimony that they even arranged for a videotaped deposition of Mr. Griffin in his home state of Texas to perpetuate that testimony.  In light of defendants' previous questioning in violation of the Court's ruling on the Motion in Limine, plaintiffs respectfully request the Court issue an Order in advance to prevent questioning about later sale prices for the Alkire land.

Respectfully submitted,

Dated: November 17, 2005

  /s  Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Fax (215) 875-4604
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs