IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  November 17, 2005    Reporter: Kara Spitler
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | David Sorensen |
| Plaintiffs, | |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Twenty-Seven**

**8:51 a.m.    Court in session.**

Jury not present.

Argument by counsel regarding the human radiation experiments.

Court's rulings.

**ORDERED:   Defendants' Motion to Limit Whalen's Testimony (Doc. No. 1641), filed November 13, 2005, is granted in part and denied in part.**

9:08 a.m.    Continued direct examination of Dr. Wing by Ms. Roselle.

**10:15 a.m.   Court in recess.**
**10:38 a.m.   Court in session.**

Jury not present.

Argument by counsel concerning defendants' oral motion regarding the testimony of Dr. Wing and for mistrial.

**ORDERED:   Defendants' oral motion regarding the testimony of Dr. Wing and for mistrial is denied.**

10:54 a.m.     Continued direct examination of Dr. Wing by Ms. Roselle.

**Exhibits received: P-1435, P-1436, P- 660, P-1437, P-1433, P-1444**

Bench conference.  Second oral motion today by Mr. Bernick for mistrial.

**ORDERED:   Defendants' second oral motion today for mistrial is denied.**

11:27 a.m.     Cross examination of Dr. Wing by Mr. Kurtenbach.

11:57 a.m.     Jury excused.

Discussion regarding deposing defendants' witnesses.

**12:01 p.m.    Court in recess.**
**1:03 p.m.     Court in session.**

Jury present.

1:04 p.m.      Continued cross examination of Dr. Wing by Mr. Kurtenbach.

**Exhibits offered:    DX-1439, DX-1409, DX-729, DX-733, DX-1427, DX-732, DX463**

3:05 p.m.      Redirect examination of Dr. Wing by Ms. Roselle.

Jury excused.

Discussion regarding witnesses and trial schedule.

**3:33 p.m.     Court in recess.**

Time in court - 5:17.  Trial continued.