IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## ORDER ON MOTIONS TO ADMIT EXHIBITS

Kane, J.

This matter is before me on various written and oral motions to admit exhibits. Having carefully considered these motions, the parties' objections to the proffered exhibits and all applicable legal authorities, and being fully advised in the premises, I rule as follows with respect to each of the following motions:

1.    #1605: Plaintiffs' Motion to Admit Documents and Present Them Directly to the Jury (filed 11/8/05)

Plaintiffs' request that they be permitted to read relevant portions of admitted documents to the jury, without a witness, is GRANTED. I rule as follows regarding the specific exhibits offered for admission in this motion:

| Exhibit | Ruling |
|---|---|
| P-18 | Admitted. |
| P-19 | Admitted. |
| P-27 | Admitted provided the handwriting is redacted. |
| P-93 | Admitted. |
| P-95 | Admitted. |
| P-140 | Admitted. |
| P-165 | Admitted. |
| P-199 | Admitted. |
| P-214 | Admitted. |
| P-281 | Admitted. |
| P-303 | Admitted. |
| P-321 | Admitted. |
| P-338 | Admitted. |
| P-394 | Admitted. |
| P-404 | Admitted. |
| P-408 | Admitted. |
| P-410 | Admitted. |
| P-411 | Admitted. |
| P-431 | Admitted. |
| P-455 | Admitted. |
| P-479 | Admitted. |
| P-604 | Admitted. |
| P-652 | Admitted. |
| P-736 | Admitted. |

| P-1049 | Admitted. |
| P-1091 | Admitted. |

2. #1608: Plaintiffs' Motion to Admit Exhibit P-1279 (filed November 8, 2005)

This motion is GRANTED. Exhibit P-1279 is admitted.

3. #1616: Plaintiffs' Motion to Admit Exhibits P-10, P-371, P-548, P-651, P-652, P-653, P-654, & P-655 (filed November 9, 2005), as amended by #1625 (filed November 10, 2005)

Exhibit P-653 was received into evidence in court on November 15. Defendants' objection to Exhibit P-651 is sustained. This exhibit is excluded. Defendants' objections to the remaining named exhibits are overruled, and these exhibits are admitted.

4. #1617: Defendants' Motion for Admission of Exhibits (filed November 10, 2005), amended by #1623

| Exhibit | Ruling |
| --- | --- |
| DX0476 | Admitted. |
| DX0477 | Admitted. |
| DX0496 | Admitted. |
| DX0497 | Objection sustained. This exhibit is excluded. |
| DX550 | Admitted. |
| DX562 | Admitted. |
| DX563 | Objection sustained. This exhibit is excluded. |

| | |
|---|---|
| DX1078/ DX1078a | Objection sustained.  These exhibits are excluded because they depict arguments of counsel, which are not evidence.  If the exhibits were evidence, they would be excluded because they are so confusing that they do not have any tendency to make the existence of a material fact more less probable, *see* Fed. R. Evid. 401, and their probative value, if any, is substantially outweighed by the danger of confusion of the issues.  *See* Fed. R. Evid. 403. |
| DX1218 | Admitted. |
| DX1222 | Objection sustained.  This exhibit is excluded. |
| DX1223 | Objection sustained.  This exhibit is excluded. |
| DX1224 | Objection sustained.  This exhibit is excluded. |
| DX1225 | Objection sustained.  This exhibit is excluded. |
| DX1226 | Objection sustained.  This exhibit is excluded. |
| DX1227 | Admitted. |
| DX1227A | Admitted. |
| DX1228 | Objection sustained.  This exhibit is excluded. |
| DX1244 | Objection sustained.  This exhibit is excluded. |
| DX1245 | Admitted. |
| DX1252 | Admitted. |
| DX1259 | Admitted. |
| DX1261 | Admitted. |
| DX1262 | Admitted. |
| DX1263 | Admitted. |
| DX1264 | Admitted. |
| DX1265 | Admitted. |

| DX1274 | Objection sustained.  This exhibit is excluded because it depicts arguments of counsel, which are not evidence.  If the exhibit was evidence, it would be excluded because it is so confusing that it does not have any tendency to make the existence of a material fact more less probable, *see* Fed. R. Evid. 401, and its probative value, if any, is substantially outweighed by the danger of confusion of the issues.  *See* Fed. R. Evid. 403. |
|---|---|
| DX1277 | Admitted. |

5.    Exhibits offered by Defendants at trial on November 11

Plaintiffs' objections to DX-623, DX-37, DX-38, DX-379, DX-609 and DX-610 are sustained.  The listed exhibits are excluded.

I will rule on the other pending motions to admit exhibits as soon as possible.

IT IS SO ORDERED.

Dated this 18th day of November, 2005.

                                        BY THE COURT:

                                        S/John L. Kane
                                        John L. Kane, Senior District Judge
                                        United States District Court