IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

**ORDER ON OBJECTIONS TO DESIGNATIONS
OF HAZLE DEPOSITION TESTIMONY AND EXHIBITS**

---

Kane, J.

This matter is before me on Defendants' Objections [and Counter-Designations] to Plaintiffs' Designations of Deposition Testimony of Albert J. Hazle and to Use of Deposition Exhibits at Trial (Docket #1634), filed November 11, 2005, as amended by Defendants' November 14, 2005 submission of revised counter-designations.  Having carefully considered these objections, Plaintiffs' response and objections to Defendants' counter-designations and all applicable legal authorities, and being fully advised in the premises, I rule as follows with respect to the Hazle deposition designations and exhibits to which specific objections were made:

Defendants' objections to Plaintiffs' designation of exhibits P-158, P-159, P-160, P-178, P-182, P-183, P-194, P-202, P-203, P-204 and P-205 are overruled.  These

exhibits are admitted.  Defendants' objection to P-163 is moot because Plaintiffs have not offered this exhibit.  *See* Plaintiffs' Resp. (#1652) at 4.

Defendants' objections to 97:22-24 are overruled based on Plaintiffs' additional designation of 98:1-22.  All other objections asserted by Defendants in #1634 are overruled.

Plaintiffs' objection to Defendants' counter-designation of deposition Exhibit 21 is overruled.

Plaintiffs' objections to Defendants' counter-designation of Exhibit 18 and 608:5-8, 658:6-24, 660:4-15, 662:19 to 663:7, 671:15 to 672:8, 673:19 to 674:11 are moot based on Defendants' withdrawal of these counter-designations in their November 14 submission.  Plaintiffs' other objections to Defendants' counter-designations of deposition testimony are overruled.

Plaintiffs' additional designation of 542:23 to 543:2, 584:20 to 585:18 and 611:17 to 612:9 for completeness are rejected because Defendants withdrew the counter-designations to which these additional designations were directed.

The following testimony designated by Plaintiffs or Defendants is also excluded: 383:9-10, 602:19-20 (only the phrase "that were on grounds that were involved with the litigation") and 564:10-13.

IT IS SO ORDERED.

Dated this 18th day of November, 2005.

                                            S/John L. Kane
                                            John L. Kane, Senior District Judge
                                            United States District Court