# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

___

## DEFENDANTS' NOTICE OF PLAINTIFFS' NEW WITNESS LIST
___

      Defendants hereby give notice that Plaintiffs provided a new witness list to Defendants on November 17, 2005 (attached as Exhibit A). The most notable change on Plaintiffs' new list is that Plaintiffs have dropped the deposition testimony of Candice Jierree, which renders moot Defendants' objections to Ms. Jierree's testimony and Defendants' motion to exclude deposition exhibits, filed November 15, 2005. To Defendants' knowledge, Plaintiffs have not yet informed this Court of this change. Therefore, Defendants file this notice in the interests of preventing this Court from expending any further time preparing its rulings on Defendants' objections and motion.

Dated: November 18, 2005                                   Respectfully submitted,

                                                                          /s/ John E. Tangren_____
                                                                          One of the Attorneys for the Defendants
                                                                          David M. Bernick
                                                                          Douglas J. Kurtenbach

2

Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax: 312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax: 303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

2

3

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on November 18, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com


              /s/ Kari Knudsen_____
              Kari Knudsen (legal assistant)