# Exhibit A

Plaintiffs' Remaining Witnesses
November 17, 2005

## MOTION TO ADMIT EXHIBITS WITHOUT TESTIMONY

Plaintiffs have certain exhibits that we seek to admit without testimony. If that motion is denied, there may be a need to call as a witness a custodian of records to identify these exhibits.

### WILL CALL LIST

(1) Karen Whalen
(2) Karl Morgan deposition
(3) Albert Hazle deposition
(4) Joe Bowman
(5) Mark Silverman deposition
(6) James Flynn deposition
(7) Wayne Hunsperger

### MAY CALL LIST

(1) A. Bryan Siebert deposition
(2) Charles McKay
(3) Joel Selbin
(4) Peter Lund (who may be called out of order because of his unavailability)

### WILL NOT CALL IN CASE IN CHIEF

(1) Niels Schonbeck
(2) Stuart Poet
(3) John Till (as on cross examination)
(4) Judith Henderson deposition
(5) Candice Jierree deposition