# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and**
**THE DOW CHEMICAL COMPANY,**

    **Defendants.**

### PLAINTIFFS' NOTICE OF CHANGES TO WITNESS LIST

Plaintiffs hereby give notice that they will not call Charles McKay and will not play the videotaped deposition of Albert Hazle in their case in chief.

                                                Respectfully submitted,

Dated: November 20, 2005                     /s  Jennifer MacNaughton
                                                      Merrill G. Davidoff
                                                      Peter Nordberg
                                                      Ellen T. Noteware
                                                      Jennifer MacNaughton
                                                      BERGER & MONTAGUE, P.C.
                                                      1622 Locust Street
                                                      Philadelphia, PA 19103
                                                      (215) 875-3000
                                                      Fax (215) 875-4604
                                                      jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Attorneys for Plaintiffs