# Exhibit A

JOSEPH S. BOWMAN, JUNE 10, 2004

1

```
27816AKW

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
_____

Civil Action No. 90-K-181
_____

MERILYN COOK, et al.,

Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

Defendants.
_____

            DEPOSITION OF JOSEPH S. BOWMAN

                    June 10, 2004

Pursuant to Subpoena taken on behalf of the Defendants at
633 17th Street, 24th Floor, Suite 2, Denver, Colorado
80202, at 9:07 a.m., before Kelli J. Wessels, Professional
Court Reporter and Notary Public within Colorado.
```

ORIGINAL

```
 1  acre piece of the parcel?
 2       A.   Well, I'm not sure of the thrust of your question
 3  there.
 4       Q.   Okay.  Let me rephrase it then.  As far as you
 5  know, did Mr. Coleman value being a partner in the Alkire
 6  Investment Company for that 30 plus acre parcel?
 7       A.   I don't know what he thought, but obviously he was
 8  interested in keeping a piece of the whole so that he knew
 9  what was going on.
10            Now, the other acreage had the pasture on it.  The
11  27 acres was for his house and the appurtenances thereto.
12  So he did, I think, what any shrewd fellow would do, he
13  would keep an interest in the outside, too.  I forget what
14  it was, 5 percent or something like that.  Coleman 8
15  percent, yeah.
16       Q.   So Mr. Coleman was also interested in using the
17  300 plus acre parcel for pasture and other purposes?
18       A.   Yes, he did.  I think we had a deal with him on
19  that for grain.
20       Q.   How did you first learn about the Alkire
21  Investment Company idea?
22       A.   How did I learn about the Alkire Investment
23  Company?
24       Q.   Yes.
25       A.   We created it to do -- to do this transaction.
```