# Exhibit B

```
 1  27813ASG
 2  IN THE UNITED STATES DISTRICT COURT
 3  FOR THE DISTRICT OF COLORADO
 4  Civil Action No. 90-K-181
 5  _____
 6  MERILYN COOK, et al.,
 7  Plaintiffs,
 8  vs.
 9  ROCKWELL INTERNATIONAL CORPORATION and
10  THE DOW CHEMICAL COMPANY,
11  Defendants.
12  _____
13
14            DEPOSITION OF LUTHER B. LUND
15                   June 8, 2004
16
17  Pursuant to Subpoena taken on behalf of the Defendants
18  at 633 Seventeenth Street, Suite 3000, Denver, Colorado
19  80202, at 9:05 a.m., before Sara Goldenberg, Registered
20  Professional Reporter and Notary Public within Colorado.
21
22
23
24
25                                            ORIGINAL
```

13

LUTHER B. LUND, JUNE 8, 2004

1  property?
2      A.   Most of us were employees of Colorado Oil
3  and Gas Corporation at that time, and those who weren't
4  were friends of Ralph Coleman's.
5      Q.   Was Mr. Coleman an employee of Colorado Oil
6  and Gas?
7      A.   Right, yes.
8      Q.   What about Mr. Griffin?
9      A.   Yes.
10     Q.   What was Mr. Griffin's position at the time,
11 in May 1967, when Alkire Investment Company was formed?
12     A.   I'm not sure of the exact title, but he was
13 a vice president.  And exactly what, I'm not sure.
14     Q.   He worked out of Texas?
15     A.   No, he worked out of Denver.
16     Q.   Do you know why --
17     A.   I think.  I believe he was still with us in
18 Denver.  He had been at least previously.  He could
19 possibly have already left Colorado.
20     Q.   I notice that his address on Lund Exhibit 1
21 is in Texas.  That's why I was asking.  I know he lives
22 in Texas now.
23     A.   Yeah.
24     Q.   Did Mr. Griffin, at least at some point
25 around 1967, leave Colorado Oil and Gas to go to Texas?

LUTHER B. LUND, JUNE 8, 2004

18

1  me.

2  Q. And how did Mr. Coleman become the other
3  managing partner for Alkire Investment Company?

4  A. He was the natural. He was the prime mover.

5  (Defendants' Deposition Exhibit 2 was
6  marked.)

7  Q. (BY MR. BAKKE) The court reporter has
8  handed you what's been marked Lund Exhibit 2, which may
9  be a couple of documents put together, all related to
10  the same sale. Do you recall seeing Lund Exhibit 2
11  before?

12  A. Yes.

13  Q. Are they documents relating to the purchase
14  of land by Alkire Investment Company from Westminster in
15  1967?

16  A. Yes.

17  Q. On the second page of Lund Exhibit 2, the
18  price stated under Amount is $245,056. Is that the
19  correct price that Alkire Investment Company paid for
20  the property?

21  A. I assume so.

22  MS. NOTEWARE: Is that the second page?

23  No, no. I know. But is that for both
24  parcels? I think they had it broken up into two
25  parcels.

1       MR. BAKKE:  That's what I was going to ask.
2       MS. NOTEWARE:  I just wasn't sure what your
3  question was.
4       Q.   (BY MR. BAKKE)  Now, on --
5       A.   That's the --
6       Q.   Go ahead.
7       A.   That's the approximate amount of our total
8  purchase.
9       Q.   On the second-to-the-last page of Lund
10 Exhibit 2, it lists a size of the property of
11 308.34 acres.  Is that the approximate size of the
12 Alkire property?
13      A.   My recollection is that it was
14 306-something, but that's in the ballpark.
15      Q.   Does the 306-acre figure include the
16 property that Mr. Coleman purchased, or does it not?
17      A.   It does not.
18      Q.   Does the 245,000-dollar purchase price
19 include the purchase price for Mr. Coleman's property?
20      A.   No.
21           (Discussion off the record between deponent
22 and his counsel.)
23           MR. BAKKE:  Want to go off the record?
24           MS. NOTEWARE:  Yeah.
25           MR. BAKKE:  Off the record.

1  sorry.  Do you remember why the five-acre purchase that
2  Mr. Coleman wanted to make never went through?
3       A.   No.
4            (Defendants' Deposition Exhibit 34 was
5  marked.)
6       Q.   (BY MR. BAKKE)  The court reporter has
7  handed you Lund Exhibit 34.  Do you recognize Lund
8  Exhibit 34?
9       A.   Vaguely.
10      Q.   Is Lund Exhibit 34 a memorialization of
11 Alkire's sale of somewhere between five and 6.6 acres to
12 Mr. and Mrs. Wagner?
13      A.   I remember that transaction.  This appears
14 to represent that contract.
15      Q.   On the second page of Lund Exhibit 34, it
16 states, "The purchaser states that he is now living in
17 the dwelling involved in this sale."  How long had
18 Mr. Wagner lived on the Alkire property?
19      A.   I don't recall.  I think for several years,
20 but I can't be sure of that.
21      Q.   Was Mr. Wagner paying rent to Alkire?
22      A.   I assume so.
23      Q.   Was Mr. Wagner farming the entire area, or
24 was Mr. Wagner farming some and Mr. Coleman farming
25 some?

