# Exhibit C

F. O'NEIL GRIFFIN    AUGUST 19, 2004

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 90-K-181

MERILYN COOK, et al.,

        Plaintiffs,

   v.

ROCKWELL INTERNATIONAL CORPORATION, a Delaware corporation, and the DOW CHEMICAL COMPANY, a Delaware corporation,

        Defendants.

THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

    The videotape deposition of F. O'NEIL GRIFFIN, called for examination, taken pursuant to subpoena, before Annette Satterlee, a Certified Court Reporter for the State of Arizona, at 3440 North Country Club Drive, Flagstaff, Arizona, on the 18th day of August, A.D. 2004, at 8:35 a.m.

**ORIGINAL**

| | | |
|---|---|---|
| :10:20 | 1 | you budget to spend before the property will be fully |
| | 2 | platted and ready to deliver to Remington Homes? |
| | 3 | A.  I don't have it with me, but we have a |
| | 4 | budget I think of about a million eight. |
| 10:10:32 | 5 | Q.  An additional million eight? |
| | 6 | A.  No.  A total.  So that what I've spent now |
| | 7 | is about a million, and I think there's another |
| | 8 | $600,000 or so to go. |
| | 9 | (WHEREUPON, certain proceedings were had |
| 10:10:41 | 10 | designated as confidential upon request of the witness |
| | 11 | and counsel and are transcribed under separate cover.) |