# Exhibit E

## RESIDENTIAL LAND VALUE TRENDS

|  | 1989 | 1990 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 2005* |
|---|---|---|---|---|---|---|---|---|---|---|
| Finished Lot Price | $12,000 | $12,000 | $16,000 | $22,750 | $24,000 | $30,000 | $32,050 | $35,000 | $38,000 | $55,000 |
| Estimated Land Cost per Lot, 1 | $4,000 | $4,000 | $5,330 | $7,580 | $7,990 | $9,990 | $10,670 | $11,660 | $12,650 | $18,320 |
| Annual Percent Change | -- | 0.00% | 33.25% | 42.21% | 5.41% | 25.03% | 6.81% | 9.28% | 8.49% | 6.40% |
| Percentage Change 1989 to 1993 | 89.50% | | | | | | | | | |
| Annual Rate of Change 1989 to 1993 | 17.32% | | | | | | | | | |
| Annual Rate of Change 1989 to 2005 | 9.98% | | | | | | | | | |

1) land value represents 1/3 of finished lot price
*THK Associates, Inc. estimate

**Source: Urban Land Institute, Market Profiles Publications and THK Associates, Inc.**