# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION *IN LIMINE*
REGARDING CROSS-EXAMINATION OF BOWMAN AND LUND**

---

        Color map of Alkire Investment Company property, Exhibit F to Defendants' Response to Plaintiffs' Motion *in Limine* Regarding Cross-Examination of Bowman and Lund.