# Exhibit C

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

Criminal Case Number 90-K-181
```

---

MARILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL,

    Defendant.

---

Proceedings before RICHARD M. BORCHERS, United States Magistrate Judge, United States District Court for the District of Colorado, commencing at 9:34 a.m., on the 15th day of August, 1994, in the United States Courthouse, Denver, Colorado.

---

WHEREUPON, THE WITHIN ELECTRONICALLY RECORDED PROCEEDINGS ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...

---

APPEARANCES

BRUCE DUBOSKY, DANIEL BERGER and MERRILL DAVIDOFF, Attorneys at Law, Denver, Colorado, appearing for the Plaintiffs.

---

MOTIONS HEARING

AVERY REPORTING SERVICE, INC.
1000 Speer Blvd., Denver, CO 80204
(303) 825-6119



PLAINTIFFS' EXHIBIT P-1417 90-CV-181

PLAINTIFF'S EXHIBIT 28 ALL-STATE INTERNATIONAL

So finally, ever since <u>Hickman v. Taylor</u> it has been clear that the attorney work product privilege is a qualified privilege, it's not embodied in the rules. Their conduct has been inequitable, their conduct has been secret, and their conduct has been obstructed. And on equitable estoppel grounds they are equitably estopped from asserting any claim to the qualified work product privilege or immunity.

The third reason, and again a related reason, delay at this juncture, Your Honor, is intolerable. Even if the trial is postponed a few months it isn't going to be postponed for several years. And they have essentially gotten a three and a half year head start on us, because of their conduct, in hiding from us what they were doing. Now, I might add, it wasn't just hidden from the Plaintiffs which may not strike the Court as an affront, it was hidden from the public, and it was hidden from the Court. And those are very important points. Repeatedly in briefs and repeatedly in oral argument and to Judge Babcock, to Judge Abrams, to Judge Kain and to Your Honor they have misled the Court as to the scope and nature of their efforts with respect to document discovery of DOE documents. I think enough is enough, and the delay is intolerable. We have a procedure in our order, that's Paragraph 19 of the order, we've agreed it can be afforded to them, even though we think that for