# Exhibit D

FEB 28 1996

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,          )
                               )
            Plaintiffs,        )
                               )
       vs.                     )      90-K-181
                               )
ROCKWELL INTERNATIONAL, et al.,)
                               )
            Defendants.        )
```

---

FURTHER HEARING ON CONTEMPT
TRANSCRIPT OF PROCEEDINGS

---

Proceedings held before the HONORABLE JOHN L. KANE, JR., U. S. District Judge for the District of Colorado, beginning at 8:38 a.m. on the 15th day of February, 1996, in Courtroom C-401, United States Courthouse, Denver, Colorado.

APPEARANCES

For the Plaintiffs:    Bruce H. Deboskey, Esq.
                       Silver & Deboskey, P.C.
                       1801 York Street, #700
                       Denver, Colorado  80206

                       Merrill Davidoff, Esq.
                       Jonathan Auerbach, Esq.
                       David F. Sorensen, Esq.
                       Peter Nordberg, Esq.
                       Berger & Montague, P.C.
                       1622 Locust Street
                       Philadelphia, PA  19103

                       Sean Robert Gallagher, Esq.
                       Hall & Evans
                       1200 - 17th Street, #1700
                       Denver, Colorado  80202

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

PLAINTIFFS' EXHIBIT P-1419 90-CV-181

15

1 hearing. We had a trial before Your Honor, and that evidence
2 was put on, and this evidence is untimely. So I respectfully
3 suggest the Court should strike and disregard it.
4      But Mr. Siebert, if he were to get on the stand, I
5 think he would have to admit that he has told many people,
6 including Mr. Kaufman, who related to us, including Ms.
7 Lindsey, who related to us, including Dr. Cochran, one of our
8 experts who testified at the July hearing, that much of the
9 information before ten or fifteen years ago should be
10 wholesale declassified, and certainly the aggregate
11 information. This is historical MUF data, aggregate
12 information for fiscal years '52 to '76, which Hazel O'Leary
13 released in a press conference a year and a half ago. And
14 this is what we get. Every number on the page, other than
15 the column heading, has been censored.
16      Now, we just took a slug at what they've given us
17 in the last few days, and I'd like to hand this up. I didn't
18 want to burn any more trees copying it. But this is
19 documents Numbers 4995170 through 4995652, almost 600 pages
20 of documents in sequential order. Every single number--thank
21 you, it's heavy--every single number on those pages, other
22 than the column heading and the zeros, has been X'd out. And
23 respectfully, I have to echo Mr. Deboskey's comments. This
24 is not the action of an agency that recognizes the error and
25 folly of its ways and wants to correct it. These are the

16

1  actions of an agency which is continuing in a pattern of
2  coverup that has started really before this case started in
3  the Fifties and Sixties and continues to the present time.
4  And I think we have submitted to Your Honor a brief
5  on the two issues that you wanted to hear argument on this
6  morning, and I stand on that brief. I think it's time for
7  Your Honor to start entering preclusive evidentiary sanctions
8  on these defendants who are agents, puppets of the DOE. The
9  DOE is the puppeteer and Dow and Rockwell and their lawyers
10 are the puppets. The DOE has acknowledged to you in its own
11 filings that it's the real party in interest, that it
12 controls the documents, that it controls the defense of the
13 litigation.
14 It has elected, it says, in its absolute discretion
15 to have private lawyers for the private contractors defend
16 the litigation, and not assume the defense of the litigation
17 itself. That's fine, up until the point where they were in
18 contempt of court and defied the judicial process of this
19 Court and defied the third branch of the government. But
20 this is an agency that has ratcheted out of control, that is
21 in contempt of court, that continues to be in contempt of
22 court.
23 There's too much to say for me to say more than a
24 small fraction of it. But, Your Honor, how can an agency
25 that really is trying to clean up its ways, six months after