# Exhibit E

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,                                    )
                                                         )
                    Plaintiff,                           )
                                                         )
          vs.                                            )          90 K 181
                                                         )
ROCKWELL INTERNATIONAL, et al.,                          )
                                                         )
                    Defendant.                           )

---

### MOTION FOR EXTENSION OF TIME
### TRANSCRIPT OF PROCEEDINGS

---

              Proceedings held before the HONORABLE JOHN L.

KANE, JR., U.S. District Judge, for the District of Colorado,

beginning at 9:06 a.m. on the 16th day of January, 1996, in

Courtroom C-401, United States Courthouse, Denver, Colorado.

#### APPEARANCES

For the Plaintiffs:           Sean Robert Gallagher, Esq.
                              Hall & Evans
                              1200 17th Street, #1700
                              Denver, Colorado   80202-5817

                              Bruce H. Deboskey, Esq.
                              Silver & Deboskey, P.C.
                              1801 York Street, #700
                              Denver, Colorado   80206-5607

                              Merrill Davidoff, Esq.
                              Peter Nordberg, Esq.
                              Berger & Montague, P.C.
                              1622 Locust Street
                              Philadelphia, Pennsylvania   19103


          Proceedings recorded by electronic sound recording,
          transcript produced by transcription service.

FORM CSR · LASER   REPORTERS PAPER & MFG. CO.   800-626-6313



PLAINTIFFS'
EXHIBIT
P-1420
90-CV-181

18

1  meeting that Ms. Lindsay and some of her colleagues had with

2  us in our office in early December.  What he alluded to was

3  that they had put in a request to DOE headquarters in

4  Washington to expedite this process or streamline the

5  process.  And, what that exemplifies is a problem here and

6  again I don't gainsay Ms. Lindsay's good faith, but she

7  doesn't have the authority, quite frankly, to pull the

8  trigger.  And, the problem is that on these MUF documents the

9  way you get them produced them fast is most of them don't

10  need to be classified to begin with.  They as much as told us

11  in this meeting that anything that's older than 10 or 15

12  years old probably could be wholesale declassified because

13  they don't really impinge any national security interest.

14  And, those documents, many of those are the documents that we

15  need because they deal with the period of the highest

16  releases from this plant.  So, those documents probably could

17  have been produced within 30 days of November 13, as Your

18  Honor ordered, if a high enough official at the DOE with the

19  authority to order on a guideline basis, as opposed to a

20  document by document basis the wholesale declassification of

21  these documents, had been appointed to deal with this issue.

22  That hasn't happened yet; at least, not to our knowledge.

23  But, these MUF documents are central to the proof of the case

24  and we have got to get them before our experts can prepare

25  the reports, before we can complete our liability discovery,