IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' MOTION TO EXCLUDE PLAINTIFFS'
DESIGNATIONS FROM THE DEPOSITION OF A. BRYAN SIEBERT**
_____

Plaintiffs should not be permitted to undermine this Court's rulings by introducing classification matters through the backdoor of designated testimony from the deposition of A. Bryan Siebert. Mr. Siebert was the former Director of the Office of Declassification, U.S. Department of Energy, at the time of the DOE's classification review of MUF documents requested by plaintiffs in this case. Plaintiffs seek to read his following testimony to the jury:

> Q: Mr. Siebert, could you turn to exhibit ABS 18, it's the draft, the last exhibit, fundamental classification policy review draft. Could you please turn to page 21.
>
> A. Okay.
>
> Q. I direct your attention to the second full paragraph after the heading modifying the Atomic Energy Act. Could you please read the sentence beginning unlike.
>
> A. I'm sorry, page 21?

> Q. Page 21, this paragraph beginning right here.
>
> A. Beginning there. Okay.
>
> Q. Please read those two sentences into the record for me.
>
> A. Unlike national security information, those decisions by an individual -- excuse me, by an official is needed to render information falling within the Atomic Energy Act definition of classified. The very nature of this approach leads to an environment fostering overclassification.
>
> Q. Do you agree with that statement?

Siebert Dep. at 417–18.

> Q: Well, do you agree with the statement, quote, the very nature of this approach leads to an environment fostering overclassification, close quote, do you agree with that or not?
>
> A: The concept of being classified as expressed in the Atomic Energy Act, 11-Y in particular, is likely to lead to overclassification.

*Id*. at 420.

Plaintiffs propose to read this deposition testimony to the jury to suggest that the DOE improperly classified MUF-related information in this case. This Court has ruled, however, that such questions of alleged "overclassification" are inadmissible. (*See* Ex. A, Trial Tr. 11/10/05 at 5005–06 ("I am not concerned with philosophical issues, political issues or foot dragging by the Department of Energy. . . . I am not going to get into the wisdom of what's in the security interests of the United States. That's simply not a matter for me to decide".) Therefore, plaintiffs' efforts to revive the improper suggestion that DOE "overclassified" information, particularly information requested in this lawsuit, should be denied.

The Court also should reject plaintiffs' proposed designations because they quote from, and comment on, an underlying document that has not been admitted into evidence and that itself relates to DOE's classification decisionmaking process.  (Ex. B, Siebert Dep. Ex. 18.)

Thus, because plaintiffs' remaining designations set forth only irrelevant background that, if read alone, would only confuse the jury and waste the Court's time, the Court should exclude the entirety of plaintiffs' proposed designations from Mr. Seibert's deposition.

Dated:  November 20, 2005                    Respectfully submitted,


/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

>Peter B. Nordberg, Esq.
>c/o Karen M. Markert
>Apartments at Denver Place, Apt. 2812
>1880 Arapahoe Street
>Denver, CO 80202
>pnordberg@bm.net
>kmarkert@bm.net

>Gary B. Blum, Esq.
>SILVER & DEBOSKEY
>The Smith Mansion
>1801 York Street
>Denver, Colorado 80206
>blumg@s-d.com

>/s/ Kari Knudsen_____
>Kari Knudsen (legal assistant)

4