February 1, 1996

## Chapter 4 - Nuclear Weapon Science, Technology, Design, Weaponization, and Testing

"Yet in holding scientific research and discovery in respect, as we should, we must also be alert to the equal and opposite danger that public policy could itself become the captive of a scientific-technological elite."

**Dwight Eisenhower**
**Farewell Address, 1960**

One overwhelming conclusion from this Review was that the important information needed to gain or advance a nuclear weapon capability should continue to be carefully protected. The potential threat to the security of the U.S. and its allies of even a primitive single stage weapon is indeed grave.

Figure 5 schematically illustrates how the principles given in Chapter 2 can be applied to the regime of Restricted Data. In making decisions as to the usefulness of information to potential adversaries, particularly proliferants and terrorists, it is desirable to invoke seasoned professional judgment at each step and to err on the side of protection rather than disclosure.

Current policy is to classify information that would aid a proliferant in developing a nuclear weapon, aid a terrorist in constructing a weapon, aid a nuclear power in improving its nuclear weapons, or reveal vulnerabilities in U.S. weapons. Thus, while general concepts and principles of operation of gun-assembled, implosion-assembled, boosted, and staged (thermonuclear) weapons are unclassified, the details remain classified. The result is that drawings of devices or device parts, details of the high explosive system and its detonation, neutron initiation requirements, pit response to the high explosive, boost requirements (quantity of fuel, pressure, temperature, ratio of deuterium to tritium, fusion yield, etc.) and resulting increase in yield are classified. The yield of the primary and its output, the control (management) of the radiation flow to the secondary, the response of the secondary (motion, temperature, pressure, etc.), the configuration of secondary parts, and the response of materials to radiation from the primary are classified. The mass, shape, and, for some materials, the fact of use in weapons is classified. The current unclassified list of materials in the secondary is hydrogen (any isotope), lithium (any enrichment in lithium-6), and uranium (depleted, natural or highly enriched).

*DRAFT*

Detailed judgments for updating weapon design classification guidance are given in Appendix C. Little change is recommended except in the area of the association of materials with weapons in general or, some cases, with specific weapons. Declassifying these associations, even if estimates of the mass used in specific weapons can be inferred from plant feed streams or averages, is considered of small risk as long as the details of how the materials are used are protected. (Declassifying the association of a material with a weapon plant or, in some cases, a specific weapon type will allow declassification of many documents that are classified only because they infer or identify the material and its flow into and out of the plant.)

The fissile materials in nuclear weapons spontaneously emit neutrons and gamma rays. The ionizing radiation transmitted through the weapon surface is known as intrinsic radiation (INRAD). Although INRAD measured at a single point is unclassified, it is important that it be well characterized as a function of angle and distance from each type of weapon so that measures can be properly specified to limit radiation dose to personnel. To facilitate this task and worker and public understanding of the risks involved in nuclear weapons operations, it is recommended that average fluences measured at the outer weapon surface be unclassified if warhead orientation is declassified. This action would provide a clearer understanding of risk than the current guidance. Data from collimated measurements should remain classified, since they can be used to deduce design details.

Classification of scientific information underpinning nuclear weapons design activities must be viewed in a somewhat different fashion. Limited resources have become and will likely remain a significant constraint in managing the acquisition of necessary scientific knowledge. However, the past 40 years have seen a large and sustained growth in areas of general science closely related to nuclear weapons technology – astrophysics, condensed matter, high temperature experiments, and computer design and applications. These resources can be leveraged by encouraging scientific exchange between U.S. researchers and the world-wide community.

With no nuclear testing, the safety and reliability assurance of the stockpile will rest on the ability to attract and retain highly skilled scientists and engineers. Their willingness to center their careers in the nuclear weapons field may be enhanced to the extent their scientific accomplishments can be recognized and rewarded by their peers in the open and unclassified arena.

*DRAFT*

At the same time science and technology information relevant to weapon design and unique to the cleared community – e.g., data gained from nuclear tests and information on how such data are used to validate models and databases – must be closely guarded. Classification of scientific information becomes an act of informed balance among these imperatives.

In developing definitions of information which must remain classified, nuclear weapon science activities were considered in three topical areas – materials properties, laboratory experiments, and computer codes. The details of this process and the results are in Appendix D; a general summary of the findings and recommendations is given in the following paragraphs.

Because of the importance of uranium and plutonium to weapon design, the equations of state for the actinides (atomic number greater than 89) should remain classified. All currently classified equation of state information used in weapons design calculations should remain classified because it may embody empirical information gained by comparisons with classified experiments. Otherwise, equations of state information for elements whose atomic number is less than or equal to 89 can be treated as unclassified.

