IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

  Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

  Defendants.

_____

**DEFENDANTS' OBJECTIONS TO EXHIBITS AND GRAPHICS SOUGHT TO BE USED BY JOSEPH BOWMAN**
_____

  Defendants do not object to G-880 to the extent Plaintiffs seek to use it as a demonstrative.

  Defendants object to P-1444 because it is hearsay not within any exception.

  Defendants object to P-1445 because it is hearsay not within any exception.

  Defendants object to P-1457 because it is hearsay not within any exception.

Dated: November 20, 2005      Respectfully submitted,

                /s/ John E. Tangren_____
                One of the Attorneys for the Defendants
                David M. Bernick
                Douglas J. Kurtenbach
                Ellen Therese Ahern
                Mark J. Nomellini
                John E. Tangren
                KIRKLAND & ELLIS LLP
                200 East Randolph Drive

2

Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

 I hereby certify that on November 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

             /s/ Courtney Biggins_____
             Courtney Biggins (legal assistant)