IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

### DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS
_____

Defendants hereby move for admission of certain exhibits. These exhibits were used by defendants during the cross-examination of plaintiffs' witnesses Stephen Wing, Merilyn Cook, John Radke, Paul Slovic and Thomas Cochran.

The exhibits that defendants seek to admit, which are attached hereto as Exhibit A bear the following exhibit numbers:

| Exhibit No. | Description | Witness |
|---|---|---|
| DX 0463 | NCRP Report No. 94 - Exposure of the Population in the United States and Canada from Natural Background Radiation | Wing |
| DX 0729 | The Effects on Populations of Exposure to Low Levels of Ionizing Radiation: 1980 | Wing |
| DX 0732 | NCRP Report No. 93: Ionizing Radiation Exposure of the Population of the United States | Wing |

| DX 0733  | Article entitled Environmental Health Perspective Article: "Comments on 'A Reevaluation of Cancer Incidence Near Three Mile Island Nuclear Plant'" | Wing |
| -------- | ------------------------------------------------------------------------------------------------------------------------------------------------- | ------- |
| DX 1009z | Picture of Large Whiteboard for Merilyn's Cook 96th & Indiana Parcels                                                                             | Cook    |
| DX 1010z | Picture of Large Whiteboard for Cook's Class Property                                                                                             | Cook    |
| DX 1078z | Picture of Large Whiteboard of Independent and Dependent Variables                                                                                | Radke   |
| DX 1274z | Picture of Large Whiteboard used in the cross examination of Slovic                                                                               | Slovic  |
| DX 1409  | Sinclair & RAC: Risk Coefficients                                                                                                                 | Wing    |
| DX 1416z | Picture of Large Whiteboard used with Cochran                                                                                                     | Cochran |
| DX 1427  | Grahic entitled Wing re Mortality Among Workers at Oak Ridge National Laboratory                                                                  | Wing    |
| DX 1439  | Graphic entitled Radiation Science                                                                                                                | Wing    |

Dated: November 20, 2005

Respectfully submitted,

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

                              Joseph J. Bronesky
                              SHERMAN & HOWARD L.L.C.
                              633 Seventeenth Street, Suite 3000
                              Denver, Colorado 80202
                              Phone:  303-297-2900
                              Fax:     303-298-0940

                              Attorneys for ROCKWELL
                              INTERNATIONAL CORPORATION and
                              THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

        I hereby certify that on November 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                  /s/ Kari Knudsen_____
                                                  Kari Knudsen (legal assistant)