# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS

---

Exhibits used by defendants during cross-examination of plaintiffs' witnesses Stephen Wing, Merilyn Cook, John Radke, Paul Slovic and Thomas Cochran, as Exhibit A to Defendants' Motion for Admission of Exhibits.