

Property Value of 9795 Iris: 1986-2004

Robb Property Value in $

$100,200; $102,500; $117,500; $239,900

DEFENDANT'S EXHIBIT DX1333a