## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

### DEFENDANTS' COUNTERDESIGNATIONS FOR A. BRYAN SIEBERT
---

       Defendants file the attached counterdesignations subject to their pending Motion to Exclude plaintiffs' deposition designations of A. Bryan Siebert, filed on November 20, 2005.


Dated: November 21, 2005

                                              Respectfully submitted,


                                              /s/ John E. Tangren_____
                                              One of the Attorneys for the Defendants
                                              David M. Bernick
                                              Douglas J. Kurtenbach
                                              Ellen Therese Ahern
                                              Mark J. Nomellini
                                              John E. Tangren
                                              KIRKLAND & ELLIS LLP
                                              200 East Randolph Drive

Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                            /s/ Courtney Biggins_____

3