# Attachment

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### DEFENDANTS' COUNTERDESIGNATIONS FOR A. BRYAN SIEBERT

---

Conventionally submitted copies of the deposition testimony of A. Bryan Siebert with Plaintiffs' designations and Defendants' counterdesignations, as an attachment to Defendants' Counterdesignations for A. Bryan Siebert.