**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE
PLAINTIFFS' DESIGNATIONS FROM THE DEPOSITION OF A. BRYAN SIEBERT**
___

**I.  DEFENDANTS' MOTION IS NOT BARRED BY THE COURT'S ORDER LIMITING MOTION PRACTICE.**

On November 20, 2005, Defendants timely moved to exclude Plaintiffs' proposed deposition designations in advance of the date on which Defendants' counter-designations were themselves due.  (*See* 11/15/05 Trial Tr. at 5502 (granting defendants until November 21, 2005, to file counter-designations).)  Furthermore, as of the date of the filing of Defendants' motion, Plaintiffs had not informed Defendants of the date on which they planned to read the designations from Mr. Siebert's deposition.  Thus, under these circumstances, Plaintiffs' claim that the deadlines set forth in the Court's November 10, 2005, Order Limiting Motions have been triggered and lapsed are meritless.

## II.  PLAINTIFFS FAIL TO SPECIFY WHAT INFORMATION THEY SPECIFICALLY SOUGHT AND WERE UNABLE TO OBTAIN.

As the Court reiterated in its November 21, 2005 Order, plaintiffs must "show with specificity what evidence was sought and remained classified." Plaintiffs' proposed designations from Mr. Siebert's designation fall far short of satisfying this test. Instead of specifying the information that they sought, but were unable to obtain, Plaintiffs designated broad and vague statements that the definitions in the Atomic Energy Act (AEA) foster "overclassification." Such designations only raise irrelevant and prejudicial matters relating to the DOE's interpretation of the AEA, which are not before the Court. (*See* 11/14/05 Trial Tr. at 5082 ("[W]hether they refused to give you information, the Department of Energy did, they refused to declassify MUF information on the grounds of national security, is not something I'm going to go into."); 11/10/05 Trial Tr. at 5005)

Dated:  November 21, 2005                                    Respectfully submitted,


/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky

2

3

SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                /s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)

4