July 5, 1996

# Final Report:
# Rocky Flats Health and Housing Survey

prepared by

## James Flynn, Paul Slovic, and C. K. Mertz
Decision Research
1201 Oak Street
Eugene, Oregon 97401

prepared for

## Hunsperger and Weston, Ltd.
5889 South Greenwood Plaza Boulevard, Suite 404
Englewood, Colorado 80111

PLAINTIFFS'
EXHIBIT
P-1355
90-CV-181

### 3.0 Survey, Design, Implementation, and Data Collection

The survey was designed by Decision Research Institute, a nonprofit research group located in Eugene, Oregon. Decision Research specializes in studies of how people make decisions involving technological, environmental, and health hazards and risks.

Decision Research provided the survey instrument to the University of Maryland, Survey Research Center, located at College Park, Maryland, who conducted the interviews. In consultation with Decision Research, a final review and modifications were made at the Survey Research Center. The sampling, data collection, weighting of responses, and other details are contained in the University of Maryland Survey Research Center *Survey Methods* report, a stand-alone document, which also contains a complete copy of the survey instrument and the basic frequency distributions for each item. The first section of the *Survey Methods* report (attached below as an Appendix) is summarized in the remainder of this section.

The target population for this survey was residents 18 years of age and older, currently living in the Denver metropolitan area who: (1) have bought a home in the past five years, or (2) have plans to purchase a home in the next couple of years, or (3) have been actively in the market for a home some time during the past five years.

Two sample frames were used for this study: a list of recent home purchasers that was obtained from the U.S. West telephone company, and a random digit dial (RDD) sample, which was generated by the University of Maryland Survey Research Center.