UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 90-K-181

**MERILYN COOK,** *et al.*,

   **Plaintiffs,**

 v.

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

   **Defendants.**

### PLAINTIFFS' RESPONSE TO DEFENDANTS' COUNTER-DESIGNATIONS FROM THE DEPOSITION OF A. BRYAN SIEBERT

Assuming that defendants' Motion to Exclude Plaintiffs' Designations from the Deposition of A. Bryan Siebert (Doc. 1695) is denied, plaintiffs respond to defendants' counter-designations from Mr. Siebert's deposition as follows.

| | |
|---|---|
| **Page:** | **287** |
| Objection: | Trusting that there is still a bit of sauce in the gravy boat, plaintiffs object to defendants' designation of this testimony as an attempt to bolster the perception that the Department of Energy acted in good faith in deleting material from MUF-related documents only for purposes of national security. |
| **Pages:** | **322:21 to 323:7** |
| Objection: | Hearsay |
| **Page:** | **420** |
| Response: | Plaintiffs note that the testimony designated by defendants – "This is not a matter I agree with or |

not, it's a matter of statutory language" – substantiates plaintiffs' position that such testimony and Exhibit 18 are offered for the purpose of providing the jury with a simple, factual explanation of why so much information is classified under the Atomic Energy Act.

Respectfully submitted,

November 22, 2005

*/s/ Jean M. Geoppinger*
_____
Louise M. Roselle
Jean M. Geoppinger
WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, Ohio  45202
(513) 621-0267

Merrill G. Davidoff
Peter Nordberg
Jenna MacNaughton-Wong
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKY, P.C.
1801 York Street
Denver, Colorado  80206
(303) 399-3000

***Attorneys for Plaintiffs
and the Class***

CERTIFICATE OF SERVICE

I hereby certify that, on November 22, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

2

       David M. Bernick  
       KIRKLAND & ELLIS, LLP  
       200 East Randolph Drive  
       Chicago, Illinois  60601

            and

       Joseph J. Bronesky  
       SHERMAN & HOWARD, LLC  
       633 Seventeenth Street, Suite 3000  
       Denver, Colorado  80202

       ***Attorneys for Defendants***

                                        */s/ Jean M. Geoppinger*  
                                        _____  
                                        Jean M. Geoppinger