IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.    <u>90-cv-181-JLK</u>         Date    <u>November 23, 2005</u>

Case Title    <u>Cook, et al vs. Rockwell International Corp., et al</u>

Defendants' Witness List in Alphabetical Order

| Witness | Date(s) Testified |
|---|---|
| Frank Blaha (2 hours) | |
| Ken Calkins (2 hours)* | |
| Ralph D'Arge (2 hours) | |
| Don Dorchester (3 hours) | |
| Don Dunshee (1 hour) | |
| John Frazier (2 hours) | |
| Ken Frieberg (2 hours) | |
| Shirley Fry (2 hours) | |
| Helen Grogan (2 hours)* | |
| Rodney Hoffman (2 hours) | |
| Ron Hauptman (1 hour) | |
| Dan McFadden (2 hours) | |
| Mike Norton (1 hour) | |
| John Osborn (1 hour) | |
| Otto Raabe (2 hours) | |
| Don Slack (1 hour) | |
| Bill Smith (1 hour)* | |

1

| | |
|---|---|
| John Till (4 hours) | |
| Paul Voilleque (2 hours) | |
| William Wecker (2 hours) | |
| Bill Weston (2 hours) | |
| Chris Whipple (2 hours)* | |
| Ken Wise (2 hours) | |

\* Witness <u>may</u> be called.

**Deposition to be read during any available time during the first two weeks of Defendants' case:**

| | |
|---|---|
| Susan Chabin (1 hour) | |
| General Harold Donnelly (1 hour) | |
| F. O'Neill Griffin (1 hour) | |
| Al Hazle (2 hours) | |
| Aubrey Ladwig (1 hour)* | |
| Charles McKay (1 hour)* | |
| Deborah Millage (1 hour) | |
| Brian Siebert (2 hours) | |

\* Witness <u>may</u> be called.

2