**Sherman & Howard** L.L.C.

ATTORNEYS & COUNSELORS AT LAW
633 SEVENTEENTH STREET, SUITE 3000
DENVER, COLORADO 80202
TELEPHONE: 303 297-2900
FAX: 303 298-0940
OFFICES IN: COLORADO SPRINGS
RENO • LAS VEGAS • PHOENIX

Joseph J. Bronesky
Direct Dial Number: (303) 299-8450
E-mail: jbronesk@SAH.COM

November 23, 2005

**VIA HAND DELIVERY AND E-MAIL**

Merrill G. Davidoff, Esq.
Louise M. Roselle, Esq.
Berger & Montague
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO  80202

    Re:    <u>Cook, et al. v. Dow & Rockwell</u>

Dear Counsel:

    Attached is Defendants' witness list in alphabetical order. We cannot provide a list of witnesses in call order because we must now re-contact all of our witnesses to determine their availability in light of the new schedule that you announced in court yesterday. We cannot provide you with a call order of witnesses until your schedule is locked down and we have an opportunity to contact all of our witnesses to determine their availability. As your schedule is constantly in flux, it makes it impossible for us to know when our case will start and when we need various witnesses to be available.

    There are eight witnesses on the attached list who have not previously been deposed – John Till, Helen Grogan, Ken Calkins, John Frazier, Shirley Fry, Mike Norton, Bill Weston, and Paul Voilleque. We have obtained deposition dates from these individuals as follows:

    John Till is already scheduled to be deposed on December 1, 2005 in Denver.
    Helen Grogan is available December 1, 2005 in Denver.
    Ken Calkins is available December 2, 2005 in Denver.
    John Frazier is available December 5, 2005 in Denver.
    Shirley Fry is available December 7, in Indianapolis, Indiana.
    Mike Norton is available December 8, 2005 in Denver.

# Sherman & Howard L.L.C.

Merrill G. Davidoff, Esq.
Louise M. Roselle, Esq.
November 23, 2004
Page 2

    Bill Weston is available December 9, 2005 in Denver.
    Paul Voilleque is available December 14, 2005 in Denver.

    Please note that Defendants oppose any deposition of Bill Weston. He has been on Defendants' witness list since at least 2003. He has been deposed in Rocky Flats-related cases on numerous occasions (for multiple days) and Defendants provided you with all such deposition transcripts in early 2004. At that time, Plaintiffs elected not to pursue a further deposition of Mr. Weston. Thus, Defendants believe seeking Mr. Weston's deposition now is untimely and improper, and we expect to file a motion to that effect. The proposed December 9 deposition date is only in the event that the Court denies our motion.

    In addition, if you still would like to take a deposition of Ken Spitze regarding the GIS data displayed on Defendants' 3-D models of the class area, he is available on December 15, 2005. Please let us know if you would still like to take his deposition.

    If you have any questions, please do not hesitate to give me a call.

Very truly yours,

*Joseph J. Bronesky by TG*

Joseph J. Bronesky

JJB:te
Enclosure

Cc:  David Bernick
      Doug Kurtenbach