IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER

Kane, J.

    I am in receipt of Defendants' "Witness List in Alphabetical Order" and accompanying letter, filed November 23, 2005. Defendants shall file their order of call witness list for December 8 through December 16 no later than Tuesday, November 29, 2005. This filing shall list the witnesses Defendants intend to call during this period, together with the time requested for direct examination of each witness. Absent the filing of a witness list complying with these requirements by the stated deadline, the Defendants' November 23 witness list, in alphabetical order, shall be deemed the Order of Call and no deviations therefrom will be permitted absent a showing of significant exigent circumstances not presently known or reasonably anticipated.

    IT IS SO ORDERED.

    Dated this 23rd day of November, 2005.

S/ John L. Kane
John L. Kane, Senior District Judge
United States District Court
