## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date:  November 21, 2005							Reporter: Kara Spitler
								Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | David Sorensen |
| Plaintiffs, | Louise Roselle |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | Jane Park |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Twenty-Eight**

**9:00 a.m.      Court in session.**

Jury not present.

Argument by counsel regarding exhibits.

Court's comments regarding deposition designations.

Jury present.

Plaintiffs' witness, Karen Whalen, sworn.

9:20 a.m.     Direct examination of Ms. Whalen by Ms. Roselle.

9:50 a.m.     Cross examination of Ms. Whalen by Ms. Park.

**10:20 a.m.    Court in recess.**
**10:42 a.m.    Court in session.**

Ms. Roselle reads exhibits to the jury.

**11:58 a.m.   Court in recess.**
**1:20 p.m.    Court in session.**

Discussion regarding exhibits.

**Exhibits received: DX-37, DX-38, DX-379**

Plaintiffs' witness, Joseph Bowman, sworn.

1:48 p.m.   Direct examination of Mr. Bowman by Mr. Davidoff.

**Exhibits received:  P-1443, G-880, P-1455, P-1456, P-1444, P-1445, P-1446, P-1447, P-1448**

**Exhibit rejected:   P-1457**

2:37 p.m.   Cross examination of Mr. Bowman by Mr. Kurtenbach.

**3:13 p.m.   Court in recess.**
**3:33 p.m.   Court in session.**

Continued cross examination of Mr. Bowman by Mr. Kurtenbach.

**Exhibits received: DX-1450, DX-1449, DX-1442, DX-1447**

**Exhibits offered:   DX-29, DX-30, DX-31, DX-1440, DX-725 (last page only)**

3:50 p.m.   Redirect examination of Mr. Bowman by Mr. Davidoff.

Ms. Roselle continues to read exhibits to the jury.

Discussion regarding depositions of defendants' witnesses.

**4:48 p.m.   Court in recess.**

Time in court - 5:44.  Trial continued.