### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  November 22, 2005          Reporter: Kara Spitler
                                               Deputy Clerk: LaDonne Bush
                                                       Bernique Abiakam

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | David Sorensen |
| Plaintiffs, | Louise Roselle |
| | |
| v. | |
| | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Twenty-Nine**

**9:00 a.m.     Court in session.**

Jury not present.

Argument regarding videos.

       **Videos received:    PV-52C, PV-51B**

       **Videos rejected:    PV-189, PV-12**

Discussion regarding exhibits.

       **Exhibits received: DX-1429, DX-1430, DX-1431, DX-725A**

Discussion regarding the Flynn deposition.

Discussion regarding Hunsperger objections.

*90-cv-00181-JLK*
*Jury Trial - Day 29*
*November 22, 2005*

Ms. Roselle continues to read exhibits to the jury.

**10:16 a.m.     Court in recess**.
**10:41 a.m.     Court in session**.

Discussion regarding exhibits.

10:44 a.m.     Jury present.

Court's comments regarding P-431.

Ms. Roselle continues to read exhibits to the jury.

10:52 a.m.     Plaintiffs' Exhibit 95 read into the record.

11:00 a.m.     Plaintiffs' Exhibit 455 read into the record.

11:10 a.m.     Plaintiffs' Exhibit 338 read into the record.

11:58 a.m.     Jury excused until 1:30 p.m.

Discussion regarding Plaintiff's Exhibit P-652.

**12:00 p.m.     Court in recess.**
**1:32 p.m.      Court in session**.

Discussion regarding remaining case schedule.

Court's ruling regarding exhibits:

> **Exhibits rejected:  DX-37, DX-38, DX-39, DX-1222 through DX-1226**
>
> **Exhibits received: DX-1228 and DX-1244 as demonstrative exhibits; P-48, P-652**

1:36 p.m.     Argument and objections to the Court's ruling by Mr. Bernick.

1:41 p.m.     Jury present.

Ms. Roselle continues to read exhibits into the record.  (Continues with P-338)

2

*90-cv-00181-JLK*
*Jury Trial - Day 29*
*November 22, 2005*

| | |
|---|---|
| 1:59 p.m. | Plaintiffs' Exhibit P-652 read into the record. |
| 2:11 p.m. | Jury instructed regarding Plaintiffs' Exhibit P-652. |
| 2:12 p.m. | Ms. Roselle continues to read exhibits into the record. |
| 2:33 p.m. | Plaintiffs' case summation presented by Mr. Davidoff. |
| 3:20 p.m. | Defendants' case summation presented by Mr. Bernick. |
| 4:05 p.m. | Court addresses jurors with a letter of appreciation for their service and wishes them all a Happy Thanksgiving. |

Court will resume on Monday, December 5, 2005, at 9:00 a.m. Counsel are to arrive by 8:30 a.m.

**4:07 p.m.   Court in recess**.

Time in court - 5 hours, 10 minutes.
Trial continued.