# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

W. Allen Woolley
To Call Writer Directly:
312 861-2022
awoolley@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

November 29, 2005

**VIA E-MAIL**

Merrill G. Davidoff, Esq.
Louise M. Roselle, Esq.
Berger & Montague
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO  80202

Re:   *Cook, et al. v. Rockwell, et al.*

Dear Counsel:

As the Court ordered, I am attaching Defendants' order of call witness list for December 8 through December 16, 2005. Because of the schedule changes Plaintiffs announced just before the holiday last week, we are still in the process of contacting witnesses to confirm that they are available to appear on the new dates contemplated in this list. We will let you know immediately if we learn that any adjustments are necessary.

If you have any questions, please do not hesitate to give me a call.

Very truly yours,

W. Allen Woolley

Enclosure

Cc:  Hon. John L. Kane

London      Los Angeles      Munich      New York      San Francisco      Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.   <u>90-cv-0181</u>           Date   <u>November 29, 2005</u>

Case Title   <u>Cook, et al vs. Rockwell International Corp., et al</u>

Defendants' Witness List for December 8 through December 16, 2005

| **Witness** | **Date(s) Testified** |
|---|---|
| Otto Raabe (2 hours) | |
| John Frazier (2 hours) | |
| Frank Blaha (2 hours) | |
| Bill Weston (2 hours) | |
| Mike Norton (1 hour) | |
| Bill Smith (1 hour)* | |
| John Till (4 hours) | |
| Helen Grogan (2 hours)* | |
| Paul Voilleque (2 hours) | |
| Shirley Fry (2 hours) | |

* Witness <u>may</u> be called.

1

2

**Deposition to be read during any available
time during the first two weeks of Defendants' case:**

Al Hazle (2 hours) _____     _____

General Harold Donnelly (1 hour) _____     _____

2