IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

Defendants.

---

## ORDER ON PENDING MOTIONS

---

Kane, J.

This matter is before me on the motions and other matters listed below.  Having

carefully considered each listed matter, all related briefing, the relevant record and all

applicable legal authorities, and being fully advised in the premises, I rule as follows:

1.  Defendants' Motion in Limine to Limit the Testimony of Wayne
    Hunsperger (Docket #1667), filed November 15, 2005, is DENIED.

2.  Defendants' Motion to Exclude Evidence of Plaintiffs' Consumer Price
    Index Adjustment for Property Damages (Docket #1541), filed October 25,
    2005, is DENIED.

3.  Defendants' Motion to Strike the Expert Reports of Drs. Budnitz, Goble,
    Slovic and Flynn (Docket #1694), filed November 20, 2005, is DENIED.

These reports are admissible for a variety of reasons, including Dr. Flynn's failed live testimony due to illness, Dr. Slovic's reliance on Dr. Flynn's report, and the reliance of Dr. Goble on Dr. Budnitz's report.  In sum, admission of these reports will assist the jury in avoiding confusion.

4.    Plaintiffs' Motion to Admit Smallwood and Clapp Documents (Docket #1670), filed November 16, 2005), is GRANTED.  Exhibits PG-799, PG-561 and P-1127A are ADMITTED.

5.    Defendants' Motion to Exclude Plaintiffs' Designations from Bryan Seibert's Deposition (Docket #1695), filed November 21, 2005, is DENIED.  The objections of both parties to the other's deposition designations are overruled.

6.    The objections to designations of Dr. Flynn's deposition testimony, as identified on the deposition transcript delivered to chambers late on November 22, 2005, are OVERRULED.

7.    Defendants' Proposed Instruction Regarding Deposition Testimony of Dr. James Flynn (Docket #1679), filed November 17, 2005, is APPROVED.  This instruction will be provided to the jury before the designations from Dr. Flynn's deposition are read.

8.    The following motions are DENIED as MOOT as a result of Plaintiffs' decision not to present Mr. McKay and Ms. Jierre in their case-in-chief:

    A.     Defendants' Motion to Exclude Testimony by Charles McKay

(Docket #1645), filed November 14, 2005;

    B.     Defendants' Motion to Exclude Exhibits Sought to Be Admitted in

Conjunction with Candice Jierre Deposition Designations (Docket

#1659), filed November 15, 2005; and

    C.     Objections to the Jierre Deposition Designations (Docket #1661),

filed November 15, 2005.

IT IS SO ORDERED.

Dated this 30th day of November, 2005.

S/ John L. Kane
John L. Kane, Senior District Judge
United States District Court