# Exhibit A

**11/9/2005 Selbin, Joel**

1    against the State.

2        Q    (By Mr. Poland)  And you mentioned that you

3    also testified at the trial itself?

4        A    Yes, I did.

5        Q    You testified in your capacity as an expert in

6    chemistry?

7        A    Yes.

8        Q    Is there a specific type of chemistry that you

9    have particular expertise in?

10       A    Yes, inorganic chemistry.

11       Q    Joel, what is your Ph.D. in?

12       A    Chemistry.

13       Q    Did you have a masters as well?

14       A    No.

15       Q    What is your bachelor's degree in?

16       A    Chemistry.

17       Q    Are there any other areas in which you have

18   scientific expertise or claim to have scientific

19   expertise?

20            MS. GEOPPINGER:  I'm going to, for the record,

21   object to the question just from the standpoint of

22   Dr. Selbin is not being offered as an expert witness,

23   for the record.

24            MR. POLAND:  Okay.

25            MS. GEOPPINGER:  Go ahead.  You can answer.

**11/9/2005 Selbin, Joel**

1    A    I have a wide-ranging knowledge in science.  I

2    have knowledge in astronomy; I have knowledge in nuclear

3    chemistry, nuclear physics as a matter of reading and as

4    a matter of interest, outside of just my specific area

5    of expertise, which is chemistry.  So I have been

6    involved with other scientific matters besides just

7    chemistry itself.  I have some knowledge of physics.  I

8    had a minor in mathematics, actually, in graduate

9    school.

10    Q    (By Mr. Poland)  Do you hold yourself out as an

11    expert -- I'm just going to run through a variety of

12    subjects now just asking you whether you hold yourself

13    out as an expert in those areas.

14         MS. GEOPPINGER:  Again, let's put a continuing

15    objection on regarding --

16         MR. POLAND:  That's fine.

17         MS. GEOPPINGER:  -- your questions as to

18    whether or not he holds himself out to be an expert.

19         Go ahead.

20    Q    (By Mr. Poland)  Are you an expert in

21    radioecology?

22    A    I wouldn't consider myself an expert.

23    Q    Are you an expert in epidemiology?

24    A    No.

25    Q    Are you an expert in radiation health effects?

**11/9/2005 Selbin, Joel**

1     A    Not an expert, no.  Knowledgeable, to a degree,

2    yes, from reading.  But having done research or spent a

3    great deal of time with, no.

4     Q    Are you an expert in environmental transport

5    modeling?

6     A    No.

7     Q    Are you an expert in air dispersion modeling?

8     A    No.

9     Q    Are you an expert in soil sampling?

10    A    No.

11    Q    Are you an expert in industrial hygiene?

12    A    No.

13    Q    Are you an expert in radiobiology?

14    A    No.  I just have some, again, reading knowledge

15    because of my interest in the effects of radiation on

16    human beings and my concern about all of the fallout of

17    what we call the nuclear age and what I taught a course

18    in.

19         I actually taught a course "In The Nuclear

20    Age," subtitled "The History, The Technology, and The

21    Public Policy Issues."  So I have studied a great deal

22    about nuclear matters.  My primary concern was nuclear

23    power and nuclear arms, but this involved, of course, my

24    interest -- got me interested in all the effects that

25    radiation has.  Some of them are good, of course, in the

1    medical field.  Some of them are terribly damaging in

2    the military field.

3         Q     Have you ever done any primary research in

4    radiobiology?

5         A     No.

6         Q     Have you ever published a paper in

7    radiobiology?

8         A     No.

9         Q     Are you an expert in risk assessment?

10        A     Risk assessment, no.  Again, I have some

11   reading knowledge and some information just as a matter

12   of being interested in the effects of radiation on

13   people.  But certainly not an expert.

14        Q     Are you a certified health physicist?

15        A     No.

16        Q     Okay.  We are here today because you have been

17   identified, as Ms. Geoppinger said --

18              MS. GEOPPINGER:  Geoppinger.

19              MR. POLAND:  Sorry.

20        Q     (By Mr. Poland)  -- as Ms. Geoppinger said, as

21   a fact witness or a percipient witness, as we sometimes

22   say.  Do you understand the difference between a

23   percipient witness and an expert witness?

