# Exhibit B

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas M. Poland
To Call Writer Directly:
312 861-2377
dpoland@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 861-2200

April 28, 2004

**By FedEx**

Ellen T. Noteware
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103

Re:    *Cook, et al. v. Rockwell, et al.*

Dear Ellen:

I write to convey the contact information that we discussed earlier this week, along with dates when witnesses are available for deposition, to the extent that we have been successful in obtaining dates from witnesses.

**William Amen** - Mr. Amen's last known address was 14208 West 96th Ave., Arvada, CO. We have not yet succeeded in obtaining a deposition date.

**Herb Bowman** - Mr. Bowman resides at 3038 Ashkirk Loop, Rio Rancho, NM 87124. We will accept service of a deposition subpoena for Mr. Bowman. Mr. Bowman is available for deposition on June 17th, 29th, or 30th. Mr. Bowman is the primary caregiver for his wife, who has Alzheimer's disease, and his deposition will need to be taken in Rio Rancho. There is a Ramada hotel near his residence that probably would be the best place to conduct the deposition.

**Dan Brindle** - Mr. Brindle's last known address was 100 Jefferson County Parkway, Golden, CO 80419. We have not yet succeeded in obtaining a deposition date.

**Donald Dunshee** - Mr. Dunshee's last known address was Broomfield Economic Development Corp., 4 Garden Center, Suite 210, Broomfield, CO 80020. We have not yet succeeded in obtaining a deposition date.

**Michael D. Elms** - Mr. Elms's last known address was 8101 Ralston Road, P.O. Box 8101, Arvada, CO 80001. We have not yet succeeded in obtaining a deposition date.

**Robert Fiehwig** - Mr. Fiehwig's last known address was Summit Environmental, 133 East Tyler Street, Longview, TX 75601. We previously had informed you that Mr. Fiehwig is available for deposition on June 7th or June 9th.

London          Los Angeles          New York          San Francisco          Washington, D.C.

Peter Nordberg
April 28, 2004
Page 2

**Ronald Hauptman** - Mr. Hauptman's last known address was Remington Homes, 9430 W. 58th Ave., Arvada, CO 80002. We have not yet succeeded in obtaining a deposition date.

**Ferrell Hobbs** - Mr. Hobbs's last known address was 4727 W. 101st Place, Westminster, CO 80031. Mr. Hobbs is available for deposition on May 14th and May 21st. We also are in the process of obtaining dates on which Mr. Hobbs is available for deposition in June.

**James LaVelle** - Dr. LaVelle's last known address was CDM Camp Dresser & McKee Inc., 1331 17th Street, Suite 1200, Denver, CO 80202. We have not yet succeeded in obtaining a deposition date.

**Debbie Millage** - We have subpoenaed Ms. Millage for deposition on May 19th.

**Richard Morehouse** - Mr. Morehouse's last known address was 7828 Vance Drive, Arvada, CO 80003. We have not yet succeeded in obtaining a deposition date.

**Kirk Oglesby** - Mr. Oglesby's last known address was 1 DesCombs Drive, Broomfield, CO 80020. We have not yet succeeded in obtaining a deposition date.

**John Osbourne** - Mr. Osbourne's last known address was Village Homes, 6 West Dry Creek Circle, Littleton, CO 80120. We have not yet succeeded in obtaining a deposition date.

**Ralph Schell** - Mr. Schell's last known address was 700 Jefferson Parkway, Suite 100, Golden, CO 80401. We have not yet succeeded in obtaining a deposition date.

**David Shinneman** - Mr. Shinneman's last known address was 4800 West 92nd Ave., Westminster, CO 80031. We have not yet succeeded in obtaining a deposition date.

**Donald Slack** - Mr. Slack's last known address was Westfield Development Company, Inc., 717 17th St., Suite 2000, Denver CO 80202. As we previously informed you, Mr. Slack is available for deposition on June 17th.

**Robert Terry** - Mr. Terry's last known address was Colorado Department of Public Health and Environment, Rocky Flats Program Unit, 4300 Cherry Creek Drive South, Denver, CO 80246. Mr. Terry must be contacted through Jerry W. Goad, Senior Assistant Attorney General, State of Colorado, Office of the Attorney General, 1525 Sherman St., 7th Floor, Denver, CO 80203. We have not yet succeeded in obtaining a deposition date.

**John Till** - Dr. Till's last known address was Risk Assessment Corporation, 417 Till Road, Neeses, SC 29107. We have not yet succeeded in obtaining a deposition date.

Peter Nordberg
April 28, 2004
Page 3


**Richard Turner** - Mr. Turner's last known address was 100 Jefferson County Parkway, Golden, CO 80419. We have not yet succeeded in obtaining a deposition date.

**Terry Ware** - Mr. Ware's last known address was 1 DesCombs Drive, Broomfield, CO 80020. We have not yet succeeded in obtaining a deposition date.

**William Weston** - Mr. Weston has given a considerable amount of deposition and trial testimony relating to Rocky Flats and Rockwell's operation of the Rocky Flats facility. Several weeks ago, Peter and I discussed the possibility that, if defendants were to provide that testimony to plaintiffs, plaintiffs might not need to depose Mr. Weston. Of course, defendants understand that by agreeing to review Mr. Weston's testimony and withholding judgment on whether they need to depose Mr. Weston pending their review of that testimony, plaintiffs would not waive their right to depose Mr. Weston. In accordance with the offer that I made, I enclose seven volumes of Mr. Weston's deposition testimony in *Rockwell v. United States* and *United States v. Rockwell* ("*Stone*"), as well as Mr. Weston's trial testimony in the *Stone* case.

**Lynn Wodell** - Ms. Wodell's last known address was City of Westminster, 4800 West 92nd Ave., Westminster, CO 80031. We have not yet succeeded in obtaining a deposition date.

In addition, we can confirm the following deposition dates for plaintiffs' "may call" witnesses: John Ray for June 4th, and Len Ackland for May 25th. Mr. Ackland also will produce documents pursuant to our subpoena next Monday, May 3rd. I intend to inspect Mr. Ackland's documents at his home in Boulder, Colorado.


Very truly yours,

Douglas M. Poland

Enclosures

cc      Brett A. Bakke, Esq.