# Exhibit C

1622 LOCUST STREET  |  PHILADELPHIA, PA 19103-6305  |  phone 215/875-3000  |  fax 215/875-4604  |  www.bergermontague.com

# Berger & Montague, P.C.
### ATTORNEYS AT LAW

|  |  |
|---|---|
| WRITER'S DIRECT DIAL | (215) 875-3051 |
| WRITER'S DIRECT FAX | (215) 875-5705 |
| WRITER'S DIRECT E-MAIL | enoteware@bm.net |

May 3, 2004

**VIA FAX & FEDERAL EXPRESS**

Douglas Poland, Esq.
Brett Bakke, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Re:   **Cook, et al v. Rockwell, et al.**

Counsel:

Enclosed please find deposition and document subpoenas and appropriate witness fee checks that we have issued for the current and former Rockwell employees listed as witnesses that the defense may call at the upcoming trial.

Given that you indicated in our previous discussions that you could accept service of subpoenas for Rockwell employees, we are sending our subpoenas for Herb Bowman, Robert Fiehwig, Ferrell Hobbs and Steve Singer to your attention.

If you are unable or unwilling to accept service of the subpoenas on behalf of any of these individuals, please let us know as soon as possible. If you do not confirm that you are willing to accept service for each of these individuals by May 7, 2004, we will make arrangements to formally serve the relevant individuals, given the upcoming June 30th discovery cut-off.

We have chosen not to issue a subpoena for former Rockwell employee Bill Weston at this time, as we are reviewing his deposition testimony from other cases. Should we decide to subpoena Mr. Weston we will send the subpoena to your attention. Kindly let us know whether or not you are authorized to accept service on Mr. Weston's behalf should we decide to depose him.

Sincerely,

Ellen T. Noteware

ETN:ae
Enclosure