# Exhibit D

**Sherman & Howard** L.L.C.

ATTORNEYS & COUNSELORS AT LAW
633 SEVENTEENTH STREET, SUITE 3000
DENVER, COLORADO 80202
TELEPHONE: 303 297-2900
FAX: 303 298-0940
OFFICES IN: COLORADO SPRINGS
RENO • LAS VEGAS • PHOENIX

Joseph J. Bronesky
Direct Dial Number:  (303) 299-8450
E-mail: jbronesk@SAH.COM

November 23, 2005

## VIA HAND DELIVERY AND E-MAIL

Merrill G. Davidoff, Esq.
Louise M. Roselle, Esq.
Berger & Montague
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO  80202

        Re:    <u>Cook, et al. v. Dow & Rockwell</u>

Dear Counsel:

        Attached is Defendants' witness list in alphabetical order.  We cannot provide a list of witnesses in call order because we must now re-contact all of our witnesses to determine their availability in light of the new schedule that you announced in court yesterday.  We cannot provide you with a call order of witnesses until your schedule is locked down and we have an opportunity to contact all of our witnesses to determine their availability.  As your schedule is constantly in flux, it makes it impossible for us to know when our case will start and when we need various witnesses to be available.

        There are eight witnesses on the attached list who have not previously been deposed – John Till, Helen Grogan, Ken Calkins, John Frazier, Shirley Fry, Mike Norton, Bill Weston, and Paul Voilleque.  We have obtained deposition dates from these individuals as follows:

    John Till is already scheduled to be deposed on December 1, 2005 in Denver.
    Helen Grogan is available December 1, 2005 in Denver.
    Ken Calkins is available December 2, 2005 in Denver.
    John Frazier is available December 5, 2005 in Denver.
    Shirley Fry is available December 7, in Indianapolis, Indiana.
    Mike Norton is available December 8, 2005 in Denver.

# Sherman & Howard L.L.C.

Merrill G. Davidoff, Esq.
Louise M. Roselle, Esq.
November 23, 2004
Page 2

Bill Weston is available December 9, 2005 in Denver.
Paul Voilleque is available December 14, 2005 in Denver.

Please note that Defendants oppose any deposition of Bill Weston. He has been on Defendants' witness list since at least 2003. He has been deposed in Rocky Flats-related cases on numerous occasions (for multiple days) and Defendants provided you with all such deposition transcripts in early 2004. At that time, Plaintiffs elected not to pursue a further deposition of Mr. Weston. Thus, Defendants believe seeking Mr. Weston's deposition now is untimely and improper, and we expect to file a motion to that effect. The proposed December 9 deposition date is only in the event that the Court denies our motion.

In addition, if you still would like to take a deposition of Ken Spitze regarding the GIS data displayed on Defendants' 3-D models of the class area, he is available on December 15, 2005. Please let us know if you would still like to take his deposition.

If you have any questions, please do not hesitate to give me a call.

Very truly yours,

Joseph J. Bronesky by TO

Joseph J. Bronesky

JJB:te
Enclosure

Cc: David Bernick
    Doug Kurtenbach

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
JOHN L. KANE, SENIOR JUDGE

Case No.      **90-cv-181-JLK**            Date        **November 23, 2005**

Case Title    **Cook, et al vs. Rockwell International Corp., et al**

**Defendants' Witness List in Alphabetical Order**

| Witness | Date(s) Testified |
|---|---|
| Frank Blaha (2 hours) | |
| Ken Calkins (2 hours)* | |
| Ralph D'Arge (2 hours) | |
| Don Dorchester (3 hours) | |
| Don Dunshee (1 hour) | |
| John Frazier (2 hours) | |
| Ken Frieberg (2 hours) | |
| Shirley Fry (2 hours) | |
| Helen Grogan (2 hours)* | |
| Rodney Hoffman (2 hours) | |
| Ron Hauptman (1 hour) | |
| Dan McFadden (2 hours) | |
| Mike Norton (1 hour) | |
| John Osborn (1 hour) | |
| Otto Raabe (2 hours) | |
| Don Slack (1 hour) | |
| Bill Smith (1 hour)* | |

1

John Till (4 hours) _____    _____

Paul Voilleque (2 hours) _____    _____

William Wecker (2 hours) _____    _____

Bill Weston (2 hours) _____    _____

Chris Whipple (2 hours)* _____    _____

Ken Wise (2 hours) _____    _____

\*  Witness may be called.


