**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**DEFENDANTS' MOTION FOR THE RECORD TO
REFLECT ADMISSION OF DX328A**
___

        Defendents hereby move to have the record reflect the admission of DX328a. (*See* Ex A.) On November 8, 2005, Defendants moved for admission of DX328, a document entitled "Instrumentation for Environmental Monitoring Radiation" by the Environmental Instrumentation Group of Lawrence Berkeley Laboratory. The Court ruled that while the entire document is not admissible, "[t]hose matters that have been identified [and] commented upon cross-examination will be admitted." (11/8/05 Trial Tr. at 4496.) Defendants have reduced DX328 to only the pages concerning the matters identified on cross-examination and renumbered it DX328a accordingly. Defendants ask that the record officially reflect the admission of DX328a.

Dated:  December 2, 2005

Respectfully submitted,

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

               /s/ Kari Knudsen_____
               Kari Knudsen (legal assistant)