Exhibit A





UNIVERSITY OF IOWA

3 1858 020 857 342

LBL - 1

VOL. 3

# Instrumentation

## for

# Environmental Monitoring

# RADIATION

| | |
|---|---|
| First edition | May 1972 |
| First Up-date | Feb. 1973 |
| 2nd Up-date | Oct. 1973 |

Environmental Instrumentation Group

Lawrence Berkeley Laboratory

University of California

Berkeley, CA 94720

Sponsored by

Research Applied to National Needs

National Science Foundation



DEFENDANT'S
EXHIBIT

Dx 328A

PENGAD 800-631-6989



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

*Engineering*
*(FTD*
*193*
*I 5i*
*1972*
*v.3*

RAD
Contents
October 1973

## CONTENTS

Abstract
Introduction
Indexing
Prologue
Acknowledgment
Preface

### IONIZING RADIATION MONITORING INSTRUMENTATION           ION

I.  **Introduction**

    A.  Man-made Radiation Sources
    B.  Measurement Approaches
    C.  Measurement Considerations
    D.  Instrument Notes

II.  **Units**

    A.  Absorbed Dose - (Rad)
    B.  Exposure - (Roentgen)
    C.  Rad-Roentgen Relationship
    D.  Activity - (Curie)
    E.  Neutral Particles - (Kerma)
    F.  Relative Biological Effectiveness (RBE) and
        Quality Factor (QF)
    G.  Dose-Equivalent - (Rem)

III.  **Radiation Guides**

    A.  Organizations that Set Standards
    B.  Philosophy of Radiation Protection
    C.  Radiation Safety Criteria
    D.  1971 Revision of U.S.A.E.C. Standards

IV.  **General Measurement Considerations**

    A.  Calibration
    B.  Tissue Equivalence
    C.  Particle Equilibrium
    D.  Nuclide Decay, Parent-Daughter Equilibrium

V.  **Radiation Sources**

    A.  Particle Accelerators                                      ACC
    B.  Nuclear Reactors                                         REA
    C.  Fuel Reprocessing Plants                                 FRP
    D.  Sources of X-Radiation                                   XRA
    E.  Mining and Milling of Uranium Ores                       MIN
    F.  Natural Radiation Backgrounds and Fallout                FAL
    *G.  Other Radionuclide Sources                              SRC

   * In Preparation

.The University of Iowa
Libraries

The University of Iowa
LIBRARIES

 INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Contents
Page 2

VI.   Instrumentation:  Comparisons and Notes

    A.  Combination Instruments                                    ALP, BET, GAM, XRA
    B.  Alpha Particle Instrumentation                            ALP
    C.  Beta Particle Instrumentation                             BET
    D.  X and Gamma Radiation Monitoring Instrumentation          GAM, XRA, SPEC
        Gamma Spectrometry
    E.  Neutron Monitoring Instrumentation                        NEU
    F.  Personnel Dosimetry                                        DOS
    G.  Radionuclides                                             NUC
        1.  Tritium
        2.  Krypton-85
        3.  Strontium-90 and 89
        4.  Iodine-131 and 129
        5.  Radon-222 and Its Daughters
        6.  Radium
        7.  Uranium
        8.  Plutonium
        9.  Instrument Notes
  *H.  Monitoring Systems                                       SYS


NON-IONIZING RADIATION MONITORING INSTRUMENTATION

   I.  Microwaves and Radiofrequency                             MIC

  II.  Infrared and Visible                                      IR

 III.  Lasers                                                     LAS

  IV.  Ultraviolet                                              UV

   *In Preparation

 INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
October 1973

ABSTRACT

A comprehensive survey of instrumentation for environmental monitoring is being carried out by the Lawrence Berkeley Laboratory under a grant from the National Science Foundation. Instruments being investigated are those useful for measurements of Air Quality, Water Quality, Radiation, and Biomedical Parameters related to environmental research and monitoring. Consideration is given to instruments and techniques presently in use and to those developed for other purposes but having possible applications to this work. The results of the survey are given as (a) descriptions of the physical and operating characteristics of available instruments, (b) critical comparisons among instrumentation methods, and (c) recommendations of promising methodology and development of new instrumentation. The survey material is compiled in loose-leaf volumes which can be periodically updated.



