

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
August 1973

## III.  RADIATION PROTECTION GUIDES

### A. Organizations that Set Standards

The following description of the ICRP, IAEA, ICRU, and NCRP are taken directly from Cember (Reference 1):

"(i)  International Commission on Radiological Protection

'The basic responsibility for providing guidance in matters of radiation safety has been assumed by the International Commission on Radiological Protection (ICRP). This organization was established in 1928 by the Second International Congress of Radiology as the International X-ray and Radium Protection Commission. At that time and for many years afterward, its main concern was with the safety aspects of medical radiology. Its interests in radiation protection expanded with the widespread use of radiation outside the sphere of medicine, and in 1950 its name was changed to the ICRP in order to more accurately describe its area of interest. In describing its operating philosophy, the ICRP says that 'The policy adopted by the Commission in preparing recommendations is to deal with the basic principles of radiation protection and to leave to the various national protection committees the responsibility of introducing the detailed technical regulations, recommendations, or codes of practice best suited to the needs of their individual countries' (ICRP Publication 6, p. 1, Pergamon Press, Oxford, 1964).

"(ii)  International Atomic Energy Agency

'The International Atomic Energy Agency (IAEA), a specialized agency of the United Nations that was organized in 1956 in order to promote the peaceful uses of nuclear energy, is concerned with the practical application of the ICRP recommendations. 'Under its Statue the International Atomic Energy Agency is empowered to provide the application of standards of safety for protection against radiation to its own operations and to operations making use of assistance provided by it or with which it is otherwise directly associated. To this end authorities receiving such assistance are required to observe relevant health and safety measures prescribed by the Agency'. (From Safe Handling of Radioisotopes, Safety Series No. 1, IAEA, Vienna, 1962.) The health and safety measures prescribed by the Agency are published according to subject in the Agency's Safety Series.

"(iii)  International Commission on Radiological Units and Measurements

"The International Commission on Radiological Units and Meaurements (ICRU), which works closely with the ICRP, has had, since its inception in 1925, as its principle objective the development of internationally acceptable recommendations regarding:

(1) Quantities and units of radiation and radioactivity.
(2) Procedures suitable for the measurement and application of these quantities in clinical radiology and radiobiology.
(3) Physical data needed in the application of these procedures, the use of which tends to assure uniformity in reporting.

In its operating policy, 'The ICRU feels it is the responsibility of national organizations to introduce their own detailed technical procedures for the development and maintenance of standards. However, it urges that all countries adhere as closely as possible to the internationally recommended basic concepts of radiation quantities and unit.' (ICRU Report 10a, 1962, N.B.S. Handbook 84, 1962.)

"(iv)  National Committee on Radiation Protection and Measurements

"In accordance with the policy laid down by the ICRP, its recommendations are adapted to the needs and conditions in the various contries by national bodies. In the United States, two such bodies exist. The older one is called the National Committee on Radiation Protection and Measurements (NCRP). This committee, which was originally known as the Advisory Committee on X-ray and Radium Protection (founded in 1929), consists of a group of technical experts who are specialists in radiation protection and scientists who are experts in the disciplines which form the basis for radiation protection. The concern of the NCRP is only with the scientific and technical aspects of radiation protection. To accomplish its objectives, the NCRP is organized into a Main Committee and twenty sub-committees. Each of the sub-committees is responsible for preparing specific recommendations in its field of competence. The recommendations of the sub-committees require approval of the Main Committee before publication. Finally, the approved recommendations are published.



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 2

(v)  Federal Radiation Council and Environ-
mental Protection Agency

Until 1970, the second national body
dealing with radiation protection guides
was the Federal Radiation Council (FRC).
The FRC was disbanded upon the formation of
the new Environmental Protection Agency (EPA)
and the radiation protection function was
transferred to the EPA Criteria and Stan-
dards Divisions, Office of Radiation Pro-
tection.  The role of the FRC had been to
"advise the President with respect to ra-
diation matters directly or indirectly af-
fecting health, including guidance for all
Federal agencies in the formulation of ra-
diation standards and in the establishment
and execution of programs of cooperation
with the states" (Public Law 86-373).  The
guidelines already in effect were taken over
directly by the EPA, as was the FRC's role
in setting of new standards.

The FRC always relied heavily on the
technical recommendations of the NCRP.  How-
ever, it was also empowered to weigh non-
scientific aspects of radiation exposure
(such as political or economic factors).

(vi)  U. S. Atomic Energy Commission

The U.S.A.E.C. has statutory power over
radiation guidelines in its own areas of con-
cern:  The AEC radiation laboratories,
and AEC licensees and contractors; the
weapons testing program; and the reactor-power
industry.  In these areas, it possesses power
to establish and enforce exposure limits.
Until recently, it followed the NCRP/FRC
guidelines rather closely, but in mid-1971
it promulgated tentative new (lower) levels
for emissions from light-water nuclear power
reactors.  These will be discussed briefly
in Section D.

The addresses of the various organiza-
tions are:

ICRP
Clifton Avenue, Sutton, Surrey,
United Kingdom

IAEA
Kaerntner Ring 11
A-1011 Vienna, Austria

ICRU and NCRP
7910 Woodmont Avenue
Bethesda, Maryland  20014
(202) 657-2652

U.S. EPA, Criteria and Standards Division
Office of Radiation Programs
Waterside Mall, East Tower
401 M Street, S.W.
Washington, D.C.  20460
(202) 755-4871

AEC, Division of Radiation Protection
Standards
Washington, D.C.  20545
(301) 973-7376

B.  Philosophy of Radiation Protection

Over the years, there have been many dis-
cussions of the philosophical and practical
basis for radiation protection guidelines.
A dominant viewpoint has been expressed by
Cember in Reference 1, and we shall
quote directly from this source for the entire
remainder of Part B.

"Engineering control of the environment
by industrial hygienists and by public health
personnel is very often based on the concept
of a threshold dose.  If the threshold dose of
a toxic substance is not exceeded, then it is
assumed that the normally operating physio-
logic mechanisms can cope with the biological
insult from that substance.  This threshold is
usually determined from a combination of ex-
perimental animal data and clinical data; then
it is reduced by an appropriate factor of
safety from which we derive a maximum allow-
able concentration (MAC) for the toxic sub-
stance.  The MAC is then used as the criterion
of safety in environmental control.  The maxi-
mum allowable concentration was defined by the
International Association on Occupational
Health in 1959 as 'The term maximum allowable
concentration for any substance shall mean
that average concentration in air which causes
no signs or symptoms of illness or physical
impairment in all but hypersensitive workers'
during their working day on a continuing basis,
as judged by the most sensitive internationally
accepted tests.'

"An apparently different approach is used
in the control of environmental radiations.
For the purpose of setting maximum allowable
exposure limits, the most sensitive radiation
induced change is assumed to be genetic damage.
It is further assumed that there is no thres-
hold for this effect, that the dose-response
curve is linear down to zero dose, and that
the effect is independent of the dose rate,
that is, that only the total dose is of bio-
logical significance.  Since this means that
every increment of dose, no matter how slight,
increases the likelihood of an adverse effect,
and because the benefits to man of the use of
nuclear energy and radiation are manifold, the



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

problem in environmental control is to limit exposure to a level that results in an acceptable risk to the individual and to the population. On the basis of the 'acceptable risk concept.' the maximum permissible dose for an individual was defined in 1959 by the International Commission on Radiological Protection as:  That dose, accumulated over a long period of time or resulting from a single exposure which, in the light of present knowledge, carries a negligible probability of severe somatic or genetic injuries; furthermore, it is such a dose that any effects that ensue more frequently are limited to those of a minor nature that would not be considered unacceptable by the exposed individual and by competent medical authorities

"The distinction between non-radioactive and radioactive agents based on the existence or absence of a threshold is not as clear cut as may first appear.  For those substances where a threshold has indeed been established, the threshold is for an individual.  Different people have different thresholds.  Thus, although the average threshold value for blood changes due to radiation is taken as 25 R, changes have been observed in persons exposed to as little as 14 R, while others whose exposure doses lay between 30 and 40 R showed no blood changes.  Obviously, if large numbers of exposed people were to be examined blood changes would  be very likely among a very small fraction of those whose dose was even less than 14 R.

"It is not unreasonable to expect a distribution of sensitivity somewhat like that shown in Fig. 1, in which the sensitivity distribution curve is skewed to the right.



DISTRIBUTION OF INDIVIDUAL THRESHOLDS AMONG A POPULATION

**FIG. 1**

The curve on the high-dose end of the distribution should actually intersect the abscissa, since we are reasonably certain that there exists some dose that will affect everyone.  On the other hand, it is known that there are 'hypersensitive' individuals who respond to extremely low doses which would not affect most people.  On this basis, it may be assumed that the distribution curve to the left of the mode passes through the origin of the coordinate axes.

"In effect, the distribution of susceptibility among the individuals of a population means that the concept of a threshold dose cannot be applied to a very large population.  In setting an MAC for a large population group, therefore, a value judgement must be exercised.  Someone must decide on what is an acceptable fraction of the population that may be adversely affected by the harmful substance for which the MAC is being set in return for the benefits to be derived from the use of that substance.  The MAC is usually set so conservatively that an extremely large number of people would have to be exposed at that level before the hypersensitive person is found.

"This same type of reasoning prevails among those who are concerned with recommending maximum radiation exposures.  For occupational exposure, the question of recommending maximum exposures as a guide to radiation protection is relatively simple.  A vast amount of of human experience was gained from the promiscuous exposures to radium and to X-rays during the first quarter of the twentieth century, and a much larger amount of data were gathered from laboratory experiments with animals.  On the basis of this information, maximum-exposure limits can be set which, if applied to the relatively small number of people who may be exposed to radiation during the course of their work, would assure for practical purposes that no worker would suffer any observable damage.  He may, however, suffer unobservable damage, such as more rapid physiological aging or increased susceptibility to leukemia or other neoplastic disease.  It should be emphasized that there is no evidence whatever that continuous exposure at the recommended maximum limits does, in fact, lead to these effects.  The possibility of the existence of these consequences of low-level exposure is suggested only by extrapolation of experimental results of high-level irradiation.  Because of this possibility, and because of the possible genetic effects of radiation, which may not manifest itself until one or more generations later in the descendants of the exposed person, more stringent criteria are applied.  Possible genetic damage, which is considered the most conservative criterion of safety, is the principal effect on which recommended maximum exposure is based.  Genetic defects are observed in about 4% of all live births in the United States.  These defects may be due to a number of chemical mutagens and physical causes, or to radiation.  Geneticists estimate that beween about one-twentieth and one-eighth of the spontaneously occurring defects are due to natural radiation.  On this basis, they believe the 'doubling dose,' that is, the increased radiation to the entire population that has not yet passed the child-bearing age that would double the pre-



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 4

sent rate of spontaneous mutations, to lie be-
tween 30 rad and 80 rad.  If every one in this
population group received a doubling dose, then
the mutation rate would increase slowly over
several centuries to a plateau twice as high
as the present one.  Such an increase in muta-
tion rate is  not considered acceptable.  Ac-
cordingly, the recommended maximum average ex-
posure to the total gene pool is 5 rem per gen-
eration (a generation is considered 30 years).
This dose is to be averaged over the entire
population.  Since people who are not occupa-
tionally exposed to radiation receive, on the
average (and including medical radiation ex-
posure), very much less radiation than this ac-
ceptable mean, it follows that others may be per-
mitted to receive more than this maximum mean.
The higher acceptable exposure is reserved for
workers who may be occupationally exposed.  In
addition to the statistical reasons for allow-
ing more exposure to radiation workers than to
the other members of the population, the higher
acceptable occupational exposure is justified
because radiation workers are specially select-
ed, work in a controlled environment, are con-
tinuously monitored, and are under continuing
medical surveillance.  Although upper exposure
limits are recommended, the basic philosophy
of radiation protection is to keep exposure as
low as practicable."

C.  Radiation Safety Criteria

For purposes of guidance on radiation safe-
ty several separate categories of exposure have
been delimited by the ICRU and the NCRP:

I.  Occupational Exposure:
   a.  Women of Reproductive Capacity
   b.  All Other Workers:
      1.  Normal occupational exposure
      2.  Life saving actions
      3.  Actions in less urgent emer-
          gencies
II.  Exposure to the General Public
   The following sections are excerpted
   from NCRP Report #39 (January 15, 1971),
   Reference 3.  The numbers in parentheses
   are references to section headings in
   that report:

"Occupational Exposure

"Whole Body Occupational Exposure from All Sources

"Prospective Annual Limit

"(229)  The maximum permissible prospec-
tive dose equivalent for whole body irradia-
tion from all occupational sources shall be
5 rems in any one year.  For the purposes of
this recommendation, the critical organs are
considered to be the gonads, the lens of the
eye, and red bone marrow.

Retrospective Annual Occupational Dose
   Equivalent

"(230)  There will be occasions when the
measured or estimated actual dose equivalent
exceeds the prospective limit of 5 rems in a
year.  No deviation from sound protection is
implied if the retrospective dose equivalent
does not exceed 10 to 12 rems for dose in-
crements well distributed over time or even
15 rems for exceptionally well-distributed
increments (see paragraph 232).  Repetition
of retrospective dose equivalents in excess
of planned limits is controlled by the long-
term occupational accumulated dose equivalent
(paragraph 231).

