IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**DEFENDANTS' MOTION TO HAVE THE RECORD REFLECT THE ADMISSION OF SPECIFIC RAC AND CHEMRISK REPORTS BEARING SPECIFIC EXHIBIT NUMBERS**
___

Defendants move to have the record reflect the admission of specific RAC and ChemRisk reports bearing specific exhibit numbers. On October 18, 2005, the Court ruled that the RAC and ChemRisk reports were admitted. (Ex. A, *see* 10/18/05 Trial Tr. at 1424-25 ("[THE COURT:] Now, the other thing is what about this Chemrisk and RAC reports? Aren't we just really spinning our wheels? Isn't that going to come into evidence? . . . Why don't we just get them both in and get on with it. Okay. Those are admitted too and ***whatever the numbers are***.") (emphasis added); Ex. B, 10/18/05 Minute Order ("Exhibits received: Chemrisk report and RAC report").). Thus, the Court has already admitted the reports, but the record does not yet reflect the specific numbers of all[1] of the reports as to which defendants seek admission.

---

[1] The Court has admitted certain of the RAC and ChemRisk Reports by number. These are DX500, 506, 507, 508, 535, 537, 540, and 1133. (Ex. C, 11/08/05 Trial Tr. at 4498-99). With respect to the RAC and ChemRisk Reports bearing exhibit numbers other than those set forth in

(Continued…)

Defendants have now culled down the set of specific RAC and ChemRisk reports as to which defendants seek admission of a manageable volume (one binder for ChemRisk and two binders for RAC), and now move to have the record reflect the admission of these specific exhibit numbers:

RAC Reports:  DX398, DX513, DX514, DX515, DX516, DX521, DX525, DX527, DX530, DX532, DX533, DX536, DX542, DX543, DX735.

ChemRisk[2] Reports:  DX501, DX502, DX503, DX504, DX505.

The RAC and ChemRisk exhibits bearing these exhibit numbers are attached in binders being delivered herewith to the Court (with a separate copy to plaintiffs).

Defendants therefore request that the record reflect that the following exhibits have been admitted:  DX398, DX501, DX502, DX503, DX504, DX505, DX513, DX514, DX515, DX516, DX521, DX525, DX527, DX530, DX532, DX533, DX536, DX542, DX543, and DX735.

Dated:  December 2, 2005  Respectfully submitted,

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

---

this footnote, the Court has ruled that they are generally admissible (Ex. A, *see* 10/18/05 Trial Tr. at 1424-25; Ex. B, 10/18/05 Minute Order), but has not ruled one way or the other on which specific numbers are admissible.

[2] The Court has denied defendants' motion to admit ChemRisk articles, but allowed defendants to offer the portions of the ChemRisk reports to which those articles refer.  (Ex. D, 11/22/05 Trial Tr. at 6228).

2

Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

/s/ Kari Knudsen_____
Kari Knudsen (legal assistant)

4