# Exhibit A

1418

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-CV-00181(JLK)

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

**REPORTER'S TRANSCRIPT**
Trial to Jury
VOLUME 8B

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 1:15 p.m., on the 18th day of October, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A-257, Denver, Colorado, 80294, (303) 893-2835

1  admissible, and there is an instruction that says that they are
2  demonstrative, and if they don't meet -- if the jury thinks
3  they don't match with the evidence, they are entitled to
4  disregard it.  Unless there is something on there that is
5  pornographic or just totally outrageous, you can use whatever
6  demonstrative exhibit you want, and that's true for both sides.
7  So they are admitted for that purpose.
8       *MS. ROSELLE:*  Exhibit 76 is a Kaiser Hill report.  And
9  you know, Your Honor, if the Court wants to admit all these
10 documents with all these tremendous number of data points, I
11 mean, I guess that's up to the Court.  I think it's really
12 probably going to overwhelm the jury.
13      *THE COURT:*  I agree.  I can't imagine that a jury is
14 going to do anything with this, but I do think counsel can
15 point out things in the exhibit, and there is nothing in the
16 exhibit that shouldn't be seen by the jury that they should
17 look at.
18      *MR. BERNICK:*  The whole reason we did it was to
19 provide an adequate foundation for that map.  That's the only
20 reason we did it.
21      *THE COURT:*  Well, let's just admit it and get on with
22 this.  Now, the other thing is what about this ChemRisk and RAC
23 reports?  Aren't we just really spinning our wheels?  Isn't
24 that going to come into evidence?
25      *MS. ROSELLE:*  I think.  If you are going to let a

1    Kaiser Hill report --

2        THE COURT: Why don't we just get them both in and get
3    on with it. Okay. Those are admitted too and whatever the
4    numbers are. Tell Ms. Bush so she can get them in.

5        MS. ROSELLE: I don't have -- I mean, I will get them.
6    I will get them. I will get them by tomorrow morning.

7        MR. BERNICK: This is really, really simple. We
8    should just do it the old-fashioned way. We should just offer
9    them in at the time when they are going to make a big deal
10   about something. Exhibit 34, the first on the list, City of
11   Broomfield, County of Broomfield annual quality water report,
12   it's a government report. We offer it.

13       MS. ROSELLE: We have no objection to it.

14       MR. BERNICK: Exhibit 41 is the health advisory panels
15   report, issued by the Colorado Department of Health.

16       MS. ROSELLE: We have no objection.

17       THE COURT: Wait a second, please, and let me control
18   this matter.

19       MR. BERNICK: I am sorry. We have been given a list
20   of these exhibits, and 47, 48 are admitted. And now let's go
21   through the list. Do you have any objections to any of them?

22       MS. ROSELLE: Yes.

23       THE COURT: Okay. Then you tell them the ones you
24   object to and the ones you don't object to are going to be
25   admitted. The ones you do object to I will listen to that and