# Exhibit C

4490

```
 1                IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 90-CV-00181(JLK)
 3
     MERILYN COOK, et al.,
 4
          Plaintiffs,
 5
     vs.
 6
     ROCKWELL INTERNATIONAL CORPORATION and
 7   THE DOW CHEMICAL COMPANY,

 8
          Defendants.
 9   _____

10                       REPORTER'S TRANSCRIPT
                            Trial to Jury
11                            VOLUME 32

12   _____

13           Proceedings before the HONORABLE JOHN L. KANE, JR.,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 1:05 p.m., on the 8th day of November,

16   2005, in Courtroom A802, United States Courthouse, Denver,

17   Colorado.

18

19

20

21

22

23

24    Proceeding Recorded by Mechanical Stenography, Transcription
       Produced via Computer by Janet M. Coppock, 901 19th Street,
25         Room A-257, Denver, Colorado, 80294, (303) 893-2835
```

1  Defendants' Exhibit 442, a large board used with the
2  examination of Dr. Budnitz on November 1 and that's overruled.
3  It's a demonstrative exhibit and admit it for demonstrative
4  purposes pursuant to that particular jury instruction.
5  The Defendants' Exhibit 0500, ChemRisk task report,
6  identification of chemicals and radionuclides of concern, and I
7  am going to save time.  The same thing will happen, my same
8  ruling is with respect to 500, Defendants 506, 507, 508, 535,
9  537, 540 and up to 1133, and those are admitted, but they have
10 to be reduced to the specific portions that were used, and you
11 have already indicated --
12       MR. BERNICK:  We are more than happy to do that.
13       THE COURT:  Okay.  Defendants' 1133 is another
14 demonstrative exhibit, the white board writing used with
15 Dr. Budnitz, and it's admitted as a demonstrative exhibit.
16       The following are all admitted as demonstrative
17 exhibits, Defendants' Exhibits 1137, 1138, 1152, 1159, 1161,
18 1167, 1170, 1173, 1174, 1175, and 1176.  And those are graphics
19 and other demonstrative exhibits, and they are admitted for
20 that purpose.
21       There is a motion by the defendants to admit
22 documents, present them directly to the jury.  You haven't had
23 a chance to state your view on that.  Do you want me to wait
24 until tomorrow morning to hear from you?
25       MR. BERNICK:  That's fine, if you would, and then --

4499

| | |
|---|---|
| 1 | THE COURT: I don't have the document number for it, |
| 2 | but it was -- oh, yes, I do, document No. 1605, and it was |
| 3 | filed this morning. |
| 4 | MR. KURTENBACH: That's for the plaintiffs, Your |
| 5 | Honor. |
| 6 | THE COURT: Plaintiffs' motion to admit documents and |
| 7 | present them directly to the jury. |
| 8 | MR. KURTENBACH: For the record, I believe that every |
| 9 | document on my list or every exhibit on my list that you did |
| 10 | not rule on was not objected to. |
| 11 | THE COURT: So, therefore, they are admitted. |
| 12 | MR. KURTENBACH: Can I just get an articulation for |
| 13 | the record of those numbers? |
| 14 | THE COURT: You will have to tell me what they are |
| 15 | because I only looked -- |
| 16 | MR. KURTENBACH: DX174, 343, 344, 348, 351, 358, 359, |
| 17 | 360, 403, 405 through 412, 419 through 420, 437, 441, 445, 536, |
| 18 | and that is all. |
| 19 | THE COURT: There is -- we will wait until tomorrow on |
| 20 | that motion. |
| 21 | MR. BERNICK: We also have the exhibits through |
| 22 | Dr. Smallwood. It might expedite matters if the plaintiffs |
| 23 | would tell us what their objections are to those. |
| 24 | MR. DAVIDOFF: If we can get the numbers, we will file |
| 25 | something. |