# Exhibit D

11/22/2005  Cook v. Rockwell 11/22/05 PM

```
6225
                   IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLORADO

      Civil Action No. 90-cv-00181-JLK

      MERILYN COOK, et al.,

           Plaintiffs,

      vs.

      ROCKWELL INTERNATIONAL CORPORATION, and THE DOW CHEMICAL
      COMPANY,

           Defendants.
      _____

                           REPORTER'S TRANSCRIPT
                              Trial to Jury
                               Volume 48
      _____

              Proceedings before the HONORABLE JOHN L. KANE, JR.,
      Senior Judge, United States District Court for the District of
      Colorado, commencing at 1:30 p.m., on the 22nd day of November,
      2005, in Courtroom A802, United States Courthouse, Denver,
      Colorado.




              Proceeding Reported by Mechanical Stenography, Transcription
                 Produced via Computer by Kara Spitler, RMR, CRR,
                 901 19th Street, Denver, CO, 80294, (303) 623-3080


                                                                    6225
```

11/22/2005  Cook v. Rockwell 11/22/05 PM

```
 1          MR. DAVIDOFF:  We have one long witness who is
 2   Dr. Hunsperger and one shorter witness, who is Dr. Selbin, and
 3   then some depositions, so I think you probably have to allow
 4   three days, rather than two after the break, in order to get
 5   that done.
 6          MR. BERNICK:  Then at that point, the schedule that
 7   we've just been crafting, I was going to give it to them this
 8   afternoon, I'm not going to be able to do that.  There's a
 9   limit to what we can do.  I gave them two days.  We should have
10    started Hunsperger this afternoon.  And their case is God knows
11    how prolonged, but if we're not going to start till the 8th,
12    that's fine, but we're going to have to redo our schedule.
13          MR. DAVIDOFF:  I'm not going to respond.
14          THE COURT:  All right.  Fine.
15          I'm ready to make those rulings that you wanted, and
16    then we'll bring in the jury and complete.
17          So with regard to DX37, DX38, DX379, the objection is
18    sustained.  The defendants can offer specific pages of the
19    ChemRisk reports to which these articles refer, but not these
20    articles themselves.
21          With regard to DX1228, DX1244, the exhibits are
22    admitted as demonstrative exhibits.  It's okay to reoffer them
23    later if you have an appropriate foundation as actual summaries
24    of data.
25          (Exhibit 1228 admitted.)
```

6228