# PLUTONIUM INVENTORY DIFFERENCES AT THE ROCKY FLATS PLANT AND THEIR RELATIONSHIP TO ENVIRONMENTAL RELEASES

by

Thomas B. Cochran, Ph.D.

November 22, 1996

PLAINTIFFS' EXHIBIT
P-1122
90-CV-181

12

               Total "explained" MUF                             579.1 kgs.

["*" denotes classified data. These two entries necessarily total 39.9 kg]

If we deduct the above "explained " MUF of 579.1 kgs. From the total MUF of 663.5 kgs., there remains 84.4 kgs. Which is lost without suitable explanation. Eighty-four kgs. appears to be a substantial quantity of plutonium; however, it is less than [CLASSIFIED] of the [CLASSIFIED] and would appear to be a reasonable loss.

....

"Unexplained" MUF plagued the Rocky Flats management throughout the history of Rocky Flats operations. For example, as noted in 1971 by Dow employee H.E. Bowman, "Historically, MUF has been a problem with us since the beginning of operations in 1952." [Bowman, 1971]. Also, as noted in handwritten "Working Closeout Notes" attached to a 1981 DOE safeguards survey of Rocky Flats, "IDs - record for year is deplorable   Out-of-control losses, gains, lost items largely unexplained." In a subsequent note, the word "deplorable" has been crossed out and replaced by "less-than-admirable" [DOE, 1981].

### MUF Associated With Fires at Rocky Flats

*It has come to my attention that there may have been times when fissile material accountability differences have been regarded by operations personnel as solely an accountability problem. I would like to stress that accountability differences may, and in the case of large differences do, represent a criticality safety and environmental protection concern.*

                                            Jack R. Roeder
                                            Assistant Manager for Safety and Safeguards
                                            DOE, Albuquerque Operations Office
                                            September 18, 1985

### *The September 1957 Fire*

The MUF associated with the 1957 fire was estimated to be 6.027 kg of plutonium, a material loss [Dunn, 1977, p. 12; see also Voillequé, 1995, pp. 4-8 and Kudera, 1994]. Voillequé estimates the pre-fire filter bank plutonium inventory plus that carried to the filter bank during the fire was in the range of 180 to 1,200 g of plutonium (Pu-239 and Pu-240) [Voillequé, 1995, p 22].

### *The May 1969 Fire*

According to Rockwell, following the May 11, 1969 fire: