# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,**

    **Defendants.**

## PLAINTIFFS' STATEMENT REGARDING WITNESS ORDER

Plaintiffs give notice that they intend to call the following witnesses the week of December 5, in the following order:

    James Flynn (via deposition designations)
    A. Bryan Siebert (via deposition designations)
    Wayne Hunsperger
    Joel Selbin

Plaintiffs will not call Mr. L.B. Lund in their case-in-chief.

This witness order is consistent with plaintiffs' previously disclosed order for live witnesses; however, plaintiffs wish to inform defendants and the Court of the order of deposition designations.

                                                Respectfully submitted,

Dated: December 4, 2005                  /s  Jennifer MacNaughton
                                                Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Fax (215) 875-4604
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*