**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

___

**DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS USED DURING THE CROSS-EXAMINATION OF RONALD AVERY**
___

Defendants hereby move for admission of certain exhibits. These exhibits were used by Defendants during the cross-examination of Plaintiffs' witness Ronald Avery.

The exhibits that Defendants seek to admit, which are attached hereto as Exhibit A, bear the following exhibit numbers:

| Exhibit Number | Description | Witness |
|---|---|---|
| DX 273 | Liquefied Gases Log | Avery |
| DX 281 | Correspondence from L.C. Pauley to H. Jordon re Plutonium Effluent Air Stack Data with Attachment | Avery |
| DX 291 | Log | Avery |

| DX 295 | Line 37 ID Log Sheets | Avery |
|---|---|---|
| DX 485 | Graphic entitled Plutonium Effluent Air Data, 771 Stack (1988-1989) | Avery |
| DX 1045 | People Needed to Operate the Incinerator | Avery |

Dated:  December 4, 2005    Respectfully submitted,

/s/ John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

        I hereby certify that on December 4, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                            /s/ Kari Knudsen_____
                                            Kari Knudsen (legal assistant)