# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' MOTION FOR ADMISSION OF EXHIBITS USED DURING
THE CROSS-EXAMINATION OF RONALD AVERY**

---

Exhibits Defendants seek to admit, Exhibit A to Defendants' Motion for Admission of Exhibits Used During the Cross-Examination of Ronald Avery.