Exhibit A

1

* ROUGH DRAFT *

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3      Case No. 90-K-181

4      MERILYN COOK, et al.,

5              Plaintiffs,

6      vs.

7      ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
       COMPANY,
8
              Defendants.
9

10               DEPOSITION OF HELEN GROGAN, Ph.D.
                        December 2, 2005
11

12     APPEARANCES:

13     FOR THE PLAINTIFFS:      LOUISE ROSELLE, ESQ.
                                Waite, Schneider, Bayless
14                                 & Chesley, LPA
                                1513 Fourth and Vine Tower
15                              One West 4th Street
                                Cincinnati, OH  45202
16                                      and
                                DAVID F. SORENSEN, ESQ.
17                              Berger & Montague, P.C.
                                1722 Locust Street
18                              Philadelphia, PA  19103-6305

19     FOR THE DEFENDANTS:      DOUG KURTENBACH, ESQ.
                                Kirkland & Ellis
20                              717 Seventeenth Street
                                13th Floor
21                              Denver, CO  80202

22     ALSO PRESENT:           Kathleen R. Meyer, Ph.D.

23

24

25

CARPENTER REPORTING, INC.
(303) 752-1200

2

* ROUGH DRAFT *

1          PURSUANT TO WRITTEN NOTICE, the deposition of

2     HELEN GROGAN, Ph.D., called for examination by the

3     Plaintiffs, was taken in the conference room at Sherman

4     & Howard, L.L.C., 633 Seventeenth Street, Suite 3000,

5     Denver, Colorado, on the 2ndday of December, 2005, at

6     the hour of 9:02 a.m., before Bonnie Carpenter, a

7     Notary Public and Certified Shorthand Reporter in and

8     for the State of Colorado and a Registered Professional

9     Reporter.

10                    **********

11                    I N D E X

12    Index of Examination              Page

13    Ms. Roselle

14    Index of Exhibits                 Page

15    1  Notice of Deposition

16    2  Report

17

18

19

20

21

22

23

24

25

CARPENTER REPORTING, INC.
(303) 752-1200

3

* ROUGH DRAFT *

1                    *********

2                    HELEN GROGAN, Ph.D.,

3    called as a witness for examination under the Rules,

4    having been first duly sworn according to law, was

5    examined and testified on her oath as follows:

6                            EXAMINATION

7    BY MS. ROSELLE:

8         Q     Good morning, Dr. Grogan.  My name is

9    Louise Roselle and I'm an attorney with the law firm of

10   Waite, Schneider, Bayless & Chesley, in Cincinnati,

11   Ohio.  I'm going to ask you some questions today

12   concerning the testimony that you are purportedly going

13   to give, I guess, in the Rocky Flats litigation.

14              If I ask you any questions you don't

15   understand, please tell me.  If at any time you want to

16   take a break, please let me know.

17              I'm going to begin by handing you

18   Exhibit 1, which is a notice of deposition for today,

19   and ask you if you brought any documents with you

20   today.

21         A     I did not bring any documents with me

22   today, but --

23              MR. KURTENBACH:  Do you have copies of

24   your exhibits?  I have this one.

25              MS. ROSELLE:  I have three exhibits,

CARPENTER REPORTING, INC.
(303) 752-1200

                                              4
* ROUGH DRAFT *

1    two -- one of which I have a copy.  The other one, I do

2    not.

3                    MR. KURTENBACH:  Okay.

4                    MS. ROSELLE:  If you want to make a

5    copy, we can stop and do that.  You can look at it.

6                    MR. KURTENBACH:  So what's the question?

7    Yeah.  Thanks.

8            A    I do not believe I have any documents

9    that would -- that match any of these criteria.

10           Q    (BY MS. ROSELLE)  Do you have any

11   documents in your possession concerning Rocky Flats at

12   this time?

13           A    As I sit here, I have no documents with

14   me.  Back in my office, I have some materials related

15   to when we did the dose reconstruction study.

16           Q    What type of materials do you have in

17   your office related to the dose reconstruction?

18           A    I have a set of the final reports, some

19   of the publications that were made in the open

20   literature.  I have some of the briefing books that

21   were issued during the course of the study.  I believe

22   that's it.

23           Q    Okay.  What are the briefing books?

24           A    The briefing books were, as we did the

25   study, we would meet, I think it was on a quarterly

1    basis with the Health Advisory Panel in public sessions

2    here in Denver to discuss the project, to present the

3    work that had been done to get feedback on everything.

4    And so in preparation for those meetings, the -- the

5    Colorado Department of Health would put together a

6    binder full of information and materials relevant to

7    the project at that time.

8          Q    Okay.  Could you please tell me your

9    address.

10         A    My address is 1678 Northwest Albany

11   Avenue, Bend, Oregon.  Do you want the zip code?

12         Q    No.  I don't need it.  And are you

13   employed by Cascade Scientific, Inc.?

14         A    I am.

15         Q    Okay.  Do you have any other employment?

16         A    I don't -- I don't have any other

17   full-time employment, although I am involved with the

18   Environmental Protection Agency, I'm on their science

19   advise -- science advisory board, their radiation

20   advisory committee, and if and when there are any tasks

21   to do there, I receive a nominal income from that.

22         Q    And that nominal income comes to you

23   personally and not through Cascade Scientific?

24         A    That's correct.

25         Q    And how long have you been on the EPA

CARPENTER REPORTING, INC.
(303) 752-1200

6

* ROUGH DRAFT *

1    radiation advisory committee?

2          A     I think it is about three years.

3          Q     And how much income have you received to

4     date?

5          A     To date, I would estimate that it is in

6     the order of $5,000 total.

7          Q     Do you consider yourself a full-time

8     employee of Cascade Scientific, Inc.?

9          A     I do.

10         Q     How many hours a week do you work?

11         A     It varies.  I don't have a 9-to-5

12    schedule, but -- 40, 50 hours.

13         Q     And what is the address of Cascade

14    Scientific, Inc.?

15         A     The -- the address of Cascade

16    Scientific, Inc., is the same as my personal address,

17    but I physically work out of -- the office is in a

18    different location in Bend, if you follow that.

19         Q     Is it an office that you rent?

20         A     It is.

21         Q     But you use your home address as your

22    official mailing address --

23         A     I do.

24         Q     -- for the corporation?

25         A     That's correct.

CARPENTER REPORTING, INC.
(303) 752-1200

7

* ROUGH DRAFT *

1          Q     Are you the sole shareholder of Cascade

2      Scientific, Inc.?

3              A      No, I am not.

4              Q      Okay.  Who else is shareholders?

5              A      Robert Scott Yount -- and that is

6      spelled Y-o-u-n-t -- is a 10 percent shareholder.

7              Q      And who is he?

8              A      He is my spouse.

9              Q      Anyone else?

10             A      No.

11             Q      Are you the sole employee of Cascade

12     Scientific, Inc.?

13             A      No.

14             Q      What other employees do you have?

15             A      The other employee is my husband, who I

16     just mentioned.

17             Q      Do you have a secretary or an accountant

18     for Cascade Scientific, Inc.?

19             A      No.  I am the secretary.

20             Q      Okay.  During the time that you were

21     doing work on the Rocky Flats dose reconstruction, did

22     you do your work out of this address that you just gave

23     me?

24             A      Can I return to the last question?

25             Q      Yes.

                     CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                    8
                        * ROUGH DRAFT *

1              A      The -- I do have an accountant for the

2      business, but Cascade -- for -- that is not myself.

3          Q     Right.  But that's an outside

4    accountant --

5          A     That's an outside accountant.

6          Q     -- that like does the taxes and things?

7          A     Exactly.

8          Q     Okay.  Now, going back to the time you

9    were working on the dose reconstruction for RAC, did

10   you work out of your Bend, Oregon office while you were

11   doing that work?

12         A     Not for the entire time period, no.

13         Q     Okay.  Where else did you work?

14         A     When I first started being involved with

15   the dose reconstruction for Rocky Flats, I was living

16   in Florida.

17         Q     Did you ever work out of an office that

18   was RAC's office?

19         A     No.

20         Q     Does RAC have an office?

21         A     Yes.

22         Q     Okay.  What is the address of RAC's

23   office?

24         A     The address is 417 Till Road, Neeses,

25   South Carolina.

CARPENTER REPORTING, INC.
(303) 752-1200

9
* ROUGH DRAFT *

1          Q     And can you describe that office to me.

2          A     That office is located on a property, a

3      residential property.  The office is attached to the

4      residential property.  It's a -- it's a two --

5      three-room office, one large room with book shelves,

6      typical things that you would expect to see in an

7      office.  Big desk.  Computer.  And then a smaller

8      office adjacent to it that also has backup computer

9      machines, photocopying materials, printers.

10             Q     And what about the third room?

11             A     And the third room -- I'm trying to

12     think.  The -- I don't recall the layout exactly.  I

13     think there's a -- a -- a bathroom off of it.

14             Q     And is the residential property to which

15     the RAC office is attached the home of John Till?

16             A     It is.

17             Q     And during the time you were doing the

18     Rocky Flats dose reconstruction, can you estimate for

19     me how many times you physically went to the RAC

20     office?

21             A     Physically went to the RAC office, I

22     think I -- so that time period would cover between 1992

23     to 1999.

24             Q     Yes.

25             A     As I sit here right now, I -- I'm having

CARPENTER REPORTING, INC.
(303) 752-1200

10

* ROUGH DRAFT *

1      trouble to give you a definite number, but I would say

2      it was less than ten times.

3              Q     Okay.  Other than when you had these

4      meetings with the Health Advisory Panels, did you have

5      any regular meetings with John Till and the other

6      researchers on the RAC team on the dose reconstruction

7      project?

8              A    Yes.  We did.  Or I did.

9              Q    Okay.  Where were those meetings held?

10             A    Those meetings would generally take

11     place at a few different locations.  We would have what

12     we called team meetings and at that time, if I recall

13     correctly, we had -- we would have four team meetings a

14     year.  At some point, I think we changed -- we had --

15     we would have three team meetings.  It just depended.

16     And generally speaking, in the -- in the spring, winter

17     and fall, we would be in Kiawah.  We would meet in

18     Kiawah Island, South Carolina.  And the summer meeting

19     for the team would generally take place somewhere in

20     the west where it was not so hot and oppressive and

21     humid.

22             Q    Like in the mountains?

23             A    Like -- yeah.  I'm trying to think of a

24     place where we used to meet.  Like in Jackson Hole.

25             Q    Now, when you say you had these team

CARPENTER REPORTING, INC.
(303) 752-1200

11

* ROUGH DRAFT *

1      meetings, were they specific to Rocky Flats, or did

2      they cover all of the projects that you were working on

3      for RAC?

4          A    They would cover all the projects that

5    we were working on for RAC.

6          Q    And how long would a team meeting, for

7    example, at Jackson Hole last?

8          A    Generally, we -- team members would fly

9    in on the Monday, have some premeetings on the Monday

10   evening, meet through Tuesday, Wednesday, and Thursday,

11   and then depending on where the individual team member

12   comes from, either fly out on the Thursday evening or

13   fly out on the Friday.

14         Q    Do you have these meetings any longer?

15         A    I don't think we did.  I can't -- I

16   can't -- I can't say that I'm absolutely certain, but

17   as I remember it, generally, they never exceeded --

18   they didn't exceed a week.

19         Q    No.  I mean, do you still have them at

20   the present time?

21         A    Oh, yes.  Sorry.

22         Q    So when was the most recent one?

23         A    The most recent team meeting we had was

24   in Kiawah island, just -- what month are we in now?

25         Q    December.

CARPENTER REPORTING, INC.
(303) 752-1200

12

* ROUGH DRAFT *

1          A    December.  In -- it was either the end

2    of September or the beginning of October.

3          Q    And where -- where did you stay on

4    Kiawah island when you went there in September,

5    October?

6            A    There is a -- Kiawah island has a -- a

7    resort with a conference facility, and we -- we were --

8    that's where we were accommodated.

9            Q    What's the name of the resort?

10           A    Kiawah island Inn, I think.  Something

11   like that.

12           Q    And are you allowed to bring your family

13   to these meetings?

14           A    At -- on occasion, family members

15   have -- have been present, but, generally speaking, as

16   team members have discovered, it's -- it's difficult to

17   mix doing intense sessions, working long days with

18   having a family -- having your family there, as well.

19   So, occasionally -- I can't say that we haven't, but

20   it's -- it's not something where, as a -- as a rule of

21   thumb, spouses and family members come, as well.

22           Q    And when you had the team meeting in

23   Jackson Hole, where did you stay there?

24           A    In Jackson Hole, we stayed -- I think we

25   stayed at a number of different locations.  We stayed

CARPENTER REPORTING, INC.
(303) 752-1200

13

* ROUGH DRAFT *

1    at Teton Village one time.  And another -- the other

2    hotel that comes to mind is the Ward Hotel.  We stayed

3    there at earlier times.  Then it became too expensive.

4            Q    And when you say "too expensive," how

5     much did it become?

6            A     Generally, it -- it far -- it -- as I

7     recall, it exceeded the per diem significantly and team

8     members did not feel that they were -- they were

9     comfortable paying so much out of their pocket for the

10    accommodation.

11           Q     Okay.  And who established this per diem

12    that you were given?

13           A     We have Government rate established per

14    diems.

15           Q     And were all of your expenses for these

16    seminars to the extent of the per diem paid for by the

17    Government?

18           A     The -- the expenses for the meetings --

19    for the per diem would be paid for according to the

20    project that you were actually discussing and working

21    on at the time.

22           Q     Okay.  So let's say you went to a

23    meeting where you worked on Savannah River, Rocky

24    Flats, and Hanford.  That would be possible; correct?

25           A     I -- it would be possible that we were

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                              14
                       * ROUGH DRAFT *

1     working on Rocky Flats and Savannah River at the same

2     time.  I'm -- I'm not sure about the Hanford.  They

3     were discrete pieces of work that we did, and I can't

4     recall if we did those after the Savannah River project

5     was completed.

6          Q     Okay.  So let's just talk about Rocky

7     Flats and Savannah River.  If you went to one of these

8     team meetings and you discussed both Rocky Flats and

9     Savannah River at the meeting, how did you do your

10    expenses?

11         A     The way I would do the expenses was

12    if -- if a complete day or two -- two of the days was

13    spent on one project, I would put a portion out, the

14    expenses associated with those two days we worked on

15    that project.

16         Q     Okay.  Can you tell me at the present

17    time what contracts Cascade Scientific, Inc., has.

18         A     Currently -- currently, we don't -- I

19    don't -- no.  Not -- Cascade Scientific does not have

20    an active contract with Risk Assessment Corporation for

21    the Las Alamos project that we're doing.  It's in

22    negotiation.  And there's been a lapse between the

23    completion of the first phase and the starting of the

24    second phase.

25              Otherwise, the other contract I have is

CARPENTER REPORTING, INC.
(303) 752-1200

                                                    15
* ROUGH DRAFT *

1     with Risk Assessment Corporation related to the Rocky

2     Flats dose reconstruction project.  A small contract

3     there.

4          Q     Does Cascade Scientific, Inc., have any

5     other contracts at the present time?

6          A     Not currently.

7          Q     Okay.  Can you tell me what your small

8     project for Rocky Flats dose reconstruction is?

9          A     That is -- that has been in relation to

10    describing the work that we did -- that I did in

11    relation to the Rocky Flats dose reconstruction

12    project.

13         Q     And is that for the law firm of

14    Kirkland & Ellis?

15         A     As I understand it, it's for Dow

16    chemical.

17         Q     Are you being paid -- do you know who's

18    paying your bill?

19         A     I -- I don't know for sure.  I

20    understand -- risk a -- I submit my bill to Risk

21    Assessment Corporation or Cascade Scientific submits

22    its bill to Risk Assessment Corporation, and I

23    understand that Risk Assessment Corporation submits it

24    to Dow chemical.

25         Q     Do they submit it to Dow Chemical or the

CARPENTER REPORTING, INC.
(303) 752-1200

16
* ROUGH DRAFT *

1     law firm of Kirkland & Ellis?

2               MR. KURTENBACH:  Asked and answered.

3          A     I -- I haven't seen the -- I have not

4     seen the actual invoices myself, so it's just my

5     understanding it was Dow Chemical as opposed to the law

6     firm.

7           Q    (BY MS. ROSELLE)  Is it your

8      understanding you're doing any work for Rockwell

9      International?

10          A    I actually -- I don't know.

11          Q    When did you begin working on this

12     project?

13          A    I think it was about one month ago.

14     Possibly two months ago.

15          Q    Was that the first time that you knew

16     that RAC was doing any work for Dow Chemical?

17          A    No.  I -- my -- I -- John Till had

18     commented that he -- he was -- he had been asked to

19     describe the work that Risk Assessment Corporation had

20     done in connection with the Rocky Flats work for that

21     company.

22          Q    And when did you first hear that?

23          A    I really don't recall well, but I think

24     it was about a year ago.  But I am not -- I really am

25     not sure.

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                   17
                        * ROUGH DRAFT *

1           Q    Were you ever told that John Till had

2      submitted an expert report in the litigation of Cook

3      versus Rockwell?

4           A    Yes.

5           Q    And when were you told that?

6           A    I -- it was some number of months ago,

7      but I -- I really don't remember exactly --

8              Q    When did you first --

9              A    -- when.

10             Q    Did you ever look at the report that he

11     submitted?

12             A    I did not look at the report that he

13     submitted.

14             Q    As we sit here today, you've never

15     looked at the report he submitted?

16             A    I -- I actually looked at it -- I saw it

17     last night.

18             Q    And what was the context in which you

19     saw it last night?

20             A    I just -- I realized he had actually

21     given me the report earlier and I -- but I had not

22     looked at it.

23             Q    Did you look at it last night?

24             A    Not in any detail.

25             Q    Okay.  Why did you look at it last

                    CARPENTER REPORTING, INC.
                      (303) 752-1200

                                                18
                        * ROUGH DRAFT *

1      night?

2              A    Because I realized it had been mentioned

3      and talked about and so I -- I just skimmed through it.

4              Q    But it's your testimony that until last

5      night, you had never looked at John Till's expert

6      report in this case; is that correct?

7              A    That is correct.

8          Q    How much are you being paid to testify

9     here today?

10              MR. KURTENBACH:  Form and foundation.

11         A    What exactly -- I don't quite understand

12    what you mean by that.

13         Q    (BY MS. ROSELLE)  Well, you're being

14    paid for your time today; correct?

15         A    I hope so.

16         Q    And how much are you being paid?

17              MR. KURTENBACH:  Same objection.

18         A    The -- the hourly rate is -- I believe

19    it's $150 per hour.

20         Q    (BY MS. ROSELLE)  And when did you first

21    come to Denver this week?

22         A    On Monday afternoon, evening.  Monday

23    evening, I arrived here.

24         Q    And is it your understanding that you're

25    being paid at an hourly rate for all of the time you've

                   CARPENTER REPORTING, INC.
                       (303) 752-1200

                                              19
                        * ROUGH DRAFT *

1     spent working on this project this week?

2          A    Yes.  That's my understanding.

3          Q    Okay.  And is that at the hourly rate of

4     $150 an hour?

5          A    That is correct.

6          Q    And it's your understanding that you're

7     being paid by RAC who's receiving the money from Dow

8      Chemical?

9              A     That is my understanding.

10             Q     Did you ever discuss with John Till or

11     anyone else whether or not you had a conflict of

12     interest in testifying on behalf of the defendants in

13     this case after doing work for the State of Colorado?

14                   MR. KURTENBACH:  Object to the form of

15     the question.  Conflict of interest.

16             A     I --

17                   MR. KURTENBACH:  Could I have it read

18     back please.

19                   (The referred-to question was read by

20     the reporter.)

21             A     I --

22                   MR. KURTENBACH:  I also object to "on

23     behalf of defendants."

24             A     I was -- we -- I recall that we talked

25     about getting involved in any litigation work.  It's

                   CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                        20
                       * ROUGH DRAFT *

1      not my understanding that we are testifying on behalf

2      of whoever you said the defendants were.  It was my

3      understanding -- it is my understanding that I am --

4      I'm involved in this case to describe the project that

5      we did for the citizens of Colorado.

6              Q     (BY MS. ROSELLE)  And you understand

7      that you're testifying on behalf of the defendants;

8      correct?

9                   A    I --

10                       MR. KURTENBACH:   Object -- I object to

11    the form of the question.   "Testifying on behalf of

12    defendants."   You can answer if you understand it.

13           A    What does "on behalf of" mean?

14           Q    (BY MS. ROSELLE)   You're being called to

15    the witness stand by the attorneys for Dow Chemical

16    Company and Rockwell International; isn't that correct?

17           A    As I understand it, it is that group

18    that will be calling me to the witness stand.

19           Q    And it's that group that's paying you to

20    testify, isn't it?

21                       MR. KURTENBACH:   Object to the form of

22    the question.   Did you list her as a witness?

23                       MS. ROSELLE:   This is my deposition.   I

24    don't have to answer your questions.

25           Q    (BY MS. ROSELLE)   Could you answer my

                       CARPENTER REPORTING, INC.
                            (303) 752-1200

                                                       21
                          * ROUGH DRAFT *

1    question?

2           A    Yes.

3           Q    Yes, you can answer, or yes is your

4    answer?

5                       MR. KURTENBACH:   Let me have -- yes, she

6    can answer it.   Let me have the question read back, the

7    one that's substantive.

8                       (The referred-to question was read by

9        the reporter.)

10               A    Yes.  It is the Kirkland & Ellis and Dow

11       Chemical group that are paying me.

12               Q    (BY MS. ROSELLE)  To testify?

13               A    To testify, to be present in the

14       courtroom, yes.

15               Q    And you understand that the plaintiffs

16       in the lawsuit are residents of the State of Colorado?

17                    MR. KURTENBACH:  Object to the form of

18       the question.

19               A    I understand that the plaintiffs are a

20       class of people who live in Colorado.  Yes.

21               Q    (BY MS. ROSELLE)  Now, you say you

22       recall talking about getting involved in any litigation

23       work.  Who did you have those discussions with?

24               A    I had discussions with John Till and I

25       seem to remember some of the other team members, as

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                    22
                          * ROUGH DRAFT *

1        well.

2                Q    When did you have these discussions with

3        John Till?

4                A    I do not remember precisely when we

5        had -- when we had those conversations.

6                Q    Can you give me a year?

7                A    I can try.  I believe it was last year

8        or the year before.

9                Q    And what do you remember of the

10    conversations?

11            A    I remember -- I -- I really don't

12    remember the conversations well.  I just remember that

13    we talked about getting involved in any legal work.

14            Q    Did you discuss that, by getting

15    involved in legal work, it would provide some income to

16    RAC and to the individual scientists?

17            A    I don't believe that that was a topic of

18    the discussions.

19            Q    What do you believe the topics of the

20    discussion were?

21            A    I believe it was a question of how to

22    make sure that we could maintain our independence, that

23    we could present the work exactly as we had done it,

24    and as we were not familiar with any legal sides or

25    aspects to work, we -- we just discussed -- discussed

                    CARPENTER REPORTING, INC.
                         (303) 752-1200

                                                    23
                         * ROUGH DRAFT *

1     the -- that topic.

2             Q    And did you reach any conclusions?

3             A    We concluded that we would be able to

4     describe the work, the results, the study that we had

5     done for Rocky Flats exactly the way we had done it

6     without any pressure to change or modify anything we

7     had found, and as a result, felt confident to be

8     involved in this process.

9             Q    Did you consult with any lawyers before

10      you reached that conclusion?

11              A    Well, as I recall, we -- we-we must

12      have -- we must have been -- had some discussions or

13      John Till had had some discussions about becoming

14      involved in -- in this project.

15              Q    And what do you recall of those

16      discussions?

17              A    I thought I had just told you what I'd

18      recalled from them.

19              Q    Okay.  Did John Till tell you he had

20      talked about to some lawyer, about having -- being able

21      to maintain his independence while accepting money to

22      testify on behalf of the defendants?

23                  MR. KURTENBACH:   Form and foundation.

24      Mischaracterizes her testimony.

25              A    All I recall is that John Till had said

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                    24
                    * ROUGH DRAFT *

1       that he'd been asked to dis -- to testify about the

2       work that RAC had done for Rocky Flats, that he had

3       talked to the attorneys, and when we discussed it

4       between ourselves, if I recall correctly, we -- we felt

5       assured that we could describe our results, the

6       project, and the process that we had followed

7       accurately.

8               Q    (BY MS. ROSELLE)  And the attorneys that

9       you understood John Till had been talking to were the

10      attorneys at Kirkland & Ellis?

11          A    I believe so.  I believe it was Doug

12    Poland.

13          Q    Did you at any time talk to anyone at

14    the Colorado Department of Health and tell them that

15    after they had paid RAC over $5 million, you were now

16    going to testify on behalf of the defendants in court?

17               MR. KURTENBACH:  I object to the

18    question.  Form and foundation.

19          A    I did not contact anybody at the

20    Colorado Department of Health.

21          Q    (BY MS. ROSELLE)  Did you suggest to

22    John Till that it might be appropriate to contact

23    somebody at the Colorado Department of Health before

24    accepting money from the defendants in this litigation?

25               MR. KURTENBACH:  Same objections.

                CARPENTER REPORTING, INC.
                    (303) 752-1200

                                                25
                     * ROUGH DRAFT *

1           A    I don't believe I did talk to him about

2     that.

3           Q    (BY MS. ROSELLE)  Did you talk to anyone

4     else about that?

5                MR. KURTENBACH:  Same objections.

6           A    I don't believe so.

7           Q    (BY MS. ROSELLE)  Okay.  Now, you came

8     to town, you said, Monday night.  Okay.  How -- tell me

9     all of the time you have spent with lawyers from

10    Kirkland & Ellis or Doug Poland since you arrived in

11    Denver Monday night.

12            A    When I arrived Monday night, I arrived

13    here downtown at the Marriott Hotel at about -- hmm --

14    8:30, 8:45.  I don't recall exactly.  I drove in by

15    taxi with John Till whose flight, coincidentally, was

16    delayed despite coming from the other side of the

17    country.  We had not eaten, so we went to dinner.  And

18    we gave -- I gave Doug Poland a telephone call to let

19    him know that we had just arrived.  He said he'd not

20    eaten dinner, so we ate dinner together.

21                I believe we were together for about one

22    hour, eating dinner together.  And then we parted.

23                We met again -- I met again in the

24    morning at approximately 9:00 in the morning.  We -- we

25    spent some time in meetings.  I do not recall exactly

CARPENTER REPORTING, INC.
(303) 752-1200

26

* ROUGH DRAFT *

1    how many hours the meetings took, whether attorneys

2    were present or -- well, I recall that attorneys were

3    not present the entire time, but roughly speaking, I

4    think we finished at about -- hmm -- I don't recall

5    exactly.  7:00 in the evening.  Possibly 8.

6            Q    Where did you meet?

7            A    We met in the offices that Kirkland &

8    Ellis are using while they're here in Denver.

9            Q    And what attorneys did you see during

10    Tuesday?

11            A    During Tuesday, Doug Poland, Doug

12   Kurtenbach, I believe that was -- those were the two

13   attorneys that we saw.

14         Q    Okay.  Wednesday, how long did you meet

15   Wednesday?

16         A    Witness, I think we met -- hmm -- around

17   8 or 8 -- I think about 8:00 and generally had meetings

18   all -- were generally together till about -- probably

19   till about 8 in the evening again.  I -- I really don't

20   recall exactly.

