**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90-cv-181-JLK**

**MERILYN COOK, et al.,
Plaintiffs,**

**v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,
Defendants.**

### PLAINTIFFS' MOTION TO LIMIT THE SCOPE OF TESTIMONY
### OF DR. JOHN R. FRAZIER

Defendants have listed Dr. John R. Frazier as an expert witness whom they intend to call as their second witness and, therefore, he likely will be called by the end of this week. Plaintiffs have not yet deposed Dr. Frazier, but will do so on Monday, Dec. 5, 2005, the earliest date offered by Defendants for his deposition. Dr. Frazier worked with Dr. John Auxier, an expert for Defendants who authored a lengthy report served in 1996, but whom Defendants have reported they will *not* call at trial. Until Plaintiffs depose Dr. Frazier, we cannot know for sure, but Plaintiffs are concerned that Defendants may seek to have Dr. Frazier speak for Dr. Auxier, *i.e.* to testify about Dr. Auxier's 1996 report. Such testimony would be improper and should not be permitted.

Dr. Auxier testified that Dr. Frazier contributed to a very limited, specific portion of Dr. Auxier's own report:

> Dr. Frazier did work on standards. He's - is he so familiar with standard operations that he can be standard setting and the history of standards that he could do in a fraction of time what it would take me do to. So he did it, and he and I went over it in detail.

Auxier dep., 4/11/97 at 293 (Ex. 1). Dr. Auxier added that Dr. Frazier possibly did some work concerning "comparison of Rocky Flats values with standards in discussion of plutonium concentrations in air with the standards." *Id.*

In sum, Dr. Frazier contributed to a very limited, specific portion of Dr. Auxier's own lengthy report, which includes *fourteen* separate chapters. *See* Ex. 2. Dr. Frazier's testimony should be limited accordingly. He should not be permitted to testify about a report he did not author.

Dr. Frazier did submit his own cursory "supplemental" report in 2004. *See* Ex. 3. That three-page report, though, does not begin to reproduce Dr. Auxier's lengthy report, nor does Dr. Frazier claim, in his own report, to have recreated Dr. Auxier's work.[1]

In conclusion, Plaintiffs move that Dr. Frazier be prohibited from testifying for Dr. Auxier; that is, that he be prohibited from testifying about Dr. Auxier's 1996 report beyond the very narrow portion to which Dr. Auxier testified that he contributed.

---

[1] Dr. Frazier also co-signed an "Affidavit" dated February 1999, that criticized numerical calculations of one of Plaintiffs' experts, Dr. Goble. *See* Ex. 4 (without attachments). Plaintiffs did not offer these numerical calculations at trial, however, when Dr. Goble testified. Hence, these criticisms are irrelevant to any issue in the case and therefore should be excluded. Moreover, this 1999 affidavit does not reproduce Dr. Auxier's 1996 report, either.

                                            Respectfully submitted,

Dated: Dec. 4, 2005                  /s    Jennifer MacNaughton
                                            Merrill G. Davidoff
                                            David F. Sorensen
                                            Jennifer MacNaughton
                                            Berger & Montague, P.C.
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            (215) 875-3000
                                            fax (215) 875-4604
                                            jmacnaughton@bm.net

                                            Gary B. Blum
                                            Steven W. Kelly
                                            Silver & DeBoskey, P.C.
                                            1801 York Street
                                            Denver, CO 80206
                                            (303) 399-3000

                                            *Attorneys for Plaintiffs*
                                            *And the Class*