MAY 12 1997

# In The Matter Of:

*MERILYN COOK, et al., v.*
*ROCKWELL INTERNATIONAL CORPORATION, et al.*

---

*John A. Auxier, Ph.D*
*Vol. 2, April 11, 1997*

---

*Victoria Court Reporting Service, Inc.*
*123 West Madison Street*
*Chicago, IL  60602*
*(312) 443-1025    FAX: (312) 443-1029*

*Original File auxi0411.v1, 265 Pages*
*Min-U-Script® File ID: 3974714023*

**Word Index included with this Min-U-Script®**

Case No. 1:90-cv-00181-JLK   Document 1731-1   filed 12/04/05   USDC Colorado   pg 2 of 2

| John A. Auxier, Ph. D | MERILYN COOK, et al., v. |
| Vol. 1, April 11, 1997 | ROCKWELL INTERNATIONAL CORPORATION, et al. |

Page 291

[1] MR. AUERBACH: I think you know I
[2] am.
[3] MR. KURTENBACH: Form and
[4] foundation.
[5] THE WITNESS: This is in those
[6] relied-upon references and is – the date fits
[7] where I thought. This is the report with which
[8] I'm much more familiar. The other one, as you
[9] would tell, the Chapter 2 and other things, I
[10] couldn't recall. This is the paper I recall.
[11] BY MR. AUERBACH:
[12] Q: This is the paper that you relied
[13] upon –
[14] A: Yes.
[15] Q: – in preparing your report?
[16] Did you have any help in preparing
[17] your report, sir?
[18] A: Yes, sir.
[19] Q: And who rendered that assistance to
[20] you?
[21] A: Depending on the chapter that the work
[22] covered, the senior scientists that would help me
[23] includes Dr. Howard Prichard –
[24] Q: I'm sorry, sir. Dr. –

Page 292

[1] A: Howard Prichard. I'll spell it,
[2] P-R-I-C-H-A-R-D; Mr. Michael Bollenbacher,
[3] B-O-L-L-E-N-B-A-C-H-E-R; Dr. John Frazier,
[4] F-R-A-Z-I-E-R; for the technical searching and
[5] sorting through big stacks of stuff to pull out
[6] statistics and make charts and things like that,
[7] would have been Mr. Joe Bell, B-E-L-L. We mentioned
[8] him yesterday also. And perhaps another technician
[9] or two. I don't recall, but I'm leaving somebody
[10] out. Mr. Kenneth Ladrack assisted Dr. Frazier, at
[11] least, L-A-D-R-A-C-K.
[12] Q: And do all of these gentlemen work for
[13] you at Auxier and Associates?
[14] A: Yes, sir.
[15] Q: And what did Dr. Prichard help you
[16] with?
[17] A: Dr. Prichard is a broad spectrum
[18] health physicist. He's an expert in several areas.
[19] I think that he helped in assessing the – well, he
[20] did a lot of work in helping me assess the ChemRisk
[21] reports. There was huge volumes of information. We
[22] each took parts of it and analyzed them. I don't
[23] even remember which parts we took. And the same for
[24] Mr. Bollenbacher. The ChemRisk reports took a great

Page 293

[1] amount of time. There was so much information in
[2] them.
[3] Dr. Prichard was the first to pick up
[4] on the vegetation pathway in the ChemRisk report, and
[5] I guess Mr. Ladrack helped him there.
[6] Mr. Bollenbacher, at least, helped
[7] some and probably quite a bit on the calculations of
[8] air concentrations from various models, but
[9] particularly the RES rad. It was originally on his
[10] machine before I transferred it to my own or copied
[11] it on my own.
[12] Dr. Frazier did work on standards.
[13] He's – is he so familiar with standard operations
[14] that he can be standard setting and the history of
[15] standards that he could do in a fraction of time what
[16] it would take me to do. So he did it, and he and I
[17] went over it in detail.
[18] Q: I'm listening to you, sir.
[19] A: I think Dr. Bollenbacher or Frazier
[20] did the comparison of Rocky Flats values with
[21] standards in discussion of plutonium concentrations
[22] in air with the standards, although I did that early
[23] on by myself. He cross-checked me on it later. That
[24] sort of division of labor just to be able to get

Page 294

[1] through it in a reasonable time.
[2] Q: Did you write your report? I'm
[3] talking about the November 26, 1996 report.
[4] A: I finished the report. I wrote some
[5] sections in toto. Others were drafted by members of
[6] the staff; and then I wrote or rewrote, depending on
[7] what it was. The final report I went over in detail.
[8] Q: So did you initially prepare the draft
[9] of the chapter of your November 26 report on human
[10] exposure to ionizing radiation?
[11] A: Yes, sir.
[12] Q: Nobody else wrote that section?
[13] A: I don't recall it. I'm sure somebody
[14] else might have had a hand in it or might have asked
[15] somebody to do something. But that's the kind of
[16] thing I write – I mean, I've written a lot of.
[17] I would – memory says that
[18] Dr. Prichard had – he and I went over it together.
[19] And he probably wrote or rewrote some of mine, and I
[20] wrote or rewrote some of his until I got ready for
[21] the final draft where I wrote it.
[22] Q: Are you talking specifically about
[23] Chapter 1, or are you talking about the entire
[24] report, sir?