The same considerations apply in the respiratory tract. Highly soluble materials are absorbed by lung fluids and pass into the circulating blood, reducing the residence time (and hence the organ dose) to the lung. Less soluble particles remain in the respiratory tract for a greater amount of time, delivering relatively more dose to lung tissues. Residence time in the lung depends both on the solubility of the particle and its point of deposition in the respiratory tract, both of which are functions of particle size.

When a quantity of the radionuclide is taken up by the blood in either the respiratory or digestive tracts, it is transported to various organs, where its uptake and residence time depend on the chemistry of the compound and the physiology of the organ or tissue. Once the nuclide leaves the organ, it reenters the blood, from whence it may ultimately be eliminated via the urine, breath, or bile, or it may be deposited in tissue again. Repeated measurements of the concentration of the nuclide in excreta and/or *in situ* measurements of gamma emitters in the body can be used in principle to infer the residence times of radionuclides in a given individual, and hence the committed and annual doses.

### *Internal Dosimetry Guidance*

It is generally accepted that the most reliable way to relate the intake of radioactive materials to dose is to apply basic dosimetric principles to clinical data and metabolic observations made on the person who sustained the intake. However, the conditions that permit this level of analysis are seldom realized in practice. Instead, intakes are generally related to dose through the use of dose conversion factors (DCFs), which are typical doses that result from unit intakes under specified conditions. Consensus dose conversion factors are derived by authoritative scientific groups that evaluate clinical and toxicological information to develop models relating intake to dose. Considerable scientific effort has gone into the development of DCFs for radionuclides of the greatest historical importance.

The most recent and authoritative generic dosimetry guidance for environmental intakes is published in a series of publications by the International Commission on Radiological Protection (ICRP) which set forth age-specific dose conversion factors for environmental exposures. ICRP Publications 67[8] and 69[9] tabulate committed organ doses and committed effective doses due to the ingestion of unit quantities of various nuclides. ICRP Publication 71[10], tabulates age-specific

---

[5] International Commission on Radiological Protection, 1994, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 2," ICRP Publication 67, Pergamon Press, Oxford, England.

[5] International Commission on Radiological Protection, 1995 "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 3," ICRP Publication 69, Pergamon Press, Oxford, England.

[10] International Commission on Radiological Protection, 1995, "Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 4: Inhalation Dose Coefficients" ICRP Publication 72, Pergamon Press, Oxford, England.

committed organ doses and committed effective doses due to the inhalation of unit quantities of selected nuclides. ICRP Publication 72[11] summarizes age-specific committed effective doses for both the inhalation and ingestion pathways, but does not present organ doses.

U. S. agencies evaluate regulatory compliance on the basis of the ICRP Publication 30 dosimetry system [12]. Federal Guidance Report Number 11[13] presents organ and effective dose conversion factors for adult workers based on the ICRP 30 system. ICRP Publication 56 [14], which is based on the same general dosimetry system as Federal Guidance Report Number 11, tabulates age-specific dose conversion factors for members of the general public exposed to various radionuclides under general environmental (rather than occupational) conditions.

### External Dosimetry Guidance

In 1993, the U.S. Environmental Protection Agency published Federal Guidance Report Number 12 [15], which presents tables of the effective dose to selected organs and the effective dose equivalent which, under typical conditions of external exposure, could be expected to result from unit concentrations of various radionuclides in air, water and soil.[16] The soil values are tabulated for a number of contamination depths, ranging from superficial to effectively "infinite" contamination depths. The tabulated values are based in part on the tissue weighting factors used in ICRP Publication 30. However, the newer ICRP 60 weighting factors are presented in the introductory text and tables.

### Choice of Dosimetry Guidance

Several dosimetry systems can be used in a historical dose reconstruction for residents near RFP. If the primary goal of the reconstruction is to evaluate compliance with U.S. guidelines, then contemporaneous dosimetry systems should be chosen. If current consensus dose assessment is the

---

[11] International Commission on Radiological Protection, 1996, "Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 5: Compilation of Ingestion and Inhalation Dose Coefficients " ICRP Publication 72, Pergamon Press, Oxford, England.

[12] International Commission on Radiological Protection, 1979, "Limits for Intakes of Radionuclides by Workers," ICRP Publication 30, Part I, Pergamon Press, Oxford, England

[13] U.S. Environmental Protection Agency, 1988, "Limiting Values of Radionuclides Intake and Air Concentration and Dose Conversion Factors for Inhalation, Submersion, and Ingestion - Federal Guidance Report No. 11," EPA-520/1-88-020, Washington, DC.

[14] International Commission on Radiological Protection, 1990, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 1," ICRP Publication 56, Pergamon Press, Oxford, England.

[15] U.S. Environmental Protection Agency, 1988, "External Exposure to Radionuclides in Air, Water, and Soil- Federal Guidance Report No. 12," EPA-402-R-93-081, 1993, Washington, DC.

[16] This reference was used in ChemRisk's Task 8 report, as noted in its Table 2-1, p.22

primary goal, then ICRP Publication 72 should be used as a source of committed effective dose conversion factors.[17]

The ICRP Publication 72 Type M dose conversion factors for plutonium-239 and americium-241 are adopted[18] here for reasons set forth in Chapter III, Section A.3 of this report. This selection is compatible with the recent finding by a joint DOE/EPA/CDPHE working group that plutonium in the soil south and east of RFP is Class Y material under the ICRP 30 system.[19] The working group was considering a question involving regulatory compliance, so the use of the ICRP 30 dosimetry system was appropriate; and as noted in Chapter III of this report, plutonium dioxide formed at relatively low temperatures falls in the range of overlap between the old Class Y and new Type M categories.

## XII.A.2   Uncertainty Analysis

### *The Need For Uncertainty Analysis*

The recent NCRP Commentary No. 14[20] discusses uncertainty analysis techniques, as well as guidance for determining when uncertainty analysis is not warranted. The NCRP states that if conservatively biased screening calculations indicate that the risk from possible exposures is clearly below regulatory or risk levels of concern, a quantitative uncertainty analysis may not be necessary.
[21] Screening techniques are recommended to identify aspects that warrant a more detailed investigation. [22] This is consistent with the recommendation of the National Research Council, which suggested that it is far more important to be able to state with a high degree of confidence that the dose is below some selected value than to estimate what the dose is when it is far lower, i.e., it might be reasonable to establish an effective dose commitment over so many years below which it

---

[17] The National Research Council guidance (Ibid, NRC 95, p.50, No. 22) recommends effective doses for preliminary evaluations.

[18] New consensus guidance may be applied retrospectively for *dose* evaluation, but should not be applied retrospectively for *compliance* evaluation. Compliance issues should be evaluated on the basis of the guidance recognized at the time.

[19] DOE/EPA/CDPHE, 1996, "Action Levels for Radionuclides in soils for the Rocky Flats Cleanup Agreement (Final, October 31, 1996)", US Department of Energy, US Environmental Protection Agency, and the Colorado Department of Public Health and the Environment. (The finding on the inhalation class and solubility of environmental plutonium east of RFP is stated on page B-4, last ¶)

[20] Ibid., NCRP Commentary No. 14, 1996

[21] Ibid., NCRP Commentary 14, p.2, item 1.

[22] "For screening calculations to be used successfully, decision criteria must be established that define a level of dose or risk below which the need for further analysis is not necessary. Such a decision criterion might be the NCRP negligible dose level of 10 μSv per y (NCRP, 1993), but other criteria could be justified as well on a case-by-case basis. For example, for dose reconstruction, the National Academy of Sciences has suggested that an individual lifetime dose of 0.07 Sv be used as a decision criterion for establishing the need for more detailed investigation (NAS/NRC, 1995)." - - Ibid., NCRP Commentary 14, 1996, p 4, last¶

makes little sense to waste huge sums of money for further quantification. [23]  Quantitative uncertainty analysis is recommended "whenever a realistic rather than a conservative estimate is needed."[24]

### *Techniques for Uncertainty Analysis*

NCRP Commentary 14 describes two general approaches for propagation of uncertainty. Analytical approaches, recommended for relatively simple equations, follow uncertainty with formal mathematical analysis[25]. Numerical approaches, particularly Monte Carlo simulations,[26] are suggested when models are too complex for practical variance propagation by analytical methods. Briefly, Monte Carlo simulations repeat the same calculation multiple times, each time selecting parameters at random from predetermined parameter distributions. The distributions are set up to span the range of reasonable values that the parameters might assume. The resulting set of outcomes will constitute a new distribution.

The Monte Carlo approach is also described on pages 57 through 60 and in Appendix K of the Phase I, Task 8 report[27]. ChemRisk states in Appendix K that its Monte Carlo uncertainty analysis was based on the Latin Hypercube sampling technique, which is described in NCRP Commentary 14[28] as a more efficient strategy than simple random sampling.

### *Interpretation of Uncertainty Analysis*

Uncertainty analysis results in a distribution of possible outcomes, rather than a single value. If analytical techniques are used, the distribution will be described by a mathematical formula with explicit values for the variables indicating the most likely result and the range of uncertainty around a central value. If numerical approaches are used, the result will be a set of estimates. The statistics derived from that set of estimates are then used to describe the central value and the range of uncertainty around it. The median is a commonly used descriptor of the central value. The median of a distribution is a value such that half of the results have a higher value and half have a lower value. It is often found that the distributions resulting from either analytical or numerical uncertainty analyses are of the form termed "log-normal". For such distributions, the median is

---

[23] Ibid., NAS/NRC 1995, p.44, ¶2

[24] Ibid., NCRP Commentary 14, 1996, p3., item 2.

[25] Ibid, NCRP Commentary 14, 1996, p 8, et seq.

[26] Ibid, NCRP Commentary 14, 1996, p.12, et seq.

[27] ChemRisk 1994, Phase I, Task 8 Report "Dose Assessment for Historical Contaminant Releases from Rocky Flats",

[28] Ibid, NCRP Commentary 14, pp12-13.

estimated by a statistic called the "geometric mean", and the range of uncertainty is described by a statistic called the "geometric standard deviation".

For log-normal distributions, the geometric mean is in fact slightly larger than the true median[29]. The geometric mean is therefore a value that satisfies the "more likely than not" criterion that is sometimes used when an unambiguous decision must emerge from an analysis. Because the geometric mean is somewhat larger than the median, it is more likely than not that a dose drawn at random from the results of a formal uncertainty analysis will be less than the geometric mean.

## XII.A.3 The RESRAD Code in Preliminary Dose Assessments

The RESRAD program is a compliance oriented code that nevertheless allows the user a great deal of flexibility in adjusting parameters to fit particular situations. RESRAD is a microcomputer code incorporating the procedures described in "A Manual for Implementing Residual Radioactive Material Guidelines"[30], which is prescribed in Chapter IV of DOE Order 5400.5. RESRAD calculates doses with the concentration factor method, in which radionuclide concentrations in soil are related to a hypothetical receptor though a number of pathway factors.

RESRAD is designed to produce conservative dose evaluations consequent to the deposition of radioactive materials in soils, and is not intended to evaluate primary atmospheric dispersion and deposition. It is appropriate for addressing exposure situations such as those around the 903 Pad at Rocky Flats following the covering of the pad in 1969. The code has been selected by a joint DOE/EPA/CDPHE working group to develop site-specific action levels in connection with the Rocky Flats Cleanup Agreement. The rationale for selecting RESRAD for this task is described in Section 5.3 of the August 30, 1996 Public Review Draft Report of the working group.[31] In adopting the August 30, 1996 draft report of the working group, representatives of the EPA, DOE, and CDPHE noted that:

"Conservative assumptions were used in the exposure model when describing the Rocky Flats environment and determining soil actions levels. DOE, CDPHE and EPA believe the action levels to be protective of human health and the environment. This conclusion is supported by mainstream science".[32]

---

[29] Gilbert, 1987, Gilbert, R.O., 1987, "Statistical Methods for Environmental Pollution Monitoring", Van Nostrand Reinhold, New York, NY. (Equation 13.19 on page 172, and related discussion)

[30] DOE/CH-8901, "A Manual for Implementing Residual Radioactive Material Guidelines", T.L. Gilbert et al., June, 1989

[31] Ibid., DOE/EPA/CDPHE 1996, Section 5.3, p.5-2.

[32] McGraw, J.W, Robertson, J.M, and Looby, T. Rocky Flats Cleanup Agreement Decision Document, October 18th, 1996, ¶ 3.

## XII.A.4  Demographic Information Sources

Dose reconstructions for individuals requires information regarding individual lifestyles and histories. Scoping level studies may be done on the basis of place of residence, with other details provided by making assumptions, preferably conservative assumptions consistent with commonly used scenarios. If a scoping study indicates that a more elaborate dose reconstruction is warranted, then it would be important to develop more detailed information on individual behavior, including the amount of time spent at the residence, activity patterns, sources of food, and physical condition.

In subsequent sections, a number of dose calculations will be made for certain individuals who have lived within the area defined by plaintiffs as the "plutonium class contour" [33]. These are scoping calculations, for which stated assumptions are used instead of detailed personal histories. Residence information is required, however. Table XII-1 presents the names and addresses of these individuals, along with the year they moved within the "plutonium class contour", and the sector number including that location in the ChemRisk dose reconstruction [34]. Also included are the designations of the off-site air monitoring stations nearest to the residences, as well as the station between the residence and the Rocky Flats Plant. Figure V-3 of this report shows the locations of the air monitoring stations.

### Table XII-1
#### Residence in Class Area

| Name | Address | Since | Sector | Air Monitors | |
|------|---------|-------|--------|--------------|--------------|
| | | | | Nearest | Between |
| Bartlett, Richard | 8895 Alkire Street, Arvada | 1978 | 4B | S-40 | S-39 |
| Bartlett, Sally | 8896 Alkire Street, Arvada | 1978 | 4B | S-40 | S-39 |
| Deimer, Rhonda | 13946 West 74th Ave, Arvada | 1984 | 8A | S-40 | S-40 |
| Deimer, Thomas | 13946 West 74th Ave, Arvada | 1984 | 8A | S-40 | S-40 |
| Rice, Michael | 11561 West 100th Place, Arvada | 1989 | 8B | S-68 | S-68 |
| Sandoval, Peggy | 10780 Moore St., Westminster | 1986 | 5A | S-68 | S-68 |
| Sandoval, Stephen | 10780 Moore St., Westminster | 1986 | 5A | S-68 | S-68 |
| Schierkolk, Delores | 9445 Alkire St., Arvada | 1978 | 4B | S-58 | S-39 |
| Schierkolk, William | 9445 Alkire St., Arvada | 1978 | 4B | S-58 | S-39 |

## XII.A.5  Definition of Terms

Certain common terms are used in a restricted sense in radiation dose reconstructions. The glossary included in this report defines many of these terms, but a few key concepts are reemphasized here:

---

[33] Declaration of Dr. Jan Beyea, June 28, 1993

[34] ChemRisk 1994, Phase 1, Task 8 report "Dose Assessment of Historical Contaminant Releases from Rocky Flats" (ChemRisk, Alameda, CA: September, 1994).

• **Background Radiation** - The amount of ionizing radiation to which a person is exposed from natural sources, including naturally occurring radionuclides in the soil and the body.

• **Committed Effective Dose** - The amount of effective dose that will ultimately be delivered to a person because of an intake of radioactive material. It may take many years for all of the effective dose inherent in an intake to be delivered to the body. The term *Committed Effective Dose Equivalent (CEDE)* is an older synonym.

• **Dose** - The energy transferred by ionizing radiation to a unit mass of matter. The unit of absorbed dose is the *gray* (Gy) which is defined as the absorption of one joule of ionizing radiation energy per kilogram of matter. The older unit, the *rad*, is equal to 0.01 Gy.

