**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION IN LIMINE
TO LIMIT THE TESTIMONY OF WAYNE HUNSPERGER
REGARDING GOVERNMENT RESTRICTIONS**
_____

Plaintiffs respectfully submit this memorandum in opposition to Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger Regarding Government Restrictions (filed Dec. 4, 2005) [Ct. Rec. 1730].

Defendants' motion, filed on the Sunday evening preceding Mr. Hunsperger's scheduled Monday testimony, manifestly violates the Motions Practice Order. Most of the exhibits to be used in connection with Mr. Hunsperger were provided to defendants prior to the Thanksgiving recess. Mr. Hunsperger's report, meanwhile, was provided in 1996. Defendants could easily have filed this motion four days in advance of Mr. Hunsperger's testimony. Indeed, they could have filed it by the Court's June 2005 deadline for motions in limine relating to expert testimony. They simply chose not to.

The motion is unmeritorious in any event. Mr. Hunsperger does not rely on governmental restrictions for the purpose of establishing interference with use and enjoyment, on a class-wide basis or otherwise. He relies on those materials in the course of estimating damages based on market stigma. The motion should be denied.

Dated: December 5, 2005                    s/ Peter Nordberg
                                                      Merrill G. Davidoff
                                                      Peter Nordberg
                                                      Berger & Montague, P.C.
                                                      1622 Locust Street
                                                      Philadelphia, PA 19103
                                                      (215) 875-3000

                                                      Attorneys for Plaintiffs
                                                      And the Class