# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, et al.,

                Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

                Defendants.

---

ORDER ON JOINT MOTION FOR CLARIFICATION
RE SEPTEMBER 22, 2005 MINUTE ORDER

---

This Court having considered the Joint Motion for Clarification re September 22, 2005 Minute Order, it is ORDERED and DECREED as follows:

1. The parties shall disclose exhibits to be used in the upcoming trial in the following manner: Each party is to provide opposing counsel and the court via email with identification of the exhibits to be used, and copies of exhibits to be used, with each witness by 9:00 a.m. on the day before the witness is called, whatever the day of the week. Hard copies to be delivered to the courtroom deputy daily prior to 9:00 a.m.

2. The parties are not required to submit exhibit lists by September 29, 2005.

IT IS SO ORDERED.

Dated this 28th day of September, 2005.

                              **S/John L. Kane**
                              John L. Kane, Senior District Judge
                              United States District Court