# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-K-181

MERILYN COOK, et al.,

      Plaintiffs,

        v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

**DEFENDANTS' IDENTIFICATION OF ANTICIPATED**
**EXPERT SUBJECT MATTERS AND WITNESSES**

---

      1.    Pursuant to the Court's January 5, 1995, Scheduling Order, defendants jointly submit the following list of the subject matters upon which they currently expect to offer expert testimony, and the names of the expert witnesses who are currently expected to offer such testimony:

| **Expert** | **Subject Matter(s)** |
|---|---|
| Dr. Lynn Anspaugh<br>Biophysist and Director,<br>Risk Sciences Center,<br>Health and Ecological<br>Assessment Division<br>Lawrence Livermore National<br>Laboratory<br>Livermore, CA | Radiation, Dose, Dosimetry, Metabolism, Compliance with<br>Standards, Risk, Health Effects, Health Physics<br>Practices/Procedures, Environmental Monitoring,<br>Deposition, Concentration and Transport of Radionuclides in<br>Environment/Biosphere |
| Dr. John Auxier<br>Auxier & Associates<br>Knoxville, TN | Radiation, Dose, Dosimetry, Metabolism, Compliance with<br>Standards, Risk, Health Effects, Health Physics,<br>Enviornmental Monitoring |
| Willaim Avery<br>Adams-Avery Ltd.<br>Denver, CO | Development Potential of Properties Within the Class Area |
| Elissa Benedek<br>Professor of Psychiatry<br>University of Michigan<br>Ann Arbor, MI | Emotional Distress Claim of Certain Plaintiffs |
| Peter Bowes, MAI<br>Bowes & Co.<br>Denver, CO | Effect, if any, of Activities at Rocky Flats on Property<br>Values Within the Class Area. |
| Charles Clark, PhD<br>Ann Arbor, MI | Emotional Distress Claim of Certain Plaintiffs |
| Clifford Cole<br>TRC Environmental<br>Englewood, CO | Meterology, Air Dispersion Modeling, and Related Topics |
| Daniel M. Conway<br>THK Associates, Inc.<br>Denver, CO | Development Potential of Properties in the Class Area |

| Expert | Subject Matter(s) |
|---|---|
| Sir Richard Doll<br>Honorable Member,<br>Cancer Studies Unit<br>Imperial Cancer Rsrch. Fund<br>Oxford, England | Epidemiology, Including Health Risks Associated with Exposure to Hazardous Materials Including Radiation |
| John D. Dorchester<br>The Dorchester Group<br>Scottsdale, AZ | Real Estate Values, Development, and Trends Within the Class Area;  Analysis of Claims of Property Value Dimunition Within the Class |
| Dr. Merrill Eisenbud<br>Chapel Hill, NC | Industrial Hygiene, Ventilation, Filtration, Design, Radiation, Health Effects, Dose, Risk, Health Physics, Environmental Radioactivity, Non-radioactive Substances |
| Dr. Melvin W. First<br>Harvard School of Public<br>Health<br>Boston, MA | Design, Ventilation, Air and Effluent Cleaning and Monitoring |
| Dr. John Frazier<br>Auxier & Associates<br>Knoxville, TN | Radiation, Dose, Dosimetry, Metabolism, Compliance with Standards, Risk, Health Effects, Health Physics, Environmental Monitoring |
| Dr. Philip Guzelian<br>Professor of Medicine<br>University of Colorado<br>Denver, CO | Medical Monitoring, Including the Appropriateness of Medical Monitoring for Class Members |
| Dr. Steven Hanna<br>Sigma Research<br>Concord, MA | Atmospheric Dispersion Modeling |
| Dr. Geoffrey Howe<br>Dept. of Epidemiology<br>Columbia University<br>New York, NY | Epidemiology, Risk, Health Effects, Medical Monitoring |
| Dr. Richard Hewlett | History of AEC/ERDA/DOE; history of Relationship Between Contractors and the AEC/ERDA/DOE; Weapons Complex |

3

| Expert | Subject Matter(s) |
|---|---|
| Dr. Anthony James<br>United States Transuranium<br>  Registry<br>Richland, WA | Radiation, Dose, Dosimetry, Metabolism, Compliance with<br>Standards, Risk, Health Effects |
| Dr. Rolf Jensen<br>Rolf Jensen & Associates<br>Hilton Head, SC | Fire Protection, Propagation, Fire-Fighting, Design |
| Janet A. Johnson, PhD<br>Interim Director --<br>Environmental Health<br>Services<br>Assistant Professor<br>Environmental Health<br>Colorado State University<br>Ft. Collins, CO | Ambient and Effluent Air Monitoring and Related Issues |
| Brooke Leer | Effect of Rocky Flats on Property Values within the Class<br>Area |
| William Wecker<br>Novato, CA | Statistical Analysis |
| James E. Martin<br>Associate Professor<br>Radiological health<br>University of Michigan<br>Ann Arbor, MI | Radioactive Effluent Monitoring; Air Cleaning Systems |
| Dr. Fred A. Mettler, Jr., M.D.<br>Professor and Chairman<br>Dept. Radiology<br>University of New Mexico<br>School of Medicine<br>Albuquerque, NM | Radiation, Dose, Dosimetry, Metabolism, Compliance with<br>Standards, Risk, Health Effects, Health Physics,<br>Epidemiology, Risk, Medical Monitoring |
| Anthony B. Miller<br>Professor of Preventative<br>Medicine and Biostatistics<br>University of Toronto<br>Toronto, ON | Medical Monitoring |

