# Exhibit B

2/4/99    1322

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-K-181

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

---

## DEFENDANTS' PLEADING IN RESPONSE TO THE COURT'S JANUARY 5, 1999 ORDER

---

In accordance with the Court's January 5, 1999 order, defendants Rockwell International Corporation and The Dow Chemical Company identify below the experts upon whom they currently expect to rely at trial, if necessary, and the claims, defenses, or issues to which each expert's testimony will relate.

- *F. Ward Whicker, Ph.D.* - Deposition, Concentration and Transport of Radionuclides in the Environment/Biosphere Surrounding Rocky Flats; Analysis of Soil, Sediment and Other Sampling in the Rocky Flats Area; Compliance with Standards; Health Physics; Background; Medical Monitoring; Physical Intrusion; Use and Enjoyment; Exposure; Dose; Risk; Radioecology; Statute of Limitations; Industry Standards/State-of-the-art; Environmental Monitoring; Plaintiffs' Experts and their Methods and Opinions.

- *Fred A. Mettler, Jr., M.D., M.P.H.* - Exposure; Dose; Dosimetry; Background; Biological Plausibility; Health Effects; Health Physics; Epidemiology; Risk; Medical Monitoring; Existence, Effectiveness and Benefit of Current Cancer Monitoring, Testing, Detection and Treatment Procedures; Use and Enjoyment; Compliance with Standards; Statute of Limitations; Plaintiffs' Experts and their Methods and Opinions.

- *John A. Auxier, Ph.D., CHP / John R. Frazier, Ph.D., CHP* - Radiation; Dose; Dosimetry; Background; Exposure; Compliance with Standards; Risk; Health Effects; Health Physics; Environmental Monitoring; Use and Enjoyment; Physical Intrusion; Statute of Limitations; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- *John D. Dorchester, Jr. MAI, CRE* - Property Damage; Use and Enjoyment; Real Estate Values and Valuation; Property Development and Trends; Statute of Limitations; Plaintiffs' Experts and their Methods and Opinions.

- *Joseph V. Rodricks, Ph.D.* - Non-Radioactive Hazardous Chemicals; Toxicology; Risk Assessment; Environmental Transport and Fate of Chemicals; Exposure; Risk; Dose; Health Effects; Medical Monitoring; Physical Intrusion; Use and Enjoyment; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- *Frank J. Blaha, M.S., P.E.* - Waste Management; Industry Standards/State-of-the-art; Radioactive Materials Management; Environmental Monitoring; Industry Standards for Environmental Monitoring; Physical Intrusion; Remediation; Surface Water and Groundwater; Regulatory Requirements; Hydrogeology; Plant Topography; Potential for Offsite Migration of Contaminants; "Future" Risk; Use and Enjoyment; Statute of Limitations; Compliance with Standards; Plaintiffs' Experts and their Methods and Opinions.

- *Otto G. Raabe, Ph.D., CHP* - Radiation; Radioactivity; Plutonium; Exposure; Dosimetry; Dose; Metabolism; Risk; Health Effects; Health Physics; Environmental Transport and Fate of Radionuclides; Background; Toxicology; Compliance with Standards; Statute of Limitations; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- *Kenneth T. Wise, Ph.D.* - Property Damage; Use and Enjoyment; Real Estate Values and Valuation; Statute of Limitations; Validity, Reliability, and Application of Multiple Regression Analysis; Plaintiffs' Experts and their Methods and Opinions.

- *Geoffrey R. Howe, Ph.D.* - Epidemiology; Exposure; Dose; Risk; Health Effects; Medical Monitoring; Use and Enjoyment; Statute of Limitations; Plaintiffs' Experts and their Methods and Opinions.

- *William E. Wecker, Ph.D./Laurentius Marais, Ph.D.* - Multiple Regression Analysis; Property Damage; Statistical and Mathematical Methodologies; Compliance with Standards; Plaintiffs' Experts and their Methods and Opinions.

- *Daniel L. McFadden, Ph.D.* - Property Damage; Use and Enjoyment; Real Estate Values and Valuation; Statute of Limitations; Multiple Regression Analysis; Statistical and Mathematical Methodologies; Plaintiffs' Experts and their Methods and Opinions.

