# Exhibit C

1327.1                                                                 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
2
     Civil Action No. 90-K-181
3
     MERILYN COOK, *et al.*,
4
          Plaintiffs,
5
     vs.
6
     ROCKWELL INTERNATIONAL CORPORATION, *et al.*,
7
          Defendants.
8
     _____

9
                          REPORTER'S TRANSCRIPT
10   (Hearing on Motion to Strike Plaintiffs' Expert Evidence:
                             Volume I)
11
     _____

12

13        Proceedings before the HONORABLE JOHN L. KANE, JR.,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 9:00 a.m., on the 8th day of February,

16   1999, in Courtroom C-401, United States Courthouse, Denver,

17   Colorado.

18                          APPEARANCES

19        BRUCE H. DEBOSKEY, Attorney at Law, 1801 York Street,

20   Denver, Colorado, 80206, and MERRILL G. DAVIDOFF, PETER

21   NORDBERG, DAVID F. SORENSON, and ERIC CRAMER, Attorneys at Law,

22   1622 Locust Street, Philadelphia, Pennsylvania, 19103-6365,

23   appearing for the plaintiffs.

24   Proceeding Recorded by Mechanical Stenography, Transcription
        Produced via Computer by Paul Zuckerman, 1929 Stout Street,
25      P.O. Box 3563, Denver, Colorado, 80294, (303) 629-9285

18

1    them with us here today or submitting them to the Court, so

2    that we would have the record complete with respect to a 104(a)

3    hearing beyond the additional -- any additional live testimony

4    that we would call.

5            Now, with respect to this new -- he says there are new

6    experts and there are new legal theories never identified.  I

7    don't know what he's talking about, "new legal theories."

8            With respect to new experts, Marais -- and I have

9    already addressed, and Roerig I've already addressed, one other

10   additional expert:  His name is Frazier.  He is a partner of

11   Auzier.  We did the same thing in our designation of our trial

12   experts that your Honor ordered us to file last week.  We said

13   Auzier/Frazier.  Again, it's a health issue.  This is my own

14   call.  I have a witness in a case that I'm now involved with in

15   the Western District of Texas.  The witness is an inventor of a

16   patent.  He has been completely unavailable to either side

17   because of his wife's health.  I know that Dr. Auxier's wife's

18   health is very, very bad; that Dr. Frazier is his partner and

19   has worked with him together on this case.  And out of an

20   abundance of caution, as we did with Marais, we said in our

21   motion that we filed last Thursday Auzier-Frazier.

22           We don't intend to call Ms. Roerig at trial.  We have

23   not submitted an expert report for Ms. Roerig.  We submitted an

24   affidavit to be to be used in connection with a 104(a) hearing.

25           The plaintiffs had 17 months to consider the arguments

1   in our motion to strike their experts we made in August of '97.

2   They've now had affidavits that we would use in connection with

3   the 104(a) hearing before we've had theirs.  There is no lying

4   in the weeds.  There was an attempt for us to provide the Court

5   with a record that our previous experience had indicated to us

6   some courts wished to have in connection with 104(a) hearings.

7            The truth of the matter on the chronology of this case

8   is that we did not see what this case was based upon until

9   seven full years of litigation had passed.  And at that time,

10  we had to come forward with our expert reports the same time  .

11  they came forward with theirs.  We filed limited rebuttal

12  reports in early 1997, having barely received their computer

13  information on which their core experts' reports are based; and

14  we immediately, after completing the depositions of those

15  experts, worked diligently to file the motion to strike because

16  we believed we had to, with the motion for summary judgment

17  that was pending before your Honor.

18                    PLAINTIFFS' REBUTTAL ARGUMENT

19           MR. DEBOSKEY:  Your Honor, I turn again to the motion

20  requesting this hearing to be set filed on November 19, 1998,

21  not very long ago.  They request a Rule 104 hearing on the

22  admission of plaintiffs' expert testimony as soon as

23  practicable.  Those objections, I'm quoting now.  Those

24  objections are articulated in defendants' August 29, 1997

25  motion to strike plaintiffs' experts.