# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-K-181

**MERILYN COOK, *et al.*,**

      Plaintiffs,

v.                                                                       **Judge John L. Kane, Jr.**

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

      Defendants.

---

**JOINT SUBMISSION PURSUANT TO THE COURT'S ORDER OF NOV. 16, 2000**

---

Pursuant to the Court's Order dated November 16, 2000, the parties hereby submit this joint filing in advance of the upcoming Pretrial Conference scheduled for January 11, 2001. The Court has ordered the parties to set forth, *inter alia*, a schedule for completing discovery, a list of the additional discovery that the parties seek to take, and a list of experts and the expected scope of their testimony at a property class trial. The parties' submissions are set forth below. The parties do not necessarily agree with the content of each others' submissions.

1.     **ADDITIONAL DISCOVERY.**

    A.     **Plaintiffs' Remaining Discovery.**

The following summary represents plaintiffs' best attempt at itemizing the discovery still to be conducted prior to trial of the property claims. It is possible, of course, that the parties will subsequently develop the need for discovery on specific points they have not anticipated in this submission, but plaintiffs are concerned that any such discovery not mushroom to proportions that

- **Bonnie D. Roerig, MAI** - Appraisal Methodology and Standards; Plaintiffs' Experts and their Methods and Opinions.

- **F. Ward Whicker, Ph.D.** - Deposition, Concentration and Transport of Radionuclides in the Environment/Biosphere Surrounding Rocky Flats; Analysis of Soil, Sediment and Other Sampling in the Rocky Flats Area; Compliance with Standards; Health Physics; Background; Physical Intrusion; Use and Enjoyment; Exposure; Dose; Risk; Radioecology; Statute of Limitations; Industry Standards/State-of-the-art; Environmental Monitoring; Plaintiffs' Experts and their Methods and Opinions.

- **John A. Auxier, Ph.D, CHP/John R. Frazier, Ph.D.**[16] - Radiation; Dose; Dosimetry; Background; Exposure; Compliance with Standards; Risk; Health Effects; Health Physics; Environmental Monitoring; Use and Enjoyment; Physical Intrusion; Statute of Limitations; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- **Otto G. Raabe, Ph.D., CHP** - Radiation; Radioactivity; Plutonium; Exposure; Dosimetry; Dose; Metabolism; Risk; Health Effects; Health Physics; Environmental Transport and Fate of Radionuclides; Background; Toxicology; Compliance with Standards; Statute of Limitations; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- **Geoffrey R. Howe, Ph.D.** - Epidemiology; Exposure; Dose; Risk; Health Effects; Use and Enjoyment; Statute of Limitations; Plaintiffs' Experts and their Methods and Opinions.

- **Fred A. Mettler, Jr., M.D., M.P.H.** - Exposure; Dose; Dosimetry; Background; Biological Plausibility; Health Effects; Health Physics; Epidemiology; Risk; Use and Enjoyment; Compliance with Standards; Statute of Limitation; Plaintiffs' Experts and their Methods and Opinions.

- **Joseph V. Rodricks, Ph.D.** - Non-Radioactive Hazardous Chemicals; Toxicology; Risk Assessment; Environmental Transport and Fate of Chemicals; Exposure; Risk; Dose; Health Effects; Physical Intrusion; Use and Enjoyment; Industry Standards/State-of-the-art; Plaintiffs' Experts and their Methods and Opinions.

- **Frank J. Blaha, M.S., P.E.** - Waste Management; Industry Standards/State-of-the-art; Radioactive Materials Management; Environmental Monitoring; Industry Standards for Environmental Monitoring; Physical Intrusion; Remediation; Surface Water and Groundwater; Regulatory Requirements; Hydrogeology; Surface Water and Groundwater; Regulatory Requirements; Hydrogeology; Plant Topography; Potential for Offsite Migration

---

[16]Defendants have health concerns with Dr. Auxier, as explained previously. Dr. Frazier – Dr. Auxier's long-time partner – would adopt Dr. Auxier's existing report.