# Exhibit G

| | | |
|---|---|---|
| Daniel Rooney/Chicago/Kirkland-Ellis | To | pnordberg@bm.net |
| | cc | Douglas Kurtenbach/Chicago/Kirkland-Ellis@K&E |
| 08/11/2004 01:30 PM | bcc | Kevin T. Mocogni/Chicago/Kirkland-Ellis |
| | Subject | Frazier Deposition Dates |

Mr. Nordberg,

Dr. Frazier has returned from vacation and provided the following dates of availability for his deposition.

August 26
August 27

Sincerely,

Dan Rooney
Legal Assistant