**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  December 5, 2005

Reporter: Therese Lindblom
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Peter Nordberg
Louise Roselle
Ellen Noteware

David Bernick
Douglas Kurtenbach

_____

**MINUTE ORDER AND COURTROOM MINUTES**
_____

**IT IS ORDERED that:**

1.    **Defendants' Motion to Exclude Exhibits Sought to Be Used by Plaintiffs on November 7, 2005 (Doc. No. 1593), filed November 6, 2005, is granted in part and denied in part as set forth on the record on November 7, 8 and 9, 2005, in the Court's rulings on exhibits.**

2.    **Defendants' Motion to Exclude Exhibits Sought to Be Used by Plaintiffs on November 7, 2005 (Doc. No. 1602), filed on November 7, 2005, is granted in part and denied in part as set forth on the record on November 7, 2005, in the Court's rulings on exhibits.**

3.    **Defendants' Motion to Exclude Exhibits Sought to Be Used by Plaintiffs on November 9, 2005 (Doc. No. 1610), filed November 8, 2005, is granted in part and denied in part as set forth on the record on November 9, 2005, in the Court's rulings on exhibits.**

**Jury Trial - Day Thirty**

**9:19 a.m.      Court in session.**

Jury not present.

Court states that Mike Norton's deposition may be taken at a time convenient for Mr. Nordberg.  Counsel shall confer and schedule the deposition.

Discussion regarding the deposition of Dr. Fry.

Discussion regarding exhibits.

Ms. Roselle offers PG-684, 695, 690, 693, 784, 785, 786, 787, 789, 791, 931, 937, and 939, 790, 943, 792, and 793.

9:27 a.m.      Jury present.

Court reads Instruction No. 2.2A to the jury.

Deposition of Dr. Flynn read to jury.

**10:18 a.m.    Court in recess.**
**10:41 a.m.    Court in session.**

Jury not present.

> **Exhibit received:    DX-748**

Jury present.

Deposition of Mr. Seibert read to the jury.

Videos (PV-51 and 52C) played for the jury.

11:05 a.m.      Plaintiffs' witness, Wayne Hunsperger, sworn.

Direct examination of Mr. Hunsperger by Mr. Davidoff.

> **Exhibits received: P-1461, P-1451**

Mr. Davidoff offers Mr. Hunsperger as an in expert in real estate consulting and appraisal.

2

11:36 a.m.     Voir dire by Mr. Bernick.

**12:02 p.m.    Court in recess.**
**1:17 p.m.     Court in session.**

Jury not present.

Argument regarding Mr. Hunsperger.

Court finds that Mr. Hunsperger is an expert on the damages in this case as they affect real estate, and it includes appraisal and consultation as such an expert.

Argument regarding exhibits.

> **Exhibits received:  Jefferson County Enterprise Zone Report excluding attachments; P-1453 and P-1452 for limited purpose under Rule 703**

> **Exhibits rejected:   P-1441, P-1442, P-1459, P-1460**

1:56 p.m.     Jury present.

Court instructs jury regarding experts.

1:59 p.m.     Continued direct examination of Mr. Hunsperger by Mr. Davidoff.

3:10 p.m.     Jury excused.

Discussion regarding exhibits.

**3:12 p.m.    Court in recess.**
**3:33 p.m.    Court in session.**

Jury not present.

Argument by counsel.

Jury present.

3:43 p.m.     Continued direct examination of Mr. Hunsperger by Mr. Davidoff.

Jury excused.

**4:43 p.m.      Court in recess.**

Time in court - 5:25.
Trial continued.