**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90-cv-181-JLK

**MERILYN COOK, et al.,
Plaintiffs,**

v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,
Defendants.**

### RESPONSE TO DEFENDANTS' OBJECTIONS TO HUNSPERGER EXHIBITS

**P-1461**, a certificate issued by the U.S. General Services Administration to Mr. Hunsperger in recognition of his work, has been received into evidence. *See* Dec. 5 Tr. at 6332. The document is admissible as a government record under Fed. R. Evid. 803(8), as a record of a regularly conducted activity under Rule 803(6), or as evidence of reputation for character under Rule 803(21). It may also be admissible as a non-hearsay verbal act (i.e. the act of officially bestowing recognition on Mr. Hunsperger for his work).

Defendants object to **P-1462**, **P-1465**, **P-1466**, and **P-1467** on the grounds that Mr. Hunsperger did not cite these exhibits in his report. The basis of defendants' objection appears to be the Rule 26 disclosure requirement, the intent of which is to avoid unfair surprise and allow for effective cross-examination of expert witnesses. *See generally* Fed. R. Evid. 26, Advisory Committee Note (1993). However, Mr. Hunsperger did not rely on any of these exhibits in forming his opinion, nor will he modify his opinions from those expressed in his report based on these

materials.  Rather, these exhibits are offered as examples to help illustrate Mr. Hunsperger's previously disclosed opinions.  Defendants' ability to cross-examine Mr. Hunsperger cannot be impaired where the exhibits at issue are consistent with his opinions.

Defendants also object to **P-1462 through P-1467** as hearsay.  Two of the documents, P-1463 and P-1464, are admissible under Fed. R. Evid. 703 to illustrate the basis for Mr. Hunsperger's opinions and also under Fed. R. Evid. 803(6) as records of a regularly conducted activity.  P-1463 is the Rocky Flats Future Site Use Working Group Recommendations report.  P-1464 is the Rocky Flats Community Needs Assessment final report.  These reports are the final product of two panels that worked to evaluate and recommend future actions for the Rocky Flats plant site and the surrounding communities.  There is nothing prejudicial about these reports; they are technical, factual documents that relay those panels' recommendations.  The reports have a high probative value:  they express the concerns of citizens, *i.e.* potential market participants, about the future risks from Rocky Flats.  Thus, their probative value outweighs any prejudice under Rule 703.  Additionally, the documents are admissible as records of the two panels' regularly conducted activities under Fed. R. Evid. 803(6).

The remaining documents are admissible as data compilations from public records under Fed. R. Evid. 1006, or the Court may take judicial notice of these figures under Rule 201.  P-1462 is a chart showing Denver area population data from 1985 through 2004.  P-1465 and P-1466 are selections from the Annual Statistical Digest, published by the Federal Reserve Board, for the periods 1990-1995 and 1996-2000, respectively, showing interest rates in money and capital markets.  P-1467 is a chart showing the Denver area consumer price index trend from 1982 to the present.  All

of these exhibits contain reliable, publicly available data issued by the U.S. government (population statistics) or the Federal Reserve Board (Annual Statistical Digest). As the underlying data would be admissible under Fed. R. Evid. 803(8) (government records), 803(9) (vital statistics), or 803(17) (market reports), so should the data compilations be admissible under Rule 1006. Additionally, the Court may take judicial notice of this public data under Fed. R. Evid. 201 because the data are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b)(2).

                                                                         Respectfully submitted,

Dated: Dec. 5, 2005                             /s    Jennifer MacNaughton
                                                          Merrill G. Davidoff
                                                          Peter Nordberg
                                                          Jennifer MacNaughton
                                                          Berger & Montague, P.C.
                                                          1622 Locust Street
                                                          Philadelphia, PA 19103
                                                          (215) 875-3000
                                                          fax (215) 875-4604
                                                          jmacnaughton@bm.net

                                                          Gary B. Blum
                                                          Steven W. Kelly
                                                          Silver & DeBoskey, P.C.
                                                          1801 York Street
                                                          Denver, CO 80206
                                                          (303) 399-3000

                                                          *Attorneys for Plaintiffs*
                                                          *And the Class*