IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

### PLAINTIFFS' SECOND MOTION TO ADMIT DOCUMENTS AND PRESENT THEM DIRECTLY TO THE JURY

Plaintiffs respectfully move the Court to admit the documents listed below into evidence, and to permit counsel to read the relevant portions of some of the document into the record in lieu of presenting the documents via a live witness.

| Ex. No. | Description |
|---|---|
| P-393 | Kaiser-Hill report, Rocky Flats Air Emissions Perspective |
| P-1490 | "Draft: Nature and Extent of Surface Water and Sediment Contamination Summary Report" dated June 9, 2005 |
| P-1491 | "Draft: Nature and Extent of Surface Water and Sediment Contamination Summary Report" dated July 29, 2005 |
| P-1495 | Photos of 1957 fire damage: N2560, N2561, N2562, N2565, N2566, N2569, N2571 |
| P-1489 | Photographs of boxes of heavily redacted MUF documents |

| Ex. No. | Description |
|---|---|
| P-1494 | Ten boxes of heavily redacted MUF documents (used as a demonstrative exhibit during opening statements), comprising bates numbers MUF 3436446-3436462; 3436864-3437593; 3437842-3437851; 4341137-4342134; 4342833-4343850; 4347205-4348240; 4349637-4350754; 4374929-4375759; 4376629-4376805; 4377127-4377184; 4410513-4411256; 4436071-4436866; 4437627-4438296; 4451920-4451954; 4458458-4458800; 4574057-4574389; 4587659-4588028; 4588678-4590040; 4605963-4606422; 4617232-4617540; 4623003-4623506; 4653385-4654239; 4709888-4710086; 4730001-4730604; 4766648-4766688; 4794510-4794830; 4862500-4862803; 4884255-4885637; 4920670-4921082; 4927789-4928289; 4932892-4933758; 4943452-4943941; 4944556-4945055; 4946650-4966873; 4959824-4961251; 4979750-4979966; 4989146-4989582; 4997145-4997773; 5742389-5742904; 5811708-5811877; 5855002-5855899; 5856541-5857157; 5949127-5949793; 750 Safeguards 3436319-3458825 |
| P-1483 | RAC soil action level report, Technical Project Summary |
| P-1484 | RAC soil action level report, Task 1 |
| P-1485 | RAC soil action level report, Task 2 |
| P-1486 | RAC soil action level report, Task 3 |
| P-1487 | RAC soil action level report, Task 5 |
| P-1488 | RAC soil action level report, Task 6 |
| P-1482 | Executive Order No. 12088 |
| P-1396 | Executive Order No. 12356 |
| P-1397 | Executive Order No. 12958 |
| P-1130 | EG&G Energy Measurements Group, An Aerial Radiological Survey of the U.S. Department of Energy's Rocky Flats Plant (8/1/1981) |

| Ex. No. | Description |
|---|---|
| P-1131 | The Remote Sensing Laboratory, An Aerial Radiological Survey of The U.S. Department of Energy's Rocky Flats Plant and Surrounding Area (7/1/1989) |
| P-642 | Kaiser-Hill, "Results of Aerial & Ground Gamma Surveys at Rocky Flats. Status Update Brief to RFCAB." (9/1/2005) |
| P-1554 | Aerial photograph of Rocky Flats plant site, Oct. 4, 1997 |
| P-1547 | Aerial photograph of Rocky Flats plant site, Oct. 7, 2004 |

Respectfully submitted,

Dated: December 6, 2005

/s   Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*