# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### No. 90–K-181

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

### PLAINTIFFS' SECOND MOTION TO ADMIT DOCUMENTS AND PRESENT THEM DIRECTLY TO THE JURY

---

### Conventionally Submitted Materials

The following exhibits to the above-captioned Motion shall be filed conventionally with the Court:

P-393, P-1490, P-1491, P-1495, P-1489, P-1483, P-1484, P-1485, P-1486, P-1487, P-1488, P-1482, P-1396, P-1397, P-1130, P-1131, P-642, P-1554, P-1547

P-1494, a demonstrative consisting of ten boxes of documents, has already been used in the courtroom. Plaintiffs will present this exhibit for inspection at the Court's request.