**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**

---

**MERILYN COOK, et al.,
Plaintiffs,**

**v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,
Defendants.**

---

**OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER
BARRING THE DEPOSITION OF WILLIAM WESTON**

---

Plaintiffs respectfully urge the Court to uphold its earlier ruling that all witnesses must submit to a deposition in order to testify at trial. *See* Sept. 22, 2005 Hearing Tr. at 97; Oct. 6, 2005 Hearing Tr. at 5-6. On the eve of trial, while plaintiffs were immersed in their efforts to prepare their case, defendants moved to compel the depositions of the named class representatives and several other of plaintiffs' witnesses whose identities had been known to defendants since January of 2005 or earlier. *See* Defendants' Motion to Compel Discovery from Plaintiffs, filed Sept. 21, 2005 [docket no. 1449]; Opposition to Defendants' Motion to Compel Discovery, filed Sept. 22, 2005 [docket no. 1451]. The Court granted the motion with regard to the witnesses other than the class representatives, *see* Sept. 22, 2005 Hearing Tr. at 97. Defendants did in fact depose, for example, Charles McKay and Jon Lipsky, and served interrogatories on the named class representatives, immediately before and during trial. Plaintiffs seek equal treatment with regard to the deposition of Dr. Weston.

Offering Dr. Weston's prior deposition testimony in other litigation, which involved different parties and different issues, is not a sufficient substitute for a deposition in this case. One case, *Rockwell International Corp v. United States*, No. 91-1362 (Ct. Cl.), involved a fee dispute between Rockwell and DOE. The second case, *United States ex rel. James Stone v. Rockwell International Corp.*, 89-M-1154 (D. Colo.), was James Stone's whistleblower suit against Rockwell. While these cases may have touched on the generic issue of Rockwell's environmental management, plaintiffs have not had the opportunity to examine Dr. Weston on that issue as it relates to the trespass and nuisance claims in this case. Similarly, defendants did not accept as a substitute Charles McKay's previous deposition testimony from other litigation against the Department of Energy regarding Rocky Flats, nor the hours of private interviews defense counsel conducted with Mr. McKay or the 12,000 pages of documents he produced.[1]

Having secured an Order from this Court requiring plaintiffs to produce for deposition several witnesses who had been known to defendants for some time, defendants cannot now refuse the same treatment for Dr. Weston. Plaintiffs respectfully request that the Court uphold its earlier ruling and deny defendant's motion for a protective order.

---

[1] By contrast, Dr. Weston has not produced a single document and has never submitted to interview or deposition.

2

Respectfully submitted,

Dated: Dec. 7, 2005 /s Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*
*And the Class*

3