### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date:  December 6, 2005 | Reporter: Therese Lindblom |
| | Deputy Clerk: LaDonne Bush |

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Thirty-One**

**9:03 a.m.     Court in session.**

Jury not present.

Argument regarding exhibits.

    **Exhibit received:   P-240**

**ORDERED:** Defendants' Motion in Limine to Limit the Testimony of Wayne Hunsperger Regarding Government Restrictions (Doc. No. 1730), filed December 4, 2005, is denied.

**ORDERED:** Defendants' oral motion for a 24-hour recess is denied.

Jury represent.

9:19 a.m.     Continued direct examination of Mr. Hunsperger by Mr. Davidoff.

    **Exhibits received:  P-1463, P-1548**

      **Exhibit offered:**    **P-1464**

**10:25 a.m.**    **Court in recess.**
**10:59 a.m.**    **Court in session**.

Jury not present.

Argument regarding P-1464.

      **Exhibit rejected:**    **P-1464** (Mr. Hunsperger can testify as to those aspects of the report that he relied upon, and they are admissible for that purpose)

Discussion regarding trial schedule and Fry deposition.

Court states that the Fry deposition should be taken tomorrow.

11:14 a.m.    Continued direct examination of Mr. Hunsperger by Mr. Davidoff.

**12:01 p.m.**    **Court in recess.**
**1:24 p.m.**    **Court in session.**

Jury not present.

Discussion regarding today's schedule.

Jury present.

1:26 p.m.    Continued direct examination of Mr. Hunsperger by Mr. Davidoff.

2:29 p.m.    Jurors excused for recess.

Discussion regarding exhibits and trial schedule.

**2:42 p.m.**    **Court in recess.**
**3:04 p.m.**    **Court in session.**

Discussion regarding exhibits.

Jury present.

3:18 p.m.    Cross examination of Mr. Hunsperger by Mr. Bernick.

**4:18 p.m.     Court in recess.**

Time in court - 4:56
Trial continued.