# Exhibit A

## HUNSPERGER EXHIBITS

| EX NO. | DOC. DATE | DESCRIPTION | REC. | REJ. | NOT USED | OBJECTIONS |
|---|---|---|---|---|---|---|
| P-240 | 9/1/996 | Jefferson County Enterprise Zone, Economic Development Plan Revision September 1, 1996 | X | | | |
| P-1376 | 3/12/1998 | Jefferson County Enterprise Zone Expansion Proposal, Rocky Flats Area | | | X | Already excluded, not cited in report |
| P-1441 | 11/21/1996 | Property Impact Study | | X | | |
| P-1442 | 11/21/1996 | Property Impact Study Addenda – Volume II | | X | | |
| P-1451 | | Curriculum Vitae | X | | | |
| P-1452 | | 1989 Arvada Citizen Attitudes Survey: Percentage Results and Comparison to Past Surveys | X | | | |
| P-1453 | 9/1/1990 | City of Broomfield Issues Survey: Report & Percentages, September 1990 | X | | | |
| P-1454 | | 2005 Advisory Opinion 9 (AO-9) | | | X | Irrelevant, hearsay, foundation, not cited in report |
| P-1458 | 10/1/2003 | "Methods and Techniques for Contaminated Property Valuation," by Thomas O. Jackson | | | X | Hearsay, foundation, not cited in report |
| P-1459 | | "Weapons Plant on Neighboring Property Values," in the book "Risk, Media, and Stigma: Understanding Public Challenges to Modern Science and Technology." | | X | | |

| EX NO. | DOC. DATE | DESCRIPTION | REC. | REJ. | NOT USED | OBJECTIONS |
|---|---|---|---|---|---|---|
| P-1460 | | Chapter 20, "Risk, Media, and Stigma at Rocky Flats," in the book "Risk, Media, and Stigma: Understanding Public Challenges to Modern Science and Technology." | | X | | |
| P-1461 | 5/9/2001 | Citation presented by US General Services Administration | X | | | |
| P-1462 | | Denver Area Population Data, 1980-2004 | | | X | Hearsay, not cited in report |
| P-1463 | 7/1/1995 | Rocky Flats Future Site Use Working Group Recommendations for Rocky Flats Environmental Technology Site | X | | | |
| P-1464 | 10/3/1996 | Rocky Flats Community Needs Assessment Final Report | | X | | |
| P-1465 | | Annual Statistical Digest 1990-1995 | | | X | Hearsay, not cited in report, CPI adjustment |
| P-1465A | | Summary of 1-year Treasury Bills and 1-year Treasury Bonds & Notes | | | X | Hearsay, not cited in report, CPI adjustment |
| P-1466 | | Statistical Digest 1996-2000 | | | X | Hearsay, not cited in report, CPI adjustment |
| P-1466A | | Summary of 1-year Treasury Bills and 1-year Treasury Bonds & Notes | | | X | Hearsay, not cited in report, CPI adjustment |
| P-1467 | | Denver Area CPI Trend | | | X | Hearsay, not cited in report, CPI adjustment |

2

| EX NO. | DOC. DATE | DESCRIPTION | REC. | REJ. | NOT USED | OBJECTIONS |
|---|---|---|---|---|---|---|
| P-1538 | 10/1/1995 | Aerial Photo of Class Area | | | X | No objection |
| P-1539 | 9/1/1989 | Aerial Photo of Class Area | | | X | No objection |
| P-1548 | | Comparison of Case Studies (G960) | X | | | |
| P-1555 | 9/15/1989 | Aerial Photo of Rocky Flats / class area / and vicinity | | | X | No objection |

3