IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## SECOND ORDER ON MOTIONS TO ADMIT EXHIBITS

Kane, J.

This matter is again before me on various motions to admit exhibits. Having carefully considered these motions, the parties' objections to the proffered exhibits and all applicable legal authorities, and being fully advised in the premises, I rule as follows with respect to each of the following motions:

1. #1665: Defendants' [Second] Motion for Admission of Exhibits and Responses, filed November 15, 2005

| Exhibit | Ruling |
| --- | --- |
| DX 0037<br>DX 0038<br>DX 0379 | Objections sustained in first Order on Motions to Admit Exhibits, entered November 18, 2005. |
| DX 0606 | Objection sustained. This exhibit is excluded. |
| DX 0609 | Admitted without objection. |
| DX 0610 | Admitted without objection. |

| DX 0622 | Admitted without objection. |
| --- | --- |
| DX 0625 | Objection sustained.  This exhibit is excluded. |
| DX 0626 | Objection sustained.  This exhibit is excluded. |
| DX 1307A | Admitted without objection. |
| DX 1309 | Admitted without objection. |
| DX 1319 | Objection sustained.  This exhibit is excluded. |
| DX 1333 | Admitted without objection. |
| DX 1336 | Admitted without objection. |
| DX 1339 | Admitted without objection. |
| DX 1362 | Admitted without objection. |
| DX 1374 | Admitted without objection. |
| DX 1375 | Admitted without objection. |
| DX 1376 | Admitted over objection. |
| DX 1377 | Admitted over objection. |
| DX 1379 | Admitted without objection. |
| DX 1380 | Admitted over objection. |
| DX 1385 | Admitted over objection. |
| PX 0646 | Admitted without objection. |

    2. #1672: Defendants' [Third] Motion for Admission of Exhibits, filed November 16, 2005

| **Exhibit** | **Ruling** |
| --- | --- |
| DX 454 | This exhibit was admitted over objection in court on November 16, 2005.. |
| DX 542 | Objection sustained.  This exhibit is excluded. |
| DX 648 | Admitted without objection. |

| DX 654 | Objection sustained.  This exhibit is excluded. |
| DX 655 | Admitted over objection. |
| DX 685 | Objection sustained. |
| DX 1349 | This document was admitted in court on November 15, 2005 without objection from Plaintiffs.  *See* November 15 Trial Tr. at 5394. |
| DX 1386 | Admitted without objection. |
| DX 1387 | Admitted without objection. |
| DX 1388 | Admitted without objection. |
| DX 1389 | Admitted without objection. |
| DX 1397 | Objection sustained.  This exhibit is excluded. |
| DX 1416 | Objection sustained.  This exhibit is excluded. |

    3.    #1697: Defendants' [Fourth] Motion for Admission of Exhibits, filed November 20, 2005

| Exhibit | Ruling |
| --- | --- |
| DX 0463 | Objection sustained.  This exhibit is excluded. |
| DX 0729 | Objection sustained.  This exhibit is excluded. |
| DX 0732 | Objection sustained.  This exhibit is excluded. |
| DX 0733 | Objection sustained.  This exhibit is excluded. |
| DX 1009z | Objection sustained.  This exhibit is excluded. |
| DX 1010z | Objection sustained.  This exhibit is excluded. |
| DX 1078z | Objection sustained.  This exhibit is excluded. |
| DX 1274z | Objection sustained.  This exhibit is excluded. |
| DX 1409 | Objection sustained.  This exhibit is excluded. |
| DX 1416z | Objection sustained.  This exhibit is excluded. |
| DX 1427 | Objection sustained.  This exhibit is excluded. |

| DX 1439 | Objection sustained.  This exhibit is excluded. |

IT IS SO ORDERED.

Dated this 7th day of December, 2005.

        BY THE COURT:

        S/John L. Kane
        John L. Kane, Senior District Judge
        United States District Court