IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## ORDER ON MOTION REGARDING WESTON DEPOSITION

Kane, J.

      This matter is before me on Defendants' Motion for a Protective Order Barring the Deposition of William Weston (Docket #1722), filed December 1, 2005. Having carefully considered the motion, Plaintiffs' response, the relevant record and all applicable legal authorities, and being fully advised in the premises, I DENY the motion for the same reasons given in denying Plaintiffs' motions regarding the deposition of Mr. McKay.

      Based on Defendants' statement this afternoon that they intend to offer Dr. Weston on Tuesday, December 13, Defendants shall make Dr. Weston available for deposition no later than Friday, December 9, or he will not be permitted to testify.

      IT IS SO ORDERED.

      Dated this 7th day of December, 2005.

                                        S/ John L. Kane
                                        John L. Kane, Senior District Judge
                                        United States District Court