# Exhibit A



# EXPERT REPORT OF JOHN A. AUXIER, Ph.D., CHP REGARDING ENVIRONMENTAL RELEASES AT THE ROCKY FLATS PLANT

November 25, 1996

**Prepared for:**
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

**Prepared by:**
Auxier & Associates, Inc.
412 Executive Tower Drive, Suite 402
Knoxville, Tennessee 37923

# TABLE OF CONTENTS

I HUMAN EXPOSURE TO IONIZING RADIATION ................................................................. I-1
   I.A BACKGROUND RADIATION ......................................................................................... I-1
      I.A.1 Terrestrial Radioactivity ............................................................................................ I-1
      I.A.2 Extra-Terrestrial Sources .......................................................................................... I-5
   I.B MANMADE SOURCES OF IONIZING RADIATION ...................................................... I-5
      I.B.1 Nuclear Power Generation ........................................................................................ I-5
      I.B.2 Consumer Products ................................................................................................... I-6
      I.B.3 Medical Diagnosis and Therapy ............................................................................... I-6
      I.B.4 Miscellaneous Environmental Sources ..................................................................... I-6
   I.C EXPOSURE FROM ALL SOURCES ................................................................................. I-7
   I.D RADIOLOGICAL ENVIRONMENT IN THE COLORADO FRONT RANGE ............... I-7
      I.D.1 External Exposure ..................................................................................................... I-9
   I.E GLOSSARY OF TERMS .................................................................................................... I-9

II RADIONUCLIDES AT THE ROCKY FLATS PLANT ...................................................... II-1
   II.A PLUTONIUM ................................................................................................................... II-1
   II.B AMERICIUM-241 ($^{241}$Am) .......................................................................................... II-2
   II.C TRITIUM ($^{3}$H) ............................................................................................................... II-2
   II.D CESIUM-137 ($^{137}$Cs) AND STRONTIUM-90 ($^{90}$Sr) ................................................. II-3
   II.E THORIUM ........................................................................................................................ II-3
   II.F URANIUM ........................................................................................................................ II-3

III BEHAVIOR OF PLUTONIUM IN THE HUMAN BODY ................................................. III-1
   III.A SOURCES OF INFORMATION ................................................................................... III-1
      III.A.1 Organizations ........................................................................................................ III-1
      III.A.2 Evolution of Consensus Models ........................................................................... III-3
      III.A.3 Inhalation ............................................................................................................... III-5
      III.A.4 Ingestion ................................................................................................................ III-7
   III.B METABOLISM IN THE BODY .................................................................................... III-8
   III.C PLUTONIUM METABOLISM AND AUTOPSY STUDIES ..................................... III-10
   III.D PLUTONIUM IN PERSPECTIVE .............................................................................. III-10

IV STANDARDS FOR RADIONUCLIDES IN AIR AND WATER ...................................... IV-1
   IV.A BASES FOR PLUTONIUM STANDARDS .................................................................. IV-1
   IV.B STANDARDS FOR PLUTONIUM-239 IN AIR ............................................................ IV-3
   IV.C STANDARDS FOR PLUTONIUM-239 IN WATER ..................................................... IV-5

**V ENVIRONMENTAL MONITORING PROGRAM** ... V-1
   V.A AIR MONITORING ... V-1
      V.A.1 Air Sampling ... V-1
      V.A.2 Air Sample Analysis ... V-11
      V.A.3 Recording Phase ... V-14
      V.A.4 Sampling By the Colorado Department of Health (CDH) ... V-16
      V.A.5 Sampling by Health and Safety Laboratory ... V-16
      V.A.6 Non-Routine Air Monitoring ... V-17
   V.B SURFACE AND DRINKING WATER MONITORING ... V-18
      V.B.1 RFP Contractor Program ... V-18
      V.B.2 Sampling by the Colorado Department of Health ... V-22
      V.B.3 Other Environmental Sampling ... V-22

**VI ENVIRONMENTAL MONITORING DATA** ... VI-1
   VI.A AIR DATA ... VI-1
   VI.B WATER DATA ... VI-11

**VII COMPLIANCE WITH STANDARDS** ... VII-1
   VII.A PLUTONIUM-239 IN AIR ... VII-1
   VII.B PLUTONIUM-239 IN SURFACE WATER ... VII-3
   VII.C OTHER RADIONUCLIDES IN AIR AND WATER ... VII-6

**VIII RELEASES FROM THE ROCKY FLATS PLANT** ... VIII-1
   VIII.A ROUTINE RELEASES ... VIII-1
   VIII.B RELEASES FROM THE 903 PAD ... VIII-2
   VIII.C RELEASES DURING FIRES ... VIII-4
   VIII.D OFF-SITE DOSE IMPLICATIONS OF RELEASES ... VIII-4
   VIII.E ALTERNATE METHODS FOR ESTIMATING RELEASES ... VIII-5

**IX THE CHEMRISK REPORT** ... IX-1
   IX.A STRUCTURE AND METHODS ... IX-1
      IX.A.1 Task 1 Through Task 7 ... IX-1
      IX.A.2 Task 8: Dose Assessment For Historical Contaminant Releases From RFP ... IX-9
   IX.B KEY FINDINGS ... IX-12
      IX.B.1 Doses ... IX-12
      IX.B.2 Uncertainty Calculations ... IX-13
      IX.B.3 Estimated Risk ... IX-14
      IX.B.4 Summary ... IX-14

