# Exhibit B

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3   Case No. 90-K-181

 4   MERILYN COOK, et al.,

 5           Plaintiffs,

 6   vs.

 7   ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
     COMPANY,
 8
             Defendants.
 9   _____

10           DEPOSITION OF JOHN R. FRAZIER, Ph.D.
                      December 5, 2005
11   _____

12   APPEARANCES:

13   FOR THE PLAINTIFFS:     DAVID F. SORENSEN, ESQ.
                             Berger & Montague, P.C.
14                           1722 Locust Street
                             Philadelphia, PA  19103-6305
15
     FOR THE DEFENDANTS:     W. ALLEN WOOLLEY, ESQ.
16                           Kirkland & Ellis
                             717 Seventeenth Street
17                           13th Floor
                             Denver, CO  80202
18

19

20

21

22

23

24

25
```

1  haven't gone through all the numbers yet on how much I
2  lost on that.
3       Q    Is Dr. Auxier still alive?
4       A    Yes. He's up in his years. He's --
5  let's see. He's -- I'm not sure if -- he's getting
6  close to 80 years old, 79 or 80.
7       Q    Has he retired?
8       A    He's -- I would say partly. He's still
9  president of the company. But -- he still works on a
10 few projects, but not very many. I would say partially
11 retired.
12      Q    Do you know why defendants apparently
13 intend not to call him in this case?
14      A    I would -- I would say having to do with
15 his age and, also, my familiarity with the subject
16 matter and especially the data, the standards, and the
17 plutonium metabolism. Those subjects.
18      Q    What -- when was the last time you saw
19 Dr. Auxier?
20      A    About three weeks ago.
21      Q    About this case?
22      A    No. No. Just -- just in passing. It
23 was a totally separate matter -- nonlitigation
24 matter -- and I was at his office.
25      Q    Are you familiar with his general state

