IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' OBJECTIONS TO AVERY CROSS-EXAMINATION EXHIBITS**

    **DX 273, 291, and 295** appear to be pages from handwritten log books.  These exhibits are hearsay, plus the data contained therein may be hearsay within hearsay.  They have not been sufficiently identified or authenticated under Federal Rule of Evidence 901.  Mr. Avery was never even asked to authenticate the documents.  *See* Nov. 3 Tr. at 3875-76; 3878; 3879.  The authors of the documents are not identified or available to cross-examine.

    **DX 281**, a memorandum transmitting a summary of Plutonium Effluent Air Stack Data, is hearsay.  Moreover, the attached chart, which contains data compiled from other sources, is hearsay within hearsay and may depend on expert opinion that would require an expert witness under Rule 702.

    **DX 485**, a graphic entitled Plutonium Effluent Air Data, 771 Stack (1988-1989), is hearsay and lacks foundation.  Mr. Avery had no knowledge of the air effluent data listed in this

exhibit, so there is no foundation for its admission.  *See* Nov. 3 Tr. at 3884.

**DX 1045**, a graphic entitled "People Needed to Operate the Incinerator," is blatantly misleading.  The message of the graphic is that ten <u>groups</u> of people, plus a foreman and a radiation monitor, are needed to run the incinerator.  In reality, Mr. Avery testified that many of these jobs are performed by the same people.  *See* Nov. 2 Tr. at 3832-36:

> Q.  There would have to be a foreman to supervise the process; is that true?
> A.  That's correct.
> Q.  People to sequence the drums in proper order for the incinerator?
> A.  That's correct.
> Q.  People to deliver the drums?
> A.  Usually it was the same people that did the sequence.
> ...
> Q.  People to open the drums, move them to glove box and dump the contents?
> A.  That was the same people involved in running the incinerator.
> Q.  Radiation monitor?
> A.  That's correct.
> Q.  People to cut open the bags in the sorting chambers and sort to remove noncombustibles?
> A.  Same people that was running the incinerator.
> Q.  People to move combustible items to the fire box and operate the fire box?
> A.  Same people that run the incinerator.
> Q.  People to move ash through the bagging process and log the ash?
> A.  Same people who run the incinerator.
> Q.  We've got a trend here.  People to process ash at the ball mill?
> A.  Same people.
> Q.  People who were responsible for ash shifting to collect noncombustibles?
> A.  Same people.

*Id.* at 3833-34.  Mr. Avery also testified that roughly 15 to 16 people total, including himself, would be involved with the operation of the incinerator, but of that number only six actually operated the incinerator under his supervision; the remainder worked for other groups at the plant.  *See* Nov. 3 Tr. at 3880.

                                                                                                  Respectfully submitted,

Dated: December 8, 2005                    /s  Jennifer MacNaughton
                                                                                                  Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Fax (215) 875-4604
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*

3