IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  December 7, 2005                Reporter: Therese Lindblom
                                       Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                  Merrill Davidoff
                                       Peter Nordberg
Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION     David Bernick
and THE DOW CHEMICAL COMPANY,          Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Thirty-Two**

**9:19 a.m.     Court in session.**

Jury not present.

Court's ruling on the Selbin motion.

**ORDERED:     Defendants' Motion to Exclude the Testimony of Dr. Joel Selbin (Doc. No. 1721), filed December 1, 2005, is granted in part and denied in part.**

  **Exhibits received:  PG-814 through PG-961, PG-784, PG-785, PG-786, PG-787 through PG-793, PG-803 through PG-813**

Argument regarding the testimony of Messrs. Wing, Biggs and Selbin, and defendants' factual witnesses in response.

Jury present.

9:41 a.m.     Continued cross examination of Mr. Hunsperger by Mr. Bernick.

**10:26 a.m.**    **Court in recess.**
**10:54 a.m.**    **Court in session.**

Jury present.

10:56 a.m.    Continued cross examination of Mr. Hunsperger by Mr. Bernick.

**12:11 a.m.**    **Court in recess.**
**1:27 p.m.**    **Court in session.**

Jury not present.

Discussion regarding trial schedule, mini-summations and witness lists.

1:47 p.m.    Continued cross examination of Mr. Hunsperger by Mr. Bernick.

3:11 p.m.    Jury excused.

Argument regarding objection to DX-1526.

   **Exhibit rejected: DX-1526**

**3:29 p.m.**    **Court in session.**
**3:55 p.m.**    **Court in recess.**

Jury not present.

Discussion regarding exhibits.

Jury present.

4:08 p.m.    Redirect examination of Mr. Hunsperger by Mr. Davidoff.

4:56 p.m.    Jury excused.

Argument regarding demonstrative exhibits.

   **Exhibits received: DX-1386 through DX-1389 with the reference to Cochran redacted**

Discussion regarding redirect and recross examination of Mr. Hunsperger.

Discussion regarding trial schedule.

Argument regarding mini-summations.

Rule 50 motion may be reserved.

Each side may have a 30 minute mini-summation following the conclusion of Dr. Raabe's testimony.

**5:30 p.m.     Court in recess.**

Time in court - 6:01.
Trial continued.