IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**PLAINTIFFS' MOTION TO ADMIT DOCUMENTS**

Plaintiffs respectfully move the Court to admit the documents listed below into evidence. Plaintiffs anticipate using several of these documents on cross-examination. Plaintiffs will notify the Court and defendants in advance before plaintiffs submit this evidence to the jury.

| Ex. No. | Description |
| --- | --- |
| P-637 | Cook v. Rockwell, Transcript of Hearing, June 25, 1999, pp. 16-20 (statements of David Bernick) |
| P-638 | Cook v. Rockwell, Transcript of Hearing, July 22, 2004, at 31, 33 (statements of David Bernick) |
| P-1062 | RAC Review of Monitoring Data |
| P-1465 | Statistical Digest, Federal Reserve Board, 1990-1995 |
| P-1465a | Summary of Yearly Averages of Annual Treasury Bill, 1990-95 |
| P-1466 | Statistical Digest, Federal Reserve Board, 1996-2000 |

| P-1466a | Summary of Yearly Averages of Annual Treasury Bill, 1996-2000 |
|---|---|
| P-1557 | Draft RCRA Facility Investigation - Remedial Investigation / Corrective Measures Study - Feasibility Study Report for the Rocky Flats Environmental Technology Site, Books I and III |

                                             Respectfully submitted,

Dated: December 8, 2005              /s   Jennifer MacNaughton
                                           Merrill G. Davidoff
                                           Peter Nordberg
                                           Jennifer MacNaughton
                                           BERGER & MONTAGUE, P.C.
                                           1622 Locust Street
                                           Philadelphia, PA 19103
                                           (215) 875-3000
                                           fax (215) 875-4604
                                           jmacnaughton@bm.net


                                           Gary B. Blum
                                           Steven W. Kelly
                                           SILVER & DEBOSKEY, P.C.
                                           1801 York Street
                                           Denver, CO 80206
                                           (303) 399-3000

                                           *Attorneys for Plaintiffs*