# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### No. 90–K–181

---

**MERILYN COOK, et al.,**

     **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

     **Defendants.**

---

### PLAINTIFFS' MOTION TO ADMIT DOCUMENTS

---

### Conventionally Submitted Materials

The following exhibits to the above-captioned Motion shall be filed conventionally with the Court:

| | |
|---|---|
| P-637 | Cook v. Rockwell, Transcript of Hearing, June 25, 1999, pp. 16-20 (statements of David Bernick) |
| P-638 | Cook v. Rockwell, Transcript of Hearing, July 22, 2004, at 31, 33 (statements of David Bernick) |
| P-1062 | RAC Review of Monitoring Data |
| P-1465 | Statistical Digest, Federal Reserve Board, 1990-1995 |
| P-1465a | Summary of Yearly Averages of Annual Treasury Bill, 1990-95 |
| P-1466 | Statistical Digest, Federal Reserve Board, 1996-2000 |
| P-1466a | Summary of Yearly Averages of Annual Treasury Bill, 1996-2000 |

| P-1557 | Draft RCRA Facility Investigation - Remedial Investigation / Corrective Measures Study - Feasibility Study Report for the Rocky Flats Environmental Technology Site, Books I and III |
|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------|