**Otto G. Raabe, Ph.D., CHP**
**Health Physics and Radiological Science**
**652 Buchanan Street**
**Davis, California 95616**
**(916) 758-6140**

November 19, 1996

Mr. Douglas Kurtenbach
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**Re: Cook Litigation Concerning The Rocky Flats Plant**

**Introduction**

I am Professor Emeritus of Molecular Biosciences and also of Environmental
Engineering at the University of California, Davis, and an American Board of Health
Physics Certified Health Physicist (CHP). I have been a member of the Health Physics
Society for over thirty years. I was elected a Fellow of the Health Physics Society in
1992 and awarded the Society's highest honor, The Distinguished Scientific
Achievement Award in 1994. This year I have been elected President-Elect of the
Health Physics Society, and beginning June 1997 I will be President of the Health
Physics Society. In 1989 I was President of the American Academy of Health Physics.
My doctoral degree in Radiation Biophysics (Ph.D.) was earned in 1966 from the
Department of Radiation Biology and Biophysics of the University of Rochester, NY,
School of Medicine and Dentistry. My doctoral research involved studies of radon
decay products and their attachment to inhalable airborne particles. Besides being a
radiation biophysicist I am also a toxicologist and a member of the Society of
Toxicology and the American College of Toxicology. My health physics career began
with studies of airborne plutonium dioxide particles associated with nuclear safety tests
at the Nevada Test Site in 1958. I have specialized in inhalation toxicology since 1966
when I began work at the Inhalation Toxicology Research Institute in Albuquerque.
There I developed and generated airborne suspensions of radioactive particles of
various types including plutonium-238 dioxide and plutonium-239 dioxide, measured
their deposition during inhalation by beagles, and helped design lifetime studies of
these aerosols. I also conducted a four year study of "Respiratory Tract Deposition
Models" for the National Institute of Environmental Health Sciences (NIEHS), which
led to improved models of the human respiratory tract and improved understanding of
the regional deposition of inhaled particles. Most recently I have developed improved

PLAINTIFFS'
EXHIBIT
P-1546
90-CV-181

**Report By Dr. O. Raabe - 2**

models of risk for internally deposited radionuclides including radioactive isotopes of plutonium, radium, and thorium, and I am the editor and a principal author of the book *Internal Radiation Dosimetry* published by Medical Physics Publishing Company (Raabe, 1994d). In this book I wrote Chapter 1, "An Introduction to Internal Radiation Dosimetry," Chapter 7 on the "Characterization of Radioactive Airborne Particles," and Chapter 30 about "Three-dimensional Models of Risk from Internally Deposited Radionuclides." I have been especially interested in the risk to people from internally deposited isotopes of plutonium including both inhaled and ingested plutonium-238 and plutonium-239 and have published several scientific papers on this subject. I have been the author or co-author of over 200 open literature scientific papers and book chapters. I believe this information about me is relevant to my evaluation of this case because my background includes radiation biology and biophysics, health physics and radiological safety, radioactivity measurements and environmental radioactivity, internally deposited radionuclide dosimetry and toxicology, and especially inhalation toxicology of airborne radionuclides. At the University of California, Davis, I have taught specialized courses including a course entitled "Environmental Consequences of Nuclear Technology," Environmental Studies EST-115, and a course entitled "Heavy Metal Toxicology and Metabolism," Molecular Biosciences VMB-143, and I have conducted research on the biological effects of internally deposited radionuclides and the deposition and fate of inhaled airborne particles and gases or vapors.

During the past four years I have testified in deposition or trial as follows:

(1) April 27, 1993, Palo Alto, CA: Deposition as an expert witness for Jesus H. Dominguez in the matter of Dominguez v. Syntex Laboratories, Inc.

(2) October 27, 1993, Sacramento, CA: Court testimony in support of Vortran Medical Technology in the case of Hughes v. Vortran Medical Technology, Inc. in Sacramento County Superior Court.

(3) March 1, 1994, Sacramento, CA: Deposition as expert witness for Dow Chemical Company et al., in the matter of Billingsley v. Dow Chemical Company, et al.

(4) March 17, 1994, Denver, CO: Court Testimony, Colorado Division of Labor, as expert witness for Dow Chemical Company et al. in the case of Billingsley v. Dow Chemical Company et al.

(5) January 30, 1996, Sacramento, CA: Deposition as expert witness for Leyton in the case of Leyton v. Boehringer Pharmaceuticals, Inc.

## Overview

I have reviewed a number of reports and papers concerning the environmental release of compounds containing isotopes of the element plutonium, at the Rocky Flats Plant (RFP) in Colorado, and I attended a relatively comprehensive review of this issue that was conducted by the Colorado Department of Health held in Denver, February 28-29, 1996, including the public meeting held during the evening of February 28. The following is my reported findings and opinions related to the question of the potential environmental health impact of releases of isotopes of plutonium into the surrounding outdoor environment near the Rock Flats Plant (RFP). First, I will review the general concepts and issues relevant to potential exposure of people to radionuclides such as isotopes of plutonium. Then I will discuss what is known about the risks of internally deposited plutonium including results in studies with laboratory animals and occupational exposures of people. Last I will review the data available from the urinalysis and postmortem analyses for people living near the Rocky Flats Plant.

## Background Information About Radioactivity

The term *nuclide* is used to indicate a species of atom having a specified number of neutrons and protons in its nucleus. The general symbol for a nuclide is represented symbolically by $^A_Z X$ where $Z$ is the *atomic number* of protons in the nucleus, $A$ is the *atomic mass number* of total nucleons (neutrons plus protons), and $X$ is the symbol of the element represented by the nuclide. The number of nuclear neutrons in an atom is given by $A-Z$. Since all atoms of a specific element always have the same atomic number, $Z$, the symbol for a specific nuclide is usually represented by $^A X$. Different nuclides of the same element are called *isotopes* of that element (Raabe, 1994a).

Certain nuclides have nuclear structures that are too big, have too many neutrons, too many protons, or are otherwise unstable. These unstable nuclei spontaneously undergo nuclear transformations with the release of the excess energy in the form of ionizing radiation and are called *radionuclides*. Energy of decay is typically expressed in very small energy units known as *electron volts* (eV), defined as the kinetic energy acquired by an electron as it traverses a potential difference of one volt in a vacuum. Energy of decay may also be expressed in thousands of electron volts (keV) or millions of electron volts (MeV). The process of spontaneous nuclear transformation with accompanying energetic emission is referred to as *radionuclide decay, nuclear disintegration or transformation,* and/or *radioactivity*. The rate of the radioactive decay process depends uniquely on the overall stability of a given nuclide. The decay is a random process so that it is not possible to predict when a specific radioactive atom will decay. However, the *instantaneous* fraction of a large number of radioactive atoms in a sample that decay per unit of time can be described by the *physical half-life* ($T_{p\frac{1}{2}}$), defined as the time required for one-half of the radioactive atoms in a sample to decay.

A radionuclide undergoing decay is referred to as the *parent* and the transformed nuclide is called the *daughter* or *decay product*. A daughter may be no more stable

Case No. 1:90-cv-00181-JLK   Document 1765-1   filed 12/08/05   USDC Colorado   pg 4 of 38

than its parent and may also be radioactive. Successive transformations occur in a so-called *decay chain,* possibly yielding several radioactive *progeny,* until a stable nuclide is reached. There are many naturally occurring radioactive nuclides that are continually being produced from decay chains in which the parent has a long physical half life. For example, radium-226 ($^{226}$Ra) is present in all the soil and rock on the earth as a product of the decay series headed by uranium-238 ($^{238}$U) whose half life is comparable to the age of the earth (4.5 billion years.)

The quantity of radioactive material, expressed as the number of radioactive atoms undergoing nuclear transformation per unit time, is called the *activity.* In the traditional system of units activity is quantified in units of *curies* (Ci), named for Marie Curie who won the Nobel prize in Chemistry in 1905 for chemically separating radium from its parent uranium. The Systeme International (SI) unit for activity is the *becquerel* (Bq), named for Henri Becquerel who discovered radioactivity in 1896. The becquerel is one nuclear radioactive disintegration per second (dps). The curie is $3.7 \times 10^{10}$ radioactive nuclear disintegrations per second or $3.7 \times 10^{10}$ Bq. Most of this report will utilize traditional units although SI units will sometimes be referenced.

## Ionizing Radiation

The main process by which ionizing radiation affects living tissue is by ionizing atoms, that is, by removing electrons from neutral atoms so that they become electrically charged atoms or ions. The ionizing radiation may be in the form of energetic subatomic particles or electromagnetic radiation. Transfer of energy from these radiations to orbital electrons may result in the removal of one or more orbital electrons from neutral atoms changing them to charged ions. Ionization is the first step in a complex series of reactions within living tissue that may lead to biological alterations or cellular damage. In this context, radiation dosimetry does not consider other forms of radiation that are not ionizing such as infrared radiation, ultraviolet radiation, microwaves, electrical fields, and magnetic fields. The principal forms of ionizing radiation of interest for radiation dosimetry include high energy electromagnetic radiation such as x rays and gamma rays (γ) and energetic subatomic particles such as positively charged alpha radiation (α), negatively charged beta radiation (β), positively charged positrons (β$^+$), neutral neutrons (n), and electron radiation (e) (Evans, 1955). Gamma rays (γ), alpha particles (α), beta radiation (β), and positrons (β$^+$) originate from the nuclei of atoms during radioactive decay. Electron radiation (e) originates from extranuclear orbital electrons. Neutrons (n) are produced in nuclear fission.

## Absorbed Dose

The transfer of energy from the various forms of ionizing radiation to tissue may involve either direct atomic ionization-excitation events or indirect forms of kinetic energy transfer such as for neutrons and photons that ultimately results in the ionization and excitation of atoms. The amount of energy transferred to living matter by ionizing radiation can be quantified as the energy deposited per unit mass of tissue,

or absorbed dose, **D**. The traditional unit of absorbed dose is the *rad* representing 100 ergs of energy deposited per gram of tissue. The SI unit is the *gray* (Gy) representing 1 joule deposited per kilogram of tissue. Therefore, one Gy = 100 rad.

Ionizing radiations of various types display different intensities and patterns of ionization reactions in body tissues. In particular, the specific ionization intensity per unit of path length has a marked effect on the potential biological response. For this reason the absorbed dose that is calculated from one type of radiation cannot be arithmetically added to the absorbed dose from other types of radiation. For example, the dose associated with recoil nuclei during alpha emissions is characterized by a high intensity of ionization with very short range in tissues. The somewhat longer ranges in tissue of alpha radiation (usually about 30 to 70 $\mu$m) yield less intense ionization tracks than those of the recoil nuclei, but considerably more intense tracks than those associated with energetic electrons, beta particles, or gamma photons. These inherent differences in specific ionization intensity should be expected to yield differences in *relative biological effectiveness* (RBE) among the different types of ionizing radiation depending upon the circumstances. Even without a clear understanding of these differences in RBE, the dosimetrist is obligated to clearly segregate doses of different radiation quality.

The *radiation quality factor*, **Q**, has been defined to represent in a general quantitative fashion the relative biological effectiveness that might be expected for a given radiation type. From this a biologically *equivalent dose* can be defined as:

$$H = DQ \tag{1}$$

where **H** is the equivalent dose in the traditional unit *rem* or the SI unit *sievert* (Sv), **D** is the absorbed dose in the traditional unit *rad* or the SI unit *gray* (Gy) and the quality factor, **Q**, has implied dimensions of rem/rad or Sv/Gy. For $\beta$ and $\gamma$ radiation Q=1, and for $\alpha$ radiation Q=20.

