# Comments Concerning the Uncertainty Methodology Used by Robert Goble
in his report of November 24, 1996, entitled
"Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats"

Prepared for Kirkland & Ellis

by

**Otto G. Raabe, Ph.D., CHP**
652 Buchanan Street
Davis, CA 95616

March 16, 1997

## 1. Introduction.

In his report Robert Goble chose to use a random Monte-Carlo computer routine ("Crystal Ball") to evaluate possible exposures to unknown levels of radioactive and non-radioactive airborne toxicants by people in the environs of the Rocky Flats Plant during various periods of time. To do this requires not only estimates of specific data and functional parameters but also estimates the possible uncertainties associated with their values and the relatively probabilities of each value. The implications and possible pitfalls of his procedure are discussed in this brief report with a few examples testing the implications of Goble's findings. I limit my discussion to the potentially most important airborne toxicant associated with the Rocky Flats Plant, namely airborne dust particles containing traces of isotopes of plutonium. Similar considerations will apply to calculations performed on other potential toxicants believed to have been released into the environment from the Rocky Flats Plant.

## 2. What was done by Goble.

**The basic equation.** The basic equation used by Robert Goble for estimation of the potential airborne concentrations of plutonium-containing particles is given in his report on page 36. It is written by him as:

$$\text{conc} = (\text{dep amt}) \times (\text{resp fract}) / (\text{vd}) \times (\text{fract remain}) \qquad (1)$$

where by "conc" he is referring to the concentration of airborne plutonium times the duration of the associated time period (becquerel years per cubic meter of air, $Bq\text{-}yr/m^3$), which needs to be estimated. The input values are as follows:

(a) "dep amt" refers to the amount of plutonium deposited on the ground at the chosen location near Rock Flats (Bq): For Sector 4B, which has the highest plutonium surface deposit

**Prof. O. Raabe - 2**

of the three sections Goble considers, the mean is taken as the measured value of 0.03 Ci/km$^2$. Goble assumes that this value is uncertain, and that this uncertainty can be described by a lognormal distribution with geometric standard deviation ($\sigma_g$) = 2.014. This yields a 32% probability that the true average surface concentration is actually about two times larger or two times smaller than 0.0.023 Ci, the geometric mean (median) of his chosen distribution. Goble produces no evidence to justify or support this particular relationship although the chosen distribution has an important impact on the meaning of the subsequent simulations.

(b) "resp fract" refers to the fraction of the airborne plutonium that is associated with particles that are small enough to be respirable by a person who might inhale them. Respirable fraction is quantitatively defined by the American Conference of Governmental Industrial Hygienists (ACGIH, 1996): Goble assumes that the respirable fraction is an independent random variable whose value is unlikely to be as small as 0.05 or larger than 0.55, and whose most likely value is 0.3. Also by using a triangular distribution he is apparently precluding the use of any value smaller than 0.05 or larger than 0.55. Goble produces no evidence to justify or support this particular relationship although the chosen distribution has an important impact on the meaning of the subsequent Monte-Carlo simulations. In actuality, the respirable fraction is defined by the airborne particle aerodynamic size distribution (ACGIH, 1996).

(c) "vd" is the effective deposition velocity of the airborne particles onto the ground defined by the terminal settling velocity of the separate particles and certain other factors related to environmental conditions (m/sec): Goble assumes that the true value of the effective deposition velocity is uncertain but that the probabilities associated with various possible values can be described by a lognormal distribution with median (geometric mean) of 0.002 m/sec and geometric standard deviation ($\sigma_g$) = 6.05. This yields a 32% probability that the true value is 6 times larger or 6 times smaller than the chosen geometric mean. The true value might be smaller than 0.0003 m/sec or larger than 0.012 m/sec. The mean value for this skewed distribution is 0.01 m/sec. Goble produces no evidence to justify or support this particular relationship although the chosen distribution has an important impact on the meaning of the subsequent Monte-Carlo simulations. In actuality, the effective deposition velocity is defined by the airborne particle aerodynamic size distribution (Hinds, 1982; Sehmel, 1973).

It is noteworthy to consider the strange and broad shape of the probability distribution that Goble uses for the possible values of the effective deposition velocity, vd. The use of a broad lognormal distribution provides a surprisingly skewed relationship of uncertainty. From the central value theorem one might expect an uncertainly distribution that is Gaussian (normal). Although the median value of Goble's distribution is 0.002 m/sec, which is about equivalent to a single particle size of about 8 µm, and the mean value is 0.01 m/sec, which is about equivalent to a single particle size of about 18 µm, the most likely value (the mode of the distribution) is 0.00008 m/sec, which is about equivalent to a single particle size of about 1 µm. Further, since the effective deposition velocity, vd, is a function of the square of the

Prof. O. Raabe - 3

particle aerodynamic diameter, a distribution of particles having such a small effective deposition velocity would have a smaller sub-micron median size (Hinds, 1982; Sehmel, 1973). The effect of Goble's apparently arbitrary distribution of effective deposition velocities is that the probability density of the mode value at 0.000081 m/sec is 37 times the probability of a value at the mean velocity of 0.01 m/sec. How does Goble know that this is the expected probability distribution of deposition velocities for plutonium-containing dust particles at Rocky Flats? He doesn't! One cannot trust the ensuing calculations based on this flawed representation alone.

