IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' MOTION TO ENTER DEPOSITION DESIGNATIONS
AS PART OF THE RECORD**

Plaintiffs move to make the designated testimony of Adm. James Watkins, A. Bryan Siebert, and Dr. James Flynn part of the record. These deposition designations were read to the jury but the text was not transcribed on the record.

For the Court's convenience, plaintiffs attach the designated portions of the Watkins, Siebert, and Flynn depositions as Exhibits 1, 2, and 3, respectively.

                                  Respectfully submitted,

Dated: December 8, 2005                /s   Jennifer MacNaughton
                                                Merrill G. Davidoff
                                                Peter Nordberg
                                                Jennifer MacNaughton
                                                BERGER & MONTAGUE, P.C.
                                                1622 Locust Street

Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
jmacnaughton@bm.net

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*