1

```
 1

 2              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO
 3              CIVIL ACTION NO. 90-K-181

 4      --------------- ---------------
        MERILYN COOK, et al.,
 5
                  Plaintiffs,
 6
            v.
 7
        ROCKWELL INTERNATIONAL CORPORATION,
 8      and THE DOW CHEMICAL COMPANY,

 9              Defendants.
        ------------- -----------------
10
                  Washington, D.C.
11                Monday, April 22, 1996

12
                  Transcript of videotaped testimony
13
        of JAMES D. WATKINS, as taken by and
14
        before KATHLEEN A. PAGLIONE, Federally-
15
        Approved Registered Professional Reporter
16
        and Notary Public, at the offices of
17
        Cohen, Milstein, Hausfeld & Toll, 1100 New
18
        York Avenue, N.W. Suite 500, commencing at
19
        10:05 o'clock in the forenoon.
20
                        -  -  -
21

22

23

24
```

**Case Clip(s) Detailed Report**
**Wednesday, November 02, 2005, 10:34:10 PM**

## Rocky Flats v.15

 **Watkins, James 04-22-96**                                        1 CLIP  (RUNNING 01:12:44.345)

 for the benefit of the videotape operator, ...

WATKINS                          69 SEGMENTS  (RUNNING 01:12:44.345)     

1.  **PAGE 6:10 TO 9:07  (RUNNING 00:02:39.800)**

```
        10           Q.    Okay.  Sir, would you please
        11      recount for me your Naval experience?  I
        12      understand, from preparing for this
        13      deposition, you had quite a distinguished
        14      Naval career; if you could go through that
        15      for the benefit of the videotape operator,
        16      I'd appreciate it, sir.
        17           A.    Well, 37 years with commission
        18      service, graduated from the Naval Academy
        19      in 1949, completing postgraduate school in
        20      1958, which -- in which I achieved a
        21      Master's Degree in mechanical engineering
        22      with a special in nuclear power.
        23                I then went into nuclear
        24      submarines.  I then worked for Admiral
  00007:01           -JAMES D. WATKINS-
        02      Rickover for almost four years in
        03      Washington, went back and took command of
        04      a nuclear submarine.  Was moved over to
        05      Executive Officer of the nuclear power
        06      cruiser LONG BEACH.  Came back to
        07      Washington and worked in the personnel
        08      branch of the Bureau of Naval Personnel,
        09      and then on to command a cruiser destroyer
        10      group in the Pacific, and back to be Chief
        11      of Naval Personnel.
        12                At the first tour in the
        13      Bureau of Chief of Naval Personnel, I was
        14      the Director of all enlisted and officer
        15      personnel in the nuclear Navy.  In that
        16      regard, I worked hand in hand with the
        17      nuclear reactor's branch which was headed
        18      up by Admiral Rickover at the time, so I
        19      had a lengthy experience in the Navy in
        20      nuclear matters.
        21                As Commander-in-Chief of the
        22      Pacific fleet later on, I was asked to
        23      come back by the Secretary of the Navy,
        24      and the then Chief of Naval Operations,
  00008:01           -JAMES D. WATKINS-
        02      Admiral Hayward to help effect the
        03      transition from Admiral Rickover to a
        04      successor.
        05                In 1982, I came back as Chief
        06      of Naval Operations and retired in June of
        07      1986.
        08           Q.    And that was your last
        09      commission or last involvement with the
        10      United States Navy?
        11           A.    Was Chief of Naval Operations
        12      as -- and member of the Joint Chiefs of
        13      Staff, yes.
        14           Q.    Would it be fair to describe
        15      your experience in the nuclear Navy as
        16      extensive, sir?
```

Case Clip(s) Detailed Report
Wednesday, November 02, 2005, 10:34:10 PM

## Rocky Flats v.15

```
        17        A.    It was extensive.
        18        Q.    Now, sir, when you retired in
        19   1986, you pursued other interests, did you
        20   not, sir?
        21        A.    Well, I tried to until I was
        22   asked to be Chairman of the AIDS
        23   Commission, and I accepted because
        24   President Reagan asked me to do it.  And
  00009:01             -JAMES D. WATKINS-
        02   so that was a year from 1987 till reported
        03   out in August of 1988.
        04             Then I tried to go back in the
        05   private sector.  In January of 1989, I was
        06   tagged by President Bush to be Secretary
        07   of Energy.
```

**2.  PAGE 11:08 TO 11:15  (RUNNING 00:00:21.000)**

```
        08        Q.    Okay.  And was it during the
        09   time that you were Chairman of the
        10   Commission, sir, that you were asked by
        11   President Bush to become Secretary of
        12   Energy?
        13        A.    No.  I was asked by President
        14   Bush in January of 1989, after the '88
        15   election.
```

**3.  PAGE 12:20 TO 13:10  (RUNNING 00:00:22.000)**

```
        20        Q.    Sir, when you were tapped by
        21   President Bush to become Secretary of
        22   Energy, was it communicated to you by the
        23   President or any of his staff why it was
        24   that you were selected for that position?
  00013:01             -JAMES D. WATKINS-
        02        A.    Yes.
        03        Q.    And what was communicated --
        04        A.    President Bush said, and I've
        05   said this probably many times, he said,
        06   Jim I want you to come in and clean up a
        07   mess.
        08        Q.    What was your understanding of
        09   what President Bush was referring to, sir?
        10        A.    Well, I knew precisely --
```

**4.  PAGE 13:21 TO 15:02  (RUNNING 00:01:13.000)**

```
        21        Q.    Okay.  Could you please
        22   respond to the question?
        23        A.    Being a member of the nuclear
        24   Navy for so many years, and knowing the
  00014:01             -JAMES D. WATKINS-
        02   role of the Atomic Energy Commission which
        03   then converted to the Energy Research and
        04   Development Agency, which then in 1977
        05   eventuated into the Department of Energy,
        06   I was well aware of the role played by
        07   those organizations in the processing, the
        08   development and processing of fuels for
        09   the nuclear powered vessels of the Navy,
        10   and I was familiar with the various
        11   laboratories associated with
        12   Bettis-Westinghouse and others, Capital
        13   Knolls Atomic Power Laboratory and
        14   others.
        15             So I was quite aware of the
        16   relationship between, you might say, the
        17   Atomic Energy Commission side and its
```

## Rocky Flats v.15

```
        18   follow-on activities and the Navy,
        19   particularly with my four years, nearly
        20   four years with Admiral Rickover.
        21            I had visited those labs.  I
        22   knew exactly what they did.  I knew how
        23   they processed and reprocessed fuels, and
        24   so I was quite familiar with the actions
00015:01            -JAMES D. WATKINS-
        02   going on there.
```

**5.  PAGE 15:03 TO 15:20  (RUNNING 00:00:29.900)**

```
        03       Q.    When you say the labs, are you
        04   referring also to, sir, to the nuclear
        05   weapons facilities?
        06       A.    No, I'm not.
        07       Q.    Okay?
        08       A.    I'm only referring to those
        09   laboratories that served the naval reactor
        10   branch of the Navy, then it was the Bureau
        11   of Ships converted later to the Naval
        12   Ships Systems Command which was half of
        13   Rickover's half.  The other half was in
        14   the Atomic Energy Commission.
        15       Q.    Okay.  And that's what you
        16   were referring to when you were testifying
        17   as to your familiarity with that aspect,
        18   that other side of the nuclear -- nuclear
        19   complex, correct?
        20       A.    That's correct.
```

**6.  PAGE 15:21 TO 16:04  (RUNNING 00:00:12.342)**

```
        21       Q.    Now, when you were -- when you
        22   were told by President Bush that he wanted
        23   to you clean up the mess, did you have an
        24   understanding, sir, at that time that the
00016:01            -JAMES D. WATKINS-
        02   mess that President Bush was referring to
        03   included the nuclear weapons facilities in
        04   the United States?
```

**7.  PAGE 16:13 TO 17:15  (RUNNING 00:00:56.720)**

```
        13       A.    It did not include the weapons
        14   laboratories.  I had virtually no
        15   knowledge, no detailed knowledge of the
        16   weapons labs.  Obviously I, because I was
        17   in the nuclear Navy and because there were
        18   nuclear weapons in the nuclear Navy, I was
        19   well aware that there were laboratories
        20   that did work, but I did not know the
        21   details, nor had I visited any of the DOE
        22   sites.
        23       Q.    So you had no personal
        24   knowledge of the existence of
00017:01            -JAMES D. WATKINS-
        02   environmental or health conditions at the
        03   nuclear weapons facilities?
        04       A.    No, I was very familiar with,
        05   having worked for Rickover for so long,
        06   and been very very close to him in the
        07   work in his -- you know, on the nuclear
        08   power side of his half, the Atomic Energy
        09   Commission follow-on Department of Energy
        10   relationships, I was well aware of the
        11   back and forth that went on between
        12   Rickover and the various labs, and so
```

Case Clip(s) Detailed Report
Wednesday, November 02, 2005, 10:34:10 PM

## Rocky Flats v.15

```
          13    there was a knowledge to that extent, but
          14    it was detached knowledge.  It was not
          15    personal hands-on knowledge.
```

**8.  PAGE 18:07 TO 18:17  (RUNNING 00:00:20.000)**

```
          07         Q.    Now, sir, what I'd like to
          08    know is at the time, and I believe I just
          09    want to make sure I clarify this
          10    testimony -- your testimony, at the time
          11    that President Bush asked you to be
          12    Secretary of Energy and asked to you clean
          13    up the mess, it was not your understanding
          14    that the mess included or may have
          15    included the nuclear weapons plants in the
          16    United States, is that your testimony,
          17    sir?
```

**9.  PAGE 18:19 TO 20:06  (RUNNING 00:01:20.185)**

```
          19         A.    Well, I knew enough about the
          20    Department of Energy to know that the
          21    Department of Energy controlled a lot of
          22    laboratories, and the degree to which they
          23    were engaged in Navy nuclear power matters
          24    was not known to me.  I just really didn't
00019:01              -JAMES D. WATKINS-
          02    have any direct knowledge.
          03              Obviously, I knew that they
          04    were -- they had the intellectual
          05    potential in those laboratories to develop
          06    nuclear weaponry and so forth, but I did
          07    not know any details.
          08              So the only thing I knew was I
          09    saw the exchanges going on between
          10    Rickover and the Atomic Energy about what
          11    he believed was going on in those plants
          12    vis-a-vis the standards that he set for
          13    the Navy and did not like what he saw, so
          14    I had that much knowledge, because I had
          15    great respect for him, and his ability to
          16    look over the fence and see what was going
          17    on to know that he wanted to keep separate
          18    from the Department of Energy and its
          19    former Atomic Energy Commission and
          20    therefore, he established, you might say,
          21    a clear line of demarcation between Naval
          22    Reactors branch and the rest of the
          23    governmental organizations that were other
          24    than Navy.
00020:01              -JAMES D. WATKINS-
          02              He wanted to keep that
          03    separate for the reasons that I generally
          04    referred to as being he didn't like what
          05    he saw over the fence.
          06         Q.    And over the fence --
```

