**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' PROPOSED INSTRUCTION REGARDING THE TYPE OF
COMPENSATORY DAMAGES THAT CAN BE AWARDED**
_____

      Defendants hereby submit their proposed instruction regarding the type of compensatory damages that can be awarded (attached as Exhibit A). The only compensatory damages that plaintiffs seek in this case are for diminution in property value. *See* May 17, 2005 Order at 18 ("Here, plaintiffs contend Defendants' trespass and nuisance harmed class members' pecuniary interests by diminishing the value of their properties."); Plaintiffs' August 10, 2005 Statement of Claims, at 4. Accordingly, the jury should be instructed that the only damages that can be awarded in this case are for diminution in the value of their properties, and that the jury may not consider compensatory damages for any other alleged injury. The current version of the jury instructions does not contain such a statement. A proposed instruction is attached hereto as Exhibit A.

Dated:  December 8, 2005

Respectfully submitted,

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                           /s/ Courtney Biggins_____
                                           Courtney Biggins (legal assistant)