# Exhibit A

**TENDERED BY DEFENDANTS**

**PROPOSED INSTRUCTION REGARDING TYPE OF DAMAGES THAT CAN BE AWARDED**

The only damages that can be awarded in this case are for diminution in property value. You may not consider compensatory damages for any other alleged injury.

**Authority:** May 17, 2005 Order at 18 ("Here, plaintiffs contend Defendants' trespass and nuisance harmed class members' pecuniary interests by diminishing the value of their properties."); Plaintiffs' August 10, 2005 Statement of Claims, at 4.