**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' NOTICE OF FILING**
_____

       Defendants hereby provide notice that the following two items will be filed in the conventional fashion: (1) Defendants' deposition designations for General Harold Donnelly; and (2) DX-792, which Defendants may offer for admission in connection with the testimony by deposition of General Donnelly.

Dated: December 8, 2005

                                                    Respectfully submitted,

                                                    /s/ Stephanie A. Brennan_____
                                                    One of the Attorneys for the Defendants
                                                    David M. Bernick
                                                    Douglas J. Kurtenbach
                                                    Ellen Therese Ahern
                                                    Mark J. Nomellini
                                                    Stephanie A. Brennan
                                                    KIRKLAND & ELLIS LLP
                                                    200 East Randolph Drive
                                                    Chicago, Illinois 60601-6636
                                                    Phone:  312-861-2000
                                                    Fax:     312-861-2200

                                                    Joseph J. Bronesky
                                                    SHERMAN & HOWARD L.L.C.

633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                  /s/ Kari Knudsen
                                  Kari Knudsen (legal assistant)