# Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' NOTICE OF FILING**

---

Conventionally submitted , Defendant's Deposition Designations of General Harold Donnelly and DX 792 to Defendant's Notice of Filing.