```
                                                              1
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2   CIVIL ACTION NO. 90-CV-181-JLK
 3   ─────────────────────────────────────────────────────────
     VIDEOTAPED DEPOSITION OF CHARLES C. McKAY
 4   EXAMINATION DATE:  SEPTEMBER 28, 2005
 5   ─────────────────────────────────────────────────────────
     MERILYN COOK, et al.,
 6
     Plaintiffs,                         COPY
 7
     v.
 8
     ROCKWELL INTERNATIONAL CORPORATION
 9   and THE DOW CHEMICAL COMPANY,
10   Defendants.
11   ─────────────────────────────────────────────────────────
12           PURSUANT TO NOTICE, the videotaped deposition of
     CHARLES C. McKAY was taken at 9:04 a.m. on September 28,
13   2005, at 1801 York Street, Denver, Colorado, before
     Nathan Stormo, Registered Professional Reporter and
14   Notary Public in and for the State of Colorado, said
     videotaped deposition being taken pursuant to the
15   Federal Rules of Civil Procedure.
16
17
                          Nathan Stormo
18              Registered Professional Reporter
19
20
21
22
23
24
25
```

Stormo Reporting, Inc.   (303) 200-4792

21

1  been to Colorado, as far as you know?
2      A    Five or six years ago.
3      Q    And during -- during the time period from 1960
4  to the present, as far as you know, approximately what
5  percent of his time has your brother spent in Colorado?
6      A    Percent of his time, 1 percent.
7      Q    Were you born in Colorado?
8      A    No, I wasn't.
9      Q    When did you move to Colorado?
10     A    I moved here full-time in late '83.
11     Q    And I take it from your answer that you had
12 visited Colorado prior to 1983?
13     A    Yes.  Ever since I was two years old.
14     Q    And I take it, Mr. McKay, that your family
15 owned property within the area set forth in McKay
16 Deposition Exhibit 3 prior to the time that you moved to
17 Colorado?
18     A    Yes.
19     Q    And why don't we use McKay Deposition
20 Exhibit 3, which is the big map, to show, as best as you
21 know, as of 1975 the properties that your family owned
22 on that map.
23     A    Well, the map doesn't go far enough west, but I
24 can show you, in 1975 they owned -- I'm going to take
25 them one at a time here.

Stormo Reporting, Inc.   (303) 200-4792

```
                                                                  24
 1              But No. 13 -- No. 13, actually, this is west of
 2   93.  No. 13 is 5.5 acres.  It's on the corner of 72/93,
 3   and that would be the southwest corner.
 4              And 14 would be the Mountain Plains.
 5        Q     Which you've already marked?
 6        A     I've already marked it, yes.
 7        Q     Right.  147 acres?
 8        A     More or less, that's right.  But you asked me
 9   what we owned then, so I was trying to tell you what we
10   owned then.
11        Q     Right, understood.
12        A     So we'll just say -- what do you want me to do
13   with 14; good enough the way it is?
14        Q     I understand that 14 is the Mountain Plains
15   Industrial Center.
16        A     That's correct.
17        Q     Okay.
18        A     And let me think.  And these are properties
19   around Rocky Flats; what we owned then.
20        Q     Is there anything else that's on McKay
21   Deposition Exhibit 2 -- 3, which is the large map?
22        A     '75, yes.
23        Q     Anything to the east of the plant?
24        A     Well, of course, we owned No. 2, which I
25   labeled, but I don't know -- we owned that then.  See,
```

```
                                                            25
 1   No. 2 was originally asked what I own now.
 2       Q    Right.
 3       A    But we also owned it then.  And we also owned a
 4   piece in here then.  How do you want me to label that
 5   one now?
 6       Q    15.
 7       A    15, okay.
 8       Q    You're labeling that on McKay Deposition
 9   Exhibit 3?
10       A    Uh-huh.
11       Q    You have to answer with a yes or a no.
12       A    Oh, yes.
13            And we own some ground on the south side of 72.
14   We'll label that 16, I guess.  And it was adjacent to
15   the TOSCO facility, Texas Oil Shale Corporation, on the
16   south side of 72.  We owned it at that time and later
17   transferred it, because they had to expand their yard,
18   so --
19       Q    Did you own the area that's now covered by
20   Great Western Park in 1975?
21       A    No, we did not.
22       Q    Did you own any other land east of the plant in
23   1975?
24       A    Well, just what -- you know, our home place way
25   down, which was Church Ranch Corporate Center on your
```

69

1  A  My Uncle Marcus.

2  Q  And was -- was the -- among your neighbors in
3  Jefferson County, was the presence of plutonium
4  contamination from Rocky Flats widely known?

