IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DR. JOHN TILL**

Plaintiffs respectfully request that the Court enter an order compelling Defendants to produce documents Plaintiffs have requested of Defendants' expert, Dr. John Till. Plaintiffs served a deposition notice on Defendants on November 22, which included a request for documents. *See* Notice (Ex. 1). The Notice requested that Dr. Till produce the documents at his deposition, set for Dec. 1, 2005. *Id.*

Defendants served no objections to the request for documents, which included requests for documents sufficient to identify the amount of money that Dr. Till and RAC have been paid in this case, and in other matters where RAC and Dr. Till have performed work in connection with DOE-owned or controlled sites. Such documents bear directly on the alleged "independence" of RAC and Dr. Till.

At the deposition, however, Dr. Till failed to produce a single document. He testified that

he had never seen the Notice of Deposition or request for documents. *See* Till Dep. at 4 (Ex. 2). Indeed, counsel for defendants at the deposition stated that he, too, had never even seen the Notice, although it had been hand delivered to Defendants' lead counsel in Court on November 22, 2005. *See* Certificate of Service attached to the Notice.

After the deposition, Plaintiffs continued to pursue the documents requested, but such attempts have not been successful. Pursuant to Dist. Colo. Civ. R 7.1A, Plaintiffs sent two e-mails to defense counsel requesting the documents. *See* Exs. 3 & 4.[1] Plaintiffs asked for a response by Wednesday, December 7. Defendants have not responded in writing, though they have indicated that they consider the document requests to be late and/or burdensome. These objections are meritless. First, Defendants failed to file any objections before the deposition, and so any such objections have been waived. Second, Plaintiffs are willing to work with Defendants and Dr. Till to reduce any potential burden. Indeed, Plaintiffs told Defendants that our focus is on the document requests relating to monies paid to RAC and Dr. Till. Such documents should be readily available, as Dr. Till stated in his deposition. *See* Till dep. (Ex. 2) at 5.

Dr. Till is scheduled to testify in less than a week. Plaintiffs respectfully request that the Court enter an order requiring Defendants to produce the requested documents by Monday, December 12 at 9:00 a.m. (two days before Dr. Till is scheduled to testify).

---

[1] The first email also clarified one of the document requests, relating to funds paid to RAC. *See* Ex. 3 ("With respect to request No. 2, part 2 , we seek documents sufficient to identify the total amount paid to RAC by DOE, by K&E, or by any other entity in connection with dose reconstruction studies or work relating to sites other than Rocky Flats.").

                                                         Respectfully submitted,

Dated: December 9, 2005                   /s   Jennifer MacNaughton
                                                Merrill G. Davidoff
                                                David Sorensen
                                                Jennifer MacNaughton
                                                BERGER & MONTAGUE, P.C.
                                                1622 Locust Street
                                                Philadelphia, PA 19103
                                                (215) 875-3000
                                                fax (215) 875-4604
                                                *jmacnaughton@bm.net*

                                                Louise Roselle
                                                WAITE SCHNEIDER BAYLESS &
                                                CHESLEY
                                                Central Trust Tower, Suite 1513
                                                Cincinnati, OH 45202
                                                (513) 621-0267

                                                Gary B. Blum
                                                Steven W. Kelly
                                                SILVER & DEBOSKEY, P.C.
                                                1801 York Street
                                                Denver, CO 80206
                                                (303) 399-3000

                                                *Attorneys for Plaintiffs*