```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3    Case No. 90-K-181

 4    MERILYN COOK, et al.,

 5              Plaintiff,

 6    vs.

 7    ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
      COMPANY,
 8
                Defendants.
 9    _____

10         VIDEOTAPED DEPOSITION OF JOHN E. TILL, Ph.D.
                        December 1, 2005
11    _____

12    APPEARANCES:

13    FOR THE PLAINTIFFS:       LOUISE ROSELLE, ESQ.
                                Waite, Schneider, Bayless
14                                 & Chesley, LPA
                                1513 Fourth and Vine Tower
15                              One West 4th Street
                                Cincinnati, OH  45202
16                                      and
                                DAVID F. SORENSEN, ESQ.
17                              Berger & Montague, P.C.
                                1722 Locust Street
18                              Philadelphia, PA  19103-6305

19    FOR THE DEFENDANTS:       DOUGLAS M. POLAND, ESQ.
                                Lafollette, Godfrey &
20                                 Kahn
                                One East Main Street
21                              P.O. Box 2719
                                Madison, WI  53701-2719
22
      ALSO PRESENT:             Helen Grogan, Ph.D.
23                              Kathleen R. Meyer, Ph.D.
                                Timothy L. Ortmeier, CLVS
24

25
```

## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLORADO
 3   Case No. 90-K-181
 4   MERILYN COOK, et al.,
 5         Plaintiff,
 6   vs.
 7   ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
     COMPANY,
 8
           Defendants.
 9
10        VIDEOTAPED DEPOSITION OF JOHN E. TILL, Ph.D.
                     December 1, 2005
11
12   APPEARANCES:
13   FOR THE PLAINTIFFS:    LOUISE ROSELLE, ESQ.
                            Waite, Schneider, Bayless
14                          & Chesley, LPA
                            1513 Fourth and Vine Tower
15                          One West 4th Street
                            Cincinnati, OH  45202
16                          and
                            DAVID F. SORENSEN, ESQ.
17                          Berger & Montague, P.C.
                            1722 Locust Street
18                          Philadelphia, PA  19103-6305
19   FOR THE DEFENDANTS:    DOUGLAS M. POLAND, ESQ.
                            Lafollette, Godfrey &
20                          Kahn
                            One East Main Street
21                          P.O. Box 2719
                            Madison, WI  53701-2719
22
     ALSO PRESENT:          Helen Grogan, Ph.D.
23                          Kathleen R. Meyer, Ph.D.
                            Timothy L. Ortmeier, CLVS
24
25
```

## Page 2

```
 1        PURSUANT TO WRITTEN NOTICE, the videotaped
 2   deposition of JOHN E. TILL, Ph.D., called for
 3   examination by the Plaintiffs, was taken in the
 4   conference room at Sherman & Howard, L.L.C., 633
 5   Seventeenth Street, Suite 3000, Denver, Colorado, on
 6   the 1st day of December, 2005, at the hour of 11:02
 7   a.m., before Bonnie Carpenter, a Notary Public and
 8   Certified Shorthand Reporter in and for the State of
 9   Colorado and a Registered Professional Reporter.
10                      **********
11                        I N D E X
12   Index of Examination             Page
13   Ms. Roselle
14   Index of Exhibits                Page
15   1 Notice of Deposition           3,58,81
     2 Report         3,48,50,58,64,83,97
16                    105,125,127,128,179
17                    184,202
18
```

## Page 3

```
 1                      *********
 2        (Marked for identification were
 3   Deposition Exhibit Nos. 1 and 2.)
 4        THE VIDEO OPERATOR:  We are on the
 5   record at approximately 11:02.  Today is
 6   December 1st, 2005.  This is the beginning of Tape
 7   No. 1 of the video testimony of John E. Till, taken in
 8   the matter of Merilyn Cook, et al., versus Rockwell
 9   International Corporation, et al., Case No. 90-K-181,
10   in the United States District Court for the District of
11   Colorado.
12        Today, we are located at 633 Seventeenth
13   Street, Suite 3000, in Denver.
14        I am Timothy L. Ortmeier, a Certified
15   Legal Video Specialist of Ortmeier Video Services.  The
16   court reporter is Bonnie Carpenter of Carpenter
17   Reporting.
18        Will all attorneys present please
19   introduce themselves.
20        MS. ROSELLE:  Louise Roselle for the
21   plaintiffs.
22        MR. SORENSEN:  David Sorensen for the
23   plaintiffs.
24        MR. POLAND:  Doug Poland on behalf of
25   Dow Chemical Company and Rockwell International
```

## Page 4

