**David Sorensen**

| | | |
|---|---|---|
| **From:** | David Sorensen | **Sent:** Sun 12/4/2005 8:52 PM |
| **To:** | 'David Bernick'; 'Douglas Kurtenbach' | |
| **Cc:** | Merrill Davidoff; 'Louise Roselle'; Peter Nordberg | |
| **Subject:** | | |
| **Attachments:** | | |

Dear Counsel:

We have not received any of the documents that we requested of John Till on November 22.

At the deposition of Dr. Till on Thursday, December 1, both Doug Poland, counsel for defendants, and Dr. Till stated that they had never before seen Plaintiffs' Notice of Deposition of John E. Till, or the document request attached to it. As you know, Louise Roselle hand delivered the Notice to David Bernick in Court on Nov. 22. Yet Dr. Till had never seen it, and he failed to produce a single document that we had requested.

We request production of the documents sought immediately. With respect to request No. 2, part 2, we seek documents sufficient to identify the total amount paid to RAC by DOE, by K&E, *or by any other entity* in connection with dose reconstruction studies or work relating to sites other than Rocky Flats.

We also request: (1) that Defendants produce a hard copy version of the dose data delivered yesterday (the spread sheet is impossible for us to print out); and (2) a copy of Rood, A.S., "Reanalysis of the 1957 Fire using the CALPUFF Dispersion Modeling System and Suggested Sampling for Model Validation," (2002), discussed by Dr. Till at his deposition, and cited by Dr. Frazier in his August 2004 report.

In addition, I wish to raise an issue concerning the deposition of Paul Voilleque. Defendants offered one date for his deposition, Dec. 14, 2005, and Plaintiffs accepted. However, if he testifies, Plaintiffs would require some time *between* the date of his deposition, and the date of his proposed testimony, in order to obtain the deposition transcript and make use of it in preparation for cross-examination. Defendants' placement of Mr. Voilleque in their Order of Call, however, suggests that Defendants intend to call Mr. Voilleque the day after his deposition. That is unacceptable.

Thank you.

-David F. Sorensen