**Jenna MacNaughton-Wong**

| | | | |
|---|---|---|---|
| **From:** | Louise Roselle [louiseroselle@wsbclaw.com] | **Sent:** | Fri 12/9/2005 12:42 AM |
| **To:** | Jenna MacNaughton-Wong | | |
| **Cc:** | | | |
| **Subject:** | FW: Till documents | | |
| **Attachments:** | | | |

**From:** Louise Roselle
**Sent:** Tue 12/6/2005 10:11 PM
**To:** dbernick@kirkland.com
**Cc:** dsorensen@bm.net; pnordberg@bm.net; mdavidoff@bm.net
**Subject:** Till documents

As you know we requested documents be brought to the Till and Grogan depositions that were not brought. We have since sent you an e-mail concerning the Till documents. Please confirm that you will deliver these documents to us before he takes the witness stand. If you are not going to voluntarily produce the documents, please let me know by Wednesday at 5 p.m. Thank you.