IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  December 8, 2005

Reporter: Therese Lindblom
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Louise Roselle

David Bernick
Douglas Kurtenbach

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Thirty-Three**

**8:53 a.m.    Court in session.**

Jury not present.

Discussion regarding exhibits and defendants' witness list.

**ORDERED:  Plaintiffs' Second Motion to Admit Exhibits and Present Them to the Jury (Doc. No. 1744), filed December 6, 2005, is granted in part and denied in part.**

   **Exhibits received:**  P 1495, P 1483, P-1484, P-1485, P-1486, P-1487, P-1488, P-1482, P-1396, P-1397, P-1130, P-1131, P-642, P-1554, P-1547

   **Exhibits rejected:**  P-393, P-1489, P-1494

Discussion regarding deposition designations.

Further discussion regarding exhibits.

**Exhibits received:  P-1468, P-1469, P-1470, P-1471, P-1472, P-1477, P-1479, P-1487, P-1536A, P-1536B, P-1536C**

**Exhibits rejected:  P-1473, P-1474, P-1475, P-1476, P-1478, P-1480, P-1481**

Court states that P-1537 will be admitted if a foundation is laid and authenticity is established.

9:19 a.m.     Continued redirect examination of Mr. Hunsperger by Mr. Davidoff.

10:02 a.m.    Jury excused.

Argument regarding Mr. Hunsperger's testimony.

**10:05 a.m.   Court in recess.**
**10:27 a.m.   Court in session.**

Jury present.

Recross examination of Mr. Hunsperger by Mr. Bernick.

10:54 a.m.    Continued redirect examination of Mr. Hunsperger by Mr. Davidoff.

**Exhibit received: P-1492**

11:03 a.m.    Further recross examination of Mr. Hunsperger by Mr. Bernick.

Plaintiffs' witness, Joel Selbin, sworn.

11:08 a.m.    Direct examination of Dr. Selbin by Mr. Davidoff.

**Exhibit received:   P-1537**

Jury excused.

Discussion regarding Dr. Selbin.

**12:05 a.m.   Court in recess.**
**1:31 p.m.    Court in session.**

Jury present.

1:32 p.m.     Continued direct examination of Dr. Selbin by Mr. Davidoff.

2

**1:49 p.m.      Court in recess.**
**1:58 p.m.      Court in session.**

Continued direct examination of Dr. Selbin by Mr. Davidoff.

2:48 p.m.      Jury excused.

Discussion regarding exhibits.

**2:51 p.m.      Court in recess.**
**3:03 p.m.      Court in session.**

Cross examination of Dr. Selbin by Mr. Bernick.

Exhibits offered: DX-1601, DX-1596, DX-1599, DX-1600, DX-1607, DX-1608

4:09 p.m.      Redirect examination of Dr. Selbin by Mr. Davidoff.

4:21 p.m.      Ms. Roselle reads P-1382 to the jury.

4:29 p.m.      Plaintiffs rest subject to the exhibit issues.

Bench conference regarding trial schedule.

4:38 p.m.      Jury excused.

**Exhibits received: DX-1601, DX-1596, DX-1599, DX-1600, DX-1607, DX-1608**

**4:40 p.m.      Court in recess**.

Time in court - 5:38.

Trial continued.