IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    Plaintiffs,

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**PLAINTIFFS' AMENDED MOTION TO ENTER DEPOSITION DESIGNATIONS
AS PART OF THE RECORD**

    Plaintiffs move to make the designated testimony of Adm. James Watkins, A. Bryan Siebert, and Dr. James Flynn part of the record. These deposition designations were read to the jury but the text was not transcribed on the record.

    Plaintiffs withdraw their earlier submission [Ct. Rec. 1766] filed December 8, 2005, as two of the attached designations contained errors.

    For the Court's convenience, plaintiffs attach the designated portions of the Watkins, Siebert, and Flynn depositions as Exhibits 1, 2, and 3, respectively.

                                                Respectfully submitted,

Dated: December 9, 2005                    /s   Jennifer MacNaughton
                                                Merrill G. Davidoff
                                                Peter Nordberg
                                                Jennifer MacNaughton
                                                BERGER & MONTAGUE, P.C.
                                                1622 Locust Street
                                                Philadelphia, PA 19103
                                                (215) 875-3000
                                                fax (215) 875-4604
                                                jmacnaughton@bm.net


                                                Gary B. Blum
                                                Steven W. Kelly
                                                SILVER & DEBOSKEY, P.C.
                                                1801 York Street
                                                Denver, CO 80206
                                                (303) 399-3000

                                                *Attorneys for Plaintiffs*