1

1

2          UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLORADO
3          CIVIL ACTION NO. 90-K-181

4    --------------- ---------------
     MERILYN COOK, et al.,
5
               Plaintiffs,
6
          v.
7
     ROCKWELL INTERNATIONAL CORPORATION,
8    and THE DOW CHEMICAL COMPANY,

9          Defendants.
     ------------- -----------------
10
               Washington, D.C.
11             Monday, April 22, 1996

12
               Transcript of videotaped testimony
13
     of JAMES D. WATKINS, as taken by and
14
     before KATHLEEN A. PAGLIONE, Federally-
15
     Approved Registered Professional Reporter
16
     and Notary Public, at the offices of
17
     Cohen, Milstein, Hausfeld & Toll, 1100 New
18
     York Avenue, N.W. Suite 500, commencing at
19
     10:05 o'clock in the forenoon.
20
                    -  -  -
21

22

23

24

**Case Clip(s) Detailed Report**
**Friday, December 09, 2005, 8:43:07 AM**

## Rocky Flats v. 33

 **Watkins, James 04-22-96**                                    **1 CLIP  (RUNNING 01:12:43.945)**

 for the benefit of the videotape operator, ...

**WATKINS**                    **69 SEGMENTS  (RUNNING 01:12:43.945)**          

**1.  PAGE 6:10 TO 9:07  (RUNNING 00:02:39.800)**

```
         10        Q.    Okay.  Sir, would you please
         11   recount for me your Naval experience?  I
         12   understand, from preparing for this
         13   deposition, you had quite a distinguished
         14   Naval career; if you could go through that
         15   for the benefit of the videotape operator,
         16   I'd appreciate it, sir.
         17        A.    Well, 37 years with commission
         18   service, graduated from the Naval Academy
         19   in 1949, completing postgraduate school in
         20   1958, which -- in which I achieved a
         21   Master's Degree in mechanical engineering
         22   with a special in nuclear power.
         23             I then went into nuclear
         24   submarines.  I then worked for Admiral
00007:01             -JAMES D. WATKINS-
         02   Rickover for almost four years in
         03   Washington, went back and took command of
         04   a nuclear submarine.  Was moved over to
         05   Executive Officer of the nuclear power
         06   cruiser LONG BEACH.  Came back to
         07   Washington and worked in the personnel
         08   branch of the Bureau of Naval Personnel,
         09   and then on to command a cruiser destroyer
         10   group in the Pacific, and back to be Chief
         11   of Naval Personnel.
         12             At the first tour in the
         13   Bureau of Chief of Naval Personnel, I was
         14   the Director of all enlisted and officer
         15   personnel in the nuclear Navy.  In that
         16   regard, I worked hand in hand with the
         17   nuclear reactor's branch which was headed
         18   up by Admiral Rickover at the time, so I
         19   had a lengthy experience in the Navy in
         20   nuclear matters.
         21             As Commander-in-Chief of the
         22   Pacific fleet later on, I was asked to
         23   come back by the Secretary of the Navy,
         24   and the then Chief of Naval Operations,
00008:01             -JAMES D. WATKINS-
         02   Admiral Hayward to help effect the
         03   transition from Admiral Rickover to a
         04   successor.
         05             In 1982, I came back as Chief
         06   of Naval Operations and retired in June of
         07   1986.
         08        Q.    And that was your last
         09   commission or last involvement with the
         10   United States Navy?
         11        A.    Was Chief of Naval Operations
         12   as -- and member of the Joint Chiefs of
         13   Staff, yes.
         14        Q.    Would it be fair to describe
         15   your experience in the nuclear Navy as
         16   extensive, sir?
```

Case Clip(s) Detailed Report
Friday, December 09, 2005, 8:43:07 AM

## Rocky Flats v. 33

```
17          A.    It was extensive.
18          Q.    Now, sir, when you retired in
19   1986, you pursued other interests, did you
20   not, sir?
21          A.    Well, I tried to until I was
22   asked to be Chairman of the AIDS
23   Commission, and I accepted because
24   President Reagan asked me to do it.  And
00009:01           -JAMES D. WATKINS-
02   so that was a year from 1987 till reported
03   out in August of 1988.
04          Then I tried to go back in the
05   private sector.  In January of 1989, I was
06   tagged by President Bush to be Secretary
07   of Energy.
```

**2. PAGE 11:08 TO 11:15  (RUNNING 00:00:21.000)**

```
08          Q.    Okay.  And was it during the
09   time that you were Chairman of the
10   Commission, sir, that you were asked by
11   President Bush to become Secretary of
12   Energy?
13          A.    No.  I was asked by President
14   Bush in January of 1989, after the '88
15   election.
```

**3. PAGE 12:20 TO 13:10  (RUNNING 00:00:22.000)**

```
20          Q.    Sir, when you were tapped by
21   President Bush to become Secretary of
22   Energy, was it communicated to you by the
23   President or any of his staff why it was
24   that you were selected for that position?
00013:01           -JAMES D. WATKINS-
02          A.    Yes.
03          Q.    And what was communicated --
04          A.    President Bush said, and I've
05   said this probably many times, he said,
06   Jim I want you to come in and clean up a
07   mess.
08          Q.    What was your understanding of
09   what President Bush was referring to, sir?
10          A.    Well, I knew precisely --
```

**4. PAGE 13:21 TO 15:02  (RUNNING 00:01:13.000)**

```
21          Q.    Okay.  Could you please
22   respond to the question?
23          A.    Being a member of the nuclear
24   Navy for so many years, and knowing the
00014:01           -JAMES D. WATKINS-
02   role of the Atomic Energy Commission which
03   then converted to the Energy Research and
04   Development Agency, which then in 1977
05   eventuated into the Department of Energy,
06   I was well aware of the role played by
07   those organizations in the processing, the
08   development and processing of fuels for
09   the nuclear powered vessels of the Navy,
10   and I was familiar with the various
11   laboratories associated with
12   Bettis-Westinghouse and others, Capital
13   Knolls Atomic Power Laboratory and
14   others.
15          So I was quite aware of the
16   relationship between, you might say, the
17   Atomic Energy Commission side and its
```

## Rocky Flats v. 33

```
        18    follow-on activities and the Navy,
        19    particularly with my four years, nearly
        20    four years with Admiral Rickover.
        21           I had visited those labs.  I
        22    knew exactly what they did.  I knew how
        23    they processed and reprocessed fuels, and
        24    so I was quite familiar with the actions
00015:01           -JAMES D. WATKINS-
        02    going on there.
```

**5. PAGE 15:03 TO 15:20  (RUNNING 00:00:29.900)**

```
        03    Q.    When you say the labs, are you
        04    referring also to, sir, to the nuclear
        05    weapons facilities?
        06    A.    No, I'm not.
        07    Q.    Okay?
        08    A.    I'm only referring to those
        09    laboratories that served the naval reactor
        10    branch of the Navy, then it was the Bureau
        11    of Ships converted later to the Naval
        12    Ships Systems Command which was half of
        13    Rickover's half.  The other half was in
        14    the Atomic Energy Commission.
        15    Q.    Okay.  And that's what you
        16    were referring to when you were testifying
        17    as to your familiarity with that aspect,
        18    that other side of the nuclear -- nuclear
        19    complex, correct?
        20    A.    That's correct.
```

**6. PAGE 15:21 TO 16:04  (RUNNING 00:00:12.342)**

```
        21    Q.    Now, when you were -- when you
        22    were told by President Bush that he wanted
        23    to you clean up the mess, did you have an
        24    understanding, sir, at that time that the
00016:01           -JAMES D. WATKINS-
        02    mess that President Bush was referring to
        03    included the nuclear weapons facilities in
        04    the United States?
```

**7. PAGE 16:13 TO 17:15  (RUNNING 00:00:56.720)**

```
        13    A.    It did not include the weapons
        14    laboratories.  I had virtually no
        15    knowledge, no detailed knowledge of the
        16    weapons labs.  Obviously I, because I was
        17    in the nuclear Navy and because there were
        18    nuclear weapons in the nuclear Navy, I was
        19    well aware that there were laboratories
        20    that did work, but I did not know the
        21    details, nor had I visited any of the DOE
        22    sites.
        23    Q.    So you had no personal
        24    knowledge of the existence of
00017:01           -JAMES D. WATKINS-
        02    environmental or health conditions at the
        03    nuclear weapons facilities?
        04    A.    No, I was very familiar with,
        05    having worked for Rickover for so long,
        06    and been very very close to him in the
        07    work in his -- you know, on the nuclear
        08    power side of his half, the Atomic Energy
        09    Commission follow-on Department of Energy
        10    relationships, I was well aware of the
        11    back and forth that went on between
        12    Rickover and the various labs, and so
```

Case Clip(s) Detailed Report
Friday, December 09, 2005, 8:43:07 AM

## Rocky Flats v. 33

```
13    there was a knowledge to that extent, but
14    it was detached knowledge.  It was not
15    personal hands-on knowledge.
```

**8.  PAGE 18:07 TO 18:17  (RUNNING 00:00:20.000)**

```
07          Q.    Now, sir, what I'd like to
08    know is at the time, and I believe I just
09    want to make sure I clarify this
10    testimony -- your testimony, at the time
11    that President Bush asked you to be
12    Secretary of Energy and asked to you clean
13    up the mess, it was not your understanding
14    that the mess included or may have
15    included the nuclear weapons plants in the
16    United States, is that your testimony,
17    sir?
```

**9.  PAGE 18:19 TO 20:06  (RUNNING 00:01:20.185)**

```
19          A.    Well, I knew enough about the
20    Department of Energy to know that the
21    Department of Energy controlled a lot of
22    laboratories, and the degree to which they
23    were engaged in Navy nuclear power matters
24    was not known to me.  I just really didn't
00019:01          -JAMES D. WATKINS-
02    have any direct knowledge.
03          Obviously, I knew that they
04    were -- they had the intellectual
05    potential in those laboratories to develop
06    nuclear weaponry and so forth, but I did
07    not know any details.
08          So the only thing I knew was I
09    saw the exchanges going on between
10    Rickover and the Atomic Energy about what
11    he believed was going on in those plants
12    vis-a-vis the standards that he set for
13    the Navy and did not like what he saw, so
14    I had that much knowledge, because I had
15    great respect for him, and his ability to
16    look over the fence and see what was going
17    on to know that he wanted to keep separate
18    from the Department of Energy and its
19    former Atomic Energy Commission and
20    therefore, he established, you might say,
21    a clear line of demarcation between Naval
22    Reactors branch and the rest of the
23    governmental organizations that were other
24    than Navy.
00020:01          -JAMES D. WATKINS-
02          He wanted to keep that
03    separate for the reasons that I generally
04    referred to as being he didn't like what
05    he saw over the fence.
06          Q.    And over the fence --
```

**10.  PAGE 21:13 TO 21:22  (RUNNING 00:00:14.500)**

```
13          Q.    What was your understanding of
14    his involvement with the nuclear weapons
15    plants that were under the jurisdiction of
16    the --
17          MR. RAFFMAN:  Foundation.
18          MR. JACOBSEN:  Excuse me, I'm
19    not done.
20          Q.    -- of the DOE?
21          A.    As far as I know, he didn't
```

