# Exhibit A

**12/7/2005 Fry, Shirley**

0001

1                       UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF COLORADO

2

3

4        MERILYN COOK, ET AL.              )

                                           )

5                      Plaintiffs,          )

                                           )

6            -v-                           ) CAUSE NO.

                                           ) 90-CV-181-JLK

7        ROCKWELL INTERNATIONAL            )

         CORPORATION AND THE DOW           )

8        CHEMICAL COMPANY,                 )

                                           )

9                      Defendants.          )

10

11

12              The deposition upon oral examination of

13        SHIRLEY FRY, a witness produced and sworn before me,

14        Sally Cekander, RPR, Notary Public in and for the

15        County of Boone, State of Indiana, taken on behalf of

16        the Plaintiffs at the offices of Cohen & Malad, One

17        Indiana Square, Suite 1400, Indianapolis, Indiana, on

18        December 7, 2005, at 10:15 a.m., pursuant to the

19        Federal Rules of Civil Procedure.

20

21

22

23

24

25

1    A  Just the status of the case.  He briefed me on the

2       status of the case as of that time.

3    Q  Okay.  Did he tell you why they were contacting you

4       in the middle of the litigation?

5    A  Generally that because of my experience in having

6       conducted -- been involved in the conduct of worker

7       studies for DOE through a DOE contractor and my

8       expertise, areas of expertise in epidemiology and

9       so on.

10   Q  Okay.  I'm sorry, I don't mean to interrupt you.

11      I'll try not to do that.

12          Did you have any understanding that you were

13      being called in response to any testimony that was

14      being put on by the plaintiffs in the case?

15   A  Well, I understood that Dr. Wing had given

16      testimony and that he had been involved in the same

17      studies, some of the same studies.

18   Q  So was it your understanding that you were being

19      called to respond to Dr. Wing's testimony that was

20      going to be presented in the case?

21   A  In part.

22   Q  What was your further understanding about what you

23      were going to be testifying to?

24   A  Just general background information as an employee

25      of a DOE contractor, how we had conducted the

12/7/2005 Fry, Shirley

1       studies, what the environment was -- the work

2       environment was, the culture.

3  Q  When you say what the work environment was or the

4       culture, are you referring to the actual DOE

5       facilities, or are you referring to where you

6       worked?

7  A  The environment that we worked in at Oak Ridge

8       Associated Universities as we did -- as we

9       proceeded with the studies.

10  Q  Was that everything that you spoke about during

11      your first telephone conversation?

12  A  I think that was about it.

13  Q  Okay.  When was your next contact with Mr. Poland?

14  A  I have not prepared this, so I don't know dates

15      precisely.  I think there was another phone call in

16      which he indicated that he would like to come to

17      visit to brief me more fully on the case.

18  Q  Okay.  Was anything else discussed other than his

19      potential visit in that conversation?

20  A  Again, just generally -- I don't know whether the

21      trial had resumed at that stage but sort of where

22      things were and the time frame, time frame of

23      things.

24  Q  When you say time frame of things, what are you

25      referring to?

18

**12/7/2005 Fry, Shirley**

1   Q  And the name was your name, was it not?

2   A  It was, I think.

3   Q  You were the director of the epidemiology?

4   A  Yes.

5   Q  Okay.  What else did you discuss regarding -- we're

6      going to come back to that because I do want to ask

7      you some specific questions about that.  But what

8      else did you discuss with regard to Dr. Wing's

9      testimony?

10  A  Oh, my goodness.

11  Q  Why don't we do this, let me withdraw that question

12     and ask you a different one.

13        What is your understanding with respect to

14     what you will be testifying to at trial as it

15     relates to Dr. Wing?

16  A  His role as a co-investigator when he was at

17     University -- well, he's still at University of

18     North Carolina -- when he was a co-investigator as

19     a subcontractor.  The activities as the -- again,

20     how the studies were conducted, how they were

21     reviewed, how we interacted with other epidemiology

22     groups within the DOE.

23  Q  Okay.  Is that specific to Dr. Wing, the last?

24  A  No, no.  That's not specific to Dr. Wing.  Specific

25     to Dr. Wing would be the discussions that went on

**12/7/2005 Fry, Shirley**

1     with respect to the analysis that he conducted for

2     the mortality follow-up study and how that stood in

3     the conclusions that he -- or his results rather,

4     how those related to results of other epidemiologic

5     studies of populations exposed to radiation, both

6     from atomic bomb radiation as well as occupational

7     studies.

