# Exhibit B

## Original Contributions

# Mortality Among Workers at Oak Ridge National Laboratory

## Evidence of Radiation Effects in Follow-up Through 1984

Steve Wing, PhD; Carl M. Shy, MD; Joy L. Wood, MS; Susanne Wolf, MPH; Donna L. Cragle, PhD; E. L. Frome, PhD

White men hired at the Oak Ridge (Tenn) National Laboratory between 1943 and 1972 were followed up for vital status through 1984 (N=8318, 1524 deaths). Relatively low mortality compared with that in US white men was observed for most causes of death, but leukemia mortality was elevated in the total cohort (63% higher, 28 deaths) and in workers who had at some time been monitored for internal radionuclide contamination (123% higher, 16 deaths). Median cumulative dose of external penetrating radiation was 1.4 mSv; 638 workers had cumulative doses above 50 mSv (5 rem). After accounting for age, birth cohort, a measure of socioeconomic status, and active worker status, external radiation with a 20-year exposure lag was related to all causes of death (2.68% increase per 10 mSv) primarily due to an association with cancer mortality (4.94% per 10 mSv). Studies of this population through 1977 did not find radiation-cancer mortality associations, and identical analyses using the shorter follow-up showed that associations with radiation did not appear until after 1977. The radiation-cancer dose response is 10 times higher than estimates from the follow-up of survivors of the bombings of Hiroshima and Nagasaki, Japan, but similar to one previous occupational study. Dose-response estimates are subject to uncertainties due to potential problems, including measurement of radiation doses and cancer outcomes. Longer-term follow-up of this and other populations with good measurement of protracted low-level exposures will be critical to evaluating the generalizability of the results reported herein.

(*JAMA*. 1991;265:1397-1402)

THE OAK RIDGE National Laboratory (ORNL) is a US Department of Energy (DOE) research and development facility that began operation in Oak Ridge, Tenn, in 1943. It is one of many facilities included in a large follow-up study of the health and mortality of workers at DOE facilities.[1] Mortality follow-up of white men hired prior to 1973 and followed up for vital status through 1977 has been reported previously for this population alone[2] as well as in combination with other DOE populations.[3,4] This report considers follow-up

For editorial comment see pp 1437 and 1438.

From the Department of Epidemiology, School of Public Health, University of North Carolina at Chapel Hill (Drs Wing and Shy and Mss Wood and Wolf); Center for Epidemiologic Research, Oak Ridge (Tenn) Associated Universities (Dr Cragle); and Mathematical Sciences Section, Oak Ridge (Tenn) National Laboratory (Dr Frome).
Reprint requests to Department of Epidemiology, CB 7400, University of North Carolina, Chapel Hill, NC 27599-7400 (Dr Wing).

Two types of analyses are presented. First, cause-specific mortality in the study population is compared with mortality of US white men. Second, the relationship between protracted exposure to low levels of external penetrating ionizing radiation and mortality within the study population is examined. Most epidemiologic data on radiation and cancer have been obtained from populations exposed to higher doses over short periods, whereas exposures in the present study occurred at low levels over long periods.

### MATERIALS AND METHODS

Between 1943 and 1972, 17 517 workers were known to have been employed at ORNL. Workers with unknown sex, race, date of birth, or employment dates and those employed for less than 30 days were excluded (Table 1). Women and nonwhite men were excluded from analysis of the association of radiation with mortality because they had fewer deaths and lower radiation exposures. A comparison of mortality for all workers, including women and nonwhite men, to the general population is available from the National Auxiliary Publication Service (NAPS; see acknowledgments). White men who were known to have worked at another DOE facility were excluded because their occupational exposures to ionizing radiation could not be determined from records at ORNL. Vital status was ascertained primarily through employment records and the Social Security Administration for 91.8% of the cohort (96.5% of potential person-years of follow-up), and 1524 deaths were identified by the end of 1984. Workers lost to follow-up tended to have short employment duration, and one third were lost after 1982. Death certificates were obtained from state vital records departments for 1490 of the deaths. Underlying causes of death and nonunderlying cancer causes were coded to the *International Classification of Diseases, Adapted, Eighth Revision* (*ICDA-8*). The number of workers in this study differs slightly from the previous report[2] due to corrected demographic data that excluded 57 workers from the cohort.

### Radiation Exposure

Individual exposures to external penetrating radiation, primarily gamma rays, were measured using pocket ionization chambers from 1943 until June 1944, film badges from then until 1975, and thermoluminescent dosimeters since 1975. Pocket ionization chambers were read on a daily basis, and film badges were evaluated weekly from June 1944 until July 1956, when quarterly monitoring was initiated. Although weekly reading facilitates prompt action in cases of undue exposure, it could promote cumulative dose underestimation if badges were not sufficiently exposed to reach a minimum detectable dose. Dosimeters were incorporated into security badges necessary to enter the facility for most of the period. Doses were estimated for the 4.9% of work years for which data were

Table 1.—Cohort Definition and Vital Status as of December 31, 1984

| | | |
|---|---|---|
| Total workers* | | 17 517 |
| Exclusions | | |
| Unknown demographic or employment information | | 426 |
| Women | | 3792 |
| Nonwhite | | 805 |
| Employment in other plants† | | 3707 |
| White male study cohort | | 8318 |
| Vital status, (%) No. | | |
| Alive | (73.4) | 6108 |
| Dead | (18.3) | 1524 |
| Unknown | (8.2) | 686 |

*From January 29, 1943, to December 31, 1972.
†Other US Department of Energy or predecessor organization facilities.

