**From:** Mark Nomellini [mailto:mnomellini@kirkland.com]
**Sent:** Thu 12/1/2005 11:01 AM
**To:** Merrill Davidoff
**Cc:** Douglas Kurtenbach; dpoland@gklaw.com; David Sorensen; Ellen Noteware; Jenna
MacNaughton-Wong; Louise Roselle; Peter Nordberg; Susan Leo
**Subject:** Fry


We have checked with Shirley Fry on her availability for deposition and
it needs to be next Wednesday in Indianapolis.  Let us know where
plaintiffs want to take the deposition and what time you want to start.

************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************