IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
NO. 90-CV-181-JLK

**MERILYN COOK,** *et al.***,**

      **Plaintiffs,**

    v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

      **Defendants.**

---

**PLAINTIFFS' COUNTER DESIGNATIONS TO DEFENDANTS'
DESIGNATIONS OF THE TESTIMONY OF GENERAL
HAROLD C. DONNELLY**

---

In response to defendants' Notice of Filing (Doc. 1770), plaintiffs state that they have no objections to the testimony of General Harold C. Donnelly designated by defendants, and do not object to defendants' proposed use of DX-792 in conjunction with General Donnelly's testimony. Plaintiffs do, however, note that the testimony at 135:6, which is an objection and not evidence, should be removed from defendants' designations.

Plaintiffs counter designate the testimony marked in pink in the attached Exhibit A, and the exhibits attached as Exhibits B (P-1590), C (P-1591), D (P-1592), E (P-0169) and F (P-0172), copies of which will be conventionally filed on Monday, December 12, 2005. Finally, plaintiffs reserve the right to object to other testimony or exhibits, if any, proffered by defendants in connection with General Donnelly's testimony, and

respectfully request permission to read portions of Exhibits B, C, D, E and F to the jury at the conclusion of the reading of General Donnelly's deposition.

                                        Respectfully submitted,

December 11, 2005                      */s/ Jean M. Geoppinger*

                                        _____
                                        Louise M. Roselle
                                        Jean M. Geoppinger
                                        WAITE, SCHNEIDER, BAYLESS
                                        & CHESLEY CO., L.P.A.
                                        1513 Fourth & Vine Tower
                                        One West Fourth Street
                                        Cincinnati, Ohio  45202
                                        (513) 621-0267

                                        Merrill G. Davidoff
                                        Peter Nordberg
                                        Jenna MacNaughton-Wong
                                        BERGER & MONTAGUE, P.C.
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        (215) 875-3000

                                        Gary B. Blum
                                        Steven W. Kelly
                                        SILVER & DEBOSKY, P.C.
                                        1801 York Street
                                        Denver, Colorado  80206
                                        (303) 399-3000

                                        ***Attorneys for Plaintiffs***
                                        ***and the Class***

CERTIFICATE OF SERVICE

     I hereby certify that, on December 11, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

                David M. Bernick
                KIRKLAND & ELLIS, LLP
                200 East Randolph Drive
                Chicago, Illinois  60601

and

Joseph J. Bronesky
SHERMAN & HOWARD, LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202

*Attorneys for Defendants*

*/s/ Jean M. Geoppinger*
_____

Jean M. Geoppinger