```
BY CCCCC
  71455Z JUL 69
M SETH R WOODRUFF JR MGR USAEC RFAO DENVER COLO
C AN3/H C DONNELLY MGR USAEC ALO ALBUQUERQUE N M
NFO ZEN/LLOYD M JOSHEL GENERAL MANAGER DOW ROCKY FLATS DIVISION
E
T
```

C O N F I D E N T I A L/RESTRICTED DATA STATUS OF ROCKY FLATS FIRE RECOVERY FOR PERIOD FROM JULY 15 THROUGH JUL 16, 1969.

- DECONTAMINATION

    1. THE AREA WEST OF BUILDING 776 WHICH WAS SEAL COATED AFTER THE FIRE REMAINS TO BE SOMEWHAT OF A PROBLEM AS THE CONTAMINATION CONTINUES TO LEAK THROUGH. LOOKING INTO THE POSSIBILITY OF SURFACE REMOVAL AND ASPHALTING THE AREA.

- OPERATIONAL PLANNING

    1. CONSISTENT WITH LONG RANGE PLANNING FOR BUILDING 776, MAJOR EQUIPMENT ITEMS HAVE BEEN IDENTIFIED WHICH NEED TO BE RECOVERED TO ESTABLISH A PROTECTED CAPABILITY. RECOVERY OF THE SOUTH LINE IS AN INTEGRAL PART OF THIS CAPABILITY.

- ACCOMPLISHMENTS

    1. CEILING PANEL REMOVAL STARTED ABOVE CROSS CONVEYOR AND FOUNDRY LINE FOR STRUCTURAL INSPECTION. ALL CEILING PANELS IN THE HIGHLY DAMAGED FIRE AREAS ARE EXPECTED TO BE REMOVED BY JULY 18 AND INSPECTIONS COMPLETED BY JULY 22.

From CD69-4772
Consolidation
pp. 28 & 29

EXHIBIT 1453

28

98 CL 00384

PLAINTIFF'S EXHIBIT
P-1590
90-CV-181

```
OY CCCCC
171455Z JUL 69
M SETH R WOODRUFF JR MGR USAEC RFAO DENVER COLO
O AN3/H C DONNELLY MGR USAEC ALO ALBUQUERQUE N M
NFO ZEN/LLOYD M JOSHEL GENERAL MANAGER DOW ROCKY FLATS DIVISION
E
T
```

C O N F I D E N T I A L/RESTRICTED DATA STATUS OF ROCKY FLATS FIRE RECOVERY FOR PERIOD FROM JULY 15 THROUGH JUL 16, 1969.

A. DECONTAMINATION

   1. THE AREA WEST OF BUILDING 776 WHICH WAS SEAL COATED AFTER THE FIRE REMAINS TO BE SOMEWHAT OF A PROBLEM AS THE CONTAMINATION CONTINUES TO LEAK THROUGH. LOOKING INTO THE POSSIBILITY OF SURFACE REMOVAL AND ASPHALTING THE AREA.

B. OPERATIONAL PLANNING

   1. CONSISTENT WITH LONG RANGE PLANNING FOR BUILDING 776, MAJOR EQUIPMENT ITEMS HAVE BEEN IDENTIFIED WHICH NEED TO BE RECOVERED TO ESTABLISH A PROTECTED CAPABILITY. RECOVERY OF THE SOUTH LINE IS AN INTEGRAL PART OF THIS CAPABILITY.

C. ACCOMPLISHMENTS

   1. CEILING PANEL REMOVAL STARTED ABOVE CROSS CONVEYOR AND FOUNDRY LINE FOR STRUCTURAL INSPECTION. ALL CEILING PANELS IN THE HIGHLY DAMAGED FIRE AREAS ARE EXPECTED TO BE REMOVED BY JULY 18 AND INSPECTIONS COMPLETED BY JULY 22.



EXHIBIT 1453

FROM CD69-4772
CONSOLIDATION
PP. 28 & 29

28