```
P     ATMO  JT    FEB.     70
YSANI
                                      OFFICIAL ONLY          CO.
    UUUUU    0014817                              COMMUNICATIONS
                                                  1970 FEB 17 AM 9:21
   171557Z FEB 70
```

F E ABBOTT AREA MGR USAEC RFAO BOULDER COLO

BY1/F R TESCHE DEPUTY DIRECTOR DIVISION OF MILITARY APPLICATION

AEC HEADQUARTERS WASHINGTON D C

INFO AN1/H C DONNELLY MGR USAEC ALO ALBUQUERQUE N M

E

T

UNCLAS/OFFICIAL USE ONLY/ IN ACCORDANCE WITH YOUR VERBAL REQUEST OF FEBRUARY 16, THE FOLLOWING IS DOW'S ESTIMATE OF THE YEARLY BUILDUP OF PU IN THE SOIL ASSUMING NO FIRES OR DRUM STORAGE INCIDENTS IN THE FUTURE.

TOTAL 1968 PLUTONIUM RELEASES FROM THE ROCKY FLATS PLANT, EXCLUDING ANY POSSIBLE DRUM STORAGE ADDITIVE:

| | | |
|---|---|---|
| BUILDING 771 | 414.0 | MICRO CURIES |
| BUILDING 774 | 19.9 | " " |
| BUILDING 776 | 24.2 | " " |
| BUILDING 559 | 5.4 | " " |
| BUILDING 779 | 2.7 | " " |
| | 466.2 | " " |

OR $1.0256 \times 10^9$ DPM

EXHIBIT 1466



PLAINTIFF'S EXHIBIT P-1591 90-CV-181

/OFFICIAL USE ONLY/

UTONIUM CONCENTRATIONS:      OFFICIAL USE ONLY

- 1 MILE RADIUS      3.0185 D/M/CM2
- 2 MILE RADIUS      0.0031 D/M/CM2
- 3 MILE RADIUS      0.0314 D/M/CM2
- 5 MILE RADIUS      0.0005 D/M/CM2
- 10 MILE RADIUS     0.000126 D/M/CM2

ILDING 771 WILL HAVE A SECOND STAGE OF FILTERS INSTALLED IN THE IN BUILDING EXHAUST PLENUM IN FY 1970 WHICH WILL DECREASE THE UTONIUM RELEASE APPRECIABLY. BASED ON AN ESTIMATE AS TO WHAT IS DECREASE WILL BE THE FOLLOWING IS THE YEARLY ADDITION OF UTONIUM CONCENTRATIONS:

- 1 MILE RADIUS      0.00252 D/M/CM2
- 2 MILE RADIUS      0.00062 D/M/CM2
- 3 MILE RADIUS      0.00028 D/M/CM2
- 5 MILE RADIUS      0.00018 D/M/CM2
- 10 MILE RADIUS     0.00002 D/M/CM2

ESTIMATE OF CURRENT SOIL CONCENTRATIONS IS NOT EXPECTED TO BE AILABLE UNTIL JUNE 1970 WHICH WILL PROVIDE A BASE FOR ADDING E YEARLY CONCENTRATIONS OUTLINED ABOVE. END RF:FEA

193