00000684



**UNITED STATES
ATOMIC ENERGY COMMISSION**
ALBUQUERQUE OPERATIONS OFFICE
P.O. BOX 5400
ALBUQUERQUE, NEW MEXICO 87115



EXHIBIT
1473

DEC 16 1970

Area Managers, AAO, BRAO, DAO, KCAO, LAAO, PAO, RFAO, SAO

RELEASE OF RADIOACTIVE EFFLUENTS FROM ALO FACILITIES

As I have emphasized in the past -- most recently during our meeting at Pinellas -- immediate steps must be taken to decrease the amounts of radioactive effluents released to the environment. We recognize that releases of radioactivity have generally been small percentages of the maximum limits set by the AEC, however, our policy requires that "AEC and AEC contractor operations shall be conducted in such a manner as to assure that radiation exposures to individuals and population groups are limited to the lowest levels technically and economically practical." This action is commensurate with the regulatory program which is amending its reactor licensing regulations and its radiation protection regulation to require licensees to make every reasonable effort to keep releases of radioactivity from nuclear power plants as low as practicable.

The importance of reducing radioactive effluents has been emphasized by the General Manager and is further discussed in a memorandum dated November 27, 1970, a copy of which is attached, from the Director, Division of Operational Safety. This memorandum calls for a re-examination of each liquid and gaseous effluent from our facilities with a view toward reducing the quantities of radioactivity being discharged. In summary, this study and the associated implementation program will involve (1) a review of the adequacy of our current methods of monitoring effluents, (2) improving our effluent monitoring programs, (3) reducing radioactive effluents within currently available program resources, (4) determining additional reductions that could be made if additional resources were available, and (5) developing a system of uniform reporting on effluents for all AEC installations.

We consider this effluent monitoring and control program to be of utmost importance. In order to implement a standard program of radioactive effluent reduction within the ALO complex, we plan to have a meeting in Albuquerque in the near future, perhaps the first

MEDICINE HEALTH & SAFETY
3-6



PLAINTIFF'S EXHIBIT
P-1592
90-CV-181

Area Managers                                      2

week of February 1971. Appropriate area office and contractor personnel will be requested to attend; however, from those facilities where the use of radioactive material is minimal, some discretion should be used as to the number of attendees. At this meeting the field representatives should be prepared to discuss the study progress to date and the steps which have been taken, or will be taken, to reduce radioactive effluents from their respective facilities. A written report will be required by March 1, 1971.

You will note that the attached memorandum makes reference only to radioactive effluents. However, similar consideration is also being given to programs involving nonradioactive effluents such as mercury, lead, chromates, nitrates, phosphates, etc. In evaluating ways to decrease radioactive effluents, consideration should also be given as to how such means may be applied to reduce the releases of other toxic materials.

Please submit suggested agenda items for the planned meeting to the Operational Safety Division, ALO, by January 20, 1971.

H. C. Donnelly
Manager

WO:JRR

Enclosure:
As stated