# ROCKY FLATS DOCUMENT CRITIQUE SHEET

Identification Number: __C000765__

Classification Status: __OK__

EXHIBIT 1485

Bates Number Status:

   None: _____

   Range: __18838 - 44__

Other Comments: _____

PLAINTIFFS' EXHIBIT P-169 90-CV-181

C000765

U. S. ATOMIC ENERGY COMMISSION
ALBUQUERQUE OPERATIONS OFFICE

SUMMARY FEE AND SCOPE APPRAISAL OF PERFORMANCE

THE DOW CHEMICAL COMPANY

CONTRACT AT(29-1)-1106

ROCKY FLATS PLANT

For the Period March 1, 1971 to February 15, 1972

APPROVED BY:

*H. C. Donnelly*
H. C. Donnelly
Manager

Date: 24 February 1972

18938

SUMMARY FEE AND SCOPE APPRAISAL OF PERFORMANCE
THE DOW CHEMICAL COMPANY
CONTRACT AT(29-1)-1106
ROCKY FLATS PLANT

INTRODUCTION

This report presents findings dealing with the ALO evaluation of Dow's performance during the period from March 1, 1971 through February 15, 1972. The findings are based on evaluative input provided by the various ALO division directors and the Rocky Flats Area Office, with a subsequent overview of such input by the Manager, ALO, and his Small Staff.

During the appraisal period James H. Hanes was appointed General Manager of the Rocky Flats Plant.

18829

## SUMMARY EVALUATION - CURRENT CONTRACT PERIOD

Dow's overall performance, otherwise good during the current appraisal period, has been marred by certain deficiencies which are of special concern to ALO.

Most significant among deficiencies noted are those relative to the operational application of good Criticality Safety practices. In addition, there is a concern about safety considerations associated with radioactive waste management and the recurrence of radioactive/contamination incidents, which ALO attributes in part to inadequacies in the control of operations at the first line supervisory levels and lack of management directed programs to minimize hazard potentials.

There is also a concern about the reliability of Dow planning for recycling of scrap material and effectiveness of control of SS material in the recovery processes.

Summary evaluations of performance in major performance areas are noted below, with individual functional activities highlighted when performance was either especially effective or deficient in some significant aspect.

A. GENERAL MANAGEMENT

There is evidence of shortcomings in planning and controlling certain aspects of safety and plutonium recovery operations at the Rocky Flats Plant which, in part, may be attributable to a lack of effective communication channels through the management-line supervision-working levels.

Although Dow's corrective measures relative to each safety incident have generally been good, the fact that safety problems continue to recur indicates that corrective actions are inadequate insofar as overall plant operations are concerned. Examination reveals that inadequate procedures, non-compliance with procedures, and human errors at the working level have contributed to the occurrence or amplification of several incidents. In addition, there are indications that conditions were allowed to develop or deteriorate over an extended period of time until an incident occurred. This raises questions as to adequacy of personnel training and line supervision effectiveness and seems to indicate a failure at higher management levels to give emphatic attention to devising and supervising plant-wide, management-directed programs to minimize the hazard potential and prevent accidents.

18840

There is a similar concern about recycling of scrap material and overall control of SS material in the recovery process. In view of difficulties in conforming to projections for reducing the inventory levels of Non-Specification plutonium and the recent discovery of a significant quantity of plutonium in a hydrofluorinator, more top management attention should be given in these areas.

B. OPERATIONAL SAFETY

Although many aspects of the safety programs are satisfactory, there is continued concern regarding the recurrence of radiation/contamination incidents. In addition, significant deficiencies were noted with regard to the operational application of good Criticality Safety practices and those aspects of Criticality Safety, Waste Handling, and Packaging of Radioactive and Fissile Materials which relate to the overall management of waste. The concerns relative to waste management were initially identified at the close of the last appraisal period and subsequent evaluations conducted during the period covered by this report disclosed the significance of the deficiencies. It is noted that corrective actions have been initiated and an effective program appears to be under way.

With regard to Criticality Safety, there have been several occurrences within the plant which indicate the procedures and equipment have been inadequate to assure full compliance with applicable safety guidance. These occurrences include LSA (Low Specific Activity) waste drum overloadings and the discovery of a significant quantity of plutonium in a hydrofluorinator. In addition, criticality matters, including facility proposals, are not always promptly coordinated with the Dow Nuclear Safety Group.

The operational aspects of sorting, counting, packaging, and subsequent shipments of waste are of continued concern. Deficiencies in these areas were noted at the close of the last appraisal period, but they were not explored in depth until the period covered by this report. Leaky drums, inadequate packaging, deterioration during storage, improper counting techniques, and the shipment of several overloaded LSA waste drums to Idaho were some of the items which were identified. Dow has initiated corrective action during this appraisal period.

While the radiation protection program is considered satisfactory and decontamination of the fire area in Building 776 has been accomplished in an outstanding manner, there is concern regarding the recurrence of radiation/contamination incidents. During the appraisal period one Type B incident occurred in which two employees received internal exposures, and nine incidents were reported where extensive cleanup was required due to the spread of radioactive contamination.

- 3 -

18811

C. PRODUCTION ACTIVITIES

Performance was excellent in the activities of Production Engineering, Production Supervision, Program Control, Production Material Movement, and Scheduled Production Delivery Performance. However there is a concern about the reliability of Dow planning for the recycle of scrap material.

