ROCKY FLATS DOCUMENT CRITIQUE SHEET

Identification Number: ____ C 000 669 _____

Classification Status: OK _____

_____

_____

_____

_____

_____

Bates Number Status:

    None: _____

    Range: 18266 - 88 _____

Other Comments: _____

_____

_____

_____

_____

_____

_____

_____

EXHIBIT
1495
PENGAD-Bayonne, N.J.

PLAINTIFFS'
EXHIBIT
P-172
90-CV-181

C000669



**UNITED STATES**
**ATOMIC ENERGY COMMISSION**

ALBUQUERQUE OPERATIONS OFFICE
P.O. BOX 5400
ALBUQUERQUE, NEW MEXICO  87115

In reply refer
to WOR:KEE(048)

NOV 2 9 1974

REFER TO

___ LAMB
___ ___
___ ___
___ ___
___ ___
___ ___
___ ___
___ ___
___ ___
___ ___

W. M. Lamb, Area Manager, RFAO

SPECIAL SURVEY OF MATERIAL ACCUMULATIONS IN GLOVEBOX
EXHAUST DUCTS IN BUILDING 771

Attached are two copies of a special survey report by
members of the ALO Operational Safety Division.  This
survey covered health protection, fire hazards, and
criticality aspects of the material accumulations in
glovebox exhaust ducts in Building 771 at the Rocky Flats
Plant.

The survey committee has made four recommendations which
we believe should result in a lessening of safety concerns
related to material accumulations in the glovebox exhaust
ducts.  The Dow plan for resolving such accumulations
appears to be satisfactory.

Please inform me by December 30, 1974, of Dow's plans
or actions taken to implement the recommendations made
in this report.

H. C. Donnelly
Manager

WOR:KEE

Enclosure:
As stated

18266

## Special Survey of Material
## Accumulations in Glovebox
## Exhaust Ducts in Building 771

### November 4-5, 1974

### PURPOSE

The purpose of this special survey was to determine the
extent of any health and safety concerns involving the
material accumulations in glovebox exhaust ducts in
Building 771.  The members of this special survey included
J. W. Cruickshank, K. E. Elliott, R. L. Miller, and
R. R. Walston, all of ALO-OSD.

### SCOPE

The scope of this special survey included all glovebox
exhaust ducts, filter boxes, the scrubbers, and main
filter plenum of Building 771.  These areas were reviewed for
health protection, fire protection, and criticality concerns.
Rooms 114 and 149 of the Chemical Operations Section were
visited and representative exhaust ducts and filter
housings were observed.  In addition, the scrubbers and
main filter plenum on the second floor were reviewed.

### SUMMARY

A general meeting was held on November 4, 1974, with
Building 771 management and technical staff, Dow Nuclear
Safety, Dow Health Physics, and Dow Fire Protection
personnel.  All safety aspects of the material accumulation
in the glovebox exhaust lines were covered during this
meeting.  The Dow plan for duct and filter modifications
and replacements was reviewed and discussed.  In addition,
radiographs of the material accumulations in several lines
were observed.

The special survey committee has concluded that the mate-
rial accumulations in glovebox exhaust ducts in Building 771
do not presently constitute a fire hazard or a criticality
hazard.  There is a health physics concern with this mate-
rial accumulation because of the somewhat higher dose rates
experienced by operators from the plutonium collected in
filters and ducts.  In this regard the committee has made
four recommendations which involve implementation of Dow's

18267

- 2 -

plan for modification and replacement of filters and ducts. The committee believes this plan is satisfactory and, when implemented, should lead to a resolution of the health physics concerns with the material accumulations in filters and ducts.

## FINDINGS AND RECOMMENDATIONS

FINDING:  DOW HAS NOT DEVELOPED AN ESTIMATE OF THE TOTAL QUANTITY OF PLUTONIUM CONTAINED IN THE GLOVEBOX EXHAUST DUCTS IN BLDG. 771.  (SEE DISCUSSION SECTION A1)

RECOMMENDATION #1:  Establish by measurement and calculation the quantity of plutonium in the glovebox exhaust ducts.

