```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3    Case No. 90-K-181

 4    MERILYN COOK, et al.,

 5              Plaintiff,

 6    vs.

 7    ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
      COMPANY,
 8
                Defendants.
 9
      _____
10          VIDEOTAPED DEPOSITION OF JOHN E. TILL, Ph.D.
                         December 1, 2005
11    _____

12    APPEARANCES:

13    FOR THE PLAINTIFFS:      LOUISE ROSELLE, ESQ.
                               Waite, Schneider, Bayless
14                                & Chesley, LPA
                               1513 Fourth and Vine Tower
15                             One West 4th Street
                               Cincinnati, OH   45202
16                                      and
                               DAVID F. SORENSEN, ESQ.
17                             Berger & Montague, P.C.
                               1722 Locust Street
18                             Philadelphia, PA   19103-6305

19    FOR THE DEFENDANTS:      DOUGLAS M. POLAND, ESQ.
                               Lafollette, Godfrey &
20                                Kahn
                               One East Main Street
21                             P.O. Box 2719
                               Madison, WI   53701-2719
22
      ALSO PRESENT:            Helen Grogan, Ph.D.
23                             Kathleen R. Meyer, Ph.D.
                               Timothy L. Ortmeier, CLVS
24

25
```

Page 181

1  that there was no data before 1989 that was adequate
2  for you to use to do the continuous event modeling?
3       A  Well, there certainly were other data.
4  There were data from the Denver Stapleton airport, as I
5  mentioned. There were data that we got from the Jeffco
6  area, the Jeffco airport. Okay?
7            And for the routine releases, I really
8  don't know how far prior to 1989, what -- how far prior
9  to 1989 we could have gone, if we could have gone
10 earlier than that or if the towers were installed in
11 1988. I don't know when they were installed. Okay?
12           We -- we looked at all of the data
13 available and we felt that this five-year set of data
14 was very comprehensive and very adequate for using as
15 our input to routine releases that were going on on an
16 annual basis and for the baseline releases that's
17 important to distinguish from the 903 area.
18      Q  Okay. I just want to make sure I
19 understand. Is it your position that neither Dow nor
20 Rockwell had collected, between 1953 and 1988, adequate
21 meteorologic data for you to do your modeling of
22 continuous events?
23           MR. POLAND: Object to the form of the
24 question.
25      A  Well, without reviewing the report, I'm

Page 182

1  not sure I can answer that. I assume that that's the
2  case. That there was not adequate on-site continuous
3  meteorological data that were being collected that gave
4  us all of the parameters that we needed for our model
5  calculation for the routine releases.
6       Q  (BY MS. ROSELLE) Okay. In the first
7  paragraph on page 13 of your report, under "Atmospheric
8  Dispersion and Transport," you say that, "The RATCHET
9  model was selected based on the results of a model
10 comparison study involving five models and results of a
11 site-specific tracer study conducted in 1991."
12           Okay. And that site-specific tracer
13 study is this thing that you referred to involving the
14 sulfur hexafluoride?
15      A  I believe that's correct.
16      Q  Okay.
17      A  What page are you on again, please?
18      Q  Page 13 of your report.
19      A  Okay.
20      Q  And the four different models that you
21 looked at are all set forth in the model validation
22 study?
23      A  That's correct, yes.
24      Q  Okay. Now, you say in the next
25 paragraph, "Atmospheric transport simulations were

Page 183

1  performed differently for discrete and" continuously --
2  "continuous events. For discrete events, meteorologic
3  data for the specific days of the events were
4  obtained."
5            And that's what you were describing to
6  me earlier, these three sets of data that you had that
7  you used? Like for the '69 fire?
8       A  I believe we were talking about the 903
9  area for those discrete events from NCAR, for example.
10 But, yes, we had specific meteorological data for the
11 1957 fire, the 903 area, and the '69 fire.
12      Q  Now, was any of that data collected by
13 Dow?
14      A  I -- I don't know in the case of the
15 1969 fire. We -- I found for you a few minutes ago
16 that we had hourly release data, but I didn't find the
17 source of those data.
18           MS. ROSELLE: We have to go off the
19 record so that we --
20           THE VIDEO OPERATOR: This is the end of
21 tape 3. We're going off the record at 5:28.
22           (There was a recess taken from 5:28 p.m.
23 to 5:30 p.m.)
24           THE VIDEO OPERATOR: We are back on the
25 record at 5:30. This is the beginning of videotape No.

