# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 8, 2005

**VIA EMAIL**

Merrill Davidoff
Louise Roselle
Berger & Montague
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202

Re:   *Cook, et al. v. Rockwell, et al.*

Dear Counsel:

      Attached is Defendants' revised witness list for December 8 through December 16. This revision is necessary in light of plaintiffs' continued delays in completing their case. The witness order is contingent on completing Dr. Raabe's testimony before this weekend. If he rolls over into next week, it may necessitate further changes to the order. In addition, we have placed the Hazle and Donnelly depositions in the places where they are most likely to be read, however, we reserve the right to read them at any time when there is a break between witnesses.

Very truly yours,

Scott A. McMillin

Enclosures

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
JOHN L. KANE, SENIOR JUDGE

**Case No.**   90-cv-0181   **Date**   December 8, 2005

**Case Title**   Cook, et al vs. Rockwell International Corp., et al

**Defendants' Witness List for December 8 through December 16, 2005**

| Witness | Date(s) Testified |
|---|---|
| Dec. 8-9: Otto Raabe (2 hours) | |
| Dec. 12: John Frazier (2 hours) | |
| Hazle Deposition | |
| Dec. 13: Bill Weston (3 hours) | |
| Donnelly Deposition | |
| Dec. 14: Michael Norton (1 hour) | |
| Dec. 14-15: John Till (4 hours) | |
| Dec. 16: Shirley Fry (2 hours) | |