**Jenna MacNaughton-Wong**

| | | |
|---|---|---|
| **From:** | Peter Nordberg [pn@nordbergonline.com] | **Sent:** Sun 12/4/2005 2:12 PM |
| **To:** | 'David Bernick'; 'Douglas Kurtenbach'; 'Ellen Ahern'; 'Mark Nomellini'; 'John Tangren' | |
| **Cc:** | | |
| **Subject:** | Cook v. Rockwell -- Defendants' dose calculations for class members | |
| **Attachments:** | | |

Through what witness or witnesses, if any, will defendants seek to offer their recently transmitted dose calculations for individual class members?