# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 3, 2005

**VIA HAND DELIVERY**

Peter B. Nordberg
Berger & Montague
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO  80202

Re:  *Cook, et al. v. Rockwell, et al.*

Dear Peter:

Enclosed is a CD containing the RAC dose data for class members. I disclosed to you in my letter of September 29, 2005 that we would be depicting RAC's data, including quantities released, air concentrations, doses, risks and amounts deposited from all modeled events, including the 1957 fire, the 1969 fire, the 903 pad and routine operations in graphics to be presented during our case. Following that letter, you never contacted me to request any of RAC's data sets. Nevertheless, we are now producing the attached spreadsheet which contains the RAC dose, air concentration and risk data for all class members. The data were generated by RAC using the same model that was used to produce the output for the Rocky Flats Historical Exposure Studies.

If you feel it is necessary to take a deposition of Art Rood, please let me know at your very earliest convenience.

Very truly yours,

*Scott McMillin/RH*

Scott A. McMillin

Enclosure