> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Jenna MacNaughton-Wong**

| | | | |
|---|---|---|---|
| **From:** | Mark Nomellini [mnomellini@kirkland.com] | **Sent:** | Sat 9/17/2005 3:37 PM |
| **To:** | Peter Nordberg; Jenna MacNaughton-Wong | | |
| **Cc:** | Ellen Ahern; Daniel Rooney | | |
| **Subject:** | Fw: Defendants' Preliminary Witness List | | |
| **Attachments:** | 🗎 Witness_List.pdf(71KB) | | |

Peter and Jenna:

An additional witness for defendants' preliminary, subject-to-revision witness list: Ken Spitze.


----- Forwarded by Mark Nomellini/Chicago/Kirkland-Ellis on 09/17/2005 02:33 PM -----

```
    Mark
    Nomellini
    /Chicago/              To
    Kirkland-       pnordberg@bm.net,
    Ellis           "Jenna
                    MacNaughton-Wong"
    09/16/200         <jmacnaughton@bm.net>
    5 05:42                cc
    PM              Ellen
                    Ahern/Chicago/Kirkland-
                    Ellis@K&E, Daniel
                    Rooney/Chicago/Kirkland
                    -Ellis@K&E
                              Subject
                    Defendants' Preliminary
                    Witness List
```

Peter and Jenna,

Attached is defendants' preliminary witness list, which, as we have discussed, is subject to revision.

We need to talk about which witnesses on the parties' lists may not be able to appear live at trial due to health issues.

(See attached file: Witness_List.pdf)
&lt;font size=2 face="monospace,courier"&gt;
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
&lt;/font&gt;