## Jenna MacNaughton-Wong

| | | | |
|---|---|---|---|
| **From:** | Scott McMillin [smcmillin@kirkland.com] | **Sent:** | Sat 9/24/2005 7:19 PM |
| **To:** | Peter Nordberg; Jenna MacNaughton-Wong; Ellen Noteware; Karen Markert; Merrill Davidoff | | |
| **Cc:** | Douglas Kurtenbach; Daniel Rooney | | |
| **Subject:** | Ken Spitze | | |
| **Attachments:** | | | |

Per the hearing last week, I understand that we are to provide you with a summary of what Ken Spitze will testify to if called on direct at trial. Mr. Spitze is the President of Destiny Resources, a graphics and GIS company, who will only be called to testify to the foundation for the physical models we plan to use in the courtroom as well as electronic versions of the models. He will lay the foundation for the data used to construct the models and for the structures and graphics shown on the models. If you do not object to the models, it is unlikely that we will even need to call him. Please let me know whether this is sufficient or whether you need additional information about Mr. Spitze's potential direct testimony.

Scott McMillin

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```