# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

September 29, 2005

**VIA HAND DELIVERY**

Peter B. Nordberg
Berger & Montague
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202

    Re: *Cook, et al. v. Rockwell, et al.*

Dear Peter:

  I am writing to provide you with the second installment of materials relating to the physical and electronic site models that defendants will be using at trial. You received the first installment – the two dimensional print outs of the three dimensional models on Monday. This installment includes an electronic version of the basic three dimensional model to be used in court. Enclosed is a CD that contains four files: (1) an executable showing you the three dimensional model based on the 1989 aerials that contains basic functionality to navigate through the model; (2) a pdf that contains instructions on how to use the executable, and (3) images of the 1969 and 1955 aerials that are the basis for the 1969 and 1955 three dimensional models. We will attempt to get you executable versions of the 1969 and 1955 models in the near future. If you have any questions about how to open or view these files, please call me at 303-297-1568.

  As disclosed in court, these models are based upon the high resolution aerial photographs previously provided to you that have been overlaid onto the regional topography. In addition, GIS layers for buildings and roads as well as the class boundary have been overlaid onto the photographs. We are currently working on additional displays and tentatively plan to use the following:

- County and city boundaries, roads, highways, airports, streams, lakes and zip code boundaries from public records databases

- The class boundary from the Beyea affidavit submitted by plaintiffs in support of class certification

# KIRKLAND & ELLIS LLP

Peter B. Nordberg
September 29, 2005
Page 2

- Locations of the named plaintiffs' properties from plaintiffs' documents and depositions

- The Individual Hazardous Substance Site locations from the CEARP Phase I Report and other CEARP/CERCLA reports

- Onsite buildings, pads, roads, site boundaries, streams, ponds and spray fields from the aerial photographs and Rocky Flats maps

- Locations of onsite and community air samplers (both plant and CDH) from environmental monitoring reports

- Location of government owned property in the class area from Jefferson County Assessor's data

- Location of Church/McKay properties from Charles McKay's documents and depositions

- Location of developments and subdivisions within the class area from Jefferson County Assessor's data

- Location of publicly owned Open Space property near Rocky Flats

- Maps showing the number of class members around Rocky Flats over time from Wise's supplemental report and data, including information from plaintiffs' class notice database

- The location of Wise's control area and the transactions reviewed by Wise from Wise's report and data

- Depictions of RAC's calculations, including quantities released, air concentrations, doses, risks and amounts deposited from all modeled events, including the 1957 fire, the 1969 fire, the 903 pad and routine operations

- Location of properties from Hunsperger's vacant land study based upon Hunsperger's report and data

- Location of Radke study area and transactions reviewed by Radke from Radke's report and data

## KIRKLAND & ELLIS LLP

Peter B. Nordberg
September 29, 2005
Page 3

- Location of the Rocky Flats area of concern for various periods of time from CDII maps

- Location of radii used in Radke, Wise and McFadden's analyses from their reports

- Maps showing growth around Rocky Flats over time from Jefferson County Assessor's records

- Location of Whicker's background soil samples from Whicker's report and published article

- Location of Jones and Zhang soil samples and the plutonium contours from Jones & Zhang's 1994 study

- Location of CESC soil samples from CESC's 1996 report and published article

- Location of Cobb's study subjects from Cobb's tissue study

- Location of Chemrisk and CDII's soil sectors from Chemrisk reports

- Location of Cope's soil samples from Cope's 1974 report

- Data depicting the location and results of DOE soil, sediment, surface water and other samples taken from the OU3 investigation in 1996 and published in the OU3 RI/FS

- Location of Rockwell/EG&G soil samples from EG&G's 1991 Report, and Rockwell's 1987 Report

- Location of Ibrahim soil samples from Whicker's report and data

- Location of Illsley and Hume soil samples from Illsley's 1987 report and Illsley and Hume's 1979 report

- Location of Krey and Hardy's HASL 235 soil samples and plutonium contours from Krey & Hardy's 1970 report

## KIRKLAND & ELLIS LLP

Peter B. Nordberg
September 29, 2005
Page 4

- Location of Krey's soil samples and plutonium contour from his 1976 article in Health Physics

- Location of Poet and Martell's soil samples from their 1970 study and published article

- Location of Seed's soil samples and plutonium contours from his 1971 study

- Location of Webb's soil samples from his 1996 study and published article

- Location of individuals involved in Whicker's urine sample study from Whicker's report and published articles

In addition, we are working on three dimensional models of the interiors of buildings 771 and 776. Those models are based on plans, schematics, as built drawings, photographs, and utility drawings from the Rocky Flats engineering files. They are still works in progress and we will provide versions of them to you once they have been finalized.

Our work on these models and other demonstratives continues. We will continue to provide updates to you as they are finalized. Graphics and schematics based on documents or drawings will be identified and turned over to you as we finalize them in connection with the presentation of witnesses. If you have any questions, please give me a call.

Very truly yours,

Scott A. McMillin