# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 9, 2005

**VIA HAND DELIVERY**

David F. Sorenson
Berger & Montague
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202

Re:   *Cook, et al. v. Rockwell, et al.*

Dear David:

The enclosed box contains a hard copy print out of the Excel spreadsheets of RAC dose data that we provided to you on CD on December 3, 2005. These spreadsheets contain numerous fields of data that are outputs from RAC's model and were designed to be used electronically as inputs to a GIS database. These spreadsheets were not designed to be printed out – although they can be – and viewing the data in printed form has limited utility.

Very truly yours,

Scott A. McMillin

Enclosure

London  K&E 10751305.1   Los Angeles     Munich     New York     San Francisco     Washington, D.C.