# Exhibit A

| | |
|---|---|
| **From:** | Douglas Poland |
| **To:** | dsorensen@bm.net |
| **Date:** | 12/9/05 9:17AM |
| **Subject:** | Requests for Documents from John Till |

David,

I received a copy of your motion to compel the production of financial information from Dr. Till. Jane Park and Doug Kurtenbach had conveyed the substances of yesterday's discussion on the issue to me but I could not respond to you until I had heard back from Dr. Till, who has been away from his office on business since the beginning of the week. The short response to your motion is that Dr. Till is attempting to pull together the information that you have requested and we expect to have that information by Monday. This has been difficult because Dr. Till is directing the process while away on business. He has a personal bookkeeper whom he has had to engage for this project, and I understand that she has been gathering information during the week. As you state in your motion, you are "willing to work with Defendants to reduce any potential burden." We and Dr. Till are attempting to do the same. Given that both parties are willing to work this out and that we expect to produce the information on Monday, defendants request that you withdraw your motion so that we do not need to burden the Court with further briefing on the issue.

If you want to discuss the issue further, please call me either at my direct dial number in Denver, 303-295-2199, or at my cell number, which is given below.

Doug

Douglas M. Poland
LaFollette Godfrey & Kahn
One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701-2719
(608) 284-2625 (phone)
(608) 257-0609 (fax)
(773) 220-6327 (cell)
dpoland@gklaw.com


**Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

This is a transmission from the law firm of LaFollette Godfrey & Kahn and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at our telephone number (608) 257-3911.**


**CC:** dbernick@kirkland.com; dkurtenbach@kirkland.com; louiseroselle@wsbclaw.com; mdavidoff@bm.net; pnordberg@bm.net