# Exhibit B

**From:** "David Sorensen" <dsorensen@bm.net>
**To:** "Douglas Poland" <Dpoland@gklaw.com>
**Date:** 12/9/05 12:40PM
**Subject:** RE: Requests for Documents from John Till

Doug,

I will speak with others and get back to you.

On the issue of burden, let me raise the Voillique dep, set for next Wed.
I am wondering whether that can be moved back. He may be stricken as a witness and, even if not, he is not likely to testify next week. On the other hand, my doing the dep midweek is quite a hardship on this end. Please let me know if other days are possible, e.g., the weekend after we break, Dec. 17 or 18 for example. Thanks.
My direct dial in Denver is 303-824-6883.
-david

---

From: Douglas Poland [mailto:Dpoland@gklaw.com]
Sent: Fri 12/9/2005 10:17 AM
To: David Sorensen
Cc: Merrill Davidoff; Peter Nordberg; dbernick@kirkland.com; dkurtenbach@kirkland.com; louiseroselle@wsbclaw.com
Subject: Requests for Documents from John Till


David,

I received a copy of your motion to compel the production of financial information from Dr. Till. Jane Park and Doug Kurtenbach had conveyed the substances of yesterday's discussion on the issue to me but I could not respond to you until I had heard back from Dr. Till, who has been away from his office on business since the beginning of the week. The short response to your motion is that Dr. Till is attempting to pull together the information that you have requested and we expect to have that information by Monday. This has been difficult because Dr. Till is directing the process while away on business. He has a personal bookkeeper whom he has had to engage for this project, and I understand that she has been gathering information during the week. As you state in your motion, you are "willing to work with Defendants to reduce any potential burden." We and Dr. Till are attempting to do the same.
Given that both parties are willing to work this out and that we expect to produce the information on Monday, defendants request that you withdraw your motion so that we do not need to burden the Court with further briefing on the issue.

If you want to discuss the issue further, please call me either at my direct-dial number in Denver, 303-295-2199, or at my cell number, which is given below.

Doug

Douglas M. Poland
LaFollette Godfrey & Kahn
One East Main Street