# Exhibit C

7314
Otto Raabe - Cross

1   A.  No, I'm sure not.  We're talking about 15 millirem, 25
2   millirem, nothing.
3   Q.  When we go back here to the three points that I made, that
4   the science is very technical, that you're an expert, and that
5   the people are lay people, it provides you an opportunity,
6   doesn't it, to spin your message?
7   A.  I don't spin a message.  I'm a scientist.  I speak the
8   truth --
9           MR. KURTENBACH:  Your Honor -- excuse me.
10          THE COURT:  The objection is sustained.
11          MS. ROSELLE:  We can take the lunch break, Your Honor.
12          THE COURT:  Yes.  Let's try and get back at 1:00,
13  rather than 1:15, see if we can.
14          (Jury out at 12:02 p.m.)
15          THE COURT:  Wait a minute, there is one other
16  matter -- please be seated.
17          There is a motion to compel discovery from Dr. Till.
18  You --
19          MR. KURTENBACH:  We're trying to work that out.  We've
20  been on the phone this morning.  We're trying to get the
21  materials and get him on a plane.
22          THE COURT:  I won't rule on it.
23          MS. ROSELLE:  Your Honor, will you please caution the
24  expert that he is not to talk to the defendants about his
25  testimony.  He's not to work or read any exhibits during the