# Exhibit E

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLORADO

 3    Case No. 90-K-181

 4    MERILYN COOK, et al.,

 5              Plaintiff,

 6    vs.

 7    ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
      COMPANY,
 8
                Defendants.
 9   _____

10         VIDEOTAPED DEPOSITION OF JOHN E. TILL, Ph.D.
                      December 1, 2005
11   _____

12    APPEARANCES:

13    FOR THE PLAINTIFFS:        LOUISE ROSELLE, ESQ.
                                 Waite, Schneider, Bayless
14                                  & Chesley, LPA
                                 1513 Fourth and Vine Tower
15                               One West 4th Street
                                 Cincinnati, OH  45202
16                                       and
                                 DAVID F. SORENSEN, ESQ.
17                               Berger & Montague, P.C.
                                 1722 Locust Street
18                               Philadelphia, PA  19103-6305

19    FOR THE DEFENDANTS:        DOUGLAS M. POLAND, ESQ.
                                 Lafollette, Godfrey &
20                                  Kahn
                                 One East Main Street
21                               P.O. Box 2719
                                 Madison, WI  53701-2719
22
      ALSO PRESENT:              Helen Grogan, Ph.D.
23                               Kathleen R. Meyer, Ph.D.
                                 Timothy L. Ortmeier, CLVS
24

25
```

7

1          A     I assume that they got some overhead,
2   but, really, I don't have knowledge of how much or if
3   they did or not.
4          Q     (BY MS. ROSELLE)  Do you -- do you have
5   knowledge that all of the $5 million that was paid to
6   RAC came from the Department of Energy?
7                MR. POLAND:  Object to the form of the
8   question.  Mischaracterizes his testimony.
9          A     I believe that's the case.
10         Q     (BY MS. ROSELLE)  Now, at the time that
11  this money was received by RAC between 1992 and 1999,
12  can you tell me what your interest in RAC was?
13         A     I was president of RAC.  I was president
14  of Risk Assessment Corporation.
15         Q     Okay.  Were you also a shareholder?
16               MR. POLAND:  Object to the form of the
17  question.
18         A     I'm the sole owner of RAC.
19         Q     (BY MS. ROSELLE)  Is RAC a corporation?
20         A     Yes.
21         Q     Okay.  Where is it incorporated?
22         A     In the state of South Carolina.
23         Q     What year was it incorporated?
24         A     It was incorporated, I believe, in 1978
25  or '79 as Radiological Assessments Corporation.  And at

CARPENTER REPORTING, INC.
(303) 752-1200

Case No. 1:90-cv-00181-JLK   Document 1786-5   filed 12/11/05   USDC Colorado   pg 4 of 4

59

1  today, which you have not brought, were documents
2  created or received by you relating to material
3  unaccounted for or MUF at Rocky Flats, and I'm asking
4  you, do you have such documents?
5            MR. POLAND:  Object to the form of the
6  question.
7       A    I don't have them with me, no.
8       Q    (BY MS. ROSELLE)  Do you have them?
9  Does RAC have documents relating to MUF at Rocky Flats?
10      A    Really, I don't know that we do.  I
11 think our materials have been turned over to CDPHE.
12 The study was completed and everything was turned over
13 to CDPHE.  Everything that we had, I believe, was put
14 in the reading room of the community college in
15 Westminster.
16      Q    Okay.  Did you, in preparing your expert
17 report, have access to unredacted copies of MUF
18 records?
19      A    Would I have had access to?  I certainly
20 would have had access to those records, yes.
21      Q    Did you use them in any way in the
22 historic public exposures that RAC calculated?
23      A    Yes.
24      Q    Could you tell me every way in which you
25 used MUF in the historic public exposures that RAC

CARPENTER REPORTING, INC.
(303) 752-1200