

# EXPERT REPORT OF JOHN A. AUXIER, Ph.D., CHP REGARDING ENVIRONMENTAL RELEASES AT THE ROCKY FLATS PLANT

November 25, 1996

**Prepared for:**
**Kirkland & Ellis**
**200 East Randolph Drive**
**Chicago, Illinois 60601**

**Prepared by:**
Auxier & Associates, Inc.
412 Executive Tower Drive, Suite 402
Knoxville, Tennessee 37923

## TABLE OF CONTENTS

I HUMAN EXPOSURE TO IONIZING RADIATION..............................................................I-1

    I.A BACKGROUND RADIATION ...........................................................................................I-1

        I.A.1 Terrestrial Radioactivity ...............................................................................................I-1

        I.A.2 Extra-Terrestrial Sources ..............................................................................................I-5

    I.B MANMADE SOURCES OF IONIZING RADIATION ........................................................I-5

        I.B.1 Nuclear Power Generation.............................................................................................I-5

        I.B.2 Consumer Products ........................................................................................................I-6

        I.B.3 Medical Diagnosis and Therapy ....................................................................................I-6

        I.B.4 Miscellaneous Environmental Sources ..........................................................................I-6

    I.C EXPOSURE FROM ALL SOURCES ..................................................................................I-7

    I.D RADIOLOGICAL ENVIRONMENT IN THE COLORADO FRONT RANGE ...............I-7

        I.D.1 External Exposure..........................................................................................................I-9

    I.E GLOSSARY OF TERMS.......................................................................................................I-9

II RADIONUCLIDES AT THE ROCKY FLATS PLANT........................................................II-1

    II.A PLUTONIUM ....................................................................................................................II-1

    II.B AMERICIUM-241 ($^{241}$Am) ..........................................................................................II-2

    II.C TRITIUM ($^{3}$H)...............................................................................................................II-2

    II.D CESIUM-137 ($^{137}$Cs) AND STRONTIUM-90 ($^{90}$Sr).............................................II-3

    II.E THORIUM............................................................................................................................II-3

    II.F URANIUM............................................................................................................................II-3

III BEHAVIOR OF PLUTONIUM IN THE HUMAN BODY ...............................................III-1

    III.A SOURCES OF INFORMATION......................................................................................III-1

        III.A.1 Organizations..............................................................................................................III-1

        III.A.2 Evolution of Consensus Models.................................................................................III-3

        III.A.3 Inhalation....................................................................................................................III-5

        III.A.4 Ingestion .....................................................................................................................III-7

    III.B METABOLISM IN THE BODY.........................................................................................III-8

    III.C PLUTONIUM METABOLISM AND AUTOPSY STUDIES ........................................III-10

    III.D PLUTONIUM IN PERSPECTIVE..................................................................................III-10

IV STANDARDS FOR RADIONUCLIDES IN AIR AND WATER.......................................IV-1

    IV.A BASES FOR PLUTONIUM STANDARDS......................................................................IV-1

    IV.B STANDARDS FOR PLUTONIUM-239 IN AIR .............................................................IV-3

    IV.C STANDARDS FOR PLUTONIUM-239 IN WATER.......................................................IV-5

**V ENVIRONMENTAL MONITORING PROGRAM** ................................................................ **V-1**

   V.A AIR MONITORING ........................................................................................ V-1

      V.A.1 Air Sampling .................................................................................. V-1

      V.A.2 Air Sample Analysis ....................................................................... V-11

      V.A.3 Recording Phase ............................................................................ V-14

      V.A.4 Sampling By the Colorado Department of Health (CDH) ......................... V-16

      V.A.5 Sampling by Health and Safety Laboratory ......................................... V-16

      V.A.6 Non-Routine Air Monitoring ............................................................ V-17

   V.B SURFACE AND DRINKING WATER MONITORING ................................................. V-18

      V.B.1 RFP Contractor Program .................................................................. V-18

      V.B.2 Sampling by the Colorado Department of Health .................................. V-22

      V.B.3 Other Environmental Sampling .......................................................... V-22

**VI ENVIRONMENTAL MONITORING DATA** ...................................................... **VI-1**

   VI.A AIR DATA ............................................................................................... VI-1

   VI.B WATER DATA ........................................................................................... VI-11

**VII COMPLIANCE WITH STANDARDS** .......................................................... **VII-1**

   VII.A PLUTONIUM-239 IN AIR .......................................................................... VII-1

   VII.B PLUTONIUM-239 IN SURFACE WATER ......................................................... VII-3

   VII.C OTHER RADIONUCLIDES IN AIR AND WATER .............................................. VII-6

**VIII RELEASES FROM THE ROCKY FLATS PLANT** ............................................ **VIII-1**

   VIII.A ROUTINE RELEASES ................................................................................ VIII-1

   VIII.B RELEASES FROM THE 903 PAD .................................................................. VIII-2

   VIII.C RELEASES DURING FIRES ......................................................................... VIII-4

   VIII.D OFF-SITE DOSE IMPLICATIONS OF RELEASES ............................................... VIII-4

   VIII.E ALTERNATE METHODS FOR ESTIMATING RELEASES ....................................... VIII-5

**IX THE CHEMRISK REPORT** .................................................................. **IX-1**

   IX.A STRUCTURE AND METHODS ....................................................................... IX-1

      IX.A.1 Task 1 Through Task 7 .................................................................. IX-1

      IX.A.2 Task 8: Dose Assessment For Historical Contaminant Releases From RFP ........... IX-9

   IX.B KEY FINDINGS ....................................................................................... IX-12

      IX.B.1 Doses ........................................................................................ IX-12

      IX.B.2 Uncertainty Calculations .................................................................. IX-13

IX.B.3 Estimated Risk..............................................................................................IX-14

IX.B.4 Summary ......................................................................................................IX-14

IX.C DISCUSSION OF CHEMRISK INVESTIGATIONS ..................................................IX-14

IX.C.1 Dosimetry ....................................................................................................IX-14

IX.C.2 Dose Conversion Factors for Enriched and Depleted Uranium..............................IX-15

IX.C.3 Foliar Deposition in the 903 Pad Dose Calculations...........................................IX-15

IX.C.4 Doses Calculated by ChemRisk Methods.........................................................IX-19

X RADIOLOGICAL ASSESSMENTS CORPORATION REPORTS ...................................X-1

X.A PHASE II TASKS................................................................................................X-1

X.B TASK 2 REPORTS...............................................................................................X-2

X.B.1 Verification Of Radionuclide And Chemical Release Estimates.............................X-2

X.B.2 903 Area Plutonium Source Term Development..................................................X-3

X.B.3 Characterization Of Surface Water Releases .....................................................X-3

X.B.4 Estimated Airborne Releases During the 1957 Fire............................................X-4

X.C TASK 3 REPORTS...............................................................................................X-4

X.C.1 Assessing Risks Of Exposure To Plutonium.....................................................X-4

X.C.2 Toxicity Assessment ...................................................................................X-4

X.C.3 Atmospheric Transport Model Evaluation.......................................................X-5

X.D TASK 4 REPORTS ..............................................................................................X-5

X.D.1 Evaluation Of Historic Environmental Data.....................................................X-5

XI FACILITY INVESTIGATION/REMEDIAL INVESTIGATION REPORT

FOR OU3 ..............................................................................................................XI-1

XI.A SCOPE ............................................................................................................XI-1

XI.B KEY FINDINGS ................................................................................................XI-1

XI.B.1 Characterization of OU 3 ............................................................................XI-1

XI.B.2 Sources of Contamination............................................................................XI-2

XI.B.3 Extent of Contamination in Environmental Media...........................................XI-3

XI.B.4 Identification of Chemicals of Concern..........................................................XI-4

XI.B.5 Future Exposure Scenarios...........................................................................XI-5

XI.B.6 Risk and Radiation Dose Evaluation.............................................................XI-5

XI.B.7 Comparison of OU 3 Related Doses to Background..........................................XI-6

XI.C CONCLUSION OF THE REPORT ........................................................................XI-6

XII DOSE RECONSTRUCTION..................................................................................XII-1

XII.A DOSE RECONSTRUCTION METHODOLOGY .......................................................XII-1

XII.A.1 Metabolic Factors and Dosimetry.................................................................XII-2

XII.A.2 Uncertainty Analysis....................................................................................XII-5

XII.A.3 The RESRAD Code in Preliminary Dose Assessments ...........................XII-7

XII.A.4 Demographic Information Sources...........................................................XII-8

XII.A.5 Definition of Terms...................................................................................XII-8

XII.B CHEMRISK DOSE ASSESSMENT.....................................................................XII-9

XII.B.1 Limitations in the Use of Published Task 8 Dose Estimates.....................XII-9

XII.B.2 Estimation of Class Representatives' Doses  by Published ChemRisk Doses.......XII-10

XII.B.3 Estimation of Class Representatives' Doses  by ChemRisk Methods....................XII-13

XII.C DOSE RECONSTRUCTIONS BASED ON ENVIRONMENTAL DATA..............XII-14

XII.C.1 Applicable Environmental Data ..............................................................XII-15

XII.C.2 Dose Estimation Methods .......................................................................XII-21

XII.C.3 Implications for Class Representatives...................................................XII-24

XII.C.4 Summary ..................................................................................................XII-27

XII.D TISSUE DATA.....................................................................................................XII-28

XII.D.1 Plutonium Due To Fallout From Weapons Tests .....................................XII-29

XII.D.2 Plutonium In The Tissues Of Residents in the Area Around Rocky Flats .........XII-29

XII.E COMPARISON OF DOSE PROJECTIONS...........................................................XII-30

XIII RISK.................................................................................................................. XIII-1

XIII.A DIRECT DOSE COMPARISONS ............................................................... XIII-1

XIII.B DOSE AND RISK ...................................................................................... XIII-2

XIII.B.1 Dose Unit ............................................................................................. XIII-2

XIII.B.2 Sources of Information .......................................................................... XIII-3

XIII.B.3 Extrapolation to Lower Doses.............................................................. XIII-3

XIII.B.4 Theoretical dose and risk relationships ............................................... XIII-4

XIII.C INDIVIDUAL RISK PROJECTIONS........................................................... XIII-4

XIII.D POPULATION RISK PROJECTIONS........................................................... XIII-5

XIII.D.1 Population Data...................................................................................... XIII-5

XIII.D.2 Dose Data .............................................................................................. XIII-6

XIII.D.3 Theoretical Risk .................................................................................... XIII-7

XIII.E CONCLUSIONS........................................................................................... XIII-9

XIV REFERENCES.................................................................................................XIV-1

XIV.A DOCUMENTS CITED................................................................................. XIV-1

XIV.B DOCUMENTS RELIED UPON FOR REPORT ......................................... XIV-9

## EXECUTIVE SUMMARY

The environment near the Rocky Flats Plant has been studied extensively for many years. Research personnel included the plant staff, the Colorado Department of Health, groups from various universities and in recent years, numerous other researchers under the aegis of the State, Department of Energy and others. From all this work and the work that is reflected in the balance of this report, I have concluded that:

1) The environmental levels of plutonium in the off-site areas of the Rocky Flats Plant are so small as to present no credible risk to the people who reside there.

2) Because of its long half-life and low mobility in the environment, plutonium that found its way off-site will tend to stay in place for a long time. While on or near the surface, some of it can be transported by resuspension from wind action or mechanical disturbance, but the fraction of it that moves is generally very small. With time, a few years for example, the plutonium moves downward into the soil, demonstrating an exponential profile with depth. If significant amounts of plutonium got off-site, it should still be there to be found and measured.

3) The maximum concentrations of plutonium in the environment around the Rocky Flats Plant are found to the east-southeast of the 903 pad. This plutonium was distributed in a plume fashion in this direction by wind. At Indiana Street, the site boundary, the concentration is so low as to yield a maximum dose, based on scientific consensus methodology, of a few millirem per year.

4) Based on the highest soil concentrations in the class area, and using the latest scientific consensus dose assessment methods, the maximum dose to a hypothetical individual exposed to that soil is in the range of a few millirem per year, effective dose. The maximum credible dose to any actual person is much less than this maximum dose.

5) The low doses estimated for nearby residential exposures are well below the $10^{-4}$ risk level used by the Environmental Protection Agency to identify sites requiring remediation.

