## V.B   SURFACE AND DRINKING WATER MONITORING

### V.B.1   RFP Contractor Program

#### *Locations*

Prior to the operation of the RFP, surface water samples were collected at 27 locations around the RFP. The locations and their respective identification codes are listed in Table V-1. The sample locations were indicative of drainage paths for surface water from the RFP and surrounding bodies of water. Surface water sampling locations on-site and off-site for the period starting in 1952 are summarized in Table V-2 and Table V-3, respectively. Figure V-14 depicts off-site water sampling locations used after RFP operations began.

In 1960, surface water sampling was conducted twice per year in conjunction with the vegetation sampling program. All liquid effluent streams leaving the site and Walnut Creek at Indiana Street were sampled continuously by the early 1970s. Several community water supplies were also included in this sampling effort. The grab sampling and analyses program continued with little modification for the remaining years of RFP operation.[29,30]

---

[29] Assorted RFP monthly Environmental Monitoring Reports from 1952 - 1989 published by Dow Chemical and Rockwell International.

[30] Annual Environmental Monitoring Reports, Rocky Flats Plant, Environmental Analysis and Control, Rockwell International, Energy Systems Group, Rocky Flats Plant, 1960-1989

Table V-1
Pre-Operational Sample Locations [31]

| Location | ID |
|---|---|
| Upper Church Creek [32] | W-1 |
| Walnut Creek | W-2 |
| Rock Creek | W-3 |
| Woman Creek | W-4 |
| Woman Creek | W-5 |
| Woman Creek | W-6 |
| Smart Creek | W-7 |
| Woman Creek [32] | W-8 |
| Walnut Creek [32] | W-9 |
| Great Western Reservoir | W-11 |
| Mower Reservoir | W-12 |
| Upper Church Lake | W-13 |
| Unknown | W-14 |
| Unknown | W-15 |
| Coal Creek | W-16 |
| Boulder Creek | W-17 |
| Marshall Lake | W-19 |
| Standley Lake | W-20 |
| Leyden Lake | W-21 |
| Rocky Flats Lake | W-22 |
| Ralston Reservoir | W-31 |
| Louisville Reservoir | W-32 |
| Lafayette Reservoir | W-33 |
| S. Boulder Diversion Canal | W-35 |
| Arvada | W-37 |
| Eastlake Reservoir #3 [33] | W-41 |

[31] Bokowski, D. L., et. al. "History and Evaluation of Regional Radionuclide Water Monitoring and Analysis at the Rocky Flats Installation", RFP-3019, Rockwell International, February 21, 1981.

[32] Not contained in table of sample locations in Bokowski, 1981, but shown in figure in the paper.

[33] Radiological Assessment Corporation, "Task 4: Evaluation of Historic Environmental Data", February 1996.



Figure V-14
Map of Surface Water Sampling Locations

Table V-2
On-Site Surface Water Sampling Locations [34]

| Description | ID |
|---|---|
| Northeast to Upper Church Ditch at north cattle fence. | W1 |
| Woman Creek at east cattle fence. | W4A |
| West to springs on hill across Woman Cr. From Bldg 444. | W5 |
| West to springs on hill across Woman Cr. From Bldg 444. | W6 |
| North fork Walnut Creek at east cattle fence. | W9 |
| South to where Bldg 995 effluent leaves plant site. | W10 |
| West and north to Woman Creek at east cattle fence. | W61 |
| North to McKay Ditch. | W62 |
| North to Upper Church Ditch. | W63 |
| West to cattle fence where Rock Creek enters. | W64 |
| East to where Walnut Creek leaves plant site. | W65 |
| Rock Creek at north cattle fence. | W67 |
| East to Lindsey Ranch.  Pond sample. | W69 |

Table V-3
Off-Site Surface Water Sampling Locations [34]

| Description | ID |
|---|---|
| Sample at Leyden Lake inlet (Leyden Creek). | W21 |
| West to Rocky Flats Lake from Colorado Rt. 93. | W22 |
| South to Upper Twin Lake. | W23 |
| A reservoir southwest of Wadsworth. | W15 |
| Plainview road at Coal Creek. | W16 |
| Stearns Lake. | W27 |
| Nissen Reservoir #2. | W29 |
| Lower Church Lake. | W30 |
| Louisville Reservoir. | W32 |
| Chautauqua Reservoir. | W34 |
| Sunshine Reservoir. | W35 |
| Long Lake.  Sample at outlet of Upper Long to Lower Long. | W37 |
| Through Eldorado Springs on Denver Water Board road to second campground. | W40 |
| Eastlake Reservoir #3. | W41 |
| Sloans Lake. | W42 |
| Rocky Mountain Lake. | W44 |
| Berkely Lake. | W45 |
| City Park.  Sample at big lake. | W46 |
| Baller Lake (Panama Reservoir #2). | W48 |
| Clear Creek on Highway 58 west of Golden. | W50 |
| McKay Lake. | W52 |
| Washington Park.  Sample at north lake. | W56 |

*Water Analyses*

---

[34] Hill, J. E. and Kittinger, W., "Environmental Sampling Locations Original Plan", Dow Chemical, April 4, 1973.

Water samples were evaporated to dryness and the solid residue was assayed for total alpha activity and analyzed for uranium content using fluorometry. Plutonium activity was inferred from the total alpha activity minus the uranium activity for the mass of uranium detected by fluorometry assuming a natural uranium isotopic mix.[31]

Water samples were concentrated by evaporation and the plutonium and uranium were extracted from the sample using one of three chemical processes depending on the time period.[31] The chemical separation reduced uncertainty in activity measurements by minimizing alpha self-absorption in the sample from non-radioactive solids such as calcium. Until 1969, samples were assayed using only gross alpha concentrations. After 1969, water samples were analyzed by alpha spectrometry following radiochemical separation, to distinguish plutonium from naturally-occurring radionuclides. The different counting techniques reflect the best available technology of the time.[31]

### V.B.2   Sampling by the Colorado Department of Health

The CDH began monitoring surface water for radionuclides after the 1969 fire; the CDH monitoring program continues to the present. The CDH analyzed water from Walnut Creek at Indiana Street, Standley Lake, the Great Western Reservoir and, occasionally, Woman Creek at Indiana Street.

### V.B.3   Other Environmental Sampling

The Radiological Assessment Corporation discussed other environmental sampling at RFP as noted in Chapter X of this report.

## VI   ENVIRONMENTAL MONITORING DATA

Several organizations have collected environmental data from the environs around the RFP. These data form a record of the plant's releases and the impacts that RFP operations had on the surroundings. This chapter presents the routine environmental monitoring data, and some of the data collected as a result of special studies. These data are used in Chapter VII to compare to the applicable standards of the time, and again in Chapter XII to calculate doses to named plaintiffs and hypothetical receptors located within the "plutonium class contour."

### VI.A   AIR DATA

The RFP contractors operated a network of air monitors designed to monitor the environment on or near the RFP. These programs have been previously discussed in Chapter V.

Samples were collected from each individual monitoring station on a regular basis and analyzed for either total long-lived alpha ($TLL\alpha$) emitters or plutonium. The data were examined as they were produced, and then compiled into monthly and annual averages for reporting purposes.

- Figure VI-1 demonstrates how the weekly concentrations of $TLL\alpha$ in air at the Wagner station contribute to the annual average for that location. The diamonds represent the $TLL\alpha$ concentrations in air for a given sampling period. The trend line is the running cumulative average of the individual concentrations. The bar at the far right is the annual average. The annual average concentration represents the radionuclide concentration in air at that sampling location for the specified year.



**Figure VI-1**
**Contribution of Individual Data Points to the Annual Average Concentration**

This annual average then becomes part of a record of the concentrations at the same location over many years. Figure VI-2 illustrates how such a record looks for the sampler at Wagner station from 1953 to 1970, while Figure VI-3 presents similar data for the period from 1971 to 1989.



**Figure VI-2**
**Annual Average TLLα Concentrations - Wagner (S-18) Sampler**



**Figure VI-3**
**Annual Average Plutonium Concentrations - Wagner (S-18) Sampler**

Obtaining the annual average concentrations is important because applicable permissible concentrations for plutonium (and other radionuclides) are based on annual average concentrations. Annual average concentrations are also used in dose reconstructions because they represent the concentration to which an individual might be exposed during the entire year at the specified location.

Data from the operational period were collected from many different locations around the RFP. Because of the large amount of data, it has been necessary to divide this compilation of data into two eras. The data from all Off-Site samplers from 1953 through 1970 have been grouped by year and plotted in Figure VI-4. Figure VI-5 presents the grouped data for the perimeter monitors from 1971 to 1989; while Figure VI-6 shows a similar presentation for the community monitor results. These plots show the results of over 200,000 air sample analyses[1].



**Figure VI-4**
**Annual Average Concentrations of TLLα Emitters in Air at Off-Site Locations, 1953 - 1970**

---

[1] Calculated from the number of samples in the annual sampling records and the annual environmental reports.



**Figure VI-5**
**Annual Average Plutonium Concentrations in Air**
**at Perimeter Monitor Locations, 1971 - 1989**



**Figure VI-6**
**Annual Average Plutonium Concentrations in Air**
**at Community Monitor Locations, 1971 - 1989**

Data from samplers located north, south, east, and west of the plant are plotted in Figure VI-7 (1972-1989). The close agreement of the data in virtually all cases indicates that measured concentrations were not consistently higher in any direction from the RFP. Although the prevailing winds are to the east, the downwind air concentrations have been indistinguishable from the concentrations in the upwind direction.

Expert Report of John A. Auxier, Ph.D.          VI-4          November 25, 1996



**Figure VI-7**
**Plutonium Concentrations for RFP Off-Site Perimeter Air Monitors**

### Preoperational Data

The RFP collected data at the site before operations began. The background data are presented in Figure VI-8.



**Figure VI-8**
**Background Levels of LLTα Recorded by Preoperational Sampling in 1952**

*Perimeter and Community Air Monitor Data*

Marked temporal variations are seen in plutonium levels measured at the RFP perimeter and community air monitoring stations. The same trends are noted at the perimeter stations in all four cardinal directions. This is shown in Figure VI-9, which displays perimeter air monitoring data from the 1975-1981 RFP monthly environmental monitoring reports. A solid line shows the average of the north, south, east, and west perimeters, and individual directional averages are shown as points. There is some month-to-month variation about the average value, but there is no clear trend for data for any cardinal direction to exceed the average.

Figure VI-10 shows individual monthly data from five community stations east of the RFP,[2] as well as a line showing the average of these community stations. There is some scatter around the trend line, but the general trend shows the same pattern as the perimeter stations. There is a general increase at all stations in March 1978, the month of an above-ground test conducted by the Peoples Republic of China.[3]



**Figure VI-9**
**Trends in Airborne Plutonium Measured by Perimeter Air Monitors**

[2] Broomfield, Jeffco Airport, Wagner, Walnut Creek, and Westminster

[3] "Burchfield, L. A., Stevens S., Inn K. G. W., Sumerlin N. G., Kuroda P.K., " Atmospheric Injections of Nuclear Debris: Strontium 89 and 90 from Chinese Weapons Test", Journal of Geophysical Research, Vol. 87, NO. C9, Pages 7273-7278, August 20, 1982



**Figure VI-10**
**Trends in Airborne Plutonium Community Air Monitors**

Figure VI-11 shows the average line from Figure VI-10 plotted with the data from a single community station (Wagner). Data for gross beta concentrations monitored near Fort St. Vrain, Colorado[4] are plotted on a separate axis. The relative magnitude of peak events vary, but the timing of peaks events is consistent.

---

[4] Fort Saint Vrain Nuclear Generating Station Environmental Surveillance Program Annual and Quarterly Reports.



**Figure VI-11**
**Trends in Airborne Activity**
**RFP Offsite Plutonium v. Gross Beta at Fort St. Vrain**

### *Fallout Detection and Patterns in Global and Regional Fallout*

Plutonium concentrations measured in the vicinity of the RFP may also be compared with plutonium concentrations measured elsewhere in the United States. Figure VI-12 shows plutonium concentrations in air from the State of Washington and the Chicago, Illinois area recently reported by Pan and Stevenson,[5] and data from New York obtained by the DOE Environmental Measurements Laboratory[6]. The average of values from the three locations is plotted as a trend line.[7] Some site-to-site variation is apparent, but clearly, there is a general continent-wide pattern.

---

[5] Pan , V. and Stevenson, K.A.,"Temporal Variation Analysis of Plutonium Baseline Concentration in Surface Air from Selected Sites in the Continental US", J. *Environ. Radioactivity* 32 pp.239-257, 1996.

[6] Fegly, et al, "Annual Report of the Surface Air Sampling Program Environmental Measurements Laboratory", U.S. Department of Energy, March, 1985.

[7] Although some regional fallout is included in these data, the trend line is identified as "Avg. Global" for the sake of brevity.



**Figure VI-12**
**Measured Activity of Plutonium in Global Fallout**

In Figure VI-14, the RFP perimeter, RFP community, and global fallout trend lines from previous graphs are combined. Little difference is seen between the RFP perimeter and community data. The global fallout data (averages of measurements made in Washington, Illinois, and New York) show the same temporal pattern. As noted previously, the position of RFP on the leeward side of the Rocky Mountains is a possible explanation for higher than average fallout levels.

### *Comparison of RFP Data to EML and CDH Data*

The EML and the CDH both operated air sampling stations near the three RFP air monitors located at the fence line east of the 903 pad (S-7, S-8, and S-9). Data from these five stations from 1974 to 1979 are plotted in Figure VI-13. This plot shows that the RFP samplers are in general agreement with the EML and CDH samplers located nearby. Whenever both EML and CDH reported an increased or a decreased plutonium concentration in the air, at least one RFP sampler reported a similar response, indicating the monitors were functioning appropriately.



0.020
0.018
0.016
0.014
0.012
0.010
0.008
0.006
0.004
0.002
0.000
Month

**Figure VI-13**
**Comparison of Plutonium Air Data from Three Organizations**
**Using Five Samplers Located Close to Each Other**

*Conclusions*

It is apparent that the RFP perimeter and community air monitoring stations are capable of detecting plutonium in air at concentrations typical of global fallout. The community and perimeter monitors track each other quite well, and both show the same trends seen in other locations. These patterns lend credibility to the general performance of the community air monitoring network.

In view of the temporal trends shown above, plutonium from the RFP did not add appreciably to the plutonium in the Off-Site environment during the time considered. If plutonium from the RFP had made a significant contribution to the excess over average global fallout, then it would be reasonable to expect some upwind/downwind differences in plutonium concentrations measured at the perimeter air monitoring stations. This was not seen and the monitors were able to detect fallout as demonstrated in Figure VI-14.

