Barrick, C.W., "A Review of the September 11, 1957 Fire at the Rocky Flats Plant in Plant Building 771", Dow Chemical, Environmental Sciences Department.

Barrick, C.W., "Past Accidental Releases of Radioactivity from the Rocky Flats Plant", Environmental Sciences Department, January 14, 1981.

Battelle Pacific Northwest Laboratories, "Draft for Comment, Manual for Environmental Radiological Surveillance at ERDA Installations", prepared by Battelle Pacific Northwest Laboratories, Radiation Management Corporation, and Aerojet Nuclear Corporation for the U.S. Energy Research and Development Administration, May 1975.

Bertley, G.E., Daniels, W.R., Knobeloch, G.W., Lawrence, F.O., and D.C. Hoffman, "Separation and Analysis of Plutonium in Soil", Los Alamos Scientific Laboratory, University of California, Los Alamos, New Mexico.

Biles, M.B., Letter to H.C. Donnelly regarding: "Environmental Survey - 1969 - Rocky Flats", March 12, 1970.

Biles, M.B., Memorandum to Managers of Field Offices regarding: "Proposed Revision to AEC Manual Chapter 0524", dated July 29, 1973.

Bishop, C.T., Sheehan, W.E., Gillette, R.K., and B. Robinson, "Comparison of a Leaching Method and a Fusion Method for the Determination of Plutonium-238 in Soil", Monsanto Research Corporation, Mound Laboratory, Miamisburg, Ohio.

Bliss, W., and L. Dunn, "Measurement of Plutonium in Soil Around the Nevada Test Site", Western Environmental Research Laboratory, U.S. Environmental Protection Agency, Las Vegas, Nevada.

Bly, J.A. and F.W. Whicker, "Plutonium Concentrations in Arthropods at a Nuclear Facility", Health Physics, Volume 37, pp.331-336, December 6, 1978.

Bokowski, D.L., "Intercomparison of Direct Radiometric, Liquid Scintillation, and Alpha Spectrometric Counting Methods for Evaluation of Plutonium on Glass Fiber Air Filters", May 18, 1973.

Boss, M.R., "Environmental Monitoring History - 1952 to 1972", report of telephone call from C. Weltey to M.R. Boss, December 1, 1972.

CH2M Hill, "Standley Lake Protection Project Human Health Risk Assessment, Volume I, Human Health Risk Assessment", Prepared for Cities of Westminster, Northglenn, and Thornton, July, 1994.

Chapman, T.S., Letter to F.H. Langell regarding: "Off-site Air Sampling Stations", July 15, 1952.

Chapman, T.S., "Integrated Air Sampling Program for a Radioactive Plant", November 7, 1957.

Chapman, T.S., Letter to N.H. Woodruff regarding: "Environmental Data" (air sample situation), February 17, 1960.

ChemRisk, "Task 2 Interim Draft Report Selection of the Chemicals and Radionuclides of Concern", prepared for the Colorado Department of Health, January, 1991.

ChemRisk, "Task 3 and 4 - Draft Report Rocky Flats History", January, 1992.

ChemRisk, "Task 5- Draft Interim Source Term Report", February, 1992.

ChemRisk, "Project Task 5 Draft Report Estimating Historical Emissions from Rocky Flats", prepared for the Colorado Department of Health, November, 1992.

ChemRisk, "Project Task 5 Report Estimating Historical Emissions from Rocky Flats 1952-1989", prepared for the Colorado Department of Health, March, 1994.

ChemRisk, "Task 6- Draft Plan (P6) - Environmental Exposure Pathways", April, 1991.

ChemRisk, "Project Task 6 Exposure Pathway Identification and Transport Modeling , Preliminary Draft Report", prepared for the Colorado Department of Health, November, 1992.

ChemRisk, "Project Task 7 Report Demographic and Land Use Reconstruction of the Area Surrounding the Rocky Flats Plant", prepared for the Colorado Department of Health, April, 1994.

ChemRisk, "Project Task 8 Dose Assessment for Historical Contaminant Releases from Rocky Flats Draft Report Volume 1", prepared for the Colorado Department of Health, October, 1993.

ChemRisk, "Project Task 8 Dose Assessment for Historical Contaminant Releases from Rocky Flats Draft Report Volume 2", prepared for the Colorado Department of Health, October, 1993.

ChemRisk, "R6a Draft Interim Report, Environmental Exposure Pathways", prepared for the Colorado Department of Health, January, 1992.

City of Broomfield, "U.S. 36 and 96th Street Interchange Administrative Action Finding of No Significant Impact", November 1991.

Cleere, R.L., Transmittal letter to C.W. Piltingsrud, regarding the June 12, 1969 "Summary Report of Environmental Surveillance Relative to the Fire at the Rocky Flats Plant" by John K. Emerson, June 30, 1969

Cleere, R.L., "Notice of Publication of Amendment to 'Rules and Regulations Pertaining to Radiation Control'", State of Colorado Department of Health, April 19, 1973.

Cleveland, J.M., "The Chemistry of Plutonium".

Cobb, J.C., Eversole, B.C., Archer, P.G., Taggart, R., and D.W. Efurd, "Plutonium Burdens in People Living Around the Rocky Flats Plant" 68-03-2217, June, 1982.

Colorado Department of Health, "Statement - U.S. Environmental Protection Agency, Denver, Colorado, Hearings on Plutonium Standards Development" by the Colorado Department of Health, January 8, 1975.

Colorado Department of Health, "Draft Agenda Colorado Department of Health, Health Advisory Panel Meeting, December 14-16, 1993".

Colorado Department of Health, "Colorado Department of Health U.S. AEC Rocky Flats Plant Surveillance", data accumulated during January through December, 1972.

Colorado Department of Health, "Colorado Department of Health U.S. AEC Rocky Flats Plant Surveillance", data accumulated during January through December, 1974.

Colorado Department of Health, "Colorado Department of Health U.S. AEC Rocky Flats Plant Surveillance", data accumulated during January through December, 1975.

Colorado Department of Health, "Colorado Department of Health U.S. ERDA Rocky Flats Plant Surveillance", data accumulated during January through December, 1976.

Colorado Department of Health, "Colorado Department of Health U.S. ERDA Rocky Flats Plant Surveillance", data accumulated during January through December, 1977

Colorado Department of Health, "Colorado Department of Health Environmental Surveillance Report on the U.S. Department of Energy Rocky Flats Plant", data accumulated during January through December, 1978

Colorado Department of Health, "Colorado Department of Health Environmental Surveillance Report on the U.S. Department of Energy Rocky Flats Plant", data accumulated during January through February, 1979

Colorado Department of Health, "Colorado Department of Health Nevada Test Site December 1970 Venting / Radiological Surveillance", January 7, 1971.

Colorado Department of Health, "Environmental Surveillance Report on the U.S. Department of Energy Rocky Flats Plant", Monthly Information Exchange Meeting, Colorado Department of Health, February, 1992

Colorado Department of Health, "Health Advisory Panel's Report to Colorado Citizens on the Phase I Study of the State of Colorado's Health Studies on Rocky Flats", Colorado Department of Health, Disease Control and Environmental Epidemiology Division, October, 1993.

Colorado Department of Health, "Health Studies on Rocky Flats Phases 1 and 2 Briefing Book 14: December 1993", Colorado Department of Health.

Colorado Department of Health, "Health Studies on Rocky Flats Phases 1 and 2 Briefing Book 15: February 1994", Colorado Department of Health.

Colorado Department of Health, "Health Studies on Rocky Flats Phases 1 and 2 Briefing Book 16: June 1994", Colorado Department of Health.

Colorado Department of Health, "Health Studies on Rocky Flats Phases 1 and 2 Briefing Book 17: September 1994", Colorado Department of Health.

Colorado Department of Health, "Health Studies on Rocky Flats Phases 1 and 2 Briefing Book 18: December 1994", Colorado Department of Health.

Colorado Department of Health, "Health Studies on Rocky Flats Phases 1 and 2 Briefing Book 21: September 1995", Colorado Department of Health.

Colorado Department of Health, "Health Studies on Rocky Flats Phases I and II: Historical Public Exposures, Summary for Citizens, Draft Task 8 Report Dose Assessment for Historical Contaminant Releases from Rocky Flats", Colorado Department of Health, October 1993.

Colorado Department of Health, "Radioactive Soil Contamination (Cesium-137 and Plutonium) in the Environment Near the Rocky Flats Nuclear Weapons Plant", September, 1977.

Colorado Department of Health, "Surveillance of U.S. Atomic Energy Commission - Dow Chemical Company Rocky Flats Plant, Golden, Colorado, 1969".

Colorado Department of Health, "U.S. AEC Rocky Flats Plant 1971 Environmental Surveillance Summary Report", Colorado Department of Health, Division of Occupational and Radiological Health.

Colorado Department of Health, "U.S. AEC Rocky Flats Plant 1972 Environmental Surveillance Summary Report", Colorado Department of Health, Division of Occupational and Radiological Health.

Colorado Department of Health, "U.S. AEC Rocky Flats Plant 1973 Environmental Surveillance Summary Report", Colorado Department of Health, Division of Occupational and Radiological Health.

Colorado Department of Health, "U.S. AEC Rocky Flats Plant 1974 Environmental Surveillance Summary Report", Colorado Department of Health, Division of Occupational and Radiological Health.

Colorado Department of Health, hard copy of Colorado Department of Health reservoir and drinking water monitoring database 1970-1989.

Colorado Department of Health, meeting agenda "Colorado Department of Health, Health Advisory Panel December 15-17, 1992".

Colorado Department of Health, Technical Topics: Assessing Health Risks from Nuclear Facilities: Epidemiology and Risk Assessment, October, 1993.

Colorado Department of Health, Technical Topics: Estimated Releases from Unmonitored Sources, October, 1993.

Colorado Department of Health, Technical Topics: Exposure Pathways, October, 1993.

Colorado Department of Health, Technical Topics: Movement of Contaminated Groundwater at Rocky Flats, October, 1993.

Colorado Department of Health, Technical Topics: Quality Assurance for the Health Studies on Rocky Flats, October, 1993.

Colorado Department of Health, Technical Topics: Research on Adverse Health Effects Related to the Rocky Flats Plant, October, 1993.

Colorado Department of Health, Technical Topics: RISK to Human Health and the Environment, October, 1993.

Colorado Department of Health, Technical Topics: Source Term Estimates, October, 1993.

Colorado Department of Health, Technical Topics: Uncertainty in Analyzing Health Risks, October, 1993

Colorado Department of Health, Technical Topics: Verifying Historical Data, October, 1993.

Colorado State Board of Health, "State of Colorado - Rules and Regulations Pertaining to Radiation Control", July 15, 1970.

Colorado State Department of Public Health, "The State of Colorado Rules and Regulations Pertaining to Radiation Control", Colorado State Board of Health, 1968.

Colorado State Department of Public Health and Environment, "Air Monitoring Data Report on the Rocky Flats Monitoring Network, 1992 - 1993", Air Pollution Control Division.

Colorado State Department of Public Health and Environment, "Air Monitoring Data Report on the Rocky Flats Monitoring Network, 1994", Air Pollution Control Division.

Colorado State University, "Sampling Protocol and Procedures for Assessment of Human and Ecological Risk from Environmental Radioactivity at Rocky Flats", June 11, 1991.

Colorado State University, "Sampling Protocol and Procedures for Urine Bioassay Program", a supplement to "Sampling Protocol and Procedures for Assessment of Human and Ecological Risk from Environmental Radioactivity at Rocky Flats", January, 1992

Corley, J.P., Robertson, D.M., and F.P. Brauer, "Plutonium in Surface Soil in the Hanford Plant Environs", Battelle Memorial Institute, Pacific Northwest Laboratory, Richland, Washington

Crites, T.R., Letter to Stearns regarding: "RFAO Memo December 4, 1979, Requesting Review of EPA Proposed Rules Listed in ALO, Letter dated November 28, 1979", December 6, 1979.

