# THE TREATMENT OF UNCERTAINTY IN THE NOVEMBER 1996 EXPERT REPORT OF ROBERT GOBLE

A Review

by

Auxier and Associates, Inc.
Knoxville, TN 37923

March 19, 1997

## I. INTRODUCTION

The following review is based on the November 24, 1996 expert report by Robert Goble[1] (Goble Report), and on the spreadsheets recently submitted by Goble[2]. The focus of this review is Goble's treatment of uncertainty and related statistical concepts. Section II of this review describes the approach used in the Goble Report. Shortcomings in this approach are discussed in Section III.

## II. GOBLE'S APPROACH

### II.1 Uncertainty and Variability

Goble's analysis of dose and risk to off-site residents near the Rocky Flats Plant (RFP) uses Monte Carlo simulation in a process known as two-dimensional risk analysis. The first dimension is the uncertainty associated with the calculation of quantities such as dose or risk to a "typical" individual. The second dimension describes the variability of individuals, some of whom would experience more or less dose (or risk) than the "typical" individual under the same conditions. Goble cites[3] chapters 9 and 10 of a 1994 report by the National Research Council[4] to justify "a separate characterization of uncertainty and variability using probability distributions." Goble states in his subsequent paragraph that:

> "The recommendation is to calculate the risk experienced by a person representing a particular percentile of exposure that is deemed of interest."

---

[1] "Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats" by Robert Goble, Ph.D., November 24, 1996.

[2] Nine Excel spreadsheets submitted with a letter dated February 11, 1997 from Jonathan Auerbach to Douglas Kurtenbach. All references to these spreadsheets will be to the DOS file names listed on the first page of that letter.

[3] Goble Report, last full paragraph of page 23.

[4] "Science and Judgment in Risk Analysis", National Research Council, 1994, National Academy Press, termed "NRC94" for the balance of this paper.

1

Goble recommends that a determination of significant exposure be made for the 95th percentile person in an exposed group, whom he defines as:

> "the person who, because of variability in the exposures received by people living in the group, had an exposure greater than or equal to the exposure received by 95% of the people in that group."[5]

Goble reports only two points from his "variability" distribution, the mean and the 95th percentile. Tables 4.6, 4.7, 4.8, 8.2, and 8.2A of the Goble Report contain sets of results for the hypothetical "mean individual in variability" and the "95th %ile individual in variability".

## II.2 Propagation of Uncertainty

II.2.1 Guidance Cited by Goble

A 6-step process for improving quantitative uncertainty estimates is suggested in Chapter 9 of the 1994 National Research Council document cited by Goble[6]:

1. *Determine the desired measure of risk.*

2. *Specify one or more "risk equations," mathematical relationships that express the risk in terms of its components.*[7]

3. *Generate an uncertainty distribution for each component.*

4. *Combine the individual components into a composite uncertainty distribution.*

5. *"Recalibrate" the uncertainty distributions.*

6. *Summarize the output, highlighting important implications for risk management.*

Each item in this list is accompanied by explanatory text in Table 9-2. The fifth step is reproduced in full below:

---

[5] Goble Report, p. 24, first paragraph.

[6] Ibid., NRC94, Table 9-2, p. 168.

[7] This step is accompanied by the admonition that "Care must be taken to avoid both an excess and an insufficiency of detail."

2

5. *"Recalibrate" the uncertainty distributions.* At this point, inferential analysis should enter or re-enter the process to corroborate or correct the outputs of step 4. In practice, it might involve altering the range of the distribution to account for dependence among the variables or truncating the distributions to exclude extreme values that are physically or logically impossible. Repeat steps 3, 4, and 5 as needed.

II.2.2  Goble's Treatment Compared to Cited Guidance

Goble's analysis is summarized below and compared to the National Research Council guidance:

*II.2.2.1  Determine the desired measure of risk.*

Goble reported committed radiation dose equivalents to three organs; the lung, the liver, and the bone surface[8]. Neither committed effective doses nor annual organ absorbed doses were provided.[9] Goble's calculated organ doses were converted to "excess relative risks" to hypothetical individuals by the application of risk coefficients derived from the expert report of E. Radford. No evaluation of risk to specific individuals was performed.

---

[8] Goble refers to "bone", but it is clear from context (e.g., the numerical values of ICRP 56 dose conversion factors) that he means the "bone surface", which is only about 1% of the mass of the total bone.