1    Q.    What are Lund 36 and Lund 37?
2    A.    Contract to sell 35, 36 acres to the Stanger
3  group.
4    Q.    Is the 35 to 36 acres you ended up selling
5  to the Stanger group the acreage in the southwest corner
6  of the Alkire property?
7    A.    Yes.
8    Q.    Was the reason for the counterproposal that
9  is Lund Exhibit 37 primarily just to get a higher price
10 for the property, or was there some other purpose?
11   A.    I don't recall whether there were other
12 considerations or not.
13         (Defendants' Deposition Exhibit 38 was
14 marked.)
15   Q.    (BY MR. BAKKE)  The court reporter has
16 handed you what's been marked Lund Exhibit 38.  Do you
17 recognize Lund Exhibit 38?
18   A.    Yes.
19   Q.    Is Lund Exhibit 38 the actual transaction
20 with the Stranger group?
21   A.    Stanger.
22   Q.    Sorry.  The Stanger group.
23   A.    Well, the Dillon Real Estate Company is King
24 Soopers, in effect, and that was integrally involved in
25 the Stanger transaction.  And I don't recall exactly how

1  the parties ended up doing it, whether Dillon bought our
2  property and then assigned it to the Stangers or just
3  what.  As far as we were concerned, it didn't matter.
4     Q.   The Stanger-Dillon transaction, was that
5  just for unimproved land?
6     A.   Yes.
7     Q.   Did the Stangers or anyone involved in that
8  transaction bring up Rocky Flats as a concern during the
9  transaction?
10    A.   I don't recall.
11    Q.   Do you recall what the Stanger group was
12 buying that property for, what kind of use?
13    A.   There was some thought of it being used for
14 a drive-in theater, but that never came to pass.
15    Q.   Do you know why that didn't come to pass?
16    A.   No.  Due to the demise of drive-in theaters.
17         MS. NOTEWARE:  I like drive-in theaters.
18         THE DEPONENT:  That had a lot to do with it.
19    Q.   (BY MR. BAKKE)  1982.
20    A.   Yeah.
21         (Defendants' Deposition Exhibit 39 was
22 marked.)
23    Q.   (BY MR. BAKKE)  The court reporter has
24 handed you what's been marked Lund Exhibit 39.  Do you
25 recognize Lund Exhibit 39?

1  A. Yes, I do.

2  Q. What is the first page of Lund Exhibit 39?

3  A. It's just a letter to the First City National Bank of Houston, giving an approximate value of the property that is owned by Joanne Norman.

6  Q. You state, "As you know, the last sale, which was for approximately 36 acres, brought approximately 6,000 per acre. On the other hand, if we needed to make a sale in a relatively short period of time, it is likely that we could not realize much more than 2,500 per acre for the entire tract."

12  What is the difference between the 6,000-dollar figure that you were able to get in the Stanger purchase about this time and the 2,500-dollar figure that you're quoting for a sale in a short period of time?

17  A. We had no buyers for the entire tract, so if we were to have a forced sale, it would probably be to a speculator that was willing to take it off our hands for a bargain price. The 6,000 was an arm's length transaction, so that was just a fact.

22  Q. Do you have any evidence that proximity to Rocky Flats affected the price that the Stanger group was willing to pay for the property they purchased from the Alkire group?

LUTHER B. LUND, JUNE 8, 2004

```
 1        Q.   During the negotiation or after the
 2   negotiation, when Mr. Schossow said he was going to pull
 3   out, did Mr. Schossow ever mention Rocky Flats?
 4        A.   I have no recollection of this, and I don't
 5   believe I ever met the gentleman.
 6        Q.   Who was dealing with Mr. Schossow?
 7        A.   Well, Bartlett represented him, and our
 8   contact was just with Bartlett.
 9             (Defendants' Deposition Exhibit 43 was
10   marked.)
11        Q.   (BY MR. BAKKE)  The court reporter has
12   handed you what's been marked Lund Exhibit 43.  Do you
13   recognize Lund Exhibit 43?
14        A.   Yes, I do.
15        Q.   What is Lund Exhibit 43?
16        A.   It's a contract for the sale to the Abbotts
17   of 35 acres.
18        Q.   Do you recall why the Abbotts were
19   purchasing property from Alkire at this time, November
20   of --
21        A.   They owned a large tract of property just
22   east of Alkire, opposite this land.  And beyond that I'd
23   be speculating, as to what their purpose was for it.
24        Q.   Do you recall if Rocky Flats was ever
25   discussed with the Abbotts during the transaction for
```