Opacity or optical thickness is a measure of the ability of a given path length of material to attenuate radiation of a given wave length. Capabilities for calculating and measuring opacity are becoming widespread and have application in international scientific areas such as Inertial Confinement Fusion (ICF). In nuclear weapons design and evaluation, the opacity of the various materials is needed to calculate the passage of x-rays and gamma rays from the primary to the secondary.

Current policy is to classify calculated or measured opacities based on the atomic number and the temperature of the material. It is recommended that all currently classified opacity information used in weapons design calculations remained classified because it might embody empirical information gained by comparisons with classified experiments. Otherwise opacity information for elements with atomic number greater than 89 should be classified for temperatures greater than those achievable in laboratory experiments. Information for elements whose atomic number is less than or equal to 89 can be treated as unclassified. Theoretical methods will be unclassified except for weapon specific techniques judged to have been normalized or validated by nuclear test data.

*DRAFT*

In general, for either equation of state or opacity information, any analysis which uses material properties from an unclassified space—in atomic number, temperature or pressure—to determine material properties in a classified parameter space is classified

Laboratory experiments are conducted to gain understanding of the basic science behind the operation of nuclear weapons. They differ from experiments used to design nuclear weapons in that they usually endeavor to isolate aspects of the underlying science from the integrated operation of a weapon. In the absence of nuclear testing, a new class of experiments will be needed.

Classification of laboratory experiments should be based on how directly the initial configuration or resulting data apply to weapon design. Experiments are classified if the experiment accesses classified temperature or pressure regimes for the experimental materials. Experiments whose configurations reveal weapon design information are classified.

Codes are computer programs used to solve the equations describing physical systems. Current classification policy for codes was written when the nuclear weapon design community was unique in access to massive computers and in the ability to develop sophisticated simulations. Today, comparable capabilities exist in many research centers, and collaboration with uncleared researchers can improve and verify methods used in codes useful for weapon design. There remain, however, certain combinations of methods and special techniques that require protection.

Currently classified codes will remain classified. New codes are classified if they: contain weapon design information, are normalized to nuclear test data or other classified experiments, contain classified material properties or use (or exhibit references to) weapons specific special methods or combinations.

Weaponization is the term used to describe those features required to make a safe weapon which will operate efficiently in the intended environment. These features include the nuclear assembly, warhead electrical and boosting systems, initiation and use control components, features for hardening to countermeasures, and support structures. Weaponization also includes the nonnuclear testing and analysis needed to develop these features. The results from consideration of the classification of these topics is given in Appendix E.

**DRAFT**

The bulk of weaponization topics are classified Formerly Restricted Data. Under Recommendation #3 (Chapter 3), information relating primarily to military utilization would be transclassified to National Security Information under DoD control. A risk-management process is needed, however, to ensure that the impact of DoD classification actions on DOE are fully considered. A process like that given in DoD Directive 3150.1 for DOE acceptance of the DoD-formulated Military Characteristics may be suitable for this purpose.[14] Periodic review of DoD classification would be needed to ensure harmony with national security policy.

Under present classification guidance it is sometimes necessary to classify the presence and quantities of hazardous materials in nuclear weapons. The Review has concluded that revealing the presence of hazardous materials in specific weapons is of little value to potential adversaries. In most cases, declassifying the quantity of hazardous material used in a weapon type involves little or no risk. In those cases where it is deemed important to protect the exact quantity of hazardous material used in a weapon (e.g., plutonium), a "not to exceed value" can be specified to facilitate estimation of environmental impact under various hypothetical scenarios.

Historically, all nuclear weapon quantitative reliability requirements and assessments have been classified to protect operational capabilities. Nuclear weapons are designed to be highly reliable, thus reliability requirements can be considered for declassification jointly by the DoD and DOE on a case by case basis. Significant differences between assessed reliability values and design requirements are usually addressed promptly by remedial action. But to ensure that information identifying weaknesses potentially exploitable by an adversary are not divulged, it is recommended that current assessments of stockpiled weapon reliability remain classified.

By this same token, requirements for hardening nuclear weapons to the effects (x-rays, neutrons, blast, etc.) from nearby nuclear detonations have been formulated in a very conservative manner. While it is not possible to survive a close nuclear burst, straightforward measures have been implemented to deny any defense the ability to destroy more than one U.S. warhead with one nuclear-tipped interceptor. Hardness requirements should be considered for declassification on a case by case basis, but assessed hardness levels should remain classified.

---

[14] DoD Directive 3150.1, "Joint Nuclear Weapons Development Studies and Engineering Projects," December 27, 1983.

*DRAFT*

February 1, 1996

The fact that special features are incorporated in U.S. nuclear weapons to prevent unauthorized use is unclassified. Most detailed information on these use control features is classified to deny potential adversaries even hints of how the various layers of protection are structured. The current policy is considered appropriate. Moreover, new use control concepts should be afforded protection consistent with actual weaponization.