24        A     Well, "percipient," I guess I need that

25   defined.  I'm not an expert witness is my understanding,

**11/9/2005 Selbin, Joel**

1    so I must be the other if there are only two.

2        Q    Ms. Geoppinger can certainly lodge an objection

3    or correct me if she feels that she needs to.  A

4    percipient witness or a fact witness is somebody who

5    needs to have personal knowledge of the things they are

6    talking about.  They need to have experienced things;

7    seen, touch, taste, smell.

8        A    Involved in.

9        Q    Involved in, exactly.  As opposed to an expert

10   witness, as you probably know from your prior case, who

11   can read a variety of materials, can look at things,

12   doesn't have to have personal knowledge and render an

13   opinion.

14       A    Right.

15            MS. GEOPPINGER:  For the record, I've never

16   heard it called a percipient witness.

17            THE DEPONENT:  I've never heard the term, so

18   that was why; percipient.

19            MR. POLAND:  At the break we can do some

20   research.

21            MS. GEOPPINGER:  I've learned something new

22   today.

23            THE DEPONENT:  So have I.

24       Q    (By Mr. Poland)  Mr. Selbin, I wanted to start

25   out here by asking you about the different experiences

**11/9/2005 Selbin, Joel**

1    and involvement you've had with Rocky Flats issues.  So

2    what I would like to do is just run through, find out

3    what involvement you've had, when it started, what you

4    did, committees you've been on; that kind of thing.

5    We're just going to run through that, okay?

6         A    Okay.

7         Q    Why don't we start at the beginning, your very

8    first involvement with any issue related to Rocky Flats.

9              MS. GEOPPINGER:  I'm going to object to the

10   form of the question.

11             You can answer.

12        A    Well, I knew of the existence of Rocky Flats,

13   of course, before I became involved more directly with

14   committees that I served on.  Because simply being

15   interested in all of the various aspects of the nuclear

16   age, I learned about the production of plutonium pits at

17   Rocky Flats well before I became directly involved with

18   committee work dealing with basically the cleanup of

19   Rocky Flats.  I was not involved in any direct way with

20   Rocky Flats.  In fact, I've never actually been to Rocky

21   Flats, but read as much as was -- well, not everything

22   that was published about it, but read about what was

23   going on at Rocky Flats.  I read, certainly, newspaper

24   articles about a demonstration that took place at Rocky

25   Flats by citizens; that sort of thing.  I heard about

1    accidents which occurred at Rocky Flats.

2            But it wasn't until 1998 that I actually became

3    involved directly with a committee called the Rocky

4    Flats Soil Action Level Oversight Panel.  I was invited

5    by some people in Boulder to apply to get on this

6    committee because of these people's knowledge of my

7    interest and involvement with nuclear power issues --

8    with nuclear issues in general.  And so I, indeed, did

9    this and joined that committee not long after it formed.

10           I believe the committee actually formed in

11   January of '98, and I was probably on it by the summer,

12   but I don't remember the exact time I started meeting

13   with them.  But then when I did, we were meeting roughly

14   once a month for about two years.  And then that

15   committee finished its work and a new group -- not an

16   official committee, but a new group formed called a

17   focus group.  It was a Rocky Flats citizens focus group.

18   I don't remember its exact title, but it was

19   something -- we just called it the focus group.

20           It consisted of mostly people who had been on

21   the soil action level group.  In fact, in terms of the

22   agencies, the three agencies, they were the same people.

23   People from the Department of Energy, from the

24   Environmental Protection Agency, and from the Colorado

25   Department of Public Health & Environment.  They were

**11/9/2005 Selbin, Joel**

1  the people who were on the panel, as best you can

2  recall?

3       A    Yes.   The people under the "Technical Support

4  Contractor" were not members of the committee.   They

5  were the people from the group that was hired; the

6  expert group that was hired to work on soil action

7  level, the Risk Assessment Corporation.

8       Q    Okay.   We'll get to that in just a second.

9            Once you were invited to join the panel and you

10  did join, do you recall exactly when that was; the date

11  that was?

12      A    No, I don't.   It was roughly, I think, in the

13  summer of '98, but it could have been early fall.   I'm

14  just not sure.   I know the committee had already been

15  operating before I joined.

16      Q    Do you know who appointed the members of the

17  committee before the time that you joined?