**Deposition to be read during any available
time during the first two weeks of Defendants' case:**

Susan Chabin (1 hour) _____    _____

General Harold Donnelly (1 hour) _____    _____

F. O'Neill Griffin (1 hour) _____    _____

Al Hazle (2 hours) _____    _____

Aubrey Ladwig (1 hour)* _____    _____

Charles McKay (1 hour)* _____    _____

Deborah Millage (1 hour) _____    _____

Brian Siebert (2 hours) _____    _____


\*  Witness may be called.

2

CM/ECF - U.S. District Court:cod                                                                 Page 1 of 3

## Trial Documents
1:90-cv-00181-JLK Cook, et al v. Rockwell Intl Corp

### U.S. District Court

### District of Colorado

Notice of Electronic Filing

The following transaction was received from Bronesky, Joseph entered on 11/23/2005 at 1:31 PM MST and filed on 11/23/2005

**Case Name:**      Cook, et al v. Rockwell Intl Corp
**Case Number:**    1:90-cv-181
**Filer:**          Dow Chemical Company
                    Rockwell International Corporation

**Document Number:** 1714

**Docket Text:**
Witness List by Defendants Dow Chemical Company, Rockwell International Corporation. (Attachments: # (1) Continuation of Main Document Letter relating to Witness List)(Bronesky, Joseph)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=11/23/2005] [FileNumber=377778-0
] [82c9047ea4849954698a793dc35b86bcf7d9b0396c44240184f07f9c5d4652a695a
5ae344c833f84f954fda1e9eaa88c501ed24b27ae54eae37c70e694f81a88]]
**Document description:**Continuation of Main Document Letter relating to Witness List
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=11/23/2005] [FileNumber=377778-1
] [7a66d9e635ce0e28e0d3f6f9386a011513a55a05a87956eaf947a5544523b5f9412
32902fe652d474dd0798c864333371203bbebcfbcda0b2f98fc2572b0cdaf]]

### 1:90-cv-181 Notice will be electronically mailed to:

Jonathan Auerbach     auerbach@bm.net, csimon@bm.net

Gary B. Blum     blumg@s-d.com, griffiths@s-d.com

Stephanie A. Brennan     sbrennan@kirkland.com,

Joseph John Bronesky     jbronesk@sah.com, efiling@sah.com, peckman@sah.com

Merrill Gene Davidoff     mdavidoff@bm.net, sleo@bm.net

Jean Marie Geoppinger     jeangeoppinger@wsbclaw.com

Lester C. Houtz     lester.houtz@bartlit-beck.com,

CM/ECF - U.S. District Court:cod                                                    Page 2 of 3

Steven William Kelly    skelly@s-d.com, andolsekl@s-d.com

Christopher Lane    clane@sah.com, efiling@sah.com

Mark S. Lillie    mlillie@kirkland.com

Jennifer E. MacNaughton    jmacnaughton@bm.net, aliggins@bm.net; aebbesen@bm.net; kmarkert@bm.net

Peter B. Nordberg    pnordberg@bm.net, pn@nordbergonline.com

Ellen T. Noteware    enoteware@bm.net, csimon@bm.net

Douglas M. Poland    dpoland@gklaw.com,

Louise M. Roselle    louiseroselle@wsbclaw.com,

Daniel R. Satriana , Jr    satrianad@csbattorneys.com, epsteini@csbattorneys.com

Holly Brons Shook    shookh@s-d.com, ogdenl@s-d.com

Ronald Simon    ron@1707law.com, lauren@1707law.com

David F. Sorensen    dsorensen@bm.net,

John E. Tangren    jtangren@kirkland.com, cbiggins@kirkland.com; kknudsen@kirkland.com; drooney@kirkland.com

Stephen D. Taylor    stephen.taylor@usdoj.gov, USACO.ECFCivil@usdoj.gov; kristi.cote@usdoj.gov

Martin Thomas Tully    martin.tully@kattenlaw.com,

Carlotta P. Wells    carlotta.wells@usdoj.gov,

**1:90-cv-181 Notice will be delivered by other means to:**

David M. Bernick
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

Douglas J. Kurtenbach
Kirkland & Ellis-Illinois
200 East Randolph Drive
#5400
Chicago, IL 60601

R. Bruce McNew
Taylor, Gruver & McNew, P.A.
3711 Kennett Pike
#210
Greenville, DE 19807

US Dept. of Energy

Rocky Flats Project Office
12101 Airport Way - Unit A
Broomfield, CO 80021-2583