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
October 1973

## INTRODUCTION

Instrumentation for monitoring radiation is treated under two broad categories: *Ionizing* and *non-ionizing* radiation.

Information about *ionizing* radiation is presented in six divisions.

Division I discusses man-made radiation sources, measurement approaches, measurement considerations and the form of the instrument notes.

Division II provides definitions for a few of the radiation units.

Division III contains a brief description of the organizations which set standards; the philosophy of radiation protection; radiation safety criteria; and the 1971 revisions of the U.S.A.E.C. standards. Also given are some of the maximum permissible body burdens and maximum permissible concentrations of radionuclides in air and in water for occupational exposure.

Division IV outlines concepts which apply to the general problem of measuring ionizing radiation. Calibration, tissue equivalence, and particle equilibrium are some of the topics discussed.

Division V treats the various important radiation sources. Specific information is given for each source. An example is the section on Particle Accelerators, in which population distribution, safety procedures and some technical considerations are discussed. Other sources treated are nuclear reactors, fuel reprocessing plants, x-radiation, uranium mines and mills, natural background, fallout, and sources of radionuclides.

Division VI contains discussions of instruments and individual instrument notes. It should be used in conjunction with divisions IV and V. Each section in division VI discusses the principles of operation of the various classes of instruments; the advantages and disadvantages of each class; and the applications of specific instruments. The "instrument notes" sections are loose-leaf guides to commercially available instruments and to instruments in various stages of research and development.

Instrumentation for monitoring *non-ionizing* radiation is presented in four independent divisions: Radiofrequency and microwave, infrared, lasers, and ultraviolet. Each of these is divided into sections: e.g., sources, hazards, biological effects, measurement problems, instrument comparisons, summaries, and instrument notes.



**INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING**

INDEXING METHOD

The sections of the survey are indexed by a series of mne-
monic descriptors. The caption in the upper right-hand corner of
each page provides the necessary filing information. The first
three-character descriptor indicates the category of monitoring:

| Category | Mnemonic descriptor |
|----------|---------------------|
| Air Monitoring | AIR |
| Water Monitoring | H20 |
| Radiation Monitoring | RAD |
| Biomedical Monitoring | BIO |

The second descriptor indicates the type of parameter under
discussion. For example, alpha radiation monitoring instruments
are identified by "RAD-ALP." A list of descriptors is given in
the contents.

The third descriptor is used to identify the specialized topic,
type of sampling or use, for example, "AIR-SO2, Ambient" signifies
instruments suitable for monitoring sulfur dioxide in the ambient
atmosphere.

The manufacturer or developing laboratory is indicated as the
fourth descriptor. Additional instrument notes in this category,
parameter, and use by this manufacturer, are indicated by numerals
after the manufacturer's name.

The last descriptor is the date the note was first issued.
Revised notes bear a new date. Descriptions of equipment bearing
a new model number will be issued as additional notes.



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

PROLOGUE

"I often say that when you can measure what you are speaking
about and express it in numbers you know something about it, but
when you cannot measure it, when you cannot express it in numbers,
your knowledge is of a meager and unsatisfactory kind...it may be
the beginning of knowledge, but you have scarcely, in your thoughts,
advanced to the stage of science whatever the matter may be."

Lord Kelvin, 1883

The wilderness and the parched land shall be glad; and the
desert shall rejoice, and blossom as the rose.  It shall blossom
abundantly, and rejoice, even with joy and singing;....And the
parched land shall become a pool, and the thirsty ground springs
of water;....

Isaiah 35: 1,2,7

 INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
October 1973

## ACKNOWLEDGMENT

This survey is the result of the participation of scores of interested persons at laboratories and companies across the country. Their cooperation is hereby gratefully acknowledged.