Long-Term Accumulation

"(231)  Long-term accumulation of com-
bined whole body dose equivalent (assessed
in the gonads, lens of the eye or red bone
marrow) shall not exceed 5 rems multiplied
by the number of years of age beyond 18,
i.e., maximum accumulated dose equivalent
= (N - 18) × 5 rems, where N is the age in
years and is greater than 18.

Pattern of Dose Accumulation

"(232)  Dose equivalents for exposures
of occupational origin are always intended
to include all components of radiation of
occupational origin, whether external or in-
ternal.  In principle, the dose to the "whole
body," to any critical organ or to any other
organ should not exceed the applicable max-
imum permissible dose equivalents.  The dif-
ficulty, if not impossibility, of making such
determinations accurately, when complex ir-
radiation patterns exist, is recognized.
When conditions are such that the irradiation
would approach the designated dose for a year
or longer, competent evaluation and control
should be provided.

Occupational Exposure of the Skin

"(234)  The maximum permissible dose
equivalent to unlimited areas of the skin
(other than hands and forearms) shall be 15
rems in any one year.

Occupational Exposure of the Hands and Fore-
arms

"(236)  The maximum permissible dose
equivalent to the hands shall be 75 rems in
any one year, of which not more than 25 rems
shall be received in any one quarter.  The
maximum permissible dose equivalent to the
forearms shall be 30 rems in any one year,
of which not more than 10 rems shall be re-
ceived in any one quarter.

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 5

Occupational Exposure of All Other Organs

"(238)  The maximum permissible dose equiv-
alent for combined external and internal irra-
diation of any tissue, organ or organ system
not otherwise singled out in the other recom-
mendations shall be 15 rems in any one year.

Occupational Exposure of Fertile Women

Exposure of the Fetus

"(240)  During the entire gestation period,
the maximum permissible dose equivalent to the
fetus from occupational exposure of the expect-
ant mother shall not exceed 0.5 rem.

Occasional Radiation Work

"(253)  The dose limits for persons doing
occasional radiation work or having access to
controlled areas should be identical with those
for individuals in the general public.

Life Saving Actions

"(258)  This applies to search for and re-
moval of injured persons, or entry to prevent
conditions that would probably injure numbers
of people.

1. Rescue personnel should be volunteers
   or professional rescue personnel (e.g.
   firemen who "volunteer" by choice of
   employment).

2. Rescue personnel should be broadly famil-
   iar with the consequences of exposure.

3. Women capable of reproduction should not
   take part in these actions.

4. Other things being equal, volunteers
   above the age of 45 should be selected.

5. Planned dose to the whole body shall not
   exceed 100 rems.

6. Hands and forearms may receive additional
   dose of up to 200 rems (i.e. a total of
   300 rems).

7. Internal exposure should be minimized by
   the use of the best available respiratory
   protection, and contamination should be
   controlled by the use of available pro-
   tective clothing.

8. Normally, exposure under these conditions
   shall be limited to once in a lifetime.

9. Persons receiving exposures as indicated
   above, should avoid procreation for a
   period up to a few months.

Actions in Less Urgent Emergencies

"(259)  This applies under less stressful
circumstances where it is still desirable to
enter a hazardous area to protect facilities,
eliminate further escape of effluents, or to
control fires.

1. Persons performing the planned actions
   should be volunteers broadly familiar
   with exposure consequences.

2. Women capable of reproduction shall not
   take part.

3. Planned whole body dose shall not exceed
   25 rems.

4. Planned dose of hands and forearms shall
   not exceed 100 rems (including the whole
   body component).

5. External exposure shall be minimized by
   respiratory protection, and contamina-
   tion controlled by the use of protective
   clothing.

6. Normally, if the retrospective dose from
   these actions is a substantial fraction
   of the prospective limits, the actions
   should be limited to once in a lifetime.

Non-Occupational Exposure

Special Dose Limits for Individual Members of
the Public Not Occupationally Exposed

"(245)  The dose limit for the critical
organs (whole body) of an individual not occu-
pationally exposed shall be 0.5 rem in any one
year, in addition to natural radiation and
medical and dental exposures.

Average Population Dose Limit-Genetic Consid-
erations

"(247)  The dose equivalent to the gonads
for the population of the United States as a
whole from all sources of radiation other than
natural radiation, and radiation from the heal-
ing arts shall not exceed a yearly average of
0.17 rem (170 mrem) per person.

Average Population Dose Limit-Somatic Consid-
erations

"(250)  The dose equivalent to the critical
organs (whole body) for the population of the
United States as a whole from all sources of
radiation other than natural radiation and ra-
diation from the healing arts shall not exceed
a yearly average of 0.17 rem (170 mrem) per
person."



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

The following table is also selected from NCRP Report #39:

Table 1
Dose-limiting recommendations

| | |
|---|---|
| **Maximum Permissible Dose Equivalent for Occupational Exposure** | |
| Combined whole body occupational exposure | |
| Prospective annual limit— | 5 rems in any one year |
| Retrospective annual limit— | 10-15 rems in any one year |
| Long term accumulation to age N years | $(N - 18) \times 5$ rems |
| Skin | 15 rems in any one year |
| Hands | 75 rems in any one year (25/qtr) |
| Forearms | 30 rems in any one year (10/qtr) |
| Other organs, tissues and organ systems | 15 rems in any one year (5/qtr) |
| Fertile women (with respect to fetus) | 0.5 rem in gestation period |
| **Dose Limits for the Public, or Occasionally Exposed Individuals** | |
| Individual or Occasional— | 0.5 rem in any one year |
| Students | 0.1 rem in any one year |
| **Population Dose Limits; averaged over a suitable sample of the general public** | |
| Genetic | 0.17 rem average per year |
| Somatic | 0.17 rem average per year |
| **Emergency Dose Limits—Life Saving** | |
| Individual (older than 45 years if possible) | 100 rems |
| Hands and Forearms | 200 rems, additional (300 rems, total) |
| **Emergency Dose Limits—Less Urgent** | |
| Individual | 25 rems |
| Hands and Forearms | 100 rems, total |

The following two sections are again taken from Cember (Ref. 1):

### Internally Deposited Radioisotopes

'For protection against external radiation, the recommended maximum exposure limits are biologically meaningful and directly applicable, since it is a simple matter to determine the rad dose due to exposure for any given time in a radiation field. For protection against internal radiation due to inhaled or ingested radioactive materials, two different criteria are used, depending on the type of isotope under consideration. For bone-seeking radioisotopes, such as $^{90}Sr$, $^{227}Ac$, $^{232}Th$, $^{231}Pa$, $^{237}Np$, $^{239}Pu$, etc., which emit alpha or beta radiation, the maximum permissible body burden is based on a comparison with $^{226}Ra$ and its daughters. For all other radioisotopes the matter is, in principle, as clear cut as in the case of external radiation. The amount of a radioisotope is computed which, if deposited in the body, will deliver a dose not greater than 100 mrem per week if the total body, or gonads, or hemopoietic system is the critical organ (the critical organ is defined as that part of the body that is most susceptible to radiation damage under the specific conditions considered), or not greater than 300 mrem per week for any other critical organ. Having determined this quantity of radioisotope, which is called the maximum permissible body burden, then, if biological information regarding the metabolism of the radioisotope is known, it is possible to compute concentrations of the isotope in air and water which would result in the accumulation in the body after continuous exposure of no more than the maximum permissible body burden. Maximum allowable concentrations for all known



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

radioisotopes, to which lifetime exposure is assumed, have been calculated and published in a report by the ICRP. Included in this report are the detailed methods of calculation, together with the biological and physical factors necessary for the calculations. Several of the maximum body burdens and allowable concentrations are given in Table 2. A short term or accidental exposure to environmental concentrations greater than the recommended maxima does not therefore necessarily mean that the person is overexposed.

### Airborne Radioactivity

"In considering airborne radioactivity, the lung is considered from two points of view: first, as a portal of entry for inhaled substances that may suffer radiation damage. For purposes of computing permissible atmospheric concentration of radioactivity, airborne contaminants may be broadly classified as gaseous and particulate. For gaseous radioactive contaminants, the possible hazards to be considered are immersion and inhalation; in the case of particulate matter, the main hazard is due to deposition of the radioactive particulates in the lung."

### Isotopic Activity Concentrations

The NCRP has adopted a set of maximum permissible concentrations for individual nuclides in water and air, called $(MPC)_w$ and $(MPC)_a$. These concentrations (in $\mu Ci/cm^3$) are based on extensive biological research on the typical body's ability to concentrate certain nuclides in certain "critical organs." For some nuclides, such as tritium, the "total body" is the critical organ.

Table 2 is excerpted from Reference 4, National Bureau of Standards NBS Handbook #69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations in Air and Water." Although only a few of the radionuclides are shown here, the full NBS Table contains over 200.

The isotopic activity concentrations in Table 2 are calculated on the following assumption: If any one activity is present at the prescribed (MPC) concentration, then an occupationally exposed worker is assumed to receive dose-equivalents at a rate which will just result in his accumulating his prescribed dose-limiting exposure for that period. As an example, if the whole body is the critical organ, 5 rem is the dose received from one year of 40 hour per week exposure to $^{137}$Cs, at $(MPC)_a$ airborne concentrations of $6 \times 10^{-8}$ $\mu Ci/cm^3$.

For individuals in the general (non-occupational) public, the dose-limiting recommendations are 0.5 rem/year, which is one-tenth of the occupational level. All values of activity concentrations must also be decreased by a factor of 10 when general-public exposure is considered. For exposure to a suitably large sample of the general public, all concentrations must be decreased by another factor of 3 below that for individuals (or a factor of 30 below that for occupational exposure).

Table 2 also tabulates the Maximum Permissible Body Burden (in $\mu Ci$), which is the total isotopic activity present in the complete critical organ.



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 8

D.  1971 Revision of U.S.A.E.C. Standards

Until 1971, the ICRP and NCRP guideslines described on the previous pages were generally accepted by all of the agencies throughout the United States Government, as well as by essentially all foreign regulatory agencies.  For example, the U.S.A.E.C., in its published rules in the Code of Federal Regulations (10CFR20), adopted the NCRP recommendations at dose-limiting levels as outlined in Table S.

Recently, however, the U.S.A.E.C. has proposed a different guideline for the particular use of power-generating light-water nuclear reactors.  The basic concept is that the maximum total yearly dose to an individual from a nuclear reactor should be less than 5 mrem/year, which is a reduction by a factor of 100 from the former guideline figure of 500 mrem/year.  For reactors already operating, compliance to this new level will be required only after a time interval suitable to allow for any necessary changes in operating procedure.  The new revised level is the first significant departure of any governmental body from the basic guideline of the ICRU and NCRP, and it is important in the context of this instrumentation survey insofar as it effects instrumentation required for monitoring at the revised levels.

REFERENCES

1.  Herman Cember, _Introduction to Health Physics_, Pergamon Press, New York (1969)

2.  ICRU Report #11, "Radiation Quantities and Units," International Commission on Radiation Units and Measurements, Washington, D.C. (1968)

3.  NCRP Report #39, "Basic Radiation Protection Criteria," National Council on Radiation Protection and Measurements, Washington, D.C. (January, 1971)

4.  U. S. National Bureau of Standards, NBS Handbook #69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in air and water for Occupational Exposure," (June 5, 1959, also August, 1963, Addendum 1)