21         Q    What attorneys were there Wednesday?

22         A    On Wednesday, some of the time, Doug

23   Poland was there.  Some of the time, Doug Kurtenbach.

24   There was another attorney that we met whose name was

25   Jane Page, I think.  I hope I've got it correct.  And

CARPENTER REPORTING, INC.
(303) 752-1200

27

* ROUGH DRAFT *

1    we also met David Bernick for a short while.

2         Q    What did you discuss when Mr. Bernick

3    was present?

4         A    What did we discuss?  He asked some

5    questions, some scientific questions of me.

6         Q    Do you remember any of the questions you

7    were asked?

8         A    Hmm.  He asked me a question about --

9    oh, epidemiology.

10        Q    Do you remember what the question was?

11        A    I don't recall the question precisely.

12      It was to do with statistical -- statistical aspects of

13      epidemiological studies.

14              Q    Do you remember what you told him?

15              A    I do not recall exactly what I told him,

16      but I answered -- I recall that I answered his question

17      as clearly as I could.

18              Q    Okay.  Yesterday, did you meet with

19      anyone?

20              A    Yesterday, I met with you, Ms. Roselle,

21      and -- is it Mr. Sorensen, as I participated or --

22      not -- I did not participate.  As I observed the

23      deposition of John Till.  I met with Doug Poland.  I

24      met very briefly Doug Kurtenbach between times.  And

25      that was it.

CARPENTER REPORTING, INC.
(303) 752-1200

28

* ROUGH DRAFT *

1              Q    Now, when you say you met with

2      Mr. Sorensen and myself, you mean you were present in

3      the depo where we were here; correct?

4              A    That is correct.

5              Q    You've never met with David Sorensen or

6      myself, have you?

7              A    Well --

8              MR. KURTENBACH:  Object to the form.

9              A    I'm sorry if I've misunderstood what is

10      meant by "met."

11              Q    (BY MS. ROSELLE)  But you agree that

12      we -- you've never had a meeting with Mr. Sorensen or

13      with me?

14              A      That is not -- not in this -- not

15      yesterday, no.

16              Q      Have you ever met me before?

17              A      I have met you before.

18              Q      In the courtroom in Hanford?

19              A      In the courtroom at Hanford.

20              Q      When John Till was testifying on behalf

21      of the defendants; right?

22              A      When John Till was --

23                     MR. KURTENBACH:  I object to the form of

24      the question.  Could I have it read back, please.

25                     (The referred-to question was read by

CARPENTER REPORTING, INC.
(303) 752-1200

                                                    29
                     * ROUGH DRAFT *

1       the reporter.)

2                      MR. KURTENBACH:  You can answer.

3               A      I met you at the courtroom before

4       anybody was testifying.  Before it was -- it was in the

5       morning before proceedings were beginning.

6               Q      (BY MS. ROSELLE)  Okay.  And during

7       those proceedings, John -- John Till took the stand,

8       was called to the witness stand by Dupont's lawyers

9       from Kirkland & Ellis; correct?

10                     MR. KURTENBACH:  Foundation.

11              A      Yes.  I believe that's correct if we've

12      got the right attorneys and firms there, yes.

13          Q     (BY MS. ROSELLE)  You understand that

14     the lawyers that were representing Dupont and Hanford

15     are the same law firm that are representing Dow and

16     Rockwell at Rocky Flats?

17          A     Yes, I understand that.

18          Q     Okay.  And before yesterday, you had

19     never seen David Sorensen, had you?

20          A     That is correct.

21          Q     Okay.  Let's go back to the work that

22     you've done for RAC.  When did you first become a

23     contractor to RAC?

24          A     If I recall correctly, I first became a

25     contractor to RAC in the fall of 1992.

CARPENTER REPORTING, INC.
(303) 752-1200

30
* ROUGH DRAFT *

1          Q     How did you hear about RAC?

2          A     I heard about RAC during some

3     international conferences and studies that I was

4     involved in when I lived and worked in Switzerland.

5          Q     So you were moving to the United States

6     because you were getting married, and you were looking

7     for a way to do some work in the United States and

8     heard about RAC; is that correct?

9                MR. KURTENBACH:  Form.  Foundation.

10          A     In a general sense, that's correct.

11          Q     (BY MS. ROSELLE)  Had you ever met John

12     Till prior to the time you became a contractor to RAC?

13          A     Yes.  I had met John Till before a

14      contract was established.

15              Q    Okay.  Was that in relation to

16      establishing a contract, or was that at some scientific

17      meeting?

18              A    I had never met John Till at a

19      scientific meeting.  I -- I met John Till for like an

20      interview when I first came to the country.

21              Q    And did John Till suggest to you that

22      you set up a corporation that you could put the money

23      through?

24                   MR. KURTENBACH:  Form.  Foundation.

25              A    I don't believe John Till suggested how

CARPENTER REPORTING, INC.
(303) 752-1200

31

* ROUGH DRAFT *

1      I should organize my businesses.

2              Q    (BY MS. ROSELLE)  Why did you set up a

3      corporation?

4              A    Because I was establishing a scientific

5      business.

6              Q    Is it a Subchapter S corporation?

7              A    I believe it is, but I am not familiar

8      with all the nuances of incorporating, so I'm not sure.

9              Q    Now, can you tell me, of the money that

10      was paid to RAC for the Rocky Flats dose reconstruction

11      study, how much of that money you received through

12      Cascade Scientific, Inc.?

13                   MR. KURTENBACH:  Form and foundation.

14          A    I could tell you if I had my records

15     here or was able to look through them.  But, sitting

16     here right now, I cannot give you a number.

17          Q    (BY MS. ROSELLE)  Can you give me an

18     approximation?

19          A    I would prefer not to because I don't

20     have a good way to estimate it.  I've never looked at

21     that statistic.

22          Q    How much money on an annual basis do you

23     get from RAC?

24          A    The amount of money I get on an annual

25     basis varies, depending on the amount of work I do.

                    CARPENTER REPORTING, INC.
                         (303) 752-1200

                                                      32
                         * ROUGH DRAFT *

1          Q    Well, give me the range of how much

2     you've received.

3          A    The range.  I would estimate that it

4     ranges from possibly around $70,000 per year up to, I

5     would say, about $130,000 per year.

6          Q    Has Cascade -- I'm sorry, Cascade

7     Scientific, Inc., had any contracts that were -- did

8     not involve RAC since you established Cascade

9     Scientific in 1992?

10          A    Yes.

11          Q    Okay.  What other projects has Cascade

12     Scientific had?

13          A    Cascade Scientific has had a number of

14     contracts with an organization called NAGRA.  That is

15        in Switzerland.  Those contracts were to provide --

16        well, technical scientific support to that

17        organization.

18                Q    Any other contracts that Cascade

19        Scientific has had?

20                A    Cascade Scientific has had some

21        contracts with an organization in the United Kingdom.

22                Q    And what's the name of that

23        organization?

24                A    Enviros and Intera.

25                Q    Any other contracts that Cascade

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        33
                        * ROUGH DRAFT *

1        Scientific has had?

2                A    With -- oh, yeah.  A contract with CH2M

3        Hill.

4                Q    Does that involve Hanford?

5                A    That involved Hanford.

6                Q    What did you do for them there?

7                A    In that case, I was on a panel of

8        experts to review the performance assessment for

9        closure of the high-level waste tanks.

10                Q    Any other contracts that Cascade

11        Scientific has had?

12                A    There may have been a couple, but I

13        do -- I can't -- I don't remember any more at the

14        moment.

15          Q    Okay.  Now, Dr. Till testified yesterday

16    that RAC has had and does have three contracts with

17    Kirkland & Ellis:  One for Rocky Flats litigation, one

18    for Hanford litigation, and one for some other

19    litigation.  Can you tell me which of those three

20    litigations you have worked on on behalf of RAC?

21              MR. KURTENBACH:  Object to the form of

22    the question.  Foundation.  Could I have it read back,

23    please.

24              (The referred-to question was read by

25    the reporter.)

CARPENTER REPORTING, INC.
(303) 752-1200

34

* ROUGH DRAFT *

1          A    I have worked on all three of those

2    litigations, although I wasn't -- I'm not sure that

3    they were all contracts with Kirkland & Ellis.

4          Q    (BY MS. ROSELLE)  Okay.  What did you do

5    with regard to the Hanford litigation?

6          A    For the Hanford litigation, I helped in

7    preparing an expert report that presented doses for

8    defendants.  No.  For -- for individuals who were the

9    plaintiffs, I assume.

10         Q    And did you also help in preparing

11    Dr. Till for his testimony in court?

12         A    I was present with Dr. Till before he

13    gave his testimony in court and helped in the sense of

14    going over the calculations and the methods that we had

15    used.

16          Q      Were you present when Dr. Till met with

17     lawyers from Kirkland & Ellis to prepare his testimony?

18               MR. KURTENBACH:  Form and foundation.

19          A      I was present some of the time that

20     Dr. Till was there, preparing for his testimony.

21          Q      (BY MS. ROSELLE)  And how much money

22     have you received from RAC for the work you did in the

23     Hanford litigation?

24          A      I do not know exactly how much I

25     received.  I have not looked at those numbers.

                                                      35
                          * ROUGH DRAFT *

1           Q      Can you give me an estimate?

2           A      I can give you an estimate, but it would

3      have a large uncertainty about it, but I would say --

4      hmm -- possibly $15,000.  I really am not sure.

5           Q      Okay.  Now, in the litigation -- the

6      litigation for Kirkland & Ellis that I don't have the

7      name for --

8           A      Uh-huh.

9           Q      -- can you tell me how much work you've

10     done in that case?

11          A      I have not done much work in that case.

12          Q      Do you know how much you've been paid in

13     that case?

14          A      I believe it's a few thousand dollars.

15          Q      Okay.  And can you tell me how much

16    money you've received to date in the Rocky Flats

17    litigation?

18          A    I don't -- I have invoiced, I believe --

19    I don't believe I've actually received any payment.

20          Q    How much have you invoiced?

21          A    I don't know exactly, but I would

22    estimate it might be about $5,000.

23          Q    And what work did you do for that money?

24          A    Actually, I'd like to -- oh.  Yeah.

25    Perhaps that is the right amount.  The work that I did

CARPENTER REPORTING, INC.
(303) 752-1200

36
* ROUGH DRAFT *

1     for that is -- was I came out to Denver about a month

2     or so ago.  I did some work in my office reviewing dose

3     calculations that we had made.  And the time -- I will

4     invoice for the time I've been here.

5           Q    When you came to Denver about a month

6     ago, who did you meet with?

7           A    As I recall, I met with Doug Poland and

8     Doug Kurtenbach.

9           Q    And how long was that meeting?

10          A    I think it was a day and a half, but I'm

11    not absolutely sure.  I don't recall exactly.

12          Q    Okay.  Who else was present?

13          A    John Till was present.

14          Q    Was Kathleen Meyer here?

15          A    No.  Kathleen Meyer was not present.

16          Q    Was Paul Voilleque here?

17          A    No.  Paul Voilleque was not present.

18          Q    What did you discuss with -- during that

19   day and a half?

20          A    I do not recall exactly what all the

21   topics were that we discussed, but, in general, we

22   discussed the findings of our study, we discussed the

23   dose calculations that we were making for this case.

24          Q    You mean these dose calculations for

25   real people as opposed to hypothetical people?

CARPENTER REPORTING, INC.
(303) 752-1200

37

* ROUGH DRAFT *

1          A    We did not --

2               MR. KURTENBACH:  Object to the form and

3   foundation.  Go ahead.

4          A    Sorry.  The dose calculations that we

5   made were not specific to any individual.

6          Q    (BY MS. ROSELLE)  Were these new dose

7   calculations as opposed to what appear in your 1999 RAC

8   report?

9               MR. KURTENBACH:  Form and foundation.

10         A    The dose calculations that we made took

11   the calculations that we had made in 1996 for the

12   concentrations in air and soil in locations throughout

13   the model domain and calculated, then, the doses for

14   those.

15         Q    (BY MS. ROSELLE)  Okay.  So these were

16   new calculations that had not been done prior to about

17    a month and a half ago?

18              MR. KURTENBACH:  I object to the form

19    and to the foundation.  Mischaracterizes her prior

20    testimony.  Could I have the question read back,

21    please.

22              (The referred-to question was read by

23    the reporter.)

24              MR. KURTENBACH:  I'm sorry.  I asked the

25    wrong thing.  Can I have the previous answer read back?

CARPENTER REPORTING, INC.
(303) 752-1200

                                                    38
* ROUGH DRAFT *

1              MS. ROSELLE:  If you continue to burn up

2    my time, then I'm going to ask the judge for more than

3    seven hours.

4              MR. KURTENBACH:  That's fine.  I think

5    you just got an answer to your question and now you

6    asked her the same question again.

7              MS. ROSELLE:  No.  I didn't get an

8    answer to my question.

9              MR. KURTENBACH:  I wrote down your

10    previous question and she just reread the question.

11    It's exactly the same question.

12         Q    (BY MS. ROSELLE)  Were these new

13    calculations that were done for the first time within

14    the last few months?

15              MR. KURTENBACH:  Same objection.

16         A    The doses that were calculated had not

17    been presented before.

18          Q     (BY MS. ROSELLE)   And have they been

19     presented anywhere now?

20          A     I have seen a histogram that presents

21     them.

22          Q     And where did you see that histogram?

23          A     On a slide projector over in the offices

24     of Kirkland & Ellis here in Denver.

25          Q     And do you have an understanding of when

                   CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                    39
                        * ROUGH DRAFT *

1      that histogram is going to be used in court?

2           A     I have no understanding of that.

3           Q     Did you have any discussion with anyone

4      about why those dose calculations were done?

5           A     It was my understanding the dose

6      calculations were done to provide an example of the

7      types of doses that would be represented by members in

8      the class area.

9           Q     Do you know what assumptions were made

10     in those dose calculations as far as when people lived

11     there?

12          A     I believe the assumptions that were made

13     in the calculations reflected the time the -- the time

14     a person moved in to the class area, up through 1989.

15          Q     Well, what assumptions were made about

16     when people moved into the class area?

17          A     That it reflected the time when the

18      property was purchased.

19              Q     And what assumptions were made as to

20      when the property was purchased?

21              A     As I understand it, the assumptions --

22      the assumptions that were made was that a database of

23      the class of property owners from the plaintiffs was

24      used, and the assumption was that that database

25      accurately reflects the time the -- the purchase time

CARPENTER REPORTING, INC.
(303) 752-1200

40

* ROUGH DRAFT *

1       of the individuals in the property class.

2               Q     Well, how many dose calculations were

3       made?

4               A     I believe it is approximately 12,000

5       dose calculations.

6               Q     And who made 12,000 dose calculations?

7               A     Risk Assessment Corporation.

8               Q     And who at Risk Assessment Corporation

9       made 12,000 dose calculations?

10              A     Art Rood.

11              Q     It's your understanding he made all of

12      those within the last couple months?

13              MR. KURTENBACH:  Object to the form of

14      that and foundation.

15              A     Yes.  It's my understanding that the

16      doses for those -- for representative individuals who

17      purchased property and were class members for a

18      representative individual for those was made in the

19      last couple of months.

20              Q    (BY MS. ROSELLE)  Were all 12,000 dose

21      calculations made in the last couple of months?

22              MR. KURTENBACH:  Same objection.  I

23      think it mischaracterizes her previous testimony with

24      respect to what was used to make them.

25              A    The -- the dose calculations that were

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                    41
                          * ROUGH DRAFT *

1       made took the calculations that had been made

2       through -- through 1999 when the dose reconstruction

3       was completed.  It took the files with the results of

4       the concentrations in the environmental media

5       throughout the model domain, the study area that was

6       considered.  It took those calculations and combined

7       that, then, with information about the class members to

8       generate doses for those -- for -- hypothetical

9       individuals for those -- that -- that reflect the class

10      members.

11              Q    (BY MS. ROSELLE)  How many dose

12      calculations were made?

13              MR. KURTENBACH:  Form and foundation.

14              A    As I said before, I believe 12,000 dose

15      calculations were made.

16              Q    (BY MS. ROSELLE)  I hand you what's been

17      marked for identification purposes as Grogan Deposition

18      Exhibit 2, and ask you if that's a true and correct

19      copy of the information on the RAC team website about

20      you.

21              A       I believe this is not completely up to

22      date.

23              Q       Okay.  What --

24              A       But the --

25              Q       What is missing?

                        CARPENTER REPORTING, INC.
                            (303) 752-1200

                                                        42
                            * ROUGH DRAFT *

1               A       It doesn't seem to mention the work that

2       I've been involved with over the last 18 months in

3       relation to the Los Alamos site.

4               Q       And that's that you've done for RAC?

5               A       That is work that I've done for RAC.

6               Q       Okay.  Other than that, is it up to

7       date?

8               A       I -- I have a feeling that because it

9       says at the bottom, updated June 2003, that it probably

10      has some other things missing, too.  Oh, I've just

11      thought of one.  Is recently, I have just started to

12      work on a National Academy of Sciences committee.

13              Q       And what committee is that?

14              A       It's -- it's reviewing -- it's -- it's a

15      review committee to look at the studies performed by

16      the CDC, NIOSH, and ATSDR, the worker studies and in

17      fact, also, the dose reconstruction studies that

18      resulted from the memorandum of understanding.

19              Q       Did you disclose when you were named to

20    the NAS committee that you're doing work on behalf of

21    defendants in litigation?

22                    MR. KURTENBACH:  Form and foundation.

23         A    I believe I disclosed all of the work

24    that I've done.

25         Q    (BY MS. ROSELLE)  Did you specifically

CARPENTER REPORTING, INC.
(303) 752-1200

43
* ROUGH DRAFT *

1    list that you were acting as a consult -- as a witness

2    in litigation?

3                    MR. KURTENBACH:  Same objections.

4         A    I think I did, yes.

5         Q    (BY MS. ROSELLE)  Okay.  And who did you

6    disclose this to?  What was the name of the person?

7         A    It was Rick Jostes with the National

8    Academy of Sciences.

9         Q    Do you know how to spell Jostes?

10        A    J-o-s-t-e-s.

11        Q    Do you know where he's located?

12        A    Washington, D.C.

13        Q    Do you have a phone number for him?

14        A    I could find a phone number for him.

15        Q    Do you know the name of the department

16    he's in?

17        A    I don't recall the name.  You probably

18    can find it on the website.

19        Q    And website is that?

20          A    I believe it's -- there's two names that

21     go together.  National Academy of Sciences and

22     something else, and I can't bring it to mind right now.

23          Q    Well, if you bring it to mind while

24     we're here, will you tell me?

25          A    I will.

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                      44
                        * ROUGH DRAFT *

1          Q    Anything else that you recall that is

2     not on this Exhibit 2?

3               MR. KURTENBACH:  Can -- did you get a

4     copy -- I sent over a copy of her C.V.

5               MS. ROSELLE:  No, we did not.

6               MR. KURTENBACH:  I sent it yesterday.

7               MS. ROSELLE:  To whom?

8               MR. KURTENBACH:  To you.  And then to

9     the broader group, saying this may help you in your

10     deposition of Dr. Grogan.

11               MS. ROSELLE:  Did you bring it with you?

12               MR. KURTENBACH:  It was e-mailed with

13     two PDF's attached.

14               MS. ROSELLE:  I didn't get it, but my

15     e-mail is not working right.

16               MR. SORENSEN:  I didn't get it.

17               MR. KURTENBACH:  Well, we can see what

18     we can do at a break.  Actually, I have to take a break

19     pretty quickly here bathroom-wise, please.

20               MS. ROSELLE:  We can take a break now,

21     if you want.

22                    (There was a recess taken from 10:23

23     a.m. to 10:32 a.m.)

24          Q    (BY MS. ROSELLE)  Dr. Grogan, after John

25     Till's deposition yesterday, did you meet with anyone

CARPENTER REPORTING, INC.
(303) 752-1200

                                          45
* ROUGH DRAFT *

1     to discuss it?

2          A    No.  I did not meet to discuss it --

3          Q    Did you --

4          A    -- with anyone.

5          Q    -- discuss it with anyone?

6          A    We had dinner together yesterday

7     evening.

8          Q    And who is "we"?

9          A    John Till, Kathleen Meyer, myself, Doug

10    Poland, and Doug Kurtenbach.

11         Q    And did the subject of John Till's

12    deposition come up during dinner?

13         A    Yes.  There was -- the subject came up.

14         Q    And what was discussed?

15         A    Generally, what was discussed more was

16    just being pleased that it was over, making me feel bad

17    because they were drinking wine and I didn't.

18         Q    Did you meet with anyone this morning?

19         A    I met for five minutes with Doug

20    Kurtenbach to walk across here together.

21          Q     Have you been given any trial testimony

22     to review?

23                MR. KURTENBACH:   Object to the form and

24     foundation.

25          A     What exactly do you mean by "trial

CARPENTER REPORTING, INC.
(303) 752-1200

46

* ROUGH DRAFT *

1     testimony"?

2          Q     (BY MS. ROSELLE)   Testimony that

3     witnesses have given in trial.

4          A     I have been provided with a CD that

5     contains transcripts of some trial testimony.

6          Q     And have you reviewed that CD yet?

7          A     I have read through two.

8          Q     Which two?

9          A     I read through the testimony that Thomas

10     Cochran made, and I read through the testimony of Steve

11     Wing, and I looked briefly at the testimony of -- is it

12     Robert Goble?

13          Q     Yes.

14          A     That's -- those are the only files that

15     I opened.

16          Q     Okay.  With regard to Steve Wing, did

17     you review the entire trial testimony?

18          A     With regard to Steve Wing, I read

19     through the statements and questions that were made

20     once through in its entirety.

21          Q     And did you see anything in Steve Wing's

22    testimony that you disagreed with?

23        A    I --

24             MR. KURTENBACH:   Form and foundation.

25        A    I don't recall exactly what statements I

CARPENTER REPORTING, INC.
(303) 752-1200

47
* ROUGH DRAFT *

1    disagreed with, but I don't think I would -- I -- I

2    wasn't looking at it when I read through in the sense

3    of what would I have said or what would I think about

4    that.  I just -- I just read it through once.

5        Q    (BY MS. ROSELLE)  Did you see anything

6    in Steve Wing's testimony that you thought was

7    incorrect?

8             MR. KURTENBACH:   Same objections.

9        A    I believe I did not think all the

10    statements that I would characterize them the way he

11    did, but I don't recall the details.

12        Q    (BY MS. ROSELLE)  Do you recall anything

13    that you read in Steve Wing's testimony that, as you

14    sit here today, you can say was incorrect?

15             MR. KURTENBACH:   Same objections.  Plus

16    asked and answered.

17        A    As I sit here today, it's -- it was -- I

18    do not recall any statement specifically that I thought

19    was incorrect.

20        Q    (BY MS. ROSELLE)  Now, with regard to

21    Dr. Cochran's testimony, do you recall any statement

22    that you read in Dr. Cochran's testimony that you --

23    that was incorrect?

24                    MR. KURTENBACH:  Form and foundation.

25         A    If I'm recalling the testimony that I

CARPENTER REPORTING, INC.
(303) 752-1200

48
* ROUGH DRAFT *

1    read over a week ago correctly, I believe I did not

2    think it was correct when he had made statements about

3    how much larger RAC's estimates were for releases

4    from -- from routine releases, I believe it was, as

5    compared to ChemRisk's.

6         Q    (BY MS. ROSELLE)  Okay.  Other than

7    that, was there anything in Dr. Cochran's testimony

8    that you thought was incorrect?

9                    MR. KURTENBACH:  Same -- same

10   objections.

11        A    Again, if my memory serves me well, it

12   seemed that Dr. Cochran made some statements about

13   risks continuing at the same level for something

14   like -- was it 45, 42 or was it 24 -- my numbers -- I'm

15   not recalling, but for many thousand years into the

16   future about risks continuing at that level.  That's

17   one that I recall thinking I don't believe that's

18   correct.

19        Q    (BY MS. ROSELLE)  And why don't you

20   believe that's correct?

21        A    Because the risks that were calculated

22   were for concentrations in the atmosphere and those

23    concentrations would have to remain constant at the

24    levels that they were when operational releases

25    occurred at the site.

CARPENTER REPORTING, INC.
(303) 752-1200

49

* ROUGH DRAFT *

1          Q     Anything else you read in Dr. Cochran's

2    testimony that you think was incorrect?

3                MR. KURTENBACH:  Same objections.

4          A     I don't recall anything else that --

5    right now that sticks out in my head.

6          Q     (BY MS. ROSELLE)  Okay.  With regard to

7    Dr. Goble, did you see anything in Dr. Goble's

8    testimony that you thought was incorrect?

9                MR. KURTENBACH:  Same objections.

10         A     I don't recall any specific statements.

11         Q     (BY MS. ROSELLE)  That were incorrect?

12         A     That -- that I -- I don't -- I don't

13   recall thinking about statements -- nothing jumped out

14   at me.  I -- I just don't remember.

15         Q     Do you remember -- I don't understand

16   what you're telling me.

17         A     Okay.

18         Q     Are you saying you don't remember what

19   you read, or you don't remember anything that was

20   incorrect in Dr. Goble's testimony?

21         A     I do not remember the statements that

22   were made specifically and so I cannot remember whether

23     I thought they were incorrect.

24          Q     Who else's trial testimony do you have

25     to review?

50

* ROUGH DRAFT *

1          A     I don't believe I have to review any

2     trial testimony, but I have available on that CD, I

3     think, if I can recall the names, there's a Budnitz, a

4     Smallwood, and I don't recall anything else.

5          Q     Have you been told what you're being

6     called to testify about?

7          A     As I -- I have not been told exactly

8     what I'm to testify about.

9          Q     Well, can you tell me generally what you

10    understand?

11         A     My understanding is that I am -- would

12    be called to testify about the work and study that I

13    did as a part of risk assessment -- as a part of the

14    dose reconstruction performed bys Risk Assessment

15    Corporation.

16         Q     And which part of the work and study are

17    you referring to?

18         A     Well --

19              MR. KURTENBACH:   I'll object to form and

20    foundation to the question.

21         A     I was involved in many different aspects

22    of the study.

23         Q     (BY MS. ROSELLE)   Tell me what you're

24    going to talk about.

25                    MR. KURTENBACH:  Same objections.

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        51
                    * ROUGH DRAFT *

1          A    I don't know what I'm going to talk

2     about.  I just -- my understanding is it could be

3     essentially many -- most components of the study.  How

4     it was performed and what we did.

5          Q    (BY MS. ROSELLE)  Can you tell me what

6     your Ph.D. is in?

7          A    My Ph.D. is in radioecology.

8          Q    And it is from the Imperial College of

9     Science and Technology?

10         A    That is correct.  That is part of the

11    University of London in England.

12         Q    And after you got your Ph.D., your first

13    job was with whom?

14         A    My first job was with the Swiss Federal

15    institute for reactor research, which later -- whose

16    name was later changed to the Paul Scherrer Institute.

17    That's S-c-h-e-r-r-e-r.

18         Q    And who funds this institute?

19         A    It is a Federal institute.

20         Q    So the money for it comes from the Swiss

21    Government?

22         A    I would assume so.

23         Q    Does it come from the nuclear power

24      industry?

25              A     No.   I believe it's a Government -- it's

CARPENTER REPORTING, INC.
(303) 752-1200

52
* ROUGH DRAFT *

1      a Federal institute.

2              Q     Okay.   And what was your specific job

3      there?