• **Effective Dose** - The dose to various tissues adjusted for the quality of the radiation and the theoretical risk that dose to that tissue will result in harm. In principle, equal effective doses imply equal theoretical risks, even though different organs and types of radiation may be involved. The unit of effective dose is the sievert (Sv). The older unit, the *rem*, is equal to 0.01 Sv.

• **Intake** - the process by which radioactive material is taken into the body by any means. The most common modes of intake in environmental dose reconstructions are inhalation and ingestion, although absorption through the skin can be important in some situations.

• **Scenario** - A set of assumptions dealing with exposure conditions. In the absence of specific information, scenarios are used to estimate doses to hypothetical individuals. A number of standard scenarios have evolved over the years, including the "resident" and "resident-farmer" scenarios.

• **Weighting Factor** - A risk-based factor assigned to an organ system by which organ doses can be related to doses to the whole body. For example, a weighting factor of 0.12 assigned to lung doses implies that a dose of one sievert to the lung (only) carries the same theoretical risk as a dose of 0.12 sievert evenly distributed over the entire body.

## XII.B   XII.B CHEMRISK DOSE ASSESSMENT

The ChemRisk Task 8 Dose Assessment was discussed in Chapter IX of this report. To develop preliminary dose estimates for particular individuals, one may match an individual's residence history with the ChemRisk sectors, and assign doses on a year-by-year basis. This approach has the advantage of simplicity, but is subject to a number of limitations, as discussed in the following section.

### XII.B.1   Limitations in the Use of Published Task 8 Dose Estimates.

Chapter IX of this report describes the development of the ChemRisk dose estimates, which are tabulated in Appendix L of the Phase I, Task 8 Report. These dose estimates were derived by assuming a common life-style for all residents of a sector, a condition not likely to be met in reality.

Furthermore, the sector-wide figures can seriously over-estimate the doses to residents of most inhabited areas of sectors 4B and 8B. This is indicated in Figure D-6 of the Task 8 report, which shows a six-fold variation in predicted concentrations of plutonium in air within sector 4-B as a consequence of the 903 Pad release event.

It was noted in Chapter IX of this report that the ChemRisk dose projections for the major pathways associated with the 903 Pad release were based on reasonable assumptions, used consensus methods, and arrived at plausible conclusions, within the bounds of stated limitations[35]. It appeared, however, that a single units error in one parameter distorted the results for the minor pathways related to foliar deposition, most notably the vegetable ingestion dose. This resulted in a considerable overestimation of the ingestion doses for the years following 1964. However, in the following subsection XII.B.2, the Appendix L values are used exactly as reported. It is therefore very likely that actual doses sustained by real or hypothetical individuals were considerably lower than those tabulated in this section.

In Section XII.B.3, the published Task 8 vegetable ingestion doses are replaced by point estimates calculated by ChemRisk methods[36]. The other Task 8 pathways are accepted as published. These results are significantly lower, but are still subject to the lifestyle and geographic factors discussed above.

### XII.B.2   Estimation of Class Representatives' Doses by Published ChemRisk Doses

#### *General Approach*

The residence histories of the class representatives were matched with the ChemRisk sectors as shown in Table XII-1. The corresponding ChemRisk dose estimates for various sources and pathways were then applied year by year for those years during which these individuals lived within the "plutonium class contour". Individual differences in lifestyle were not reflected in this analysis at this level. Furthermore, this approach does not take into account the location of residences within a sector, a factor that can have a substantial influence on plutonium concentrations.

---

[35] e.g., Task 8, Appendix D allots ten pages of text and graphics to a discussion of the limitations associated with assuming single, sector-wide central values.

[36] See section IX.C of this report for a discussion of the difference between point estimates calculated with ChemRisk methods and the published ChemRisk doses.

*Non 903-Pad Doses*

The published Appendix L dose estimates from all sources and pathways except the 903 Pad were summed, then matched by sector with residence locations. The results are shown in Table XII-2.

Table XII-2

| | Combined Dose From Non 903 Pad Sources (mrem) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (Summed from ChemRisk's Task 8, Appendix L Values) | | | | | | | | |
| Year | Bartlett, Richard (4B) | Bartlett, Sally (4B) | Deimer, Rhonda (8A) | Deimer, Thomas (8A) | Rice, Michael (8B) | Sandoval, Peggy (5A) | Sandoval, Stephen (5A) | Schierkolk, Delores (4B) | Schierkolk, William (4B) |
| 1978 | 0.0004 | 0.0004 | | | | | | 0.0004 | 0.0004 |
| 1979 | 0.0004 | 0.0004 | | | | | | 0.0004 | 0.0004 |
| 1980 | 0.0004 | 0.0004 | | | | | | 0.0004 | 0.0004 |
| 1981 | 0.0004 | 0.0004 | | | | | | 0.0004 | 0.0004 |
| 1982 | 0.0004 | 0.0004 | | | | | | 0.0004 | 0.0004 |
| 1983 | 0.0006 | 0.0006 | | | | | | 0.0006 | 0.0006 |
| 1984 | 0.0006 | 0.0006 | 0.0003 | 0.0003 | | | | 0.0006 | 0.0006 |
| 1985 | 0.0004 | 0.0004 | 0.0001 | 0.0001 | | | | 0.0004 | 0.0004 |
| 1986 | 0.0005 | 0.0005 | 0.0002 | 0.0002 | | 0.0001 | 0.0001 | 0.0005 | 0.0005 |
| 1987 | 0.0004 | 0.0004 | 0.0001 | 0.0001 | | 0.0001 | 0.0001 | 0.0004 | 0.0004 |
| 1988 | 0.0004 | 0.0004 | 0.0001 | 0.0001 | | 0.0001 | 0.0001 | 0.0004 | 0.0004 |
| 1989 | 0.0003 | 0.0003 | 0.0001 | 0.0001 | 0.0002 | 0.0001 | 0.0001 | 0.0003 | 0.0003 |
| **Sums** | **0.0053** | **0.0053** | **0.0010** | **0.0010** | **0.0002** | **0.0003** | **0.0003** | **0.0053** | **0.0053** |

All of the doses calculated in this manner are less than one percent of the lowest screening level suggested by the NCRP (1 millirem per year). [37]

*Dose Estimation Based on Task 8 Resuspension Doses*

As discussed in Section XII.C of this report, the inhalation of resuspended dust is the major pathway associated with surface deposits of $^{239+240}$Pu in the Rocky Flats environment. In Chapter IX of this report, the Task 8 published values for the dose from resuspended dust were found to be consistent with point estimates based on ChemRisk's parameters and formulas, as well as with RESRAD predictions. The summed sector resuspension inhalation doses are therefore of interest as a major component of a given person's RFP-related dose history. Because of ChemRisk's conservative assumption that resuspension inhalation dose remains constant after initial deposition, the individual

---

[37] .. decision criteria must be established that define a level of dose or risk below which the need for further analysis is not necessary. Such a decision criterion might be the NCRP negligible dose level of 10 µSv per y (NCRP, 1993), but other criteria could be justified as well on a case-by-case basis. For example, for dose reconstruction, the National Academy of

doses may be calculated by determining the sector and number of years of residence from Table XII-1, then multiplying the sector average resuspension inhalation dose by the number of years. This is shown in Table XII-3.

Table XII-3

| $^{239}$Pu Sector-Wide Resuspension Inhalation Doses<br>Doses Associated with Deposited $^{239+240}$Pu After the 903 Pad Release<br>ChemRisk, Task 8, Appendix L | | | | |
|---|---|---|---|---|
| | | | Inhalation Dose (millirem) | |
| Name | Since | Sector | per Year | Total |
| Bartlett, Richard | 1978 | 4B | 0.02 | 0.240 |
| Bartlett, Sally | 1978 | 4B | 0.02 | 0.240 |
| Deimer, Rhonda | 1984 | 8A | 0.00039 | 0.002 |
| Deimer, Thomas | 1984 | 8A | 0.00039 | 0.002 |
| Rice, Michael | 1989 | 8B | 0.006 | 0.006 |
| Sandoval, Peggy | 1986 | 5A | 0.00035 | 0.002 |
| Sandoval, Stephen | 1986 | 5A | 0.00035 | 0.002 |
| Schierkolk, Delores | 1978 | 4B | 0.02 | 0.240 |
| Schierkolk, William | 1978 | 4B | 0.02 | 0.240 |

All of the annual doses are well below the NCRP Commentary 14 criterion of 1 millirem per year referenced above. The largest total dose, about a quarter of a millirem, is very much smaller than the lifetime decision criterion of 7000 millirem.

### Dose Estimates Based on All Task 8, Appendix L Values

The published Task 8, Appendix L doses from all sources, including those associated with the 903 Pad were summed and matched by sector and year with the individuals in Table XII-1. The results are shown in Table XII-4.

---

Sciences has suggested that an individual lifetime dose of 0.07 Sv be used as a decision criterion for establishing the need for more detailed investigation (NAS/NRC, 1995)." - - Ibid., NCRP Commentary 14, 1996, p.4, last¶

Table XII-4

| | Annual Doses Projected for Selected Individuals for Indicated Years (mrem) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (Summed from ChemRisk's Task 8, Appendix L Values) | | | | | | | | |
| Year | Bartlett, Richard (4B) | Bartlett, Sally (4B) | Deimer, Rhonda (8A) | Deimer, Thomas (8A) | Rice, Michael (8B) | Sandoval, Peggy J (5A) | Sandoval, Stephen (5A) | Schierkolk, Delores (4B) | Schierkolk, William (4B) |
| 1978 | 3.78 | 3.78 | | | | | | 3.78 | 3.78 |
| 1979 | 3.78 | 3.78 | | | | | | 3.78 | 3.78 |
| 1980 | 3.79 | 3.79 | | | | | | 3.79 | 3.79 |
| 1981 | 3.81 | 3.81 | | | | | | 3.81 | 3.81 |
| 1982 | 3.80 | 3.80 | | | | | | 3.80 | 3.80 |
| 1983 | 3.82 | 3.82 | | | | | | 3.82 | 3.82 |
| 1984 | 3.84 | 3.84 | 0.08 | 0.08 | | | | 3.84 | 3.84 |
| 1985 | 3.84 | 3.84 | 0.08 | 0.08 | | | | 3.84 | 3.84 |
| 1986 | 3.85 | 3.85 | 0.08 | 0.08 | | 0.09 | 0.09 | 3.85 | 3.85 |
| 1987 | 3.86 | 3.86 | 0.08 | 0.08 | | 0.09 | 0.09 | 3.86 | 3.86 |
| 1988 | 3.86 | 3.86 | 0.08 | 0.08 | | 0.09 | 0.09 | 3.86 | 3.86 |
| 1989 | 3.87 | 3.87 | 0.08 | 0.08 | 1.15 | 0.09 | 0.09 | 3.87 | 3.87 |
| Sums | 45.9 | 45.9 | 0.5 | 0.5 | 1.2 | 0.4 | 0.4 | 45.9 | 45.9 |

Note: If individuals lived inside the class contour for part of a year, it was assumed that they lived in that location for the entire year.

This estimate includes a substantial over-estimate of the vegetable ingestion term. Even so, the largest cumulative dose over the 12-year interval considered was less than 50 millirem (CEDE). This dose is roughly equivalent to six weeks exposure to the natural background in the general Denver area. It is far below the 7000 millirem decision criterion discussed above.

### XII.B.3   Estimation of Class Representatives' Doses by ChemRisk Methods

The discrepancy between ChemRisk's published vegetable ingestion dose values and the point estimates obtained by applying ChemRisk's methods was discussed in Section IX.C of this report. The greater part of this discrepancy can be resolved by substituting point estimates for the vegetable doses, calculated with ChemRisk's methods, for the published vegetable dose. The mass-load issue that affected the published vegetable doses also influenced other pathways, such as beef and milk. But the published milk and beef doses are so small that accepting them as published does not materially affect the total dose.[38] Table XII-5 shows the doses that result from this substitution and summation.

---

[38] The americium components of the dose were calculated on the basis of the tabulated 1989 doses.

**Table XII-5**

| | Annual Doses Projected for Selected Individuals for Indicated Years (mrem) (Using ChemRisk Methods for Vegetable Ingestion Dose) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Bartlett, Richard | Bartlett, Sally | Deimer, Rhonda | Deimer, Thomas | Rice, Michael | Sandoval, Peggy J | Sandoval, Stephen | Schierkolk, Delores | Schierkolk, William |
| 1978 | 0.062 | 0.062 | | | | | | 0.062 | 0.062 |
| 1979 | 0.062 | 0.062 | | | | | | 0.062 | 0.062 |
| 1980 | 0.062 | 0.062 | | | | | | 0.062 | 0.062 |
| 1981 | 0.062 | 0.062 | | | | | | 0.062 | 0.062 |
| 1982 | 0.062 | 0.062 | | | | | | 0.062 | 0.062 |
| 1983 | 0.062 | 0.062 | | | | | | 0.062 | 0.062 |
| 1984 | 0.062 | 0.062 | 0.0012 | 0.0012 | | | | 0.062 | 0.062 |
| 1985 | 0.062 | 0.062 | 0.0012 | 0.0012 | | | | 0.062 | 0.062 |
| 1986 | 0.062 | 0.062 | 0.0012 | 0.0012 | | 0.00143 | 0.00143 | 0.062 | 0.062 |
| 1987 | 0.063 | 0.063 | 0.0012 | 0.0012 | | 0.00143 | 0.00143 | 0.063 | 0.063 |
| 1988 | 0.063 | 0.063 | 0.0012 | 0.0012 | | 0.00143 | 0.00143 | 0.063 | 0.063 |
| 1989 | 0.063 | 0.063 | 0.0012 | 0.0012 | 0.019 | 0.00143 | 0.00143 | 0.063 | 0.063 |
| **Sums** | **0.75** | **0.75** | **0.007** | **0.007** | **0.019** | **0.006** | **0.006** | **0.75** | **0.75** |

Note. If individuals lived within the class contour for part of a year, it was assumed that they lived in that location for the entire year.

The dose estimates are all substantially below the lower NCRP Commentary 14 decision criterion of 1 mrem per year discussed above. The values shown in Table XII-5 are more realistic than those shown in Table XII-4, and are more consistent with ChemRisk's recent statement that ". . . indirect exposures were likely to have produced annual effective doses about 0.1% of the total dose from the 5-y direct release." [39]

## XII.C   DOSE RECONSTRUCTIONS BASED ON ENVIRONMENTAL DATA

As noted in Section XII.A, the dose reconstruction framework described by the 1995 National Research Council report places heavy emphasis on the use of environmental data, both to validate the source term and environmental transport models, and to serve as an independent basis for dose reconstruction. In this section, two sets of off-site data are examined for these purposes. Emphasis is placed on data regarding plutonium and americium from off-site locations most impacted by releases from the 903 Pad (i.e., ChemRisk's Sector 4B and vicinity). This emphasis is appropriate, as releases from the 903 Pad accounted for most of the off-site plutonium at Rocky Flats. [40]

---

[39] T.R. Mongan, S.R. Ripple, and K.D. Winges, "Plutonium Release from the 903 Pad at Rocky Flats, *Health Physics* 71, pp. 522-531, 1996.

[40] Ibid, NRC 95, p 31, last ¶. This point was also made by ChemRisk (see Chapter IX of this report) and RAC (Chapter X)

## XII.C.1  Applicable Environmental Data

### *Air Monitoring Data*

Prior to about 1972. most environmental air monitoring data were based on gross alpha measurements. As noted in Chapter I of this report, naturally occurring alpha emitters in air contribute significantly to the gross alpha count rate, even when the sample is held for several days to allow radon and thoron daughters to decay. Gross alpha measurements can be used to set upper limits on possible plutonium exposures. but these upper limits may be considerably above actual doses. Isotopic plutonium analyses were conducted more frequently after the early 1970's. Concentrations of isotopic plutonium in environmental air were compiled from values published in the RFP monthly environmental monitoring reports.[41][42] These measurements are shown in Figure XII-1. along with global fallout data recently published by Pan and Stevenson [43]. This figure indicates that plutonium concentrations in air in off-site locations showed the same general temporal patterns as global plutonium fallout. (Global fallout is further discussed in Chapters I and VI of this report.)