| Expert | Subject Matter(s) |
|--------|-------------------|
| Ralph E. Mires, MBA<br>GRA, Thompson, White & Co.<br>Denver, CO | Real Estate Financing in Class Area |
| John Prosser, M. Arch.<br>Professor of Architecture and<br>Urban Design<br>University of Colorado<br>Denver, CO | Development Potential of Properties Within the Class Area |
| Joseph Rodricks, Ph.D.<br>ENVIRON<br>Arlington, VA | Non-Radioactive Materials, Releases, Fate and Transfer in the Environment, Exposure and Doses to Members of the Class, Toxicity and Toxicology, Health Risks |
| Annette Shipp, PhD<br>ICF<br>Ruston, LA | Non-radioactive Hazardous Chemical, including Releases, Fate and Transport in the Environment, Exposure and Doses to Members of the Class, Toxicology, and Health Risks |
| Dr. Joseph Soldat<br>Richland, WA | Transport of Radionuclides and Other Materials Through Environment/Biosphere; Atmospheric Dispersion Modeling |
| Laurie Van Court<br>Denver, CO | Value of Properties in Class Area for Horse Breeding; Horse Breeding Business |
| Dr. Ward Whicker<br>Dept. of Radiology<br>Colorado State University<br>Ft. Collins, CO | Deposition, Concentration and Transport of Radionuclides in the Environment/Biosphere Surrounding Rocky Flats |
| Kenneth A. Wise, PhD<br>IRI-Brattle<br>Cambridge, MA | Effect of Rocky Flats on Real Estate Values Within the Class Area |

2.      In addition, defendants may call fact witnesses (not listed above) who may testify concerning "scientific, technical or other specialized knowledge." (Fed.R.Evid. 702)

3.      Plaintiffs bear the burden of proof. Defendants will respond to plaintiffs' proofs. Defendants currently are without knowledge of plaintiffs' proofs, or the proofs plaintiffs expect to submit. As such, defendants cannot adequately assess the subject matters upon which they may desire to submit expert proof. (*See, generally,* Judge Kane's comments, Tr. of 12/9/94

Status Conference, at 37)(THE COURT [addressing plaintiffs' counsel] "But they [defendants] have to hear what your experts are going to say before they bring in theirs.")  As a result, this list is necessarily preliminary.

    4.    This list contains the names and the subject matters of the experts whose testimony defendants currently expect to offer, given the above limitations.  Pursuant to the Court's order, the list primarily provides subject matters on which defendants currently anticipate offering expert proof.  The names of experts currently listed may change, even if the subject matters do not. Moreover, defendants' anticipate presently  that testimony will not be offered from all of the above experts.

    5.    Defendants reserve the right to call as a witness any expert for whom plaintiffs submit an expert report in this case.

Dated:  May 5, 1995                  Respectfully submitted,

                                        Counsel for Defendants

Patrick M. Hanlon                  David M. Bernick, P.C.
Mark S. Raffman                  Douglas J. Kurtenbach
Joseph Yenouskas                Mark S. Lillie
SHEA & GARDNER              KIRKLAND & ELLIS
1800 Massachusetts Avenue, N.W.    1999 Broadway
Washington, DC  20036           Denver, Colorado  80202
(202) 828-2063                  (303) 291-3062

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of May, 1995 service of the foregoing document entitled DEFENDANT'S SUBMISSION OF EXPERT SUBJECT MATTERS was effected by U.S. First Class Mail delivery to the following parties:

Ronald Simon
CONNERTON, RAY AND SIMON
1920 L Street, N.W., 4th Floor
Washington, D.C. 20036-5004

Daniel Berger
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103-6364

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS
  & CHESLEY CO., L.P.A.
1513 Central Trust Tower
Cincinnati, Ohio 45202

Bruce H. DeBoskey
SILVER & DeBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

Kenneth A. Jacobsen
Chimicles, Burt & Jacobsen
One Haverford Centre
361 W. Lancaster Avenue
Haverford, Pennsylvania 10041-0100

Joseph J. Bronesky
SHERMAN & HOWARD
633 17th Street, Suite 3000
Denver, Colorado 80202

Patrick M. Hanlon
SHEA & GARDNER
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

Richard C. Kaufman
OFFICE OF THE U.S. ATTORNEY
1961 Stout DR 3608
Denver, Colorado 80202

Daniel Satriana
HALL & EVANS
1200 17th Street, Suite 1700
Denver, Colorado 80202

L.W. Pribila
THE DOW CHEMICALCOMPANY
2030 Willard H. Dow Center
Midland, Michigan 48674

The pleading was hand delivered to plaintiffs counsel at the May 5, 1995 status conference.

7