- *Chris G. Whipple, Ph.D.* - Risk and "Future Risk"; Risk Assessment Methodologies; Waste Management; Property Damage; Use and Enjoyment; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- *Anthony Miller, MB FRCP* - Exposure; Dose; Risk; Biological Plausibility; Background; Existence, Effectiveness and Benefit of Current Cancer Monitoring, Testing, Detection, and Treatment Procedures; Use and Enjoyment; Compliance with Standards; Statute of Limitations; Plaintiffs' Experts and their Methods and Opinions.

- *James E. Martin, Ph.D., CHP* - Containment of Radioactivity, Radioactive Materials, Beryllium, and Effluent Air; Radioactive Effluent Monitoring; Beryllium Monitoring; Air Sampling; Air Cleaning Systems; Compliance with Standards; Use and Enjoyment; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- *Ralph d'Arge, Ph.D.* - Property Damage; Use and Enjoyment; Public Opinion Surveys; Analogous Case Studies; Multiple Regression Analysis; Diminution in Property Value; Decision Research Survey; Plaintiffs' Experts and their Methods and Opinions.

- *Daniel Kahneman, Ph.D.* - Property Damage; Use and Enjoyment; Public Opinion Surveys; Decision Research Survey; Diminution in Property Value; Plaintiffs' Experts and their Methods and Opinions.

- *Daniel M. Conway* - Property Damage; Use and Enjoyment; Real Estate Values and Valuation; Property Development and Trends; Undeveloped Property; Commercial Property; Statute of Limitations; Plaintiffs' Experts and their Methods and Opinions.

- *Laurie Van Court* - Property Damage; Use and Enjoyment; Statute of Limitations; Economic Benefit of Rocky Flats; Diminution in Property Value; Property Value and Valuation; Plaintiffs' Experts and their Methods and Opinions.

- *Geneva Austin Smart* - Property Damage; Use and Enjoyment; Statute of Limitations; Economic Benefit of Rocky Flats; Diminution in Property Value; Property Value and Valuation; Plaintiffs' Experts and their Methods and Opinions.

- *Edward A. Putzier, CHP* - Radionuclide Air Effluent Control; Air Cleaning; Air Monitoring; Compliance with Standards; Exposure; Risk; Use and Enjoyment; Health Physics; Statute of Limitations; Industry Standards/State-of-the-art; Governmental Privilege; Public Necessity; Plaintiffs' Experts and their Methods and Opinions.

- *Elissa P. Benedek, M.D.* - Emotional Distress; Use and Enjoyment; Plaintiffs' Experts and their Methods and Opinions.

- *Richard G. Hewlett, Ph.D.* - History of AEC/ERDA/DOE; Development of the weapons complex, including Rocky Flats; Sovereign Immunity; Governmental Privilege; Public Necessity; Discretionary Function; Plaintiffs' Experts and their Methods and Opinions.

Defendants do not bear the burden of proof and the admissibility of their experts' testimony and opinions has never been challenged. The number of experts that defendants will call at trial and the areas of those experts' testimony will largely depend on the evidence that the plaintiffs offer in their case in chief at trial. Defendants reserve the right to add or remove experts or subject matters of testimony as necessary to rebut claims or issues introduced by plaintiffs at trial.

Dated: February 4, 1999

Respectfully submitted,

One of the Attorneys for
the Defendants

Joseph J. Bronesky
Christopher Lane
SHERMAN & HOWARD L.L.C.
633 17th Street
Suite 3000
Denver, Colorado 80202
(303) 297-2900

David M. Bernick, P.C.
Douglas J. Kurtenbach
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of February 1999 service of the foregoing Pleading was served as noted below:

Merrill Davidoff, Esq. (Via Fax and FedEx)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103-6364

Bruce H. DeBoskey, Esq. (Via messenger)
Silver & DeBoskey
The Smith Mansion
1801 York Street
Denver, Colorado 80206

*[signature: Jaynie Logan]*