IX.C DISCUSSION OF CHEMRISK INVESTIGATIONS ............................................ IX-14
    IX.C.1 Dosimetry ............................................................................................... IX-14
    IX.C.2 Dose Conversion Factors for Enriched and Depleted Uranium ........................ IX-15
    IX.C.3 Foliar Deposition in the 903 Pad Dose Calculations ..................................... IX-15
    IX.C.4 Doses Calculated by ChemRisk Methods .................................................... IX-19

**X RADIOLOGICAL ASSESSMENTS CORPORATION REPORTS ............................ X-1**
  X.A PHASE II TASKS .................................................................................................. X-1
  X.B TASK 2 REPORTS ................................................................................................ X-2
    X.B.1 Verification Of Radionuclide And Chemical Release Estimates ......................... X-2
    X.B.2 903 Area Plutonium Source Term Development .............................................. X-3
    X.B.3 Characterization Of Surface Water Releases ................................................... X-3
    X.B.4 Estimated Airborne Releases During the 1957 Fire .......................................... X-4
  X.C TASK 3 REPORTS ................................................................................................ X-4
    X.C.1 Assessing Risks Of Exposure To Plutonium .................................................... X-4
    X.C.2 Toxicity Assessment ..................................................................................... X-4
    X.C.3 Atmospheric Transport Model Evaluation ....................................................... X-5
  X.D TASK 4 REPORTS ................................................................................................ X-5
    X.D.1 Evaluation Of Historic Environmental Data ..................................................... X-5

**XI FACILITY INVESTIGATION/REMEDIAL INVESTIGATION REPORT**
    **FOR OU3** ............................................................................................................. XI-1
  XI.A SCOPE ................................................................................................................ XI-1
  XI.B KEY FINDINGS ................................................................................................... XI-1
    XI.B.1 Characterization of OU 3 ............................................................................. XI-1
    XI.B.2 Sources of Contamination ............................................................................ XI-2
    XI.B.3 Extent of Contamination in Environmental Media ........................................... XI-3
    XI.B.4 Identification of Chemicals of Concern ......................................................... XI-4
    XI.B.5 Future Exposure Scenarios ........................................................................... XI-5
    XI.B.6 Risk and Radiation Dose Evaluation ............................................................. XI-5
    XI.B.7 Comparison of OU 3 Related Doses to Background ....................................... XI-6
  XI.C CONCLUSION OF THE REPORT ...................................................................... XI-6

**XII DOSE RECONSTRUCTION ................................................................................. XII-1**
  XII.A DOSE RECONSTRUCTION METHODOLOGY .................................................. XII-1
    XII.A.1 Metabolic Factors and Dosimetry ............................................................... XII-2
    XII.A.2 Uncertainty Analysis ................................................................................. XII-5
    XII.A.3 The RESRAD Code in Preliminary Dose Assessments ................................. XII-7

XII.A.4 Demographic Information Sources................................................................XII-8

XII.A.5 Definition of Terms........................................................................................XII-8

XII.B CHEMRISK DOSE ASSESSMENT.....................................................................XII-9

XII.B.1 Limitations in the Use of Published Task 8 Dose Estimates.......................XII-9

XII.B.2 Estimation of Class Representatives' Doses by Published ChemRisk Doses..XII-10

XII.B.3 Estimation of Class Representatives' Doses by ChemRisk Methods..............XII-13

XII.C DOSE RECONSTRUCTIONS BASED ON ENVIRONMENTAL DATA...........XII-14

XII.C.1 Applicable Environmental Data...................................................................XII-15

XII.C.2 Dose Estimation Methods.............................................................................XII-21

XII.C.3 Implications for Class Representatives.........................................................XII-24

XII.C.4 Summary........................................................................................................XII-27

XII.D TISSUE DATA.......................................................................................................XII-28

XII.D.1 Plutonium Due To Fallout From Weapons Tests.........................................XII-29

XII.D.2 Plutonium In The Tissues Of Residents in the Area Around Rocky Flats......XII-29

XII.E COMPARISON OF DOSE PROJECTIONS..........................................................XII-30

**XIII RISK**..............................................................................................................................**XIII-1**

XIII.A DIRECT DOSE COMPARISONS........................................................................XIII-1

XIII.B DOSE AND RISK.................................................................................................XIII-2

XIII.B.1 Dose Unit......................................................................................................XIII-2

XIII.B.2 Sources of Information................................................................................XIII-3

XIII.B.3 Extrapolation to Lower Doses.....................................................................XIII-3

XIII.B.4 Theoretical dose and risk relationships........................................................XIII-4

XIII.C INDIVIDUAL RISK PROJECTIONS..................................................................XIII-4

XIII.D POPULATION RISK PROJECTIONS................................................................XIII-5

XIII.D.1 Population Data...........................................................................................XIII-5

XIII.D.2 Dose Data....................................................................................................XIII-6

XIII.D.3 Theoretical Risk..........................................................................................XIII-7

XIII.E CONCLUSIONS...................................................................................................XIII-9

**XIV REFERENCES**............................................................................................................**XIV-1**

XIV.A DOCUMENTS CITED........................................................................................XIV-1

XIV.B DOCUMENTS RELIED UPON FOR REPORT..................................................XIV-9