```
 1  project-specific as part of projects, but, no, I don't
 2  have an exhaustive list of peer-reviewed publications.
 3          Q    Okay.  Okay.
 4               (Marked for identification was
 5  Deposition Exhibit No. 5.)
 6          Q    (BY MR. SORENSEN)  Sir, I'm handing you
 7  Exhibit 5, which is a document entitled Expert Report
 8  of John A. Auxier, Ph.D., CHP, Regarding Environmental
 9  Releases at the Rocky Flats Plant dated November 25,
10  1996.  Do you see that?
11          A    Yes.
12          Q    Did you write any portion of this
13  document?
14          A    Yes.
15          Q    What portion did you write?
16          A    Chapter IV, I wrote the original draft
17  of this.
18          Q    Of Chapter IV?
19          A    Of Chapter IV.  And --
20          Q    That's called Standards for
21  Radionuclides in Air and Water --
22          A    Yes.
23          Q    -- correct?  Okay.
24          A    And I reviewed other chapters of the
25  report and made a few comments on them, but I did not
```

1  actually write the other chapters of the report.
2         Q    And when you say you drafted the
3  original draft of Chapter IV, I take it then you turned
4  that draft over to Dr. Auxier; is that right?
5         A    Actually, Dr. Pritchard. Dr. Howard
6  Pritchard was the person who put together the various
7  sections of the report. Dr. Auxier did the final
8  review and the signoff on it. I don't know that he
9  actually made any changes in the sections. He wrote
10 some of the sections himself. Dr. Pritchard was the
11 coordinator of this document.
12        I -- the reason I say I authored the
13 draft of section -- of Chapter IV is that there might
14 be a choice of a word or something that's slightly
15 different than my original version. I don't know that
16 there is and, in fact, this may be the same as my
17 initial draft.
18        Q    Did you draft any portion of any other
19 chapter of this -- of this report?
20        A    Not that I recall. I did review them.
21        Q    Before it was finalized?
22        A    Yes.
23        Q    Did you review the entire thing before
24 it was finalized?
25        A    I don't recall reviewing the entire

1  I was already familiar with the environmental
2  monitoring program. That's Chapter V.
3      Q    Who wrote Chapter V?
4      A    It would be a collaboration. The
5  principal writing of Chapter V was a collaboration
6  between Dr. Auxier and Dr. Pritchard. I did contribute
7  into that in terms of presenting the information,
8  making sure that it was consistent with what I had
9  information on at the time about the environmental
10 monitoring program around Rocky Flats.
11     Q    Well, Dr. -- who originally drafted
12 Chapter V?
13     A    I believe Dr. Pritchard did. And I
14 commented on it and made suggestions on -- I reviewed
15 it. I know that.
16     Q    Did you supply Dr. Pritchard with the
17 information he used?
18     A    No. He got that from the -- the
19 reference documents that are contained therein.
20     Q    He did his own review of that. I'm
21 sorry. I didn't mean to cut you off. I'm just trying
22 to understand. Go ahead. Go ahead.
23     A    I provided what I would consider useful
24 comments in review of Chapter V.
25     Q    Okay.

1   A   I read the whole thing and there has
2   been a lot of information gained since then, especially
3   that information that was brought together by RAC
4   regarding the environmental monitoring program.
5   Q   Okay. Any other contributions to other
6   chapters?
7   A   Yes. I do a lot of internal dose
8   calculations, and I also do a lot of explanation,
9   putting doses in perspective. So the Chapter I on
10  human exposure to radiation, that's a -- the
11  contribution there is what I felt needed to be the
12  content of it.
13      I reviewed the content after
14  Dr. Pritchard drafted this and I gave comments on it.
15  But he -- he did a great job in putting it together.
16  It's consistent with the types of materials that I have
17  used in other reports. And I did discuss this one with
18  him. That's section -- or Chapter I.
19  Q   Did you draft any portion of Section 1?
20  A   I may have. I don't recall. Actually,
21  some of this text looks awful familiar. He might have
22  done some block copying and pasting from other
23  documents -- other reports that I had prepared --
24  Q   Can you --
25  A   -- such as 1A1 on primordial

1  radionuclides.
2      Q  As you sit here today, can you identify
3  any portion of Chapter I that you drafted?
4      A  I'd have to look through it. I -- the
5  definition of terms. I'm reasonably certain that --
6  that I wrote those from a glossary of terms that I
7  maintain, that I use in various -- and I even suggested
8  he include those in here. So that would be one part.
9      The background radiation sources --
10 certainly, the primordial radionuclides and their
11 explanation -- if I didn't write it, it's just like
12 I've written it in other reports. I may have written
13 it. I don't know for a fact. And actually, most of
14 Chapter I is the same type of material I use routinely.
15 In fact, I've -- I don't know where -- I don't recall
16 where he got this. It's quite a few years ago, so ...
17     Q  Okay. Any other chapters?
18     A  Chapter II on the radionuclides at Rocky
19 Flats. I did review the documents and I was familiar
20 with the sources there of radionuclides at Rocky Flats
21 from my knowledge of the site. I did review it and
22 comment on it. Dr. Pritchard wrote this section. It's
23 only three pages. And I reviewed it and affirmed,
24 basically, what he had there on Chapter II.
25     Chapter III is one that I did review

1   and -- but he authored this. I reviewed it with
2   respect to my knowledge of the plutonium metabolism --
3       Q    Who wrote --
4       A    -- in the human body.
5       Q    Who wrote it?
6       A    Dr. Pritchard. And actually, probably
7   some of this was Dr. Auxier, too. This one. So
8   Chapter III was one that I reviewed, commented on, and
9   verified, affirmed the information that was contained
10  therein.
11           And I already mentioned Chapter IV.
12           And Chapter V.
13           And after that, I'm not sure. Oh,
14  environment -- Chapter VI, Environmental Monitoring
15  Data, yes, I did review that.
16      Q    Did you write any portion of it?
17      A    I may have. I can't say one way or the
18  other. At the time, it was primarily Dr. Pritchard's
19  and Dr. Auxier's activity, but I did review and comment
20  on the report as it being acquired -- prepared.
21  Certainly, the presentation of the graphical portions
22  of this on the comparison with standards, I did work
23  very closely with Dr. Pritchard to indicate how I felt
24  those needed to be presented --
25      Q    Uh-huh.

1   A      -- in Chapter VI on Environmental
2   Monitoring Data.
3           The releases, I reviewed that, but I
4   didn't author any of that.  That's Chapter VIII -- or
5   VII.  Excuse me.
6      Q    That's VII?
7      A    Compliance with Standards -- standards
8   is the one I was referring to there.  And VI is the --
9   there is site data.  Yes.
10          VI and VII, the same sort of comments on
11  those.  Review and contributions on those.
12     Q    Who wrote VII?
13     A    Let's see.  Gosh, it's been a long time.
14  I -- I may have written part of this because it was in
15  line with the standards and the -- for the times.  It
16  was either Dr. Pritchard or myself.  The style is like
17  both of ours, so I can't base it on the style.  That's
18  Chapter VII and VI.
19          Then VIII, I didn't do anything but
20  review VIII.
21          IX, I looked over it, but I didn't make
22  any comments on IX.
23          Let's see.  X.  X, I reviewed it.  X is
24  Radiological Assessments Corporation Reports.  My
25  review of their reports was subsequent -- detailed

1  review was subsequent to this Auxier report.
2           XI -- actually, on X -- on X, I did
3  review the last page of that. I was familiar -- I'm
4  a -- a person that tries to keep up with the aerial,
5  a-e-r-i-a-l, radiological surveys, and I had some
6  reports for Rocky Flats for those historical aerial
7  surveys and so I commented on this. I may have written
8  this part, but I'm not sure. I know I commented on
9  that part.
10          And then the -- XI, I did review that,
11 and since then, I've read the Operable Unit 3 reports.
12     Q    At the time of this report, did you --
13     A    I didn't write this section --
14     Q    All right.
15     A    -- but I have reviewed the Operable Unit
16 3 reports since then. I think there has been some
17 additional work on that.
18          And that was XI.
19     Q    That was XI.
20     A    XII. No. XII, I -- I didn't even
21 review all of that. The dose reconstruction, looked
22 over some of it. Discussed it somewhat with
23 Dr. Pritchard, but --
24     Q    Did you write any portion of it?
25     A    No. Certainly, not XII. And subsequent

114

1    A    I don't really know. They haven't
2  advised me of what things -- I certainly could -- those
3  portions that I -- that I just mentioned that I
4  contributed to or reviewed, I would expect that either
5  they or you or whoever might ask me questions about
6  those and I'd give opinions on those, but I don't know
7  what they would be.
8    Q    So, as you sit here, you couldn't
9  identify for me particular chapters of this --
10   A    Sure. I didn't say that.
11   Q    No. No. That's what I'm trying to
12 understand. In other words, do you have an
13 understanding, based on your discussions with
14 Kirkland & Ellis counsel, which particular portions, if
15 any, of this Auxier report they expect to put on in
16 front of the jury through you?
17   A    No. They have not told me that. I've
18 told them -- I've told them which portions of the
19 report that I not only am familiar with, but I'm, you
20 know, conversant and helped to write and review and
21 prepare, but they have not told me which ones they
22 would want me to use.
23   Q    All right. And did -- did you tell them
24 what you just told me about your contributions?
25   A    Yes. Yes. Exactly. It's the same ones