Exposures of members of the public in the environs of the Rocky Flats Plant from operations at the plant has been limited to possible intakes into the body of small amounts of radioactive materials that were released to the environment. In this context, body content refers to the amount retained in the body with time post intake (pCi or Bq, where $pCi=10^{-12}$ Ci). Intake refers to that material that passes into the mouth or nose during ingestion or inhalation (ICRP-30, 1979; 1980). Cumulative dose, **D**, to an organ of the body is derived from the product of time and dose rate, where dose rate is proportional to the concentration of radionuclide in the tissue.

As noted above, the dose from ionizing radiation is corrected for the theoretical relative biological effectiveness of the different radiations in causing cellular damage and this is reported as the "dose equivalent" in sieverts (Sv) or rem. To consider the theoretical relative cancer effectiveness, dose equivalent to all of the organs of the body can be multiplied by a so-called "tissue weighting factor" to yield the "effective dose equivalent" (EDE) in Sv or rem based on studies of the Japanese atomic bomb

survivors (BEIR V, 1990; ICRP-26, 1977; ICRP-60, 1991). For radiation safety purposes, the theoretical potential radiation dose from time of intake to 50 years after intake (the so-called "committed dose") is usually calculated even though it is understood that some exposed persons will die of natural causes well before 50 years has elapsed. Hence, the committed dose is not an actual dose, per se. When a dose is reported it is important to note whether that dose is an absorbed dose, a dose equivalent, or an effective dose. Further it is important to note whether that dose is a theoretical potential 50-year committed dose. For example, a typical dose estimate may give a committed effective dose equivalent (CEDE), which means it is a theoretical dose (ICRP-30, 1979; 1980).

### Converting Exposure to Dose

Using selective models, Committee 2 of the International Commission on Radiological Protection (ICRP) has calculated the dose to the various organs of the body from a unit intake of most of the radionuclides to which people might be exposed. The results were used to set occupational limits for radionuclide exposures in the documentation of ICRP-30, Part 1 (1979), ICRP-30, Part 1 Suppl. (1980) and successive ICRP-30 documents (Parts 2--3 and supplements). The dose conversion factors were tabulated by the U.S. Environmental Protection Agency for inhalation and ingestion in Federal Guidance Report No. 11 (EPA, 1988). Ingestion dose conversion factors are also found in ICRP-56 (1990), ICRP-67 (1993), and ICRP-68 (1994) for the public along with dose conversion factors for children, and for workers in ICRP-61 (1991). New inhalation dose conversion factors based on the new lung model (ICRP-66, 1994) are found in ICRP-68 for workers and ICRP-71 (1996) and ICRP-72 (1996) for members of the public.

### Background Radiation

Exposure to ionizing radiation is an inevitable consequence of life on earth. There are naturally occurring sources of radiation and radioactivity that have existed on this planet since its formation. In addition, there are technology-enhanced sources that add to the total dose. The average per capita effective dose equivalent in the United States (from all sources exclusive of smoking) is about 360 mrem per year or 1 mrem per day [one rem = 1000 mrem] (NCRP-93, 1987). Approximately 80% of this exposure, about 300 mrem, is from naturally occurring (or "background") sources, whereas about 20%, 65 mrem, is from technological enhancements of naturally occurring sources and radiation producing machines, the vast majority of which are diagnostic medical x ray procedures (BEIR V, 1990). Naturally occurring radiation sources include *cosmic rays*, *cosmologic radionuclides*, and *primordial radionuclides* and their decay products. Details about these radiation sources can be found in NCRP-94 (1987).

Cosmic rays consist primarily of extremely high energy (mean energy about 10 billion electron volts) particulate radiation (primarily protons) and high energy gamma rays. When the particulate radiations collide with the earth's atmosphere a shower of

"secondary" radiations are produced, which include high energy electrons and photons. The average U.S. per capita dose from cosmic radiation is 27 mrem per year or about 7% of natural background. Exposure to cosmic radiation increases with altitude as there is less atmosphere to absorb the radiation, so populations living at higher elevations receive higher cosmic doses. For example, people living in Leadville, Colorado, at 3,200 meters above sea level, receive about 125 mrem/yr or about five times the average cosmic ray dose received by people living at sea level (Eisenbud, 1987). A transcontinental airline flight results in an extra dose of about 2 mrem from cosmic rays. A fraction of the secondary particulate cosmic radiation collides with stable atmospheric nuclei making them radioactive. These cosmologic radionuclides contribute very little (about 0.4 mrem/yr or less than 1%) to natural background radiation. The majority of this component of natural background is from the formation of carbon-14 ($^{14}$C) and tritium (hydrogen-3 or $^{3}$H).

Terrestrial radioactive materials that have been present on earth since its formation are called primordial radionuclides. Population exposure from primordial radionuclides comes from external exposure, inhalation, and incorporation of radionuclides into the body. The decay chains of uranium-238 ($^{238}$U) whose half-life is 4.5 billion years (uranium series) and thorium-232 ($^{232}$Th), whose half-life is 14 billion years (thorium series), produce several dozen radionuclides that together with natural potassium-40 ($^{40}$K), whose half life is 1.3 billion years, are responsible for the majority of the external terrestrial average equivalent dose rate of 28 mrem/yr or about 9% of natural background. Some regions of the world with high concentrations of primordial radionuclides produce equivalent dose rates as high as 2,500 mrem/yr (Eisenbud, 1987).

There are many naturally-occurring radioactive nuclides that are continually being produced from decay chains in which the parent has a very long physical half life. For example, radium-226 ($^{226}$Ra) that is present in all the soil and rock on the earth at concentrations of about 0.7 pCi/g is a product of the decay series headed by $^{238}$U whose half life is 4.5 billion years. Consequently, $^{226}$Ra is also naturally found in ground water and the human body, usually in trace amounts (about 1 Bq or 30 pCi per person). The uranium-238 decay series is shown in Figure 1 (Raabe, 1994a). As shown in the figure, various types of radiation are emitted by the radionuclides in the chain including alpha radiation ($\alpha^{2+}$), beta radiation ($\beta^{-}$) and gamma radiation ($\gamma$). A similar, but somewhat less complicated thorium-232 decay chain yields radium-228, actinium-228, thorium-228, radium-224, radon-220, polonium-216, lead-212, bismuth-212, polonium-212, and stable lead-208 (Evans, 1955). Members of the thorium-232 decay series are also usually present in soil and rock at concentrations of about 0.7 pCi/g.

Report By Dr. O. Raabe - 8



**Figure 1** Schematic illustration of the natural uranium-238 decay series as found in all the soil and rock on the surface of the planet Earth.

Radon-222 ($^{222}$Rn) gas and its airborne decay products, which are constituents of the uranium-238 decay series (Figure 1), are the most significant source of natural background radiation exposure responsible for an average effective dose rate of about 200 mrem/yr, or about 67% of natural background irradiation. Once inhaled, the majority of the dose is deposited in the epithelial cells of the tracheobronchial region of the respiratory tract by its short-lived daughters rather than by $^{222}$Rn gas itself. Radon concentrations in the environment vary widely due to differences in $^{238}$U concentration in the soil and differences in ventilation and construction of buildings (NCRP-103, 1989). Uranium isotopes are naturally found in soils in Colorado at levels that are much higher than in most other States. All other factors being equal, buildings with less ventilation will tend to have higher radon concentrations and thus, higher levels of background radiation exposure. Outdoor concentrations of radon and its decay products are lower because of the rapid mixing and dilution of radon gas with ambient air. In Colorado the natural levels of radon are much higher than in most of the U.S., so that people living around the Rocky Flats Plant or in the city of Denver receive an equivalent dose of about 9,000 mrem per year to the cells of the bronchial epithelium of the lung, which is over three-times larger than the alpha radiation dose to the lung normally received by people living in States not in the Rocky Mountain region (personal communication, Colorado Department of Health). It is interesting to note, however, that people living in Colorado have among the lowest incidence of lung cancer in the U.S. (American Cancer Society, 1996).

The second largest source of natural background radiation exposure comes from the ingestion of food and water that contain primordial radionuclides (and their decay products) of which potassium-40 ($^{40}$K) is the most important. Altogether this pathway

is responsible for an average effective dose rate of about 39 mrem/yr, or about 13% of natural background.

The most significant source of exposure to technology based (or "man-made") radiation sources in the United States is from medical diagnosis and therapy (NCRP-94, 1989). Diagnostic x ray and nuclear medicine examinations account for about 39 mrem/yr and 14 mrem/yr, respectively (a total of about 15% of population yearly exposure). Radiation therapy, while delivering a significantly larger dose per patient, exposes many fewer patients. Thus, it does not notably contribute to the average dose which is calculated based on the total U.S. population.

Population exposure also occurs from enhanced natural sources such as radon dissolved in domestic water supplies, building materials like granite, brick and concrete that contain higher concentrations of primordial radionuclides and their decay products (e.g. uranium, thorium, and potassium) than would be found in other materials like wood. These and other sources typically referred to as "consumer products" may account for as much as 7 mrem/yr or about 2% of population background exposures to ionizing radiation (NCRP-95, 1987).

Other ionizing radiation exposures such as fallout from nuclear weapons testing, operation of nuclear power plants and nuclear facilities such as the Rocky Flats Plant, and occupational exposures, which in some cases have received a lot of attention by the media, actually contribute very little (<1%) to population background exposure (NCRP-92, 1987; NCRP-93, 1987).

It is important to note that there is no known or expected risk associated with exposure to typical background levels of naturally-occurring ionizing radiation.

## Human Experience with High Doses of Radionuclides

Earlier in this century people were exposed to high concentrations radium-226 ($^{226}$Ra) and radium-228 ($^{228}$Ra) and its decay products in the luminous dial industry, in laboratory work, and in medical or private therapeutic use of radium. In particular, luminous-dial painters, who were mostly young women, were taught to tip their paint brushes on the tongue to make a sharp brush point; this procedure resulted in the ingestion of considerable amounts of radium leading to systemic uptakes of some of the ingested radium. These massive intakes of emulsions of pure radium salts resulted in life-time absorbed doses to the irradiated skeleton of some dial painters as high as a few hundred thousand rem, with consequent cases of severe injury to the skeleton and/or bone cancer (sarcoma) as well as head cancer (carcinomas) associated with retained radon-222 and daughters in the nasal sinuses and mastoid spaces. Detailed evaluations of these human cases have been described by Aub et al., 1952, Evans 1967, Evans 1974, and further documented in recent years (Argonne National Lab, 1985; Rowland, 1994). Studies of individuals who had accidental intakes of massive amounts of radium have shown that the principal effects of exposure to large quantities of radium are direct damage to bone, bone cancer, and cancers of the head caused by

trapped decay products of radium-226 (BEIR IV, 1988). It is remarkable that no person among the U.S. radium dial painters whose skeletal dose was less than 20,000,000 mrem developed bone cancer because of exposure to radium-226 or radium-228 (Thomas, 1994; Rowland, 1994). A virtual threshold below which there is no radiation-induced cancer from exposure to radium has been observed (Evans, 1974; Raabe et al., 1980; Raabe, et al., 1983; Raabe, 1994c, Thomas, 1994).