(d) "fract remain" refers to the ratio of the amount of plutonium remaining on the ground at the time of its measurement to the amount that actually settled onto the ground during the deposition processes: Goble assumes that the most likely value is 0.6 (40% removed), and limits the possible range with a triangular distribution to values between 0.2 and 0.95. Goble produces no evidence to justify or support this particular relationship although the chosen distribution has an important impact on the meaning of the subsequent Monte-Carlo simulations. After deposition and initial resuspension, a presumed typical 40% loss of plutonium from the surface in just a few years seems unreasonable (Anspaugh et al., 1975; Howard and Fuller, 1987). With such a rapid clearance rate there would now be little or no plutonium left in soil anywhere around the Rocky Flats Plant.

**The calculations.** By assuming that all of input values in Equation 1 are actually random variables whose probabilities follow the chosen distribution functions, Goble ran a Monte-Carlo simulation with a commercial computer program called "Crystal Ball" of the values that can be calculated from Equation 1 while randomly varying all of the input values. The mean and percentile levels for the various answers obtained from Equation 1 were calculated by this method. Goble seems to suggest that the "best" estimate of the resulting concentration is the mean of these calculated values but because he has assumed large uncertainties in each variable his results demonstrate a large range of possible values.

By this methodology Goble obtained a mean concentration of 0.063 Bq-yr/m$^3$ (Table 4.4). Assuming that the releases from the 903 pad occurred during six years between 1965 and 1970, he calculated an average air concentration for this time period of 0.063/6 = 0.0105 Bq/m$^3$ (Table 4.4). All of his other exposure calculations and dosimetric estimates are based on the air concentration values for this time period that were calculated by this method. He used similar Monte-Carlo methods to calculate doses for hypothetical people who are presumed to have been present to inhale the calculated respirable airborne plutonium. In these latter calculations he also proposed uncertainty distributions that are generally very broad and of shapes that suit him but are not based on any known uncertainty probabilities.

Prof. O. Raabe - 4

### 3. Basis of uncertainty and shape of chosen distributions.

Normally, uncertainty methods identify the most likely value and use specific knowledge of the factors that affect that value to estimate the range of possible uncertainties in addition to considering the relative likelihood of other values. Instead of attempting to determine best estimates for each of the variables in Equation 1, Goble invented a set of distribution functions describing the relative probability of various values. However, there is no apparent scientific basis for the chosen distributions so that various values were given an apparently arbitrary probability of occurring with respect to other possible values without actual justification. For example, since no consideration was apparently given to the estimates of the size distribution of wind-blown dust at Rocky Flats 903 pad, a whole set of possible deposition velocities are equally likely, but they are forced to fit Goble's arbitrary distribution. For some variables he used triangular distributions, some of which are isosceles (equal sides) and some of which are scalene (nonequal sides) so that some possible values are excluded and many potentially equally likely values are treated as very unequal. In other cases he chose lognormal (skewed right) distributions without any clear scientific basis for the resulting relative probability of the various distribution values. The ranges of possible values that he selected for each needed datum or parameter seem to be arbitrary. These somewhat arbitrary distributions of the spread of possible values had major influences on the final resulting mean values as well as their uncertainty interpretation. In particular the non-symmetric lognormal distributions skewed the calculated values in the direction of larger values.

In addition, Goble tends to blur the distinction between "uncertainty" and "variability." The former refers to the accuracy or precision of a specific determination (such as the average surface concentration of plutonium measured in Sector 4B) while the latter refers to differences in actual real values that may occur in a given category (such as different surface concentrations of plutonium at different locations within Sector 4B). Goble's method is better called a distribution analysis rather than an uncertainty analysis because there is no knowledge of quantitative uncertainty inherent in his method. Seiler and Alvarez (1996) have warned about the misrepresentation of probability distribution in these types of analyses. Goble's distribution analysis cannot provide reliable information about probable values because there is no basis for believing that the chosen distributions represent true probabilities.