**10.  PAGE 21:13 TO 21:22  (RUNNING 00:00:14.500)**

```
          13         Q.    What was your understanding of
          14    his involvement with the nuclear weapons
          15    plants that were under the jurisdiction of
          16    the --
          17              MR. RAFFMAN:  Foundation.
          18              MR. JACOBSEN:  Excuse me, I'm
          19    not done.
          20         Q.    -- of the DOE?
          21         A.    As far as I know, he didn't
```

Case Clip(s) Detailed Report
Wednesday, November 02, 2005, 10:34:10 PM

## Rocky Flats v.15

```
        22    have any direct connection.
```

**11. PAGE 22:21 TO 23:03 (RUNNING 00:00:12.700)**

```
        21         Q.    Did there come a time, sir,
        22    when you, after you assumed the position
        23    of Secretary of Energy, came to the
        24    conclusion that the mess to which
00023:01              -JAMES D. WATKINS-
        02    President Bush referred included the
        03    nuclear weapons plants?
```

**12. PAGE 23:13 TO 24:05 (RUNNING 00:00:44.900)**

```
        13         Q.    Go ahead and answer, sir.
        14         A.    I did not know the depth of
        15    the conditions until the events in May and
        16    early June at Rocky Flats, but I began to
        17    see them from the day I took over, which
        18    was 1 March, 1989.  Until that happened,
        19    that was a very significant event to
        20    trigger off a whole host of actions on my
        21    part to move out more -- even more
        22    aggressively.  I did not know the depth of
        23    the problems until that point.
        24         Q.    Okay.  By that point, you're
00024:01              -JAMES D. WATKINS-
        02    talking about the May and June, 1989 time
        03    frame, you're referring, sir, to the FBI
        04    raid on the facility?
        05         A.    I am.
```

**13. PAGE 24:09 TO 24:11 (RUNNING 00:00:04.300)**

```
        09         Q.    And you're familiar with the
        10    FBI raid, are you not, sir?
        11         A.    Yes.  I gave a deposition to
```

**14. PAGE 24:19 TO 24:19 (RUNNING 00:00:00.600)**

```
        19         A.    Yes, I was.
```

**15. PAGE 28:14 TO 28:24 (RUNNING 00:00:17.600)**

```
        14         Q.    Did there come a time, sir,
        15    when you did focus on or a member of your
        16    staff did focus on the contracts with
        17    Rockwell?
        18         A.    Yes.
        19         Q.    And did you find, sir, that
        20    those contracts suffered from the same
        21    deficiencies that you had found with the
        22    other contracts that you looked at when
        23    you took over as Secretary of Energy?
        24         A.    In general terms, yes.
```

**16. PAGE 45:22 TO 46:19 (RUNNING 00:00:53.300)**

```
        22         Q.    Sir, you've described, I've
        23    seen in some documents and I believe in
        24    your previous deposition, you described
00046:01              -JAMES D. WATKINS-
        02    the organization at the time you assumed
        03    the position of Secretary of Energy of the
        04    DOE as being decentralized.
        05              Do you recall that, sir?
        06         A.    Yes, I do.
        07         Q.    And that was what you found
        08    when you became Secretary of the
        09    Department of Energy?
```

**CONFIDENTIAL**                                                                **page 5**

## Rocky Flats v.15

```
10        A.    Yes, it was.
11        Q.    And what did you mean -- what
12   do you mean by decentralized organization?
13        A.    By decentralized, I mean that
14   it was such a matrix organization that
15   worked horizontally, that is, it worked
16   across various departments within the
17   Department of Energy that it was hard to
18   find out who was accountable and
19   responsible for such things as the reactor
```

**17. PAGE 46:21 TO 46:24  (RUNNING 00:00:09.000)**

```
21              Who do I hold accountable for
22   that?  How -- who is it?  Well, it turns
23   out to be a lot of people, and yet no
24   one.
```

**18. PAGE 48:24 TO 49:14  (RUNNING 00:00:26.800)**

```
24              So by decentralized, I mean no
00049:01         -JAMES D. WATKINS-
02   clear line of accountability and
03   responsibility from the top down to the
04   lowest level, it simply didn't exist.
05        Q.    Was it your sense, sir, at
06   that time that you should have learned
07   about conditions at Rocky Flats from DOE
08   people before you heard about the extent
09   of those conditions from the U.S.
10   Attorney's Office?
11        A.    Yes.
12        Q.    And you didn't get that
13   information, did you, sir?
14        A.    No, I did not.
```

**19. PAGE 51:03 TO 53:14  (RUNNING 00:02:06.000)**

```
03              And so I was in the process,
04   as perhaps you are here, of discovery.  I
05   had to go -- I had to learn a lot in a
06   very short period of time.
07              I took over on 1 March.  It
08   was in late May that the Rocky Flats issue
09   took place.  I was just getting the
10   message, you might say, deciding what I
11   was going to do in the first few months.
12   You can't be cavalier about these things.
13              I had to know a lot, and my
14   people didn't know that they didn't know a
15   lot.  And it was becoming clear with the
16   various events taking place that I saw, I
17   said, why don't I know this?  Why don't I
18   know this?  Who's telling me this?
19              And so it was really the Rocky
20   Flats event that triggered a whole
21   avalanche of actions based on a lot of
22   study on two and a half months that had
23   nothing to do with Rocky Flats per se, but
24   Rocky Flats was the catalyst that brought
00052:01         -JAMES D. WATKINS-
02   it alive.
03              Because, I mean, they had a
04   hundred paratrooper equivalents go in, and
05   I had to -- I had to make sure that they
06   go in safely.
07              And that's why the Attorney
08   General was bright enough to bring me into
```

## Rocky Flats v.15

```
09   it.  It would have been -- it could have
10   been very serious if the agents had tried
11   to go in out there without my prior
12   knowledge and without me paving the way to
13   sending my deputy out and a team to make
14   sure that they not only could get in, but
15   they could get access where it was
16   possible and they would get assistance and
17   they would be going for the right
18   information.
19        Q.    And you're talking about the
20   FBI raid?
21        A.    Yes, I am.
22        Q.    And the importance of the
23   cooperation of DOE with the U.S.
24   Attorney's Office to ensure that the raid
00053:01        -JAMES D. WATKINS-
02   was conducted safely and that appropriate
03   information was obtained?
04        A.    Yes.
05        Q.    Now, in terms of -- in terms
06   of the move away from the
07   decentralization, what was done
08   specifically with respect to the Rocky
09   Flats plant by you, sir, when you became
10   Secretary of Energy, what was done in
11   order to ensure that the information that
12   you had not been getting was going to work
13   its way to headquarters and not end up
14   staying in the Albuquerque office?
```

**20.  PAGE 53:18 TO 57:07  (RUNNING 00:02:59.400)**

```
18        A.    Nothing happened until the
19   raid took place.  My experience in the
20   Navy is when you have a situation as
21   serious as the allegations were, that the
22   worst thing you can do is keep the
23   incumbent in charge of the Rocky Flats
24   site for a lot of reasons, conflict of
00054:01        -JAMES D. WATKINS-
02   interest, for his own individual
03   protection, legal protection, whatever
04   might come out of it.  I didn't know --
05   there were a lot of unknowns out there.
06        My feeling is that with these
07   serious allegations, that I had to move a
08   team out there in a hurry to find out what
09   I call ground truth.  What is going on.  I
10   put a team together called the Tiger
11   team.
12        I'm familiar with Tiger teams
13   in the military.  They work beautifully.
14   When you have serious problems, you go in
15   with a team of experts that have no
16   conflict of interest and you move them in
17   quickly.  They know what's going on.
18        They know about radiological
19   controls.  They know about nuclear bombs.
20   They know about plutonium scatter.  They
21   know about all of the radioactive
22   monitoring that must go on.  They know
23   about operations in these plants.  And you
24   pull that team together and you go in and
00055:01        -JAMES D. WATKINS-
02   take a look.
03        So I knew -- I could find out
```

### Rocky Flats v.15

```
04   what was going on.  I didn't want Justice
05   to spend two years with some
06   investigation.  I had real problems on my
07   hands.
08           So not to interfere with them,
09   we worked it out with Justice.  We sent in
10   our own team, and that actually gave
11   Justice a heck of a lot more data than it
12   would have ever gotten on their own.
13           And that Tiger team report was
14   the first I'd ever received of all the 30
15   some Tiger team reports I had during the
16   four years I was Secretary.  And it came
17   out as soon as I could get it.
18           And it was my feeling at that
19   time that if, in fact, the Albuquerque
20   office was in charge of the oversight of
21   the effective operation of their various
22   sites, and they had more than just Rocky
23   Flats, they didn't do a very good job on
24   some very fundamental stuff.
00056:01         -JAMES D. WATKINS-
02           So I said, first thing we're
03   going to do is I'm going to put the
04   authority right at Rocky Flats, and I want
05   to bring in an experienced person, which I
06   did, Ed Goldberg coming in from Hanford to
07   come in and take over without prejudicing
08   anybody else, but said I don't want to
09   have any image that I'm not fully
10   cooperative with Justice, and I want to
11   make sure that the Governor of Colorado is
12   satisfied that I'm doing the job well and
13   that there's no cover-up here.  We want
14   the facts on the table and we want to know
15   where the heck we stand.  It was probably
16   one of the best things I ever did.
17           Q.    And Mr. Goldberg was a DOE
18   official, correct, sir?
19           A.    He was a DOE official, I think
20   he was number two at the Hanford site.  He
21   was the deputy out there, and he was
22   considered by a lot of people to be very
23   competent technically and could come in
24   and do something like this, and he was
00057:01         -JAMES D. WATKINS-
02   willing to do it and almost on an
03   overnight basis.
04           We called him.  He was there
05   the next day and at the time of the -- at
06   the time the FBI went in, he was basically
07   in charge.
```

**21.  PAGE 57:16 TO 58:07  (RUNNING 00:00:34.900)**

```
16           Q.    Okay.  To whom did Mr.
17   Goldberg report?
18           A.    He reported to, as I recall --
19   by that time, we'd established Mr. Tuck,
20   the Undersecretary as the direct reporting
21   senior, but he was also given a directive
22   that I want to be told of any serious
23   findings that would come out of the Tiger
24   team effort on DOE's part to see what was
00058:01         -JAMES D. WATKINS-
02   going on out there.
03           I wanted him to keep in tune
```

## Rocky Flats v.15

```
04   with me until I was satisfied that we had
05   a system in process that I could count on
06   to report to me what was going on at the
07   local site.
```

**22.  PAGE 58:09 TO 58:12  (RUNNING 00:00:06.000)**

```
09        A.    That one just happened to be
10   at Rocky Flats, I did it for the entire
11   DOE complex following that, but I had to
12   do this right away.
```

**23.  PAGE 63:13 TO 64:02  (RUNNING 00:00:22.600)**

```
13            Sir, did you receive drafts of
14   the Tiger team report?
15        A.    Absolutely.
16        Q.    And did you review those?
17        A.    I did.  I was briefed heavily
18   on it, hours of briefings on it, what went
19   on by the Tiger team independent of any of
20   my people, and I had Goldberg and all the
21   right people there from the field, so
22   everybody heard it, and we took actions
23   after that to say, all right, let's take
24   the corrective actions that are
00064:01        -JAMES D. WATKINS-
02   necessary.
```