5  A  Yes.

6  Q  Among your neighbors in Jefferson County -- and
7  that was in the 1970s?

8      MR. DAVIDOFF:  Objection to the form.
9  "Neighbors in Jefferson County" is an unduly vague and
10 ambiguous term.

11 Q  (By Mr. Nomellini)  Was contamination from
12 Rocky Flats in Jefferson County widely publicized in the
13 1970s?

14 A  Yes.

15 Q  Were the 1957 and 1969 fires widely publicized
16 in the 1970s?

17 A  Yes.

18 Q  Was the 903 Pad incident widely publicized in
19 the 1970s?

20 A  Yes.

21 Q  And was the Church litigation widely publicized
22 in the 1970s?

23 A  I don't think it was widely publicized ever
24 until the settlement.

25 Q  And was the settlement of the Church litigation

```
     0090
 1         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
 2         CIVIL ACTION NO. 90-K-181-JLK
           _____

 3

           DEPOSITION OF CHARLES C. McKAY - VOLUME II
 4         EXAMINATION DATE:  NOVEMBER 15, 2005
           _____

 5

           MERILYN COOK, et al.,
 6
           Plaintiffs,
 7
           v.
 8
           ROCKWELL INTERNATIONAL CORPORATION
 9         and THE DOW CHEMICAL COMPANY,
10         Defendants.
           _____

11
12              PURSUANT TO NOTICE, the deposition of
           CHARLES C. McKAY - VOLUME II was taken at 10:05 a.m. on
13         November 15, 2005, at 1801 York Street, Denver,
           Colorado, before Nathan Stormo, Registered Professional
14         Reporter and Notary Public in and for the State of
           Colorado, said deposition being taken pursuant to the
15         Federal Rules of Civil Procedure.
16
17
                             Nathan Stormo
18                  Registered Professional Reporter
19
20
21
22
23
24
25
```

11/15/2005 Mckay, Charles Vol 2

1   And my uncle would have us out and would have
2   big luncheons and have somebody from Dow Chemical at the
3   luncheon, and we were trying to promote the gravel at
4   Rocky Flats. We were trying to promote the clay at
5   Rocky Flats; trying to do a lot of things there.
6   Highway 72 shows up on this map. I cannot
7   remember the date that 72 -- I remember that Indiana
8   finally went through. I remember the contractor that
9   did it.
10   Q   Is it fair to say, Mr. McKay, that as of 1969,
11   there was still very little development within the class
12   area shown on McKay Deposition Exhibit 8?
13   A   Yes.
14   Q   And is it fair to say as of 1969 there was
15   still no subdivisions within the class area shown in
16   McKay Deposition Exhibit 8?
17   A   Yes.
18   Q   And as of 1969, as you drove around the class
19   area, what you still saw was a lot of rural land, farm
20   land, and ranching land. Is that fair?
21   A   Yes.
22   Q   Now, around this time -- 1969, 1970 -- there
23   was a great -- strike that.
24   Around this time -- 1969, 1970 -- there was a
25   significant amount of press coverage of Rocky Flats. Is

11/15/2005 Mckay, Charles Vol 2

1   that fair to say?
2       A    Yes.
3       Q    And in the late 1960s and early 1970s, there
4   was a significant amount of press coverage about the '57
5   and '69 fire.  Is that fair?
6       A    Yes.
7       Q    And in the late '60s and early '70s, there was
8   a significant amount of press coverage about the 903 Pad
9   incident.  Is that fair to say?
10      A    Yes.
11      Q    And that press coverage in the late 1960s and
12  early 1970s took place at a time when the class area
13  shown in McKay Deposition Exhibit 8 still had not been
14  developed; is that correct?
15      A    Yes.
16      Q    And so it was really subsequent to the press
17  coverage of the fires and the 903 Pad that the class
18  area started to become developed with subdivisions,
19  correct?
20      A    Correct.
21      Q    Now, how did you become aware of the press
22  coverage of the fires and the 903 Pad in the late 1960s
23  and early 1970s?  Was that clippings that your uncle
24  would send you or telephone conversations or your visits
25  or, some combination of those things?