```
 1   Corporation.
 2        THE VIDEO OPERATOR:  Will the court
 3   reporter please swear in the deponent.
 4        JOHN E. TILL, Ph.D.,
 5   called as a witness for examination under the Rules,
 6   having been first duly sworn according to law, was
 7   examined and testified on his oath as follows:
 8                      EXAMINATION
 9   BY MS. ROSELLE:
10     Q  Good morning, Dr. Till.  How are you
11   today?
12     A  Good morning.
13     Q  You received the notice of deposition
14   for today?
15     A  I don't know that I've received a
16   personal notice of deposition.  I guess my attorneys
17   have.  I don't recall seeing it.
18     Q  Okay.  And -- and you were asked to
19   bring a list -- a number of documents.  Did you bring
20   them with you?
21        MR. POLAND:  For the record, Louise, we
22   did not get a copy of the notice of deposition.
23        MS. ROSELLE:  For the record, it was
24   hand-delivered to David Bernick.
25        MR. POLAND:  Well, I did not get a copy
```

**Page 5**

1 of the notice of deposition.
2     MS. ROSELLE: Well, we'll go through
3 what you were supposed to bring. Perhaps you can get
4 them to us today at some time.
5     Q (BY MS. ROSELLE) Okay. Documents
6 created or received by you either at home or at work
7 sufficient to, one -- to identify, one, the total
8 amount paid to Dr. Till by RAC, CDH, DOE, and/or K&E in
9 connection with this case and in connection with any
10 work relating to Rocky Flats. Two, the total amount
11 paid to Dr. Till by RAC, DOE, and/or K&E in connection
12 with dose reconstruction studies or work relating to
13 sites other than Rocky Flats.
14     Do you have those records?
15     A No.
16     Q Okay. Do those records exist?
17     A I would assume they exist. I could dig
18 them up.
19     Q Okay. Where are they?
20     A Probably in my office.
21     Q And where is your office?
22     A South Carolina.
23     Q Can you tell me how much money you have
24 been paid -- how much money RAC has been paid for the
25 work that it's done at Rocky Flats?

**Page 6**

1     A I can give you an estimate.
2     Q And how much is the estimate?
3     A I would estimate that it's about
4 $5 million.
5     Q And can you tell me the years over which
6 that money was paid?
7     A That would be between about 1992 and
8 1999. That does not include -- there was another
9 study, the soil action level study related to Rocky
10 Flats for about $400,000 over a period of about 18
11 months, and I believe that was around 2000 to 2002.
12     Q Okay. The $5 million that was paid to
13 RAC, who did the money come from?
14     A The Colorado Department of Public Health
15 and Environment.
16     Q Where did they get the money?
17     MR. POLAND: Object to the form of the
18 question.
19     A I believe that their money came from the
20 Department of Energy.
21     Q (BY MS. ROSELLE) And was it a straight
22 pass-through, or did they get some overhead or
23 something from the DOE money?
24     MR. POLAND: Object to the form of the
25 question. Foundation.

**Page 7**

1     A I assume that they got some overhead,
2 but, really, I don't have knowledge of how much or if
3 they did or not.
4     Q (BY MS. ROSELLE) Do you -- do you have
5 knowledge that all of the $5 million that was paid to
6 RAC came from the Department of Energy?
7     MR. POLAND: Object to the form of the
8 question. Mischaracterizes his testimony.
9     A I believe that's the case.
10     Q (BY MS. ROSELLE) Now, at the time that
11 this money was received by RAC between 1992 and 1999,
12 can you tell me what your interest in RAC was?
13     A I was president of RAC. I was president
14 of Risk Assessment Corporation.
15     Q Okay. Were you also a shareholder?
16     MR. POLAND: Object to the form of the
17 question.
18     A I'm the sole owner of RAC.
19     Q (BY MS. ROSELLE) Is RAC a corporation?
20     A Yes.
21     Q Okay. Where is it incorporated?
22     A In the state of South Carolina.
23     Q What year was it incorporated?
24     A It was incorporated, I believe, in 1978
25 or '79 as Radiological Assessments Corporation. And at

**Page 8**

1 some point -- and I don't recall exactly when -- the
2 name was changed to Risk Assessment Corporation.
3     Q Okay. Since the time that RAC was
4 incorporated in 1978 or '79, have you been the sole
5 shareholder?
6     A Yes.
7     Q Is it a Subchapter S corporation?
8     A Yes.
9     Q Has it always been a Subchapter S
10 corporation?
11     A Yes.
12     Q Of the $5 million that was paid by the
13 Department of Energy to the Colorado Department of
14 Health and then to RAC, can you tell me how much of
15 that money went to John Till?
16     MR. POLAND: Object to the form of the
17 question.
18     A I cannot tell you precisely. I'd have
19 to check the records to -- to sort that out. But most
20 of the money that came into Risk Assessment Corporation
21 for that work went to other team members in my
22 corporation and to cover travel expenses, to cover
23 office overhead, and those kinds of things.
24     Q (BY MS. ROSELLE) How much money went to
25 you?