**Case Clip(s) Detailed Report**
**Friday, December 09, 2005, 8:43:07 AM**

## Rocky Flats v. 33

```
    22   have any direct connection.
```

**11.  PAGE 22:21 TO 23:03  (RUNNING 00:00:12.700)**

```
    21        Q.    Did there come a time, sir,
    22   when you, after you assumed the position
    23   of Secretary of Energy, came to the
    24   conclusion that the mess to which
00023:01             -JAMES D. WATKINS-
    02   President Bush referred included the
    03   nuclear weapons plants?
```

**12.  PAGE 23:13 TO 24:05  (RUNNING 00:00:44.900)**

```
    13        Q.    Go ahead and answer, sir.
    14        A.    I did not know the depth of
    15   the conditions until the events in May and
    16   early June at Rocky Flats, but I began to
    17   see them from the day I took over, which
    18   was 1 March, 1989.  Until that happened,
    19   that was a very significant event to
    20   trigger off a whole host of actions on my
    21   part to move out more -- even more
    22   aggressively.  I did not know the depth of
    23   the problems until that point.
    24        Q.    Okay.  By that point, you're
00024:01             -JAMES D. WATKINS-
    02   talking about the May and June, 1989 time
    03   frame, you're referring, sir, to the FBI
    04   raid on the facility?
    05        A.    I am.
```

**13.  PAGE 24:09 TO 24:10  (RUNNING 00:00:06.000)**

```
    09        Q.    And you're familiar with the
    10   FBI raid, are you not, sir?
```

**14.  PAGE 24:19 TO 24:19  (RUNNING 00:00:00.600)**

```
    19        A.    Yes, I was.
```

**15.  PAGE 28:14 TO 28:24  (RUNNING 00:00:17.600)**

```
    14        Q.    Did there come a time, sir,
    15   when you did focus on or a member of your
    16   staff did focus on the contracts with
    17   Rockwell?
    18        A.    Yes.
    19        Q.    And did you find, sir, that
    20   those contracts suffered from the same
    21   deficiencies that you had found with the
    22   other contracts that you looked at when
    23   you took over as Secretary of Energy?
    24        A.    In general terms, yes.
```

**16.  PAGE 45:22 TO 46:18  (RUNNING 00:00:51.200)**

```
    22        Q.    Sir, you've described, I've
    23   seen in some documents and I believe in
    24   your previous deposition, you described
00046:01             -JAMES D. WATKINS-
    02   the organization at the time you assumed
    03   the position of Secretary of Energy of the
    04   DOE as being decentralized.
    05             Do you recall that, sir?
    06        A.    Yes, I do.
    07        Q.    And that was what you found
    08   when you became Secretary of the
    09   Department of Energy?
    10        A.    Yes, it was.
```

## Rocky Flats v. 33

```
11          Q.    And what did you mean -- what
12   do you mean by decentralized organization?
13          A.    By decentralized, I mean that
14   it was such a matrix organization that
15   worked horizontally, that is, it worked
16   across various departments within the
17   Department of Energy that it was hard to
18   find out who was accountable and
```

**17.  PAGE 46:21 TO 46:24  (RUNNING 00:00:09.000)**

```
21               Who do I hold accountable for
22   that?  How -- who is it?  Well, it turns
23   out to be a lot of people, and yet no
24   one.
```

**18.  PAGE 48:24 TO 49:14  (RUNNING 00:00:26.800)**

```
24               So by decentralized, I mean no
00049:01          -JAMES D. WATKINS-
02   clear line of accountability and
03   responsibility from the top down to the
04   lowest level, it simply didn't exist.
05          Q.    Was it your sense, sir, at
06   that time that you should have learned
07   about conditions at Rocky Flats from DOE
08   people before you heard about the extent
09   of those conditions from the U.S.
10   Attorney's Office?
11          A.    Yes.
12          Q.    And you didn't get that
13   information, did you, sir?
14          A.    No, I did not.
```

**19.  PAGE 51:03 TO 53:14  (RUNNING 00:02:06.000)**

```
03               And so I was in the process,
04   as perhaps you are here, of discovery.  I
05   had to go -- I had to learn a lot in a
06   very short period of time.
07               I took over on 1 March.  It
08   was in late May that the Rocky Flats issue
09   took place.  I was just getting the
10   message, you might say, deciding what I
11   was going to do in the first few months.
12   You can't be cavalier about these things.
13               I had to know a lot, and my
14   people didn't know that they didn't know a
15   lot.  And it was becoming clear with the
16   various events taking place that I saw, I
17   said, why don't I know this?  Why don't I
18   know this?  Who's telling me this?
19               And so it was really the Rocky
20   Flats event that triggered a whole
21   avalanche of actions based on a lot of
22   study on two and a half months that had
23   nothing to do with Rocky Flats per se, but
24   Rocky Flats was the catalyst that brought
00052:01          -JAMES D. WATKINS-
02   it alive.
03               Because, I mean, they had a
04   hundred paratrooper equivalents go in, and
05   I had to -- I had to make sure that they
06   go in safely.
07               And that's why the Attorney
08   General was bright enough to bring me into
09   it.  It would have been -- it could have
10   been very serious if the agents had tried
```

Case Clip(s) Detailed Report
Friday, December 09, 2005, 8:43:07 AM

## Rocky Flats v. 33

```
         11   to go in out there without my prior
         12   knowledge and without me paving the way to
         13   sending my deputy out and a team to make
         14   sure that they not only could get in, but
         15   they could get access where it was
         16   possible and they would get assistance and
         17   they would be going for the right
         18   information.
         19          Q.    And you're talking about the
         20   FBI raid?
         21          A.    Yes, I am.
         22          Q.    And the importance of the
         23   cooperation of DOE with the U.S.
         24   Attorney's Office to ensure that the raid
00053:01            -JAMES D. WATKINS-
         02   was conducted safely and that appropriate
         03   information was obtained?
         04          A.    Yes.
         05          Q.    Now, in terms of -- in terms
         06   of the move away from the
         07   decentralization, what was done
         08   specifically with respect to the Rocky
         09   Flats plant by you, sir, when you became
         10   Secretary of Energy, what was done in
         11   order to ensure that the information that
         12   you had not been getting was going to work
         13   its way to headquarters and not end up
         14   staying in the Albuquerque office?
```

**20.  PAGE 53:18 TO 57:07  (RUNNING 00:02:59.400)**

```
         18          A.    Nothing happened until the
         19   raid took place.  My experience in the
         20   Navy is when you have a situation as
         21   serious as the allegations were, that the
         22   worst thing you can do is keep the
         23   incumbent in charge of the Rocky Flats
         24   site for a lot of reasons, conflict of
00054:01            -JAMES D. WATKINS-
         02   interest, for his own individual
         03   protection, legal protection, whatever
         04   might come out of it.  I didn't know --
         05   there were a lot of unknowns out there.
         06          My feeling is that with these
         07   serious allegations, that I had to move a
         08   team out there in a hurry to find out what
         09   I call ground truth.  What is going on.  I
         10   put a team together called the Tiger
         11   team.
         12          I'm familiar with Tiger teams
         13   in the military.  They work beautifully.
         14   When you have serious problems, you go in
         15   with a team of experts that have no
         16   conflict of interest and you move them in
         17   quickly.  They know what's going on.
         18          They know about radiological
         19   controls.  They know about nuclear bombs.
         20   They know about plutonium scatter.  They
         21   know about all of the radioactive
         22   monitoring that must go on.  They know
         23   about operations in these plants.  And you
         24   pull that team together and you go in and
00055:01            -JAMES D. WATKINS-
         02   take a look.
         03          So I knew -- I could find out
         04   what was going on.  I didn't want Justice
         05   to spend two years with some
```

Case Clip(s) Detailed Report
Friday, December 09, 2005, 8:43:07 AM

## Rocky Flats v. 33

```
        06    investigation.  I had real problems on my
        07    hands.
        08              So not to interfere with them,
        09    we worked it out with Justice.  We sent in
        10    our own team, and that actually gave
        11    Justice a heck of a lot more data than it
        12    would have ever gotten on their own.
        13              And that Tiger team report was
        14    the first I'd ever received of all the 30
        15    some Tiger team reports I had during the
        16    four years I was Secretary.  And it came
        17    out as soon as I could get it.
        18              And it was my feeling at that
        19    time that if, in fact, the Albuquerque
        20    office was in charge of the oversight of
        21    the effective operation of their various
        22    sites, and they had more than just Rocky
        23    Flats, they didn't do a very good job on
        24    some very fundamental stuff.
00056:01          -JAMES D. WATKINS-
        02              So I said, first thing we're
        03    going to do is I'm going to put the
        04    authority right at Rocky Flats, and I want
        05    to bring in an experienced person, which I
        06    did, Ed Goldberg coming in from Hanford to
        07    come in and take over without prejudicing
        08    anybody else, but said I don't want to
        09    have any image that I'm not fully
        10    cooperative with Justice, and I want to
        11    make sure that the Governor of Colorado is
        12    satisfied that I'm doing the job well and
        13    that there's no cover-up here.  We want
        14    the facts on the table and we want to know
        15    where the heck we stand.  It was probably
        16    one of the best things I ever did.
        17          Q.    And Mr. Goldberg was a DOE
        18    official, correct, sir?
        19          A.    He was a DOE official, I think
        20    he was number two at the Hanford site.  He
        21    was the deputy out there, and he was
        22    considered by a lot of people to be very
        23    competent technically and could come in
        24    and do something like this, and he was
00057:01          -JAMES D. WATKINS-
        02    willing to do it and almost on an
        03    overnight basis.
        04              We called him.  He was there
        05    the next day and at the time of the -- at
        06    the time the FBI went in, he was basically
        07    in charge.
```

**21. PAGE 57:16 TO 58:07  (RUNNING 00:00:34.900)**

```
        16          Q.    Okay.  To whom did Mr.
        17    Goldberg report?
        18          A.    He reported to, as I recall --
        19    by that time, we'd established Mr. Tuck,
        20    the Undersecretary as the direct reporting
        21    senior, but he was also given a directive
        22    that I want to be told of any serious
        23    findings that would come out of the Tiger
        24    team effort on DOE's part to see what was
00058:01          -JAMES D. WATKINS-
        02    going on out there.
        03              I wanted him to keep in tune
        04    with me until I was satisfied that we had
        05    a system in process that I could count on
```

## Rocky Flats v. 33

```
06   to report to me what was going on at the
07   local site.
```

**22.  PAGE 58:09 TO 58:12  (RUNNING 00:00:06.000)**

```
09        A.    That one just happened to be
10   at Rocky Flats, I did it for the entire
11   DOE complex following that, but I had to
12   do this right away.
```

**23.  PAGE 63:13 TO 64:02  (RUNNING 00:00:22.600)**

```
13             Sir, did you receive drafts of
14   the Tiger team report?
15        A.    Absolutely.
16        Q.    And did you review those?
17        A.    I did.  I was briefed heavily
18   on it, hours of briefings on it, what went
19   on by the Tiger team independent of any of
20   my people, and I had Goldberg and all the
21   right people there from the field, so
22   everybody heard it, and we took actions
23   after that to say, all right, let's take
24   the corrective actions that are
00064:01             -JAMES D. WATKINS-
02   necessary.
```