8  Q  Anything else that you will be specifically

9     testifying to at trial with respect to Dr. Wing?

10  A  My recollection as to the advisory committee

11     meeting that he refers to.

12  Q  Anything else?

13  A  I think that's about it.

14  Q  Okay.  With respect to Dr. Clapp, what is your

15     understanding regarding what you will be testifying

16     to at trial?

17  A  Really my reactions to his report and the

18     conclusions that he arrived at based on his study.

19  Q  Anything else?

20  A  No.

21  Q  With regard to Dr. Clapp?

22  A  No.

23  Q  Okay.  Other than specific to Dr. Wing and

24     Dr. Clapp, what is your understanding as to what

25     you will be testifying to at trial?

1   A   My experience in occupational epidemiology,

2       particularly with respect to the DOE worker

3       studies, my expertise in the areas those studies

4       involve, my training, former training, the findings

5       of a number of the occupational epidemiologic

6       studies and how they relate to each other and what

7       their impact might be.

8   Q   Anything else?

9   A   At the risk of repeating it, I don't know whether

10      we have done this or not.

11  Q   I'd suggest that you don't look at my notes just

12      simply because I'm not the best notetaker.

13  A   I'm not looking at your notes.  I'm just trying to

14      focus myself.  In this context, I had said that the

15      culture of how the studies were conducted and the

16      culture that we had responsibilities that I had at

17      Oak Ridge Associated Universities in my time there.

18      That's about it.

19  Q   Anything else that you can think of that you're

20      going to be testifying to at trial that we've not

21      discussed or not listed?

22  A   I think some basic radiation health effects, basic

23      information about radiation health effects,

24      biological effects.

25  Q   Anything else?

12/7/2005 Fry, Shirley

1   A   Back to Ireland for good.

2   Q   Oh, Ireland.

3   A   And returned about 18 months later permanently.

4   Q   So that was for good?

5   A   Yeah.

6   Q   And, again, just because I'm interested, where did

7       you live in Ireland?

8   A   In Dublin, outside Dublin.

9   Q   So your first employment in the United States was

10      for the Argonne National Laboratory?

11  A   Yes.

12  Q   And can you just briefly describe for me what you

13      did for the Argonne National Lab?

14  A   At that time Argonne had the responsibility for the

15      follow-up of the radium dial painter cohorts in the

16      United States.  They had all been brought to

17      Argonne.  They had been conducted in different

18      areas, different facilities, locations.  And they

19      had all been brought to Argonne.  Part of that

20      program was the clinical follow-up of tracing and

21      follow-up of that population, and individuals were

22      invited to Argonne for medical examinations.  I

23      along with Dr. Austin Bruce, who was my supervisor,

24      would interview the patients or the participants as

25      to how they had been involved in the radium dial

12/7/2005 Fry, Shirley

```
1        industry and their medical history.
2             I also did coding of medical records for paper
3        records, coding them for clinical end points that
4        would be entered into the database for analysis.  I
5        reviewed a lot of literature in regard to that
6        study which had been going on for a long time.  It
7        was really history taking, records review and that
8        type of activity.
9    Q   Okay.  And then in 1978 your CV indicates that you
10       moved to the Oak Ridge Associated Universities?
11   A   Yes.
12   Q   And my reading of your CV seems to indicate that
13       you were with Oak Ridge Associated Universities
14       through -- you indicated you retired.  Let me ask
15       you:  When did you retire from Oak Ridge?  When did
16       you retire?
17   A   I retired formally from full-time employment in
18       1995.
19   Q   Would that have been the February 1995 date
20       indicated?
21   A   Yeah, yeah.
22   Q   Okay.  And then that's what I was confused about.
23       You retired in 1995.  And then it seems that you
24       continued with -- it's ORAU is the acronym,
25       correct?
```

1     country.

2     And he became involved in developing various

3     rosters for several sites and eventually had data

4     that enabled him to analyze mortality in the

5     Hanford population, although he had also been

6     collecting data for the Oak Ridge, well, all three

7     facilities in Oak Ridge, some at Savannah River.

8  Q  So those were the studies, that type of studies,

9     that Oak Ridge or ORAU took over when the contract

10    was closed?