Table 2.—Distribution of Workers in Categories of Cumulative External Radiation Dose

| Cumulative Dose, mSv* | Workers | |
|---|---|---|
| | No. | (%) |
| D = 0 | 2129 | (25.6) |
| 0 < D < 10 | 3913 | (47.0) |
| 10 ≤ D < 50 | 1638 | (19.7) |
| 50 ≤ D < 100 | 317 | (3.8) |
| 100 ≤ D < 500 | 302 | (3.6) |
| 500 ≤ D < 1145 | 19 | (0.2) |

*Median = 1.4 mSv; mean = 17.3 mSv; and total = 144 mSv. D indicates dose.



Percentiles of the annual external radiation dose distributions.

not available, primarily from the individual worker's own data within 2 years of the missing value. Averages for the worker's department in the missing data year were used when no individual data were available, and plant averages (by year) were used in the 0.9% of work years for which the dose in a given year for a worker's department was not known.

The distribution of workers by cumulative external radiation dose is shown in Table 2. The low recorded exposures of the population are evident. One quarter of the workers had no detectable external radiation doses during their employment, and almost three quarters had cumulative external doses of less than 10 mSv (1 rem). Only 638 workers received cumulative doses of greater than 50 mSv and 19 received doses of over 500 mSv; the highest value was 1144.4 mSv and the second highest was 1031.1 mSv. Both workers with cumulative external radiation doses over 1000 mSv were alive at the end of follow-up. The 50th, 75th, and 90th percentiles of the distributions of annual doses are shown in the Figure. Two modes are evident: a spike in 1944 and a rise from the late 1940s to the late 1950s that gradually declined until the end of the study. Median annual doses were less than 1 mSv in all years except 1944, 1957, 1958, and 1959.

Beginning in 1951, some workers were monitored for internal radionuclide contamination, primarily on the basis of the potential for contamination in the work area. Other reasons included incidents and follow-up. Quantitative dose estimates to specific organs were not available, but the majority of internal monitoring results of this cohort suggested negligible internal doses. However, workers who had at some time been monitored for internal contamination (N = 3763) generally had higher external doses; 50% of those ever monitored but only 8% of those never monitored for internal contamination had cumulative external doses of greater than 10 mSv.

### Statistical Methods

Cause-specific mortality in ORNL workers was compared with vital statistics for the United States, adjusted for age and calendar year by the indirect method,[5] to form standardized mortality ratios (SMRs) of observed to expected deaths. The SMRs were calculated for the entire cohort and separately for workers who had been monitored for internal contamination.

Analyses of the relationship of cumulative external penetrating radiation doses to mortality with internal comparisons were conducted using Poisson regression.[6] The death rates are modeled on a logarithmic scale as a function of the covariates of interest and cumulative external radiation dose.[7] The model can be expressed as $\ln \lambda(Z, x) = Z\alpha + \beta x$, where $\lambda$ indicates the death rate; Z, the vector of covariates; x, the cumulative external radiation dose; $\alpha$, the vector of covariate parameters; and $\beta$, the change in the log of the relative risk per unit dose (10 mSv). The radiation dose parameter estimates have been multiplied by 100 to yield the logical percentage change in mortality per 10-mSv cumulative dose.[3] At the low values of dose found in this study, the logical percentage change is approximately equal to the percentage change and is referred to as such.

Four causes of death were analyzed in detail: all causes (1524 deaths), all cancers (380 deaths), lung cancer (104 deaths), and leukemia (30 deaths). Noncancer mortality was also analyzed. The number of deaths for cancer analyses with internal comparisons was slightly larger due to the inclusion of deaths where cancers were contributory causes. This inclusion increases the sensitivity and specificity of the cancer and noncancer classifications. Leukemia analyses were also performed excluding seven deaths from chronic lymphocytic leukemia (ICDA-8 204.1), which is not in some lists of radiation-related leukemias.[9]

Cause-specific risk in the white male cohort was first described by modeling sociodemographic factors. The effects of external radiation doses were then assessed while controlling for sociodemographic factors. Data on smoking, chemical exposures, medical exposures to ionizing radiation, and cancer morbidity were not available. Age, birth year, pay code (monthly or nonmonthly), and active worker status were considered in the regression analyses. Pay code was used as an indicator of socioeconomic status. Active worker status was considered because workers who continued employment, and consequently exposure, tend to be healthier.[10-12] Cumulative external dose was
stratified in groups rang[ing]
above and m[...]
The midpoin[t]
median valu[e]
highest cate[gory]
The sensitiv[ity]
the median [...]
tuting the 2 [...]
the distribu[tion]
category. Th[e]
the model [...]
terms to th[e]
likelihood r[atio]
in deviance[...]
as a $\chi^2$ statis[tic]
equal to the [...]
the model. [...]
statistical n[...]
National A[...]
(NAPS; see[...]