The expected improvement in the rate of plutonium recovery from residues as projected by Dow was not achieved in FY 1971, although the Non-Specification plutonium inventory was reduced about 15%. The total FY 1972 recovery throughput for the line, originally predicted at 4,100 kgs., was revised recently down to 3,800 kgs. Although this figure indicates a 15% improvement over the 3,300 kgs. recovery attained in FY 1971, the significant ALO concern here is about the reliability of Dow planning in the recovery area and the possible need for additional Dow top management attention in this area.

There is considerable Commission interest in materials inventory and scrap recovery. Since Rocky Flats is in the unique position of vitally influencing the use and availability of plutonium within the AEC, projected plans become an integral part of the AEC materials planning process. Therefore recovery plans should be sound and attainable, and every management effort should be made to assure conformance to plan.

D. SAFEGUARDS AND NUCLEAR MATERIALS MANAGEMENT

There were recent disclosures of Safeguard weaknesses, despite the fact that generally Dow's Safeguards and Nuclear Material Management Program is satisfactory.

The recent buildup of a large quantity of plutonium in the hydrofluorinator in Building 771 (subject of a special investigating committee from ALO) indicates that serious Safeguards problems exist around the entire processes from Green Cake through the hydrofluorination and into reduction to metal. There were five recommendations made to Dow which if implemented should correct the Safeguard problems. Also a recent ALO survey of Dow did point out Safeguard weaknesses for enriched uranium in Building 881. Dow is developing a plan to correct these weaknesses.

E. QUALITY CONTROL

Overall performance in the management and implementation of the quality control program has been satisfactory. A number of minor reportable deficiencies were noted in AEC surveys regarding inadequacies in production and inspection procedures, material control, operator adherence to manufacturing and inspection processes, and data collection, analysis, and feed back. Based on results of Primary Standards Laboratory survey and technical audits, performance in the contractor's QC Standards and Calibration function has been excellent.

- 4 -

18842

F. PROCESS DEVELOPMENT

Overall performance continues to be excellent, especially with respect to compliance with ALO management procedure, timely submission of data, response to special requests for studies and information, and precise conformation to budgetary allotment. Delivery of purchase order work and the maintenance of communications with design laboratories has been satisfactory.

G. IMPACT AND CAPABILITY STUDIES

Dow's response to technological questions raised by ALO concerning their capabilities to produce weapon components as specified on design proposals has been excellent. Responses to design laboratory questions regarding design interpretations have been satisfactory.

Dow's evaluation of program impact on the plant has also been excellent. They have clearly stated the basic assumptions used in capacity and capability assessments. Sketches of how Dow visualizes and makes interpretations from written-word technical descriptions have been among the best in the weapons production complex.

H. FINANCIAL MANAGEMENT

Overall objectives of the budget and financial functions have been achieved in a satisfactory manner. Budget Formulation and Budget Execution activities are being presented and maintained in excellent fashion as are the audit, finance and accounting functions. The emphasis Dow placed on the Cost Reduction Program during the past year has resulted in significant increase in the number of actions reported for the last few reporting periods -- 46 in FY 1970, 137 in FY 1971 and 62 in the first half of FY 1972.

I. PERSONNEL AND LABOR RELATIONS AND EQUAL EMPLOYMENT OPPORTUNITY

Administration of industrial relations activities is good and better results are being realized in the contractor's EEO program. An Equal Opportunity Manager has recently been appointed and training programs are provided to upgrade the minority work force, and in particular, a plan has been established to provide training to minority group members who have been identified as having supervisory potential. During 1971 significant progress in achieving affirmative action goals was made. The number of minorities on the Dow payroll increased between December 31, 1970 and December 31, 1971 to 12.4% of Plant population.

- 5 -

J. PROCUREMENT AND PROPERTY MANAGEMENT

The overall procurement function is being conducted in a satisfactory manner. Dow's program for utilization of excess is considered aggressive and the equipment maintenance program which includes computerized scheduling of preventive maintenance and control of backlog, complete cost records, and analyses of lubricants to adjust service intervals is effective. Equipment utilization is favorable and disposal of excess property receives adequate attention. Provisions to maintain, modify, or repair the buildings, grounds, general utilities and general plant equipment are satisfactory.

K. GENERAL ENGINEERING SUPPORT

During the past year the contractor experienced an extremely heavy planning and operating work load due to the number and magnitude of projects undertaken to correct or improve fire, safety and adequacy of operations deficiencies. Also the major project to restore production capability after the May 1969 fire was at a construction peak during the past year. Under these conditions the contractor has executed his responsibilities in a satisfactory manner.

Facilities and equipment planning is still oriented to meet fire, safety and adequacy of operation improvement objectives. Noticeable improvement has been made over the past year in the contents of project proposals and design criteria presentations. Washington directives issued in 1971 concerning plutonium handling facilities construction and storage criteria brought about an increase in the total estimated cost of some projects and delays in engineering and construction schedules; but these difficulties are being coped with in a satisfactory manner. The response to a request for "Unused Capability" analysis was both prompt and well above average in content and coverage.

The contractor has shown improvement in the planning of facilities and projects and preparation of conceptual designs.

L. OTHER GENERAL SUPPORT ACTIVITIES

Objectives of the various support activities within the General Support area have been achieved satisfactorily with performance in the Technical Information and Classification and Patent activities being especially good. There are no activities evaluated wherein deficiencies were noted which had an effect on attainment of objectives.