FINDING:  ALL EXHAUSTED AIR FROM CURRENTLY IN-USE PROCESS LINES IN BLDG. 771 IS NOT TREATED BY FILTRATION OR SCRUBBING PRIOR TO ENTERING THE MAIN EXHAUST SYSTEM.  (SEE DISCUSSION SECTION A2)

RECOMMENDATION #2:  Implement the Dow plan to treat all air exhausted from in-use process lines with appropriate filtration or scrubbing.

FINDING:  THERE DOES NOT APPEAR TO BE A RECORD AS TO WHEN FILTERS ARE CHANGED IN BLDG. 771 NOR A SCHEDULE FOR ROUTINE INSPECTION AND CHANGE.  (SEE DISCUSSION SECTION A3)

RECOMMENDATION #3:  Establish a system for routine inspection and change of filters and maintain records thereof.

FINDING:  IN CERTAIN AREAS IN BLDG. 771 ELEVATED DOSE RATES ARE CAUSED BY PLUTONIUM IN THE GLOVEBOX EXHAUST DUCTS OR ON THE FILTERS (SEE DISCUSSION SECTION A4)

RECOMMENDATION #4:  Implement the Dow plan for replacement of glovebox exhaust ducts and filters which will lower dose rates to as low as practical.

18268

- 3 -

## SECTION A - HEALTH PROTECTION

1. In the 1st floor of Bldg. 771 there are 50 process
lines contained in gloveboxes with 138 air exhaust
lines (3000 - 5000 linear feet) containing several
hundred HEPA filters. This part of the air handling
system feeds to the scrubbers and roughing filters
which are located on the second floor and in turn
discharge to the building main filter plenum.

Over the years of operation there has been a buildup
of particulate matter in the air exhaust lines. Dow
has been studying this problem for 3-4 years and some
actions have been taken to replace certain lines and
filters. In 1972, 1973, and 1974, ducts from
Lines 1, 3, 41, and 45 were replaced (See page 1 of
attachment 1). It was estimated that 668 g of plu-
tonium were contained in Line 45 duct alone. Duct
loading to 100 g of plutonium per foot has been esti-
mated in some lines currently in use. Particle size
analysis on some samples of the particulate material
show the following:

| Size (Microns) | Percent |
|---|---|
| <0.5 | 27.34 |
| 0.6-1.1 | 25.03 |
| 1.2-2.2 | 31.92 |
| 2.3-5.0 | 13.68 |
| 5.1-10.0 | 1.62 |
| 10.0-20.0 | 0.27 |
| >20.1 | 0.10 |

Although some 15 gamma readings have been obtained at
contact of exhaust lines and radiographic techniques
have been used, there currently is no estimate as to
the total quantity of plutonium in the glovebox exhaust
ducts.

2. A complete listing of all process lines exhaust systems
including filter and/or scrubbing is included on pages
1 and 2 of Attachment 1. Dow is in the process of
changing, upgrading or replacing ducts, scrubbers and
filters on eleven systems. Work orders have been
initiated on all eleven systems and purchase orders
for the necessary stainless steel fittings were placed
in September 1974. Due to lack of delivery, it will

18269

- 4 -

probably be mid-spring 1975 before the estimated $90,000 effort is completed. At that time all exhausted air from in-use process lines will be either filtered or scrubbed prior to discharge to the main plenums and a majority of the plutonium will have been removed from the ducting.

3. Over the years a variety of filtration systems have been used for the exhausted air. Filters have been placed in gloveboxes, in exhaust lines, in special plenums, etc. Filters have been changed on regular or irregular schedules, corroded out, and have disappeared for unknown reasons. Filters are changed by a variety of personnel from operational to maintenance to utility groups. Almost no effort has been made to record these changes. A filter change log book was initiated by the Stationary Operating Engineers in September 1974 but contains exceedingly meager information. A system for periodic inspection and replacement of filters does not exist.