Page 184

1  4.
2       Q  (BY MS. ROSELLE) Would you -- do you
3  recall anything about the meteorologic data that was
4  collected by Dow or Rockwell, other than what you've
5  said so far?
6       A  No, I don't -- I don't recall anything
7  specific. Mr. Rood would be the one who would have a
8  better answer to that than me, but, no, I don't recall
9  anything else specifically.
10      Q  Okay. Could we go, then, to page 19 of
11 your expert report, Exhibit 2.
12           Okay. You have never calculated a dose
13 for any member of this class; is that correct?
14      A  No. Actually, we have calculated some
15 doses for members of this class.
16      Q  Okay. And which people are those?
17      A  I don't know the individuals. These
18 would have been calculated by another firm, and I don't
19 know the name of the firm that basically used the --
20 the results of the historical dose reconstruction to
21 match up the concentrations and -- time integrated
22 concentrations in the environment with locations and
23 times that individuals would have moved into the class
24 area.
25      Q  When was this done?

Page 185

1    A  In the last month or thereabouts.
2    Q  Who did it?
3    A  I'm not sure I can recall the
4  individual's name. I think Mr. Ken Spitze, and I don't
5  know the name of the company.
6    Q  Okay. Tell me exactly what your role
7  was in these calculations.
8    A  Well, our role was to provide output
9  from the historical dose study on a grid basis, exactly
10 as you see, using exactly the same machinery, using the
11 source terms used in the report, and using a typical
12 breathing rate, EPA breathing rate, and then those time
13 integrated concentrations were matched -- or from that
14 information, the information on the class specifically,
15 doses could be calculated for individuals based on
16 their location and the time they moved into the area.
17   Q  And were you paid for this work?
18   A  The part of this that we did, yes, we
19 would have been paid for.
20   Q  And that would have been by Kirkland &
21 Ellis?
22   A  That's correct.
23   Q  Do you remember how much you were paid?
24   A  Probably $10,000 or thereabouts.
25   Q  Is that 10,000 part of that 25,000 that

Page 186

1  you told me you had been paid for Rocky Flats earlier
2  today?
3    A  Yes.
4    Q  Okay. Who asked you to do this work?
5    A  Mr. Poland.
6    Q  Okay. And once you gave your
7  information to Mr. Spitze, what did he do with it?
8    A  Well, as I said, he took the information
9  we provided him and matched it up with individuals in
10 the class, locations, time they moved into the area,
11 calculated -- and calculated doses with it.
12   Q  Have you seen any of those dose
13 calculations?
14   A  Yes.
15   Q  Yes? When did you see them?
16   A  Just briefly, I saw some this week in a
17 graphic.
18   Q  What did the graphic look like?
19   A  Well, I'm not sure I recall. What do
20 you mean, what did it look like? It was a graphic
21 of -- I'm not even sure what the ordinant and the axis
22 were. Probably dose versus a function of time moved
23 back in the area, but I'm -- I really don't recall
24 specifically what was on the graphic.
25   Q  Do you know the names of the people for

Page 187

1  whom these doses were calculated?
2    A  No.
3    Q  Okay. Were you told that you're going
4  to testify about these doses?
5    A  No.
6    Q  Do you know what's going to be done with
7  these doses?
8    A  No. I'm not sure.
9    Q  Okay. You certainly have never provided
10 to the plaintiffs any dose calculations for any real
11 person; is that correct?
12   A  That's correct.
13   Q  Were you told who was going to testify
14 about these dose calculations?
15   A  Not specifically, no. The only person
16 I've talked to in relation to this is Mr. Ken Spitze
17 that I mentioned to you earlier. Whether he's
18 testifying about them or not, I'm not sure.
19   Q  Well, what did he tell you?
20   A  What did he tell me about what?
21   Q  You said you specific -- you talked to
22 him specifically about these calculations, and I'm
23 asking you, what did he tell you?
24   A  I really don't recall what he told me.
25 I mean --