6) Routine operations did not contribute significant amounts of plutonium to the surrounding environment. The small amount of airborne Rocky Flats plutonium that has migrated off the site comes primarily from three separate incidents. The largest fraction of off-site plutonium came from resuspension of soil from the 903 Pad. The next largest source was from the 1957 fire, followed by the 1969 fire.

7) Radioactive materials from the Rocky Flats Plant that escaped beyond the plant boundaries were and are in concentrations too low to present a risk to human health.

8) The RFP environmental monitoring program was and is capable of detecting radioactivity around the plant in a manner that can be used for reconstruction of doses to the plaintiffs and evaluation of compliance with applicable standards. There has never been an indication that public health was at increased risk from radioactivity attributable to the Rocky Flats Plant.

After carefully reviewing known data and applying conservative assumptions and models to obtain doses to individuals that could have been living in the vicinity of the Rocky Flats Plant, it is found that the maximum credible effective dose to any individual over a lifetime is far below the natural background radiation dose of the area for a single year and poses no demonstrable increase in risk to members of the class.

# 1   HUMAN EXPOSURE TO IONIZING RADIATION

Humans are exposed to ionizing radiation everywhere on the earth.  Radiation comes from space, the terrestrial environment, the body and manmade sources.

## I.A   BACKGROUND RADIATION

Natural radiation and radioactivity in the environment together provide the major source of human radiation exposure.  Natural radiation in the environment is from terrestrial radioactivity and extra-terrestrial sources.  Terrestrial radioactivity includes primordial radionuclides and cosmogenic radionuclides.

### I.A.1   Terrestrial Radioactivity

#### I.A.1 a)   PRIMORDIAL RADIONUCLIDES

Primordial radionuclides are those radionuclides that were formed or present at the origin of the earth.  The primordial radionuclides include those that exist within three decay series of natural radionuclides: the uranium series, the actinium series, and the thorium series.  The most important non-series primordial radionuclide is potassium-40 ($^{40}$K).  It is present in the earth's surface as well as in nearly in all living things on the earth.  The three natural decay series are depicted schematically in Figure 1-1, Figure 1-2, and Figure 1-3.[1]  Many of the radionuclides in these three series emit alpha particle radiation (indicated by a vertical decay arrow) and have very long half-lives.

Three isotopes of radon (Rn) gas exist, $^{222}$Rn, $^{220}$Rn, and $^{219}$Rn, also named radon, thoron, and actinon, respectively.  Each of these isotopes is a member of one of the three natural decay series.  Radon-222, with a half-life of 3.8 days, is the only one of the three isotopes that is of interest for human exposures because it exists long enough to migrate from the naturally-occurring source in soil to the open air.  The half-lives of the other two isotopes are much shorter effectively preventing migration from the soil to expose people.  Slightly over half of the average annual radiation dose is contributed from inhaled airborne radon and associated radon decay products.[2]  Naturally-occurring radon gas is the principle source of radioactivity in air.

---

[1] Friedlander, G., et. al. 1981, "Nuclear and Radiochemistry", John Wiley & Sons, New York, NY, 1981.

[2] NCRP(1987), National Council on Radiation Protection and Measurements, "Ionizing Radiation Exposure of the Population of the United States", NCRP Report No. 93, Bethesda, MD, September 1, 1987.



**Figure I-1**
**Uranium Series**



Figure 1-2
Uranium Series



Figure I-3
Thorium Series

### I.A.1 b)  ROUTES OF EXPOSURE

Human exposure to terrestrial radioactivity is via external exposure from naturally occurring radioactive material in soil and rock, inhalation of radioactive material in air and exposure from radioactive material in the body. The estimated total effective dose equivalent rate for a member of the population in the United States is approximately 28 mrem/yr, 200 mrem/yr, and 40 mrem/yr from external exposure, inhalation, and internal exposure, respectively [3]

### I.A.2  Extra-Terrestrial Sources

### I.A.2.a)  EXTRA-TERRESTRIAL RADIATION

Extra-terrestrial or cosmic radiation refers both to the primary energetic particles from space that strike the earth's atmosphere and to the secondary radiations generated by their interaction with the atmosphere. Cosmogenic radionuclides are produced by interactions of cosmic radiation with atoms in the atmosphere or in the earth. Cosmic radiation consists of very high energy charged particles, primarily protons, from extra-terrestrial sources that strike the earth's atmosphere and generate secondary radiations that penetrate to ground level. The primary radiation itself consists of two components "galactic' particles externally incident on the solar system and particles emitted by the sun.[4]

### I.A.2 b)  ROUTES OF EXPOSURE

Human exposure to cosmic radiation is from external exposure. It delivers an average dose equivalent to the United States population of approximately 27 mrem/yr [3] The dose equivalent from ingestion and inhalation of cosmogenic radionuclides is about 1 mrem/yr.[5]

## I.B  MANMADE SOURCES OF IONIZING RADIATION

The public is exposed to ionizing radiation from nuclear power generation, consumer products, medical diagnosis and therapy and from miscellaneous environmental sources.

### I.B.1  Nuclear Power Generation

Operation of nuclear power plants result in the irradiation of some members of the public from releases of radionuclides to the atmosphere and to bodies of water, and from direct gamma radiation emitted from those facilities. Public exposure may result from the entire fuel cycle. In

---

[3] NCRP(1987a). National Council on Radiation Protection and Measurements, "Exposure of the Population in the United States and Canada from Natural Background Radiation", NCRP Report No. 94, December 30, 1987, p. 148, Table 9.7.

[5] Inid

the United States, the nuclear fuel cycle consists of uranium mining, uranium milling, uranium hexafloride production, uranium-235 enrichment, uranium oxide fuel fabrication, power production, fuel reprocessing (currently limited to military operations), and low- and high-level radioactive waste management. [5] The entire fuel cycle contributes only a small fraction of the total annual average effective dose to the U.S. population.

## I.B.2 Consumer Products

A number of consumer products emit ionizing radiation or contain radioactive material. "Examples include radioluminous products containing $^2$H, $^{147}$Pm or $^{226}$Ra, gas and aerosol (smoke) detectors containing $^{241}$Am, static eliminators containing $^{210}$Po, and airport x-ray baggage inspection systems. In other cases, such emissions are incidental or extraneous to the purpose for which the consumer product was designed. Examples include television receivers (potential sources of low energy X rays), tobacco products containing $^{210}$Pb and $^{210}$Po, combustible fuels and building materials containing members of the U and Th decay series and gas mantles, camera lenses and welding rods containing thorium." [6] Use of consumer products are estimated to deliver 5 to 13 mrem/yr. average dose equivalent to a member of the Unites States population. [8]

## I.B.3 Medical Diagnosis and Therapy

Radiation is one of the principle tools of diagnostic medicine and of cancer treatment. Thus, the exposure of patients is deliberate and the motivation for medical and dental use is to directly benefit the individuals involved. [7] Medical exposure results from external exposure from radiation producing machines (x ray machines and accelerators) and external and internal exposure from radioactive material used in nuclear medicine. Medical use of radiation gives an average dose equivalent to the United States population of approximately 53 mrem/yr. [8]

## I.B.4 Miscellaneous Environmental Sources

Miscellaneous environmental sources contribute only a small fraction of the total annual average effective dose to the U.S. population. Miscellaneous environmental sources include Department of Energy (DOE) facilities, Nuclear Regulatory Commission (NRC) licensed and

---

[5] NCRP(1987), National Council on Radiation Protection and Measurements, "Ionizing Radiation Exposure of the Population of the United States", NCRP Report No. 93, Bethesda, MD, September 1, 1987, p. 23.

[6] Ibid., p.29

[7] Ibid., p 41

[8] Ibid., p. 53, Table 8.1.

non-DOE federal facilities excluding nuclear fuel cycle facilities, and certain mineral extraction industry facilities. [9]

Another miscellaneous environmental source is global fallout from nuclear weapons testing. Fallout, can be divided into three broad classes: local, regional, and global. Local fallout consists mainly of larger particles deposited within hours of a detonation. Regional fallout consists of smaller particles that remain airborne in the troposphere for hours to days until brought to the surface by precipitation (rain-out) or by dry deposition. Global fallout consists of material injected into the stratosphere by the detonation. Fallout can remain in the stratosphere for months, circling the globe numerous times before returning to the troposphere, where it is brought to the ground fairly quickly by precipitation and the relatively rapid mixing characteristic of the troposphere. Global fallout is a mixture of the radioactive products produced during nuclear weapon detonation and the materials of construction of the weapons. Table I-1 lists the important constituents in fallout

Table I-1
Important Radionuclides in Fallout

| Radionuclide | Half-life [10] |
|---|---|
| Cs-137 | 30 yr. |
| Sr-90 | 29 yr. |
| Pu-238 | 88 yr. |
| Pu-239 | 24,100 yr |
| Pu-240 | 6580 yr. |
| Pu-241 | 14 yr |
| Am-241 | 433 yr. |

## I.C EXPOSURE FROM ALL SOURCES

The total average dose equivalent to a member of the U.S. population is approximately 360 mrem/yr. Figure I-4 shows the relative magnitude of sources of ionizing radiation exposure to the US population.

## I.D RADIOLOGICAL ENVIRONMENT IN THE COLORADO FRONT RANGE

Dose equivalent rates from environmental sources of radiation vary with location, altitude and period when the exposure occurred. Rocky Flats Plant (RFP) is at an elevation greater than 5000 ft. and in an area with generally above-average levels of natural radioactivity in soil. Thus,

---

[9] Ibid., p. 35.

[10] GE(1989).General Electric Company, "Nuclides and Isotopes-Fourteenth Edition-Chart of the Nuclides", San Jose, CA 1989.



**Figure 1-4**
**Percentage Contribution of Various Radiation Sources to the Total**
**Average Effective Dose Equivalent in the U.S. Population** [11]

the radiation exposure of people along the Front Range is higher than some areas such as the coastal regions of the U.S.

The major source of plutonium in air is fallout. Global and regional fallout tends to be higher on the leeward side of mountain ranges. The prevailing westerly winds cause increased mixing of upper and lower air masses above the Rockies, resulting in relatively higher ground-level fallout concentrations on and near the eastern slopes such as in the vicinity of Rocky Flats. [12]

The cessation of above-ground nuclear weapons testing has greatly reduced the concentration of plutonium in air as illustrated in Figure I-5.

---

[11] NCRP(1987). National Council on Radiation Protection and Measurements, "Ionizing Radiation Exposure of the Population of the United States", NCRP Report No. 93, Bethesda, MD, September 1, 1987. p. 55, Figure 8.1.

[12] Perkins, R.W. and Thomas, C.W. "Worldwide Fallout", in: Transuranic Elements in the Environment, W.C. Hanson, ed. USDOE, 1980, figure 3, p.68



**Figure I-5**
**Plutonium Concentration In Air In Denver [13]**

### I.D.1   External Exposure

The external exposure rate in the Denver area is about 50% higher than the U.S. national average because of higher cosmic-ray and terrestrial contributions. [14]  The higher cosmic component is due to the altitude of ground level; the high terrestrial component is due to high levels of naturally-occurring radionuclides in soil and rock.

### I.E   GLOSSARY OF TERMS

**Absorbed dose** - As it travels through matter, ionizing radiation transfers some of its energy to its surroundings. The energy transferred is the absorbed dose to that matter. The amount of absorbed dose is expressed quantitatively in units of rads (radiation absorbed dose) or Grays (Gy)

**Background Radiation** - The amount of ionizing radiation to which a person is exposed from natural sources, including naturally occurring radionuclides in the soil and the body, and ubiquitous distribution of artificial radioactivity, e.g., global fallout from weapons testing

---

[13] Pan , V. and Stevenson, K.A., "Temporal Variation Analysis of Plutonium Baseline Concentration in Surface Air from Selected Sites in the Continental US". J. *Environ. Radioactivity* 32 pp.239-257, 1996.

[14] NCRP(1987a). National Council on Radiation Protection and Measurements, "Exposure of the Population in the United States and Canada from Natural Background Radiation", NCRP Report No. 94, December 30, 1987.  p. 131.

**Becquerel (Bq)** - The new quantitative measure of radioactivity. A becquerel is defined as one nuclear disintegration per second (1 dps).

**Committed Effective Dose** - The amount of effective dose that will ultimately be delivered to a person because of an intake of radioactive material. It may take many years for all of the effective dose inherent in an intake to be delivered to the body. The term *Committed Effective Dose Equivalent (CEDE)* is an older synonym.