**Figure VI-14**
**RFP Community and Perimeter Monitors v. Global Fallout**

## VI.B   WATER DATA

### *Rocky Flats Plant Monitoring Program Results*

Prior to the start-up of the plant, reservoirs surrounding the site and the drinking water supplies of nearby cities were sampled. These surveys were continued by the Site Survey group at the RFP after operations began. Figure VI-15 presents annual average uranium plus plutonium activity (U + Pu) in water data for the monitored reservoirs from 1953 through 1970. Figure VI-16 presents annual average plutonium concentrations in water from 1971 through 1989.

Ralston Reservoir is located near a uranium mine that apparently elevates the gross alpha concentrations in the reservoir's water. The average U + Pu concentration in the Ralston Reservoir was 10 pCi/L, while the highest of the other three reservoirs was 5 pCi/L. At the same time, the plutonium concentration in Ralston Reservoir is undetectable.[8] The data indicate that the average concentration in the Base Line Reservoir was somewhat lower than the averages in the other two reservoirs. They also show no annual average concentration in the other reservoirs is even one-half of the current screening level for gross alpha contamination of 15 pCi/L.[9]

---

[8] Steward, L. M. and M. R. Ross, "Annual Report: Environmental Safeguard 1971," March 10, 1972, Dow Chemical

[9]   "Standards for Radiation Protection", Manual Chapter 0524, U.S. Atomic Energy Commission, August, 12, 1963



Figure VI-15
Annual Average Concentrations of U + Pu in Water from Reservoirs, 1953 - 1970



Figure VI-16
Annual Average Concentrations of Plutonium in Water from Reservoirs, 1971 - 1989

Figure VI-17 presents data for the plutonium activity in local city water supplies from 1971 to 1989. Figure VI-18 compares the data for Broomfield and Westminster with the average concentrations of drinking water in seven outlying cities (Arvada, Boulder, Denver, Golden, Lafayette, Louisville, and Thorton).[10]  The averages of the annual plutonium concentrations in the

---

[10]  Arvada, Denver, Golden, Lafayette, Louisville, and Thorton taken as a group have been used as a baseline in this report because it is unlikely that measurable quantities of RFP plutonium would have found their way to these seven geographically dispersed cities.

drinking water supplies of Broomfield and Westminster (shown at the far right in the figure) are similar to the average annual plutonium concentrations in the drinking water supplies of the seven outlying cities. Yearly fluctuations in drinking water concentrations for Broomfield and Westminster are similar to those displayed by the composite annual average concentrations for the outlying cities. From this information, it is unlikely that operations at the RFP released plutonium that impacted the water supplies for Broomfield and Westminster .



Figure VI-17
Annual Average Concentrations of Plutonium in Drinking Water Supplies, 1971 - 1989

*Colorado Health Department (CDH) Monitoring Program Results*

CDH data are available that were collected on a similar schedule at the same general locations and analyzed for the same radionuclides as the RFP data. The CDH monitoring focused on the community water supplies and the streams leaving the RFP site. Figure VI-19 shows CDH and RFP data from municipal water systems near the RFP. The CDH data from Arvada, Boulder, and Golden have been averaged to provide a basis for comparison with unaffected drinking water supplies in the Colorado Front Range. The data collected by the CDH support the conclusion that plutonium releases to the water were within the applicable permissible concentrations discussed in Chapter IV.

Expert Report of John A. Auxier, Ph.D.        VI-13        November 25, 1996



**Figure VI-18**
**Comparison of Drinking Water Supplies in Nearby Cities with More Distant Ones**



**Figure VI-19**
**Comparison of CDH and RFP Results for Plutonium in Municipal Water Supplies**

*Conclusions*

There were small quantities of radionuclides released into the streams leaving the RFP, some of which was detectable in the surface water collected from off-site streams and to a smaller extent in the Great Western Reservoir and Standley Lake. Most of the observed fluctuations in potentially impacted surface waters were similar to the fluctuations in the "background" sources. It is unlikely that the above-background concentrations of radionuclides in surface water had any significant

impact on the local population.[11]. These levels were all within the applicable permissible concentrations and posed no demonstrable health risk[12]

---

[11] The CDH measurement of tritium in Walnut Creek for May 1973 was more than 1,000,000 pCi/L. The annual average as measured by CDH for 1973 was 125,000 pCi/L. The annual limit for tritium in water at that time was 1,000,000 pCi/L (Standards for Radiation Protection", Manual Chapter 0524, U.S. Atomic Energy Commission, August, 12, 1963. The annual average for 1973 is more than eight times lower than the limit.

[12] Chapter VII.

## VII  COMPLIANCE WITH STANDARDS

### VII.A  PLUTONIUM-239 IN AIR

Concentrations of radioactive materials in air in the vicinity of RFP have been measured since 1952  A complete description of the air monitoring programs at RFP from 1952 through 1989 was given in Chapter V.  The locations at which off-site air concentrations were measured from 1953 to 1970 are shown in Figure V-3  The locations at which off-site air concentrations were measured from 1970 to 1987 are shown in Figure V-4

From 1952 to 1970, measurements were made of total long-lived, alpha particle-emitting radioactive material (TLL$\alpha$) in air in the vicinity of RFP  As noted previously, $^{239}$Pu is a long-lived alpha particle emitter, and, as such, the concentrations of $^{239}$Pu in air in the vicinity of RFP from 1952 to 1970 were included with the TLL$\alpha$ concentration measurements.  Annual average concentrations of TLL$\alpha$ in air (in units of pCi/m$^3$) at off-site monitoring locations near RFP from 1953 to 1970 are shown in Figure VI-4.  The annual average concentrations of TLL$\alpha$ in air measured at off-site air monitoring locations from 1953 to 1970 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure VII-1



**Figure VII-1**
**Comparison of RFP Annual Average Air Concentrations with $^{239}$Pu Standards, 1953 - 1970**

The data shown in Figure VII-1 are difficult to see because the measured concentrations are extremely low when compared with the applicable permissible concentrations.

After 1970, direct measurements were made of concentrations of $^{239}$Pu in air in the vicinity of RFP   Annual average concentrations of $^{239}$Pu in air at off-site monitoring locations near RFP from 1971 to 1989 are shown in Figures VI-5 and VI-6.  The annual average concentrations of $^{239}$Pu in air measured at off-site air monitoring locations from 1971 to 1989 and the applicable permissible concentrations of $^{239}$Pu in air for the same period are shown in Figure VII-2 and Figure VII-3   [Once again, data are shown, but are so far below the applicable permissible concentrations that they are difficult to see.]



**Figure VII-2**
**Comparison of RFP Perimeter Annual Average Air Concentrations**
**with $^{239}$Pu Standards, 1971 - 1989**



**Figure VII-3**
**Comparison of RFP Annual Average Air Monitoring Data from Community Monitors with $^{239}$Pu Standards, 1971 - 1989**

A comparison of the applicable permissible concentrations for $^{239}$Pu in air and the air monitoring data for off-site areas in the vicinity of the RFP show that the applicable permissible concentrations of $^{239}$Pu in air at those locations were not exceeded from 1953 through 1989.

## VII.B PLUTONIUM-239 IN SURFACE WATER

Concentrations of radioactive materials in surface water in the vicinity of RFP have been measured since 1952. A complete description of the surface water monitoring programs at RFP from 1953 through 1989 was given in Chapter V. The locations at which surface water concentrations were measured from 1953 to 1989 are shown in Figure V-14.

Annual average concentrations of plutonium plus uranium in water (in units of pCi/L) from reservoirs and drinking water systems near RFP from 1953 to 1970 are shown in Figures VI-14 and VI-16. The annual average concentrations of plutonium plus uranium in water measured in reservoirs and at tap water sampling locations from 1953 to 1970 and the applicable permissible concentrations of $^{239}$Pu in water for the same period are shown in Figure VII-4 and Figure VII-5. [Data are shown but are difficult to see because measured concentrations are extremely low when compared with the applicable permissible concentrations.]



**Figure VII-4**
**Comparison of Annual Average Data from Reservoirs with $^{239}$Pu Standards, 1953 - 1970.**



**Figure VII-5**
**Comparison of Annual Average Data from Tap Water with $^{239}$Pu Standards, 1953 - 1970**

Annual average concentrations of plutonium in water (in units of pCi/L) in reservoirs and tap water near RFP from 1971 to 1989 are shown in Figures VI-14 and VI-16. The annual average concentrations of plutonium in water measured at these locations from 1971 to 1989 and

the applicable permissible concentrations of $^{239}$Pu in water for the same period are shown in Figure VII-6 and Figure VII-7.

A comparison of the applicable permissible concentrations for $^{239}$Pu in water and the surface water monitoring data for off-site areas in the vicinity of the RFP, show that the applicable permissible concentrations of $^{239}$Pu in water at those locations were not exceeded from 1953 through 1989.



**Figure VII-6**
**Comparison of Annual Average Data from Reservoirs with $^{239}$Pu Standards, 1971 – 1989.**



**Figure VII-7**
Comparison of Annual Average Data from Tap Water with $^{239}$Pu Standards, 1971 - 1989

## VII.C  OTHER RADIONUCLIDES IN AIR AND WATER

Concentrations of radionuclides other than $^{239}$Pu have been measured in air and water in the vicinity of RFP since 1952. The concentrations of these radionuclides have been reported in the numerous monitoring reports referenced in Chapter VI.

As with $^{239}$Pu , a comparison of the applicable permissible concentrations for other radionuclides associated with operations of RFP and the environmental monitoring data for those radionuclides, show that the applicable permissible concentrations of those radionuclides in air and water were not exceeded from 1953 through 1989.

## VIII   RELEASES FROM THE ROCKY FLATS PLANT

Since the beginning of RFP operations, scientific reports have confirmed that routine releases from the RFP have remained very low. Accidents that occurred in the operation of the plant, including the 903 Pad incident, the 1957 and 1969 fires, and the tritium release of 1973, led to the release of small quantities of radioactive material into the environment. Combined routine and accidental releases have not significantly increased the levels of off-site radiation to which area residents are exposed and have not caused any measurable health risk to people living around the plant.

### VIII.A   ROUTINE RELEASES

Routine releases of radionuclides from RFP operations have contributed very little to the doses of off-site residents. Routine releases are discussed at some length in Chapters IX and X of this report. As noted in Chapter IX, ChemRisk, a Division of McLaren/Hart Environmental Engineering, Inc., under contract to the CDH, investigated routine releases from the RFP.[1,2,3] They concluded that routine releases are responsible for contributing very little of the dose to off-site residents. Any routine releases to the environment in the earlier years of RFP operation would have occurred when very few people lived in the vicinity of the RFP.[4]

As described in Chapter VI, monitoring devices at the RFP boundary measured little if any radioactivity above background. That the monitoring equipment and programs worked properly and had sufficient sensitivity is confirmed by their measurement of the low levels of plutonium associated with global fallout from nuclear weapons testing. The monitoring equipment did not detect significant differences, during the same period, in plutonium concentrations in the air from one cardinal direction to another, nor were there significant differences in community and perimeter air monitoring results. The negligible

---

[1] ChemRisk 1994, "Project Task 5 Report, Estimating Historical Emissions from Rocky Flats", Repository Document TA-1240, March, 1994.

[2] ChemRisk 1994a, "Project Task 6 Report, Exposure Pathway Identification and Transport Modeling", Repository Document TA-1241, May, 1994.

[3] ChemRisk 1994c, Project Task 8 Report "Dose Assessment of Historical Contaminant Releases from Rocky Flats", ChemRisk, Alameda, CA; September, 1994.

[4] ChemRisk 1994b, "Project Task 7 Report, Demographic & Land Use Reconstruction of the Area Surrounding the RFP", April, 1994.

release of radioactive material due to the routine operation of the RFP over its operating
history indicates the effectiveness of the plant's control and monitoring systems. Operating
difficulties encountered with those control systems (e.g., the Building 771 filter plenum
following the 1957 fire) did not result in significant doses to off-site residents.

## VIII.B   RELEASES FROM THE 903 PAD

Virtually all investigators have concluded that the principal source of off-site
plutonium and americium (aside from global weapons testing fallout) was the 903 Pad, and
not other events.[5, 6, 7, 8]  Poet and Martell, who originally suspected the 1969 fire as a source
of off-site plutonium, later concluded that it was not.[8]  EML attributed off-site plutonium to
the 903 Pad, as did CSU.[7, 8]  Sediment analysis, by temporal patterns, indicates that the 903
Pad was the primary source of off-site plutonium.[9]  Most investigators conclude that the
results of the RFP's monitoring equipment at station S-8, as shown in Figure VIII-1,
demonstrate that the peaks in air concentrations measured by that equipment in late 1968
and January of 1969 were attributable to the 903 Pad releases, and that those releases were
largely responsible for off-site levels.[10, 11, 5]  As RAC has concluded in its recent
investigation, those releases were confined principally to December and January of 1968 and
1969.[12]  Those releases occurred after the drums were removed from the 903 Pad area and
the area was being readied for covering.[10, 11]  The 903 Pad area was covered with an asphalt

[5] Krey, 1970,Krey, P.W., "Plutonium in Soil Around the Rocky Flats Plant", Rep. HASL-235, Health and Safety
Laboratory, U.S. Atomic Energy Commission, New York, New York, 1970. p.11

[6] Krey, "Remote Pu Contamination" Health Physics 30:209 (1976)

[7] Little, 1980, "Plutonium in a Grassland Ecosystem at Rocky Flats", Little, C.A., Whicker, F.W., and T.F. Winsor,
Journal of Environmental Quality, Vol. 9, No. 3, July - September, 1980.

[8] Poet and Martell 1972, "Plutonium-239 and Americium-241 Contamination in the Denver Area", Poet, S.E. and E.A.
Martell, Health Physics, Vol. 23, pp 537-548, August 6, 1972.

[9] Hardy, 1980, Hardy, E.P. et. al., "Time Pattern Of Off-site Plutonium Deposition From Rocky Flats Plant By Lake
Sediment Analyses", Environment International, Vol. 4, pp.21-30, 1980.

[10] Hammond, 1971, ., "Industrial-type Operations as a Source of Environmental Plutonium", Hammond, S.E., Dow
Chemical Company, Rocky Flats Division, Golden, Colorado, in Proceedings of Environmental Plutonium
Symposium, Los Alamos Scientific Laboratory, August 4-5, 1971.

[11] Seed, J.R., Calkins, K.W., Illsely, C.T., Miner, F.J, and J.B. Owen, "Committee Evaluation of Plutonium Levels
Within and Surrounding USAEC Installation at Rocky Flats", RFP-INV-10, Rocky Flats Division, The Dow
Chemical Company, Golden, Colorado, July 9, 1971.