Crites, T.R., Letter to E.W. Bean regarding: "Comments on EPA Proposal Regarding 'National Emission Standards for Hazardous Air Pollutants; Policy and Procedures for Identifying, Assessing, and Regulating Airborne Substances Posing a Risk of Cancer (40 CFR 61, FR 58641-61), October 10, 1979 Federal Register", January 23, 1980.

Crow, L.W., "Characteristic Airflow Patterns Near Rocky Flats Plant and their Relationship to Metropolitan Denver", prepared for Dow Chemical U.S.A., December, 1974.

Dow Chemical Company of Denver, Colorado, Memorandum from Dow Chemical to USAEC regarding: "Info CY Hubert Smith DMA Washington D C", April 15, 1959

Dow Chemical Company, "Committee Evaluation of Plutonium Levels in Soil Within and Surrounding USAEC Installation at Rocky Flats, Colorado", prepared for the U.S. Atomic Energy Commission, RFP-INV-10, July, 1971

Dow Chemical Company, "Minutes of Nuclear Safety Committee Meeting", Dow Chemical Company, Rocky Flats Division, Denver, Colorado, 1957.

Dow Chemical U.S.A., "Annual Environmental Monitoring Report Rocky Flats Plant, January through December 1972", prepared for the U.S. Atomic Energy Commission, 1972.

Dow Chemical U.S.A., "Annual Environmental Monitoring Report Rocky Flats Plant, January through December 1973", prepared for the U. S. Atomic Energy Commission, 1973.

Dow Chemical U.S.A., "Annual Environmental Monitoring Report, Rocky Flats Plant, January through December 1974", prepared for the U.S. Energy Research and Development Administration, 1974.

Dow Chemical U.S.A., "Annual Report: Environmental Safeguard 1971 Radioactive Monitoring and Environmental Surveillance January through December 1971", prepared for the U.S. Atomic Energy Commission, RFP-ENV-71B, 1971

Dow Chemical U.S.A., Analysis Reports form the Bioassay and Environmental Analyses Laboratory.

Dow Chemical U.S.A., Environmental Survey -- January-June 1971", Dow Chemical U.S.A., Rock Flats Division, Golden, Colorado.

Dow Chemical, "Environmental Survey for 1960 January - March", Rocky Flats Plant, Denver, Colorado, 1960.

Dow Chemical, "Environmental Survey for 1961 January - December", Rocky Flats Plant, Denver, Colorado, 1961

Dow Chemical, "Environmental Survey for 1962 January - December", Rocky Flats Division, Denver, Colorado, 1962

Dow Chemical, "Environmental Survey for 1963 January - December", Rocky Flats Division, Golden, Colorado, 1963.

Dow Chemical, "Environmental Survey for 1964 January - December", Rocky Flats Division, Golden, Colorado, 1964.

Dow Chemical, "Environmental Survey for 1965 January - December", Rocky Flats Division, Golden, Colorado, 1965

Dow Chemical, "Environmental Survey for 1966 January - December", Rocky Flats Division, Golden, Colorado, 1966.

Dow Chemical, "Environmental Survey for 1967 January - December", Rocky Flats Division, Golden, Colorado, 1967

Dow Chemical, "Environmental Survey for 1968 January - December", Rocky Flats Division, Golden, Colorado, 1968

Dow Chemical, "Environmental Survey for 1969 January - December", Rocky Flats Division, Golden, Colorado. 1969

Dow Chemical, "May 1975 Environmental Monitoring Report, Rocky Flats Plant", Environmental Control, Dow Chemical U.S.A., Rocky Flats Division, 1975.

Dow Chemical, "Rocky Flats Environmental Data Report, January 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, February 1974", Dow Chemical U.S.A., 1974

Dow Chemical, "Rocky Flats Environmental Data Report, March 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, April 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, May 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, June 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, July 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, August 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, September 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, October 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, November 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, December 1974", Dow Chemical U.S.A., 1974.

Dow Chemical, "Rocky Flats Environmental Data Report, January 1975", Dow Chemical U.S.A., 1975.

Dow Chemical, "Rocky Flats Environmental Data Report, February 1975", Dow Chemical U.S.A., 1975.

Dow Chemical, "Rocky Flats Environmental Data Report, March 1975", Dow Chemical U.S.A., 1975.

Dow Chemical, "Rocky Flats Environmental Data Report, April 1975", Dow Chemical U.S.A., 1975.

Dow Chemical, "Status Report - Site Survey - January 1966", Rocky Flats Division, Golden, Colorado, 1966

Dunning, G.M., Memorandum to Managers of Field Officers regarding: "0524 - Standards for Radiation Protection" (comments on reducing air concentration averaging period from 13 weeks to 7 days - majority favored 13 weeks), December 9, 1963.

Durbin, P.W., "Plutonium in Man: A Twenty-Five Year Review" Division of Biology and Medicine, Lawrence Radiation Laboratory, University of California, Berkeley, California, 1972.

EG&G Energy Measurements, "An Aerial Radiological Survey of the United States Department of Energy's Rocky Flats Plant, Golden, Colorado", EG&G Energy Measurements, EGG-1183-1771, September, 1982.

EG&G Energy Measurements, "An Aerial Radiological Survey of the United States Department of Energy's Rocky Flats Plant and Surrounding Area, Golden, Colorado", EG&G Energy Measurements, EGG-10617-1044, May, 1990.

Eisenbud, M., Krauskoph, K., Franca, E.P., Lei, W., Ballad, R., Linsalata, P., and K. Fujimori, "Natural Analogues for the Transuranic Actinide Elements: An Investigation in Minas Gerais, Brazil", Environmental Geological Water Science, Volume 6, No. 1, 1984.

Elliott, J.P., Jr., and G. DiCiero, Letter to Broomfield Residents, November 13, 1973.

Environmental Survey for Year 1960, October 11, 1961.

Falk, R.B. and D.L. Bokowski. "Analysis of Air Sample Results for Communities Preceding and Following the May 11, 1969 Fire", May 8, 1980.

Federal Emergency Management Agency, "Blue Ribbon Citizen's Committee Final Report on the Department of Energy Long Range Rocky Flats Utilization Study", prepared by J.W. Spensley and G.M. Burgess of the Committee for the Federal Emergency Management Agency, Westminster, Colorado, December 1983.

Federal Radiation Council, "Background Material for the Development of Radiation Protection Standards", Federal Radiation Council, May, 1960.

Finkle, R.D., Jacobson, L.O., Kisieleski, W., Lawrence, B., Simmons, E.L., and R.H. Snyder, "The Toxicity and Metabolism of Plutonium in Laboratory Animals", August, 1946.

Fry, S.A., Lushbaugh, C.C., Shy, C.M., Cragle, D.L., Checkoway, H., Blum, S., Carpenter, A.V., Dupree, E.A., Frome, E.L., Groer, P.G., and J. Wilson, "The U.S. Department of Energy Health and Mortality Study: The Oak Ridge Studies"

Geesaman, D., Letter to R. Batzel regarding. "E.A. Martell's Study of Plutonium Contamination Around Rocky Flats", November 18, 1969.

Gillies, F., report of telephone call from F. Gillies to J.R. Seed regarding plutonium-specific analyses of water, soil, and air, December 1, 1971.

Hammond, S.E., Correspondence to C.W. Piltingsrud regarding Alpha Activity of Dirt East of Security Fence, 2 copies, November 20, 1963.

Hammond, S.E., "RF Vegetation Sampling Program", July 1, 1969.

Hammond, S.E., Letter to Willging regarding: "Soil Sample Results to Date (12-26-68)", December 26, 1969.

Hardy, E.P., Letter to E.W. Bean regarding: "Proposed Joint Soil and Air Sampling Project", January 7, 1977

Hardy, E.P., Livingston, H.D., Burke, J.C., and H.L. Volchok, "Time Pattern of Off-Site Plutonium Contamination from Rocky Flats Plant by Lake Sediment Analysis", U.S. Department of Energy, 1978.

Harley, J.H., editor, "Manual of Standard Procedures NYO-4700 (2nd Ed.) Health and Safety (TID - 4500)", Health and Safety Laboratory, U.S. Atomic Energy Commission, New York, New York, March, 1967

Harley, J.H., Editor, "Manual of Standard Procedures NYO-4700 (3rd Ed.) Health and Safety (TID - 4500)", Health and Safety Laboratory, U.S. Atomic Energy Commission, New York, New York, September, 1970.

Hashimoto, E.G. and W.S.S. Jee, "Cells at Risk from Bone-Seeking Radionuclides- A Review"

Hazle Deposition in the Coor Case, pp. 560-608, February 20, 1995.

"Health Physics Efforts on Environmental Monitoring", prepared by S.E Hammond, May 21, 1970

Heely, J.W., "Some Thoughts on Plutonium in Soils", Los Alamos Scientific Laboratory; University of California; Los Alamos, New Mexico.

Heid, K.R., Jech, J.J., Kathren, R.L., and M.J. Sula. "A Comparison of Long-Term Retention of Plutonium Oxide in Lung Based on Excretion Data with Observed Lung Burdens at Autopsy", Annals of Occupational Hygiene, Vol. 32, pp. 901-907, 1988.

Hendee, W.R., "History, Current Status, and Trends of Radiation Protection Standards", Medical Physics, Vol. 20(5), pp. 1303-1314, 1993.

Higley, K.A., "Progress Report on Radioecological Investigations at Rocky Flats -- Assessment of a Model to Describe the Environmental Transport and Fate of Am-241 and Pu-239,240", submitted to EG&G Rocky flats, Inc., Golden, Colorado, February, 1992.

Hobbs, F.D. and P.R. Gunning, "Study of Operations Affecting Plutonium in South Walnut Creek Waters". HPR 317381-135", June 21, 1973.

Hobbs, F.D., "Plutonium in Ambient Air, HPR 317381-139", Product and Health Physics Research, Environmental Control, Dow Chemical U.S.A, August 15, 1973.

Hodgin, C.R., "Near-Surface Meteorological Conditions Associated with Active Resuspension of Dust by Wind Erosion", Rockwell International, Rocky Flats Plant.

Hollis, D., Beck, W., Fry, S., Lushbaugh, C., and J. Watson. "Considerations in Using Exposure Data in Epidemiologic Studies", American Journal of Epidemiology, Vol. 118(3), pp.447, 1983.

Hurley, J.D., "Great Western Reservoir Spillway Sediment Sampling Program, Phase I Report", Environmental Sciences, Rockwell International, Rocky Flats Plant, Energy Systems Group, May 2, 1979.

Hurley, J.D., "Great Western Reservoir Spillway Sediment Sampling Program, Phase II Report", Environmental Sciences, Environmental Studies, Rockwell International, Energy Systems Group, Rocky Flats Plant, August 6, 1980.

Hurr, R. Theodore, "Hydrology of a Nuclear-Processing Plant Site, Rocky Flats, Jefferson County, Colorado", prepared in cooperation with the U.S. Energy Research and Development Administration, March, 1976.

Illsley, C.T. and M.W. Hume, "Plutonium Concentrations in Soil on Lands Adjacent to the Rocky Flats Plant", Rockwell International Energy Systems Group, September 6, 1979

Illsley, C.T., "Plutonium and Americium Contributions to Total Radioactivity of Air Near Rocky Flats", ES-376-82-233, January 7, 1982.

Illsley, C.T., "Soil Sample Collection and Analysis for Plutonium", Woodis Ranch - Located at the Northwest Corner of 96th Avenue and Alkire Street, June 15, 1983.

Internal Doses Calculated for Radionuclide Inhalation of the ALI Specified in the New 10CRF20 Based on ICRP 30 Methods.

International Agency for Research on Cancer, "IARC Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Humans", Supplement 4, 1982.

International Commission on Radiological Protection, "Report of the Task Group on Reference Man", ICRP Publication 23, Pergamon Press, Oxford, England, 1975.

International Commission on Radiological Protection, "Data for Use in Protection Against External Radiation", ICRP Publication 51, Pergamon Press, Oxford, England, 1987.