[9] "Doses should be expressed as *effective doses* in a preliminary dose assessment and objective criteria should be used to decide whether it is warranted to embark on a full-fledged study. Dose estimates in a comprehensive dose assessment should be expressed as the *annual organ absorbed doses* from low-LET and high-LET radiations. Estimation of the *effective dose* may also be helpful." NAS/NRC, "Radiation Dose Reconstruction For Epidemiologic Uses", National Academy of Sciences, National Research Council, National Academy Press, Washington, D. C., 1995; Recommendations 22 and 23, p. 50. (emphasis added).

3

*II.2.2.2 Specify one or more "risk equations," mathematical relationships that express the risk in terms of its components.*

Any Monte Carlo simulation can be and must be described analytically even if the calculation cannot be completed analytically. Goble's model for risk is:

$$f_1(A)f_2(E)f_3(I)f_4(DF)f_5(\Phi)f_6(\Psi) = f_7(R).$$

This model shows that risk, R, is the product of point estimates and that the uncertainty of the risk is propagated as a product. Each of the factors in the risk equation is a function which must be properly evaluated and executed before introduction into the risk model. These functions are:

| Function, f( ) | Description |
| --- | --- |
| A | air concentration |
| E | exposure to the air concentration |
| I | intake of the exposure |
| DF | dose factors |
| $\Phi$ | individual variability |
| $\Psi$ | risk relationship to dose |

Goble based the air concentration of respirable plutonium on the ground concentration. The concentrations in air were computed according to Goble's equation for step 7, listed on page 36 of his report. All subsequent calculations and findings regarding the intake of radioactive materials, and all subsequent radiation doses and risks, depend on the concentration of plutonium in air, and hence this equation. On page 36, Goble determined the air concentration by:

$$f_1(A) = \frac{s \cdot r}{v_d \cdot d}$$

where s = surface concentration (amount deposited) in $Bq/m^2$, r = respirable fraction, $v_d$ = deposition velocity in m/s, and d = fraction remaining in soil at the time of measurement of surface concentration. The air concentration, so calculated, is an integrated air concentration over the time of deposition, or the average air concentration multiplied by seconds, since $v_d$ has units of m/s.

4

*II.2.2.3 Generate an uncertainty distribution for each component.*

Goble described assumed probability distributions for the variables leading to air concentrations in his Table 4.1 on page 36. He described the assumed distributions for uncertainties in intake and dosimetry, and for variability in dose and uptake in his Table 4.3 on pages 45 and 46.

*II.2.2.4 Combine the individual components into a composite uncertainty distribution.*

Goble used the program *Crystal Ball* in conjunction with *Microsoft Excel* to construct composite distributions by the Monte Carlo process. *Crystal Ball* modifies a conventional spreadsheet that is set up to compute point estimates. Certain cells in the spreadsheet are designated as *assumptions*, and contain the assumed distributions obtained in the previous step. Resulting composite distributions are produced for defined *forecast* cells. Goble created a hierarchy of forecasts involving uncertainty distributions. Risk forecasts were based on dose forecasts, which were based on intake forecasts, which in turn were based on air concentration forecasts. *Variability* forecasts were calculated separately from the main stream of calculations involving *uncertainty* in concentration, intake, dose, and risk calculations. (Here, the terms *variability* and *uncertainty* are used in the sense Goble defined).

*II.2.2.5 "Recalibrate" the uncertainty distributions.*

Goble did not carry out this recommended step.

*II.2.2.6 Summarize the output, highlighting important implications for risk management.*

Goble presented increasingly complex tables showing ranges of possible doses and risks in the main body of his report. One hypothetical case was evaluated in his Attachment B. Doses to a number of specific individuals were presented as simple multiples of this hypothetical case. No risks were presented for specific individuals.

## II.3 Model and Parameter Assumptions

II.3.1 **Model** For The Concentration Of Plutonium In Air

As noted above, the integrated concentration is predicted by a very simple model, the quotient of two products[10]. But in reality, each term is a complex function of wind speed and/or particle size. Goble's equation does not consider wind speed. There is also no

---

[10] "equation for step 7", on page 37 of the Goble report

5

explicit particle size dependence in the equation, aside from the assumption of a respirable fraction distribution.