1  the property the Abbotts purchased?
2      A.   No, I can't say I do.
3      Q.   Did Alkire sell the Abbotts the northern
4  portion of their property, the 35 acres to the north,
5  for -- strike that.
6           Did Alkire sell to the Abbotts an
7  approximately 35-acre portion of their property at the
8  north of the Alkire property for about $223,125?
9      A.   That's my understanding.
10          MR. BAKKE:  You like that when I pass up
11 documents?
12          THE DEPONENT:  Yeah, but I still see a stack
13 over there.
14          MR. BAKKE:  I thought it would be better to
15 ask questions from documents than to just try to test
16 the 30-year-old memory without them.
17          (Defendants' Deposition Exhibit 44 was
18 marked.)
19     Q.   (BY MR. BAKKE)  The court reporter has
20 handed you what's been marked Lund Exhibit 44.  Do you
21 recognize Lund Exhibit 44?
22     A.   Yes, I do.
23     Q.   Is that a one-page handwritten letter that
24 you wrote to your partners on August 26th, 1986?
25     A.   Yes, it is.  This happened after I no longer

155

LUTHER B. LUND, JUNE 8, 2004

```
 1  Lund Exhibit 59?
 2       A.   The second page?
 3       Q.   It's the back of the first page.
 4            MS. NOTEWARE:  On 2787?
 5            THE DEPONENT:  I have no idea.
 6       Q.   (BY MR. BAKKE)  Do you know who Wayne
 7  Hunsperger is?
 8       A.   No.
 9       Q.   Do you recall if you ever talked to Wayne
10  Hunsperger in this case?
11       A.   I don't recall.  It doesn't mean I didn't,
12  but I have no recollection of it.
13       Q.   What is the remainder of Lund Exhibit 59,
14  after the copies of the business card?
15       A.   Well, it's the agreement to sell Alkire's
16  property to Neil Griffin.
17       Q.   Was the purchase price for the sale to
18  Mr. Griffin approximately $8,200 an acre?
19       A.   Yes.
20       Q.   Was the total purchase price paid by
21  Mr. Griffin approximately $1.88 million?
22       A.   I don't know.  Is that in the contract?
23            (Defendants' Deposition Exhibit 60 was
24  marked.)
25            MR. BAKKE:  I withdraw my question.  I'll
```

1  give you a different document.
2       Q.   (BY MR. BAKKE)   The court reporter has
3  handed you what's been marked Lund Exhibit 60.   Do you
4  recognize the documents that comprise Lund Exhibit 60?
5       A.   Mm-hmm.
6       Q.   Yes?
7       A.   Yes.
8       Q.   What are the documents that comprise Lund
9  Exhibit 60?
10      A.   Oh, it's the contract and closing documents
11 for our sale to Griffin.
12      Q.   The first page of Lund Exhibit 60 says
13 "contract sales price" and has a number, 1,881,900.   Is
14 that the price that Mr. Griffin paid to Alkire
15 Investment for the property?
16      A.   I believe it is.
17           (Defendants' Deposition Exhibit 61 was
18 marked.)
19      Q.   (BY MR. BAKKE)   The court reporter has
20 handed you Lund Exhibit 61.   Do you recognize Lund 61?
21      A.   Mm-hmm.
22      Q.   Yes?
23      A.   Oh, yes.
24      Q.   What is Lund Exhibit 61?
25      A.   It's a schedule from our 1996 partnership

1  tax return, for the installment sale due that year.
2      Q.    The $1.88 million listed under item five,
3  that is the entirety of what Mr. Griffin paid for the
4  property, correct?
5      A.    Right.
6      Q.    And under Cost or Other Basis of Property
7  Sold, where the tax form lists $144,961, is that how
8  much Alkire paid for the acres that Mr. Griffin was
9  purchasing?
10     A.    Well, that was the tax base of the remaining
11 property.  The tangible or depreciable property had all
12 been fully depreciated by now, so there wasn't any
13 basis -- that's my recollection -- in anything but the
14 land.
15     Q.    In fact, am I correct that most of the land,
16 if not all of the land, that was transferred to
17 Mr. Griffin didn't have any of those initial buildings
18 on it?  Those had already been sold to other people?
19     A.    I believe that's right.
20     Q.    So am I correct that Alkire sold that last
21 portion of its land for approximately 13 times what it
22 paid for it when it purchased it?
23     A.    8200 divided by 800, is that what you're
24 saying?
25     Q.    I guess it's more than that, actually.