In the area of nuclear testing, information which would reveal nuclear weapon design should remain classified. The association of nuclear test events with weapon programs should, in some cases, be designated National Security Information if DoD chooses to classify certain weapon-specific information relating to military utilization.

The DOE Science-Based Stockpile Stewardship (SBSS) work will rely heavily on new multipurpose facilities. Concerns have been raised about the possibility that unclassified work at these facilities might be counter to U.S. nonproliferation objectives. It is recommended that DOE develop a SBSS facilities classification guide to serve as a basis for local security plans.

*DRAFT*

February 1, 1996

## Chapter 5 – Nuclear Materials Production

"True opinions can prevail only if the facts to which they refer are known; if they are not known, false ideas are just as effective as true ones, if not a little more effective."

**Walter Lippmann, 1920**

Acquisition of fissile material is a necessary step in the construction of a nuclear weapon. To the extent practical, barriers should be used to increase both the effort and signature associated with fissile material acquisition by proliferators and terrorists. Classification of selected DOE information is one of the important barriers that can be applied.

On the other hand, much of the technology associated with the production of fissile material and light isotopes used in nuclear weapons is now widely available. Classification, as previously noted, can only delay the dissemination of information. In the case of nuclear materials production, only a few items still warrant protection. These matters are addressed in detail in Appendix F and briefly summarized below.

Uranium enrichment core technologies – key features that enable practical or efficient use of a process – should continue to be protected as currently defined. Unclassified definitions of core technologies should be developed and provided to the public so that the rationale for these selective classification actions is understood.

Virtually all information relating to uranium processing has been declassified, but much is currently identified as UCNI. Implementation of Recommendation 2 in Chapter 3 will allow reclassification of truly sensitive processes as Restricted Data. All other information on processing should be unclassified. The fact that intermediate assay uranium is used in weapons is unclassified; the general location where this material is used in an unspecified weapon should be declassified in order to facilitate weapons dismantlement.

During the 1950's, the Atomic Energy Commission declassified virtually all information relating to the extraction of plutonium from irradiated reactor fuels. As concerns about nuclear proliferation have increased in more recent times, DOE has been identifying incremental developments in plutonium extraction as UCNI. For the most part, designating these processes UCNI does not serve

*DRAFT*

nonproliferation objectives but does, in some cases, prevent dissemination of information on clean-up technologies.

Technologies employed in separating light isotopes are generally unclassified and many are practiced commercially; however, certain specific technologies relating to practicality and efficiency warrant protection. Production of tritium in Savannah River reactors involves processes which can be declassified with little risk. However, technology related to gas retention in high-temperature targets which could be irradiated in commercial reactors should remain classified. Technology for accelerator production of tritium, including the design details of the integrated plant, should not be classified. Details of target technology that would enable significant SNM production utilizing an accelerator otherwise engaged in legitimate activities should be protected as Restricted Data.

Virtually all tritium-processing systems and technology-related information at production sites is classified. However, special classification guides have been developed for the Fusion Program which essentially declassify many areas of tritium processing. This major inconsistency needs to be resolved. Except for extraction systems, it is recommended that all tritium processing information and associated technologies and their applications be unclassified unless the information reveals sensitive physics details of tritium usage in nuclear weapons. The details of tritium extraction systems should be protected if they reveal information which would materially aid in developing a capability to produce tritium in commercial reactors.

The production of nuclear weapons and special nuclear materials involves the use of some highly engineered and often unique nuclear and nonnuclear materials. Classification of simple associations of some of these materials with specific sites has greatly complicated waste disposal and reporting activities. Literal compliance with current classification requirements is difficult; however, arguments against blanket declassification of these material associations are persuasive. Consequently, a systematic examination is underway to assess associations of materials and nuclear weapon sites with the goal of recommending declassification wherever possible.

Much of the current classification policy on nuclear materials disposition is based on concerns related to revealing details of weapon design. This has led to protection of a large volume of information which might be used to estimate parameters such as average mass of components, material composition, and fabrication technologies. The exact or even approximate configuration and

-33-                              February 1, 1996

design specifications for specific nuclear weapon special nuclear material parts should remain classified, as should disposition data from which this information could be derived. However, estimates inferred from plant averages are not generally of concern. Declassification of disposition processes should be accomplished on a case-by-case basis.

*DRAFT*

-34-                          February 1, 1996

*Intentionally Left Blank*

*DRAFT*

-35-                              February 1, 1996

## Chapter 6 – Nuclear Weapon, Special Nuclear Material, and Tritium Inventories

"Two basic requirements necessarily guide U.S. planning for strategic nuclear forces: the need to provide an effective deterrent while remaining within START I/II limits, and the need to allow for additional forces to be reconstituted in the event of a reversal of current positive trends."