18      A    No.   I can only presume it was Harlow and

19  Stovall.

20           MS. GEOPPINGER:   Don't guess.

21      A    I don't know.

22      Q    (By Mr. Poland)   Do you know where the

23  committee received its funding?

24      A    From the Department of Energy.

25      Q    Do you know how much funding the Department of

**11/9/2005 Selbin, Joel**

1    Energy gave to the committee?

2         A    I only know how much they came up with for the

3    RAC corporation.  I think that was half a million

4    dollars, but I'm not positive of the exact amount.

5              THE DEPONENT:  Thanks.

6              MS. GEOPPINGER:  You're welcome.

7         Q    (By Mr. Poland)  Were there any other sources

8    of funding for the work that the RSALOP did, other than

9    the money that came from DOE?

10        A    Not that I know of.  I'm unaware.

11        Q    What was the first thing the committee did

12   after the time you joined?

13             MS. GEOPPINGER:  Had a meeting.  Just kidding.

14             MR. POLAND:  Could be.

15        A    I've spent over 300 hours in meetings with this

16   group.  I have no idea exactly what took place the first

17   meeting I was there.  I was introduced.  We each

18   introduced ourselves so that I would know the other

19   members.  When a new member came, everyone sort of

20   introduced themselves.  That I can remember, but what

21   transpired, it's probably in the minutes in the library

22   somewhere.  I mean, I did not keep minutes.  Minutes

23   were taken, I believe every time.  Minutes were handed

24   out.  We were asked, Were there any corrections or

25   additions to the minutes.  I always discarded the

1    In other words, the cleanup must be done for whatever

2    human beings are going to be involved with that site and

3    for how much time they're going to be involved with it.

4    Because clearly the longer they are involved with the

5    site in a given year, the cleaner it better be.

6        Q    Under the DOE's original cleanup level -- or

7    action level, I guess I should say -- that was the 650

8    picocuries that you had mentioned.

9            MS. GEOPPINGER:  Objection.  It's actually 651.

10       Q    (By Mr. Poland)  Do you know what the scenarios

11   were that were envisioned by the DOE, CDPHE, and EPA in

12   coming up with that action level?

13           MS. GEOPPINGER:  Objection; form.

14       A    No, I don't.

15       Q    (By Mr. Poland)  Did the RSALOP come up with

16   their own scenarios that they believed ought to apply to

17   accomplish an action level or a cleanup level at Rocky

18   Flats?

19       A    I'm not certain whether the committee members

20   specifically did this or whether it was the RAC, the

21   independent study group that we hired, that came up with

22   the different scenarios.  But those are laid out in

23   their final report, and we considered a most restrictive

24   scenario to be a resident rancher -- that, I can say --

25   who would spend most of the year there, grow things

1    there, get water from wells there, raise children there.

2        Q    This was in 1998 that these scenarios were

3    determined?

4        A    No.

5        Q    When were --

6        A    They came after, I guess -- RAC came in, I

7    guess, in '99 and completed its work in 2000; February

8    or March of 2000.  And, again, in the documents that I

9    have the scenarios are laid out.  I can't recall exactly

10   what they were, because my greatest concern was for our

11   going for the most conservative, restrictive scenario of

12   a resident rancher.

13       Q    Do you recall whether the resident rancher

14   scenario, the most restrictive scenario, was decided on

15   before the legislation was passed that created the

16   wildlife refuge?

17       A    The RAC corporation recommendation was to use a

18   soil action level that was for the most restrictive

19   resident rancher scenario.  That was the 35 picocuries

20   per gram which they came up with.  That came before the

21   legislation creating a wildlife refuge.

22       Q    Were you involved with the determination that

23   the rancher -- the resident rancher ought to be the

24   scenario by which the action level would be determined?