The following members of the Environmental Instrumentation Group at the Lawrence Berkeley Laboratory staff are intimately involved in the compilation of the overall survey:

Nabil M. Amer

Robert J. Budnitz

Robert M. Graven

Craig D. Hollowell

Mathilde J. Kland-English

Dick A. Mack

William D. MacLeod

Ralph D. McLaughlin

Sidney L. Phillips

Jeffrey A. Stokes

Graeme P. Welch

The following members of the Laboratory staff have also been directly involved in this survey:

Patricia A. Finn
George Gabor
Glenn Y. Gee
Rudin M. Johnson

We appreciate the encouragement of Jack M. Hollander, Director, Energy and Environment Program, and we acknowledge the generous advice and review of our Laboratory colleagues including:

Thomas F. Budinger
Patricia W. Durbin
Fred S. Goulding
George A. Morton
H. Wade Patterson
Andrew M. Sessler
Melvin K. Simmons
Alan R. Smith
Lloyd D. Stephens
Ralph H. Thomas
Harold A. Wollenberg



**INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING**

RAD
October 1973

ACKNOWLEDGMENT (Continued)

We deeply appreciate the contributions of the following persons:

Edmond J. Baratta, Northeastern Radiological Health
    Laboratory, Winchester, Massachusetts

Harold R. Beck, U.S.A.E.C. Health and Safety Lab, New York, N.Y.

Hanson Blatz, New York City Department of Health,
    New York

Seymour Block, Lawrence Livermore Laboratory, Livermore,
    California

Donald C. Bogen, U.S.A.E.C. Health and Safety Laboratory
    New York

Ronald Bowman, National Bureau of Standards, Boulder,
    Colorado

Alfred J. Breslin, U.S.A.E.C. Health & Safety Laboratory,
    New York

Jesse H. Brewer, University of British Columbia, Vancouver,
    British Columbia, Canada

E. Alfred Burrill, Aptos, California

Evan Campbell, Los Alamos Scientific Laboratory, Los Alamos,
    California

George W. Campbell, Lawrence Livermore Laboratory, Livermore,
    California

George Cowper, AECL, Chalk River, Ontario, Canada

Paul Crapuchettes, Litton Industries, San Carlos, California

Owen H. Davis, Pacific Gas & Electric Company, San Francisco,
    California

Dennis Dobbin, National Institute of Occupation Safety and
    Health, Cincinnati, Ohio

Edward H. Essington, Los Alamos Scientific Laboratory, Los
    Alamos, California

Eric B. Fowler, Los Alamos Scientific Laboratory, Los Alamos,
    California

Peter G. Groer, Argonne National Laboratory, Argonne, Illinois

Paul H. Gudiksen, Lawrence Livermore Laboratory, Livermore,
    California

Barney Hekkala, Gulf Electronic Systems, San Diego, California

Richard C. Honey, Stanford Research Institute, Menlo Park,
    California

William S. Johnson, Eberline Instruments, Santa Fe, New Mexico

Bernd Kahn, U.S. Environmental Protection Agency, Cincinnati,
    Ohio

Simon Kinsman, California Department of Public Health,
    Berkeley, California

John E. Leary, Bechtel Corporation, San Francisco, California

Leon Leventhal, LFE Environmental, Richmond, California

Carl L. Lindeken, Lawrence Livermore Laboratory, Livermore,
    California



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
October 1973

ACKNOWLEDGMENT (Continued)

William Marlow, Atomic Energy Commission, Washington, DC

Isaac Matelsky, General Electric Company, Lamp Division,
    Cleveland, Ohio

John M. Matuszek, New York State Department of Health, New York

Richard C. McCall, Stanford Linear Accelerator Center,
    Stanford, California

Alan A. Moghissi, U.S. Environmental Protection Agency,
    Las Vegas, Nevada

David S. Myers, Lawrence Livermore Laboratory, Livermore, California

Ernest B. Nieschmidt, Aerojet Nuclear Co., Idaho Falls, Idaho

Robert V. Osborne, AECL, Chalk River, Ontario, Canada

Richard Perkins, Battelle Pacific Northwest Laboratory,
    Richland, Washington

Richard W. Peterson, U.S. Bureau of Radiological Health,
    Rockville, Maryland

Thomas H. Pigford, University of California, Berkeley, California

Peter D. Randolph, Aeroject Nuclear Co., Idaho Falls, Idaho

Henry Rechen, U.S. Bureau of Radiological Health, Rockville,
    Maryland

Ben G. Samardzich, Lawrence Livermore Laboratory, Livermore,
    California

Keith J. Schiager, Colorado State University, Fort Collins,
    Colorado

Jacob Sedlet, Argonne National Laboratory, Argonne, Illinois

Douglas P. Serpa, Pacific Gas and Electric Company

Claude W. Sill, U.S.A.E.C. Idaho Health Services Laboratory,
    Idaho Falls, Idaho