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 9

## Table 2

### Excerpted from National Bureau of Standards NBS Handbook #69

*Maximum permissible body burdens and maximum permissible concentrations of radionuclides in air and in water for occupational exposure*

| Radionuclide and type of decay | Organ of reference (critical organ in boldface) | Maximum permissible burden in total body q(μc) | For 40 hour week (MPC)$_w$ μc/cc | For 40 hour week (MPC)$_a$ μc/cc | For 168 hour week** (MPC)$_w$ μc/cc | For 168 hour week** (MPC)$_a$ μc/cc |
|---|---|---|---|---|---|---|
| $_1$H³(HTO or H₂O)(β⁻) (Sol) | **Body Tissue** | 10³ | 0.1 | 5×10⁻⁶ | 0.03 | 2×10⁻⁶ |
| | Total Body | 2×10³ | 0.2 | 8×10⁻⁶ | 0.05 | 3×10⁻⁶ |
| (H³) (Immersion) | Skin | | | 2×10⁻³ | | 4×10⁻⁴ |
| ₆C¹⁴(CO₂)(β⁻) (Sol) | **Fat** | 300 | 0.02 | 4×10⁻⁶ | 8×10⁻³ | 10⁻⁶ |
| | Total Body | 400 | 0.03 | 5×10⁻⁶ | 0.01 | 2×10⁻⁶ |
| | Bone | 400 | 0.04 | 6×10⁻⁶ | 0.01 | 2×10⁻⁶ |
| (Immersion) | Total Body | | | 5×10⁻⁴ | | 10⁻⁴ |
| ₁₅P³² (β⁻) (Sol) | **Bone** | 6 | 5×10⁻⁴ | 7×10⁻⁸ | 2×10⁻⁴ | 2×10⁻⁸ |
| | Total Body | 30 | 3×10⁻³ | 4×10⁻⁷ | 9×10⁻⁴ | 10⁻⁷ |
| | GI (LLI) | | 3×10⁻³ | 6×10⁻⁷ | 9×10⁻⁴ | 2×10⁻⁷ |
| | Liver | 50 | 5×10⁻³ | 6×10⁻⁷ | 2×10⁻³ | 2×10⁻⁷ |
| | Brain | 300 | 0.02 | 3×10⁻⁶ | 8×10⁻³ | 10⁻⁶ |
| (Insol) | Lung | | | 8×10⁻⁸ | | 3×10⁻⁸ |
| | GI (LLI) | | 7×10⁻⁴ | 10⁻⁷ | 2×10⁻⁴ | 4×10⁻⁸ |
| ₂₀Ca⁴⁵ (β⁻) (Sol) | **Bone** | 30 | 3×10⁻⁴ | 3×10⁻⁸ | 9×10⁻⁴ | 10⁻⁸ |
| | Total Body | 200 | 2×10⁻³ | 3×10⁻⁷ | 7×10⁻⁴ | 10⁻⁷ |
| | GI (LLI) | | 0.01 | 3×10⁻⁶ | 4×10⁻³ | 10⁻⁶ |
| (Insol) | Lung | | | 10⁻⁷ | | 4×10⁻⁸ |
| | GI (LLI) | | 5×10⁻⁴ | 9×10⁻⁸ | 2×10⁻⁴ | 3×10⁻⁸ |
| ₂₄Cr⁵¹ (ε, γ) (Sol) | **GI (LLI)** | | 0.05 | 10⁻⁵ | 0.02 | 4×10⁻⁶ |
| | Total Body | 800 | 0.6 | 10⁻⁵ | 0.2 | 4×10⁻⁶ |
| | Lung | 10² | 1 | 2×10⁻⁵ | 0.4 | 8×10⁻⁶ |
| | Prostate | 1 | 1 | 2×10⁻⁵ | 0.5 | 10⁻⁵ |
| | Thyroid | 4×10² | 3 | 6×10⁻⁵ | 1 | 2×10⁻⁵ |
| | Kidney | 8×10² | 6 | 10⁻⁴ | 2 | 2×10⁻⁵ |
| (Insol) | Lung | | | 2×10⁻⁵ | | 8×10⁻⁶ |
| | GI (LLI) | | 0.05 | 8×10⁻⁵ | 0.02 | 3×10⁻⁵ |
| ₂₇Co⁶⁰ (β⁻, γ) (Sol) | **GI (LLI)** | | 10⁻³ | 3×10⁻⁷ | 5×10⁻⁴ | 10⁻⁷ |
| | Total Body | 10 | 4×10⁻³ | 4×10⁻⁷ | 10⁻³ | 10⁻⁷ |
| | Pancreas | 70 | 0.02 | 2×10⁻⁶ | 7×10⁻³ | 6×10⁻⁷ |
| | Liver | 90 | 0.03 | 2×10⁻⁶ | 9×10⁻³ | 5×10⁻⁷ |
| | Spleen | 200 | 0.05 | 4×10⁻⁶ | 0.02 | 2×10⁻⁶ |
| | Kidney | 200 | 0.07 | 4×10⁻⁶ | 0.02 | 2×10⁻⁶ |
| (Insol) | Lung | | | 9×10⁻⁸ | | 3×10⁻⁸ |
| | GI (LLI) | | 10⁻³ | 2×10⁻⁷ | 3×10⁻⁴ | 6×10⁻⁸ |
| ₃₀Zn⁶⁵(β⁺, ε, γ) (Sol) | **Total Body** | 60 | 3×10⁻³ | 10⁻⁷ | 10⁻³ | 4×10⁻⁸ |
| | Prostate | 70 | 4×10⁻³ | 10⁻⁷ | 10⁻³ | 4×10⁻⁸ |
| | Liver | 80 | 4×10⁻³ | 10⁻⁷ | 10⁻³ | 5×10⁻⁸ |
| | Kidney | 100 | 6×10⁻³ | 2×10⁻⁷ | 2×10⁻³ | 5×10⁻⁸ |
| | GI (LLI) | | 6×10⁻³ | 6×10⁻⁷ | 2×10⁻³ | 2×10⁻⁷ |
| | Pancreas | 200 | 7×10⁻³ | 3×10⁻⁷ | 2×10⁻³ | 10⁻⁷ |
| | Muscle | 200 | 0.01 | 4×10⁻⁷ | 4×10⁻³ | 10⁻⁷ |
| | Ovary | 300 | 0.01 | 5×10⁻⁷ | 5×10⁻³ | 2×10⁻⁷ |
| | Testis | 400 | 0.02 | 6×10⁻⁷ | 6×10⁻³ | 2×10⁻⁷ |
| | Bone | 700 | 0.04 | 10⁻⁶ | 0.01 | 4×10⁻⁷ |
| (Insol) | Lung | | | 6×10⁻⁸ | | 2×10⁻⁸ |
| | GI (LLI) | | 5×10⁻³ | 9×10⁻⁷ | 2×10⁻³ | 3×10⁻⁷ |
| ₃₃As⁷⁶ (β⁻, γ) (Sol) | **GI (LLI)** | | 6×10⁻⁴ | 10⁻⁷ | 2×10⁻⁴ | 4×10⁻⁸ |
| | Total Body | 20 | 0.4 | 5×10⁻⁷ | 0.1 | 2×10⁻⁷ |
| | Kidney | 20 | 0.6 | 8×10⁻⁷ | 0.2 | 3×10⁻⁷ |
| | Liver | 40 | 1 | 10⁻⁶ | 0.3 | 5×10⁻⁷ |
| (Insol) | GI (LLI) | | 6×10⁻⁴ | 10⁻⁷ | 2×10⁻⁴ | 4×10⁻⁸ |
| | Lung | | | 6×10⁻⁷ | | 2×10⁻⁷ |

*The abbreviations GI, S, SI, ULI, and LLI refer to gastrointestinal tract, stomach, small intestines, upper large intestine, and lower large intestine, respectively.

**It will be noted that the MPC values for the 168-hour week are not always precisely the same multiples of the MPC for the 40-hour week. Part of this is caused by rounding of the calculated values to one digit, but in some instances it is due to technical differences discussed in the ICRP report. Because of the uncertainties present in much of the biological data and because of individual variations, the differences are not considered significant. The MPC values for the 40-hour week are to be considered as basic for occupational exposure, and the values for the 168-hour week are basic for continuous exposure as in the case of the population at large.



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 10

## Table 2

### Excerpted from National Bureau of Standards NBS Handbook #69

*Maximum permissible body burdens and maximum permissible concentrations of radionuclides in air and in water for occupational exposure—Continued*

| Radionuclide and type of decay | | Organ of reference (critical organ in boldface) | Maximum permissible burden in total body q(μc) | Maximum permissible concentrations | | | |
|---|---|---|---|---|---|---|---|
| | | | | For 40 hour week | | For 168 hour week** | |
| | | | | (MPC)_w μc/cc | (MPC)_a μc/cc | (MPC)_w μc/cc | (MPC)_a μc/cc |
| $_{38}Sr^{89}$ ($\beta^-$) | (Sol) | **Bone** | 4 | $3\times10^{-4}$ | $3\times10^{-8}$ | $10^{-4}$ | $10^{-8}$ |
| | | GI (LLI) | | $10^{-3}$ | $3\times10^{-7}$ | $4\times10^{-4}$ | $9\times10^{-8}$ |
| | | Total Body | 40 | $2\times10^{-3}$ | $2\times10^{-7}$ | $7\times10^{-4}$ | $6\times10^{-8}$ |
| | (Insol) | **Lung** | | | $4\times10^{-8}$ | | $10^{-8}$ |
| | | **GI (LLI)** | | $8\times10^{-4}$ | $10^{-7}$ | $3\times10^{-4}$ | $5\times10^{-8}$ |
| $_{38}Sr^{90}$ ($\beta^-$) | (Sol) | **Bone** | 2 | $4\times10^{-6}$ | $3\times10^{-10}$ | $10^{-6}$ | $10^{-10}$ |
| | | Total Body | 20 | $10^{-4}$ | $9\times10^{-9}$ | $4\times10^{-5}$ | $2\times10^{-10}$ |
| | | GI (LLI) | | $10^{-3}$ | $3\times10^{-7}$ | $4\times10^{-4}$ | $6\times10^{-7}$ |
| | (Insol) | **Lung** | | | $5\times10^{-9}$ | | $2\times10^{-9}$ |
| | | **GI (LLI)** | | $10^{-3}$ | $2\times10^{-7}$ | $4\times10^{-4}$ | $6\times10^{-8}$ |
| $_{40}Zr^{95}$ ($\beta^-$, $\gamma$, $e^-$) | | **GI (LLI)** | | $2\times10^{-3}$ | $4\times10^{-8}$ | $6\times10^{-4}$ | $10^{-8}$ |
| | | Total Body | 20 | 3 | $10^{-7}$ | | $4\times10^{-8}$ |
| | (Sol) | Bone | 30 | 4 | $2\times10^{-7}$ | 1 | $6\times10^{-8}$ |
| | | Kidney | 30 | 4 | $2\times10^{-7}$ | 2 | $6\times10^{-8}$ |
| | | Liver | 40 | 6 | $3\times10^{-7}$ | 2 | $9\times10^{-8}$ |
| | | Spleen | 40 | 7 | $3\times10^{-7}$ | 2 | $10^{-7}$ |
| | (Insol) | **Lung** | | | $3\times10^{-8}$ | | $10^{-8}$ |
| | | **GI (LLI)** | | $2\times10^{-3}$ | $3\times10^{-8}$ | $6\times10^{-4}$ | $10^{-8}$ |
| $_{41}Nb^{95}$ ($\beta^-$, $\gamma$) | | **GI (LLI)** | | $3\times10^{-3}$ | $6\times10^{-7}$ | $10^{-3}$ | $2\times10^{-7}$ |
| | | Total Body | 40 | 10 | $5\times10^{-7}$ | 4 | $2\times10^{-7}$ |
| | | Liver | 60 | 20 | $7\times10^{-7}$ | 6 | $2\times10^{-7}$ |
| | (Sol) | Kidney | 60 | 20 | $8\times10^{-7}$ | 6 | $3\times10^{-7}$ |
| | | Bone | 80 | 20 | $9\times10^{-7}$ | 7 | $3\times10^{-7}$ |
| | | Spleen | 80 | $10^{-4}$ | $10^{-6}$ | 7 | $3\times10^{-7}$ |
| | (Insol) | **Lung** | | | $10^{-7}$ | | $3\times10^{-8}$ |
| | | **GI (LLI)** | | $3\times10^{-3}$ | $5\times10^{-7}$ | $10^{-3}$ | $2\times10^{-7}$ |
| $_{44}Ru^{106}$ ($\beta^-$, $\gamma$) | | **GI (LLI)** | | $4\times10^{-4}$ | $8\times10^{-8}$ | $10^{-4}$ | $3\times10^{-8}$ |
| | (Sol) | Kidney | 3 | 0.01 | $10^{-7}$ | $4\times10^{-3}$ | $4\times10^{-8}$ |
| | | Bone | 10 | 0.04 | $5\times10^{-7}$ | 0.01 | $2\times10^{-7}$ |
| | | Total Body | 10 | 0.06 | $7\times10^{-7}$ | 0.02 | $2\times10^{-7}$ |
| | (Insol) | **Lung** | | | $6\times10^{-8}$ | | $2\times10^{-8}$ |
| | | **GI (LLI)** | | $3\times10^{-4}$ | $6\times10^{-8}$ | $10^{-4}$ | $2\times10^{-8}$ |
| $_{53}I^{131}$ ($\beta^-$, $\gamma$, $e^-$) | | **Thyroid** | 0.7 | $6\times10^{-5}$ | $9\times10^{-9}$ | $2\times10^{-5}$ | $3\times10^{-9}$ |
| | (Sol) | Total Body | 50 | $5\times10^{-3}$ | $8\times10^{-7}$ | $2\times10^{-3}$ | $3\times10^{-7}$ |
| | | GI (LLI) | | 0.03 | $7\times10^{-7}$ | 0.01 | $2\times10^{-7}$ |
| | (Insol) | **GI (LLI)** | | $2\times10^{-3}$ | $3\times10^{-7}$ | $6\times10^{-4}$ | $10^{-7}$ |
| | | **Lung** | | | $3\times10^{-7}$ | | $10^{-7}$ |
| $_{55}Cs^{137}$ ($\beta^-$, $\gamma$, $e^-$) | | **Total Body** | 30 | $4\times10^{-4}$ | $6\times10^{-8}$ | $2\times10^{-4}$ | $2\times10^{-8}$ |
| | | Liver | 40 | $5\times10^{-4}$ | $8\times10^{-8}$ | $2\times10^{-4}$ | $3\times10^{-8}$ |
| | | Spleen | 50 | $6\times10^{-4}$ | $9\times10^{-8}$ | $2\times10^{-4}$ | $3\times10^{-8}$ |
| | | Muscle | 50 | $7\times10^{-4}$ | $10^{-7}$ | $2\times10^{-4}$ | $4\times10^{-8}$ |
| | (Sol) | Bone | 100 | $10^{-3}$ | $2\times10^{-7}$ | $5\times10^{-4}$ | $7\times10^{-8}$ |
| | | Kidney | 100 | $10^{-3}$ | $2\times10^{-7}$ | $5\times10^{-4}$ | $8\times10^{-8}$ |
| | | Lung | 300 | $5\times10^{-3}$ | $6\times10^{-7}$ | $2\times10^{-3}$ | $2\times10^{-7}$ |
| | | GI (SI) | | 0.02 | $5\times10^{-7}$ | $5\times10^{-3}$ | $2\times10^{-7}$ |
| | (Insol) | **Lung** | | | $10^{-8}$ | | $6\times10^{-9}$ |
| | | **GI (LLI)** | | $10^{-3}$ | $2\times10^{-7}$ | $4\times10^{-4}$ | $8\times10^{-8}$ |
| $_{58}Ce^{144}$ ($\alpha$, $\beta^-$, $\gamma$) | | **GI (LLI)** | | $3\times10^{-4}$ | $8\times10^{-9}$ | $10^{-4}$ | $3\times10^{-8}$ |
| | | **Bone** | 5 | 0.2 | $10^{-9}$ | 0.08 | $3\times10^{-8}$ |
| | (Sol) | Liver | 6 | 0.3 | $10^{-8}$ | 0.1 | $4\times10^{-9}$ |
| | | Kidney | 10 | 0.5 | $2\times10^{-8}$ | 0.2 | $7\times10^{-9}$ |
| | | Total Body | 20 | 0.7 | $3\times10^{-8}$ | 0.3 | $10^{-8}$ |
| | (Insol) | **Lung** | | | $6\times10^{-9}$ | | $2\times10^{-9}$ |
| | | **GI (LLI)** | | $3\times10^{-4}$ | $6\times10^{-9}$ | $10^{-4}$ | $2\times10^{-9}$ |
| $_{61}Pm^{147}$ ($\alpha$, $\beta^-$) | | **GI (LLI)** | | $6\times10^{-3}$ | $10^{-7}$ | $2\times10^{-3}$ | $5\times10^{-7}$ |
| | | **Bone** | 60 | 1 | $6\times10^{-8}$ | 0.5 | $7\times10^{-8}$ |
| | (Sol) | Kidney | 200 | 4 | $2\times10^{-7}$ | 2 | $7\times10^{-8}$ |
| | | Total Body | 300 | 7 | $3\times10^{-7}$ | 2 | $10^{-7}$ |
| | | Liver | 300 | 8 | $4\times10^{-7}$ | 3 | $10^{-7}$ |
| | (Insol) | **Lung** | | | $10^{-7}$ | | $3\times10^{-8}$ |
| | | **GI (LLI)** | | $6\times10^{-3}$ | $10^{-7}$ | $2\times10^{-3}$ | $4\times10^{-7}$ |