4              A     My job there, when I first started, my

5      job was to develop and perform the risk assessment

6      capability for modeling the behavior of radioactive

7      materials that might eventually be released into the

8      environment.

9              Q     Did you actually do any risk assessments

10     there?

11             A     Yes.

12             Q     Okay.   For what entities?

13             A     The risk assessments were performed for

14     the Federal institute and related to their high-level

15     waste disposal program that was --

16             Q     How -- how many risk assessments did you

17     actually complete during the time you worked there?

18             A     I do not know.

19             Q     Can you give me an estimate?

20             A     Not really, because I was continually

21     making risk assessment calculations.

22             Q     Did you do anything comparable to what

23     you did at Rocky Flats?   A full dose reconstruction?

24                     MR. KURTENBACH:   Form and foundation.

25          A    There are many aspects of the risk

CARPENTER REPORTING, INC.
(303) 752-1200

53
* ROUGH DRAFT *

1    assessment that are very comparable to the Rocky Flats

2    situation, but there are also some fundamental

3    differences in the sense that the work in Switzerland

4    was modeling and calculating the movement, transport,

5    transfer of radioactivity through the environment out

6    into the future, and in contrast, a dose

7    reconstruction, you're going back into the past.  But

8    the underlying tools are very similar.

9          Q    (BY MS. ROSELLE)  And how long did you

10   work for the institute?

11         A    I think it was just over five years.

12         Q    So that was up until 1989?

13         A    Or thereabouts.

14         Q    Okay.  And when -- and then you went

15   back to England; is that correct?

16         A    Yes.  Then I moved back to the United

17   Kingdom.

18         Q    Okay.  Now, on this Exhibit 2, it

19   says -- and I think this is referring to your work at

20   the institute -- the group's work was largely sponsored

21   by NAGRA.  Is that your work at the institute?

22         A    That was the work at the Federal

23   institute.

24         Q    Okay.  And NAGRA is the Swiss national

25      cooperative for disposal of radioactive waste?

CARPENTER REPORTING, INC.
(303) 752-1200

54

* ROUGH DRAFT *

1           A     That is correct.

2           Q     Okay.  And what is the Swiss national

3     cooperative?  Is that an industry group, or is that a

4     Government agency?

5           A     I believe it's an industry group from --

6     it's the electrical -- the utilities companies.

7           Q     So those -- that would be the nuclear

8     powerplant companies?

9           A     I -- I actually think it was more than

10    just the nuclear power companies.  It was the

11    electrical utility companies.

12          Q     Which included the nuclear power

13    utilities?

14          A     That included the nuclear power.

15          Q     Okay.  Now, when you -- when Exhibit 2

16    says this group's work was largely sponsored by, what

17    do you mean by that?

18          A     It means that they provided some of the

19    funding -- I think it was 50 percent of the funding --

20    for the position at the Federal institute.

21          Q     And other 50 percent came from where?

22          A     The Federal institute.

23          Q     And you say that you actively

24    participated in Biomovs, B-i-o-m-o-v-s.  What is that?

25          A     Biomovs was an international

CARPENTER REPORTING, INC.
(303) 752-1200

55
* ROUGH DRAFT *

1    collaborative exercise that involved many different

2    groups and organizations who modeled and calculated --

3    yeah.  Modeled or developed models to calculate the --

4    the movement and transport of radioactivity through the

5    environment.

6              Q    And what type of entities were part of

7    Biomovs?  Was it Government, public interest groups,

8    industry groups, or all of the above?

9              A    I -- if I recall correctly, it was

10   Government and industry, regulatory groups.  I do not

11   believe there were public interest groups specifically.

12             Q    And this work you did for Biomovs was

13   while you were with the institute; is that correct?

14             A    That is correct.

15             Q    So the only job you had in Switzerland

16   was with the institute; is that correct?

17             A    That is correct.  That was my full-time

18   employment.

19             Q    Okay.  And then you moved back to

20   England.

21             A    That's correct.

22             Q    And there, you took a job for Intera?

23             A    Intera, yes.

24             Q    Okay.  What is Intera?

25             A    Intera was an environmental consulting

CARPENTER REPORTING, INC.
(303) 752-1200

56

* ROUGH DRAFT *

1    agent -- organization.

2              Q    And who did they consult with?

3              A    They consulted with many different

4    groups, both -- both regulator -- I don't -- I honestly

5    do not recall who all they consulted with.  They --

6    they had a broad range of different organizations that

7    they consulted with -- to, for.

8              Q    Okay.  Did they do work for industry?

9              A    Yes.  I believe -- yes.  I believe so.

10             Q    Okay.  And during the time you were

11   there, were the projects that you were working on

12   primarily for industry?

13             A    No.  I don't believe they were

14   primarily --

15             Q    Okay.  Who were the projects that you

16   were working on?

17                  MR. KURTENBACH:  Excuse me.  Were you

18   finished with your answer?  When you said "primarily,"

19   was that the end of your answer?

20                  MS. ROSELLE:  Sure.  Go ahead.

21             A    Sure.  Sorry.  Where did I get to?

22                  (The referred-to answer was read by the

23   reporter.)

24             A    I don't believe primarily for industry.

25   We had work with Radiological Protection Organization

CARPENTER REPORTING, INC.

(303) 752-1200

57

* ROUGH DRAFT *

1    from Sweden, we had work with different regulators.  It

2    really was a -- there was a mix of -- of tasks.  I do

3    not recall all of them.

4              Q    (BY MS. ROSELLE)  And you stayed with

5    Intera until you came to the United States; is that

6    correct?

7              A    That is correct.

8              Q    So, basically, you've had three jobs

9    since you got your Ph.D.:  One with the institute in

10   Switzerland, one with Intera in England, and one with

11   your Cascade Scientific, Inc., corporation?

12             A    That is correct.

13             Q    Okay.  Have you ever held a university

14   appointment?

15             A    No, I have not.

16             Q    Okay.  At the present time, you're not

17   affiliated with any university, are you?

18             A    No, I am not.

19             Q    Okay.  And do you know, is John Till

20   affiliated with any university at the present time?

21             A    I do not know.  I don't believe so, but

22   he has so many different sides, I wouldn't like to say

23   no for sure.

24             Q    Okay.  And to the best of your

25   knowledge, is Kathleen Meyer affiliated with any

CARPENTER REPORTING, INC.
(303) 752-1200

58

* ROUGH DRAFT *

1    University at this time?

2           A    Again, I'm not sure.  I believe she may

3    have some affiliation with Colorado State University,

4    but I -- I really don't know.

5           Q    What about Art Rood?

6           A    I don't believe so.

7           Q    What about Paul Voilleque?

8           A    I don't believe so.

9           Q    What with Warren Sinclair?

10          A    I do not know about Warren Sinclair.  He

11   may well have, although I believe he is retired, but --

12   he may well have.  I really don't know.

13          Q    Prior -- strike that.

14               When were the first risks to the members

15   of the public around Rocky Flats available?  You know,

16   the first dose reconstruction.

17               MR. KURTENBACH:  Object to the question.

18   Form and foundation.

19          A    Are you referring to the risks in the

20   dose reconstruction project?

21          Q    (BY MS. ROSELLE)  I'll rephrase the

22   question.  When was the first time the public was given

23   data of what their risks had been from Rocky Flats, to

24   the best of your knowledge?

25               MR. KURTENBACH:  Same objections.  Form

59
\* ROUGH DRAFT \*

1    and foundation.

2              A    I really don't know.  It's my

3    understanding that, back in the seventies, the public

4    really first became aware of risks.  It might even be

5    before that.  At the time when the Colorado Department

6    of Health established a soil concentration level.

7              Q    (BY MS. ROSELLE)  Was the dose

8    reconstruction that RAC did the first dose

9    reconstruction that had been done for the citizens who

10   lived around Rocky Flats?

11              MR. KURTENBACH:  Form and foundation.

12              A    As I understand it, the dose

13   reconstruction that Risk Assessment did was part of

14   the -- the dose reconstruction project that the

15   Colorado Department of Public Health and Environment

16   direct -- yeah -- oversaw with the Health Advisory

17   Panel.  That that -- that that was designed to be a

18   very thorough, open, transparent, process that would

19   allow all of the information that had been -- that was

20   available to be laid out in a consistent, rigorous

21   manner.

22              Q    (BY MS. ROSELLE)  And when was that

23   information laid out for the public --

24              MR. KURTENBACH:  Same --

25              Q    (BY MS. ROSELLE)  -- when were the doses

CARPENTER REPORTING, INC.
(303) 752-1200

* ROUGH DRAFT *

1   completed?

2               MR. KURTENBACH:  Same objections.  Form

3   and foundation.

4               A    The doses and the risks were first made

5   or calculated.  There was some preliminary estimates in

6   the Phase I by ChemRisk in the study.  As RAC proceeded

7   in Phase II, there were -- there was, I believe,

8   initial risk -- risk -- risk estimates that were made.

9   As soon as any calculations were made, they were

10  presented at the Health Advisory Panel meetings for

11  discussion.

12              Q    (BY MS. ROSELLE)  What year?

13              A    I don't recall what -- when those --

14  the -- I would assume that ChemRisk's calculations were

15  presented, that their first estimates were presented

16  probably in '92.

17              Q    And when were RAC's estimates presented?

18              A    I would guess it was around -- I'm not

19  sure.  It might have been 1996.  I -- I don't recall.

20              Q    Do you recall that the -- that the

21  report was completed in 1999?

22              A    The -- the report was finalized and

23  published in 1999, but earlier drafts and sections and

24  components of the report -- the building blocks for it

25  were -- had been made available as they were developed

CARPENTER REPORTING, INC.
(303) 752-1200

61

* ROUGH DRAFT *

1    through the study.

2              Q    But the final report was not available

3    to the public until 1999; is that correct?

4              A    The final --

5                   MR. KURTENBACH:  Form and foundation.

6              A    The final published report was made

7    available in 1999.

8              Q    (BY MS. ROSELLE)  Have you read BEIR

9    VII?

10             A    I have not read BEIR VII.

11             Q    Have you read BEIR VI?

12             A    I have read -- I have looked at BEIR VI

13   and read it.

14             Q    You haven't even looked at BEIR VII yet?

15                  MR. KURTENBACH:  Object to the form of

16   the question.

17             A    I have not read through the draft copy

18   that's publicly available, no.

19             Q    (BY MS. ROSELLE)  In your risk

20   assessment at Rocky Flats, did you use a linear no dose

21   threshold model?

22                  MR. KURTENBACH:  Object to the form.

23   Foundation.

24             A    Yeah.  I believe we used a linear no

25   threshold -- linear no threshold dose response model.

1          Q     (BY MS. ROSELLE)  And do you, Helen

2     Grogan, believe that that is the correct model to use?

3               MR. KURTENBACH:  Form and foundation.

4          A     I believe that it is the safe, sensible

5     approach to adopt regarding the low doses, but, in our

6     work, we looked at uncertainty in that component for

7     our dose -- well, for our risk estimates.

8          Q     (BY MS. ROSELLE)  Did you, in your

9     review of the literature, find reports that there is a

10    threshold for plutonium risks of 1,000 rem?

11              MR. KURTENBACH:  Form and foundation.

12         A     If I recall correctly, we did review a

13    series of papers that report that threshold, but I do

14    not believe it was for plutonium.  I think those

15    experiments were for radium 226 and radium 228.  And

16    they were for -- in relationship to bone cancers from

17    the -- I think it was the radium dial painters.

18         Q     (BY MS. ROSELLE)  Did you see any --

19    first of all, do you recall the authors of those

20    papers?

21         A     Sitting here right now, I think, if I

22    recall correctly, there was an Evans, I think that was

23    1974.  There might have been a Rowland, et al., and a

24    Mays.  Then there is also a paper by Raabe that

25    addressed that issue.

                                                        63
* ROUGH DRAFT *

1          Q     And that's Otto Raabe, R-a-a-b-e?

2          A     That is correct.  I think there may well

3     be some more papers, but it's really been a while since

4     I was involved with that aspect of the work, so I

5     would -- so, to the best of my recollection right now,

6     that's what I recall.

7          Q     And can you tell me why RAC did not use

8     a threshold of 1,000 rem for plutonium risk?  Why you

9     chose to use the linear no dose threshold model?

10         A     I think it's an oversimplification to

11    characterize our risk estimates as saying they are --

12    they assume linear no threshold directly.  We did use

13    the information about the threshold in developing our

14    estimates for the risk of bone cancer for exposures

15    from other alpha emitters, if I'm recalling correctly.

16         Q     Did you use that information, this idea

17    of a threshold of 1,000 rem, for estimates of risk of

18    lung cancer?

19               MR. KURTENBACH:  Same objections.

20         A     No.

21         Q     (BY MS. ROSELLE)  Now --

22         A     That data are not relevant -- were not

23    relevant for looking at lung cancer.

24         Q     Why not?

25               MR. KURTENBACH:  Same objections.

                   CARPENTER REPORTING, INC.
                      (303) 752-1200

                                                          64
                       * ROUGH DRAFT *

1          A     Because, assuming I'm recalling

2    correctly, those data related specifically to radium

3    doses to the bone, and so those doses are quite

4    separate than what is the dose that the lung is

5    receiving.  And therefore, what risk estimate might one

6    determine from it.

7         Q   (BY MS. ROSELLE)  Did RAC take the

8    position that any exposure to radiation increases the

9    risk of cancer?

10          MR. KURTENBACH:  Form and foundation.

11         A   RAC took the position of looking at as

12    much of the literature and information that we have

13    about radiation to determine -- to develop risk

14    estimates specifically for exposure to plutonium and

15    not only whole -- total cancer risk estimates, but risk

16    estimates for the main organs that would be exposed.

17    And so RAC undertook a really thorough, comprehensive

18    study of that issue.

19         Q   (BY MS. ROSELLE)  And was it RAC's

20    conclusion that any exposure to radiation increases the

21    risk of cancer?

22          MR. KURTENBACH:  Same objections.

23         A   RAC -- any conclusions that were reached

24    in the study were not RAC's conclusion alone.  RAC was

25    doing the work with input from a very large spectrum of

65

* ROUGH DRAFT *

1    people and organizations, and so I think it

2    mischaracterizes it to say what RAC's conclusion was.

3        Q    (BY MS. ROSELLE)   Was it the conclusion

4    of RAC and all of these various organizations and

5    people who gave input that any exposure to ionizing

6    radiation increases the risk of cancer?

7                MR. KURTENBACH:  Form and foundation.

8        A    It was the conclusion from the study as

9    a whole that you could calculate a risk for any level

10    of exposure.

11        Q    (BY MS. ROSELLE)  And that's because

12    any --

13                MR. KURTENBACH:  I'm sorry.  Were you

14    finished?  You may have been.  I just couldn't tell if

15    you were.

16                THE DEPONENT:  I was.

17                MR. KURTENBACH:  Sorry to interrupt.

18        Q    (BY MS. ROSELLE)  And the reason that

19    RAC could calculate a risk for any level of exposure is

20    because of the conclusion that any level of exposure

21    increases the risk of cancer; is that correct?

22                MR. KURTENBACH:  Form and foundation.

23        A    I don't think that states it correctly.

24        Q    (BY MS. ROSELLE)  Then how would you

25    state it?

CARPENTER REPORTING, INC.
(303) 752-1200

66

* ROUGH DRAFT *

1        A    I would state that we could calculate

2    risks for any level of exposure, that, in essence, we

3    assume -- we prudently assume a linear no threshold, so

4    that one can make a calculation as however small the

5    exposure is, one can calculate a theoretical risk.

6    That's not the same as saying that very small exposures

7    manifest themselves as cancers.

8           MR. KURTENBACH:  Two things while you're

9    considering.  This is the C.V., if you want it.  And I

10    don't know what happened yesterday.  If you want to

11    order lunch -- I was told that I've already missed the

12    deadline, but I suppose I could impose on them.  So,

13    actually, I was given -- if you want to do that, she

14    set some menu over here and said let her know ahead of

15    time.  I don't care either way.

16           THE DEPONENT:  Could I go to the

17    bathroom --

18           MS. ROSELLE:  Sure.

19           THE DEPONENT:  -- please?

20           MS. ROSELLE:  Thank you.

21           (There was a recess taken from 11:19

22    a.m. to 11:24 a.m.)

23         Q    (BY MS. ROSELLE)  I hand you what's been

24    marked as Grogan Deposition Exhibit 4, and ask you if

25    that's your current C.V.

67

* ROUGH DRAFT *

1         A    (Deponent reviewing exhibit.)

2           I believe it is.

3         Q    (BY MS. ROSELLE)  Is it true and correct

4    to the best of your knowledge?

5             A     To the best of my knowledge.

6             Q     Can we talk for a minute about the air

7    dispersion models.  Would you agree that RATCHET is an

8    air dispersion model that was developed for use at

9    Hanford?

10            MR. KURTENBACH:  Form and foundation.

11            A     RATCHET was applied to the Hanford dose

12   reconstruction.

13            Q     (BY MS. ROSELLE)  Was it developed for

14   use there, or had it been used somewhere before

15   Hanford?

16            MR. KURTENBACH:  Same.

17            A     I -- I'm not sure.  I think components

18   of the -- of what ended up as -- as RATCHET were taken

19   from preexisting models, but I don't recall.

20            Q     (BY MS. ROSELLE)  Have you yourself ever

21   used RATCHET other than at Rocky Flats?

22            A     I have not run the RATCHET model myself.

23            Q     Ever?

24            A     Ever.

25            Q     Have you run any dispersion models

CARPENTER REPORTING, INC.
(303) 752-1200

                                        68
* ROUGH DRAFT *

1    yourself?

2             A     Yes.

3             Q     Which ones have you run?

4          A     I believe Micro AIRDOS.  AIRDOS.

5          Q     Have you ever used CALPUFF?

6          A     I have not used CALPUFF myself.

7          Q     Okay.  Do you know how to spell CALPUFF?

8          A     C-A-L-P-U-F-F.

9          Q     Do you know who developed CALPUFF?

10         A     I think Scire --

11         Q     How do you spell that?

12         A     S-c-i-r-e -- is one of the main

13  developers of it.

14         Q     Do you know when it was developed?

15         A     In the late nineties, I think.

16         Q     Did RAC run some risk estimates at Rocky

17  Flats using CALPUFF?

18              MR. KURTENBACH:  Form and foundation.

19         A     RAC ran some calculations using the

20  CALPUFF model after the dose reconstruction project had

21  been completed.

22         Q     (BY MS. ROSELLE)  And were you involved

23  in that?

24         A     I was involved in some of that work.

25         Q     Okay.  And do you recall what the

CARPENTER REPORTING, INC.
(303) 752-1200

                                                    69
* ROUGH DRAFT *

1  CALPUFF model results showed?

2          A     I believe the CALPUFF model results

3  showed that for the '57 fire, when the -- the CALPUFF

4  model would place the location of the concentrations in

5    the air somewhat differently than had been calculated

6    by RATCHET, but that, in a general sense, the plumes

7    were similar.

8         Q    Do you recall that using the CALPUFF

9    model, that there were risks to members of the public

10   that were as high as 1 in 1,000?

11             MR. KURTENBACH:  Form and foundation.

12        A    No, I do not recall that.

13        Q    (BY MS. ROSELLE)  Do you remember any of

14   the risk estimates using CALPUFF?

15        A    I don't recall the numbers exactly, but

16   my recollection right now is that the maximum estimate

17   was not significantly different than what had been

18   calculated with CALPUFF.  That it was more the

19   locations were shifted somewhat.

20        Q    What are the limitations of the RATCHET

21   model when applied to Rocky Flats?

22             MR. KURTENBACH:  Form and foundation.

23   Vague and ambiguous as to "limitations."

24        A    As with any air dispersion and transport

25   modeling, there are many assumptions that underlie a

                CARPENTER REPORTING, INC.
                    (303) 752-1200

                                              70
                    * ROUGH DRAFT *

1    calculation.  To talk about limitations, I'm not

2    really -- I'm not really sure how to -- how to address

3    that question.

4         Q    (BY MS. ROSELLE)  Well, did RAC, in

5    deciding to use the RATCHET model, have discussions

6    among the team about what the pros and cons were of the

7    RATCHET model?

8              A    When the decision to use the RATCHET

9    model for the Rocky Flats site was made, it was based

10   on a lot more information and discussions and decisions

11   than the suggestion you -- you just made, that there

12   were just internal discussions within the RAC team.

13              One of the things that we were fortunate

14   to have available to us for modeling the Rocky Flats

15   site was the results of an experiment or series of

16   experiments that had been carried out at Rocky Flats

17   that -- under well-defined conditions, and these

18   experiments were called the winter validation tracer

19   study tests, I think, if I'm remembering correctly.

20   And involved a release of a known quantity of sodium

21   hexafluoride, I think it was, into the atmosphere.

22              And there were many monitoring stations

23   set up in two perimeter -- perimeters or -- I can't

24   think of the right way to describe it, but two circles

25   of monitoring stations.  One, I think, was at

                                            71
                       * ROUGH DRAFT *

1    18 kilometers and the second set was at 16 kilometers.

2    I don't recall the number of stations.

3              But the releases -- there were a number

4    of releases that took place and that provided a lot --

5    a lot of data against which a series of models that

6 were available at the time the study was made could be

7 used and the results of those studies using the

8 different models led to, after extensive discussions,

9 presentations, and review by the Health Advisory Panel,

10 input from the public, the citizens of Colorado, about

11 which model performed the best for the purposes of

12 estimating -- being used to estimate exposures and

13 risks from the Rocky Flats site.

14  Q Now, Dr. Till's expert report in this

15 case says that the RATCHET model underestimated

16 concentrations at community locations in the late 1970s

17 and early 1980s.  Is that your recollection, also?

18  MR. KURTENBACH:  Form and foundation.

19 You're obviously referring to something in a report.

20 Would you like to show her the report?

21  MS. ROSELLE:  No.

22  MR. KURTENBACH:  Okay.  Same objections.

23  A It's my recollection that one of the

24 steps that was taken in the dose reconstruction was to

25 compare the model predictions against concentration

CARPENTER REPORTING, INC.
(303) 752-1200

72

* ROUGH DRAFT *

1 measurements at different locations to see how the

2 model was performing and that there were some locations

3 where it appeared the model was underpredicting the

4 measured concentrations and that there were other

5 locations where it overpredicted.

6          Q     (BY MS. ROSELLE)  Were any adjustments

7    made in your risk calculations to accommodate the fact

8    that the RATCHET model underestimated concentrations at

9    community locations in the late 1970s and early 1980s?

10              MR. KURTENBACH:  Form and foundation.

11         A     The model was not modified based on the

12   results of comparisons at those locations.

13         Q     (BY MS. ROSELLE)  Was the public told,

14   when you told them the risks, that the models that you

15   had used underestimated concentrations at community

16   locations in the late 1970s and early 1980s?

17              MR. KURTENBACH:  Same objections.

18         A     The public was made fully aware of the

19   performance of the model, the calculations, where there

20   were differences between what the model predicted and

21   what had been measured at specific locations, so yes.

22   I believe they were.

23         Q     (BY MS. ROSELLE)  I'm going to hand you

24   Dr. Till's expert report, which was marked as Till

25   Deposition Exhibit 2 yesterday, and I draw your

CARPENTER REPORTING, INC.
(303) 752-1200

73

* ROUGH DRAFT *

1    attention to page 28, and I would like you to tell me

2    how much these risk estimates would increase if you

3    used a model that estimated concentrations at community

4    locations in the late 1970s and eighties that complied

5    with the actual readings.

6              MR. KURTENBACH:  Object to form.

7      Foundation.  Mischaracterizes the evidence and her

8      testimony.

9              A    Can you read the question or repeat the

10     question again, please.

11                 (The referred-to question was read by

12     the reporter.)

13             A    First of all, I don't know that the risk

14     estimates would increase across the board at all of

15     these locations.  It -- it would not be correct to --

16     and I say that because if you modify the model based on

17     just those two locations, then you're changing other

18     things for the entire area, and there were other

19     locations where the model underpredicted.

20             Q    I just want to know how much the risks

21     would increase for the areas where it under -- the

22     model underestimated concentrations.

23                 MR. KURTENBACH:  Object to the form of

24     the question and the foundation.

25             Q    (BY MS. ROSELLE)  I mean, is it possible

                   CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                    74
                       * ROUGH DRAFT *

1      to figure that out?

2                  MR. KURTENBACH:  Same objections.

3              A    I -- one would have to determine how

4      much the concentration differences -- if I remember

5      correctly, the concentrations that were measured at

6      those community samplers were very low and had large

7    uncertainty estimates.  I -- I cannot give you an

8    estimate of how much that would change by just based on

9    your statements.

10             This is -- this is not a trivial

11   exercise to calculate what the releases and the doses

12   were.  It took nine years to do.  I'm not --

13        Q    (BY MS. ROSELLE)  I just want to know,

14   when you come into court and you testify in front of

15   this jury as to what the people's in Colorado's

16   increased risk of cancer is from Rocky Flats -- how

17   much those risks would increase if you had used a model

18   that estimated concentrations at community locations in

19   the late 1970s and early 1980s that were consistent

20   with the actual measurements.  And if your answer is

21   you can't answer that question, just tell me so.

22             MR. KURTENBACH:  Form and foundation.

23   The question has been answered repeatedly.  You can go

24   ahead and answer it again.

25        A    I can't tell you for sure, but I would

CARPENTER REPORTING, INC.
(303) 752-1200

75

* ROUGH DRAFT *

1    say the risks would increase very little in the late

2    seventies and eighties based on that.  If -- if -- in

3    the study, we had -- not just myself or the RAC team.

4    If the Health Advisory Panel, the experts on the panel,

5    in meteorology, transport calculations, in the -- when

6    it was technically peer reviewed -- if this was seen as

7    something indicating a significant bias in the model

8      that was significantly impacting the estimated risks,

9      we would have gone back and redone things.

10                 This was a comparison to compare how the

11     model appeared to be performing at a lot of different

12     locations.

13                 Q     (BY MS. ROSELLE)   Okay.   Would you turn

14     to page 13 of Dr. Till's report.   At the bottom of the

15     page --

16                 A     Yeah.

17                 Q     -- it says in the last sentence, "A

18     five-year meteorological data set from 1989 to 1993 was

19     used to estimate annual average plutonium

20     concentrations from routine operational releases and

21     continuous 903 area suspension releases."

22                 Can you tell me what data was not kept

23     by Dow and Rockwell that would have allowed you to use

24     actual data collected contemporaneously for your

25     monitor -- for your dose dispersion calculations?

CARPENTER REPORTING, INC.
(303) 752-1200

76

* ROUGH DRAFT *

1                 MR. KURTENBACH:   Can I see the sentence?

2                 Can you read that back, just from the

3      "can you tell me"?

4                 (The referred-to question was read by

5      the reporter.)

6                 MR. KURTENBACH:   Form and foundation.

7                 MS. ROSELLE:   It should have been "air

8      dispersion calculations."

9                    MR. KURTENBACH:  Same.

10         A    As I understand it, the types of

11     meteorological data that were collected in most

12     anyplace back in the fifties and sixties did not record

13     as many of the meteorological features as one would

14     like.

15         Q    (BY MS. ROSELLE)  And I'm asking you

16     what meteorologic features did you not have?

17                    MR. KURTENBACH:  Form and foundation.

18         A    I -- I don't recall exactly the details

19     of the meteorological modeling right now.

20         Q    (BY MS. ROSELLE)  Do you recall when the

21     first meteorologic tower was installed at Rocky Flats?