---

[41] Dow Chemical U S.A., Rocky Flats Environmental Data Reports, January. 1974 - May, 1975

[42] Rockwell International, Rocky Flats Environmental Monitoring Reports, June, 1975 - December, 1989

[43] Pan , V. and Stevenson, K.A.,"Temporal Variation Analysis of Plutonium Baseline Concentration in Surface Air from Selected Sites in the Continental US", *J. Environ. Radioactivity* 32 pp.239-257, 1996. (The fallout record shown in this chapter's graphics was produced from data taken at Argonne National Laboratory near Chicago.)



**Figure XII-1**
**Plutonium in Off-Site Air and Global Fallout**

Pan and Stevenson noted that in the 1960's and 1970's, plutonium concentrations in near-surface air were highly variable, exhibiting a 10-fold range within a given year due to seasonal effects.[44] They concluded that in general, stratospheric fallout dominated near-surface plutonium air concentrations through 1984, after which the resuspension of previously deposited global fallout became relatively more important as the stratospheric compartment was depleted.[45] The concentrations seen at the off-site locations around RFP show the same general pattern as the global fallout levels measured near Chicago, an observation that lends credibility to the RFP monitoring network. The general decline in plutonium with time at off-site locations appears to be attributable to general continental trends, rather than local effects. This is clearly not the case for air sampling locations close to the 903 pad, as shown in Figure XII-2.

---

[44] Ibid, Pan and Stevenson 1996, p 240, ¶ 2

[45] Ibid, Pan and Stevenson 1996, p.248, ¶ 1



**Figure XII-2**
**On-Site and Off-Site Plutonium in Air**

Stations near and downwind from the 903 pad (squares and diamonds) detected relatively high and fairly constant plutonium levels in air throughout the interval shown, while off-site locations (circles) detected roughly exponentially declining levels in line with continent-wide trends. On-site stations near, but not directly downwind from the 903 pad (dashes) display an intermediate pattern. Figure XII-2 indicates that the resuspension of plutonium from the 903 Pad is readily detectable near the pad, but adds little (if any) to general fallout levels off-site.

Air sampling stations in the residential areas east and southeast of the plant displayed the continent-wide pattern noted by Pan and Stevenson, as shown in figure XII.C.3. An approximately exponential decline is seen through 1984, after which no general trend is evident. The data from these air monitoring stations show little (if any) evidence of an excess above global fallout. Inhalation doses based on these concentrations would therefore be upper-bound values for plutonium doses attributable to RFP. In Section XII.C.2 of this report, such upper bound doses are estimated.



**Figure XII-3**
**Plutonium in Air Southeast of RFP**

*Soil Data*

Jones and Zhang, 1994:  The Colorado Department of Public Health and Environment has recently issued a 1994 report by Jones and Zhang [46] which reviews previous soil survey data and shows plutonium contours over time.  This paper produces a composite contour map based on both RFP and CDPHE soil sampling which is stated to be consistent with earlier maps produced by Krey and by Litaor.  In the introduction to the paper by Jones and Zhang, Robert Terry of the CDPHE accepts the author's conclusion that soil plutonium concentrations around Rocky Flats have remained broadly constant since the early 1970's, although some local redistribution has probably taken place.  Terry agreed that earlier CDPHE conclusions regarding decreasing concentrations over time were due to variations in sampling depth over time, rather than actual decreases.  The paper contains two sets of maps; smaller maps in Appendix A, and larger, more detailed maps in Appendix B of the Jones and Zhang paper.  The latter are the more definitive, as the smaller Appendix A maps show contours overlying somewhat stylized geographic features that are not scaled as accurately as the USGS maps underlying the contour maps in Appendix B.  The composite map in Appendix B

---

[46] Spatial and Temporal Analysis of the Rocky Flats Soil Plutonium Data, R.H. Jones and Y. Zhang, September 19, 1994, Issued by the Colorado Department of Health and Environment

shows a broad 0.5 dpm/g (0.23 pCi/g) feature southeast of the plant near the western shore of Standley lake.

Colorado State University, 1995   Colorado State University (CSU) conducted a systematic soil sampling and analysis program in the area east of the 903 Pad.[47]. Particular attention was given to the vertical distribution of plutonium in soil. The general depth profile observed is illustrated in the Figure XII-4 which portrays the fitted depth relationship given in Equation 1 of the CSU publication.



**Figure XII-4**
**Plutonium Concentration v. Soil Depth**

The surface concentration observed at the center of Sector 4B is found by applying CSU's Equation 2 to a point 4.8 km and 120 degrees from the 903 Pad, which produces a concentration of 0.19 pCi/g. This is essentially the same concentration as the median reported for that area by the Colorado Department of Health in 1977, and is close to the 0.23 pCi/g value represented by the 0.5 dpm/g contour of Jones and Zhang.

Three of the sampling locations are of particular interest in the consideration of the named residents of the "plutonium class contour". These sites are listed in Table XII-6. The distances and

---

[47] CSU 1995, "The Spatial Distribution of Plutonium in Soil Near Rocky Flats, Colorado", S.B. Webb, S.A. Ibrahim, and F.W. Whicker. Colorado State University, Final Draft of September 13, 1995.

bearings are relative to the 903 Pad.  These points lie roughly between the indicated named
residents and the 903 Pad.

Table XII-6

| CSU Soil Sampling Locations Near Named Residents | | | | |
|---|---|---|---|---|
| Site | Residents | Distance (km) | Bearing (degrees) | 239+240Pu (pCi/g) |
| DX-4 | Sandovals, Rice | 5.5 | 95 | 0.20 |
| FX-3 | Bartletts, Schierkolks | 5 | 118 | 0.21 |
| GX-4 | Diemers | 6.2 | 155 | 0.024 |

Litaor, 1995:  Litaor[48], and Litaor and Allen[49] used exhaustive data sets to provide a
definition of the nature and extent of soil contamination in Operable Unit 3 (e.g., off-site soils and
sediments).  The 1996 Operable Unit 3 (OU3) report[50] found that these works "are significant in
that they provide the most conclusive definitions of offsite plutonium and americium contamination
to date." (page 4-25).  The OU3 report suggested, on the basis of this work, that the boudaries of
OU3 and IHSS 19 can be limited to a relatively small area east of the Rocky Flats east gate.

Other Studies:  There have been many previous studies of plutonium in the soils around
Rocky Flats, including earlier works by Krey and Hardy, Martell, and Illsley.  These studies are
reviewed or referenced in the publications by Jones and Zhang and by Colorado State University.

---

[48] Litaor 1995, Comprehensive appraisal of plutonioum-239 and -240 in soils of Operable Units 1, 2, and 3: a basis for risk
    analysis.

[49] Litaor 1995a, A comprehensive appraisal of Americium -241 in soils of Operable Units 1,2 and 3

[50] See Chapter XI for a discussion of the OU3 Report

## XII.C.2  Dose Estimation Methods

### *Air Monitor Data*

The 1996 draft DOE/EPA/CDPHE action level document referenced above indicates that for the "Resident" scenario, the inhalation of resuspended dust is currently the dominant pathway for plutonium from the 903 Pad.[51]  The modeled inhalation doses are based on the assumption that the plutonium retains its initial mobility indefinitely, i.e., that relatively little of the plutonium becomes bound to larger, less mobile particles by accretion or other natural processes.  The importance of the inhalation pathway emphasizes the role of air measurements as an indicator of off-site dose. Inhalation doses can be computed directly if air monitoring data is available, then compared to the modeled doses as a check on the model.

Upper limit attributable inhalation doses for the named plaintiffs were calculated by assuming that all of the plutonium in air detected by the air monitors in the vicinity of the plaintiffs residences was due to the resuspension of plutonium released by RFP.  The annual breathing rates used by ChemRisk (7305 cubic meters per year) was adopted for this calculation.  The ICRP 72 inhalation dose conversion factor for Type M $^{239}$Pu (1.85 x $10^{-4}$ Sv/Bq) was selected as appropriate for plutonium dioxide formed at relatively low temperatures.[52]  The annual average air concentration was multiplied by the assumed volume of air breathed, and the product multiplied by the ICRP 72 dose conversion factor cited above.

### *Soil Data*

For individuals who moved into the "plutonium class contour" after the 1969 covering of the 903 Pad, residual soil contamination due to the migration of 903 Pad material is the primary source of plutonium;[53] other RFP-related sources of radiation exposure are relatively less significant, as shown in

Table XII-2.  When residual soil contamination is the dominant source, dose projections can be made on the basis of measured soil concentrations, coupled with assumptions regarding residence times, lifestyle, sources of food, and other variables.  Such estimated doses will be proportional to soil concentrations, other factors being equal.  In practice, the constant of proportionality (expressed, e.g., as mrem per year per pCi/g) may vary depending on initial assumptions regarding land use and lifestyle.  These assumptions may be quantified as sets of RESRAD inputs for particular scenarios.

_____

[51] DOE/EPA/CDPHE 1996. Ibid., Attachment III, p. 14

[52] See Chapter III, Section A.3 of this report for a discussion of the current ICRP dose conversion factors.

[53] Ibid, NAS/NRC 95, p 31, last ¶

Three RESRAD evaluations, made with parameters for three land use scenarios, are discussed in the following paragraphs.

Resident and Office Worker Scenarios: The recent DOE/EPA/CDPHE working group draft report on action levels for soils at RFP evaluated two scenarios with the RESRAD code[54]. A resident scenario with an 85 millirem per year limit and an office worker scenario with a 15 millirem per year limit were evaluated. Soil concentrations meeting these criteria were then calculated on the basis of RESRAD computations based on appropriate scenario parameters. Site-specific data were used as inputs, including the finding that the plutonium in local soils was of a form consistent with Inhalation Class Y.[55] Soil action levels based on these scenarios were presented in Table 5-2 (page 5-10) of the 1996 working group draft report. When plutonium is considered alone, 1429 pCi/g of $^{239+240}$Pu is required to produce a projected dose of 85 millirem per year (i.e., 0.06 mrem/year per pCi/g) for the resident scenario, while 1088 pCi/g is required to produce a dose of 15 millirem per year (0.014 mrem/y per pCi/g) for the office worker. When $^{241}$Am is presumed to be present at 18% of the activity concentration of $^{239+240}$Pu, in accordance with the measurements reported by Ibrahim et al.[56], the 85 millirem per year resident limit is reached for soil concentrations of 651 pCi/g of $^{239+240}$Pu (0.13 mrem/year per pCi/g $^{239+240}$Pu), and the 15 millirem per year office worker limit is reached at 562 pCi/g (0.027 mrem/year per pCi/g $^{239+240}$Pu). Attachment III, page 14 of the report indicates that when plutonium is considered alone, almost all of the dose is due to inhalation, but when plutonium is accompanied by americium in the assumed proportions, nearly half of the total dose is due to the ingestion of soil and plants.

Family Farm Scenario: As an initial scoping calculation, Auxier & Associates evaluated the doses due to 0.5 dpm/g of $^{239}$Pu in surface soils under default RESRAD assumptions (i.e., the family farm scenario)[57]. Following the approach used in Task 8 by ChemRisk,[58] this surface concentration was related to concentrations in the 0-1 and 1-25 cm layers, which were evaluated separately. The depth relationship from the 1995 CSU soil study[59] (see Figure XII-4) was used to relate surface

[54] DOE/EPA/CDPHE 1996. "Action Levels for Radionuclides in soils for the Rocky Flats Cleanup Agreement (Final, October 31, 1996)", US Department of Energy, US Environmental Protection Agency, and the Colorado Department of Public Health and the Environment.

[55] DOE/EPA/CDPHE 1996, Ibid., Appendix B

[56] "Comparative Distribution of $^{241}$Am and $^{239,240}$Pu in Soils around the Rocky Flats Environmental Technology Site", S.A. Ibrahim, M.J. Schierman, and F.W. Whicker, Health Physics 70, pp 520-526, 1996.

[57] Yu, C. et al., 1993, "A Manual for Implementing Residual Radioactive Material Guidelines Using RESRAD, Version 5.0", ANL/EAD/LD-2. (The family farm scenario is referenced in Section 2.4, p.23 et seq.)

[58] Ibid, ChemRisk 1994, Table G-2

[59] Ibid, CSU 1996, equation 1

concentrations to the average concentrations for the 0-1 centimeter and the 1-25 centimeter layers[60]. These were modeled separately by RESRAD, and the results added. Plutonium was assumed to be of a chemical and physical form corresponding to inhalation class Y, consistent with the 1996 draft action level assessment by the DOE/EPA/CDPHE working group discussed in the previous section. The RESRAD dose projection for the "Family Farm" scenario is shown in Table XII-7. The resulting ratio is 0.06 mrem/y per pCi/g of $^{239}$Pu in surface soil.

Table XII-7

| Sector 4B | RESRAD 5.61 | | |
|---|---|---|---|
| 0.5 dpm/g | (mrem/y) | | |
| Class Y Pu239 | Top cm. | 1-25 cm. | Total |
| pCi / g | 0.235 | 0.042 | |
| Inhalation | 3.54E-03 | 8.86E-03 | 1.24E-02 |
| Plant | 1.23E-05 | 5.17E-05 | 6.40E-05 |
| Milk | 1.91E-08 | 4.83E-08 | 6.74E-08 |
| Meat | 1.31E-05 | 3.33E-06 | 1.65E-05 |
| Soil | 2.22E-05 | 5.56E-05 | 7.78E-05 |
| **Total** | **3.59E-03** | **8.98E-03** | **1.26E-02** |

There is little difference between the "Family Farm" and "Resident" dose projections, in part because the principle pathway is the inhalation of resuspended dust, which does not differ greatly in these two scenarios. It is clear that the inhalation dose from resuspended soil dominates the dose due to plutonium in surface soils. The inhalation dose calculated above is virtually identical (for equal soil concentrations) to that obtained in the draft DOE/EPA/CDPHE action level report, as shown in Table XII-8, below. [61]

Table XII-8

| Annual Dose per Unit $^{239}$Pu Activity in Soil | | |
|---|---|---|
| (mrem/year per pCi/g) | | |
| Scenario | $^{239}$Pu Only | $^{239}$Pu + 18% $^{241}$Am |
| Office Worker * | 0.014 | 0.027 |
| Resident * | 0.06 | 0.13 |
| Family Farm | 0.06 | |

\* Calculated by DOE/EPA/CDPHE Working Group

---

[60] The division into two layers, 0-1 and 1-25 centimeters follows the approach taken by ChemRisk. Other division strategies are plausible, e.g., division into 0-3 and 3-25 cm layers produces roughly the same results.

[61] In Attachment III, p. 14 of that document, an effective dose rate of 5.95 millirem per year is associated with 100 pCi/g of $^{239}$Pu in soil, of which 5.52 millirem per year is due to the inhalation of resuspended soil. If this value is normalized to the 0.5 dpm/g contour of Jones and Zhang, the result is 0.0124 millirem per year.

Because the inhalation component is so predominant for Class Y $^{239}$Pu , it is a simple matter to update the Table XII-7 doses to be consistent with ICRP Publication 72 dosimetry. The RESRAD default value for Class Y $^{239}$Pu is 0.33 mrem/pCi [62], or 8.9 x $10^{-5}$ Sv/Bq. Substitution of the ICRP Publication 72 Class M conversion factor, 5.0 x $10^{-5}$ Sv/Bq,[63] would reduce the plutonium effective dose to about 56% of the total value in Table XII-7.