## Risks Associated With Exposure to Ionizing Radiation

The ICRP and others have attempted to use the Japanese atomic bomb survivor data for the purpose of estimating risk from all types of exposure to all types of ionizing radiation (ICRP-60, 1991; BEIR-V, 1990). Actually, this is not a valid extrapolation because the atomic bomb survivors were exposed externally to a very high dose rate of penetrating gamma and neutron radiation for only a brief moment in time. Ionizations at peak concentration occurred in that moment throughout all the cells of the body. Slightly elevated rates of normal types of cancer have been observed in the survivors since 1945. Among 41,719 of the survivors with radiation doses greater than 0.5 rem who have been under study, there have been less than 500 people who are believed to have developed cancer as a result of that high ionizing radiation exposure that occurred in 1945 (BEIR-V, 1990). Ionizing radiation exposures that are protracted in time such as by elevated background radiation or by internally deposited radionuclides involve different dose response processes and risks. For example, a person exposed to 1,000 rem (10 Sv) at the explosion of an atomic bomb would probably die soon afterwards from radiation sickness or would have a relatively high probability of developing cancer in later life. On the other hand, as noted above, no person exposed to internally deposited radium among the U.S. radium dial painters developed bone cancer for cumulative doses to the skeleton less than 20,000 rem (200 Sv)(Thomas, 1994; Rowland, 1994). The atomic bomb survivor dose-response data suggest linearity, but the development of bone cancer in persons exposed to radium-226 is non-linear and displays a marked threshold below which there is no apparent risk (Evans, 1974; Raabe, et al., 1980). The non-linearity of response and the effective threshold are well demonstrated with laboratory animal dose-response data for radioactivity in the lung and the skeleton for a variety of internally deposited radionuclides including radium-226, radium-228, thorium-228, plutonium-238, and plutonium-239, where radiation exposure is protracted in time rather than instantaneous (Raabe, 1984; 1994c).

There are currently no documented cases of radiation-induced cancer in anyone whose radiation exposure was *below the recommended occupational standards,* even though hundreds of workers have been exposed to a variety of irradiations including alpha irradiation from inhaled plutonium dioxide. The most comprehensive epidemiological studies of radiation workers show no increase in solid tumor deaths or leukemia among U.S. workers but with a possible small increase in leukemia risk in some other countries that may be associated with radiation exposure (Gilbert, 1989; IARC, 1994; Cardis et al., 1995; Gilbert, 1995). The Federal ionizing radiation standards over the last 50 years have been prudent and appropriate. With respect to the Federal annual standard of 100 mrem for the general public, it is instructive to note that natural

background exposures in Colorado are about 100 mrem larger per year than in States at sea level. The fact that the cancer rate in Colorado is at least 33% lower than in States at sea level (except Hawaii) also suggests that no meaningful risk is associated with such small annual exposures to ionizing radiation (U.S. Bureau of Census, 1992; American Cancer Society, 1996).

## What is Plutonium?

Plutonium (abbreviated Pu) is a metallic element produced from uranium in nuclear fission reactors by neutron absorption. Only traces are found in nature. The most important isotopes of plutonium include plutonium-238 (abbreviated Pu-238 or $^{238}$Pu), plutonium-239 (abbreviated Pu-239 or $^{239}$Pu), plutonium-240 (abbreviated Pu-240 or $^{240}$Pu), and plutonium-241 (abbreviated Pu-241 or $^{241}$Pu). It is the Pu-239 that supports a fission chain reaction and is used as nuclear fuel. All plutonium isotopes are radioactive. Pu-238, Pu-239, and Pu-240 emit alpha ($\alpha$) radiation during the process of radioactive decay. The half-life of Pu-239 is 24,065 years, which means that half of the Pu-239 found in a source disappears in 24,065 years and only 29 out of 1,000,000 Pu-239 atoms undergo radioactive decay and emit alpha an alpha particle during one whole year. The half-lives of Pu-238 and Pu-240 are 87.4 years and 6,537 years, respectively. In contrast, the ionizing radiation emitted by Pu-241 is low energy beta radiation and the half-life is only 14.4 years. It decays to form americium-241 (abbreviated Am-241 or $^{241}$Am), an alpha-emitting radionuclide with half-life of 432 years that is widely used in home smoke detectors (ICRP-38, 1983). Neither the low energy beta radiation of Pu-241 nor the alpha radiation from the other isotopes of plutonium or Am-241 can penetrate the outer dead layer of human skin, so radiological exposure only occurs if plutonium or americium is incorporated into the body tissues. If measured in water or soil, plutonium concentrations may be reported as picocuries per liter (pCi/L) or picocuries per gram (pCi/g), respectively, where a picocurie ($10^{-12}$ Ci) is an amount of radioactivity that yields about two radioactive disintegrations per minute.

Plutonium is chemically very similar to radioactive thorium-232 ($^{232}$Th) that occurs naturally in all of the soil and rock on the earth at about 0.7 pCi/g (Eisenbud, 1987). This means that a 400 acre public park contains about 700,000 µCi (where µCi = 1,000,000 pCi = $10^{-6}$ Ci) of $^{232}$Th in the top one foot of soil (1,700 µCi/acre). Of course, soil also contains isotopes of uranium, radium, other forms of thorium, and many other radionuclides. Like plutonium, $^{232}$Th emits alpha particles (about 4 MeV) but it has a much longer half life of 10 billion years. Like thorium, plutonium tends to form extremely insoluble compounds. In the environment plutonium will be highly immoble because the solubility product constant for formation of insoluble hydroxides ion contact with water is incredibly small ($10^{-52}$; Cleveland, 1970). For the same reason, ingested plutonium is not readily abosrbed into the body (absorption fraction of only about $10^{-5}$), so that theprimary route of possible exposure is by inhalation of small respirable airborne particle containing plutonium (Raabe, 1994b; Hodge et al., 1973).

## Environmental Plutonium

Although natural plutonium is rare, there are now trace amounts of plutonium in the
surface soil and water and in the atmosphere of the earth as a result of world-wide
fallout from nuclear weapons tests and accidental releases into the atmosphere. The
United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR,
1982) provides estimates of the quantities of these radionuclides that have deposited on
the surface of the earth. The total deposition in the north temperate zone of the earth is
1600 pCi/m$^2$ of $^{239+240}$Pu, and 19,700 pCi/m$^2$ of deposited $^{241}$Pu. Also, the air that we
breath contains plutonium. For example, the air concentrations of $^{239+240}$Pu averaged
0.3 aCi/m$^3$ in Phoenix, AZ, in 1989 (EPA, 1993) (aCi $\approx 10^{-18}$ Ci). Air concentrations
of $^{239+240}$Pu averaged 0.7 aCi/m$^3$ in New York City in 1988 (EPA, 1993) and
9.7 aCi/m$^3$ in 1978 (EPA,1980). In the 1960's ambient air concentrations of airborne
plutonium were as high as 1000 aCi/m$^3$ (Eisenbud, 1987; Fisenne and Cohen, 1981).

## Typical Levels of Plutonium in People in the U.S.A.

Billions of atoms of $^{238}$Pu and $^{239+240}$Pu are found within the body of every person
living on the earth today. Middle aged Americans have up to 100 billion atoms of
plutonium in their lung tissue, liver, or bones. People living in the Rocky Mountain
States, including Colorado, may have received slightly higher intakes of plutonium
from this world-wide fallout than people living at sea-level. So, it not surprising that
trace levels of plutonium are found in urine samples or in tissues at death for people in
Colorado, New Mexico, or even New York City (McInroy et al., 1981; Fisenne and
Cohen, 1981). Singh (1990) estimates that the typical older person has about 3 pCi of
$^{239+240}$Pu internally deposited in body tissues. McInroy et al., (1981) estimate that the
median body burden of $^{239+240}$Pu in the U.S. may have reached 12 pCi during the
1960's and declined to about 2 pCi in 1977. Fisenne and Cohen (1981) observed a
median body content of about 2 pCi of $^{239+240}$Pu in New York City residents in 1973-
1974, and found a large variability with typical geometric standard deviation ($\sigma_g$) of
2.5. This means that as many as 16% of the population had body contents of $^{239+240}$Pu
exceeding 5 pCi ( and 1% could exceed 15 pCi) in the middle 1970's and possibly
even today for older persons. But the radiation doses received by organs of the body
from this fallout plutonium are small compared to natural background exposures, and,
therefore, these exposures do not pose any known or expected risk.

## The "Hot Particle" Hypothesis

About 25 years ago it was proposed that small alpha-emitting radioactive particles
deposited in the lung, such as in the bronchial airways, would be more likely to
produce radiation-induced tumors than the same radioactivity spread uniformity
throughout the lung. The rational for this suggestion was that the dose to tissue near
the particle would be quite large compared to the doses to tissues from more dilutely
distributed materials, and would therefore yield a greater risk of developing cancer. We
now know that this so called "hot-particle" suggestion is wrong (National Research
Council, 1976; Little et al., 1978). In fact, the more dilutely the radioactivity is spread

in the lung, the higher the risks of radiation-induce cancer (BEIR-IV, 1988). This is clearly shown in animal experiments by comparison of the effects of inhaling plutonium nitrate droplets that spreads through the lung versus solid particles of plutonium dioxide (Park et al., 1993). In animal experiments with airborne particles containing plutonium, the evenly spread plutonium nitrate particles are found to be more likely to yield radiation-induced lung cancer than particles of insoluble plutonium-dioxide. Thus, when many cells are irradiated at lower doses the risk is larger than when a few cells are irradiated at high dose. The new lung model (ICRP-66, 1994) provides for the sequestering and delayed clearance of small particles in the bronchial airways, but the relevant dose for long-lived radionuclides such as plutonium-239 is primarily from the irradiation of the deep lung.

### Normal Levels of Radionuclides In The Human Body

Because all of the soil, rock, air and water on the earth contains natural radioactive materials, the tissues and organs of the human body contains various amounts of radioactive materials. As noted above the annual effective dose equivalent from these materials is about 30 mrem, primarily from $^{40}$K found with all natural potassium in food. Table 1 summarizes typical levels of various radioactive materials found in people as summarized by Eisenbud (1983), NCRP-94 (1987), UNSCEAR (1977) and UNSCEAR (1988). All of these radionuclides are normally found in human blood and urine.

Table 1: Typical Levels of Selected Natural Radionuclides in People Living in the U.S.A. NCRP-94 (1987) Contrasted With Levels of man-made $^{239+240}$Pu (Singh, 1990).

| Radionuclide | Radiation Type | Principal Organs | Content (pCi) |
|---|---|---|---|
| Radium-226 | $\alpha$ | bone | 30 |
| Uranium-238 | $\alpha$ | bone, lungs | 2 |
| Thorium-228 | $\alpha$ | bone, lungs | 12 |
| Thorium-230 | $\alpha$ | bone, lungs | 5 |
| Thorium-232 | $\alpha$ | bone, lungs | 2 |
| Polonium-210 | $\alpha$ | bone | 400 |
| Potassium-40 | $\beta$ | whole body | 100,000 |
| Plutonium-239,240 | $\alpha$ | bone, lungs | 3 |

Report By Dr. O. Raabe - 14

### Risks of Plutonium Intakes for People

The uptake of plutonium via the digestive tract is extremely small, so that the only
major intake route for people is by inhalation of finely divided airborne particles
containing traces of plutonium. The ICRP has developed comprehensive models of the
inhalation deposition, clearance and uptake of inhaled radioactive particles such as
those that may contain plutonium (Morrow et al., 1964; ICRP-30, 1979, 1980; ICRP-
66, 1994). Briefly, the current models include provisions for inhalability of airborne
particles and deposition models for all parts of the respiratory tract including the
bronchial airways and the deep lung. Most particles deposited in the bronchial airways
are cleared rapidly by mucous clearance to the throat, subsequently swallowed, and
excreted without uptake. A small fraction of small particles deposited in the bronchial
airways are sequestered there and retained for many weeks. It is these later particles
that may result in the principal irradiation of the bronchial airways (ICRP-66).