Prof. O. Raabe - 5

### 4. Illustrative example calculations.

(a) It is reasonable to expect that the mean value obtained from a Monte-Carlo simulation such as performed by Goble should tend to be close to the value calculated with the respective mean, modal, or best estimate data. With Goble's own values the calculated concentration-time product at sector 4B is given by:

$$\text{conc} = \frac{(0.03 \text{Ci/km}^2)(3.7 \times 10^{10} \text{Bq/Ci})(10^{-6} \text{km}^2/\text{m}^3)(0.3)}{(0.01 \text{m/sec})(3.16 \times 10^7 \text{sec/yr})(0.60)} = 0.00176 \text{ Bq-yr/m}^3$$

Thus the result obtained by direct calculation with values used by Goble of the input variables is 36 times smaller than the mean value obtained with his Monte-Carlo random distribution simulation method (0.063/0.00176=36). The highest exposure to a person would occur in the unlikely worst-case situation where someone stood outdoors and inhaled the airborne particles during the whole time that this deposition occurred.

For a reference man (ICRP-23) the total air inhaled in one year is 23 m$^3$/day time 365 days/year = 8,400 m$^3$. The intake of plutonium based upon Goble's mean values is unlikely to have been larger than 0.00176 Bq-yr/m$^3$ divided by the respirable fraction 0.3 times 8,400 m$^3$/yr = 49 Bq. According to the newest and best inhalation and biokinetic models of the International Commission on Radiological Protection (ICRP-68) the dose 50-year effective dose conversion factors for inhalation of particles of AMAD = 5 µm of $^{239}$Pu or $^{240}$Pu is 8.3 × 10$^{-6}$ Sv/Bq for relatively insoluble forms (S) and 3.2 × 10$^{-5}$ Sv/Bq for moderately soluble forms (M). Hence, Goble's values would predict a worst case dose of
49 Bq × 8.3 × 10$^{-6}$ Sv/Bq = 0.00041 Sv = 41 mrem for insoluble forms and
49 Bq × 3.2 × 10$^{-5}$ Sv/Bq = 0.00157 Sv = 157 mrem for soluble forms. The actual doses to people were undoubtedly much smaller since no one is likely to have stood outside in Sector 4B for several years to inhale this amount of plutonium. Even so, these calculated doses are negligible fractions of the normal 360 mrem effective dose equivalent received every year (18,000 mrem in 50 years) by people in the U.S. from background radiation sources. There is no known or expected risk associated with such small exposures.

(b) A useful deterministic estimate of air concentrations can be obtained from Equation 1 using more reasonable estimates of the variables. Wind blown dust with traces of plutonium originating from the 903 pad oil spill area at the Rocky Flats Plant can be described as suggested by the U.S. Environmental Protection Agency (EPA, 1996) as bimodal with one mode at 2 to 5 µm and the second mode at 30 to 60 µm. Most of the mass of the wind blown dust (and the attached plutonium) is expected to be in the larger non-inhalable mode depending on the wind speed. Also, most of the resuspension occurs at the highest wind speeds. Hence, the effective median aerodynamic diameter for inhaled plutonium at the Rocky Flats 903 pad can be characterized between 5 and 30 µm. A representative distribution might

Prof. O. Raabe - 6

be described by an activity median aerodynamic diameter about 7 μm with geometric standard deviation about $\sigma_g$=2. Wind-blown dust has also been characterized in general as having a median size of 8 μm with $\sigma_g$=2.3 (Hinds, 1982). For such a dust the respirable fraction is about 0.2 as given by ACGIH (1996). This is consistent with the measurement of respirable fraction of 0.25±0.09 made in 1971 by Volchok et al. (1972). The distribution of deposition velocities is given by the square of the aerodynamic size, and therefore has a median size of 18 μm and mean size of 23 μm with the mean effective deposition velocity, vd=0.016 m/sec (Hinds, 1982; Sehmel, 1973). Assuming 1% loss by resuspension per year for the first two years yields a value of 0.98 for the fraction remaining. The calculated deterministic value of the air concentration-time product at Sector 4B is:

$$\text{conc} = \frac{(0.03\,\text{Ci/km}^2)(3.7 \times 10^{10}\,\text{Bq/Ci})(10^{-6}\,\text{km}^2/\text{m}^3)(0.2)}{(0.016\,\text{m/sec})(3.16 \times 10^7\,\text{sec/yr})(0.98)} = 0.00045\,\text{Bq-yr/m}^3$$

Thus the result obtained by direct calculation with realistic values of the input variables is 140 times smaller than the mean value obtained with the Monte-Carlo random distribution simulation method (0.063/0.00045=140). It seems apparent that the uncertainty distributions used by Goble skewed the results to much higher values in an unjustified way, leading to a mean calculated concentration of airborne plutonium that is high by about factor of 140. All of the doses calculated by Goble are, therefore, probably high by a similar factor of 140.