**24.  PAGE 79:18 TO 81:22  (RUNNING 00:02:40.500)**

```
18            MR. JACOBSEN:  Let's mark as
19   Watkins Exhibit 5 a letter bearing the
20   caption Department of Energy and what
21   purports to be Admiral Watkins' signature
22   dated April 27th, 1989 bearing Bates
23   numbers 0508901 to 0508902.  I ask the
24   reporter to show that to the witness.
00080:01        -JAMES D. WATKINS-
02            (Exhibit Watkins 5 marked for
03   identification.)
04            MR. JACOBSEN:  And we'll mark
05   as a related document -- sorry, as Watkins
06   6 a memorandum captioned Environmental And
07   Waste Cleanup 5-Year Planning, bearing
08   Bates numbers 110913 through 110920.
09            (Exhibit Watkins 6 marked for
10   identification.)
11   BY MR. JACOBSEN:
12        Q.    Sir, I think maybe looking at
13   these in combination might assist you and
14   assist us in understanding what this plan
15   was.
16        A.    Yes.  Well, this is not a
17   departmental five-year plan, this is the
18   cleanup plan which we were required to
19   work with the Environmental Protection
20   Agency.
21            This is a letter to Mr.
22   Reilly, who was then the administrator,
23   and it was the commencement of building a
24   five-year plan under Mr. Duffy, who was
00081:01        -JAMES D. WATKINS-
02   brought in specifically for this purpose.
03            And I'm informing the
04   administrator of the EPA because it's our
05   responsibility to keep under the National
06   Environmental Policy Act and under the
```

## Rocky Flats v.15

```
07   Waste Management Act and so forth, to keep
08   the various agencies apprised of what
09   we're doing, and I wanted to make sure Mr.
10   Reilly knew that we were moving out with a
11   plan to surround, get a handle on nuclear
12   waste.  We didn't have a handle on it,
13   didn't have a strategy, didn't have a
14   plan.
15              It was one of the -- one of
16   the major findings in the early days of my
17   regime there, and so this was an attempt
18   to get moving on this and to bring in a
19   competent Assistant Secretary who I had
20   known for years who was very knowledgeable
21   in the area of nuclear waste management,
22   and that was Mr. Leo Duffy.
```

**25. PAGE 82:11 TO 82:21  (RUNNING 00:00:22.800)**

```
11        Q.    Okay.  Now, in terms of the
12   five-year plan, was that directed to any
13   particular facility?
14        A.    No, it was not.
15        Q.    Okay.  How broad was this plan
16   in the sense of to what facilities was
17   this plan intended to apply?
18        A.    All of the weapons complex.
19        Q.    Okay.  Would that have
20   included Rocky Flats?
21        A.    Yes, it would have.
```

**26. PAGE 82:22 TO 84:16  (RUNNING 00:01:29.000)**

```
22        Q.     And the plan was to get a
23   handle on the extent of the -- well, why
24   don't you tell me what the plan was, sir?
00083:01         -JAMES D. WATKINS-
02        A.     The plan was an attempt to get
03   a handle on the depth of the problem in
04   nuclear waste.  A report had been made by
05   my predecessor to the Congress, and I
06   found the report lacked specificity.
07              It was a start to get going on
08   the -- around the entire nuclear waste
09   issue, but I didn't feel it was good
10   enough, and we had to get very specific.
11   What do you mean by cleanup?  What do you
12   know how to clean up?  What teams do you
13   need to go in to do it?  Do we have
14   competent contractor numbers out there in
15   the private sector to be able to do the
16   cleanup?  What are the priorities?  How
17   much is it going to cost?
18              There were estimates that were
19   sent to Capitol Hill before I got there
20   that was just hip pocket shots, that's all
21   they could do at the time.  We had to get
22   very specific.  We had to ask Congress for
23   money.
24              So we had to get a plan going,
00084:01         -JAMES D. WATKINS-
02   and it had to be long-range, we knew
03   that.  We were talking like maybe 50
04   years, you could clean up, maybe a hundred
05   years it would take.  So we needed a
06   five-year plan to say where do we put our
07   money now.
08              So this was an attempt to get
```

## Rocky Flats v.15

```
09   a nuclear waste plan, environmental
10   restoration and waste management plan for
11   the department, and I brought Duffy in and
12   a team to do it, and it was costly to do
13   it.  It was necessary to do it.  And I
14   think probably, it's one of the few things
15   that I left over there that was
16   worthwhile.
```

**27. PAGE 84:17 TO 85:20 (RUNNING 00:01:00.300)**

```
17           Q.    Well, I don't know about that,
18   but, sir, did the five-year plan include
19   identifying and prioritizing those
20   facilities which warranted immediate
21   treatment and consideration?
22           A.    That was one of the
23   objectives, yes.
24           Q.    Okay.  And was there a list or
00085:01         -JAMES D. WATKINS-
02   a compilation prepared which identified
03   those facilities which required a higher
04   priority treatment than others?
05           A.    I don't recall if there was
06   such a list.  It was one of the objectives
07   that both Mr. Reilly and I had to
08   eventually come to a national priorities
09   list, and we never could develop it.
10           Q.    Why was that, sir?
11           A.    Politics.  If you're at Rocky
12   Flats and you're the Senator and the
13   Congressman from that district, you want
14   the money to flow to Rocky Flats to clean
15   it up, you don't want it going to
16   California, politics.
17           Q.    If you're in Washington, you
18   want to go --
19           A.    I'm sure you're shocked, but
20   that's what happens.
```

**28. PAGE 88:05 TO 90:16 (RUNNING 00:01:58.200)**

```
05           Q.    All right.  Sir, back to
06   Watkins Exhibit 5, your letter, if you
07   would, please.  The second paragraph, it
08   says, "It is my intent that the five-year
09   plan will help reestablish the
10   department's credibility with the public
11   and with the states, and provide a
12   baseline to assist the Congress and the
13   National Academy of Sciences in their
14   oversight capacities"?
15           Do you see that, sir?
16           A.    Yes I do.
17           Q.    Now, the department, you're
18   referring to the Department of Energy,
19   correct?
20           A.    Yes, I was.
21           Q.    Was it your assessment, sir,
22   that credibility of the DOE had been
23   impaired with the public and with the
24   various states?
00089:01         -JAMES D. WATKINS-
02           A.    Unquestionably.
03           Q.    In what sense, sir?
04           A.    In the sense that if you just
05   look at the Oversight Committee actions in
06   both Senate and the House, if you look at
```

### Rocky Flats v.15

```
07   the newspapers, if you look at the results
08   of litigation across the country, reactor
09   shutdown for safety, nuclear waste by most
10   of the local standards set by the
11   governors and so forth out of control, you
12   know, didn't have any credibility.
13        Q.   Was that an important mission
14   under your watch, sir, as Secretary of
15   Energy, to restore the credibility of the
16   DOE?
17        A.   No, it was to restore
18   excellence in the department.  From that,
19   credibility would ensue.  No, I don't go
20   after credibility.  I don't go to these
21   funny sessions where everybody meets top
22   quality management.
23            We had real problems to do.
24   We had to do some work.  And that's what I
00090:01        -JAMES D. WATKINS-
02   do.  Credibility will ensue from good
03   professional work.  The rest of it, you
04   don't go in and solve credibility problems
05   by getting a PR team in there.  I don't
06   believe in that, never did believe in it.
07            PR should be, tell the public
08   what's going on.  That's what you do.  And
09   if it's going on and it's good, then you
10   get credibility out of it.  If it's going
11   on and it's terrible, you lose
12   credibility.  We were losing credibility
13   if we hadn't already lost it.
14            MR. JACOBSEN:  Let's mark as
15   Watkins Exhibit 7 a multiple page
16   document, first --
```

**29.  PAGE 90:21 TO 95:06  (RUNNING 00:03:59.800)**

```
21            MR. JACOBSEN:  First page is
22   DOE News For Immediate Release June 27th,
23   1989, Watkins Announces Ten-Point Plan For
24   Environmental Protection, Waste
00091:01        -JAMES D. WATKINS-
02   Management.
03            There are some attachments to
04   this.  This is the form in which it was
05   produced to us, that's why it's being
06   marked as a unified document.  And it
07   bears Bates numbers 411043 through
08   411058.  I'll ask the reporter to show
09   this to the witness, please.
10            (Exhibit Watkins 7 marked for
11   identification.)
12        A.   Yep, okay.
13        Q.   Sir, now, you spent a few
14   moments a little bit ago talking about the
15   five-year plan, and there came a time,
16   sir, when you proposed a Ten-Point
17   initiative for Environmental Protection,
18   correct?
19        A.   That's correct.
20        Q.   And that was sometime during
21   the period here in the late spring, early
22   summer of 1989?
23        A.   That's correct.
24        Q.   Shortly after your appointment
00092:01        -JAMES D. WATKINS-
02   as Secretary of Energy?
```

### Rocky Flats v.15

```
03          A.     That's correct.
04          Q.     Okay.  And by the way, sir,
05  the first three pages of this is a
06  Department of Energy press release.  Was
07  it the practice at the DOE to issue press
08  releases when important initiatives or
09  announcements were made?
10          A.     I had a press conference, so
11  this release was coincident with the
12  conference.  I brought in every single
13  writer that I could find, Washington Post,
14  New York Times, you name it, all the
15  people that had been criticizing and I
16  said, we've stopped the process.  We've
17  gone back to new ground zero.  We're going
18  to go after these issues and we're taking
19  a whole new turn in our approach to the
20  culture that is necessary to change this
21  department.
22          And this is only linked with
23  the five-year plan in one element, which
24  says, we got to get on with cleaning up
00093:01          -JAMES D. WATKINS-
02  the mess.  So the five-year plan you
03  talked about that I wrote to Reilly on has
04  only little to do with this.  It is an
05  important sub-element, but it's only one
06  element.
07          Q.     It's one of your ten
08  initiatives?
09          A.     It's one of my ten
10  initiatives.
11          Q.     Okay.  Now, this -- both the
12  press release that are the first three
13  pages of this exhibit and then there are
14  remarks which follow the remarks --
15          A.     The remarks were made at the
16  press conference.
17          Q.     And you delivered these remark
18  at the press conference?
19          A.     I delivered the remarks at the
20  press conference, I had all kinds of
21  graphs, I had support from my people,
22  major departmental expose' of this, and
23  this was the key initiative triggered off
24  by two events, the Rocky Flats raid, with
00094:01          -JAMES D. WATKINS-
02  subsequent findings that were emerging by
03  this time.
04          But it was also triggered off
05  by a visit to me from the President of the
06  National Academy, who said they'd gotten
07  another request from Congress to do
08  something to review the Waste Management
09  Program of the Department of Energy, and
10  Dr. Frank Press said, this was in June,
11  I'm not going to do any more because DOE
12  pays no attention to the National Academy,
13  witness the '87 reports that I mentioned
14  earlier in discussions this morning.
15          That was too much for me.  I
16  knew Frank Press.  I know the National
17  Academy.  I've had many dealings with
18  them.  They're the best in the nation.
19  And we weren't paying attention.  It was
20  the same cultural problems that I had
```