11/15/2005 Mckay, Charles Vol 2

```
 1              "Answer:  No.  You know I've said before, I
 2     think in this conversation that I think that it's been
 3     contaminated by perception."  Do you see that?
 4         A    Yes.
 5         Q    And is that your view; that the property around
 6     Rocky Flats has been contaminated by perception?
 7         A    Yes.
 8         Q    What do you mean by that?
 9         A    Well, the constant bad press.  When I say
10     press, news, papers -- okay, printed news, TV, radio,
11     constant, constant negative, negative, negative
12     information that's come out about Rocky Flats has given
13     it a very bad reputation.
14         Q    And if we go on in the transcript of your
15     conversation with the Rocky Flats Cold War Museum Oral
16     History Project, it states --
17         A    What page?
18         Q    Page 25.
19         A    Okay.
20         Q    After you say it's been contaminated by
21     perception, you say, "You know, it's been in the
22     newspapers, the newspapers.  But we have a certification
23     from Al Hazle as I mentioned earlier as a result of the
24     lawsuit that it's clean, clear and acceptable for
25     development.
```

11/15/2005 Mckay, Charles Vol 2

1           "Question:  And so you never had any concern
2      about your personal health?
3           "Answer:  No.
4           "Question:  Or about your cows?
5           "Answer:  No.  No.
6           "Question:  Never?
7           "There has been no evidence whatsoever."
8           Do you see that?
9      A    Yes.
10     Q    And is what I've just read consistent with your
11     views about health risks from Rocky Flats and about
12     media reporting on Rocky Flats?
13     A    Yes.
14     Q    And it's your view that there is no evidence
15     whatsoever of health risks from Rocky Flats, correct?
16     A    Well, there is a lot of evidence floating
17     around, but I can only believe what the real story was,
18     was the story that I got in the settlement agreement
19     testimony from Al Hazle; the County agreeing to allow me
20     to develop the property.  I can only believe that as
21     being the real story.
22     Q    And when you're referring to Al Hazle, you're
23     referring to the Colorado Department of Health, right?
24     A    The Colorado Department of Health and, of
25     course, the Jefferson County Department of Health was

11/15/2005 Mckay, Charles Vol 2

```
 1   involved and consulted with and so forth.  He was the
 2   point man or the lead man.
 3       Q    And the Colorado Department of Health, as far
 4   as you know, is not affiliated with Dow or Rockwell,
 5   correct?
 6       A    That's correct.
 7       Q    And you've not only relied on the Colorado
 8   Department of Health, but you've also gathered your own
 9   soil samples from the property, right?
10       A    That's correct.
11       Q    And so personally you went and you dug up soil
12   from your property?
13       A    Personally I dug up soil from the property
14   where the gravel pit is.
15       Q    And when you dug up that soil, you sent it to a
16   laboratory for analysis?
17       A    That's correct.
18       Q    And that was Ebberline Laboratory?
19       A    That's correct.
20       Q    And Ebberline Laboratory, as far as you know,
21   is not affiliated with Dow or Rockwell, right?
22       A    As far as I know.
23       Q    And as far as you know, Ebberline is not
24   affiliated with the DOE?
25       A    As far as I know.
```

11/15/2005 Mckay, Charles Vol 2

```
 1    we have work done by the EARC including soil testing
 2    done by the EARC at Great Western.  Is that fair?
 3              MR. BLUM:  Form.
 4         A    Yes, that's fair.
 5         Q    (By Mr. Nomellini)  And all -- what I just
 6    referred to is all evidence that your Church McKay
 7    properties are not contaminated; true?
 8         A    That's true.
 9         Q    And what the Colorado Department of Health has
10    done with samples of your property -- your soil samples
11    that you sent to Ebberline and the work that EARC has
12    done at Cimarron and Great Western -- all demonstrate to
13    you that there is no health risk from those properties.
14    Is that fair?
15         A    That's correct.
16         Q    So you haven't -- you haven't had to rely on
17    Dow or Rockwell for that information; that there's no
18    health risk on those properties, right?
19         A    No.
20         Q    And you haven't had to rely on the Department
21    of Energy to learn that there is no health risk
22    Cimarron, Mountain Plains, or Great Western, right?
23         A    Right.
24         Q    Let's talk briefly about Church Ranch.  Have
25    you ever had testing done at Church Ranch; environmental
```

1   testing?

2       A   Phase I.

3       Q   Also done by the EARC company?

4       A   Yes.

5       Q   As a result of that Phase I testing, did the

6   EARC conclude that there was any contamination or health

7   risk at Church Ranch?

8       A   No.

9       Q   Now, we've talked about all the testing that's

10  been done on your properties that show that there is no

11  contamination.  Are you aware of any testing that's been

12  done that shows that there is contamination?

13      A   No.

14      Q   Are you aware of anything -- any work or

15  testing that's been done that shows that there is a

16  health risk to anybody living on your property?

17      A   No.

18      Q   So would you agree that there is no evidence of

19  health risk or contamination on your properties after

20  all the work and testing that's been done?

21          MR. BLUM:  That he's aware of?

22          MR. NOMELLINI:  Yes.

23      A   Yes.

24      Q   (By Mr. Nomellini)  And you said in your

25  article -- strike that.