**24.  PAGE 79:18 TO 81:22  (RUNNING 00:02:40.500)**

```
18             MR. JACOBSEN:  Let's mark as
19   Watkins Exhibit 5 a letter bearing the
20   caption Department of Energy and what
21   purports to be Admiral Watkins' signature
22   dated April 27th, 1989 bearing Bates
23   numbers 0508901 to 0508902.  I ask the
24   reporter to show that to the witness.
00080:01             -JAMES D. WATKINS-
02             (Exhibit Watkins 5 marked for
03   identification.)
04             MR. JACOBSEN:  And we'll mark
05   as a related document -- sorry, as Watkins
06   6 a memorandum captioned Environmental And
07   Waste Cleanup 5-Year Planning, bearing
08   Bates numbers 110913 through 110920.
09             (Exhibit Watkins 6 marked for
10   identification.)
11   BY MR. JACOBSEN:
12        Q.    Sir, I think maybe looking at
13   these in combination might assist you and
14   assist us in understanding what this plan
15   was.
16        A.    Yes.  Well, this is not a
17   departmental five-year plan, this is the
18   cleanup plan which we were required to
19   work with the Environmental Protection
20   Agency.
21             This is a letter to Mr.
22   Reilly, who was then the administrator,
23   and it was the commencement of building a
24   five-year plan under Mr. Duffy, who was
00081:01             -JAMES D. WATKINS-
02   brought in specifically for this purpose.
03             And I'm informing the
04   administrator of the EPA because it's our
05   responsibility to keep under the National
06   Environmental Policy Act and under the
07   Waste Management Act and so forth, to keep
08   the various agencies apprised of what
```

## Rocky Flats v. 33

```
09   we're doing, and I wanted to make sure Mr.
10   Reilly knew that we were moving out with a
11   plan to surround, get a handle on nuclear
12   waste.  We didn't have a handle on it,
13   didn't have a strategy, didn't have a
14   plan.
15           It was one of the -- one of
16   the major findings in the early days of my
17   regime there, and so this was an attempt
18   to get moving on this and to bring in a
19   competent Assistant Secretary who I had
20   known for years who was very knowledgeable
21   in the area of nuclear waste management,
22   and that was Mr. Leo Duffy.
```

**25. PAGE 82:11 TO 82:21  (RUNNING 00:00:22.800)**

```
11       Q.   Okay.  Now, in terms of the
12   five-year plan, was that directed to any
13   particular facility?
14       A.   No, it was not.
15       Q.   Okay.  How broad was this plan
16   in the sense of to what facilities was
17   this plan intended to apply?
18       A.   All of the weapons complex.
19       Q.   Okay.  Would that have
20   included Rocky Flats?
21       A.   Yes, it would have.
```

**26. PAGE 82:22 TO 84:16  (RUNNING 00:01:29.000)**

```
22       Q.   And the plan was to get a
23   handle on the extent of the -- well, why
24   don't you tell me what the plan was, sir?
00083:01        -JAMES D. WATKINS-
02       A.   The plan was an attempt to get
03   a handle on the depth of the problem in
04   nuclear waste.  A report had been made by
05   my predecessor to the Congress, and I
06   found the report lacked specificity.
07           It was a start to get going on
08   the -- around the entire nuclear waste
09   issue, but I didn't feel it was good
10   enough, and we had to get very specific.
11   What do you mean by cleanup?  What do you
12   know how to clean up?  What teams do you
13   need to go in to do it?  Do we have
14   competent contractor numbers out there in
15   the private sector to be able to do the
16   cleanup?  What are the priorities?  How
17   much is it going to cost?
18           There were estimates that were
19   sent to Capitol Hill before I got there
20   that was just hip pocket shots, that's all
21   they could do at the time.  We had to get
22   very specific.  We had to ask Congress for
23   money.
24           So we had to get a plan going,
00084:01        -JAMES D. WATKINS-
02   and it had to be long-range, we knew
03   that.  We were talking like maybe 50
04   years, you could clean up, maybe a hundred
05   years it would take.  So we needed a
06   five-year plan to say where do we put our
07   money now.
08           So this was an attempt to get
09   a nuclear waste plan, environmental
10   restoration and waste management plan for
```

## Rocky Flats v. 33

```
11   the department, and I brought Duffy in and
12   a team to do it, and it was costly to do
13   it.  It was necessary to do it.  And I
14   think probably, it's one of the few things
15   that I left over there that was
16   worthwhile.
```

**27.  PAGE 84:17 TO 85:20  (RUNNING 00:01:00.300)**

```
17          Q.    Well, I don't know about that,
18   but, sir, did the five-year plan include
19   identifying and prioritizing those
20   facilities which warranted immediate
21   treatment and consideration?
22          A.    That was one of the
23   objectives, yes.
24          Q.    Okay.  And was there a list or
00085:01        -JAMES D. WATKINS-
02   a compilation prepared which identified
03   those facilities which required a higher
04   priority treatment than others?
05          A.    I don't recall if there was
06   such a list.  It was one of the objectives
07   that both Mr. Reilly and I had to
08   eventually come to a national priorities
09   list, and we never could develop it.
10          Q.    Why was that, sir?
11          A.    Politics.  If you're at Rocky
12   Flats and you're the Senator and the
13   Congressman from that district, you want
14   the money to flow to Rocky Flats to clean
15   it up, you don't want it going to
16   California, politics.
17          Q.    If you're in Washington, you
18   want to go --
19          A.    I'm sure you're shocked, but
20   that's what happens.
```

**28.  PAGE 88:05 TO 90:16  (RUNNING 00:01:58.200)**

```
05          Q.    All right.  Sir, back to
06   Watkins Exhibit 5, your letter, if you
07   would, please.  The second paragraph, it
08   says, "It is my intent that the five-year
09   plan will help reestablish the
10   department's credibility with the public
11   and with the states, and provide a
12   baseline to assist the Congress and the
13   National Academy of Sciences in their
14   oversight capacities"?
15          Do you see that, sir?
16          A.    Yes I do.
17          Q.    Now, the department, you're
18   referring to the Department of Energy,
19   correct?
20          A.    Yes, I was.
21          Q.    Was it your assessment, sir,
22   that credibility of the DOE had been
23   impaired with the public and with the
24   various states?
00089:01        -JAMES D. WATKINS-
02          A.    Unquestionably.
03          Q.    In what sense, sir?
04          A.    In the sense that if you just
05   look at the Oversight Committee actions in
06   both Senate and the House, if you look at
07   the newspapers, if you look at the results
08   of litigation across the country, reactor
```

## Rocky Flats v. 33

```
       09   shutdown for safety, nuclear waste by most
       10   of the local standards set by the
       11   governors and so forth out of control, you
       12   know, didn't have any credibility.
       13         Q.    Was that an important mission
       14   under your watch, sir, as Secretary of
       15   Energy, to restore the credibility of the
       16   DOE?
       17         A.    No, it was to restore
       18   excellence in the department.  From that,
       19   credibility would ensue.  No, I don't go
       20   after credibility.  I don't go to these
       21   funny sessions where everybody meets top
       22   quality management.
       23         We had real problems to do.
       24   We had to do some work.  And that's what I
00090:01       -JAMES D. WATKINS-
       02   do.  Credibility will ensue from good
       03   professional work.  The rest of it, you
       04   don't go in and solve credibility problems
       05   by getting a PR team in there.  I don't
       06   believe in that, never did believe in it.
       07         PR should be, tell the public
       08   what's going on.  That's what you do.  And
       09   if it's going on and it's good, then you
       10   get credibility out of it.  If it's going
       11   on and it's terrible, you lose
       12   credibility.  We were losing credibility
       13   if we hadn't already lost it.
       14         MR. JACOBSEN:  Let's mark as
       15   Watkins Exhibit 7 a multiple page
       16   document, first --
```

**29.  PAGE 90:21 TO 95:06  (RUNNING 00:03:59.800)**

```
       21         MR. JACOBSEN:  First page is
       22   DOE News For Immediate Release June 27th,
       23   1989, Watkins Announces Ten-Point Plan For
       24   Environmental Protection, Waste
00091:01       -JAMES D. WATKINS-
       02   Management.
       03         There are some attachments to
       04   this.  This is the form in which it was
       05   produced to us, that's why it's being
       06   marked as a unified document.  And it
       07   bears Bates numbers 411043 through
       08   411058.  I'll ask the reporter to show
       09   this to the witness, please.
       10         (Exhibit Watkins 7 marked for
       11   identification.)
       12         A.    Yep, okay.
       13         Q.    Sir, now, you spent a few
       14   moments a little bit ago talking about the
       15   five-year plan, and there came a time,
       16   sir, when you proposed a Ten-Point
       17   initiative for Environmental Protection,
       18   correct?
       19         A.    That's correct.
       20         Q.    And that was sometime during
       21   the period here in the late spring, early
       22   summer of 1989?
       23         A.    That's correct.
       24         Q.    Shortly after your appointment
00092:01       -JAMES D. WATKINS-
       02   as Secretary of Energy?
       03         A.    That's correct.
       04         Q.    Okay.  And by the way, sir,
```

## Rocky Flats v. 33

```
        05   the first three pages of this is a
        06   Department of Energy press release.  Was
        07   it the practice at the DOE to issue press
        08   releases when important initiatives or
        09   announcements were made?
        10        A.    I had a press conference, so
        11   this release was coincident with the
        12   conference.  I brought in every single
        13   writer that I could find, Washington Post,
        14   New York Times, you name it, all the
        15   people that had been criticizing and I
        16   said, we've stopped the process.  We've
        17   gone back to new ground zero.  We're going
        18   to go after these issues and we're taking
        19   a whole new turn in our approach to the
        20   culture that is necessary to change this
        21   department.
        22             And this is only linked with
        23   the five-year plan in one element, which
        24   says, we got to get on with cleaning up
00093:01        -JAMES D. WATKINS-
        02   the mess.  So the five-year plan you
        03   talked about that I wrote to Reilly on has
        04   only little to do with this.  It is an
        05   important sub-element, but it's only one
        06   element.
        07        Q.    It's one of your ten
        08   initiatives?
        09        A.    It's one of my ten
        10   initiatives.
        11        Q.    Okay.  Now, this -- both the
        12   press release that are the first three
        13   pages of this exhibit and then there are
        14   remarks which follow the remarks --
        15        A.    The remarks were made at the
        16   press conference.
        17        Q.    And you delivered these remark
        18   at the press conference?
        19        A.    I delivered the remarks at the
        20   press conference, I had all kinds of
        21   graphs, I had support from my people,
        22   major departmental expose' of this, and
        23   this was the key initiative triggered off
        24   by two events, the Rocky Flats raid, with
00094:01        -JAMES D. WATKINS-
        02   subsequent findings that were emerging by
        03   this time.
        04             But it was also triggered off
        05   by a visit to me from the President of the
        06   National Academy, who said they'd gotten
        07   another request from Congress to do
        08   something to review the Waste Management
        09   Program of the Department of Energy, and
        10   Dr. Frank Press said, this was in June,
        11   I'm not going to do any more because DOE
        12   pays no attention to the National Academy,
        13   witness the '87 reports that I mentioned
        14   earlier in discussions this morning.
        15             That was too much for me.  I
        16   knew Frank Press.  I know the National
        17   Academy.  I've had many dealings with
        18   them.  They're the best in the nation.
        19   And we weren't paying attention.  It was
        20   the same cultural problems that I had
        21   outlined in my earlier speech.  I didn't
        22   know how deep they were.
```