11  A  Yes, yes.

12  Q  Do you know why his contract was closed?

13  A  Well, it's my understanding that he had proceeded

14    to collect data, established the feasibility of use

15    of the data for epidemiologic studies and was given

16    a contract to proceed with an expanded group of

17    facilities and that it was taking -- it took much

18    longer to develop the materials than he had

19    anticipated.  And there was concern that he wasn't

20    making as much progress as then the AEC would have

21    liked to have seen.  And he was -- it's my

22    understanding, that he was informed that his

23    contract would be terminated.

24  Q  Okay.  And that's where ORAU took over?

25  A  Yes.  There was two-year transition period.  He was

1     informed in 1974 that his contract would be

2     terminated in 1977, '76, '77.

3  Q  Okay.  So I'm trying to remember where we started

4     off on that digression again.  I believe we were

5     talking about how the topics were determined.

6  A  So ORAU took over a lot of data concerning the Oak

7     Ridge part, the workers in Oak Ridge, and Hanford

8     and some Savannah River.  And one channel it took

9     was to make -- try and make progress on the things

10    that were already in the pipeline which were

11    mortality studies of the Hanford workers of the Oak

12    Ridge National Laboratory workers and to a lesser

13    extent in that stage Y12 and K25.

14  Q  Okay.  Now, my impression from some of your

15    previous testimony is that the Department of Energy

16    communicates to ORAU the topics in which it is

17    interested in terms of research; is that correct?

18       MR. POLAND:  Object to the form of the

19    question.  Mischaracterizes testimony.

20  Q  You can answer.

21  A  No.  I think I probably didn't make it clear.  I

22    don't think it tells or I don't think it has told

23    the university what it must do.  It may have

24    expressed or outlined topics that it would like to

25    have addressed.

12/7/2005 Fry, Shirley

1    A   Can I ask you to define what you mean by what I
2        have done?
3    Q   Let me rephrase it for you.  Can you list for me
4        the DOE funded epidemiology research in which you
5        have been involved?
6    A   Well, what was called the Health Mortality Studies
7        of DOE Workers which encompassed studies being
8        conducted that involved workers in the Oak Ridge
9        operations facilities directly and indirectly at
10       other DOE facilities nationwide.
11   Q   What others?
12   A   Los Alamos, Rocky Flats, Hanford.
13   Q   Now, are these the other facilities that you're
14       referencing or are these other epidemiologic
15       studies you've been involved with?
16   A   These are other facilities at which epidemiologic
17       studies have been or were conducted, not
18       necessarily by ORAU epidemiology program.
19   Q   But you were involved in these?
20   A   But it involved in the sense of interacting with
21       the epidemiologists that were conducting studies at
22       those sites.
23   Q   When you say interactive, what does that mean?
24   A   Well, we would meet periodically and discuss
25       scientific issues, epidemiologic issues,

96

**12/7/2005 Fry, Shirley**

1   Q  Okay.  But when you say chemical exposures, that

2      excludes anything that was radioactive?

3   A  Yes.

4   Q  Can you just briefly describe the study and its

5      results?

6   A  It was the same population that had been looked at

7      for other risk factors.  And, again, the results

8      were equivocal, that there was no definite

9      clear-cut relationship with exposure to chemicals

10     in general or specific ones, which as far as I

11     recall, I would need to look at the study, but they

12     included cutting oils and other industrial

13     chemicals.

14   Q  Okay.  And that was also the American Journal of

15     Industrial Medicine?

16   A  Yes.

17   Q  And was that the first journal it was submitted to?

18   A  As far as I recall, yes.

19   Q  Okay.  Down at the bottom of the page, Gilbert Fry,

20     et al.  Analyses of combined data on workers at the

21     Hanford site, Oak Ridge National Laboratory, and

22     Rocky Flats Nuclear Weapons Plant.  That was, I

23     assume, a radiation-related study?

24   A  Yes.

25   Q  Could you describe the study for me and its

**12/7/2005 Fry, Shirley**

1    A   I beg your pardon.

2    Q   Sorry, I didn't mean to interrupt.

3    A   The earlier, the Checkoway study, found a

4        nonsignificant increase in leukemia that was

5        related to dose, but it was not a significant

6        relationship.  The international study, the

7        combined study and the international study

8        looked -- developed risk estimates and published

9        estimates of risk, the risk of getting cancer given

10       dose, an increasing dose.  And there were risk

11       estimates developed for end points of interest

12       which particularly was leukemia and all cancers

13       separately.  So they were published as an estimate

14       of risk which was low.