### RESULTS
Worker Mo[rtality]
With US W[...]

Table 3 l[ists]
SMRs for a[...]
itored for i[nter-]
nation. A[...]
lower than [...]
The SMRs [...]
latory sys[tem]
respirator[y]
causes. V[...]
prostate [...]
reticulosa[rcoma]
and pancr[eas]
mia mort[ality]
pected (2[...]
of the 28 l[...]
1965 in m[...]
the SMR [...]
Leukemi[a]
year and [...]
from NA[...]
tion of ar[...]
tion with [...]
203) at t[he]
terest th[...]
with mu[lti-]
ing cause[s]
phatic ti[ssue]
group (I[...]
lower tha[n]

Worke[rs]
for inter[nal]
er relati[...]
hort for [...]
disease[s]
ing hig[h]
among [...]
SMR in [...]
contami[nation]
higher t[...]

The [...]
fined ca[...]
and in [...]
radionu[clide]

stratified into eight 20-mSv width groups ranging from 0 to 120 mSv and above and modeled using a linear term. The midpoint of lower groups and the median value of the person-years in the highest category, 194 mSv, was used. The sensitivity of the β coefficients to the median value was tested by substituting the 25th and 75th percentiles of the distribution of dose in the highest category. The improvement in the fit of the model resulting from addition of terms to the model was assessed by a likelihood ratio test based on the change in deviance, distributed approximately as a $\chi^2$ statistic, with degrees of freedom equal to the number of terms added to the model. A detailed description of the statistical methods is available from the National Auxilliary Publication Service (NAPS; see acknowledgments).

## RESULTS
### Worker Mortality Compared With US White Men

Table 3 lists the number of deaths and SMRs for all workers and for those monitored for internal radionuclide contamination. All-cause mortality was 26% lower than expected in the total cohort. The SMRs are low for all cancers, circulatory system diseases, nonmalignant respiratory diseases, and external causes. Values near unity are seen for prostate cancer, lymphosarcoma and reticulosarcoma, Hodgkin's disease, and pancreatic and brain cancer; leukemia mortality was 63% higher than expected (28 cases observed). Twenty-six of the 28 leukemia deaths occurred after 1965 in men hired before 1960, for whom the SMR in 1965 through 1984 was 2.23. Leukemia SMRs by decade of calendar year and decade of hire are available from NAPS. Given a previous observation of an association of external radiation with multiple myeloma (ICDA-8 203) at the Hanford facility,[3] it is of interest that there was only one death with multiple myeloma as the underlying cause. Mortality due to other lymphatic tissue malignant neoplasms as a group (ICDA-8 202 and 203) was 59% lower than expected (five deaths).

Workers who were ever monitored for internal contamination showed lower relative mortality than the whole cohort for all causes, circulatory system diseases, and external causes, suggesting higher levels of overall fitness among those workers. The leukemia SMR in workers monitored for internal contamination (2.23, 16 deaths) was higher than for the total cohort.

The SMRs were elevated for ill-defined causes in the total cohort (2.34) and in workers monitored for internal radionuclide contamination (2.89), reflecting the preponderance of deaths certified by medical examiners in eastern Tennessee. This would bias cause-specific SMRs downward. If distributed proportionately among specific causes, excess ill-defined deaths and deaths without a certificate would result in only minor changes in SMRs for more common causes; however, for rarer causes, the addition of even a few deaths could result in large increases.

The SMRs were also calculated for the 16 622 workers of all race-sex groups hired before 1972 and employed at ORNL for more than 30 days. The SMRs were 0.73, 0.75, 0.66, and 1.33 for all causes, all cancers, lung cancer, and leukemia, respectively. Detailed results are available from NAPS.

### Mortality Within the Worker Population

Mortality from all causes, all cancers, lung cancer, and leukemia was studied

Table 3.—Cause of Specific Numbers of Observed Deaths and Standardized Mortality Ratios for All Workers and Workers Monitored for Internal Radionuclide Contamination*

| Cause of Death (ICDA-8) | All Workers | | | Workers Monitored for Internal Contamination | | |
|---|---|---|---|---|---|---|
| | Obs | SMR | 95% CI | Obs | SMR | 95% CI |
| All causes | 1524 | 0.74 | 0.71-0.78 | 528 | 0.63 | 0.58-0.69 |
| All cancers (140-209) | 346 | 0.79 | 0.71-0.88 | 149 | 0.82 | 0.69-0.96 |
| Esophagus (150) | 6 | 0.58 | 0.21-1.27 | 4 | 0.93 | 0.25-2.39 |
| Stomach (151) | 17 | 0.86 | 0.50-1.38 | 6 | 0.79 | 0.29-1.72 |
| Large intestine (153) | 34 | 0.89 | 0.62-1.24 | 12 | 0.78 | 0.40-1.35 |
| Rectum (154) | 5 | 0.42 | 0.14-0.99 | 2 | 0.43 | 0.05-1.57 |
| Pancreas (157) | 25 | 1.09 | 0.71-1.61 | 9 | 0.95 | 0.44-1.81 |
| Lung (162-163) | 96 | 0.65 | 0.52-0.79 | 46 | 0.72 | 0.53-0.97 |
| Prostate (185) | 26 | 1.05 | 0.68-1.53 | 10 | 1.12 | 0.53-2.05 |
| Brain/CNS (191-192) | 15 | 1.04 | 0.58-1.72 | 5 | 0.78 | 0.25-1.81 |
| Lymphosarcoma and/or reticulosarcoma (200) | 9 | 1.05 | 0.48-1.99 | 6 | 1.65 | 0.60-3.59 |
| Hodgkin's disease (201) | 5 | 0.91 | 0.29-2.13 | 2 | 0.83 | 0.09-2.98 |
| Other lymphatic (202-203) | 5 | 0.41 | 0.13-0.95 | 1 | 0.19 | 0.00-1.06 |
| Leukemia (204-207) | 28 | 1.63 | 1.08-2.35 | 16 | 2.23 | 1.27-3.62 |
| All circulatory system (390-458) | 738 | 0.74 | 0.69-0.80 | 231 | 0.59 | 0.52-0.67 |
| Nonmalignant respiratory (460-519) | 73 | 0.61 | 0.48-0.77 | 28 | 0.60 | 0.40-0.87 |
| Ill defined (780-799) | 55 | 2.34 | 1.76-3.05 | 29 | 2.89 | 1.93-4.14 |
| External causes (E800-E999) | 172 | 0.75 | 0.64-0.87 | 53 | 0.51 | 0.38-0.67 |