4. Radiation levels in the work areas and on the filters and exhaust lines are made each week by the Dow Health Physics group. These levels are established by use of Victoreen 440 (gamma) and Ludlum 111 REM (neutron) survey meters. Maximum contact reading of 194 mrem/hr were noted on Line 17 filters as recent at October 28, 1974. (See Attachment 2). Dose rates of 30 mrem/hr were noted on October 3, 1974, during normal line loading. These rates were at chest height but in shielded areas not normally occupied by personnel. In areas adjacent to Lines 8 and 9 however, which are not shielded, dose rates of 10-15 mrem/hr were recorded on October 31, 1974, (See Attachment 3). During inventory on October 25, 1974, when all process lines were empty, dose rates in this area were still 2-3 mrem/hr. Although it is impossible to conclude exactly what extent the high dose rates from the filters and glovebox exhaust ducts contribute to personnel exposure, it is a fact that they do contribute a significant fraction. Exposures to chemical operators in Bldg. 771 for the 3rd quarter of 1973 were significantly less than for the 3rd quarter of 1974 (See Attachment 4).

18270

Case No. 1:90-cv-00181-JLK   Document 1782-6   filed 12/11/05   USDC Colorado   pg 7 of 24

- 5 -

## SECTION B - FIRE PROTECTION

The following incident was investigated during the survey committee's review of glovebox exhaust lines to evaluate potential fire hazards in the ducts. On September 30, 1974, a work permit was signed to install a 2-inch glovebox exhaust duct. A nipple was to be placed opposite a similar unused nipple, which had served a box associated with incineration of waste. The hole was cut in the duct by saw and the nipple welded in place. While cleaning up, the welder felt heat on the underside of the duct about 1 1/2 feet downstream from the weld. The Shift and Area Supervisors were notified. A $CO_2$ extinguisher was discharged on the hot spot with no effect. The Utilities Supervisor then used a pyrometer to measure the duct temperature. It pegged at 400°F, but there was no change in the color of the duct. These activities took place between (an estimated) 2:00 p.m. and 3:10 p.m. when the fire department was notified. When the firemen arrived, a 3-inch butterfly damper was opened five feet upstream of the weld at the end of the 10-inch duct. A small mound of material was observed in the bottom of the duct, but no smoke or glow could be seen. The firemen decided against using water or $CO_2$ in the duct and the damper was reclosed. A blank flange was prepared to block off the section of duct involved if necessary. The size of the hot spot was identified and was not increasing therefore at 4:48 p.m. the firemen left. At 6:00 p.m. the temperature had dropped to about 375°F and the boiler-vent operators took hourly readings until the next morning. The temperature had dropped to about 95°F by 6 a.m.

Samples taken from the mound of material in the duct were analyzed to be 38% carbon (soot from the incinerator) plus KOH, KCl, silicates and other noncombustible substances. These materials probably dropped out of the airstream when the velocity decreased due to the 2-inch to 10-inch change in duct size. The heat was probably caused by burning carbon which could have been ignited by the welding operation.

The incident was handled in a reasonable manner by experienced and qualified personnel; i.e., the firemen, the shift supervisor and the utilities supervisor. Suitable precautions were taken to prevent the spread of heat and to detect any unexpected increase of the seriousness of the incident. The only error in judgement was that no report was made of the incident. This was a deliberate decision made independently by the fire department and the shift supervisor. Neither group considered the incident serious enough to report. In retrospect, it appears that the incident, while not serious itself, was of such a nature that a report would have served a useful purpose.

15271

- 6 -

The problem of combustible materials in ducts (emphasized by this incident) was studied, but the nature of the operations did not suggest any other location where combustible particulates could be deposited in the duct work.