Page 188

1    Q  Okay.
2    A  No.
3    Q  Other than these calculations that you
4  believe were done within about the last month, have you
5  ever calculated yourself or has RAC ever calculated any
6  doses for real people?
7    A  This is specifically Rocky Flats?
8    Q  Yes.
9    A  No. Not that I recall.
10   Q  Okay. And you have in your report no
11 opinions that are specific to any member of this class;
12 correct?
13         MR. POLAND: Object to the form of the
14 question.
15   A  Do I have an opinion -- I'd like you to
16 restate your question because, certainly, what's in my
17 report could give any individual who was a member of
18 the class some sense of what their level of risk might
19 have been.
20   Q  (BY MS. ROSELLE) I understand that.
21   A  Okay.
22   Q  If they made all the same assumptions
23 you made and did their -- I mean, if you -- in other
24 words, your report gives people an idea of a level of
25 risk if they buy every assumption you've made in your

Page 189

1 report. In other words, that they're just looking at
2 an inhalation dose, just looking at plutonium, just
3 looking at up till late '89, and so forth and so on;
4 correct?
5     A  Yes.
6     Q  All right. But with regard to the
7 individuals who actually lived in the area between 1953
8 and 1989, you're not addressing any real individual in
9 any of the opinions that you're rendering; correct?
10    A  These calculations are for hypothetical
11 individuals, that's correct. But can real people take
12 the information and get some sense of what their risk
13 was? Yes. If they assume the same things that we
14 assumed in our study.
15    Q  That you assumed?
16    A  Yes.
17    Q  Right. Okay. But what I'm saying, when
18 you talk to the jury, you don't know anything, for
19 example, about the class representatives in this case;
20 right?
21    A  Do I know anything about the class
22 representatives --
23    Q  Uh-huh.
24    A  -- in this case? I know general
25 information that many of the class didn't move in until

Page 190

1 very late periods of time. That kind of information.
2 Generally where members of this class would have
3 resided in a general sense. The boundary of the class
4 area. Yes. Those are the kinds of things that I would
5 know.
6     Q  And where would you have learned that?
7     A  I've seen that in the graphics, an
8 example in the graphic I mentioned I saw on Monday.
9     Q  You mean the one that Mr. Spitze made?
10    A  No. Mr. Rood -- I'm not sure he did
11 any -- I guess that's correct. Mr. Spitze made it,
12 yes.
13    Q  Okay. When I go back to my notes from
14 this morning, you told me that you met with Mr. Poland
15 and Mr. Kurtenbach on Tuesday or Wednesday. You didn't
16 tell me anything about a meeting on Monday. Where did
17 you see that graphic on Monday?
18    A  I'm mistaken. I apologize. It was
19 Tuesday. I wasn't here on Monday. I'm sorry.
20    Q  That's okay. Do you have any actual
21 knowledge of when any class representative moved into
22 the class area?
23    A  I have some general knowledge about when
24 individuals moved in and, in general, that were --
25 there were a small number of people who lived in the

Page 191

1 area in 1953. Very, very small number. But I have no
2 specific numbers now.
3     Q  And you -- and you learned that -- that
4 general information from Mr. Spitze? From a lawyer?
5 From whom?
6     A  I -- I learned that information from
7 Mr. Poland.
8     Q  A lawyer; right?
9     A  Well, to the best of my recollection,
10 either from Mr. Spitze or from Mr. Poland, yes.
11    Q  But you yourself, you've never gone to
12 the real property records in Jefferson County to see
13 when people moved into the area, did you?
14    A  No.
15    Q  And you're not rendering any opinions as
16 to when people moved into the area, are you?
17    A  No, I'm not.
18    Q  Okay. Do you even know who the class
19 representatives are?
20    A  Your question is very vague. Do I
21 know --
22    Q  Who they are.
23    A  -- who these individuals are?
24    Q  Okay. Well, let me back up a minute.
25 Do you know what a class representative is?

Page 192

1     A  It's an individual -- and -- I may be
2 incorrect about this, but, generally, it's an
3 individual that moved into the property area before the
4 end of 1989 or about 1989. Maybe --
5     Q  So you don't know what a class
6 representative is. Has anyone told you that -- how a
7 class action works?
8     A  No.
9     Q  And you don't know the names of the
10 class representatives in this case, do you?
11    A  No.
12    Q  So if I told you the name, for example,
13 of Richard Bartley, you've never heard that name
14 before; right?
15    A  That's correct. I've never heard that
16 name before.
17    Q  And if I told you -- and if I asked you
18 what year he moved into the area, you wouldn't have any
19 idea, would you?
20    A  No.
21    Q  Okay. Let's look at exposure factors on
22 page 19 of your report. Okay. You -- you did some
23 calculations, and if we look at page 20, you decided
24 that the laborer, the male laborer was the most highly
25 exposed person; right?