**Curie (Ci)** - The old quantitative measure of radioactivity. A curie (Ci) is defined as $3.7 \times 10^{10}$ nuclear disintegrations per second, roughly equal to the activity of one gram of radium-226 during one minute.

**Decay Series** - Decay series refers to a succession of radioactive atoms, each of which transforms by radioactive disintegration into the next until a stable atom results. This is also refereed to as the "decay chain". The initial radioactive atom is called the "parent" and subsequent radioactive atoms in the chain are called "daughters" or "progeny".

**Dose** - The energy transferred by ionizing radiation to a unit mass of matter. The unit of absorbed dose is the *gray* (Gy) which is defined as the absorption of one joule of ionizing radiation energy per kilogram of matter. The older unit, the *rad*, is equal to 0.01 Gy.

**Dose Equivalent** - The concept of dose equivalent focuses attention on the biological effect, instead of the absorbed dose. Different types of radiation interact differently with matter as they pass through tissue. Therefore, the same amount of absorbed dose (energy) from different types of radiation does not necessarily result in the same biological effects. The dose equivalent concept allows the comparison or expression of the biological effects caused by different types of radiation. The dose equivalent is defined as the product of the absorbed dose to the tissue of interest and the quality factor (QF) of the radiation that delivered the absorbed dose. Dose equivalent is expressed quantitatively using units of rem or sievert (Sv).

**Effective Dose** - The biological effect resulting from a specific dose also depends on the particular tissue or organ irradiated. The effective dose is a quantity that accounts for various doses to various tissues in the body. This is important because uniform radiation of the whole body is rare. The factor by which the equivalent dose in a given tissue is weighted is called the "tissue weighting factor". The effective dose is the sum of the weighted equivalent doses in all tissues and organs of the body. The unit of effective dose is the sievert (Sv). The older unit, the *rem*, is equal to 0.01 Sv.

**Gray** - A gray is a unit of measurement used to quantify the amount of energy transferred to matter by ionizing radiation. It is equivalent to one (1) joule of energy per one (1) kilogram of matter (1 Gray = 100 rads).

**Half-Life** - The time taken for the activity of a radionuclide to lose half its value by radioactive decay.

**Intake** - the process by which radioactive material is taken into the body by any means. The most common modes of intake in environmental dose reconstructions are inhalation and ingestion, although absorption through the skin can be important in some situations.

**Quality Factor (QF)** - The quality factor accounts for the different abilities of various types of radiation in producing biological effects. The probability of having such effects depends not only on the magnitude of the dose, but also on the type and energy of the radiation causing that dose. For example, the effectiveness of a dose of alpha particle radiation is 20 times that of the same dose produced by X or $\gamma$ rays; alpha radiation has a QF of 20.

**Orders of Magnitude -**

| Factor | Prefix | Symbol |
|--------|--------|--------|
| $10^6$ | mega | M |
| $10^3$ | kilo | k |
| $10^{-3}$ | milli | m |
| $10^{-6}$ | micro | $\mu$ |
| $10^{-9}$ | nano | n |
| $10^{-12}$ | pico | p |
| $10^{-15}$ | femto | f |
| $10^{-18}$ | atto | a |

**Rad** - A rad is a unit of measurement used to quantify the amount of energy transferred to matter by ionizing radiation. It is equivalent to 100 ergs of energy deposited per gram of mass. (rad = 0.01 Gray).

**Radioactivity** - Some atoms naturally undergo spontaneous disintegration. This characteristic instability is called radioactivity. Radioactivity is quantitatively expressed in becquerels or curies.

**Radiation** - Radiation refers to the emission and propagation of energy (in the form of particles or rays) which accompanies the spontaneous disintegration of radioactive atoms.

**Rem** - The rem is a unit of "dose equivalent". The new unit of dose equivalent is sievert (Sv) which is equal to 100 rem.

**Roentgen (R)** - The roentgen (R) is the unit of radiation "exposure" and is related to the ability of X rays and $\gamma$-rays to producing ionization of air. If more X or $\gamma$-rays are traversing in air, more interactions occur with the atoms in the air, and higher the "exposure". The roentgen

measures the amount of electrical charge produced as a result of these ionizations in a given mass of air. By definition, one roentgen equals $2.58 \times 10^{-4}$ coulombs of charge per kg of air.

**Scenario** - A set of assumptions dealing with exposure conditions. In the absence of specific information, scenarios are used to estimate doses to hypothetical individuals. A number of standard scenarios have evolved over the years, including the "resident" and "resident-farmer" scenarios.

**Sievert (Sv)** - The seivert is the new unit of "dose equivalent". The older unit of dose equivalent is rem which is equal to 0.01 Sv.

**Weighting Factor** - A risk-based factor assigned to an organ system by which organ doses can be related to doses to the whole body. For example, a weighting factor of 0.12 assigned to lung doses implies that a dose of one sievert to the lung (only) carries the same theoretical risk as a dose of 0.12 sievert evenly distributed over the entire body.

## II  RADIONUCLIDES AT THE ROCKY FLATS PLANT

The presence of man-made radioactive materials at the RFP has been documented
throughout its operational history   The principle radionuclide handled at the facility was
plutonium-239 ($^{239}$Pu)   This section describes briefly why the radionuclides were handled at the
plant, where they originated, and what chemical forms they take in the environment today   The
physiological properties of the various chemical forms of plutonium, americium, and tritium are
discussed further in Chapter III.

### II.A  PLUTONIUM

Rocky Flats Plant site had two main historical missions during the period of operations
from 1952 until 1990, the production of triggers for nuclear weapons and processing retired
weapons for plutonium recovery   The plutonium triggers, also know as pits are the first-stage
fission bombs used to set off the second-stage fusion reaction in hydrogen bombs   Plutonium has
historically been imported from the Hanford Reservation in Washington State and Savannah River
Plant in South Carolina, and is also recovered at Rocky Flats from retired warheads and
manufacturing residues   Parts are formed and machined from plutonium, uranium, beryllium,
stainless steel, and various other materials. [1]

Weapons-grade plutonium is primarily composed of $^{239}$Pu, the isotope of plutonium
responsible for fission in the component   Weapons-grade plutonium is also known as
"production-grade" and "low-exposure grade"   Other isotopes of plutonium exist in weapons-
grade plutonium because they are produced along with $^{239}$Pu in the reactor and cannot be
chemically separated   The percentages in Table II-1 are typical for plutonium 10 years after
production.

---

[1] ChemRisk (1992), "Reconstruction of Historical Rocky Flats Operations & Identification of Release Points", Alameda, CA
August 1992.

**Table II-1**
**Composition of RFP Weapons-grade Plutonium**

| Isotope | Weight Fraction [2] | Half Life | Activity Fraction [3] |
|---------|---------------------|-----------|------------------------|
| Pu-238 | 0.01% | 88 years | 0.39% |
| Pu-239 | 93.80% | 24100 years | 13.13% |
| Pu-240 | 5.80% | 6560 years | 2.98% |
| Pu-241 | 0.36% | 14 years | 83.50% |
| Pu-242 | 0.03% | 375000 years | negligible |

## II.B  AMERICIUM-241 ($^{241}$Am)

As plutonium metal ages, $^{241}$Am is produced continuously from the decay of $^{241}$Pu, building up in the plutonium and reaching maximum activity after approximately 50 years.[4] $^{241}$Am was separated from plutonium and recovered for its commercial value in smoke detectors and other applications from the late 1950s to the late 1970s when demand for americium was high.[3] $^{241}$Am is also removed to reduce dose rates since it is the major source of the external dose rate in "old" plutonium. Environmental levels of $^{241}$Am generally follow those of plutonium because of the decay relationship with $^{241}$Pu.

## II.C  TRITIUM ($^3$H)

Tritium, a radioactive isotope of hydrogen, was typically not handled at the plant. Tritium was released in 1973 during processing recycled scrap plutonium where tritium was an unknown contaminant. This resulted in the release of an estimated 500 to 2000 curies of tritium from the site.[6] A smaller release occurred in 1968.[6] Once in the environment, tritium will be rapidly converted to water vapor, becoming easily transportable through environmental media.[7]

---

[2] DOE (1980), US Department of Energy, "Final Environmental Impact Statement, Volume 1 of 3", DOE/EIS-0064, Washington, DC, 1980, p. 2-170.  R.G. DelPizzo, J.B. Owen, and E.A. Putzer published percentages by mass of 0.04% Pu-238, 93.341% Pu-239, 6.1% Pu-240, 0.586% Pu-241, and 0.04% Pi-242, which produce comparable activities.

[3] Calculated from the weight fraction using the half-lives listed.

[4] Calculation based on Cember, H., "Introduction to Health Physics 2nd Edition", Pergamon Press, New York, N.Y., 1989, p. 93.

[5] ChemRisk (1992) "Reconstruction of Historical Rocky Flats Operations & Identification of Release Points", Alameda, CA, August 1992, p. 69.

[6] Ibid., p. 241-243.

[7] Till (1983) Till, J. F. & Meyer, H. R., "Radiological Assessment", U.S. Government Printing Office, Washington, DC, September, 1983.

## II.D   CESIUM-137 ($^{137}$Cs) AND STRONTIUM-90 ($^{90}$Sr)

Numerous fission products are produced in the uranium targets used in reactors to breed plutonium. The two radionuclides of primary concern in the targets are $^{137}$Cs and $^{90}$Sr because of their long half-lives and high yield from fission. Because of the high purity of weapons-grade plutonium, nearly all fission products are separated from the plutonium prior to shipment to RFP. Small amounts of fission products were produced at RFP during criticality experiments in the Critical Mass Laboratory, Building 886. Fission products from this source are not discernible in the off-site environment because of the very small quantities generated during the experiments and the lack of emissions of fission products from metal and compacted powder test specimens. These small quantities were further attenuated before reaching the outside air by the multistage, high-efficiency particulate air (HEPA) filtration on the building's ventilation exhaust. [8]

### II.E   THORIUM

Thorium is a naturally-occurring radioactive material contained in soil. Thorium-232 is the main constituent of natural thorium which has a very low radioactive content per gram (specific activity) because of its very long half-life of 14 billion years. The primary use of thorium at RFP was the fabrication of metal parts from thorium and thorium alloys. [9]

### II.F   URANIUM

Uranium is a naturally-occurring radioactive material present in the soil. Uranium-238 ($^{238}$U) is the most abundant isotope of uranium on a mass basis and it is the parent radionuclide in the uranium natural decay series. Natural uranium contains three isotopes. $^{234}$U, $^{235}$U, and $^{238}$U in the mass fractions of 0.0055%, 0.72%, and 99.27%, respectively.[10] $^{238}$U has a very low specific activity because of the long half-life of 4.5 billion years. Enriched uranium (AKA oralloy) is enriched in $^{235}$U compared to natural uranium. Conversely, depleted uranium (AKA DU) is depleted in $^{235}$U compared to natural uranium. The primary use of depleted and enriched uranium at RFP was the fabrication of metal parts from uranium metal and uranium metal alloys. Depleted uranium was also processed to manufacture tank armor. Some work at RFP was also conducted with $^{233}$U and $^{236}$U. [11]

---

[8] ChemRisk (1992) "Reconstruction of Historical Rocky Flats Operations & Identification of Release Points", Alameda, CA. August 1992, p. 92-93.

[9] Ibid., p. 125.

[10] GE (1989) General Electric Company, "Nuclides and Isotopes, 14th edition", San Jose, CA. 1989.

[11] ChemRisk (1992) "Reconstruction of Historical Rocky Flats Operations & Identification of Release Points", Alameda, CA. August 1992, p. 133.

## III  BEHAVIOR OF PLUTONIUM IN THE HUMAN BODY

The amount of radiation dose delivered consequent to the intake of a quantity of radioactive material depends on the behavior of the material in the body, as well as on the radiological properties of the material. Dose to a particular organ depends on the fraction of the intake that is taken up by the organ, as well as the length of time the material remains in the organ, once taken up. The behavior of plutonium in mammals has been studied to determine the amount of dose associated with plutonium intakes, and to develop methods to determine past intakes on the basis of measurements made in excreted materials. Information developed in the course of these studies has been reviewed and synthesized by recommending organizations such as the International Commission on Radiological Protection (ICRP) and the National Council Radiological Protection and Measurements (NCRP). Information about the uptake, transport, and metabolism of plutonium and other transuranic elements has been expressed in the form of equations and mathematical models that relate intake, uptake, deposition, transport, and excretion. Models developed by recommending organizations serve as the basis for dose calculations and for establishing limits on concentrations in air, water, and other media.