[12] Radiological Assessments Corporation, "Estimating 903 Area Releases, Reviewing the Process", Prepared by R.
Meyer and J. Weber, Radiological Assessments Corporation, September 12, 1996.

pad shortly after the releases. Releases resulting from the 903 Pad incident occurred at a time when few people lived in the immediate vicinity of the plant.[13]

The amounts of plutonium released from RFP operations have been documented by numerous studies, which are in general agreement.[14] ChemRisk generally agreed with the previous source term estimates.[15] RAC appears to be reaching a similar determination of the source term.[16]

The plutonium levels in soil in the off-site environment have not changed significantly over time since the 903 Pad incident.[17] Those levels have recently been summarized by the CDH, Colorado State University (CSU) and as a part of the Operable Unit 3 (OU3) work at the RFP (see Chapter XII of this report). All three investigations demonstrate off-site concentrations that pose no significant health risks to area residents. Illsley concluded that some off-site areas had soil results above 1 pCi/g, but none were above 20 pCi/g.[18]

Aerial radiological surveys conducted in the RFP area confirm that plutonium concentrations in off-site areas do not exceed the 20 pCi/g.[19] Data for over twenty years of

---

[13] Ibid., ChemRisk 1994b

[14] Webb, S.B., Ibrahim, S.A., and F.W. Whicker, "The Spatial Distribution of Plutonium in Soil Near Rocky Flats, Colorado", Final Draft, Colorado State University, September 13, 1995.

[15] Ibid., ChemRisk, 1994a

[16] Radiological Assessments Corporation, "Estimating 903 Area Releases, Reviewing the Process", Prepared by R. Meyer and J. Weber, Radiological Assessments Corporation, September 12, 1996.

[17] Jones, R.H., and Y.Zhang, "Spatial and Temporal Analysis of the Rocky Flats Soil Plutonium Data", University of Colorado Health Sciences Center, Denver, Colorado, September 19, 1994, (Introduction by R. Terry.)

[18] Illsley, C.T. and M.W. Hume, "Plutonium Concentrations in Soil on Lands Adjacent to the Rocky Flats Plant", Rockwell International Energy Systems Group, September 6, 1979.

[19] Three aerial surveys of the RFP conducted in 1972, 1981, and 1989 were reviewed. The 1972 survey by EG&G found exposure rates outside RFP consistent with background levels (1972 data from EG&G 1974, "Radiological Survey of the Area Surrounding the Rocky Flats Plant, Golden Colorado, May 3&4 and October, 1972, Las Vegas, NV, September 30 1974). The 1981 over-flights identified detectable $^{241}$Am contamination east of the 903 Pad, but well within the buffer zone boundary (1981 data from Boyns, P.K., 1981, "An Aerial Radiological Survey of the United States Department of Energy's Rocky Flats Plant", Golden, Colorado, EG&G Measurements Group, September, 1982). The minimum detectable activity for $^{241}$Am in surface soil (0 cm depth) in this survey was 0.8 $\mu Ci/m^2$. The 1989 aerial survey used better detector sensitivity and data processing techniques and reported a minimum detectable concentration of 0.35 $\mu Ci/m^2$ for surface soil (1989 data from Boyns, P.K., 1990, "An Aerial Radiological Survey of the United States Department of Energy's Rocky Flats Plant and Surrounding Area", EG&G Measurements Group, May, 1990). This survey identified a smaller additional area of contamination east of the first area, but well within the buffer zone boundary. Since any plutonium that found its way into soil from the RFP would still be there, these studies demonstrate that releases to current residential areas were minor. The report also concluded that $^{137}$Cs levels were consistent with worldwide fallout in both the 1981 and 1989 survey and there was no indication of ground deposition of $^{137}$Cs from RFP operations.

soil sampling by the CDH have confirmed that plutonium concentrations in the off-site area do not exceed the state's conservative standard of 2 dpm/g (0.9 pCi/g).[17] These results were confirmed by the analysis of the exhaustive data set of virtually all historical soil sampling done around the site, as completed in the RFI/RI Report for OU3 work (see Chapter XI).

## VIII.C  RELEASES DURING FIRES

Radionuclide releases and resulting doses from the 1957 and 1969 fires have been substantially less than those from the 903 Pad incident.[20, 21, 10] At the time of the 1957 fire, population in the area was very sparse.[4] Sediment data and isotopic analysis are inconsistent with a significant release of radionuclides from the RFP during the 1957 fire; the subsequent 903 Pad signature is much more prominent.[9] Exhaust plenum filter integrity was maintained during the 1969 fire.[22,23] The 1969 fire did not increase TLL$\alpha$ activity in off-site air monitors.[24]

## VIII.D  OFF-SITE DOSE IMPLICATIONS OF RELEASES

There is consistency in the results of different investigations as to the lack of any public health impact from the operation of the RFP. (The assessment of doses from RFP releases is discussed in Chapter XII.) The CDH has concluded that measured concentrations of plutonium in air in the vicinity of the RFP were low and could not be differentiated from occasional above-background concentrations at remote air sampling locations.[25] The CDH attributed any positive measurements in off-site air samplers in the period of 1969 through 1989 to world-wide fallout or statistical abnormalities that often occur in attempting to quantify observations near the lower limit of detection.[26] Air

---

[20] Mongan, T.R., Ripple, S.R., Brorby, G.P., and D.G. diTommaso, "Plutonium Releases from the 1957 Fire at Rocky Flats", Health Physics, Vol. 71, No. 4, pp. 510-521, October, 1996.

[21] Ibid, ChemRisk 1994a

[22] Langer, G., "Application Technology Progress Report: Evaluation of PM-10 commercial Inlets and Development of Inlet for New Rocky Flats Plant Surveillance Air Sampler, RFP-4122, January 1986 - December 1986.

[23] Falk, R.B. and D.L. Bokowski. "Analysis of Air Sample Results for Communities Preceding and Following the May 11, 1969 Fire", May 8, 1980.

[24] Cleere, R.L., Transmittal letter to C.W. Piltingsrud, regarding the June 12, 1969 "Summary Report of Environmental Surveillance Relative to the Fire at the Rocky Flats Plant" by John K. Emerson, June 30, 1969.

[25] Quillin, R.M., Letter to J. Johnson regarding air sampling activities at Rocky Flats Plant, October 24, 1989.

[26] Ibid.

sampling data for RFP, since the early 1970s, show that measured concentrations do not differ significantly from global fallout plutonium levels.[26]

The potential for radiation doses to off-site residents from plutonium resuspension during excavation of off-site areas has been raised. Recent studies in connection with the building of a retention pond on Woman Creek and the expansion of the Interlocken office park confirm that even extensive earth moving activities in the immediate vicinity of the plant do not generate any significant risk.[27]

Releases that occurred during the 903 Pad incident and during the 1957 and 1969 fires did not necessarily impart any measurable dose to area residents. Material emitted from the RFP and subsequently believed to have been measured in the environment may have been of a non-respirable particle size. High winds tend to resuspend larger particles of plutonium in soil.[28, 29] During the 1957 fire in Building 771, filters in the exhaust ventilation system burned through, a condition which would have allowed larger particles to escape than might have been released under normal operating conditions.[10]

Tritium levels were measured by the CDH and the levels in pre-treated water were within permissible concentration limits.[30] Measured concentrations of tritium posed no significant health risk to any off-site area residents.[31]

## VIII.E  ALTERNATE METHODS FOR ESTIMATING RELEASES

An EPA-designed study of tissues of area residents showed no significant differences between the plutonium concentrations in tissues of those persons who lived near the RFP from plutonium concentrations in tissues of others. All results were consistent with levels expected from global fallout (see Chapter XII). ChemRisk's dose estimates confirm that off-site doses are a fraction of the variation in annual natural background in the same area and present no public health risk (see Chapter XII).

---

[27] CH2M Hill, "Standley Lake Protection Project Human Health Risk Assessment, Volume I, Human Health Risk Assessment", Prepared for Cities of Westminster, Northglenn, and Thornton, July, 1994.

[28] Langer, "Activity, Size, And Flux Of Resuspended Particles From Rocky Flats Soil", Langer, Gerhard; RFP-3469

[29] Langer, 1989 "Resuspension of Rocky Flats Soil Particles Containing Plutonium Particles - A Review" Rockwell International, Golden, CO,. December, 1989.

[30] A discussion of measured concentrations of tritium in surface water is presented in Chapter VI.

[31] City of Broomfield, "U.S. 36 and 96th Street Interchange Administrative Action Finding of No Significant Impact", November 1991.

Alternative methods of estimating off-site doses must be analyzed against the backdrop of these extensive data. Estimates of off-site doses based on "material unaccounted for" (MUF) or mass balance data are unlikely to be reliable.[32]  Source term estimates driven by the activities of small mammals in soil are not likely to significantly change the off-site dose estimates noted in this report. Any alternative method of estimating off-site doses must comport with the substantial body of environmental and bioassay data that exists.

---

[32] Voilleque, P.G., "Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71", Radiological Assessment Corporation, Idaho Falls, ID, May, 1995.

# IX  THE CHEMRISK REPORT

## IX.A  STRUCTURE AND METHODS

Under contract to the CDH. ChemRisk, a Division of McLaren/Hart Environmental Engineering, Inc., investigated historical public exposures associated with releases from the RFP. This investigation, which was the first phase of the Rocky Flats Dose Reconstruction Project, was divided into eight specific tasks [1]:

1. Identify Chemicals and Radionuclides Used
2. Select Materials of Concern
3. Reconstruct History of Operations
4. Identify Release Points
5. Estimate Releases
6. Select and Model Exposure Pathways
7. Characterize Land Use and Demographics
8. Perform Dose Assessment

The first seven tasks are summarized below. Task 8, the Dose Assessment for Historical Contaminant Releases from Rocky Flats (September, 1994), is considered separately in the following section.

### IX.A.1  Task 1 Through Task 7

The first seven tasks of Phase I laid the groundwork for the off-site dose estimates reported in Task 8. These tasks are described in six ChemRisk reports and a number of technical articles:

1. ChemRisk 1991, "Task 1 Report (R1), Identification of Chemicals and Radionuclides Used at Rocky Flats", Repository Document TW-362, March, 1991
2. ChemRisk 1991a, "Task 2 Report, Selection of the Chemicals and Radionuclides of Concern", Repository Document TA-723, June, 1991.
3. ChemRisk 1992, "Project Tasks 3 & 4, Final Draft Report, Reconstruction of Historical Rocky Flats Operations & Identification of Release Points", Repository Document RA-1202, August, 1992.
4. ChemRisk 1994, "Project Task 5 Report, Estimating Historical Emissions from Rocky Flats", Repository Document TA-1240, March, 1994.
5. ChemRisk 1994a, "Project Task 6 Report, Exposure Pathway Identification and Transport Modeling", Repository Document TA-1241, May, 1994.

---

[1] ChemRsk Task 8 Report, September, 1994, page 2.

6.  ChemRisk 1994b, "Project Task 7 Report, Demographic & Land Use
    Reconstruction of the Area Surrounding the RFP", April, 1994.

7.  Widner 1993, "Reconstruction of Past Rocky Flats Releases", T.E. Widner, T.R.
    Mongan, S.R. Ripple, and N. C. Morin, in *Environmental Health Physics,* the
    Proceedings of the 26th Midyear Topical Meeting of the Health Physics Society,
    January 24-28, 1993, pp 183-192; R.L. Kathren, D.H. Denham, and K. Salmon,
    Eds, Published by Research Enterprises, Richland, WA.

8.  Ripple 1996, "Past Radionuclide Releases from Routine Operations at Rocky
    Flats", S.R. Ripple, T.E. Widner, and T. R. Mongan, *Health Physics* 71:502-509,
    1996

9.  Mongan 1996, "Plutonium Releases from the 1957 Fire at Rocky Flats", T. R.
    Mongan,, S.R. Ripple, G. P. Brorby, and D.G. diTommaso , *Health Physics*
    71:510-521, 1996

10. Mongan 1996a, "Plutonium Releases from the 903 Pad at Rocky Flats", T. R.
    Mongan, S.R. Ripple, and K.D. Winges, *Health Physics* 71:522-531, 1996

The following task descriptions are largely drawn from the corresponding reports.

### Task 1: Chemical and Radionuclide Identification

The radionuclides present throughout the operational history of the RFP were documented.
The primary radionuclides identified were americium-241, various plutonium isotopes, thorium-
232, and various uranium isotopes. Curium-244, tritium, neptunium-237, and thorium-228 were
handled in lesser quantities, and nearly 50 other radionuclides were identified as laboratory stock
solutions, sealed sources, calibration sources, etc. Over 8000 chemicals used at RFP were identified
by examining inventory lists prepared by the plant operating companies in 1974 and in 1989. This
list was supplemented by a small number of additional chemicals identified by extensive document
searches. It was assumed that there were no significant process changes throughout the operational
history of the plant, with the exception of the replacement of dry plutonium machining with methods
employing lubricants in the late 1950's, and a change in the form of the plutonium during the 1950s.
ChemRisk concluded that the overall general nature and type of compounds used in quantity at the
facility have been relatively stable.[2]

---

[2] ChemRisk Task 1 Report, 1991, page 30.

*Task 2: Selection of Materials of Concern*

Radionuclides: The selection of radionuclides of concern involved the consideration of those radionuclides used in production activities, those handled in large quantities, those that were in forms likely to be released, or were found in plant effluents or in the environment. Tritium was included as a radionuclide of concern primarily because of a well-publicized release incident in the early 1970s.[3] Monitoring data were otherwise consistent with the release of only the main production radionuclides from the facility, i.e., americium-242, plutonium isotopes 238 through 242, thorium-232, and uranium isotopes 233, 234, 235, and 238.[4]

Chemicals: A three-stage screening process was used to select chemicals of potential concern. In the first stage, 629 compounds of the more than 8000 identified in Task 1 were selected on the basis of their known toxicological properties, inventory quantities, or release histories. Forty-six of these were selected in the second stage on the basis that the quantity on site was sufficient to pose a potential off-site health hazard if all of the compound was released to the environment. Thirty-two of these compounds were selected in the third stage on the basis of environmental behavior and potential release quantities under actual use conditions. Of these, the following were selected as materials of concern[5]:

- beryllium
- benzidine
- 1,3-butadiene
- cadmium
- carbon tetrachloride
- chloroform
- chromium
- ethylene oxide
- formaldehyde
- hydrazine
- lead
- methylene chloride
- mercury
- nickel
- nitric acid
- propylene oxide
- tetrachloroethylene
- 1,1,1-trichloroethane
- trichloroethylene

---

[3] Ibid., ChemRisk 1992, p3.

[4] Ibid., ChemRisk 1992, Table 1-1, p.4.