International Commission on Radiological Protection, "Individual Monitoring for Intakes of Radionuclides by Workers: Design and Interpretation", ICRP Publication 54, Pergamon Press, Oxford, England, 1987.

International Commission on Radiological Protection, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides: Part 4 Inhalation Dose Coefficients", ICRP Publication 71, Pergamon Press, Oxford, England, 1995.

Johnson, C.J., "Mortality Among Plutonium and Other Radiation Workers at a Plutonium Weapons Facility", Letter to the Editor, American Journal of Epidemiology, Volume 127, No. 6, pp. 1321-1325, 1986.

Johnson, C.J., Memorandum from C.J. Johnson to Agencies and Local Governments Participating in the Rocky Flats Emergency Response Plan Exercise regarding: "A Case History of a Disaster at the Plant Which Could Serve as a Model for a Future Disaster Emergency Response Plan Exercise", September 17, 1980.

Kelkar, D.N. and P.V. Joshi, "Size Determination of Airborne Plutonium Particles by Autoscintigraphy", March 2, 1970.

Kotrappa, P., Sundararajan, A.R., Bhanti, D.P., and V.B. Menon, "Dynamic Shape Factors for PuO2 Aerosols Useful in Autoradiographic Particle Size Analysis", Health Physics, Vol. 29, pp. 701-704, 1975.

Krey, P.W., Knuth, R., Tamura, T., and L. Toonkel, , "Interrelations of Surface Air Concentrations and Soil Characteristics at Rocky Flats", Health and Safety Laboratory, U.S. Atomic Energy Commission.

Krey, P.W., Letter to E.A. Martell regarding: Answers to the questions asked in letter dated September 29, 1971, 1) justifying soil sampling to 40 miles distance only in NE quadrant 2) Upper limits of 3.2 Ci of Pu-239, October 5, 1971.

Krey, P.W. and B.T. Krejewski, "Plutonium Isotopic Ratios at Rocky Flats", April 1, 1972.

Krey, P.W., "Plutonium-239 Contamination in the Denver Area", Health Physics, Vol. 26, pp 117-120, May 1, 1973.

Krey, P.W., "Remote Plutonium Contamination and Total Inventories from Rocky Flats", Health Physics, Vol. 30, pp. 209-214, July 29, 1975.

Kunert, K.K. and G.J. Werkema, "Survey of Reservoir Sediments", prepared by Dow Chemical, August 23, 1974.

Lammering, M.W., Letter to K. Grampton regarding radiation-related issues around the Rocky Flats Plant. U.S. Environmental Protection Agency.

Langer, G., "Activity, Size, and Flux of Resuspended Particles from Rocky Flats Soil", Rockwell International, Rocky Flats Plant

Langer, G., "Dust Transport - Wind Blown and Mechanical Resuspension, July 1983 to December 1984", Rockwell International, North American Space Operations, Rocky Flats Plant, prepared for the U.S. Department of Energy for the Albuquerque Operations Office, RFP-3914, September 20, 1986.

Langer, G., "Evaluation of PM-10 Commercial Inlets for New Surveillance Air Sampler", in HS&E Application Technology Semiannual Progress Report (July through December 1985), RFP-4036, Rockwell International, Rocky Flats Plant, pp. 33-42, May 1, 1987.

Langer, G., "Resuspension of Soil Particles from Rocky Flats Containing Plutonium Particulates", EG&G Rocky Flats, Inc., Environmental Management Clean Air and Environmental Reporting Division, Draft, August 2, 1991.

Langer, G., Comments on Peer Review of "Air Surveillance Network Siting Study", May 7, 1992.

Larson, C.E., Letter to T.R. Lash and J.E. Bryson regarding: Response to concern about storage of plutonium-contaminated wastes in soil at Rockly Flats Plant with attached New York Times Article, "AEC Waste Contaminate", October 9, 1973.

Lawton, B.B, and C.R. Longbotham, "Outline of Statistical Results and Recommendations from an Analysis of Air Sampler Data".

Litaor, M.I., Report: "Spatial Analysis of Plutonium Activity in Soils East of Rocky Flats Plant", Article found in Environmental Health Physics, the Proceedings of the 26th Midyear Topical Meeting of the Health Physics Society,

Little, C.A. and F.W. Whicker, "Plutonium Distribution in Rocky Flats Soil", Health Physics, Vol. 34, pp. 451-457, November 1, 1978.

Little, C.A., Whicker, F.W., and T.F. Winsor, "Plutonium in a Grassland Ecosystem at Rocky Flats", Journal of Environmental Quality, Vol. 9, No. 3, July - September, 1980.

Liverman, J.L., Letter from J.L. Liverman to Richard Lama, Governor of Colorado regarding: Status of Cleanup of Portions of the Rocky Flats Site (Author is pleased that governor has agreed to a deferral of cleanup until a detailed environmental assessment can be evaluated), April 28, 1975.

Lloyd, E. and J.H. Marshall, "Toxicity of Pu-239 Relative to Ra-226 in Man and Dog", 1972.

Los Alamos National Laboratory, "Determination of Plutonium Activity Levels and Pu-240/ Pu-239 Isotope Ratios in Bone Collected from Nonccupationally-Exposed Individuals Living in Colorado", Los Alamos National Laboratory, LA-12952-MS, UC-700 and UC-707, April 1995.

Marks, S. "An Introduction to the U.S. Uranium Registry" in Actinides in Man and Animals - Proceedings of the Snowbird Actinide Workshop, October 15-17, 1979, M.E. Wrenn Scientific Editor, 1979.

Marshall, J.H., and P.G. Groer, "A Theory of the Induction of Bone Cancer by Alpha Radiation: A Summary".

Martell, E.A., Goldan, P.A., Kraushaar, J.J., Shea, D.W. and R.H. Williams, "Fire/Damage", article published in Environment, Vol. 12(4), pp. 14-21, May, 1970.

Martell, E.A., Letter to H.L. Volchok regarding: Acknowledgment of Krey's and Volchok's comments on HASL paper, September 29, 1971.

Martell, E.A., Letter to H.L. Volchok regarding: Comments on recent short contribution on Pu in airborne respirable particles, HASL-246, dated January 1, 1972, January 17, 1972.

Martell, E.A., Transmittal letter to J.H. Harley, transmitting a letter written by E.A. Martell to W.F. Libby in response to Libby's questions and speculations about the Rocky Flats plutonium problem, January 21, 1972

McDowell, L.M. and F. Ward Whicker, "Size Characteristics of Plutonium Particles in Rocky Flats Soil", January 9, 1978.

McInroy, J.F., Campbell, E.E., Moss, W.D., Tietjen, G.L., Eutsler, B.C., and H.A. Boyd, "Plutonium in Autopsy Tissue: A Revision and Updating of Data Reported in LA-4875", Health Physics, Vol. 37, pp. 1-136, December 5, 1978.

Memorandum from Kevin Grice, Chairman, to the NORM Issue Group regarding "NORM Issue Group, September 20, 1995 EPA Meeting Summary", October 6, 1995.

Michels, D.E., "Log-Normal Analysis of Data for Plutonium in the Outdoors", Dow Chemical Co., Rocky Flats Division: Golden, Colorado.

Midwest Research Institute (MRI), "OU3 Wind Tunnel Study, Volume I: Test Report", prepared by MRI for EG&G Rocky Flats, Inc., January 24, 1994.

Miller, L.D., and A.D. Damelia, "Recommended Procedures for Air-Filter Samples", Report No. 317-73-124, March 20, 1973.

Mongan, T.R., Ripple, S.R., Brorby, G.P., and D.G. diTommaso, "Plutonium Releases from the 1957 Fire at Rocky Flats", Health Physics, Vol. 71, No. 4, pp. 510-521, October, 1996.

Moody, M.E., Memorandum to Distribution regarding: "Waterborne Effluent Monitoring", January 14, 1977.

Murri, R. L., "Gamma Analysis of Plutonium Contaminated Soil at Rocky Flats", Health, Safety, and Environmental Science, January 10, 1977.

National Bureau of Standards, "Permissible Dose from External Sources of Ionizing Radiation", Handbook 59, September 24, 1954.

National Committee on Radiation Protection and Measurement, "Maximum Permissible Radiation Exposures to Man", a preliminary statement of the National Committee on Radiation Protection and Measurement, Radiology, Vol. 68, pp. 260-261, 1957

National Academy of Sciences, "Committee on the Biological Effects of Ionizing Radiations (BEIR IV), Health Risks of Radon and Other Internally Deposited Alpha-Emitters," National Academy Press, Washington, DC, 1988

National Academy of Sciences, "Committee on the Biological Effects of Ionizing Radiation (BEIR V), Health Effects of Exposure to Low Levels of Ionizing Radiation," National Academy Press, Washington, DC, 1990.

National Academy of Sciences, National Research Council, Radiation Dose Reconstruction For Epidemiologic Uses", National Research Council, National Academy Press, Washington, D.C., 1995

National Council on Radiation Protection and Measurements, "Radiological Assessment: Predicting the Transport, Bioaccumulation, and Uptake by Man of Radionuclides Released to the Environment," NCRP Report No. 76, 1984.

National Council on Radiation Protection and Measurements, "Exposure from the Uranium Series with Emphasis on Radon and its Daughters," NCRP Report No. 77, 1984.

National Council on Radiation Protection and Measurements, 1984, "Evaluation of Occupational and Environmental Exposures to Radon and Radon Daughters in the United States," NCRP Report No. 78, 1984

National Council on Radiation Protection and Measurements, "General Concepts for the Dosimetry of Internally Deposited Radionuclides," NCRP Report No. 84, Bethesda, Maryland, 1985.

National Council on Radiation Protection and Measurements, "Screening Techniques for Determining Compliance

with Environmental Standards," NCRP Commentary No. 3, 1986.

National Council on Radiation Protection and Measurements, "Ionizing Radiation Exposure of the Population of the United States," NCRP Report No. 93, Bethesda, Maryland, 1987.

National Council on Radiation Protection and Measurements, "Exposure of the Population in the United States and Canada from Natural Background Radiation," NCRP Report No. 94, Bethesda, Maryland, 1987.

National Council on Radiation Protection and Measurements, "Radiation Exposure of the U.S. Population from Consumer Products and Miscellaneous Sources," NCRP Report No. 95, Bethesda, Maryland, 1987.

National Council on Radiation Protection and Measurements, "Comparative Carcinogenicity of Ionizing Radiation and Chemicals," NCRP Report No. 96, 1989.

National Research Council, "Radiation Dose Reconstruction For Epidemiologic Uses", National Academy Press, Washington, D.C., 1995.

Navratil, James, D. and Charles E. Baldwin, "Recovery Studies for Plutonium Machining Oil Coolant", Rockwell International, Atomic International Division, Golden, Colorado, RFP-2579, April 27, 1977.

Owem, J.B., Letter from J.B. Owen to J. Seastone regarding: "Plutonium Surface Contamination, 903 Area", July 25, 1968.

Poet, S.E. and E.A. Martell, "Plutonium-239 and Americium-241 Contamination in the Denver Area", Health Physics, Vol. 23, pp 537-548, August 6, 1972.

Polednak, A.P., "Studies of Workers Exposed to Internal Radiation (Uranium and Thorium)", published in the American Journal of Epidemiology, Vol. 112, September, 1980.

Preston, D.L., Kato, H., Kopecky, K.J., and S. Fujita, "Studies of the Mortality of A-Bomb Survivors (8. Cancer Mortality, 1950-1982)", December 23, 1986.

Program Status of the Rocky Flats Environmental Monitoring, June, 1970.

Progress in Nuclear Energy, "Series XII, Health Physics, Volume 2", A.M. Francis Duhamel, Editor, Pergamon Press, Oxford, England, 1969.

"Pu-239 Soil Concentrations from Samples Collected Between 1969 and 1973, as Compiled in September, 1992".

Putzier, E.A., "The Past 30 Years at Rocky Flats Plant", A summary of experiences and observations at Rocky Flats Plant over the past 30 years with emphasis on health and safety, November, 1982.