### II.3.2 Surface Concentration

Goble used the 1970 Krey and Hardy report to estimate the ground surface plutonium concentration, $s$, on the basis that these measurements were made nearest the time of the highest concentrations and measured the concentration at depth. He used Krey and Hardy concentration contours and sectors developed by ChemRisk to evaluate regions of air concentration. Goble evaluated the surface concentration in Sector 4B as

> "lognormally distributed with a mean of 0.03 $Ci/km^2$, a median of 0.02 $Ci/km^2$, and a geometric standard deviation of 2 for a distribution about 1."

Goble used simple ratios to Sector 4B to describe the surface concentration in Sectors 8B and 12B.

### II.3.3 Respirable Fraction

Goble assumed a triangular distribution for the respirable fraction, with a low value of 0.05, a mid point of 0.3, and a high of 0.55. Goble mentioned a number of articles in a qualitative sense, but the only article to which he attributed numerical values is that of Volchok and Knuth (1972).

### II.3.4 Deposition Velocity

Goble used NUREG/CR-6244 to estimate the deposition velocity and its dispersion. The deposition velocity distribution he chose is for 1 micron aerodynamic diameter particles at wind speeds less than 11 mph. This is a lognormal distribution with a geometric mean of 0.002 m/s and a geometric standard deviation of 6. These values can be derived from the 1 micron aerosol data in Figures 4.39 and 4.40 of NUREG/CR-6244 (Goble's reference NRC 1995a).

### II.3.5 Fraction Remaining

Goble asserted that he developed the estimate of the fraction remaining from the Krey and Hardy estimates of surface concentration and from subsequent investigations of the surface concentration. Nevertheless, Goble supplies no information concerning the development of the triangular distribution; low = 0.2, mid point = 0.6, and high = 0.95.

6

## III. ERRORS IN GOBLE'S APPROACH

The following is a discussion of some of the errors noted to date in Goble's treatment of uncertainty and variability.

### III.1 Conceptual

III.1.1 Paradigm Issues

In citing the 1994 National Research Council report, Goble selected guidance clearly directed toward standard setting and other activities intended to prevent future harm. In these circumstances, it is generally appropriate to consider a broad range of "what if" questions, and to employ a margin of safety to deal with some of the circumstances that may arise. But Goble was not engaged in setting a standard to deal with possible future problems. He was (or should have been) attempting to discern what actually happened in one fixed, immutable history. He should have been concerned, to the extent possible, with the actual exposures of real people. In such an endeavor, guidance developed for other purposes should not be applied uncritically.

III.1.2 Treatment of Variability

Goble creates separate distributions for "uncertainty" and "variability" as if there were no ambiguities involved in resolving these concepts. But variability can be applied to any of the functions leading to risk. It is a matter of definition by the risk assessor as to what constitutes uncertainty and what constitutes variability. This definition by the risk assessor requires rigorous justification and description of how and why the variability can and must be considered separately.[11] In this justification and description it will become clear that the variability is actually stratification, i.e., the function can be further refined by age, sex, location, job, physical differences, or other parameters that can be defined and quantified. If these parameters cannot be defined and quantified, then the variability

---

[11] Sciler, F. A. and Alvarez, J. L., toward a new risk assessment paradigm: variability, uncertainty, and errors. Technology: Journal of the Franklin Institute, 332A. p 221-235; 1995. The risk assessor has to determine beforehand the purpose of the risk analysis, analyze carefully the statistical character of the uncertainties of all the risk factors, and determine the measures of variability needed in each case. Then the relevant data are analyzed separately for each risk factor, and the means and appropriate measures of variability are determined.

7

is speculation and must be labeled as such with some explanation for the need for the speculation and the limits of its applicability."[12]

### III.1.3  Variable Interdependence

It was noted above that all of Goble's calculations and findings regarding radioactive material intakes, and all subsequent radiation doses and risks, depend on his equation for step 7, shown on page 36 of his report. This equation contains only four terms, three of which, (amount deposited, respirable fraction, and deposition velocity) are functions of wind speed, particle size, or both. The literature on uncertainty analysis, including sources cited by Goble, contains warnings about the distortions that can be introduced into an uncertainty analysis when terms are correlated to each other or to a common factor. In an earlier publication[13], from which Table 9-2 of NRC94 was adapted, one of the authors of NRC94 repeatedly warned of difficulties introduced by interdependence or correlation between variables in the predictor equation:

> "Finally, even if the predictor variables do not affect each other directly, models may be flawed if they fail to account for statistical correlation among those variables. For example, sometimes two of the important variables in assessing exposure from stationary pollutant sources are not statistically independent; by virtue of a negative correlation, extremely high values of both variables never occur in tandem. . . . Complexities involving correlation also arise when the uncertainties in two (or more) variables are related, even if the variables themselves are not." [14]

> "Even with a properly specified equation, one has to be on the lookout for correlations among component variables, which, if ignored, can make the total uncertainty estimate overly broad and 'timid'." [15]

---

[12] Finkel, A., **Confronting** Uncertainty In Risk Management, Center for Risk Management, Resources for the Future, p 49:1990. There admittedly are practical advantages to folding together all sources of uncertainty into a single PDF (or other descriptive tool), but the analyst should recognize and convey to the decision-maker that various uncertainties differ qualitatively from each other.