William J. Perry, Secretary of Defense
Annual Report to the President and the Congress, 1995

Historically, U.S. inventories of nuclear weapons, special nuclear material (plutonium and enriched uranium) and tritium have been classified at the Secret level or higher. In the early days of the Atomic Energy Commission, stockpile numbers were so sensitive that they were only reluctantly committed to Top Secret documents. The scarcity of weapons and fissile material was considered a very grave national defense matter.[15] This sensitivity abated greatly as the stockpile grew to tens of thousands, but the actual numbers continued to be protected.

The intense measures to protect quantities of weapons and special nuclear materials resulted in classification of most information concerning production, and, later, dismantlement, from which estimates of the stockpile might be made. Production levels and inventories of weapon-grade plutonium, deuterium, tritium, enriched uranium, and lithium were classified Secret Restricted Data. Financial information (e.g., unit cost of weapons, nuclear components and most nuclear materials), production plans and capabilities, reactor power levels and discharge histories, and feed stream quantities from which production rates might be derived were also classified. The net result was a vast body of information which could not be disclosed to the public. This restrained public discussion of environment, safety and health issues and public debate on U.S. nuclear weapon policy in general and on specific matters, such as new production capabilities, in particular.

------

[15] "On April 3, 1947, the first chairman of the Atomic Energy Commission, David Lilienthal, informed President Truman that there were no nuclear weapons available for immediate use ... Secrecy on early stockpile numbers was intense, even mystical ..." Danger and Survival, McGeorge Bundy, Vintage Books, Inc., 1990.

*DRAFT*

-36-                              February 1, 1996

The principal reason for classifying weapon production rates and stockpile quantities is to conceal military operational strength and capabilities which are determined, in part, by the size and makeup of the stockpile. "Recent international upheavals have not changed the calculation that nuclear weapons remain an essential part of American military power ... Thus, the United States will continue to threaten retaliation, including nuclear retaliation, and to deter aggression against the United States, U.S. forces, and U.S. allies. The notion, however, that nations are motivated by U.S. nuclear forces in making decisions about acquiring nuclear weapons themselves is not valid. Potential proliferators are more likely to be driven by concerns about neighbors' capabilities or the desire for regional hegemony, than by decisions America makes about its nuclear arsenal."[16]

Consistency between classification policy and U.S. defense policy, as described above, is best achieved by the Department of Defense setting the classification level for stockpiled weapons. Implementation of Recommendation 3 in Chapter 3 would allow designating classified stockpile numbers as National Security Information (NSI), thus avoiding the cumbersome joint DoD-DOE process for Formerly Restricted Data. Production history, current activity, and shipping and receiving information between the DoD and DOE will be classified as necessary to protect the various quantities designated NSI.

A weapon type, once retirement is authorized and dismantlement completed, is not a factor in military capabilities and all information concerning production and dismantlement rates and schedules for this weapon type can be declassified.

The U.S. surplus of special nuclear material is so large that classification of these values is no longer warranted. As previously noted in Chapters 4 and 5, estimates made of SNM in specific weapons based on plant averages and feed streams are of little consequence.

Production quantities, cumulative quantities at Savannah River, and the total DOE inventory of tritium have traditionally been (and are still) classified Secret Restricted Data. Many aspects of tritium production, handling and use have also been classified. Originally, these very stringent measures were put into place to protect the concept of boosting – the enhancement of a fission

---

[16] "Annual Report to the President and the Congress," William J. Perry, February 15, 1995.

**DRAFT**

reaction by thermonuclear neutrons derived from the fusion of tritium and deuterium.

Classification continued at the same level after the concept of boosting was declassified because of concerns that the quantity of tritium in specific weapons could be deduced from production rates and inventory. The average tritium mass per weapon, it was thought, might help a proliferant nation reduce the number of tests needed to develop a boosted nuclear weapon.

Tritium, like special nuclear material, exists in the U.S. inventory in quantities far in excess of today's needs. However, unlike special nuclear material, tritium decays fairly rapidly: one half of the inventory will be gone in about 12 years. The U.S. has not produced tritium since 1988, and, unless new production is started, eventually there will not be enough to meet stockpile needs. The DOE is currently pursuing two different technologies for a new tritium production facility. If efforts to restart tritium production fail a vulnerability in the U.S. nuclear deterrent posture could develop, albeit slowly. In view of present concerns and uncertainties, the steering group isn't comfortable recommending declassification of the tritium inventory at this time. Further study will be required.