25       A    I made that case as often as I could.

**11/9/2005 Selbin, Joel**

```
1    recall, the committee was satisfied by this 35

2    picocuries per gram and was accepted -- was accepting of

3    this report in the sense that that was the bottom line.

4            In other words, the bottom line concern of this

5    group all along was a final, acceptable RSAL.  And since

6    this represented a far superior number compared to the

7    651 from 1996, the group was very pleased.  I certainly

8    was very pleased.

9        Q    You mentioned it was a far superior number.

10   Why do you believe it was a far superior number to the

11   651 picocuries per gram number that was in the original

12   RFCA?

13       A    Well, because it represented a protective

14   cleanup for the most restrictive scenario that we had.

15   And those scenarios are laid out here now on Page

16   Roman V of this document.

17       Q    And you're referring to Exhibit No. 2, correct?

18       A    Yes.

19       Q    And so if we turn to Roman Page V of

20   Exhibit No. 2, there is a table GS-1 there?

21       A    Yes.

22       Q    Is that what you were just referring to --

23       A    Yes, I was.

24       Q    -- when you mentioned the scenarios?

25       A    Yes.  Those are mentioned -- the scenarios --
```

**11/9/2005 Selbin, Joel**

```
1    retaining RAC, did the RSALOP do that on their own?

2              MS. GEOPPINGER:  Objection; it's been answered.

3              You can answer if you can.

4        A    As far as I recall, there was no other input

5    called for.  It was the RSALOP that agreed to hire RAC

6    once we knew that the Department of Energy was going to

7    supply the funding.

8        Q    (By Mr. Poland)  Did the DOE, the CDPHE, or the

9    EPA force RAC on the RSALOP?

10       A    Not to my recollection, no.

11       Q    Did the DOE, EPA, or CDPHE somehow impede the

12   RSALOP in the work that it was doing?

13       A    I wouldn't use the word "impede."  My own

14   opinion is that they may have misled the RSALOP in

15   regard to how much power and input we really had in the

16   cleanup.

17       Q    Is that your own opinion personally?

18       A    That's my opinion, and it's the opinion of

19   certain other people too.

20       Q    Okay.  Let me ask you, did the committee -- can

21   you express an opinion that would be a committee

22   opinion; an opinion of the RSALOP that it felt that it

23   was misled by the DOE, CDPHE, EPA, and Kaiser-Hill?

24       A    It was never expressed openly, to my knowledge,

25   in the meetings I was at.  But there certainly were
```

**11/9/2005 Selbin, Joel**

1    Q    (By Mr. Poland)  And did -- I'm sorry.  Did you

2    have anything you wanted to finish?

3    A    No.

4    Q    How do you know that they felt as you did; that

5    you weren't being dealt with in an above-board way in

6    how much influence the RSALOP would have on the cleanup

7    level?

8         MS. GEOPPINGER:  Object to the form of the

9    question.  Who is "they"?

10   A    I guess I didn't quite understand.  How did I

11   know?

12   Q    (By Mr. Poland)  Correct.  Did they express an

13   opinion to you?  Did they tell you they felt the same

14   way you did?

15        MS. GEOPPINGER:  Object to the form of the

16   question.  Who is "they?"

17        MR. POLAND:  The "they" are LeRoy Moore, Tom

18   Marshall, Niels Schonbeck, and Joe Goldfield.

19   A    Yes.  In my discussions with them, we agreed

20   that we were not being dealt with above board.  And, in

21   fact, one of the agency members a year after we started

22   this admitted that they were limited in the cleanup by

23   the funds that were appropriated.  And that told us that

24   this whole cleanup was not being driven by safety and

25   concern for public safety, but was being driven by

1    money.

2        Q    (By Mr. Poland)   Who was the person who made

3    that admission that you just referred to?

4        A    I could find that in one of the documents that

5    I have.   It was one of the members of -- it may have

6    been one of the members of the Colorado Department of

7    Public Health & Environment.   It may have been Steve

8    Gunderson.

9        Q    What were the circumstances under which he made

10   that admission?

11       A    Well, several of us, myself often, asked the

12   question in the committee, why we did not go to the

13   Congress and ask for more money for a better cleanup;

14   for a more complete cleanup.   And I guess we asked that

15   question enough times that we were finally told, That's

16   it.   We can't get any more money.

17            And the money was incredibly small, like

18   7 percent of the total money for the cleanup.   For the

19   over $7 billion of cleanup, only $470 million or

20   something was for the soil cleanup.   And many of us felt

21   like for not very much more than that, the soil could

22   have been cleaned up better.

23       Q    So there was a statement made by a person.   It

24   might have been Steve Gunderson, but you're not sure?

25       A    It might have.   I'm not certain.

**11/9/2005 Selbin, Joel**

1   the work, and the fixed amount -- in the time allotted,

2   and that it had to keep the public happy.