David C. Sliney, U.S. Army Environmental Hygiene Agency,
    Edgewood Arsenal, Maryland

William Steffan, California State Department of Industrial
    Relations, San Francisco, California

David L. Stevenson, Environmental Protection Agency National
    Environmental Research Center, Las Vegas, Nevada

Rex Trammell, Ortec Inc., Oak Ridge, Tennessee

Arthur Vassiliadis, Stanford Research Institute, Menlo Park,
    California

Sanford Wagner, Ortec Inc., Oak Ridge, Tennessee

Charles W. Williams, Ortec Inc., Oak Ridge, Tennessee

While we cannot individually acknowledge the contribution of
each scientist, engineer, and secretary, their continued support is
deeply appreciated.

By interagency agreement this work was funded under Grant
No. AG-271 from Research Applied to National Needs, National Science
Foundation, and performed at the University of California, Lawrence
Berkeley Laboratory in facilities provided by the U.S. Atomic
Energy Commission.

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
October 1973

## PREFACE

It is essential to the nation's program of environmental improvement that accurate and efficient measurements be made of the parameters affecting the environment in which we live and work. In order to aid in this important task, the Lawrence Berkeley Laboratory, under a grant from the National Science Foundation, is conducting a survey of instrumentation suitable for the measurement of the quality of our environment. The results of the survey appear in four volumes which discuss monitoring of air, water and radiation, and treat biomedical problems due to environmental causes.

Air Monitoring, Volume 1, primarily considers the chemical parameters known to contribute (or suspected of contributing) to environmental degradation. Physical parameters, usually recorded to establish standard conditions of measurement, are also included.

Water Monitoring, Volume 2, deals with instrumentation suitable for fresh water and estuarine water; coastal and off-shore oceanic waters have been excluded from the survey. Chemical and biological contaminants have been included as well as physical parameters.

Radiation Monitoring, Volume 3, considers both ionizing radiation and non-ionizing radiation. A description of the type of radiation present at various sources of radiation is followed by sections containing a discussion and the specifications for the instrumentation used to monitor its radiation. The non-ionizing sections describe instrumentation used to monitor microwave, laser, and ultraviolet radiation in the environment.

Biomedical Instrumentation, Volume 4, deals with those parameters which affect human, animal and plant life presently considered to arise from environmental problems. Hospital instrumentation is not included. Biomedical problems arising from contamination of the air or water are discussed here, e.g., in the mercury section an overview describes the sources, metabolism, food chain and genetic effects, followed by a description of the methods for detecting mercury in biological samples.

A number of environmental contaminants are well identified, others are at present only suspect, still others are potentially insulting to the ecological balance, and the effects of some substances are unknown. Upon the advice of recognized authorities, the effort expended in compiling this survey has been distributed in proportion to the severity of the problem. If problems are well identified and existing instrumentation is considered satisfactory, presently available instruments are emphasized. If current methods of detection are inadequate - because, for example, of insensitivity, the time consumed in making the measurement or the ambiguity resulting from interfering parameters - present methodology is surveyed and new methods of detection and analysis are explored. Recommendations are made for development and exploitation of techniques that are employed in other disciplines and appear to be applicable in the environmental field.

Each volume contains (a) an overview of the basic problems, (b) comparisons among the basic methods of sensing and detection, and (c) instrument notes that summarize the characteristics and evaluate the presently available instruments and techniques. Steps that should be taken to alleviate the problems are recommended if appropriate.

Contact has been made with the staffs of Federal, state, university, regional and local laboratories as well as with manufacturers interested in instrumentation for environmental monitoring. Due to the nation-wide concern in this field, it is obvious that not all the experienced professionals in any given specialty could be contacted; however, as the survey continues, an endeavor will be made to utilize all the experience and expertise that comes to the attention of the group.

This survey deals predominantly with instrumentation which is available commercially from U.S. sources. The information is derived from manufacturers' catalogs and specifications, the periodic literature, and scientific and engineering reports. Instrumentation from outside the U.S. has been included whenever it has been found to be widely used or merits attention by our readers because of some particular characteristic.

 INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
October 1973
Page 2

The survey has been compiled from the aforementioned information sources. The limited scope of this program, however, has not allowed the in-house evaluation of operating instruments at this Laboratory.