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 11

Table 2

Excerpted from National Bureau of Standards NBS Handbook #69

*Maximum permissible body burdens and maximum permissible concentrations for radionuclides in air and in water for occupational exposure—Continued*

| Radionuclide and type of decay | | Organ of reference (critical organ in boldface) | Maximum permissible burden in total body $q(\mu c)$ | Maximum permissible concentrations | | | |
|---|---|---|---|---|---|---|---|
| | | | | For 40 hour week | | For 168 hour week** | |
| | | | | $(MPC)_w$ $\mu c/cc$ | $(MPC)_a$ $\mu c/cc$ | $(MPC)_w$ $\mu c/cc$ | $(MPC)_a$ $\mu c/cc$ |
| $_{73}Ta^{182}$ $(\beta^-, \gamma)$ | | GI (LLI) | | $10^{-3}$ | $3\times10^{-7}$ | $4\times10^{-4}$ | $9\times10^{-8}$ |
| | | Liver | 7 | 0.9 | $4\times10^{-8}$ | 0.3 | $10^{-8}$ |
| | (Sol) | Kidney | 20 | 2 | $8\times10^{-8}$ | 0.7 | $3\times10^{-8}$ |
| | | Total Body | 20 | 2 | $9\times10^{-8}$ | 0.7 | $3\times10^{-8}$ |
| | | Spleen | 30 | 4 | $10^{-7}$ | 1 | $5\times10^{-8}$ |
| | | Bone | 50 | 6 | $3\times10^{-7}$ | 2 | $9\times10^{-8}$ |
| | (Insol) | Lung | | | $2\times10^{-8}$ | | $7\times10^{-9}$ |
| | | GI (LLI) | | $10^{-3}$ | $2\times10^{-7}$ | $4\times10^{-4}$ | $7\times10^{-8}$ |
| $_{77}Ir^{192}$ $(\beta^-, \gamma)$ | | GI (LLI) | | $10^{-3}$ | $3\times10^{-7}$ | $4\times10^{-4}$ | $9\times10^{-8}$ |
| | | Kidney | 6 | $4\times10^{-3}$ | $10^{-7}$ | $10^{-3}$ | $4\times10^{-8}$ |
| | (Sol) | Spleen | 7 | $4\times10^{-3}$ | $10^{-7}$ | $10^{-3}$ | $5\times10^{-8}$ |
| | | Liver | 8 | $5\times10^{-3}$ | $3\times10^{-7}$ | $2\times10^{-3}$ | $9\times10^{-8}$ |
| | | Total Body | 20 | 0.01 | $4\times10^{-7}$ | $4\times10^{-3}$ | $10^{-7}$ |
| | (Insol) | Lung | | | $3\times10^{-8}$ | | $9\times10^{-9}$ |
| | | GI (LLI) | | $10^{-3}$ | $2\times10^{-7}$ | $4\times10^{-4}$ | $6\times10^{-8}$ |
| $_{79}Au^{198}$ $(\beta^-, \gamma)$ | | GI (LLI) | | $2\times10^{-3}$ | $3\times10^{-7}$ | $5\times10^{-4}$ | $10^{-7}$ |
| | | Kidney | 20 | 0.07 | $3\times10^{-6}$ | 0.02 | $9\times10^{-7}$ |
| | (Sol) | Total Body | 30 | 0.1 | $4\times10^{-6}$ | 0.04 | $2\times10^{-6}$ |
| | | Spleen | 60 | 0.2 | $8\times10^{-6}$ | 0.07 | $3\times10^{-6}$ |
| | | Liver | 80 | 0.3 | $10^{-5}$ | 0.1 | $4\times10^{-6}$ |
| | (Insol) | GI (LLI) | | $10^{-3}$ | $2\times10^{-7}$ | $5\times10^{-4}$ | $8\times10^{-8}$ |
| | | Lung | | | $6\times10^{-7}$ | | $2\times10^{-7}$ |
| $_{86}Rn^{222}$† $(\alpha, \beta, \gamma)$ | | Lung | | | $3\times10^{-8}$ | | $10^{-8}$ |
| $_{88}Ra^{221}$ $(\alpha, \beta^-, \gamma)$ | | Bone | 0.1 | $4\times10^{-7}$ | $3\times10^{-11}$ | $10^{-7}$ | $10^{-11}$ |
| | (Sol) | Total Body | 0.2 | $6\times10^{-7}$ | $5\times10^{-11}$ | $2\times10^{-7}$ | $2\times10^{-11}$ |
| | | GI (LLI) | | $10^{-3}$ | $3\times10^{-10}$ | $5\times10^{-4}$ | $10^{-7}$ |
| | (Insol) | Lung | | | $6\times10^{-11}$ | | $2\times10^{-11}$ |
| | | GI (LLI) | | $9\times10^{-4}$ | $2\times10^{-7}$ | $3\times10^{-4}$ | $6\times10^{-8}$ |
| $_{92}U^{233}$ $(\alpha, \beta^-, \gamma)$ | | GI (LLI) | | $8\times10^{-4}$ | $2\times10^{-7}$ | $2\times10^{-4}$ | $6\times10^{-8}$ |
| | | Kidney | 0.03 | 0.01 | $5\times10^{-10}$ | $4\times10^{-3}$ | $2\times10^{-10}$ |
| | (Sol) | Bone | 0.06 | 0.01 | $6\times10^{-10}$ | $5\times10^{-3}$ | $2\times10^{-10}$ |
| | | Total Body | 0.4 | 0.04 | $2\times10^{-9}$ | 0.01 | $6\times10^{-10}$ |
| | (Insol) | Lung | | | $10^{-10}$ | | $4\times10^{-11}$ |
| | | GI (LLI) | | $8\times10^{-4}$ | $10^{-7}$ | $3\times10^{-4}$ | $5\times10^{-8}$ |
| $_{92}U^{233}$ $(\alpha, \gamma, e^-)$ | | GI (LLI) | | $10^{-3}$ | $2\times10^{-7}$ | $4\times10^{-4}$ | $8\times10^{-8}$ |
| | | Kidney | 5×10$^{-3}$ | $2\times10^{-3}$ | $7\times10^{-11}$ | $6\times10^{-4}$ | $3\times10^{-11}$ |
| | (Sol) | Bone | 0.06 | 0.01 | $6\times10^{-10}$ | $5\times10^{-3}$ | $2\times10^{-10}$ |
| | | Total Body | 0.5 | 0.04 | $2\times10^{-9}$ | 0.01 | $5\times10^{-10}$ |
| | (Insol) | Lung | | | $10^{-10}$ | | $5\times10^{-11}$ |
| | | GI (LLI) | | $10^{-3}$ | $2\times10^{-7}$ | $4\times10^{-4}$ | $5\times10^{-8}$ |
| $_{94}Pu^{239}$ $(\alpha, \gamma)$ | | Bone | 0.04 | $10^{-4}$ | $2\times10^{-12}$ | $5\times10^{-5}$ | $6\times10^{-13}$ |
| | | Liver | 0.4 | $5\times10^{-4}$ | $7\times10^{-12}$ | $2\times10^{-4}$ | $2\times10^{-12}$ |
| | (Sol) | Kidney | 0.5 | $7\times10^{-4}$ | $9\times10^{-12}$ | $2\times10^{-4}$ | $3\times10^{-12}$ |
| | | GI (LLI) | | $8\times10^{-4}$ | $2\times10^{-7}$ | $3\times10^{-4}$ | $6\times10^{-8}$ |
| | | Total Body | 0.4 | $10^{-3}$ | $10^{-11}$ | $3\times10^{-4}$ | $4\times10^{-12}$ |
| | (Insol) | Lung | | | $4\times10^{-11}$ | | $10^{-11}$ |
| | | GI (LLI) | | $8\times10^{-4}$ | $2\times10^{-7}$ | $3\times10^{-4}$ | $5\times10^{-8}$ |

†The daughter isotopes of $Rn^{222}$ and $Rn^{220}$ are assumed present to the extent they occur in unfiltered air. For all other isotopes the daughter elements are not considered as part of the intake and if present must be considered on the basis of the rules for mixtures.

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD
Guides
Page 12

Table 2

Excerpted from National Bureau of Standards NBS Handbook #69

*Maximum permissible concentration of unidentified radionuclides in water, (MPCU)ₒ values\*, for continuous occupational exposure*

| Limitations | $\mu c/cm^3$ of water\*\* |
|---|---|
| If no one of the radionuclides Sr⁹⁰, I¹²⁹, I¹³¹, Pb²¹⁰, Po²¹⁰, At²¹¹, Ra²²³, Ra²²⁴, Ra²²⁶, Ra²²⁸, Ac²²⁷, Th²³⁰, Pa²³¹, Th²³², and Th-nat is present, then the (MPCU)ₒ is................ | $3 \times 10^{-5}$ |
| If no one of the radionuclides Sr⁹⁰, I¹²⁹, Pb²¹⁰, Po²¹⁰, Ra²²³, Ra²²⁶, Ra²²⁸, Pa²³¹, and Th-nat is present, then the (MPCU)ₒ is................ | $2 \times 10^{-5}$ |
| If no one of the radionuclides Sr⁹⁰, I¹²⁹, Pb²¹⁰, Ra²²⁶, and Ra²²⁸ is present, then the (MPCU)ₒ is................ | $7 \times 10^{-6}$ |
| If neither Ra²²⁶ nor Ra²²⁸ is present, then the (MPCU)ₒ is................ | $10^{-6}$ |
| If no analysis of the water is made, then the (MPCU)ₒ is................ | $10^{-7}$ |

\*Each (MPCU)ₒ value is the smallest value of (MPC)ₒ in table 1 for radionuclides other than those listed opposite the value. Thus these (MPCU)ₒ values are permissible levels for continuous occupational exposure (168 hr/wk) for any radionuclide or mixture of radionuclides where the indicated isotopes are not present (i.e., where the concentration of the radionuclide in water is small compared with the (MPC)ₒ value for this radionuclide). The (MPCU)ₒ may be much smaller than the more exact maximum permissible concentration of the material, but the determination of this (MPC)ₒ requires identification of the radionuclides present and the concentration of each.

\*\*Use one-tenth of these values for interim application in the neighborhood of a controlled exposure area.