22     What year that was?

23                    MR. KURTENBACH:  Form and foundation.

24         A    Sitting here right now, I don't recall

25     the date.

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                    77
                    * ROUGH DRAFT *

1          Q    (BY MS. ROSELLE)  Was there any

2      meteorologic data that had been collected between 1953

3      and 1989 that you found competent to use to model the

4      continuous events?

5                    MR. KURTENBACH:  Form and foundation.

6          A    I think there were meteorological data

7      collected.  I really don't remember the details of it.

8      I would have to look back through the reports to

9      refresh my memory.

10             Q     (BY MS. ROSELLE)  Do you -- can you tell

11     me which report you would want to look at?

12             A     I -- I would have to think about this.

13     I would assume -- hmm.  I -- I think perhaps the

14     routine risk report, but I -- I haven't looked at a

15     list of all of the reports for a while to remember.

16             Q     Do you want to see the list?

17             A     We could have a look, yes.  Thank you.

18                   (Deponent reviewing document.)

19                   I think -- I would either look at 1084,

20     the Performance Evaluation of the Atmospheric Transport

21     Models, or 1075, the Estimated Exposure and Lifetime

22     Cancer Incidence from Routine Plutonium Releases or,

23     possibly, the Comprehensive Risk Report.

24             Q     Well, here are two of them.

25             A     Or the Evaluation of the Environmental

                   CARPENTER REPORTING, INC.
                      (303) 752-1200

                                                    78
                      * ROUGH DRAFT *

1      Monitoring -- I don't think -- I just -- I'm --

2              Q     If you don't know, just tell me and

3      we'll move on.

4              A     I don't recall exactly where it is.

5              Q     Or exactly what it said?

6              A     Or exactly what it said at this point.

7      Not while I'm sitting here.

8              Q     Okay.  You said that the atmospheric

9      dispersion model contains many assumptions.  Could you

10     list them for me?

11              A    I could start.

12              Q    Okay.

13              A    The atmospheric transport model, the

14     RATCHET model --

15              Q    The one you used, yes.

16              MR. KURTENBACH:  Form and foundation.

17              A    -- makes assumptions about -- it makes

18     implicit assumptions about the impact of terrain on the

19     dispersion of the atmosphere by using a surface

20     roughness factor.

21              It -- it uses -- it uses the wind field,

22     wind direction, wind speed information to calculate the

23     distance that material moves.

24              I'm -- I'm hesitating because I'm trying

25     to decide what exactly an assumption means.

CARPENTER REPORTING, INC.
(303) 752-1200

79
* ROUGH DRAFT *

1               Q    (BY MS. ROSELLE)  I'll define what I

2      mean by an assumption.

3               A    Thank you.

4               Q    What I'm looking for are those inputs

5      that have to be put into the atmosphere dispersion

6      model that are based on a judgment or decision by the

7      person doing the model.

8               A    Okay.

9               MR. KURTENBACH:  Form and foundation.

10          A    I think, then, that the surface

11   roughness factor is -- whether it's an assumption, one

12   has to define where the terrain changes.  That most of

13   the other factors and even the terrain, there's a --

14   there's a procedure for doing that, so it's not exactly

15   the same as an assumption.

16          Q    (BY MS. ROSELLE)  Who decided what

17   surface roughness factor to put into the RATCHET model

18   for Rocky Flats?

19          A    The initial decision was made by Art

20   Rood.

21          Q    Did you have any input?

22          A    Many people had input in the sense that

23   that -- that was discussed and presented during one of

24   the Health Advisory Panel meetings.  Actually, it was

25   presented a number of times, and so decision -- the

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        80
                       * ROUGH DRAFT *

1    decisions about how to assign surface roughness that

2    had been made were presented and discussed and agreed

3    upon.

4          Q    And what were the assumptions that were

5    made on the surface roughness factor; do you recall?

6               MR. KURTENBACH:  Form and foundation.

7          A    The -- the decisions that were made --

8    yeah.  The decisions that were made were that for the

9    area immediately east and southeast, the zone there

10      where before that -- that it was -- the surface

11      roughness factor reflected more like prairieland,

12      farmland, if I recall correctly.

13                  That one made the assumption that the --

14      that the land use really reflected, I believe, the

15      earlier days and so Broomfield, I think, was sort of

16      the closest urban development and where the urban

17      developments existed at that time, that then one

18      assigned a higher surface roughness factor.

19                  That for the terrain along, I think what

20      you would call the Front Range, where it's the

21      foothills going towards the Rocky Mountains, that that

22      is characterized by a higher surface roughness factor.

23                  That the Denver metropolitan area would

24      have -- had a surface roughness factor that reflected

25      an urban environment.

                                                        81
                            * ROUGH DRAFT *

1                   Those were the types of decisions that

2       were reached upon during the study.

3                   Q    (BY MS. ROSELLE)  And how does the

4       surface roughness factor affect concentrations?

5                   A    The surface roughness factor impacts the

6       amount of deposition that occurs.

7                   Q    In what way?

8                   A    That if I recall it correctly, you get

9       greater deposition when the surface -- surface

10      roughness factor increases.

11          Q     And what -- so -- it increases as it

12     goes from flat land, up, say, towards mountains?

13          A     Towards mountains, urban areas.

14          Q     Okay.  And what assumptions were put

15     into the model for the wind field?

16          A     The assumptions -- the wind field data

17     were taken from the meteorological monitoring data set.

18     Different -- can you clarify what you mean by the --

19     for the meteorological modeling and the air dispersion

20     modeling, there were -- there's differences between the

21     routine releases, the modeling of those and then the

22     modeling of discrete events and how --

23          Q     I'm talking about the continuous.

24          A     The continuous.  Thank you.  For the

25     continuous, that five-year data set was used that took

CARPENTER REPORTING, INC.
(303) 752-1200

82

* ROUGH DRAFT *

1      the information -- the meteorological modeling date --

2      modeling -- no.  Sorry.  The meteorological data from

3      the Stapleton airport and from the Rocky Flats plant.

4      I believe those were the two key locations that had a

5      good, complete data set, and that -- those two were

6      used to generate, then, the wind fields, the wind

7      speed, the wind direction, the stability classes

8      throughout the study area.

9          Q     Are you saying that this meteorologic

10     data set from '89 to '93 that's referred to by Dr. Till

11   on page 13 of his expert report is really data from

12   Stapleton and Rocky Flats?

13          A    I believe I am.  I believe I'm

14   remembering that correctly.

15          Q    And how did they merge the two data

16   sets?

17          A    It's -- what -- it's not a question of

18   merging two data sets.  It's -- you have a model and

19   you -- of the entire study area.  You have -- you can

20   input, then, the features of the study area and the

21   measurements of the wind speed at those specific

22   locations -- more than just the wind speed -- all the

23   meteorological measurements at those two locations and

24   the model generates the wind field and the wind

25   direction throughout the area.

CARPENTER REPORTING, INC.
(303) 752-1200

83

* ROUGH DRAFT *

1          Q    But the data that you used was from '89

2    to '93, and you made the assumption that the data would

3    be identical for '53 to '89; is that correct?

4          A    What we assumed was that by taking the

5    five-year data set, running it for the five years and

6    establishing annual average dispersion and deposition

7    patterns, that those would be consistent with annual

8    average conditions for that previous time period, and

9    I -- I believe -- I hope I'm remembering this

10   correctly.

11               But, essentially, the five-year data set

12    is used as a surrogate for the previous years.  That is

13    not to say that we -- that it is assuming that on any

14    given day, in one of those years between 1989 to

15    whenever it was or -- '89 to '93, that you can match

16    that day with the same day on any previous day.  It is

17    that for that -- those -- the -- the average conditions

18    then that are generated for that five-year period, that

19    one can apply that to the years previously.

20         Q    So you assume that those average

21    conditions are identical for the entire time period of

22    '53 to '89, with the conditions for '89 to '93?

23              MR. KURTENBACH:  Form and foundation.

24         A    Actually, we don't assume they're

25    identical because one of the things we do is to look --

CARPENTER REPORTING, INC.
(303) 752-1200

84
* ROUGH DRAFT *

1    we look at the variability and the uncertainty in that

2    data set to generate uncertainty estimates about that

3    data set for applying it to the earlier years.

4         Q    (BY MS. ROSELLE)  So -- so that is one

5    area of uncertainty in the atmospheric dispersion

6    model?

7         A    That is one source of uncertainty that

8    is certainly described and characterized in these

9    reports.

10         Q    What are all of the areas of uncertainty

11    in the atmospheric dispersion and transport models?

12                    MR. KURTENBACH:  Form and foundation.

13          A    I don't recall all the sources.  I

14  believe we ended up with three factors that we applied

15  to account for some bias and uncertainty, but I do

16  not -- I cannot at this moment remember --

17          Q    (BY MS. ROSELLE)  What were --

18          A    -- the details of them.

19          Q    What were those three factors?

20          A    One -- I believe one was the -- about

21  the dispersion, uncertainty with the dispersion, and I

22  just -- I can't bring the others to mind right at this

23  moment.

24          Q    Let's go back to the source term.  What

25  assumptions were made in the calculation of the source

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                    85
                        * ROUGH DRAFT *

1   terms?

2                    MR. KURTENBACH:  Form and foundation.

3           A    Again, when you say "assumption," you're

4   talking about sign -- well, judgment factors that were

5   made?

6           Q    (BY MS. ROSELLE)  Yes.

7                    MR. KURTENBACH:  Same objections.

8           A    For the source terms, I don't believe we

9   had lots of assumptions, but the steps that we took to

10  develop the source term estimates and the uncertainties

11  associated with them, they are described in the

12  individual source term reports.  The -- a very similar

13     process or number of steps procedure was used for the

14     routine releases and the '69 fire, I think.  A

15     Different approach was taken for the '57 fire and the

16     903 area releases.

17             Q     (BY MS. ROSELLE)  That is that you

18     modeled discrete events for those?

19             A     Which is those?

20             Q     The 903 pad and the 1957 fire.

21             A     For the 1957 fire, when I -- it was a

22     discrete event, but for modeling the -- the releases

23     from that fire, we did not have stack sample monitoring

24     as the basis for developing the source term estimate.

25             Q     And what about the 903 pad?

CARPENTER REPORTING, INC.
(303) 752-1200

86

* ROUGH DRAFT *

1              A     For the 903 pad, we had a number of

2      discrete events that overlay a -- what we referred to

3      as a baseline level of releases that were occurring.

4              Q     What do you mean, "a baseline level of

5      releases"?

6              A     What I mean is that between -- for the

7      five- or six-year period for releases from the 903

8      area, that we calculated the amount of material that

9      was being released on sort of a more or less routine

10     basis and superimposed on that, then, I think six --

11     six discrete events that we modeled, superimposed on to

12     that, on top.

13          Q     Did you assume any releases from the 903

14   pad prior to 1964?

15               MR. KURTENBACH:  Form -- form and

16   foundation on that.

17          A     I don't believe we assumed releases from

18   the 903 pad before that time.

19          Q     (BY MS. ROSELLE)  And did you use a

20   fugitive model to model the atmospheric dispersion and

21   transport from the 903 pad?

22               MR. KURTENBACH:  Form and foundation.

23          A     We used a fugitive dust model as part of

24   the process for estimating the amount of plutonium that

25   was released from the 903 area, but that same model was

CARPENTER REPORTING, INC.
(303) 752-1200

87

* ROUGH DRAFT *

1    not what we used to calculate the transport and

2    dispersion of that material.

3          Q     (BY MS. ROSELLE)  Okay.  What model did

4    you use to calculate the transport and dispersion?

5          A     We used the RATCHET model.

6          Q     Can you tell me -- can you just list for

7    me every model that went into the entire dose

8    reconstruction through Risk?

9               MR. KURTENBACH:  Form and foundation.

10         A     I can give you some of them, but I --

11   I'm fairly sure I will fail to remember or recall all

12   of the models that we used.

13         Q     (BY MS. ROSELLE)  Well, give me the ones

14    you remember.

15         A    Okay.  So -- well, we could start with

16    the 903 area.  We used fugitive dust model, combined

17    with -- there was another model -- for the releases.

18    We used the RATCHET model, for atmospheric dispersion

19    and transport.  For the dose coefficients, we used the

20    ICRP models.

21         Q    Which ones?

22         A    Essentially, the models from -- I think

23    it's ICRP 71.  I -- there may well -- I'm not sure --

24    that covers definitely the low model.  I'm not sure if

25    it's a different number that actually contains a

CARPENTER REPORTING, INC.
(303) 752-1200

88
* ROUGH DRAFT *

1    description of the dosimetry model for the other

2    organs.  I'm afraid I don't recall that.

3              We used the risk coefficients that we

4    had developed during the study, but there's -- there's

5    a whole slew of models, really, that underpin how those

6    were developed that I'm not going to attempt to try and

7    recall now.

8              I think we used -- well, we have

9    models -- oh, yeah.  Here we go.  For the resuspension,

10    we had a resuspension model.  The one we finally ended

11    up using was a mass transport model, I think.  I would

12    have to look at the reports to remember that.  So we

13    had a resuspension model.  We covered the inhalation

14      because that was essentially ICRP.  We had source term

15      models.  Well, source term -- that's as much as I can

16      recall right now.

17              Q    Okay.  Is that all just for the 903 pad?

18              A    No.  I think I sort of started --

19              Q    And then --

20              A    -- veering off and going around.

21              Q    Okay.  And would you agree with me that

22      each one of these models required inputs in order to

23      run the models?

24                   MR. KURTENBACH:  Form and foundation.

25              A    I would agree that a model has some

CARPENTER REPORTING, INC.
(303) 752-1200

89

* ROUGH DRAFT *

1       input parameters that go into them.

2               Q    (BY MS. ROSELLE)  And would you agree

3       that each of those input parameters, a decision was

4       made what to use as the input?

5                    MR. KURTENBACH:  Form and foundation.

6               A    The appropriate parameter values have to

7       be selected for those inputs.  Parameter values and

8       distributions.

9               Q    (BY MS. ROSELLE)  And that in -- in

10      choosing a lot of those parameter values, decisions

11      were made that required assumptions?

12                   MR. KURTENBACH:  Form and foundation.

13              A    Can you repeat that again, please.

14                   (The referred-to question was read by

15    the reporter.)

16          A    In the sense that you were using

17    assumptions as judgments, I don't really think that's

18    exactly true.  I think -- I think that many of the

19    parameters, that it's -- there's no -- it's known what

20    the parameter values are or what the parameter ranges

21    are that go into the calculations.

22          Q    (BY MS. ROSELLE)  Okay.  If we start

23    from the beginning and go all the way through the risk,

24    can you tell me how many input variables were input

25    into the total models?

CARPENTER REPORTING, INC.
(303) 752-1200

90
* ROUGH DRAFT *

1          MR. KURTENBACH:  Form and foundation.

2          A    Sitting here right now, I could not give

3    you what the input -- what the number of input

4    parameters and values are.

5          Q    (BY MS. ROSELLE)  Do you think --

6          A    But there's a good number.

7          Q    Do you think it was over 100 different

8    variables that went into the calculation from the

9    beginning to the determination of risk?

10          A    It's possible.

11          Q    Do you think there were over 200?

12          MR. KURTENBACH:  Form and foundation on

13    this and the last.

14          A    I really don't know.

15          Q    (BY MS. ROSELLE)  Earlier today, in

16    answer to one of my questions, you talked about a

17    theoretical risk.  Can you identify for me what you

18    mean by a theoretical risk?

19               MR. KURTENBACH:  Form and foundation to

20    that.

21          A    When I say a theoretical risk, I am

22    referring to a calculation that gives you a risk value

23    that you can calculate but is so small that translating

24    that into what that really means in terms of

25    expectation is -- is -- it's -- it's theoretical.

CARPENTER REPORTING, INC.
(303) 752-1200

91

* ROUGH DRAFT *

1               It's sort of like I can look at this

2    piece of paper here.  I can -- I can calculate for you

3    how many times that could be cut to -- in -- sliced

4    until you only have an atom's width, but what it really

5    means, whether you could actually do that, I don't

6    know.

7          Q    (BY MS. ROSELLE)  Do you think that the

8    risk of cancer from a dental x-ray is a theoretical

9    risk?

10              MR. KURTENBACH:  Form and foundation.

11         A    It's a risk that you can calculate.

12              MS. ROSELLE:  I think someone is at the

13    door.

14              MR. KURTENBACH:  Thank you.

15         Q    (BY MS. ROSELLE)  Is the risk of cancer

16      from a dental x-ray a theoretical risk as you use that

17      term?

18                      MR. KURTENBACH:  Same.

19           A    I think it is a theoretical risk.

20           Q    (BY MS. ROSELLE)  Is the risk of cancer

21      from fallout a theoretical risk, as you use that term?

22                      MR. KURTENBACH:  Same.

23           A    I think it is a risk that you can

24      calculate, but that you can have no way of knowing if

25      that risk will express itself.

CARPENTER REPORTING, INC.
(303) 752-1200

92

* ROUGH DRAFT *

1            Q    (BY MS. ROSELLE)  Do you think the risk

2       of -- of dying from an airplane crash is a theoretical

3       risk?

4            A    If I'm making a decision before I get on

5       the airplane, yes.  If I'm on the airplane and it's

6       crashing, no.

7            Q    Do you think the risk of dying from an

8       automobile accident is a theoretical risk?

9                      MR. KURTENBACH:  Form and foundation.

10           A    I think it's a risk that you can

11      calculate, but you just -- you can't know if that risk

12      is going to happen to you.

13           Q    (BY MS. ROSELLE)  So it is a theoretical

14      risk?

15                      MR. KURTENBACH:  Same objection.

16          A    I -- I don't know whether theoretical is

17     the correct way to describe it.

18          Q    (BY MS. ROSELLE)  Well, how would you

19     describe it?

20               MR. KURTENBACH:  Form and foundation.

21          A    I would describe it as a risk that can

22     be calculated.

23          Q    (BY MS. ROSELLE)  Wasn't that your

24     description of what a theoretical risk is?

25               MR. KURTENBACH:  Form and foundation.

CARPENTER REPORTING, INC.
(303) 752-1200

                                                    93
* ROUGH DRAFT *

1     Mischaracterizes her testimony.

2          A    It might have been.

3          Q    (BY MS. ROSELLE)  Well, if someone

4     smokes cigarettes and smokes two packs of cigarettes a

5     day, you can calculate their risk of lung cancer;

6     right?

7          A    You can calculate what their risk is,

8     yes.

9          Q    Okay.  But it's a theoretical risk

10    because you don't know if they're going to get lung

11    cancer; right?

12               MR. KURTENBACH:  Form and foundation.

13    Mischaracterizes her testimony.

14          A    I think it is a theoretical risk.

15          Q    (BY MS. ROSELLE)  Are there any risks

16    that aren't theoretical?

17                    MR. KURTENBACH:  Same.

18          A    I don't know.

19          Q    (BY MS. ROSELLE)  I mean, isn't -- well,

20   how do you define the word "risk"?

21          A    Risk is the chance of harm.

22          Q    And isn't that chance of harm

23   calculated?

24                    MR. KURTENBACH:  Form and foundation.

25          A    Yes.  We can calculate that chance of

                    CARPENTER REPORTING, INC.
                         (303) 752-1200

                                                      94
                         * ROUGH DRAFT *

1    harm.

2          Q    (BY MS. ROSELLE)  And there -- and if a

3    theoretical risk is a calculation that gives you a risk

4    or value that you can calculate, won't all risks be

5    theoretical?

6                    MR. KURTENBACH:  Form and foundation.

7          A    Well, I -- when we calculate the chance

8    of harm, we are basing it, as well, on observations to

9    determine what those chances are.

10          Q    (BY MS. ROSELLE)  So you're saying that

11   the -- that the difference between a theoretical risk

12   and a -- and a nontheoretical risk is whether there are

13   observations that you can use to determine the risk?

14          A    I don't think that's exactly what I'm

15   saying, but --

16          Q    Can you explain to me exactly what

17        you're saying?

18                A     When the -- a risk -- I'm saying that a

19        risk is the chance of harm.  That we can calculate what

20        that chance is.  That when risks are very small,

21        it's -- it's hard to interpret what exactly does that

22        risk actually mean.  I think it's -- it's -- it starts

23        to get theoretical.  You can keep making a calculation

24        that gives you a very small number.  That's all.

25                Q     With regard to radiation, is there a

                      CARPENTER REPORTING, INC.
                          (303) 752-1200

                                                        95
                        * ROUGH DRAFT *

1        cutoff in your mind as to when a risk becomes so small

2        that it's hard to determine what the risk is?

3                A     When it comes to radiation?

4                Q     Uh-huh.

5                MR. KURTENBACH:  Form and foundation.

6                A     Can you say that one more time, please.

7                (The referred-to question was read by

8        the reporter.)

9                A     I don't have a definite cutoff in my

10       mind, but I think when numbers become small, like 1 in

11       one million, 1 in 10 million, 1 in 100 million,

12       that's -- I can you -- you start to consider that those

13       are extremely small risks.  That then to look at it the

14       other way, so what would you expect to see, I don't

15       think you'd expect to see anything.

16               Q     (BY MS. ROSELLE)  One of the reasons you

17       wouldn't expect to see anything is because you wouldn't

18    be able to identify if what you're looking at was

19    caused by that risk; right?

20              MR. KURTENBACH:  Form and foundation.

21        A    In order to determine if something is a

22    result of a specific risk, you have -- you can only do

23    it by comparing what you observe to then what you would

24    expect, and you have to make -- you have to be able to

25    see enough difference between what you observe to what

CARPENTER REPORTING, INC.
(303) 752-1200

96

* ROUGH DRAFT *

1     you would expect to see to be able to have some

2     confidence that any excesses that you're seeing could

3     be related to the cause that you're interested in.

4         Q    (BY MS. ROSELLE)  Now, when you were

5     working on the Rocky Flats study, how much were you

6     being paid per hour?

7               MR. KURTENBACH:  Form and foundation.

8         A    When I worked, I think somewhere around

9     $75 an hour.

10        Q    (BY MS. ROSELLE)  When did you start

11    earning $150 an hour?

12        A    On the litigation.  Actually, I think I

13    need to take back.  I don't think to me personally, I

14    get $150.  I think it's actually more like $130.  I

15    apologize for -- something came -- it came back to me.

16        Q    Okay.  Is -- do you know how much Dow

17    Chemical is paying RAC for your time as opposed to what

18    you actually receive?

19          A    I don't.

20          Q    Do you know, in the Rocky Flats study,

21    the $75 an hour, that's what Cascade Scientific

22    received for your time?

23          A    That's what -- that's what Cascade

24    Scientific received.

25          Q    And at any time over the seven-year

CARPENTER REPORTING, INC.
(303) 752-1200

97

* ROUGH DRAFT *

1    period that you were receiving this money, did you ever

2    go to the Colorado Department of Health and say, hey,

3    wait, you guys, you're wasting your money; these risks

4    are so small, it's not worth going further on this

5    study?

6                MR. KURTENBACH:  Form and foundation.

7          A    I personally did not go and say that.

8          Q    (BY MS. ROSELLE)  Did you ever hear John

9    Till go and say that?

10               MR. KURTENBACH:  Same objections.

11         A    No.  But I don't believe that was the

12    goal of the study.

13         Q    (BY MS. ROSELLE)  What do you think the

14    goal of the study was?

15         A    The goal of the study was to lay out in

16    a very open, transparent way what the history of the

17    plant with regard to the releases of materials into the

18    environment such that the public might have been

19   exposed to them.  A large part of it was an opening of

20   the books to look at things very thoroughly and to

21   really understand if there were releases, what were

22   those releases and what was their magnitude and

23   potential impact.

24           Q    Did you find that, in fact, there had

25   been releases of plutonium into the air and water from

CARPENTER REPORTING, INC.
(303) 752-1200

                                        98
* ROUGH DRAFT *

1   Rocky Flats during the years that Dow ran the plant?

2           A    Yes.  We found that.

3           Q    Did you find that there were releases of

4   plutonium into the air during the years Rockwell ran

5   the plant?

6                MR. KURTENBACH:  Form and foundation.

7           A    What years did Rockwell run the plant?

8           Q    (BY MS. ROSELLE)  1975 to 1989.

9                MR. KURTENBACH:  Same -- same.

10          A    We could calculate releases into the

11   atmosphere during that time period.

12          Q    (BY MS. ROSELLE)  During the time that

13   Rockwell --

14          A    Yes.

15          Q    -- ran the plant, did you find releases

16   into the surface water of plutonium?

17               MR. KURTENBACH:  Same objections.

18          A    I do not recall for that time period.

19          Q    (BY MS. ROSELLE)  Did you do any

20   evaluation of ris -- of re -- as part of the historic

21   dose reconstruction, did you do any evaluation of

22   releases from Rocky Flats into the environment after

23   Rockwell left the plant in 1989?

24               MR. KURTENBACH:  Form and foundation.

25          A    I believe all the risks that we

                 CARPENTER REPORTING, INC.
                    (303) 752-1200

                                                      99
                       * ROUGH DRAFT *

1    presented were for the time up to and including 1989.

2          Q    (BY MS. ROSELLE)  And you've never done

3    any calculations of the risks to the population since

4    1989, other than the soil action level study; is that

5    correct?

6               MR. KURTENBACH:  Form and foundation.

7          A    Within RAC, we have looked at the risks

8    that you would calculate after '99 from just

9    resuspension alone, so with no operational releases.

10         Q    (BY MS. ROSELLE)  Is that the soil

11   action report?

12         A    That is not the soil action report.

13         Q    Okay.  What report was this?

14         A    It's not reported in a report.

15         Q    When did you do this?

16         A    I believe a calculation like that was

17   done about a month ago.

18         Q    Was that part of this litigation work?

19         A    I don't know if it was part of it, but

20        it -- as a result, yeah.  Yes.

21                  Q    Well, who paid for that work?

22                  A    I -- I know that Art Rood made such a

23        calculation.  I do not know if he was paid for the

24        calculation.  I -- I just don't know.

25                  Q    At whose request did he make the

CARPENTER REPORTING, INC.
(303) 752-1200

100

* ROUGH DRAFT *

1        calculation?

2                  A    I -- I don't know.  I'm not sure whether

3        that was -- Art's always doing calculations, so I'm not

4        sure whether that was -- whether the impetus came from

5        any of the attorneys or whether that was a question

6        that Art asked himself, or just John asked.  I

7        really -- I don't know.

8                  Q    Was this resuspension of materials on

9        the Rocky Flats plant site, or resuspension of

10       materials off the Rocky Flats plant site or both?

11                 A    I'm not sure.  I believe it would have

12       been assuming -- it would have been resuspension from

13       all material that had been assumed to be deposited

14       throughout the area.  So it would include both on and

15       off-site, but I am not sure.

16                 Q    How do you know about this work?

17                 A    Because Art Rood commented about it to

18       me.

19                 Q    And when was that?

20          MR. KURTENBACH:  Are you doing okay?

21          MS. ROSELLE:  Yeah.

22          MR. KURTENBACH:  Okay.

23      A    A couple of weeks ago.

24      Q    (BY MS. ROSELLE)  And where did you see

25  a couple of weeks ago when he did these comments?

                CARPENTER REPORTING, INC.
                     (303) 752-1200

                                              101
                     * ROUGH DRAFT *

1       A    I don't recall whether it was at the

2   team meeting when we were together, or whether it was a

3   comment he made on a telephone conversation.  I cannot

4   pinpoint when I -- when he mentioned that to me.