## XII.C.3  Implications for Class Representatives

### Plutonium Doses Based on Air Monitoring Data

Upper limit attributable inhalation doses for the named plaintiffs were calculated by neglecting the contribution of global fallout and assuming that all of the plutonium in air detected by the air monitors in the vicinity of the plaintiffs residences was due to the resuspension of plutonium released by RFP. Annual average air concentrations were converted to point estimates of dose by the methods described in Section XII.C.2 above. Yearly committed effective doses were computed for plaintiffs for two cases: air concentrations observed at the monitoring station closest to the individuals residence, and air concentrations observed at the monitoring station between the residence and the plant. The results are shown in Table XII-9 and Table XII-10.

**Table XII-9**

Inhalation Doses Based on Data from Air Monitors Between Individual And RFP
(mrem CED, ICRP 72 Type M)

| Year | Bartlett, Richard | Bartlett, Sally | Deimer, Rhonda | Deimer, Thomas | Rice, Michael | Sandoval, Peggy | Sandoval, Stephen | Schierkolk, Delores | Schierkolk, William |
|---|---|---|---|---|---|---|---|---|---|
| 1978 | 0.089 | 0.089 | | | | | | 0.089 | 0.089 |
| 1979 | 0.028 | 0.028 | | | | | | 0.028 | 0.028 |
| 1980 | 0.009 | 0.009 | | | | | | 0.009 | 0.009 |
| 1981 | 0.022 | 0.022 | | | | | | 0.022 | 0.022 |
| 1982 | 0.006 | 0.006 | | | | | | 0.006 | 0.006 |
| 1983 | 0.004 | 0.004 | | | | | | 0.004 | 0.004 |
| 1984 | 0.012 | 0.012 | 0.005 | 0.005 | | | | 0.012 | 0.012 |
| 1985 | 0.003 | 0.003 | 0.001 | 0.001 | | | | 0.003 | 0.003 |
| 1986 | 0.011 | 0.011 | 0.004 | 0.004 | | 0.003 | 0.003 | 0.011 | 0.011 |
| 1987 | 0.002 | 0.002 | 0.004 | 0.004 | | 0.003 | 0.003 | 0.002 | 0.002 |
| 1988 | 0.003 | 0.003 | 0.001 | 0.001 | | 0.003 | 0.003 | 0.003 | 0.003 |
| 1989 | 0.002 | 0.002 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.002 | 0.002 |
| **SUM** | **0.19** | **0.19** | **0.02** | **0.02** | **0.001** | **0.01** | **0.01** | **0.19** | **0.19** |

[62] Ibid, Yu, 1993, Table B.1, page 141.

[63] Ibid, ICRP Publication 72, Table A.2, page 81 (adult value)

Table XII-10

Inhalation Doses Based on Data from Air Monitors Nearest to the Individual
(mrem CED, ICRP 72 Type M)

| Year | Bartlett, Richard | Bartlett, Sally | Deimer, Rhonda | Deimer, Thomas | Rice, Michael | Sandoval, Peggy | Sandoval, Stephen | Schierkolk, Delores | Schierkolk, William |
|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 1978 | 0.095 | 0.095 | | | | | | 0.081 | 0.081 |
| 1979 | 0.027 | 0.027 | | | | | | 0.027 | 0.027 |
| 1980 | 0.014 | 0.014 | | | | | | 0.014 | 0.014 |
| 1981 | 0.023 | 0.023 | | | | | | 0.022 | 0.022 |
| 1982 | 0.005 | 0.005 | | | | | | 0.007 | 0.007 |
| 1983 | 0.004 | 0.004 | | | | | | 0.004 | 0.004 |
| 1984 | 0.005 | 0.005 | 0.005 | 0.005 | | | | 0.007 | 0.007 |
| 1985 | 0.001 | 0.001 | 0.001 | 0.001 | | | | 0.003 | 0.003 |
| 1986 | 0.004 | 0.004 | 0.004 | 0.004 | | 0.003 | 0.003 | 0.003 | 0.003 |
| 1987 | 0.004 | 0.004 | 0.004 | 0.004 | | 0.003 | 0.003 | 0.004 | 0.004 |
| 1988 | 0.001 | 0.001 | 0.001 | 0.001 | | 0.003 | 0.003 | 0.005 | 0.005 |
| 1989 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
| **SUM** | **0.19** | **0.19** | **0.02** | **0.02** | **0.001** | **0.01** | **0.01** | **0.18** | **0.18** |

## *Dose Projections Based on Soil Data*

The site-specific "Resident" analysis conducted by the DOE/EPA/CDPHE working group provides an appropriate basis for conducting soil-based dose estimates for residents of areas south and east of the 903 Pad.[64] Soil plutonium measurements at locations near the dwellings of the class representatives were presented in Table XII-1. The resident dose factors developed in Table XII-8 above may be applied to these concentrations to derive an independent calculation of dose due to all plutonium deposited in the soil, whatever its source.

Table XII-11

Dose Rates Based on Soil Measurements

| Site | Residents | $^{239+240}$Pu (pCi/g) | Plutonium Inhalation* (mrem/y) | Pu + Am Total** (mrem/y) |
|------|-----------|------------------------|--------------------------------|--------------------------|
| DX-4 | Sandovals, Rice | 0.20 | 0.012 | 0.026 |
| FX-3 | Bartletts, Schierkolks | 0.21 | 0.013 | 0.027 |
| GX-4 | Diemers | 0.024 | 0.0014 | 0.0031 |

\* 0 06 mrem/year CEDE per pCi/g

\*\* 0 13 mrem/year per CEDE pCi/g

---

[64] It is recognized that these dose conversion factor would be reduced somewhat if ICRP Publication 72 dosimetry is applied

If constant conditions from 1978 through 1989 are assumed, then cumulative plutonium inhalation and total doses may be computed on the basis of Table XII-11. The assumption of approximately constant plutonium soil concentrations over the time period is consistent with the conclusions of Robert Terry of CDPHE, expressed in the introduction to the 1994 summary by Jones and Zhang[65].

**Table XII-12**

$^{239,240}$Pu Inhalation Doses

Based on DOE/EPA/CDPHE Factors and Measured Soil Data

(mrem CEDE, RESRAD Class Y Pu Dose Conversion Factors)

| Year | Bartlett, Richard | Bartlett, Sally | Deimer, Rhonda | Deimer, Thomas | Rice, Michael | Sandoval, Peggy | Sandoval, Stephen | Schierkolk, Delores | Schierkolk, William |
|------|-----------|-----------|---------|---------|-------|-----------|-----------|-------------|-------------|
| 1978 | 0.013 | 0.013 |        |        |       |       |       | 0.013 | 0.013 |
| 1979 | 0.013 | 0.013 |        |        |       |       |       | 0.013 | 0.013 |
| 1980 | 0.013 | 0.013 |        |        |       |       |       | 0.013 | 0.013 |
| 1981 | 0.013 | 0.013 |        |        |       |       |       | 0.013 | 0.013 |
| 1982 | 0.013 | 0.013 |        |        |       |       |       | 0.013 | 0.013 |
| 1983 | 0.013 | 0.013 |        |        |       |       |       | 0.013 | 0.013 |
| 1984 | 0.013 | 0.013 | 0.0014 | 0.0014 |       |       |       | 0.013 | 0.013 |
| 1985 | 0.013 | 0.013 | 0.0014 | 0.0014 |       |       |       | 0.013 | 0.013 |
| 1986 | 0.013 | 0.013 | 0.0014 | 0.0014 |       | 0.012 | 0.012 | 0.013 | 0.013 |
| 1987 | 0.013 | 0.013 | 0.0014 | 0.0014 |       | 0.012 | 0.012 | 0.013 | 0.013 |
| 1988 | 0.013 | 0.013 | 0.0014 | 0.0014 |       | 0.012 | 0.012 | 0.013 | 0.013 |
| 1989 | 0.013 | 0.013 | 0.0014 | 0.0014 | 0.012 | 0.012 | 0.012 | 0.013 | 0.013 |
| **SUM** | **0.16** | **0.16** | **0.008** | **0.008** | **0.012** | **0.048** | **0.048** | **0.16** | **0.16** |

---

[65] Spatial and Temporal Analysis of the Rocky Flats Soil Plutonium Data, R.H. Jones and Y. Zhang, September 19, 1994, Issued by the Colorado Department of Health and Environment.

**Table XII-13**

Total $^{239,240}Pu - ^{241}Am$ Doses

Based on DOE/EPA/CDPHE Factors and Measured Soil Data

(mrem CEDE, RESRAD Dose Conversion Factors)

| Year | Bartlett, Richard | Bartlett, Sally | Deimer, Rhonda | Deimer, Thomas | Rice, Michael | Sandoval, Peggy | Sandoval, Stephen | Schierkolk, Delores | Schierkolk, William |
|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 1978 | 0.027 | 0.027 |        |        |       |       |       | 0.027 | 0.027 |
| 1979 | 0.027 | 0.027 |        |        |       |       |       | 0.027 | 0.027 |
| 1980 | 0.027 | 0.027 |        |        |       |       |       | 0.027 | 0.027 |
| 1981 | 0.027 | 0.027 |        |        |       |       |       | 0.027 | 0.027 |
| 1982 | 0.027 | 0.027 |        |        |       |       |       | 0.027 | 0.027 |
| 1983 | 0.027 | 0.027 |        |        |       |       |       | 0.027 | 0.027 |
| 1984 | 0.027 | 0.027 | 0.0031 | 0.0031 |       |       |       | 0.027 | 0.027 |
| 1985 | 0.027 | 0.027 | 0.0031 | 0.0031 |       |       |       | 0.027 | 0.027 |
| 1986 | 0.027 | 0.027 | 0.0031 | 0.0031 |       | 0.026 | 0.026 | 0.027 | 0.027 |
| 1987 | 0.027 | 0.027 | 0.0031 | 0.0031 |       | 0.026 | 0.026 | 0.027 | 0.027 |
| 1988 | 0.027 | 0.027 | 0.0031 | 0.0031 |       | 0.026 | 0.026 | 0.027 | 0.027 |
| 1989 | 0.027 | 0.027 | 0.0031 | 0.0031 | 0.026 | 0.026 | 0.026 | 0.027 | 0.027 |
| **SUM** | **0.324** | **0.324** | **0.019** | **0.019** | **0.026** | **0.048** | **0.048** | **0.324** | **0.324** |

The plutonium inhalation doses computed on the basis of soil data may be compared to the ChemRisk Task 8 plutonium inhalation doses and those computed on the basis of measurements of plutonium in air at nearby air monitoring stations. The air and soil measurements were made independently, and both serve as the basis for upper bound estimates for doses due to Rocky Flats emissions. because no provision was made to distinguish between global fallout and local sources of plutonium. Furthermore, the projections based on soil concentrations presume no decrease in the mobility of soil plutonium over time. The latter is a conservative assumption. as field observations show reduced resuspension of contaminants in soil 15 years or more after deposition[66] .

### XII.C.4  **Summary**

Dose estimates based on soil and air monitoring data are consistent with each other and with the resuspension inhalation doses calculated by ChemRisk. Upper bound yearly doses to the named plaintiffs calculated on the basis of soil and air measurements are a fraction of one percent of the natural background radiation dose for the area.

---

[66] NCRP Report 76 (1984). Figure 2.10 in *Radiological Assessment. Predicting the Transport. Bioaccumulation. and Uptake by Man of Radionuclides to the Environment*. National Council on Radiation Protection and Measurement, Washington DC. (p. 55)

The ChemRisk Task 8 inhalation dose rate for resuspended plutonium in Sector 4B following the 903 Pad event is 0.02 millirem per year, similar [67] to the RESRAD dose estimate based on soil data. The modified ChemRisk total dose estimates summed over all pathways, tabulated in Table XII-5, are also in good general agreement with the dose estimates based independently on air monitoring and soil data.[68] The results of the three methods are summarized in Table XII-14, with values rounded to the nearest hundredth of a millirem.

Table XII-14
Dose Estimates by Three Methods

| Method | Bartlett, Richard | Bartlett, Sally | Deimer, Rhonda | Deimer, Thomas | Rice, Michael | Sandoval, Peggy J | Sandoval, Stephen | Schierkolk, Delores | Schierkolk, William |
|---|---|---|---|---|---|---|---|---|
| Task 8, Modified | 0.75 | 0.75 | 0.01 | 0.01 | 0.02 | 0.01 | 0.01 | 0.75 | 0.75 |
| Air Monitors* | 0.19 | 0.19 | 0.02 | 0.02 | 0.001 | 0.01 | 0.01 | 0.18 | 0.18 |
| Soil | 0.32 | 0.32 | 0.02 | 0.02 | 0.03 | 0.05 | 0.05 | 0.32 | 0.32 |

* Plutonium inhalation only, using ICRP 72 dose conversion factors

## XII.D  TISSUE DATA

Measurements of plutonium in tissue are particularly valuable in assessing doses from past environmental plutonium exposures. The tissue data avoid many of the uncertainties associated with release-based dose assessments. Release-based assessments involve uncertainties in releases, uncertainties in the concentration of plutonium in the air or other media, and uncertainties in the time, location, and duration of an individual's exposures. Human tissues (especially the liver and skeleton) effectively integrate all of these parameters. Autopsy samples provide empirical data that can be used to determine the concentration of plutonium in tissues and doses received.

Tissue data from autopsies of people who had lived near to or downwind from Rocky Flats Nuclear Weapons Facility in Colorado have been published.[69,70] These data show that the Rocky Flats area residents have received depositions and doses of plutonium that are similar to the depositions and doses of plutonium received by the general population of the United States due to the widespread plutonium background caused by atmospheric testing of nuclear weapons.

--------

[67] ChemRisk used a dose conversion factor distribution centered around a 50:50 mixture of Class W and Class Y plutonium.

[68] The ChemRisk Task 8 doses were based on ICRP Publication 56 and Federal Guidance Report No. 11 dose conversion factors. The DOE/EPA/CDPHE action level analysis, from which the soil-based estimates were derived, also used dose conversion factors based on the ICRP 30 system.

[69] "Plutonium Burdens in People Living Around the Rocky Flats Plant", J.C. Cobb et al., EPA-600/4-82-069, November 1982.

### XII.D.1   Plutonium Due To Fallout From Weapons Tests

The general population on Earth has been continually exposed to plutonium since the advent of atmospheric testing of nuclear weapons. Although the radiation dose from fallout currently constitutes only a small (< 1 mrem) fraction of total yearly dose from natural background radiation,[71] such exposures have resulted in build up of detectable quantities of plutonium in the human body.[72] From analysis of tissue samples from hundreds of autopsies across the country, concentrations of plutonium in various organs have been determined for the general United States population.

For example, one study found the background concentration of plutonium in liver is on the order of 1 to 2 disintegrations per minute (dpm) per kilogram of wet tissue (1-2 dpm/kg), and slightly lower in the lungs (0.4 dpm/kg), while the median concentration of plutonium was higher in the tracheobronchial lymph node (5.8 dpm/kg).[73] These findings agree well with calculated organ content expected from global weapons fallout as of 1972.[74] These data can be used as a baseline to assess the impact of environmental exposures of plutonium to Rocky Flats area residents.

### XII.D.2   Plutonium In The Tissues Of Residents in the Area Around Rocky Flats

In 1975, the United States Environmental Protection Agency (EPA) initiated a study to determine the presence, extent, and potential effects of plutonium in people living in areas surrounding the Rocky Flats Nuclear Weapons Facility. The EPA Environmental Monitoring Systems Laboratory, Las Vegas, Nevada (EMSL-LV) designed the study in consultation with staff from the University of Colorado Medical Center. The study was designed to determine whether the tissues of people who lived near to or downwind from the Rocky Flats facility contained more plutonium than the tissues from people who lived farther away. Information was also obtained on age, sex, smoking habits, occupational and residence history, and causes of death. Regarding the residence, samples were placed in three categories: those in the immediate area up to 25 kilometers (km) from Rocky Flats, those in the area between 25 and 50 km from Rocky Flats, and those from all of Colorado outside a 50 km radius of Rocky Flats and east of the Continental Divide.