However, the particles that deposit in the deep lung (the alveolar region) may be
retained there for months or years, and some of the plutonium may be mobilized there,
absorbed into the blood, and deposited into the liver and bones of the skeleton. The
new ICRP models show that the dose to the deep lung exceeds the dose to the
bronchial tissues for long-lived plutonium isotopes, so the principal radiation risk, if
any, is to tissues of the deep lung (bronchiolar-alveolar tissues). In animal experiments
utilizing high doses of inhaled plutonium, the only lung cancer cases are those
involving the deep lung, but not the bronchial airways (Park et al., 1993).

The uptake of relatively insoluble forms of plutonium from the lung into the systemic
circulation is about 5% of the intake (ICRP-30, 1979; ICRP-56, 1990). The rest of the
deposited plutonium is cleared from the lung via the mucous system or trapped in
lymph nodes. Of the plutonium that enters the systemic circulation about 50% deposits
in the bone with a clearance half-time of about 50 years and about 30% deposits in the
liver with a clearance half-time of about 20 years (ICRP-56, 1990). The plutonium that
deposits in the bone tended to sequester near living cells at the surfaces of bone, and,
therefore, irradiates bone surfaces with greater efficiency than it irradiates the
remainder of the skeleton. Hence the risk of plutonium deposited in the skeleton is
based upon the dose to the bone surfaces. The principal potential risk of exposures to
plutonium is the development of alpha radiation-induced cancer, i.e., carcinoma in the
lung or liver, sarcoma in the bone. However, it is now apparent that the dose-response
relationship is not linear and there is a life-span effective threshold for cancer
induction at about 1,000 rem to the target tissues for protracted irradiation from
internally deposited radionuclides including isotopes of plutonium (Raabe, 1984;
Raabe, 1987; Raabe, 1988; Raabe, 1989; Raabe, 1994c). This means that no person
whose life-time cumulative dose to liver, lung, or bone surfaces is less than 1,000 rem
(1,000,000 mrem) from plutonium alpha irradiation is likely to develop alpha
radiation-induced cancer. [There are no direct observations of radiation-induced liver
cancer from plutonium.] As for radium, the use of risk factors derived from the
atomic-bomb survivor data will lead to serious overestimation of risk for cumulative
doses smaller than 1,000 rem for protracted exposures to plutonium alpha irradiation.

The public perceptions of ionizing radiation risks in general and of plutonium in particular are based somewhat on limited knowledge and somewhat on journalist overstatements. Plutonium has been inaccurately called "the most poisonous substance known to man". In fact, plutonium is not a "poison" in the chemical sense. Certainly, large amounts deposited within the human body can be harmful with time since high doses of alpha irradiation can injure living cells and lead to cancer. But cells irradiated by alpha particles from man-made plutonium have no different response than if irradiated with alpha particles from naturally occurring radionuclides such as from radon and its decay products, so radiation risk, if any, is based upon the dose received by the tissues rather than on the source of that radiation.

Even though hundreds of people in the U.S. have been occupationally exposed to plutonium particles that lodge in and irradiate the lung by alpha ray emission and can pass to and irradiate the liver and skeleton, there are no documented cases of plutonium-induced lung, liver, or bone cancer in people in the U.S. A possible exception is one person in a group of early plutonium chemists at Los Alamos in the 1940's who died late in life from bone cancer, but the dose to this person was small and the cause was uncertain because some people develop bone cancer late in life without any plutonium exposure and because the others in the study who were exposed to higher levels did not develop bone cancer (Voelz and Lawrence, 1991).

A study of 5,413 white males who had been employed for at least two years at the Rocky Flats Plant plutonium-239 weapons facility found no statistically significant increase in lung cancer rates in workers with body burdens greater than 2,000 pCi (Wilkinson, et al., 1987). The Wilkinson et al. study is weakened by the fact that it failed to control for cigarette smoking. Data obtained with beagles have shown that cancer risk from internally deposited $^{239}$Pu in either bone or lung displays an effective threshold at an organ dose of about 1,800 rem (1,800,000 mrem), below which the risk is very small (Raabe, 1994c).

### Studies of Plutonium in Laboratory Animals

Since no human cases are available, lifetime studies in beagle dogs of inhaled plutonium-239 dioxide particles, an insoluble form of plutonium, help elucidate the dose-response relationships. Such studies with polydisperse aerosols of plutonium-239 dioxide were conducted at Battelle Pacific Northeast Laboratory (PNL) under the auspices of the U.S. Department of Energy (Park et al., 1993). The results are summarized in Table 2. These data and their statistical analysis show a threshold-like response (Raabe, 1987; Raabe, 1989; Raabe, 1994c). It is noteworthy that beagles that received dose equivalents of less than 1,700 rem lifetime dose to the whole lung (with quality factor of 20 for alpha radiation) did not appear to develop radiation-induced lung cancer and lived normal life spans. Beagles whose lung dose equivalent was about 260 rem (260,000 mrem) had lower rates of lung cancer than unexposed controls. Raabe (1994c) showed that there is an effective threshold for radiation induced lung cancer at about 0.9 Gy (1800 rem).

**Report By Dr. O. Raabe - 16**

**Table 2**: Battelle Pacific Northwest Laboratory (PNL) $^{239}$Pu-inhalation beagles (data from Park et al., 1993).

| Dosage Level | Number of Dogs | Lung Burden $^{239}$Pu (nCi/kg) | Lifetime Lung Dose (rem ± SD) | Median Survival Age (y) | Lung Cancer Deaths |
|---|---|---|---|---|---|
| Controls | 20 | 0 | 0 | 13.7 | 3 |
| D-1 | 24 | 0.27 ± 0.27 | 260 ± 180 | 14.3 | 0 |
| D-2 | 21 | 1.62 ± 0.81 | 1,740 ± 1,080 | 14.7 | 4 |
| D-3 | 20 | 6.5 ± 2.4 | 6,140 ± 2,940 | 14.4 | 10 |
| D-4 | 22. | 32.4 ± 16.2 | 17,220 ± 5,280 | 11.4 | 16 |
| D-5 | 21 | 113 ± 41 | 50,600 ± 15,600 | 7.8 | 20 |
| D-6 | 8 | 473 ± 211 | 113,600 ± 28,200 | 2.7 | 1 |
| TOTAL | 279 | | | | 74 |

Lifetime studies have also been conducted in beagles having skeletal burdens of $^{238}$Pu (Park et al., 1993) and $^{239}$Pu (Mauderly and Daynes, 1994). These data also demonstrate an effective thresholds for radiation induced cancer of the skeleton. Raabe (1994c) estimated that the effective threshold for plutonium induced bone cancer to be 0.08 Gy to whole skeleton which is equivalent to 0.8 Gy to bone surfaces (1,600 rem). Bone cancer rates below this dose are not statistically greater than that for unexposed beagles. Using the results of the beagle studies discussed above, Raabe (1994c) developed a three-dimensional representation of the risk to people from inhaled $^{239}$PuO$_2$ as illustrated in Figure 2 and Table 3.

**Table 3.** Prediction of lifetime risk (occurrence percent or cumulative incidence) in people of radiation-induced lung cancer from single inhalation intake of $^{239}$PuO$_2$ based upon the initial lung burden (pCi) and a lung retention half-time of 1000 days.

| INITIAL LUNG BURDEN (pCi) | INTAKE AGE 20 YEARS OCCURRENCE (%) | INTAKE AGE 50 YEARS OCCURRENCE (%) |
|---|---|---|
| 27,000 | 0.00000 | 0.00000 |
| 135,000 | 0.0013 | 0.00000 |
| 270,000 | 0.082 | 0.00012 |
| 540,000 | 2.2 | 0.031 |
| 1,080,000 | 16. | 0.61 |
| 1,350,000 | 25. | 1.41 |



**Figure 2.** Three-dimensional representation of the *predicted* occurrence percentage of deaths with radiation-induced lung cancer from inhaled $^{239}$PuO$_2$ for people with intake at age 20 years as a function of initial long-term lung burden (ILB) of $^{239}$Pu (where 1 kBq = 27,000 pCi), corrected for competing risks of radiation-induced lung injury and Gompertzian life span using the scaled parameters given by Raabe (1994c).

## Plutonium at Rocky Flats Plant

Typical plutonium used at the Rocky Flats Plant, called weapons grade plutonium,
contained a mixture of isotopes somewhat different from the plutonium found in world-
wide fallout. The summary as given by Del Pizzo et al. (1970) is summarized in Table 4.
If all of the Pu-241 (half life 14.4 y) were to decay to Am-241, the alpha activity would
be increased by 0.02 Ci/g, or +28%. Depending on the year of intake, the radiation dose
to liver, bone, or lung could be increased by as much as about 20% by the Am-241
present in plutonium-containing particles that are inhaled or formed in the body after
deposition. The Pu-240/Pu-239 atom ratio is 0.064 for this weapons grade RFP plutonium.
In contrast, worldwide fallout demonstrates a Pu-240/Pu-239 atom ratio of about 0.177
(Krey, 1976). This difference is useful in distinguishing sources of plutonium found in the
environment.

**Table 4:** Typical constituents of plutonium used before 1970 at the Rocky Flats Plant
(RFP).

| ISOTOPE | Weight Fraction (%) | $\alpha$ activity (Ci/g) |
|---------|---------------------|--------------------------|
| Pu-238  | 0.04                | 0.068                    |
| Pu-239  | 93.3                | 0.0581                   |
| Pu-240  | 6.0                 | 0.0137                   |
| Pu-241  | 0.58                | [$\beta$]                |
| Pu-242  | 0.04                | 0.0000                   |
| Total   | 100.                | 0.0786                   |

## Review of Human Urinalysis Data for Persons Living Near Rocky Flats

Urinalysis data for samples collected from April, 1992, through December, 1993, of
excreted plutonium for persons who had been living near the Rocky Flats Plant (RFP)
during the prior 18 to 60 years are contained in the draft report by Reuss, et al. (1994).
Because of the extremely low concentrations of plutonium in urine, fission track analysis
was used on these samples. Fission track analysis is about 100 times more sensitive than
mass spectrometry and about ten times more sensitive than alpha spectrometry in detection
and measurement of plutonium in urine samples (Boecker et al., 1991). Special methods
are required to use urinalysis data of excreted plutonium to estimate body content of
plutonium and estimate organ doses. The review article by Wrenn and Bertelli (1994) that
appeared in my book on Internal Radiation Dosimetry (Raabe, 1994d) provides an
excellent overview. I relied in my calculations on the pooled model of Leggett and

Eckerman (1987) since it seems to best represent the excretion of plutonium over the widest spread of times, represents a compromise among the best models, has been substantiated by the data of Kathren and McInroy (1991), and has been applied to both inhaled soluble (Class W) and insoluble (Class Y) forms of plutonium using ICRP-30 methodology. We can readily contrast the values that would be obtained from other models for comparison.

I have assumed that a hypothetical exposure occurred around 1968-1969 associated with releases from the 903 pad area and that the urinalysis data were from samples collected 1992-1993, so that the time between the potential exposure and the urinalysis was from about 8,400 days to about 9,100 days. In addition, since fission track measurements were used for the urinalysis, only $^{239}$Pu was measured, so I corrected for the presence of $^{240}$Pu assuming a Rocky Flats Plant atom ratio of 0.064 for $^{240}$Pu/$^{239}$Pu (Del Pizzo et al., 1970), which is equivalent to a radioactivity ratio of 0.24 because of the shorter half-life of $^{240}$Pu. Hence, each aCi ($10^{-18}$ Ci) found in the urine by Reuss, et al. (1994) is actually equivalent to about 1.24 aCi $^{239+240}$Pu.