For a reference man (ICRP-23) the intake of plutonium based upon this improved estimate is unlikely to have been larger than 0.00045 Bq-yr/m³ divided by the respirable fraction 0.2 times 8,400 m³/yr = 20 Bq no matter how long the exposure took. This inhalation intake would predict a worst case dose of 20 Bq × 8.3 × $10^{-6}$ Sv/Bq = 0.00017 Sv = 17 mrem for insoluble forms and 20 Bq × 3.2 × $10^{-5}$ Sv/Bq = 0.00064 Sv = 64 mrem for soluble forms. The actual doses to people were undoubtedly smaller since no one is likely to have stood outside for the whole deposition time to inhale this amount of plutonium. These range-finding doses are negligible fractions of the normal 360 mrem effective dose equivalent received every year (18,000 mrem in 50 years) by people in the U.S. from background radiation sources. There is no known or expected risk associated with such small exposures.

**5. Comparison to actual data, the reality check:**

It is useful to compare the plutonium air concentration calculated by Goble in Sector 4B for the years 1965 through and including 1970 with measurements made in 1970 between Sector 4B and the Rocky Flats Plant. Sehmel and Orgill (1973) summarize weekly average plutonium air concentration data obtained from samples collected daily from July through December 1970 just east of the 903 pad oil spill area. During this period the typical plutonium air concentration was found to be about 1 fCi/m³ (3.7 × $10^{-5}$ Bq/m³) with an average value about 2 fCi/m³ (7.4 × $10^{-5}$ Bq/m³). Although these measurements occurred

about one year after the first asphalting of the pad in November 1969, they were collected much closer to the source than is Sector 4B. Goble's calculated mean based on his distribution analysis for the period from 1965 through 1970 is 0.0105 Bq/m$^3$, which is about 140 times larger than the average measured value in 1970 at the eastern security fence. On the other hand, the 6 year average value calculated from 4 (b) above is in close agreement with the measured values.

## 6. Conclusions concerning the inappropriate application of Monte-Carlo analysis.

The application of Monte-Carlo calculations using arbitrarily chosen probability distributions for the variables is inappropriate for estimation of possible air concentrations and potential doses to people living near the Rocky Flats Plant.

In realistic uncertainty analyses using Monte-Carlo simulations it is essential that each iteration follow a known possible path and that the relative probability of each iteration follow a known and accurate probability density distribution. Thus, simulations in physics might use fundamental laws of mechanics to describe a path or fundamental laws of molecular kinetics to describe correct probability distributions. In sharp contrast, Goble's approach is a faulty analysis using arbitrary and unlikely probability distributions that have no basis in theory or fact. The large range of uncertainty, a factor of over 1000 from smallest to largest predicted values, that results from his analysis is a reflection of his lack of understanding rather than of the inherent uncertainties in the deterministic calculations.

_____                    March 16, 1997
Otto G. Raabe, Ph.D., CHP                         Date

## 7. References.

ACGIH (1996). *1996 TLVs and BEIs, Threshold Limit Values for Chemical Substances and Physical Agents*, American Conference of Governmental Industrial Hygienists, Cincinnati, OH.

Anspaugh, L.R., Shinn, J.H., Phelps, P.L., and Kennedy, N.C. (1975) Resuspension and redistribution of plutonium in soils, *Health Physics* 29: 571-582.

EPA (1996). *Air Quality Criteria for Particulate Matter*, Volume I of III, EPA/600/P-95/001aF, U.S. Environmental Protection Agency, research Triangle Park, NC 27711, pp. 3-32 to 3-41.

**Prof. O. Raabe - 8**

Hinds, W.C. *Aerosol Technology*, John Wiley & Sons, New York: p. 280.

Howard, W.A. and Fuller, R.G. (1987). *The dynamics of transuranics and other radionuclides in natural environments*, U.S. Department of Energy, Las Vegas, NV.

ICRP-23 (1975). *Report of the Task Group on Reference Man* (W.S. Snyder, Chair), International Commission on Radiological Protection, Pergamon Press, NY.

ICRP-68 (1995) *Dose Coefficients for Intakes of Radionuclides by Workers*, International Commission on Radiological Protection, Pergamon Press, NY.

Sehmel, G.A. (1973) Particle eddy diffusivities and deposition velocities for isothermal flow and smooth surfaces, *Aerosol Science* 4: 125-138.

Sehmel, G.A. and Orgill, M.M. (1973). "Resuspension by Wind at Rocky Flats," pp. 15-22 in *Pacific Northwest Laboratory Annual Report for 1972 To the USAEC Division of Biomedical and Environmental Research*, Vol II. Physical Sciences, Part 1. Atmospheric Sciences (BNWL-1751 PT1), Battelle Pacific Northwest Laboratory, Richland, WA.

Seiler, F.A. and Alvarez, J.L. (1996). On the selection of distributions for stochastic variables, *Risk Analysis* 16: 5-18.

Volchok, H.L., Knuth, R.H., and Kleinman, M.T. (1972). The respirable fraction of plutonium at Rocky Flats, *Health Physics* 23: 395-396.