### Rocky Flats v.15

```
        21   outlined in my earlier speech.  I didn't
        22   know how deep they were.
        23          But the combination of those
        24   two, I'm now going to announce my
00095:01          -JAMES D. WATKINS-
        02   Ten-Point Plan.  I'm tired of fooling
        03   around with it.  And we got to get -- we
        04   got to get professional and serious about
        05   what we're doing here in this department,
        06   and that was it.
```

**30. PAGE 97:03 TO 98:06  (RUNNING 00:00:44.399)**

```
        03          Q.   All right.  Sir, let's look at
        04   the press release, and then we'll go to
        05   your remarks.  I just have a couple of
        06   questions.
        07          Third paragraph, it said,
        08   "When the President asked me to take this
        09   job in January, he indicated that the
        10   problems faced by DOE were very serious in
        11   nature.  The underlying operating
        12   philosophy and culture of DOE was that
        13   adequate production of defense nuclear
        14   materials and a healthy, safe environment
        15   were not compatible objectives.  I
        16   strongly disagree with this thinking,
        17   Watkins says."
        18          Do you see that, sir?
        19          A.   Yes, I do.
        20          Q.   And was that something in fact
        21   that you said at the time of this press
        22   conference?
        23          A.   Yes, it is.
        24          Q.   And was it your assessment --
00098:01          -JAMES D. WATKINS-
        02          A.   Yes.
        03          Q.   -- that the DOE culture was
        04   that adequate production of defense
        05   nuclear materials was inconsistent with a
        06   healthy and safe environment?
```

**31. PAGE 98:08 TO 98:15  (RUNNING 00:00:23.900)**

```
        08          A.   It was my belief that priority
        09   was given to continued operations
        10   irrespective of environmental, safety and
        11   health issues on the basis of national
        12   security that I thought were excessive and
        13   necessary, and that the objectives can be
        14   both carried out in a compatible way, that
        15   they do not have to be mutually exclusive.
```

**32. PAGE 99:02 TO 100:07  (RUNNING 00:00:54.500)**

```
        02          A.   Not only operated, I was a
        03   qualified nuclear power plant operator.  I
        04   had to qualify on three different plants.
        05   I had to take engineer's examinations.  I
        06   had to know what was going on in those
        07   plants across the board of all the
        08   technical issues.
        09          I had to have the theoretical
        10   background to understand why things were
        11   happening that were happening, the things
        12   they didn't have at Chernobyl.
        13          I had to know the design of
        14   the plant. I had to know that the plant
```

## Rocky Flats v.15

```
        15   was designed safely, that it would not
        16   violate environmental concerns if it, in
        17   fact, had a failure. I had to know all
        18   those things.
        19         Q.    Sir, on the initiatives on
        20   Page 2 of the press release, it says, on
        21   the top, "Resetting of priorities to
        22   reflect that environment, safety and
        23   health issues as more heavily weighted
        24   than production.  As a result, DOE is
00100:01            -JAMES D. WATKINS-
        02   beginning negotiations with those states
        03   hosting DOE nuclear facilities to allow
        04   direct access and improve state monitoring
        05   capabilities."
        06            Do you see that, sir?
        07         A.    Yes.
```

**33. PAGE 100:08 TO 100:14 (RUNNING 00:00:13.599)**

```
        08         Q.    And, sir, was it your
        09   understanding that this would be a change
        10   in practice whereby the states would have
        11   more direct influence and oversight
        12   responsibility for nuclear facilities
        13   in --
        14         A.    If you recall --
```

**34. PAGE 100:18 TO 101:14 (RUNNING 00:00:56.000)**

```
        18         A.    -- the reason I set this
        19   priority was, in large measure, determined
        20   from my observations in the prior six
        21   months or nominally six months that I'd
        22   been there, heightened by the Rocky Flats
        23   experience, and I said that from now on,
        24   environment, safety and health would have
00101:01            -JAMES D. WATKINS-
        02   a weighting factor on award fees of 51
        03   percent; that I wasn't going to tolerate a
        04   20 percent or 10 percent weighting factor,
        05   have these unsatisfactory situations
        06   exist, and somehow a contractor gets a
        07   great grade.  And I said I'm not going to
        08   tolerate it.
        09            And if we -- and if we're
        10   sued, we're sued.  Let's get on with it.
        11   I can't sit here and do that.  That was
        12   the whole spathe that we had on the prior
        13   testimony that I gave years ago on this --
        14   this thing here, whatever it was.
```

**35. PAGE 102:03 TO 102:09 (RUNNING 00:00:13.400)**

```
        03         Q.    Okay.  Sir, for the benefit of
        04   people looking at this videotape that are
        05   not as familiar with what you and I are
        06   speaking of, the contractors including
        07   those at Rocky Flats were awarded a fee
        08   based on certain weighted percentages in
        09   the analysis, correct?
```

**36. PAGE 102:12 TO 102:18 (RUNNING 00:00:12.400)**

```
        12         A.    I don't -- there was a
        13   weighting regime on award fees that were
        14   determined by the awards fee determining
        15   officer who, in this case, I think in the
        16   case there would have been somebody at the
```

## Rocky Flats v.15

```
        17   Albuquerque office would have made that
        18   determination.
```

**37.  PAGE 105:15 TO 105:22  (RUNNING 00:00:13.300)**

```
        15        Q.    And the Rocky Flats was the
        16   first Tiger team?
        17        A.    The first Tiger team.  It
        18   would not probably have been the first
        19   Tiger team had we not had the FBI
        20   insurgence.  Rocky Flats didn't -- I
        21   didn't know Rocky Flats was any worse than
        22   anybody else.
```

**38.  PAGE 106:03 TO 106:05  (RUNNING 00:00:05.000)**

```
        03   that was forced on me.  I didn't -- I
        04   didn't select Rocky Flats because I knew
        05   the Rocky Flats situation.  Not at all.
```

**39.  PAGE 106:06 TO 116:06  (RUNNING 00:07:01.000)**

```
        06        Q.    Okay.  But when you were
        07   informed of the Rocky Flats situation, at
        08   least as the Department of Justice
        09   perceived it, you sent out a Tiger team
        10   into that facility?
        11        A.    Right.
        12        Q.    And that was the first one?
        13        A.    Right.  Department of Energy
        14   never heard of a Tiger team in their life
        15   and  they didn't particularly like the
        16   idea, so another one of those cultural
        17   problems.
        18        Q.    Okay.  If you could turn now,
        19   sir, to your remarks, I just have a couple
        20   of questions I'd like to ask you about
        21   those, your remarks which are attached to
        22   this --
        23        A.    Okay.
        24        Q.    -- document, and turn to Page
00107:01        -JAMES D. WATKINS-
        02   2, if you would, sir, of your remarks, the
        03   middle of the page, and we're now on Bates
        04   number 411047?
        05        A.    Yes.
        06        Q.    Right in the middle of the
        07   page, sir --
        08        A.    Yes.
        09        Q.    -- the paragraph, "For over
        10   four decades, DOE and its contractors have
        11   accepted these two objectives as being
        12   mutually exclusive," and if you want to
        13   refer to above, sir, what the two
        14   objectives are, certainly feel free to do
        15   it.  It refers to the compatibility of
        16   health, safety and --
        17        A.    Yes, yes.
        18        Q.    -- and the environment and
        19   production.  "Virtually all incentives and
        20   awards have been coupled to
        21   production...."
        22        A.    Right.
        23        Q.    " ... such more so than all
        24   other considerations combined."
00108:01        -JAMES D. WATKINS-
        02        A.    Sure.
        03        Q.    "So, now, the chickens have
```

**Rocky Flats v.15**

---

```
04    finally come home to roost...."
05         A.    Right.
06         Q.    "... and years of inattention
07    to changing standards and demands
08    regarding the environment, safety and
09    health are vividly exposed to public
10    examination, almost daily."
11         A.    Right.
12         Q.    "I am certainly not proud or
13    pleased over with what I have seen over my
14    first few months in office.  As a result,
15    I must continue to implement measures that
16    can lead the department to a new culture
17    which takes pride in being good stewards
18    of public lands, while demonstrating that
19    our primary production mission can be
20    achieved concurrently"?
21         A.    Yes.
22         Q.    Do you see that, sir?
23         A.    Yes.
24         Q.    And that was a view which you
00109:01      -JAMES D. WATKINS-
02    held at the time of this press release?
03         A.    Yes.
04         Q.    Sir, Page 4, at the bottom of
05    the page, "Deputy Secretary Henson Moore
06    introduced the first of these initiatives
07    on June 16th, 1989, when he announced that
08    environment, safety and health objectives
09    now take precedence over production
10    objectives.  This served as the basis for
11    a comprehensive agreement between the
12    Department of Energy and the State of
13    Colorado regarding environmental
14    compliance at the Rocky Flats plant...."
15    in Denver "... near Denver," pardon me.
16           "That agreement is
17    unprecedented in scope and in the degree
18    of cooperation that it portends between
19    DOE and the state.  It will be a model for
20    new DOE cooperation with the states."
21           Do you see that, sir?
22         A.    Yes.
23         Q.    What was that agreement, sir,
24    that you were referring to?
00110:01      -JAMES D. WATKINS-
02         A.    I don't remember the detail of
03    the agreement, but it was an effort on my
04    part to stay closely associated with the
05    State of Colorado, particularly the
06    Governor and his office, who was extremely
07    concerned about this issue at Rocky
08    Flats.
09           Obviously, he's a politician,
10    and didn't like the negativism that
11    surrounded the Rocky Flats issue, so he
12    had a -- he had a stake in the game, and I
13    had to try to recover the production plan
14    at that time.  The evil empire was still
15    in existence.
16           We were producing nuclear
17    weaponry, D-5 warheads and so forth at
18    Rocky Flats.  Rocky Flats was measured on
19    the number of warheads they could get out
20    per unit time.  That's what I talked about
21    earlier.  Production was important.  We
```