## Rocky Flats v. 33

```
        23              But the combination of those
        24      two, I'm now going to announce my
00095:01                -JAMES D. WATKINS-
        02      Ten-Point Plan.  I'm tired of fooling
        03      around with it.  And we got to get -- we
        04      got to get professional and serious about
        05      what we're doing here in this department,
        06      and that was it.
```

**30. PAGE 97:03 TO 98:06  (RUNNING 00:00:44.399)**

```
        03              Q.    All right.  Sir, let's look at
        04      the press release, and then we'll go to
        05      your remarks.  I just have a couple of
        06      questions.
        07              Third paragraph, it said,
        08      "When the President asked me to take this
        09      job in January, he indicated that the
        10      problems faced by DOE were very serious in
        11      nature.  The underlying operating
        12      philosophy and culture of DOE was that
        13      adequate production of defense nuclear
        14      materials and a healthy, safe environment
        15      were not compatible objectives.  I
        16      strongly disagree with this thinking,
        17      Watkins says."
        18              Do you see that, sir?
        19              A.    Yes, I do.
        20              Q.    And was that something in fact
        21      that you said at the time of this press
        22      conference?
        23              A.    Yes, it is.
        24              Q.    And was it your assessment --
00098:01                -JAMES D. WATKINS-
        02              A.    Yes.
        03              Q.    -- that the DOE culture was
        04      that adequate production of defense
        05      nuclear materials was inconsistent with a
        06      healthy and safe environment?
```

**31. PAGE 98:08 TO 98:15  (RUNNING 00:00:23.900)**

```
        08              A.    It was my belief that priority
        09      was given to continued operations
        10      irrespective of environmental, safety and
        11      health issues on the basis of national
        12      security that I thought were excessive and
        13      necessary, and that the objectives can be
        14      both carried out in a compatible way, that
        15      they do not have to be mutually exclusive.
```

**32. PAGE 99:02 TO 100:07  (RUNNING 00:00:54.500)**

```
        02              A.    Not only operated, I was a
        03      qualified nuclear power plant operator.  I
        04      had to qualify on three different plants.
        05      I had to take engineer's examinations.  I
        06      had to know what was going on in those
        07      plants across the board of all the
        08      technical issues.
        09              I had to have the theoretical
        10      background to understand why things were
        11      happening that were happening, the things
        12      they didn't have at Chernobyl.
        13              I had to know the design of
        14      the plant. I had to know that the plant
        15      was designed safely, that it would not
        16      violate environmental concerns if it, in
```

## Rocky Flats v. 33

```
17   fact, had a failure.  I had to know all
18   those things.
19        Q.    Sir, on the initiatives on
20   Page 2 of the press release, it says, on
21   the top, "Resetting of priorities to
22   reflect that environment, safety and
23   health issues as more heavily weighted
24   than production.  As a result, DOE is
00100:01        -JAMES D. WATKINS-
02   beginning negotiations with those states
03   hosting DOE nuclear facilities to allow
04   direct access and improve state monitoring
05   capabilities."
06            Do you see that, sir?
07        A.    Yes.
```

**33.  PAGE 100:08 TO 100:14 (RUNNING 00:00:13.599)**

```
08        Q.    And, sir, was it your
09   understanding that this would be a change
10   in practice whereby the states would have
11   more direct influence and oversight
12   responsibility for nuclear facilities
13   in --
14        A.    If you recall --
```

**34.  PAGE 100:18 TO 101:14 (RUNNING 00:00:56.000)**

```
18        A.    -- the reason I set this
19   priority was, in large measure, determined
20   from my observations in the prior six
21   months or nominally six months that I'd
22   been there, heightened by the Rocky Flats
23   experience, and I said that from now on,
24   environment, safety and health would have
00101:01        -JAMES D. WATKINS-
02   a weighting factor on award fees of 51
03   percent; that I wasn't going to tolerate a
04   20 percent or 10 percent weighting factor,
05   have these unsatisfactory situations
06   exist, and somehow a contractor gets a
07   great grade.  And I said I'm not going to
08   tolerate it.
09            And if we -- and if we're
10   sued, we're sued.  Let's get on with it.
11   I can't sit here and do that.  That was
12   the whole spathe that we had on the prior
13   testimony that I gave years ago on this --
14   this thing here, whatever it was.
```

**35.  PAGE 102:03 TO 102:09 (RUNNING 00:00:13.400)**

```
03        Q.    Okay.  Sir, for the benefit of
04   people looking at this videotape that are
05   not as familiar with what you and I are
06   speaking of, the contractors including
07   those at Rocky Flats were awarded a fee
08   based on certain weighted percentages in
09   the analysis, correct?
```

**36.  PAGE 102:12 TO 102:18 (RUNNING 00:00:12.400)**

```
12        A.    I don't -- there was a
13   weighting regime on award fees that were
14   determined by the awards fee determining
15   officer who, in this case, I think in the
16   case there would have been somebody at the
17   Albuquerque office would have made that
18   determination.
```

## Rocky Flats v. 33

**37.  PAGE 105:15 TO 105:22  (RUNNING 00:00:13.300)**

```
15        Q.    And the Rocky Flats was the
16   first Tiger team?
17        A.    The first Tiger team.  It
18   would not probably have been the first
19   Tiger team had we not had the FBI
20   insurgence.  Rocky Flats didn't -- I
21   didn't know Rocky Flats was any worse than
22   anybody else.
```

**38.  PAGE 106:03 TO 106:05  (RUNNING 00:00:05.000)**

```
03   that was forced on me.  I didn't -- I
04   didn't select Rocky Flats because I knew
05   the Rocky Flats situation.  Not at all.
```

**39.  PAGE 106:06 TO 116:06  (RUNNING 00:07:01.000)**

```
06        Q.    Okay.  But when you were
07   informed of the Rocky Flats situation, at
08   least as the Department of Justice
09   perceived it, you sent out a Tiger team
10   into that facility?
11        A.    Right.
12        Q.    And that was the first one?
13        A.    Right.  Department of Energy
14   never heard of a Tiger team in their life
15   and  they didn't particularly like the
16   idea, so another one of those cultural
17   problems.
18        Q.    Okay.  If you could turn now,
19   sir, to your remarks, I just have a couple
20   of questions I'd like to ask you about
21   those, your remarks which are attached to
22   this --
23        A.    Okay.
24        Q.    -- document, and turn to Page
00107:01        -JAMES D. WATKINS-
02   2, if you would, sir, of your remarks, the
03   middle of the page, and we're now on Bates
04   number 411047?
05        A.    Yes.
06        Q.    Right in the middle of the
07   page, sir --
08        A.    Yes.
09        Q.    -- the paragraph, "For over
10   four decades, DOE and its contractors have
11   accepted these two objectives as being
12   mutually exclusive," and if you want to
13   refer to above, sir, what the two
14   objectives are, certainly feel free to do
15   it.  It refers to the compatibility of
16   health, safety and --
17        A.    Yes, yes.
18        Q.    -- and the environment and
19   production.  "Virtually all incentives and
20   awards have been coupled to
21   production...."
22        A.    Right.
23        Q.    " ... such more so than all
24   other considerations combined."
00108:01        -JAMES D. WATKINS-
02        A.    Sure.
03        Q.    "So, now, the chickens have
04   finally come home to roost...."
05        A.    Right.
06        Q.    "... and years of inattention
```

## Rocky Flats v. 33

```
07   to changing standards and demands
08   regarding the environment, safety and
09   health are vividly exposed to public
10   examination, almost daily."
11        A.    Right.
12        Q.    "I am certainly not proud or
13   pleased over with what I have seen over my
14   first few months in office.  As a result,
15   I must continue to implement measures that
16   can lead the department to a new culture
17   which takes pride in being good stewards
18   of public lands, while demonstrating that
19   our primary production mission can be
20   achieved concurrently"?
21        A.    Yes.
22        Q.    Do you see that, sir?
23        A.    Yes.
24        Q.    And that was a view which you
00109:01        -JAMES D. WATKINS-
02   held at the time of this press release?
03        A.    Yes.
04        Q.    Sir, Page 4, at the bottom of
05   the page, "Deputy Secretary Henson Moore
06   introduced the first of these initiatives
07   on June 16th, 1989, when he announced that
08   environment, safety and health objectives
09   now take precedence over production
10   objectives.  This served as the basis for
11   a comprehensive agreement between the
12   Department of Energy and the State of
13   Colorado regarding environmental
14   compliance at the Rocky Flats plant...."
15   in Denver "... near Denver," pardon me.
16            "That agreement is
17   unprecedented in scope and in the degree
18   of cooperation that it portends between
19   DOE and the state.  It will be a model for
20   new DOE cooperation with the states."
21            Do you see that, sir?
22        A.    Yes.
23        Q.    What was that agreement, sir,
24   that you were referring to?
00110:01        -JAMES D. WATKINS-
02        A.    I don't remember the detail of
03   the agreement, but it was an effort on my
04   part to stay closely associated with the
05   State of Colorado, particularly the
06   Governor and his office, who was extremely
07   concerned about this issue at Rocky
08   Flats.
09            Obviously, he's a politician,
10   and didn't like the negativism that
11   surrounded the Rocky Flats issue, so he
12   had a -- he had a stake in the game, and I
13   had to try to recover the production plan
14   at that time.  The evil empire was still
15   in existence.
16            We were producing nuclear
17   weaponry, D-5 warheads and so forth at
18   Rocky Flats.  Rocky Flats was measured on
19   the number of warheads they could get out
20   per unit time.  That's what I talked about
21   earlier.  Production was important.  We
22   had to get back on line.
23            And so my -- my whole attempt
24   here was to say I think I can do both, and
```