15   Q   Okay.  You said that as it relates to the Checkoway

16       original study?

17   A   Uh-huh.

18   Q   Which was the precursor to the Wing study?

19   A   Uh-huh.

20   Q   That it found a correlation that was not

21       significant.  What do you mean by that?

22   A   That it could have happened by chance.  It could

23       have happened in the process of the analyses where

24       you're doing a lot of comparisons and the -- that

25       it could have happened by chance.

**12/7/2005 Fry, Shirley**

1    Q  Okay.  And with regard to the international study

2       that you were just discussing, you said that it

3       gave estimates of risk?

4    A  Uh-huh.

5    Q  Did that study -- when you say estimates of risk,

6       is that the equivalent of a correlation?

7    A  I wouldn't characterize it as a correlation

8       necessarily.  But using the models that were used

9       in those analyses, that there was a small risk with

10      increasing dose.

11   Q  Okay.  But that would not have been what you -- I

12      can rephrase the question.

13   A  A relationship, an association with dose, yes.

14   Q  Have any of the studies that you published found

15      what you would consider to be a significant

16      correlation between radiation exposure and cancer?

17   A  No.

18   Q  Are the studies that we have gone through all of

19      your published studies that relate to radiation?

20   A  Uh-huh.

21   Q  Do you have any radiation-related studies that have

22      not been published?

23   A  No.

24   Q  While you were at ORAU, did you regularly attend

25      the meetings of the National Academy of Sciences?

**12/7/2005 Fry, Shirley**

1      the study that is reflected in Exhibit No. 1.

2  A  This is a follow-up study of mortality in a

3      previously identified population of white males who

4      were employed at the Oak Ridge National Laboratory

5      between 1943 and 1972 and who have followed up,

6      which means to determine whether they were alive or

7      dead in 1984 based on death certificate

8      information.

9          And their mortality was then -- their death

10     experience, causes of death were compared to both

11     to the general population and then within -- to

12     other workers within the same facility who had not

13     been exposed to radiation or who had lesser low

14     doses of radiation.

15  Q  What was your position at ORAU at the time that

16     this study was conducted?

17  A  I was director of the epidemiology program.

18  Q  Were you also in that position when the study was

19     published?

20  A  I don't believe so.  I think it was about the time

21     I had stepped down.

22  Q  Okay.  What were the results of the study?

23  A  They found a radiation cancer dose response that

24     was considerably higher, ten times higher, in fact,

25     than the estimates from follow-up studies of the A

142

**12/7/2005 Fry, Shirley**

1     bomb survivors which was unexpected based on

2     current knowledge of biological interactions of

3     radiation and the experience of the A bomb

4     survivors.  And that was the basic bottom line,

5     that it was much higher relation -- much stronger

6     relationship than had been expected or based on

7     previous knowledge.

8   Q  When you say they found, who are you referring to?

9   A  I'm referring to Dr. Wing and Dr. Shy.  I think at

10    that time Dr. Wing had just become -- he graduated

11    and got his Ph.D. and Dr. Shy was sort of a co- --

12    this study was physically done at the University of

13    North Carolina in Chapel Hill so that most of the

14    day-to-day preparation the data and the analysis

15    was done at the University of North Carolina, and

16    then we would have the conference calls or

17    meetings.

18       We used to meet with them at the University of

19    North Carolina group, epidemiology group.  We would

20    drive from Oak Ridge and they would drive from

21    Chapel Hill.  We would meet somewhere in the wilds

22    in western North Carolina.  There was a lot of back

23    and forth but the actual analysis of the data was

24    done at Chapel Hill.

25   Q  But when you say they found, does that not include,

143

1   for example, Joy Wood, Susanne Wolf, Donna Cragle,

2   or Ed Frome?