*ICDA-8 indicates International Classification of Diseases, Adapted, Eighth Revision; Obs, observed; SMR, standardized mortality ratios; CI, confidence interval; and CNS, central nervous system.

Table 4.—Estimated Percent Increase in Cause Specific Mortality per 10 mSv Increase in External Penetrating Radiation Dose With Various Lag Assumptions

| Cancer and Lag, y | Increase, % | SE | $\chi^2$ (1 df) | P value |
|---|---|---|---|---|
| All Causes* | | | | |
| 0 | 1.33 | .69 | 3.5 | .06 |
| 10 | 1.71 | .74 | 5.0 | .03 |
| 20 | 2.68 | .90 | 7.8 | .005 |
| All Cancer† | | | | |
| 0 | 2.53 | 1.18 | 4.2 | .04 |
| 10 | 3.27 | 1.22 | 6.3 | .01 |
| 20 | 4.94 | 1.39 | 10.2 | .001 |
| Lung Cancer‡ Total workers | | | | |
| 0 | 5.23 | 1.84 | 6.5 | .01 |
| 10 | 5.33 | 1.97 | 5.8 | .02 |
| 20 | 5.21 | 2.54 | 3.0 | .08 |
| Lung Cancer‡ Nonmonthly workers | | | | |
| 0 | 3.55 | 1.94 | 2.9 | .09 |
| 10 | 3.44 | 2.10 | 2.3 | .13 |
| 20 | 3.59 | 2.61 | 1.6 | .21 |
| Leukemia‡ | | | | |
| 0 | 6.38 | 10.71 | 0.0 | 1.0 |
| 10 | 6.88 | 10.93 | 0.0 | 1.0 |
| 20 | 9.15 | 11.07 | 0.6 | .44 |

*Adjusted for age, cohort, pay code, active work, pay code by cohort, age by active work, active work by cohort, and active work by pay code.
†Adjusted for age, cohort, pay code, active work, pay code by cohort, and age by active work.
‡Adjusted for age, cohort, and age by cohort.

Table 5.—Cause Specific Numbers of Observed and Expected Deaths* in Categories of External Penetrating Radiation Dose

| Cause (Lag in y) | Dose Category, mSv | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 0 | 0-19 | 20-39 | 40-59 | 60-79 | 80-99 | 100-119 | ≥120 |
| All Causes (20) | | | | | | | | |
| Observed | 737 | 619 | 75 | 33 | 20 | 2 | 6 | 32 |
| Expected | 755.8 | 613.8 | 74.4 | 29.8 | 14.0 | 5.8 | 4.0 | 19.3 |
| All Cancer (20) | | | | | | | | |
| Observed | 154 | 169 | 20 | 14 | 5 | 0 | 5 | 13 |
| Expected | 170.9 | 164.1 | 21.1 | 8.6 | 3.9 | 1.9 | 1.3 | 6.3 |
| Lung Cancer (0) Total Workers | | | | | | | | |
| Observed | 15 | 59 | 10 | 7 | 1 | 1 | 2 | 9 |
| Expected | 22.4 | 58.4 | 9.6 | 4.5 | 2.2 | 1.4 | 0.8 | 3.8 |
| Lung Cancer (0) Nonmonthly | | | | | | | | |
| Observed | 13 | 42 | 8 | 7 | 1 | 1 | 2 | 9 |
| Expected | 13.7 | 45.3 | 8.2 | 4.9 | 2.3 | 1.7 | 1.0 | 4.9 |
| Leukemia (10) | | | | | | | | |
| Observed | 7 | 15 | 6 | 0 | 0 | 0 | 0 | 2 |
| Expected | 8.9 | 15.8 | 2.5 | 1.0 | 0.5 | 0.3 | 0.2 | 0.9 |

*Expected deaths derived from Poisson regression models. Expected lung cancer deaths among monthly workers cannot be computed by subtracting expected nonmonthly from total expected deaths because age, cohort, and age by cohort terms were independently estimated.

within the white male cohort in relation to sociodemographic factors as well as cumulative external penetrating radiation dose. A number of sociodemographic relationships conformed to expectations from the literature, including an increasing age trajectory of lung cancer mortality in younger cohorts[13] and an increase in mortality for workers who were paid nonmonthly compared with workers paid monthly in younger birth cohorts.[14] Parameter estimates showing sociodemographic factor-mortality associations are available from NAPS.