A problem concerning ammonium nitrate deposits on the final HEPA filters was reviewed for fire and explosion hazards. This substance is produced by ammonia or ammonium hydroxide fumes reacting with nitric acid fumes in the booster filter chamber.  Although ammonium nitrate is combustible, the deposits are quite thin, on the order of 1/8 inch thick, and of very low density giving the appearance of a light fluff.  It was concluded that before enough ammonium nitrate could be deposited on the filters to constitute a fire hazard, serious plugging problems would be experienced.

## SECTION C - CRITICALITY

1.  The greatest amount of plutonium that has been removed from ducts to the present time was the 668 grams which was taken from Line 45 exhaust duct in May 1974.  The plutonium was dispersed along the 140 feet of this duct.  The plutonium was intermixed with ash, grindings, dust, and silicates from operations within the gloveboxes.

    In order for this 668 grams of plutonium to represent a criticality concern, it would have to be collected in a spherical geometry, moderated with water, and be fully reflected.  Such an occurrence would be unlikely even if the exhaust ducts were flushed with water. There are several cylindrical traps in the exhaust lines, however these are five inch diameter vessels and would be safe geometry for this type of material.  An eight inch cylindrical duct would require a plutonium density of 30 grams per liter, water moderated, and fully reflected to approach a criticality concern. A six inch duct would require a plutonium density of 100 grams per liter under the same conditions to approach a criticality concern.  (NOTE: 30 grams per liter in an eight inch duct would correspond to 1186 grams per foot of pipe, and 100 grams per liter in a six inch duct would correspond to 2966 grams per foot.)

    Plutonium levels of one hundred grams per foot and even less are easily detected by the gamma survey meter and in addition would be detected by radiographic

18272

- 7 -

techniques. There are no ducts which have indicated a higher reading than one hundred grams per foot. The line in which this level was estimated is scheduled for removal during the next year and little additional accumulation is expected. The one hundred grams per foot levels were discovered near a butterfly valve and near a pipe elbow. These levels extended for about one foot in each case.

Some of the plutonium accumulation estimates from readings taken to date are: one to two grams per foot in line 32, fifty grams per foot in a five foot section in the header from line 17 (hydrofluorinator) and ninety grams per foot near the header in line 16. Based on HP readings and data taken over several years time, Dow personnel believe that the material accumulations represent a slow buildup rather than a sudden accumulation in the ducts. The Dow plan for modification and replacement of filters and ducts should result in removal of the plutonium long before a criticality concern is possible.

2. Another area of potential concern from a criticality aspect is the mixture of $PuO_2$ and carbon, silica, and other low density materials in some of the ducts from the incinerator and hydrofluorinator. For an assumed density of about 4 grams per cubic centimeter and the assumption that the plutonium and reflector - moderator materials are intimately mixed, the critical mass in an eight inch pipe would be almost 45 kilograms of plutonium. It is very unlikely that this amount of plutonium would collect in one area. In addition, present detection methods would indicate high levels long before such a mass could accumulate.

3. In conclusion we believe there is no current criticality concern from the present indicated levels of criticality accumulation in the glovebox exhaust ducts in Bldg. 771. From the discussions presented above, the implementation of the Dow plan for modification and replacement of filters and ducts in Building 771 should obviate criticality concerns with material accumulations in these ducts.

18273

- 8 -

*J. W. Cruickshank*

J. W. Cruickshank
Fire Protection Engineer

*K. E. Elliott*

K. E. Elliott, Chief
Reactor & Criticality
Safety Branch

*R. L. Miller*

R. L. Miller, Chief
Health Protection Branch

*Robert Walston*

R. R. Walston
Reactor & Criticality
Safety Engineer

18274

PAST, PRESENT AND FUTURE DUCT AND
FILTER MODIFICATIONS AND REPLACEMENTS
BUILDING 771, CHEMICAL OPERATIONS

I.  Past Duct Work

A.  Line 1 duct replacement (80 feet), 1972
B.  Line 3 duct replacement (75 feet), spring-1973
C.  Line 41 duct replacement (80 feet), fall-1973
D.  Line 45 duct replacement (140 feet), May 1974
E.  Interim upgrading replaced
F.  Added 4 to 5 view ports on ducts, April to
    September 1974.