## III.A  SOURCES OF INFORMATION

Research concerning Pu metabolism has been reviewed and summarized by a number of authors and scientific bodies over the years. The comprehensive reviews and analyses conducted by the ICRP[1, 2, 3] are particularly noteworthy because of their importance in establishing consensus practices and standards.

### III.A.1  Organizations

#### *The International Commission on Radiological Protection*

The ICRP founded in 1928 as the International X-ray and Radium Protection Committee, has established the basic pattern for radiation protection recommendations that have gone into use throughout the world.[4] The ICRP was reorganized and expanded in 1950, and adopted its present name at that time. The ICRP works closely with its sister body, the International Commission on

---

[1] International Commission on Radiological Protection, "The Metabolism of Plutonium and Other Actinides" ICRP Publication 19, Pergamon Press, Oxford, England, 1972

[2] International Commission on Radiological Protection, "The Metabolism of Plutonium and Related Elements" ICRP Publication 48, Pergamon Press, Oxford, England, 1986.

[3] International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides. Part 2," ICRP Publication 67, Appendix B, Pergamon Press, Oxford, England, 1994.

[4] Taylor, L.S., "History of the International Commission on Radiological Protection (ICRP)", Health Physics 1:97-104, 1958.

Radiation Units and Measurement (ICRU), and has official relationships with the World Health
Organization and the International Atomic Energy Agency.

The mission of the ICRP is to advance for the public benefit the science of radiological
protection, in particular by providing recommendations on all aspects of radiation protection. In
preparing its recommendations, the Commission considers the fundamental principles and
quantitative bases upon which radiation protection measures can be established, while leaving to the
various national protection bodies the responsibility of formulating the specific advice, codes of
practice, or regulations that are best suited to the needs of their individual countries. The
Publications of the ICRP serve as consensus scientific reference materials and sources of radiation
protection recommendations.

### *The National Council on Radiation Protection and Measurements*

The NCRP was established in 1929 as the "Advisory Committee on X-ray and Radium
Protection", with members representing the National Bureau of Standards, the American Roentgen
Ray Society, the Radiological Society of North America, the American Medical Association, and
various manufacturers of X-ray equipment.[5] The committee's activities were centralized at the
National Bureau of Standards, in part because of the programs and facilities extant at the NBS. As
its first undertaking, the committee prepared recommendations for x-ray protection, published as
National Bureau of Standards Handbook 15 in May, 1931. This was followed by NBS Handbook
18 on radium protection, published in March of 1934. Following World War II, the NCRP was
expanded to include members from the U.S. Public Health Service and the Manhattan District, and
the Armed Forces. The name "National Committee on Radiation Protection and Measurements"
(NCRP) was adopted, and the coordinating role of the NBS was reaffirmed. The Atomic Energy
Commission (AEC) requested the NCRP to make studies and prepare codes of practice that could
provide a basis for AEC operations. The reliance of the AEC on the NCRP as the source of codes
and standards for protection of workers and the public is noted throughout the AEC Manual
Chapters.

In 1964, the NCRP was chartered by the U.S. Congress as the National Council on
Radiation Protection and Measurements to:

- Collect, analyze, develop, and disseminate in the public interest information and
  recommendations about (a) protection against radiation and (b) radiation measurements,
  quantities and units, particularly those concerned with radiation protection;

---

[5] Taylor, L.S., "Brief History of the National Committee on Radiological Protection and Measurements (NCRP) Covering the
Period 1929-1946", Health Physics 1:3-10, 1958.

- Provide a means by which organizations concerned with the scientific and related aspects of radiation protection and of radiation quantities, units, and measurements may cooperate for effective utilization of their combined resources, and to stimulate the work of such organizations;

- Develop basic concepts about radiation quantities, units, and measurements, about the application of these concepts, and about radiation protection;

- Cooperate with the International Commission on Radiological Protection, the International Commission on Radiological Units and Measurements, and other national and international organizations, governmental and private, concerned with radiation quantities, units, and measurements, and with radiation protection.

## III.A.2   Evolution of Consensus Models

The current scientific consensus on the behavior of plutonium in the human body  is described in a series of recent publications by the ICRP. Models describing the behavior of plutonium (and other elements) in the respiratory system and in the digestive tract are linked to a model describing behavior in the organs to produce the age-dependent effective doses for inhalation and ingestion summarized in ICRP Publication 72.[6] Age-dependent effective and organ dose equivalents for inhalation are presented in ICRP 71, [7] while age-dependent effective and organ dose equivalents for ingestion are tabulated in ICRP Publications 67[8] and 69[9]. The respiratory system is modeled in ICRP Publication 66.[10] The biokinetic model describing the distribution, retention, and excretion of plutonium and americium is presented in Appendix B of ICRP Publication 67. The current scientific consensus model was preceded by a series of increasingly complex models that were used in turn over the years to relate intakes to dose and to quantities measured in excreta.

---

[6] International Commission on Radiological Protection, "Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 5: Compilation of Ingestion and Inhalation Dose Coefficients" ICRP Publication 72, Pergamon Press, Oxford, England, 1996

[7] International Commission on Radiological Protection, "Age-dependent Doses to Members of the Public from Intake of Radionuclides: Part 4: Inhalation Dose Coefficients" ICRP Publication 72, Pergamon Press, Oxford, England, 1995

[8] International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 2," ICRP Publication 67, Pergamon Press, Oxford, England,1994

[9] International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 3," ICRP Publication 69, Pergamon Press, Oxford, England,1995.

[10] International Commission on Radiological Protection, "Human Respiratory Tract Model for Radiological Protection" ICRP Publication 66, Pergamon Press, Oxford, England, 1994.

### III.A.2.a)  ICRP Publication 2 and Preceding Models

The ICRP Publication $2^{11}$ dosimetry system provided guidance on limiting radiation doses due to radioactive materials taken into the body (internal emitters). Concentrations of radionuclides in air and water were to be limited to those levels that would produce an acceptable steady-state body burden in the critical organ. The system divided compounds into two classes: soluble (S) and insoluble (I). The fraction of ingested materials absorbed from the GI system (designated $F_1$) was tabulated separately for "S" and "I" forms of nuclides. Inhaled nuclides in particulate form were also divided into two groups depending on the solubility of the particles. Doses to various organs were calculated for steady-state body burdens for soluble and insoluble ingested material and for soluble and insoluble inhaled material.

### III.A.2.b)  ICRP Publications 30 and Related Models

In 1964 the ICRP appointed a Task Group on Lung Dynamics (TGLD) to review the lung model used in ICRP Publication 2. A revised lung model incorporating an improved scheme for estimating dust deposition and clearance was published in 1966.[12]  Deposition was described for three anatomical compartments: the nasopharyngeal, tracheobronchial, and the pulmonary.  In the new lung model, materials were divided into three inhalation classes (D, W, and Y), rather than the two solubility groups (soluble and insoluble) used previously (see section III.A.3.b). The new model was adopted in ICRP Publication 30,[13] which introduced a number of new concepts, including the committed dose.[14]  Although the lung model had three distinct anatomical regions, lung doses calculated by the ICRP Publication 30 method were averaged over the entire mass of blood-filled lungs.

In 1985 the NCRP issued Report No. 84, in which the ICRP Publication 30 internal dosimetry system was reviewed and evaluated.[15]  Also in 1985, Department of Energy (DOE) facilities were directed to use the ICRP Publication 30 approach to determine compliance with

---

[11] International Commission on Radiological Protection, "Report of Committee II on Permissible Dose for Internal Radiation (1959)", ICRP Publication 2, Pergamon Press, Oxford, England, 1960.

[12] Task Group on Lung Dynamics, "Deposition and Retention Models for Internal Dosimetry of the Human Respiratory Tract", Health Physics 12, 173-207, 1966.

[13] International Commission on Radiological Protection, "Limits for Intakes of Radionuclides by Workers," ICRP Publication 30, Part I, Pergamon Press, Oxford, England, 1979.

[14] The committed dose concept attributed all the dose that would eventually be delivered due to an intake of radioactive material to the time of intake.

[15] National Council on Radiation Protection and Measurements, "General Concepts for the Dosimetry of Internally Deposited Radionuclides," NCRP Report No. 84, Bethesda, Maryland, 1985.

environmental dose standards[16]. Dose conversion factors based on this system were published by the DOE in 1988[17] and by the EPA in Federal Guidance Report No. 11.[18] Age-dependent dose conversion factors for intakes in the general environment were published in ICRP Publication 56[19].

### III.A.2.c) ICRP PUBLICATONS 66 THROUGH 72

The ICRP has replaced the Publication 30 dosimetry system with a new system described in ICRP Publications 66-72. The new system represents the current scientific consensus for relating the intake of radioactive materials to dose on a population basis. In the new system, the organ weighting factors published in ICRP Publication 60[20] replace the weighting factors used in ICRP Publication 30.[21] A new model of the respiratory tract was issued in Publication 66, a revised biokinetic model for plutonium was described in Appendix B of Publication 67, and a system for determining absorption types was described in Annex D of Publication 71. The revised lung model is considerably more complex than the 1966 TGLD model used in the ICRP Publication 30 dosimetry system. Some aspects of the new model are discussed below.

### III.A.3 INHALATION

Both the size and the solubility of an inspired particle affect the amount of radiation dose that will ultimately be delivered by radionuclides contained in the particle. Size is relatively less important for soluble particles because highly soluble materials do not need to reach the alveolar region of the lung in order to reach the blood stream, they can enter the bloodstream in the nasal passages or the upper respiratory tract. Less soluble particles deposited in the nasal passages or upper respiratory tract tend to be cleared from the respiratory system before the radionuclides are dissolved and taken up by the blood. Treatment of size and solubility issues has become more sophisticated over the years, but these considerations have always been a factor in internal dose calculations.

---

[16] Vaughn, W.A., DOE Asst. Secretary for Environment, Safety, and Health, "Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities", August 5, 1985.

[17] U.S. Department of Energy, "Internal Dose Conversion Factors for Calculation of Dose to the Public", DOE/EH-0071, July, 1988.

[18] U.S. Environmental Protection Agency, "Limiting Values of Radionuclides Intake and Air Concentration and Dose Conversion Factors for Inhalation, Submersion, and Ingestion - Federal Guidance Report No. 11," EPA-520/1-88-020, Washington, DC, 1988.

[19] International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 1," ICRP Publication 56, Pergamon Press, Oxford, England, 1990.

[20] International Commission on Radiological Protection, "1990 Recommendations of the International Commission on Radiological Protection," ICRP Publication 60, Pergamon Press, Oxford, England 1990. The revised weighting factors are found in Table 2, page 8.

[21] Ibid., ICRP 30, Table 2.1, page 6.

### III.A.3.a)   PARTICLE SIZE

Particles brought into the respiratory system with inspired air are either deposited at some point in the respiratory tract or exhaled. The size of a particle influences the probability that it will be deposited as well as the most likely deposition location in the respiratory tract. As noted above, large particles tend to deposit in the nasal passages and the upper respiratory tract, from which they are rapidly cleared, often before a significant amount of radioactive material can be taken up by the blood. Earlier treatments of particle size divided particles into "respirable" and "non-respirable" size ranges. ICRP Publication 30 tabulated inhalation doses for 1 micron AMAD aerosols[22], and provided an equation for adjusting the tabulated doses for other particle size distributions. No correspondingly particle size adjustment equation is given for the ICRP Publication 66 lung model, but numerous graphical relationships are presented. Fractional deposition for various portions of the respiratory tract is shown as a function of particle size in Figures 10 - 15 (pp. 51-54) of ICRP Publication 66. The cumulative fraction of the activity in the inspired air ultimately reaching the blood is shown as a function of particle size and solubility in ICRP Publication 66, Figure 26 (p.77).

### III.A.3.b)   SOLUBILITY IN LUNG FLUIDS

Earlier inhalation models considered compounds to be either soluble (S) or insoluble (I) in lung fluids. The ICRP 2 model assumed that 50% of an inspired aerosol would be deposited in the upper respiratory tract, 25% would be exhaled, and 25% retained in the lung[23]. For soluble particles, it was assumed that the 25% deposited in the lung would be rapidly dissolved in the blood. For insoluble compounds, it was assumed that half of the amount retained in the lungs (12.5% of the inspired material) would be cleared in 24 hours, and the remaining 12.5% would be retained in the lungs with a half-time of 120 days.