[5] Ibid., ChemRisk 1992, Table 1-1, p.4

## *Tasks 3 and 4: History of Operations and Release Point Identification*

ChemRisk was tasked to create a history of facility development and operational process and
practices.[6] In support of this mission, ChemRisk conducted an extensive program of document
reviews and personnel interviews. Team members with Q clearances were given access to all areas
of the plant, and ChemRisk reported that team members were not denied access to any information
sources requested for review.[7]

ChemRisk conducted directed investigations to find and review information pertaining to
past RFP operations. A large number of interviews and discussions with current and past RFP
workers were conducted in order to optimize searches of existing databases and searches for relevant
records. Repositories were systematically searched using both directed and random techniques[8].
Process information, routine release points, and the locations of major unplanned releases were
identified in this process. (In a recent publication on dose reconstruction, the National Academy of
Sciences compared the advantages of comprehensive [i.e., exhaustive] document searches with those
of directed, or selective searches. It was concluded that "Selective searches tend to be more efficient
and less costly and for the most part provide the necessary data, because often much is known about
the operations and history of the facility or site selected for study.")[9]

After extensive review of on-site and off-site document repositories, ChemRisk concluded
that the mission of the RFP had remained unchanged since its initial operation. Although the plant
had grown physically, there had been little change in processes and materials handled since the
1950s.[10] The stability of plant operations over time was considered to improve the applicability of
later documents to earlier plant operations.

As a result of these investigations, a number of chemicals on the Task 2 list of materials of
concern were reduced to seven: berylium, carbon tetrachloride, chloroform, methylene chloride,
tetrachloroethylene, 1,1,1-trichloroethane, and trichloroethylene. These seven chemicals and the
radionuclides identified in Task 2 were selected for source term development in Task 5.[11]

The process information developed in Tasks 3 and 4 was used in part to characterize the
potential for radionuclide emissions from normal operations in the past, and to identify incidents or
practices with the potential for significant off-site transport. The ChemRisk review process "failed to

---

[6] Ibid., ChemRisk 1992, page 9

[7] Ibid., ChemRisk 1992, p.9, section 2.1

[8] Ibid., ChemRisk 1992, p.11

[9] NAS/NRC 1995, "Radiation Dose Reconstruction For Epidemiologic Uses", National Academy of Sciences, National Research
Council, National Academy Press, Washington, D. C., 1995, at p.18.

[10] Ibid., ChemRisk 1992, p.257

[11] Ibid, ChemRisk 1994, p.11

identify any historical evidence of significant intentional uncontrolled routine releases of radionuclides from the plant to the offsite environment".[12]  The review of accidents and incidents led to voluminous reports documenting small fires, spills, injuries, and property damage. It was concluded that none of this documentation indicated the occurrence of any previously unreported major events potentially impacting the off-site public.[13]  The major events of potential interest were the previously recognized fires (Building 771 in 1957 and in Buildings 776 and 777 in 1969) and resuspension of contaminated soil from the 903 pad. [14]

The report distinguishes between emission points associated with airborne and waterborne releases of materials, and presents a comprehensive table summarizing RFP disposal areas. It was concluded that most hazardous and radioactive wastes were shipped off-site for disposal, and that the on-site disposal of other such materials has not necessarily resulted in off-site exposures to members of the public.[15]

The Draft Task 3 and 4 Report was reviewed by the Health Advisory Panel, plant historians, regulatory agencies, and members of the public. Comments from these groups and individuals were addressed, and it is reported that all corrections and many suggestions for improvement were incorporated in the final version of the report.[16]

### *Task 5: Quantification of the Source Term*

Contaminants identified for quantitative evaluation are presented in Table 1 of the Task 5 report. Beryllium and the six organic solvents selected for source term development in Tasks 3 and 4 are identified, as well as tritium and americium-241. The uranium and plutonium isotopes selected from those identified in Tasks 3 and 4 were grouped as enriched uranium, depleted uranium, and plutonium-239/240.[17]  In view of the plant processes and environmental data, this was an appropriate choice.

---

[12] Ibid., ChemRisk 1992, p.257

[13] Ibid., ChemRisk 1992, p.258.

[14] Ibid., ChemRisk 1992, p251.

[15] Ibid., ChemRisk 1992, p.7.

[16] Ibid., ChemRisk 1992, p.7.

[17] Ibid., ChemRisk 1994, p.5

Task 5 evaluated four major categories of releases:[18]

- Routine radioactive airborne emissions
- Routine nonradioactive airborne emissions
- Routine surface-water-borne emissions
- Nonroutine contaminant releases

Routine Radioactive Releases: The RFP operated an extensive airborne monitoring program that generated data directly relevant to source term development.[19] The historical airborne radioactive effluent monitoring program was reviewed, and uncertainties associated with sampling and analytic practices were characterized. It was concluded that the effluent monitoring data provided a good basis for routine airborne release estimates, with the exception of early uranium emissions. These were calculated from raw data taken from plant log books[20]. ChemRisk reports that plutonium emissions for calendar years 1957, 1963, 1969, 1973, 1984, and 1986 were based on its independent calculations of release totals. Estimates for other years were based on annual effluent estimates summarized in the 1980 Final Environmental Impact Statement and in other DOE information sources for subsequent years. A similar mixed strategy was used for uranium emissions.[21] Annual release estimates for depleted uranium, enriched uranium, tritium, americium-241, plutonium alpha, and plutonium-241 are tabulated in Table 2-45 of the Task 5 report.

Routine Non-Radioactive Releases: Beryllium releases were also estimated on the basis of routine emission monitoring data. Annual release estimates for beryllium are presented in Tables 3-2 and 3-3 of the Task 5 report. Routine monitoring for organic solvents was not performed at the plant. Plausible bounds to the emission of these materials were based on document reviews and interviews.[22] Upper-and lower-bound emissions estimates for organic solvents are given in Task 5 Tables 3-11 through 3-16.

Routine Surface-Water-Borne Emissions: Monitoring data for radioactivity in water supplies downstream from RFP was evaluated to address the issue of surface water releases. In general, best estimates (central estimates) and 95% confidence intervals were developed for airborne emissions of radionuclides, while upper-bound estimates were used for chemicals.

Non-Routine Releases: Three major non-routine releases were identified in the Task 5 report - - fires in 1957 and 1969, and the migration of soil contaminated with plutonium and

---

[18] Ibid., ChemRisk 1994, p.9.

[19] Ibid., ChemRisk 1994, p13.

[20] Ibid., ChemRisk 1994, p.9

[21] Ibid., ChemRisk 1994, p.127

[22] Ibid., ChemRisk 1994, p.10.

americium from oils stored in the 903 Pad area. Source term estimates for these incidents required the integration of several types of information, and were deferred to the Task 6 evaluation. ChemRisk examined the issue of fission product releases from criticality tests in the Building 886 Critical Mass Laboratory. It was concluded that "Criticality experiments were not likely to have been the source of significant releases of radionuclides from the plant."[23] Estimated fission product releases are listed in Table 2-44.

### *Task 6: Exposure Pathway Identification and Transport Modeling*

ChemRisk identified atmospheric dispersion (including the resuspension of deposited materials) and surface water flows as the main process by which contaminants might have reached members of the general public. The Task 6 report identifies the inhalation of contaminated particles as the dominant pathway for plutonium[24]. Other pathways considered included incidental soil ingestion, the ingestion of vegetables and other foodstuffs, and direct radiation from materials deposited on the ground.

Transport modeling was used in conjunction environmental data to back calculate the magnitude of non-routine releases which were not finalized in the Task 5 report. The same models were then used to extrapolate air concentrations and ground deposition to the general area. Because these back calculations made use of environmental concentration data, they were influenced by all previous routine and non-routine releases, whether or not these releases were specifically identified in Task 5. (In this sense, the source term supplementation performed in Task 6 backs up the emissions-related source terms developed earlier.)

The 903 Pad Release: ChemRisk concluded that the largest non-routine contaminant release is associated with material that migrated off-site from the Building 903 Drum Storage Area (the 903 Pad) before the 903 Pad area was covered in 1969. Environmental data were used in conjunction with dispersion models to determine release quantities and off-site distribution by a process outlined in Task 6, Figure 3-15. The Fugitive Dust Model (FDM) was adjusted to optimize the match between the code output and the existing soil data, air monitoring data, and other environmental data. The FDM scenario judged to be most consistent with these data involved the release of 25 Ci of $^{239-240}$Pu between 1965 and 1969. Of this quantity, the model projected that 6.8 Ci had migrated beyond the expanded plant boundary. Resulting soil deposition patterns are shown

---

[23] Ibid., ChemRisk 1994, p.125.

[24] The relative importance of various pathways is also discussed in Section IX.C of this report.

in Task 6, Figure 3-17, while associated long-term average air concentrations are shown in Task 6, Figure 3-18.[25]

The 1957 Fire:  The Task 6 report concludes[26] that the second largest non-routine release of plutonium occurred during a fire in 1957, during which an estimated 0.07 Ci of plutonium  was released as fine particulates from the stack in Building 771[27].  An estimated 0.00006 Ci were released as coarse particles.  The incident was analyzed according to the flowchart shown in Task 6, Figure 3-10.  The INPUFF air dispersion model was used to relate the time sequence of the fire, meteorological data, routine monitoring data, and special environmental measurements made in response to the fire.  The transport of large particles associated with the explosion of the filter plenum was modeled separately from that of the fine particles that were released after the loss of the filters.  The projected off-site concentrations of plutonium in air, averaged over a 13.5 hour period, are shown in Task 6, Figure 3-20.[28]  Associated ground deposition is shown in Figure 3-21. ChemRisk used Monte Carlo techniques to examine the uncertainty in the release estimate, concluding that the uncertainty could be characterized by a geometric standard deviation of 5.9 about the median 0.07 Ci release estimate.[29]

The 1969 Fire:  A smaller release, estimated to be on the order of 0.0028 Ci, occurred during a glove box fire in Building 776 in 1969.  The conceptual approach illustrated in Task 6, Figure 3-10 was also employed for this incident.  The INPUFF model was used to relate environmental data to a possible source term, as was the case for the 1957 fire.  Because of changes in the environmental monitoring program, relatively more of the environmental measurements were above the limit of detection, even though the 1969 fire release was estimated to be considerably smaller than the upper limit set for the 1957 fire release.  The projected off-site concentrations of plutonium in air, averaged over a 17.5 hour period, are shown in Task 6, Figure 3-28.[28]  Associated ground deposition is shown in Figure 3-29.  ChemRisk used Monte Carlo techniques to examine the uncertainty in the release estimate, concluding that the uncertainty could be characterized by a geometric standard deviation of 4.4 about the median 0.0028 Ci release estimate.[30]

---

[25] The legend for Task 6, Figure 3-18 contains a typographical error. The unit should be "pCi m$^{-3}$" rather than "fCi m$^{-3}$", as can be determined by comparison with Task 8, Table G-1 and general consistency with Task 6, Figure 3-17.

[26] Ibid., ChemRisk 1994a, p.92

[27] Ibid, Chem Risk 1994a, p.133.

[28] Standards apply to annual averages (see Chapter IV of this report), so values from this figure must be pro-rated over 8760 hours for comparison with standards.

[29] Ibid., ChemRisk 1994a, p.124

[30] Ibid., ChemRisk 1994a, p.156

Routine Releases:  The transport of routine releases identified in Task 5 was modeled as illustrated in Task 6, Figure 3-1.  A five-year meteorological data set, 1987-1991 was used in conjunction with the EPA's ISC dispersion model to determine off-site air and ground concentrations for unit releases of material.  ChemRisk assumed that ninety percent of the routine plutonium emissions were released from Building 771, and ten percent from Building 776.  A deposition velocity of 0.3 cm sec$^{-1}$ (incorporating weighted wet and dry deposition velocities) was used to relate air concentrations predicted by dispersion models to ground deposition.[31]  Unit release calculations were performed for plutonium or americium, uranium, tritium, and beryllium or volatile chemicals.  The resulting annual average air concentrations are shown in Figures 3-3 through 3-6 of the Task 6 report.  Corresponding ground deposition for plutonium and uranium is shown in Figures 3-7 and 3-8.  Annual average concentrations were then computed by applying the Task 5 release values to the unit release patterns.  Figure 3-9 of the Task 6 report shows predicted cumulative deposition of plutonium on the ground for 37 years of routine plutonium releases, during which a total of 0.03 Ci of plutonium was estimated to have been released from the filter plenums.[32]

### Task 7: Demographic & Land Use Reconstruction

Task 7 was directed toward identifying the locations of persons or populations who might have been impacted by releases from the RFP.  Land uses in the areas around the plant were also investigated to aid in the characterization of potential exposure pathways.  Common sources of population and land-use data, including census data and county agricultural statistics, were used in the first part of this staged investigation.  More detailed information was developed for the land within five miles of the plant: this area was termed the study area for Task 7.

Multiple sources of information were collected and researched to supplement the commonly available statistics.  Extensive interviews with long-term land owners were conducted, and detailed searches for information on agricultural land use were initiated.  The results of the historical population and agricultural land-use investigations for the study area were summarized in three sets of population and land-use maps published in the Task 7 report.

### IX.A.2  Task 8:  Dose Assessment For Historical Contaminant Releases From RFP

Radiation and chemical dose estimates to residents of the area surrounding RFP are described in the Phase 1, Task 8 report  "Dose Assessment of Historical Contaminant Releases from Rocky Flats" (ChemRisk, Alameda, CA; September, 1994).  The Task 8 Report is dominated by consideration of materials transported by air, as described in Section 3.  The surface water pathway

---

[31] Ibid., ChemRisk 1994, page 50

[32] Ibid, ChemRisk 1994a, p. 51

is briefly discussed in Section 4, in which it is concluded that doses associated with surface water are small compared to those associated with airborne releases. Cancer risk estimates are addressed in a preliminary manner in Section 5.

## *Dosimetry*

Section 2 of the Task 8 report defines chemical and radiation doses, and sets out the computational method by which doses are obtained from intakes of various materials.

*Internal radiation doses* are reported as committed effective dose equivalents (CEDE) [33] in units of sieverts per year (Sv/y). Radionuclide intakes are converted to CEDEs by applying ICRP Publication 56 (ICRP56) dose conversion factors (DCFs) for $^{241}$Am, $^{239}$Pu, and tritium, and Federal Guidance Report No. 11 (FGR11) DCFs for depleted and enriched uranium[34]. These DCFs assign all of the dose that will be delivered by an intake over the next 50 to 70 years (depending on age at intake) to the year in which the intake occurred. For most radionuclides, a number of DCFs are listed, depending on the solubility of the compound incorporating that radionuclide in the lung or the gut. ChemRisk dealt with these ranges of values by expressing the DCFs as uniform distributions between selected values, as shown in Table 2-1 of the Task 8 report. Additional information on dosimetry and the selection of DCFs are presented in Appendices A and B of the Task 8 Report.