Quimby, G.R., "Background Measurements of Alpha Particle Emitters at Rocky Flats, Colorado", Nucleonics Division, Richland, WA, November 15, 1952.

Radiological Assessments Corporation, "Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71", prepared by P.G. Voilleque, MJP Risk Assessment, Inc., May, 1995.

Radiological Assessments Corporation, "Open Issues & Questions - Major Assumptions/ Conclusions Cumulative List" (November 20, 1992) concerning and accompanied by "The Rocky Flats Nuclear Weapons Plant Dose Reconstruction Project – Phase II: Toxicity Assessment and Risk Characterization – Draft Work Plan, December 1, 1992.

Radiological Assessments Corporation, "Rocky Flats Plant Dose Reconstruction and Risk Characterization Project Phase II: Toxicity Assessment Task 5: Recommendations for Monitoring to Verify Phases I and II", December 1, 1993.

Radiological Assessments Corporation, "The Rocky Flats Dose Reconstruction Project, Phase II: Toxicity Assessment and Risk Characterization, Task 4: Evaluation of Historical Environmental Data", December, 1993.

Radiological Assessments Corporation, "The Rocky Flats Nuclear Weapons Plant Dose Reconstruction and Risk Characterization Project, Phase II: Toxicity Assessment, Task 2: Verify Phase I Source Term and Uncertainty Estimates", December, 1993.

Radiological Assessments Corporation, technical memorandum "Examination of Mass Balance Accounting as a Means for Estimating Plutonium Releases", prepared by P.G. Voilleque, MJP Risk Assessment, Inc.. May, 1995.

Recent Radiation Protection Guidance and Review, Draft, October 19, 1994.

Reissland, J.A., "Assessment of the Mancuso Study", National Radiological Protection Board, NRPB-R79, September, 1978.

Reservoir Bottom Sampling Protocol, January 8, 1974.

Responses to Dow's Interrogatories Directed to Bank Western, October 30, 1992.

Responses to Dow's Interrogatories Directed to Field Corporation, October 30, 1992.

Responses to Dow's Interrogatories Directed to Individual Class Representative Merilyn Cook, October 30, 1992.

Responses to Dow's Interrogatories Directed to Individual Class Representative Michael Dean Rice, October 30, 1992.

Responses to Dow's Interrogatories Directed to Individual Class Representatives Lorren and Gertrude Babb, October 30, 1992.

Responses to Dow's Interrogatories Directed to Individual Class Representatives Richard and Sally Bartlett, October 30, 1992.

Responses to Dow's Interrogatories Directed to Individual Class Representatives Stephen M. and Peggy J. Sandoval, October 30, 1992.

Responses to Dow's Interrogatories Directed to Individual Class Representatives Thomas L. and Rhonda J. Deimer, October 30, 1992.

Responses to Dow's Interrogatories Directed to Individual Class Representatives William and Delores Schierkolk, October 30, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Gertrude Babb, November 4, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Lorren Babb, November 4, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Merilyn Cook, November 4, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Michael Dean Rice, November 4, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Rhonda Deimer, November 4, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Richard Bartlett, November 4, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Sally Bartlett, November 4, 1992.

Responses to Rockwell's Interrogatories Directed to Individual Class Representative Thomas Deimer, November 4, 1992.

Reuss, S.K., "Plutonium Excretion in Urine of Residents Living Near Rocky Flats Environmental Technology Site", 1995.

Reyes, Michele, Wilkinson, Gregg S., and John F. Acquavella, "Quality Control Activities in Support of the Plutonium Workers Study; Assessment of Coding Consistency for Data Collected at Rocky Flats", Los Alamos National Laboratory, Los Alamos, New Mexico, March 1984.

Ripple, S.R., Widner, T.E., and T.R. Mongan, "Past Radionuclide Releases From Routine Operations at Rocky Flats", Health Physics, Vol. 71, No. 4, pp. 502-509, October, 1996

Roberts, N.J., et al. "A Discussion of Inventory Difference, Its Origin and Effect Revision 4", prepared by EG&G Rocky Flats, Inc. for the Nuclear Materials Safeguards Department, August, 1994.

Rockwell International, "Air Flow Patterns Near the Rocky Flats Plant, February 1985". North American Space Operations, Rocky Flats Plant.

Rockwell International, "Great Western Reservoir Sediment Core Data / Graphs", North American Space Operations, Golden, Colorado, February, 1985.

Rocky Flats Environmental Monitoring Results, December 1971, January 18, 1972, and "Rocky Flats Environmental Monitoring Results, January 1972", February 21, 1972.

Rocky Flats Environmental Monitoring Results, May, 1970

Rocky Flats Reference Material sent to John A. Auxier by Douglas J. Kurtenbach in preparation for the July 13, 1990 meeting, July 6, 1990.

Rocky Flats Standards Lab Calibration Data Sheet, October 25, 1990 and April 29, 1991.

Roeder, J.R., Letter to Distribution regarding: "Clean Air Act- EPA Proposed Rules on Hazardous Air Pollutants, Emission Standards, and Monitoring Requirements", November 23, 1979.

Romer, R., Transmittal letter from the Governor of Colorado (Roy Romer) to J. Zane (Rocky Flats Plant) with attached "Final Report of the Governor's Rocky Flats Scientific Panel on Monitoring Systems", October, 1990

Rope, S.K., "Collection Efficiency Memorandum" from S.K. Rope to N.C. Morin, May 19, 1995

Ross, M.R., "Plutonium Levels in the Rocky Flats Environs, CY 1971", Product Health Physics Research, Dow Chemical U.S.A., February 29, 1972.

Rudnick, S., Shy, C.M., Fry, S. and D. Robie, "Health Effects In DOE Workers Occupationally Exposed to Five or More Rem per Year", American Journal of Epidemiology, Vol. 114(3), pp.448-449, 1981.

Rundo, J., Starzyk, P.M., Sedlet, J., Larsen, R.P., Oldham, R.D. and J.J. Robinson, "Excretion Rate and Retention of Plutonium 10,000 Days after Acquisition", in Proceedings of an International Seminar on Diagnosis and Treatment of Incorporated Radionuclides, organized by the International Atomic Energy Agency and the World Health Organization, Vienna, Austria, December 8-12, 1975.

Rundo, J., Strauss, M.G., Sherman, I.S., and R. Brenner, "Methods for the Assay of Plutonium In Vivo: What are the Alternatives?", Health Physics, Vol. 35, pp. 851-858, May 18, 1978.

Schmidt, D.W., "The Rocky Flats Nuclear Weapons Plant Dose Reconstruction and Risk Characterization Project, Phase II: Toxicity Assessment and Risk Characterization, Technical Memorandum: Evaluation of Background Concentrations of Plutonium in Soils Around the Rocky Flats Plant", Draft for Comment, September, 1994.

Schoep, D., "CSU Radioecology Sediment Sampling".

Seed, J.R., Illsley, C.T., and F.J. Miner, "Status Report of Committee on Plutonium in Soil", August, 1970

Sehmel, G.A., Letter to W. Osburn regarding: Responding to Request for Research Results on Plutonium Resuspension, March 20, 1975.

Seik, R.D., Transmittal letter to S.E. Hammond, transmitting soil and sediment surveillance data, March 1970, March 12, 1970.

Selected Quotes from Recent Guidance ICRP and BEIR V, August 11, 1994.

Sill, C.W., "The Particle Problem as Related to Sample Inhomogeneity", Health Service Laboratory, U.S. Atomic Energy Commission, Idaho Falls, Idaho.

Site Survey, site survey 1952 and 1953, May, 1952.

Site Survey Section, Correspondence to O.M. Wisdahl regarding "Summary of Site Survey Activities for 1952", February 6, 1953.

Statement of Factual Basis for Plaintiff's Claims, August 14, 1992.

Stone, J., "CSU Radioecology Field Sampling and Soil Prep Progress", February 12, 1993.

Summary of Statistical Analyses of Ambient Air Monitoring Program Data for Filter Media Change.

Surveillance, 1969, U.S. Atomic Energy Commission, Dow Chemical Company.

Task 6 Progress Report, Environmental Exposure Pathways, Preliminary Draft Material, September, 1992.

Taylor, G.N, Jee, W.S.S. and C.W. Mays, "Some Similarities of Radium and Plutonium Toxicity in the Beagle and Man".

Taylor, L.S., "Rocky Flats Pu Recommendations", and "References to FEIS, Volume 3 of 3, April, 1980".

Technical Session "Health Implications of Transuranics", June 3-7, 1984, New Orleans, Louisiana, 1984.

The Representative Plaintiffs' Joint Responses to Dow's Second Set of Interrogatories Directed to Each Class Representative Plaintiff, August 31, 1995.

The Rocky Mountain Universities Consortium for Environmental Restoration, An Independent Review of the Report: "Air Surveillance Network Siting Study, Rocky Flats Plant Site", prepared for EG&G Rocky Flats, Inc., Clear Air Act Group, Draft, April 17, 1992.

Thomas, C.W., and D.E. Robertson, "Radionuclide Concentrations in Reservoirs, Streams and Domestic Waters Near the Rocky Flats Installation", prepared by Pacific Northwest Laboratory (Richland, Washington) for Rockwell International, Atomics International Division, April, 1981.

Thompson, M.A., Transmittal letter to R. Bulcock, April 19, 1973 transmitting "Evaluation of Dose to the Public Near Rocky Flats, Addendum to the Rocky Flats 1972 Environmental Monitoring Report RFP-ENV-72", Dow Chemical, April, 1973.

Thompson, M.A., "Environmental Monitoring Summary for the Period January through June 1974", Dow Chemical, September, 1974.

Thompson, M.A., Letter to E.W. Bean regarding: "Soil Sampling and Analysis", 75-RF-0695, October 9, 1975.

U.S. Atomic Energy Commission, Transmittal Notice with attached AEC Regulation "Bulletin GH-133 - Safety and Fire Protection Codes and Standards", June 10, 1949.

U.S. Atomic Energy Commission, Transmittal Notice with attached bulletin entitled: "Safety and Fire Protection Codes and Standards", (This Bulletin Supercedes AEC Regulation, Safety No. 3, Standard Safety Requirements, April 28, 1947), June 10, 1949.

U.S. Atomic Energy Commission, "Bulletin GM-SFP-133 Safety and Fire Protection Codes and Standards", October 4, 1951.

U.S. Atomic Energy Commission, Transmittal Notice with attached Revision "Safety and Fire Protection Codes and Standards" (GM-SFP-3 (Serial No. 133) - Bulletin supersedes June 10, 1949 version, October 4, 1951.

U.S. Atomic Energy Commission, Transmittal Notice with attached "Chapter: 0550 Safety and Fire Protection Codes and Standards", February 26, 1954.

U.S. Atomic Energy Commission, Transmittal Notice with attached AEC Manual "Chapter 0550 - Safety and Fire Protection Codes and Standards", February 26, 1954.

U.S. Atomic Energy Commission, Transmittal Notice with attached AEC Manual "Chapter 0524 - Permissible Levels of Radiation Exposure", January 9, 1958.

U.S. Atomic Energy Commission, "HASL Manual of Standard Procedures with Revisions and Modifications to August 1959", I.B. Whitney Editor, New York Operations Office Health and Safety Laboratory, Analytical Division, February, 1960.

U.S. Atomic Energy Commission, AEC Manual Immediate Action Directive "Posting Requirement for Contractors - Radiation Protection Standards", February 17, 1964.

U.S. Atomic Energy Commission, Transmittal Notice with an attached AEC Manual "Appendix 0524 Part III - Guidance for Emergency Exposure During Rescue and Recovery Activities", Appendix to Serve as the source of guidance for emergency exposure during rescue and recovery activities, May 12, 1964.

U.S. Atomic Energy Commission, Transmittal Notice with attached AEC Manual "Chapter 0524 - Standards for Radiation protection", Revision sets out 12 itemized changes, November 8, 1968.

U.S. Atomic Energy Commission, Transmittal Notice with attached AEC Manual "Chapter 0524 (except Annex A) - Standards for Radiation protection", Material in paragraphs II and III has been rearranged for clarity and conformity with Paragraph I, February 4, 1969.