[13] "Confronting Uncertainty in Risk Management", Adam M. Finkel, Center for Risk Management, Resources for the Future, January, 1990.

[14] Ibid., Finkel 1990, p.15.
[15] Ibid., Finkel 1990, p.41.

8

> "... uncertainty estimates will tend to be too broad if the individual components or their uncertainties are negatively correlated." [16]

### III.2 Failure to Recalibrate

Goble made no attempt whatsoever to recalibrate his model against available data. Recalibration is particularly indicated if variables in the predictor equation are not independent. Recalibration is discussed at length in the 1990 publication from which Table 9-2 was adapted. That document cautioned that errors or imprecision in formulating equations in Step 2 can lead to spurious characterizations in the total uncertainty. Over-dependence on mathematical approximations and analogies can also lead to improbable or even absurd consequences in the initial uncertainty calculation:

> "Common sense and physical principles should also be invoked at this point to assess the reality of the output PDF. One of the pitfalls of using standard mathematical distributions to represent the uncertainty in complicated processes is that the analogy may break down in the tails of the distribution, particularly the upper tail.... Just because a lognormal with a given variance fits the available data, however, does not mean that extreme values from this distribution are exactly as likely as mathematics would predict, or even physically plausible." [17]

Recalibration of the uncertainty model is the recommended strategy to avoid absurd results. Recalibration may involve the comparison of modeled distributions with measurements:

> ".. one could perform a 'reality check' on the exposure portion of a risk analysis by comparing measured versus modeled values of air concentrations..." [18]

Goble made no effort to test his output distributions against reality, and by failing to do so, he failed to follow a crucial step in the guidance that he cited. A number of sources of information could have been used to test his model against observations:

---

[16] Ibid., Finkel 1990, p47, footnote 4.

[17] Ibid., Finkel 1990, p. 47.

[18] Ibid., Finkel 1990, p. 41, 1st full ¶.

9

III.2.1 Recalibration Against Air Monitoring Data

Prior to 1972, most of the off-site measurements were of long-lived alpha activity, and included natural alpha emitters in the air as well as weapons testing fallout along with any contribution from Rocky Flats. These early measurements are adequate to call into serious question Goble's calculated concentrations of plutonium in air during the 903 Pad event in the late 1960's. In the early 1970's specific plutonium analyses were begun for off-site air monitoring stations. The air monitors were sensitive enough to observe plutonium from weapons fallout in about the same amounts and temporal patterns as monitors in other states (e. g., published off-site monitoring levels may be compared to the weapons fallout data recently reported by Pan and Stevenson.[19]) . Goble's predicted air concentrations for the period after 1970 were much higher than weapons fallout levels, and hence above the detection limits of the off-site air monitors.

III.2.2 Recalibration Against Biological Data

Measurements could also have been used to test the plausibility of proposed intake distributions. Goble's projected intakes for a full-time resident during the 903 Pad event are substantial enough to be tested against historical measurements of plutonium in tissues and urine samples. The intakes listed below are taken directly from Goble's Table 4.6.

Goble's Computed Intakes, Sector 8B (Male)

| Male in Sector 8B | Intake (Bq) | |
|---|---|---|
| Uncertainty Distribution | Individual Mean in Variability | Individual 95%ile in Variability |
| 95th%ile | 711 | 1590 |
| 90th%ile | 334 | 748 |
| Mean | 203 | 455 |
| 50th%ile | 30.5 | 68.3 |

---

[19] Pan, V. and Stevenson, K.A., "Temporal Variation Analysis of Plutonium Baseline Concentration in Surface Air From Selected Sites in the Continental US", J. Environ. Radioactivity 32:239-257, 1996.

Intakes of this magnitude would result in observable levels of plutonium in urine and tissues for decades following the intake.[20] The urinalysis data reported by Reuss et al.[21] and the autopsy studies reported by Cobb et al.[22, 23] could have been used to check the plausibility of Goble's proposed intakes.