*DRAFT*

-38-                              February 1, 1996

*Intentionally Left Blank*

*DRAFT*

February 1, 1996

## Chapter 7 - Military Reactors

"Publicity is a great purifier because it sets into action the forces of public opinion, and in this country, public opinion controls the course of the nation."

**Justice Charles Evans Hughes, 1908**

The United States has constructed 51 military reactors, in addition to those built for the Naval Nuclear Propulsion Program.  Used primarily for testing and research, all but four nonnaval military reactors have been retired.  Many military reactor technologies were declassified prior to this review.  However, certain aspects of a limited number of military reactor programs have remained classified to date because of their relationship to military operations and missions.

Classification is considered appropriate only to the extent that disclosure would enable or assist foreign military capabilities and should not infringe on the use of nuclear reactor technology for civilian applications, unless there is a clear national security concern.  Information which would aid in identifying or exploiting vulnerabilities in planned or existing U.S. military space systems must remain classified.  Nuclear reactor technology which would assist foreign powers to develop or improve advanced military systems must also remain classified.  Information which would reveal aspects of classified activities (e.g., nuclear weapons design, military operations, mission requirements) must be classified.  When unclassified technology is used for a classified military application, the application itself, not the power source, should carry the classification.

The following paragraphs outline conclusions which result from applying these classification principles to the Army Nuclear Power Program and to space-related reactor systems.  Details are given in Appendix H.

The Army Nuclear Power Program was developed to field mobile and stationary small-to-medium electrical generating plants for use in remote areas.  There are no Army nuclear electrical generating plants in use or under development.  Most Army Nuclear Power Program information has already been declassified.  Some information was classified because declassification might reveal details of related classified programs, such as naval nuclear propulsion.  The remaining classified information concerned military missions and operations.  It was concluded that declassification of Army Nuclear Power Program information is

*DRAFT*

-40-                              February 1, 1996

not likely to reveal significant information about the naval nuclear propulsion or current military missions or operations. It is recommended that all information associated with the Army program be declassified.

Classification in directed nuclear energy systems (DNES), isotopic heat sources, thermoelectric conversion, space reactor power systems, and related programs was based on protecting technologies that were difficult or expensive to develop and which could be used by other countries to advance their military programs significantly. Classification also protected U.S. military space-based applications and missions. The classification guides in these areas are jointly owned, and DOE must coordinate final classification decisions with DoD and NASA, as appropriate.

Basic physics of controlled (non-explosive) nuclear reactions to generate a laser beam is unclassified. DNES research using power levels and configurations unsuitable for military application or development is unclassified. Information that will not substantially assist others in DNES development, contribute to feasibility assessment of DNES development, or reveal the direction of DNES research is unclassified, as is work not directed toward, nor suitable for military development.

Detailed design information on the controlled fission portion of a system used to pump a laser, nuclear design information revealing or describing a significant technological advance, and isotopic fuel composition should remain protected as Restricted Data. Design of the laser portion of a system, including quantitative beam characteristics and research directed toward military applications, should remain classified as National Security Information. A stronger differentiation is needed between unclassified research and items having significant military potential. Research in configurations and power levels unsuitable for military applications should be unclassified unless classified information would be disclosed.

Space reactor power technology predating August 1973 is unclassified, as is information publicly released between August 1973 and February 1987. Information concerning the reactor power supply, specifically MultiMegaWatt or particle bed reactor designs, is classified as Restricted Data; some information on military applications is classified as National Security Information. Most theoretical and basic reactor system information has been declassified; some applied technology, while unclassified, is subject to export control.

*DRAFT*

The potential usefulness for military missions justifies continuing classification protection for some aspects of space reactor power systems. The basic classification policy is sound, but as programs advance, guidance should be revised to provide more specific determinations of key information – those protected aspects, features or attributes significant to achieving military advantage. Detailed information on fabrication and testing of uranium nitride fuels and particle bed reactors should remain classified. Information concerning integration of thermoelectric materials with nuclear reactor fuels should be considered in conjunction with space reactor power systems, and considered for continued classification, dependent upon program advances.

Space reactor impact points may be classified, if needed, to protect recovery of nuclear material or sensitive components. Decisions to classify orbital parameters should be made by the office having primary responsibility.

Thermoelectric conversion and isotopic heat source technologies are unclassified. Some applications of thermoelectric conversion and isotopic heat source technologies are still useful for military applications and operations, but the technologies are already unclassified and in use for commercial purposes.

Declassification of existing information could be more reasonably considered if options for classifying new developments are preserved. Implementation of Recommendations 1 and 2 (Chapter 3) would greatly facilitate this activity.