3          Keep the public happy is my words.  Those

4   aren't the exact words in the thing, but keep the

5   criticism down, basically.

6      Q    In addition to LeRoy Moore, who else on the

7   committee shared your opinion that there had been a

8   prior agreement about what the cleanup focus would be?

9      A    I did not discuss this with people on the

10  committee.  In fact, I was not really aware of this at

11  the time, so I couldn't discuss it.

12     Q    How did you --

13     A    I guess what I'm saying is that these are

14  feelings I had, and I didn't really discuss them with

15  anyone.  And then I later found out that these feelings

16  were well-founded.

17     Q    How did you find -- what I'm trying to get at

18  is how did you discover that your feelings were

19  well-founded?

20     A    Well, when I -- when I first saw reference to

21  this information that, again, is published in a document

22  available -- the reference is available in the file that

23  you have from me; when I first saw reference to that.

24  And I don't remember exactly when that was because I did

25  have access to a preprint of LeRoy's article that

**11/9/2005 Selbin, Joel**

```
1    eventually ended up in the Bulletin of Atomic

2    Scientists, and so I believe I first read it there.

3         Q    And when you're referring to "it," is this

4    LeRoy's article itself, or the document to which his

5    article referred?

6         A    Well, it's in his article, but he has a

7    specific reference where it came from, and that is

8    another article that was put together describing the

9    citizen input into Rocky Flats.

10        Q    Okay.  I'm confused.  I'm just trying to figure

11   it out.  What did you read?  Was it LeRoy's article; was

12   it the document that was referenced in LeRoy's article?

13        A    I didn't read the document that was referenced.

14   I read LeRoy's article, and there is a reference in it

15   to this document which I have not seen.

16        Q    So it's LeRoy's article that you read that gave

17   you your belief that there was this prior agreement?

18        A    Exactly.

19             MS. GEOPPINGER:  For the record -- and I

20   realize it's after he has already answered -- I'm going

21   to object to the form of the question in that I think it

22   mischaracterizes his testimony.

23        Q    (By Mr. Poland)  I want to get to one other

24   question before we break, and I just want to come back

25   to this general question about other groups.  You've
```

**11/9/2005 Selbin, Joel**

1        Go ahead.

2    Q    Good, good.  I'm glad.  Thank you.

3        Can you identify Exhibit No. 4 for the record,

4   please?

5    A    This is an article appearing in the Bulletin of

6   the Atomic Scientists by LeRoy Moore in the

7   January/February 2005 issue.

8    Q    Now, Dr. Selbin, you testified earlier that you

9   believe that the RSALOP committee was a sham because

10  there had been a prior agreement that the Rocky Flats

11  cleanup would be limited; is that correct?

12   A    That's correct.

13   Q    And when I asked you about your basis for that,

14  you referred me to the article that we've now marked as

15  Exhibit No. 4, correct?

16   A    Yes.

17   Q    Can you identify for me in Exhibit No. 4 the

18  portion of the article that led you to your beliefs?

19   A    Yes.  This is on Page JS 00009, or Page 53 of

20  the bulletin; bottom, middle column paragraph.  Shall I

21  read it?

22   Q    Yes, if you would, please.

23   A    "Another government official said that Congress

24  had agreed to provide full funding for Rocky Flats

25  cleanup via a series of roughly equal annual

**11/9/2005 Selbin, Joel**

1   wouldn't necessarily think so.

2        Q     (By Mr. Poland)   All right.   You can set that

3   document to the side.

4             Is a risk-based end point a legitimate way of

5   determining a cleanup level?

6        A     Yes and no.   Yes in the sense if one does the

7   risk analysis for the most -- the people at the most

8   risk, if it is not done for that, if it's done for

9   average risk, it is not the way to decide.

10       Q     And --

11       A     So yes and no.   It depends on how the risk

12  analysis is done.

13       Q     And do you know how the risk analysis was done

14  for the current soil action level of 50 picocuries per

15  gram?

16             MS. GEOPPINGER:   50?

17             THE DEPONENT:   50 is what is proposed now.

18       A     But 50 is proposed with modifications to the

19  original 35 and the original 651.   651 and 35 were both

20  all the way down.   The 50 picocuries per gram is just

21  the top 3 feet of the soil.   It's allowed to go to 1,000

22  picocuries per gram between 3 and 6 feet, and there can

23  even be small spots that go as high has 6,000 picocuries

24  per gram.   And below 6 feet, unlimited picocuries per

25  gram.