It is realized that no survey can be exhaustive and complete. If any existing or potentially useful instrument or technique has been omitted, it is urged that information about it be communicated to the Environmental Instrumentation Group at once.

It is important to state that the explicit function of this survey is to aid in, but not to be the sole information relied upon in, the choice of instrumentation. Manufacturers' information and the periodic literature in particular must be considered by any potential user.

The technical information in this survey has been compiled from the best available sources and is believed to be correct. The mention of commercial products, their source or their use in connection with material reported herein is not to be construed as either an actual or implied endorsement of such products. The opinions expressed herein represent the opinions of the LBL Environmental Instrumentation Group and do not necessarily express the opinion of the National Science Foundation, the Atomic Energy Commission or the University of California.

Dick A. Mack
Environmental Instrumentation Group

Ionizing Radiation
ION

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD-ION

## IONIZING RADIATION MONITORING INSTRUMENTATION

I. Introduction

    A. Man-made Radiation Sources
    B. Measurement Approaches
    C. Measurement Considerations
    D. Instrument Notes

II. Units

    A. Absorbed Dose - (Rad)
    B. Exposure - (Roentgen)
    C. Rad-Roentgen Relationship
    D. Activity - (Curie)
    E. Neutral Particles - (Kerma)
    F. Relative Biological Effectiveness (RBE) and
       Quality Factor (QF)
    G. Dose-Equivalent - (Rem)

III. Radiation Guides

    A. Organizations that Set Standards
    B. Philosophy of Radiation Protection
    C. Radiation Safety Criteria
    D. 1971 Revision of U.S.A.E.C. Standards

IV. General Measurement Considerations

    A. Calibration of Instruments
    B. Tissue Equivalence
    C. Particle Equilibrium
    D. Nuclide Decay, Parent-Daughter Equilibrium



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

It is the intention of this instrumentation survey to deal separately with each of the above four methods of measuring radiation levels namely: Measurement of external radiation fields, personnel dosimetry, radioisotope analyses of air, food, water, and whole-body or specific-organ activity analysis.

In addition to the above, we shall draw an important distinction between instrumentation for use in routine surveying, and that for emergency use. While most of our discussion will be centered on the former case, the latter will also be treated in two contexts: (a) the problems of monitoring during and after a major accident at a reactor or fuel-processing plant; and (b) the problems of radiation exposure measurements from fallout. We will restrict our discussion to fallout from weapons tests, and will not deal with monitoring of a major event such as a thermonuclear war...despite the obvious fact that mankind's greatest danger of significant damage from man-made radiation lies in the (hopefully remote) possibility of such a war.

## C.   Measurement Considerations

Divisions 4 and 6 each contain a section entitled "Special Measurement Aspects." These sections take up the special problems of making radiation measurements on the specific source or radiation type under discussion. In addition, Division 5 on general measurement considerations provides a brief explanation of a number of concepts that must be borne in mind when measuring ionizing radiation. These concepts apply in general to all the different particle species and at all of the different radiation sources.

## D.   Instrument Notes

Instrument notes have been grouped according to the radiation type and energy which is being measured to facilitate selecting the best instrument for the task. If an instrument performs more than one function, that fact is pointed out in the comparison or remarks section. The obvious comparisons of power, size, weight, cost, and so forth can easily be drawn by the reader to fit his particular application. We concentrate on comparing the basic principles of operation of the different classes of instruments, and evaluating the adequacy (or inadequacy) of available instrumentation. If appropriate, recommendations for possible improvements, research and development, or conception of new instrumentation and techniques are provided.

Each instrument within a set will be identified by its primary application or "class". Light-weight, portable, hand-held, rugged, field-survey monitors designed for use by semi-skilled personnel are to be distinguished from heavy, sophisticated, calibration instruments for use by highly trained scientists.

Each instrument note also contains a brief description of the "principle of operation"; however, it is outside of the scope of this survey to discuss in detail the fundamental principles of operation of the various methods for measuring ionizing-radiation levels. Therefore, we shall assume a general familiarity with the types of detectors, with the fundamental physical, chemical, and engineering concepts which form the basis for their operation, and with the basic analytical-chemistry techniques which underlie the separation methods for specific radioisotope . We shall discuss these whenever they are relevant to the performance of an instrument in actual monitoring situations.

For more detailed discussions of these items, we refer the interested reader to the bibliographies which accompany the various sections.