*Maximum permissible concentration of unidentified radionuclides in air, (MPCU)ₒ values\*, for continuous occupational exposure*

| Limitations | $\mu c/cm^3$ of air\*\* |
|---|---|
| If there are no α-emitting radionuclides and if no one of the β-emitting radionuclides Sr⁹⁰, I¹²⁹, Pb²¹⁰, Ac²²⁷, Ra²²⁸, Pa²³⁰, Pu²⁴¹, and Bk²⁴⁹ is present, then the (MPCU)ₒ is................ | $10^{-9}$ |
| If there are no α-emitting radionuclides and if no one of the β-emitting radionuclides Pb²¹⁰, Ac²²⁷, Ra²²⁸, and Pu²⁴¹ is present, then the (MPCU)ₒ is................ | $10^{-10}$ |
| If there are no α-emitting radionuclides and if the β-emitting radionuclide Ac²²⁷ is not present, then the (MPCU)ₒ is................ | $10^{-11}$ |
| If no one of the radionuclides Ac²²⁷, Th²³⁰, Pa²³¹, Th²³², Th-nat, Pu²³⁸, Pu²³⁹, Pu²⁴⁰, Pu²⁴², and Cf²⁴⁹ is present, then the (MPCU)ₒ is................ | $10^{-12}$ |
| If no one of the radionuclides Pa²³¹, Th-nat, Pu²³⁸, Pu²⁴⁰, Pu²⁴², and Cf²⁴⁹ is present, then the (MPCU)ₒ is................ | $7 \times 10^{-12}$ |
| If no analysis of the air is made, then the (MPCU)ₒ is................ | $4 \times 10^{-13}$ |

\*Each (MPCU)ₒ value is the smallest value of (MPC)ₒ in table 1 for radionuclides other than those listed opposite the value. Thus these (MPCU)ₒ values are permissible levels for continuous occupational exposure (168 hr/wk) for any radionuclide or mixture of radionuclides where the indicated isotopes are not present (i.e., where the concentration of the radionuclide in air is small compared with the (MPC)ₒ value for this radionuclide). The (MPCU)ₒ value may be much smaller than the more exact maximum permissible concentration of the material, but the determination of this (MPC)ₒ requires identification of the radionuclides present and the concentration of each.

\*\*Use one-tenth of these values for interim application in the neighborhood of a controlled exposure area.

\*These radionuclides were selected from National Bureau of Standards Handbook 69 (for sale by U. S. Government Printing Office, Washington 25, D. C.). This publication lists (for all radionuclides) the recommendations of the National Committee on Radiation Protection and Measurements for Maximum Permissible Body Burdens and Maximum Permissible Concentrations in Air and Water for Occupational Exposure. The handbook should be consulted for MPC and MPBB values of other nuclides or for information on derivation and limitations of these values.

 INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD-NJC
Plutonium
June 1973
Page 1

PLUTONIUM

1.  Introduction

2.  Physical Characteristics

3.  Radiation Protection Guides

4.  Sources of Environmental Plutonium

5.  Measurement Considerations

    a.  Radiochemical Analysis Followed by
        Counting or Spectroscopy
    b.  Air Filter Collection Followed by Counting
    c.  Gamma and X-Ray Spectroscopy
    d.  Other Methods

6.  Summary and Conclusions

7.  Acknowledgment

8.  References

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD-NUC
Plutonium
Page 3

## 1. INTRODUCTION

Plutonium is by far the most important of the transuranic elements (elements heavier than uranium). Its use in atomic (fission) weapons has made it a strategically important material, and it is the cornerstone in the fast-breeder-reactor system which is now under development. Plutonium is also highly toxic, a fact recognized very early in its history. This toxicity makes measurements of plutonium in environmental media very important.

We shall not dwell on those many facets of plutonium which are not directly relevant to our immediate task. Rather, we shall deal with the measurement of plutonium concentrations in environmental media. We shall concentrate on methods for determining low levels of plutonium in air, water, soil, and certain other environmental media; but bioassay methods will not be discussed; these are covered in Volume 4 ("Biomedical Instrumentation") of the Survey.

We will first provide overviews of the physical characteristics used in the detection of the important isotopes; of the radiation protection guides for plutonium concentrations; and of the sources of and typical ranges of plutonium concentrations in the natural environment. We shall then discuss the various measurement techniques for plutonium. This discussion will concentrate on the various broad categories of instruments and techniques for plutonium measurements, their sensitivities, areas of applicability, and limitations.

Discussions which are important for a more complete picture of the measurement techniques treated in this section are found in several other sections of this volume; these sections are "Alpha Particle Instrumentation," in which instruments for detecting alphas are treated in detail; "Gamma Spectrometry"; "Radium"; and "Uranium".

Four recent publications provide detailed information on a number of subjects concerning plutonium. The first is the "Proceedings of the Rocky Flats Symposium on Safety in Plutonium Handling Facilities, 1971" (Ref. 1). The second is Radiobiology of Plutonium, a 1972 compendium edited by Stover and Jee (Ref. 2). The third is a 1971 "Symposium on the Biological Implications of the Transuranium Elements", containing much valuable information (Ref. 3). Finally, a 1971 Environmental Plutonium Symposium discusses pathways to man and measurement methods (Ref. 4).

## 2. PHYSICAL CHARACTERISTICS

The isotopic states which concern us are plutonium-238 through -242. Some physical properties of these isotopes are shown in Table 1 (information from Ref. 5). The isotope americium-241, the immediate daughter of $^{241}$Pu, is also listed in Table 1 because its properties are used in some plutonium measurements.

The half-lives of the three most important isotopes are all relatively long: $^{238}$Pu (86 years); $^{239}$Pu (24,400 years); and $^{240}$Pu (6580 years). The alpha energies are grouped such that present alpha spectrometry systems cannot separate $^{239}$Pu from $^{240}$Pu, but can cleanly resolve all of the other plutonium isotopes.

TABLE 1.

*Some Properties of the Important Plutonium Isotopes, and of Americium-241 (from Ref. 5)*

| Isotope | Half-Life (years) | Main Decay Products and Energies (MeV) |
|---------|-------------------|----------------------------------------|
| Plutonium-236 | 2.85 | α (5.72, 5.77) |
| Plutonium-237 | 0.12 | electron capture |
| Plutonium-238 | 86. | α (5.46, 5.50) |
| Plutonium-239 | 24,400. | α (5.16, 5.15, 5.11) x-rays (0.017, 3.8%) |
| Plutonium-240 | 6,580. | α (5.12, 5.17) |
| Plutonium-241 | 13.2 | β⁻ (0.021 maximum) |
| Plutonium-242 | 379,000. | α (4.86, 4.90) |
| Americium-241 | 433. | α (5.44, 5.49) γ-ray (0.060, 36%) x-ray (0.014, 0.017, others) |

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

The fact that $^{239}$Pu *fissions* under the impact of slow neutrons is the physical property which has made plutonium so important. However, the fission property has for our purposes very little direct consequence, either as a hazard or as a means for measuring plutonium in the environment.

### 3.   RADIATION PROTECTION GUIDES

Plutonium is relatively hazardous, compared to many of its neighboring elements in the periodic table. The various hazards have been taken into account in the establishment of the radiation protection guides. The toxicity depends on the medium, of course: airborne soluble plutonium transfers across the lung mucosa and ultimately is largely deposited in bone, where its tumor-forming hazard is greater than that of radium-226. As soluble plutonium in water, it is absorbed by the GI tract and again deposits preferentially in bone. When plutonium is insoluble, the critical organs are the sites of direct exposure, the lungs and GI tract. Recently, concern has also been expressed that the limiting effect for insoluble airborne plutonium might be the dose to the pulmonary lymph nodes (Ref. 6), autopsies having shown significant plutonium burdens there (Ref. 7).

For 168-hour occupational exposures, the maximum permissible concentrations in air and water, (MPC)$_a$ and (MPC)$_W$, are given in Table 2, from ICRP Publication 2 (Ref. 8). The maximum permissible body burdens (MPBB) are also given. Note that for individuals in the general public, the applicable MPC values are a factor of 10 smaller than those tabulated in Table 2; and for exposure to a suitably large sample of the general public, another factor of 3 smaller still (Ref. 9).

Note the comparisons in Table 2 with radium-226 and natural uranium. In insoluble form Pu, U, and Ra have comparable MPC values. However, the MPC for soluble plutonium in air is a factor of 15 more restrictive than that for $^{226}$Ra. In water, on the other hand, the MPC is 500 times less restrictive than for radium. These differences are direct manifestations of the biomedical-pathway toxicities.

### 4.   SOURCES AND LEVELS OF ENVIRONMENTAL PLUTONIUM

Plutonium is produced by certain nuclear reactions, mainly in nuclear reactors. Its isotopic composition is variable, depending upon the method and conditions of production. The most important production mechanism creates

TABLE 2.

*168-Hour/Week Occupational Maximum Permissible Concentrations in Air and Water, and Maximum Permissible Body Burdens*
*(from ICRP Pub. 2, Ref. 8)*

| Isotope | Soluble or Insoluble | Critical Organ | (MPC)$_W$ μCi/liter | (MPC)$_a$ pCi/liter | MPBB (μCi) |
|---|---|---|---|---|---|
| Plutonium (238, 239, 240, 242) | Soluble | Bone | 0.05 | 0.0006 | 0.04 |
| Radium (226) | Soluble | Bone | ·0.0001 | 0.01 | 0.10 |
| Plutonium (238, 239, 240, 242) | Insoluble | Lung | --- | 0.01 | --- |
| Radium (226) | Insoluble | Lung | --- | 0.02 | --- |
| Natural Uranium | Insoluble | Lung | --- | 0.02 | --- |
| Plutonium (238, 239, 240, 242) | Insoluble | GI tract | 0.30 | --- | --- |
| Natural Uranium | Insoluble | GI tract | 0.20 | --- | --- |



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

$^{239}$Pu by neutron capture on $^{238}$U to form $^{239}$U, which β-decays (23.5 minutes) to $^{239}$Np, which in turn β-decays (2.3 days) to $^{239}$Pu. Plutonium-240, the next most abundant isotope after $^{239}$Pu, is formed by a second neutron capture on one of the 239 isotopes. In plutonium being produced for weapons, the $^{240}$Pu concentration must be kept below the few-percent level; otherwise, too many spontaneous neutrons from $^{240}$Pu will either set off a premature chain reaction or decrease the energy yield of the explosion (Ref. 10). In plutonium for commercial power-reactor use, on the other hand, $^{240}$Pu is expected to be present at about 30% abundance (Ref. 10). At Rocky Flats (where weapons-grade plutonium is produced), a typical mixture contains the following isotopic fractions (Ref. 11):

| | | |
|---|---|---|
| $^{238}$Pu | 0.04 ± 0.01 | % |
| $^{239}$Pu | 93.34 ± 0.5 | % |
| $^{240}$Pu | 6.00 ± 0.5 | % |
| $^{241}$Pu | ~0.58 | % |
| $^{242}$Pu | ~0.04 | % |

The concentration of americium-241 is dependent upon the time for ingrowth from its parent, $^{241}$Pu (13.2 years).

Nearly all of the plutonium in the world today exists at only a few types of locations: in nuclear weapons; in the nuclear-reactor fuel cycle; and in stockpiles. The most probable sources of plutonium in the environment are equally easy to classify: nuclear weapons already exploded; wastes or leaks from the reactor fuel cycle, most likely around plutonium production facilities or fuel reprocessing plants; and occasional unique events, such as the burnup of a plutonium-fuelled power cell in a satellite accident (Ref. 12, 13).

Studies of plutonium in surface air have been carried out for several years by the U.S.A.E.C.'s Health and Safety Laboratory. A recent compilation (Ref. 14) indicates that in 1969, typical $^{239}$Pu world-wide concentrations were in the range from 1 to 50 x $10^{-8}$ pCi/liter of air. The higher number is a factor of 40 lower than the (MPC)$_a$ value for exposure to large general populations; the smaller number is 2000 times lower. In 1966, the average $^{238}$Pu/$^{239}$Pu ratio in air was 0.04 (Ref. 15), and the monthly surface deposition of $^{239}$Pu from precipitation ranged from about 0.5 to about 1.0 pCi/m$^2$ (Ref. 15). Studies of plutonium in surface soil in the Livermore Valley of California have found $^{239}$Pu surface levels of 200 to 2000 pCi/m$^2$ (Ref. 16). Children's diets in 1966 showed $^{239}$Pu concentrations of about 0.002 to 0.006 pCi/kg (Ref. 15). This is more than 5 orders of magnitude smaller than the general-population (MPC)$_w$.

These world-wide distributions are mostly due to fallout from nuclear weapons tests, plus the aforementioned satellite accident, which deposited 17,000 curies of $^{238}$Pu in the stratosphere over the Indian Ocean in 1964 (Ref. 12, 13). As the numbers reveal, the world-wide levels are not now significant fractions of the MPC limits for general-population exposure; and since fallout hopefully will not increase dramatically, the levels should also not increase dramatically. The main radiological hazard is thus more likely local than worldwide in scope. Local concentrations can range up to values much higher than the worldwide averages just mentioned. One example is at the Nevada Test Site, where many locations have $^{239}$Pu in soils at levels of 100's to 1000's of pCi/gram over several acres (Ref. 17). Another example is near the Rocky Flats plutonium production facility, where plutonium air concentrations have occasionally reached as much as 30% of the soluble (MPC)$_a$ for individuals in the general public (Ref. 18).