5       Q    Have you seen the results?

6       A    Actually, I'm not sure.  I might have.

7   I -- he may -- it may be that he sent them in a

8   spreadsheet, but I really don't recall.

9       Q    Is there any other work that RAC has

10  done within the last few months with regard to Rocky

11  Flats other than these calculations that Art Rood did

12  on resuspension and the 12,000 doses that you're aware

13  of?

14      A    I can't think of anything else right now

15  as I'm sitting here.

16          MS. ROSELLE:  You want to break for

17  lunch?

18          MR. KURTENBACH:  Sure.

19          (There was a luncheon recess taken from

20  12:46 p.m. to 1:28 p.m.)

21          Q    (BY MS. ROSELLE)  Dr. Grogan, I've

22   handed you what is called the Final Report Assessing

23   Risks of Exposure to Plutonium, Part of Task 3:

24   Independent Analysis of Exposure Dose and Health Risk

25   to Off-site Individuals, Revision 2, February 2000.  Do

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                        102
                       * ROUGH DRAFT *

1    you see that?

2          A    I see that.

3          Q    Okay.  Is this one of the reports that

4    you authored?

5          A    It is.

6          Q    Okay.  Can you show me a single spot in

7    this entire report where you used the term theoretical

8    risk?

9               MR. KURTENBACH:  Form and foundation.

10         A    I don't believe I have the word

11   "theoretical" or phrase "theoretical risk" in the

12   report.

13         Q    (BY MS. ROSELLE)  Did you use the phrase

14   theoretical risk in any of the RAC reports?

15              MR. KURTENBACH:  Same objections.

16         A    I don't know.

17         Q    (BY MS. ROSELLE)  Do you recall any RAC

18   report that uses the term "theoretical risk"?

19         A    Here right now, I don't recall any of

20   the reports saying that.

21          Q    When was the first time you started

22    talking when describing the increased risks around

23    Rocky Flats as theoretical risks?

24              MR. KURTENBACH:  Same objections.

25          A    I really don't know when the first time

CARPENTER REPORTING, INC.
(303) 752-1200

103

* ROUGH DRAFT *

1    was.

2          Q    (BY MS. ROSELLE)  But -- but during the

3    seven years that you worked on the RAC reports, you

4    never used the phrase "theoretical risks" when

5    discussing the increased risks around Rocky Flats, did

6    you?

7              MR. KURTENBACH:  Same objections.

8          A    I cannot say I never used that phrase at

9    all.  I really don't recall.

10         Q    (BY MS. ROSELLE)  Do you recall any

11    occasion on which you told anyone that the risk from

12    Rocky Flats was theoretical?

13         A    I don't recall when I might or might not

14    have said that.  I -- I don't recall how I phrased

15    things.

16         Q    Was the first time that you recall using

17    the term "theoretical risk" to describe the increased

18    risks of cancer around Rocky Flats after you became a

19    paid consultant in litigation?

20              MR. KURTENBACH:  Same objections.

21         A    The first time I recall saying or using

22    the word "theoretical" was earlier today in my effort

23    to explain -- answer the question you gave me.

24             Q    (BY MS. ROSELLE)   And did you hear

25    Dr. Till use that same phrase yesterday, or weren't you

CARPENTER REPORTING, INC.
(303) 752-1200

104

* ROUGH DRAFT *

1    in the room when he did it?

2             A    I do not recall --

3             MR. KURTENBACH:   Object to the form of

4    that question.

5             A    I do not recall Dr. Till saying that

6    yesterday.

7             Q    (BY MS. ROSELLE)

8             Q    Okay.  Let's look at the assessing risks

9    of exposure to plutonium Task 3 report.  Could you

10    write down for me what the formula is that you used to

11    calculate risk?

12             MR. KURTENBACH:   Form and foundation.

13             A    I'm not sure I understand exactly what

14    aspect you're referring to when you say the formula.

15             Q    (BY MS. ROSELLE)   Okay.

16             A    Do you mean the process and the

17    approach?

18             Q    No.  I want the mathematical formula

19    that you used to take a given dose and calculate risk.

20             MR. KURTENBACH:   Same objection.

21             A    To calculate from dose to risk, we

22     determined the risk per unit dose.  We expressed that

23     as 10 times 10 to the minus 2 gray to the minus 1, or

24     10 to the minus 2 per gray.  And that is what we

25     combined with the dose estimate to calculate the risk

CARPENTER REPORTING, INC.
(303) 752-1200

105

* ROUGH DRAFT *

 1     per unit intake.

 2            Q    (BY MS. ROSELLE)  You're saying that if

 3     I have a dose -- a unit dose, I can get the risk by

 4     dividing the dose into 10 times 10 to the minus 2 gray

 5     to the minus 1?

 6            A    What I'm saying is -- I'm not saying

 7     that, no.

 8            Q    I didn't think so.

 9            A    I'm saying that we calculated the dose

10     and the dose was expressed as micrograys per becquerel.

11            Q    I want -- okay.  Go on.

12            A    And multiplied that by the risk

13     coefficient that we calculated, which was the risk per

14     gray.  And we expressed that risk as the risk times 10

15     to the minus 2 per gray to be exactly the way it is in

16     the report.

17            Q    Okay.  So let's take a hypothetical unit

18     dose.  Let's say the dose is 1 rad.  Okay?

19            A    Okay.

20            Q    I want you to calculate to me with a

21     dose of 1 rad, using your formula, what the risk -- and

22     assume that's plutonium -- what the increased risk of

23    lung cancer would be from that dose.

24                    MR. KURTENBACH:  Form and foundation.

25            Q     (BY MS. ROSELLE)  I have some paper, if

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                    106
                        * ROUGH DRAFT *

1     you want it.

2             A     Okay.  I'm not sure I really need it.

3             Q     Oh, good.

4             A     So -- we -- we calculated -- so you've

5     got your dose in rads.  If you want rads instead of

6     grays.  And -- but -- okay.  And so the rads were --

7     would be multiplied by the risk coefficient that we

8     calculated, which was the risk per rad.

9             Q     Okay.  And what is that risk

10    coefficient?

11            A     So the risk coefficient is -- it would

12    be, for example -- if we wanted to do the lung and we

13    took the median of our distribution, it would be 14

14    times 10 to the minus 2 per rad.  So however many rads

15    you would have, you'd multiply by that.

16            Q     We used 1.

17            A     That's the number.  14 times ten to the

18    minus 2 is the risk.

19            Q     Of the increased risk of lung cancer?

20            A     That is just taking a number.  In that

21    case, it's -- it would be -- yes.  The -- the increased

22    lifetime -- that would be actually a cancer -- yeah.

23      Cancer incidence risk for lung cancer.

24              MR. KURTENBACH:  Let the record reflect

25      that she was referring to table ES-2 on page small

CARPENTER REPORTING, INC.
(303) 752-1200

107

* ROUGH DRAFT *

1   Roman numeral 5 in this report, Assessing Risks of

2   Exposure to Plutonium, Revision 2, February of 2000.

3               Q    (BY MS. ROSELLE)  And what assumptions

4   went into your risk coefficient of 14?

5               A    To calculate that risk coefficient to

6   end up with that median value of 14 times 10 to the

7   minus 2 per gray, we used -- we took four different

8   sources of data about the risks from plutonium

9   exposure.  The four different sources we took were

10  information about the risks from exposure to plutonium

11  in humans.

12              The second source of information was to

13  look at the lifespan study, that is the atomic bomb

14  survivors, the risk estimate that you would calculate

15  from that and the uncertainties, and multiplied that by

16  an RBE and its uncertainties.  That was the second

17  source of information.

18              The third source of information were

19  risk estimates for people exposed to alpha emitters

20  other than plutonium.

21              And the final source of information was

22  the risk estimates that can be determined from

23  experiments on animals for exposure to plutonium.  And

24    I think in some cases, some other alpha-emitting

25    radionuclides.

CARPENTER REPORTING, INC.
(303) 752-1200

108

* ROUGH DRAFT *

1              So we had four bodies of information.

2    For each of those, we developed a risk estimate with

3    uncertainty estimates for each of the organs that are

4    associated or assumed to be associated with an

5    increased risk from exposure to plutonium.

6              When we combined those four risk

7    estimates, if we had four risk estimates, because we --

8    each of those did not necessarily give a risk estimate

9    for each of the organs.  But we combined those

10    individual distributions, but we factored in something

11    that we called the intrinsic merit of the approach for

12    providing an estimate of what the risk is from exposure

13    to plutonium in humans.

14              Q    Okay.  Let's start with the risks of

15    exposures in -- to plutonium in humans.  What decisions

16    or assumptions did you make in -- with regard to the

17    risk coefficient that you chose from the risks of

18    exposure to plutonium in humans?

19              A    What we did, first of all, was to find

20    what studies were available in the peer-reviewed

21    literature on -- about exposure of humans to plutonium.

22    And the main source of information that we have is for

23    workers -- and they are called plutonium workers --

24    exposed to in Russia at the Mayak facility.  I believe

25    that that is really the only study from which any risk

CARPENTER REPORTING, INC.
(303) 752-1200

109

* ROUGH DRAFT *

1    estimate can be determined.

2            Q    And with regard to the risk estimate

3    using the Mayak study, what assumptions went into your

4    decision as to what the risk coefficient from that

5    study should be?

6            A    It wasn't just my decision about what is

7    the risk coefficient that we would get there or we

8    would determine.  It also included Warren Sinclair and

9    Paul Voilleque and the -- all the other people that

10   reviewed the work.  But the assumptions, the

11   decisions -- the assumptions that we made -- let me

12   have a look -- was to actually look at the data and, in

13   that, there appears to be an increased risk of lung

14   cancer in that population that was studied.

15           Q    Okay.  What page of your report are you

16   on?

17           A    I'm not on any page at the moment, but

18   let me see where I am.

19                So when I'm talking about the Mayak

20   workers, I'm actually looking at page 5-5.  That

21   section that begins at the bottom and continues through

22   to page 5-9.  And that's where it shows those studies.

23   Table 5-3 on page 5-8 shows you the different reports

24   and studies that have been made on those workers and

25    subsets of those workers and the different risk

110

* ROUGH DRAFT *

1    estimates that have been calculated in those studies.

2         Q    Okay.  And on page 5-9, in the second

3    full paragraph, under "conclusion," you write, "It is

4    difficult to place an estimate of uncertainty on these

5    results for plutonium induced lung cancer in the Mayak

6    workers."  What estimate of uncertainty did you place

7    on those results?

8         A    If you actually look, by the time you

9    get to the bottom of the paragraph, the final one, we

10   estimated that the -- the central estimate or the best

11   estimate that was determined based on all of those that

12   we would assume it's uncertain by at least a factor of

13   4 in either direction so that it could be a factor of 4

14   smaller or a factor of 4 larger, at least, and so we

15   defined -- that was defined to represent the upper and

16   lower percentiles of the distribution.

17        Q    When you say "at least," how much bigger

18   than that four could it have been?

19        A    I would say that we thought that -- we

20   didn't think it would be a factor of 5 in either

21   direction between the 2-1/2 and the 97-1/2 percentiles.

22   We thought a factor of 4.  And that's -- by defining a

23   factor of 4, that means if the 2-1/2 and the 97-1/2

24   percentiles are at those values, that there's -- the

25      two 2-1/2 and the lower 2-1/2 percentile covers values

111

* ROUGH DRAFT *

1      that go up quite a lot higher than that.  But there's

2      just a small chance of sampling from that part of the

3      distribution.

4                  But when I say -- when you say what did

5      you think, this -- when we came -- when we reached this

6      point, this had been a very thoroughly, openly

7      discussed process in the project with the experts --

8      with -- Warren Sinclair definitely was a lead authority

9      on this, and we had this -- all of this project, the --

10      the risk report was given for external peer review by,

11      I think, six experts in this area.

12                  Q     Where did the factor of 4 come from?

13                  A     The factor of 4 came from reviewing all

14      of the individual studies of that group of workers.

15      Its also came from looking at other pieces of evidence,

16      which I'd forgotten to mention just now, about -- that

17      we have about the effects of plutonium from much

18      smaller populations, but in workers in the U.S. and

19      other places.

20                  Q     And how did you determine what the

21      weighting for the risk of exposures to plutonium in

22      humans should be in your risk coefficient?

23                  A     When we combined the four distributions,

24      the -- the scoring for each of those four approaches

25      was determined by considering how close is the actual

CARPENTER REPORTING, INC.
(303) 752-1200

112

* ROUGH DRAFT *

1    study type and exposure that the risk estimate is being

2    developed from, how close is it to the situation that

3    we are developing the risk estimate for, which is

4    exposure of humans to plutonium.

5            Q    Did you at any time in your study come

6    to the conclusion that there was no risk to humans from

7    plutonium?

8                    MR. KURTENBACH:  Form and foundation.

9            A    In our study, we concluded that

10   depending on the dose, that there -- you can calculate

11   that there -- there are risks, observable risks from

12   exposure to plutonium.

13           Q    (BY MS. ROSELLE)  And why do you say

14   "depending on the dose"?

15           A    Because the occasions for which you can

16   actually observe what appears to be an excess of

17   cancers from exposure to plutonium, those situations

18   are associated with higher doses rather than very low

19   doses.

20           Q    Okay.  You say here on page 5-9 that

21   smoking is an important confounder that has not yet

22   been evaluated.  What did you mean by that sentence?

23           A    If I recall, that within that -- within

24   the study of the plutonium workers at the Mayak

25   facility, whether the individual smoked or did not

CARPENTER REPORTING, INC.
(303) 752-1200

113
* ROUGH DRAFT *

1    smoke had not been recorded and, for that reason, it is

2    a confounder.  It is known that there's increased risks

3    of cancer, lung cancer associated with smoking, and so

4    we have a population here that have been exposed to

5    plutonium, but there are also some number that have

6    been exposed to smoke from inhalation from smoking, and

7    you don't know how many or how much smoking, and so

8    that makes it more difficult to get a good risk

9    estimate out of that or have a risk estimate that you

10   are -- that you can ascribe to the plutonium as opposed

11   to the impact of the smoking.

12          Q    From your review of the literature, when

13   someone smokes and is exposed to alpha radiation, is

14   their risk of lung cancer greater than the additive

15   effect of the risks of the smoking and the risk from

16   the alpha?

17          MR. KURTENBACH:  I object to the form

18   and foundation.

19          A    That topic is something we addressed in

20   the report.  When we were looking at the risk estimates

21   that come from the uranium mine workers who are exposed

22   to alpha emitters, to radon and daughters, and the

23   impact of smoking on those individuals with a

24   population of individuals has been studied and, if I

25   recall correctly, there appears to be more than an

CARPENTER REPORTING, INC.

(303) 752-1200

114

* ROUGH DRAFT *

1    additive effect of smoking on the risk of cancer from

2    a -- from the risk of the radiation by itself.

3            Q    (BY MS. ROSELLE)  Did you, in the

4    scenarios that you ran as part of the RAC studies make

5    any assumptions as to whether your hypothetical person

6    smoked?

7            A    In the scenarios that we calculated, I

8    don't believe that we made any assumption about the

9    smoking rates of -- any of the hypothetical individuals

10   smoked.

11           Q    So you assumed that all of the

12   hypothetical individuals did not smoke?

13           A    I'm actually not sure that that was the

14   implicit assumption.  I would -- I would have to think

15   about that for some time.  But we did not explicitly

16   identify a hypothetical individual that smokes.

17           Q    If you looked at your risk estimates,

18   how much would your risk estimates increase if the

19   person were a smoker?

20                MR. KURTENBACH:  Form and foundation.

21           A    I'm not sure.  I'm not sure.  And I

22   could look back at the section where we addressed about

23   the smoking in the risk estimate for -- when we were

24   looking at the ex -- the uranium mine workers, as I

25   said.  But I'm not entirely sure that when we were

* ROUGH DRAFT *

1    calculating risk estimates to a population, that it --

2    that they -- they don't implicitly assume -- take

3    account of the fact that some fraction of that

4    population does smoke and that's why I hesitate in my

5    answer.

6              Q    (BY MS. ROSELLE)  Well, where would that

7    implicit be in these calculations?

8              A    It would be -- in thinking about the

9    population from which the risk estimates for the other

10   sources were identified and the uncertainties and --

11   but we did not explicitly include the risk from smoking

12   in our risk estimates.

13             Q    If I wanted to know how much the risk

14   would increase for a smoker, how do I do the

15   calculation?

16             MR. KURTENBACH:  Form and foundation.

17   Assumes facts not in evidence.

18             A    May I look at the report a second?

19             Q    (BY MS. ROSELLE)  Sure.

20             MR. KURTENBACH:  Sure.

21             A    Actually, I believe that we did take

22   account of the fact that if there are smokers in the

23   population, that the risks will be higher.  And we

24   looked at the uncertainty associated with that.  And I

25   believe that we -- we looked at that uncertainty,

116

* ROUGH DRAFT *

1    included that in our uncertainty distribution.

2              Q    (BY MS. ROSELLE)  And what page are you

3    looking at?

4              A    I'm looking at the summary that is on

5    page 7-13.  And the final paragraph of the summary that

6    begins, "Baseline lung cancer mortality risks for both

7    genders and for smokers and nonsmokers were derived

8    from lung cancer statistics for the State of Colorado.

9    The effects of exposure level, age, and dosimetric

10   differences are addressed and the associated

11   uncertainties are included in the Monte Carlo

12   calculations of risk estimates for plutonium inhalation

13   exposures."

14                And that was why we had relatively broad

15   distributions of uncertainty there.

16             Q    So if you look at table 7-6, how much

17   greater is the risk for lung cancer mortality for a

18   smoker than a nonsmoker?

19                MR. KURTENBACH:  Form and foundation.

20             A    So, in the females, it would appear it's

21   about a factor of 2, twice as large.  But there are

22   large uncertainties about them.  And so I think what

23   that means is that our hypothetical individual who's

24   exposed, we don't make an assumption about whether they

25   smoke or don't smoke.  That their risk takes into

* ROUGH DRAFT *

1    account that they might smoke.  That if they do smoke,

2    the risks are larger.  But I -- it would take me some

3    time to read through and become really familiar with

4    this again.  And I hate to pass to anybody else, but

5    Paul Voilleque was involved with this part of the

6    report, as well in quite some detail.  He actually made

7    those calculations -- or the calculations that were

8    presented previously in a couple of the figures.

9             Q    (BY MS. ROSELLE)  And on page 5-9, near

10   the bottom of the page, you say, "As time goes on and

11   further details become available, it may be possible to

12   make a more definite estimate of uncertainty."  Okay.

13   What further details would you need to make a more

14   definite estimate of uncertainty?

15            A    Could you repeat the page number?

16            Q    5-9.  Near the bottom.  In the last

17   paragraph.

18            A    Yeah.  The issue with the Mayak workers

19   is that we have a population that has been -- it's

20   about 30 years since their exposure, and with the

21   latency period before one expects cancers to be

22   expressed and to appear, that, in fact, 30 years is not

23   such a long time.  So as you can -- as you -- as time

24   increases and you can follow the population for longer,

25   one expects that, then, the statistics, the observed or

CARPENTER REPORTING, INC.
(303) 752-1200

118

* ROUGH DRAFT *

1    the expected numbers become -- the statistics about

2    what you're seeing improve because you followed up for

3    a longer period of time.

4         Q    Have you seen any new studies since

5    you've issued this report in the year 2000 about the

6    Mayak workers?

7         A    I have not seen any new reports on -- on

8    this group of people.  I don't believe anything new has

9    been published in the literature.  It's my

10   understanding that the NCRP is having an annual meeting

11   next April where many of the Russian studies will be

12   reported upon and perhaps at that time, they may have

13   some -- some more information.  But the time period of

14   elapse is not significantly different than five or six

15   years ago when we completed this, so ...

16        Q    The factor of 4 uncertainty that you

17   used, was there any formula that you followed in

18   choosing it, or was it just a matter that you looked at

19   all these Russian studies and then made a decision?

20             MR. KURTENBACH:  Form and foundation.

21        A    There's a formula in the sense that you

22   carefully tease apart what each of the studies or

23   substudies shows, and what is the variability between

24   them.  And you use that to come up with an estimate.

25        Q    (BY MS. ROSELLE)  Is this protocol

CARPENTER REPORTING, INC.
(303) 752-1200

119
* ROUGH DRAFT *

1    written down anywhere in the medical literature, or is

2    this just what your group did?

3            A    Something very similar to this, not with

4    this set of data is documented in one of the NCRP

5    reports looking at the uncertainties with the atomic

6    bomb survivor risk estimates and the protocol there is

7    described.

8            Q    Is it identical or just similar?

9            A    Identical in what sense?

10           Q    It was exactly the same procedure you

11   followed?

12           A    I don't know that it was exactly the

13   same, but it was a very similar approach.

14           Q    And this approach that you used where

15   you weighted these different types of studies to come

16   up with your risk coefficients, was there anywhere in

17   the literature at the time that you did this where that

18   had been used?

19               MR. KURTENBACH:  Form and foundation.

20           A    No.  You could not go to the literature

21   and find that has been reported previously.

22           Q    (BY MS. ROSELLE)  Were there published

23   risk coefficients by the ICRP that you could have used

24   instead of the procedure that you used with this

25   weighting of various studies?

* ROUGH DRAFT *

1               MR. KURTENBACH:  Form and foundation.

2    Assumes facts not in evidence.

3            A     If I recall correctly, the ICRP does not

4    have an established risk coefficient for plutonium

5    exposure that we could have gone to and used.  But one

6    of the steps we took was to take the risk coefficients

7    that ICRP -- or that -- the risk coefficient for

8    radiation exposure that ICRP takes and compare what our

9    value was and its distribution with the risk

10   coefficient one would derive for plutonium exposure

11   from the ICRP risk coefficient because you could not

12   take the ICRP risk coefficient directly.  You have to

13   account for the rad -- apply a weighting factor or a

14   relative biological effectiveness factor for the alpha

15   radiation from plutonium.  And we do that in the

16   report.  We compare the results that we get.

17           Q    (BY MS. ROSELLE)  Why didn't you just

18   use the ICRP radiation risk coefficient with a

19   weighting -- with an RBAE for your risk coefficient

20   instead of this elaborate procedure that you followed?

21           A    The reason we did that was that we had a

22   study about the Rocky Flats sites where we knew that

23   the largest risks from radiation exposure to the public

24   resulted from plutonium exposure, and rather than apply

25   the general radiation risk coefficient that there is

CARPENTER REPORTING, INC.
(303) 752-1200

121

* ROUGH DRAFT *

1    there is conveyed with an RBE, we really wanted to see,

2      can we come up with a more precise and more focused

3      estimate of what the risks are, recognizing it is a

4      plutonium exposure.

5              Q     Can you tell me why you didn't report

6      the increased risk of all cancers?

7              A     I believe we did report the increased

8      risk of all cancers.  The total risk estimate for

9      plutonium exposure includes the four primary sites.

10     Those are the lung, the liver, the bone, and then

11     leukemia, and also includes the contribution of other

12     cancers, too.

13             Q     Could you show me where in the report it

14     has the risk -- the increased risk of all cancers?

15             A     (Deponent reviewing document.)

16                   Do you have the comprehensive risk

17     report, please?

18                   MR. SORENSEN:  What's the name again?

19             A     The comprehensive --

20                   MR. SORENSEN:  Comprehensive assessment

21     of exposure?

22             A     Yeah.  Thank you.

23                   MS. ROSELLE:  What number is it?

24                   MR. SORENSEN:  1088.

25                   MS. ROSELLE:  It may be in the book she

                                                        122

                        * ROUGH DRAFT *

1      had.

2              A     It might be.

3              MS. ROSELLE:  1088.

4       A    Yes.  Just had to keep turning.

5              (Deponent reviewing exhibit.)

6              I don't know why I can't find it.  I

7    don't know why it's not reported, but I know we

8    calculated it.  I don't know whether it's in the health

9    physics article that we published that we describe

10   that.  I -- I know we calculated a residual amount.  It

11   was certainly a small amount after those four -- four

12   cancers were taken into account, but I cannot explain,

13   just looking here now, why it's not there.

14      Q    (BY MS. ROSELLE)  Can you tell me why

15   you didn't calculate a total increased risk looking at

16   all radionuclides released from Rocky Flats?

17             MR. KURTENBACH:  Object to the form.

18   Foundation.

19      A    When we started on Phase II in the

20   project, essentially a scoping study had already been

21   done by ChemRisk.  And it had been determined and

22   especially in the early parts of the work in Phase II,

23   when we were involved, that the primary risks from

24   radioactive releases were from plutonium, and that the

25   other radiological risks from releases from the

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                       123
                        * ROUGH DRAFT *

1    facility were smaller in comparison.  And so the study

2    as a whole, the Health Advisory Panel, we were directed

3    to focus on the inhalation exposure from the plutonium

4    to quantify what were those risks.

5            Q    (BY MS. ROSELLE) But if someone wanted

6    to know what their increased risk was from living near

7    Rocky Flats, they would want to look at the risk to

8    all -- the risk of cancer from all radionuclides, the

9    risk of cancer from other chemicals released from Rocky

10   Flats, and they would want to look at all pathways of

11   exposure; is that correct?

12           MR. KURTENBACH:   Speculation.   Form and

13   foundation.   Who are you talking about?

14           Q    (BY MS. ROSELLE)   You may answer.

15           A    For a person who was following the

16   project or who wants to look at the project, they would

17   know -- they would have seen that the risks from the

18   primary chemicals were calculated, the carbon

19   tetrachloride, that there were risks also calculated

20   for the beryllium, although I believe the in -- impetus

21   for focusing on the beryllium was more as a result of

22   uncertainties rather than a belief that the -- that

23   they were large risks.

24           So, on the chemical side, the dominating

25   risks the most important chemicals, the risks for those

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                    124
                        * ROUGH DRAFT *

1    were calculated.   And likewise, for the radionuclides,

2    the risks from the plutonium were calculated.

3    Calculations were made for -- for example, in the

4        surface water, some calculations were made about the

5        releases of the tritium, the concentrations that were

6        measured and if somebody wanted to go and add a number

7        that is smaller than the number you already have, they

8        can do that.  But it won't change substantively what

9        the risks were that you would calculate from the

10       plutonium.  The panel, the experts that reviewed it

11       recognized that this was where they wanted the focus to

12       be.  That it wasn't going to -- wasn't hiding risks

13       from other sources.

14              Q     I just want the record clear.  If you

15       wanted to know the total increased risk to a person

16       living near Rocky Flats from Rocky Flats, you would

17       have to add the risks from the release of all

18       radionuclides, all exposure pathways, and other

19       chemicals; is that correct?

20                    MR. KURTENBACH:  Form and foundation.

21              A     In theory, if you want to calculate the

22       total risk, you can calculate the individual risks from

23       each of the sources and all of the exposure pathways.

24       The exposure pathways that have not been explicitly

25       calculated in Phase II, as I understand it, would not

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                    125
                      * ROUGH DRAFT *

1        change the risk estimate that you have already in any

2        appreciable way, and if you tried to add in the

3        individual risks -- the risks from the tritium or the

4      uranium, you will not come up with a number that is

5      significantly different than the number you have from

6      the plutonium.

7              Q     (BY MS. ROSELLE)   What about the

8      americium?

9                    MR. KURTENBACH:   Same objections.

10             A     I believe we looked -- any things that

11     were outstanding from Phase I, we looked and addressed.