The authors of this study, Cobb et al., included 449 sets of samples, for which historical information was available, in their regression and statistical analyses. They found that the

---

[70] "Plutonium Burdens in People Living Around the Rocky Flats Plant", J.C. Cobb et al., EPA-600/S4-82-069, March 1983

[71] "Ionizing Radiation Exposure of the Population of the United States", NCRP Report No. 93, September, 1987; "Exposure of the Population in the United States and Canada from Natural Background Radiation", NCRP Report No. 94, December, 1987.

[72] "Plutonium in Autopsy Tissue: A Revision and Updating of Data Reported in LA-4875", J.F. McInroy et al., Health Physics 37, pp. 1-136, 1979

[73] McInroy et al., 1979, p. 8, Table 3

plutonium levels in lung and liver tissues were better correlated with age and smoking history than with distance from the Rocky Flats Plant. Furthermore, the amounts of plutonium in the tissue samples were similar to samples analyzed from other areas of the United States. The study concluded that the contribution to the total amount of plutonium in tissue from the Rocky Flats Plant, if any, is not distinguishable from that contributed by natural fallout.

## XII.E  COMPARISON OF DOSE PROJECTIONS

Table XII-14 in Section XII.C shows dose estimates for the named plaintiffs based on three independent lines of inquiry - - the Phase I, Task 8 Report (as modified), air monitor data, and soil data used in conjunction with the DOE/EPA/CDPHE action levels analysis. The agreement between these estimates is considered quite good, in view of the stated conservative assumptions going into the estimates. The main point is that no matter how calculated, the dosed to these individuals from Rocky Flats releases is a small fraction of the radiation dose that each of us gets from the natural background in the course of an average day. These low doses and associated intakes are completely consistent with the unremarkable autopsy tissue analyses discussed in Section XII.D above.

---

[74] UNSCEAR 1977, Table 21, p. 148

## XIII  RISK

The doses determined in Chapter XII can be related to individual and population risk by the application of consensus risk models. It must be emphasized that these models are derived from epidemiologic studies of populations exposed to much higher doses than those described in Chapter XII. As discussed below, the National Academy of Sciences and other authoritative bodies state clearly that the extrapolation of these risk models to such low doses is accompanied by a great deal of uncertainty. In fact, there may be no risk at all associated with doses on the order of the natural background and below.

### XIII.A  DIRECT DOSE COMPARISONS

One method of evaluating the doses discussed in Chapter XII is to compare these doses to radiation doses sustained in the course of normal life. Table XIII-1 summarizes the dose estimates derived in the previous chapter. For each individual, the highest of the three dose estimates was taken as a reference dose.

| Table XIII-1 | | | | |
|---|---|---|---|---|
| RFP Related Doses Since 1978* | | | | |
| (millirem) | | | | |
| Bartletts | Deimers | Rice | Sandovals | Schierkolks |
| 0.74 | 0.02 | 0.03 | 0.05 | 0.74 |

*During residence inside "Plutonium Class Contour", highest of
Table XII-14 estimates

The highest of these doses is less than one millirem, which is roughly the amount of radiation one receives in one day from natural sources in the Denver area[1]. (See Chapter I of this report for a discussion of the background.) The NCRP has recommended that radiation doses below 1 millirem should be considered to be a Negligible Individual Dose, or NID[2]. The RFP-related doses are not only small compared to the natural background dose, they are small compared to local variations in the background. Colorado State University recently measured external ionizing radiation levels in over 1700 locations along the Colorado Front Range[3]. The measurements were made with a

---

[1] In other words, during the same 12 years considered in this evaluation, these individuals received approximately 12 years × 365 mrem/year, or 4380 millirem from the natural background.

[2] NCRP 1993a, National Council on Radiation Protection and Measurements, 1993, "Limitation of Exposure to Ionizing Radiation," NCRP Report No. 116, Bethesda, Maryland. p.52

[3] CSU 1995, "Background Radiation Variation in Populated Areas along the Front Range of Colorado", Report to Dow Chemical Company, J.W. Stone and F.W. Whicker, Colorado State University, Table 4.

pressurized ion chamber (PIC), a device which measures both the cosmic ray and the terrestrial gamma contribution to the exposure rate in air[4]. Table XIII-2 shows average PIC readings from a number of Colorado locations, in units of microroentgens per hour (μR/h), as reported[5]. The hourly readings are converted to millirem per year, then converted to effective dose by applying a conversion factor of 0.7 mrem/mR[6]. In the last row, the annual excess over the average Denver dose is shown.

Table XIII-2

**External Exposure and Dose Rates in the Colorado Front Range**

| Unit | Denver | Boulder | Morrison | Aspen Park | Central City |
|---|---|---|---|---|---|
| μR/hour | 15.9 | 16.4 | 17.6 | 19.1 | 22.2 |
| mR/year | 139.4 | 143.8 | 154.3 | 167.4 | 194.6 |
| mrem/year | 97.6 | 100.6 | 108.0 | 117.2 | 136.2 |
| Differential mrem/year | 0 | 3.1 | 10.4 | 19.6 | 38.7 |

By spending about three months at an average location in Boulder, the resident of an average Denver location would sustain the same increase in radiation dose that the maximally exposed individuals in Table XIII-2 received from Rocky Flats releases from 1978 through 1989. If there is a risk associated with such a dose, it is a risk that is routinely undertaken without obvious concern.

## XIII.B   DOSE AND RISK

### XIII.B.1   Dose Unit

The effective dose concept used in current radiation protection practice is based on the premise that an effective dose of 1 Sv (100 rem) carries the same risk of cancer or other long-term health outcome no matter how the physical dose is distributed over the organs of the body. The effective dose concept thus permits the comparison and ranking of risks from a wide range of exposure situations. The National Academy of Sciences / National Research Council has

---

[4] The PIC does not measure internal radon daughter doses, a substantial contributor to the total background dose.

[5] Ibid, CSU 1995, Figure 1.

[6] UNSCEAR 1993, United Nations Scientific Committee on the Effects of Atomic Radiation, 1993, "Sources, Effects and Risks of Ionizing Radiation," 1993 Report to the General Assembly, with Scientific Annexes, United Nations Scientific Committee on the Effects of Atomic Radiation, New York, NY, p.42, ¶ 55.

recommended that the effective dose be used to be report the results of preliminary dose calculations.[7]

## XIII.B.2  Sources of Information

The risks of adverse health effects consequent to exposure to ionizing radiation have been extensively studied since the discoveries of x-rays and radium over a century ago. The primary sources of information have been studies of individuals exposed in the course of early medical and industrial practices, and acts of war. Reviews of this subject have been conducted in recent years by the National Academy of Sciences,[8][9] the National Council on Radiation Protection and Measurements,[10][11] and by the United Nations Scientific Committee on the Effects of Atomic Radiation[12][13].

## XIII.B.3  Extrapolation to Lower Doses

Information on the health effects of radiation exposure has been developed from high and intermediate doses of radiation[14]. The effects of low doses of radiation, particularly those as low as the natural background, are unknown,[15] so risk estimates are based on extrapolation from effects

---

[7] NAS/NRC 1995, Radiation Dose Reconstruction For Epidemiologic Uses, National Academy of Sciences, National Research Council, National Academy Press, Washington, D. C., 1995, item 22, p.91

[8] NAS 1988, National Academy of Sciences, 1988, "Committee on the Biological Effects of Ionizing Radiations (BEIR IV). Health Risks of Radon and Other Internally Deposited Alpha-Emitters," National Academy Press, Washington, DC.

[9] NAS 1990, National Academy of Sciences, 1990, "Committee on the Biological Effects of Ionizing Radiation (BEIR V), Health Effects of Exposure to Low Levels of Ionizing Radiation," National Academy Press, Washington, DC.

[10] NCRP 1993, National Council on Radiation Protection and Measurements, 1993, "Risk Estimates for Radiation Protection," NCRP Report No. 115, Bethesda, Maryland.

[11] NCRP 1993a, National Council on Radiation Protection and Measurements, 1993, "Limitation of Exposure to Ionizing Radiation," NCRP Report No. 116, Bethesda, Maryland.

[12] UNSCEAR 1993, United Nations Scientific Committee on the Effects of Atomic Radiation, 1993, "Sources, Effects and Risks of Ionizing Radiation," 1993 Report to the General Assembly, with Scientific Annexes, United Nations Scientific Committee on the Effects of Atomic Radiation, New York, NY.

[13] UNSCEAR 1994, United Nations Scientific Committee on the Effects of Atomic Radiation, 1994, "Sources, Effects and Risks of Ionizing Radiation," 1994 Report to the General Assembly, with Scientific Annexes, United Nations Scientific Committee on the Effects of Atomic Radiation, New York, NY

[14] Ibid, NAS/NRC 1995, pp.7-8. The terms "high", "intermediate", and "low" used in this report are those adopted in this NAS/NRC report. The relevant section is quoted: "The definitions recommended by the United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR 1993; see pp. 680-682 and Table 8, Annex F) are used here: A dose is "low" if it does not exceed 0.2 gray[1] (Gy, the international unit for absorbed dose) or 20 rad (rad is a unit of absorbed dose), whatever the dose rate. Similarly, a dose rate is "low" if it does not exceed 0.006 Gy hr$^{-1}$ (6 mGy hr$^{-1}$ or 0.6 rad hr$^{-1}$), whatever the accumulated dose. A "high" dose rate, at least in experimental studies, usually is in the range of 6 to 48 Gy hr$^{-1}$ (600 to 4,800 rad hr$^{-1}$) Doses above 0.2 Gy (20 rad) generally are subdivided into those that are "intermediate," 0.2-2.0 Gy (20-200 rad), and those that are "high," >2Gy (>200 rad).

[15] "No increase in the frequency of cancer has been documented in populations residing in areas of high natural background radiation." Ibid., NAS 1990, p.385

seen at higher doses. The uncertainties involved in extrapolating to doses as low as the natural background have been acknowledged by the National Academy of Sciences:

"Thus the possibility that there may be no risks from exposures comparable to the external natural background cannot be ruled out. At such low doses and dose rates, it must be acknowledged that the lower limit of the range of uncertainty in the risk estimates extends to zero."[16]

### XIII.B.4   Theoretical dose and risk relationships

Risks observed at high doses may be extrapolated to the low dose range, but should be applied with caution, in view of the caveats discussed in the previous section. The National Academy of Sciences in 1990 reported a median cancer mortality risk factor of 8% per sievert 0.08% per rem) for prolonged exposure to low dose-rate radiation.[17] The 90% upper confidence limit was 13.6% per sievert. (These figures do not contain an allowance for a dose-rate effectiveness factor.)

### XIII.C   INDIVIDUAL RISK PROJECTIONS

The doses listed in Table XIII-1 may be multiplied by the risk factors discussed above to produce theoretical risks associated with RFP releases. These doses and theoretical risks apply to those years during which these individuals lived within the "plutonium class contour" discussed in Chapter XII of this report. The results are shown in Table XIII-3.

**Table XIII-3**
**Theoretical Risk**
**Associated with RFP Releases**
(NAS 1990 Risk Factors)

|  | Bartletts | Deimers | Rice | Sandovals | Schierkolks |
|---|---|---|---|---|---|
| **Dose (mrem)** | 0.74 | 0.02 | 0.03 | 0.05 | 0.74 |
| **Median Risk** | 5.9E-07 | 1.6E-08 | 2.4E-08 | 4.0E-08 | 5.9E-07 |
| **Upper 90% Risk** | 1.0E-06 | 2.7E-08 | 4.1E-08 | 6.8E-08 | 1.0E-06 |

The same risk factors may be applied to the natural background doses sustained by these individuals during the same time period. Table XIII-4 shows the theoretical risk derived by applying the same risk factors to the average external radiation dose rate in Denver, as shown in

---

[16] Ibid., NAS 1990, p.181

[17] Ibid., NAS 1990, Table 4-2, pp.172-173. The value of 0.0008 per rem is derived from the entry for continuous lifetime exposure of 0.1 rem/y, or 7 rem for a nominal lifetime. The average of male and female rates is 560 cases per 100,000 persons, or 0.560 cases for a hundred persons. This is 0.0008 cases per person-rem, or 0.08% per person-rem.

Table XIII-2. While doses are summed only for those years the individual resided inside the "plutonium contour", similar doses accrue every year that a person is alive.

**Table XIII-4**

| | | | | | |
|---|---|---|---|---|---|
| Theoretical Risk<br>Associated with Natural Background External Radiation<br>(NAS 1990 Risk Factors) | | | | | |
| | Bartletts | Deimers | Rice | Sandovals | Schierkolks |
| **Dose (mrem)** | 1171 | 585.6 | 97.6 | 390.4 | 1171 |
| **Median Risk** | 9.4E-04 | 4.7E-04 | 7.8E-05 | 3.1E-04 | 9.4E-04 |
| **Upper 90% Risk** | 1.6E-03 | 8.0E-04 | 1.3E-04 | 5.3E-04 | 1.6E-03 |

The risks shown in Table XIII-4 must be multiplied by a factor of about 3.5 to derive the risk from all components of the natural background.

## XIII.D   POPULATION RISK PROJECTIONS

The general approach used to calculate individual risks may be applied to populations. The theoretical number of cancers that might be attributable to RFP releases may be calculated by applying the risk factors used above to the product of the annual attributable radiation dose and the number of individuals affected. As noted in Chapter XII, the attributable radiation doses vary in space and time, as does the density of the population around RFP. In the following projection, theoretical risks will be tabulated sector-by-sector for each decade from 1953 to 1989.

### XIII.D.1   Population Data

Figures 4-1 through 4-5 of the Phase I, Task 7  report present population figures for mile-wide concentric rings around RFP for the years 1950, 1960, 1970, 1980, and 1990. In the area south and east of the plant, the 45 degree segments of these bands can be matched to obtain population figures for the Task 8 sectors  1A, 4A, and 4B.  Complete population figures were not presented for Task 8 sectors at greater distances. For the purposes of this projection, population information by decade reported by plaintiffs was adopted to establish a population figure for the overall "plutonium exposure area".  (The 1990 boundary in these charts corresponds to the outer limit of the "medium plutonium exposure area" in the previous charts, so the sums of the populations in the "high" and "medium" areas were used for those years.)

The Task 7 figures at the end of each decade were assumed to be the average population for Sectors 1A, 4A, and 4B. The balance of the population estimated by plaintiffs was assigned to Sector 8B, which had the highest dose rates of the remaining southern and eastern sectors, according to the Task 8 report. This process overestimates both the average number of people in a sector over

a decade and the average dose to individuals in the second tier of sectors. The results are shown in Table XIII-5.

**Table XIII-5**

**Sector Populations Assumed for Population Risk Calculations**

| Decade | Claimed Population | 1A | 4A | 4B | 8B |
|--------|--------------------|-----|-----|-----|-------|
| 50's   | 1015               | 4   | 129 | 82  | 800   |
| 60's   | 2082               | 12  | 215 | 99  | 1756  |
| 70's   | 16894              | 124 | 206 | 176 | 16388 |
| 80's   | 28606              | 114 | 353 | 238 | 27901 |

## XIII.D.2 Dose Data

The Phase I, Task 8, Appendix L total dose figures for all routine releases were summed over the years in each decade for the indicated sectors. These doses were added to the centerline plume doses from the 1957 and 1969 fires for the appropriate decades, sectors, and distances from the plant. The individual pathway doses due to the 903 Pad release were then added as tabulated by sector to the 1960's sector decade doses, with the exception of the vegetable ingestion dose. A point calculation based on ChemRisk Task 8, Appendix I and Appendix J methods was added in place of the tabulated vegetable ingestion dose, for reasons described in Chapter IX of this report. For the 1970's and 1980's, the Task 8, Appendix L individual pathway doses due to deposited 903 Pad material were added individually to these sums, with the substitution of a point calculation of the vegetable ingestion dose. The resulting doses, expressed in millirem per decade, are presented in Table XIII-6.