## Urinary Excretion Models For Plutonium

In order to be able to estimate the human body content of plutonium from urinalysis data, it is necessary to understand the relationship between body content and the amount of plutonium that is excreted in the urine. It has long been known that the fraction of plutonium within the body that is excreted decreases dramatically with time following initial intake (Langham, 1950). Using both: (a) experimental data contrasting intake and urine excretion of plutonium and (b) autopsy data contrasting measured body content with earlier urine excretion data, mathematical models have been developed to quantitatively describe the urinary clearance of plutonium from the human body. Predictions made with these models are all quite similar although not identical. The main models for urinary excretion are given in Table 5 and are shown in Figure 3 for injected plutonium. Note, that the ICRP-56 (1990) model is the Leggett (1985) model. Application of these models to the inhalation of a Class Y form of plutonium particles using the ICRP-30 models yields estimates of urinary excretion as shown in Figure 4.

The combined pooled model of Leggett and Eckerman (1987) is summarized in Table 6. This model is generally recognized as the best available excretion model since it incorporates the desirable features of the other models with modifications that improve the correlation with internal body content of plutonium measured at autopsy in some humans. As we can see, the model predicts that $1.5 \times 10^{-5}$ of the original intake into blood will be excreted in the urine per day for the whole period from 3,000 to 12,500 days after intake.

Report By Dr. O. Raabe - 20

Leggett and Eckerman (1987) used their pooled (or compromise) model in combination with the ICRP-30 (1979) lung model and their compartmental models to calculate the expected urinary excretion after inhalation of airborne particles of insoluble plutonium (Class Y) and more soluble forms (Class W) having a mass median aerodynamic diameter (AMAD) of 1 μm. This size distribution with geometric standard deviation ($\sigma_g$), about equal to 2, well represents the respirable fraction of airborne particles. Particles larger than 4 μm tend to deposit in the upper respiratory tract if inhaled and are cleared relatively rapidly from the lungs compared to particles that deposit in alveolar region and can therefore irradiate lung tissue for extended periods of time. Interestingly, and conveniently, they show that the differences in excretion associated with solubility are important only for times earlier than 1,000 days after intake and that there is virtually no difference for times greater than 6,000 days after intake. Also, they show that the total fraction of inhaled Class Y plutonium that enters the blood is 5% compared to 12% for inhaled Class W plutonium. This simplifies the dose calculations considerably.

**Table 5.** Urinary excretion functions (U(t)) for plutonium (fraction excreted/day).

| | |
|---|---|
| Langham: | $U(t) = 0.20\ t^{-0.74}$ (t>1 day) |
| Jones #9: | $U(t) = 4.75E{-}03\exp(-0.558\ t) + 2.39E{-}04\exp(-0.0442\ t)$ <br> $+\ 8.55E{-}05\exp(-0.0038\ t) + 1.42E{-}05\exp(-2.84E{-}05\ t)$ |
| Jones #10: | $U(t) = 4.73E{-}03\exp(-0.558\ t) + 2.46E{-}04\exp(-0.0455\ t)$ <br> $+\ 9.74E{-}05\exp(-0.00318\ t) + 4.44E{-}05\exp(-5.35E{-}05\ t)$ <br> $-\ 4.26E{-}05\exp(-1.78E{-}04\ t)$ |
| ICRP-54: | $U(t) = 4.10E{-}03\exp(-0.578\ t) + 1.2E{-}03\exp(-0.126\ t)$ <br> $+\ 1.30E{-}04\exp(-0.0165\ t) + 3.00E{-}05\exp(-0.00231\ t)$ <br> $+\ 1.20E{-}05\exp(-1.73E{-}04\ t)$ |
| Leggett: (1985) | $U(t) = 2.44E{-}02\exp(-8.16E{-}01\ t) - 6.44E{-}08\exp(-7.89E{-}08\ t)$ <br> $+\ 6.47E{-}08\exp(-7.38E{-}04\ t) + 6.74E{-}06\exp(-4.10E{-}04\ t)$ <br> $-\ 2.11E{-}06\exp(-7.83E{-}03\ t) + 3.21E{-}06\exp(-1.35E{-}04\ t)$ <br> $+\ 1.11E{-}05\exp(-1.60E{-}05\ t) - 6.25E{-}14\exp(-7.70E{-}03\ t)$ <br> $+\ 1.51E{-}10\exp(-1.39E{-}03\ t) + 6.44E{-}05\exp(-1.28E{-}03\ t)$ <br> $+\ 3.97E{-}06\exp(-1.95E{-}03\ t) + 6.26E{-}08\exp(-5.68E{-}02\ t)$ <br> $-\ 6.62E{-}09\exp(-1.23E{-}04\ t)$ |

Report By Dr. O. Raabe - 21



**Figure 3:** Daily urinary excretion after a single injection of $^{239+240}$Pu, from Wrenn and Bertelli (1994).

Report By Dr. O. Raabe - 22



**Figure 4:** Daily urinary excretion after a single inhalation of Class Y $^{239+240}$Pu, from Wrenn and Bertelli (1994).

**Report By Dr. O. Raabe - 23**

**Table 6:** Compromise values for the urinary and total excretion rates for Pu based on the various approaches from Leggett and Eckerman (1987). Values are the fraction of the initial activity in blood.

| Interval (i) | Period before urine sample (days) | Length of interval (days) | Average urinary excretion rate (fraction/day) | Fraction excreted by end of interval (urine plus feces) |
|---|---|---|---|---|
| 1 | 0-1 | 1 | 0.004 | 0.0075 |
| 2 | 1-2 | 1 | 0.002 | 0.012 |
| 3 | 2-3 | 1 | $1.5 \times 10^{-3}$ | 0.015 |
| 4 | 3-4 | 1 | $1.0 \times 10^{-3}$ | 0.017 |
| 5 | 4-5 | 1 | $7.0 \times 10^{-4}$ | 0.019 |
| 6 | 5-6 | 1 | $6.0 \times 10^{-4}$ | 0.020 |
| 7 | 6-7 | 1 | $5.0 \times 10^{-4}$ | 0.022 |
| 8 | 7-8 | 1 | $4.5 \times 10^{-4}$ | 0.023 |
| 9 | 8-9 | 1 | $4.0 \times 10^{-4}$ | 0.024 |
| 10 | 9-10 | 1 | $3.5 \times 10^{-4}$ | 0.025 |
| 11 | 10-12 | 2 | $3.0 \times 10^{-4}$ | 0.026 |
| 12 | 12-14 | 2 | $2.8 \times 10^{-4}$ | 0.028 |
| 13 | 14-16 | 2 | $2.6 \times 10^{-4}$ | 0.029 |
| 14 | 16-18 | 2 | $2.3 \times 10^{-4}$ | 0.031 |
| 15 | 18-20 | 2 | $2.0 \times 10^{-4}$ | 0.032 |
| 16 | 20-25 | 5 | $1.8 \times 10^{-4}$ | 0.034 |
| 17 | 25-30 | 5 | $1.6 \times 10^{-4}$ | 0.036 |
| 18 | 30-35 | 5 | $1.5 \times 10^{-4}$ | 0.038 |
| 19 | 35-40 | 5 | $1.3 \times 10^{-4}$ | 0.039 |
| 20 | 40-50 | 10 | $1.2 \times 10^{-4}$ | 0.041 |
| 21 | 50-6- | 10 | $1.1 \times 10^{-4}$ | 0.043 |
| 22 | 60-70 | 10 | $1.05 \times 10^{-4}$ | 0.044 |
| 23 | 70-80 | 10 | $1.0 \times 10^{-4}$ | 0.046 |
| 24 | 80-90 | 10 | $9.5 \times 10^{-5}$ | 0.047 |
| 25 | 90-100 | 10 | $9.0 \times 10^{-5}$ | 0.049 |

**Report By Dr. O. Raabe - 24**

| | | | | |
|---|---|---|---|---|
| 26 | 100-110 | 10 | $8.5 \times 10^{-5}$ | 0.050 |
| 27 | 110-120 | 10 | $8.0 \times 10^{-5}$ | 0.051 |
| 28 | 120-130 | 10 | $7.5 \times 10^{-5}$ | 0.052 |
| 29 | 130-140 | 10 | $7.0 \times 10^{-5}$ | 0.053 |
| 30 | 140-150 | 10 | $6.5 \times 10^{-5}$ | 0.054 |
| 31 | 150-200 | 50 | $6.0 \times 10^{-5}$ | 0.058 |
| 32 | 200-300 | 100 | $5.0 \times 10^{-5}$ | 0.064 |
| 33 | 300-400 | 100 | $4.5 \times 10^{-5}$ | 0.069 |
| 34 | 400-500 | 100 | $4.0 \times 10^{-5}$ | 0.074 |
| 35 | 500-600 | 100 | $3.5 \times 10^{-5}$ | 0.079 |
| 36 | 600-800 | 200 | $3.0 \times 10^{-5}$ | 0.086 |
| 37 | 800-1,000 | 200 | $2.5 \times 10^{-5}$ | 0.092 |
| 38 | 1,000-1,500 | 500 | $2.2 \times 10^{-5}$ | 0.11 |
| 39 | 1,500-2,000 | 500 | $2.0 \times 10^{-5}$ | 0.12 |
| 40 | 2,000-2,500 | 500 | $1.8 \times 10^{-5}$ | 0.13 |
| 41 | 2,500-3,000 | 500 | $1.6 \times 10^{-5}$ | 0.14 |
| 42 | 3,000-4,000 | 1,000 | $1.5 \times 10^{-5}$ | 0.16 |
| 43 | 4,000-5,000 | 1,000 | $1.5 \times 10^{-5}$ | 0.18 |
| 44 | 5,000-6,000 | 1,000 | $1.5 \times 10^{-5}$ | 0.21 |
| 45 | 6,000-8,000 | 2,000 | $1.5 \times 10^{-5}$ | 0.25 |
| 46 | 8,000-10,000 | 2,000 | $1.5 \times 10^{-5}$ | 0.29 |
| 47 | 10,000-12,500 | 2,500 | $1.5 \times 10^{-5}$ | 0.34 |
| 48 | 12,500-15,000 | 2,500 | $1.2 \times 10^{-5}$ | 0.38 |
| 49 | 15,000-17,500 | 2,500 | $1.1 \times 10^{-5}$ | 0.42 |
| 50 | 17,500-20,000 | 2,500 | $1.0 \times 10^{-5}$ | 0.46 |

## Dose Calculation Utilizing Urinalysis Data

I limit my dose calculations to those twelve individuals living near the Rocky Flats Plant within the boundary being considered in this case (see Fig. 4 in Reuss et al., 1994). An example calculation of body content and dose proceeds as follows for an observed $^{239}$Pu excretion rate of 36 aCi/day for sample number 3 (Reuss et al., 1994). Since these urinalysis measurements did not include $^{240}$Pu, the total activity of $^{239+240}$Pu is 1.24 times the observed $^{239}$Pu activity assuming Rocky Flats Plant grade plutonium, or 1.24 × 36 aCi/day $^{239}$Pu = 44 aCi/day for $^{239+240}$Pu. For a time period of about 8,400 to 9,100 days after intake to the time of urine collection, the hypothetical initial intake in 1968-1969 would have been 44 aCi/$1.5×10^{-5}$ = 2,900,000 aCi = 2.9 pCi initial intake into the blood (from Table 6).