## Rocky Flats v.15

```
    22    had to get back on line.
    23           And so my -- my whole attempt
    24    here was to say I think I can do both, and
00111:01       -JAMES D. WATKINS-
    02    I wanted to convince the Governor that he
    03    was involved with me, that he could put
    04    people on site, that I wanted to have an
    05    openness with him so he would understand
    06    what we're doing, what we're trying to do
    07    to repair some of the past practices.
    08           So that's what this is all
    09    about.  And I didn't realize the dates of
    10    June 16th, but we talked about this
    11    earlier, the 51 percent issue, which was
    12    apparently announced prior to this press
    13    conference.
    14       Q.    Right.  And by the evil empire
    15    in your statement, you're referring to the
    16    former Soviet Union?
    17       A.    The former Soviet Union.
    18       Q.    And at the time of this press
    19    conference, there had not been a
    20    determination as of yet to shut down
    21    production at Rocky Flats --
    22       A.    No.
    23       Q.    -- permanently, correct?
    24       A.    No, no, absolutely not.
00112:01       -JAMES D. WATKINS-
    02       Q.    Okay.
    03       A.    We had an imperative, a
    04    national security imperative at that time
    05    just as we did with Savannah River, but I
    06    told the President that I was not going to
    07    be a part of bringing those plants back on
    08    line, trying to claim some sovereign
    09    immunity because I didn't feel it was
    10    necessary.
    11           I looked at the data.  I
    12    looked at the inventories.  And I felt we
    13    could take the time to do it right.
    14       Q.    Okay.  Sir, the next page, if
    15    you would, please, Page 5, and just more
    16    on the 51 percent, it says "First" --
    17    right in the middle of the page, are you
    18    with me, sir?
    19       A.    Yes.
    20       Q.    Okay, Admiral.  It says,
    21    "First, I am modifying the criteria for
    22    award fees to our defense production
    23    contractors so that not less than 51
    24    percent of the available award will be
00113:01       -JAMES D. WATKINS-
    02    based on compliance with environmental,
    03    safety and health requirements, including
    04    requirements that derive from state
    05    environmental laws, regulations of the
    06    Environmental Protection Agency and the
    07    DOE, and actions set forth in tri-party
    08    Federal facility compliance agreements."
    09       A.    Yes.
    10       Q.    "A much smaller percentage is
    11    now the norm such as the 20 percent figure
    12    in the Rocky Flats contract."
    13           Do you see that, sir?
    14       A.    Yes.
    15       Q.    Does that refresh your
```

## Rocky Flats v.15

```
16    recollection --
17         A.    Yes, it does, yes.
18         Q.    -- to what the percentage --
19         A.    Yes.
20         Q.    -- in the existing Rocky Flats
21    contract with Rockwell was weighted in
22    favor of health, safety and the
23    environment?
24         A.    If you fail everything in
00114:01         -JAMES D. WATKINS-
02    environment, safety and health, had the
03    very worst situation you could possibly
04    have in the world, you could still get 80
05    percent if you did everything else well.
06    I found that offensive and I didn't think
07    it had logic.  I'm an engineer and it
08    didn't make any sense to me.
09         Q.    Okay.  And, sir, you go on,
10    under "Second," it says, "I am directing
11    that a provision be included in
12    departmental contracts stipulating that
13    all," underscore all "... of the potential
14    awards fee...."
15         A.    Right.
16         Q.    "... that may be earned will be
17    at risk if a contractor fails in any of
18    these three or other important award fee
19    categories."
20         A.    Right.
21         Q.    Can you explain what that was
22    to me, sir?
23         A.    Well, that's a -- that's a --
24    that's a killer paragraph.  None of the
00115:01         -JAMES D. WATKINS-
02    contractors liked that.  But they all
03    began to understand that, look, I don't
04    care if they don't want to get in the
05    game, don't get in the game, but you're
06    not going to come in and have an
07    unsatisfactory environment, safety and
08    health and get an award fee.
09              That was an incentive for them
10    to do their job in this area, which was
11    well established.  These are -- these are
12    top contractors.  These people know what
13    they're doing, should know what they're
14    doing.  They worked nuclear facilities
15    across the nation, and I felt that we were
16    not getting a fair shake from them,
17    really, across the Board.  And we weren't
18    because we -- we had this diffuse
19    organization.  Nobody demanded anything of
20    them.
21              I don't blame the contractors
22    all the time.  DOE had a big role to play
23    here.  And so that's what this is all
24    about.  This is everything I'm reading in
00116:01         -JAMES D. WATKINS-
02    here now, I'm kind of proud that I took
03    all these steps.
04              I don't remember all the
05    details, but now you're bringing it back
06    to life.  I remember it in spades.
```

**40.  PAGE 117:05 TO 122:15  (RUNNING 00:04:10.800)**

```
05         Q.    Sir, can you identify this
```

## Rocky Flats v.15

```
06   letter for me, please?
07        A.   Well, this is a letter that I
08   sent to Mr. Donald Beall, then Chairman of
09   the Board and Chief Executive Officer of
10   Rockwell International Corporation on
11   September what, the 20th, I can't read
12   that, September 20th, 1989, to inform him
13   officially of the final award fee
14   determination from my point of view.
15            And -- and it was -- I said it
16   had 40 percent of the possible award fee.
17   That's a very significant downgrade from
18   what was anticipated by the contractor
19   from discussions that they had had with
20   the normal award fee determination before
21   I took over this new initiative, and we
22   had had a discussion on the phone, Mr.
23   Beall and I, it says it in here, you know,
24   appreciate your statements to me on
00118:01         -JAMES D. WATKINS-
02   September 18th, which preceded this
03   letter.
04            So, but it was similar.  My
05   discussion with Mr. Beall was very -- it
06   was along the lines of this letter.
07        Q.   Okay.  And is this your
08   signature on this letter, sir?
09        A.   Yes, it is.
10        Q.   And did you, in fact, send it
11   on or about the date indicated on it?
12        A.   Yes, I did.
13        Q.   Okay.  And what was the reason
14   for the award of only 50 -- 40 percent of
15   the total possible award?
16        A.   I don't know the details.
17   You'd have to go back into the award fee
18   determination work to know how it came out
19   with that.
20            What I tried to do is be as
21   fair as I could be, knowing the DOE shared
22   a responsibility.  And I told Beall over
23   the phone that I felt I had a 50 percent
24   responsibility in this thing and I felt he
00119:01         -JAMES D. WATKINS-
02   had 50 percent, it's as even as I could
03   get, and I said, frankly, I said, the
04   award fee was higher than I would have
05   normally given under these circumstances
06   from the findings of the Tiger team, but I
07   felt this was fair, and I couldn't do
08   better than that.
09            But I also wanted him to know
10   that I criticized my only people for lack
11   of sufficient oversight and assistance to
12   the contractor in dealing with these
13   matters.  So there was a certain mea culpa
14   on my part at the time we dealt with
15   this.  So I felt this was a fair balance,
16   but I don't know the details.
17        Q.   Okay.
18        A.   You'd have to go back to the
19   Tiger team report, and I'm sure there's
20   some internal memoranda and correspondence
21   on this issue, because it was a major
22   issue.  This was a -- this was a pilot
23   effort on our part to break the old
```

## Rocky Flats v.15

```
     24   culture.
00120:01          -JAMES D. WATKINS-
     02        Q.    Okay.  And when you said that
     03   DOE had a 50 percent mea culpa, 50 percent
     04   responsibility --
     05        A.    I said that.  That was my
     06   assessment.
     07        Q.    Okay.  In what, 50 percent
     08   responsibility for what, sir?
     09        A.    For the -- for the -- the
     10   events at my facilities across the board
     11   from all my major contractors.  I said I
     12   cannot -- I can only hold you partially
     13   responsible.  I had to hold myself
     14   responsible because I don't have any paper
     15   trail that tells you specifically on every
     16   one of these cases what you -- what you --
     17   what we expect of you in everything
     18   because it doesn't exist, I had to develop
     19   those.  Those were new standards.  New
     20   orders had to be developed.  They were not
     21   out there in sufficient depth.
     22             On the other hand, I told Mr.
     23   Beall on the phone, I said you're a
     24   responsible contractor.  We have you --
00121:01          -JAMES D. WATKINS-
     02   you're out in -- out in California.  You
     03   do wonderful work in the rocketry business
     04   and you were a contractor out at Idaho at
     05   one point.
     06             I said, you do good work.  So
     07   I said you know what the rules are.
     08   You -- you know what the game is here and
     09   what has to be done for excellence.  So I
     10   said you have to accept some
     11   responsibility even though we don't have
     12   detailed paper trails on everything, we
     13   told you to do it and you didn't do it.
     14   We told you to do this, you didn't do it.
     15   I didn't have it at the time.  I tried to
     16   develop that, but it wasn't in existence.
     17             So that was my way of saying I
     18   accept part of the blame here, because I
     19   don't -- frankly, I'm not satisfied that
     20   we did our job in putting the demands on
     21   you and making it very clear what we
     22   expected.
     23             I had to -- I had to wrench
     24   the system and change, and I knew it was
00122:01          -JAMES D. WATKINS-
     02   going to be agonizing, but I decided this
     03   is the way to do it.
     04        Q.    And this letter, sir, was
     05   directed -- I was aware that you were
     06   familiar with Rockwell from other
     07   facilities where Rockwell was a
     08   contractor?
     09        A.    Yes.
     10        Q.    But this particular letter
     11   that's been marked as Watkins Exhibit 8
     12   refers specifically to the Rocky Flats
     13   plant?
     14        A.    Specific to Rocky Flats,
     15   correct.
```

## Rocky Flats v.15

**41. PAGE 124:12 TO 124:16  (RUNNING 00:00:07.400)**

```
12              Did there come a time, sir,
13   when the conclusion was made that Rockwell
14   would no longer be the contractor at the
15   Rocky Flats facility?
16       A.   Yes.
```

**42. PAGE 124:17 TO 124:18  (RUNNING 00:00:01.800)**

```
17       Q.   And when was that decision
18   made, sir?
```

**43. PAGE 124:20 TO 125:10  (RUNNING 00:00:32.300)**

```
20   this.  I can't remember the date, I don't
21   recall the date, but there was a mutual
22   agreement between Beall and myself that
23   Rockwell International would step down I
24   think it was the first of the year, that
00125:01          -JAMES D. WATKINS-
02   would be 1 January, '90, there would be a
03   new contractor, and I don't remember the
04   date that we talked about that, but it was
05   mutually agreed to that they would -- they
06   would step down and not continue on with
07   the contract, and I believe the contract
08   provisions permitted that.  I don't
09   remember the details, but as I recall,
10   they permitted that.
```

**44. PAGE 128:20 TO 132:14  (RUNNING 00:03:08.200)**

```
20       Q.   Admiral, before the break, I
21   put before you what has been marked as
22   Watkins Exhibit 10.  Sir, have you had an
23   opportunity to look this letter over?
24       A.   Yes, I have.
00129:01          -JAMES D. WATKINS-
02       Q.   Okay.  Is that your signature
03   on this letter, sir?
04       A.   Yes, it is.
05       Q.   And did you, in fact, send
06   this document on or about the date
07   indicated?
08       A.   Yes, I did.
09       Q.   And you sent it to Mr. Beall?
10       A.   Yes.
11       Q.   And he was Chairman and Chief
12   Executive Officer of Rockwell who, at this
13   time, was still a contractor, correct?
14       A.   That's correct.
15       Q.   Okay.  Sir, can you tell me
16   the reason why you sent this letter to Mr.
17   Beall?
18       A.   Well, it's explained in the
19   letter that our departmental team had been
20   there sufficiently long to make inquiry
21   into a variety of areas that convinced me
22   when they reported out to me, including
23   the on site observations with Mr.
24   Goldberg, that we had some severe problems
00130:01          -JAMES D. WATKINS-
02   out there that were later I think
03   documented in the Tiger team report, but
04   this was preceding that Tiger team report
05   now, it was the first cut, of what was
06   going on, and as was my practice with all
```