## Rocky Flats v. 33

```
00111:01            -JAMES D. WATKINS-
      02   I wanted to convince the Governor that he
      03   was involved with me, that he could put
      04   people on site, that I wanted to have an
      05   openness with him so he would understand
      06   what we're doing, what we're trying to do
      07   to repair some of the past practices.
      08            So that's what this is all
      09   about.  And I didn't realize the dates of
      10   June 16th, but we talked about this
      11   earlier, the 51 percent issue, which was
      12   apparently announced prior to this press
      13   conference.
      14        Q.   Right.  And by the evil empire
      15   in your statement, you're referring to the
      16   former Soviet Union?
      17        A.   The former Soviet Union.
      18        Q.   And at the time of this press
      19   conference, there had not been a
      20   determination as of yet to shut down
      21   production at Rocky Flats --
      22        A.   No.
      23        Q.   -- permanently, correct?
      24        A.   No, no, absolutely not.
00112:01            -JAMES D. WATKINS-
      02        Q.   Okay.
      03        A.   We had an imperative, a
      04   national security imperative at that time
      05   just as we did with Savannah River, but I
      06   told the President that I was not going to
      07   be a part of bringing those plants back on
      08   line, trying to claim some sovereign
      09   immunity because I didn't feel it was
      10   necessary.
      11            I looked at the data.  I
      12   looked at the inventories.  And I felt we
      13   could take the time to do it right.
      14        Q.   Okay.  Sir, the next page, if
      15   you would, please, Page 5, and just more
      16   on the 51 percent, it says "First" --
      17   right in the middle of the page, are you
      18   with me, sir?
      19        A.   Yes.
      20        Q.   Okay, Admiral.  It says,
      21   "First, I am modifying the criteria for
      22   award fees to our defense production
      23   contractors so that not less than 51
      24   percent of the available award will be
00113:01            -JAMES D. WATKINS-
      02   based on compliance with environmental,
      03   safety and health requirements, including
      04   requirements that derive from state
      05   environmental laws, regulations of the
      06   Environmental Protection Agency and the
      07   DOE, and actions set forth in tri-party
      08   Federal facility compliance agreements."
      09        A.   Yes.
      10        Q.   "A much smaller percentage is
      11   now the norm such as the 20 percent figure
      12   in the Rocky Flats contract."
      13            Do you see that, sir?
      14        A.   Yes.
      15        Q.   Does that refresh your
      16   recollection --
      17        A.   Yes, it does, yes.
      18        Q.   -- to what the percentage --
```

## Rocky Flats v. 33

```
19        A.    Yes.
20        Q.    -- in the existing Rocky Flats
21   contract with Rockwell was weighted in
22   favor of health, safety and the
23   environment?
24        A.    If you fail everything in
00114:01       -JAMES D. WATKINS-
02   environment, safety and health, had the
03   very worst situation you could possibly
04   have in the world, you could still get 80
05   percent if you did everything else well.
06   I found that offensive and I didn't think
07   it had logic.  I'm an engineer and it
08   didn't make any sense to me.
09        Q.    Okay.  And, sir, you go on,
10   under "Second," it says, "I am directing
11   that a provision be included in
12   departmental contracts stipulating that
13   all," underscore all "... of the potential
14   awards fee...."
15        A.    Right.
16        Q.    "... that may be earned will be
17   at risk if a contractor fails in any of
18   these three or other important award fee
19   categories."
20        A.    Right.
21        Q.    Can you explain what that was
22   to me, sir?
23        A.    Well, that's a -- that's a --
24   that's a killer paragraph.  None of the
00115:01       -JAMES D. WATKINS-
02   contractors liked that.  But they all
03   began to understand that, look, I don't
04   care if they don't want to get in the
05   game, don't get in the game, but you're
06   not going to come in and have an
07   unsatisfactory environment, safety and
08   health and get an award fee.
09             That was an incentive for them
10   to do their job in this area, which was
11   well established.  These are -- these are
12   top contractors.  These people know what
13   they're doing, should know what they're
14   doing.  They worked nuclear facilities
15   across the nation, and I felt that we were
16   not getting a fair shake from them,
17   really, across the Board.  And we weren't
18   because we -- we had this diffuse
19   organization.  Nobody demanded anything of
20   them.
21             I don't blame the contractors
22   all the time.  DOE had a big role to play
23   here.  And so that's what this is all
24   about.  This is everything I'm reading in
00116:01       -JAMES D. WATKINS-
02   here now, I'm kind of proud that I took
03   all these steps.
04             I don't remember all the
05   details, but now you're bringing it back
06   to life.  I remember it in spades.
```

**40.  PAGE 117:05 TO 122:15  (RUNNING 00:04:10.800)**

```
05        Q.    Sir, can you identify this
06   letter for me, please?
07        A.    Well, this is a letter that I
08   sent to Mr. Donald Beall, then Chairman of
```

**Case Clip(s) Detailed Report**
**Friday, December 09, 2005, 8:43:07 AM**

## Rocky Flats v. 33

```
        09   the Board and Chief Executive Officer of
        10   Rockwell International Corporation on
        11   September what, the 20th, I can't read
        12   that, September 20th, 1989, to inform him
        13   officially of the final award fee
        14   determination from my point of view.
        15           And -- and it was -- I said it
        16   had 40 percent of the possible award fee.
        17   That's a very significant downgrade from
        18   what was anticipated by the contractor
        19   from discussions that they had had with
        20   the normal award fee determination before
        21   I took over this new initiative, and we
        22   had had a discussion on the phone, Mr.
        23   Beall and I, it says it in here, you know,
        24   appreciate your statements to me on
00118:01           -JAMES D. WATKINS-
        02   September 18th, which preceded this
        03   letter.
        04           So, but it was similar.  My
        05   discussion with Mr. Beall was very -- it
        06   was along the lines of this letter.
        07     Q.    Okay.  And is this your
        08   signature on this letter, sir?
        09     A.    Yes, it is.
        10     Q.    And did you, in fact, send it
        11   on or about the date indicated on it?
        12     A.    Yes, I did.
        13     Q.    Okay.  And what was the reason
        14   for the award of only 50 -- 40 percent of
        15   the total possible award?
        16     A.    I don't know the details.
        17   You'd have to go back into the award fee
        18   determination work to know how it came out
        19   with that.
        20           What I tried to do is be as
        21   fair as I could be, knowing the DOE shared
        22   a responsibility.  And I told Beall over
        23   the phone that I felt I had a 50 percent
        24   responsibility in this thing and I felt he
00119:01           -JAMES D. WATKINS-
        02   had 50 percent, it's as even as I could
        03   get, and I said, frankly, I said, the
        04   award fee was higher than I would have
        05   normally given under these circumstances
        06   from the findings of the Tiger team, but I
        07   felt this was fair, and I couldn't do
        08   better than that.
        09           But I also wanted him to know
        10   that I criticized my only people for lack
        11   of sufficient oversight and assistance to
        12   the contractor in dealing with these
        13   matters.  So there was a certain mea culpa
        14   on my part at the time we dealt with
        15   this.  So I felt this was a fair balance,
        16   but I don't know the details.
        17     Q.    Okay.
        18     A.    You'd have to go back to the
        19   Tiger team report, and I'm sure there's
        20   some internal memoranda and correspondence
        21   on this issue, because it was a major
        22   issue.  This was a -- this was a pilot
        23   effort on our part to break the old
        24   culture.
00120:01           -JAMES D. WATKINS-
        02     Q.    Okay.  And when you said that
```

## Rocky Flats v. 33

```
        03   DOE had a 50 percent mea culpa, 50 percent
        04   responsibility --
        05        A.    I said that.  That was my
        06   assessment.
        07        Q.    Okay.  In what, 50 percent
        08   responsibility for what, sir?
        09        A.    For the -- for the -- the
        10   events at my facilities across the board
        11   from all my major contractors.  I said I
        12   cannot -- I can only hold you partially
        13   responsible.  I had to hold myself
        14   responsible because I don't have any paper
        15   trail that tells you specifically on every
        16   one of these cases what you -- what you --
        17   what we expect of you in everything
        18   because it doesn't exist, I had to develop
        19   those.  Those were new standards.  New
        20   orders had to be developed.  They were not
        21   out there in sufficient depth.
        22             On the other hand, I told Mr.
        23   Beall on the phone, I said you're a
        24   responsible contractor.  We have you --
00121:01        -JAMES D. WATKINS-
        02   you're out in -- out in California.  You
        03   do wonderful work in the rocketry business
        04   and you were a contractor out at Idaho at
        05   one point.
        06             I said, you do good work.  So
        07   I said you know what the rules are.
        08   You -- you know what the game is here and
        09   what has to be done for excellence.  So I
        10   said you have to accept some
        11   responsibility even though we don't have
        12   detailed paper trails on everything, we
        13   told you to do it and you didn't do it.
        14   We told you to do this, you didn't do it.
        15   I didn't have it at the time.  I tried to
        16   develop that, but it wasn't in existence.
        17             So that was my way of saying I
        18   accept part of the blame here, because I
        19   don't -- frankly, I'm not satisfied that
        20   we did our job in putting the demands on
        21   you and making it very clear what we
        22   expected.
        23             I had to -- I had to wrench
        24   the system and change, and I knew it was
00122:01        -JAMES D. WATKINS-
        02   going to be agonizing, but I decided this
        03   is the way to do it.
        04        Q.    And this letter, sir, was
        05   directed -- I was aware that you were
        06   familiar with Rockwell from other
        07   facilities where Rockwell was a
        08   contractor?
        09        A.    Yes.
        10        Q.    But this particular letter
        11   that's been marked as Watkins Exhibit 8
        12   refers specifically to the Rocky Flats
        13   plant?
        14        A.    Specific to Rocky Flats,
        15   correct.
```

**41.  PAGE 124:12 TO 124:16  (RUNNING 00:00:07.400)**

```
        12             Did there come a time, sir,
        13   when the conclusion was made that Rockwell
        14   would no longer be the contractor at the
```

## Rocky Flats v. 33

```
        15   Rocky Flats facility?
        16   A.    Yes.
```

**42.  PAGE 124:17 TO 124:18  (RUNNING 00:00:01.800)**

```
        17        Q.    And when was that decision
        18   made, sir?
```

**43.  PAGE 124:20 TO 125:10  (RUNNING 00:00:32.300)**

```
        20   this.  I can't remember the date, I don't
        21   recall the date, but there was a mutual
        22   agreement between Beall and myself that
        23   Rockwell International would step down I
        24   think it was the first of the year, that
00125:01           -JAMES D. WATKINS-
        02   would be 1 January, '90, there would be a
        03   new contractor, and I don't remember the
        04   date that we talked about that, but it was
        05   mutually agreed to that they would -- they
        06   would step down and not continue on with
        07   the contract, and I believe the contract
        08   provisions permitted that.  I don't
        09   remember the details, but as I recall,
        10   they permitted that.
```

**44.  PAGE 128:20 TO 132:14  (RUNNING 00:03:08.200)**

```
        20        Q.    Admiral, before the break, I
        21   put before you what has been marked as
        22   Watkins Exhibit 10.  Sir, have you had an
        23   opportunity to look this letter over?
        24        A.    Yes, I have.
00129:01           -JAMES D. WATKINS-
        02        Q.    Okay.  Is that your signature
        03   on this letter, sir?
        04        A.    Yes, it is.
        05        Q.    And did you, in fact, send
        06   this document on or about the date
        07   indicated?
        08        A.    Yes, I did.
        09        Q.    And you sent it to Mr. Beall?
        10        A.    Yes.
        11        Q.    And he was Chairman and Chief
        12   Executive Officer of Rockwell who, at this
        13   time, was still a contractor, correct?
        14        A.    That's correct.
        15        Q.    Okay.  Sir, can you tell me
        16   the reason why you sent this letter to Mr.
        17   Beall?
        18        A.    Well, it's explained in the
        19   letter that our departmental team had been
        20   there sufficiently long to make inquiry
        21   into a variety of areas that convinced me
        22   when they reported out to me, including
        23   the on site observations with Mr.
        24   Goldberg, that we had some severe problems
00130:01           -JAMES D. WATKINS-
        02   out there that were later I think
        03   documented in the Tiger team report, but
        04   this was preceding that Tiger team report
        05   now, it was the first cut, of what was
        06   going on, and as was my practice with all
        07   of these kinds of reports, I went to the
        08   prime contractor, Chief Executive Officer
        09   and prime contractor and said, look, I
        10   want you to get into it and get back a
        11   report as to what you're going to do about
```