3 A Well, the results were the product of the work of

4   those individuals, individuals working

5   collaboratively.  Joy Wood was responsible for the

6   database, the development of the database, the

7   technical support for the database.  Susanne Wolf

8   provided epidemiologic support, verifying data,

9   checking and that type of thing.  Donna Cragle was

10   my deputy at Oak Ridge, an epidemiologist in her

11   own right trained at the University of North

12   Carolina and had scientific input into the design

13   of the analysis, that type of thing.  And Ed Frome

14   is a biostatistician who was employed -- was a

15   member of the epidemiology group at ORAU, but I

16   believe at this stage had moved to Oak Ridge

17   National Laboratory and worked with our group as a

18   consultant to provide biostatistical.  He was very

19   familiar with the data also.  And so it was a

20   collaborative effort.

21 Q Were you not working on this collaborative effort?

22 A Well, other than my role was largely oversight and

23   scientific input into design, methodology, general

24   discussions of epidemiologic issues.  And I saw the

25   data as it was analyzed and discussed it with Steve

144

1       and with Donna and Ed.

2    Q  So typically your name would have appeared on this

3       article when it was published, correct?

4    A  Yes.  And it was on the initial draft that I got to

5       review.

6    Q  Were the results of the study correct?

7              MR. POLAND:  Object to the form of the

8       question.

9    Q  You can answer.

10   A  The results of the study were as they appear in the

11      publication.  As I mentioned, there was -- everyone

12      was concerned, interested what could explain this

13      large difference over what had been anticipated.  I

14      can't say expected because you have to have an open

15      mind when you're looking at data.  You don't go in

16      with any preconceived notions.  But we knew that

17      this was fairly low exposure and based on what had

18      been determined to that stage by the atomic bomb

19      survivor studies, what the outcomes were there.  So

20      it was a surprise.

21           But I had every faith in Steve as an

22      epidemiologist.  He's a very careful, diligent

23      worker, and he was as concerned as anybody, I

24      think, to get it -- to be sure that what he

25      wanted -- what he was going to publish would stand

**12/7/2005 Fry, Shirley**

```
 1        up to scientific review.  And to that end, they had

 2        Ethel Gilbert and Ed Frome look at the data,

 3        reanalyze it using different approaches.  And it

 4        always came out the same way.  So I had every

 5        confidence that what was going to be put in the

 6        paper was what they were finding, what was being

 7        found.

 8    Q   Okay.  So is it fair to say that you signed off on

 9        the results of the study?

10    A   I signed off on the epidemiology results, yes.

11    Q   And the results of the study were published,

12        correct?

13    A   Yes.  As Steve presented them.

14    Q   And what journal were they published in?

15    A   In JAMA.

16    Q   And you previously indicated that at least the

17        first draft of the article that was submitted to

18        JAMA had your name on it; is that correct?

19    A   No, it wasn't submitted to JAMA.  It was before it

20        was submitted.

21    Q   And it had your name on it?

22    A   Yes.

23    Q   Was your name on the article when it was submitted

24        to JAMA?

25    A   I don't remember that, whether it was or not,
```

1       whether -- it certainly was before it was

2       submitted.  And I don't know whether I asked to

3       have it removed after the journal had gone to JAMA.

4       I'm not sure of the chronology on that.

5   Q   Your name does not appear on the article, does it?

6   A   No.

7   Q   So at some point before the article was published

8       you did ask that your name be withdrawn or removed?

9   A   Yes.

10  Q   Why did you ask that it be removed?

11  A   Because after a long discussion with Steve over

12      comments towards the end of the discussion, that I

13      felt that it was not appropriate to include in a

14      scientific paper of this nature that was reporting

15      results, that we beg to differ over whether it was

16      appropriate.  And he felt strongly that the

17      comments needed to be included, and I said that I

18      would rather not have my name on the paper because

19      I didn't think it was appropriate -- it was

20      relevant to the study.

21  Q   Okay.  Will you take a look at Exhibit No. 1 and

22      identify for me the comments that you found

23      objectionable?

24  A   It was generally the comments in the last

25      paragraph.