The estimated percentage increases in mortality per 10-mSv increase in cumulative external penetrating radiation dose for all causes, all cancers, lung cancer, and leukemia mortality under various exposure lag assumptions and adjusted for sociodemographic factors are shown in Table 4. In all-cause and all-cancer mortality, the estimates increased when mortality was related to doses received more than one and two decades in the past. With a 20-year exposure lag, all-cause mortality increased 2.68% per 10 mSv, and all-cancer mortality increased 4.94% per 10 mSv. The improvement in the fit of the models to the data, as indicated by the $\chi^2$ statistics, clearly increased with the length of the lag. When the all-cancer analysis (20-year lag) was repeated using the 25th and 75th percentile values for the highest dose category (12 mSv and above) instead of the median, the parameter estimates varied from about 3% to 6%. Dose coefficients for all cancers showed little variation whether there was control for active work, pay code, or cohort, or whether age was treated as a continuous or categorically stratified factor.

Two analyses are shown for lung cancer, one including monthly and nonmonthly workers and one restricted to nonmonthly workers. Nonmonthly workers had higher lung cancer mortality and external radiation doses. However, no lung cancer deaths were observed for monthly workers at doses above 40 mSv, whereas deaths among nonmonthly workers were distributed throughout the range of doses. It was therefore not possible to examine the effects of external radiation doses in monthly workers alone, and analyses were performed for all workers without controlling for pay code and for nonmonthly workers alone. Analyses for the total cohort showed estimated increases in lung cancer mortality of about 5% per 10 mSv at all lag assumptions. Estimates were smaller and SEs larger for nonmonthly workers. Unlike all-cause and all-cancer results, the $\chi^2$ statistics indicate that the improvement in the fit of the model is greatest at zero lag and declines with increasing lag.

Results for leukemia are shown in the bottom panel of Table 4. Estimated percentage increases per 10 mSv rose from 6.38% at an exposure lag of 0 years to 9.15% with a 10-year lag. The SEs were larger than the parameter estimates and the $\chi^2$ values indicate that the linear term for radiation dose did not contribute to the goodness of fit of the model. Analyses repeated with chronic lymphocytic leukemia deaths that were excluded from the leukemia category showed similar results.

The parameter estimates in Table 4 were estimated from data stratified into eight dose groups, and Table 5 shows observed and expected deaths in each dose group for the best-fitting lag assumption for each cause of death. The expected deaths were calculated from the full model for each cause but without the dose term and thus represent the number of deaths expected in each dose group given its sociodemographic distribution of person-years. Fewer than expected deaths were observed in the zero dose group for each cause, and the pattern of increases in observed over expected deaths at higher doses is evident. For leukemia, while an increasing trend of observed over expected deaths occurred in the first three dose groups, there were no observed and only 2.0 expected deaths between 40 and 119 mSv.

## COMMENT

Mortality in this largely professional work force is low compared with the general population. This is expected based on the levels of health necessary to work and on the selection of a work force from the core economic sector and also in the primary labor market.[15] Exposures to external penetrating radiation were generally low. Only 135 of the close to 88 000 annual external dose estimates were above the current permissible annual occupational exposure limit of 50 mSv. Despite the overall healthiness of the population and its low levels of exposure to ionizing radiation, leukemia SMRs were elevated, and measures of exposure to external penetrating radiation were related to death from all cancers and all causes to a greater degree than would be expected from the radiation epidemiology literature.[16-18] However, less is known about the effects on humans of protracted low doses of ionizing radiation than about the effects of acute high doses. Furthermore, despite the widespread acceptance of dose-response estimates from the few studies of humans exposed to high doses, uncertainties about dose estimates for individuals in those studies are great.

The earlier report[2] on this population showed no suggestion of a trend of higher mortality from all cancers in higher cumulative radiation dose categories, and reanalyses employing regression techniques to estimate continuous dose-response relationships also failed to detect an effect.[4] A primary difference between previous analyses and the current one is the addition of 7 years of follow-up. There are also other differences in cohort construction, use of cancer contributory causes of death, dose estimation, and inclusion of covariates in regression analyses.

All-canc[...], were fit[...] 1977, excl[...] exposures[...] who died a[...] mine what[...] tween the p[...] be attribut[...] per se. Usi[...] through 19[...] dose effect[...] exposure l[...] by Gilbert[...] effect at a [...] these resul[...] that differ[...] past findin[...] hort const[...] tion, statis[...] tion of cov[...] the all-cai[...] were due t[...] experience[...] 20 years at[...] ORNL dur[...]

These fir[...] low doses[...] should limi[...] tion effect.[...] over the e[...] mSv) is har[...] ed average[...] dose of 1 [...] tion.[14] Acc[...] over the w[...] ed by the ir[...] nondiffere[...] pected due[...] ties and te[...] the task of[...] sands of fil[...] ed over dec[...] vidual w[...] incidence d[...] tificate diag[...] with relati[...] tion to ill-d[...] duce the al[...] cer associa[...]