II.  Current Duct and Filter work

A.  Replacement of ducting for lines 8, 9, 10, 13,
    14, 15, 16, 17.  Includes filter revamping.
    (Engineering completed, presently on material
    hold).

B.  Installation of filters in line 44 and some
    duct replacement (in engineering).

C.  Line 3 filter revamping (in engineering).

D.  Line 2 duct replacement and filter addition
    (in engineering).

III.  Status of Other Chemical Operations
      Glovebox Ventilation System

| Line Number | No. of Exhausts | Filters | Remarks or Status |
|---|---|---|---|
| 1 | 9 | Yes | See paragraph I |
| 2 | 4 | No | See paragraph II |
| 3 | 8 | Yes | See paragraphs I & II |
| 4 | 7 | No | Not currently in operation |
| 5 | 3 | No | Wet operation, intermittent use |
| 6 | 2 | No | Not currently in operation |
| 8 | 4 | Yes | See paragraph II |
| 9 | 4 | Yes | "        "        " |
| 10 | 3 | Yes | "        "        " |
| 11 | 2 | No | Wet operation |
| 12 | 1 | No | Wet operation |
| 13 | 3 | Yes | See paragraph II |
| 14 | 2 | Yes | "        "        " |

Attachment 1

18275

- 2 -

| Line Number | No. of Exhausts | Filters | Remarks or Status |
|---|---|---|---|
| 15 | 4 | Yes | See paragraph II |
| 16 | | | "       "       " |
| 17 | 11 | Yes | "       "       " |
| 18 | 2 | Yes | |
| 19 | 1 | No | New installation, holder in place |
| 19 | 2 | No | Plan to strip out this section of line 19 |
| 19 | 0 | No | On new inert system |
| 20 | 0 | No | On new inert system |
| 21 | 5 | Yes | |
| 21 | 1 | No | New installation not operating |
| 22 | 4 | Yes | |
| 23 | 2 | Yes | |
| 24 | 2 | Yes | |
| 30 | 4 | Yes | |
| 32 | 2 | Yes | |
| 33 | 1 | Yes | |
| 37 | - | - | Exhaust to incincerator off-gas system |
| 38 | 5 | 4 yes, 1 no | Plan to revamp and install new filters, however order not yet to engineering |
| 39 | 1 | Yes | |
| 41 | 2 | Yes | |
| 42 | 8 | Yes | |
| 43A | 3 | 1 Yes, 2 No | Not operating at this time |
| 43B | 2 | Yes | |
| 43C | 3 | No | Wet operation, minimal dust |
| 44 | 8 | No | See paragraph II |
| 45 | 3 | Yes | See paragraph I |
| 48 | 4 | Yes | |
| 49 | 1 | Yes | |
| 50 | 1 | Yes | |

18276

EXHAUST HEADERS SURVEY ROOM 114

NAME McCASLIN & HICKMAN

DATE 10/23/74

THESE FILTERS HAVE BEEN CHANGED

READING AT ● FILTER BOX

● INDICATE SURFACE.

STEP

READING ON THE

TOP & GAMMA BOTTOM & NEUTRON

0.1 / 1.1

0.6 / 1.0

0.3 / 2.5

0.9 / 2.5

1.6 / 7.0

3.5 / 14.0

11.0 / 25.0

17.0 / 30.0

12.0 / 30.0

44.0 / 65.0

32.0 / 50.0

40.0 / 80.0

57.0 / 100.0

23.0 / 60.0

58.0 / 95.0

58.0 / 85.0

74.0 / 120.0

18277

THE DOW CHEMICAL COMPANY   ROCKY FLATS DIVISION   GOLDEN, COLORADO

A.E.C. CONTRACT AT (29-1)-1106

| REV. | DESCRIPTION | APP'D | CLASS'D | REV. | DESCRIPTION | APP'D |
|------|-------------|-------|---------|------|-------------|-------|
| DESIGNED | | | | | | |
| DRAWN | | | | | | |
| CHECKED | | | | | | |
| APPROVED | | | | | | |
| RELEASE DATE | | | | | | |