In the ICRP Publication 30 dosimetry system, solubility was described in terms of three inhalation classes. Class D material cleared the lung with half-times less than 10 days, and Class W cleared with half-times of 10 to 100 days, while Class Y, the least soluble material, had clearance half-times greater than 100 days.[24]  In ICRP Publication 30, $PuO_2$ was classified as Class Y, and all other commonly occurring compounds of plutonium were assigned to Class W.[25]  Deposition and retention for each of the three inhalation classes was figured separately for ten subdivisions of the

---

[22] The term "AMAD" is an acronym for "Activity Median Aerodynamic Diameter". A 1-micron AMAD aerosol is one that contains a range of particle sizes, for which the median particle size has an aerodynamic diameter of one micron. The median is determined on the basis of the radioactivity associated with the particles, rather than particle weights or particle counts.

[23] ICRP Publication 2, 1960, Table 10

[24] Ibid, ICRP Publication 30, p.24, last ¶

[25] Ibid, ICRP Publication 30, p. 105

respiratory tract[26], leading to clearance curves described by functions with multiple exponential terms.

The inhalation Classes D, W, and Y of the ICRP Publication 30 system were replaced in the new ICRP 66 Lung Model by absorption types F, M, and S (for fast, moderate, and slow absorption from the lung to the blood).[27]  An exact equivalence between the old inhalation classes and the new absorption types is not attainable, because the D, W, and Y classes refer to overall clearance from the lung, whereas F, M, and S refer only to absorption into the blood, and are therefore not directly affected by particle clearance mechanisms.  Lung retention times given by the Type M and Type S parameters are greater than that for Classes W and Y, respectively.[28]  Consequently, some compounds that would have been assigned to Class Y in the ICRP Publication 30 system are assigned to Type M rather than Type S in the new system.[29]  For example, while plutonium oxides formed at high temperatures (ca. 1000 C) are associated with Type S, oxides formed at lower temperatures are associated with Type M.[30]  This does not represent a conflict with the designation of all oxides as Class Y in the ICRP Publication 30 system, as there is a degree of overlap between Type M and Class Y.  Both Type M and Type S material would have been considered "Insoluble" under the older ICRP Publication 2 system of classification.  Figure III-1 (not to scale) illustrates this concept:

| | More Soluble ← | | | → Less Soluble |
|---|---|---|---|---|
| ICRP 2 | Sol. | Insol. | | |
| ICRP 30 | D | W | Y | "Super Y" [31] |
| ICRP 71 | F | M | | S |
| Compound: | | | $PuO_2$ | $*PuO_2$ |

* "High-Fired"

**Figure III-1**
**Comparison of Lung Solubility Classification Under Different ICRP Dose Models**

## III.A.4  INGESTION

Plutonium is not readily absorbed through the gut.  Most plutonium entering the digestive tract, whether by ingestion, clearance from the lung, or clearance from the liver passes through the

---

[26] Ibid, ICRP Publication 30, Figure 5.2, p.25

[27] The letter "S", long used to designate the most soluble compounds in the ICRP Publication 2 system, now designates the least soluble compounds.

[28] ICRP Publication 71, Annex D, paragraph D11.

[29] Ibid., paragraph D21.

[30] Ibid, ICRP Publ.71, pp. 328-329, ¶262.

[31] "Super Y" is an informal term that was sometimes used to describe material with very slow clearance from the lung.

intestines and is eliminated with the feces. The fraction absorbed by the gut ($f_1$) depends on a number of factors, including the chemical form of the plutonium, the physical nature of the matrix in which the nuclide is embedded, and the condition of the digestive tract and its contents. ICRP Publication 30 assigned an $f_1$ of 1 x $10^{-5}$ for oxides and hydroxides of plutonium, and 1 x $10^{-4}$ for all other commonly occurring compounds. In ICRP Publication 71, a default $f_1$ value of 5 x $10^{-4}$ was adopted as the $f_1$ for unknown forms of plutonium and other actinides for persons aged one year or older. An $f_1$ of 5 x $10^{-3}$ was assumed for infants less than one year old.[32] For Type S compounds, the $f_1$ for infants and others is set at $1 \times 10^{-4}$ and $1 \times 10^{-5}$, respectively.[33]

## III.B   METABOLISM IN THE BODY

Plutonium studies conducted on rats in 1944 indicated that "the new element was biomedically similar to radium."[34] Principle deposition was found to be in the skeleton, with residence half-times in excess of six months. In 1972, the ICRP issued Publication 19[35], a review of publications concerning the metabolism of plutonium and other actinide compounds. In the ICRP Publication 19 model, 45% of plutonium entering the bloodstream was assumed to be deposited in the liver and another 45% in the skeleton, with retention half-times of 40 and 100 years, respectively. A set of parameters from which a urinary excretion model could be constructed was suggested. In 1986, ICRP Publication 48 updated the metabolic model presented in Publication 19, and recommended a new set of parameters for modeling plutonium excretion. In the ICRP Publication 48 model, the average deposition in the skeleton was assumed to be 50% of the material originally entering the bloodstream, with 30% deposition in the liver. Retention half-times of fifty and twenty years were suggested respectively for the two organs.

A new biokinetic model for plutonium, americium, and neptunium was described in Appendix B of ICRP Publication 67. In the new recirculating biokinetic model, plutonium reentering the bloodstream after residence in an organ or tissue may be redeposited in the same or other tissues, or may be excreted in the urine, or in the feces via the bile. Figures B4 and B5 in ICRP Publication 67 illustrate the deposition and prolonged retention of $^{239}$Pu in the skeleton and the liver. About 50% of the plutonium entering the bloodstream is deposited in the skeleton. Fifty years after an intake, the concentration in bone would still be about 35% of the amount initially entering the blood. Initial deposition in the liver is about 30% of the quantity entering the blood.

---

[32] ICRP Publication 67, paragraph B13.

[33] ICRP Publication 71, Table 5.29.1.

[34] Stannard, 1988.

[35] International Commission on Radiological Protection, "The metabolism of plutonium and other actinides" ICRP Publication 19, Pergamon Press, Oxford, England, 1972.

The amount in the liver increases slightly for a few years as the liver acquires material cleared from other compartments, then slowly declines over 50 years, falling to about 15% of the original uptake fifty years post intake. The following figures show these trends for adults:



**Figure III-2**
**Retention of 239Pu in the Adult Skeleton**



**Figure III-III-3**
**Retention of $^{239}$Pu in the Adult Liver**

The high deposition and slow clearance from the liver and skeleton indicates that these organs are, in effect, nearly permanent records of accumulated plutonium intakes.

## III.C   PLUTONIUM METABOLISM AND AUTOPSY STUDIES

Although models describing the behavior of plutonium in the body have undergone considerable refinement over the years, early observations regarding the deposition and retention of plutonium in the body remain essentially valid. Plutonium is preferentially deposited in the liver and skeleton, where it tends to remain in place for an extended period, as the graphs in Section III.B demonstrate. The liver and skeleton therefore preserve the evidence of past plutonium exposures. Plutonium-239 emits only a small amount of low energy photon radiation, so observing small amounts *in vivo* in whole body or chest counting systems is a challenging task. But radiochemical determination of the plutonium content of autopsy material is sufficiently sensitive to detect levels as low as those due to global fallout. If a person had been exposed to significantly higher levels of plutonium, this would be apparent in analyses of liver or skeletal tissues. Tissue studies relevant to potential exposures to RFP materials are discussed in Chapter XII this report.

## III.D   PLUTONIUM IN PERSPECTIVE

Plutonium-238 and plutonium-239 are not uniquely radiotoxic among the artificial or natural radionuclides. A number of naturally occurring and ubiquitous radionuclides are comparable. For a given exposure mode, radiotoxicity may be expressed in terms of the dose conversion factor (DCF), or the amount of dose associated with the intake of a unit activity of the nuclide. Many factors affect the DCF, including the chemical form of the nuclide, the nature of the matrix in which the material is found, and the particle size distribution. The half-life of the material is also an important consideration. Materials with very long half-lives, such as naturally occurring $^{232}$Th, have very low specific activities, and intakes of activity are often limited by physical or chemical factors. Materials with very short half-lives do not persist in the body as long as materials with half-lives on the order of physiological removal mechanisms, and hence deliver less dose per unit intake, other factors being equal.

The following charts illustrate the relative radiotoxicty of plutonium and a number of naturally-occurring radionuclides. The DCFs are taken from ICRP Publications and 71 and 72, which represent the current scientific consensus with regard to environmental exposures to the general population. Default assumptions regarding particle size and absorption type (i.e., solubility in lung fluids) are used unless otherwise noted.

Table III-6 shows the effective dose conversion factors for 1 micron aerosols of default absorption type (the default type assigned to thorium isotopes is Type S, that of all others in this chart is Type M). The plutonium DCFs are a little higher than those for naturally-occurring $^{228}$Th,

but the difference is small.



**Figure III-4**
**ICRP 72 Inhalation Effective Dose Conversion Factors**
**for the Default Absorption Types**

Figure III-5 shows the effective DCFs for the same radionuclides if all are known to be the least soluble forms (Type S). In this case, the plutonium DCFs are markedly less than that of [228]Th, and is comparable to the DCFs for naturally-occurring [230]Th and a number of the other natural radionuclides.



**Figure III-5**
**ICRP 72 Inhalation Effective Dose Conversion Factors**
**for Absorption Type S**

Figure III-6 compares lung dose (rather than effective dose) conversion factors for these same radionuclides. In terms of dose to the lung, plutonium is considerably less toxic than [228]Th, and somewhat less toxic than [230]Th.



**Figure III-6**
**ICRP 71 Inhalation Dose Conversion Factors**
**for the Lung Using the Default Absorption Type**

Figure III-7 compares the ingestion DCFs for the same group of nuclides. The DCFs for plutonium are considerably less than those of other natural radionuclides generally found in soils.



**Figure III-7**
ICRP 72 Ingestion Dose Conversion Factors

In summary, [238]Pu and [239]Pu are not generally more toxic than a number of natural radionuclides present in soil.[36]   Thorium-230 is a particularly good analog of [239]Pu. The chemistry of thorium is similar to that of plutonium, and the specific activities of these two nuclides are within a factor of ten. Most importantly, their dose conversion factors are very similar for comparable chemical and physical forms. Thorium-230 is a member of the uranium decay series, and is

---

[36] In specific considerations of relative radiotoxicity, proper consideration must be given to matrix effects, particle size distributions, and chemical forms associated with the radionuclides in question.

naturally present is soil, with an average concentration of about 1 picocurie per gram (pCi/g), although there is considerable local variation about this central value. Thorium-228, a naturally occurring member of the thorium decay series, delivers a considerably higher lung dose than $^{239}$Pu, but delivers a lower systemic dose because of its short radiological half-life.

The significance of a given concentration of plutonium in soil can be placed in context by comparing the dose delivered by natural radioactive materials in that soil to that delivered by the plutonium. Natural soils vary in the concentrations of $^{238}$U and $^{232}$Th, and in the degree of disequilibrium between these parent nuclides and their decay products.[37] In the following illustrations, the concentrations of natural radioactivity are derived from background surveys in the vicinity of the Rocky Flats plant.[38] The concentrations of nuclides in soil are multiplied by the appropriate default DCFs from ICRP Publications 71 or 72 to obtain the expected dose from the inhalation or ingestion of one gram of soil. (In these general illustrations, a one micron AMAD particle size distribution is assumed for the inhalation pathway. Appropriate particle size corrections would have to be applied for each nuclide in any specific comparison.)

Figure III-8 compares the effective dose expected from inhalation of dust derived from uncontaminated local soil to that of the dose increment due to the addition of 0.9 pCi/g [39] of $^{239}$Pu to that soil. Figure III-9 shows a similar comparison for lung dose.



**Figure III-8**
**Plutonium In Context:**
**ICRP 72 Effective Doses from Breathing 1 Gram of Natural Soil**
**Compared to an Incremental Dose Due to 0.9 pCi/g Pu-239**

---

[37] e.g., Rushalt, John N., 1959, "Natural Radioactive Disequilibrium of the Uranium Series", Geological Survey Bulletin 1084-A, U.S. Government Printing Office, Washington, D.C.