*External radiation doses* are also reported in units of sieverts per year. Concentrations of radionuclides on the ground are converted to external dose rates by applying the Federal Guidance Report No. 12 DCFs for surface depositions to the area concentrations predicted by Task 6 models. The use of area, rather than volume concentrations tends to produce conservative estimates of the external dose, because shielding due to soil is minimized.

The *chemical dose*, as defined in this section, is simply the intake quantity for a given mode (e.g., inhalation, ingestion) expressed in milligrams per year (mg/y).[35]

The assumed characteristics of potentially exposed individuals are also discussed in Section 2. Individuals for whom doses are calculated are assumed to be full-time residents who spend most of their time in the study area and who obtain a substantial fraction of their meat, milk, and produce from locally grown sources. These individual characteristics are further described in Appendix C of the Task 8 Report.

---

[33] The term "Committed Effective Dose Equivalent" has since been replaced by "Committed Effective Dose" (ICRP Publication No. 60). The older term is used in this section for consistency with the guidance used in the Task 8 Report.

[34] "Enriched" and "depleted" uranium are both complex mixtures of uranium isotopes. Inspection of the Table 2-1 DCFs shows that ChemRisk used $^{234}$U DCFs to represent enriched uranium, and $^{238}$U DCFs to represent depleted uranium.

[35] Ibid, ChemRisk 1994c, p.19

### *Geographical Coverage*

The geographical area covered in the Task 8 Report is described in Section 3.1 of the Task 8 Report. The area between two and ten miles from the plant center is divided into four quadrants (NE, SE, SW, NW). Each quadrant is divided into three sectors (2 to 4, 4 to 6, and 6 to 10 miles from the center of RFP). Coverage specifically excludes elevated areas of the Front Range that lie within the defined sectors. Each sector is divided radially into half-sectors (designated A and B) for some analyses. In addition, three cities outside the 10 mile radius (Denver, Lakewood, and Longmont) are considered. Plumes from the 1957 and 1969 fires are considered separately from the sector system.

### *Environmental Transport*

The pathways by which contaminants of concern might reach off-site receptors are summarized in Table 3-1. Concentrations of contaminants in various media throughout the area covered by the report were modeled separately for routine releases and for major non-routine incidents, as described in the Task 6 Report. Twenty percent of the radionuclides deposited on a unit area of land were assumed to be uniformly distributed in the top centimeter of soil, while 100 percent was assumed to be found in the top 25 centimeters.[36] The loss of the contaminants of primary interest through leaching by rain and melting snow was considered negligible and was ignored for the purposes of this analysis, leading to a model with a steady build-up of contaminants in the soil [37].

Intake estimates for routine emissions are based on atmospheric dispersion models run for unit releases. Annual release estimates determined in previous tasks are used as linear multipliers of the unit releases. Any simple multiplicative change in a release estimate would result in a proportional change in the corresponding intake estimate. The models relating environmental concentrations to dose are presented in Appendix I.

A Monte Carlo technique, described in Appendix K, was used to compute the central value and uncertainty range of each dose estimate. Distributions of parameters described in Appendix J were sampled with a Latin Hypercube technique,[38] resulting in distributions of outcomes for each endpoint. The central value estimate for a given endpoint is defined as the geometric mean of the Monte Carlo estimates for that end-point. The 95% confidence interval ranges from the central

---

[36] Ibid., ChemRisk 1994c, Table G-2. However, for "ground exposure", i.e., external radiation from sources on the ground, all sources were considered to be on the surface, as noted above.

[37] Ibid., ChemRisk 1994c page 53.

[38] Ibid., ChemRisk 1994c, page K-4. The sampling density is not presented in this appendix.

value divided by the square of the geometric standard deviation to the central value multiplied by the square of the geometric standard deviation.[39]

Effective doses attributed to routine releases, the 1957 and 1969 fires, and the 903 Pad releases are tabulated for selected locations in Appendix L. Doses from potential exposure pathways for each major contaminant, year, and sector are presented individually, but are not combined explicitly to produce total doses for a given sector and year. Routine emissions and 903 Pad releases are treated as extended events, with sector-by-sector, year-by-year, and pathway-by-pathway doses computed annually for each contaminant of interest. Intakes attributable to the resuspension of materials released from the 903 Pad are divided into those delivered prior to the covering of the pad (1965-1969) and those delivered by the resuspension of off-site material after the pad was covered (1970 onward). In these tabulations, there is no differentiation for geographic areas smaller than a half-sector. Relative variations within half-sectors are described in Appendix D, Figures D-6, D-7, and D-8.

Appendix L also presents the geographic distribution of doses resulting from the 1957 and 1969 fires, and from subsequent resuspension of deposited materials from these events. The fire-related breakdowns are referenced to portions of the modeled plumes, rather than to the sectors used . for the other release events.

For sectors close to the plant, projected contaminant levels vary considerably over small areas. Figure D-6 shows, for example, that projected concentrations of airborne contaminants associated with the 903 Pad incident are only about one fifth of the tabulated value for the southern and eastern portions of Sector 4B. Likewise, Figure 3-17 in Task 6 shows that projected plutonium soil concentrations vary by more than a factor of 10 within Sector 4B. The tabulated concentration (Table G-1) is consistent with a location well to the west of the geographic center of that sector. The post-closure doses due to the 903 Pad releases are ultimately based on the concentration of plutonium in soil, and would show the same geographic variability within the sector.

## IX.B KEY FINDINGS

### IX.B.1 Doses

The core dose information is presented in Appendix L, which presents summarizes the output from the ChemRisk Monte Carlo runs. For a given radionuclide and release type, doses attributed to various pathways are presented individually, and a total dose is given for that radionuclide and release type. The doses tabulated in Appendix L are not summarized to produce

---

[39] Ibid., ChemRisk 1994c, page 60 ¶2.

overall total doses by sector and year. However, selected figures in the main body of the text illustrate the ChemRisk results for some locations.

Figure 3-21 of the Task 8 Report, "Total Doses Associated with Airborne Release of Radionuclides from the Rocky Flats Plant (1953-1989)", provides a breakdown by source event of total radiation dose estimates for pathways associated with airborne releases.[40] This graphic refers to a hypothetical resident who had spent 1953-1989 in Sector 12B, located to the east-southeast of RFP, and includes doses for residents eight miles from the release points along the centerlines of the plumes from the 1957 and 1969 fires. The relative magnitude of the Appendix L doses from the release events for this area can be determined by inspection of the graph. According to this figure:

- Routine releases of uranium (depleted and enriched), plutonium, and tritium together account for less than 1 mrem over the history of the plant.

- The most likely doses for the 1957 and 1969 fires are about 1 and 0.1 mrem, respectively.

- The largest dose, about 12 mrem, is associated with plutonium that had migrated off-site due to the 903 Pad incident. Americium accompanying the plutonium adds about 4 mrem to this dose.

- Uncertainties associated with these dose estimates are substantial and vary with the source event.

The highest doses reported in Appendix L are for Sector 4B, immediately to the southeast of RFP. Summing all doses over all years (1953-1989) produces a lifetime dose of 87 millirem for a full-time resident of this sector who also happened to live on the centerline of the modeled plumes for both the 1957 and 1969 fires. (Some aspects of this dose estimate are further discussed in Section IX.C of this report.)

## IX.B.2  Uncertainty Calculations

As noted previously, ChemRisk employed Monte Carlo simulations to model the uncertainty in dose estimates. Monte Carlo calculations yield a distribution of answers for a single problem, from which summary statistics are obtained. The most representative result so produced is the median. Each median dose estimate in Task 8, Appendix L is accompanied by an estimate of uncertainty expressed as the geometric standard deviation $(GSD)^{41}$ A 95% confidence interval about the median can be approximated by multiplying and dividing the median by the squareof the

---

[40] This graph reflects the overestimation of doses associated with resuspension of 903 Pad material that are discussed in Section IX.C of this report. In addition, the post-1969 annual resuspension doses were apparently multiplied by the number of years since the plant opened, rather than the number of years since the pad was covered.

[41] The geometric means tabulated in Appendix L are approximately equal to the median.

GSD.[42]   Such 95% confidence intervals are shown in some of the Task 8 figures, such as Figure 3-21.

## IX.B.3  Estimated Risk

The Illustrative Risk Evaluation presented in Section 5 of ChemRisk's 1994 Task 8 Report seeks to "very roughly estimate the total excess cancer risk associated with the release of all radionuclides and carcinogenic chemicals over the 37-year history of the plant".[43]  Two locations were chosen, one in Sector 4B and one in Sector 12B, each location situated so as to be impacted by the plumes from the 1957 and 1969 fires.  The total excess cancer risks estimated for a characteristic location in Sector 4B was reported as $1 \times 10^{-4}$.  The greatest part of this estimated risk is due to radionuclides.[44]  But it is quite unlikey that any individual sustained this risk.  On the basis of the soil plutonium concentration given for a characteristic location in Sector 4B[45] and inspection of the Task 6, deposition map given in Figure 3-17 of the Task 6 Report, it can be seen that this characteristic location lies east of Indiana Street near Mower Reservoir, a location unlikely to have been continuously inhabited by the same individual since 1953.

## IX.B.4  Summary

The central dose estimates produced in the Task 8 Report are low, not only in comparison to existing standards and natural background radiation, but also in comparison to local variations in the natural background.  This is true even though overly conservative values were obtained for some of the pathways considered (see Section IX.C of this report).

## IX.C  DISCUSSION OF CHEMRISK INVESTIGATIONS

ChemRisk used a reasonable approach and appropriate models in calculating the dose to off-site individuals.  Some typographic problems were noted in places[46], but these did not appear to alter the calculated doses.  Some other aspects of the ChemRisk Task 8 Report do merit comment.

## IX.C.1  Dosimetry

The ICRP Publication 56 DCFs used in Task 8 were representative of the most recent internal dosimetry guidance generally available when the Phase I work began.  However, the ICRP

---

[42] A more accurate 95% interval can be obtained by taking the GSD to the 1.96 power, rather than squaring it.

[43] Ibid, ChemRisk 1994c, p 109, first paragraph

[44] Table N-1 of the Task 8 Report shows that the greatest theoretical risk associated with chemical releases is due to carbon tetrachloride, for which a risk of $1 \times 10^{-6}$ is projected for Sector 4B. This is about one percent of the total estimated risk.

[45] Ibid, ChemRisk 1994c, Table G-1.

[46] e g., the units in Task 6, Figure 3-18 should have been "pCi m$^{-3}$" rather than "fCi m$^{-3}$", as can be determined by comparison with Task 8, Table G-1 and general consistency with Task 6, Figure 3-17.

has since replaced the Publication 56 DCFs with those in ICRP Publications 67 through 72.[47] While the ICRP 56 DCFs no longer represent the current scientific consensus, they are generally consistent with current federal guidance for determining compliance with U.S. regulations.

Both ICRP Publication 56 and the newer ICRP publications which replace it use the committed dose concept. All the dose that will eventually be delivered due to a particular intake is assigned to the year of intake, even though much of the physical dose may not be delivered in that year. In the dosimetry system used by ICRP Publication 56, less than 5% of the actual dose implicit in the committed effective dose for Pu-239 is delivered in the first year after intake.[48]

## IX.C.2   Dose Conversion Factors for Enriched and Depleted Uranium

"Enriched" and "depleted" uranium are both complex mixtures of uranium isotopes. ChemRisk used $^{234}$U DCFs to represent enriched uranium, and $^{238}$U DCFs to represent depleted uranium. These choices, while simplifications, are reasonably conservative in the aggregate. DCFs for $^{234}$U are an upper limit for the ingestion and inhalation dose conversion factors for enriched uranium. However, the $^{234}$U external DCF is lower than that of enriched uranium by a considerable margin; this pathway could have been made more conservative by the approximation of enriched uranium by $^{235}$U for the external pathway. But the external pathway is very minor compared to inhalation and ingestion, and this additional conservative feature would have had virtually no impact on the final dose assessment. Furthermore, any contribution of RFP uranium to the external dose is trivially small compared to local variations in the natural background.

## IX.C.3   Foliar Deposition in the 903 Pad Dose Calculations

The greatest part of the off-site dose associated with the 903 Pad releases was due to the direct inhalation of dust from the pad during the release event itself, rather than to indirect pathways. (Indirect pathway doses include those due to the incidental ingestion of soil, inhalation of resuspended dust, and ingestion of plants and animal products affected by uptake from the soil or by foliar deposition of dust from the pad or by resuspended dust.)[49] Most of the indirect dose is due in turn to the ingestion of soil or the inhalation of resuspended dust.[50] The ingestion of plant and animal material is thus a tertiary component of the overall dose due to resuspension from the 903 Pad.

---

[47] These ICRP publications are referenced and discussed in Chapter III of this report.

[48] Health Physics Manual of Good Practices for Plutonium Facilities, PNL-6534, 1988, Table 4.1

[49] Ibid., Mongan, 1996a, p 529.

[50] DOE/EPA/CDPHE, 1996, "Action Levels for Radionuclides in soils for the Rocky Flats Cleanup Agreement (Final, October 31, 1996)", US Department of Energy, US Environmental Protection Agency, and the Colorado Department of Public Health and the Environment. (Section III, page 14)

The ChemRisk dose projection for the 903 Pad release was based on reasonable assumptions and consensus methods. The results for the major pathways reached plausible conclusions, within the bounds of stated limitations[51]. It appears, however, that a units error in one parameter distorted the results for the minor pathways related to foliar deposition, most notably the vegetable ingestion dose. As a consequence of this apparent error, doses for the minor pathways involving foliar deposition (plant, beef, and milk ingestion) were exaggerated in the last 33 pages of tables in Appendix L. The corresponding total values on those pages reflected this exaggeration. The beef and milk ingestion doses, even when exaggerated are minor compared to the soil ingestion term. However, the error in the plant ingestion dose does cause the total dose to be significantly overestimated.

### *Vegetable Ingestion Doses in Appendix L*

If the reported total doses listed in Appendix L of the 1994 Task 8 Report are summed as printed, it is found that the bulk of the annual dose rate for the years after 1969 is due to plutonium ingestion via the vegetable pathway, with americium ingestion via the vegetable pathway the second largest component. This point is illustrated for Sector 4B in Figure IX-1, with additional detail in Table IX-1, below.



**Figure IX-1**
**Distribution of ChemRisk Dose Rates, 1970**

---

[51] e.g., Task 8, Appendix D allots ten pages of text and graphics to a discussion of the limitations associated with assuming single, sector-wide central values.