U.S. Atomic Energy Commission, Transmittal Notice with attached AEC Manual "Chapter 0550 - Operational Safety Standards", Sections 056 and 057 revised to incorporate the applicable provisions of IAD 0504-33, February 15, 1974.

U.S. Atomic Energy Commission, "AES Staff Comments, Environmental Assessment for Removal of Contaminated Soil at Rocky Flats", prepared for Rocky Flats Plant Clean Air Act Group, "Air Surveillance Network Siting Study for Particulates Rocky Flats plant site", December 20, 1991.

U.S. Department of Commerce, "Recommendations of the International Commission on Radiological Protection and the International Commission on Radiological Units 1950", Handbook 47, June 29, 1951.

U.S. Department of Energy, "IMD(Interim management Directive) Safety, Health, and Environmental Protection, September 29, 1977

U.S. Department of Energy, "Department of Energy Statement for EPA/Rocky Flats Monitoring Committee Public Meeting on EPA's Proposed 'Guidance on Dose Limits for Persons Exposed to Transuranium Elements in the General Environment' ", October, 1978.

U.S. Department of Energy, "Final Environmental Impact Statement (Final Statement to ERDA 1545-D) Rocky Flats Plant Site, Golden, Jefferson County, Colorado, Volume 2 of 3 Appendices, U.S. Department of Energy, Washington, D.C., April, 1980.

U.S. Department of Energy, "Final Environmental Impact Statement (Final Statement to ERDA 1545-D) Rocky Flats Plant Site, Golden, Jefferson County, Colorado, Volume 3 of 3 Responses to Public Comments", U.S. Department of Energy, Washington, D.C., April, 1980.

U.S. Department Of Energy, "Environmental Protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1", May 5, 1980.

U.S. Department of Energy, "Plutonium in Rocky Flats Freshwater Systems", Transuranic Elements in the Environment; A Summary of Environmental Research on Transuranium Radionuclides Funded by the U.S. Department of Energy Through Calendar Year 1979, prepared by D. Paine of Pacific Northwest Laboratory, DOE/TIC-22800, 1980.

U.S. Department of Energy, "Chapter XI Requirements for Radiation Protection", DOE Order 5480.1, August 13, 1981.

U.S. Department of Energy, "Environmental Protection, Safety, and Health Protection Program for DOE Operations - Chapter XI Requirements for Radiation Protection", DOE Order 5480.1 Chg. 6, August 13, 1981.

U.S. Department of Energy, "Environmental protection, Safety, and Health Protection Program for DOE Operations", DOE Order 5480.1 Chg. 5, August 13, 1981.

U.S. Department of Energy, "Environmental Protection, Safety, and Health Protection Standards", DOE Order 5480.4, May 15, 1984.

U.S. Department of Energy, "Radiation Standards for Protection of the Public in the Vicinity of DOE Facilities", U.S. Department of Energy memorandum from W.A. Vaughan to distribution, August 5, 1985.

U.S. Department of Energy, "Environment, Safety, and Health Program for Department of Energy Operations", DOE Order 5480.1B, September 23, 1986.

U.S. Department of Energy, "Radiation Protection for Occupational Workers", DOE Order 5480.11, December 21, 1988.

U.S. Department of Energy, "Health Physics Manual of Good Practices for Plutonium Facilities", prepared by Pacific Northwest Laboratory for the U.S. Department of Energy, PNL-6534 UC-41, May, 1988

U.S. Department of Energy, "Final Historical Release Report for the Rocky Flats Plant Environmental Restoration Program Volume I - Text", U.S. Department of Energy, Rocky Flats Plant, Golden, Colorado, June, 1992

U.S. Department of Energy, "Final Historical Release Report for the Rocky Flats Plant Environmental Restoration Program Volume II - Appendices", U.S. Department of Energy, Rocky Flats Plant, Golden, Colorado, June, 1992.

U.S. Department of Energy, "Identification of Operable Unit No. 3 Area of Concern Draft Report", July, 1993.

U.S. Department of Energy, "Identification of Operable Unit No.3 Area of Concern Final Report Environmental Restoration Program", October, 1993.

U.S. Department of Energy, "Draft Resource Conservation and Recovery Act Facility Investigation/Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume II of III", October, 1995.

U.S. Department of Energy, "Draft Resource Conservation and Recovery Act Facility Investigation/Remedial Investigation Report Operable Unit 3 (Offsite Areas), Volume III of III", October, 1995.

U.S. Department of Energy, "Action Levels for Radionuclides in Soils for the Rocky Flats Cleanup Agreement, Public Review Draft", August 30, 1996.

U.S. District Court, "Declaration of Dr. John Radke", Case No. 90-K-181, U.S. District Court for the District of Colorado, June, 1993.

U.S. District Court, "Declaration of Dr. Jan Beyea", Case No. 90-K-181, U.S. District Court for the District of Colorado, June 15, 1993.

U.S. District Court, "Declaration of Dr. Michael Gochfeld", Case No. 90-K-181, U.S. District Court for the District
of Colorado, June 18, 1993.

U.S. District Court, "Declaration of Wayne L. Hunsperger", Case No. 90-K-181, U.S. District Court for the District
of Colorado, June 24, 1993.

U.S. Energy Research and Development Administration, Transmittal Notice with attached "Chapter 0524 - Standards
for Radiation Protection , Revision sets out 9 itemized changes, April 8, 1975.

U.S. Energy Research and Development Administration, Transmittal Notice with attached ERDA Manual "Chapter
0524 - Standards for Radiation Protection", Revised to comform with IAD 0201-13, March 30, 1977.

U.S. Environmental Protection Agency, "Radioactivity Levels in the Environs of the Rocky Flats Plutonium Plant:
Golden, Colorado 1970", Water Quality Office, Radiological Activities Section, Cincinnati, OH, April, 1971.

U.S. Environmental Protection Agency, "Compendium of Environmental Surveillance Around the Rocky Flats
Plutonium Plant (pgs. 3222169 - 3222185) & attached Soil, Air and Water documentation (pgs. GRM03689 -
GRM03703)", Surveillance and Inspection Division, U.S. Environmental Protection Agency, Washington, D.C.,
November 1972.

U.S. Environmental Protection Agency, "Compendium of Environmental Surveillance Around the Rocky Flats
Plutonium Plant", Surveillance and Inspection Division, U.S. Environmental Protection Agency, Washington,
D.C., November, 1972.

U.S. Environmental Protection Agency, Report on Water Around Rocky Flats, December, 1973.

U.S. Environmental Protection Agency, "Radioactivity Levels in the Environs of the Rocky Flats Plutonium Plant:
Colorado, 1970, Part II, December 15, 1973", Technical Investigations Branch, Surveillance and Analysis
Division, December 15, 1973.

U.S. Environmental Protection Agency, "Investigative Report of the 1973 Tritium Release at the Rocky Flats Plant in
Golden, Colorado", Radiation/Noise Control Branch, July, 1974.

U.S. Environmental Protection Agency, "Plutonium Levels in the Sediment of Area Impoundments Environs of the
Rocky Flats Plutonium Plant - Colorado", February, 1975.

U.S. Environmental Protection Agency, "External Exposure to Radionuclides in Water, Air, and Soil", Federal
Guidance Report No. 12, U.S. Environmental Protection Agency, Washington, D.C., 1993.

United Nations Scientific Committee on the Effects of Atomic Radiation, "Ionizing Radiation Sources and
Biological Effects", Report to the General Assembly, with Annexes, New York, New York, 1982.

United Nations Scientific Committee on the Effects of Atomic Radiation, "Sources, Effects and Risks of Ionizing
Radiation", Report to the General Assembly, with Annexes, New York, New York, 1988.

University of California Livermore, "Estimating Natural Terrestrial Background in the 17- and 60-keV Energy
Regions from the Compton Continuum Peak", preprint, prepared by C.L. Lindeken, D.J. Hodgkins, and T.O.
Hoeger for the Proceedings of the Rocky Flats Symposium on Safety in Plutonium-Handling Facilities, Rocky
Flats Plant, Golden, Colorado, April 1, 1971.

Urine Bioassay Study, Project Status, February 16, 1993.

Volchok, H.L., Transmittal letter to E.A. Martell, transmitting a copy of Los Alamos paper written by Volchok",
September 2, 1971.

Volchok, H., Schonberg, M., and L. Toonkel, "Pu-239 Concentrations in Air Near Rocky Flats, Colorado", June,
1977.

Volchok, H.L., "Resuspension of Plutonium-239 in the Vicinity of Rocky Flats", Health and Safety Laboratory; U.S. Atomic Energy Commission; New York, New York.

Volez, G.L., Hempelmann, L.H., Lawrence, J.N.P., and W.D. Moss. "A 32-Year Medical Follow-Up of Manhattan Project Plutonium Workers", Health Physics, Vol. 37(4), pp. 445-485, 1979.

Volez, G.L., and R.S. Grier. "A 37-Year Medical Follow-up of Manhattan Project Pu Workers", Health Physics, Vol. 48(3), pp. 249-259, 1985.

Webb, S.B., Stone, J.M., Ibrahim, S.A., Whicker, F.W., Issued by Colorado State University, "The Spatial Distribution of Plutonium in Soil Near the Rocky Flats Plant" (This is Chapter 2 in the Report presented to Dow, "Plutonium and Americium in the Environs of Rocky Flats: Spatial Distribution, Environmental Transport, and Human Exposure"), November 21, 1994.

Wedding, J.B., Weigand, M.A., and Y.J. Kim, "Determination of Filtration Efficiency of the S & S 29 Glass Fiber Filter", Final Report, prepared by Fame Associates, Inc., Aerosol Science Laboratory, for Rockwell International Corporation, Rocky Flats Plant, Energy Systems Group, May 31, 1984.

Werkema, G.J., "Comparison of Air Sample Data", product and health physics research service report, March, 1973.

Werkerma, M.V., Letter from M.V. Werkema to Distribution regarding: "Surface Water Control", March 18, 1977.

Wessman, R.A., Major, W.J., Lee, K.D., and L. Leventhal, "Commonality in Water, Soil, Air Vegetation, and Biological Sample Analysis for Plutonium", TRAPELO/WEST, Division of LFE Corporation, Richmond, California.

Whicker, F.W., "Ecological Effects of Transuranics in the Terrestrial Environment", 1978.

Whicker, F.W., and T.B. Kirchner, "Pathway: A Dynamic Food-Chain Model to Predict Radionuclide Ingestion After Fallout Deposition", Health Physics, Vol. 52, No. 6, pp 717-737, January 22, 1987.

Whicker, F.W., Ibrahim, S.A., Alldredge, A.W., and L. Fraley, Jr., "Progress Report on Radioecological Investigations at Rocky Flats", Department of Radiology and Radiation Biology, Colorado State University, September 15, 1990.

Whicker, F.W., Ibrahim, S.A., and T.B. Kirchner, Proposal to Dow Chemical Company on "Assessment of Human and Ecological Risk from Environmental Radioactivity at Rocky Flats", Colorado State University, Fort Collins, Colorado, November 8, 1990.

Whicker, F.W. and S.A. Ibrahim, "Preliminary Draft-- Plutonium and Americium in the Environs of Rocky Flats: Spatial Distribution, Environmental Transport, and Human Exposure", Department of Radiological Health Sciences, Colorado State University, November 28, 1994.

Widner, T.E., Mongan, T.R., Ripple, S.R., and N.C. Morin, "Report: Reconstruction of Past Rocky Flats Releases", Article found in Environmental Health Physics, the Proceedings of the 26th Midyear Topical Meeting of the Health Physics Society, meeting dates: January 24-28, 1993.

Woodruff, N.H., Memorandum to Heads of Divisions and Offices regarding: "Proposed Amendment to 10 CFR Part 20, Radioactivity Concentrations in Air and Water", August 12, 1965.

Wong, K.M., Hodge, V.F., and T.R. Folsom, "Concentrations of Plutonium, Cobalt, and Silver Radionuclides in Selected Pacific Seaweeds", Scripps Institution of Oceanography; University of California, San Diego; La Jolla, California.