### III.3 Parameter Selection

The focus of this review is on Goble's treatment of uncertainty, rather than the physical and biological science underlying his methods. The physical reasonableness of models (i. e., risk equations) and assumptions are normally tested (and adjusted if necessary) in the recalibration process. But Goble did not carry out the recalibration step recommended in NRC94. The initial models and parameters should therefore be examined with particular care, especially the time-integrated concentration of respirable plutonium in air, upon which all else is based.

III.3.1  Unrepresentative Respirable Fraction

Goble assumed a triangular distribution with a low = 0.05, mid point = 0.3, and high = 0.55. As justification, he stated that Volchok and Knuth found a "respirable fraction in the air ranging 20% to 50%". Volchok and Knuth reported a respirable fraction with a mean of 0.25 and a standard deviation of 0.09. Further, they stated that wind speeds averaged less than 11 miles per hour during the measurements. They also stated that only four samples contained enough activity to evaluate the respirable fraction. Whatever the precise numbers, it is clear that Goble derived his respirable fraction distribution from

---

[20] While more sophisticated methods to relate intakes and plutonium concentrations are available, the intake retention functions published in NUREG/CR-4884 (U.S. Nuclear Regulatory Commission, "Interpretation of Bioassay Measurements", E.T. Lessard et al., 1987) are sufficient to provide an initial plausibility test for Goble's calculated intakes.

[21] Reuss, S.K.; Ibrahim, S.A.; Whicker, F.W. (1994) "Plutonium excretion in Human Urine: Effect of Proximity to Rocky Flats, Age, and Other Factors", Dept. of Radiological Health Sciences, Colorado State University, Fort Collins, CO, Draft Report, November, 1994.

[22] "Plutonium Burdens in People Living Around the Rocky Flats Plant", J.C. Cobb et al., EPA-600/4-82-069, November 1982.

[23] "Plutonium Burdens in People Living Around the Rocky Flats Plant", J.C. Cobb et al., EPA-600/S4-82-069, March 1983.

11

data obtained at low wind speeds, while acknowledging in his text that the bulk of the deposition occurred during infrequent high wind events.[24]

### III.3.2 Inappropriate Deposition Velocity

Goble used NUREG/CR-6244[25] to estimate the deposition velocity and its uncertainty distribution. The deposition velocity he chose is demonstrably that of 1 μm aerodynamic diameter particles for wind speeds less than 11 mph. But data for the 3 micron aerosol is also presented in these figures, indicating that:

1. The deposition velocity for the 3 micron aerosol is much greater than that of the 1 micron aerosol,

2. Deposition velocity increases with wind speed, and

3. The uncertainty in the expert solicitation for the 3 micron aerosol deposition velocity is smaller than that of the 1 micron aerosol for the wind speed that Goble used.

The strong dependence on particle size and wind speed indicated in Goble's own referenced source of deposition velocity information should have been a warning to him, even if he had previously been ignorant of these relationships. However, Goble applied deposition velocities appropriate for one micron particles and wind speeds less than 11 mph in his calculations, while acknowledging in his text that the bulk of the deposition occurred during infrequent high wind events[26], and that a substantial fraction of the particles were above the respirable size range[27], and hence well above 1 micron. The use of appropriate size-specific deposition velocity distributions would have substantially reduced Goble's predicted air concentrations.

### III.3.3 Fraction Remaining

Goble asserts that he developed the estimate of the fraction remaining from the Krey and Hardy estimates of surface concentration and from subsequent investigations of the surface concentration. Nevertheless, Goble supplies no information concerning the

---

[24] Goble Report, p. 29, last sentence of first paragraph.

[25] NUREG/CR-6244, figures 4.39 and 4.40.

[26] Goble Report, p. 29, last sentence of first paragraph.

[27] see Goble's distribution for respirable fraction, page 36 of his report.

12

development of the triangular distribution. The breadth of his triangular distribution (ranging from 0.2 to 0.95) adds materially to the overall uncertainty distribution, but is inconsistent with recent conclusions regarding the persistence of plutonium in off-site soil.[28]

### III.4 Reliance on Simple Ratios

At various points in his paper, Goble applies simple multiplicative terms to obtain one quantity from another. While these operations may be appropriate for single values, they are not necessarily appropriate for distributions. It does not follow, for example, that the uncertainty in a ten year exposure will be ten times as broad (absolutely) as that of a one year exposure under similar conditions. For example, Table 8.2B expresses doses for named individuals in terms of simple multiples of the doses in Table 8.2A. An inevitable consequence of this technique is that aside from this simple multiplier, the dose distributions look the same[29] for all of the named individuals in Table 8.2B. No matter where or when or how long an individual lived in the area, no matter where they worked, what they ate, or how active they were, Goble's uncertainty distributions look the same for each person.