The Naval Nuclear Propulsion Program is a joint DOE-Department of Navy organization tasked with the responsibility to design, build, operate, maintain, and manage the nuclear-powered warships and facilities supporting the U.S. nuclear-powered fleet. Classification within the Program is governed by a single guide, CG-RN-1, Rev. 2, DOE-DoD <u>Classification Guide for the Naval Nuclear Propulsion Program</u>, which contains about 600 topics.

At the time the Fundamental Classification Review began, the Naval Nuclear Propulsion Program was already engaged in a detailed review of their classification policy. Therefore, the Military Reactors Working Group did not review CG-RN-1. However, the Working Group did establish a dialogue with Naval Reactors personnel and exchanged draft reports with them.

The Knolls and Bettis Atomic Power Laboratories conducted the first portion of the Naval Nuclear Propulsion review. This work consisted of an examination of each topic contained in the classification guide. Working groups at the two

-42-                              February 1, 1996

laboratories compared their separately formulated assessments against current guidance and results were exchanged and reevaluated in a series of conferences until consensus was reached. A similar review was independently conducted at Naval Nuclear Propulsion Headquarters. Proposed changes were then compared with those from the laboratories and the merits debated by the Division Directors until a consensus was reached on each item. The final determination was made by the Director.

Twenty-one items have been recommended for declassification or downgrading, including information on ship design, materials and metallurgy, chemistry, power plant design, and reactor servicing. Guidance has been reemphasized to separate information concerning public health, safety and environment from protected information to facilitate release to the public.

The Military Reactors Working Group has reviewed the draft Naval Nuclear Propulsion Program classification review report and judges that the results are consistent with the DOE Fundamental Classification Policy Review efforts to date.

**DRAFT**

## Chapter 8 – Safeguards and Security

"But a democracy can with only great difficulty regulate the details of an important undertaking ... It cannot combine its measures with secrecy or await their consequences with patience ... and they are precisely the quantities by which a nation, like an individual, attains a dominant position."

**Alexis de Tocqueville**
**Democracy in America, 1835**

Safeguards refers to physical protection and material control measures to deter, prevent, detect and respond to sabotage and unauthorized possession or use of nuclear materials. Security refers to policies, activities, programs, and systems for the protection of classified or sensitive information and material and DOE facilities, property, and equipment. A large portion of the classified information associated with safeguards and security falls under Executive Order 12958, National Security Information (NSI). Where Restricted Data (RD) is mixed with NSI, documents are generally marked RD without further elaboration. Unclassified Controlled Nuclear Information (UCNI) is also used widely.

Classification guidance was found to be compliance-based with little or no flexibility to accommodate the wide variation that exists throughout the DOE complex due to different missions and activities. A performance-based approach allowing site-specific guidance based on risk assessment would provide more balanced protection. Current DOE policy allows for a range of classification (e.g., Unclassified-Secret) in certain areas and requires stringent compliance in others. Site-specific classification levels could be developed locally using risk assessment to achieve balanced protection in accordance with revised DOE implementing instructions. [17]

In the area of safeguards and security, a myriad of measures – classification being only one – can be applied to reduce the risk to national security. Tradeoffs exist between physical security elements and security information

---

[17] The Joint Security Commission recently observed that security decisions are frequently linked to assumptions based on an all-knowing, highly competent enemy. They, too, concluded that a more rational and enduring framework for security decision making can be achieved using risk management. "Redefining Security," a report to the Secretary of Defense and Director of Central Intelligence by the Joint Security Commission, February 28, 1994.

*DRAFT*

-44-                              February 1, 1996

protection.  A fragile element may require a higher level of classification, whereas a more robust feature may require no classification at all.  Risk assessment can be used to make performance-based cost effectiveness determinations on site-specific classification decisions – an approach superior to uniform, complex-wide compliance-based guidance.

A logic chart similar in nature to the one given in Figure 5 can be used in the risk assessment process.  (A Safeguards and Security version of the logic chart is given in Appendix I, along with the detailed findings and recommendations of the Working Group.) Commercial software (e.g., Expert Choice™) is widely available to help with the decisions which risk assessment demands.  It is recommended that a classification decision logic chart be placed in Safeguards and Security classification guides for use as the first step in the site-specific classification determination process.

A graded portion marking methodology can also be applied to achieve the flexibility DOE needs with National Security Information.  It is recommended that an agreement be negotiated with the Information Security Oversight Office[18] to allow a graded approach to be applied to NSI, using the same methodology recommended for Restricted Data (Recommendation 4, Chapter 3).

From a Safeguards and Security perspective, Unclassified Controlled Nuclear Information (UCNI) provides valuable protection in certain areas but implementation is complex, confusing, and needs restructuring.  UCNI is beneficial to the Nuclear Emergency Search Team in protecting participants, procedures and equipment.  It also helps the DOE Transportation Safeguards Division[19] in a similar manner.  Major UCNI simplification can be achieved by eliminating categories not directly related to Safeguards and Security, eliminating the topic reference system, restructuring topical guidelines into performance-based topics, and having local site Internal Guidelines.