**11/9/2005 Selbin, Joel**

1    question.

2        Q    (By Mr. Poland)   And there is plutonium in the

3    water is Lake George in upper New York from fallout,

4    correct?

5            MS. GEOPPINGER:   Same objection.

6            You can answer.

7        A    Of course, from fallout, but there is

8    additional plutonium in the water at Woman's Creek and

9    on site from the operations at Rocky Flats.

10       Q    (By Mr. Poland)   Do you know what the

11   concentrations are?

12       A    No, I don't.

13       Q    Have you ever personally taken or participated

14   in the taking of any environmental samples at Rocky

15   Flats?

16       A    No, I have not.

17           MR. POLAND:   Let's go off the record for just a

18   minute.

19           (A recess was taken from 2:00 to 2:06 p.m.)

20       Q    (By Mr. Poland)   I want to go back now to the

21   Stakeholder Focus Group.

22           MS. GEOPPINGER:   Do you want the exhibit?

23           MR. POLAND:   It's Exhibit No. 3.

24           No, that's okay.   I don't think we're going to

25   need it.

```
 1    the RSALOP and the Stakeholder Focus Group?

 2         A    No, I would not say that.

 3         Q    Nobody expressed that sentiment to you?

 4         A    Nobody expressed that sentiment to me.

 5         Q    Now, do you know for a fact whether the EPA,

 6    CDPHE, and DOE did or did not consider the RSAL or soil

 7    action level that RAC came up with of 35 picocuries per

 8    gram?

 9              MS. GEOPPINGER:  Object to the form of the

10    question.

11         A    They looked at it, but they didn't accept it.

12    They couldn't accept it.  As I've said before, they

13    couldn't accept it because it would have cost far more

14    money to clean up to that level, which they knew they

15    didn't have.

16         Q    (By Mr. Poland)  That was your conclusion,

17    correct?

18         A    That's correct.

19         Q    But do you know -- you were not present at any

20    of the meetings -- strike that question.

21              Do you know whether there were any meetings

22    that the EPA, CDPHE, and DOE had where they discussed

23    the RAC Task 5 recommendation of 35 picocuries per gram?

24         A    I can only conjecture that they must have, but

25    I was not aware of them, and I certainly wasn't invited
```

**11/9/2005 Selbin, Joel**

1    to any of those meetings.

2         Q    And did you see -- well, strike that question.

3              The three parties -- the CDPHE, EPA, and DOE --

4    ultimately did come out with a different action level,

5    did they not?

6         A    Correct.

7         Q    And what is that current action level?

8         A    50 picocuries per gram for the first 3 feet of

9    soil, and higher levels allowed for 3 to 6 feet, and

10   unlimited levels allowable below 6 feet.

11        Q    Did you look at the documents; have you seen

12   the documents that were released by the EPA, CDPHE, and

13   DOE in which they expressed or came up with a 50

14   picocuries per gram RSAL?

15        A    Yes, I think I have that.

16        Q    Let's just mark them as exhibits.

17        A    I'm trying to remember where I -- I think

18   that's in my --

19             MR. POLAND:  Let's go off the record for a

20   minute.

21             (Discussion off the record.)

22             MR. POLAND:  Can we mark this as Exhibit No. 6.

23             THE DEPONENT:  I don't think I've seen that.

24             (Deposition Exhibit 6 was marked.)

25             MR. POLAND:  I've got to justify having broken

**11/9/2005 Selbin, Joel**

1    Q    Do you know whether in either Exhibit 6 or

2    Exhibit 7 there is any consideration of the

3    recommendation that the RSALOP made of 35 picocuries per

4    gram?

5           MS. GEOPPINGER:  I'm going to object.  He said

6    he didn't see the documents.

7    A    I have no idea.

8    Q    (By Mr. Poland)  And you don't know the basis

9    on which CDPHE, DOE, and EPA came up with the 50

10   picocuries per gram --

11          MS. GEOPPINGER:  Objection; asked and answered.

12   Q    (By Mr. Poland)  -- standard?

13          MS. GEOPPINGER:  Sorry.

14   A    I will give my own personal answer, if I may.

15          MS. GEOPPINGER:  Go ahead.

16   A    I think they came up with it because it fit the

17   amount of money they had.