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

## II.   UNITS

In the initial period of radiation research, much confusion existed about the correct ways of quantifying radiological doses.  Today, an accepted set of units exists:  the various quantities are defined by the International Commission on Radiation Units (ICRU) in its Report 11, "Radiation Quantities and Units".[1]  A summary of the important concepts and definitions will be presented here.

### A.   Absorbed Dose - The Rad

The basic concept in radiation dosimetry is the absorption of energy in living tissue.  The basic unit of absorbed dose is called the "rad" (radiation-absorbed-dose) defined by ICRU[1] as:

    1 rad = absorbed energy of 100 ergs
            per gram of tissue
            (0.01 Joules per kilogram
            of tissue)

### B.   Exposure - The Roentgen

In the early days a need was felt for quantifying the effect of X- and gamma-radiation on tissue.  However, various tissues absorb such radiation at different rates, so the convention arose to define X-ray fields by the amount of ionization produced in a unit mass of standard air.  The unit of "exposure", called the roentgen, is defined by ICRU[1] as:

    "the quotient of $\Delta Q$ by $\Delta m$, where
    $\Delta Q$ is the sum of the electrical
    charges on all ions of one sign
    produced in air when all the elec-
    trons (negatrons and positrons)
    liberated by photons in a volume
    element of air whose mass is $\Delta m$
    are completely stopped in air."

The roentgen (R) is defined as:

    1 R = 2.58 x 10$^{-4}$ coulombs per
          kilogram of air.

Using the facts that the average energy required to produce one ion pair in air is 34 eV (5.5x10$^{-11}$ergs), and that a unit charge is 1.6x10$^{-19}$ coulomb, one finds that

    1 R = 87.6 ergs per gram of air

### C.   Rad - Roentgen Relationship

The roentgen is only defined for photons (X-rays and gammas), and in fact is not used widely except below about 3 MeV.

The rad, however, is applicable to all kinds of radiation.  Also, the rad measures energy absorbed in tissue.  The question arises:  When tissue is exposed to one roentgen, how much energy is absorbed?  Measurements in various tissues (see Figure 1) indicate that in the 1-MeV region the value is 85-95 ergs/g for fatty or muscular tissue and about 75 ergs/g in bone.  This is so close to the 100 ergs/g (which corresponds to 1 rad) that an exposure to 1 roentgen has often (incorrectly) been considered equivalent to an absorbed dose of 1 rad.  This equivalence, while confusing, has pervaded the literature for some time.  Figure 1, taken from Cember (Reference 1), indicates how significant the error becomes when bone, for example, is exposed to X-rays in the range of 10-50 keV.



ENERGY ABSORPTION PER ROENTGEN OF VARIOUS TISSUES.
**FIG.1**

### D.   Activity - The Curie

The activity of any quantity of radioactive Nuclide is defined as the number of nuclear transformations occuring per unit time.  The unit of activity, the Curie (Ci), is defined as

    1 Ci = 3.7 x 10$^{10}$ transform-
           ations per second

This is a useful quantity, for example, when comparing the relative rates of equal masses of different nuclides.  Thus, one gram of Cesium-134 (half-life = 2.06 years) will

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

decay fifteen times as fast as one gram
of Cesium-137 (half-life = 30.2 years).
Cesium-134's activity is said to be 15
times as great, for equal weights.

E.  Neutral Particles - The Kerma
   Energy loss (in the form of ioniza-
tion) does not occur directly from the
passage of neutral particles through
matter.  However, neutral particles can
produce local ionization through indi-
rect means (such as e+/e- pair produc-
tion from high-energy γ-rays, or nuclear
recoil from neutron collisions).  The
concept used to quantify neutral-
particle effects in matter is the kerma,
with units of (ergs/g).  The following
definition (Reference 1) is similar to
that found in ICRU Report 11:

   Kerma (K) is the sum of the
   initial kinetic energies ($\Delta E_K$) of
   all charged particles liberated
   by indirectly ionizing particles
   in a volume element of the speci-
   fied material ($\Delta E_K$ in ergs/cm$^3$)
   divided by the mass ($\Delta m$) of the
   matter in that volume element
   ($\Delta m$ in grams/cm$^3$):

   $$K = \frac{\Delta E_K}{\Delta m} \text{ in ergs per gram}$$

As defined, the incident neutral par-
ticles can impinge upon the mass of
interest from all directions.  The def-
inition also includes within $\Delta E_K$ the
energy of all charged particles (such
as Auger electrons) produced in second-
ary processes within the volume element.
The kerma requires a specification of
the type of matter being irradiated,
and one therefore speaks of "the kerma
rate of 100 keV X-rays in fatty tissue",
for example.