One important point which must be borne in mind is that plutonium deposited on soil is not a significant direct public health hazard. One prime pathway to man is resuspension from the ground into the air, which can result in widespread distribution of an originally well-localized source, and which in turn may lead to more widespread public health exposures. This possibility has motivated a program within the U.S.A.E.C. to study the problems of resuspension (Ref. 19).

5.   MEASUREMENT CONSIDERATIONS

Among the environmental media requiring measurement of plutonium activity are silt and soil; natural and waste waters; food; and air. The techniques which have been developed fall into several categories. We shall discuss them separately below. These categories are:

   a.   Radiochemical Analysis Followed by
      Counting or Spectroscopy
   b.   Air Filter Collection Followed by
      Counting
   c.   Gamma and X-Ray Spectroscopy
   d.   Other Methods

Because plutonium concentrations in most samples are small, and because the decay alphas have such short ranges in matter (~5 to 10 mg/cm$^2$), direct alpha counting of environmental samples is seldom practical.

A.   Radiochemical Analysis Followed by
    Counting or Spectroscopy

A wide variety of techniques for radiochemical analysis have been developed for



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

plutonium determinations in various media. Chemical separation produces enrichment with respect to the matrix in which the plutonium is found, and makes possible alpha counting or alpha spectroscopy with increased sensitivities.

The main difficulty in alpha detection is the extremely short range of the alphas (5 to 10 mg/cm$^2$), which requires preparation of a nearly 'weightless' sample. An important chemical-analysis difficulty is that the weight of the plutonium in samples may be minute: 1 pCi of $^{239}$Pu weighs only 16 pg.

Perhaps the greatest problem with plutonium radiochemistry is the insolubility of one common chemical form, plutonium oxide. We quote from Healy (Ref. 20):

"Plutonium oxide fired at high temperatures is a notoriously insoluble ceramic. If present at larger particle sizes it is exceedingly difficult to put into form for a chemical separation. However, very small particles such as are found in natural fallout or other materials, including oxide which has been formed at a lower temperature, are much more soluble and can be leached from the sample with relatively mild treatment."

The media requiring chemical analysis are usually of three general classes: water samples, air-filter samples, and soil samples. Other possible media are food, urine, and biological and fecal samples. The general problem of low solubility may be present in nearly all of these media.

Chemical methods can be divided into two general classes: those that bring the entire sample into solution, and those that use a leaching technique to extract the plutonium from the matrix. The leach methods are generally easier, but are also more liable to error ... hence, periodic total-dissolution and cross-comparisons are often used to check the yields from the leach methods.

In all of the radiochemical analyses, the use of either plutonium-236 or plutonium-242 as a tracer for chemical yield is common. Both $^{236}$Pu (5.72, 5.77 MeV) and $^{242}$Pu (4.86, 4.90 MeV) decay by emitting alphas of sufficiently different energy that they can be resolved from $^{239}$Pu by using alpha spectroscopy. The tracer should be added at the earliest possible stage, of course. Unfortunately, the tracer technique cannot adequately correct for insolubility losses, one of the commonest problems, since soluble tracer does not exchange with insoluble $^{239}$PuO$_2$ unless there is complete dissolution to soluble ionic forms (Ref. 22). Another consideration, empha-

sized by Sill (Ref. 22), is that *at least as much* tracer should be used as unknown Pu being determined. Otherwise, the statistical uncertainty in the determination is limited by the $^{236}$Pu statistics. Lindeken (Ref. 23) has pointed out that one advantage of $^{242}$Pu is that it has a lower energy, so that there are no contributions to the $^{239}$Pu energy region from possible energy degradation of the tracer's alpha.

Sill (Ref. 24) describes a method for soils, in which "the sample is decomposed completely by a combination of potassium fluoride and silicon tetrafluoride. The cake is dissolved in dilute HCl and all alpha emitters are precipitated with barium sulfate." Sill claims recoveries of 94 ±3% for all elements from thorium through plutonium, and describes a method for separating and electrodepositing three fractions for separate alpha spectroscopy: (Am, Cm, and Cf), (Th), and (Pa, U, Np, and Pu). Sill also claims that the method is reliable "in soils in which complete dissolution of both the siliceous matrix and the most insoluble forms of plutonium oxide that can be produced can be guaranteed routinely" (Ref. 24).

Another total-dissolution method has been described by Talvitie (Ref. 25), in which adsorption from a hydrochloric acid medium is followed by a nitric acid wash for removal of iron. Anion exchange is then used for plutonium separation, followed by electrodeposition.

The leaching methods, which are commonly used for soil analysis, are claimed to be easier and faster than the total dissolution methods. One method prominently mentioned in the literature is that of the U.S.A.E.C.'s Health and Safety Laboratory (Ref. 26, 27). This method is designed for 100-gram soil samples. Soil is leached with a mixture of HNO$_3$ and HCl. Leached Pu is converted to Pu(IV) with sodium nitrite and absorbed from 8N HNO$_3$ for electroplating.

This method presents problems in the presence of highly insoluble PuO$_2$, and the U.S.A.E.C.'s Nevada Applied Ecology Group (Ref. 28) has adopted instead a Los Alamos-modified technique, the so-called "modified HASL-LASL" method (Ref. 29), which uses HF as well as HCl in the leach process to improve the yield. After leaching, an anion exchange resin column is used for Pu separation followed by electroplating. The electroplating step may present an important roadblock, because it limits the number of samples which can be run in parallel unless many electroplating cells are available. Also, even this improved method may suffer from yield difficulties when very large samples are analyzed.

Levine and Lamanna (Ref. 30) describe methods in which "solubilized plutonium as

Case No. 1:90-cv-00181-JLK   Document 1723-2   filed 12/02/05   USDC Colorado   pg 19 of 28



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD-NJC
Plutonium
Page 7

the chloride is reduced to the tri-valent state, coprecipitated with lanthanum carrier as the fluoride, dissolved in acid aluminum nitrate and extracted with thenoyltrifluor-acetone (TTA) for separation and removal of impurities and carrier. The plutonium is then back-extracted with strong acid, oxidized and electrodeposited on stainless steel for count-ing." Bowen et al. (Ref. 31) report a similar procedure.

### B.   Air Filter Collection Followed by Counting

The most common method for monitoring plu-tonium in air is by the collection of activity on an air filter, followed by direct counting of the collected activity. Unless an identifi-cation of the isotopes is possible from sepa-rate knowledge, the type of measurement is really a "gross-alpha" determination. The $MPC_a$ for soluble plutonium is $6 \times 10^{-5}$ pCi/liter for individuals in the general public. The counting rate from such an activity level is extremely low:  $6 \times 10^{-5}$ pCi gives about 1.3 disintegra-tions per week. Measurement of such activities requires the sampling of many liters of air. There are two different classes of measure-ments:  those which measure continuously while the activity accumulates, and those which measure the activity after a fixed collection period. The latter are the more sensitive, and the more frequently used.

In all of the methods to be described below for air filters, no distinction is made between soluble and insoluble plutonium. Thus the measurement must be considered as, and compared to, the soluble $MPC_a$ (which is the more restrictive).

One common collection system has been used by Lawrence Livermore Laboratory person-nel at the Nevada Test Site (Ref. 32). An air sampler with a pumping speed of 10 $ft^3$/min (1 $ft^3$/min = 28.4 liters/min) pulls air through a convoluted fiberglass filter. Particles as small as 0.025 $\mu$m are collected at >99% effi-ciency, and 90% efficiency can be obtained even at sizes as large as 50 $\mu$m.

At Rocky Flats, sampling at about 1 $ft^3$/min is used (Ref. 33). Using a rate of 10 $ft^3$/min, and with an air concentration equal to one general-public-$MPC_a$, it would take about 1 hour of sampling to collect 1 pCi (= 2.2 dpm) on the filter.

The most important background is usually from the daughters of radon-222. The $MPC_a$ for radon daughters is about 5 orders of mag-nitude higher than for plutonium, and radon occurs naturally in typical surface air at concentrations of 0.1 to 1 pCi/liter. In some locations (for example, in some areas in the

Rocky Mountains) even higher ambient concentra-tions are found. Radon-220 (thoron gas) and its daughters can also provide a similar type of back-ground, but usually at much smaller concentra-tions. Since the filters are efficient collectors of radon and thoron daughters, any measurement system for plutonium must be able to discriminate against the much larger radon background.

There are four techniques which are com-monly used to achieve the necessary discrimi-nation:

    i.   alpha spectroscopy
    ii.  alpha-to-beta ratio method
    iii. radiochemical analysis
    iv.  4-day hold-up to allow for decay of
         the short-lived activities

#### i.   Alpha Spectroscopy

Measurement of the alpha energy spectrum from the activity deposited on an air filter is very effective for discrimination against radon and thoron daughters. The alpha energies from decay of radon-222, polonium-218, and polonium-214 are 5.49, 6.00, and 7.69 MeV, respectively. The highest-energy alpha from an important plu-tonium isotope is $^{238}$Pu's 5.50 MeV, which would be difficult to resolve in the presence of large amounts of $^{222}$Rn. $^{239}$Pu emits in the 5.15 MeV region, which is easily resolvable. The daughters of radon-220 (thoron) all emit alphas with energies above 6 MeV, and are therefore quite easily rejected. At Rocky Flats, Griep (Ref. 33) has performed alpha spectroscopy using a large surface-barrier detector, with an area of 350 $mm^2$. An earlier device using a different solid-state detector was developed at Lawrence Liver-more Laboratory (Ref. 34). These types of instruments are capable of discriminating between $^{239}$Pu and the higher-energy backgrounds with plutonium activity of less than 1 pCi/$m^3$ of air, sampled for 8 hours. Both of the instru-ments just mentioned were designed primarily for occupational rather than environmental monitoring. The Livermore instrument can easily detect one 40-hr-occupational $MPC_a$ with an 8-hr sampling time at 1 $ft^3$/min:  this concentration yields about 15 counts/min in the detector, which has a 25% overall efficiency.

Figure 1 (from Ref. 34) shows the spectrum from the Livermore detector when radon daughters are present together with plutonium. The sam-pling parameters are 1 $ft^3$/min for 8 hr. The radon daughters reach equilibrium very quickly: Ra A ($^{218}$Po) has a 3.05 min half-life. Therefore their activity levels on the filter are smaller by orders of magnitude than their total collected activities.

Use of an internal gas proportional counter for alpha spectrometry yields resolutions nearly as good as with a solid-state detector, with the added ability to count larger filter areas.

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING



FIGURE 1.   *Radium A (Polonium-218) interfer-
ence in plutonium detection
(from Ref. 34).*

## ii.   Alpha-to-Beta Ratio Method

In this method, plutonium is distin-
guished from the radon and thoron daughters
using the fact that the important natural
alpha emitters have a special signature using
α β coincidence counting. Ra C ($^{214}$Bi) emits a
β⁻ almost immediately before Ra C' ($^{214}$Po) emits
its alpha ... the same is true of Th C ($^{212}$Bi)
and Th C' ($^{212}$Po). This is because the half-
lives of Ra C' and Th C' are so short:  164 μsec
and 0.30 μsec, respectively. Thus α β coinci-
dences can be used to measure the level of the
radon/thoron-daughter activities. One difficulty
with this technique is that it relies on com-
paring two (sometimes) large) numbers to
obtain the (sometimes small) plutonium activity.

When a filter is measured by two different
(alpha- and beta-sensitive) detectors, lack of
100% detection efficiencies means that there
cannot generally be a one-to-one subtraction
of the α β coincidences. Rather, the α β coin-
cidence rate must be electronically weighted
before subtraction. Given a fixed resolving
time and fixed detection efficiencies it is
theoretically possible to cancel out both the
radon and the thoron chains exactly, aside
from statistical fluctuations (Ref. 35), pro-
vided the deposited daughters are in equilib-
rium. To do this subtraction properly, very
careful calibrations are required. Because
thoron daughters have a longer average half-
life, they will dominate for collection per-
iods in the 10-hr range, while for a 1-hr col-
lection period radon daughters usually domi-
nate (Ref. 36). However, for a given detector,
one must take care to equalize the detection
efficiencies for the Th C and Ra C betas, which

have very different energy spectra. This can be
done by using an appropriate absorbing foil to
properly compensate for the different energies.

Typical instruments of this design have
been described by Spaa (Ref. 36), Rankin (Ref.
37), and Gupton (Ref. 38), among others. Spaa's
design aims for continuous alarm capability.
A filter paper is moved semi-continuously
(stepwise) across a 70 liter/min pump. Continu-
ous counting is performed during activity accu-
mulation, using a ZnS(Ag)/photomultiplier alpha
detector and an end-window G-M beta counter.
Every 12 hours the filter is automatically moved
stepwise, and is available for more precise
measurements if required. In the presence of
radon daughters at 10 pCi/liter of air, plutonium
at 0.002 pCi/liter was the approximate limit of
detection after about 1 hr of sampling.