12             Q     (BY MS. ROSELLE)   Can you --

13             A     But there were not sources where my

14     understanding is when the panel -- when everybody

15     looked at this, it did not make sense to invest a -- a

16     significant amount of time in continuing to calculate,

17     refining further risks for these other sources.   They

18     had been assessed.

19             Q     So RAC never looked at exposure pathways

20     from tritium, uranium, or americium?

21                   MR. KURTENBACH:   I object to the form of

22     that question.   You know that's not true.

23             A     That's not true.   That's not what I

24     said.   We looked -- we looked at the surface water

25     releases.   That was something that we felt might not

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                126
                    * ROUGH DRAFT *

1      have been -- that -- that deserved more scrutiny by the

2      time the Phase I work had been completed.   We looked at

3      some of the other ones.

4              Q     (BY MS. ROSELLE)   Did you calculate at

5      any time the risk -- increased risk to the maximally

6      exposed person from americium?

7           A    I do not --

8                MR. KURTENBACH:  Form -- I'll object to

9      form and foundation on that one.

10          A    Sorry.  I do not recall the risk

11     calculations that we made for americium.

12          Q    (BY MS. ROSELLE)  Did you make some?

13          A    I believe we did.

14               MR. KURTENBACH:  Same objections to that

15     question.

16          Q    (BY MS. ROSELLE)  And where would they

17     be located?

18          A    I think in the uranium report.  Possibly

19     in the responses to public comments.  I -- that's my

20     best guess at the moment.

21          Q    All right.  Did you do calculations of

22     the increased risk to the maximally exposed person from

23     RAC -- uranium?

24               MR. KURTENBACH:  Same.

25          A    I know we looked at uranium releases and

                                              127
                    * ROUGH DRAFT *

1      what the risks might have been.  We did not explicitly

2      add in the risk from any such exposures to the -- to a

3      maximally exposed individual.

4           Q    (BY MS. ROSELLE)  Did you calculate the

5    risk -- increased risk of cancer to the maximally

6    exposed individual from tritium?

7              MR. KURTENBACH:  Same.

8         A    As I said before, we -- we calculated

9    what the doses were to somebody -- a hypothetical

10   individual who could have been exposed.  That

11   individual could not have been the maximally exposed

12   individual.  I take that back.  I've got to think about

13   who the maximally exposed individual was.

14        Q    (BY MS. ROSELLE) Are you still

15   thinking, or are you done?

16        A    Sorry, I -- I was done.

17        Q    Oh, okay.  Did you do at any time a

18   calculation of all the increased risks that a person

19   had from Rocky Flats from all pathways, all

20   radionuclides, and all chemicals?

21              MR. KURTENBACH:  Objection.  Form and

22   foundation.

23        A    The study was not designed or was not --

24   was not set up where the objective was to identify

25   every single material that could have been released.

CARPENTER REPORTING, INC.
(303) 752-1200

128

* ROUGH DRAFT *

1    I -- I realize that's not the question that was asked.

2    Could you repeat the question, please?

3              MR. KURTENBACH:  Yeah.

4              (The referred-to question was read by

5    the reporter.)

6            A    We did not make explicit calculation of

7    all of -- of every pathway and every chemical and

8    radionuclide to a single individual, but it was

9    implicit in the whole approach that the entire study

10   took and the direction and the input from the public

11   and the Health Advisory Panel that once the different

12   types of releases had been identified, the different

13   sources of risk identified, the primary contributor --

14   contributors of risk were calculated and those risk

15   estimates made.  And it was implicit, either separate

16   calculations were done to bound and identify what the

17   risks were from those other sources, but it did not

18   make sense to attempt to add them all in.

19           Q    (BY MS. ROSELLE)  But if you were

20   looking at -- if -- if you want to convey the total

21   increased risk that a person has from Rocky Flats,

22   you'd need to add all those in, wouldn't you?

23              MR. KURTENBACH:  Form and foundation.

24           A    As I've tried to say before, if a person

25   was following the study, if they looked at the

                 CARPENTER REPORTING, INC.
                    (303) 752-1200

                                                129
                  * ROUGH DRAFT *

1    material, the risks -- if they wanted to know the risks

2    that they might have been exposed to, that if they

3    looked at the risks from the plutonium exposures, with

4    the uncertainty estimates, those would capture the

5    total risk from radioactivity and that for the

6      chemicals, the largest risks were captured by the

7      carbon tetrachloride estimates and the other risks are

8      going to be such smaller numbers, they do not change,

9      essentially, those risk estimates that were provided

10     for their largest sources of risk.

11          Q    (BY MS. ROSELLE)  Did you consider

12     synergistic effects between the chemicals and the

13     various radionuclides in looking at risk?

14              MR. KURTENBACH:  Form and foundation.

15          A    As I recall, we did look at synergistic

16     effects and examined what was known about synergistic

17     effects.  We were not able to quantify -- quantify

18     synergistic effects because there's not enough

19     information about them except in a few isolated

20     incidences, and we reported on those where they exist.

21          Q    (BY MS. ROSELLE)  Okay.  And when you

22     were unable to quantify synergistic effects, does that

23     mean that you did not include -- you did not increase

24     risk because of the synergistic effects?

25              MR. KURTENBACH:  Same.

                 CARPENTER REPORTING, INC.
                    (303) 752-1200

                                                  130
                 * ROUGH DRAFT *

1           A    We did not include -- increase risks

2      because of a potential synergistic effect because there

3      are no data to allow you to quantify what it is.

4           Q    (BY MS. ROSELLE)  Can you tell me why

5      Dr. Kathleen Meyer has been here for two days?

6           A    My understanding is that she's present

7    as somebody who's never seen this process, and so was

8    interested to find out about it.  Nothing more.

9              Q    Let's talk about the A bomb survivors.

10   Can you tell me why you don't mention in your report

11   that the A bomb survivor studies do not include people

12   who died in the first five years after the A bombs were

13   dropped?

14              MR. KURTENBACH:  Object to the form and

15   foundation.  Assumes facts not in evidence.

16              Can you just read it back, please.

17   Sorry for that interruption.

18              (The referred-to question was read by

19   the reporter.)

20         A    Say that one more time, please.

21              (The referred-to question was read by

22   the reporter.)

23         A    I don't actually know that the study

24   does not include individuals who died in the first five

25   years.

                   CARPENTER REPORTING, INC.
                      (303) 752-1200

                                                     131
                      * ROUGH DRAFT *

1         Q    (BY MS. ROSELLE)  Do you know if it

2    does?

3         A    Sitting here right now, I don't know.

4         Q    Do you know what year the A bomb

5    survivor study began?

6         A    I know that the report -- the follow-up

7    study is reported to begin in 1950.

8         Q    Okay.  If you look at page 6-1 of the

9    Task 3, you say the 1996 update of mortality study

10   included data from 1950 to 1990.  Okay.  What about

11   data from 1945 to 1950?

12             MR. KURTENBACH:  Object to the form and

13   foundation.  I'm not even sure what you mean, what

14   about it?

15        A    I really don't recall what is -- what is

16   covered in any period prior to 1950.  I can just recall

17   that immediately following the A bomb, but it took

18   several years to get a study into place.  What I don't

19   recall is whether that means that data prior to 1950

20   are excluded or not.  I just don't recall.

21        Q    (BY MS. ROSELLE)  Do you know how many

22   people died from the A bombs?

23        A    I did know, but I can't recall that,

24   either.

25        Q    Okay.  Can we turn to page 6-2 and 6-3

                  CARPENTER REPORTING, INC.
                      (303) 752-1200

                                              132
                      * ROUGH DRAFT *

1    of your report.  Okay.  Now, again, we're talking about

2    the A bomb survivors.  But near the bottom of the page

3    on 6-2, you say within the digestive system, stomach,

4    colon, and liver cancer risks were significant.  Can

5    you tell me why, when you speak of plutonium, there's

6    never any discussion of digestive system cancers?

7             MR. KURTENBACH:  Form and foundation.

8           A    When we were looking at the plutonium

9    and the risk estimates for exposure to plutonium, we

10   were looking at exposure via inhalation, by breathing.

11   And the digestive system organs, the doses to them and

12   the risks are much lower as compared to the lung and

13   the liver and the bone.

14           Q    (BY MS. ROSELLE)  Did you do any

15   calculations of the dose to the digestive system from

16   eating vegetables grown in the Rocky Flats area or

17   eating meat from the Rocky Flats area?

18               MR. KURTENBACH:  Object to the form.

19           A    Subsequent to this study that's

20   described in these reports, we did do -- we did look at

21   or start to look at risk coefficients that you would

22   develop using the same approach that we had applied for

23   the inhalation for ingestion.  I do not recall the

24   results.

25           Q    (BY MS. ROSELLE)  Were they ever

CARPENTER REPORTING, INC.
(303) 752-1200

133

* ROUGH DRAFT *

1    reported, that you know of?

2               MR. KURTENBACH:  Form and foundation.

3           A    I know we submitted a report to the

4    Colorado Department of Public Health.

5           Q    (BY MS. ROSELLE)  Do you know what year

6    you did that?

7           A    I -- I don't recall if it was 2000 or

8    2002.  It's -- it's in the early 2000's.

9           Q    Okay.  So if we look at on this table

10   6-2, I just want to make sure that I'm reading right.

11   The excess absolute risk per 10,000 person years

12   Sievert?

13          A    Yes.

14          Q    For total solid cancers is 29.7 with a

15   confidence interval of 24.7 to 34.8; is that right?

16          A    Sorry.  I didn't realize you'd turned

17   the page.  Which -- which --

18          Q    Table 6-2.

19          A    Okay.

20          Q    Total solid cancers.

21          A    Okay.

22          Q    Excess absolute risk per 10,000 person

23   years Sievert is 29.7 with a range of 24.7 to 34.8?

24          A    That's what it shows.

25          Q    Okay.  And by absolute -- excess

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                              134
                        * ROUGH DRAFT *

1    absolute risk per 10,000 person years per Sievert, that

2    is the -- that is the number of excess cancers?  Is

3    that what that is?

4           A    That is, I believe that is correct.

5    That it is the number of excess cancers per 10,000 per

6    year Sievert.

7           Q    And if we look at digestive systems,

8    10.4 of those 29.7 cancers are ex -- were digestive

9    system cancers; correct?

10         A    That's when it shows.

11         Q    So that's like -- like more than a third

12   of the cancers are digestive system cancers; is that

13   right?

14         A    Yes.

15         Q    If you look over under percentage of old

16   tumors 53.2 percent of all tumors in the A bomb

17   survivors are digestive system tumors?  Is that what it

18   shows?

19         A    That's what it shows.

20         Q    And of those, 29.5 percent are stomach

21   tumors; correct?

22         A    That is correct.

23         Q    Okay.  But you didn't look at either

24   digestive system tumors or stomach tumors as part of

25   this study?

CARPENTER REPORTING, INC.
(303) 752-1200

135

* ROUGH DRAFT *

1          A    We looked --

2               MR. KURTENBACH:  Whoa.

3          A    Sorry.  Sorry.  Sorry.

4               MR. KURTENBACH:  Aren't you reading from

5    a table of her study?

6               MS. ROSELLE:  No.  I'm reading from A

7    bomb survivor data.

8               MR. KURTENBACH:  Are you still in her

9       study?

10                      MS. ROSELLE:  I'll rephrase it.

11                      MR. KURTENBACH:  Good.

12              Q    (BY MS. ROSELLE)  At Rocky Flats, as far

13      as exposures -- or excess risk from exposures from

14      Rocky Flats, you did not, as part of the RAC study,

15      calculate excess risk to either the stomach or the

16      total digestive system; correct?

17                      MR. KURTENBACH:  Form and foundation.

18              A    For the Rocky Flats study, for

19      inhalation, we looked carefully at the dose to the

20      digestive system.  The dose was extremely small, and we

21      did not calculate a risk associated with those -- for

22      those organs as a result of inhalation.  Not

23      explicitly.  But we calculated the magnitude of that

24      risk to all other organs despite the fact I can't see

25      where it is in the report.

                        CARPENTER REPORTING, INC.
                            (303) 752-1200

                                                        136
                        * ROUGH DRAFT *

1               Q    (BY MS. ROSELLE)  Okay.  But you didn't

2       do a -- an exposure pathway of -- of food and meat and

3       water, which would have been an ingestion pathway;

4       correct?

5               A    We did not calculate risks associated

6       with that; correct.

7               Q    Okay.  Now, if we go down on table 6-2

8       to respiratory system, you see that the percentage of

9       all tumors to the respiratory system in the A bomb

10   survivors are 11.4 percent, of which 9.7 percent are to

11   the trachea, bronchus and lung.  Can you tell me if

12   with regard to the Rocky Flats population, you

13   calculated an increased risk to the trachea?

14             MR. KURTENBACH:  Form and foundation.

15        A    We calculated the doses to that part.

16   We saw where the largest doses went to and we

17   calculated the risk for the lung.

18        Q    (BY MS. ROSELLE)  But not for the

19   trachea?

20        A    Not --

21             MR. KURTENBACH:  Same objections.

22        A    We did not separate out the trachea, and

23   this table does not separate out the trachea.

24        Q    (BY MS. ROSELLE)  Okay.  When you look

25   at the particle size, what is the largest particle size

                CARPENTER REPORTING, INC.
                     (303) 752-1200

                                              137
                     * ROUGH DRAFT *

1    that can lodge in the trachea?

2             MR. KURTENBACH:  Form and foundation.

3        A    I would assume, if I recall, it's

4    about -- I don't know the answer to that question for

5    sure right now.

6        Q    (BY MS. ROSELLE)  Were all particles

7    that were 15 microns or larger excluded from your dose

8    calculations?

9             MR. KURTENBACH:  Form and foundation.

10          A     Particles larger than 15 micrometers

11    were not included in the dose calculations.

12          Q     (BY MS. ROSELLE)   Okay.   Do you know if

13    a particle of 15 microns or larger can lodge in the

14    trachea?

15          A     I don't believe it does because when we

16    were looking at the particle sizes, we were considering

17    immediately inhalation or breathing through the mouth,

18    but I can't answer for sure.

19          Q     Do you know, when you determined the

20    particle sizes, if you made that determination based at

21    particle sizes at the plant site or the particle size

22    at the time of inhalation?

23                MR. KURTENBACH:   I need to have that

24    read back.

25                MS. ROSELLE:   At the point of

CARPENTER REPORTING, INC.
(303) 752-1200

138

* ROUGH DRAFT *

1    inhalation.

2                MR. KURTENBACH:   Form and foundation.

3          A     We calculated the inhalation for

4    particle sizes at the point of exposure of the assumed

5    individual.

6          Q     (BY MS. ROSELLE)   Okay.   Now, what

7    assumptions did you make about the -- what happened to

8    the -- well, let's start here:   What information did

9    you use about particle size to make your calculations?

10          A     Can you read that, please?

11                    (The referred-to question was read by

12        the reporter.)

13                    A    Are you referring to calculations of

14        dose, or what calculations are we talking about?

15                    Q    (BY MS. ROSELLE)  I want to know what

16        data you had that allowed you to determine the particle

17        size at the point of inhalation.

18                    A    The particle size at the point of

19        inhalation was determined by the particles that were

20        calculated to be deposited from the atmosphere -- well,

21        actually, to be in the atmosphere, to be deposited on

22        the ground from all of the release events, and, also,

23        to be present in the air from resuspension from the

24        deposited material into the air.

25                    Q    Okay.  First of all, did you do a

CARPENTER REPORTING, INC.
(303) 752-1200

139

* ROUGH DRAFT *

1        calculation of resuspended particles that were

2        off-site, or did you only do calculations based on

3        resuspended particles that were on-site?

4                    MR. KURTENBACH:  Form and foundation.

5                    A    We calculated, based on particles that

6        were off-site, the resuspension at that point.

7                    MS. ROSELLE:  Okay.  I think we need to

8        take a break.

9                    MR. KURTENBACH:  Okay.

10                   MS. ROSELLE:  For this conference call.

11    Can you tell me how much time I have left?

12                (There was a recess taken from 3:00 p.m.

13    to 3:48 p.m.)

14          Q    (BY MS. ROSELLE)  Dr. Grogan, can you

15    tell me what percentage of the work of Cascade

16    Scientific has been for RAC?

17          A    I don't know exactly, but I would assume

18    it's 90 percent.

19          Q    Okay.  I would like to go now to section

20    6.3 on page 6-6 of this part of Task 2.  And it says

21    under section 6.3, "Every effort has been made to

22    identify all the factors that contribute to bias and

23    uncertainty in the risk estimates but --

24                MR. KURTENBACH:  I'm sorry, Louise.  I

25    think I'm -- "every effort" -- where are you?

                                                      140
                        * ROUGH DRAFT *

1                MS. ROSELLE:  Second sentence under

2    Section 6.3.

3                MR. KURTENBACH:  Okay.  I've got it.

4          Q    (BY MS. ROSELLE)  "Every effort has been

5    made to identify all the factors that contribute to

6    bias and uncertainty in the risk estimates, but

7    inevitably, we cannot account for some uncertainties."

8                Okay.  First of all, tell me what the

9    difference is as -- as -- tell me what bias is as you

10   use it in this sentence.

11          A    Bias refers to a process that results in

12    the number consistently being higher or lower than what

13    the real number is.

14          Q    Okay.  And what are the biases in

15    looking at the A bomb survivor data and applying it to

16    the residents around Rocky Flats?

17          A    I can give you what the biases are in

18    the parameters here for using the A bomb survivor data

19    to calculate a risk estimate.  That's something

20    different than the biases in using the A bomb survivor

21    data to determine the risks for residents around Rocky

22    Flats.  There's a couple more steps involved.

23          Q    Okay.  Well, let's start, then, with the

24    biases in using the A bomb survivor data in the risk

25    estimates.

CARPENTER REPORTING, INC.
(303) 752-1200

141

* ROUGH DRAFT *

1          A    One of the biases is called a

2    statistical bias from the epidemiological data that can

3    result from misclassification of a cancer or

4    misreporting.

5               A second type of bias is selection bias

6    where the study population differs in some respect from

7    the entire population in some way.  So that's the

8    sources of bias associated with the epidemiological

9    data.

10          Q    Is that all epi data, or are you

11    specific to the A bomb data?

12          A    Well, that is, in general, for all

13    epidemiological data, those are potential sources of

14    bias.  If you would like the A bomb data in particular,

15    those also apply directly to the A bomb data or could

16    be a source.

17          Q    Are there any biases that are specific

18    to the A bomb data?

19          A    There are biases associated with the

20    doses.  I have to recall if they're systematic -- or if

21    they're a bias or just an uncertainty.  I don't recall.

22               For the dosimetry for the A bomb

23    survivors, there was a bias as a result of the small

24    component of neutron dose to the total dose from gamma

25    radiation that the survivors received.  Then there's

CARPENTER REPORTING, INC.
(303) 752-1200

142

* ROUGH DRAFT *

1    also recognized to be a bias associated with

2    assumptions about the gamma ray field that's calculated

3    for each individual.  I think those are the two main

4    sources of bias.

5          Q    Okay.  Can we go back to the risk

6    coefficient?

7          A    I --

8          Q    Go on.

9          A    There are some biases, then, on the

10    projection model, and the lifetime risk projection

11    model refers to the fact that in that study population,

12    that there are individuals in that population still

13    alive and one has to project what is their risk through

14    to the end of their lifetime or what will their risk be

15    through to the end of their lifetime and that is called

16    risk projection.  The lifetime risk projection.  That

17    has uncertainties and there can be biases associated

18    with the models that are used there.

19            Q    Are you done?

20            A    I think I'm done.

21            Q    Okay.  If you go back to page Roman

22    numeral 5 in this report, to table ES-2.  When you look

23    at the risk coefficient for the lung and you have a

24    distribution percentile of 1.6 to 79, is that the

25    distribution that we see when we look at Till Exhibit 2

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        143
                        * ROUGH DRAFT *

1    on page 28?

2            MR. KURTENBACH:  Which Till exhibit?

3    Oh, Till Exhibit 2.  I see what you're saying.

4            Q    (BY MS. ROSELLE)  Okay.  How does

5    this -- this range on the risk coefficient on page 2 --

6    I'm sorry -- ES-5 -- how do you get from that range for

7    the risk coefficient to this table on page 28 of the

8    Till expert report?

9            A    The numbers that are presented in table

10   ES-2 represent the coefficients and the uncertainty

11   estimates about the coefficients, so those are the

12   uncertainty distributions per unit -- per unit dose.

13        To get to what is the total uncertainty in the lifetime

14        cancer incidence risk that is reflected for the

15        hypothetical individual at these locations and for

16        exposures in those decades, the uncertainty in the risk

17        coefficient as presented in table ES-2 is combined with

18        the uncertainty in the dose coefficient that is

19        reported in that report, and the uncertainty in the

20        intake amount that the hypothetical individual breathes

21        in and is exposed to over that time period.

22              Q    Okay.  So if we go back to my example

23        after lunch where we used 1 rad as the dose and we

24        calculate the median value at 14 times 10 to the minus

25        2 as the increased risk, can you now take that risk and

CARPENTER REPORTING, INC.
(303) 752-1200

144

* ROUGH DRAFT *

1        tell me how I would go about getting the risk on Till

2        table -- the Till table on page 28?  Just walk me

3        through the steps.  Show me where all these

4        coefficients are.

5              A    The uncertainties in the parameters in

6        every step of the chain starting from the source term

7        out through the atmospheric dispersion modeling, the

8        deposition, are all propagated through to give you

9        an -- an amount that is inhaled with the uncertainty

10        associated with that and then it is essentially

11        combined with the uncertainty in the dose and risk

12        coefficient that we calculated before by combining the

13        dose per unit intake and the risk per unit dose

14     together.

15           Q     Okay.  Tell me where I find the

16     uncertainty range for the source term.

17           A     You --

18                 MR. KURTENBACH:  For the source term?

19                 MS. ROSELLE:  Right.

20                 MR. KURTENBACH:  Okay.

21           A     To find the uncertainty range for the

22     source term, you can go to the source term reports

23     where the individual reports, if I recall correctly,

24     summarize what is the median estimate for the release

25     and the distribution, the uncertainty estimate about

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        145
                        * ROUGH DRAFT *

1      the release for each year.  If it's for continuous

2      releases or for the release event, if we're talking

3      about the '57 fire or the 903 area.

4            Q     (BY MS. ROSELLE)  Okay.  But there are

5      four different source term reports; right?

6            A     Yes.

7            Q     Okay.  Is there anyplace that the total

8      source term with all the uncertainties is set forth?

9            A     I believe the technical summary lists

10     each of the source terms with their uncertainty

11     estimates.

12           Q     But I want total.

13           A     Well, there's no single total number --

14    total what?  It's --

15         Q    I want a total source term with the

16    total uncertainty range.

17              MR. KURTENBACH:  Form and foundation.

18         A    So what you would like to see is is the

19    total amount of plutonium that is calculated starting

20    from 1953 through 1989 that has been released from all

21    of these sources?

22         Q    (BY MS. ROSELLE)  Yes.  With the

23    uncertainty range for that total source term.

24         A    I don't believe we have made --

25    presented or made a calculation of that -- of the

CARPENTER REPORTING, INC.
(303) 752-1200

146

* ROUGH DRAFT *

1    number in that format explicitly.

2         Q    Why not?

3         A    Because throughout the entire study, I

4    don't believe we ever received any input or request

5    that that was the way the panel or -- would like to see

6    the results expressed.

7         Q    Well, can you look at your various

8    reports and can you just tell me as we sit here today

9    what the total source term is for plutonium from Rocky

10    Flats for '53 to '89?

11             MR. KURTENBACH:  Form and foundation.

12    Do you want the report?

13         A    Yeah.  Can we look at the technical

14    report, please?

15          MS. ROSELLE:  Sure.  What's the number

16     of the technical report?  I think it's right after the

17     comprehensive summary.

18          MR. SORENSEN:  1086.

19     A     It's the last one in some other one.

20          MS. ROSELLE:  How about this one?

21     A     So I think if you turn to page 29,

22     there's a table 7.  That reports plutonium release

23     estimate distributions by event.  It provides a summary

24     of the quantities associated or calculated to be

25     associated with each of those events in curies, and

CARPENTER REPORTING, INC.
(303) 752-1200

147

* ROUGH DRAFT *

1     mathematically, it's because they are distributions so

2     to add distributions, it's not technically correct to

3     simply take the 50th percentile values and sum them

4     unless you know they're normal distributions, which we

5     know they're not exactly, but you can get a rough idea

6     by adding the 50th percentile value together and you

7     would come up with a number of around 24.2 curies.

8          Q     (BY MS. ROSELLE)  And what's the range

9     of uncertainty?

10          A     That is a lot more difficult to come up

11     with an estimate of that by just looking at the

12     uncertainty ranges, but it would be driven by the

13     uncertainty estimate of the '57 fire.

14          Q     How --

15          A    I believe.

16          Q    How do I go about determining in Till

17   Exhibit -- on page 28, what the uncertainty range was

18   that was used for the source term?

19               MR. KURTENBACH:  Form and foundation.

20          A    Well, the source term for the risk

21   estimates that are presented in figure 9 is not

22   constant through any of those decades.  So to know the

23   uncertainty in the source term for each of those

24   decades, you would look at the individual source terms

25   that contribute to each of those, and you look at the

                     CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                         148
                        * ROUGH DRAFT *

1    uncertainty estimates for those source terms.

2          Q    (BY MS. ROSELLE)  And then after I have

3    those uncertainty estimates, continue with the formula

4    of how I would get to the bar chart there.

5          A    You would look at the meteorological,

6    the atmospheric dispersion modeling, and you would look

7    at the uncertainty estimates associated with that.

8          Q    Are those -- are the uncertainty

9    estimates associated with the meteorologic dispersion

10   modeling strictly related to the uncertainties in that

11   modeling, or does that also include the uncertainties

12   in the source term?

13          A    It's strictly with the meteorological

14   modeling.

15          Q    So first, we have uncertainty that

16   relates to each of the different source terms.  Then we

17   have uncertainty that relates to the meteorological

18   dispersion modeling; correct?  Now, how did you guys do

19   all this?  Was it just in some computer program that

20   you came up with this bar chart in figure 9?

21              MR. KURTENBACH:  Form and foundation.

22        A    Yes.

23        Q    (BY MS. ROSELLE)  Okay.  What was --

24        A    We have --

25        Q    What was the computer program?

CARPENTER REPORTING, INC.
(303) 752-1200

149

* ROUGH DRAFT *

1         A    We have a computer program --

2         Q    What was the computer program that did

3    that?

4              MR. KURTENBACH:  For the record, she was

5    in the middle of her answer.  But go ahead and answer

6    the next question.

7         A    The computer program was the -- the one

8    that has been developed by RAC and actually implemented

9    by Art Rood to generate those final numbers.

10        Q    (BY MS. ROSELLE)  And is there anywhere

11   in the public domain where I can get that computer

12   program?

13             MR. KURTENBACH:  Form and foundation.

14        A    As far as I know, that can be obtained

15   from the Colorado Department of Public Health and

16      Environment, and I'm not sure if it was also provided

17      at the Front Range reading room.  I really don't know.

18              Q    (BY MS. ROSELLE)  And is there anywhere

19      in all of these reports where the actual mathematical

20      computation of Art Rood's computer program is set

21      forth?

22              MR. KURTENBACH:  Form and foundation.

23              A    The computer program -- that is why we

24      have these reports and the comprehensive risk

25      methodology lays out exactly the way the computer

                   CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                    150
                         * ROUGH DRAFT *

1       program takes the inputs and calculates the -- the

2       risks.