**Table XIII-6**

**Cumulative RFP Doses By Sector and Decade (millirem)**

| Decade | 1A   | 4A   | 4B   | 8B   |
|--------|------|------|------|------|
| 50's   | 0.09 | 1.27 | 2.33 | 1.91 |
| 60's   | 0.88 | 0.38 | 3.04 | 1.04 |
| 70's   | 0.06 | 0.08 | 0.62 | 0.18 |
| 80's   | 0.06 | 0.08 | 0.62 | 0.19 |
| Total  | 1.1  | 1.8  | 6.6  | 3.3  |

The product of the sector population and dose information presented in the previous two tables is population dose, shown below. The population dose is expressed in person-rem.

Table XIII-7

| Population Dose by Sector and Decade (person-rem) | | | | |
|---|---|---|---|---|
| Decade | 1A | 4A | 4B | 8B |
| 50's | 0.000 | 0.164 | 0.191 | 1.53 |
| 60's | 0.011 | 0.082 | 0.301 | 1.83 |
| 70's | 0.007 | 0.016 | 0.109 | 2.95 |
| 80's | 0.007 | 0.028 | 0.148 | 5.30 |
| Total | 0.025 | 0.29 | 0.75 | 11.6 |

### XIII.D.3   Theoretical Risk

*Rocky Flats Releases*

The population doses from Table XIII-7 may be multiplied by the National Academy of Sciences risk coefficients discussed above.  These risk coefficients are extrapolated from observations made at doses many orders of magnitude higher than those considered here, and the NAS report explicitly states that there may in fact be no risk associated with doses as low as these. Theoretical risk values are presented for both the central value and the upper 90% confidence limit risk estimates reported by the National Academy.  Scientific notation is used because the risk for most sectors and decades is too small to be expressed conveniently in conventional notation.

Table XIII-8

| Projected Cancer Cases Associated with Rocky Flats Releases (Assuming Central NAS 1990 Risk Estimate and Linear Response) | | | | | |
|---|---|---|---|---|---|
| Decade | 1A | 4A | 4B | 8B | TOTAL |
| 1953-59 | 3.0E-07 | 1.3E-04 | 1.5E-04 | 1.2E-03 | 1.5E-03 |
| 1960-69 | 8.5E-06 | 6.6E-05 | 2.4E-04 | 1.5E-03 | 1.8E-03 |
| 1970-79 | 6.0E-06 | 1.3E-05 | 8.7E-05 | 2.4E-03 | 2.5E-03 |
| 1989-89 | 5.5E-06 | 2.3E-05 | 1.2E-04 | 4.2E-03 | 4.4E-03 |
| TOTAL | 2.0E-05 | 2.3E-04 | 6.0E-04 | 9.3E-03 | 1.0E-02 |

**Table XIII-9**

| Projected Cancer Cases<br>Associated with Rocky Flats Releases<br>(Assuming Upper 90% NAS 1990 Risk Estimate and Linear Response) | | | | | |
|---|---|---|---|---|---|
| Decade | 1A | 4A | 4B | 8B | TOTAL |
| 1953-59 | 5.1E-07 | 2.2E-04 | 2.6E-04 | 2.1E-03 | 2.6E-03 |
| 1960-69 | 1.4E-05 | 1.1E-04 | 4.1E-04 | 2.5E-03 | 3.0E-03 |
| 1970-79 | 1.0E-05 | 2.2E-05 | 1.5E-04 | 4.0E-03 | 4.2E-03 |
| 1989-89 | 9.3E-06 | 3.8E-05 | 2.0E-04 | 7.2E-03 | 7.5E-03 |
| TOTAL | 3.4E-05 | 4.0E-04 | 1.0E-03 | 1.6E-02 | 1.7E-02 |

The total number of cancer fatalities projected by this approach is thus 0.017 for all decades and all individuals claimed by plaintiffs to reside inside the plutonium class contour. This is substantially less than one, i.e., it is much more likely than not that there would not be even one excess cancer case due to Rocky Flats releases.

***Natural Background Radiation***

The same risk calculation approach may be taken with natural background radiation, which is discussed in Chapter I of this report. As the recent CSU exposure rate study [18] demonstrates, there is some variability in this quantity along the Front Range, with altitude and underlying geology important determinants. For the purpose of this calculation, the natural background dose, including that due to radon and natural radioactive material in the body, to residents of the Rocky Flats area is assumed to be 350 millirem per year. The following series of tables repeats the population dose and risk calculations conducted for Rocky Flats Releases.

**Table XIII-10**

| Cumulative Natural Background Doses<br>By Sector and Decade<br>(millirem) | | | | |
|---|---|---|---|---|
| Decade | 1A | 4A | 4B | 8B |
| 50's | 2450 | 2450 | 2450 | 2450 |
| 60's | 3500 | 3500 | 3500 | 3500 |
| 70's | 3500 | 3500 | 3500 | 3500 |
| 80's | 3500 | 3500 | 3500 | 3500 |
| Total | 12950 | 12950 | 12950 | 12950 |

Note: The decade of the 1950's began in 1953 for this calculation.

---

[18] Ibid, CSU 1995

**Table XIII-11**

Background Population Dose by
Sector and Decade
(person-rem)

| Decade | 1A | 4A | 4B | 8B |
|--------|-----|-------|-------|---------|
| 50's | 10 | 316 | 201 | 1,960 |
| 60's | 42 | 753 | 382 | 6,111 |
| 70's | 434 | 721 | 616 | 57,358 |
| 80's | 399 | 1236 | 833 | 97,654 |
| Total | 885 | 3,025 | 2.031 | 163,083 |

**Table XIII-12**

Projected Cancer Cases
Associated with Natural Radiation Background
(Assuming Central NAS 1990 Risk Estimate and Linear Response)

| Decade | 1A | 4A | 4B | 8B | TOTAL |
|---------|------|------|------|--------|-------|
| 1953-59 | 0.01 | 0.21 | 0.16 | 1.57 | 2.0 |
| 1960-69 | 0.03 | 0.60 | 0.31 | 4.89 | 5.8 |
| 1970-79 | 0.35 | 0.58 | 0.49 | 45.89 | 47.3 |
| 1989-89 | 0.32 | 0.99 | 0.67 | 78.12 | 80.1 |
| TOTAL | 0.7 | 2.4 | 1.6 | 130.5 | 135 |

**Table XIII-13**

Projected Cancer Cases
Associated with Natural Radiation Background
(Assuming Upper 90% NAS 1990 Risk Estimate and Linear Response)

| Decade | 1A | 4A | 4B | 8B | TOTAL |
|---------|------|------|------|--------|-------|
| 1953-59 | 0.01 | 0.43 | 0.27 | 2.67 | 3.5 |
| 1960-69 | 0.06 | 1.02 | 0.52 | 8.31 | 9.9 |
| 1970-79 | 0.59 | 0.98 | 0.84 | 78.01 | 80.4 |
| 1989-89 | 0.54 | 1.68 | 1.13 | 132.81 | 136.2 |
| TOTAL | 1.2 | 4.1 | 2.8 | 221.8 | 230 |

The same risk assessment process that produced an estimate of 0.017 eventual cancer cases from Rocky Flats releases (i.e., much less than 1 case) produces an estimate of up to 230 cases from the natural radiation background. I reiterate, however, that there is no conclusive scientific evidence that exposures to such low doses of radiation cause any harm at all. [19]

## XIII.E CONCLUSIONS

Radiation doses attributable to Rocky Flats releases were calculated for selected individuals by three independent approaches, and found to be in reasonable agreement. Theoretical risks

---

[19]Ibid., NAS 1990, p. 385

associated with these doses were calculated by the use of consensus scientific risk factors.  The central risk estimate so obtained was a prediction of 0.01 cancer fatalities for all times and all of the population claimed to reside inside the plutonium exposure contour.  This risk was less than one ten thousandth of the corresponding theoretical risk due to the natural background. The fact that there may be no risks at all from such small doses was acknowledged.

# XIV REFERENCES

## XIV.A DOCUMENTS CITED

Beyea, J., "Declaration of Dr. Jan Beyea", June 28, 1993.

Biggs, W.G., Cermak, J., Pieke, R., Sievers, R., "Rocky Flats Scientific Panel on Monitoring Systems", Submitted to Governor Romer, November 21, 1990.

Bokowski, D.L., Henry, R.L., and D.C. Hunt, "History and Evaluation of Regional Radionuclide Water Monitoring and Analysis at the Rocky Flats Installation", RFP-3019, Rockwell International, February 21, 1981.

Boyns, P.K., "An Aerial Radiological Survey of the United States Department of Energy's Rocky Flats Plant Golden, Colorado", EG&G Measurements Group, September, 1982.

Boyns, P.K., "An Aerial Radiological Survey of the United States Department of Energy's Rocky Flats Plant and Surrounding Area", EG&G Measurements Group, May, 1990.

Burchfield, L.A., Stevens, S., Inn, K.G.W., Sumerlin, N.G., and P.K. Kuroda, "Atmospheric Injections of Nuclear Debris: Strontium 89 and 90 from Chinese Weapons Tests", Journal of Geophysical Research, Vol. 87, No. C9, pp.7273-7278, Department of Chemistry, University of Arkansas, Fayetteville, Arkansas, August 20, 1982.

Cember, H., "Introduction to Health Physics 2nd Edition", Pergamon Press, New York, New York, 1989.

Chapman, T.S., "Integrated Air Sampling Program for a Radioactive Plant", Health Physics, Vol. 1, pp. 90-91 Pergamon Press, 1958.

ChemRisk ,"Reconstruction of Historical Rocky Flats Operations & Identification of Release Points", Alameda, California, August, 1992.

ChemRisk, "Dose Assessment for Historical Contaminant Releases from Rocky Flats", Phase I, Task 8 Report, September, 1994.

ChemRisk, "Dose Assessment for Historical Contaminant Releases from Rocky Flats", Project Task 8 Report prepared by ChemRisk, Alameda, California, for the Colorado Department of Public Health and Environment, September, 1994.

ChemRisk, "Project Task 5 Estimating Historical Emissions From Rocky Flats", Alameda, California, March, 1994.

ChemRisk, "Project Task 6, Exposure Pathway Identification & Transport Modeling", Alameda, California, May, 1994.

ChemRisk, "Task 1 Report (RI) Identification of Chemicals and Radionuclides Used at Rocky Flats", 1991.

Cobb J.C., Eversole, B.C, Archer, P.G., Taggart, R., and D.W. Efurd, "Plutonium Burdens in People Living Around the Rocky Flats Plant", U.S. Environmental Protection Agency, November 1982.

Cobb J.C., Eversole, B.C, Archer, P.G., Taggart, R., and D.W. Efurd, "Plutonium Burdens in People Living Around the Rocky Flats Plant", U.S. Environmental Protection Agency, EPA-600/S4-82-069, March 1983.

Colorado Department of Health, "A Risk Evaluation for the Colorado Plutonium-in-Soil Standard", (cites the Colorado standard for soil), January, 1976.

Colorado Department of Health, "Environmental Surveillance Report on the U.S. Department of Energy Rocky Flats Plant Monthly Exchange Meeting", December, 1980.

Colorado Department of Health, "Environmental Surveillance Report on the U.S. Department of Energy Rocky Flats Plant Monthly Exchange Meeting", March, 1990.

Colorado Department of Health, "US AEC Rocky Flats Plant, 1969 Environmental Surveillance Report", Division of Occupational and Radiological Health, 1969.

Colorado Department of Health, "US AEC Rocky Flats Plant, 1971 Environmental Surveillance Report", Division of Occupational and Radiological Health, December, 1971.

Colorado State University, "Background Radiation Variation in Populated Areas Along the Front Range of Colorado", Report to Dow Chemical Company U.S.A., J.W. Stone and F.W. Whicker, 1995.

Dow Chemical U.S.A., Rocky Flats Environmental Data Reports, January, 1974 - May, 1975.

EG&G, "Geochemical Characterization of Background Surface Soils: Background Soils Characterization Program", Rocky Flats Environmental Technology Site, Final Report, May, 1995.

EG&G, "Radiological Survey of the Area Surrounding the Rocky Flats Plant, Golden Colorado 3 & 4 May and 6 October 1972", Las Vegas, Nevada, September 30, 1974.

Emerson, J.A., "Environmental Surveillance Relative to the Fire at the Rocky Flats Plant", 1969.

Environmental Protection Agency, "User Guide for the Industrial Source Complex Models Volume 1, User's Instructions", EPA-450/4-92-008a, Research Triangle Park, NC, 1992.

Feely, H.W., Larson, R., Sanderson, C., "Annual Report of the Surface Air Sampling Program" Environmental Measurements Laboratory, U.S. Department of Energy, March, 1985.

Fort Saint Vrain Nuclear Generating Station Environmental Surveillance Program Annual and Quarterly Reports 1970 - 1981.

Friedlander, G., et. al. 1981, "Nuclear and Radiochemistry", John Wiley & Sons, New York, New York, 1981.

General Electric Company, "Nuclides and Isotopes-Fourteenth Edition-Chart of the Nuclides", San Jose, California, 1989.

Gilbert, R.O., "Statistical Methods for Environmental Pollution Monitoring", Van Nostrand Reinhold, New York, New York, 1987.

Gold, S., Barkhau, H.W., Shleien, B., and B. Kahn, "Measurement of Naturally Occurring Radionuclides in Air", The Natural Radiation Environment, University of Chicago Press, 1964.

Hardy, E.P. et. al., "Time Pattern Of Off-site Plutonium Deposition From Rocky Flats Plant By Lake Sediment Analyses", Environment International, Vol. 4, pp.21-30, 1980.

Hammond, S.E., "Industrial-type Operations as a Source of Environmental Plutonium", Dow Chemical Company, Rocky Flats Division, Golden, Colorado, in Proceedings of Environmental Plutonium Symposium, Los Alamos Scientific Laboratory, August 4-5, 1971.

Hammond, S.E., "Chronology of 'Background Measurements' at Rocky Flats", March 16, 1972.

Health Physics Manual of Good Practices for Plutonium Facilities, PNL-6534, 1988, Table 4.1.

Hill, J.E., and W. Kittinger, "Environmental Sampling Locations Original Plan", Dow Chemical, April 4, 1973.

Hodgin, C.R., "Terrain-Responsive Atmospheric Model (TRAC) Transport and Diffusion: Features and Software Overview", Report RFP-4516, EG&G Rocky Flats, Golden, Colorado, 1991.

Hume, M.W., Letter to C.T. Illsley regarding: "Comparison of Air Sampler Stations", November 22, 1978.

Ibrahim, S.A., Schierman, M.J., and F.W. Whicker, "Comparative Distribution of $^{241}$Am and $^{239,240}$Pu in Soils around the Rocky Flats Environmental Technology Site", Health Physics Vol. 70, pp. 520-526, 1996.

International Commission on Radiological Protection, "Report of Committee II on Permissible Dose for Internal Radiation (1959)", ICRP Publication 2, Pergamon Press, Oxford, England, 1960.

International Commission on Radiological Protection, "The Metabolism of Plutonium and Other Actinides", ICRP Publication 19, Pergamon Press, Oxford, England, 1972.

International Commission on Radiological Protection, "Radiation Protection", ICRP Publication 26, Pergamon Press, January 1977.

International Commission on Radiological Protection, "Limits for Intakes of Radionuclides by Workers," ICRP Publication 30, Part I, Pergamon Press, Oxford, England, 1979.

International Commission on Radiological Protection, "The Metabolism of Plutonium and Related Elements", ICRP Publication 48, Pergamon Press, Oxford, England, 1986.