Since 5% of inhaled Class Y insoluble plutonium eventually enters the blood circulation from the lung in the ICRP-30 models, the inhaled activity is estimated as 2.9 pCi/0.05 = 58 pCi inhaled. Using the dose conversion factor in Table 7 obtained from ICRP-30(1980), the 50-year committed effective dose equivalent (CEDE) is given by 0.31 mrem/pCi for inhaled plutonium Class Y. Hence, 58 pCi × 0.31 = 18 mrem total over the 50 years to the year 2018. Similarly the committed organ dose equivalents (CODE) are calculated from the inhaled 58 pCi using the dose conversion factors in Table 7 as summarized in Table 8. This calculation assumes highest dose situation where all of the plutonium excreted by these individuals originated from the Rocky Flats Plant, but in actuality some or all of the excreted plutonium may have been associated with normal exposures to world-wide fallout.

Since the regulatory limits in force in 1968 did not include bone surfaces, it is interesting to estimate the dose to the whole skeleton. The dose to the marrow free skeleton is approximately 7% of that calculated to the bone surfaces for $^{239+240}$Pu since the bone surfaces represent only 120 g of tissue compared to the marrow-free skeleton of 7,000 g for reference man and since only about 24% of the alpha radiation is deposited in the 120 g on bone surface tissue and the remaining 76% is deposited in other parts of the skeleton. The corresponding marrow-free skeleton committed organ dose equivalents (CODE) are therefore about 90 mrem for either the Class W or the Class Y $^{239+240}$Pu.

The calculated doses for these twelve individuals are summarized in Table 9. These dose are all extremely small compared to the 50-year effective dose equivalent of about 360 mrem/year × 50 years = 18,000 mrem from natural background and other background exposures that we all receive. In addition, the observed excretion rates observed in people living near Rocky Flats are smaller than the typical plutonium excretion rates for people living elsewhere in the U.S. (Boecker et al., 1991). These data indicate that there was either no exposure to Rocky Flats plutonium or that the exposures were undetectably small.

If one of the other models had been used as shown in Figure 3 or Figure 4, the resulting dose estimates could have been as much as about 4 times larger with the ICRP-54 model

**Report By Dr. O. Raabe - 26**

or the Langham model, or about 15% smaller with the Jones #10 model. However, the ICRP-54 and Langham models are known to overestimate the plutonium body content, while the Leggett and Eckerman model fits best to all of the known human data.

**Table 7:** 50-year Committed Organ Dose Equivalent (CODE) and Committed Effective Dose Equivalent (CEDE) Dose Conversion Factors (mrem/pCi) for Inhaled $^{239+240}$Pu from ICRP-30 (1979) or EPA Federal Guidance Report No.11 (1988), where Class W is relatively soluble plutonium and Class Y is relatively insoluble plutonium.

| Solubility CLASS | W | Y |
|---|---|---|
| $f_1$ (ingestion uptake fraction) | $10^{-3}$ | $10^{-5}$ |
| Gonad (CODE mrem/pCi) | 0.12 | 0.04 |
| Lung (CODE mrem/pCi) | 0.06 | 1.20 |
| Red Marrow (CODE mrem/pCi) | 0.63 | 0.24 |
| Bone Surfaces (CODE mrem/pCi) | 7.81 | 3.04 |
| Remainder (CODE mrem/pCi) | 0.28 | 0.11 |
| Effective (CEDE mrem/pCi) | 0.43 | 0.31 |

**Table 8:** 50-year Committed Organ Dose Equivalent (CODE) and Committed Effective Dose Equivalent (CEDE) for Inhaled $^{239+240}$Pu from ICRP-30 (1979) or EPA Federal Guidance Report No.11 (1988) based on Leggett and Eckerman (1987) for Sample number 3 with hypothetical inhalation of 58 pCi in 1968, where Class Y refers to typical relatively insoluble forms of plutonium.

| Solubility CLASS | Y |
|---|---|
| $f_1$ (ingestion uptake fraction) | $10^{-5}$ |
| Gonad (CODE mrem ) | 2 |
| Lung (CODE mrem ) | 70 |
| Red Bone Marrow (CODE mrem ) | 14 |
| Bone Surfaces (CODE mrem )* | 176 |
| Remainder (CODE mrem ) | 6 |
| Effective (CEDE mrem ) | 18 |

*The equivalent average dose to the marrow-free skeleton in about 7% of dose to bone surfaces.

**Table 9:** Results of Fission Track Urinalysis of Excreted Plutonium from April, 1992, through December, 1993, for People Living Near Rocky Flats (based on the study of Reuss et al., 1994).

| Sample | Years lived near RFP | Observed $^{239}$Pu excretion rate (aCi/d±SD) | Calculated Systemic $^{239+240}$Pu 1968-69 (pCi)[a] | Possible inhalation in 1968 of $^{239+240}$Pu (pCi)[b] | Calculated Lung Dose 1968-2018 (mrem)[b] | Calculated Effective Dose 1968-2018 (mrem)[c] |
|---|---|---|---|---|---|---|
| 3 | 30 | 36±15 | 2.9 | 58 | 70 | 18 |
| 4 | 40 | 44±20 | 3.6 | 72 | 86 | 22 |
| 10 | 46 | 34±10 | 2.8 | 56 | 67 | 17 |
| 11 | 28 | −1±8 | 0 | 0 | 0 | 0 |
| 12 | 35 | 15±11 | 1.3 | 26 | 31 | 8 |
| 13 | 34 | 11±7 | 0.9 | 18 | 22 | 6 |
| 14 | 60 | 9±13 | 0.7 | 14 | 17 | 4 |
| 15 | 60 | 53±17 | 4.3 | 86 | 103 | 27 |
| 18 | 18 | 34±11 | 2.8 | 56 | 67 | 17 |
| 19 | 21 | 41±11 | 3.4 | 68 | 82 | 21 |
| 23 | 29 | 29±11 | 2.4 | 48 | 57 | 15 |
| 25 | 39 | 37±11 | 3.1 | 62 | 74 | 19 |
| USA[d] | 0 | 80[d] | 5.0 | 100 | 120 | 31 |

[a]Leggett and Eckerman (1987) and Table 4, for assumed Rocky Flats Plant plutonium.

[b]ICRP-30 (1979) for Class Y insoluble particles containing plutonium for hypothetical inhalation intake in 1968-1969 assuming all plutonium in urine was associated with that hypothetical exposure.

[c]Committed Effective Dose Equivalent (CEDE) for 50 years after possible inhalation exposure in 1968-1969; during this 50 years a typical U.S. resident would receive an additional 18,000 mrem from natural background and other usual sources.

[d]Combined $^{239+240}$Pu daily excretion for a typical resident of the United States based on Boecker et al., 1991.

Report By Dr. O. Raabe - 28

### Postmortem Measurements of Plutonium in Human Organs

In 1975 the U.S. Environmental Protection Agency sponsored a major study of the
plutonium content of human tissues obtained after death for people who had lived near
Rocky Flats and in other parts of Colorado. The tissues were collected from autopsy cases
during the period from 1976-1979. The study targeted persons who were not
occupationally exposed to plutonium. The resulting analyses of the plutonium content of
liver and lung tissues were reported for 473 cases by Cobb et al. (1983) and for skeletal
samples for 59 of these cases by Efurd et al. (1995).

In all, Cobb et al. (1983) reported that 519 autopsies were conducted, of which 449
formed a appropriate study group of cases that were analyzed for $^{239+240}$Pu in liver and/or
lung tissues. Overall, the results showed that the liver and lung content of plutonium in
people living near the Rocky Flats Plant was very small and was not significantly
different from the plutonium content of liver and lung observed in people living in other
parts of Colorado and in other States including New York. These observed plutonium
levels within people have resulted from world-wide fallout from atmospheric testing
several years ago of nuclear weapons by various countries including the U.S. Also the Pu-
240/Pu-239 atom isotope ratio on the average for the trace amounts of plutonium in
people near Rocky Flats was not significantly different from the 0.177 value associated
with world-wide fallout (Krey, 1976). Cobb et al (1983) concluded that the Rocky Flats ·
Plant contributed little if any to the exposure of people in Colorado to plutonium.

The Cobb et al. (1983) cases 106, 164, 251, and 519 lived for some period of time within
or near the boundary being considered in this action. Review of these cases showed that
each had trace amounts of plutonium in liver and/or lung tissue. Of this group, case 106
had the highest values. It is instructive to attempt to reconstruct the dosimetry for this
case.

Case 106 was a 46 year old female who lived near the Rocky Flats Plant from 1968 to
her death in 1977. A sample of lung of 446.4 g had only 0.07 pCi of $^{239+240}$Pu. This
represents 0.13 pCi for an 800 g total lung, which represents only 0.3 mrem per year dose
to the lung. A liver sample of 508.6 g had 0.56 pCi of $^{239+240}$Pu. This represents 1.51 pCi
for a liver of 1400 g and a dose rate of 2 mrem per year. If a hypothetical scenario is
assumed in which the plutonium found in case 106 came from a release at Rocky Flats
in 1968-1969, the liver would have had about 2 pCi in 1969 (with 20 y biological half
life). Since the liver receives about 30% of a systemic burden, the equivalent systemic
content would have been 6.7 pCi of $^{239+240}$Pu. This is about two times higher than the
values estimated by urinalysis (Table 9), but still a very small quantity.

Efurd et al. (1995) measured the plutonium in a small piece of bone from the sternum
(18.36 g) and extrapolated to the expected content of a 10,000 gram skeleton to be
23.85 pCi. Actually, the plutonium in a woman deposits only in about 5,000 grams of
bone rather than 10,000 g (McInroy, 1981), so the correct estimate is 11.9 pCi in skeleton.
Unfortunately, estimation of skeletal burdens of plutonium by analysis of a small piece
of bone is not very reliable since plutonium does not deposit uniformly in the skeleton.

Assuming that this value is correct, this represents a skeletal uptake of 13.3 pCi of $^{239+240}$Pu in 1969 (biological half time 50 y), and systemic content of 26.6 pCi (50% in skeleton). The average of the liver and skeletal estimates of systemic intake is therefore 16.7 pCi. Under the hypothetical condition that this was an intake of insoluble (Class Y) plutonium where only 5% of inhaled plutonium entered the systemic circulation, these data would suggest an inhalation of 333 pCi of $^{239+240}$Pu. The whole body 50-year committed effective dose equivalent (CEDE) would have been 103 mrem beginning in 1968 (averaging about 2 mrem per year). The committed lung dose (CODE) for such an exposure in 1968 would have been about 300 mrem (averaging 6 mrem/year) using the dose conversion factors of Table 7. This result is unlikely to be correct since the dose rate at death to the lung was only 0.3 mrem per year. In any case, these CEDE and CODE doses are very small compared to the 360 mrem background annual effective dose equivalent (18,000 mrem in 50 years) and the several thousand mrem received by the lung each year from naturally occurring radon gas and its decay products. The potential dose possibly received by even the highest case, is, therefore, quite small. The other cases within the group, 164, 251, and 519, had similar or lower potential radiation doses (Table 10). The average Pu-240/Pu-239 atom ratio for these four cases was about 0.18, close to the 0.177 of worldwide fallout. These data are consistent with exposures to world-wide fallout of $^{239+240}$Pu alone with no contribution from the Rocky Flats Plant.