### Rocky Flats v.15

```
07   of these kinds of reports, I went to the
08   prime contractor, Chief Executive Officer
09   and prime contractor and said, look, I
10   want you to get into it and get back a
11   report as to what you're going to do about
12   it because I felt we had to keep going as
13   I would normally go, and independent of
14   what Justice was doing.
15        Q.   In general terms, sir, what
16   were the nature of the problems which you
17   concluded existed at the Rocky Flats
18   plant?
19        A.   All of those that I talked
20   about, all of the documents concerning
21   what I would consider to be normal best
22   business practices in dealing with things
23   nuclear.
24             There were things stuck in
00131:01        -JAMES D. WATKINS-
02   alarms, alarms weren't working, they were
03   cut out, large numbers, so how do you know
04   how the plant is being run.  That's an
05   example.
06             Those things to me are --
07   would be sufficient to stop all
08   operations, shut down and reassess what
09   we're doing, just alone.
10             I didn't know that before, so
11   sloppiness in dealing with nuclear
12   matters, and as I said in my last
13   paragraph, there it is, hey, I'm not at
14   all satisfied with Department of Energy's
15   performance in overseeing what's been
16   going on.  We should never have allowed
17   that situation to get to that point.
18             So we have a responsibility.
19   It was not being carried out by the
20   Albuquerque office for a lot of reasons.
21   I -- you know, they were way down in
22   Albuquerque and nobody ever demanded them
23   to be involved, so that was my way of
24   trying to say, hey, I share this burden
00132:01        -JAMES D. WATKINS-
02   with you.
03             I was trying to be as -- as
04   helpful as I could because I didn't -- it
05   was silly for me to hammer a prime
06   contractor when I had weak underpinnings
07   myself.  So that was our attempt.
08             And I believed very strongly
09   that if you ask a contractor to get in and
10   clean something up and do something, you
11   generally can do it.  I mean, you know,
12   they -- they have provisions in the
13   contract that at least imply you're
14   supposed to perform well.
```

**45.  PAGE 144:09 TO 146:09  (RUNNING 00:01:40.400)**

```
09        Q.   Have you ever made any effort
10   to familiarize yourself with any of the
11   details with respect to how Dow ran the
12   Rocky Flats plant?
13        A.   No.
14        Q.   Have you ever met with any of
15   the people, they were all men who ran that
16   plant?
```

CONFIDENTIAL

## Rocky Flats v.15

```
17          A.    No.
18          Q.    Have you ever read any of the
19    reports that were prepared either to the
20    Atomic Energy Commission or internal Dow
21    reports concerning how the plant was run
22    during that time period?
23          A.    No.
24          Q.    Okay.  Now, with respect to
00145:01          -JAMES D. WATKINS-
02    any comments that you made in your
03    questioning, in answer to questions by Mr.
04    Jacobsen, were you referring in any way to
05    the job that Dow did in running the Rocky
06    Flats plant in any of the testimony that
07    you gave?
08          A.    You said in any way.
09          Q.    Right.
10          A.    I don't know.
11          Q.    Okay.
12          A.    I can't tell.  All I looked at
13    were the facts that came out of the Tiger
14    team effort.
15          Q.    Okay.
16          A.    Whether Dow was a part of any
17    of that, I have no idea.  I never bothered
18    to look back that far.  We didn't have the
19    time to look back and try to do a
20    historical analysis of who shot John.
21          All I wanted to look at was
22    what we were doing now and was it best
23    business practices for this particular
24    facility.  That's all I cared about.  I
00146:01          -JAMES D. WATKINS-
02    really didn't have time to decide where
03    this -- what the genesis of all of this
04    was, so I really don't know.  So I can't
05    say in any way.
06          In my mind, was Dow a
07    villain?  I didn't see it.  I mean, I
08    didn't try -- I didn't even try to analyze
09    it.  So I don't know.
```

**46.  PAGE 146:17 TO 146:18  (RUNNING 00:00:06.000)**

```
17          A.    So I really don't -- in my
18    mind, Dow wasn't in the equation.
```

**47.  PAGE 149:16 TO 150:13  (RUNNING 00:00:31.000)**

```
16          Q.    But just so that the jury has
17    a sense of what time period we're talking
18    about, it's late spring, summer of '89,
19    right?
20          A.    Yes.
21          Q.    Okay.  Now, had you ever been
22    to Rocky Flats plant as of that time?
23          A.    Prior to that time?
24          Q.    Prior to time?
00150:01          -JAMES D. WATKINS-
02          A.    No, I had not.
03          Q.    Okay.  And the Tiger team,
04    when they were out there looking at the
05    plant, they were analyzing the conditions
06    of the plant as they existed at that time,
07    correct?
08          A.    Yes, that's correct.
09          Q.    Were they doing any historical
10    overview of what conditions may have been
```

## Rocky Flats v.15

```
11   decades earlier at the Rocky Flats plant?
12        A.   No, that was not in their
13   charter.
```

### 48. PAGE 153:05 TO 153:19  (RUNNING 00:00:30.600)

```
05        Q.   Now, what I'm getting at is
06   that testimony was elicited from you this
07   morning about how there was a split, like
08   an 80/20 split in contracts at certain DOE
09   facilities, 80 percent focus on
10   calculating --
11        A.   On nonenvironment, safety and
12   health issues -- environment, safety and
13   health was 20 percent.
14        Q.   That's what I want to focus
15   on.  Now, do you know whether those kinds
16   of award fee contracts existed for the
17   Rocky Flats plant contractors prior to
18   1980?
19        A.   No.  No, I do not.
```

### 49. PAGE 155:05 TO 157:12  (RUNNING 00:01:49.600)

```
05        Q.   Now, do you have in your mind,
06   as you sit here today, any details with
07   respect to any findings that the Tiger
08   team report made concerning what Rocky
09   Flats materials may have gotten off site
10   and into a five-mile surrounding area?
11        A.   As I recall, there was not any
12   documented evidence to that effect.
13        Q.   Now --
14        A.   Which was quite different from
15   the allegations on which the Justice
16   Department went in.
17             Justice Department went in on
18   allegations that they were misusing their
19   incinerator, and that there was some kind
20   of aircraft that had gone over with some
21   kind of infrared detectors that said they
22   were -- they were burning things in the
23   incinerator which had been shut down, and
24   what were they burning.
00156:01        -JAMES D. WATKINS-
02             And that was -- that was all
03   looked at for I think like two years,
04   Justice was in there forever.  I don't
05   think they ever found out that they were
06   doing anything rock.  I didn't know.  All
07   I knew were the allegations.  So when you
08   talk about off site --
09        Q.   Yes, sir.
10        A.   -- that was an allegation,
11   that perhaps radio particulate, radio
12   nuclei were going up in smoke or toxic or
13   hazardous material was being burned in
14   there inappropriately.
15             It was not -- it was not an
16   incinerator for anything but -- but -- but
17   special material residues and that sort of
18   thing.
19             So I don't -- but I have no
20   information -- I never had any information
21   that radioactive material was casually
22   drifting off site to -- to endanger the
23   public health.
24        Q.   Well, I assume, correct me if
```

Case Clip(s) Detailed Report
Wednesday, November 02, 2005, 10:34:10 PM

## Rocky Flats v.15

```
00157:01          -JAMES D. WATKINS-
      02   I'm wrong, that one of your interests in
      03   sending these Tiger teams out to Rocky
      04   Flats was to determine whether people who
      05   lived off site the plant were in some sort
      06   of jeopardy, is that right?
      07        A.   Well, certainly, yes.
      08        Q.   Okay.  And did you ever get
      09   reported back to you by your experts that
      10   that was, in fact, the case?
      11        A.   I never had any documented
      12   reports that that was the case, no.
```

**50.  PAGE 159:01 TO 160:16  (RUNNING 00:01:04.800)**

```
00159:01          -JAMES D. WATKINS-
      02        Q.   Okay.  But I want to nail this
      03   down now if we can.  With respect to any
      04   of the conclusions that the Tiger team
      05   came to, in your mind, as you sit here
      06   today, did these -- did this team conclude
      07   that any of the people who lived off site
      08   the Rocky Flats plant were in any jeopardy
      09   from materials that were released from
      10   that plant?
      11        A.   I'd have to look -- I'd have
      12   to look at that report again. I just don't
      13   remember that being an issue at all.  I
      14   think I would have remembered that, had
      15   there been some, so I'd have to go back
      16   and recall that, but there was nothing --
      17   so it was an omission in any briefing or
      18   reading that I made of it, if in fact it's
      19   in there.  So I'd have to go back to the
      20   document and see.
      21        Q.   We will.  We'll take a
      22   specific look at it, but I just want to
      23   know whether -- it seems like it's a big
      24   picture thing, and if that kind of thing
00160:01          -JAMES D. WATKINS-
      02   had come out, I thought you would remember
      03   it.
      04        A.   I would have remembered it.
      05        Q.   All right.  Now, you referred
      06   a couple of times to the FBI going in
      07   there, and in connection with that
      08   testimony, you refer to the Governor of
      09   Colorado, would have been Governor Romer
      10   at the time?
      11        A.   Romer.
      12        Q.   Are you familiar with recent
      13   statements that Governor Romer has made
      14   how he considers the FBI raid to have been
      15   a mistake?
      16        A.   No.
```

**51.  PAGE 161:03 TO 161:17  (RUNNING 00:00:30.000)**

```
      03        Q.   Go ahead.
      04        A.   I don't agree with Governor
      05   Romer, okay?
      06        Q.   That's fine.
      07        A.   Let me say, the FBI went in
      08   for the wrong reason, but a great service
      09   was done by jacking up the attention on
      10   these sites, as far as I was concerned,
      11   from my own department.  We needed that
      12   kind of a punch to get our own attention
```

**CONFIDENTIAL**                                                          **page 26**

## Rocky Flats v.15

```
13   in our department, and by God, it got it.
14           So yes, they went in for the
15   wrong reasons.  Nothing was found in their
16   principal allegations.  The reason they
17   went in was not justified.
```

**52.  PAGE 164:11 TO 164:23  (RUNNING 00:00:30.600)**

```
11           Where did you receive that
12   postgraduate degree?
13   A.    I received it from the U.S.
14   Naval post-graduate school in Monterey,
15   California 1955 to '58, completing at
16   Oakridge, six months at the Oakridge
17   National Laboratory at the course that was
18   entitled at the time for both civilian and
19   military, it was called -- I forget what
20   the course is, but course on reactors, and
21   that was part of my degree.  I had to
22   complete that course at the Oakridge
23   National Laboratory.
```

**53.  PAGE 165:11 TO 166:05  (RUNNING 00:00:40.000)**

```
11   Q.    Now, did you visit nuclear
12   weapons facilities in the United States
13   from the time you left Oakridge until the
14   time you became the Secretary of the
15   Department of Energy?
16   A.    No.
17   Q.    Now, and so that it is clear,
18   I think I understood your testimony this
19   morning, but I want to make sure that the
20   jury understands it, aside from not
21   visiting any nuclear weapons plants during
22   that period of time, did you receive any
23   reports as to what was going on at nuclear
24   weapons plants specifically at any time
00166:01         -JAMES D. WATKINS-
02   prior to the time you became the Secretary
03   of the Department of Energy?
04   A.    Not nuclear weapons plants.
05   Q.    Okay.
```