## Rocky Flats v. 33

```
12   it because I felt we had to keep going as
13   I would normally go, and independent of
14   what Justice was doing.
15        Q.    In general terms, sir, what
16   were the nature of the problems which you
17   concluded existed at the Rocky Flats
18   plant?
19        A.    All of those that I talked
20   about, all of the documents concerning
21   what I would consider to be normal best
22   business practices in dealing with things
23   nuclear.
24            There were things stuck in
00131:01       -JAMES D. WATKINS-
02   alarms, alarms weren't working, they were
03   cut out, large numbers, so how do you know
04   how the plant is being run.  That's an
05   example.
06            Those things to me are --
07   would be sufficient to stop all
08   operations, shut down and reassess what
09   we're doing, just alone.
10            I didn't know that before, so
11   sloppiness in dealing with nuclear
12   matters, and as I said in my last
13   paragraph, there it is, hey, I'm not at
14   all satisfied with Department of Energy's
15   performance in overseeing what's been
16   going on.  We should never have allowed
17   that situation to get to that point.
18            So we have a responsibility.
19   It was not being carried out by the
20   Albuquerque office for a lot of reasons.
21   I -- you know, they were way down in
22   Albuquerque and nobody ever demanded them
23   to be involved, so that was my way of
24   trying to say, hey, I share this burden
00132:01       -JAMES D. WATKINS-
02   with you.
03            I was trying to be as -- as
04   helpful as I could because I didn't -- it
05   was silly for me to hammer a prime
06   contractor when I had weak underpinnings
07   myself.  So that was our attempt.
08            And I believed very strongly
09   that if you ask a contractor to get in and
10   clean something up and do something, you
11   generally can do it.  I mean, you know,
12   they -- they have provisions in the
13   contract that at least imply you're
14   supposed to perform well.
```

**45.  PAGE 144:09 TO 146:09 (RUNNING 00:01:40.400)**

```
09        Q.    Have you ever made any effort
10   to familiarize yourself with any of the
11   details with respect to how Dow ran the
12   Rocky Flats plant?
13        A.    No.
14        Q.    Have you ever met with any of
15   the people, they were all men who ran that
16   plant?
17        A.    No.
18        Q.    Have you ever read any of the
19   reports that were prepared either to the
20   Atomic Energy Commission or internal Dow
21   reports concerning how the plant was run
```

**Case Clip(s) Detailed Report**
**Friday, December 09, 2005, 8:43:07 AM**

## Rocky Flats v. 33

```
        22    during that time period?
        23         A.    No.
        24         Q.    Okay.  Now, with respect to
00145:01           -JAMES D. WATKINS-
        02    any comments that you made in your
        03    questioning, in answer to questions by Mr.
        04    Jacobsen, were you referring in any way to
        05    the job that Dow did in running the Rocky
        06    Flats plant in any of the testimony that
        07    you gave?
        08         A.    You said in any way.
        09         Q.    Right.
        10         A.    I don't know.
        11         Q.    Okay.
        12         A.    I can't tell.  All I looked at
        13    were the facts that came out of the Tiger
        14    team effort.
        15         Q.    Okay.
        16         A.    Whether Dow was a part of any
        17    of that, I have no idea.  I never bothered
        18    to look back that far.  We didn't have the
        19    time to look back and try to do a
        20    historical analysis of who shot John.
        21              All I wanted to look at was
        22    what we were doing now and was it best
        23    business practices for this particular
        24    facility.  That's all I cared about.  I
00146:01           -JAMES D. WATKINS-
        02    really didn't have time to decide where
        03    this -- what the genesis of all of this
        04    was, so I really don't know.  So I can't
        05    say in any way.
        06              In my mind, was Dow a
        07    villain?  I didn't see it.  I mean, I
        08    didn't try -- I didn't even try to analyze
        09    it.  So I don't know.
```

**46.  PAGE 146:17 TO 146:18  (RUNNING 00:00:06.000)**

```
        17         A.    So I really don't -- in my
        18    mind, Dow wasn't in the equation.
```

**47.  PAGE 149:16 TO 150:13  (RUNNING 00:00:31.000)**

```
        16         Q.    But just so that the jury has
        17    a sense of what time period we're talking
        18    about, it's late spring, summer of '89,
        19    right?
        20         A.    Yes.
        21         Q.    Okay.  Now, had you ever been
        22    to Rocky Flats plant as of that time?
        23         A.    Prior to that time?
        24         Q.    Prior to time?
00150:01           -JAMES D. WATKINS-
        02         A.    No, I had not.
        03         Q.    Okay.  And the Tiger team,
        04    when they were out there looking at the
        05    plant, they were analyzing the conditions
        06    of the plant as they existed at that time,
        07    correct?
        08         A.    Yes, that's correct.
        09         Q.    Were they doing any historical
        10    overview of what conditions may have been
        11    decades earlier at the Rocky Flats plant?
        12         A.    No, that was not in their
        13    charter.
```

## Rocky Flats v. 33

**48.  PAGE 153:05 TO 153:19  (RUNNING 00:00:30.600)**

```
05        Q.    Now, what I'm getting at is
06   that testimony was elicited from you this
07   morning about how there was a split, like
08   an 80/20 split in contracts at certain DOE
09   facilities, 80 percent focus on
10   calculating --
11        A.    On nonenvironment, safety and
12   health issues -- environment, safety and
13   health was 20 percent.
14        Q.    That's what I want to focus
15   on.  Now, do you know whether those kinds
16   of award fee contracts existed for the
17   Rocky Flats plant contractors prior to
18   1980?
19        A.    No.  No, I do not.
```

**49.  PAGE 155:05 TO 157:12  (RUNNING 00:01:49.600)**

```
05        Q.    Now, do you have in your mind,
06   as you sit here today, any details with
07   respect to any findings that the Tiger
08   team report made concerning what Rocky
09   Flats materials may have gotten off site
10   and into a five-mile surrounding area?
11        A.    As I recall, there was not any
12   documented evidence to that effect.
13        Q.    Now --
14        A.    Which was quite different from
15   the allegations on which the Justice
16   Department went in.
17             Justice Department went in on
18   allegations that they were misusing their
19   incinerator, and that there was some kind
20   of aircraft that had gone over with some
21   kind of infrared detectors that said they
22   were -- they were burning things in the
23   incinerator which had been shut down, and
24   what were they burning.
00156:01        -JAMES D. WATKINS-
02             And that was -- that was all
03   looked at for I think like two years,
04   Justice was in there forever.  I don't
05   think they ever found out that they were
06   doing anything rock.  I didn't know.  All
07   I knew were the allegations.  So when you
08   talk about off site --
09        Q.    Yes, sir.
10        A.    -- that was an allegation,
11   that perhaps radio particulate, radio
12   nuclei were going up in smoke or toxic or
13   hazardous material was being burned in
14   there inappropriately.
15             It was not -- it was not an
16   incinerator for anything but -- but -- but
17   special material residues and that sort of
18   thing.
19             So I don't -- but I have no
20   information -- I never had any information
21   that radioactive material was casually
22   drifting off site to -- to endanger the
23   public health.
24        Q.    Well, I assume, correct me if
00157:01        -JAMES D. WATKINS-
02   I'm wrong, that one of your interests in
03   sending these Tiger teams out to Rocky
```

## Rocky Flats v. 33

```
04   Flats was to determine whether people who
05   lived off site the plant were in some sort
06   of jeopardy, is that right?
07        A.    Well, certainly, yes.
08        Q.    Okay.  And did you ever get
09   reported back to you by your experts that
10   that was, in fact, the case?
11        A.    I never had any documented
12   reports that that was the case, no.
```

**50.  PAGE 159:01 TO 160:16  (RUNNING 00:01:04.800)**

```
00159:01           -JAMES D. WATKINS-
02        Q.    Okay.  But I want to nail this
03   down now if we can.  With respect to any
04   of the conclusions that the Tiger team
05   came to, in your mind, as you sit here
06   today, did these -- did this team conclude
07   that any of the people who lived off site
08   the Rocky Flats plant were in any jeopardy
09   from materials that were released from
10   that plant?
11        A.    I'd have to look -- I'd have
12   to look at that report again. I just don't
13   remember that being an issue at all.  I
14   think I would have remembered that, had
15   there been some, so I'd have to go back
16   and recall that, but there was nothing --
17   so it was an omission in any briefing or
18   reading that I made of it, if in fact it's
19   in there.  So I'd have to go back to the
20   document and see.
21        Q.    We will.  We'll take a
22   specific look at it, but I just want to
23   know whether -- it seems like it's a big
24   picture thing, and if that kind of thing
00160:01           -JAMES D. WATKINS-
02   had come out, I thought you would remember
03   it.
04        A.    I would have remembered it.
05        Q.    All right.  Now, you referred
06   a couple of times to the FBI going in
07   there, and in connection with that
08   testimony, you refer to the Governor of
09   Colorado, would have been Governor Romer
10   at the time?
11        A.    Romer.
12        Q.    Are you familiar with recent
13   statements that Governor Romer has made
14   how he considers the FBI raid to have been
15   a mistake?
16        A.    No.
```

**51.  PAGE 161:03 TO 161:17  (RUNNING 00:00:30.000)**

```
03        Q.    Go ahead.
04        A.    I don't agree with Governor
05   Romer, okay?
06        Q.    That's fine.
07        A.    Let me say, the FBI went in
08   for the wrong reason, but a great service
09   was done by jacking up the attention on
10   these sites, as far as I was concerned,
11   from my own department.  We needed that
12   kind of a punch to get our own attention
13   in our department, and by God, it got it.
14            So yes, they went in for the
15   wrong reasons.  Nothing was found in their
```

## Rocky Flats v. 33

```
16   principal allegations.  The reason they
17   went in was not justified.
```

**52.  PAGE 164:11 TO 164:23  (RUNNING 00:00:30.600)**

```
11              Where did you receive that
12   postgraduate degree?
13        A.   I received it from the U.S.
14   Naval post-graduate school in Monterey,
15   California 1955 to '58, completing at
16   Oakridge, six months at the Oakridge
17   National Laboratory at the course that was
18   entitled at the time for both civilian and
19   military, it was called -- I forget what
20   the course is, but course on reactors, and
21   that was part of my degree.  I had to
22   complete that course at the Oakridge
23   National Laboratory.
```