147

```
 1   Q   Can you tell me what page you're looking at?  I'm
 2       sorry.
 3   A   I'm looking at page 1402, the first column midway
 4       down that paragraph beginning, conversely while
 5       factors other than radiation.  I didn't feel that
 6       it was appropriate in this paper -- it's not that I
 7       didn't agree necessarily agree or disagree with the
 8       comments as standalone.  But I felt that they would
 9       be more appropriate in a different type of paper,
10       not necessarily associated with the results that
11       were being presented.  And then the comments that
12       are in that paragraph roughly beginning with the
13       exposure of workers in this setting.
14   Q   Okay.  Read for me the comments that you find
15       objectionable.
16   A   Well, it's not that I find --
17   Q   Let me withdraw the question.  I understand.  I
18       misspoke.  Read for me the comments with which you
19       had concern for inclusion in this paper?
20   A   Beginning in that paragraph, the exposure of
21       workers in this setting and any attending health
22       effects depends upon the historical development of
23       an industry linked to a concentration of resources
24       in military spending which itself has gross health
25       effects.  By providing an alternative to fossil
```

148

```
 1          fuels for electric power generation, the industry
 2          encourages ever increasing energy consumption, a
 3          factor in potential health effects of global
 4          climate and environmental change.  Additional
 5          effects of ionizing radiation from the industry may
 6          occur in the surrounding communities, in offspring
 7          of workers in the areas where waste products must
 8          be isolated in the environment for generations.
 9          Use of radioisotopes in medical research, diagnosis
10          and therapy also affects public health.  Further
11          consideration of potential harmful effects of
12          low-dose ionizing radiation -- I think I would end
13          there.
14     Q   Where I'm sorry?
15     A   With affects public health.  Diagnosis and therapy
16          also affecting public health.  And just to
17          reiterate, it's not that I necessarily disagree
18          with those comments.  I just felt that those
19          comments were not appropriate in this particular
20          paper, that that would be much more suitable for
21          discussion in more of a philosophical, sociological
22          paper.
23     Q   So why did you think that they were inappropriate
24          in this type of paper?
25     A   Well, I thought it was raising issues that were not
```

149

12/7/2005 Fry, Shirley

```
 1        related necessarily to the study that was being
 2        reported directly.
 3     Q  So it's fair to say that you agreed with the
 4        results of the study, if not the discussion,
 5        correct?
 6     A  Well, I agreed with most of the scientific -- the
 7        analytic discussion and the discussion as it
 8        related to the study itself, yes.
 9     Q  Okay.  How long did you work on the study with
10        Steve Wing?
11     A  Well, Checkoway published in '85 and Steve probably
12        began this in -- began this in '87.  So it would be
13        three -- roughly three years.
14     Q  Do you have any personal animosity towards Steve
15        Wing?
16     A  No, not at all.
17     Q  Have you had any disagreements with Dr. Wing about
18        anything else?
19     A  No.
20     Q  Did you ever make public your disagreement with
21        Steve Wing regarding the inclusion of these
22        comments?  Did you publish anything anywhere?
23     A  No, no.  I had a very high regard for Steve as an
24        epidemiologist.  It was just we had a difference of
25        opinion over those comments.
```

12/7/2005 Fry, Shirley

```
 1       presented.
 2    Q  Was there anyone on the committee that you recall
 3       that disagreed with the results of the study?
 4    A  I don't think anyone disagreed with the results.
 5       They questioned how they had come -- how they had
 6       been achieved because they were out of the context
 7       of current knowledge and current experience in
 8       radiation epidemiology.  And may I back up?
 9    Q  Sure.
10    A  In terms of who was at the meeting because
11       Dr. Goldsmith who was the program manager from DOE,
12       he was there as an observer which was typical.  We
13       interacted with him on a scientific basis.  So he
14       would have participated in the discussion as an
15       epidemiologist but not from a manager point of view
16       because it was intriguing how these results could
17       have come about.
18    Q  Okay.  By the end of the discussion or the end of
19       the meeting, did you have a sense as to whether or
20       not the committee agreed with the results of the
21       study?
22    A  Well, again, I wouldn't say it was a question of
23       agreeing or disagreeing.  I think they were
24       surprised by it and puzzled by the findings.  And
25       as epidemiologists and biostatisticians will, there
```

1      was a lot of discussion about did you look at this;

2      did you do this, a lot of interchange of ideas of

3      what might have contributed to the results and

4      suggestions of what else might be looked at to make

5      sure that the results were as valid as could be

6      achieved.

7    Q  Okay.  Was such follow-up done; do you know?

8    A  I think Steve -- as I said, he did, you know,

9      looked at the analysis, did some reanalysis,

10      looking at different aspects of the data, and Ethel

11      Gilbert and Ed Frome did also.

12    Q  Okay.

13    A  And they came up with similar results.

14    Q  Do you recall whether the committee came to any

15      sort of a conclusion at that meeting?