While n[...] tion of exp[...] duce the [...] fect,[20,21] ot[...] overestima[...] external dc[...] basis prior[...] an underes[...] badges did[...] sure in the[...] tectable le[...] response [...] underestin[...] lem at hig[...] doses, alt[...] result if ur[...] ly a probl[...] case, the a[...] not show a[...]

hs in each
ing lag as-
death. The
lated from
ut without
resent the
each dose
raphic dis-
ewer than
ved in the
se, and the
erved over
oses is evi-
increasing
ted deaths
se groups,
d only 2.0
0 and 119

rofessional
d with the
s expected
necessary
of a work
sector and
rket.[15] Ex-
ting radia-
y 135 of the
al dose esti-
t permissi-
osure limit
all healthi-
s low levels
tion, leuke-
d measures
trating ra-
th from all
greater de-
d from the
erature.[5,9]
out the ef-
d low doses
out the ef-
rthermore,
eptance of
m the few
d to high
dose esti-
ose studies

population
and of high-
s in higher
categories,
regression
uous dose-
ailed to de-
ference be-
and the
f 7 years of
ther differ-
, use of can-
death, dose
f covariates

All-cancer models, as shown in Table 4, were fit to the follow-up data through 1977, excluding subsequent radiation exposures and counting as alive those who died after 1977 in order to determine what part of the difference between the present and past results could be attributed to the additional follow-up per se. Using identical models, the data through 1977 showed a small negative dose effect on all cancers at a 10-year exposure lag, similar to that reported by Gilbert et al,[4] and a small positive effect at a 20-year lag. The closeness of these results to previous reports shows that differences between present and past findings are not attributable to cohort construction, exposure classification, statistical models, or the specification of covariates. This suggests that the all-cancer dose-response effects were due to the added recent follow-up experience, which occurred more than 20 years after the higher exposures at ORNL during the late 1950s (Figure).

These findings are surprising because low doses and measurement problems should limit the ability to detect a radiation effect. The median cumulative dose over the entire work experience (1.4 mSv) is hardly greater than the estimated average annual background external dose of 1 mSv in the general population.[14] Accurate classification of doses over the working lifetime was facilitated by the individual film badge data, but nondifferential misclassification is expected due to badge-reading uncertainties and technical problems inherent in the task of matching hundreds of thousands of film badge records accumulated over decades of employment to individual workers. Lack of cancer incidence data and reliance on death certificate diagnoses in a geographical area with relatively high rates of certification to ill-defined causes should also reduce the ability to detect radiation-cancer associations.

While nondifferential misclassification of exposure and disease would reduce the ability to detect a dose effect,[20,21] other factors could result in overestimates. The practice of reading external dosimeters on a daily or weekly basis prior to July 1956 could have led to an underestimate of cumulative doses if badges did not receive sufficient exposure in the shorter periods to reach detectable levels. Upward bias in dose-response estimates would result if underestimation were more of a problem at higher than at lower cumulative doses, although downward bias would result if underestimation were primarily a problem at lower doses. In either case, the annual dose distribution does not show a striking change in 1956 (Fig-

ure), suggesting that the switch from weekly to quarterly reading in that year did not grossly affect dose estimates. The potential for greater internal radiation exposure of workers with higher external doses would also lead to underestimation of radiation doses at higher levels of external dose. However, if the dose most relevant to the outcome is the amount accrued in a particular time window rather than the total cumulative dose, sufficient doses would be overestimated. Another situation that could have led to an overestimate of dose response would occur if workers who were exposed to radiation were more likely to be exposed to chemical carcinogens such as benzene, asbestos, and a variety of solvents used at ORNL. The consistent increases in all-cancer dose response with increasing lag assumptions, however, suggest that if chemical exposures explain much of the radiation effect observed, they must have occurred in the same temporal pattern. Such temporal coincidence is more likely for occupational exposures than for the other potential confounders, which must also exhibit temporal coincidence if they are to explain the lag effects and the lack of a dose-response relationship in follow-up before 1978.

Some temporal relationships in the present findings are consistent with expectations from the radiation epidemiology literature. The interval between radiation exposure and leukemia death has been estimated to be considerably shorter than that for solid tumors.[16] Leukemia SMRs showed the greatest elevation during the 1960s, the decade following the higher exposure levels of the late 1950s, while all-cancer dose-response relationships did not emerge until after 1977. All-cancer mortality combined showed increasing effects of dose up to a 20-year lag. Although the dose-response estimates for leukemia are based on small numbers, they are larger than the estimates for all cancers, as would be expected from the literature.[16] The lung cancer results do not fit this pattern. Dose-response estimates for lung cancer showed little relationship to the lag of dose. To the extent that these data do suggest a radiation effect, the lag analyses suggest a late-stage carcinogenic effect for lung cancer.