SIZE A   ATTACHMENT 2







EXHAUST HEADERS SURVEY ROOM 114
& FILTER BOXES.
NAME
DATE

READINGS AT O
INDICATE READING AT
THE SURFACE OF THE
FILTER BOX

STEP

18280

THE DOW CHEMICAL COMPANY ROCKY FLATS DIVISION GOLDEN.COLORADO

McCASLIN & HICKMAN

10/25/74

A.E.C. CONTRACT AT (29-1) 1106





RM 169

EXHAUST HEADERS
SURVEY
NAME McCASLIN & HICKMAN
DATE 10/29/74

DRY BOX VAC LINE
FILTER AND HEADER
SURVEY. READING TAKEN
ON THE SURFACES.

STEP

18282

ROOM 149

703

701

702

EXHAUST HEA
SURVEY

14.0
0.8

1.5

3.0
1.0

NAME McCASL & Hickm.

DATE 10/28

0.3
0.4

1.3
0.7

0.5
0.3

0.5
0.3

43A

0.3
0.4

1.6
0.3

10.0
0.5

978   971

975   972

974   973

0.1
0.3

0.7
0.4

1.2
0.5

0.5
0.5

5.4
0.5

0.5
0.4

0.4
0.5

0.3
0.4

0.3
0.3

0.6
0.5

42

6.8
1.0

43B

0.5
0.5

0.5
0.3

1.9
0.5

5.6
0.5

1.3
0.6

43C

0.2
0.5

0.7
0.7

470

0.2
0.2

0.2
0.3

454

0.1
0.2

1.0
0.8

0.5
0.3

471

453

0.8
0.8   44

2.0
1.0

469

452

0.5
0.3

468

1.4
0.5

467

0.3
0.3

464

451

1.4
0.7

3.8
3.0

3.6
4.0

4.6
5.0

3.0
3.0

0.2
0.3

41

18283





18285

ATTACHMENT



18286

WHOLE BODY EXTERNAL DOSE DISTRIBUTION FOR PLUTONIUM AREA GROUPS (MREM)

| Dose Range | te Manage. | Oper. |
|---|---|---|
| 0 To 125 | 2 | 2 |
| 125 To 250 | 4 | 28 |
| 251 To 375 | 4 | 36 |
| 376 To 500 | 5 | 21 |
| 501 To 625 | 2 | 12 |
| 626 To 750 | 2 | 3 |
| 751 To 875 | 1 | 5 |
| 876 To 1000 | | 1 |
| 1001 To 1125 | | 1 |
| 1126 To 1250 | | |
| QUARTERLY PRORATED LEVEL | | |
| 1251 To 1375 | | |
| 1376 To 1500 | 1 | |
| 1501 To 1625 | | |
| 1626 To 1750 | | |
| More Than 1750 | | |
| Max. Body Dose | 1917 | 1407 |

18287

ATTACHMENT

CHEMICAL OPERATIONS
WHOLE BODY EXTERNAL DOSE DISTRIBUTION
FOR PLUTONIUM AREA GROUPS (MREM)

| Dose Range (MREM) | Count |
|---|---|
| 0 To 125 | 3 |
| 125 To 250 | 9 |
| 251 To 375 | 19 |
| 376 To 500 | 27 |
| 501 To 625 | 12 |
| 626 To 750 | 16 |
| 751 To 875 | 7 |
| 876 To 1000 | 4 |
| 1001 To 1125 | 5 |
| 1126 To 1250 | 1 |
| 1251 To 1375 | |
| 1376 To 1500 | / |
| 1501 To 1625 | |
| 1626 To 1750 | |
| More Than 1750 | |
| Max Body Dose | 1459 |

QUARTERLY PRORATED LEVEL

1828