[38] Geochemical Characterization of Background Surface Soils. Background Soils Characterization Program, RFETS, Final Report, May 1995.

[39] The Colorado soil standard



**Figure III-9**
**Plutonium In Context:**
**ICRP 71 Lung Doses from Breathing 1 Gram of Natural Soil**
**Compared to an Incremental Dose Due to 0.9 pCi/g Pu-239**

Figure III-10 compares the ingestion dose potential of uncontaminated local soils with that of an increment of 0.9 pCi/g. It is seen that for both inhalation and ingestion, a plutonium increment of 0.9 pCi/g does not add greatly to the dose potential of natural soils under the conditions assumed.



**Figure III-10**
**Plutonium In Context:**
**ICRP 72 Effective Doses from Eating 1 Gram of Natural Soil**
**Compared to an Incremental Dose Due to 0.9 pCi/g Pu-239**

## IV STANDARDS FOR RADIONUCLIDES IN AIR AND WATER

The U.S. Atomic Energy Commission (AEC) and its successors, the Energy Research and Development Administration (ERDA) and the Department of Energy (DOE), have specified the levels of radiation and radioactive materials that may be present in the environment from operations of AEC/ERDA/DOE facilities. The standards for concentrations of radioactive materials in air and water at uncontrolled locations accessible by the general public have been issued by the AEC/ERDA/DOE through Instructions, Manual Chapters, Orders, and in a limited number of cases, through memoranda. Permissible concentrations of most radionuclides (including isotopes of plutonium, cesium, strontium, uranium, and thorium) in air and water at uncontrolled locations accessible to the general public have been listed by the AEC/ERDA/DOE in tables of values contained in the Instructions, Manual Chapters, and Orders that were applicable at the time.

This report focuses on the standards for plutonium concentrations because the subject of the current matter is the claimed exposure of individuals within the "plutonium class contour", that is based on the calculated concentrations of plutonium in environmental media [1] This chapter presents the standards for $^{239}$Pu in air and water at off-site locations applicable to operations of the Rocky Flats Plant (RFP) from 1952 through 1989. The standards for concentrations for other radionuclides associated with operations at RFP are also listed in the documents referenced below

### IV.A BASES FOR PLUTONIUM STANDARDS

The standards used by the AEC and its successors for permissible concentrations of radioactive materials in air and water at uncontrolled locations accessible to the general public were (and are) based on recommendations of national and international organizations for radiation protection, the NCRP and ICRP, respectively. A description of these organizations is given in Chapter III. The standards for radionuclide concentrations were determined by the NCRP and ICRP to be levels that are protective of human health, based on data available at the time.

The standards for protection for internally-deposited $^{239}$Pu were prescribed for personnel at AEC facilities in 1951 [2] These standards were based on data presented at the Tripartite

---

[1] Beven, J., "Declaration of Dr. Jan Beyea", June 28, 1995

[2] Shaw, D.F., AEC Letter to Operations Contractors Re: "Permissible Levels of Radiation and Concentrations of Radioactive Isotopes", January 3, 1951

Conferences beginning in 1949.[3] The permissible activity of [239]Pu in the body was derived by a direct comparison with the maximum permissible activity of [226]Ra in the body, incorporating differences in physical and metabolic properties of [239]Pu and [226]Ra.[3] Permissible concentrations of [239]Pu in air and water were calculated from the permissible body content, using standard inhalation and ingestion rates.

This method for determining the protection standards for [239]Pu was adopted by the ICRP in National Bureau of Standards (NBS) Handbook 47[4] and ICRP Publication 2.[5] The NCRP also adopted this method for determining permissible concentrations of [239]Pu in air and water in NBS Handbook 52[6] and NBS Handbook 69.[7] Changes in [239]Pu protection standards derived with this method over time were due to changes (and improvements) in the knowledge of [239]Pu and [226]Ra metabolism parameters.

The ICRP and NCRP protection standards for [239]Pu continued to be based on this method until the ICRP published the recommendations contained in ICRP Publication 30.[8] The protection standards for [239]Pu presented in ICRP Publication 30 were derived from internal radiation dose limits recommended in ICRP Publication 26[9], the internal dose calculation methods described in ICRP Publication 30, and the metabolic data for [239]Pu available as of 1978 and summarized in ICRP Publication 30. Although the protection standards presented in ICRP Publication 30 were derived for occupationally-exposed individuals, the calculation methods presented in ICRP Publication 30 were used by DOE with the radiation dose standards for the general public recommended by the NCRP[10] to calculate protection standards or the general public.[11]

---

[3] "The Tripartite Conferences on Radiation Protection - Canada, United Kingdom, United States (1949-1953)", U.S. Department of Energy, 1984.

[4] "Recommendations of the International Commission on Radiological Protection", National Bureau of Standards Handbook 47, U.S. Department of Commerce, June 29, 1951.

[5] "Recommendations of the International Commission on Radiological Protection - Report of Committee II on Permissible Dose for Internal Radiation", ICRP Publication 2, Pergamon Press, 1959.

[6] "Maximum Permissible Amounts of Radioisotopes in the Human Body and Maximum Permissible Concentrations in Air and Water", National Bureau of Standards Handbook 52, U.S. Department of Commerce, March 20, 1953.

[7] "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and Water for Occupational Exposure", National Bureau of Standards Handbook 69, U.S. Department of Commerce, June 5, 1959.

[8] "Limits for Intakes of Radionuclides by Workers", ICRP Publication 30, Part 1, Pergamon Press, July 1978.

[9] "Radiation Protection", ICRP Publication 26, Pergamon Press, January 1977.

[10] "Control of Air Emissions of Radionuclides", NCRP Statement No. 6, National Council on Radiation Protection and Measurements, September 18, 1984.

[11] Vaughan, W. A., DOE Memorandum to Distribution, U.S. Department of Energy, August 5, 1985.

It is important to note that permissible concentrations are derived with the assumption that individuals are continuously exposed to the radionuclides at the specified concentrations. The NCRP recommended that,

> "[i]n the determination of the population dose in the vicinity of radiation sources, proper consideration should be given to occupancy factor and to workload. The exposure of individuals outside of controlled areas may be integrated over periods up to one year."[12]

## IV.B   STANDARDS FOR PLUTONIUM-239 IN AIR

As noted in Chapter III, the radiation dose from inhaled plutonium and, likewise, the permissible concentration of [239]Pu in air depend on the uptake and retention of the plutonium compound in the human body. Uptake and retention of radionuclides following inhalation depend on a number of factors, such as the degree of solubility of the chemical compound, the size of inhaled particles, and numerous human metabolic parameters. These factors have been combined to represent the particular chemical form of a radionuclide as being either "soluble" or "insoluble" with respect to inhalation by humans.[4, 5, 7] More recently, lung clearance has been classified according to retention times approximated by days (Class D), weeks (Class W). and years (Class Y).[8]

Since 1951, permissible concentrations of [239]Pu have been derived for chemical forms that are "soluble" and for chemical forms that are "insoluble"[4] The chemical form of plutonium applicable to airborne concentrations in off-site locations at RFP is plutonium oxide $(PuO_2)$[13], a compound that is classified by the ICRP as having extremely long retention times in the lungs following inhalation.[14, 8, 15]

The permissible concentration of [239]Pu in air was specified by the AEC on January 3, 1951, for "the guidance of AEC and AEC-installation personnel" was $2 \times 10^{-12}$ microcuries per cubic centimeter $(\mu Ci/cm^3)$, equal to 2 picocuries per cubic meter $(pCi/m^3)$.[2] This limit was specifically agreed upon in the Tripartite Conferences[5] and affirmed by the ICRP on June 29, 1951.[4]

---

[12] "Maximum Permissible Radiation Exposures to Man, A Preliminary Statement of the National Committee on Radiation Protection and Measurement" Radiology, Vol. 68 , p. 261. 1957.

[13] "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 4 Inhalation Dose Coefficients", ICRP Publication 71, Pergamon Press, September 1995

[14] The Metabolism of Compounds of Plutonium and other Actinides" ICRP Publication 19, Pergamon Press, May 1972.

[15] "The Metabolism of Plutonium and Related Elements", ICRP Publication 48, Pergamon Press, April 1986

On February 26, 1954, the AEC issued Manual Chapter 0522 that specified the "codes and standards that may be used for guidance in questions pertaining to radiation protection."[16] Included in the list of standards was NBS Handbook 52 (published for the NCRP), which listed the applicable "maximum permissible concentration in air" of $^{239}$Pu as $2 \times 10^{-12}$ $\mu$Ci/cm$^3$ (equal to 2 pCi/m$^3$).[6]

AEC Manual Chapter 0550 was issued on August 29, 1957, and included reference to the NCRP recommendations of January 8, 1957.[12] Those recommendations of the NCRP pertaining to radionuclides that could give an internal dose included the statement "[f]or individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures."[12] This additional requirement changed the applicable permissible concentration for $^{239}$Pu in air in uncontrolled areas to 0.2 pCi/m$^3$, effective August 29, 1957.[17]

On August 12, 1963, the AEC issued Manual Chapter 0524, "Standards for Radiation Protection", that included a table of "Concentrations in Air and Water Above Natural Background", derived from the values in NBS Handbook 69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure."[7] The applicable permissible concentration for $^{239}$Pu in air listed in Manual Chapter 0524 was $1 \times 10^{-12}$ $\mu$Ci/cm$^3$ (equal to 1 pCi/m$^3$).[18]

AEC Manual Chapter 0524 (dated August 12, 1963) also included the provision that "the average exposure of a suitable sample of an exposed population group is not in excess of one-third of annex 1, table II standards."[18] Therefore, the applicable permissible concentration of $^{239}$Pu in air in uncontrolled areas for a population group became 0.33 pCi/m$^3$ on August 12, 1963.

Subsequent versions of AEC and ERDA Manual Chapter 0524 continued in effect until May 5, 1980, when DOE issued Order DOE 5480.1, including "Chapter XI, Requirements for Radiation Protection". The applicable permissible concentration of $^{239}$Pu in air continued to be 0.33 pCi/m$^3$. [This included application of the three-fold reduction "when applied to a suitable sample of the population."][19]

On August 13, 1981, DOE issued Order DOE 5480.1A, "Environmental Protection, Safety, and Health Protection Program for DOE Operations." The applicable permissible

---

[16] "Basic Guides for Radiation Protection", Manual Chapter 0522, U.S. Atomic Energy Commission, February 26, 1954

[17] "Codes and Standards for Health, Safety, and Fire Protection", Manual Chapter 0550, U.S. Atomic Energy Commission, August 29, 1957

[18] "Standards for Radiation Protection", Manual Chapter 0524, U.S. Atomic Energy Commission, August 12, 1963

[19] "Environmental Protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1, U.S. Department of Energy, May 5, 1980

concentration of $^{239}$Pu in air continued to be 0.33 pCi/m$^3$.[20] This DOE Order (5480.1A) was superseded by DOE Order 5400.5 on February 8, 1990.[21]

On August 5, 1985, DOE adopted "an interim standard for DOE environmental activities for all exposure pathways". The radiation dose standard included the NCRP recommendation:

"to limit the continuous exposure of any member of the public from other than medical sources and natural background to 100 millirem per year whole body dose equivalent."[11]

Implementation of this radiation dose standard depended on publication of:

"tables of intake to dose conversion factors based on ICRP Publication 30 models and parameters to be used by DOE environmental programs in calculating dose to members of the public in CY 1985 and future years."[11]

Although the "final draft" of the subject tables was included with the August 5, 1985 memorandum, the tables were published by DOE for general distribution in July 1988.[22] The applicable permissible concentration of $^{239}$Pu in air derived from the 100 millirem per year dose standard, the intake to dose conversion factor for inhaled $^{239}$Pu given in DOE/EH-0071, and the annual air consumption of 8,400 m$^3$ [22] became approximately 0.04 pCi/m$^3$.