Table IX-1
Task 8 Dose Rates in Sector 4B, (1970)

| COMPONENT | Dose Rate (Sv/y) |
|---|---|
| Total 1970 Sector 4B Dose Rate | 3.68E-05 |
| Resuspended 903 Pad Plutonium Subtotal | 2.90E-05 |
| Resuspended 903 Pad Plutonium, Vegetable Ingestion | 2.70E-05 |
| Resuspended 903 Pad Plutonium, Inhalation | 2.00E-07 |
| Resuspended 903 Pad Americium Subtotal | 7.70E-06 |
| Resuspended 903 Pad Americium, Vegetable Ingestion | 6.9E-06 |
| Resuspended 903 Pad Americium, Inhalation | 5.9E-08 |

Doses associated with vegetable ingestion are also the single largest component of the dose attributable to the 903 Pad for the years 1965-1969, as Figure IX-2 indicates. The combined vegetable ingestion doses contribute more than half of all doses tabulated for residents of Sector 4B for the years 1965 through 1969.



Figure IX-2
Distribution of ChemRisk Doses, 1965-1969

### Internal Consistency

The predominance of the vegetable ingestion dose in the 903 Pad figure is inconsistent with comparable Task 8 resuspension calculations made for materials deposited during the 1957 and 1969 fires, as shown in Table IX-2. In this figure, resuspension doses by various pathways are

shown as ratios to the resuspension inhalation dose for that event. (Note: the resuspension doses for years after the 1957 and 1969 fires are tabulated separately from the direct inhalation doses sustained during the release years.) Within round-off, the resuspension dose ratios are the same for the two fire events, and are similar to those for the soil ingestion and ground pathways for the 903 Pad event. But the ratios for all pathways directly or indirectly involving plants are greater for the 903 Pad event than for the fires, particularly the vegetable ingestion dose.

Table IX-2

| TASK 8 RESUSPENSION DOSES Ratios to Inhalation Dose | | | |
|---|---|---|---|
| | 1957 Fire | 1969 Fire | 903 Pad |
| Inhalation | 1.0 | 1.0 | 1.0 |
| Soil Ingestion | 0.5 | 0.5 | 0.6 |
| Ground (Direct) | 0.012 | 0.011 | 0.014 |
| Veg. Ingestion | 0.011 | 0.011 | 135.00 |
| Wheat Ingestion | 0.008 | 0.008 | 0.047 |
| Beef Ingestion | 0.0014 | 0.0014 | 0.0130 |
| Milk Ingestion | 0.00022 | 0.00021 | 0.00900 |

***Back Calculation: Mass Loading Issue***

When the vegetable ingestion doses due to releases americium and plutonium from the 903 Pad (as published in Appendix L) are used as starting points, and the appropriate equations listed Appendix I are solved in reverse, an unrealistically high atmospheric dust load is obtained. Table IX-3 shows this process, which results in a total mass load of 59,000 micrograms per cubic meter ($\mu g\,m^{-3}$) of air. This is nearly a factor of 1000 greater than the 60 $\mu g\,m^{-3}$ average value for Total Suspended Particulates (TSP) measured by the Colorado Department of Health and discussed on page 168 of the Task 6 Report. This discrepancy is consistent with a units error (e.g., entering grams per cubic meter instead of kilograms per cubic meter) in calculations for pathways involving TSP. The respirable mass load appears to have been calculated separately.

## Table IX-3

### Back Calculation from 1970 Plutonium Vegetable Ingestion Dose, Sector 4B

| Quantity | Value | Unit | Citation / Derivation * |
|---|---|---|---|
| Pu. Veg. Ingestion Dose Rate | 2.7E-5 | $Sv\,y^{-1}$ | Tabulated, Appendix L |
| Annual Pu Intake (veg) | 27.84 | $Bq\,y^{-1}$ | Division by DCF, 9.7E-7 Sv/Bq (Table 2-1) |
| Annual Pu Intake (veg) | 752.3 | $pCi\,v^{-1}$ | Multiplication by 27.027 pCi/Bq |
| Pu Concentration in Veg. | 13.74 | $pCi\,kg^{-1}$ | Division by (365 d/y x 0.15 kg/d) (Uveg, App. J) |
| Pu Concentration in Soil (areal) | 7.89E4 | $pCi\,m^{-2}$ | Table G-1 |
| Pu Conc in Surface Soil | 1578 | $pCi\,kg^{-1}$ | Equation 2, p. G-5, parameters: App. J and Tab. G-2 |
| Pu Conc. In Bulk Soil | 225.4 | $pCi\,kg^{-1}$ | Equation 3, p. G-6, parameters: App. J and Tab. G-2 |
| Pu. in Veg due to soil uptake | 0.03 | $pCi\,kg^{-1}$ (wet) | Multiply bulk soil conc. by 1.2E-4 (Bveg, App. J) |
| Pu Conc. on Veg. (foliar dep.) | 13.71 | $pCi\,kg^{-1}$ (wet) | Total conc. minus conc. due to uptake. |
| Pu. Conc. on Veg. before washing | 45.7 | $pCi\,kg^{-1}$ (wet) | Division by 0.3 (fw in Appendix J) |
| Weathering term | 19 | days | Terms involving $\lambda$eff. equation on p. I-20 |
| IF/Y (veg) | 0.1 | $m^{2}\,kg^{-1}$ | Appendix J |
| Total Deposition Velocity (Vd) | 260 | $m\,d^{-1}$ | Appendix J |
| Pu. Concentration in air (TSP) | 0.09251 | $pCi\,m^{-3}$ | Division of Pu. Conc. on Veg. (before washing) by weathering term, IF/Y, and Vd, per equation on p. I-20 |
| Mass Load of Soil in Air (TSP) | 5.86E-5 | $kg\,m^{-3}$ | Division of Pu Conc. in air by Pu. Conc. in surface soil |
| Mass Load of Soil in Air (TSP) | 59,000 | $ug\,m^{-3}$ | Multiplication by 1E9 ug $kg^{-1}$ |

\* All citations are to the 1994 Task 8 report unless otherwise specified.

(At the last step, the result is rounded to two significant digits.)

### IX.C.4 Doses Calculated by ChemRisk Methods

The major pathway doses published in Appendix L were checked by calculating point estimates using the stated ChemRisk methods: the formulas in Appendix I were applied to the central values of the parameters listed in Appendix J and the soil concentrations and distributions listed in Tables G-1 and G-2 of the 1994 Task 8 report. Exact duplication of the published Appendix L values was not expected, because the published values were based on statistics derived from multiple Monte Carlo runs, rather than on point estimates. The point estimates based on ChemRisk's methods should, however, have been reasonably close to the Appendix L central values. Point estimates were also calculated independently by RESRAD methodology.

Figure IX-3 compares three RESRAD runs with the values published in Task 8, Appendix L. and point estimates obtained with ChemRisk's stated methods. The left-most bars in each pathway group, labeled "RESRAD Default", show the results of a RESRAD 5.61 run with default parameters applied to the modeled soil concentrations shown in Table G-1 of the Task 8 Report. The next bar, labeled "RESRAD-CR", repeats the calculation with the substitution of some site-specific parameters used by ChemRisk for the default RESRAD parameters. The middle bars, labeled "RESRAD-CDH", applies RESRAD default parameters to the 0.5 dpm/g soil plutonium contour mapped in the Sector 4B area by the CDH, as described in Section XII.C of this report. The next to the last bar in each pathway group, labeled "ChemRisk Published", shows the published values in Appendix L of the 1994 Task 8 Report. The last bar shows the point estimates based on

ChemRisk's methods. The ChemRisk published values for inhalation and soil ingestion are in the general range of the RESRAD runs, as are the point estimates computed by ChemRisk methods. However, the published ChemRisk vegetable dose value greatly exceeds the other four estimates of that quantity, and this has an obvious impact on the total dose estimate.

It was found that the point estimates based on ChemRisk methods could be brought into line with the published Appendix L values by multiplying the assumed total mass load in air by a factor of 1000. The result is shown in Figure IX-4. As noted in Section IX.C.3.2, this factor of a thousand could have been to a units error in the conversion of soil activity (pCi/kg) to air activity (pCi/m$^3$) via the mass load ($\mu$g/m$^3$). The same factor also would have affected doses from beef and milk, although to a lesser extent, because a larger number of parameters affects these doses. (The respirable mass load and associated doses appear to have been calculated separately.)

The americium doses associated with resuspension of 903 Pad material after 1969 appears to follow a similar pattern, complicated slightly by increase in $^{241}$Am concentrations over time due to the ingrowth of $^{241}$Am from $^{241}$Pu. Because of these changes over time, the Appendix L breakdown of 903 Pad americium dose is more detailed than that of the associated plutonium dose.



**Figure IX-3**
**Comparison of RESRAD Calculations with Doses Published by ChemRisk and Doses Calculated by ChemRisk Methods**



Figure IX-4
**Comparison of RESRAD Calculations with Doses Published by ChemRisk and Doses Calculated by ChemRisk Methods (With 1000-fold mass load factor)**

These calculations indicate that the apparent mass loading error is readily corrected and its consequences are limited to the plant pathway and the much less important beef and milk pathways. The doses obtained for the major pathways (inhalation and soil ingestion) are well within the range of those obtained from standard dose assessment models.

## X RADIOLOGICAL ASSESSMENTS CORPORATION REPORTS

The State of Colorado is currently conducting a study of the possible off-site impacts of operations at RFP. This dose reconstruction covers past years of operations of RFP and is concerned with potential effects on members of the public living outside the boundaries of the RFP. Phase I of the project was performed by ChemRisk and focused on identification and collection of records used to estimate off-site risks and develop an initial calculation of these risks. A summary of Phase I is presented in Chapter IX of this report. Phase II of the project was awarded to the Radiological Assessment Corporation (RAC), Neeses, SC in October 1992. Phase II is "an in-depth investigation of the potential doses and risks to the public from historical releases from Rocky Flats" [1] and is currently ongoing. This chapter reviews the work of RAC in Phase II. It appears that based on spot checks of RAC's data and work, the work of RAC represents the best evaluation of the off-site impact from operations at RFP. The RAC reports are a key source for this expert report.

RAC has completed its initial review of available environmental data and concluded plutonium levels in air samples collected by community air samplers from the mid 1970s to the present were consistent with U.S. background from fallout. RAC also found levels of plutonium in sediment and aerial gamma survey results consistent with the 903 Pad as the source of the majority of plutonium releases from RFP occurring during the late 1960s.

### X.A PHASE II TASKS

Phase II is divided into six tasks:

"**Task 1:** Coordination with ChemRisk to ensure quick and efficient access to the records and individuals contacted by ChemRisk during Phase I of the project.

**Task 2:** Verification of the radionuclide and chemical release estimates and associated uncertainties that were developed during Phase I of the Project.

**Task 3:** An independent assessment of the risk from Rocky Flats operations using state-of-the art methods to ensure that risks to the public are carefully identified.

**Task 4:** Evaluation of historic environmental data, which can provide a basis for risk assessment and reconstruction of releases.

**Task 5:** Recommendations for additional offsite measurements, using knowledge gained to ensure that new measurements focus on important locations and releases.

**Task 6:** Support for the public involvement efforts." [1]

---

[1] RAC 1996, "Task 4: Evaluation of Historical Environmental Data", Radiological Assessment Corporation, Neeses, SC, February 1996.

## X.B  TASK 2 REPORTS

### X.B.1  Verification Of Radionuclide And Chemical Release Estimates

The September 1994 Phase II, Task 2 Report "Critique of Phase I and Recommendations for Phase II" [2] reviewed then existing drafts of ChemRisk's Tasks 1-6. Reports for ChemRisk's Tasks 7 & 8 were not reviewed by RAC. In addition to reviews of ChemRisk's Tasks 1-6 Reports, the RAC report listed recommendations for activities in Phase II.

In general, RAC did not challenge ChemRisk's conclusions. Rather, RAC expressed concern that ChemRisk's level of document review would not adequately address public skepticism. RAC noted that ChemRisk conducted a "directed" rather than a "systematic" document review, and urged more emphasis be placed on examining randomly selected document boxes. [3]

RAC concluded, in part, that Phase I identified the materials and events of primary concern for exposure of off-site individuals, but used conservative values in estimating the quantity of materials released in the absence of relevant information or data. RAC noted that:

> "The Task 5 Report [4] appears to focus on providing conservative release estimates or upper bounds for the materials of concern. Conservative estimates may be considered appropriate within the scope of Phase I. If this is the case, however, the point needs to be clearly stated in the report and all references to best estimates that are in fact conservative or upper-bound estimates…". [5]

RAC does not take issue with ChemRisk's estimate of the magnitude of routine air releases. It only recommends to, "corroborate releases using long term monitoring records…". [6] ChemRisk's estimate for the maximum annual release for long-lived alpha activity was 15,000 μCi [7] (24 mg [8]) in 1957 (excluding the 1957 fire). Releases during other years were estimated to be much less than 1957. All annual releases were much less than the release estimates presented by RAC for the 1957 fire and the 903 Pad.

---

[2] RAC 1994, "FINAL TASK 2 REPORT: Verification of Phase I Source Term & Uncertainty Estimates", Radiological Assessment Corporation, Neeses, SC, September 1994.

[3] Ibid., p4.

[4] ChemRisk 1994, "Project Task 5 Estimating Historical Emissions From Rocky Flats", ChemRisk, Alameda, CA, March 1994

[5] RAC 1994, "FINAL TASK 2 REPORT: Verification of Phase I Source Term & Uncertainty Estimates", Radiological Assessment Corporation, Neeses, SC, September 1994, p. C-2.

[6] Ibid., p. vi.

[7] ChemRisk 1994, "Project Task 5 Estimating Historical Emissions From Rocky Flats", ChemRisk, Alameda, CA, March 1994, p. 64, Table 2-4.

## X.B.2 903 Area Plutonium Source Term Development

The February 1996 draft report, "Task 2: The Rocky Flats Plant 903 Area Plutonium Source Term Development" presented three methods to estimate the mass of plutonium released to the soils from the 903 Pad.[9] The first method used interviews of RFP personnel and historical reports to estimate the waste volume and plutonium mass lost to soils. This method estimated from 85 to 800- grams of plutonium (5.3 to 49.7 Ci [8]) were released to the soil.[10] The report notes that 800 grams represents an upper bound. Later work by RAC, gives the most probable leakage estimate in the 85 to 170 gram range.[11] The second method uses historical ambient air monitoring and meteorological data and a numerical model of plutonium resuspension in soil to estimate the source term. This work is incomplete and provided no source term estimate. The final method reviewed previous studies using vegetation and soil contamination data to estimate the source term. These estimates range from 38 to 155 grams of plutonium (2.4 to 9.6 Ci [8]).[12] The report noted a strong correlation between high winds and high plutonium concentrations at S-8 (the on-site air sampler downwind of the 903 Pad).[13]

## X.B.3 Characterization Of Surface Water Releases

RAC prepared the February 1996 draft technical memorandum, "Task 2: Characterization of Releases to Surface Water from the Rocky Flats Plant" to develop a surface water source term.[14] In Phase I, ChemRisk did not develop this source term, electing instead to evaluate radioactivity in drinking water data from reservoirs downstream of RFP to characterize human exposure from use of surface water. The Task 2 memorandum described surface water flow, liquid waste processing and sampling campaigns at RFP. Much of this information is repeated in the Task 4 Report, "Evaluation of Historic Environmental Data".[15]

---

[8] Assuming all alpha activity is due to $^{239}$Pu.