John A. Auxier, Ph.D., CHP

__25 NOV. 1996__

Date

# KIRKLAND & ELLIS

PARTNERSHIPS INCLUDING PROFESSIONAL CORPORATIONS

200 East Randolph Drive
Chicago, Illinois 60601

Douglas J. Kurtenbach
To Call Writer Direct:
312 861-2382

312 861-2000

Facsimile:
312 861-2200

December 2, 1996

**VIA FEDERAL EXPRESS**

Peter B. Nordberg, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6365

> **Re:**   **Cook, et al., v. Rockwell Int'l. Corp., et al.,**
> **No. 90-K-181**

Dear Peter:

Enclosed is Dr. Auxier's resume and recent testifying experience which was inadvertently excluded from last week's package. (These are the same materials that we sent to you in the <u>Hanford</u> case.)

Sincerely,

Douglas J. Kurtenbach

DJK:jw
Enclosure

London                 Los Angeles                 New York                 Washington D.C.

# JOHN A. AUXIER, Ph.D., CHP

### *Professional Qualifications*

Dr. Auxier is an expert in the areas of nuclear engineering and health physics. During his tenure at the Oak Ridge National Laboratory in Tennessee, where he was Director of the Health Physics Division, he directed research in the investigation of pathways of exposure and biological effects of pollutants, both nuclear and non-nuclear, and radiation safety, with emphasis on the needs of practicing health physicists. He participated in, and ultimately directed, successful efforts to obtain levels of radiation doses for survivors of the nuclear bombings of Hiroshima and Nagasaki, Japan. He has been a consultant to the Radiation Effects Research Foundation of Japan.

During Dr. Auxier's career at the University of Texas, he coordinated and directed the Health Physics Program and was subsequently appointed Chairman of the Department of Physics and Engineering of the Radiobiological Laboratory.

Dr. Auxier's special consulting activities have included the President's Commission on the Accident at the Three Mile Island Nuclear Power Plant. Also, he was the head of the task committee on health physics and radiation dosimetry for this incident. He has been a member of the Advisory Committee to the U.S. Department of Energy for the Northern Marshall Islands and a member of the Department of Energy/Defense Nuclear Agency Inspection and Advisory Team for the Cleanup of Enewetak Atoll.

For his outstanding accomplishments, he received the following prestigious awards: Health Physics Society's Elda E. Anderson Award in 1962; National Institute for Disaster Mobilization's National Preparedness Award in 1962; Defense Nuclear Agency's Meritorious Public Service Medal in 1980; delivered the Eighth Wright H. Langham Memorial Lecture in 1980; appointed Fellow of the Health Physics Society in 1984; granted an honorary Doctor of Philosophy by Berea College in 1987, made a Distinguished Technical Associate of IT Corporation in 1988; elected to the Board of Trustees of Berea College, Berea, Kentucky, 1991; and became a member of the Pellissippi State Technical Community College Foundation, 1992.

### *Education*

Ph.D., Nuclear Engineering, Georgia Institute of Technology, Atlanta, Georgia; 1972.

M.S., Physics, Vanderbilt University, Nashville, Tennessee; 1952.

A.B., Physics, Berea College, Berea, Kentucky; 1951.

## *Registrations/Certifications*

Certification by the American Board of Health Physics in 1960; Recertified thru 1997

NQA-1 Lead Auditor; 1989.

## *Experience and Background*

1992 – **President, Auxier & Associates, Inc., Knoxville, Tennessee.**
Present  Provides radiological health, safety, and environmental consulting.

1989 – **Nuclear Sciences Corporate Manager, IT Corporation, Knoxville, Tennessee.**
1992  Directed and managed the activities of the Nuclear Sciences personnel who provided consultation and assessments to both government and commercial clients involved in all facets of the radiation industry.

1985 – **Director, IT/Radiological Sciences Laboratory, Oak Ridge, Tennessee.**
1989  Directed approximately 60 scientists and technicians in radiation protection consultation in all major areas of the radiation associated industries and the Radiological Sciences Laboratory (RSL).

1983 – **President, Applied Science Laboratory, Inc., Oak Ridge, Tennessee.**
1985  Directed the formation and development of the consulting and analytical laboratory which later became IT/RSL.

1983  **Chief Nuclear Scientist, Evaluation Research Corporation, Oak Ridge, Tennessee.**
Health Physics consultant for a wide range of clients, usually in a troubleshooting capacity.

1977 – **Director Industrial Safety & Applied Health Physics Division, Oak Ridge**
1982  **National Laboratory, Oak Ridge, Tennessee.**
Directed a program that led to record-breaking performance in both radiation protection and industrial safety.

1972 – **Director, Health Physics Division, Oak Ridge National Laboratory, Oak Ridge,**
1982  **Tennessee.**
Gave increased emphasis to needs of practicing health physicists. Strongly encouraged fundamental research in health physics related areas. Directed research in the investigation of pathways of exposure and biological effects of pollutants (both nuclear and non-nuclear) and radiation safety.

| 1962 – 1972 | *Chief, Radiation Dosimetry Program, Oak Ridge National Laboratory, Oak Ridge, Tennessee.* |
|---|---|

1962 – 1972   *Chief, Radiation Dosimetry Program, Oak Ridge National Laboratory, Oak Ridge, Tennessee.*

1955 – 1962   *Research Scientist, Health Physics Division, Oak Ridge National Laboratory, Oak Ridge, Tennessee.*
Conducted research in radiation physics and dosimetry; participated and ultimately directed successful efforts to obtain radiation doses for survivors of nuclear bombings of Hiroshima and Nagasaki, Japan.

1952 – 1955   *Chairman, Department of Physics and Engineering, Radiobiological Laboratory, University of Texas.*
Coordinated and directed Health Physics Program.

1944 – 1947   *Fighter Pilot, U.S. Army Air Corp.*

### *Special Consultant Activities*

1976 – 1987   Consultant to Radiation Effects Research Foundation, Japan.

1978 – 1987   Member of Advisory Committee to U.S. Department of Energy for Northern Marshall Islands.   Member of Department of Energy/Defense Nuclear Agency inspection and advisory team for clean-up of Enewetak Atoll.

1979   Head, Task Group on Health Physics and Radiation Dosimetry, President's Commission on the Accident at Three Mile Island.

1979 – 1987   Member of Dose Assessment Steering Group, U.S. Department of Energy.

1980   Member of National Academy of Sciences (NAS) Panel on Hiroshima/Nagasaki 1987 Occupation Forces.

1981   Member of NAS Committee on Emergency Management.

1981 – 1989   Member of Safety Advisory Board for Three Mile Island Unit 2.

1981 – 1988   Member of Advisory Council, Institute of Nuclear Power Operations.

Case No. 1:90-cv-00181-JLK  Document 1787-4  filed 12/12/05  USDC Colorado  pg 24 of 37

| | |
|---|---|
| 1988 | Listed as an advisory expert in nuclear health effects, low-level radiation, occupational safety and waste management in the Media Guide to Nuclear Energy Experts prepared by the U.S. Council for Energy Awareness. |
| 1990 - Present | Member of Committee of Science, Space, and Technology, Oak Ridge, Tennessee. |
| 1990 - Present | Member of the Scientific Advisory Board for the Handbook of Management of Radiation Protection Programs, 2nd Edition. |

### *Awards/Activities*

Georgia Institute of Technology, Engineering Hall of Fame, 1996
Pellissippi State Technical Community College Foundation, 1992
Board of Trustees, Berea College, Berea, Kentucky, 1991
Distinguished Technical Associate, IT Corporation, 1988
Founders Award, Health Physics Society, 1987
Honorary Doctorate of Science, Berea College, 1987
Fellow, Health Physics Society, 1984
Meritorious Public Service Medal, Defense Nuclear Agency, 1980
National Preparedness Award, National Institute for Disaster Mobilization, 1962
Elda E. Anderson Award, Health Physics Society, 1962

### *Professional Affiliations*

Health Physics Society (President-elect, 1976; President, 1977; Managing Editor, Health Physics Journal, 1974-1977; Editor, Health Physics Journal, 1958-1974; Chairman, Health Physics Society Presidents' Emeritus Committee; Chairman, Research Needs in Health Physics Committee, 1984 -1989)
East Tennessee Chapter Health Physics Society
American Strategic Defense Association
Society for Risk Analysis
East Tennessee Chapter Society for Risk Analysis (President 1991)
National Academy of Sciences (Subcommittee on Exposure at Tests of Nuclear Weapons, 1984)
National Council on Radiation Protection and Measurements (Member. NCRP; NCRP Scientific Committee 63; NCRP Scientific Committee 57; NCRP Scientific Committee 28; NCRP Scientific Committee 34)
International Radiation Protection Association, Charter Member since 1963
French Radiation Protection Society, Advisory Board Member, 1970 - Present

American Academy of Health Physics (President 1990)
Who's Who In Technology Today
American Men and Women of Science
Media Guide to Nuclear Energy Experts

### *Environmental Associations*

Earthwatch; Watertown, Massachusetts
The Nature Conservancy; Arlington, Virginia
National Audubon Society; Boulder, Colorado
African Wildlife Foundation
Defenders of Wildlife

World Wildlife Foundation
National Humane Education Society

### *Publications*

Dr. Auxier is the author or co-author of over 100 publications on instrumentation, dosimetry, natural radiation environment, radiation physics, and radiobiology including the Energy Research and Development Agency (ERDA) Prestige Series book entitled ICHIBAN: Radiation Dosimetry for the Survivors of the Bombings of Hiroshima and Nagasaki. He is the recipient of two patents.

### *List of Publications*

Auxier, J. A., G. Forman, 1952 "Characteristics of X-Ray Excited Phosphorescence of Calcite," Physics, Rev. 87, 107A.

Auxier, J. A., P. N. Hensley, G. S. Hurst, W. A. Mills, March 1954, "Neutron Flux and Tissue Dose Studies with Fission Threshold Detector," ORNL-1671.

Auxier, J. A., C. Gentry, S. J. Kaplan, C. M. Rogers, November 1954, "Some Effects of Cumulative Doses of X-Radiation Upon Learning and Retention in the Rhesus Monkey," A. F. School of Aviation Project 21-3501-0003, Report No. 11, MP-5511.

Auxier, J. A., W. Blakely, 1954, "A Constant Air Monitor for Alpha Emitting Isotopes," A. F. School of Aviation Project 21-3501-0003, Report No. 7.

Auxier, J. A., June 1955, "A High Level Co-60 Irradiation Facility," A. F. School of Aviation Med. Report AF SAM 55-40.

Auxier, J. A., G. S. Hurst, June 25-27, 1956, "A Fast Neutron Insensitive Gamma Dosimeter," Proceedings of the Health Physics Society Annual Meeting. Ann Arbor, Michigan. pp. 3-7.

Auxier, J. A., G. S. Hurst, R. E. Zedler, 1957 "Neutron Insensitive Beta Gamma Dosimeter." U.S. Patent No. 2,974,248.

Auxier, J. A., H. E. Gilbert, T. D. Strickler. 1956 "Fast Neutron Scattering from Thick Slabs." Nuclear Science and Engineering 3:11-18.

Auxier, J. A., G. S. Hurst, R. E. Zedler, 1958, "A Single Ion Detector for Measurement of Gamma-Ray Ionization in Cavities." Health Physics 1:21-26.

Auxier, J. A., "Evaluation of Residential Structures for Shielding Against Fallout Radiation," Effects of Nuclear War, Hearings Before the Special Subcommittee on Radiation of the Joint Committee on Atomic Energy, Congress of the United States, pp. 148-151.

Auxier, J. A., J. O. Buchanan, C. Eisenhauer, H. E. Menker, 1959 "Experimental Evaluation of the Radiation Protection Afforded by Residential Structures Against Distributed Sources," Atomic Energy Commission, CEX-58.1

Auxier, J. A., R. D. Birkhoff, W. D. Dillow, "A Study of Cavity Ionization as a Function of Atomic Number by Use of a Miniature Counter," ORNL-2724 (Master's Thesis - Vanderbilt).