### III.5 Confusion of the General and the Specific

Tables 4.6, 4.7, 4.8, 8.2, and 8.2A of the Goble Report contain sets of results for the hypothetical "mean individual in variability" and the "95th %ile individual in variability". These "individuals" are clearly hypothetical, addressing the question of what would be the experience of a person with those specified characteristics under the assumed scenario. But the same sets of distributions, only slightly modified, are presented in Table 8.2B, which presents doses for named individuals, not hypothetical persons. Table 8.2B expresses doses for named individuals in terms of simple multiples of the doses in

---

[28] In the introduction to a paper by Jones and Zhang, Robert Terry of the CDPHE accepts the authors' conclusion that soil plutonium concentrations around Rocky Flats have remained broadly constant since the early 1970's, although some local redistribution has probably taken place. Terry agreed that earlier CDPHE conclusions regarding decreasing concentrations over time were due to variations in sampling depth over time, rather than actual decreases. (Spatial and Temporal Analysis of the Rocky Flats Soil Plutonium Data, R.H. Jones and Y. Zhang, September 19, 1994, Issued by the Colorado Department of Health and Environment.)

[29] That is, the shape of the distributions, as measured by the variance, skewness, and kurtosis, are identical.

Table 8.2A. The same two hypothetical conditions - -"mean in variability" and 95th %ile in variability" - - are thus available for application to specific persons. A specific individual can not be at both positions in the "variability" distribution. A person can only be at one position, and it is in fact less likely than not that a given individual would be above either the mean or the 95th percentile in the "variability" scale Goble calculated.

It is instructive to examine the likelihood that a person could have experienced the doses and risks projected by Goble. His Table 4.7 presents, among other quantities, the 95%ile bone (surface) dose to the 95%ile male individual in variability in Sector 4B during the 903 Pad event. By definition, only one male in 400 would be at or above this dose level. But there were not 400 males living in Sector 4B during the 903 Pad event. The following table, taken from Chapter XIII of the 1996 Expert Report of John A. Auxier, summarizes population information developed from the ChemRisk Task 7 Report and claimed class population data submitted by plaintiffs.

| Sector Populations Assumed for Population Risk Calculations | | | | | |
|---|---|---|---|---|---|
| Decade | Claimed* Population | 1A | 4A | 4B | 8B ** |
| 50's | 1015 | 4 | 129 | 82 | 800 |
| 60's | 2082 | 12 | 215 | 99 | 1756 |
| 70's | 16894 | 124 | 206 | 176 | 16388 |
| 80's | 28606 | 114 | 353 | 238 | 27901 |

* Claimed by plaintiffs

**Claimed population less those assigned to 1A, 4A, and 4B in ChemRisk, Task 7

During the 903 Pad event, only 99 people (male or female) were estimated to have lived in Sector 4B. Even accepting every argument made by Goble at face value, it is unlikely that *any* individual experienced that dose.

It is also unlikely that a *particular* individual experienced even the mean bone dose to the "mean individual in variability". Prior to adjustment for variability, the mean male bone (surface) committed dose is given as 1.04 Sv, a dose sustained by less than 15% of the individuals in the uncertainty distribution.[30] Less than 30% of hypothetical individuals

---

[30] Report of forecast Cell L11, Goble Spreadsheet !rpt-con.cmi.

14

are at or above the "mean in variability", as Goble calculated it.[31] The joint probability of having a "mean" dose to the "mean individual in variability" is therefore less than 15% times 30%, or less than 4.5%. Setting aside the question of gender, only about 4 individuals in Sector 4B would have had a dose as high or higher, even accepting all of Goble's arguments at face value. Despite the connotation of "mean dose to the mean individual", only about 4 of 99 people would experience a dose of this magnitude or higher, even assuming that there were no errors in Goble's approach. These four individuals would be quite unrepresentative of the class of residents.

John A. Auxier   3-19-97

---

[31] Report of forecast Cell B37, Goble Spreadsheet !rpt-con.cmi.

15