---

[18] Within the Office of Management and Budget, the Director of the Information Security Oversight Office is responsible for directives implementing Executive Order 12958 and for review and approval of agency implementing regulations.

[19] The DOE Transportation Safeguards Division is responsible for shipment of nuclear weapons and certain weapon components and materials.

*DRAFT*

# Figure 1. Fundamental Classification Policy Review Organization



February 1, 1996

*DRAFT*

**Intentionally Left Blank**

**DRAFT**



# Figure 2.  FUNDAMENTAL CLASSIFICATION POLICY REVIEW

## SCHEDULE

February 1, 1996

*DRAFT*

*Intentionally Left Blank*

*DRAFT*



Figure 3.  Classification as a System

February 1, 1996

*DRAFT*

*Intentionally Left Blank*

**DRAFT**



Fig. 4  Graded Portion Marking

GRO 8/18/95

February 1, 1996

## DRAFT

## Intentionally Left Blank

## DRAFT



**Figure 5.  Example Decision Logic Chart for Applying Guiding Principles to Restricted Data**

**Note:  Additional criteria required if NSI is involved.**

February 1, 1996

*DRAFT*

*Intentionally Left Blank*

*DRAFT*



**The Under Secretary of Energy**
Washington, DC 20585

Dr. Albert Narath
President
Sandia National Laboratories
P. O. Box 5800
Albuquerque, New Mexico  87185

Dear Dr. Narath:

The Secretary and I deeply appreciate your agreeing to serve as
Chair of the Fundamental Review Group to carry out a comprehensive
Fundamental Review of the Department of Energy's Classification
Policy.

This will be the first comprehensive top-to-bottom review since
the high-level Tolman Committee (Richard Tolman, A. H. Compton,
Robert Oppenheimer, Ernest Lawrence, Robert Bacher,
Frank Spedding, and Harold Urey) reviewed all war-time nuclear
weapons-related technology for declassification in 1946.

The Fundamental Review is critically important in determining what
information must continue to be protected.  It is also important
to determine which information no longer requires protection and
should be made available to the public in the interest of public
accountability.  Indeed, I am sure you agree, that in order for
the review to have maximum credibility, the views of our citizens
must be actively solicited.

The plan is to carry out a 12-month Fundamental Review by a Review
Group of some 50 technical and policy experts, mostly from the
Department of Energy's nuclear weapons complex, but also including
expertise from the Department of Defense and other Government
agencies, as appropriate.

The Review Group will be headed by you as overall Chair and
divided into about seven Working Groups, each with a Chair and
approximately six members.  The role of overall Chair is
absolutely crucial to arriving at credible, responsible
recommendations for the Department and the Nation.  We consider
you an ideal person to carry out this important task.  You have
the knowledge, experience, and management capability required.  We
recognize that you are already heavily committed to important

2

national security efforts for the Department and for Sandia. However, this Fundamental Review is an important element of our overall national security objectives, and we consider it one of the Department's priority efforts.  We will help you arrange for full support from other Departmental elements and provide a strong executive secretariat to support you in carrying out the Fundamental Review.

Sincerely,

Charles B. Curtis



**Department of Energy**
Washington, DC 20585

February 28, 1995

MEMORANDUM FOR HEADS OF HEADQUARTERS ELEMENTS
MANAGERS, DOE OPERATIONS OFFICES
DIRECTORS, DOE LABORATORIES

FROM:        KENNETH E. BAKER, ACTING DIRECTOR
             OFFICE OF NONPROLIFERATION AND NATIONAL SECURITY

SUBJECT:     SELECTION BY THE UNDER SECRETARY OF DR. ALBERT NARATH,
             PRESIDENT, SANDIA NATIONAL LABORATORIES, AS CHAIR OF
             THE FUNDAMENTAL CLASSIFICATION REVIEW GROUP

I am extremely pleased to announce that Dr. Albert Narath, President, Sandia
National Laboratories, has agreed to serve as Chair of the comprehensive
Fundamental Review of the Department of Energy's classification policy.
Dr. Glen Otey, Director of Sandia National Laboratories' Strategic Studies,
has been named as Deputy Chair.  A brief description of the Fundamental Review
as now planned is given below.  Regular monthly reports will be provided to
the Under Secretary and to other interested parties.

At the direction of the Secretary, the Under Secretary ordered a comprehensive
Fundamental Classification Review of all Department of Energy defense-related
nuclear information, under the direction of the Office of Nonproliferation and
National Security.  The Office of Declassification has been designated as
executive agent for the Department to organize and implement this sweeping
review.