18   Q    (By Mr. Poland)  And, again, going back to the

19   article by Mr. Moore, that's your basis for that

20   statement, correct?

21   A    Yes, that and other statements by members of

22   the committee.

23          I'm going to add something.  I got to know some

24   of these people better than others, and I got to know

25   one of the members from the Department of Energy.  We

```
 1    became friendly and actually saw each other occasionally

 2    at parties of mutual friends.  And he confided in me

 3    something that I think I need to state.  He said, You

 4    know, Joel, you're absolutely right about the need for

 5    better cleanup, but we can't do it because we don't have

 6    the money, and we can't get the money.  We can't get any

 7    more money.

 8              Now, that was a statement from somebody that

 9    was part of the DOE team.

10         Q    And who was it in the DOE who made the

11    statement?

12         A    Jeremy Karpatkin.

13         Q    How do you spell Karpatkin?

14         A    K-a-r-p-a- -- he's on here.

15              MS. GEOPPINGER:  Exhibit 3.

16         A    K-a-r-p-a-t-k-i-n; Jeremy Karpatkin.

17              Now, that was a personal statement to me.  I

18    don't know what harm I might be doing to him or whether

19    that's fair game, but it was not unexpected by me.

20         Q    (By Mr. Poland)  And when did Mr. Karpatkin

21    make that statement to you?

22         A    I have no exact recollection.  It was at a

23    party; a party of mutual friends in Boulder.  And we

24    were just talking about various and sundry things, and,

25    of course, he had been at most of the meetings that I
```

1    particles are moved -- one of the pathways for movement

2    is resuspension; no question about it, in my mind.

3         Who gave the lecture?  It's all in the minutes

4    of the RSALOP.

5         Q    And you can't tell me amounts that would be

6    resuspended off the site; from on site to off site?

7         A    No.

8         Q    Can't tell me air concentrations?

9         A    No.  I'm not sure those have ever been

10   measured.

11        Q    You just don't know whether they've been

12   measured or not, correct?

13        A    No, I don't.  Whether plutonium has been found

14   off site is absolutely fact.  It's been found pretty far

15   away, as a matter of fact, from Rocky Flats.  I have

16   heard as far as Fort Collins, and Denver, certainly, but

17   Fort Collins was a surprise to me.

18        Q    Where did you hear that?

19        A    I heard that, again, during one of the

20   meetings; that there was plutonium found pretty far

21   afield off site from Rocky Flats.

22        Q    Do you remember who said plutonium was found in

23   Fort Collins?

24        A    No, I don't.

25        Q    Have you ever looked at any of the off-site

1    soil sampling studies?

2         A    No.   I just know that some have been done.

3         Q    Do you know how many?

4         A    I have no idea, but however many there have

5    been, they're totally inadequate because you could

6    sample a large portion of a field and find absolutely no

7    plutonium.  And then you move ten feet away, and you

8    find a fair amount of it.  I mean, that's much too large

9    an area to know exactly what's going on.

10        All I can say is the generalization that the

11   normal operation of physics in this world is that this

12   is going to move, and it's got to move -- it just can't

13   move on site.  It's going to move off site.  How much is

14   it going to move off site?  I don't think anybody can

15   tell that.

16        Have there been measurements?  I'm not sure.

17   If some sort of wind collection thing is mounted at,

18   let's say, an eastern boundary where most of the winds

19   would blow stuff, it is for sure that there is a higher

20   concentration of plutonium eastward on the site, which

21   means that eastward off the site is getting stuff too.

22   Plutonium doesn't say, I'm at the edge of the boundary,

23   I've got to stop here.  It doesn't know anything about

24   that.

25        Q    Do you know if there was ambient air monitoring

1    done at Rocky Flats?

2        A    I think there probably was.  I don't know.  It

3    seems to me I remember hearing some of that during some

4    of our meetings, that there was ambient air monitoring,

5    and it was probably at that time when I heard some of

6    the monitoring instruments weren't all that good.

7        Q    Do you know who said that?

8        A    No, I don't.

9        Q    Have you ever seen any kind of technical study

10   about the ambient air monitors at Rocky Flats and their

11   efficiency?