F.  Relative Biological Effectiveness
   (RBE) and Quality Factor (QF)
   Absorption of a given amount of
energy in a given mass of tissue (ergs/g)
is not the only criterion for deter-
mining the dosage-effectiveness of a
given radiation field.  Research has
revealed that, in general, damage in-
creases as the rate of linear energy
transfer (LET) increases.  This is
generally attributed to the fact that
as energy deposition becomes more and
more dense and more localized, the
probability of local damage increases.
For purposes of assessing the relative
biological effectiveness (RBE) of
various radiations, a reference has
been chosen as the effectiveness of
200 keV X-rays.  For dose-deposition
purposes, each different type of

radiation is assigned a quality
factor (QF) based upon the RBE.  The
relation of LET to QF is shown in
Table 1, from Reference 2:

Table 1.

Relationship Between Quality
Factor and Linear Energy
Transfer

| LET keV per micron in water | QF |
|---|---|
| 3.5 or less | 1 |
| 3.5-7.0 | 1-2 |
| 7.0-23 | 2-5 |
| 23-53 | 5-10 |
| 53-175 | 10-20 |

   Table 2, selected from Reference 2,
shows a summary of QF numbers for
various typical radiations.  More de-
tailed numbers are available which
treat the energy-dependence of the
QF for different particles.

Table 2.

Quality Factor Values
for Various Radiations

| Radiation | QF |
|---|---|
| Gamma-rays from radium in equilibrium with its decay products (filtered by 0.5 mm platinum) | 1 |
| X-rays | 1 |
| Beta-rays and electrons | 1 |
| Thermal neutrons | 3 |
| Fast neutrons | 10 |
| Protons | 10 |
| Alpha-rays | 10 |
| Heavy ions | 20 |

 INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Units
Page 3   Mar. 1972

The QF as a function of neutron energy is shown in Table 3, taken from Reference 3, NCRP Report #39:

Table 3.

Quality Factor Values
for Various Neutron Energies

| Neutron Energy, MeV | QF |
|---|---|
| $2.5 \times 10^{-8}$ (thermal) | 2 |
| $1 \times 10^{-7}$ | 2 |
| $1 \times 10^{-6}$ | 2 |
| $1 \times 10^{-5}$ | 2 |
| $1 \times 10^{-4}$ | 2 |
| $1 \times 10^{-3}$ | 2 |
| $1 \times 10^{-2}$ | 2.5 |
| $1 \times 10^{-1}$ | 7.5 |
| $5 \times 10^{-1}$ | 11 |
| 1 | 11 |
| 2.5 | 9 |
| 5 | 8 |
| 7 | 7 |
| 10 | 6.5 |
| 14 | 7.5 |
| 20 | 8 |
| 40 | 7 |
| 60 | 5.5 |
| $1 \times 10^{2}$ | 4 |
| $2 \times 10^{2}$ | 3.5 |
| $3 \times 10^{2}$ | 3.5 |
| $4 \times 10^{2}$ | 3.5 |

G.  Dose Equivalent - The Rem

The rem (Roentgen Equivalent to man)is the unit in which maximum permissible exposures are set, taking into account the quality factor (QF).  The dose-equivalent (DE) in rems has been defined as:

$$DE \text{ (rems)} = dose\text{(rads)} \times QF$$

The rem is applicable to all types of radiation, both external and internal.  It is crucial to recognize, however, that to measure rem properly involves a knowledge of the absorbed dose(ergs/g), the composition of the radiation, and its energy distribution.

REFERENCES

1.  ICRU Report #11, "Radiation Quantities and Units," International Commission on Radiation Units and Measurements, Washington, D.C. (1968).

2.  Herman Cember, Introduction to Health Physics, Pergamon Press, New York (1969).

3.  NCRP Report #39, "Basic Radiation Protection Criteria," National Council on Radiation Protection and Measurements, Washington, D.C. (January, 1971).