Rankin (Ref. 37), using solid scintilla-
tion detectors for both α and β counting, detected
plutonium at a lower limit of about 800 pCi in
the presence of 0.1 pCi/liter of radon-222.
With a 24-hr sampling time at 10 ft³/min, this
also corresponds to a plutonium concentration
of 0.002 pCi/liter of air. Gupton's instrument
(Ref. 38) is very similar, but also provides
another G-M detector which is not exposed to
the filter, for external gamma compensation.

Tanaka et al. (Ref. 35) describe an improve-
ment of the technique in which an alpha spec-
trometer is used to further select the $^{239}$Pu
signal. A CsI(Tl) scintillation spectrometer is
used, and alpha particles are selected from
beta particles by pulse-shape discrimination.
In 24 hours, it can detect plutonium levels as
low as 10⁻⁴ pCi/liter in the presence of radon
at about 0.1 pCi/liter.

## iii.   Radiochemical Analysis of Air Filters

A method for radiochemical analysis of
*air filters* has been adopted as a tentative
method by the Intersociety Committee (Ref. 39).
This method is similar to one found in the HASL
Manual (Ref. 27). "The plutonium is ... isolated
by co-precipitation with cerium and yttrium
fluorides ... further purified by a double anion-
exchange column technique ... finally electro-
deposited onto a platinum disk" (Ref. 39). The
first ion-exchange process is from HCl, the
second from an HNO₃ medium. A solid-state spec-
trometer determines the Pu isotopes; $^{236}$Pu is
used as a tracer. This method claims a practical
detection limit of about 8 x 10⁻⁸ pCi/liter with
±10% error (1 σ), when air is collected at about
700 liters/min for about one week. For smaller
volumes of air, sensitivity is reduced propor-
tionately. The difficulty with this method is,
as might be expected, that dissolution of high-
temperature-fired PuO₂ is not necessarily com-
plete, leading to possible underestimation of

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

the concentration. However, since the $MPC_a$ for soluble plutonium is smaller by a factor of 16 than that for insoluble plutonium, the problem of insolubility losses is usually not serious for air-filter measurements.

## C.   Gamma and X-Ray Spectroscopy

Gamma and x-ray spectroscopy is an important plutonium measurement technique in some situations, and may be thought of as complementary to the radiochemical-analysis methods, since the applications of this type of spectroscopy are usually for measurements of an entirely different class. The reader is referred to a separate section of this Volume for a more detailed treatment of this class of instruments (See "Gamma Spectrometry").

The field survey of large surface areas for possible plutonium contamination is one such application:  for example, much effort has gone into large-area surveys around the Nevada Test Site. Another application is for plutonium assay in media which are not accessible to radiochemical analysis:  examples are large soil samples, bioassay of plutonium in lungs, or plutonium detection in a solid-waste container.

The method usually relies on detecting decay photons from one of two important phenomena. The first phenomenon is the 59.6-keV gamma ray emission which accompanies 36% of the decays of $^{241}$Am, the daughter of $^{241}$Pu. $^{241}$Pu is seldom the main plutonium isotope present, and even if it were it is not usually the main hazard, being a beta-emitter. Therefore, this method is useful for gross-plutonium measurement only if one knows both the 'age' of the plutonium (to determine ingrowth of $^{241}$Am) and the original isotopic ratios.

The second phenomenon is the 17-keV x-ray emission group which accompanies about 3.8% of the $^{239}$Pu decays. Actually, the emissions are L x-rays from the daughter $^{235}$U. The energies of the three most prominent lines are 13.6, 17.2, and 20.2 keV with relative intensities 100:120:25 (Ref. 40). Americium-241 decays are also accompanied by x-rays in the same 17-keV region (actually the L x-rays of its daughter, $^{237}$Np). The energies of the americium lines (Ref. 41) are 14.0, 17.8, 20.8, and 26.3 keV, with relative intensities (photons/alpha) of 12%, 13%, 3%, and 2.5%. (Note again for comparison the 36% 59.6-keV americium gamma.)

The task of field-surveying for plutonium contamination on the ground has received considerable attention, although it actually has a rather narrow range of application such as at the Nevada Test Site, near plutonium

production facilities, and so on. Here the goal is to locate and quantify the surface activity ($\mu Ci/m^2$), rapidly and conveniently. The presumption is made that detailed soil sampling must be relied on for more refined measurements.

One instrument type often used for this task is a thin NaI(Tl) crystal of large area, coupled to a photomultiplier tube. The archetype specifically for plutonium contamination is the FIDLER detector developed at Lawrence Livermore Laboratory (Ref. 42). It has a 5" diameter 1/16" thick NaI(Tl) crystal, and is designed to be carried by hand over the terrain at about one foot above ground level. The battery-operated electronic circuitry separates and counts two 'windows' in the energy spectrum, one around 17 keV and the other around 60 keV. These are shown, along with a spectrum from a pure $^{241}$Am source, in Fig. 2 (from Ref. 42). An instrument of this type must be calibrated against several variables. First, its response is sensitive to activity distributed over a wide area. Further, the thickness and composition of any overburden material, as well as the plutonium isotopic distribution, will affect the interpretation of the results.

Assuming a 12-second time-constant for the count-rate meter and that the instrument is being carried slowly over the terrain, the minimum detectable $^{241}$Am point source is about 9400 pCi,



FIGURE 2.   Spectra for $^{241}$Am and background as measured with a 5-in.-diam by 1/16-in.-thick NaI(Tl) scintillation detector. Source was 10.7-μCi $^{241}$Am, and source-to-detector distance was 30.5 cm. Optimum discriminator settings for 17-keV band and 60 keV are shown (from Ref. 42).

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD-NUC
Plutonium
Page 10

and the minimum detectable area-distributed
source is 19,200 pCi/m², both at 3.3 σ above a
natural background of about 200 counts/min.

An instrument similar to the FIDLER but
using a 5''-diameter, 1/8''-thick CaF₂(Eu) scin-
tillator has been developed by Nuclear Chicago
(Ref. 43). The claimed advantages of CaF₂(Eu)
are that it does not require the careful her-
metical sealing characteristic of NaI(Tl); and
that there is better optical coupling to a
tapered conical light pipe, which partially
compensates for the lower light output (40-50%
of that for NaI(Tl) ).

A similar instrument, but using an 8''-
diameter, 0.2''-thick NaI(Tl) crystal, has been
used for assay of the *lung* burden of exposed
individuals (Ref. 44). For a 100-minute count-
ing time, the minimum detectable activity (3 σ)
was found to be 6200 pCi of ²³⁹Pu. Counting
efficiency must be determined with a phantom,
because absorption and scattering of the low-
energy photons is very large. The counting ef-
ficiency (counts per ²³⁹Pu disintegration) was
measured to be only about 4 × 10⁻⁶, the majority
of the x-rays being absorbed or scattered. The
principal irreduceable background is from
degraded gammas due to the decays of ⁴⁰K and
¹³⁷Cs in a normal body.

Use of twin large-area gas proportional
counters is also common for Pu lung assays.
With this technique Tomitani and Tanaka (Ref.
40) report 12.6% resolution (full width half
maximum) on the 13.6 keV line; this is shown
in Figure 3. With an outer ring of wires for
anti-coincidence shielding to provide a veto
whenever cosmic ray particles traverse the
chamber, the minimum detectable activity (3 σ)
is 6000 pCi of ²³⁹Pu, using a 100-minute
counting time.

The backgrounds are higher using NaI(Tl)
for lung-counting applications, but the detec-
tion efficiencies are also higher. It seems
that the proportional counters as described in
Ref. 40 are more difficult to construct and
operate. Overall, the two types of instruments
have comparable sensitivities.

A solid-state Ge(Li) assay technique has
been developed by Tyree and Bistline (Ref. 45).
This system can resolve the 51.6-keV gamma ray
from²³⁹Pu in the presence of the 59.6-keV
²⁴¹Am gamma. The 51.6-keV ²³⁹Pu gamma occurs
with an 8.4% branching ratio. Using this system
and a 1-hr counting time, minimum detection
(3 σ) of a few thousand pCi of ²³⁹Pu was pos-
sible. These authors also report detection of
the 14.0-keV ²⁴¹Am line with 3.7% resolution
(full width, half maximum) using a Si(Li) detec-
tor, compared to 14% using a proportional
counter (Ref. 46). This is shown in Fig. 4.



FIGURE 4. *Proportional and Si(Li) detector
spectra from americium-241. The three peaks
shown have energies of 14.0, 17.8, and 20.8
keV, and are actually L x-rays from neptun-
ium-237 (from Ref. 46).*

Tyree and Bistline (Ref. 46) report use of
the relative attenuation of the various x-ray
lines to give a measurement of the depth of a
contaminating source, such as plutonium in a
wound. Several-mm depths are measured to frac-
tions of one mm. The relative attenuations of
the 13 and 20 keV uranium L x-ray lines with
thickness are shown in Figure 5 (Ref. 47).



FIGURE 3. *X-ray spectrum of ²³⁹Pu. 13.6, 17.2
and 20.2 keV X-rays are Lα, Lβ and Lγ char-
acteristic X-rays of ²³⁵U, respectively.
X-rays of energy about 5.96 keV are the flu-
orescent X-ray of the stainless steel
housing (from Ref. 40).*

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING



*FIGURE 5. Plot of the ratio of the 13 and 20 keV uranium L x-ray intensities as a function of increasing absorber thickness (from Ref. 47).*

Another detector type useful for this class of measurement consists of a thin NaI(Tl) crystal optically coupled to a much thicker CsI(Tl) crystal behind. This system is usually called a 'phoswich' detector. The low-energy x-rays are totally absorbed by the NaI(Tl), while higher-energy photons (or charged particles) count in the CsI(Tl). Both scintillators are viewed by the same photomultiplier tube (see Fig. 6), and the signals can be differentiated by pulse-shape analysis since NaI(Tl) has a 250-nsec optical decay time compared to 1100 nsec for CsI(Tl). This type of instrument can suppress high-energy backgrounds by factors of 3 to 10.

Koranda et al. (Ref. 48) have developed a semi-portable Ge(Li) spectrometry system for field surveys of soil. The system rides in a van, and is designed to combine the better resolution of a solid-state detector system with the needs for mobile surveying in the field. The system seems more valuable for the higher energy gammas from fission products and natural emitters, rather than for the low-energy plutonium photons.

D.   Other Methods

Several other types of determinations, which do not ultimately rely on alpha or gamma counting for the plutonium measurement, have been developed. We shall not discuss these here at all, but shall merely refer the reader to some references for details. Generally these methods are not sufficiently sensitive for environmental measurements. (i) *Controlled-potential coulometry* (Ref. 49) is useful when Pu concentrations are high ($\geq 0.1$ μCi/liter) and accuracy is required. (ii) *Constant-current potentiometric titration* (Ref. 50) is also commonly used at these concentrations. (iii) *Amperometric* techniques (Ref. 51) can be used for accurate work with very large ($\geq 10$ μCi/liter concentrations. (iv) *Spectrophotometry* (Ref. 52) is applicable above about 0.1 μCi/liter. (v) *Square wave polarography* (Ref. 53) is sensitive down to ~0.1 μCi/liter.

6.   SUMMARY AND CONCLUSION

In this section we have given overviews of the typical levels at which plutonium is found in environmental media; of the radiation



*FIGURE 6. Harshaw phoswich detector: matched window type for x-ray and low energy gamma detection.*



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

protection guides; and of some of the types of measurement techniques which have been developed for plutonium measurements in the environment.

The material is very dangerous and the radiation protection guides are necessarily very restrictive. Fortunately, important plutonium contamination in the environment is not widespread. A small level of world-wide plutonium from fallout is supplemented by higher concentrations in only a few well-localized areas, where plutonium contamination may be an important radiobiological factor.

The ideal instrument or technique for plutonium determinations should be capable of measuring concentrations down to fractions of $^{M}PC$ levels in the appropriate medium. There are two main classes of measurements, field and laboratory measurements. Of the types of measurements considered here, only two are of the field-type: surveys of plutonium deposition on the ground, and air concentration measurements. Even the latter are often performed by laboratory analysis of an air filter after field sampling.

We shall summarize the situation in each of the various measurement areas separately:

### A. Measurements of Plutonium on and in Soil

There are two basically different techniques: first, field surveying; and second, radiochemical analysis followed by alpha counting or spectroscopy. The field-survey measurements demand less accuracy, and are now performed by carrying counting instruments above the terrain. The archetype of this class is the FIDLER, which has a thin, large-area NaI(Tl) scintillation detector. Instruments of this type seem adequate for most rough field-survey measurements. Radiochemical analysis techniques are intrinsically much more sensitive and accurate, but suffer from their own types of difficulties. The most precise and surefire techniques involve total dissolution ... but these are laborious, time-consuming, and expensive. There are a number of leaching methods which are intrinsically faster and cheaper. Many of these present difficulties in the presence of insoluble matter, such as high-temperature-fired $PuO_2$. There certainly seems to be need for further improvement in the analytical chemical methods. In particular, the development of a faster and less expensive leach method possessing a high yield would be desirable.