3               Q    (BY MS. ROSELLE)  Show me where that is,

4       please.

5               A    Could you help me by reminding me which

6       one is the comprehensive.

7               MS. ROSELLE:  I think it's in the front

8       of that.  Which one is the comprehensive?

9               A    This is it here.

10              Q    (BY MS. ROSELLE)  Got it?

11              A    Yeah.

12              Q    This is one, too.  What's the

13      difference?

14              A    It's your book.  It's not my book.  I

15      don't know.

16              MR. SORENSEN:  They are different dates.

17          A     Oh, yes.  This is a revised version.

18          Q     (BY MS. ROSELLE)  Okay.  So that's 1088?

19          A     1088.

20                MR. SORENSEN:  The other one is 1085.

21          Q     (BY MS. ROSELLE)  Okay.  You go to 1088.

22   What page?

23          A     It starts on page 8, where it describes

24   a mathematical model, and it presents on that page

25   equation 1 that shows exactly how the time integrated

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        151
                        * ROUGH DRAFT *

1    concentration at a specific node for a specific year

2    and particle size is calculated throughout the entire

3    study area, which is depicted in figure 3 on page 7.

4    That figure also shows all of the nodes -- they are

5    called receptor nodes -- where a hypothetical

6    individual can be assumed to be located.

7                The pages after -- from page 10,

8    equations 2, 3, 4, and 5 complete the process to show

9    how you get to the risk calculation, and so that lays

10   out those equations 1 through 5 how you combine the

11   integrated air concentrations and the deposition on the

12   ground from the different events, how you calculate the

13   soil concentrations, the inventory in the soil, and the

14   intake by a receptor to give you the lifetime cancer

15   incidence risk.

16                I --

17          Q     And is the uncertainty analysis set

18     forth there, too, for each of those equations?

19          A     For each of these -- if you look on page

20     9, you can see that the source term, in this case for a

21     continuous release, is shown and the uncertainty would

22     be -- you would sample from the uncertainty

23     distribution from the source term when you made the

24     calculation.  Then the dispersion correction factor,

25     the meteorological correction factor, the plume

CARPENTER REPORTING, INC.
(303) 752-1200

152

* ROUGH DRAFT *

1      depletion and deposition correction factor -- those are

2      uncertainty and bias factors that have distributions

3      about them that are quantified in the reports that go

4      with that, so the uncertainties are carried through in

5      the calculations.

6           One of the thing I might have missed as

7      I was talking is the equations carry on through page --

8      from page 11 to breakdown and explain how some of the

9      individual components that feed into the equation, if I

10     remember rightly, are propagated -- how they fit in and

11     how they're calculated.

12          Q     Was there anywhere in the peer reviewed

13     literature that had the exact procedures that were

14     followed by Art Rood in this computer model that was

15     generated for the Rocky Flats study?

16               MR. KURTENBACH:  Form and foundation.

17          A     Was there anywhere what?

18          Q    (BY MS. ROSELLE)  That -- that the peer

19    reviewed literature had the exact procedure that Art

20    Rood followed in this study.

21               MR. KURTENBACH:  Same.

22          A    In the peer reviewed literature, I

23    believe there's a Health Physics article that lays out

24    and describes the overall approach and analysis.

25          Q    (BY MS. ROSELLE)  Now, that's not my

CARPENTER REPORTING, INC.
(303) 752-1200

153

* ROUGH DRAFT *

1     question.  My question is:  Prior to the time you did

2     this study, was there anywhere in the peer reviewed

3     literature where any one else had ever done the same

4     procedures as Art Rood established in this case?

5               MR. KURTENBACH:  Form and foundation.

6          Q    (BY MS. ROSELLE)  Many of the

7     methodologies, many of the components to the

8     methodology, I described and reported in the peer

9     reviewed literature.  What doesn't exist is a previous

10    combination of those methodologies to apply it to the

11    Rocky Flats situation?  Was there anyone else who had

12    applied all the methodologies the same as you used them

13    in the Rocky Flats situation?

14               MR. KURTENBACH:  Same.

15          A    I don't really understand the question.

16    If somebody had done it the same, somebody would have

17    done it already and we wouldn't have needed to do it.

18          Q    (BY MS. ROSELLE)  No.  Did someone do

19     the same procedure at a different location?

20               MR. KURTENBACH:  Same.

21          A    I would say that, essentially, very

22     similar types of procedures were followed at other

23     locations, such as at Hanford, but not exactly the same

24     because Rocky Flats is not the same as anywhere else

25     exactly.

CARPENTER REPORTING, INC.
(303) 752-1200

154

* ROUGH DRAFT *

1          Q    (BY MS. ROSELLE)  I'm going to show you

2     Deposition Exhibit 3, and ask you if this is the

3     peer -- the abstract for the peer review article that

4     you just referenced.

5          A    That is the peer reviewed article I

6     mentioned just now.

7          Q    So if one followed all of the

8     calculations that are set forth in that technical

9     report using equations 1 through 5, one would come up

10    with table -- figure 9 on page 28 of John Till's

11    report; is that correct?

12         A    I believe that is correct, assuming I

13    didn't miss any -- as I said, some of the later

14    equations, I think provide the information for the

15    input into those equations, but, in essence, everything

16    that is described -- the equations that are described

17    in the comprehensive assessment of exposure and

18    lifetime cancers incidence risk from Rocky Flats are

19      the way that methodology is applied -- explained is

20      exactly how you get to the methodology to calculate the

21      numbers that are presented in figure 9.

22              Q    Going back to the Mayak worker study,

23      when you used the data from the Mayak worker study in

24      coming up with your risk coefficient for Hanford -- I'm

25      sorry -- Rocky Flats, did you take into account the

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        155
                        * ROUGH DRAFT *

1      healthy worker effect?

2              MR. KURTENBACH:   Form and foundation.

3              A    I believe we took account of the healthy

4      worker effect within the risk estimate and its

5      uncertainty distribution.

6              Q    (BY MS. ROSELLE)  And can you tell me

7      exactly what you did with regard to the healthy worker

8      effect?

9              A    I don't recall precisely what we did,

10      but I believe we recognized that there could have been

11      a component of a healthy worker effect in the risk

12      estimate that was derived from the Mayak workers.

13              Q    Can you tell me whether you, in

14      determining your uncertainty analysis, took into

15      account the missing -- the material unaccounted for at

16      Rocky Flats?

17              A    Can you repeat that question, please.

18              Q    When you did your uncertainty analysis

19    for the source term, did you take into account the 2600

20    pounds of material unaccounted for at Rocky Flats?

21            A    When we developed the source term, we

22    looked at the material unaccounted for records or

23    approach to evaluate whether that was a -- a legitimate

24    procedure to come up with an estimate of releases and

25    concluded it was not a useful approach.

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                        156
                        * ROUGH DRAFT *

1             Q    I understand that.  But once you decided

2     that there was no way to do a mass balance approach,

3     you still had 2600 pounds of plutonium that was

4     unaccounted for.  And what I'm asking is:  Did you take

5     that unaccounted for plutonium into your analysis of

6     uncertainty in any way?

7                   MR. KURTENBACH:  Form and foundation.

8     Asked and answered.

9             A    What we took account of in our source

10    term was recognizing that there is material that may be

11    in the ducts, in the crevices, that, in essence, would

12    be a part of that equation, the accounting procedure.

13    We accounted for that type of material in our release

14    estimates.

15            Q    (BY MS. ROSELLE)  How much of the

16    material unaccounted for did you determine was hung up

17    in the ducts and the filters and so forth?

18                  MR. KURTENBACH:  Form and foundation.

19            A    I don't recall exactly what the

20    quantities were for the different events, but I don't

21    find it meaningful to talk about the material

22    unaccounted for as a method to determine what was

23    released.  It's an accounting procedure.  I do --

24          Q    (BY MS. ROSELLE)  Is there -- excuse me.

25    Were you finished?

CARPENTER REPORTING, INC.
(303) 752-1200

157

* ROUGH DRAFT *

1          A    I was going to say, if we look at the

2     1969 fire, if we follow the material unaccounted for

3     approach, we would have to be sucking in 100 kilograms

4     of plutonium because they found more plutonium using

5     the bookkeeping approach.  It just -- it is not a

6     useful method, in my opinion, as a mechanism to

7     determine or bound what may or may not have been

8     released into the environment.

9          Q    Is there anywhere in the RAC reports,

10    with the exception of the one report about the attempt

11    to do the mass balance, where MUF is described as to

12    your analysis of it?

13              MR. KURTENBACH:  Form and foundation.

14         A    I believe there is something in the

15    uranium report that mentions material unaccounted for.

16         Q    (BY MS. ROSELLE)  Anywhere else?

17         A    I don't recall anywhere else.

18         Q    Do you know the total quantity of

19    plutonium that was handled at Rocky Flats?

20            MR. KURTENBACH:  Form.  Foundation.

21       A    I know that I've heard the numbers

22  discussed.  I do not recall them.  I know it's many

23  tons on an annual basis, but I -- I do not -- I do not

24  have any recollection of what the numbers are.

25       Q    (BY MS. ROSELLE)  Do you have a security

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                              158
                     * ROUGH DRAFT *

1  clearance?

2       A    I do not have a security clearance.

3       Q    At any time during the years that you

4  were doing the RAC study, did you, yourself, ever have

5  access to classified documents that were still

6  classified?

7       A    No, I did not.  Can we take a two-minute

8  break?

9            MS. ROSELLE:  Sure.

10           (There was a recess taken from 4:36 p.m.

11  to 4:40 p.m.)

12      Q    (BY MS. ROSELLE)  Okay, if you would,

13  turn, please, to page 6-8 of the Task 3 report on risk

14  characterization.

15      A    6-8?

16      Q    Yes.  Just because I'm curious, can you

17  tell me why some of the reports have regular numbers

18  and some, you use chapter and page numbers?

19      A    I believe it reflects the time period

20  over which the study was done, and possibly some of the

21    idiosyncrasies of the team members.  We actually tried

22    to be consistent.

23             Q    Okay.  Would you look here on page 6-8

24    at the first paragraph under the table 6-5 and the last

25    two sentences say, "Thus, there is still large

                    CARPENTER REPORTING, INC.
                         (303) 752-1200

                                                          159
                         * ROUGH DRAFT *

 1    uncertainty in the reported risk estimate.  Based on

 2    these results, our analysis, a large coefficient of

 3    variation, approximately 150 percent, is assigned to

 4    bone for statistical uncertainties."

 5             Okay.  How did you determine this

 6    coefficient of variation?

 7             A    The coefficient of variation was

 8    determined based on the reported values in peers, et

 9    al.

10             Q    But who made the decision what the

11    coefficient of variation should be for the RAC study?

12             A    I believe I made the initial calculation

13    based on the data and the uncertainty estimates that

14    were presented for the single point estimate in the one

15    case of the situation where there was a positive

16    result.  Then using that, I calculated the coefficient

17    of variation and then we presented this as we were

18    going along to the Health Advisory Panel.  We would

19    have discussed that between ourselves, as well.

20             When I say "ourselves," that would have

21    been Warren Sinclair and Paul Voilleque would have

22    checked and looked at how the calculations were made.

23             Q    Do you hold yourself out as an

24    epidemiologist?

25             A    I do not proclaim to be an

CARPENTER REPORTING, INC.
(303) 752-1200

160

* ROUGH DRAFT *

1    epidemiologist.

2             Q    Are you a medical doctor?

3             A    I am not a medical doctor.

4             Q    Are you a health physicist?

5             A    I'm not a certified health physicist.

6             Q    Do you have any training in medicine?

7             A    In medicine?

8             Q    Yes.

9             A    No.  I do not have any formal training

10    in medicine.

11             Q    Do you have any training in toxicology?

12             A    Toxicology covers a -- broad area.  I'm

13    not a toxicologist, but I don't recall if I have done

14    classes that would classify under that terminology.

15             Q    Did you look at the studies at Rocky

16    Flats by Dr. Carl Johnson and Dr. Chin?

17                      MR. KURTENBACH:  Dr. who?

18                      MS. ROSELLE:  Chin.  Did I get that

19    right?

20                      MR. SORENSEN:  Steve Chin.

21             A    I don't believe we incorporated those

22   studies into this assessment.

23            Q    (BY MS. ROSELLE)  Did you look at them?

24            A    I don't recall looking at them.

25            Q    Can you tell me why you did not look at

                CARPENTER REPORTING, INC.
                   (303) 752-1200

                                                        161
                        * ROUGH DRAFT *

1    them?

2            A    I believe those were not identified

3    as -- as recognized studies when we did our review.

4            Q    Who made the identification of what was

5    a recognized study?

6            A    Many people made that definition insofar

7    as, for example, Warren Sinclair and myself and Paul

8    Voilleque, as we worked on this collectively drew from

9    the literature, the Health Advisory Panel and members

10   of the public meetings would alert us to and let us

11   know if they had studies that they felt we were

12   missing, but, in fact, we should have included, and I

13   don't recall that that study was brought forward to us

14   to give an extra look at.

15           Q    Okay.  Is it your testimony that in the

16   seven years that you worked on the RAC report for Rocky

17   Flats, no one ever brought to your attention the work

18   by Carl Johnson or Steve Chin?

19               MR. KURTENBACH:  Object to the form.

20   "Work by."

21           A    In our report, we reference some work by

22    Johnson, but that was work that was done by the Nevada

23    test site, I think.  I don't recall anybody ever

24    mentioning Chin, and I recall statements made about

25    that Johnson had made a study, but nobody ever

162

* ROUGH DRAFT *

1     requesting, from my best recollection, that this was a

2     piece of work that we were failing to look at that we

3     should include to develop our risk estimates.

4            Q    (BY MS. ROSELLE)  So it's your testimony

5     you've never seen Carl Johnson's study at Rocky Flats?

6            A    I really don't recall if I've ever seen

7     it.

8            Q    Did you ever see a study by Steve Chin

9     about Rocky Flats?

10           A    I don't -- I don't recall a study by

11    Steve Chin.

12           Q    Did you ever look at the study in this

13    litigation by Richard Klapp about Rocky Flats?

14           A    No.  I don't believe I have.

15           Q    Okay.  Mr. Voilleque, does he have a

16    Ph.D.?

17           A    I don't believe Mr. Voilleque has a

18    Ph.D.

19           Q    Can you tell me how long he worked for

20    the Atomic Energy Commission, if you know?

21           A    I do not know.  I -- I don't know.  I

22    would have to look at his C.V. or ask him.  It must

23    have been a good number of years ago, but I don't

24    recall.

25              Q    Okay.  And he's a certified health

CARPENTER REPORTING, INC.
(303) 752-1200

163

* ROUGH DRAFT *

1    physicist?

2              A    Yeah.  I believe he is.

3              Q    Did he ever hold himself out to you as

4    an epidemiologist?

5              A    No.  He did not.

6              Q    Okay.  Tell me about Warren Sinclair.

7    What's his background; do you know?

8              A    Warren Sinclair, I believe, went to

9    university in New Zealand.  I know he worked in London.

10   And -- hmm.  I think it was up in Oregon that he's a

11   radiobiologist, I believe is one of his qualifications.

12   He has studied and worked with aspects of radiation

13   exposure for very many years.  I believe he's president

14   emeritus of the National Council for Radiological

15   Protection.  I believe he was a member of the

16   International Commission of Radiological Protection.  I

17   think he's worked for many years with the data from the

18   atomic bomb survivors.  That he has followed the

19   epidemiological studies of radiation risk, but I -- I

20   fear I'm probably doing him a disservice not

21   remembering -- I don't remember all the details.

22              Q    Is he a medical doctor?

23          A    I don't believe he's a medical doctor.

24          Q    Does he hold himself out as an

25     epidemiologist?

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                    164
                        * ROUGH DRAFT *

1          A    I really don't know.

2          Q    Of this Task 3 report that we've been

3     looking at, what percentage of this report did he

4     write?

5          A    It's very hard to give a percent because

6     the report was developed jointly over a good number of

7     years, but --

8          Q    Who put the pen to paper to write the

9     report?

10          A    All three of us put pen to paper to

11     write the report.

12          Q    What percentage of the report would you

13     say you wrote?

14              MR. KURTENBACH:  Form and foundation.

15          A    I would say it was approximately

16     33 percent.

17          Q    (BY MS. ROSELLE)  So you're saying you

18     wrote a third, Mr. Voilleque wrote a third, and

19     Sinclair wrote a third?

20          A    I think that's a reasonable guess.

21          Q    Continuing here on -- with the A bomb

22     survivor data, would you look at page 6-13, at figure

23     6-1.

24          A    Yes.

25          Q    Would you explain that figure to me in

                CARPENTER REPORTING, INC.
                    (303) 752-1200

                                                165
                    * ROUGH DRAFT *

1    layman's language.

2           A    What that figure shows is that there are

3    three input parameters to this calculation of

4    epidemiological uncertainty.  It shows how uncertainty

5    in those three input parameters is propagated through

6    to calculate what the uncertainty is in the calculated

7    value.

8           Q    And the model that was used to do this,

9    is that reported in the peer reviewed literature

10   somewhere before you used it?

11              MR. KURTENBACH:  Form and foundation.

12          A    Yes.

13          Q    (BY MS. ROSELLE)  Okay.  Where was it

14   found?

15          A    That is a model called crystal ball that

16   is developed -- developed -- I don't know if that's the

17   right word.  That is produced by Decisioneering.  I

18   believe their offices may even be quite close to

19   downtown Denver.

20          Q    And where is the article in the peer

21   reviewed literature about this model?

22          A    The model in the sense that it -- the

23   model there is simply three parameters that are

24    combined to calculate the uncertainty about the final

25    parameter.  That process of applying the Crystal Ball,

CARPENTER REPORTING, INC.
(303) 752-1200

166

* ROUGH DRAFT *

1    which is -- is described in an NCRP report, I believe

2    it's referenced in the back of this report together

3    with the software, the Decisioneering software to

4    propagate the uncertainties.

5            Q    And these uncertainties are still

6    limited to the A bomb survivor data; is that correct?

7            A    In this specific example here, they are.

8            Q    Okay.  Let's turn to page 6-21, section

9    6.3.5, uncertainty in the dose and dose rate

10   effectiveness factor and dose response with low LET

11   radiation.

12           Okay.  One of the things that you did in

13   coming up with your risk coefficient is you applied a

14   dose and dose rate effectiveness factor; correct?

15           A    We applied a dose and dose rate

16   effectiveness factor.  That is sometimes simply called

17   the DDREF.

18           Q    And this is --

19           A    For the risk estimates obtained from the

20   atomic bomb survivors only.

21           Q    Okay.  And what this DDREF is is a

22   factor you applied because the -- you assumed that the

23   A bomb survivors had a single exposure and that the

24   people around Rocky Flats had repeated exposures; is

25    that correct?

CARPENTER REPORTING, INC.
(303) 752-1200

167

\* ROUGH DRAFT \*

1              MR. KURTENBACH:  Object to the form of

2      that question.  And foundation.

3              A    The DDREF was applied because the

4      survivors of the A bomb received essentially their dose

5      almost instantaneously.  And it was a high dose rate.

6                   Because we're interested in looking at

7      low doses and dose rates, it's recognized that there is

8      a difference and this factor is applied to account for

9      that.

10             Q    (BY MS. ROSELLE)  If someone had had a

11     single exposure in the 1957 fire at Rocky Flats, would

12     it be a -- appropriate to apply a DDREF factor in

13     calculating their risk coefficient?

14             MR. KURTENBACH:  Form and foundation.

15             A    I don't believe it would be.  I think

16     you'll find in the report, we explained the UNSCEAR

17     that defines what a low dose rate is, so that would be

18     less than .1 milligray per minute.  And somewhere else,

19     as well, we've got what low dose is -- what low doses

20     are, but the dose rate in -- in the case of the

21     Japanese bomb survivors, it was the dose rate that

22     requires the DDREF to be applied.

23             Q    (BY MS. ROSELLE)  And you applied a -- a

24     DDREF of 2; is that correct?

25          MR. KURTENBACH:  Form and foundation.

CARPENTER REPORTING, INC.
(303) 752-1200

168
* ROUGH DRAFT *

1          A    In this case, we were looking at what

2     the -- what the uncertainty was in what the DDREF might

3     be.  And so if you look at page 6-23, figure 6-2, you

4     can see the range of values for the DDREF that we

5     applied.

6          Q    (BY MS. ROSELLE)  Can you tell me why,

7     when I look at figure 6-2, it's for the whole body,

8     liver, and bone, and there's no reference to the lung?

9          A    I actually had forgotten.  I didn't -- I

10    don't recall, but if you look below the figure, there's

11    a statement that the data suggests that the

12    distribution of uncertainties in the DDREF for lung is

13    different from total cancer, and that -- and that there

14    is evidence for more pronounced effect of the DDREF and

15    so then the text goes on to explain the assumptions

16    that are made, and it provides the reasons for those

17    assumptions.

18          Q    Okay.  And you used a -- a DDREF of 4

19    for the lung with an upper bound estimate at 10?

20          A    I believe that's correct.

21          Q    And the effect of applying a DDREF of 4

22    is to lower the risk coefficient; is that correct?

23          MR. KURTENBACH:  Form and foundation.

24          A    The effect of the DDREF is to recognize

25    that there's a difference in the risks that are seen to

CARPENTER REPORTING, INC.
(303) 752-1200

169

* ROUGH DRAFT *

1    occur at high doses or dose rates as compared to low

2    doses or dose rates and so that difference, that

3    lowering of an effect and therefore, a smaller risk

4    estimate, is -- results.

5           Q    (BY MS. ROSELLE)  If you would turn to

6    page 6-25, figure 6-3, would you describe this figure

7    in layman's language.

8           A    This figure is laying out exactly the

9    procedure that was used to -- to calculate the

10   distribution of mortality risk coefficients, that is

11   cancer mortality risk coefficients for exposure to, in

12   this case, low LET radiation and it takes lung as an

13   example.

14           So if you look at the top row, we have a

15   starting point, which is the estimate of what is the

16   risk coefficient that is calculated and reported for

17   lung cancer risk from the Japanese A bomb survivor

18   data.  That risk estimate, then, is combined with the

19   distribution of uncertainties of each of the factors

20   that we've talked about previously.  Each factor is

21   described as a unitless multiplicative factor.  That

22   is, so you start with your -- the first number, you

23   sample from each of those distributions about the

24   uncertainty parameter, the -- the factor there for the

25   uncertainty parameter, and each -- run through the

CARPENTER REPORTING, INC.
(303) 752-1200

170

* ROUGH DRAFT *

1    model when you make the calculation.

2                You take the initial -- your initial

3    value and then you sample from your first distribution

4    and that factor will tell you whether -- what --

5    whether that original estimate -- whether it's -- stays

6    the same, goes a little smaller, goes a little larger.

7    It multiplies by that number.

8                Then for the next factor, it's whether

9    the factors -- the uncertainty in that factor, and you

10   propagate all the way through so that each time you get

11   a result, you sample through there -- I don't remember

12   how many times -- 8,000 times and that generates a

13   result -- 8,000 results and that generates, then, your

14   distribution of uncertainties.

15               Q    And this procedure just relates to the

16   combining of uncertainties in the input parameters

17   using the A bomb data; correct?

18               A    That is correct.

19               Q    Which is only one of the four types of

20   data that you used in this intrinsic weighting that you

21   did to come up with your risk coefficient; correct?

22               A    That is correct.

23               Q    And the RAC data that's in Till report

24   Exhibit 2 to the Till deposition, is that lifetime

25   mortality or lifetime morbidity?

CARPENTER REPORTING, INC.

(303) 752-1200

171

* ROUGH DRAFT *

1        A    This is lifetime morbidity.  Or cancer

2    incidence.  Lifetime cancer incidence.

3        Q    Okay.  Now, if we go to page 6-33, I

4    think we're still talking about the A bomb survivor

5    data here.  Is that correct?

6        A    No.

7        Q    Okay.  What are we talking about now?

8        A    We are now talking about the value for

9    the relative biological effectiveness factor that is --

10   is combined with the risk estimate from the A bomb

11   survivors to account for the fact that we're looking at

12   alpha radiation and not gamma radiation.

13       Q    But we're still looking at the A bomb

14   survivor data?

15       A    We're looking at the approach that is

16   based on the A bomb survivor data.

17       Q    Let me ask you a different way.  Did you

18   apply an RBE to anything other than the A bomb survivor

19   data?

20       A    Not in the -- not in terms of the gross

21   approach.  We have looked at their -- there are

22   discussions and talk about the RBE in different parts

23   of the report, but it is within the second approach

24   using the A bomb survivor data that the RBE is combined

25   with it to generate a risk estimate.  None of the other

CARPENTER REPORTING, INC.
(303) 752-1200

* ROUGH DRAFT *

1    overall approaches uses -- is combined in any way with

2    an RBE.

3              Q    Okay.  Can you tell me what the range of

4    RBE's were that you could have used that have been

5    published in literature?

6              MR. KURTENBACH:  Form and foundation.

7              A    I think that if you look at the summary

8    to that section, the RBE values and the ranges that are

9    defined there reflect the range of RBE's that one can

10   sensibly use based on the literature.

11             Q    (BY MS. ROSELLE)  You're looking at page

12   6-39?

13             A    Yes, I am.

14             Q    Okay.  And what is the range?

15             A    So, essentially, the range of values

16   that we have for the lung go from 10 up to 100 with 30

17   as the median estimate.  For the liver, they go from 8

18   to 50.  For the bone, they go from 5 to 375.  And for

19   the bone marrow, from 1 until 10.

20             Q    And as you increase the RBE, does that

21   increase or decrease the risk coefficient?

22             A    As you increase the RBE, it increases

23   the risk coefficient that you would calculate.

24             Q    Did you see any literature that had an

25   RBE greater than 100 for the lung?

173
* ROUGH DRAFT *

1              A    I do not recall.  But if you look at the

2       distributions that are shown there, the -- the

3       bottom -- the lower and upper values that I just gave

4       you actually are the 2-1/2 and the 97-1/2 percentiles

5       of the distribution that we assumed, so that's not

6       saying the -- in the case of the lung that 100 was the

7       largest number, but we would have in the

8       distribution -- there would have been values larger

9       than 100.  But with -- specifically looking at the

10      literature, I do not recall what the range of values

11      were.

12             Q    Okay.  Would you turn, please, to page

13      9-2.

14             A    Okay.

15             Q    Okay.  And there's table 9-1, summary of

16      distributions of lifetime cancer mortality risk

17      estimates, 10 to the minus 2 per gray by cancer site

18      for the different risk estimation approaches.  Okay.

19      These were the conclusions in the report as to the

20      distributions of lifetime cancer mortality risk

21      estimates; is that correct?

22                  MR. KURTENBACH:  Form and foundation.

23             A    These are the distributions that were

24      calculated for each of the organs for each of the four

25      approaches.

* ROUGH DRAFT *

1          Q     (BY MS. ROSELLE)  Okay.  So, for

2    example, if you had used just the epidemiology with

3    plutonium, your risk fact -- your risk coefficient for

4    cancer mortality for the lung would have been a risk

5    coefficient of 20 with a range of 5 to 80; is that

6    correct?

7          A     That is correct.

8          Q     Okay.  But then, you got into this

9    intrinsic merit of epidemiologic studies and weighted

10   these various risk coefficients; correct?

11              MR. KURTENBACH:  Form and foundation.

12         A     That is correct.

13         Q     (BY MS. ROSELLE)  And that was a

14   judgment that you and Sinclair and Voilleque made;

15   correct?