International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 1," ICRP Publication 56, Pergamon Press, Oxford, England, 1990.

International Commission on Radiological Protection, "1990 Recommendations of the International Commission on Radiological Protection," ICRP Publication 60, Pergamon Press, Oxford, England, 1990.

International Commission on Radiological Protection, "Human Respiratory Tract Model for Radiological Protection", ICRP Publication 66, Pergamon Press, Oxford, England, 1994.

International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 2", ICRP Publication 67, Pergamon Press, Oxford, England, 1994.

International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 3", ICRP Publication 69, Pergamon Press, Oxford, England, 1995.

International Commission on Radiological Protection, "Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 4: Inhalation Dose Coefficients", ICRP Publication 72, Pergamon Press, Oxford, England, 1995.

International Commission on Radiological Protection, "Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 5: Compilation of Ingestion and Inhalation Dose Coefficients", ICRP Publication 72, Pergamon Press, Oxford, England, 1996.

Johnson, C.J., "Plutonium Hazard in Respirable Dust on the surface of Soil", Science, Vol. 193, pp. 488-490, August 6, 1976.

Johnson, C.J., Letter to D.M. Castle, "Offsite Contamination of Soil with Plutonium and Other Radionuclides in the Vicinity of the Rocky Flats Plant in Jefferson County, Colorado", Jefferson County Health Department, Lakewood Colorado, April 4, 1977.

Jones, R.H., and Y.Zhang, "Spatial and Temporal Analysis of the Rocky Flats Soil Plutonium Data", University of Colorado Health Sciences Center, Denver, Colorado, September 19, 1994

Kirchner, R.A., Griep, V.R., and W.M. Hartzell, "Rocky Flats Continuous Air Monitor", November 2, 1966.

Kittinger, W.D., "Monthly Progress Reports -- Site Survey", 1952 and 1953.

Krey, P.W. "Plutonium and Americium Contamination in Rocky Flats Soil - 1973", HASL-304, Health and Safety Laboratory, U.S. Atomic Energy Commission, New York, New York, 1976.

Krey, P.W., "Plutonium in Soil Around the Rocky Flats Plant", Rep. HASL-235, Health and Safety Laboratory, U.S. Atomic Energy Commission, New York, New York, 1970

Langer, G., "Application Technology Progress Report: Evaluation of PM-10 commercial Inlets and Development of Inlet for New Rocky Flats Plant Surveillance Air Sampler, RFP-4122, January 1986 - December 1986.

Langer, G., "Resuspension of Soil Particles from Rocky Flats Containing Plutonium Particulates - A Review", Environment and Health Programs, HS&E, Rockwell International, Rocky Flats Plant, Golden, Colorado, December, 1989.

Lindeken, C.L., Morgin, R.L., and K.F. Petrock, "Collection Efficiency of Whatman-41 Filter Paper for Submicron Aerosols", Health Physics, Vol. 9, pp. 305-308, 1963.

Martell, E.A., "Report on the Dow Rocky Flats Fire: Implications of Plutonium Releases to the Public Health and Safety", January 13, 1970.

Maximum Permissible Radiation Exposures to Man, A Preliminary Statement of the National Committee on Radiation Protection and Measurement", Radiology, Vol. 68 , p. 261, 1957.

McGraw, J.W, Robertson, J.M, and T. Looby, "Rocky Flats Cleanup Agreement Decision Document", October 18, 1996.

McInroy, J.F., Campbell, E.E., Moss, W.D., Tietjen, G.L., Eutsler, B.C., and H.A. Boyd, "Plutonium in Autopsy Tissue: A Revision and Updating of Data Reported in LA-4875", Health Physics, Vol. 37, pp. 1-136, 1979.

Memo to O.M. Wisdahl, "Summary of Site Survey Activities for 1952", Site Survey Section, Rocky Flats Plant, February, 1952.

Mongan, T.R., Ripple, S.R., and K.D. Winges, "Plutonium Release from the 903 Pad at Rocky Flats", Health Physics, Vol. 71, pp. 522-531, 1996.

Moss, W.D., Hyatt, E.C., and H.F. Schulte, "Particle Size Studies on Plutonium Aerosols", Health Physics, Vol. 5, pp. 212-218, August 11, 1960.

Mroz, E.J., "Rocky Flats Plant Ambient Air Monitoring Network: Assessment of Sampling Equipment and Analytical Protocol, LA-UR-91-356", Los Alamos National Laboratory, January, 1991.

National Academy of Sciences, "Committee on the Biological Effects of Ionizing Radiations (BEIR IV), Health Risks of Radon and Other Internally Deposited Alpha-Emitters," National Academy Press, Washington, DC, 1988.

National Academy of Sciences, "Committee on the Biological Effects of Ionizing Radiation (BEIR V), Health Effects of Exposure to Low Levels of Ionizing Radiation," National Academy Press, Washington, DC, 1990.

National Academy of Sciences, National Research Council, National Academy Press, "Radiation Dose Reconstruction for Epidemiologic Uses", Washington, DC, 1995.

National Bureau of Standards, "Recommendations of the International Commission on Radiological Protection", Handbook 47, U.S. Department of Commerce, June 29, 1951.

National Bureau of Standards, "Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water", Handbook 52, U.S. Department of Commerce, March 20, 1953.

National Bureau of Standards, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and Water for Occupational Exposure", Handbook 69, U.S. Department of Commerce, June 5, 1959.

National Council on Radiation Protection and Measurements, "Control of Air Emissions of Radionuclides", NCRP Statement No. 6, September 18, 1984.

National Council on Radiation Protection and Measurements, "Radiological Assessment: Predicting the Transport, Bioaccumulation, and Uptake by Man of Radionuclides to the Environment", NCRP Report No. 76, Washington, DC, 1984.

National Council on Radiation Protection and Measurements, "General Concepts for the Dosimetry of Internally Deposited Radionuclides," NCRP Report No. 84, Bethesda, MARYLAND, 1985.

National Council on Radiation Protection and Measurements, "Ionizing Radiation Exposure of the Population of the United States", NCRP Report No. 93, Bethesda , MARYLAND, September 1, 1987.

National Council on Radiation Protection and Measurements, "Exposure of the Population in the United States and Canada from Natural Background Radiation", NCRP Report No. 94, Bethesda, MARYLAND, December 30, 1987.

National Council on Radiation Protection and Measurements, 1993, "Risk Estimates for Radiation Protection," NCRP Report No. 115, Bethesda, MARYLAND, 1993.

National Council on Radiation Protection and Measurements, 1993, "Limitation of Exposure to Ionizing Radiation," NCRP Report No. 116, Bethesda, MARYLAND, 1993.

National Council on Radiation Protection and Measurements, "A Guide for Uncertainty Analysis in Dose and Risk Assessments Related to Environmental Contamination", Commentary No. 14, Bethesda, MARYLAND, 1996.

National Council on Radiation Protection and Measurements, "Screening Models for Releases of Radionuclides to Atmosphere, Surface Water, and Ground", Report No. 123, Bethesda, MARYLAND, 1996.

Pacific Northwest Laboratory, "Health Physics Manual of Good Practices for Plutonium Facilities", Richland, WA, May, 1988.

Pan, V., and Stevenson, K.A., "Temporal Variation Analysis of Plutonium Baseline Concentration in Surface Air from Selected Sites in the Continental US", Journal of Environmental Radioactivity, Vol. 32, pp. 239-257, 1996.

Perkins, R.W., and Thomas, C.W., "Worldwide Fallout", in: Transuranic Elements in the Environment. W.C Hanson, ed., U.S. Department of Energy, 1980.

Peterson, W.B. and L. Lavdas, "INPUFF 2.0: A Multiple Source Gaussian Puff Dispersion Algorithm", EPA-600/8-86/024, U.S. Environmental Protection Agency, Research Triangle Park, NC, 1986.

Quillin, R.M., Letter to J. Johnson regarding air sampling activities at Rocky Flats Plant, October 24, 1989

Radiological Assessment Corporation, "Final Task 2 Report: Verification of Phase I Source Term & Uncertainty Estimates", Neeses, SC, September ,1994

Radiological Assessment Corporation, "Task 2: The Rocky Flats Plant 903 Area Plutonium Source Term Development", Neeses, SC, February, 1996.

Radiological Assessment Corporation, "Task 5: Recommendations for Monitoring to Verify Phases I and II-Part 1", Neeses, SC, November, 1994.

Radiological Assessments Corporation, "Estimating 903 Area Releases, Reviewing the Process", Prepared by R. Meyer and J. Weber, Radiological Assessments Corporation, September 12, 1996.

Radiological Assessment Corporation, "Task 3: Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals", Neeses, SC, August, 1996.

Radiological Assessment Corporation, "Task 3A: Performance Evaluation of Atmospheric Transport Models", Neeses, SC, February, 1996.

Radiological Assessment Corporation, "Task 3A: Performance Evaluation of Atmospheric Transport Models", Neeses, SC, February, 1996.

Radiological Assessment Corporation, "Task 4: Evaluation of Historical Environmental Data", Neeses, SC, February, 1996.

Radiological Assessment Corporation, "Task 6: Technical Support for Public Outreach", Neeses, SC, August 1993.

Ramsdell, J.V., Semonen, C.A., and K.W. Burk, "Regional Atmospheric Transport Code for Hanford Emission Tracking (RATCHET)", PNWD-2224 HEDC UC-000, Battelle Pacific Northwest Laboratories, Hanford, WA, 1994.

Rockwell International, Rocky Flats Environmental Monitoring Reports, 1960 - 1989.

Roshalt, J.N., "Natural Radioactive Disequilibrium of the Uranium Series", Geological Survey Bulletin 1084-A, U.S. Government Printing Office, Washington, DC, 1959.

Schmidt, D.W., "Evaluation of Background Concentrations of Plutonium in the Environment Around Rocky Flats", Technical Memorandum for Phase II of Dose Reconstruction for RFP, Radiological Assessment Corporation, February, 1995.

Seed, J.R., Calkins, K.W., Illsely, C.T., Miner, F.J, and J.B. Owen, "Committee Evaluation of Plutonium Levels Within and Surrounding USAEC Installation at Rocky Flats", RFP-INV-10, Rocky Flats Division, The Dow Chemical Company, Golden, Colorado, July 9, 1971.

Shaw, D.F., AEC Letter to Operations Contractors Regarding: "Permissible Levels of Radiation and Concentrations of Radioactive Isotopes", January 3, 1951.

Siek, R.D. (Chairman) "Preliminary Report, Lamm-Wirth Task Force on Rocky Flats", 1975.

Smith, D.D., S.C. Black, "Actinide Concentrations in Tissues from Cattle Grazing Near Rocky Flats Plant", 1974.

Stannard, J.N., "Radioactivity and Health: A History", Oak Ridge, TN: Office of Scientific and Technical Information, 1988.

Steward, L.M. and M.R. Ross, "Annual Report: Environmental Safeguard 1971," Dow Chemical, March 10, 1972.

Task Group on Lung Dynamics, "Deposition and Retention Models for Internal Dosimetry of the Human Respiratory Tract", Health Physics, Vol. 12, pp. 173-207.

Taylor, L.S., "Brief History of the National Committee on Radiological Protection and Measurements (NCRP) Covering the Period 1929-1946", Health Physics, Vol. 1 pp. 3-10, 1958.

Taylor, L.S., "History of the International Commission on Radiological Protection (ICRP)", Health Physics, Vol. 1, pp. 97-104, 1958.

Thackeray, R. S., "Analysis of Site Survey Data", Internal Report, July 2, 1953.

Till, J.E. and H.R. Meyer, "Radiological Assessment", U.S. Government Printing Office, Washington, DC, September, 1983.

Till, J.E., "Methodology of Environmental Dose Assessment" in: the Proceedings of the 1996 International Congress on Radiation Protection, April 14-19, 1996, Vienna, Austria, 1996.

U.S. Atomic Energy Commission, "Basic Guides for Radiation Protection", Manual Chapter 0522, February 26, 1954.

U.S. Atomic Energy Commission, "Codes and Standards for Health, Safety, and Fire Protection", Manual Chapter 0550, August 29, 1957.

U.S. Atomic Energy Commission, "Standards for Radiation Protection", Manual Chapter 0524, August 12, 1963.

U.S. Department of Energy, "Annual Environmental Monitoring Report", Rocky Flats Plant.

U.S. Department of Energy, "Environmental Protection, Safety, and Health Protection Program for DOE
Operations", DOE Order 5480.1, May 5, 1980.

U.S. Department of Energy, "Final Environmental Impact Statement, Volume 1 of 3", DOE/EIS-0064, Washington,
DC, 1980.

U.S. Department of Energy, "Environmental Protection, Safety, and Health Protection Program for DOE
Operations", DOE Order 5480.1A, August 13, 1981.

U.S. Department of Energy, "The Tripartite Conferences on Radiation Protection - Canada, United Kingdom, United
States (1949-1953)", 1984.

U.S. Department of Energy, "Internal Dose Conversion Factors for Calculation of Dose to the Public", DOE/EH-
0071, July, 1988.

U.S. Department of Energy, "A Manual for Implementing Residual Radioactive Material Guidelines", prepared by
Argonne National Laboratory for the U.S. Department of Energy, Office of Remedial Action and Waste
Technology, DOE/CH-8901, June, 1989.

U.S. Department of Energy, "Radiation Protection of the Public and the Environment", DOE Order 5400.5,
February, 1990.

U.S. Department of Energy, "Draft Resource Conservation and Recovery Act Facility Investigation/ Remedial
Investigation Report Operable Unit 3 (Offsite Areas)", Volume 1, October 1995.

U.S. Department of Energy, "Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation
Report Operable Unit 3 (Offsite Areas)", Volumes 1 and 2, June, 1996.

U.S. Department of Energy, U.S. Environmental Protection Agency, and the Colorado Department of Public Health
and the Environment, "Action Levels for Radionuclides in Soils for the Rocky Flats Cleanup Agreement (Final,
October 31, 1996)", 1996.

U.S. Environmental Protection Agency, "External Exposure to Radionuclides in Air, Water, and Soil- Federal
Guidance Report No. 12," EPA-402-R-93-081, 1993, Washington, DC, 1988.

U.S. Environmental Protection Agency, "Limiting Values of Radionuclides Intake and Air Concentration and Dose
Conversion Factors for Inhalation, Submersion, and Ingestion -Federal Guidance Report No. 11," EPA-520/1-
88-020, Washington, DC, 1988.

United Nations Scientific Committee on the Effects of Atomic Radiation, "Sources and Effects of Ionizing
Radiation", Report to the General Assembly, with Annexes, New York, New York, 1977.

United Nations Scientific Committee on the Effects of Atomic Radiation, 1993, "Sources, Effects and Risks of
Ionizing Radiation," 1993 Report to the General Assembly, with Scientific Annexes, United Nations Scientific
Committee on the Effects of Atomic Radiation, New York, New York, 1993.

United Nations Scientific Committee on the Effects of Atomic Radiation, 1994, "Sources, Effects and Risks of
Ionizing Radiation," Report to the General Assembly, with Scientific Annexes, New York, New York, 1994.

Vaughn, W.A., "Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities", U.S.
Department of Energy Secretary for Environment, Safety, and Health, August 5, 1985.

Voilleque, P.G., "Preliminary Review of Risk Estimates for Plutonium" Radiological Assessment Corporation, Neeses, SC, November, 1994.

Voilleque, P.G., "Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71", Radiological Assessment Corporation, Idaho Falls, ID, May, 1995.

Webb, S.B., Ibrahim, S.A., and F.W. Whicker, "The Spatial Distribution of Plutonium in Soil Near Rocky Flats, Colorado", Final Draft, Colorado State University, September 13, 1995.

Wedding, J.B., Weigand, M.A., and Y.J. Kim, "Determination of Sampling Effectiveness of Rocky Flats Hi-Volume Sampler and Filtration of Microsorban-98 Fiber Filter", Colorado State University, Fort Collins, June, 1978.