**Table 10:** Summary of relevant cases from the Cobb et al. (1983) postmortem studies.

| Case | Sex (age) | Lung $^{239+240}$Pu (pCi) | Lung annual dose (mrem) | Liver $^{239+240}$Pu (pCi) | Liver annual dose (mrem) | Skeleton $^{239+240}$Pu (pCi) | Estimated CEDE 1968-2018 (mrem) | $^{240}$Pu to $^{239}$Pu atom ratio |
|------|-----------|---------------------------|-------------------------|----------------------------|--------------------------|-------------------------------|--------------------------------|--------------------------------------|
| 106 | F (46) | 0.13 | 0.31 | 1.51 | 2.1 | 11.9 | 103 | 0.18 |
| 164 | M(57) | 0.11 | 0.25 | n.a. | n.a. | 18.5 | 186 | 0.20 |
| 251 | F (28) | 0.04 | 0.13 | 0.74 | 1.0 | 13.1 | 81 | 0.15 |
| 519 | F (12) | 0.005 | 0.01 | 0.08 | 0.2 | n.a. | 6 | 0.18 |

## Improved Dosimetric Models of ICRP

Improved dosimetric models applicable to inhaled plutonium isotopes have recently been published by the International Commission on Radiological Protection (ICRP-71 (1996) and ICRP-72, 1996). These models are based on the new, improved lung model described in ICRP-66 (1994) This new lung model has extensively improved the analysis of dose to the bronchial epithelium including the addition of provisions to described delayed clearance of some deposited particles in the bronchial airways. The resulting models yield much smaller doses per unit of inhaled activity than those of ICRP-30 (1979, 1980) used in the above calculation for the same size distribution of particles, namely AMAD = 1.0 µm for respirable particles. The new dose conversion factors for insoluble and respirable particles containing $^{239+240}$Pu are summarized in Table 11. For long-lived insoluble radionuclides (now Absorption Type S for slow clearance) the dose to the

Report By Dr. O. Raabe - 30

parenchyma of the deep lung is greater than the dose to the bronchial epithelium even after accounting for some delayed bronchial clearance and weighting the dose to the bronchial epithelium two times the dose to the rest of the lung. In the new lung model the uptake of insoluble forms of plutonium into the systemic circulation is only about 2% of the amount inhaled because of lower deposition and a revised clearance analysis. Overall, the use of the new lung model would reduce the committed effective dose equivalent to the body for inhaled relatively insoluble forms of $^{239+240}$Pu as calculated above by a factor of about two.

Hence, the application of the new dosimetric models of the ICRP would result in much smaller estimated doses to people living near the Rocky Flats Plant than those calculated above.

**Table 11:** Revised 50-year Committed Organ Dose Equivalent (CODE) and Committed Effective Dose Equivalent (CEDE) Dose Conversion Factors (mrem/pCi) in adults for Inhaled $^{239+240}$Pu from for airborne particle with AMAD = 1 μm where Absorption Type M is moderately soluble plutonium and Absorption Type S is relatively insoluble plutonium.ICRP-71 (1996).

| Absorption Type | M | S |
|---|---|---|
| $f_1$ (ingestion uptake fraction) | $5 \times 10^{-4}$ | $10^{-5}$ |
| Gonad (CODE mrem/pCi) | 0.08 | 0.01 |
| Lung (CODE mrem/pCi) | 0.12 | 0.32 |
| Red Marrow (CODE mrem/pCi) | 0.27 | 0.03 |
| Bone Surfaces (CODE mrem/pCi) | 5.56 | 0.67 |
| Liver (CODE mrem/pCi) | 1.22 | 0.14 |
| Effective (CEDE mrem/pCi) | 0.19 | 0.06 |

**Summary**

Plutonium (abbreviated Pu) is a metallic element produced from uranium in nuclear fission reactors by neutron absorption. Only traces are found in nature. All plutonium isotopes are radioactive. There are now trace amounts of plutonium in the surface soil and water and in the atmosphere of the earth as a result of world-wide fallout from nuclear weapons tests and other accidental releases of small amounts into the environment. The United Nations Scientific Committee on the Effects of Atomic Radiation (UNSCEAR, 1982) provides estimates of the quantities of these radionuclides that have deposited on the surface of the earth. The total deposition in the north temperate zone of the earth is 1600 picocuries per square meter of the earth for the isotopes plutonium-239 and plutonium-240. Also, the air we breathe contains small amounts of plutonium. Since plutonium has limited environmental or biological mobility, the uptake of environmental

**Report By Dr. O. Raabe - 31**

plutonium by people is limited to trace amounts. Every person living on the earth today has small amounts of plutonium in lung tissue, liver, or bones, but the radiation dose received from this plutonium is a small fraction of natural background exposures from naturally occurring alpha emitting radionuclides such as natural radon or radium.

The observed levels of plutonium in the bodies of people living near the Rocky Flats Plant measured by urinalysis or by autopsy radioanalysis are not significantly different than the levels in people living in other parts of Colorado and are similar to the levels found in people living in other States. The atom ratio of the isotope plutonium-240 to the isotope plutonium-239 for traces of plutonium found in people living near the Rocky Flat Plant is not significantly different from the atom ratio of these isotopes found in world-wide fallout, but is quite different from the ratio of these isotopes found in plutonium used in work at the Rocky Flats Plant. The data show that there has been no measurable exposure of people in the environs of the Rocky Flats Plant to plutonium originating from the Rocky Flats Plant. The potential radiation doses associated with the observed levels of plutonium in urinalysis and postmortem specimens are negligibly small compared to the normal background exposures to ionizing radiation that everyone receives.

In addition, there is no known or expected risk from the trace amounts of plutonium in the environment and the resulting small radiation doses. In fact, studies of the cancer risk from internally deposited radionuclides in both people and laboratory animals show that there is an unobservably small risk, if any, from trace amounts of radioactive materials deposited in the body. Radiation doses exceeding hundreds of rem are needed to result in an observable risk. Models of the dose-response relationships for internally deposited radionuclides predict that a life-span effective threshold exists that sharply limits the occurrence of radiation-induced cancer at dose rates smaller than 20 rem per year which is about 50 times normal background exposures. The linear dose-response relationships that have been used to describe risks from instantaneous radiation exposures that occur during an atomic bomb explosion or from x-ray machines do not appear to be applicable to environmental exposures to plutonium.

Respectfully submitted November 19, 1996,

Otto G. Raabe, Ph.D., C.H.P.

Report By Dr. O. Raabe - 32

## REFERENCES

American Cancer Society (1996). Cancer statistics, 1996, *CA Cancer J. Clin.* 65: 5-27.

Argonne National Laboratory (1985). *Environmental Research Division annual report: Center for Human Radiobiology - July 1983-June 1984.* ANL-84-103 Part II, NTIS, Springfield, VA.

Aub, J.C., Evans, R.D., Hemplemann, L.H., and Martland, H.S. (1952). The late effects of internally deposited radioactive materials in man, *Medicine* 31: 221-239.

BEIR IV (1988). Committee on the Biological Effects of Ionizing Radiations. *Health Risks of Radon and Other Internally Deposited Alpha-Emitters*, National Academy Press, Washington.

BEIR V (1990). Committee on the Biological Effects of Ionizing Radiations. *Health Effects of Exposure to Low Levels of Ionizing Radiation*, National Academy Press, Washington, DC.

Boecker, B.B., R. Hall, K. Inn, J. Lawrence, P. Ziemer, G. Eisele, B. Wachholz, and W. Burr (1991). Current status of bioassay procedures to detect and quantify previous exposures to radioactive materials, *Health Phys.* 60 (Sup.1): 45-100.

Cardis, E., E.S. Gilbert, L. Carpenter, G. Howe, I. Kato, B.K. Armstrong, V. Beral, G. Cowper, A. Douglas, J. Fix, S.A. Fry, J. Kaldor, C. Lavé, L. Salmon, P.G. Smith, G.L. Voelz, and L.D. Wiggs (1995). Effects of low doses and low dose rates of external ionizing radiation: Cancer mortality among nuclear industry workers in three countries, *Radiation Res.* 142: 117-132.

Cleveland, J.M. (1970). *The Chemistry of Plutonium*, Gordon and Breach Science, New York.

Crump, K.S., T.H. Ng, and R.G. Cuddihy (1987). Cancer incidence patterns in the Denver Metropolitan Area in relationship to the Rocky Flats Plant, *Amer. J. Epidemiology* 126: 127-135.

Del Pizzo, R.G., Owen, J.B., Putzier, E.A. (1970). Rapid estimation of $^{241}$Am content of plutonium, *Health Physics* 18: 725-727.

Eisenbud, Merril (1987). *Environmental Radioactivity From Natural, Industrial, and Military Sources*, Third Edition, Academic Press, New York.

EPA (1980). *Environmental Radiation Data*, Reports 19-22, U.S. Environmental Protection Agency, Office of Radiation Programs, Washington, DC.

EPA (1988). Federal Guidance Report #11, *Limiting Values of Radionuclide Intake and Air Concentration and Dose Conversion Factors for Inhalation, Submersion, and Ingestion* (Eckerman, K.P., Wolbarst, A.B., and Richardson, A.C.B.), EPA-5210/1-88-020, Office of Radiation Programs, U.S. Environmental Protection Agency

EPA (1993). *Environmental Radiation Data*, Report 67, 402-R-93-019, U.S. Environmental Protection Agency, Office of Radiation Programs, Washington, DC.

Evans, R.D. (1955). *The Atomic Nucleus*. McGraw-Hill Book Company, New York.

Evans, R.D. (1967). The radium standard for boneseekers - evaluation of the data on radium patients and dial painters. *Health Phys.* 13: 267-278.

Evans, R.D. (1974). Radium in man. *Health Phys.* 27: 497-519.

Fisenne, M and Cohen, N. (1981). Fallout $^{239,240}$Pu in tissues from New York City residents: Implications and modification of the ICRP inhalation model, in *Actinides in Man and Animals* (Wrenn, M.E., Ed.), RD Press, University of Utah, Salt Lake City.

Fleischer, R.L. and O.G. Raabe, O.G. (1977). Fragmentation of respirable $PuO_2$ particles in water by alpha decay--a mode of "dissolution." *Health Physics* 32:253-257

Fleischer, R.L. and Raabe, O.G. (1978). On the mechanism of "dissolution" in liquids of $PuO_2$ by alpha decay. *Health Physics* 35:545-548

Gilbert, E.S., G.R. Petersen, and J.A. Buchanan (1989) Mortality of workers at the Hanford Site: 1945-1981, *Radiation Res.* 56: 11-25.

Gilbert, E.S. (1995). Radiation Workers Epidemiology and Risk, Chapter 19, pp. 553-580, in *Radiation Protection at Nuclear Reactors* (C.J. Maletskos, Ed.), Medical Physics Publishing, Madison, WI.

Hardy, E.P., Krey, P.W., and Vochok, H.L. (1973). Global inventory and distribution of fallout plutonium, *Nature* 241: 444-445.

Hodge, H.C., J.N. Stannard, and J.B. Hursh (Eds.) (1973). *Uranium, Plutonium, Transplutonium Elements*, Springer-Verlag, New York.

IARC (1994), Direct estimates of cancer mortality due to low doses of ionising radiation: an international study, *Lancet* 344: 1039-1043.

ICRP-19 (1972). International Commission on Radiological Protection, *The Metabolism of Compounds of Plutonium and Other Actinides*, Pergamon Press, Oxford.

ICRP-23 (1975). *Task Group Report on Reference Man.* Publication 23, Pergamon Press, Elmsford, NY; .

Report By Dr. O. Raabe - 34

ICRP-26 (1977). International Commission on Radiological Protection. *Recommendations of the International Commission on Radiological Protection*, ICRP Publication 26, Pergamon Press, Oxford.

ICRP-30 (1979). International Commission on Radiological Protection. *Limits for Intakes of Radionuclides by Workers*. Publication 30, Part 1, Pergamon Press, Elmsford, NY.