**54.  PAGE 167:19 TO 169:21  (RUNNING 00:01:21.200)**

```
19           Now, let's go to the page
20   that's numbered 95839 at the bottom.  Do
21   you see that, in fact, this Tiger team
22   assessment as reported in this document
23   was conducted June 6th through July 21st
24   of '89?
00168:01         -JAMES D. WATKINS-
02   A.    Um-hum, yes, I do.
03   Q.    And do you remember that June
04   6th as the date the FBI went in?
05   A.    I remember it as a date that
06   will be remembered in infamy, yes.
07   Q.    All right.  Now, you see there
08   in the -- that tells you when they went in
09   in the very first paragraph of the
10   executive summary of this report, doesn't
11   it?
12   A.    Yes.
13   Q.    And in the very next couple of
14   lines, it says, "The objectives of these
15   activities were to determine...." and then
16   the first thing it lists is, "whether or
```

### Rocky Flats v.15

```
        17    not any imminent threat exists to public
        18    health or the environment as a result of
        19    Rocky Flats plant activities."
        20        A.    That's correct.
        21        Q.    Do you see that?  Okay.  And
        22    then do you see when they have a section
        23    called Actions Taken --
        24        A.    Yes.
00169:01            -JAMES D. WATKINS-
        02        Q.    -- and then on that same first
        03    page of the executive summary, there's a
        04    section called Observations?
        05        A.    Yes.
        06        Q.    And in the first observation
        07    that was reached was that, "No situations
        08    which pose an imminent threat to public
        09    health or the environment were observed."
        10        A.    Yes.
        11        Q.    Do you see that?  Okay.  And
        12    you understood that that was the
        13    conclusion of your experts?
        14        A.    Yes, yes.
        15        Q.    At any time during the time
        16    that you were Secretary of the Department
        17    of Energy, did any of your experts or
        18    anyone else come to you and report that
        19    that conclusion was different or had
        20    changed?
        21        A.    No.
```

**55. PAGE 174:12 TO 175:10  (RUNNING 00:00:39.800)**

```
        12        Q.    And did you do anything when
        13    you came in or while you were running the
        14    Department of Energy to satisfy yourself
        15    that, in fact, the applicable DOE
        16    environmental regulations as they relate
        17    to these kinds of dose limits followed the
        18    recommendations of the International
        19    Commission on radiation Protection and the
        20    National Commission?
        21        A.    I think they did.
        22        Q.    All right.
        23        A.    I think the directives were
        24    clear on that.  But that's hardly an
00175:01            -JAMES D. WATKINS-
        02    implementation standard where you have
        03    performance measured against that and
        04    documentation and health records and all
        05    the radiological health and radiological
        06    controls.
        07            There was no manual.  There
        08    was no standard set for how do you achieve
        09    those levels.  How do you monitor those
        10    levels?  That's the issue.
```

**56. PAGE 179:11 TO 179:14  (RUNNING 00:00:07.300)**

```
        11        Q.    So if we want a book that
        12    shows us the conclusions of your team,
        13    this would be it, the Tiger team report?
        14        A.    For that time, yes.
```

**57. PAGE 179:22 TO 182:23  (RUNNING 00:02:33.700)**

```
        22        Q.    It's a thick book.
        23            Now, with respect to --
        24        A.    And this way agreed to by an
```

## Rocky Flats v.15

```
00180:01              -JAMES D. WATKINS-
      02    awful lot of highly qualified people, not
      03    just the team members, but oversight
      04    within the department, people I brought in
      05    that really had their heads screwed on in
      06    things nuclear.
      07              My Assistant Secretary for
      08    Defense Programs was an engineer in the
      09    nuclear program under Rickover for almost
      10    30 years.  He knows what he's talking
      11    about.
      12              Leo Duffy, Westinghouse,
      13    contractor at the Idaho site with a
      14    terrific track record not only for -- for
      15    monitoring radioactive materials, but also
      16    for teaching.  He was an educator, a
      17    teacher and taught the courses to the
      18    officers.
      19              I have brought in top talented
      20    people, Brush, successor fired right off
      21    the bat.  He was the nuclear safety
      22    expert.  He was terrific.  He came from
      23    the National Academy, was head of one of
      24    the NCRs over there, the National Council
00181:01              -JAMES D. WATKINS-
      02    on Research.
      03         Q.    Now the --
      04         A.    And so those people are people
      05    who are reviewing the details that are in
      06    here and coming and telling me in a
      07    briefing with everybody present including
      08    the Tiger team people what's going on at
      09    Rocky Flats.
      10              So I assessed that.  I have no
      11    ability to personally go into detailed
      12    data.  I -- I get -- I get my details from
      13    people who do know the details and do get
      14    into them and I trust.
      15         Q.    Perfect.  Now, those experts
      16    who you got your details from, did they
      17    ever come back to you and report to you
      18    that any of the people who lived off site
      19    the Rocky Flats plant had been exposed to
      20    radiation in excess of any applicable --
      21         A.    No, they did not.  Never
      22    reported that.  That would have really
      23    gotten my attention.
      24         Q.    That's something you would
00182:01              -JAMES D. WATKINS-
      02    have remembered?
      03         A.    Yes.
      04         Q.    Okay.  Now, with respect to
      05    exactly what they looked at in coming to
      06    their conclusions, let's just flip to two
      07    pages previous in this report, the one
      08    that's numbered 95837.
      09              Your experts went in and
      10    reviewed air, surface water, groundwater,
      11    waste management, toxic and chemical
      12    materials, radiation, quality assurance,
      13    inactive waste sites and releases and
      14    issues related to the National
      15    Environmental Policy Act, correct?
      16         A.    That's correct.
      17         Q.    All right.  And following that
      18    review by those experts, did anyone come
```

## Rocky Flats v.15

```
19    to you and report that any people who
20    lived off site the Rocky Flats plant were
21    in jeopardy as a result of exposures from
22    that plant?
23        A.   No, they did not.
```

**58.  PAGE 183:16 TO 184:15  (RUNNING 00:00:41.900)**

```
16            Q.    And you referred earlier to
17    these aerial surveys that they came in and
18    made of the Rocky Flats plant?
19            A.    Well, I don't know that they
20    did.  All I know is I was told that some
21    plane flew over and spotted all this.  I
22    don't remember any more details than that,
23    so I don't know that they actually did any
24    kind of comprehensive survey before the
00184:01          -JAMES D. WATKINS-
02    Justice Department went in.
03            I was told that an airplane
04    had picked up the inappropriate use of
05    this incinerator, that's all I was told.
06    That later did not turnout to be the fact,
07    but --
08            Q.   Okay.  That's what I was going
09    to ask you.  Did you ever review or get a
10    report from any of your experts as to how
11    those aerial surveys that were done as a
12    part of --
13            A.    I think I did at the time, but
14    I can't remember the details as to why
15    they were flawed.
```

**59.  PAGE 184:20 TO 185:06  (RUNNING 00:00:15.000)**

```
20            Q.    Well, they went in, you look
21    at the last sentence in that same
22    paragraph, your people or people who were
23    working during the time on your watch went
24    in and made additional surveys, right?
00185:01          -JAMES D. WATKINS-
02            A.   Yes.
03            Q.   Okay.  And that's what I'm
04    getting at.  Do you know how those surveys
05    came out?
06            A.    I think they were negative.
```

**60.  PAGE 187:20 TO 188:12  (RUNNING 00:00:27.300)**

```
20    to -- well, let's move beyond this.  This
21    was a public document at the time it came
22    out, right, this Tiger team report?
23            A.    Absolutely, yep.
24            Q.    Do you know how many --
00188:01          -JAMES D. WATKINS-
02            A.    And we put it in reading rooms
03    both locally and Rocky Flats and
04    elsewhere, so that there was no question,
05    that was one of the Ten-Point programs,
06    get everything out in the open.
07            National Environmental Policy
08    Act does not exempt the President or
09    anybody else, so we had to get on with the
10    new age and that was the idea.  Get this
11    out so everybody can look at it and we
12    know where we stand.
```

## Rocky Flats v.15

**61. PAGE 190:18 TO 190:24 (RUNNING 00:00:13.100)**

```
18        Q.    And prior to the time that you
19   were the Secretary of the Department of
20   Energy, in fact, for decades prior to that
21   time, the Colorado Department of Health
22   had been monitoring releases from the
23   Rocky Flats plant; were you aware of that?
24        A.    Yes, I was aware of that.
```

**62. PAGE 191:18 TO 193:12 (RUNNING 00:01:27.000)**

```
18        Q.    Okay.  The State of Colorado
19   had other guidelines --
20        A.    Do you mean the Department of
21   Health in Colorado would have that data.
22   I mean I just -- it never came up as an
23   issue that we had somehow violated -- that
24   we had violated some other things that the
00192:01          -JAMES D. WATKINS-
02   Governor set up on nuclear waste or we
03   were about to violate it, and he was going
04   to shut down the plant.
05             He said if you exceed so many
06   cubic yards of special material, that --
07   in this transuranic waste business, then
08   you're going to be shut down.  I was aware
09   of that, but I was never told that we had
10   violated at any time the state laws.
11             So there was a -- but I didn't
12   look back historically.  All I knew, the
13   current agreement with Colorado was that
14   was executed by my predecessor was that we
15   agreed not to exceed so many cubic yards
16   of transuranic materials on site before we
17   got rid of it because the Governor wanted
18   to open the waste isolation pilot plant in
19   New Mexico and get that stuff out of
20   Colorado.  That, he wanted to do, and he
21   set a boundary.
22             That's the only boundary I
23   know that we were closing in on very
24   rapidly and had to do something about,
00193:01          -JAMES D. WATKINS-
02   which I did.  I took action on that.
03        Q.    Okay.  Now, what this lawsuit
04   is about is about the people who live just
05   off site of the Rocky Flats plant?
06        A.    Right.
07        Q.    Do those things have anything
08   to do in your mind --
09        A.    No.
10        Q.    -- with the people who lived
11   just adjacent to the plant?
12        A.    No, they do not.
```

**63. PAGE 199:03 TO 202:10 (RUNNING 00:02:34.400)**

```
03        Q.    And were you aware of any of
04   these safety concerns at the Rocky Flats
05   plant that impacted in any way the
06   environment off site the plant?
07        A.    There was no documented record
08   that any of them ever did, but let me tell
09   you, they were lucky, okay?
10             You cannot cut out alarms and
11   do the kinds of things that were going on
12   that I referred to in the Beall letter and
```