**53.  PAGE 165:11 TO 166:05  (RUNNING 00:00:40.000)**

```
11        Q.   Now, did you visit nuclear
12   weapons facilities in the United States
13   from the time you left Oakridge until the
14   time you became the Secretary of the
15   Department of Energy?
16        A.   No.
17        Q.   Now, and so that it is clear,
18   I think I understood your testimony this
19   morning, but I want to make sure that the
20   jury understands it, aside from not
21   visiting any nuclear weapons plants during
22   that period of time, did you receive any
23   reports as to what was going on at nuclear
24   weapons plants specifically at any time
00166:01         -JAMES D. WATKINS-
02   prior to the time you became the Secretary
03   of the Department of Energy?
04        A.   Not nuclear weapons plants.
05        Q.   Okay.
```

**54.  PAGE 167:19 TO 169:21  (RUNNING 00:01:21.200)**

```
19              Now, let's go to the page
20   that's numbered 95839 at the bottom.  Do
21   you see that, in fact, this Tiger team
22   assessment as reported in this document
23   was conducted June 6th through July 21st
24   of '89?
00168:01         -JAMES D. WATKINS-
02        A.   Um-hum, yes, I do.
03        Q.   And do you remember that June
04   6th as the date the FBI went in?
05        A.   I remember it as a date that
06   will be remembered in infamy, yes.
07        Q.   All right.  Now, you see there
08   in the -- that tells you when they went in
09   in the very first paragraph of the
10   executive summary of this report, doesn't
11   it?
12        A.   Yes.
13        Q.   And in the very next couple of
14   lines, it says, "The objectives of these
15   activities were to determine...." and then
16   the first thing it lists is, "whether or
17   not any imminent threat exists to public
18   health or the environment as a result of
19   Rocky Flats plant activities."
```

## Rocky Flats v. 33

```
        20        A.     That's correct.
        21        Q.     Do you see that?  Okay.  And
        22   then do you see when they have a section
        23   called Actions Taken --
        24        A.     Yes.
00169:01            -JAMES D. WATKINS-
        02        Q.     -- and then on that same first
        03   page of the executive summary, there's a
        04   section called Observations?
        05        A.     Yes.
        06        Q.     And in the first observation
        07   that was reached was that, "No situations
        08   which pose an imminent threat to public
        09   health or the environment were observed."
        10        A.     Yes.
        11        Q.     Do you see that?  Okay.  And
        12   you understood that that was the
        13   conclusion of your experts?
        14        A.     Yes, yes.
        15        Q.     At any time during the time
        16   that you were Secretary of the Department
        17   of Energy, did any of your experts or
        18   anyone else come to you and report that
        19   that conclusion was different or had
        20   changed?
        21        A.     No.
```

**55.  PAGE 174:12 TO 175:10  (RUNNING 00:00:39.800)**

```
        12        Q.     And did you do anything when
        13   you came in or while you were running the
        14   Department of Energy to satisfy yourself
        15   that, in fact, the applicable DOE
        16   environmental regulations as they relate
        17   to these kinds of dose limits followed the
        18   recommendations of the International
        19   Commission on radiation Protection and the
        20   National Commission?
        21        A.     I think they did.
        22        Q.     All right.
        23        A.     I think the directives were
        24   clear on that.  But that's hardly an
00175:01            -JAMES D. WATKINS-
        02   implementation standard where you have
        03   performance measured against that and
        04   documentation and health records and all
        05   the radiological health and radiological
        06   controls.
        07            There was no manual.  There
        08   was no standard set for how do you achieve
        09   those levels.  How do you monitor those
        10   levels?  That's the issue.
```

**56.  PAGE 179:11 TO 179:14  (RUNNING 00:00:07.300)**

```
        11        Q.     So if we want a book that
        12   shows us the conclusions of your team,
        13   this would be it, the Tiger team report?
        14        A.     For that time, yes.
```

**57.  PAGE 179:22 TO 182:23  (RUNNING 00:02:33.700)**

```
        22        Q.     It's a thick book.
        23            Now, with respect to --
        24        A.     And this way agreed to by an
00180:01            -JAMES D. WATKINS-
        02   awful lot of highly qualified people, not
        03   just the team members, but oversight
```

**Rocky Flats v. 33**

```
          04   within the department, people I brought in
          05   that really had their heads screwed on in
          06   things nuclear.
          07          My Assistant Secretary for
          08   Defense Programs was an engineer in the
          09   nuclear program under Rickover for almost
          10   30 years.  He knows what he's talking
          11   about.
          12          Leo Duffy, Westinghouse,
          13   contractor at the Idaho site with a
          14   terrific track record not only for -- for
          15   monitoring radioactive materials, but also
          16   for teaching.  He was an educator, a
          17   teacher and taught the courses to the
          18   officers.
          19          I have brought in top talented
          20   people, Brush, successor fired right off
          21   the bat.  He was the nuclear safety
          22   expert.  He was terrific.  He came from
          23   the National Academy, was head of one of
          24   the NCRs over there, the National Council
00181:01        -JAMES D. WATKINS-
          02   on Research.
          03      Q.    Now the --
          04      A.    And so those people are people
          05   who are reviewing the details that are in
          06   here and coming and telling me in a
          07   briefing with everybody present including
          08   the Tiger team people what's going on at
          09   Rocky Flats.
          10          So I assessed that.  I have no
          11   ability to personally go into detailed
          12   data.  I -- I get -- I get my details from
          13   people who do know the details and do get
          14   into them and I trust.
          15      Q.    Perfect.  Now, those experts
          16   who you got your details from, did they
          17   ever come back to you and report to you
          18   that any of the people who lived off site
          19   the Rocky Flats plant had been exposed to
          20   radiation in excess of any applicable --
          21      A.    No, they did not.  Never
          22   reported that.  That would have really
          23   gotten my attention.
          24      Q.    That's something you would
00182:01        -JAMES D. WATKINS-
          02   have remembered?
          03      A.    Yes.
          04      Q.    Okay.  Now, with respect to
          05   exactly what they looked at in coming to
          06   their conclusions, let's just flip to two
          07   pages previous in this report, the one
          08   that's numbered 95837.
          09          Your experts went in and
          10   reviewed air, surface water, groundwater,
          11   waste management, toxic and chemical
          12   materials, radiation, quality assurance,
          13   inactive waste sites and releases and
          14   issues related to the National
          15   Environmental Policy Act, correct?
          16      A.    That's correct.
          17      Q.    All right.  And following that
          18   review by those experts, did anyone come
          19   to you and report that any people who
          20   lived off site the Rocky Flats plant were
          21   in jeopardy as a result of exposures from
```

## Rocky Flats v. 33

```
22  that plant?
23       A.   No, they did not.
```

**58. PAGE 183:16 TO 184:15  (RUNNING 00:00:41.900)**

```
16       Q.   And you referred earlier to
17  these aerial surveys that they came in and
18  made of the Rocky Flats plant?
19       A.   Well, I don't know that they
20  did.  All I know is I was told that some
21  plane flew over and spotted all this.  I
22  don't remember any more details than that,
23  so I don't know that they actually did any
24  kind of comprehensive survey before the
00184:01           -JAMES D. WATKINS-
02  Justice Department went in.
03           I was told that an airplane
04  had picked up the inappropriate use of
05  this incinerator, that's all I was told.
06  That later did not turnout to be the fact,
07  but --
08       Q.   Okay.  That's what I was going
09  to ask you.  Did you ever review or get a
10  report from any of your experts as to how
11  those aerial surveys that were done as a
12  part of --
13       A.   I think I did at the time, but
14  I can't remember the details as to why
15  they were flawed.
```

**59. PAGE 184:20 TO 185:06  (RUNNING 00:00:15.000)**

```
20       Q.   Well, they went in, you look
21  at the last sentence in that same
22  paragraph, your people or people who were
23  working during the time on your watch went
24  in and made additional surveys, right?
00185:01           -JAMES D. WATKINS-
02       A.   Yes.
03       Q.   Okay.  And that's what I'm
04  getting at.  Do you know how those surveys
05  came out?
06       A.   I think they were negative.
```

**60. PAGE 187:20 TO 188:12  (RUNNING 00:00:27.300)**

```
20  to -- well, let's move beyond this.  This
21  was a public document at the time it came
22  out, right, this Tiger team report?
23       A.   Absolutely, yep.
24       Q.   Do you know how many --
00188:01           -JAMES D. WATKINS-
02       A.   And we put it in reading rooms
03  both locally and Rocky Flats and
04  elsewhere, so that there was no question,
05  that was one of the Ten-Point programs,
06  get everything out in the open.
07           National Environmental Policy
08  Act does not exempt the President or
09  anybody else, so we had to get on with the
10  new age and that was the idea.  Get this
11  out so everybody can look at it and we
12  know where we stand.
```

**61. PAGE 190:18 TO 190:24  (RUNNING 00:00:13.100)**

```
18       Q.   And prior to the time that you
19  were the Secretary of the Department of
20  Energy, in fact, for decades prior to that
```

CONFIDENTIAL

## Rocky Flats v. 33

```
21    time, the Colorado Department of Health
22    had been monitoring releases from the
23    Rocky Flats plant; were you aware of that?
24        A.    Yes, I was aware of that.
```

**62.  PAGE 191:18 TO 193:12  (RUNNING 00:01:27.000)**

```
18            Q.    Okay.  The State of Colorado
19    had other guidelines --
20        A.    Do you mean the Department of
21    Health in Colorado would have that data.
22    I mean I just -- it never came up as an
23    issue that we had somehow violated -- that
24    we had violated some other things that the
00192:01          -JAMES D. WATKINS-
02    Governor set up on nuclear waste or we
03    were about to violate it, and he was going
04    to shut down the plant.
05            He said if you exceed so many
06    cubic yards of special material, that --
07    in this transuranic waste business, then
08    you're going to be shut down.  I was aware
09    of that, but I was never told that we had
10    violated at any time the state laws.
11            So there was a -- but I didn't
12    look back historically.  All I knew, the
13    current agreement with Colorado was that
14    was executed by my predecessor was that we
15    agreed not to exceed so many cubic yards
16    of transuranic materials on site before we
17    got rid of it because the Governor wanted
18    to open the waste isolation pilot plant in
19    New Mexico and get that stuff out of
20    Colorado.  That, he wanted to do, and he
21    set a boundary.
22            That's the only boundary I
23    know that we were closing in on very
24    rapidly and had to do something about,
00193:01          -JAMES D. WATKINS-
02    which I did.  I took action on that.
03        Q.    Okay.  Now, what this lawsuit
04    is about is about the people who live just
05    off site of the Rocky Flats plant?
06        A.    Right.
07        Q.    Do those things have anything
08    to do in your mind --
09        A.    No.
10        Q.    -- with the people who lived
11    just adjacent to the plant?
12        A.    No, they do not.
```

**63.  PAGE 199:03 TO 202:10  (RUNNING 00:02:34.400)**

```
03            Q.    And were you aware of any of
04    these safety concerns at the Rocky Flats
05    plant that impacted in any way the
06    environment off site the plant?
07        A.    There was no documented record
08    that any of them ever did, but let me tell
09    you, they were lucky, okay?
10            You cannot cut out alarms and
11    do the kinds of things that were going on
12    that I referred to in the Beall letter and
13    expect that that could not affect off site
14    people.
15            Now, the fact that it didn't
16    is probably correct.  I mean, there's no
17    indication, but the threat of having an
```