16    A  I think they thought they would like to -- they

17      would recommend checking the analyses and making

18      sure there weren't any errors in the data that had

19      been overlooked, doing a careful verification of

20      the whole process just to make sure that they

21      were -- what was being reported at the meeting were

22      the actual results.

23    Q  Okay.  Changing gears on you, did you have any

24      personal involvement in Dr. Clapp's study?

25    A  No.

1            MR. POLAND:  Objection, assumes facts not in

2        evidence.

3     A  I have no personal knowledge of affidavits that he

4        prepared.  I know he was widely consulted, but I

5        don't know in terms of legal -- from a legal

6        perspective, except in one case which I think was a

7        Paduka case and he was -- and I was not involved in

8        it.  I just heard of his involvement, that he gave

9        testimony as a pathologist.

10    Q  Have you seen files or cases where workers have

11       claimed cancer who had exposures below the

12       standards?

13    A  I haven't necessarily seen files.  I knew of one or

14       two individuals who were claiming an association

15       between their occupation exposure to radiation and

16       their cancer related to their occupational dose.

17       But the particular one case that I was aware of, it

18       was not below the current standards.

19    Q  Okay.  What standards was it below?

20    A  It was -- what standard was it was above.  It was a

21       dose.  Somebody who was in the 5 rem study, that

22       had had 5 rem or more.

23    Q  Well, this issue -- I'm sorry.  I didn't mean to

24       cut you off.

25            MR. POLAND:  Go ahead.  You can finish your

1     answer.

2  A  As an annual, he had had one or more annual

3     exposures equal to or greater than 5 rem and was

4     for that reason included in the 5 rem study.

5  Q  Okay.  This issue of workers claiming cancer who

6     had exposures below standards, that's fairly

7     controversial these days, is it not?

8        MR. POLAND:  Object to the form of the

9     question.

10  A  Can you rephrase it?

11  Q  Are you aware whether or not in workers' cases, the

12     issue of exposures and standards have become

13     controversial?

14        MR. POLAND:  I'm going to object to the form.

15  Q  You can answer it if you can, otherwise I will try

16     again.

17  A  Please try again.

18  Q  Okay.  How best to put this.  You are aware, are

19     you not, that in workers' cases generally or in

20     workers' cases, strike the generally, that there

21     are workers who are claiming that they have cancer

22     who had exposures below the standards?  Are you

23     aware of those types of cases?

24  A  Not specifically but in general.

25  Q  Okay.  And are you aware that there is controversy

1       or ten minutes?

2              MR. POLAND:  Sure.

3              MS. GEOPPINGER:  And let me just go through

4       everything.  I think I'm about finished, but I want

5       to make sure that I haven't missed anything.

6              (A brief recess was taken.)

7    BY MS. GEOPPINGER:

8    Q  Back on the record.  Dr. Fry, just one more

9       question.  With regard to Dr. Wing's article, were

10      there any other participants in the study -- when I

11      say participants, I mean the people who were

12      contributing and doing the research, that sort of

13      thing -- that removed their name from the article?

14   A  Are we talking about the JAMA?

15   Q  That's correct, Exhibit No. 1.

16   A  Yes.  No, there were no others.

17             MS. GEOPPINGER:  That's all the questions that

18      I have, and I thank you very much for your time and

19      patience with me.

20   CROSS-EXAMINATION

21   BY MR. POLAND:

22   Q  I'm going to have a few questions.  Dr. Fry, if you

23      could look at Exhibit No. 1, please.

24   A  Thank you.

25   Q  And that's Dr. Wing's study?

1    A   Uh-huh.

2    Q   And I would like you to turn to page 1399, and I

3        would like to draw your attention to table three.

4        Do you have that in front of you?

5    A   I do.

6    Q   Can you tell me whether Dr. Wing's paper, which is

7        Exhibit No. 1, found statistically significant

8        deficits of any diseases?

9    A   Yes.

10   Q   And can you identify for me what those deficits

11       were?

12   A   There is statistically significant deficits of all

13       causes of death combined, all cancers combined.

14       Cancer of the rectum was statistically significant.

15       Statistically significant deficit of lung cancer of

16       other lymphatic diseases, of all circulatory system

17       diseases combined, of nonmalignant respiratory

18       diseases combined.  That's for all workers in the

19       first column there.