The all-cause mortality results are important for a number of reasons. Because classification of cause of death is not an issue, the all-cause findings can be viewed as supporting an effect of external penetrating radiation dose in the absence of assumptions about the use of death certificate data as a proxy for cancer incidence, the underlying phenomenon of interest. However, ap-

plication of the all-cause, 20-year lag model to noncancer deaths yields a dose coefficient of 1.59% with an SE of 1.15 and a $\chi^2$ of 1.7, which suggests that the association of external radiation dose and mortality is specific to cancer mortality. The low association of radiation dose with noncancer mortality, the majority of which is smoking-related cardiovascular and nonmalignant respiratory disease (Table 3), suggests that smoking is an unlikely explanation of radiation-mortality associations. In any case, large smoking differences between dose groups would be necessary to produce substantial bias in the dose-response estimates.[22]

A number of factors could contribute to differences between the present findings and the largely negative results of previous studies of US workers exposed to low doses of external penetrating radiation. The average follow-up of the workers at Rocky Flats, Hanford, and ORNL in past reports was 14, 21, and 21 years, respectively.[4] Average follow-up of ORNL workers in this study was 26 years. Comprehensiveness and quality of the dose measurements may also differ. Data were available for 95% of working years in the present study and were estimated for years in which data were unavailable. The completeness of data from other facilities has not been fully described.[4] The present radiation-cancer mortality associations are consistent with the report of Beral et al[23] from the mortality follow-up of employees of the Atomic Weapons Establishment of the United Kingdom.[23] Dose-response estimates for all-cancer mortality assuming a 10-year exposure lag were 7.9% per 10 mSv for the multiplicative and 8.1% for the excess relative risk models in that study, values that are close to the 4.9% reported herein for the multiplicative model with a 20-year lag (Table 4).

Agreement of dose-response findings from different populations should depend not only on data quality and length of follow-up but also on differences in the effect of radiation in populations with different susceptibilities and coexistent exposures. This suggests that epidemiologic studies should not be seeking universal laws of dose response but rather effects that pertain to historically specific populations. Furthermore, not only the magnitude but the shape of the dose response may vary. The current dose-response estimates, as well as those of Beral et al,[23] are too large to be consistent with extrapolation to high doses, but there is no reason to assume that dose response conforms to any simple parametric form (linear, log linear, or quadratic) over a large

range of doses.

The low-dose carcinogenic impact of ionizing radiation is a topic of great public concern due to fears about cancer and about an invisible exposure that emanates, in part, from secretive industries associated with production of weapons with high destructive potential. However, the issue of low-dose health effects of ionizing radiation exposures should be placed in the context in which it occurs. Other factors studied, such as birth cohort and pay code, showed much stronger relationships to mortality than does radiation, and only a few percentage points of these effects can be statistically attributed to external penetrating radiation.

Conversely, while factors other than radiation clearly predominate the statistical analysis of mortality in this population, the public health impact of these radiation exposures and the industry that produces them extend far beyond the low-dose occupational exposures themselves, which are estimated to constitute only 0.3% of the population dose of ionizing radiation in the United States.[16] The exposure of workers in this setting, and any attending health effects, depends on the historical development of an industry linked to a concentration of resources in military spending, which itself has gross health effects.[21] By providing an alternative to fossil fuels for electric power generation, the industry encourages ever-increasing energy consumption, a factor in potential health effects of global climatic and environmental change.[23] Additional effects of ionizing radiation from the industry may occur in surrounding communities,[25-27] in offspring of workers,[28] and in areas where waste products must be isolated from the environment for generations. Use of radioisotopes in medical research, diagnosis, and therapy also affects public health. Further consideration of potential harmful effects of low-dose ionizing radiation is essential in setting occupational and environmental exposure standards. However, focus on these effects should not distract attention from the public health impact of the context in which the exposures occur.

## CONCLUSIONS

The all-cancer dose-response estimates reported in this study are an order of magnitude higher than those reported from analyses of the mortality experience of the survivors of the atomic bombings of Hiroshima and Nagasaki, Japan.[4] This difference is difficult to explain in terms of current knowledge of radiation epidemiology[16-19] or in terms of potential biases in the collection and analyses of data. The exact magnitude of the dose-response estimates reported herein is subject to many potential uncertainties. However, because power calculations have shown that studies of this type have little chance of detecting an effect of radiation if the effect is as small as has been assumed in the past,[29] the findings of consistent positive associations are important regardless of their exact magnitude. Because the observed effects have clearly emerged from the most recent period of follow-up and because of long delays of the apparent radiation effects, it is essential that mortality follow-up continue in this population and in other populations with protracted exposures to chronic low doses of external penetrating ionizing radiation for which high-quality exposure and disease follow-up data are available.

This report concerns work undertaken as part of the Health and Mortality Study of Department of Energy workers being conducted by Oak Ridge (Tenn) Associated Universities with the collaboration of the School of Public Health, University of North Carolina at Chapel Hill, under contract DE-AC05-760R00033 between the Department of Energy, Office of Energy Research, and Oak Ridge Associated Universities.

We wish to thank James E. Watson, Jr, and Douglas Crawford-Brown for their assistance with dosimetry, Jo E. Heiss for help in data preparation and analysis, Janice Watkins for suggestions on the analyses, and Ethel Gilbert for critical comments and analyses. Shirley A. Fry contributed to planning and execution of the study as well as to preparation of the manuscript.

We acknowledge the vital statistics offices of the individual states as the sources of death record data and appreciate the offices' technical support of this research. We are solely responsible for the data analyses and interpretation of the results.