The applicable permissible concentrations of $^{239}$Pu in air in uncontrolled areas accessible to members of the public for the period from 1952 through 1989 are summarized in Table IV-1

**Table IV-1**
**Permissible $^{239}$Pu Concentration in Air**

| Dates | $(pCi/m^3)$ |
|---|---|
| January 3, 1951 - August 28, 1957 | 2.0 |
| August 29, 1957 - August 11, 1963 | 0.2 |
| August 12, 1963 - August 4, 1985 | 0.33 |
| August 5, 1985 - December 31, 1989 | 0.04 |

[20] "Environmental Protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1A, U.S. Department of Energy, August 13, 1981.

[21] "Radiation Protection of the Public and the Environment", DOE Order 5400.5, U.S. Department of Energy, February 1990.

[22] "Internal Dose Conversion Factors for Calculation of Dose to the Public", DOE/EH-0071, U.S. Department of Energy, 1988.

Measured concentrations of radioactive materials in air at a specific location averaged over periods of up to one year, i.e., annual average concentrations, may be used when comparing environmental concentrations with the applicable permissible concentration standards.[18, 19]

The applicable permissible concentrations in air for other radionuclides associated with operations at RFP are given in the references noted above for [239]Pu. As with the standards for concentrations of [239]Pu in air, the standards for concentrations of other radionuclides have changed as the knowledge of the metabolism of those radionuclides increased and as radiation protection recommendations evolved.

## IV.C  STANDARDS FOR PLUTONIUM-239 IN WATER

In the absence of definitive measurement data to the contrary, it is assumed that the chemical form of plutonium in water released from operations at RFP are compounds that are relatively soluble in water.

The applicable permissible concentration of [239]Pu in water specified by the AEC on January 3, 1951, for "the guidance of AEC and AEC-installation personnel", was $1.5 \times 10^{-6}$ $\mu Ci/cm^3$, equal to 1,500 picocuries per liter (pCi/L).[2] This limit was specifically agreed upon in the Tripartite Conferences[3] and affirmed by the ICRP on June 29, 1951.[4]

On February 26, 1954, the AEC issued Manual Chapter 0522 that specified the "codes and standards that may be used for guidance in questions pertaining to radiation protection".[1e] Included in the list of standards was NBS Handbook 52, which listed the applicable "maximum permissible concentration in water" of [239]Pu as $1.5 \times 10^{-6}$ $\mu Ci/cm^3$ (1,500 pCi/L).[6]

AEC Manual Chapter 0550 was issued on August 29, 1957, and included reference to the NCRP recommendations of January 8, 1957. Those recommendations of the NCRP for radionuclides that could give an internal dose included the statement, "[f]or individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures."[12] This additional requirement changed the applicable permissible concentration for [239]Pu in water in uncontrolled areas to 150 pCi/L, effective August 29, 1957.[17]

On August 12, 1963, the AEC issued Manual Chapter 0524, "Standards for Radiation Protection", that included a table of "Concentrations in Air and Water Above Natural Background", derived from the values in NBS Handbook 69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure."[7] The applicable permissible concentration of [239]Pu in water listed in Manual Chapter 0524 was $5 \times 10^{-6}$ $\mu Ci/cm^3$ (5,000 pCi/L).[18]

AEC Manual Chapter 0524 (August 12, 1963) also included the provision, "the average exposure of a suitable sample of an exposed population group is not in excess of one-third of

annex 1, table II standards." Therefore, the applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas became 1,667 pCi/L on August 12, 1963.[18]

Subsequent versions of AEC and ERDA Manual Chapter 0524 continued in effect until May 5, 1980, when DOE issued Order DOE 5480.1, including Chapter XI, "Requirements for Radiation Protection." The applicable permissible concentration of $^{239}$Pu in water continued to be 1,667 pCi/L. [This included application of the three-fold reduction "when applied to a suitable sample of the population."][20]

On August 13, 1981, DOE issued Order DOE 5480.1A, "Environmental Protection, Safety, and Health Protection Program for DOE Operations." The applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas continued to be 1,667 pCi/L.[20] DOE Order 5480.1A was superseded by DOE Order 5400.5 on February 8, 1990.[21]

Implementation of the radiation dose standard (100 mrem per year) contained in the August 5, 1985 DOE memorandum, along with the intake to dose conversion factor for ingested $^{239}$Pu given in DOE/EH-0071 and an annual water consumption of 730 L[22], the applicable permissible concentration of $^{239}$Pu in water in uncontrolled areas became 30 pCi/L.

The applicable permissible concentrations of $^{239}$Pu in water in uncontrolled areas accessible to members of the public for the period from 1952 to 1989 are summarized below:

**Table IV-2**
**Permissible $^{239}$Pu Concentration in Water**

| Dates | (pCi/L) |
|---|---|
| January 3, 1951 - August 28, 1957 | 1,500 |
| August 29, 1957 - August 11, 1963 | 150 |
| August 12, 1963 - August 4, 1985 | 1,667 |
| August 5, 1985 - December 31, 1989 | 30 |

Measured concentrations of radioactive materials in water at a specific location averaged over periods of up to one year, i.e., annual average concentrations, may be used for the purpose of comparing environmental concentrations with the permissible concentration standards.[18, 19]

The applicable permissible concentrations in water for other radionuclides associated with operations at RFP are given in the references noted above for $^{239}$Pu. As with the standards for concentrations of $^{239}$Pu in water, the standards for concentrations of other radionuclides have changed as the knowledge of the metabolism of those radionuclides increased and as radiation protection recommendations evolved.

## V   ENVIRONMENTAL MONITORING PROGRAM

Before the RFP commenced operation, routine environmental surveillance began and has continued to the present time.  Several organizations have routinely monitored environmental radioactivity in and around the RFP during its operational history.  The largest amount of data collected by routine monitoring was collected by RFP contractors.  The contractor environmental monitoring program reflected the state of the art for its time.  The Colorado Department of Health (CDH) and the U.S. DOE Environmental Measurements Laboratory (EML) have also maintained sampling programs to monitor the air around the RFP.  The RFP contractors and others have also carried out special studies to address specific data needs.  This chapter contains descriptions of how the various types of environmental data were collected from 1952 through 1989.

### V.A   AIR MONITORING

Air monitoring, as discussed here, is the process of collecting radioactive material from a measured volume of air and measuring the amount (activity) of the collected radioactive material at an analytical laboratory.  The results of these analyses are then recorded and used for a variety of purposes, including determining compliance with standards and dose assessment to the off-site public (see Figure V-1).



**Figure V-1**
**An Overview of Air Monitoring**

### V.A.1   Air Sampling

The equipment and techniques used to collect and analyze air samples can affect the accuracy and sensitivity of the results.  The procedures and equipment used at the RFP since 1952 equaled the state of the technology for the time.  Changes in the air sampling program were generally implemented programmatically, either in response to changes in the mission of the RFP or as part of normal maintenance and upgrades of the system. This is chronicled by the RFP air

sampling records, the RFP Monthly Monitoring Reports,[1] and the Rocky Flats Annual Environmental Monitoring Reports.[2]

### Pre-Operational Air Sampling Locations

Routine air sampling began at the RFP on June 12, 1952, near Building 91 (now Building 991). Wisdahl reported that a second monitor was added in August.[3] The off-site air sampling program began between April 1952 and the fall of 1953.[4]

### Air Sampler Locations During RFP Operations

During RFP operations, air samples were collected by samplers at different locations in and around the RFP. These samplers can be grouped according to their distance from the plant, in the following manner:

- On-site monitors. These air samplers were operated at various locations within the production area of the RFP.
- Perimeter monitors. These air samplers were located along the property boundary and were 2 to 4 miles distant from the production area.
- Community monitors. These air samplers were operated in communities beyond the perimeter of the site
- Effluent or stack monitors. These air samplers monitored the air in the stacks and building flow lines prior to its discharge into the atmosphere.

The locations of these air monitoring stations have changed somewhat since 1953. Figure V-2 presents a composite map of off-site locations of RFP air samplers prior to 1970, while Figure V-3 presents a similar composite map for the period from 1971 to 1989.[5] Figure V-4 depicts the on-site locations of RFP air samplers between 1953 and 1989.

### Air Sampling Equipment

Radioactivity in air was measured by pulling a known volume of air through a filter. Particles in the air remained on this filter as the air passed through the sampler. The filter was then collected and sent to the radioanalytical laboratory for analysis. The air samplers were located in areas where concentrations from plant releases would likely be greatest.

---

[1] Assorted RFP monthly Environmental Monitoring Reports from 1952 - 1989 published by Dow Chemical and Rockwell International.

[2] Annual Environmental Monitoring Reports, Rocky Flats Plant, Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1960-1989

[3] Memo to O.M. Wisdahl, "Summary of Site Survey Activities for 1952", Site Survey Section, Rocky Flats Plant, February, 1952.

[4] Hammond, S.E., "Chronology of 'Background Measurements' at Rocky Flats", March 16, 1972.

[5] The determination of air sampler locations for each year of air monitoring operations is based on examination of data compiled from the Rocky Flats Plant air sample records for 1952 through 1970 and examination of annual environmental monitoring reports from the Rocky Flats Plant for 1960 through 1987.

The RFP has used the same general design of air sampling equipment, albeit with some important modifications, to collect air samples since 1953. The basic components of the air sampler include a vacuum pump, an air flow regulator/indicator, and a filter (see Figure V-5).

In some cases, a timer was used to control the pump to limit the amount of time the pump ran during a sampling period. In later designs, changes were made to improve the ability of the samplers to collect large, non-respirable particles and to enhance the sampler performance in high winds.[6]

Figure V-6 is a picture of an air monitor used in the RFP air monitoring program in the 1950s.[7] The air monitor was mounted on a power pole for convenient access to electric power. The door of the sampler housing contained openings to allow air to be drawn into the sampler. The large circular sampling pump can easily be seen in Figure V-6, as well as the small circular sampling head above and just to the left of the pump. The light-colored filter material is located at the front of the sampling head. Portable samplers mounted on a wheeled frame for easy transport also existed, as shown in Figure V-7.

---

[5] Pauley, B.J., et al., "A PM-10 High-Volume Air Sampler for Continuous Operation with Recovery of the >10 μm Fraction", in the Proceedings of the Twenty-Sixth Midyear Topical Meeting of the Health Physics Society, Research Enterprises Publishing, 1993.

[7] Chapman, T.S., "Integrated Air Sampling Program for a Radioactive Plant", Health Physics, Vol. 1, pp. 90-91, Pergamon Press, 1958.



Figure V-2
Composite Map of Off-Site Air Sampler Locations Used Prior to 1972



Figure V-3
Composite Map of Air Sampler Locations Used During and After 1972



**Figure V-4**
**Composite Map of On-Site Air Sampler Locations**



**Figure V-5**
**Diagram of Generic Air Sampler**



**Figure V-6**
**Fixed Air Sampler Used at the Rocky Flats Plant (circa 1958)**



**Figure V-7**

*Portable Air Sampler*

### Air Sampling Methods

Many factors affect the ability of an air sampling program to measure small concentrations of radionuclides in air. In particular, changing the volume of air collected and using filters with different efficiencies can increase or decrease the minimum detectable concentration of radioactive material that can be measured in air.

The amount of activity on a sampling filter depends, in part, on the amount of air drawn through the filter. The amount of air drawn through the sampling filter, the amount of radioactivity on the particles captured by the filter, and the filter collection efficiency can be used to calculate the measured concentration of radioactivity in the sampled air. The basic formula for calculating air concentration is given in Equation V-1.

$$Concentration\ in\ Air = \frac{Activity\ on\ Filter}{Volume\ of\ Air\ Drawn\ Through\ Filter} \times \frac{1}{Filter\ Efficiency}$$

**Equation V-1**

As the amount of air drawn through a filter increases, so will the quantity of radioactive particulates retained by that filter. A system sampling a larger volume of air will be able to measure smaller concentrations in air than a system that samples a smaller volume of air.

### Volume of Air Sampled

The volume of air sampled depends on two things: the rate at which air is drawn through the sampler and the length of time the air flows through the sampler. At the RFP, both of these variables have been changed since 1952, but the system's ability to detect plutonium has been adequate to detect concentrations in off-site air that are far below applicable permissible concentrations.[8]

RFP air monitors operating during the 1950s and 1960s generally collected air at a rate of 2 cubic feet of air sampled per minute (cfm). During the early to middle 1970s, the flow rate was changed to 40 cfm, followed by a change to 25 cfm in the middle 1980s.[9]

The amount of time a sampler ran depended on its purpose and the time period in which it operated. Some samplers were operated continuously (24 hours per day) and some were operated at regular time intervals (5 to 10 minutes per hour every hour).[9] Most samplers were operated continuously. During the period from 1961 to 1972, some community samplers were cycled on and off at regular intervals. The intervals were timed to sample the same volume of air as a onsite sampler operated continuously for one day.