[9] RAC 1996, "Task 2: The Rocky Flats Plant 903 Area Plutonium Source Term Development", Radiological Assessment Corporation, Neeses, SC, February 1996.

[10] Ibid., p. 18

[11] Meyer, R. & Webber, J., "Estimating 903 Process Area Releases", Radiological Assessment Corporation, Neeses, SC, September 12, 1996.

[12] Ibid., p. 55.

[13] Ibid., Figure 14, p. 42.

[14] Ibid.

[15] RAC 1996, "Task 4 Evaluation of Historical Environmental Data", Radiological Assessment Corporation, Neeses, SC, February 1996.

### X.B.4 Estimated Airborne Releases During the 1957 Fire

The May 1995 draft report. "Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71" estimated the mass of plutonium released during the 1957 fire from Building 771 (formerly Building 71) using two methods.[16] The first method used the mass balance of plutonium before and after the fire. The report judged this method unusable.[17] The second method used studies of release fractions for fires of plutonium and plutonium simulants along with inventories of plutonium in burning materials during the fire to estimate the release quantity. The second method yielded a result of 4 to 25 grams. This mass, when compared to the mass release estimates from the 903 Pad. is consistent with the premise that the 903 Pad is the major source of plutonium in the environment from operations at RFP.

## X.C TASK 3 REPORTS

### X.C.1 Assessing Risks Of Exposure To Plutonium

The August 1996 draft report. "Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals" [18] is part of Task 3. It is a general review of the metabolism of plutonium in the body and the development of the estimates of risk from internal exposure to plutonium. The report presented a table of absorbed dose coefficients per unit intakes of $^{239}$Pu as a 1 μm aerosol based on ICRP 66 Lung Model and the ICRP 67 Biokinetic Model for plutonium. Future revisions of this document should contain estimates of dose and risk from various exposure scenarios developed from RFP-specific input parameters.

### X.C.2 Toxicity Assessment

The November 1994 report. "Preliminary Review of Risk Estimates for Plutonium" reviewed the current consensus literature concerning human health risk from ingestion and inhalation of plutonium.[19] This document was written in support of Task 3. The report did not identify the risk estimates for use in the dose reconstruction.

---

[16] Voilleque 1995, Voilleque. P. G. for RAC, "Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71", Idaho Falls, ID, May 1995.

[17] Ibid., p. 6

[18] RAC 1996. "Task 3: Independent Analysis of Exposure. Dose, and Health Risk to Offsite Individuals", Radiological Assessment Corporation, Neeses, SC, August1996.

[19] Voilleque, P. G., "Preliminary Review of Risk Estimates for Plutonium" Radiological Assessment Corporation, Neeses, SC, November 1994.

## X.C.3 Atmospheric Transport Model Evaluation

The February 1996 draft report. "Task 3A: Performance Evaluation of Atmospheric Transport Models" evaluated atmospheric transport models for dose reconstruction.[20] This study compared the predictions from four atmospheric transport models: TRAC[21]. ISC[22]. RATCHET[23]. and INPUFF[24] against measurements of concentration of an inert tracer released from a 10 meter high stack at RFP. Two of these models, INPUFF and ISC, were used by ChemRisk to estimate air concentrations from historical releases.[25] Downwind concentrations were measured at remote locations from RFP of 8 and 16 km from the release point. The INPUFF model. a gaussian integrated puff model, was judged to perform the best.[26] ChemRisk used the INPUFF model to evaluate the two fires.[25]

## X.D TASK 4 REPORTS

## X.D.1 EVALUATION OF HISTORIC ENVIRONMENTAL DATA

The February, 1996 report, "Task 4: Evaluation of Historic Environmental Data" evaluates site environmental data generated prior to RFP operation to the present for input into the historic dose reconstruction.[15] Data reviewed by RAC, much of which is referred to in Chapter V of this report. confirms the 903 Pad was the principle source of emissions from the plant. The data also show the historic monitoring data are sufficient to use to determine the plantiff's doses. The most significant of the data relied upon are described below.

### Ambient Air

Ambient air monitoring entails sampling air in the open environment as opposed to effluent monitoring in which air is sampled at release points for air discharges to the environment. Ambient

[20] RAC 1996. "Task 3A: Performance Evaluation of Atmospheric Transport Models", Radiological Assessment Corporation, Neeses, SC, February 1996.

[21] Hodgin, C. R., 1991, "Terrain-Responsive Atmospheric Code (TRAC) Transport and Diffusion: Features and Software Overview", Report RFP-4516, EG&G Rocky Flats, Golden, Colorado.

[22] EPA 1992, Environmental Protection Agency, 'User Guide for the Incustrial Source Complex Models Volume 1. User's Instructions", EPA-450/4-92-008a, Research Trangle Park, NC, 1992.

[23] Ramsdell 1994, Ramsdell, J. V., et al. ""Regional Atmospheric Transport Code for Hanford Emission Tracking (RATCHET)", PNWD-2224 HEDC UC-000, Battelle Pacific Northwest Laboratories, Hanford, WA 1994

[24] Petersen 1986, Peterson, W. B. and Lavdas, L. "INPUFF 2.0: A Multiple Source Gaussian Puff Dispersion Algorithm", EPA-600/8-86/024, USEPA, Research Triangle Park, NC, 1986.

[25] ChemRisk 1994, "Project Task 6, Exposure Pathway Identification & Transport Modeling", ChemRisk, Alameda, CA, May, 1994.

[26] RAC 1996, "Task 3A: Performance Evaluation of Atmospheric Transport Models", Radiological Assessment Corporation, Neeses, SC, February 1996, p. 42.

air monitoring data are particularly important since inhalation of contaminants was identified as an important pathway. The report analyzed the results from a number of ambient air sampling campaigns by the RFP contractor and independent agencies. The sources of ambient air data examined were:

- Public Health Service (later Environmental Protection Agency) 1965-1990: Plutonium background for the U.S.
- HASL (later called EML) 1965-1984: Plutonium background for the US
- HASL 6/70 to 1981: Plutonium concentrations on-site and off-site
- CDH 1969 to present: Plutonium concentrations on-site and off-site
- RFP Contractors 1952 to present: Total alpha, total long-lived alpha ($TTL_\alpha$), plutonium concentrations on-site and off-site

RAC concluded that the ambient air data supported the following observations:

- During the period of highest releases from RFP, on-site air samples were not analyzed for plutonium concentrations, but only for $TTL_\alpha$ activity. On-site data generated prior to 1/60 were analyzed only after a 4-hour decay.
- Sampling east of the RFP by HASL started soon after covering the 903 Pad (June 1970). It indicated decreasing plutonium concentrations with time as well as distance from the plant.[27]
- After the 903 Pad was covered, plutonium resuspension continued from contaminated soil. ChemRisk in Phase I predicted air concentrations of 0.00005 $pCi/m^3$ at Indiana Street. This value is in rough agreement with long-term (1970-1979) average measurements by HASL of 0.00007 $pCi/m^3$ (gross concentration minus background).[27]
- The plutonium concentration at Indiana Street was only about twice background in the period 1974 to 1975.[28]
- There was community air sampling during the period releases from the 903 Pad, but sampling and analysis techniques gave minimum detectable activities of approximately 0.009 $pCi/m^3$, which is approximately 100 times background for fallout in Denver during this period.[29]
- During the period from the mid-1970s to the present, air concentration measurements from community samplers indicate declining concentrations indicative of U.S. background while on-site concentrations remain constant at higher levels than background.[30]
- The maximum concentration found at S-8 was 1.5 $pCi/m^3$ $TTL_\alpha$ activity in January 1969.[31]

---

[27] RAC 1996, "Task 4:Evaluation of Historical Environmental Data", Radiological Assessment Corporation, Neeses, SC, February 1996, p. III-13.

[28] Ibid., p. III-14.

[29] Ibid., p. III-46, Figure III-31.

[30] Ibid., p. III-51, Figure III-34.

[31] Ibid., p. III-35.

- The maximum semiannual average concentration of plutonium measured by CDH from 1969 to 1974 was 0.019 pCi/m$^3$ in the first half of 1970.[32] The maximum monthly average concentration of plutonium measured by CDH from 1969 to 1974 was 0.039 pCi/m$^3$ in July 1971. Both samples were taken at location D-3 which is inside the security fence, east side of plant, 30 yards south of Central Avenue (downwind of the 903 Pad).[33]

### Vegetation

Vegetation was routinely monitored throughout the 1950s and 1960s. Special vegetation monitoring was conducted after the 1957 and 1969 fire. In Phase I, ChemRisk used environmental measurements of radioactivity in vegetation to develop an upper limit for the 1957 fire source term. The vegetation monitoring results, along with other environmental media, provided a time history of site releases and information on the spatial distribution of contaminants. Specifically, "The pattern of gross alpha activity in vegetation over time support the 903 area as the greatest source of offsite plutonium releases." [34]

### Surface and Drinking Water

The report described surface water flow, liquid waste processing, and sampling campaigns at the RFP. Surface water is an environmental medium routinely monitored over the life of the RFP. Plutonium-specific measurements were not conducted for surface water until 1970; only gross alpha concentrations were measured. Plutonium concentrations in water discharged from B-Series ponds prior to 1970 were calculated from gross-alpha concentration measurements using gross alpha-to-plutonium ratios measured in water sampled after 1970. This yielded an estimate of 20 mCi (0.32 g $^8$) plutonium released from B-Series Ponds to South Walnut Creek before 1970.[35] The report did not make a similar estimate for North Walnut Creek nor Woman Creek. North and South Walnut Creeks flow into the Great Western Reservoir (GWR). Colorado State University examined sediment data from the GWR and estimated the GWR to contain 50 to 80 mCi (0.8 to 1.3g $^8$) of plutonium.[35]

### Sediment

The results from various sediment sampling campaigns were reviewed. The earliest sediment sampling was conducted in 1969 as a result of the 1969 fire. The most probable sources of plutonium contamination in sediment in the GWR are liquid waste disposal practices in the 1950s

---

[32] Ibid., p. III-19, Figure III-14.

[33] Ibid., p. III-16.

[34] Ibid., p. V-10.

and 1960s, construction activities at the holding ponds in the early 1970s, and airborne deposition from the 903 Pad. [36] The depth of maximum plutonium concentrations in sediment in the GWR correspond to the period of 1968 to 1969. RAC notes, "Current opinion, based on subsequent studies, is that this peak corresponds to a period of windborne releases from the 903 Pad." [37] Plutonium concentrations in sediment in the Mower Reservoir is significantly higher than the GWR or Standley Lake consistent with its proximity to the 903 Pad. [38]

### *Soil*

Soil sampling has been conducted since the early 1950's. Isopleth maps of the data support the 903 Pad as the major source of plutonium contamination.[39] Measurements of plutonium in soil versus depth indicate the majority of the plutonium is near the surface.[40] Statistical analysis of soil data demonstrate no difference in time suggesting "that the plutonium is immobile in surface soils." [41]

---

[35] Ibid., p. VI-33.

[36] Ibid., p. VII-6

[37] Ibid., p. VII-9.

[38] Ibid., p. VII-19.

[39] Ibid., p. VIII-9, Figure VIII-4.

[40] RAC 1996, "Task 4:Evaluation of Historical Environmental Data", Radiological Assessment Corporation, Neeses, SC, February 1996, p. VIII-9, Figure VIII-3.

[41] Ibid., p. VIII-9.

*Aerial Surveys*

Three aerial surveys of the RFP were conducted in 1972, 1981 and 1989. The surveys showed an [241]Am "plume" extending from the 903 Pad to about 500 meters east of the Pad. [42] The "plume" is qualitatively similar to the results from soil sampling taken during the Resource Conservation and Recovery Act Facility Investigation/Remedial Investigation for Operable Unit 3.[43] There is no information to indicate the areal distribution of [241]Am in soils has changed over time. The levels of [137]Cs measured were consistent with fallout levels and indicated no release of [137]Cs from RFP. [44]

---

[42] Ibid., p. G-3.

[43] Ibid., p. G-5.

[44] Ibid., p. G-4.

# XI   FACILITY INVESTIGATION/REMEDIAL INVESTIGATION REPORT FOR OU3

The Operable Unit 3 (OU 3) Facility Investigation/Remedial Investigation Report (RFI/RI) contains the summation of twenty five years of studies and investigations assessing the kinds and amounts of contamination around the Rocky Flats Plant (RFP). The report had two objectives: to collect information on the nature and extent of the contamination released to the OU 3 offsite areas, and assess the risk that any contamination may pose to human health and the environment. The information in this report is intended to provide a basis for evaluating the need for remedial action or risk management decisions.[1]   The report was written for the Department of Energy by RFP's management integration contractor, Kaiser Hill, LLC and its subcontractors.

## XI.A   SCOPE

The tasks included in the RFI/RI study were:[2]

- Characterize the physical features and ecological characteristics of OU 3;
- Define the sources of contamination;
- Characterize the nature and extent of contamination in each medium that may be a source of exposure, either now or in the future;
- Describe the fate and transport of contaminants around the Rocky Flats Plant; and
- Collect data to support the quantitative baseline risk assessment to establish the baseline risk for OU 3.

## XI.B   KEY FINDINGS

### XI.B.1   Characterization of OU 3

This report presents the results of the investigation of OU 3, which encompasses approximately 38 square miles north, south and east of the RFP. This is the area outside the RFP which may contain contamination from the plant. It was chosen based on the prevailing wind directions and the direction of water flow in the watershed. The area west of RFP was not included in the study because it is upwind and upstream from the RFP.[1]

The OU 3 RFI/RI report focuses on environmental media in the following four locations where a release of contamination is believed to have occurred.

### XI.B.1.a)   GREAT WESTERN RESERVOIR AND ASSOCIATED DRAINAGES

The Great Western Reservoir is located 1.5 miles east of the eastern site boundary of Rocky Flats Plant and contains approximately 3,250 acre-feet of water. It has been the major drinking water supply for the city of Broomfield since 1955. The Great Western Reservoir received surface

---

[1] DOE (1996) Department of Energy, "Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume 1", June 1996, p. ES-1.

water runoff from Rocky Flats Plant until 1989 when a diversion ditch was constructed.[3] It is not used for recreation.

### XI.B.1.b) STANDLEY LAKE AND ASSOCIATED DRAINAGES

Standley Lake is located 2 miles southeast of the eastern boundary of the Rocky Flats Plant and contains approximately 43,000 acre-feet of water. It is used for drinking water by the cities of Westminister, Thornton, and Northglenn and for irrigation by the Farmer's Reservoir and Irrigation Company. The only water from the Rocky Flats Plant which flows into Standley Lake is the surface water from the buffer zone.[4] It is also used for recreation.