Auxier, J. A., G. S. Hurst, 1959, " Application of Radiation Dosimetry Studies to the Evaluation of Environmental and Biological Consequences of Nuclear War." Biological and Environmental Effects of Nuclear War  Hearings Before the Special Committee on Atomic Energy, Congress of the United States, pp. 140-147.

Auxier, J. A., A. D. Callihan, G. S. Hurst, K. Z. Morgan, R. H. Ritchie, P. W. Reinhardt. F. W. Sanders, E. G. Wagner, 1960, "Dosimetric Investigation of the Radiation Accident," Vinca, Yugoslavia, IAEA TO/HS/22, pp. 25-46.

Sanders, F. W., J. A. Auxier, J. S. Cheka, 1960, "A Simple Method of Minimizing the Energy Dependence of Pocket Ionization Chambers," Health Physics 2:308-309.

Auxier, J. A., T. D. Strickler, "Experimental Evaluation of the Radiation Protection Afforded by Typical Oak Ridge Homes Against Distributed Sources," Atomic Energy Commission, CEX-59.13.

Auxier, J. A., 1961, "Dosimetric Considerations in Criticality Exposure," Diagnosis and Treatment of Acute Radiation Injury, World Health Organization, Geneva, pp. 141-150.

Auxier, J. A., C. H. Bernard, W. T. Thornton, 1961, "Silver Metaphosphate Glass for Gamma-Ray Measurements in Co-Existent Neutron and Gamma-Radiation Fields," Selected Topics in Radiation Dosimetry, IAEA, Vienna, pp. 503-510.

Bernard, C. H., W. T. Thornton, J. A. Auxier, 1961, "Silver Metaphosphate Glass for X-Ray Measurements in Co-existent Neutron and Gamma-Radiation Fields," Health Physics 4:236-243.

Hurst, G. S., R. H. Ritchie, F. W. Sanders, P. W. Reinhardt, J. A. Auxier, E. B. Wagner, A. D. Callihan, K. Z. Morgan, 1961, "Dosimetric Investigation of the Yugoslav Radiation Accident," Health Physics 5:179-202.

Auxier, J. A., F. W. Sanders, P. N. Hensley, 1961, "A Device for Determining the Orientation of Persons Exposed to Neutron and/or Gamma-Radiation," Health Physics 5:226-227.

Auxier, J. A., F. W. Sanders, W. S. Snyder, "$Na^{24}$ Activation in the Dosimetry of Nuclear Accidents," Radioactivity in Man, G. R. Meneely, Editor, Charles C. Thomas, Publisher, Springfield, Illinois, pp. 201-211.

Auxier, J. A., W. T. Thornton, "Some X-Ray and Fast Neutron Response Characteristics of Silver Metaphosphate Glass Dosimeters," ORNL-2912 (Master's Thesis - Vanderbilt).

Auxier, J. A., J. S. Cheka, F. W. Sanders, March 1961, "Attenuation of Weapons Radiation - Application to Japanese Houses - Operation Hardtack, Phase II, Program 39, Projects 39.1, 39.2," WT-1725.

Auxier, J. A., J. S. Cheka, F. F. Haywood, F. W. Sanders, J. H. Thorngate, 1962, "Technical Concept - Operation BREN," Atomic Energy Commission, CEX-62.01.

Auxier, J. A., A. D. Callihan, G. S. Hurst, K. Z. Morgan, P. W. Reinhardt, R. H. Ritchie, F. W. Sanders, E. B. Wagner, "Dosimetry," The Vinca Dosimetry Experiment, International Agency Technical Report 6, pp. 25-43.

Sanders, F. W., J. A. Auxier, 1962, "Neutron Activation of Sodium in Anthropomorphous Phantoms," Health Physics 8:371-379.

Auxier, J. A., "Dosimetry and Exposures in Nuclear Accidents," Nuclear Safety 4:111-112.

Auxier, J. A., L. W. Gilley, F. F. Haywood, 1962 "General Correlative Studies, Operation BREN," Atomic Energy Commission, CEX-62 03.

Auxier, J. A., 1964, "Ichiban: The Dosimetry Program for Nuclear Bomb Survivors of Hiroshima and Nagasaki - A Status Report as of April 1, 1964," Atomic Energy Commission, CEX-64.3.

Auxier, J. A., F. F. Haywood, E. T. Loy, 1963, "An Experimental Investigation of the Spatial Distribution of Doses on Air-Over Ground Geometry," Atomic Energy Commission, CEX-62.14.

Auxier, J. A., G. A. Andrew, C. C. Lushbaugh, 1964, "The Importance of Dosimetry to the Medical Management of Persons Accidentally Exposed to High Levels of Radiation," Personnel Dosimetry for Radiation Accidents, IAEA, Vienna, pp. 3-16.

Auxier, J. A., 1965, "The Health Physics Research Reactor," Health Physics 11:89-93.

Auxier, J. A., "Nuclear Accident at Wood River Junction," Nuclear Safety 6:298-301.

Auxier, J. A., F. F. Haywood, "Technical Concept-Operation HENRE," Atomic Energy Commission, CEX-65.02.

Auxier, J. A., F. F. Haywood, T. G. Provenzano, 1965, "Operation Plan-Operation HENRE," Atomic Energy Commission, CEX-65 03.

Auxier, J. A., 1965, "Ichiban: The Dosimetry Program for Nuclear Bomb Survivors of Hiroshima and Nagasaki,"Proceedings of the Symposium on Protective Structures for Civilian Populations NAS-NRC, Washington, pp. 121-126.

Auxier, J. A., J. S. Cheka, F. F. Haywood, T. D. Jones, J. H. Thorngate, 1966, "Free-Field Radiation Dose Distributions from the Hiroshima and Nagasaki Bombings," Health Physics 12:425-429.

Auxier, J. A., R. T. Boughner, M. D. Brown, T. D. Jones, W. D. Snyder, 1964, "Distribution of Dose and Dose Equivalent in an Anthromorphic Phantom Resulting from Broad-Beam Sources of Monoenergetic Neutrons," Transactions of American Nuclear Society 9:357.

Auxier, J. A., R. T. Boughner, M. D. Brown, T. D. Jones, W. S. Snyder, November 1966, "Distribution of Dose and Dose Equivalent in an Anthropomorphic Phantom Resulting from Broad Beam Sources of Monoenergetic Neutrons," Proceedings of Conference on Radiation Transport and Biological Effects, CONF-661125, pp. 25-45.

Auxier, J. A., "Dosimetry and Exposures in Nuclear Accidents," Nuclear Safety 8:382-    385.

Auxier, J. A., 1967, "Multilaboratory Intercomparisons of Neutron Dosimetry Systems," Neutron Monitoring, International Atomic Energy Agency, Vienna, pp. 625-630.

Auxier, J. A., 1968, "Physical Problems of Dosimetry of Neutrons and Protons. Accidental Irradiation at Place of Work," EURATOM, S. A. Vaillant-Carmannge, Liege, Belgium, pp. 181-194.

Auxier, J. A., 1967, "Special Methods in Radiation Dosimetry," Principles of Radiation Dosimetry, K. Z. Morgan and J. E. Turner, Editors, John Wiley and Sons, Inc., New York, Chapter 7, pp. 215-241.

Auxier, J. A., F. F. Haywood, S. Helf, J. H. Thorngate, 1969, "Energy and Angular Distribution of Neutrons and Gamma Rays - Operation BREN," Atomic Energy Commission. CEX-62.12.

Auxier, J. A., Proceedings: Long-Range Biomedical and Psychosocial Effects of Nuclear War, Volume 1, First Interdisciplinary Conference, Defense Nuclear Agency, DASIAC Special Report 67.

Auxier, J. A., 1967, "Radiation Propagation and Shielding Experiments at the BREN Tower," Trans American Nuclear Society 10 726.

Auxier, J. A., K. Becker, E. M. Robinson (Editors), September 23-26, 1968, Proceedings of the Second International Conference on Luminescence Dosimetry, Gatlinburg, Tennessee, CONF-680920, 1,021 pages.

Auxier, J. A., M. D. Brown, 1966, "Neutron Cross-Sections and Reaction Products for H, C, N, and O for the Energy Range from Thermal to 15 MeV," Proceedings of the First International Congress of Radiation Protection, Pergamon Press, New York, New York, Volume 2, pp. 853-858.

Auxier, J. A., T. D. Jones, W. S. Snyder, "Neutron Interactions and Penetration in Tissue," Radiation Dosimetry, F. H. Attic and W. C. Risk, Editors, Academic Press, New York, Chapter 6, pp. 275-316.

Auxier, J. A., T. D. Jones, D. R. Johnson, J. W. Piston, September 5-10, 1966, "Dose Distribution Functions for Neutrons and Gamma-Rays in Anthropomorphous and Radiological Phantoms," Proceedings of the First International Congress of Radiation Protection, Pergamon Press, Rome, Italy, Volume 2, pp. 1461-1467.

Auxier, J. A., Thorngate, J. H., "Fast Neutron Spectrometry for Radioprotection," Colloquy d'Electronique Nucleaire et Radioprotection, Tome 1, University of Toulouse, Volume 1 of 4, pp. 27.

Auxier, J. A.. 1969, "Kerma Versus First Collision Dose: The Other Side of the Controversy," Health Physics 17:342-343.

Auxier, J. A., K. Becker, "Progress in Luminescence Dosimetry," Science 164:974-978.

Auxier, J. A., "Multi-Laboratory Intercomparisons and Standardizations: Nuclear Accident Dosimetry Systems," International Atomic Energy Agency, Vienna, IAEA-PL-329/13, pp. 153-164.

Auxier, J. A., H. H. Hubbell, Jr., T. D. Jones, November 11-14, 1969, "Review of Depth-Dose Calculation and Experimentation," Proceedings of the Symposium on Neutrons in Radiobiology, Oak Ridge, Tennessee, CONF-691106, pp. 73-94.

Auxier, J. A., K. Fukushima, S. Fujita, T. Ishimaru, S. Jablon, November 11-14, 1969, "REB of Neutrons in Japanese Survivors," Proceedings of the Symposium on Neutrons in Radiobiology, Oak Ridge, Tennessee, CONF-691106, pp 547-579.

Johnson, D. R., J. W. Poston, J. A. Auxier, D. G. Brown. W. A. Gramly, W. D. Gibbs, H. D. Hodges. D. R. Davy, "'Total' and 'Exchangeable' Sodium Studies in Swine and Sheep Using Activation Analysis and Isotopic Dilution," Health Physics 18:729-731.

Auxier, J. A., "The Outcry Over Exposure Guidelines," Nuclear Safety 2:456-460.

Jones, T. D., J. A. Auxier, 1971, "Neutron Dose, Dose Equivalent, and Linear Energy Transfer from 252-Cf Sources," Health Physics 20:252-258.

Auxier, J. A., K. Becker, E. M. Robinson, D. R. Johnson. R. H. Boyett, C. H. Abner, 1971, "A New Radon Progeny Personnel Dosimeter," Health Physics 21:126-128.

Auxier, J. A., B. G. Auxier, 1971, "Review of the Story of Radioactivity," Health Physics 21:129.

Jones, T. D., W. S. Snyder, J. A. Auxier, 1971, "Absorbed Dose, Dose Equivalent, and LET Distributions in Cylindrical Phantoms Irradiated by a Collimated Beam of Monoenergetic Neutrons," Health Physics 21:252-272.

Brown, D. G., D. F. Johnson, J. A. Auxier, 1971, "Unilateral and Bilateral Exposure of Swine to Fission Neutrons," Health Physics 21:537-545.

Auxier, J. A., 1971. "Review of Personnel Dosimetry Systems for External Radiation Exposure," International Atomic Energy Agency Technical Report No. 109," Health Physics 21:613.

Auxier, J. A., F. F. Haywood, 1971, "Unusual and Unexpected Radiation Sources," Safety Newsletter of the National Safety Council.