PURPOSE:     Secretary Hazel O'Leary and Under Secretary Charles Curtis have
             emphasized the importance to the Department's missions of
             improving its public accountability and earning public trust.
             The Secretary's Openness Initiative directly addresses that
             overriding objective.  This comprehensive Fundamental
             Classification Review is a major component of the Secretary's
             Openness Initiative.

             The purpose of the Fundamental Classification Review is to review
             the Department of Energy's classification policy with respect to
             information concerning defense applications of nuclear technology
             in order to determine which information requires continued
             protection, with the objective of promptly declassifying and
             releasing all information no longer warranting such protection.

Printed with soy ink on recycled paper

2

**BACKGROUND:** The Department of Energy is custodian of the Nation's technology for defense uses of nuclear energy, including nuclear weapons and nuclear materials production. National security requires this technology to be properly protected from potential adversaries, proliferants, and terrorists. However, with the end of the Cold War, a review of classification policy to reflect current world conditions is in order. There has not been such a comprehensive Fundamental Review of classification policy for nearly 50 years. During that time, and especially in the past 6 years, there have been many post-Cold War era changes involving international, political, military, and economic matters, as well as dramatic changes in science and technology. There have been many requests from citizens and professional groups for information in areas such as environment, safety, and health, and historic data. It is probable that much of this information may now be declassified with no harm to the common defense and security of the United States or its friends around the world.

The Fundamental Review was recommended by the Classification Policy Study in July 1992. Secretary O'Leary, on December 7, 1993, announced the plan for a Fundamental Review as part of her Openness Initiative. The Secretary committed the Department to review all classification policies and related technical guidance, and then to revise classification guides to reflect changes in policy. The requirement for a Fundamental Classification Review is also contained in the National Performance Review - Reinventing Government. Congress, in its Conference Report accompanying the Fiscal 1994 Energy and Water Appropriations Bill, endorsed such a review and called for an early completion.

On June 27, 1994, Under Secretary Charles Curtis directed the implementation of the Fundamental Review, requesting all elements of the Department to cooperate fully to carry out a responsible, effective, credible, and timely comprehensive Fundamental Review of the Department's classification policy (see attached). The Office of Declassification has been assigned as executive agent for the review.

**SCOPE:** The Fundamental Review is a basic, systematic, and comprehensive review of the Department of Energy's classification policy to establish that information which must be protected, with the intent that all other information can be declassified and made available to the public. All information within the Department of Energy's responsibility will be included. The review will impact the overall Classification Policy Guide and thousands of specific topics in about 50 Headquarters guides and about 800 local classification guides.

3

**PRODUCT:**   The Fundamental Review will be completed within 12 months of establishment of the review group. Completion will result in a report to the Secretary which reviews all categories of information, and makes clear concise recommendations for changes, along with the supporting rationales. The report will be unclassified (with a classified annex) and will be available to the public for comment.

It should be noted that a major multiyear effort will still be required to develop specific classification guidance to implement those recommendations approved by the Secretary.

**PROCESS:**   The Fundamental Classification Review will be carried out by a review group of about 50 recognized experts in the relevant areas of technology and policy. Dr. Narath will be overall Chair of the review group, which will be made up of seven working groups in various subject areas (Weapons Science, Weapons Design, Materials Production, Weaponization, Weapons Production and Military Utilization, Military Reactors, and Safeguards and Security). Each working group will have a chair and about six members chosen for their expertise and judgment from the Department of Energy complex, the Department of Defense, other Government agencies, universities, and industry. One of the members of each working group will be a senior classification expert in the subject area.

The choice of people to participate in the Fundamental Classification Review is absolutely crucial. Nominations have been requested from the Office of Nonproliferation and National Security, the Office of the Assistant Secretary for Defense Programs, the Office of Nuclear Energy, the weapons laboratories, classification officers throughout the Department of Energy complex, and from the Department of Defense. Selections are expected to be made soon for the seven working group chairs and then for the other members of the review group.

Extensive support will be provided by the Office of Declassification through weapons laboratory classification offices and a support contractor. Support by laboratory classification offices will include support for outside participants from universities and industry. The support contractor will provide help in planning and implementing the review, including organizing meetings, providing draft materials, and assisting in developing the final report.

4

The Secretary considers the input of outside experts and public interest groups very important and to be strongly encouraged. The completed report and any resultant policy changes adopted by the Secretary will be coordinated with the Department of Defense and other relevant agencies of the U.S. Government, the Nuclear Weapons Council, and the National Security Council, as required. Public comments will also be actively encouraged.

Attachment

cc w/attachment:
A. Narath, President, SNL

February 1, 1996

*DRAFT*

*Intentionally Left Blank*

**DRAFT**