12       A    It seems to me this came up in one of the

13   lectures, but I can't recall now.  It's not the sort of

14   thing that I would keep deeply in my mind because it was

15   not the primary focus of the committee.  The primary

16   focus of the committee, as I say, and my primary focus,

17   was the cleanup of Rocky Flats to a safe level for

18   present and future generations.  That was my concern.

19   And so all of these various details having to do with

20   the movement and so on were really kind of peripheral in

21   a way to the main thrust of what I was concerned about

22   and what I felt the committee was concerned about.

23       Q    So you personally have not done anything to

24   study the movement of plutonium at Rocky Flats; is that

25   correct?

**11/9/2005 Selbin, Joel**

1       We needed more help from the federal government
2   to clean this up properly.  Rocky Flats was going to set
3   the standard for cleanup of sites across this country.
4   It was going to be the first to have a cleanup plan, and
5   it was going to set a standard.  And I felt we needed to
6   set a much higher standard for Rocky Flats.

7       Q    (By Mr. Poland)  To your knowledge, Dow
8   Chemical Company was not involved with the decision
9   about the cleanup -- the action level at Rocky Flats; is
10  that correct?

11      MS. GEOPPINGER:  I object to the form of the
12  question.

13      A    Dow was the original operator, but not for
14  long, and then it was Rockwell.  Rockwell was there
15  until the end, I guess.  I don't know a great deal about
16  Dow except that they were the company that got this
17  whole operation started.

18      Q    (By Mr. Poland)  But in terms --

19      A    What is your question about Dow?

20      Q    Specifically as far as the action level is
21  concerned and determining what the action level is going
22  to be, okay, for the wildlife refuge, Dow was not
23  involved in that process, to your knowledge, were they?

24      A    Not to my knowledge.

25      Q    And the same thing for Rockwell; they weren't

153

**11/9/2005  Selbin, Joel**

```
1    involved in that process, to your knowledge?

2        A    Not to my knowledge.  They're involved in a

3    sense.  They were the ones operating the plant when

4    plutonium was being dispersed.

5        Q    But Dow has been gone since 1975, correct?

6        A    No, I'm talking about Rockwell.

7        Q    And Rockwell has been gone since 1989, correct?

8        A    Yes, but 1989 was the end of the operation.

9    And the fires -- and I understand there could have been

10   as many as 400 fires and all sorts of things going on

11   that happened while it was Rockwell.  So in that sense

12   there is an involvement of Rockwell with the soil action

13   level.

14            They weren't concerned about cleanup.  That

15   wasn't their job.  Their job was to produce plutonium

16   pits.  I understand that.  In that production, plutonium

17   was dispersed.  In that sense there is a connection,

18   indirect though it may be, to the cleanup.

19       Q    But in terms of determining the action level

20   that the plant is going to be cleaned to, Rockwell had

21   no hand in that, correct?

22            MS. GEOPPINGER:  Objection; asked and answered.

23            You can answer it again if you can.

24       A    Well, Rockwell's involvement in that was not,

25   We're going to make the problem of soil action levels
```

**11/9/2005 Selbin, Joel**

1     part of the agencies?

2              MS. GEOPPINGER:  Believe it or not, I'm going

3     to object and say asked and answered.

4              But go ahead.

5        A     Because they did not take this report as

6     something -- as a fait accompli.  They wanted to

7     continue to study what was appropriate for cleanup, and

8     that was the reason for the formation of the focus

9     group.

10       Q     (By Mr. Poland)  But you don't know, do you,

11    what, if any, consideration they actually gave the RAC

12    recommendation?

13             MS. GEOPPINGER:  Objection; asked and answered.

14       A     No, I don't.  I don't know.  They presumably --

15    again, I'm just guessing -- they talked among themselves

16    and said, Hey, we can't do this with the money we have,

17    and therefore we better keep going.

18       Q     (By Mr. Poland)  But that is a guess, correct?

19       A     Absolutely it's a guess.

20       Q     Ms. Geoppinger asked you just a minute ago

21    about your understanding of whether the industrial area

22    is included within the area that is going to be cleaned

23    to 50 picocuries per gram, correct?

24             MS. GEOPPINGER:  Objection.  You misstated my

25    question.