### B. Measurements of Plutonium in Air.

Measurements of plutonium in air are nearly always made by collecting particulate

activity on an air filter for counting. The main background is usually due to daughters of radon, which must be discriminated against. One method is to perform radiochemical analysis, followed by spectroscopy. This technique, while intrinsically sensitive and accurate, is expensive, time-consuming, and liable to radiochemical-yield errors. The two most common methods which use direct counting of the filter are the alpha beta coincidence technique and alpha spectrometry. Both are sensitive and precise; perhaps $\alpha$ spectrometers are to be preferred for the most precise and background-free requirements, but the $\alpha$ $\beta$ coincidence technique is advantageous since it has been adapted for continuous measurements during sample collection. However, because of the very low $MPC_a$ value, none of the methods presently available combines rapid or continuous detection with sensitivity well below $MPC_a$.

### C. Measurements in Soil or Bioassay Using Gamma Spectroscopy

Bioassays of lung or other body burdens, and also measurements in bulky samples such as large amounts of soil, can be performed with gamma spectrometers, typically using either NaI(Tl) or Ge(Li) detectors. These methods all suffer from one intrinsic problem: it is necessary to trade off resolution for sensitivity. High resolution Ge(Li) detectors capable of high detection efficiency are available only at great expense; on the other hand, the much larger NaI(Tl) crystals suffer from poor resolution which is a handicap especially in the presence of higher-energy gamma fluxes. This problem is inherent to the method.

### D. Measurements in Other Media

Measurements in media such as urine, plants, food, and tissue are typically made radiochemically. There is also a wide variety of chemical methods (coulometry, spectrophotometry, polarography, etc.), which are mainly useful at relatively high concentrations. The radiochemical analyses of various media usually consist of initial sample-treatment steps designed to bring all of the plutonium into solution, followed by analysis identical to that used in the analysis of soil or water.

It seems probable that more sensitive and faster methods for measurements of plutonium in man can be developed, using extensions of presently-available technology. The motivation for this is probably not great at the present time since its application would be limited largely to measurements in a few occupational-exposure situations.



**INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING**

RAD-NUC
Plutonium
Page 13

E.  Conclusions

At present, measurements at levels sig-
nificantly below MPC values for individuals in
the general public are possible in each of the
main measurement situations where public health
is involved or where pathways in the environ-
ment require study. In particular, radiochemi-
cal analyses in the laboratory followed by
alpha spectroscopy are quite sensitive and
suffer from few interferences. Unfortunately,
the best of these methods are expensive and
time-consuming.

Given the probable growth in use of plu-
tonium as the nuclear power industry expands
and as the breeder-reactor program grows, it
seems important that methods be developed
which enable sensitive but inexpensive determi-
nations of plutonium in air and water efflu-
ents, as well as in soil and biomedical media.

7.   ACKNOWLEDGMENT

For this section we gratefully acknowl-
edge the generous advice and review of:

Donald C. Bogen,
USAEC Health and Safety Laboratory,
New York

Eric B. Fowler,
Los Alamos Scientific Laboratory

Paul H. Gudiksen,
Lawrence Livermore Laboratory

Carl L. Lindeken,
Lawrence Livermore Laboratory

George A. Morton,
Lawrence Berkeley Laboratory

David S. Myers,
Lawrence Livermore Laboratory

Claude W. Sill,
USAEC Health Services Laboratory,
Idaho Falls

David L. Stevenson,
EPA National Environmental Research Center,
Las Vegas



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD-NUC
Plutonium
Page 14

## 8.   REFERENCES

1.  "Proceedings of the Rocky Flats Symposium on Safety in Plutonium Handling Facilities, April 13-16, 1971," Report CONF-710401, available from Dow Chemical Co., Rocky Flats Division, Golden, CO 80401.

2.  B.J. Stover and W.S.S. Jee, <u>Radiobiology of Plutonium</u>, J.W. Press, University of Utah, Salt Lake City, Utah (1972).

3.  "The Biological Implications of the Transuranium Elements, Proceedings of the Eleventh Hanford Biology Symposium, 27 September 1971," published in Health Physics <u>22</u>, 533-955 (1972).

4.  E.B. Fowler, R.W. Henderson, and M.F. Milligan, "Proceedings of Environmental Plutonium Symposium," Report LASL-4756, Los Alamos Scientific Laboratory, Los Alamos, NM 87544 (1971).

5.  C.M. Lederer, J.M. Hollander, and I. Perlman, <u>Table of Isotopes</u>, 6th Edition, J. Wiley, New York (1967).

6.  D.S. Myers, "A Plea for Consistent Lung Burden Criteria for Insoluble Alpha Emitting Isotopes," Health Physics <u>22</u>, 905 (1972).

7.  E.E. Campbell, M.F. Milligan, W.D. Moss, H.F. Schulte, and J.F. McInroy, "Plutonium in Autopsy Tissue," Report LA-4875, Los Alamos Scientific Laboratory, Los Alamos, NM 87544 (1973).

8.  ICRP Publication 2, International Commission on Radiological Protection, Pergamon Press, New York (1959).

9.  ICRP Publication 6, International Commission on Radiological Protection, Pergamon Press, New York (1964).

10. V. Gilinsky, "Bombs and Electricity," Environment <u>14</u>, 11 (Sept. 1972).

11. R.G. DelPizzo, J.B. Owen, and E.A. Putzier, "Rapid Estimation of Americium-241 Content in Plutonium," Health Physics <u>18</u>, 725 (1970).

12. H.L. Volchok, "Fallout of Pu-238 from the SNAP-9A Burnup," Report HASL-227, USAEC Health and Safety Laboratory, 376 Hudson Street, New York, NY 10014 (1970).

13. P.W. Krey, "Atmospheric Burnup of a Plutonium-238 Generator," Science <u>158</u>, 769 (1967).

14. "Radionuclides in Surface Air," Report HASL-242, Appendix C, USAEC Health and Safety Laboratory, 376 Hudson Street, New York, 10014 (1972).

15. P.J. Magno, P.E. Kauffman, and B. Shleien, "Plutonium in Environmental and Biological Media," Health Physics <u>13</u>, 1325 (1967).

16. P.H. Gudiksen, C.L. Lindeken, C. Gatrousis, and L.R. Anspaugh, "Environmental Levels of Radioactivity in the Vicinity of Lawrence Livermore Laboratory, 1971," Report UCRL-51242, Lawrence Livermore Laboratory, Livermore, CA 94550 (1972).

17. L.L. Eberhardt and R.O. Gilbert, "Statistical Analysis of Soil Plutonium Studies, Nevada Test Site," Report BNWL-B-217, Battelle Pacific Northwest Laboratories, Richland, WA 99352 (1972).

18. H.L. Volchok and R.H. Knuth, "The Respirable Fraction of Plutonium at Rocky Flats," Health Physics <u>23</u>, 395 (1972).

19. G. Holladay, S. Bishop, P. Phelps, and L.R. Anspaugh, "A System for the Measurement of Deposition and Resuspension of Radioactive Particulate Released from Plowshare Cratering Events," IEEE Trans. Nucl. Science <u>NS-17</u> (1), 151 (1970).

20. J.W. Healy, "Problems of Plutonium Measurement in the Environment," IEEE Trans. Nucl. Science <u>NS-19</u> (1), 219 (1972).

21. International Atomic Energy Agency, <u>Rapid Methods for Measuring Radioactivity in the Environment</u>, IAEA, Vienna (1971).

INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

22. C.W. Sill, comments on p. 199 of Ref. 21.

23. C.L. Lindeken, Lawrence Livermore Laboratory, private communication.

24. C.W. Sill, "Separation and Radiochemical Determination of Uranium and the Transuranium Elements Using Barium Sulfate," Health Physics 17, 89 (1969).

25. N.A. Talvitie, "Radiochemical Determination of Plutonium in Environmental and Biological Samples by Ion Exchange," Anal. Chem. 43, 1827 (1971).

26. N.Y. Chu, "Plutonium Determination in Soil by Leaching and Ion-Exchange Separation," Anal. Chem. 43, 449 (1971).

27. J.H. Harley, ed., HASL Procedures Manual, Report HASL-300, USAEC Health and Safety Laboratory, 376 Hudson Street, New York, NY 10014 (1972). Earlier editions of this manual were published as Report NYO-4700.

28. USAEC Nevada Applied Ecology Group, USAEC Nevada Operations Office, Las Vegas, NV 89114. Attention: Paul Dunaway.

29. E.B. Fowler, Los Alamos Scientific Laboratory, private communication.

30. H. Levine and A. Lamanna, "Radiochemical Determination of Plutonium-239 in Low-level Environmental Samples by Electrodeposition," Health Physics 11, 117 (1965).

31. V.T. Bowen, K.M. Wong, and V.E. Noshkin, "Plutonium-239 in and over the Atlantic Ocean," J. Marine Research 29, 1 (1971).

32. L.R. Anspaugh, et al., "Biomedical Division Preliminary Report for Project Schooner," Report UCRL-50718, Lawrence Livermore Laboratory, Livermore, CA 94550 (1969).

33. V.R. Griep, "Air Monitor for Plutonium-239 Utilizing Semiconductor Detector," Report RFP-1046, Dow Chemical Company, Rocky Flats Division, Golden, CO 80401 (1968).

34. W.A. Phillips and C.L. Lindeken, "Plutonium Alpha Air Monitor Using a Solid State Detector," Health Physics 9, 299 (1963).

35. E. Tanaka, S. Iwadate, and H. Miwa, "A High-Sensitivity Continuous Plutonium Air Monitor," Health Physics 14, 473 (1968).

36. J.H. Spaa, "A Rapid Indicating Instrument for the Stepwise Measurement of Airdust Radioactivity," Health Physics 4, 25 (1960).

37. M.O. Rankin, "The Use of Coincidence Counting Techniques for Analyzing Low Level Plutonium Contamination on Filters," Nucl. Inst. and Methods 24, 221 (1963).

38. E.D. Gupton, "Alpha Air Monitor for Plutonium-239," Report ORNL-TM-2011, Oak Ridge National Laboratory, Oak Ridge, TN 37830 (1967).

39. Intersociety Committee for a Manual of Methods for Ambient Air Sampling and Analysis, Methods of Air Sampling and Analysis, American Public Health Association, 1015-18th Street N.W., Washington, DC 20036 (1972).

40. T. Tomitani and E. Tanaka, "Large Area Proportional Counter for Assessment of Plutonium Lung Burden," Health Physics 18, 195 (1970).

41. L.B. Magnusson, "Intensities of X-rays and Gamma Rays in $^{241}$Am Alpha Decay," Phys. Rev. 107, 161 (1957).

42. J.F. Tinney, J.J. Koch, and C.T. Schmidt, "Plutonium Survey with an X-ray Sensitive Detector," Report UCRL-71362, Lawrence Livermore Laboratory, Livermore, CA 94550 (1969).

43. B.S. Burton and M.N. Anastasi, "Development and Construction of an Instrument to Detect Fissionable Materials," Report AFWL-TR-71-145, Air Force Weapons Laboratory, NM (1972). Report available from Nuclear Chicago Corp., 9101 Research Blvd., Austin, TX 78766.



INSTRUMENTATION
FOR ENVIRONMENTAL
MONITORING

RAD-NUC
Plutonium
Page 16

44. T. Ishihara, T. Iinuma, E. Tanaka, and S. Yashiro, "Plutonium Lung Monitor Using a Thin NaI(Tl) Crystal of Large Area," Health Physics 17, 669 (1969).

45. W.H. Tyree and R.W. Bistline, "Plutonium-239 Detection in Vivo with a Geranium-Lithium Array," Report RFP-1488, Dow Chemical Company, Rocky Flats Division, Golden, CO 80401 (1970).

46. R.W. Bistline and W.H. Tyree, "A Comparison of Low-Energy Photon Detection for Plutonium and Americium Wound Counting," Report RFP-1068, Dow Chemical Company, Rocky Flats Division, Golden, CO 80401 (1967).

47. J.A. Cooper, N.A. Wogman, H.E. Palmer, and R.W. Perkins, "The Application of Solid State Detection to Environmental and Biological Problems," Health Physics 15, 419 (1968).

48. J.J. Koranda, P.L. Phelps, L.R. Anspaugh, and G. Holladay, "Sampling and Analytical Systems for Measuring Environmental Radioactivity," p. 587 of Ref. 21.

49. J.R. Stokely and W.D. Shults, "Controlled-Potential Coulometric Determination of Plutonium in the Presence of Iron," Anal. Chem. 43, 603 (1971).

50. C.E. Pietri and A.W. Wenzel, "Improved Method for the Constant-Current Potentiometric Determination of Plutonium," Talanta 14, 215 (1967).

51. C.E. Herrick, C.E. Pietri, A.W. Wenzel, and M.W. Lerner, "Improved Amperometric Procedure for Determining Plutonium," Anal. Chem. 44, 377 (1972).

52. W.J. Maeck, M. Kussy, G.L. Booman, and J.E. Rein, "Spectrophotometric Extraction Method Specific for Plutonium," Anal. Chem. 33, 998 (1961).

53. K. Koyama, "Square Wave Polarography of Plutonium," Anal. Chem. 32, 523 (1960).