16              MR. KURTENBACH:  Form and foundation.

17         A     That is an approach that we pioneered

18   and presented to the Health Advisory Panel and others.

19         Q     (BY MS. ROSELLE)  Now, will you look at

20   page 9-5.

21         A     I'm looking at it.

22         Q     Figure 9-1.  Okay.  First, I cannot read

23   these little titles.  So if you could just read to me

24   what each of these little titles say.

25         A     Okay.  With the benefit of remembering

CARPENTER REPORTING, INC.
(303) 752-1200

175

* ROUGH DRAFT *

1    what the title says -- what it actually says up there

2    is "Forecast."  Probably it has a period or something

3    afterwards and then it says human exposure to plutonium

4    and then below it, it says "Frequency Charts."

5              In essence, it's not important what it

6    says because the diagram is designed to explain or

7    represent the methodology, and so the four charts that

8    you have at the top -- one, two, three, four -- those

9    four represent in this case for the lung cancer, the --

10   that distribution that is shown on the previous -- that

11   we just talked about just now that was in table 9.1.

12   That presents the values for the lung for the four

13   different approaches, so it shows the distributions for

14   each of those values and ranges that are indicated in

15   table 9-1 for the lung.

16             And then what it shows is that for that

17   first approach, where it's a human exposure to

18   plutonium, the weighting that was applied based on the

19   intrinsic merit of the approach, this one at the top on

20   the right actually says forecast low LET risk combined

21   with RBE.  The two below have human exposure to other

22   alpha emitters and the final one says animal

23   experiments.  And essentially, what it shows is that to

24   generate the final overall risk coefficient uncertainty

25   distribution, that you sample 33 percent of the time

1    from the distribution.

2              The first distribution, that is the

3    human exposure to plutonium, you sample 22 percent at a

4    time.  From the one that is the low LET risk combined

5    with the RBE and -- 30 percent of the time from the

6    other alpha emitter risk estimate and 15 percent of the

7    time of the risk estimate that you would derive from

8    animal experiments.  And repeating that calculation

9    many times -- 8,000 times, you generate the output

10   distribution that is shown in the bottom one that says

11   lung cancer mortality risk.

12        Q    This isn't an uncertainty analysis.

13   This is the calculation of lifetime cancer mortality

14   risk?  Correct?

15        A    It's a component of the uncertainty

16   analysis to generate an overall uncertainty in the

17   lifetime -- the lung -- lifetime lung cancer mortality

18   risk coefficient.

19        Q    Okay.  Now, if we turn to page 9-6,

20   there's table 9-4.  And for lung, you have a mortality

21   risk coefficient distribution percentiles and it says

22   13, parens, 1.5 to 67.  Okay.  Why did you then use a

23   14 as your median mortality risk coefficient?

24              MR. KURTENBACH:  Form and foundation.

25        A    I don't believe we did use 14 as our

                CARPENTER REPORTING, INC.
                   (303) 752-1200

                                          177
                 * ROUGH DRAFT *

1    median mortality risk coefficient.  The 14, I believe,

2    is the incidence risk coefficient.  The median value.

3            Q    (BY MS. ROSELLE)  Okay.  And that was

4    based on your belief that only 3.7 percent of the

5    people who get lung cancer survive, using Colorado

6    data?

7                 MR. KURTENBACH:  Same.

8            A    That was not based on a belief.  It was

9    based on the lethality fractions from the Colorado

10   data.  That is data from the Colorado Department of

11   Health, if I remember correctly.  From their cancer

12   registries.

13           Q    (BY MS. ROSELLE)  And how many data

14   points did they have in the cancer registry for lung

15   cancer; do you remember?

16           A    I do not recall exactly how many they

17   had, but looking at the statistic there, the

18   percentage -- the viable rate, the standard error on

19   it, it looks like a -- I think it was a good number.

20   But I do not recall the -- the absolute numbers.

21           Q    Okay.  And what is the definition of

22   the -- the survival rate for lung cancer?

23                 MR. KURTENBACH:  Form.  Foundation.

24           Q    (BY MS. ROSELLE)  Let me try it a

25   different way.  How many years do you have to survive

CARPENTER REPORTING, INC.
(303) 752-1200

                                                178

* ROUGH DRAFT *

1    to be called a survivor of lung cancer?

2              MR. KURTENBACH:   Same.

3         A    In this case, these data reflect the

4    20-year survival estimates.

5         Q    (BY MS. ROSELLE)   Okay.   Well, what it

6    says -- first of all the sentence before that one says

7    reliable survivor data was available for up to 15 years

8    after diagnosis for bone and up to five years after

9    diagnosis for liver.   These data were fitted with power

10   functions to obtain 20-year survival estimates, but

11   there's nothing there that talks about lung cancer at

12   all.

13             MR. KURTENBACH:   Form.   Foundation.

14        A    Those particular sentences refer to

15   liver and bone because the 20-year survival data are

16   not readily available.   The lung, the 25 -- 20-year

17   data is directly obtainable, if I recall correctly, and

18   so there had to be -- there was no fit or no

19   extrapolation from shorter survival times to get to

20   what the 20-year survival time is.

21        Q    (BY MS. ROSELLE)   Is there anywhere here

22   that says that for lung cancer, it's a 20-year survival

23   that you were looking at?

24        A    I think if you go back to the figure

25   4.2, that you'll find that you can see the 20-year

                CARPENTER REPORTING, INC.
                    (303) 752-1200

                                              179
                    * ROUGH DRAFT *

1    values plotted.

2         Q    Well, I'm -- 4.2.

3          A    So that figure shows the lethality

4     fraction versus time after diagnosis, it shows the

5     source of the data for the State of Colorado, and it

6     shows the data for lung cancer all the way through at,

7     it looks like 1, 3, 5, 10, 15, and 20 years.  The same

8     data plotted for all leukemias and all leukemias except

9     chronic lymphatic leukemia.  Those data points are

10    shown.

11         And then you can see that the data for

12    liver and bone, there are no data available for the

13    time periods out to 20, and so that was why that

14    paragraph probably focused on just explaining how, for

15    those two, we got to a number for the 20-year value.

16         Q    What were your criteria for

17    survivability?  Was it that you had a diagnosis of lung

18    cancer and you died?  Or did you -- was it a question

19    of looking at the death certificate to see what the

20    primary cause of death was?

21              MR. KURTENBACH:  Form.

22         A    Could you repeat that, please.

23         Q    (BY MS. ROSELLE)  Okay.  How did you

24    make the -- the determination that the lung canc --

25    that the person -- that the lung cancer -- the

CARPENTER REPORTING, INC.
(303) 752-1200

                                          180
* ROUGH DRAFT *

1     lethality fraction -- in other words, did you look at

2     the cause of death on the death certificate, or did you

3    look at the fact that someone at some point was

4    diagnosed with lung cancer and then died?

5              In other words, were you looking at what

6    was the primary cause of death, or just that someone

7    who had lung cancer died?

8              MR. KURTENBACH:  Form and foundation.

9         A    I really don't think I understood what

10   it is that you're trying to --

11        Q    (BY MS. ROSELLE)  Okay.

12        A    -- ask me.

13        Q    Okay.  Someone might have lung cancer

14   and then die in an automobile accident.  If that person

15   died in an automobile accident, is that reported as a

16   lung cancer death?

17        A    In this figure and the data that we're

18   looking at, these are data from, if I recall, the

19   cancer registry for the State of Colorado that follows

20   that for people diagnosed with cancer, there -- if they

21   are still surviving five years, ten years, 15, or 20

22   years following it.

23        Q    So it doesn't matter why they died?

24   It's only a question of whether they're alive or dead?

25             MR. KURTENBACH:  Form and foundation.

CARPENTER REPORTING, INC.
(303) 752-1200

                                              181

* ROUGH DRAFT *

1         A    The -- I'm not sure I really understand

2    you correctly, but the -- what we are trying to get at

3    here is the -- is the survival rate once you've got a

4   cancer.  And these are the statistics, standard

5   procedures that -- that are -- that are used to

6   determine for people that are diagnosed how -- how long

7   do they -- do they die immediately, or is it something

8   like a thyroid cancer where many people survive thyroid

9   cancer.

10         Q    (BY MS. ROSELLE)  Okay.  If you turn to

11   page 9-12, 9-10 table, summary of adjustments for age

12   at exposure and gender applied to population lifetime

13   cancer risk estimate distribution.  Okay.  And you

14   have, for lung cancer, you have a range, for example,

15   for people under age 20 an exposure of .59 R to 1.5R.

16   Did you make any adjustment for the age at exposure?

17         MR. KURTENBACH:  Form and foundation.

18         A    The adjustments that we made for age at

19   exposure were made depending whether they're under 20

20   when they're exposed or if they're assumed to be 20 or

21   over.

22         Q    (BY MS. ROSELLE)  Okay.  But if they

23   were under 20, your range goes from .59 to 1.5, and you

24   don't have a midpoint.

25         A    The midpoint --

1         MR. KURTENBACH:  I object to the form

2   and foundation.

3         A    These are adjustments to the risk

4     coefficient that we have, which is a population

5     averaged lifetime cancer risk estimate.  So that value

6     we can call R is the median or the mid value from our

7     population lifetime risk estimates.  The factors then

8     that are shown in parentheses show that how we assumed

9     that R varies for whether you're under 20 or over 20.

10          Q    (BY MS. ROSELLE)  Okay.  If you're under

11    20, how much did the risk coefficient increase because

12    of your age?

13          A    If you're under 20, the risk coefficient

14    could go to be 50 percent more.

15          Q    Or 41 percent less?

16          A    Or 41 percent less.  But -- if I'm

17    reading that correctly.  It's --

18          Q    So if you were under 20, you could

19    actually have a lower risk coefficient than someone

20    that was older, the way you did this?

21               MR. KURTENBACH:  Form and foundation.

22          A    The way we did this -- give me a second,

23    please.

24          Q    (BY MS. ROSELLE)  Sure.

25          A    Okay.  It's hard to explain this really

CARPENTER REPORTING, INC.
(303) 752-1200

183

* ROUGH DRAFT *

1     quickly, but, essentially, what we looked at was the

2     information we had about the difference in risks for

3     people under exposed -- exposed under the age of 20 as

4     opposed to 20 and over.  And if we -- if the difference

5    in the risk between the two categories was less than a

6    factor of 2 on average, we didn't change what the

7    overall lifetime risk estimate would be between the

8    two.  The reason you see -- but we have uncertainty in

9    our risk estimate for those two categories.

10            The reason, if I remember correctly, why

11   the numbers look strange -- I was going to say was

12   because we've got a difference in the quantities of

13   males and females, but that reflects why -- why the

14   gender one looks different.  I -- I apologize if

15   it's -- it takes a while to explain, but it's -- we're

16   getting from a risk estimate that's calculated for a

17   population as a whole and the distribution in that to

18   look at how would that risk estimate vary if we're only

19   looking at people under 20 or over 20, and we're using

20   the criteria about what we see as the difference.

21            For the lung cancer risk, we don't see a

22   significant difference.  It's not more than a factor of

23   2, so we have -- we have the ratio.  We keep -- the

24   central estimate is the same for both.  The reason it

25   goes from a lower to a larger number, I believe is

184

* ROUGH DRAFT *

1    because we factored in the -- the percentage of the

2    population that would be under 20 versus the percentage

3    of the population that is over 20.

4            And so you don't get just a neat number

5    there that goes from .5 to 1.5 or whatever you might be

6    expecting, because if you look at that footnote B,

7    we're basing it on a Colorado population where

8    30 percent of the total population is under 20 and

9    70 percent is 20 and over.

10        I --

11        Q    30 percent of the people who get lung

12   cancer are under the age of 20?

13        MR. KURTENBACH:  Form -- form and

14   foundation.  Mischaracterizes her testimony.

15        A    This footnote is talking about the total

16   population, the general population of Colorado, the

17   deem graphics whereby in the age distribution of the

18   total population, 30 percent is under 20 and 70 percent

19   is 20 or over based on -- I'm not quite sure exactly

20   what time period that census to get that statistic

21   comes from.  I don't recall.

22        Q    (BY MS. ROSELLE)  Let's look at table

23   9-11, and if we could compare it to 9-9.  9.9, it's

24   called population averaged organ specific lifetime

25   cancer incidence rates per unit dose, 10 to the minus

CARPENTER REPORTING, INC.
(303) 752-1200

185

* ROUGH DRAFT *

1    per gray for plutonium inhalation for lung.  It says

2    that the risk coefficient is 14 with a range of 1.6 to

3    79.

4        Then if we look at 9-11, that now breaks

5    out people under 20 and people over 20 for lung, it

6    still says it's lifetime cancer incidence risks per

7    unit dose.  Now, the risk coefficient is 13 for under

8    20 and over 20.  Can you explain that?  Shouldn't it be

9    the same in both tables?

10        A    The reason for the difference is because

11    of the sampling and the -- and the -- and the way the

12    distributions are calculated.  It's --

13        Q    It's reporting the same data.

14        MR. KURTENBACH:  Form and foundation.

15        A    It's -- if you recall, you're starting

16    from the same distribution for the total population,

17    but now, we've divided it between those under 20 and

18    those 20 and over.  And we've sampled from the overall

19    distribution in the two ways, and that's the way it

20    falls out.

21        Q   (BY MS. ROSELLE)  I understand that

22    you're telling me that, but when I look at the tables

23    that are reporting the same data, on one, the risk

24    coefficient is 14 and on the other, the risk

25    coefficient is 13 for both the under 20 group and the

CARPENTER REPORTING, INC.
(303) 752-1200

186

* ROUGH DRAFT *

1    20 and over group.

2        MR. KURTENBACH:  Form and foundation.

3        A    And I'm telling you that if you look at

4    the table 9-10, the parameter range for the under

5    twenties goes from .59 of the pop -- the median value

6    up to 1.5 times the median value for those that are

7    under 20.  And it goes the -- the range is slightly

8    different for those 20 and over.  And that results in

9    the differences that you see in the values that are

10   shown in table 9-11.

11        Q    (BY MS. ROSELLE)  Wait.  If I have a

12   population and the lifetime incidence risk is 14, and

13   now I take my population and I split it into two groups

14   and each group has the same lifetime incidence rate and

15   it's now 13, the two tables don't agree.  It would be

16   one thing if it's 13 and 15, but these both say 13.

17             MR. KURTENBACH:  Form and foundation.

18        A    All I can say is that using the

19   procedure, those other numbers and the way they came

20   out, there is no real difference between 13 on one

21   table and 14 on the other.  But --

22        Q    (BY MS. ROSELLE)  Well, it's

23   1 percent --

24        A    That is the median estimate of the

25   distribution.  If you look at the distribution, it --

CARPENTER REPORTING, INC.
(303) 752-1200

187

* ROUGH DRAFT *

1    the 2.5 and the 97.5 percentiles are not identical, and

2    because of that, the median estimate of the

3    distribution, which is the 50th percentile value, is

4    slightly different.  It just coincides that they're

5    both 13.  That's -- it's --

6        Q    It's a difference in a lifetime

7    increased cancer risk of 1 percent.

8                  MR. KURTENBACH:  Form.  Foundation.

9         Q    (BY MS. ROSELLE)  Right?

10        A    You're talking about the difference in

11   the median estimate of the distribution.  That is --

12        Q    It's a difference of 1 percent between

13   the two tables; correct?

14                  MR. KURTENBACH:  Asked and answered.

15   Form and foundation.

16        Q    (BY MS. ROSELLE)  I just want to make

17   sure I understand the difference.  I mean, is that what

18   we're talking about?  1 percent difference in the risk

19   of cancer per unit dose?

20                  MR. KURTENBACH:  Same.

21        A    The difference between the median

22   estimate on table 9-9 for lung as compared to table

23   9-11 for lung is 1 percent per gray.

24        Q    (BY MS. ROSELLE)  Okay.  Can we look at

25   table 9-12.  Okay.  These are the dose conversion

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                              188
                      * ROUGH DRAFT *

1    factors for plutonium oxide for plutonium aerosols.

2    Okay.  Now, does a higher dose conversion factor

3    increase the risk coefficient?

4         A    Can you repeat that to be sure I've

5    understood what you've said.

6         Q    Does a higher dose conversion factor

7       increase the risk coefficient?

8               A    You have to be specific about what risk

9       coefficient you're referring to.

10              Q    The one --

11              A    So --

12              Q    -- in summary table on page Roman

13      numeral 5 of this report.

14              A    So when you refer to a higher dose

15      coefficient --

16              Q    Dose conversion factor.

17              A    Okay.  A higher dose conversion factor,

18      are you -- I mean, I assume what you're asking is that

19      taking the lung as an example.

20              Q    Uh-huh.

21              A    Depending on the particle size, there

22      are different dose coefficients.

23              Q    Correct.

24              A    That if for that organ, the dose

25      coefficient -- the largest dose coefficient for that

CARPENTER REPORTING, INC.
(303) 752-1200

189

* ROUGH DRAFT *

1       organ would result in the largest risk.

2               Q    Yes.

3               A    Okay.  I wanted to be sure I understood

4       you.  Yes.  It does.

5               Q    Okay.  Now, when we look at the lung,

6       and we look at the AMAD of 1 micron, did you tell me

7       exactly how you calculated the AMAD for the plutonium

8 oxide in the area off-site?  If you can just point me

9 to a report that really lays it out, that would be

10 fine.

11   A I believe the AMAD selections are

12 described in a number of places.  They are summarized

13 earlier in the report we're looking at currently in

14 section 2.4 on page 2-11.

15   Q I'm looking right at that.  Oh, 2-11.

16   A I also believe that the individual

17 source term reports talk about the particle sizes, but

18 I'm not sure.  But this here, I think gives a pretty

19 complete summary of the particle size distributions for

20 each of the release types.

21   Q So these pages from 2-11 through 2-13

22 tell exactly what data you used to do your

23 determinations on the particle sizes?

24    MR. KURTENBACH:  Form and foundation.

25   A I believe they summarize them, and I

190

* ROUGH DRAFT *

1 believe they -- they reference individual reports, the

2 source term reports that provide -- that may provide

3 more information.  I don't recall exactly.

4   Q (BY MS. ROSELLE)  In your work, did you

5 use thorium 230 as an analog or comparison for

6 plutonium 239?

7    MR. KURTENBACH:  Form and foundation.

8          A    In the work that was done for developing

9    the plutonium risk estimates, information from thorium

10   exposures was used to develop the risk estimates for

11   some of the organs -- I think it was the liver in

12   particular -- for exposures -- for the approach that

13   was based on exposure to other alpha emitters.

14         Q    (BY MS. ROSELLE)  Okay.  Was it used as

15   an analog or comparison to plutonium 239?

16              MR. KURTENBACH:  Same objections.

17         Q    (BY MS. ROSELLE)  I'm just asking was it

18   used in any way in your work on plutonium 239?

19              MR. KURTENBACH:  The same objections.

20         A    If you turn to page 7-13, section 7.2,

21   you can see that we describe studies based on thorium

22   232 and their decay products, and use that information

23   to develop the risk estimates for plutonium for that

24   approach for liver.

25         Q    (BY MS. ROSELLE)  Did you use thorium

                    CARPENTER REPORTING, INC.
                        (303) 752-1200

                                                    191
                      * ROUGH DRAFT *

1    230 as an analog or comparison for plutonium 239?  What

2    listed here are different isotopes of thorium than

3    thorium 230.

4              MR. KURTENBACH:  Form and foundation.

5         A    As I sit here right now, I don't recall

6    about thorium 230.  Thoratrast and thorium 232 and its

7    decay products were considered in the approach using

8    other alpha emitters to develop risk estimates for

9     liver, but I don't recall where thorium 230 fits in, if

10    it fits in.

11            Q    (BY MS. ROSELLE)   Okay.  You were one of

12    the participants in the Rocky Flats soil action level

13    independent review technical summary; is that correct?

14            A    I don't recall.

15            Q    You don't remember working on that

16    report at all?

17            MR. KURTENBACH:  I think she was -- I

18    don't think she was finished.

19            A    I -- I don't recall if I contributed to

20    that report or not.

21            Q    (BY MS. ROSELLE)   Okay.

22            A    Am I listed as one of the authors?

23            Q    Yes.  Okay.  I want to show you this

24    page that has table 1 and table 2.  Okay.  Do you see

25    that?  Is the only difference between those two tables

CARPENTER REPORTING, INC.
(303) 752-1200

192

* ROUGH DRAFT *

1     the way -- I didn't print the whole report out.

2             A    Okay.

3             Q    Is the only difference between those two

4     tables the way -- what type of calculation was done?

5     In other words, the sum of the -- whatever -- compared

6     to the other method of doing the calculation?

7             A    I'm afraid I don't think I can give you

8     an answer on that right now without studying this

9       further.  I don't -- I don't recall the tables and the

10      information in it.

11              Q    Do you agree, based upon the work that

12      you've done, that there's still plutonium located at

13      Rocky Flats?

14                   MR. KURTENBACH:  Form.  Foundation.

15              A    Located where at Rocky Flats?

16              Q    (BY MS. ROSELLE)  At the plant site.

17                   MR. KURTENBACH:  Same.

18              A    I don't know that I can answer that --

19              Q    (BY MS. ROSELLE)  You don't --

20              A    -- question.  I -- I don't know -- I

21      don't know all the changes that have taken place up

22      there.

23              Q    I want you to assume that plutonium is

24      still present at Rocky Flats in the soil.  If there's

25      still plutonium at Rocky Flats, is there the potential

                    CARPENTER REPORTING, INC.
                       (303) 752-1200

                                                        193
                    * ROUGH DRAFT *

1       for future risks to the people living off-site?

2                    MR. KURTENBACH:  Form.  Foundation.

3       Incomplete hypothetical.

4               A    If I assume, as you tell me, that there

5       is plutonium present in soil at Rocky Flats, I can

6       calculate a risk for individuals living off-site for

7       that plutonium -- for the potential of that plutonium

8       being resuspended into the atmosphere.

9               Q    (BY MS. ROSELLE)  And if there is

10    plutonium off-site that hasn't been cleaned up, can you

11    also calculate the risk for resuspension of that

12    plutonium in the soil off-site?

13              MR. KURTENBACH:  Same objections.

14        A    If there's a concentration of plutonium

15    in the soil that can be resuspended, I can calculate an

16    exposure risk for that.

17              MS. ROSELLE:  I have nothing further.

18    Thank you for your time.

19              ... WHEREUPON, the deposition was

20    concluded at 6:03 p.m.

21

22

23

24

25

CARPENTER REPORTING, INC.
(303) 752-1200

194
* ROUGH DRAFT *

1              SIGNATURE OF DEPONENT

2              I, HELEN GROGAN, Ph.D., the deponent

3    in the above named deposition, have read the above and

4    foregoing deposition, and the same is a true and

5    accurate transcript of my testimony, save and except

6    for changes and/or corrections, if any, as indicated

7    by me on the amendment sheet(s) attached hereto as

8    indicated.

9    Amendment sheet(s) attached (    )

10   No changes and no amendment sheets attached (   )

11

12                    _____
                      HELEN GROGAN, Ph.D.

13

14            The signature of HELEN GROGAN, Ph.D. was

15   subscribed and sworn to before me this _____ day of

16   _____, 2005.

17          My Commission expires:

18                    _____
                      Notary Public

19

20

21

22

23

24

25

                 CARPENTER REPORTING, INC.
                    (303) 752-1200

                                                195
                     * ROUGH DRAFT *

1                CARPENTER REPORTING, INC.
                 Certified Shorthand Reporters
2               Registered Professional Reporters
                  12510 East Iliff, Suite 120
3                    Aurora, CO  80014

4    December 5, 2005

5

     DOUG KURTENBACH, ESQ.
6    Kirkland & Ellis
     717 Seventeenth Street
7    13th Floor
     Denver, CO  80202

8

9    RE:  Collins v. Rockwell, et al.

10   Dear Mr. Kurtenbach:

11          Enclosed please find your copy of the
    deposition of HELEN GROGAN, Ph.D., along with the
12  original signature page and correction sheets for her
    use.  Would you please have her read your copy of the
13  deposition and if she finds any changes necessary, have
    her make them on the correction sheets provided.  Be
14  sure that she signs each correction sheet that she may
    use.  Then have her sign the original signature page
15  before a notary public and file the signature page and
    correction sheets with the Court at the time of trial,
16  providing copies to opposing counsel.

17          Thank you for your assistance and
    cooperation and if you have any questions concerning
18  the above, please feel free to contact me.

19  Yours truly,

20

21  Bonnie Carpenter, CSR, RPR

22  cc:  Louise Roselle, Esq.

23  Trial Date:  Present

24

25

                  CARPENTER REPORTING, INC.
                      (303) 752-1200

                                                  196
                      * ROUGH DRAFT *

1            CARPENTER REPORTING, INC.
           Certified Shorthand Reporters
2         Registered Professional Reporters
            12510 East Iliff, Suite 120
3              Aurora, CO  80014
               (303) 752-1200
4
    LOUISE ROSELLE, ESQ.
5   Waite, Schneider, Bayless
        ^ Chesley Co., LPA
6   1513 Fourth and Vine Tower
    One West 4th Street
7   Cincinnati, OH  45202

8   Re:  Cook v. Rockwell, et al.
          Case No. 90-K-181
9         United States District Court

10        District of Colorado

11

Dear Ms. Roselle:

12

       Attached is the original deposition of HELEN
13  GROGAN, Ph.D., taken in the above cause.

14     Deposition not signed       _____
       Deposition signed by the deponent
15       No corrections       _____
       Deposition signed by the deponent
16       correction sheet(s) included therein,
       and copy(ies) of same forwarded to
17       interested counsel
       Signature waived       _____
18

       Please retain the original copy of the
19  deposition UNOPENED in your possession until such time
    as it is required by any party in a hearing or trial of
20  the above cause.

21  Yours truly,

22

23  Bonnie Carpenter, CSR, RPR

24  cc:  Douglas Kurtenbach, Esq.
    Trial Date:  Present
25

CARPENTER REPORTING, INC.
(303) 752-1200

197

* ROUGH DRAFT *

1           C E R T I F I C A T E
  STATE OF COLORADO      )
2                 ) ss
  COUNTY OF ARAPAHOE     )
3

       I, Bonnie Carpenter, Notary Public of
4  the State of Colorado, duly appointed to take the
  deposition of the above-named Deponent, do hereby
5  certify that previous to the commencement of the
  examination of the said above-named Deponent, she was
6  first by me duly sworn to testify the truth, the
  whole truth and nothing but the truth touching and
7  concerning the matters in controversy between the
  parties hereto, so far as she should be interrogated
8  concerning the same;

9       That said deposition was
  stenographically reported by me at the time and place
10  heretofore set forth, and was reduced to typewritten
  form under my supervision as per the foregoing;
11

That the foregoing is a true and
12   correct transcript of my shorthand notes then and
there taken;

13

That after the deposition was
14   transcribed, the same was submitted by letter to the
Deponent for reading and signing, a copy of which is
15   hereto annexed;

16            That I am not kin or in anywise
associated with any of the parties to said cause of
17   action or their counsel and that I am not interested
in the event thereof;

18

IN WITNESS WHEREOF, I have hereunto
19   set my hand and seal this _____ day of _____,
2005.

20

My Commission Expires:  9-22-2007.

21

22            _____
Bonnie Carpenter
23            Notary Public
12510 East Iliff
24            Suite 120
Aurora, CO  80014

25

CARPENTER REPORTING, INC.
(303) 752-1200