Yu, C. et al., "A Manual for Implementing Residual Radioactive Material Guidelines Using RESRAD, Version 5.0", ANL/EAD/LD-2, 1993.

## XIV.B  DOCUMENTS RELIED UPON FOR REPORT

"Monthly Progress Report for July 1952", Memorandum to O.M. Wisdahl from the Site Survey Section, July 30, 1952.

"Monthly Progress Report for August 1952", Memorandum to O.M. Wisdahl from the Site Survey Section, August 30, 1952.

"Monthly Progress Report for September 1952", Memorandum to O.M. Wisdahl from the Site Survey Section, September 30, 1952.

"Monthly Progress Report for October 1952", Memorandum to O.M. Wisdahl from the Site Survey Section, November 7, 1952.

"Monthly Progress Report for November 1952", Memorandum to O.M. Wisdahl from the Site Survey Section, December 1, 1952.

"Monthly Progress Report for December 1952", Memorandum to O.M. Wisdahl from the Site Survey Section, January 5, 1953.

"Monthly Progress Report for January 1953", Memorandum to O.M. Wisdahl from the Site Survey Section, February 3, 1953.

"Monthly Progress Report for February 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, March 5, 1953.

"Monthly Progress Report for March 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, April 7, 1953.

"Monthly Progress Report for April 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, May 11, 1953.

"Monthly Progress Report for May 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, June 4, 1953.

"Monthly Progress Report for June 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, July 3, 1953.

"Monthly Progress Report for July 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, August 5, 1953.

"Monthly Progress Report for August 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, September 2, 1953.

"Site Survey Monthly Progress Report for September 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, October 6, 1953

"Site Survey Monthly Progress Report for October 1953", Letter to O.M. Wisdahl from W.D. Kittinger. The Dow Chemical Company, Rocky Flats Plant, November 4, 1953

"Site Survey Monthly Progress Report for November 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, December 4, 1953.

"Site Survey Monthly Progress Report for December 1953", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, January 8, 1954.

"Site Survey Monthly Progress Report for January 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, February 1, 1954.

"Site Survey Monthly Progress Report for February 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, March 4, 1954.

"Site Survey Monthly Progress Report for March 1954", Letter to O.M. Wisdahl from W.D Kittinger, The Dow Chemical Company, Rocky Flats Plant, April 6, 1954.

"Site Survey Monthly Progress Report for April 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, May 6, 1954.

"Site Survey Monthly Progress Report for May 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, June 3, 1954.

"Site Survey Monthly Progress Report for June 1954", Letter to O.M. Wisdahl from W.D Kittinger, The Dow Chemical Company, Rocky Flats Plant, July 2, 1954.

"Site Survey Monthly Progress Report for July 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, August 5, 1954.

"Site Survey Monthly Progress Report for August 1954", Letter to O M. Wisdahl from W.D Kittinger, The Dow Chemical Company, Rocky Flats Plant, September 2, 1954.

"Site Survey Monthly Report for September 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, October 5, 1954.

"Site Survey Monthly Report for October 1954", Letter to O.M. Wisdahl from W.D Kittinger, The Dow Chemical Company, Rocky Flats Plant, November 3, 1954.

"Site Survey Monthly Report for November 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, December 1, 1954.

"Site Survey Monthly Report for December 1954", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, January 5, 1955.

"Site Survey Monthly Report for January 1955", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, February 1, 1955.

"Site Survey Monthly Report for February 1955", Letter to O.M. Wisdahl from W.D. Kittinger, The Dow Chemical Company, Rocky Flats Plant, March 1, 1955.

"Site Survey Monthly Report for May 1955", Letter to O.M. Wisdahl from J.B. Owen, The Dow Chemical Company, Rocky Flats Plant, June 2, 1955.

"Site Survey Monthly Report for June 1955", Letter to T.S. Chapman from J.B. Owen, The Dow Chemical Company, Rocky Flats Plant, July 5, 1955.

"Site Survey Monthly Report for July 1955", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, August 3, 1955.

"Site Survey Monthly Progress Report for August 1955", Letter to E.A. Putzier from O H Angell, The Dow Chemical Company, Rocky Flats Plant, September 6, 1955.

"Site Survey Monthly Progress Report for September 1955", Letter to E.A. Putzier from O H Angell, The Dow Chemical Company, Rocky Flats Plant, October 6, 1955.

"Site Survey Monthly Progress Report for October 1955", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, November 3, 1955.

"Site Survey Monthly Progress Report for November 1955", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, December 7, 1955.

"Site Survey Monthly Progress Report for December 1955", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, January 5, 1956.

"Site Survey Monthly Progress Report for January 1956", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, February 3, 1956.

"Site Survey Monthly Progress Report for February 1956", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, March 6, 1956.

"Site Survey Monthly Progress Report for April 1956", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, May 4, 1956.

"Site Survey Monthly Progress Report for May 1956", Letter to E.A. Putzier from O.H Angell, The Dow Chemical Company, Rocky Flats Plant, June 5, 1956.

"Site Survey Monthly Progress Report for June 1956", Letter to E.A. Putzier from E.L. Ray, The Dow Chemical Company, Rocky Flats Plant, July 5, 1956.

"Site Survey Monthly Progress Report for July 1956", Letter to E.A. Putzier from E.L. Ray, The Dow Chemical Company, Rocky Flats Plant, August 7, 1956.

"Site Survey Monthly Progress Report for August 1956", Letter to C.W. Piltingsrud from S.E. Hammond, The Dow Chemical Company, Rocky Flats Plant, September 6, 1956.

"Site Survey Monthly Progress Report for September 1956", Letter to E.A. Putzier from R.D. Smith, The Dow Chemical Company, Rocky Flats Plant, October 3, 1956.

"Site Survey Monthly Progress Report for October 1956", Letter to E.A. Putzier from R.D Smith, The Dow Chemical Company, Rocky Flats Plant, November 1, 1956.

"Site Survey Monthly Progress Report for November 1956", Letter to E.A. Putzier from R.D. Smith, The Dow Chemical Company, Rocky Flats Plant, December 5, 1956.

"Site Survey Monthly Progress Report for December 1956", Letter to E.A. Putzier from R.D Smith, The Dow Chemical Company, Rocky Flats Plant, January 7, 1957.

"Site Survey Monthly Progress Report for February 1957", Letter to E.A. Putzier from R.D. Smith, The Dow Chemical Company, Rocky Flats Plant, March 5, 1957.

"Site Survey Monthly Progress Report for April 1957", Letter to E.A. Putzier from R.D. Smith, The Dow Chemical Company, Rocky Flats Plant, May 6, 1957.

"Site Survey Monthly Progress Report for May 1957", Letter to E.A. Putzier from R.D. Smith, The Dow Chemical Company, Rocky Flats Plant.

"Site Survey Monthly Progress Report for June 1957", Letter to E.A. Putzier from R.D. Smith, The Dow Chemical Company, Rocky Flats Plant, July 3, 1957.

"Site Survey Monthly Progress Report for September 1957", Letter to E.A. Putzier from R.D Smith, The Dow Chemical Company, Rocky Flats Plant, November 1, 1957.

"Site Survey Monthly Progress Report", Letter to E.A. Putzier from J.B. Owen, October 1, 1957.

"Site Survey Monthly Progress Report for January 1958", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, February 3, 1958.

"Site Survey Monthly Progress Report for February 1958", Letter to E.A. Putzier from J.E Hill, The Dow Chemical Company, Rocky Flats Plant, March 3, 1958.

"Site Survey Monthly Progress Report for March 1958",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, April 1, 1958.

"Site Survey Monthly Progress Report for April 1958",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, May 1, 1958.

"Site Survey Monthly Progress Report for November 1958",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, December 1, 1958.

"Site Survey Monthly Progress Report for January 1959",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, February 3, 1959.

"Site Survey Monthly Progress Report for May 1959",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, June 3, 1959.

"Site Survey Monthly Progress Report for June 1959",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, July 6, 1959.

"Site Survey Monthly Progress Report for July 1959",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, August 3, 1959.

"Site Survey Monthly Progress Report for August 1959",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, September 3, 1959.

"Site Survey Monthly Progress Report for December 1959",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, January 6, 1960.

"Site Survey Monthly Progress Report for January 1960",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, February 9, 1960.

"Site Survey Monthly Progress Report for February 1960",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, March 3, 1960.

"Site Survey Monthly Progress Report for March 1960",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, April 6, 1960.

"Site Survey Monthly Progress Report for May 1960",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, June 2, 1960.

"Site Survey Monthly Progress Report for December 1960",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, January 5, 1961

"Site Survey Monthly Progress Report for January 1961",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, February 6, 1991.

"Site Survey Monthly Progress Report for July 1961",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, August 4, 1961.

"Site Survey & Industrial Hygiene Monthly Progress Report for January 1962",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, February 6, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for February 1962",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, March 6, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for March 1962",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, April 4, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for April 1962",  Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, May 4, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for May 1962", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, June 4, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for June 1962", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, July 3, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for July 1962", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, August 3, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for August 1962", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, September 6, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for September 1962", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, October 2, 1962.

"Site Survey & Industrial Hygiene Monthly Progress Report for October 1962", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, November 5, 1962.

"Site Survey Monthly Progress Report for November 1962", Letter to E.A. Putzier from J.E. Hill, The Dow Chemical Company, Rocky Flats Plant, December 3, 1962.

Rockwell International, "June 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1975.

Rockwell International, "July 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1975.

Rockwell International, "August 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1975.

Rockwell International, "September 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1975.

Rockwell International, "October 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1975.

Rockwell International, "November 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1975.

Rockwell International, "December 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1975.

Rockwell International, "January 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "February 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "March 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "April 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "May 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "June 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976

Rockwell International, "July 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "August 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "September 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "October 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "November 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "December 1976 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1976.

Rockwell International, "January 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "February 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "March 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "April 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "May 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "June 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "July 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "August 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "September 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "October 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "November 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "December 1977 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1977.

Rockwell International, "January 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1978.

Rockwell International, "February 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1978.

Rockwell International, "March 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental
    Analysis and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1978

Rockwell International, "April 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis
    and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1978

Rockwell International, "May 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis
    and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1978

Rockwell International, "June 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental Analysis
    and Control, Rockwell International, Atomics International Division, Rocky Flats Plant, 1978

Rockwell International, "July 1978 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1978

Rockwell International, "August 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1978

Rockwell International, "September 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1978.

Rockwell International, "October 1978 Environmental Monitoring Report, Rocky Flats Plant", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1978.

Rockwell International, "November 1978 Rocky Flats Plant Monthly Environmental Monitoring Report",
    Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1978

Rockwell International, "December 1978 Rocky Flats Plant Monthly Environmental Monitoring Report",
    Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1978

Rockwell International, "January 1979 Rocky Flats Plant Monthly Environmental Monitoring Report",
    Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979.

Rockwell International, "February 1979 Rocky Flats Plant Monthly Environmental Monitoring Report",
    Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979

Rockwell International, "March 1979 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979

Rockwell International, "April 1979 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979

Rockwell International, "May 1979 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979

Rockwell International, "June 1979 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979

Rockwell International, "July 1979 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
    Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979.

Rockwell International, "August 1979 Rocky Flats Plant Monthly Environmental Monitoring Report",
    Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979

Rockwell International, "September 1979 Rocky Flats Plant Monthly Environmental Monitoring Report",
    Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979.

Rockwell International, "October 1979 Rocky Flats Plant Monthly Environmental Monitoring Report",
    Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979.

Rockwell International, "November 1979 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979.

Rockwell International, "December 1979 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1979.

Rockwell International, "January 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "February 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "March 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "April 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "May 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "June 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "July 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "August 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "September 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "October 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "November 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "December 1980 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1980.

Rockwell International, "January 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "February 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "March 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981

Rockwell International, "April 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "May 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "June 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981

Rockwell International, "July 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "August 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "September 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "October 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "November 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "December 1981 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1981.

Rockwell International, "January 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "February 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "March 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "April 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "May 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "June 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "July 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "August 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "September 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "October 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "November 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "December 1982 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1982.

Rockwell International, "January 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "February 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "March 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "April 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "May 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis,

Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "June 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "July 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "August 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "September 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "October 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "November 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "December 1983 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1983.

Rockwell International, "January 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "February 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "February 1984 Rocky Flats Plant Monthly Environmental Monitoring Report (Interim Report)", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "March 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "April 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "May 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "June 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "July 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "August 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "September 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "October 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "November 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "December 1984 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1984.

Rockwell International, "January 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1985.

Rockwell International, "February 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1985.

Rockwell International, "March 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1985.

Rockwell International, "April 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1985.

Rockwell International, "May 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1985.

Rockwell International, "June 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1985.

Rockwell International, "July 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1985.

Rockwell International, "August 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1985.

Rockwell International, "September 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1985.

Rockwell International, "October 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1985.

Rockwell International, "November 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1985.

Rockwell International, "December 1985 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1985.

Rockwell International, "January 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "February 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "March 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "April 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "May 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "June 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "July 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "August 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "September 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "October 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "November 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986.

Rockwell International, "December 1986 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1986

Rockwell International, "January 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "February 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "March 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "April 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "May 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987

Rockwell International, "June 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "July 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "August 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "September 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations. Rocky Flats Plant, 1987.

Rockwell International, "October 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations, Rocky Flats Plant, 1987.

Rockwell International, "November 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Analysis and Control, Rockwell International, North American Space Operations. Rocky Flats Plant, 1987.

Rockwell International, "December 1987 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations. Rocky Flats Plant, 1987.

Rockwell International, "January 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988

Rockwell International, "February 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988.

Rockwell International, "March 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International. Aerospace Operations, Rocky Flats Plant, 1988.

Rockwell International, "April 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988

Rockwell International, "May 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988

Rockwell International, "June 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988

Rockwell International, "July 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988.

Rockwell International, "August 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988

Rockwell International, "September 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International. Aerospace Operations, Rocky Flats Plant, 1988

Rockwell International, "October 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988

Rockwell International, "November 1988 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988.

Rockwell International, "December 1988 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1988.

Rockwell International, "January 1989 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "February 1989 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "March 1989 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
  Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "April 1989 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
  Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "May 1989 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
  Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "June 1989 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
  Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "July 1989 Rocky Flats Plant Monthly Environmental Monitoring Report", Environmental
  Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "August 1989 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "September 1989 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "October 1989 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management,

Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "November 1989 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Rockwell International, "December 1989 Rocky Flats Plant Monthly Environmental Monitoring Report",
  Environmental Management, Rockwell International, Aerospace Operations, Rocky Flats Plant, 1989.

Acquavella, J.F. and G.S. Wilkinson, "The National Plutonium Workers' Study: Considerations and Preliminary
  Results", Los Alamos National Laboratory, Los Alamos, New Mexico, March, 1983.

Advanced Sciences, Inc., "Air Surveillance Network Siting Study, Rocky Flats Plant Site", prepared for EG&G
  Rocky Flats, Inc., Clean Air Act Group, December 20, 1991.

Air Sampler Locations and Numbers, January, 1975.

Arthur III, W.J. and A.W. Alldredge, "Importance of Plutonium Contamination on Vegetation Surfaces at Rocky
  Flats, Colorado", November 10, 1980.

Barker, C.J., "Rocky Flats Plant Environmental Analysis and Control Sampling Procedure, Ambient Air Sampling",
  EAC-S-2.

Barker, C.J., "Rocky Flats Plant Environmental Control Sampling Procedure, Ambient Air Sampling", EC-S-2.

Barker, C.J., "Removal of Plutonium-Contaminated Soil From the 903 LIP Area During 1976 and 1978", prepared by
  Rockwell International under Contract DE-AC04-76DPO3533, Golden, Colorado, RFP-3226, January 25, 1982.