ICRP-30, Suppl. to Part 1. (1980). International Commission on Radiological Protection. *Limits for Intakes of Radionuclides by Workers*. Publication 30, Supplement to Part 1, Pergamon Press, Elmsford, NY.

ICRP-31 (1980). International Commission on Radiological Protection. *Biological effects of inhaled radionuclides*, International Commission on Radiological Protection, ICRP Publication 31. Pergamon Press, Oxford.

ICRP-38 (1983). International Commission on Radiological Protection. *Radionuclide Transformations, Energy and Intensity of Emissions*. Publication 38. Pergamon Press, Elmsford, NY.

ICRP-48 (1986). International Commission on Radiological Protection. *The Metabolism of Plutonium and Related Elements*, ICRP Publication 48, Pergamon Press, Oxford.

ICRP-50 (1987), International Commission on Radiological Protection. *Lung cancer risk from indoor exposures to radon daughters*, ICRP Publication 50. Oxford: Pergamon Press.

ICRP-56 (1990). International Commission on Radiological Protection. *Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 1*, ICRP Publication 56, Pergamon Press, Oxford.

ICRP-60 (1991). International Commission on Radiological Protection *1990 Recommendations of the International Commission on Radiological Protection*, ICRP Publication 60, Pergamon Press, Oxford.

ICRP-66 (1994), International Commission on Radiological Protection *Human Respiratory Tract Model for Radiological Protection*, ICRP Publication 66, Pergamon Press, Oxford.

ICRP-67 (1994), International Commission on Radiological Protection. *Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 2, Ingestion Dose Coefficients*, ICRP Publication 67, Pergamon Press, Oxford.

ICRP-68 (1994), International Commission on Radiological Protection,. Age-dependent Doses *Coefficients for Intakes of Radionuclides by Workers*, ICRP Publication 68, Pergamon Press, Oxford.

ICRP-71 (1996), International Commission on Radiological Protection. *Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 4, Inhalation Dose Coefficients*, ICRP Publication 71, Pergamon Press, Oxford.

ICRP-72 (1996), International Commission on Radiological Protection, *Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 5, Compilation of Ingestion and Inhalation Dose Coefficients*, ICRP Publication 72, Pergamon Press, Oxford.

ICRU-30 (1980a). *Quantitative Concepts and Dosimetry in Radiobiology*. Report 30. International Commission on Radiation Units and Measurements, Washington, D.C.

ICRU-33 (1980b). *Radiation Quantities and Units*. Report 33. International Commission on Radiation Units and Measurements, Washington, D.C.

ICRU-40 (1970b). *The Quality Factor in Radiation Protection*. Report 40. International Commission on Radiation Units and Measurements, Washington, D.C.

ICRU-51 (1993). International Commission on Radiation Units and Measurement, *Quantities and Units in Radiation Protection Dosimetry*. Report 51. s, Washington, D.C.

ICRU (1976). *Conceptual Basis for the Determination of Dose Equivalent*. Report 25. International Commission on Radiation Units and Measurements, Washington, D.C.

Jablon, S., Hrubec, H., and Boice, J.D. (1991). Cancer in Populations Living Near Nuclear Facilities. *Journal of the American Medical Association* 265, 1403-1408.

Jones S. R. Derivation and validation of a urinary excretion function for plutonium applicable over tens of years post uptake. *Radiat. Prot. Dosim.* 11:19-27; 1985.

Kathren, R.L.; McInroy, J.F. (1991) Comparison of systemic plutonium deposition estimates from urinalysis and autopsy data in five whole-body donors. *Health Phys.* 60: 481-488; 1991.

Krey, P.W. (1976) Remote plutonium contamination and total inventories from Rocky Flats, *Health Phys.* 30: 209-214.

Langham, W.H.; Bassett, S.H.; Harris, P.S.; Carter, R.E. (1950) Distribution and excretion of plutonium administered intravenously to man. U.S. Atomic Energy Commission Document *LA-1151*, Los Alamos, NM: Los Alamos Scientific Laboratory, 1950. [ Reprinted, *Health Phys.* 38:1031-1060; 1980.]

Leggett, R.W. (1985). A model of the retention, translocation, and excretion of systemic Pu. *Health Phys.* 49:1115-1138.

Leggett, R.W.; Eckerman, K. F. (1987). A method for estimating the systemic burden of Pu from urinalysis. *Health Phys.* 52:337-346.

Little, J.B., Kennedy, A.R., and McGandy, R.B. (1978) Effect of dose distribution on the induction of experimental lung cancer by alpha radiation, *Health Phys.* 35: 595-606.

Mauderly, J.L. and R.A. Daynes (1994). Biennial Report of Long-term Dose-response Studies of Inhaled or Injected Radionuclides, Inhalation Toxicology Research Institute, Albuquerque, NM.

McInroy, J.F., Boyd, H.A., and Eutsler, B.C. (1981). Deposition and retention of plutonium in the United States general population, in *Actinides in Man and Animals* (Wrenn, M.E., Ed.), RD Press, University of Utah, Salt Lake City.

National Research Council (1976). Health effects of alpha-emitting particles in the respiratory tract, EPA 520/4-76-013, Environmental Protection Agency, Washington, DC.

NCRP-39 (1971). National Council on Radiation Protection and Measurement. *Basic Radiation Protection Criteria*, NCRP Report No. 39 (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

NCRP-82 (1985). National Council on Radiation Protection and Measurements *SI Units in Radiation Protection and Measurements*. Report 82. (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

NCRP-92 (1987). National Council on Radiation Protection and Measurement. *Public Radiation Exposure from Nuclear Power Generation in the United States*, NCRP Report No. 92 (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

NCRP-93 (1987). National Council on Radiation Protection and Measurement. *Ionizing Radiation Exposure of the Population of the United States*, NCRP Report No. 93 (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

NCRP-94 (1987). National Council on Radiation Protection and Measurement. *Exposure of the Population of the United States and Canada from Natural Background Radiation*, NCRP Report No. 94 (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

NCRP-95 (1987). National Council on Radiation Protection and Measurement. *Exposure of the U.S. Population from Consumer Products and Miscellaneous Sources*, NCRP Report No. 95 (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

NCRP-103 (1989). National Council on Radiation Protection and Measurement. *Control of Radon in Houses*, NCRP Report No. 103 (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

NCRP-104 (1990). National Council on Radiation Protection and Measurements *The Relative Biological Effectiveness of Radiations of Different Quality.* Report 104. (National Council on Radiation Protection and Measurement, Bethesda, Maryland).

Park, J.F. (1993) *Pacific Northwest Laboratory Annual Report for 1992 to the DOE Office of Energy Research: Part 1: Biomedical Sciences*, Battelle Pacific Northwest Laboratory, Richland, WA (1993).

Raabe, O.G., Kanapilly, G.M. and Boyd, H.A. (1973). Studies of the in vitro solubility of respirable particles of [238]Pu and [239]Pu oxides and an accidentally released aerosol containing [239]Pu. *Inhalation Toxicology Research Institute Annual Report 1972-1973*, LF-46 (UC-48), pp. 24-30, Lovelace Foundation for Medical Education and Research, Albuquerque, New Mexico. (Available from NTIS.)

Raabe, O.G. (1980). Physical properties of aerosols affecting inhalation toxicology. In Pulmonary Toxicology of Respirable Particles (C.L. Sanders, F.T. Cross, G.E. Dagle, J.A. Mahaffey, Eds.), *Proceedings of 19th Annual Hanford Life Sciences Symposium*, Technical Information Center, U.S. Department of Energy, CONF-791002, pp. 1-28, 1980.

Raabe, O.G., S.A Book and N.J. Parks (1980). Bone cancer from radium: Canine dose response ex[plains data for mice and humans, *Science* 208: 61-64.

Raabe, O.G. (1984). Comparison of the carcinogenicity of radium and bone seeking actinides, *Health Phys.* 46: 1241-1258.

Raabe, O.G. (1987). Three-dimensional Dose-response Models of Competing Risks and Natural Life Span, *Fundamental and Applied Toxicology* 8: 465-473.

Raabe, O.G. (1988). Respiratory system risk estimation for inhaled radionuclides utilizing lognormal response surfaces, *Annals Occupat. Hyg.* 32 (Suppl. 1): 1129-1139.

Raabe, O.G. (1989). Scaling of fatal cancer risks from laboratory animals to man. *Health Physics* 57 Suppl 1:419-432.

Raabe, O.G. (1994a). An Introduction to Internal Radiation Dosimetry, Chapter 1 in *Internal Radiation Dosimetry*, Medical Physics Publishing Company, Madison, WI.

Raabe, O.G. (1994b). Characterization of Radioactive Airborne Particles,Chapter 1 in *Internal Radiation Dosimetry*, Medical Physics Publishing Company, Madison, WI.

Raabe, O.G. (1994c). Three-dimensional Models of Risk from Internally Deposited Radionuclides, Chapter 1 in *Internal Radiation Dosimetry*, Medical Physics Publishing Company, Madison, WI.

Raabe, O.G. (ed.). (1994d). *Internal Radiation Dosimetry*, Medical Physics Publishing, Milwaukee (WI).

Reuss, S.K.; Ibrahim, S.A.; Whicker, F.W. (1994). Plutonium Excretion in Human Urine: Effect of Proximity to Rocky Flats, Age, and Other Factors. Dept. Radiological Health Sciences, Colorado State University, Ft. Collins, CO; Draft Copy, November 1994.

Romney, E.M., Mork, H.M., and Larson, K.H. (1970). Persistence of Plutonium in Soil, Plants, and Small Mammals, *Health Physics* 19: 487-491.

Rowland, R.E. (1994) *Radium in Humans, A Review of U.S. Studies*, ANL/ER-3, UC-108, Argonne National Laboratory, Argonne, IL.

Singh, N.P. (1990). Thorium, uranium, and plutonium in human tissues of world-wide general population. *J. Radioanalytical and Nuclear Chemistry* 138: 347-369.

Snyder, W.S. (1975). *Report of the Task Group on Reference Man*, International Commission on Radiological Protection Publication 23 Oxford: Pergamon Press.

Thomas, R.G. (1994). The U.S. radium luminisers: A case for a policy of 'below regulatory concern,' *Journal of Radiological Protection* 14: 141-153.

UNSCEAR (1977). *Sources and Effects of Ionizing Radiation*, United Nations Scientific Committee of the Effects of Atomic Radiation, United Nations, New York.

UNSCEAR (1982). *Ionizing Radiation: Sources and Biological Effects*, United Nations Scientific Committee of the Effects of Atomic Radiation, United Nations, New York.

UNSCEAR (1988). *Sources, Effects and Risks of Ionizing Radiation*, United Nations Scientific Committee of the Effects of Atomic Radiation, United Nations, New York.

U.S. Bureau of Census (1992). *Statistical Abstracts of the United States*, U.S. Department of Commerce, Washington, DC.

Voelz, G.L. and J.N.P. Lawrence (1991). A 42-y medical follow-up of Manhattan Project plutonium workers, *Health Phys.* 61: 181-190.

Wilkinson, G.S., G.L. Tietjen, L.D. Wiggs, W.A. Galke, J.F. Acuavella, M. Reyes, G.L. Voelz, and R.J. Waxweiler (1987). Mortality among plutonium and other radiation workers at a plutonium weapons facility, *American Journal of Epidemiology* 125, 231-250.

Wrenn, M.E. and Bertelli, L. (1994) Dose reconstruction from bioassay measurements of long-lived residual activity, Chapter 22, pp. 495-515, in *Internal Radiation Dosimetry*, Medical Physics Publishing Company, Madison, WI.