**Rocky Flats v.15**

```
         13   expect that that could not affect off site
         14   people.
         15              Now, the fact that it didn't
         16   is probably correct.  I mean, there's no
         17   indication, but the threat of having an
         18   off site pollution from misuse of the
         19   incinerator was a reasonable thing to have
         20   happened.  It could have happened.  It
         21   didn't happen, as far as we know.  But it
         22   could have happened.
         23              Now, everybody is concerned
         24   about nuclear power no matter where these
00200:01            -JAMES D. WATKINS-
         02   sites are and there's always hype in the
         03   paper, and we have an illiterate nation in
         04   science anyway, so nobody understands what
         05   truth is and the people reporting have the
         06   least knowledge.
         07              So when you're talking about
         08   this, this is why you have to do a thing
         09   like this.  You have to get real people
         10   who know real things about these and make
         11   the assessment.
         12              I didn't know that we weren't
         13   polluting people off site.  The potential
         14   for some of the operational practice in
         15   being at Rocky Flats could have polluted
         16   people off site, could have contaminated.
         17   As far as I know, they didn't.
         18              But that doesn't mean it's
         19   less urgent on the part of the Secretary
         20   of Energy to get in and avoid the
         21   accidents that you surely don't want to
         22   wait until it happens and then get
         23   interested in it.
         24        Q.    Now, you referred to alarms a
00201:01            -JAMES D. WATKINS-
         02   couple of times in your testimony.  Those
         03   were criticality alarms?
         04        A.    All kinds of alarms for plant
         05   operations.  And plant operations here
         06   means you're manufacturing nuclear
         07   warheads out of plutonium.
         08              There are temperature alarms,
         09   there are pressure alarms, there are all
         10   kinds of things.  And when you stick a
         11   hairpin or something, or a -- a paper clip
         12   and keep those alarms cut out, and let's
         13   say there were 40 alarms out there that
         14   were cut out, that order of magnitude,
         15   that's a severe violation of good safety
         16   practices and we did not have to tell --
         17   should not have to have told anybody,
         18   including ourselves that that was bad.  We
         19   should have disallowed it.  You don't do
         20   that.  You'd never do that in the nuclear
         21   Navy, not one alarm would you ever cut
         22   out.
         23        Q.    Any issue --
         24        A.    You sometimes had to cut out
00202:01            -JAMES D. WATKINS-
         02   alarms, but you had emergency procedures
         03   and you had to put those into effect and
         04   get out a whole new set of operations.  I
         05   have that alarm there, I got to put a man
         06   on that station to take the data and
```

**Case Clip(s) Detailed Report**
**Wednesday, November 02, 2005, 10:34:10 PM**

## Rocky Flats v.15

```
07   report back at certain periodic
08   intervals.  That was not being done.  None
09   of those good practices were being done
10   there.
```

**64.  PAGE 202:17 TO 202:22  (RUNNING 00:00:05.700)**

```
17        Q.    Do you have any specific
18   knowledge of any other --
19        A.    No.
20        Q.    -- practices beyond the ones
21   that are referred to in this report?
22        A.    No, I do not.
```

**65.  PAGE 203:16 TO 204:16  (RUNNING 00:00:58.000)**

```
16        Q.    But can you testify here today
17   about which specific alarms were or were
18   not working at the Rocky Flats plant?
19        A.    No, I cannot.
20        Q.    Okay.  And would you point the
21   jury to this document, this report for a
22   listing of any such alarms?
23        A.    Yes, I would.  That's the only
24   document I have.
00204:01        -JAMES D. WATKINS-
02        Q.    Okay.  Now, besides what's in
03   this report, are you personally aware of
04   any other details or specifics with
05   respect to what kinds of alarms were or
06   were not working at the Rocky Flats plant?
07        A.    No, I'm not.
08        Q.    Now --
09        A.    At the time, I had some
10   knowledge, I was told the kind of alarms
11   were being cut out, and they were serious
12   violations of good operating practices and
13   could have led to some serious problems.
14   But I dropped it when there was no
15   evidence that any problems had actually
16   occurred from those alarms being cut out.
```

**66.  PAGE 210:09 TO 210:22  (RUNNING 00:00:31.000)**

```
09        Q.    Let me try to -- let me give
10   you a little bit on its relevance.  This
11   lawsuit involves the people who live in
12   that area, okay?  And there was monitoring
13   done in that area, okay?
14        Now, what I'm trying to get at
15   is when you sent your experts out there to
16   analyze the Rocky Flats plant, what are
17   the specifics that you got back from them
18   with respect to the conditions in that
19   area with respect to the amount of
20   radioactive or other hazardous materials
21   that might have gotten off site the Rocky
22   Flats plant?
```

**67.  PAGE 211:05 TO 212:02  (RUNNING 00:00:53.500)**

```
05        A.    I don't -- once a
06   determination is made that we had no
07   negative impact from all of this
08   examination on the off site personnel, and
09   this is coming in from competent analysis,
10   I drop it at that point.  I don't -- I
11   don't -- I still don't know what you're
12   driving at.  It would no longer be an
```

## Rocky Flats v.15

```
13    issue that I would have to get into.
14           If you're telling me that the
15    private sector's exposure, that there are
16    other standards set for them and did they
17    go below -- did they achieve a level that
18    was above or below those standards, the
19    answer is contained in here that we didn't
20    take anybody beyond acceptable dose levels
21    outside the site.
22           So that's all I have to know.
23    Whether it was a million below doesn't
24    make any difference.  If it's below it,
00212:01       -JAMES D. WATKINS-
   02    that's all that counts.
```

**68. PAGE 231:15 TO 233:17  (RUNNING 00:01:32.300)**

```
15    Q.     Why don't you focus on the
16    first page of that, I want to draw your
17    attention to a couple of things that Mr.
18    Jacobsen skipped over there.
19           Do you see in the second
20    paragraph that's entitled Risk Management
21    in this exhibit?
22    A.    Yes, yes.
23    Q.     Do you see how that paragraph
24    begins with the statement, "The Rocky
00232:01       -JAMES D. WATKINS-
   02    Flats plant does not present the magnitude
   03    of risk of a large commercial power
   04    reactor or a production reactor."
   05           Do you see that?
   06    A.    Yeah, um-hum.
   07    Q.     Did you disagree with that
   08    statement?
   09    A.    No, I didn't disagree with it.
   10    Q.     And then the next statement
   11    says, "A large quantity of plutonium does
   12    exist on site, but truly extraordinary
   13    events would be required to result in
   14    substantial off site risk releases"?
   15    A.    I agree with that, too.
   16    Q.     You agree with that, too?  And
   17    if you flip over to page -- it's the third
   18    page, I don't know that it's numbered --
   19    A.    Yes.
   20    Q.     At the bottom --
   21    A.    Yes.
   22    Q.     The last full sentence on this
   23    page?
   24    A.    Yes.
00233:01       -JAMES D. WATKINS-
   02    Q.     The Ahearne committee
   03    concluded that, "Based on data provided to
   04    the committee on the magnitude of past
   05    plutonium releases, it appears unlikely
   06    that measurable health effects would have
   07    occurred among members of the community."
   08    A.    I agree with that.
   09    Q.     You agree with that as well?
   10    A.    Yes.
   11    Q.     Now, these reports that you
   12    had daily and weekly from Dr. Goldberg and
   13    from Duffy and from these other people,
   14    were these reports concerning the levels
   15    of radioactivity or other materials that
   16    were off site the Rocky Flats plant?
```

## Rocky Flats v.15

```
          17        A.    Not that I recall.
```

**69.  PAGE 233:21 TO 237:23  (RUNNING 00:03:24.000)**

```
          21        Q.    Sir, just one follow-up
          22   question, same document.  Referring to the
          23   excerpt just quoted my Mr. Kurtenbach, it
          24   says the committee says that, "It is
00234:01             -JAMES D. WATKINS-
          02   unlikely that measurable health effects
          03   would have occurred among members of the
          04   community."
          05        That's what is written here,
          06   correct?  What Mr. Kurtenbach neglected to
          07   do was to read the next sentence, which
          08   says, "Nevertheless, to provide an
          09   adequate basis and to alleviate public
          10   concerns, we believe the DOE should
          11   proceed with epidemiological studies in
          12   the area."
          13        Was that consistent with your
          14   understanding that there was more work
          15   needed to be done in order to determine if
          16   and to what extent --
          17        A.    Yes, to document.  We were
          18   doing it everywhere.  We were starting
          19   epidemiological studies.  I brought in a
          20   whole team of people to set up a whole new
          21   health practice for the department, and
          22   epidemiological studies were started in
          23   Hanford.  We were opening up formerly
          24   classified data that was formerly
00235:01             -JAMES D. WATKINS-
          02   restricted data to the public view.  We
          03   had teams going in to do this all over.
          04   So this was departmentwide.
          05        It's what I was talking about
          06   before, if you don't have documentation on
          07   where you stand and there are unknowns
          08   there, if you don't have the
          09   epidemiological studies, you can't prove
          10   that, in fact, you didn't do things.
          11        And so it's best to have it in
          12   hand, even though we can make all kinds of
          13   cases that it's not happening, it's better
          14   to have these studies to show it's not
          15   happening or didn't happen.  And we had to
          16   do that with a bomb site.  We did it
          17   everywhere.
          18        So epidemiological studies
          19   makes sense, and I set them up.  I had a
          20   whole team come in, an independent team
          21   headed up by a person that was on my AIDS
          22   Commission who actually was the public
          23   health official for the state of Oregon,
          24   subsequently public health official,
00236:01             -JAMES D. WATKINS-
          02   senior public health official for the
          03   state of -- Washington state that houses
          04   the Hanford plant, and she's good at it.
          05   She's an expert in this field and she had
          06   brought in experts on her independent
          07   review that reported out to me and said
          08   this was an essential part of your
          09   Ten-Point program and here is how you do
          10   it.  And we started.
          11        That's a long-term data
```

**Case Clip(s) Detailed Report**
**Wednesday, November 02, 2005, 10:34:10 PM**

## Rocky Flats v.15

```
        12   building, it's very expensive, but it
        13   should have been done a long time before,
        14   and we'd of stopped a lot of the nonsense
        15   that goes on with this -- with this
        16   so-called inadequate understanding of
        17   science by the American public as a
        18   whole.
        19           They are frightened of things
        20   nuclear and they know nothing about it,
        21   even after 40 years of nuclear, nobody
        22   knows anything about it except a few
        23   scientists and engineers that work in this
        24   field.
00237:01        -JAMES D. WATKINS-
        02           They use abstract terms, they
        03   use all kinds of funny language, and it
        04   frightens everybody.  And so this is
        05   what -- and so the epidemiological studies
        06   are really the keys to public health
        07   certification that you can say, okay, I
        08   have the data here.  We have all the best
        09   scientists in the world to put together
        10   what's happened around these various sites
        11   and here are the realities, this is the
        12   best we can do, and what it entails.  And
        13   I don't even know if the study -- where
        14   these studies stay at.
        15           I do know that we started them
        16   in a number of areas.  We funded t to the
        17   extent that we could.  And I believe that
        18   we did the Nevada test site as a matter of
        19   priority because we knew we had releases
        20   there, well all over the desert, and we
        21   wanted to know if we contaminated the
        22   desert, I don't know what it was, all that
        23   kind of thing.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 01:12:44.345)**

**CONFIDENTIAL**