## Rocky Flats v. 33

```
        18   off site pollution from misuse of the
        19   incinerator was a reasonable thing to have
        20   happened.  It could have happened.  It
        21   didn't happen, as far as we know.  But it
        22   could have happened.
        23           Now, everybody is concerned
        24   about nuclear power no matter where these
00200:01         -JAMES D. WATKINS-
        02   sites are and there's always hype in the
        03   paper, and we have an illiterate nation in
        04   science anyway, so nobody understands what
        05   truth is and the people reporting have the
        06   least knowledge.
        07           So when you're talking about
        08   this, this is why you have to do a thing
        09   like this.  You have to get real people
        10   who know real things about these and make
        11   the assessment.
        12           I didn't know that we weren't
        13   polluting people off site.  The potential
        14   for some of the operational practice in
        15   being at Rocky Flats could have polluted
        16   people off site, could have contaminated.
        17   As far as I know, they didn't.
        18           But that doesn't mean it's
        19   less urgent on the part of the Secretary
        20   of Energy to get in and avoid the
        21   accidents that you surely don't want to
        22   wait until it happens and then get
        23   interested in it.
        24       Q.    Now, you referred to alarms a
00201:01         -JAMES D. WATKINS-
        02   couple of times in your testimony.  Those
        03   were criticality alarms?
        04       A.    All kinds of alarms for plant
        05   operations.  And plant operations here
        06   means you're manufacturing nuclear
        07   warheads out of plutonium.
        08           There are temperature alarms,
        09   there are pressure alarms, there are all
        10   kinds of things.  And when you stick a
        11   hairpin or something, or a -- a paper clip
        12   and keep those alarms cut out, and let's
        13   say there were 40 alarms out there that
        14   were cut out, that order of magnitude,
        15   that's a severe violation of good safety
        16   practices and we did not have to tell --
        17   should not have to have told anybody,
        18   including ourselves that that was bad.  We
        19   should have disallowed it.  You don't do
        20   that.  You'd never do that in the nuclear
        21   Navy, not one alarm would you ever cut
        22   out.
        23       Q.    Any issue --
        24       A.    You sometimes had to cut out
00202:01         -JAMES D. WATKINS-
        02   alarms, but you had emergency procedures
        03   and you had to put those into effect and
        04   get out a whole new set of operations.  I
        05   have that alarm there, I got to put a man
        06   on that station to take the data and
        07   report back at certain periodic
        08   intervals.  That was not being done.  None
        09   of those good practices were being done
        10   there.
```

## Rocky Flats v. 33

**64.  PAGE 202:17 TO 202:22  (RUNNING 00:00:05.700)**

```
17        Q.    Do you have any specific
18   knowledge of any other --
19        A.    No.
20        Q.    -- practices beyond the ones
21   that are referred to in this report?
22        A.    No, I do not.
```

**65.  PAGE 203:16 TO 204:16  (RUNNING 00:00:58.000)**

```
16        Q.    But can you testify here today
17   about which specific alarms were or were
18   not working at the Rocky Flats plant?
19        A.    No, I cannot.
20        Q.    Okay.  And would you point the
21   jury to this document, this report for a
22   listing of any such alarms?
23        A.    Yes, I would.  That's the only
24   document I have.
00204:01        -JAMES D. WATKINS-
02        Q.    Okay.  Now, besides what's in
03   this report, are you personally aware of
04   any other details or specifics with
05   respect to what kinds of alarms were or
06   were not working at the Rocky Flats plant?
07        A.    No, I'm not.
08        Q.    Now --
09        A.    At the time, I had some
10   knowledge, I was told the kind of alarms
11   were being cut out, and they were serious
12   violations of good operating practices and
13   could have led to some serious problems.
14   But I dropped it when there was no
15   evidence that any problems had actually
16   occurred from those alarms being cut out.
```

**66.  PAGE 210:09 TO 210:22  (RUNNING 00:00:31.000)**

```
09        Q.    Let me try to -- let me give
10   you a little bit on its relevance.  This
11   lawsuit involves the people who live in
12   that area, okay?  And there was monitoring
13   done in that area, okay?
14             Now, what I'm trying to get at
15   is when you sent your experts out there to
16   analyze the Rocky Flats plant, what are
17   the specifics that you got back from them
18   with respect to the conditions in that
19   area with respect to the amount of
20   radioactive or other hazardous materials
21   that might have gotten off site the Rocky
22   Flats plant?
```

**67.  PAGE 211:05 TO 212:02  (RUNNING 00:00:53.500)**

```
05        A.    I don't -- once a
06   determination is made that we had no
07   negative impact from all of this
08   examination on the off site personnel, and
09   this is coming in from competent analysis,
10   I drop it at that point.  I don't -- I
11   don't -- I still don't know what you're
12   driving at.  It would no longer be an
13   issue that I would have to get into.
14             If you're telling me that the
15   private sector's exposure, that there are
16   other standards set for them and did they
```

## Rocky Flats v. 33

```
17   go below -- did they achieve a level that
18   was above or below those standards, the
19   answer is contained in here that we didn't
20   take anybody beyond acceptable dose levels
21   outside the site.
22           So that's all I have to know.
23   Whether it was a million below doesn't
24   make any difference.  If it's below it,
00212:01        -JAMES D. WATKINS-
02   that's all that counts.
```

**68.  PAGE 231:15 TO 233:17  (RUNNING 00:01:32.300)**

```
15          Q.    Why don't you focus on the
16   first page of that, I want to draw your
17   attention to a couple of things that Mr.
18   Jacobsen skipped over there.
19           Do you see in the second
20   paragraph that's entitled Risk Management
21   in this exhibit?
22          A.    Yes, yes.
23          Q.    Do you see how that paragraph
24   begins with the statement, "The Rocky
00232:01        -JAMES D. WATKINS-
02   Flats plant does not present the magnitude
03   of risk of a large commercial power
04   reactor or a production reactor."
05           Do you see that?
06          A.    Yeah, um-hum.
07          Q.    Did you disagree with that
08   statement?
09          A.    No, I didn't disagree with it.
10          Q.    And then the next statement
11   says, "A large quantity of plutonium does
12   exist on site, but truly extraordinary
13   events would be required to result in
14   substantial off site risk releases"?
15          A.    I agree with that, too.
16          Q.    You agree with that, too?  And
17   if you flip over to page -- it's the third
18   page, I don't know that it's numbered --
19          A.    Yes.
20          Q.    At the bottom --
21          A.    Yes.
22          Q.    The last full sentence on this
23   page?
24          A.    Yes.
00233:01        -JAMES D. WATKINS-
02          Q.    The Ahearne committee
03   concluded that, "Based on data provided to
04   the committee on the magnitude of past
05   plutonium releases, it appears unlikely
06   that measurable health effects would have
07   occurred among members of the community."
08          A.    I agree with that.
09          Q.    You agree with that as well?
10          A.    Yes.
11          Q.    Now, these reports that you
12   had daily and weekly from Dr. Goldberg and
13   from Duffy and from these other people,
14   were these reports concerning the levels
15   of radioactivity or other materials that
16   were off site the Rocky Flats plant?
17          A.    Not that I recall.
```

## Rocky Flats v. 33

69.  **PAGE 233:21 TO 237:23  (RUNNING 00:03:24.000)**

```
     21          Q.    Sir, just one follow-up
     22   question, same document.  Referring to the
     23   excerpt just quoted my Mr. Kurtenbach, it
     24   says the committee says that, "It is
00234:01          -JAMES D. WATKINS-
     02   unlikely that measurable health effects
     03   would have occurred among members of the
     04   community."
     05          That's what is written here,
     06   correct?  What Mr. Kurtenbach neglected to
     07   do was to read the next sentence, which
     08   says, "Nevertheless, to provide an
     09   adequate basis and to alleviate public
     10   concerns, we believe the DOE should
     11   proceed with epidemiological studies in
     12   the area."
     13          Was that consistent with your
     14   understanding that there was more work
     15   needed to be done in order to determine if
     16   and to what extent --
     17          A.    Yes, to document.  We were
     18   doing it everywhere.  We were starting
     19   epidemiological studies.  I brought in a
     20   whole team of people to set up a whole new
     21   health practice for the department, and
     22   epidemiological studies were started in
     23   Hanford.  We were opening up formerly
     24   classified data that was formerly
00235:01          -JAMES D. WATKINS-
     02   restricted data to the public view.  We
     03   had teams going in to do this all over.
     04   So this was departmentwide.
     05          It's what I was talking about
     06   before, if you don't have documentation on
     07   where you stand and there are unknowns
     08   there, if you don't have the
     09   epidemiological studies, you can't prove
     10   that, in fact, you didn't do things.
     11          And so it's best to have it in
     12   hand, even though we can make all kinds of
     13   cases that it's not happening, it's better
     14   to have these studies to show it's not
     15   happening or didn't happen.  And we had to
     16   do that with a bomb site.  We did it
     17   everywhere.
     18          So epidemiological studies
     19   makes sense, and I set them up.  I had a
     20   whole team come in, an independent team
     21   headed up by a person that was on my AIDS
     22   Commission who actually was the public
     23   health official for the state of Oregon,
     24   subsequently public health official,
00236:01          -JAMES D. WATKINS-
     02   senior public health official for the
     03   state of -- Washington state that houses
     04   the Hanford plant, and she's good at it.
     05   She's an expert in this field and she had
     06   brought in experts on her independent
     07   review that reported out to me and said
     08   this was an essential part of your
     09   Ten-Point program and here is how you do
     10   it.  And we started.
     11          That's a long-term data
     12   building, it's very expensive, but it
     13   should have been done a long time before,
```

## Rocky Flats v. 33

```
          14    and we'd of stopped a lot of the nonsense
          15    that goes on with this -- with this
          16    so-called inadequate understanding of
          17    science by the American public as a
          18    whole.
          19            They are frightened of things
          20    nuclear and they know nothing about it,
          21    even after 40 years of nuclear, nobody
          22    knows anything about it except a few
          23    scientists and engineers that work in this
          24    field.
00237:01          -JAMES D. WATKINS-
          02            They use abstract terms, they
          03    use all kinds of funny language, and it
          04    frightens everybody.  And so this is
          05    what -- and so the epidemiological studies
          06    are really the keys to public health
          07    certification that you can say, okay, I
          08    have the data here.  We have all the best
          09    scientists in the world to put together
          10    what's happened around these various sites
          11    and here are the realities, this is the
          12    best we can do, and what it entails.  And
          13    I don't even know if the study -- where
          14    these studies stay at.
          15            I do know that we started them
          16    in a number of areas.  We funded t to the
          17    extent that we could.  And I believe that
          18    we did the Nevada test site as a matter of
          19    priority because we knew we had releases
          20    there, well all over the desert, and we
          21    wanted to know if we contaminated the
          22    desert, I don't know what it was, all that
          23    kind of thing.
```

> **TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 01:12:43.945)**