20           There are some nonstatistically significant

21       deficits including cancer of the esophagus based on

22       six cases, cancer of the stomach, cancer of the

23       large intestine, cancer of the pancreas, cancer of

24       the prostate, cancer of the brain, CNS, central

25       nervous system.  And that's it in terms -- in that

1     column.

2   Q  And with respect to the statistically significant

3      deficits in table No. 3, are those results

4      generally consistent with other studies of energy

5      radiation workers?

6   A  In general, yes.  There tends to be a deficit in

7      some of the studies, statistically significant of

8      all causes, all cancers.  It's more typically a

9      deficit, a nonstatistically significant deficit,

10     but usually a deficit of all cancers combined and

11     then some possible specific cancers.  But usually

12     it's very common to find a statistically

13     significant deficit for circulatory system diseases

14     combined.  So I would say in general overall there

15     is a general pattern of what would be called --

16     reflect a healthy worker population.

17  Q  Dr. Fry, do you recall you were asked by Ms.

18     Geoppinger about the finding in Exhibit No. 1,

19     about a dose response relationship that was ten

20     times higher than estimates from the A bomb

21     survivor studies?

22  A  Yes.

23  Q  And I believe you characterized that finding as

24     surprising?

25  A  It was a surprise, yes.

1       asked.

2   Q   Would it have been usual to, for example, switch

3       dose groups when you were reanalyzing data?

4           MS. GEOPPINGER:  Object to the form of the

5       question.  Also suggests -- go ahead and answer.

6   A   It would be reasonable to see if other arrangements

7       of doses, other groupings of doses, say from a

8       large -- if you had a large number of dose groups,

9       whether collapsing the dose group so you would have

10      fewer of them would give you more strength in the

11      analysis.

12          Because of the possibility of

13      misclassification, somebody might have been put --

14      might have been put in a box, in a category, a dose

15      category that they were on the very edge of

16      quantitatively, and really they should have been in

17      the next category, not based on the data that --

18      the dose data that was produced but from a

19      biological point of view, the dose they had

20      actually received, that their biological status as

21      a result of any exposure that they might have had

22      could have been -- they could have been put in the

23      wrong dose group.

24          Although it was actually correct from the

25      data, the quantitative data that were available,

1    monitoring data, batch readings, but the batch --

2    there are uncertainties in the batches inherent in

3    the monitoring data that those have uncertainties,

4    and so there is always a little uncertainty about

5    an individual's precise dose.  But they have

6    given -- recorded as a precise dose taking into

7    account the uncertainties in the dose.  And

8    biologically they might have been in another dose

9    group in the neighboring dose group rather than the

10   one they have been put in.

11       So it's not uncommon to collapse, expand,

12   rearrange the dose groups to see if there is any

13   evidence of misclassification of individuals.

14   Q  I'd like to turn your attention to a meeting that

15      you had been asked about before where the results

16      of Dr. Wing's paper, that is Exhibit 1, were

17      presented to the advisory committee?

18   A  Yes.

19   Q  Do you recall that?  You testified, I believe, to

20      the names of several members of the advisory

21      committee who were present; is that correct?

22   A  Yes.

23   Q  And you mentioned Dr. Boyce?

24   A  Yes.

25   Q  Can you tell me what institution Dr. Boyce was

184

```
1    A  All right.
2    Q  If you want to take a break at any point, let me
3       know.  And, of course, we need a verbal record as
4       opposed to head nods and shakes and that sort of a
5       thing, so, but I think we're doing just fine, okay.
6          With respect to the pending litigation which
7       I'm going to refer to as Cook versus Rockwell for
8       short --
9    A  Yes.
10   Q  -- have you been told what you're going to testify
11      about?
12   A  I've been given a broad range of subjects that
13      might be raised.
14   Q  Can you list them for me, please?
15   A  Well, they relate primarily to my experience in
16      conducting studies of Department of Energy workers
17      and general experience in occupational radiation
18      epidemiology and my experience in other -- with
19      other populations.
20   Q  What other type of populations?
21   A  Well, I've been involved in studies of Chernobyl
22      follow-up, follow-up of Chernobyl survivors.
23   Q  Any other populations?
24   A  Not actually -- no, not involved in studies, but I
25      have been aware of other populations.
```