See NAPS document 04849 for 19 pages of supplementary material. Order from NAPS c/o Microfiche Publications, PO Box 3513, Grand Central Station, New York, NY 10163-3513. Remit with your order, not under separate cover, in US funds only $7.75 for photocopies or $4 for microfiche. Outside the United States or Canada, add postage of $4.50 for the first 20 pages and $1 for each 10 pages of material thereafter. The postage charge for any microfiche order is $1.50. Institutions and organizations may order by purchase order. However, there is a billing and handling charge for this service of $15, plus any applicable postage.

### References

1. Shore RE. Occupational radiation studies. Health Phys. 1990;59:63-68.
2. Checkoway H, Mathew RM, Shy CM, et al. Radiation, work experience, and cause-specific mortality among workers at any energy research laboratory. Br J Ind Med. 1985;42:525-533.
3. Gilbert ES, Fry SA, Wiggs LD, Voelz GL, Cragie DL, Peterson GR. Analyses of combined mortality data on workers at the Hanford Site, Oak Ridge National Laboratory, and Rocky Flats Nuclear Weapons Plant. Radiat Res. 1989;120:19-35.
4. Gilbert ES, Fry Sa, Wiggs LD, Voelz GL, Cragie DL, Petersen GR. Methods for analyzing combined data from studies of workers exposed to low doses of radiation. Am J Epidemiol. 1990;131:917-927.
5. Monson RR. Analysis of relative survival and proportional mortality. Comput Biol Res. 1974;7:325-332.
6. Frome EL. The analysis of rates using Poisson regression models. Biometrics. 1983;39:665-674.
7. Breslow NE, Day NE. Statistical Methods in Cancer Research, II: The Design and Analysis of Cohort Studies. Lyons, France: International Agency for Research on Cancer; 1987.
8. Tornqvist L, Vartia P, Varia YO. How should relative changes be measured? Am Stat. 1985;39:43-46.
9. Report of the National Institutes of Health Ad Hoc Working Group to Develop Radioepidemiological Tables. Bethesda, Md: National Institutes of Health; 1985. NIH publication 85-2748.
10. McMichael AJ. Standardized mortality ratios and the 'healthy worker effect.' J Occup Med. 1976;18:165-168.
11. Fox AJ, Collier PF. Low mortality rates in industrial cohort studies due to selection for work and survival in the industry. Br J Prev Soc Med. 1976;30:225-230.
12. Pearce NE, Checkoway H, Shy CM. Time-related factors as potential confounders and effect modifiers in studies based on an occupational cohort. Scand J Work Environ Health. 1986;12:97-107.
13. Devesa SS, Blot WJ, Fraumeni JF Jr. Declining lung cancer rates among young men and women in the United States. J Natl Cancer Inst. 1989;81:1568-1571.
14. Wing S. Social inequalities in the decline of coronary mortality. Am J Public Health. 1988;78:1415-1416.
15. Wilcosky T, Wing S. The healthy worker effect: selection of workers and work forces. Scand J Work Environ Health. 1987;13:70-72.
16. National Academy of Science, National Research Council. Health Effects of Exposure to Low Levels of Ionizing Radiation. The Committee on the Biological Effects of Ionizing Radiation (BEIR V). Washington, DC: National Academy Press; 1990.
17. Land CE. Estimating cancer risks from low doses of ionizing radiation. Science. 1980;209:1197-1203.
18. Kohn HI, Fry RJM. Radiation carcinogenesis. N Engl J Med. 1984;310:504-511.
19. Upton AC. Carcinogenic effects of low-level ionizing radiation. J Natl Cancer Inst. 1990;82:448-449.
20. Copeland KT, Checkoway H, McMichael AJ, Holbrook RH. Bias due to misclassification in the estimation of relative risk. Am J Epidemiol. 1977;105:488-495.
21. Shy CM, Kleinbaum DG, Morgenstern H. The effect of misclassification of exposure status in epidemiological studies of air pollution health effects. Bull N Y Acad Med. 1978;54:1155-1165.
22. Axelson O. Confounding from smoking in occupational epidemiology. Br J Ind Med. 1989;46:505-507.
23. Beral V, Fraser P, Carpenter L, Booth M, Brown A, Rose G. Mortality of employees of the Atomic Weapons Establishment, 1951-82. BMJ. 1988;297:757-770.
24. Woolhandler S, Himmelstein DV. Militarism and mortality: an international analysis of arms spending and infant death rates. Lancet. 1985;1:1375-1378.
25. Leaf A. Potential health effects of global climatic and environmental changes. N Engl J Med. 1989;321:1577-1583.
26. Clapp RW, Cobb S, Chan CK, Walker B Jr. Leukemia near Massachusetts Nuclear Power Plant. Lancet. 1987;2:1324-1325.
27. Morris M, Knorr RS. Investigation of Leukemia Incidence in 22 Massachusetts Communities, 1978-1986. Boston: Massachusetts Department of Public Health; 1990.
28. Gardner MJ, Snee MP, Hail AJ, et al. Results of case-control study of leukaemia and lymphoma among young people near Sellafield nuclear plant in West Cumbria. BMJ. 1990;300:423-429.
29. Gilbert E. An evaluation of several methods for assessing the effects of occupational exposure to radiation. Biometrics. 1983;39:161-171.