### Filter Type

---

[8] See Chapter VII for a comparison of data with standards.

[9] Based on RFP air sampling records for 1952 through 1970 and examination of annual environmental monitoring reports from the RFP for 1960 through 1987.

The fraction of particles that are removed from the air passing through an air filter is defined as the filter efficiency. The filter efficiency depends on the type of filter, the size of the airborne particles, and the air flow rate (velocity) through the filter. The higher the filter efficiency the more sensitive the air sampler, and hence the lower the minimum detectable concentration.

### V.A.2   Air Sample Analysis

After the air samples were collected, the filters were sent to the laboratory for analysis. The RFP air monitoring program has used two primary types of analysis for radioactivity collected on air filters:

- Total long-lived alpha analysis (TLLα), and
- Isotopic plutonium analysis (isotopic Pu).

The TLLα analysis was generally employed prior to the 1970s, when it was replaced by isotopic plutonium analysis for most uses (Figure V-8).[10]

### *Total Long-Lived Alpha*

TLLα involves detection of alpha particles emitted by the radioactive materials that undergo alpha-particle decay in the sample. RFP used gas-flow proportional counters to count alpha particles emitted from the radioactive materials on individual air sample filters. The gas-flow proportional counter does not discriminate between alpha particles produced by plutonium, and alpha particles from natural background radioactivity.

---

[10]   Annual Environmental Monitoring Reports, Rocky Flats Plant, Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1960-1989.



**Figure V-8**
**Time Periods when Total Long-Lived Alpha and Plutonium Analyses Were Used to Analyze Air Sample Filters from RFP Air Samplers**

It has long been recognized that there is a natural background of radioactive particles in the air. Most radioactivity in the air is from natural background sources. The largest contributors to airborne radioactivity are the naturally-occurring radionuclides of the uranium, thorium, and actinium series, such as radon and radon progeny.[11] Many of these naturally-occurring radionuclides emit alpha particles and some are long-lived (i.e., half-lives measured in many years). As noted previously, $^{239}$Pu also decays by emission of alpha particles.

Because these radionuclides all emit alpha radiation, they all contribute to the total activity of alpha-particle emitters in an air sample. The majority of the naturally-occurring alpha-particle emitters in the air comes from the decay of radionuclides having short half-lives, like radon-222 ($^{222}$Rn).[11,12] This means that most of the alpha activity on a recently collected air filter will consist of short-lived alpha-particle emitters. These will decay over time, leaving the long-lived alpha component behind. This is illustrated in Figure V-10, showing the activity of alpha-particle emitters on an air sample filter at regular intervals over a seven-day period.

Some naturally-occurring isotopes of uranium, thorium, and radium are present as long-lived alpha-particle emitters on air filters following the decay of short-lived alpha-particle emitters. These radionuclides are present along with any contribution made by the alpha-particle emitting

---

[11] "Measurement of Naturally Occurring Radionuclides in Air" by S. Gold, H.W. Barkhau, B. Shleien, and B. Kahn, in *The Natural Radiation Environment*, University of Chicago Press, 1964.

[12] National Council on Radiation Protection and Measurements, "Exposure of the Population in the United States and Canada from Natural Background Radiation", NCRP Report No. 94, Bethesda, Maryland, 1987.

isotopes of plutonium (e.g., $^{239}$Pu). This is the reason that gross alpha counting techniques cannot distinguish between naturally-occurring alpha-particle emitters and $^{239}$Pu. This interference is illustrated in Figure V-11, by placing example radionuclides in the appropriate regions of the decay curve introduced previously in Figure V-10. To eliminate the interference from these short-lived alpha emitters, each air sample filter is held for a period of time before counting. This allows the short-lived radionuclides to decay, leaving the long-lived alpha particle emitters, including:

- isotopes of plutonium ($^{238}$Pu, $^{239}$Pu, $^{240}$Pu),
- isotopes of uranium ($^{234}$U, $^{235}$U, $^{238}$U),
- isotopes of thorium ($^{228}$Th, $^{230}$Th, $^{232}$Th),
- radium-226 ($^{226}$Ra) and americium-241 ($^{241}$Am).

By making the conservative assumption that all of the TLL$\alpha$ is attributable to plutonium, air concentrations based on the TLL$\alpha$ analytical results can be considered upper bound estimates of the concentrations of plutonium in air. This is illustrated in Figure V-9 with a plot of TLL$\alpha$ activity verses plutonium activity. In all cases, the activity of the plutonium was less than the TLL$\alpha$ activity on the same filter.



**Figure V-9**
**Total Long-Lived Alpha vs. Plutonium in Air as Recorded by CDH**

### Plutonium Analysis

Isotopic plutonium analysis produces distinct analytical results for the individual isotopes of plutonium. Thus, the isotopic plutonium analysis provides plutonium-specific results, in contrast to the TLL$\alpha$ analysis.

Isotopic plutonium analysis is a more complex radioanalytical procedure than TLLα analysis. Plutonium is separated from the air sample filter by chemical separation procedures. The plutonium is then deposited onto a stainless steel disk for alpha particle spectroscopy.



**Figure V-10**
**Decay of Short-Lived Alpha Activity On an Air Filter Over Time**



**Figure V-11**
**Relationship Between Short-Lived and Long-Lived Alpha Activity on an Air Filter Over Time** [13]

### V.A.3   Recording Phase

After a sample was analyzed by the RFP radioanalytical laboratory, the resulting data were recorded and used to calculate air concentrations. This involved recording the unprocessed analytical results for each air sample filter, along with the sampling time and volume of air sampled on the air sample record card for each monitoring location. The air concentration was then calculated using the method presented in Equation V-1. Calculated air concentrations were recorded on records like those shown in Figure V-12 and Figure V-13. The results of the air concentration calculations were subsequently distributed in RFP reports. Thousands of these cards have been examined by Auxier & Associates, Inc., as part of the data review for this report.

---

[13] Ibid.

**Figure V-12**
**Example of An Air Sample Record Form Used at Rocky Flats**

**Figure V-13**
**Example of Air Sampling Results and Calculation Sheet Used at Rocky Flats**

## V.A.4   Sampling By the Colorado Department of Health (CDH)

The Colorado Department of Health has been reporting data from on-site and perimeter samplers since 1969.[14] By 1971, the CDH air monitoring program consisted of five (5) on-site samplers located along the RFP production area fence line, and 16 samplers located at off-site locations.[15] The CDH reported that:

"2085 air filters, each involving approximately 2000 to 5000 cubic meters ($m^3$) were collected and used for surveillance of the Rocky Flats Plant. Of this total (2085), 1338 air filters were from sampling locations 'off-site', and 747 were from locations within the plant boundary. A total of 6,973,878 $m^3$ of air was sampled during period with equal volumes collected from both 'off-site' and 'on-site' locations".[16]

Air filters were analyzed for TLLα activity and gross beta activity. Plutonium analyses were performed on monthly composites from five (5) stations. These samples exhibited elevated TLLα results and plutonium analyses were performed "to demonstrate that the screening procedure adopted for identifying abnormal samples is adequate…". A gamma spectrum was also collected from one filter collected from air sampling location D-3, a station down-wind of the 903 Pad.[15]

By 1980, the air sampling network had expanded to include four (4) on-site locations, four (4) perimeter locations, and 19 off-site locations. The December 1980 Monthly Information Exchange Report lists minimum detectable activities for TLLα, gross beta, and plutonium in air, but only lists results for the first two.[17]

The March 1990 Monthly Information Exchange Report lists TLLα and gross beta results for four (4) on-site locations, four (4) perimeter locations, and 15 off-site locations. Five (5) of the off-site stations in Metropolitan Denver report results for both total suspended particulates and the PM 10 fraction of air.[18]

## V.A.5   Sampling by Health and Safety Laboratory

The AEC/DOE Health and Safety Laboratory (HASL) began monitoring radionuclides in air downwind of the 903 Pad in June, 1970. Another sampler was added near the intersection of the

---

[14] Colorado Department of Health. "US AEC Rocky Flats Plant. 1971 Environmental Surveillance Summary Report." Colorado Department of Health, Division of Occupational and Radiological Health, 1971. Page 2.

[15] Colorado Department of Health. "US AEC Rocky Flats Plant. 1971 Environmental Surveillance", Colorado Department of Health, Division of Occupational and Radiological Health, December, 1971.

[16] Colorado Department of Health. "US AEC Rocky Flats Plant. 1969 Environmental Surveillance Summary Report." Colorado Department of Health, Division of Occupational and Radiological Health, 1969.

[17] Colorado Department of Health. "Environmental Surveillance Report on the U.S. Department of Energy Rocky Flats Plant Monthly Exchange Meeting", Appendix I, December, 1980.

[18] Colorado Department of Health. "Environmental Surveillance Report on the U.S. Department of Energy Rocky Flats Plant Monthly Exchange Meeting", March, 1990.

RFP access road and Indiana Street in 1972.[19]   A third air monitoring station was installed by HASL near Coal Creek, with data collection beginning in October 1972.[20]   Air monitoring at this latter site was discontinued less than two years later. Another station was added in 1974 near the original RFP perimeter fence and east of the 903 Pad.[19,20]   Air monitoring by HASL continued until 1981.  The airborne concentrations of plutonium measured by HASL at these monitoring locations were published as part of a nationwide study on fallout.[21]

### V.A.6   Non-Routine Air Monitoring

A number of studies of the effectiveness of the RFP air monitoring program have been performed. Those studies included an evaluation of the adequacy of the monitors to sample particles in the respirable size range under various conditions[22,23], a determination of the nature and sources of the particulates being blown around the RFP[24,25], and a review of the locations of air monitors to determine whether they provide adequate geographic coverage of potential releases[26].  In addition, new monitor designs were field tested in small scale demonstration projects before they were accepted for general use in the program.[27]   These studies indicate that throughout the history of the RFP, the operators of the RFP have investigated ways to improve the ability of their air monitoring program to measure plutonium in the environment.[28]

---

[19] Feely, H.W., R. Larsen,, and C. Snaderson, 1985. "Annual Report of the Surface Air Sampling Program", Environmental Measurements Laboratory, U.S. Department of Energy, New York, NY. Pages 37-38.

[20] RAC, 1996, "Task 4:Evaluation of Historical Environmental Data", Radiological Assessment Corporation, Neeses SC, February 1996, page III-10.

[21] Feely, H.W., R. Larsen,, and C. Snaderson, 1985. "Annual Report of the Surface Air Sampling Program", Environmental Measurements Laboratory, U.S. Department of Energy, New York, NY. Pages 37-56.

[22] Johnson, C.J., "Plutonium Hazard in Respirable Dust on the Surface of Soil", Science, Vol. 193, pp 488-490, August 6, 1976

[23] Lindeken, C.L., Morgin, R.L., and K.F. Petrock. "Collection Efficiency of Whatman-41 Filter Paper for Submicron Aerosols", Health Physics, Vol. 9, pp. 305-308, 1963.

[24] Moss, W.D., Hyatt, E.C., and H.F. Schulte, "Particle Size Studies on Plutonium Aerosols", Health Physics, Vol. 5, pp 212-218, August 11, 1960.

[25] Kirchner, R.A., Griep, V.R., and Hartzell, W.M., "Rocky Flats Continuous Air Monitor", November 2, 1966

[26] Hume, M.W., Letter from M.W. Hume to C.T. Illsley re: "Comparison of Air Sampler Stations", November 22, 1978.

[27] Langer, G. "Application Technology Progress Report: Evaluation of PM-10 Commercial Inlets and Development of and Inlet for New Rocky Flats Plant Surveillance Air Sampler. January 1986 - December 1986. RFP 4122, page 1.

[28] In an independent evaluation of the air sampling equipment and protocols used at the RFP, Los Alamos National Laboratory concluded ". . the measurements and assumptions used to calculate dose assessments are currently leading to overestimates of the dose to the public from RFP." Mroz, E.J. "Rocky Flats Plant Ambient Air Monitoring Network. Assessment of Sampling Equipment and Analytical Protocol, LA-UR-91-356" performed by Los Alamos National Laboratory, January 1991, page 1.