### XI.B.1.c) MOWER RESERVOIR AND ASSOCIATED DRAINAGES

Mower Reservoir is a small reservoir located approximately 1.5 miles southeast of RFP (and approximately 1,400 feet from the eastern site buffer zone boundary). It is privately owned and used only for irrigation and watering of livestock.[5]

### XI.B.1.d) SURFICIAL SOILS

Surficial soils include all land located to the north, east, and south of Rocky Flats Plant which could have been potentially impacted by historic Rocky Flats activities. It includes an area  ·
known as the "Remedy Lands", which are 350 acres on two tracts identified in a 1975 settlement of a lawsuit claiming damage of the land by radioactive contamination from Rocky Flats Plant. The ownership of the land was transferred to the city of Broomfield and Jefferson County.[6]

### XI.B.2 Sources of Contamination

This report identifies two events as the major sources of contamination in OU 3.[7] The first event was the contamination of soil at the 903 Pad during the period 1958 to 1969. The 903 Pad is an outside area that was used to store plutonium contaminated waste oils contained in 55-gallon drums. The drums corroded and released this oil to the surrounding soils, some of which was subsequently resuspended by the wind and transported offsite.

---

[2] Ibid., p. 1-2.

[3] Ibid., p. 1-6.

[4] Ibid., p. 1-9.

[5] Ibid., p. 1-9 and 1-10.

[5] DOE (1995) Department of Energy, "Draft Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume 1", October 1995, p. 1-5 and 1-6.

[7] DOE (1996) Department of Energy, "Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume 1", June 1996, p. ES-2.

The second event occurred from 1970 to 1973 during the reengineering of the Walnut Creek A and B series detention ponds. The detention ponds collect surface water runoff. Sediment in the water settles to the bottom of the ponds, and the water is released into Great Western Reservoir via Walnut Creek. The engineering project released sediments to Walnut Creek which carried then into the Great Western Reservoir.

### XI.B.3 Extent of Contamination in Environmental Media

Samples of surface soil, subsurface soil, surface water, ground water, surface sediment, and subsurface sediment were collected and analyzed to determine the extent of contamination in OU 3. These samples were analyzed for several constituents, including $^{239/240}$Pu and $^{241}$Am. "The OU 3 data were compared to background and literature data to determine if these data are above background levels or within naturally-occurring ranges. The evaluations compared the OU 3 mean and maximum concentration values to the background and literature mean and maximum values. If the OU 3 mean concentration was greater than the upper-background value (mean plus two standard deviations) and the OU 3 maximum concentration value was greater than the background maximum value, the analyte was considered to be elevated." [8]

#### XI.B.3.a) SURFACE SOIL

Composite samples were taken from 61 ten-acre plots. Of these samples, 19 out of the 61 samples were elevated in either $^{239/240}$Pu or $^{241}$Am. Additionally, data from the Remedy Lands was evaluated. All 47 Remedy Land samples were elevated in either $^{239/240}$Pu or $^{241}$Am. [9] All historic soil samples taken in the vicinity of RFP were statistically analyzed and reconciled. The resulting isopleths demonstrated that no land in the class area contained soil levels in excess of the Colorado standard.

#### XI.B.3.b) SUBSURFACE SOIL

Eleven trenches were excavated down to a depth of 96 cm. "Maximum contamination of plutonium-239,-240 and amercium-241 were found at the surface of the trenches (0 to 3 cm) and decreased rapidly with depth to less than 0.01 pCi/g for americium-241 and 0.01 pCi/g for plutonium-239,-240 at a depth of approximately 10 cm. This indicates that the presence of these analytes in OU 3 is a result of windblown deposition." [10]

---

[8] DOE (1995) Department of Energy, "Draft Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume 1", October 1995, p. 4-1.

[9] DOE (1996) Department of Energy, "Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume 1", June 1996, p. 4-16.

[10] Ibid., p. 4-31.

### XI.B.3.c)   SURFACE WATER

Surface water was sampled from ditches and waterways draining the Rocky Flats Plant and from three larger water bodies: Standley Lake, Great Western Reservoir, and Mower Reservoir. No elevated levels of radionuclides were detected in these water samples. [11]

### XI.B.3.d)   GROUNDWATER

Two groundwater wells were sampled to evaluate the interaction between groundwater and Standley Lake and between groundwater and the Great Western Reservoir. No elevated levels of radionuclides were detected. [12]

### XI.B.3.e)   SURFICIAL SEDIMENTS

Surficial sediments were sampled from the drainage paths for Rocky Flats Plant and from Standley Lake, Great Western Reservoir, and Mower Reservoir. No elevated levels of radionuclides were detected in stream sediments. [13] No elevated levels of radionuclides were detected in reservoir sediments except for $^{239/240}$Pu in the Great Western Reservoir. [14]

### XI.B.3.f)   SUBSURFACE SEDIMENTS

Subsurface sediments were sampled from Standley Lake, Great Western Reservoir, and Mower Reservoir. Elevated levels of $^{239/240}$Pu were detected in subsurface sediments from these three water bodies. [15]

### XI.B.4   Identification of Chemicals of Concern

If radionuclides were determined to be present in elevated concentrations, they were identified as potential chemicals of concern (PCOC). Radionuclides identified as PCOCs were subsequently evaluated for retention as Chemicals of Concern (COC) [16] (see Table XI-1).

In the OU3 RFI/RI report, all radionuclides with elevated concentrations were retained as COCs except for subsurface sediments from Standley Lake, Great Western Reservoir, and Mower Reservoir. Subsurface sediments from Standley Lake and Mower Reservoir were not retained as COCs because it is unlikely that these areas will be drained and thus there is no reasonable pathway for human exposure to these sediment layers. [16] Subsurface sediments from the Great Western

---

[11] Ibid., p. 4-35.

[12] Ibid., p. 4-92.

[13] Ibid., p. 4-44.

[14] Ibid., p. 4-56.

[15] Ibid., p. 4-58.

[16] DOE (1996) Department of Energy, "Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume II", June 1996, p.A-39.

Reservoir were eliminated because the maximum radionuclide concentrations were less than those levels in a media which correspond to a $10^{-6}$ excess risk to human health which is the EPA's point of departure for evaluation of risk. [17]

Table XI-1
OU 3 Radioactive Chemicals Of Concern [18]

| Media Location | SURFACE SOIL | SURFACE SEDIMENT | SUBSURFACE SEDIMENT | SURFACE WATER | GROUND WATER |
|---|---|---|---|---|---|
| Surrounding Soils | Pu-239/240, Am-241 | N/A | N/A | N/A | N/A |
| Great Western Reservoir | N/A | Pu-239/240 | - | - | - |
| Standley Lake | N/A | - | - | - | - |
| Mower Reservoir | N/A | - | - | - | Not evaluated |

## XI.B.5 Future Exposure Scenarios

### XI.B.5.a) SOILS

Two future scenarios involving exposure to soil were evaluated: [19] recreational and resident. The recreational pathway considered exposures from inadvertent ingestion of soil, inhalation of resuspended soil and external exposure. The resident scenario considered the pathways for recreational as well as ingestion of home-grown produce and locally raised livestock.

### XI.B.5.b) GREAT WESTERN RESERVOIR

For future use, the Great Western Reservoir is assumed to be drained and its exposed bottom used for recreational or residential use. [20] The recreational pathway considered exposures from inadvertent ingestion of sediment, inhalation of resuspended sediment and external exposure. The resident pathway considered the recreational pathways as well as ingestion of home-grown produce and locally raised livestock.

## XI.B.6 Risk and Radiation Dose Evaluation

All risk and dose calculations were performed using the 95% upper confidence limit concentration of COCs in soil samples and sediment. The lifetime excess cancer risk and committed effective dose equivalent (CEDE) per year of exposure to contaminants were calculated for the

---

[17] Ibid., Table A-4-2.

[18] Ibid., Table A-4-3.

[19] DOE (1996) Department of Energy, "Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume II", June 1996, p.A-57 & A-58.

exposure scenarios and media previously listed (see Sections XI.B.1 through XI.B.6). The calculated doses were compared to the DOE's dose limit of 100 mrem/yr., while the calculated risks were compared to the EPA's lifetime acceptable risk range of $10^{-6}$ to $10^{-4}$. The maximum risks and doses equivalents are summarized in Table XI-2.

Table XI-2
Doses and Risks

|  | CEDE (mrem/yr) | | Excess Cancer | |
|---|---|---|---|---|
|  | Residential | Recreational | Residential | Recreational |
| SOILS [21] | $3 \times 10^{-3}$ | $1.2 \times 10^{-1}$ | $5 \times 10^{-8}$ | $3 \times 10^{-6}$ |
| GWR [22] | $6.5 \times 10^{-3}$ | $1.4 \times 10^{-1}$ | $9 \times 10^{-7}$ | $1 \times 10^{-8}$ |

## XI.B.7  Comparison of OU 3 Related Doses to Background

The maximum dose in Table XI-2 is 0.12 mrem per year. This is only 0.03% of the 357 mrem average dose equivalent a member of the US population receives from natural background in a year. [23]

## XI.C  CONCLUSION OF THE REPORT

The report makes the following conclusion, "Given the low risk values for the soils and Great Western Reservoir, and the most likely current and future land use scenarios, further investigation or remedial action is not warranted to be protective of human health and the environment. The next phase for OU 3 is the development a Proposed Remedial Action Plan for public review and comment. The plan will provide the basis for an expected No Action Record of Decision." [24]

---

[20] Ibid., p.A-62.

[21] Ibid., Table A7-3.

[22] Ibid., Table A7-5.

[23] NCRP (1987), National Council on Radiation Protection and Measurements "Ionizing Radiation Exposure of the Population of the United States", Report 93, Washington DC 1987.

[24] DOE (1996) Department of Energy, "Resource Conservation and Recovery Act Facility Investigation/ Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume 1", June 1996, p. ES-11.

# XII  DOSE RECONSTRUCTION

## XII.A  DOSE RECONSTRUCTION METHODOLOGY

Radiation dose reconstruction methodologies have undergone considerable development in recent years. Individual components of dose reconstruction evolved as individual sciences dealing with atmospheric and hydrospheric transport, the dynamics of radionuclides in the environment, and dosimetry [1]. Much experience has been gained in recent years through the application of these disciplines to the process of reconstructing radiation doses resulting from accidents, medical or industrial practices, and acts of war. Technical aspects of environmental dose reconstruction were described in NCRP Report No. 76.[2] In 1995, the National Academy of Sciences / National Research Council published "Radiation Dose Reconstruction for Epidemiologic Uses",[3] a book based on a workshop held in 1993. In discussing the ranking of sites for more detailed dose assessment, the 1995 NAS/NRC report suggested a criterion based on preliminary dose assessments:

"It is suggested that one criterion used to assess severity--such as that stated in the Federal Register 10 CFR 20 of 0.001 Sv/year (0.1 rem/year) maximum dose to any individual at a nuclear site boundary--be multiplied times 70 years for an added whole-body lifetime dose of 0.07 Sv (7 rem) and be used as a realistic selection gate for this purpose, especially if the number of competing sites is high." [4]

In 1996, the NCRP issued Report No. 123, with emphasis on preliminary screening techniques for dose reconstruction,[5] and NCRP Commentary 14.[6] which describes uncertainty analysis in environmental dose calculation. A recent publication by J. Till outlined the general methodology used in environmental dose assessment.[7]

---

[1] Certain terms commonly used in dose reconstructions are defined in Section XII.A.8 of this report, others are defined in the Glossary.

[2] National Council on Radiation Protection and Measurements, "Radiological Assessment: Predicting the Transport, Bioaccumulation, and Uptake by Man of Radionuclides Released to the Environment," NCRP Report No. 76, 1984.

[3] NAS/NRC, "Radiation Dose Reconstruction For Epidemiologic Uses", National Academy of Sciences, National Research Council, National Academy Press, Washington, D.C.; p. 5, 1995.

[4] NRC 95, p.84, ¶5

[5] NCRP Report No. 123, 1996, "Screening Models for Releases of Radionuclides to Atmoshphere, Surface Water, and Ground", National Council on Radiation Protection and Measurements, Bethesda Md.

[6] NCRP Commentary No. 14, 1996, "A Guide for Uncertainty Analysis in dose and Risk Assessments Related to Environmental Contamination". National Council on Radiation Protection and Measurements, Bethesda Md.

[7] Till, J.E., 1996, "Methodology of Environmental Dose Assessment" in: the Proceedings of the 1996 International Congress on Radiation Protection, April 14-19, 1996, Vienna, Austria.

## XII.A.1  Metabolic Factors and Dosimetry

Dose reconstruction involves considerations of the behavior of radionuclides in the environment and in the human body. In practice, the two situations are generally considered separately. The point of connection is the intake, or the amount of the radionuclide that enters the body by a particular mode at a given time. It is the current regulatory practice to assign all of the dose that will ultimately be delivered to the time of intake (i.e., *the committed dose concept*). Chronic or repeated intakes can then be treated as the simple sums of single intakes. While committed doses may offer certain regulatory conveniences, they are not the quantity of choice for evaluating potential health effects. Health effects can result only from energy that has been delivered to tissues, not from energy in an nuclide that has not yet decayed.

Once an intake has occurred, the resulting dose depends both on the radiological properties of the nuclide and the manner in which it is metabolized. The latter depends very much on the chemical and physical properties of the nuclide and/or the matrix in which it is embedded. The radiological properties of the nuclide are independent of chemical and physical form. These properties include the physical half-life, the mode of decay, the energy released per decay event, and the radiological properties of decay products.

### Key Metabolic Concepts

The committed dose consequent to the intake of a unit quantity of a particular radionuclide depends greatly on a number of metabolic factors, as well as on the intrinsic radiological properties of that nuclide. The committed dose to any particular organ or tissue is the sum of the dose due to the activity resident in that tissue and the dose arising from activity deposited in other organs or tissues. The latter is relatively unimportant for alpha-emitting nuclides such as $^{239}$Pu and $^{241}$Am, which deposit most of their decay energy in a relatively small volume of tissue.

The committed dose due to activity deposited in an organ is directly proportional to the time integral of the concentration of the nuclide in the organ. That in turn depends upon the balance between the physiological processes that transport a radionuclide into an organ and those that transport the nuclide from the organ. In the case of the respiratory or gastrointestinal (GI) tracts, the process initially transporting the nuclide into the organ is the intake event itself. For the GI tract, the initial dose is negatively correlated with the solubility of the radionuclide. Highly soluble materials will leave the GI tract and be eliminated or deposited throughout the body, while insoluble materials will be retained inside the GI tract until passed with the feces.