Auxier, J. A., J. H. Thorngate, 1972, "Advances in Dosimetric Instrumentation," American Nuclear Society Transactions 14:408-409.

Auxier, J. A., Z. G. Burson, R. L. French, F. F. Haywood, L. G. Mooney, E. A. Straker, "Nuclear Weapons Free-Field Environment Recommended for Initial Radiation Shielding Calculators," ORNL-TM-3396.

Auxier, J. A., T. D. Jones, 1972, "Local Dose from Neutron Produced Recoil Ions in the Region of a Therapeutic 252-Cf Needle," Radiology 104:187-189.

Turner, J. E., J. A. Auxier, 1972, "Symposium on Radiation Standards and Regulations," Health Physics 23:445-446.

Auxier, J. A., "Concluding Summary," Neutron Monitoring for Radiation Purposes, IAEA, Vienna, pp. 495-498.

Auxier, J. A., "Developments in Neutron Dosimetry for Radiation Protection," Neutron Monitoring for Radiation Protection Purposes, IAEA, Vienna, IAEA-SM-167/26, Volume 1, pp. 3-12.

Auxier, J. A., R. O. Chester (Editors), 1972, "Report of the Clinch Valley Study," May 15-June 2, 1972. ORNL-4835.

Auxier, J. A., D. J. Christian, T. D. Jones, G. D. Kerr, P. T. Perdue, W. H. Shinpaugh, J. H. Thorngate, "Contribution of Natural Terrestrial Sources to the Total Radiation Dose to Man." ORNL-TM-4323 (Ph.D. Thesis - Georgia Institute of Technology).

Jones, T. D., J. A. Auxier, W. S. Snyder, G. G. Warner, 1973, "Dose to Standard Reference Man from External Sources of Monoenergetic Photons," Health Physics 24:241-255.

Perdue, P. T., W. H. Shinpaugh, J. H. Thorngate, J. A. Auxier, 1974, "A Convenient Counter for Measuring Alpha Activity of Smear and Air Samples," Health Physics 26:114-116.

Auxier, J. A., W. H. Shinpaugh, G. D. Kerr, D. J. Christian, 1974, "Preliminary Studies of the Effects of Sealants on Radon Emanation from Concrete," Health Physics 27:389-391.

Auxier, J. A., P. T. Perdue, W. H. Shinpaugh, J. H. Thorngate, 1963, Determination of Radon in Air, U.S. Patent No. 3,805,070.

Jones, T. D., J. A. Auxier, J. S. Cheka, G. D. Kerr, 1975, "In Vivo Dose Estimates for A-Bomb Survivors Shielded by Typical Japanese Houses." Health Physics 28:367-381.

Auxier, J. A., 1976, "Respiratory Exposure in Buildings Due to Radon Progeny," Health Physics 31:119-125.

Auxier, J. A., "Physical Dose Estimates for A-Bomb Survivors - Studies at Oak Ridge, U.S.A.," Journal of Radiation Research 16, Supplement:1-11.

Auxier, J. A., 1976, "Studies Directed Toward the Spatial Resolution of the Distribution of Plutonium in Bone," Health Effects of Plutonium and Radium, Webster, S. S. Jee (Ed.), The J. W. Press, Salt Lake City.

Auxier, J. A., 1976, ICHIBAN: Radiation Dosimetry for the Survivors of the Bombings of Hiroshima and Nagasaki, ERDA Prestige Series.

Auxier, J. A., 1977, "Need for Improved Standards in Neutron Personnel Dosimetry," National Bureau of Standards Special Publication 493, Proceedings of the International Specialists Symposium on Neutron Standards and Applications, held at the National Bureau of Standards, Gaithersburg, Maryland, March 28-31, 1977.

Auxier, J. A., 1977, "Radiation Safety," Twenty-Fourth National Conference on Campus Safety, Monograph No. 39, Safety Monographs for Schools and Colleges, University of Hawaii at Manoa, Honolulu, Hawaii, June 9-16, 1977, pp. 58-60.

Auxier, J. A., 1977, "The Regulatory Pendulum, or, a Matter of Common Sense...," American Industrial Hygiene Association Journal (38), December, 1977.

Auxier, J. A., 1977, "Brief Synopsis of Symposium," IAEA International Symposium on National and International Standardization in Radiation Dosimetry, Atlanta, Georgia, December 5-9, 1977.

Auxier, J. A., 1978, "A Brief Synopsis of the Symposium," National and International Standardization of Radiation Dosimetry, Volume II, International Atomic Energy Agency, Vienna.

Auxier, J. A., C. D. Berger, C. M. Eisenhauer, T. F. Gesell, A. R. Jones, M. E. Masterson, October 1, 1979, "Report of the Task Group on Health Physics and Dosimetry," Presidents Commission on the Accident at Three Mile Island.

Jones, T. D., D. G. Jacobs, J. A. Auxier, G. D. Kerr, 1979, "Risk of Cancer Based on Promotion from Cytotoxicity," Proceedings of a Conference on Neutrons from Electron Medical Accelerators (H. T. Heaton, II and R. Jones, Eds.) NBS Special Publication 554.

Eichholz, G. G., J. W. Poston, M. F. Fair, J. A. Auxier, May 1980, "Cost-Benefit Effects of Conversion to SI Units in Health Physics," Oak Ridge National Laboratory, Oak Ridge, Tennessee, NUREG/CR 1419; ORNL/NUREG-68.

Auxier, J. A., W. F. Ohnesorge, June 1980, "Gamma Exposure Rates Due to Neutron Activation of Soil: Site of Hood Detonation, Operation Plumbbob," Oak Ridge National Laboratory, ORNL/TM-7406.

Auxier, J. A., K. Z. Morgan, 1983, "Radiation, Ionizing: Detectors and Portable Survey Instruments," Encyclopedia of Occupational Health and Safety, Volume II, ILO, Geneva, 1983.

Auxier, J. A., H. W. Dickson, 1983, "Guest Editorial: Concern Over Recent Use of the ALARA Philosophy," Health Physics 44:95-600.

Auxier, J. A., 1987, "The Windscale Accident," AMA Radiation Conference, Washington, D.C.

Auxier, J. A., C. D. Berger, J. R. Frazier, R. T. Greene, B. R. Thomas, December 1987, Radiological Emergency Manual for Livestock, Poultry, and Animal Products, U.S. Department of Agriculture, Animal and Plant Health Inspection Service.

Auxier, J. A., 1989, "The Role of the Expert Witness", Radiation Research 117:178-180.

Lloyd, R. D., J. A. Auxier, 1989, "How Science Can Contribute to the Legal Process", Health Physics 56:929-932.

Numerous ORNL Internal Publications

## LISTING OF TESTIMONY AND/OR DEPOSITIONS OF JOHN A. AUXIER, PHD, CHP
## FROM OCTOBER 1, 1990 UNTIL DECEMBER 2, 1995

**Client: Schlumberger Technology Corp.**
Case: Terry Joe Groom vs. Schlumberger Technology, et al.
Attorney: Fulbright & Jaworski
Date: August 6, 1996
Location of Deposition:    Law Offices of Fulbright & Jaworski
                                  1301 McKinney, Suite 5100
                                  Houston, Texas
Date: December 16, 1993
Location of Testimony:    Cincinnati, Ohio


**Client: U.S. Department of Justice**
Case: United States of America vs. 2.10 Acres of Land, et al.
Attorney: J. Avrum Fingeret and David O. Vollenweider, III
Date: October 18, 1993
Location of Deposition:    Knoxville Airport Hilton
                                  Alcoa, Tennessee
Date: December 16, 1993
Location of Testimony:    Cincinnati, Ohio


**Client: U.S. Department of Justice**
Case: Radiation Sterilizers, Inc. vs. United States of America, et al.
Attorney: Robert Stone
Date: November 11, 1994
Location of Deposition:    Law office of Akin, Gump, Strauss, Haver & Felo
                                  Washington, D.C.


**Client: Holme, Roberts and Owen**
Case: Lynn E. Boughton vs. Cotter Corporation
Attorney: John Watson
Date: June 30, 1993
Location of Deposition:    Law office of Holme, Roberts and Owen
                                    Denver, Colorado
Date: February 7, 1994
Location of Testimony:  Denver, Colorado

**Client: Kirkland & Ellis**
Case: David Day, et al., vs. NLO, Inc., et al.
Attorney: Douglas J. Kurtenbach
Date: June 20, 1994
Location of Deposition:            Law office of Frost& Jacobs
                                   Cincinnati, Ohio
Date: February 3, 1993
Location of Deposition:            Law office of Frost& Jacobs
                                   Cincinnati, Ohio
Attorneys: David M. Bernick and Kevin T. VanWart
Date: October 9-11 and 28, 1991 (Statues of Limitations Trial)
Location of Testimony:       Cincinnati, Ohio


**Client: Reynolds Electrical and Engineering Co., Inc.**
Case: Prescott vs. United States and all Consolidated Cases
Attorney: Ralph Johnson
Date:
Location of Deposition:
Date: February 1994
Location of Testimony:       Las Vegas, Nevada


**Client: Crosby, Heafey, Roach and May**
Case: Tang vs. Southern California
Attorney: Ned Isokawa
Date: January 1994
Location of Testimony:       San Diego, California


**Client: Vorys, Sater, Seymour and Pease**
Case: Teresa Boggs, et al., vs. Divested Atomic Corporation
Attorney: Edgar A. Strause and Robert H. Maynard
Date: August 29, 1991
Location of Deposition:            Law office of Vorys, Sater, Seymour & Pease
                                   Columbus, Ohio
Date: June 10, 1993
Location of Deposition:            Law office of Vorys, Sater, Seymour & Pease
                                   Columbus, Ohio


**Client: Finnegan & Marks**
Case: C. T. Kaneshiro vs. Holmes & Narver, Inc.
Attorney: B. J. Finnegan
Date: May 8-14, 1992

Location of Testimony:          Honolulu, Hawaii


**Client: Kramer, Rayson, Leake, Rodgers & Morgan**
Case:  C. D. Varnadore vs
          Oak Ridge National Laboratory and Martin Marietta Energy Systems, Inc.
Attorney:  E. H. Rayson, Esq. and G. W. Horde, Esq.
Date:  June 13, 1992
Location of Deposition:          Law office of Kramer, Rayson, Leake, Rodgers & Morgan
                                            Knoxville, Tennessee
Date:  July 27, 1992
Location of Testimony:          Knoxville, Tennessee

**U.S. Department of Justice**

*United States Attorney*
*District of Colorado*
*Civil Division*



| | | |
|---|---|---|
| *1961 Stout Street, Suite 1100* | | *(303) 844-3885* |
| *Drawer 3608* | | |
| *Denver, Colorado 80294* | | *FAX 844-0098* |

**VIA FAX**

November 12, 1996

Peter B. Nordberg, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 919103-6365

Re:   Cook v. Rockwell, et al.
      Civil Action No. 90-K-181

Dear Mr. Nordberg:

**We are in receipt** of your November 5, 1996 letter concerning your interpretation questions on DOE's Protective Order. With regard to your questions concerning access to Classification Guides, it is DOE's position that where further explanation of particular classification decisions is requested pursuant to the procedures set forth in paragraphs 1, 3, and 4 of the Protective Order, Plaintiffs can inspect the specific portions of the unclassified guides DOE relied on in reviewing particular documents Plaintiffs selected for re-review under paragraph 1.

Regarding sealed pleadings concerning DOE's decisions on declassification, it is DOE's position that a sealed pleading may properly reference any Guide Material Plaintiffs have inspected which they believe are implicated by potential allegations of bad faith and that Plaintiffs could also discuss/argue their bad faith allegations, but could not actually quote materials from the Guides.  Plaintiffs could, however, refer the Court to a specific guide reference or topic number, both of which will uniquely identify the respective guide or guide topic.  This will facilitate the Court's understanding of the specific reference without disclosing sensitive content, to the extent that the Court conducts an *in camera* review.

Very truly yours,

LINDA A. SURBAUGH
Assistant U.S. Attorney
Chief, Civil Division