# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,                          )
        Plaintiffs,                          )
                               )      Civil Action No. 90-K-181

v.                                 )

ROCKWELL INTERNATIONAL                          )
CORPORATION AND                          )
                                 )

THE DOW CHEMICAL COMPANY                          )      AFFIDAVIT OF
                                 )      DR. JOHN A. AUXIER and
        Defendants.                          )      DR. JOHN R. FRAZIER

1.      Our area of expertise is health physics. Our academic degrees and other qualifications are presented in Attachments 1 and 2.

2.      We have studied carefully Dr. Robert Goble's report, the materials that he produced to support that report, and Dr. Goble's deposition. In this affidavit, we comment on the methodology and reliability of calculated concentrations of plutonium[1] in air made by Dr. Goble.

**Goble's Method for Estimating Concentrations of Radioactive Materials in Air Fails to Consider Data that Must be Taken into Account**

*Goble Used a Mathematical Model to Estimate Concentrations Of Radionuclides In Air*

3.      Robert Goble offered opinions on the concentrations of airborne plutonium. He used a mathematical model to estimate concentrations of plutonium in air attributable to releases

---

[1] The term "plutonium" shall be understood here to mean any combination of the isotopes $^{239}$Pu and $^{240}$Pu, unless otherwise specified.

PLAINTIFFS'
EXHIBIT
P-1578
90-CV-181

DEPOSITION
EXHIBIT

from the Rocky Flats facility.[2]  His computer model uses Monte Carlo methods to estimate the probability that certain concentrations of plutonium in air were maintained, on the average, at particular times and places. Goble's prescription for calculating intakes, doses, and risks to plaintiffs in this litigation is based on his estimates of the concentration of respirable plutonium in air.

    4.    Goble estimates concentrations of plutonium in air for Sector 4B for the period 1965-1970.[3]  His estimated concentrations are the same for each of those years.

    5.    Goble explicitly estimates concentrations of plutonium in air only for the years 1965-1970. As discussed further below, he estimates concentrations for other time periods by applying multipliers, or factors to the 1965-1970 concentrations.[4]

    6.    Goble's method for estimating the concentration of plutonium in air[5] during the years 1965-1970 produces ranges of predicted concentrations for each location. He creates these ranges by having his computer repeat each calculation hundreds of times, each repetition based on a different random selection of assumed values. The collection of results from these repeated calculations constitute the distributions of hypothetical concentrations summarized in his Table 4.4.[6]

    7.    Goble's "50 %ile" value divides the resulting distribution into two equal groups. His results are just as likely to fall below the "50 %ile" as above it. His "mean" values are invariably much greater than his "50 %ile" values.

    8.    Goble's "50 %ile", "mean", and "95 %ile" concentrations of plutonium in air for Sector 4B, for each year between 1965 and 1970, inclusive, are reported in his Table 4.4 as 0.0015, 0.0105, and 0.035 becquerels per cubic meter (Bq/m³) respectively. His lowest reported concentration for Sector 4B, the "5%ile" value, is 0.00005 Bq/m³.

    9.    Expressed in conventional units, Goble's "50 %ile", "mean" , and "95 %ile"

---

[2] Exposures from Releases of Plutonium and Other Toxic Substances at Rocky Flats, Robert Goble, November 24, 1996 (Goble 1996); at pages 44 and 45.

[3] Goble, 1996 at page 29.  A map showing the locations is provided in Appendix A of Goble's Report.

[4] Goble 1996, at page 48, last paragraph.

[5] Goble, 1996 at pp. 35 and 36

[6] Goble, 1996 at p. 48

values are 41, 284, and 946 femtocuries per cubic meter (fCi/m³).[7]  His lowest reported concentration for Sector 4B, the "5 %ile" value, is 1.4 fCi/m³.

10.     A femtocurie is a very small amount of radioactivity, equal to one one-thousandth of a picocurie.  That is, 1 fCi/m³ = 0.001 pCi/m³.

### *Mathematical Models Should be Tested Against Relevant Observations*

11.     One of the hallmarks of a reliable scientific theory or technique is that it can be tested.  In radiological assessment, it is standard practice to validate a model by comparing its predictions to environmental measurements:

> "Simulation models must be tested against measurements before their predictions can be viewed as reliable.  However, having data to test all pathways in a model is rare, and finding data that were collected for the purpose of model testing is even rarer.  Thus modelers must take every opportunity to test portions of their models with data obtained under less than ideal circumstances.  With careful preparation of the data and a thorough understanding of the data requirements of the model, the success of the test can be assured."[8]

> "The validation of simulation models is imperative if they are to provide credible predictions.  Observations from any source, such as accidents, chronic releases and experiments, should be considered for use even if they fall short of the ideal." [9]

> "Every attempt should be made to validate the prediction of the models against relevant data sets." [10]

> "The source term should be confirmed, wherever possible, by comparison with independent environmental monitoring data from another source of information." [11]

> "Retrospective risk assessments in dose reconstruction are providing a unique opportunity to validate environmental transport models.  The historical records

---

[7] Goble's units, becquerels per cubic meter, may be converted to femtocuries per cubic meter by multiplying them by 27,027.

[8] "Data Quality and Validation of Radiological Assessment Models", S.-R. Peterson and T.B. Kirchner, *Health Physics* 74:147-157, 1998, at 147.

[9] Id. at 155.

[10] "Radiation Dose Reconstruction For Epidemiologic Uses", National Research Council, National Academy Press, Washington, D. C.; (NRC 1995) at page 90.

[11] NRC 1995 at page 89.

contain a vast resource of measurement data, much of it collected many years ago, that can be used as the basis for comparisons between estimated environmental concentrations and values that were measured. These comparisons are providing us some of the best indicators of reliability to date for the mathematical models being developed and applied by scientists in risk assessment." [12]

"Validation of our methods must continue to receive strong attention in the future. We must be certain that every opportunity is taken to make comparisons between predicted and observed estimates of concentrations in the environment" [13]

"In a full-scale dose reconstruction study, the number of estimates of exposure rates and environmental concentrations is gradually expanded, and their quality is improved as: (1) the full source term is taken into consideration, (2) *the results of detailed studies of the characteristics of the site with respect to the environmental behavior of the released radionuclides are used*, (3) all environmental pathways that could lead to radiation exposures are considered, (4) *all available historical measurements of environmental radiation are used to bypass environmental transfer models or to validate those models*, and (5) the uncertainties attached to the results of the environmental pathway analysis are estimated." [14] (emphasis added)

"The reliability of a model's predictions is dependent on several factors, including the accuracy of the computer code, the adequacy of the mathematical expressions to describe processes being modeled, *the appropriateness of the parameter values for the situation*, and correct interpretation of the input information. Detailed review of the model and comparison of its predictions with those of other models is vital for the evaluation of a model's defensibility (3-5). *However, testing model predictions against actual field measurements for relevant assessment problems provides the best evaluation of a model's reliability (5-6).*" [15] (emphasis added)

    12.    Model validation against measured data is also recommended for Monte Carlo uncertainty analysis methods:

"Whenever possible, collect site or case specific data (even in limited

---

[12] Till, John E., "Methodology of Environmental Dose Assessment", Proceedings of the Ninth International Congress of the International Radiation Protection Association, Volume 1, page 1-186.

[13] Id. at 1-187.

[14] NRC 1995 at pages 27 and 28.

[15] "Environmental Models Undergo International Test", K. M. Thiessen et al., <u>Environmental Science and Technology</u> 31, 1997 at pp.358A- 359A.

quantities) to help justify the use of the distribution based on surrogate data. The use of surrogate data to develop distributions can be made more defensible when case-specific data are obtained to check the reasonableness of the distribution."[16]

### *Reliable Air Monitoring Data are Available to Test Goble's Model*

13.     Concentrations of plutonium and other radioactive particulates in air are measured by *air monitors*, devices which employ a pump to draw air through a filter that traps particles suspended in the air. The filter is removed from the apparatus and analyzed for the materials of interest in a laboratory. The average concentration of the material in the air is determined by dividing the amount found on the filter by the volume of air filtered.

14.     Over 200,000 measurements of radioactivity in offsite and perimeter air have been made over the history of RFP. As technology advanced, the measurements became more sensitive and more specific to plutonium.

15.     Many organizations have monitored radioactivity in the air in and around the RFP during its operational history. Routine monitoring data were collected by the RFP contractors, the Colorado Department of Health[17] (CDH), and the U.S. DOE Health and Safety Laboratory[18] (HASL). In 1965, the United States Public Health Service began measuring plutonium in air in Denver as part of a nation-wide project to monitor plutonium from weapons testing. The U.S. EPA assumed this program in 1973. These groups and others have also carried out other monitoring and special studies as well.

16.     We have reviewed the Rocky Flats air monitoring data developed by these organizations. There is an abundance of relevant information sufficiently reliable for validating Goble's model, including that summarized below.

17.     In January 1969, the Colorado Department of Health (CDH) began measuring the concentration of plutonium in air at Station APC-56, located on the roof of the guard house at the intersection of the east security fence and Central Avenue (Exhibit 1). This location is approximately 600 feet east of the 903 Pad. It is much closer to the 903 Pad than any resident of

---

[16] "Guiding Principles for Monte Carlo Analysis", EPA/630/R-97/001, March, 1997, at Section 4.

[17] Later named the Colorado Department of Public Health and the Environment (CDPHE).

Sector 4B, the western boundary of which lies approximately 8000 feet from the 903 Pad.  Data from this station have been reported since July 1970 in monthly CDH reports originally titled *U.S. AEC Rocky Flats Surveillance*.  The Radiological Assessments Corporation (RAC) summarized this information in Table B-4 of its March 1997 Task 4 Report.

18.  The CDH air monitors were sensitive enough to track seasonal variations and long-term trends in plutonium fallout from weapons testing.[19]  Station APC-56 measured plutonium in air during the years 1969 and 1970 at a location closer to the 903 Pad than the Sector 4B location considered by Goble.  These years are in the interval for which Goble's estimated concentrations of plutonium in air are at a maximum.  Data from APC-56 are appropriate for an upper-bound validating Goble's method, as these measurements are directly comparable to the results reported in his Table 4.4.[20]

19.  During the years 1965-1970, measurements of total long lived alpha activity (TLL$\alpha$) were made at a number of offsite stations, including station S-18, which is located west of Standley lake in Sector 4B, as shown in Exhibit 2.  The TLL$\alpha$ data include plutonium and several other alpha emitters, including naturally occurring background radionuclides such as uranium-238, radium-226, polonium-210, and polonium-212.  Exhibit 3 shows plutonium as a fraction of TLL$\alpha$ at the east boundary fence, as calculated by RAC[21].  It follows that the concentration of TLL$\alpha$ in a given volume of air will always be higher than the concentration of plutonium.  Thus, the TLL$\alpha$ data serve as an upper limit on the amount of plutonium present in a sample.  The TLL$\alpha$ measurements at S-18 are summarized in Section VI of the 1996 expert

---

[13]  Later named the Environmental Measurements Laboratory (EML).

[19]  Average air concentrations of weapons fallout plutonium ranged from about 0.1 fCi/m$^3$ in the late 1960's to less than 0.01 fCi/m$^3$ by the mid 1980's, as shown in figure III-6 of RAC Report No. 1 CDPHE-RFP-1998-Final.

[20]  Goble's Table 4.4 reports only the respirable fraction of the plutonium in air, the plutonium residing on particles small enough to be respired. Station APC-56 detected those smaller particles as well as larger ones. Hence, a measured concentration of total plutonium in air at APC-56 will be larger than the concentration of respirable plutonium.

[21]  RAC Report No. 1 CDPHE-RFP-1997-Final, page III-40.

report of John Auxier.[22]

20.    The TLLα data are not specific for plutonium, and are not as sensitive as the routine plutonium-specific measurements subsequently made by the U. S. Public Health Service, HASL, CDH, and the RFP Contractors.  RAC determined that the TLLα data from an onsite air monitor were adequate for use in calibrating the release and transport model used in the development of the 903 Area plutonium source term.[23]  Annual average TLLα concentrations measured in Sector 4B at S-18 during the years 1965-1970 can be useful for validating methods that predict airborne activity levels.

21.    In the early 1970's, the RFP contractor began to conduct plutonium-specific analyses on filters from high-volume air samplers at existing and additional perimeter and community air monitoring locations.  The additional offsite air monitoring locations are shown in Exhibit 4.  These air monitors were sensitive enough to observe the decline in plutonium from weapons fallout[24] during the 1970's and 1980's, as noted in Section VI of the 1996 report of John Auxier, and in Figure III-37 of the RAC evaluation of historical environmental data.[25]  Since the concentration of plutonium in air due to global fallout is far lower then the air concentration estimates made by Goble, these data can be used to test Goble's model.

22.    RAC concluded that the usefulness of the RFP offsite plutonium data for evaluating offsite exposures due to RFP materials was limited not by the sensitivity of the air monitors, but by interference from weapons testing fallout.  Offsite air monitors such as S-39, S-40, S-41, and S-58 measured respirable plutonium in air with high efficiency and sensitivity at the times and places for which Goble has made (indirect) predictions via the use of his multipliers.  These data are therefore appropriate for validating Goble's method for estimating

---

[22]  Expert Report of John A. Auxier, Ph.D., CHP, Regarding Environmental Releases at the Rocky Flats Plant, November 25, 1996.

[23]  Final Report: Development of the Rocky Flats Plant 903 Area Plutonium Source Term, RAC Report No. 8 CDPHE-RFP-1998, October, 1998; page IV-8.  Adjustments made to address non-specificity for plutonium, wind effects, and other issues are presented on pages IV-8 through IV-19.

[24]  Average air concentrations of weapons fallout plutonium ranged from about 0.1 fCi/m$^3$ in the late 1960's to less than 0.01 fCi/m$^3$ by the mid 1980's, as shown in figure III-6 of RAC Report No. 1 CDPHE-RFP-1998-Final.

[25]  RAC Report No. 1 CDPHE-RFP-1997-Final, page III-58.

concentrations of plutonium in air after 1970.

***Goble's Method for Estimating Concentrations of Plutonium in Air is Flawed and Unreliable Because He Disregarded Measurement Data that Should have Been Considered***

23.     Goble should have tested his computer model with available air monitoring data, in keeping with good scientific practice, but he did not.  His disregard of the air monitoring data is particularly remarkable because his model predicts only the respirable fraction of plutonium in air, the very fraction that is most readily detected, even under adverse conditions.  RAC determined that the low volume air monitors had inlet collection efficiencies of 95% to 100% for respirable particles.[26]  RAC also determined that the inlet collection efficiencies of the high volume  samplers subsequently used for offsite sampling was 97% to 100% for particles below five microns in aerodynamic diameter (i.e., the most respirable particles).[27]

24.     Goble's report contains no mention of any effort to validate his computer model, nor does it indicate that any adjustments were made in consideration of air monitoring data.  He proceeds from input to output without any apparent effort to determine whether testable predictions conform to observations.

25.     Goble's emphasis on distributions, rather than single values, does not relieve him of the need to consider relevant air monitoring data.  Exhibit 5 shows a scientifically valid method of fitting a distribution to concentrations measured at CDH's APC-56 in 1969 and 1970.

26.     Goble has presented no explanation for ignoring the 1969-1970 CDH air monitoring data from APC-56 in his written report.  He has offered no adequate technical basis for disregarding the offsite plutonium measurements conducted after 1970 or for ignoring the total long-lived alpha measurements made in 1965-1970.

***Goble Did Not Validate His Computer Model to Correct Gross Inconsistencies Between its Predictions and Relevant Measured Values***

27.     Measurements made at Station APC-56 in Sector 4B should be higher than

---

[26] RAC Report No. 8 CDPHE-RFP-1998-Final, Table IV-1.  This table dealt the total long-lived alpha measurements made at Station S-8.

[27] RAC Report No. 1 CDPHE-RFP-1997-Final, page III-105.

Goble's respirable fraction of plutonium in air at Sector 4B[28].  However, Exhibit 6 shows that Goble's ranges are far higher than the measured values at CDH Station APC-56.  Goble's mean estimate is about 140 times higher than the observed two-year average concentration, while his 95th percentile estimated concentration is nearly 500 times as large as the observed average concentration.

28.    Exhibit 7 shows this information in greater detail, plotting Goble's distribution of concentrations against the ranked monthly values from Station APC-56.  The discrepancy between the measurements and Goble's predictions is large, and it is helpful to display the information on a logarithmic scale.  Exhibit 7 shows that Goble's distribution lies far above the distribution of recorded measurements, and has a much greater variance.[29]  Comparing Goble's computer model predictions with relevant data, either as percentiles (Exhibit 6) or as full distributions (Exhibit 7), shows immediately that there is a severe problem with the model.[30] The failure to make this comparison, and to make appropriate modifications in response, is a serious methodological flaw.

29.    Measurements of total long-lived alpha activity also indicate the unreliability of Goble's computer model.  Total long-lived alpha includes natural background radioactivity and weapons fallout as well as any contributions from RFP, and should be higher than reliable estimates of respirable plutonium from RFP.  Exhibit 8 compares the annual mean measured total long-lived alpha activity concentration with Goble's prediction of annual mean respirable plutonium concentration for the years 1965-1970 in Sector 4B.  Each year, Goble's predicted

---

[28] The CDH APC-56 measurement point is much closer to the 903 Area than is Sector 4B, and should therefore show higher concentrations of plutonium in air.  Furthermore, Goble's Table 4.4 refers only to the respirable fraction, the smaller particles which he assumed to carry about 30% of the total amount of plutonium in air (page 36 of Goble, 1996).

[29] The variance is a measure of the width, or spread of a distribution.  The steeper the slope on this type of graph, the greater the variance.  At the 10th percentile, Goble's prediction is about ten times the observed value, while at the 90th, the prediction is about a hundred times as large as the measurement.

[30] "Graphical methods for assessing fit provide visual comparisons between the experimental data and the fitted distribution.  Despite the fact that they are non-quantitative, graphical methods often can be most persuasive in supporting the selection of a particular distribution or in rejecting the fit of a distribution." from "Guiding Principles for Monte Carlo Analysis", EPA/630/R-97/001, March, 1997, at Section 12.

mean concentration exceeds the measured mean concentration by a large margin.

30.     Goble's predicted air concentrations for the years after 1970 are obtained by multiplying his Table 4.4 values by the factor 0.003. If Goble's predictions were correct, these levels should have been observed by the offsite monitoring stations, which were capable of detecting plutonium at the level of weapons fallout. As Exhibit 9 demonstrates, the observed levels were far below Goble's mean and "95%ile" predictions. This discrepancy is particularly troubling. It occurs at times when plutonium-specific data from many high-volume air monitors were available. From the mid 1970's onward, perimeter and community air monitoring data did not differ significantly from national averages for plutonium in air, recording values well below Goble's "50%ile" estimate for the time.

31.     Goble should have made these or similar comparisons in the course of validating his predictive model. Inconsistencies as great as those discussed above should have been a clear warning to Goble that there were serious problems that must be resolved before the air concentration estimates were used to estimate quantities such as intakes, doses, and risks. Goble gave no indication that he ever attempted to validate his model.

*Goble Failed To Consider Available Information on the Size of Windblown Dust Particles and Wind Speeds at Rocky Flats*

32.     There is broad agreement that most of the plutonium involved in the 903 Pad event was transported under high wind conditions.[31] About 95% of these releases from the 903 Pad occurred during episodes of high winds (wind speeds greater than 15 meters per second).[32]

33.     At higher wind speeds, larger soil particles can be picked up and carried downwind. In 1986, Langer[33] reported that over 80% of the airborne plutonium activity east of the 903 Pad was associated with particles greater than 15 microns in aerodynamic diameter,

---

[31] e.g., Meyer, H.R., S.K. Rope, T.F. Winsor, P.G. Voilleque, K.R. Meyer, L.A. Stetar, J.E. Till, and J.M. Weber, The Rocky Flats Plant 903 Area Characterization, RAC Report #2-CDPHE-RFP-1996, August, 1996.

[32] RAC Report No. 8 CDPHE-RFP-1998, October, 1998; pages iv and IV-14.

[33] Langer, G. 1986, Dust Transport – Wind Blown and Mechanical Resuspension, July 1983 to December 1984, RFP-3914 (DOE/TIC-4500). Rocky Flats Environmental Technology Site, Golden, Colorado.

while only 3.5% was associated with particles less than three microns. A recent evaluation of the 903 Pad source term concludes that more than 80% of the activity that became airborne was associated with particles in excess of 15 microns aerodynamic diameter.[34] Even K. S. Smallwood, upon whom Goble relies, noted that "A large percentage of plutonium remaining in soils after 28 years occurred on particles > 53 μm in diameter".[35]

34.     Goble did not make appropriate use of available information on particle sizes. His assumptions regarding deposition velocity and respirable fraction are based on particle sizes much smaller than those associated with the transport of plutonium from the 903 Pad.

## Goble's Method for Estimating Concentrations of Plutonium in Air Contains Specific Defects Which Render it Unreliable

### Failure to Stratify by Particle Size and Wind Speed

35.     Goble's equation for predicting concentrations of respirable plutonium in air (abbreviated as "conc") contains four terms: the amount deposited (dep amt), the fraction of the plutonium on particles in the respirable size range (resp amt), the deposition velocity (vd), and the fraction of transported plutonium remaining on the ground at the time of measurement (fract remain).[36] All of the quantities on the right of the equals sign are defined as distributions with ranges of values assumed by Goble. Three of these terms, "resp fract", "vd", and "fract remain" depend on particle size, and the deposition velocity depends on wind speed:

$$\text{"conc} = (\text{dep amt}) \times (\text{resp fract}) / (\text{vd}) \times (\text{fract remain)"}$$

36.     As particle size increases, the respirable fraction decreases and the deposition velocity increases. Particles greater than about fifteen (15) microns in aerodynamic diameter are not respirable, and their deposition on surfaces is controlled largely by the well-known process of gravitational settling. The fraction of deposited plutonium available for subsequent soil sampling increases as particle size increases, because the larger particles are less likely to be resuspended and carried away by the wind. The deposition velocity increases as wind speed

---

[34]   RAC Report No. 8 CDPHE-RFP-1998-Final, Figure IV-8.

[35]   Expert report of K. Shawn Smallwood, November 23, 1996, at p. 18.

increases.  Goble's computational approach ignores these relationships.  For example, his method permits the division of the respirable fraction appropriate for a small particle by the deposition velocity appropriate for a large particle, and vice versa.  Several other logically inconsistent combinations of the three particle-size dependent variables are also possible with Goble's approach.

37.    Reliable methods for relating these quantities avoid such inconsistencies by *stratifying* on particle size and wind speed when these quantities vary over wide ranges, rather than attempting to formulate broad distributions to cover the entire scenario.  Stratification by particle size is used in the EPA Fugitive Dust Model[37] that was used in the ChemRisk dose assessment.  RAC's characterization of the 903 Area source term also employed stratification by wind speed and particle size.[38]

### *Inappropriate Deposition Velocity Distribution*

38.    Crystal Ball®, the computer program Goble used to run his model, contains a "Sensitivity" option that reports how much each assumption in a model contributes to the uncertainty of a prediction.  Goble did not report using this option, but we have used it to examine uncertainties in his model.  The sensitivity option indicates that Goble's assumption regarding deposition velocities contributed over 80% of the uncertainty in his predicted air concentrations, as shown in the table below:

---

[36] Goble 1996. at 36, Mathematical Summary, equation for step 7.

[37]  User's Guide for the Fugitive Dust Model, EPA-910/9-88-202R, Revision of September 1992, page 12.

[38] RAC Report No. 8 CDPHE-RFP-1998, page IV-12.

*Excerpt from Crystal Ball® Sensitivity Analysis of Goble Model Showing Contribution (%) of Each Assumption to the Total Prediction Uncertainty (The notation is Goble's[39])*

| Assumptions | Integ conc 4A | 6 yr avg 4A | intake-M 4A |
|---|---|---|---|
| Vd | 81.3% | 81.3% | 81.3% |
| Uncertainty | 12.9% | 12.9% | 12.9% |
| fract-resp | 3.3% | 3.3% | 3.3% |
| frac remaining | 1.9% | 1.9% | 1.9% |

39.    In its discussion of models, methods, and data used in risk assessment, the National Research Council stated:

> "The performance of methods and models, like that of data bases, must be characterized and verified to establish their credibility. Evaluation and validation procedures for a model might include sensitivity testing to identify the parameters having the greatest influence on the output values and assessment of its accuracy, precision, and predictive power."[40]

40.    The failure of Goble's method to produce reliable air concentration estimates is due in large part to Goble's selection of an inappropriate deposition velocity distribution. Goble chose a lognormal distribution with a geometric mean (GM) of 0.002 meters per second and a large geometric standard deviation (GSD) of 6.05.[41]  This distribution is derived from summary statistics presented in a reference,[42] but Goble's assumption of an underlying lognormal distribution is not explicitly supported in that reference.

41.    Goble's deposition velocity distribution can be derived from the values for one micron aerosols and five meter per second wind speeds shown in figures 4.39 and 4.40 of his reference (NUREG/CR-6244). Goble's deposition velocity distribution is therefore valid for very fine particles carried by light to moderate winds over unspecified terrain. These conditions

---

[39] Goble's spreadsheets used the labels "4A", "8A", and "12A" for values reproduced in his report as "4B", "8B", and "12B". Goble's report did not present any doses or concentrations for the "A" sectors.

[40] "Science and Judgment in Risk Analysis", National Research Council, 1994, National Academy Press, Table 9-2, pp. 106-107.

[41] Goble 1996 at 36; deposition velocity.

[42] NUREG/CR-6244, figures 4.39 and 4.40.

are quite unlike the circumstances of the major releases from Rocky Flats.  At Rocky Flats, plutonium was primarily transported on large particles carried by high winds.  Goble's distribution is inappropriate for modeling offsite concentrations of plutonium in air resulting from the 903 Pad releases.

42.    Deposition velocities and associated uncertainties depend very strongly on particle size and wind speed.  As particle size increases above one (1) micron, the deposition velocity increases, and becomes less uncertain as gravitational settling becomes more and more important.[43]  Higher wind speeds tend to increase the deposition velocities, particularly those of smaller particles.  Figure A-12 of  NUREG/CR-6244 (Goble's reference for deposition velocities) indicates deposition velocities of 0.08 to 0.1 meters per second for soil particles over fifteen (15) microns aerodynamic diameter and wind speeds around 20 meters per second.[44]  The EPA's Fugitive Dust Model relies on the method of Sehmel and Hodgson [45] for determining deposition velocities as a function of particle size and wind speed.[46]  Figure 5 of that reference indicates approximately the same range of deposition velocities for the same particle size and wind speed assumptions.   A central value of 0.09 meters per second (i.e., 45 times Goble's choice of 0.002 meters per second) is appropriate for deposition velocities for the large particles and high wind conditions actually associated with the bulk of the RFP releases.

43.    The information tabulated on page A-26 of NUREG/CR-6244 (Goble's reference for deposition velocities) shows that for grasslands, the uncertainty in deposition velocity is at a maximum for one (1) micron particles.  This point of maximum uncertainty is precisely the particle size that Goble selected to describe deposition at Rocky Flats, despite abundant evidence that larger particles were the primary source of offsite concentrations.  If Goble's assumption of a lognormal distribution is adopted,  extrapolation of the 1 to 10 micron data

---

[43]  e.g., Sehmel, G.A., "Deposition and Resuspension" *in*  Atmospheric Science and Power Production, Darryl Randerson, Ed., DOE/TIC-27601, 1984, Figure 12.7  p. 561.

[44]  This reference shows deposition velocities as a function of *friction velocity*, which is about 10% of the wind speed for the terrain around Rocky Flats (Sehmel, 1984, Table 12.6).

[45]  Sehmel, G.A. and Hodgson, W.H., "Model for Predicting Dry Deposition of Particles and Gases to Environmental Surfaces", PNL-SA-6721, Battelle Pacific Northwest Laboratories, Richland, Washington, 1978.

presented on page A-26 to about 20 microns produces an estimated geometric standard deviation of 3.

44.     In consideration of the factors discussed above, we conclude that if a single lognormal distribution of deposition velocities is to be used in Goble's model, this distribution should have a geometric mean of 0.09 meters per second and a geometric standard deviation of 3. Goble's choice of a geometric mean of 0.002 meters per second with a geometric standard deviation of 6.05 is not technically defensible.

45.     We have received copies of the computer files Goble used to generate his 1996 report, and have run them as produced, obtaining essentially the same numerical results as those in his report. (By their nature, Monte Carlo simulations are not exactly reproducible.) We then made one change in Goble's program: the substitution of the scientifically justifiable deposition velocity distribution described above (GM = 0.09 meters per second, GSD = 3) for Goble's assumption (GM = 0.002 meters per second, GSD = 6.05). Goble's calculation program was then run without further modification.

46.     The results are shown in Exhibit 10. The substitution of a scientifically justifiable deposition velocity distribution for Goble's assumption reduces Goble's mean, 90th percentile, and 95th percentile concentrations by about a factor of 100. This single substitution produces results that exhibit much less variation than do Goble's original results.

47.     The use of an appropriate, scientifically justifiable deposition velocity distribution in Goble's program produces results that are much more compatible with actual observations of plutonium in air, as shown in Exhibit 11. This information is presented in greater detail in Exhibit 12. The modified Goble distribution matches the observations at Station APC-56 over most of the range. Goble's original distribution is, point for point, ten to a hundred times higher than the measured concentrations.

48.     In Exhibit 12, the plot of predicted respirable plutonium in air in Sector 4B should lie *below* the APC-56 observations, not on them. Sector 4B is farther from the source, and only a fraction of the total plutonium will reside on particles small enough to be respired.

---

[46] User's Guide for the Fugitive Dust Model, EPA-910/9-88-202R, Revision of September 1992, page 12.

*Inappropriately High Respirable Fraction Assumption*

49.    Goble states that from a health and risk perspective the major concern is for dust particles small enough to be respired.  To establish his respirable fraction, the fraction of the airborne plutonium attached to these small particles, Goble relies largely on the limited number of measurements made by Volchok and Knuth.[47]

50.    RAC considered a number of evaluations of particle size, including the measurements of Volchok and Knuth,[48] and concluded that  nearly 90% of resuspended plutonium east of the 903 Pad were on particles larger than of 10 microns, while only 3.5% were below three microns in aerodynamic diameter.[49]  This is consistent with a much smaller respirable fraction than Goble assumed.  The large particle sizes that account in part for the increased deposition velocity discussed above also require a much lower respirable fraction than Goble's central estimate of 30%.

*Reliance on Poorly Supported Multiplicative Factors*

51.    Goble estimates plutonium concentrations for time periods other than 1965-1970 by applying multipliers from his Table 4.5 to his Table 4.4 concentrations.[50]  The "prescription" given for these multipliers presented in Goble's Table 4.2 consists largely of unsupported or poorly supported assumptions, and is logically inconsistent.  Goble uses all of the plutonium on the ground in sector 4B to predict the 1965-1970 air concentrations.  His multipliers for 1953 through 1964 therefore constitute double-counting.

*Other Comments on Goble's Methods*

52.    Goble failed to employ the most recent scientific consensus information on the amount of dose produced per unit intake of plutonium.  In his Table 4.7 (beginning on page 51 of his report), Goble presents doses based on the ICRP Publication 56 dosimetry system, with

---

[47] Goble, 1996, page 38.

[48] RAC noted that Volchok and Knuth did not obtain data for particle sizes in excess of ten microns.

[49] RAC Report No. 8 CDPHE-RFP-1998-Final, page IV-12.

[50] Goble 1996, at page 48, last paragraph.

and without his own modification of that system.[51]  In ICRP Publication 71, the current scientific consensus based on the ICRP's own modification of the ICRP 56 dose system,[52] inhalation doses per unit intake were *reduced* substantially.   Goble presented ICRP Publication 71 dose conversion factors at the bottom of page 45 of his report, and Step 6 of his "Prescription for calculating intakes, doses, and risks" (page 44) calls for their use.  But Goble did not present doses based on ICRP 71 at any place in his report.  Doses based on ICRP Publication 71 would have been substantially lower than the ICRP 56 doses for the solubility distribution Goble assumed.

53.   Goble's method for estimating the concentrations of plutonium in air is seriously flawed, inconsistent with good scientific practice, and unreliable. There is very little overlap between his predictions and measurements in the environment, even in the later years of plant operations when several agencies routinely obtained plutonium-specific air measurements in the area of concern.  Consequently, all subsequent calculations that involve concentrations of plutonium in air are flawed and unreliable.

**Goble's Reported Air Concentrations and Dose Estimates, When Taken At Face Value, Do Not Indicate An Excedence Of Applicable Federal Standards**

54.   We have reviewed the applicable federal radiation dose standards for members of the general public during the years 1957-1989, and compared those standards to doses estimated by Goble for certain individuals who lived near the Rocky Flats Plant (RFP).  We have also reviewed the federal guidelines for the concentrations of plutonium in air which were set to provide assurance that  members of the general public exposed to concentrations at or below those guidelines would not receive doses in excess of those standards.  We have compared these guidelines to concentrations of plutonium in air estimated by Goble.  Goble's estimates for the concentration of plutonium in air are based on flawed methods, are unreliable, and overstate concentrations in air.  His dose estimates rely on these concentration estimates, and, therefore,

---

[51]  i.e., those sections including the phrase "assuming an uncertainty in relative biological effectiveness" in the heading.

[52]  International Commission on Radiological Protection, 1995 "Age-Dependent Doses to Members of the Public from Intake of Radionuclides:  Part 4 Inhalation Dose Coefficients," ICRP Publication 71, Pergamon Press, Oxford, England.

are also unreliable and exaggerated. Nevertheless, Goble's air concentration and dose estimates, even as produced and without correction, do not show excedence of applicable Federal standards.

### Federal Standards

55.     The U.S. Atomic Energy Commission (AEC) and its successors, the Energy Research and Development Administration (ERDA) and the Department of Energy (DOE), have specified standards for radiation dose to members of the general public consequent to operations of AEC/ERDA/DOE facilities. The AEC and its successors have also set specific guidelines for allowable concentrations of plutonium in air for members of the general public.

56.     The standards for radiation doses to members of the general public in uncontrolled locations have been issued by the AEC/ERDA/DOE through Instructions, Manual Chapters, Orders, and in a limited number of cases, through memoranda.

57.     The dose limitation standards used by the AEC and its successors for the general public were (and are) based on recommendations of national and international organizations for radiation protection, the National Council on Radiation Protection and Measurements (NCRP) and International Commission on Radiological Protection (ICRP), respectively. The recommendations of the NCRP and the ICRP were also incorporated in 10 CFR Part 20, "Standards for Protection Against Radiation". The ERDA/DOE dose standards in Instructions, Manual Chapters, and Orders applicable to offsite individuals were identical to the 10 CFR Part 20 standards.

58.     These dose standards were determined by the NCRP and ICRP to be levels that are protective of human health, based on data available at the time.

59.     AEC Manual Chapter 0550 was issued on August 29, 1957, and included reference to the NCRP recommendations of January 8, 1957. {"Codes and Standards for Health, Safety, and Fire Protection", Manual Chapter 0550, U.S. Atomic Energy Commission, August 29, 1957} (Attachment 3). The permissible external dose to the general public was 0.5 rem (500 millirem) per year to the whole body, and 1.5 rem (1500 millirem) per year to most organs. Those recommendations of the NCRP pertaining to radionuclides that could give an internal dose included the statement "[f]or individuals outside of controlled areas, the maximum permissible concentrations should be one-tenth of those for occupational exposures."

{"Maximum Permissible Radiation Exposures to Man, A Preliminary Statement of the National Committee on Radiation Protection and Measurement", Radiology, Vol. 68 , p. 261, 1957} (Attachment 4). This requirement changed the applicable concentration for $^{239}$Pu in air in uncontrolled areas to 0.2 pCi/m$^3$, effective August 29, 1957. {"Codes and Standards for Health, Safety, and Fire Protection", Manual Chapter 0550, U.S. Atomic Energy Commission, August 29, 1957} (Attachment 3).

60.    On August 12, 1963, the AEC issued Manual Chapter 0524, "Standards for Radiation Protection", which included an exposure standard of 0.5 rem (500 millirem) per year to the whole body and 1.5 rem (1500 millirem) per year to the thyroid or bone for individuals in uncontrolled areas. The corresponding standards for the average dose to a "suitable population sample" were 170 and 500 millirem, respectively. This document included a table of "Concentrations in Air and Water Above Natural Background", derived from the values in NBS Handbook 69, "Maximum Permissible Body Burdens and Maximum Permissible Concentrations of Radionuclides in Air and in Water for Occupational Exposure." {NBS Handbook 69, June 5, 1959} (Attachment 5). The applicable permissible concentration for the less soluble forms[53] of $^{239}$Pu in air listed in Manual Chapter 0524 was 1 x 10$^{-12}$ µCi/cm$^3$ (equal to 1 pCi/m$^3$). {AEC Manual Chapter 0524, August 12, 1963} (Attachment 5)

61.    AEC Manual Chapter 0524 also included the provision that "the average exposure of a suitable sample of an exposed population group is not in excess of one-third of annex 1, table II standards." Therefore, the applicable permissible concentration of $^{239}$Pu in air in uncontrolled areas for a population group became 0.33 pCi/m$^3$ on August 12, 1963 (Attachment 5).

62.    In March 1977 ERDA issued a revision of Manual Chapter 0524, "Standards for Radiation Protection". This revision specified annual standards for dose equivalent or dose commitment of 0.5 rem (500 millirem) to the whole body, gonads, or bone marrow, and 1.5 rem (1500 millirem) to other organs for individuals in uncontrolled areas at points of maximum

---

[53] Goble's assumptions regarding solubility (step 2, page 44 of his 1996 report) are expressed in the terms used in ICRP Publication 66, with "S" denoting slow pulmonary clearance and "M" denoting moderate pulmonary clearance. Goble assumed no plutonium in fast-clearing forms ("F"), the current designation for material that had been termed "S" for "soluble" in the ICRP Publication 2 system specified in federal standards through the 1980s.

probable exposure. (Attachment 6).

63.     This 1977 revision to ERDA Manual Chapter 0524 also specified annual standards for the average dose equivalent or dose commitment of 0.17 rem (170 millirem) to the whole body, gonads, or bone marrow, and 0.5 rem (500 millirem) to other organs, the average being taken over "a suitable sample of the exposed population".   The applicable permissible concentration of $^{239}$Pu in air continued to be 0.33 pCi/m$^3$.

64.     The ERDA Manual Chapter 0524 dose and concentration standards for members of the general public continued in effect and were restated on May 5, 1980, when DOE issued DOE Order 5480.1, including "Chapter XI, Requirements for Radiation Protection" (Attachment 7).

65.     On August 13, 1981, DOE issued Order DOE 5480.1A, "Environmental Protection, Safety, and Health Protection Program for DOE Operations."  The DOE Order 5480.1 dose standards for members of the general public were restated in Order 5480.1A (Attachment 8).

66.     DOE Order 5480.1A was superseded by DOE Order 5400.5 on February 8, 1990. {"Radiation Protection of the Public and the Environment", DOE Order 5400.5, U.S. Department of Energy, February, 1990}

67.     On August 5, 1985, DOE adopted "an interim standard for DOE environmental activities for all exposure pathways", and the applicable dose standard was 100 millirem per year whole body dose equivalent for continuous exposure.  The previous standard of 500 millirem in one year was retained for non-continuous exposures.   ICRP Publications 26 et seq. were cited for purposes of implementation.   The applicable concentration for air after August 5, 1985, was 0.04 pCi/m$^3$ {W. A. Vaughan, DOE Memorandum to Distribution, U.S. Department of Energy, August 5, 1985} (Attachment 9).

68.     The annual radiation dose permitted (continuous exposures) under the 1985 interim standard for DOE environmental activities was approximately the dose associated with common diagnostic radiological procedures, such as a computed tomography (CT) examination. Table 3.27 of NCRP Report No. 100 (1989) lists an effective dose of 1.11 mSv (111 millirem) for CT exams of the head and body.

*Goble's Dose Estimates for the Plaintiffs*

69.     In Attachment B to his 1996 Expert Report, Goble presented radiation dose estimates for the plaintiffs.  All of the individual doses are derived by applying multiplicative factors to doses estimated for "Example A", a hypothetical woman "residing near the outer boundary of the chronic exposure monitoring area for the period 1957-1968".[54]  (Goble presents these multiplicative factors rounded to one significant figure.)

70.     For "Example A", Goble presented a range of dose estimates for the bone surface, the lung, and the liver.  These organ doses can be converted to an upper bound effective dose using the organ weighting factors set forth in ICRP Publication 56, and conservatively assuming that doses to organs not considered by Goble contribute 20% to the effective dose.

71.     Some of Goble's dose estimates were based directly on the ICRP Publication 56 dosimetry system, while others were based on Goble's modification of that system.[55]  Goble acknowledges that the ICRP had adopted ICRP Publication 71, a more recent dosimetry system.[56]  ICRP Publication 71 represents the current scientific consensus on inhalation dosimetry for the general public.  The ICRP Publication 71 dose conversion factors formally superseded those in ICRP Publication 56[57].  Nevertheless, Goble did not present doses based on the updated ICRP Publication 71 dosimetry system, which would have yielded doses considerably lower than those presented in his report.[58]

72.     Although Goble's dose estimates are flawed and unreliable for methodological

---

[54] Goble, 1996, first page of Attachment B.

[55] i.e., Goble's sections including the phrase "assuming an uncertainty in relative biological effectiveness" in the heading.

[56] Goble, 1996, Step 6 on page 44, tabulation on page 45.

[57] International Commission on Radiological Protection, 1995, "Age-Dependent Doses to Members of the Public from Intake of Radionuclides:  Part 4 Inhalation Dose Coefficients," ICRP Publication 71, Pergamon Press, Oxford, England, page 1, paragraph 2.

[58] Over most of the operating history of RFP, the applicable standards were based on the ICRP Publication 2 dosimetry system and its immediate predecessors.  In those systems, doses were calculated with different methods than those used in ICRP Publication 56 *et seq.*  In particular, the *bone surface* doses calculated with ICRP 56 methods do not correspond to the ICRP 2 *bone* doses.  Goble's exposure estimates, if used for calculating doses under the ICRP Publication 2 dosimetry system, would result in bone doses much lower than the bone surface doses that Goble calculated with the ICRP Publication 56 dosimetry system.

reasons, as we have discussed above, we have examined them to determine whether Goble's dose estimates for the plaintiffs, as presented, are in excess of applicable Federal standards.

73.    Goble does not present single organ doses for each plaintiff, but an immense range of doses. For each organ dose, the 90% confidence interval[59] includes estimates that differ by at least a thousand-fold. The 90% confidence intervals for doses calculated with Goble's modification of the ICRP 56 dose system range up to a factor of 3000.

74.    For a given plaintiff and organ, more than half of Goble's doses fall below his "50%ile" dose to an individual "mean invariability."

75.    While disagreeing with Goble's methods, we have reviewed his *median* (i.e., "50%ile") dose estimates for individuals who are "mean in variability", and have found that none of these estimates exceed applicable federal standards.

76.    We have also considered whether doses in the upper portions of Goble's distributions are in excess of applicable standards. All of Goble's "mean" doses to females occur above his 75th percentiles in "uncertainty".[60] Because Goble's dose distributions are extremely skewed, the "mean dose to the individual mean in variability" is much greater (by at least a factor of 10) than the "median dose to the individual mean in variability".[61]

77.    In the following paragraphs, Goble's *mean* organ doses to the individual who is "mean in variability" and "assuming an uncertainty in relative biological effectiveness" are presented as annual dose rates in millirem per year. The committed effective dose rate, calculated as described above, is also shown. We disagree with the derivation of these doses, but for the purpose of illustration, compare them to applicable federal standards:

78.    Goble estimated doses for <u>Richard Bartlett</u> for the years 1978-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for Richard Bartlett are: bone surface, 325, lung, 10, and liver, 13. These doses are far below the lowest applicable annual organ dose standard (1500 mrem) applicable between 1978 and 1989. The corresponding committed effective dose for Richard Bartlett during those years is 15 millirem

---

[59] That is, the span between Goble's "5%ile" and "95%ile" estimates.

[60] See, for example, the reports for cells 011, W11, and AA11 in his submitted Crystal Ball report file "!rpt-fin.tak".

[61] See the tabulated doses in Goble's Example A in his Attachment B.

for each year. This is below the lowest applicable annual effective dose standard (100 millirem) for those years.

79.     Goble estimated doses for <u>Sally Bartlett</u> for the years 1978-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for Sally Bartlett are: bone surface, 250, lung, 8, and liver, 10. These doses are far below the lowest applicable annual organ dose standard (1500 mrem) applicable between 1978 and 1989. The corresponding committed effective dose for Sally Bartlett for those years is 11 millirem for each year. This is below the lowest applicable annual effective dose standard (100 millirem) for those years.

80.     Goble estimated doses for <u>Rhonda Deimer</u> for the years 1984-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for Rhonda Deimer are: bone surface, 130, lung, 4, and liver, 5. These doses are far below the lowest applicable annual organ dose standard (1500 millirem) applicable between 1978 and 1989. The corresponding committed effective dose for those years is 6 millirem for each year. This is below the lowest applicable annual effective dose standard (100 millirem) for those years.

81.     Goble estimated doses for <u>Thomas Deimer</u> for the years 1984-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for Thomas Deimer are: bone surface, 170, lung, 5, and liver, 7.   These doses are far below the lowest applicable annual organ dose standard (1500 millirem) between 1978 and 1989. The corresponding committed effective dose for those years is 8 millirem for each year. This is below the lowest applicable annual effective dose standard (100 millirem) for those years.

82.     Goble estimated doses for <u>Michael Rice</u> for the year 1989. Goble's mean annualized organ dose estimates (millirem/year) for that year for Michael Rice are: bone surface, 160, lung, 5, and liver, 6.   These doses are far below the lowest applicable annual organ dose standard (1500 millirem) between 1978 and 1989. The corresponding committed effective dose for that year is 7 millirem. This is below the lowest applicable annual effective dose standard (100 millirem) for that year.

83.     Goble estimated doses for <u>Peggy Sandoval</u> for the years 1986-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for Peggy Sandoval are: bone surface, 130, lung, 4, and liver, 5.   These doses are far below the lowest applicable annual organ dose standard (1500 millirem) between 1978 and 1989. The corresponding committed effective dose for those years is 6 millirem for each year. This is below the lowest applicable

annual effective dose standard (100 millirem) for those years.

84.     Goble estimated doses for <u>Stephen Sandoval</u> for the years 1986-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for Stephen Sandoval are: bone surface, 160, lung, 5, and liver, 7.   These doses are far below the lowest applicable annual organ dose standard (1500 millirem) between 1978 and 1989. The corresponding committed effective dose for those years is 7 millirem for each year. This is below the lowest applicable annual effective dose standard (100 millirem) for those years.

85.     Goble estimated doses for <u>Dolores Schierkolk</u> for the years 1978-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for Dolores Schierkolk are: bone surface, 250, lung, 8, and liver, 10. These doses are far below the lowest applicable annual organ dose standard (1500 mrem) between 1978 and 1989. The corresponding committed effective dose for those years is 11 millirem for each year. This is below the lowest applicable annual effective dose standard (100 millirem) for those years.

86.     Goble estimated doses for <u>William Schierkolk</u> for the years 1978-1989. Goble's mean annualized organ dose estimates (millirem/year) for those years for William Schierkolk are: bone surface, 325, lung, 10, and liver, 13. These doses are far below the lowest applicable annual organ dose standard (1500 mrem) between 1978 and 1989. The corresponding committed effective dose for those years is 15 millirem for each year. This is below the lowest applicable annual effective dose standard (100 millirem) for those years.

87.     None of the organ or whole body doses reported above for these individual plaintiffs exceed the applicable federal dose standards.

***Goble's Concentrations of Plutonium in Air***

88.     Goble's "50%ile" concentration estimates divide his range of concentration estimates into two equally likely groups. His "50%ile" concentration for plutonium in air in Sector 4B for the years 1965-1970, as reported in his Table 4.4, is 0.0015 becquerels per cubic meter, or 0.04 picocuries per cubic meter (pCi/m$^3$). This is far below the AEC manual Chapter 0524 concentration guide of 0.33 pCi/m$^3$. His mean concentration, 0.28 pCi/m$^3$, is also below this allowable concentration.

89.     Goble estimates concentrations of plutonium in air for the years 1953-1964 by applying multipliers from his Table 4.5 to the Table 4.4 concentrations.  The largest of these

multipliers is 0.1.  Application of this multiplier to the Table 4.4 Sector 4B "50%ile" concentration produces a maximum value of 0.004 pCi/m³, far less than 0.2 pCi/m³, the most restrictive concentration guide during this period.  His mean concentration, 0.028 pCi/m³, is also below this allowable concentration.

      90.    Goble estimates concentrations of plutonium in air for the years after 1970 by applying the multiplier 0.003 from his Table 4.5 to the Table 4.4 concentrations.  Application of this multiplier to the Table 4.4 Sector 4B  "50%ile" concentration produces a  value of 0.00012 pCi/m³, far less than 0.04 pCi/m³, the most restrictive concentration guideline during this period.  His mean concentration, 0.0009 pCi/m³, is also below this allowable concentration.

      91.    Goble's method for estimating concentrations of plutonium in air yields values that, more likely than not, are well below applicable federal guidelines for all years considered.

FURTHER AFFIANT SAYETH NOT



John A. Auxier

WITNESS my hand and official seal this 23 day of _Feb_ , _1999_

NOTARY PUBLIC

My Commission Expires: _OCT-27, 1999_

OFFICIAL SEAL
**PATSY REYES**
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Comm. Expires Oct. 27, 1999

FURTHER AFFIANT SAYETH NOT

_John R. Frazier_
John R. Frazier

WITNESS my hand and official seal this 3rd day of February 1999

_Bradley L. Johnson_
NOTARY PUBLIC

My Commission Expires: 4-23-2002

BRADLEY L. JOHNSON
NOTARY PUBLIC AT LARGE
ANDERSON COUNTY, TN

ATTACHMENT 1

QUALIFICATIONS OF DR. JOHN A. AUXIER

My name is John A. Auxier. My area of expertise is health physics. My academic degrees include an AB in physics, an MS in physics, and a Ph.D. in Nuclear Engineering with a major in health physics and a minor in radiobiology. I have over 40 years of experience in the field of health physics, in both research and applications. I have received Comprehensive Certification by the American Board of Health Physics and I am a member of the American Academy of Health Physics. I am a Past President of both the Academy and the Health Physics Society. I have assessed the performance of numerous facilities with respect to radiation protection standards and environmental radioactivity standards. I am familiar with, and have worked with, the applicable federal limits for environmental radioactivity at and near nuclear facilities. My further qualifications to provide this affidavit are detailed in my Curriculum Vitae (attached).

# JOHN A. AUXIER, Ph.D., CHP

### *Professional Qualifications*

Dr. Auxier is an expert in the areas of nuclear engineering and health physics. During his tenure at the Oak Ridge National Laboratory in Tennessee, where he was Director of the Health Physics Division, he directed research in the investigation of pathways of exposure and biological effects of pollutants, both nuclear and non-nuclear, and radiation safety, with emphasis on the needs of practicing health physicists. He participated in, and ultimately directed, successful efforts to obtain levels of radiation doses for survivors of the nuclear bombings of Hiroshima and Nagasaki, Japan. He has been a consultant to the Radiation Effects Research Foundation of Japan.

During Dr. Auxier's career at the University of Texas, he coordinated and directed the Health Physics Program and was subsequently appointed Chairman of the Department of Physics and Engineering of the Radiobiological Laboratory.

Dr. Auxier's special consulting activities have included the President's Commission on the Accident at the Three Mile Island Nuclear Power Plant. Also, he was the head of the task committee on health physics and radiation dosimetry for this incident. He has been a member of the Advisory Committee to the U.S. Department of Energy for the Northern Marshall Islands and a member of the Department of Energy/Defense Nuclear Agency Inspection and Advisory Team for the Cleanup of Enewetak Atoll.

### *Education*

Ph.D., Nuclear Engineering, Georgia Institute of Technology, Atlanta, Georgia; 1972.

M.S., Physics, Vanderbilt University, Nashville, Tennessee; 1952.

A.B., Physics, Berea College, Berea, Kentucky; 1951.

### *Registrations/Certifications*

Certification by the American Board of Health Physics in 1960; Recertified thru 2001.

NQA-1 Lead Auditor; 1989.

### *Experience and Background*

JOHN A. AUXIER, Ph.D., CHP                                                                    2
_____

1992 -        *President, Auxier & Associates, Inc., Knoxville, Tennessee.*
Present       Provides radiological health, safety, and environmental consulting.

1989 -        *Nuclear Sciences Corporate Manager, IT Corporation, Knoxville, Tennessee.*
1992          Directed and managed the activities of the Nuclear Sciences personnel who
              provided consultation and assessments to both government and commercial clients
              involved in all facets of the radiation industry.

1985 -        *Director, IT/Radiological Sciences Laboratory, Oak Ridge, Tennessee.*
1989          Directed approximately 60 scientists and technicians in radiation protection
              consultation in all major areas of the radiation associated industries and the
              Radiological Sciences Laboratory (RSL).

1983 -        *President, Applied Science Laboratory, Inc., Oak Ridge, Tennessee.*
1985          Directed the formation and development of the consulting and analytical laboratory
              which later became IT/RSL.

1983          *Chief Nuclear Scientist, Evaluation Research Corporation, Oak Ridge,*
              *Tennessee.*
              Health Physics consultant for a wide range of clients, usually in a troubleshooting
              capacity.

1977 -        *Director Industrial Safety & Applied Health Physics Division, Oak Ridge*
1982          *National Laboratory, Oak Ridge, Tennessee.*
              Directed a program that led to record-breaking performance in both radiation
              protection and industrial safety.

1972 -        *Director, Health Physics Division, Oak Ridge National Laboratory, Oak Ridge,*
1982          *Tennessee.*
              Gave increased emphasis to needs of practicing health physicists.  Strongly
              encouraged fundamental research in health physics related areas.  Directed research
              in the investigation of pathways of exposure and biological effects of pollutants
              (both nuclear and non-nuclear) and radiation safety

1962 -        *Chief, Radiation Dosimetry Program, Oak Ridge National Laboratory, Oak*
1972          *Ridge, Tennessee.*

**JOHN A. AUXIER, Ph.D., CHP** _____ 3

1955 –
1962
*Research Scientist, Health Physics Division, Oak Ridge National Laboratory, Oak Ridge, Tennessee.*
Conducted research in radiation physics and dosimetry; participated and ultimately directed successful efforts to obtain radiation doses for survivors of nuclear bombings of Hiroshima and Nagasaki, Japan.

1952 –
1955
*Chairman, Department of Physics and Engineering, Radiobiological Laboratory, University of Texas.*
Coordinated and directed Health Physics Program.

1944 –
1947
*Fighter Pilot, U.S. Army Air Corp.*

## Special Consultant Activities

1976 –
1987
Consultant to Radiation Effects Research Foundation, Japan.

1978 –
1987
Member of Advisory Committee to U.S. Department of Energy for Northern Marshall Islands. Member of Department of Energy/Defense Nuclear Agency inspection and advisory team for clean-up of Enewetak Atoll.

1979
Head, Task Group on Health Physics and Radiation Dosimetry, President's Commission on the Accident at Three Mile Island.

1979 –
1987
Member of Dose Assessment Steering Group, U.S. Department of Energy.

1980
Member of National Academy of Sciences (NAS) Panel on Hiroshima/Nagasaki 1987 Occupation Forces.

1981
Member of NAS Committee on Emergency Management.

1981 –
1989
Member of Safety Advisory Board for Three Mile Island Unit 2.

1981 –
1988
Member of Advisory Council, Institute of Nuclear Power Operations.

JOHN A. AUXIER, Ph.D., CHP                                                                    4

1988          Listed as an advisory expert in nuclear health effects, low-level radiation, occupational safety and waste management in the Media Guide to Nuclear Energy Experts prepared by the U.S. Council for Energy Awareness.

1990 -        Member of Committee of Science, Space, and Technology, Oak Ridge,
Present       Tennessee.

1990 -        Member of the Scientific Advisory Board for the Handbook of Management
Present       of Radiation Protection Programs, 2nd Edition.

*Awards/Activities*

          Georgia Institute of Technology, Engineering Hall of Fame, 1996
          Pellissippi State Technical Community College Foundation, 1992
          Board of Trustees, Berea College, Berea, Kentucky, 1991
          Distinguished Technical Associate, IT Corporation, 1988
          Founders Award, Health Physics Society, 1987
          Honorary Doctorate of Science, Berea College, 1987
          Fellow, Health Physics Society, 1984
          Meritorious Public Service Medal, Defense Nuclear Agency, 1980
          National Preparedness Award, National Institute for Disaster Mobilization, 1962
          Elda E. Anderson Award, Health Physics Society, 1962

*Professional Affiliations*

          Health Physics Society  (President-elect, 1976; President, 1977; Managing Editor, Health Physics Journal, 1974-1977; Editor, Health Physics Journal, 1958-1974; Chairman, Health Physics Society Presidents' Emeritus Committee; Chairman, Research Needs in Health Physics Committee, 1984 -1989)
          East Tennessee Chapter Health Physics Society
          American Strategic Defense Association
          Society for Risk Analysis
          East Tennessee Chapter Society for Risk Analysis (President 1991)
          National Academy of Sciences (Subcommittee on Exposure at Tests of Nuclear Weapons, 1984)
          National Council on Radiation Protection and Measurements  (Member, NCRP; NCRP Scientific Committee 63; NCRP Scientific Committee 57; NCRP Scientific Committee 28; NCRP Scientific Committee 34)
          International Radiation Protection Association, Charter Member since 1963

*Professional Affiliations (cont.)*

**JOHN A. AUXIER, Ph.D., CHP**            5

French Radiation Protection Society, Advisory Board Member, 1970 - Present
American Academy of Health Physics (President 1990)
Who's Who In Technology Today
American Men and Women of Science
Media Guide to Nuclear Energy Experts

*Environmental Associations*

Earthwatch; Watertown, Massachusetts
The Nature Conservancy; Arlington, Virginia
National Audubon Society; Boulder, Colorado
African Wildlife Foundation
Defenders of Wildlife
World Wildlife Foundation
National Humane Education Society

*Publications*

Dr. Auxier is the author or co-author of over 100 publications on instrumentation, dosimetry, natural radiation environment, radiation physics, and radiobiology including the Energy Research and Development Agency (ERDA) Prestige Series book entitled <u>ICHIBAN: Radiation Dosimetry for the Survivors of the Bombings of Hiroshima and Nagasaki</u>. He is the recipient of two patents.

*List of Publications*

Auxier, J. A., G. Forman, 1952 "Characteristics of X-Ray Excited Phosphorescence of Calcite," <u>Physics</u>, Rev. 87, 107A.

Auxier, J. A., P. N. Hensley, G. S. Hurst, W. A. Mills, March 1954, "Neutron Flux and Tissue Dose Studies with Fission Threshold Detector," ORNL-1671.

Auxier, J. A., C. Gentry, S. J. Kaplan, C. M. Rogers, November 1954, "Some Effects of Cumulative Doses of X-Radiation Upon Learning and Retention in the Rhesus Monkey," A. F. School of Aviation Project 21-3501-0003, Report No. 11, MP-5511.

Auxier, J. A., W. Blakely, 1954, "A Constant Air Monitor for Alpha Emitting Isotopes," A. F. School of Aviation Project 21-3501-0003, Report No. 7.

Auxier, J. A., June 1955, "A High Level Co-60 Irradiation Facility," A. F. School of Aviation Med. Report AF SAM 55-40.

Auxier, J. A., G. S. Hurst, June 25-27, 1956, "A Fast Neutron Insensitive Gamma Dosimeter," Proceedings of the Health Physics Society Annual Meeting. Ann Arbor, Michigan, pp. 3-7.

Auxier, J. A., G. S. Hurst, R. E. Zedler, 1957 "Neutron Insensitive Beta Gamma Dosimeter." U.S. Patent No. 2,974,248.

Auxier, J. A., H. E. Gilbert, T. D. Strickler, 1956 "Fast Neutron Scattering from Thick Slabs." Nuclear Science and Engineering 3:11-18.

Auxier, J. A., G. S. Hurst, R. E. Zedler, 1958, "A Single Ion Detector for Measurement of Gamma-Ray Ionization in Cavities," Health Physics 1:21-26.

Auxier, J. A., "Evaluation of Residential Structures for Shielding Against Fallout Radiation," Effects of Nuclear War, Hearings Before the Special Subcommittee on Radiation of the Joint Committee on Atomic Energy, Congress of the United States, pp. 148-151.

Auxier, J. A., J. O. Buchanan, C. Eisenhauer, H. E. Menker, 1959 "Experimental Evaluation of the Radiation Protection Afforded by Residential Structures Against Distributed Sources," Atomic Energy Commission, CEX-58.1.

Auxier, J. A., R. D. Birkhoff, W. D. Dillow, "A Study of Cavity Ionization as a Function of Atomic Number by Use of a Miniature Counter," ORNL-2724 (Master's Thesis - Vanderbilt).

Auxier, J. A., G. S. Hurst, 1959, " Application of Radiation Dosimetry Studies to the Evaluation of Environmental and Biological Consequences of Nuclear War." Biological and Environmental Effects of Nuclear War. Hearings Before the Special Committee on Atomic Energy, Congress of the United States, pp. 140-147.

Auxier, J. A., A. D. Callihan, G. S. Hurst, K. Z. Morgan, R. H. Ritchie, P. W. Reinhardt, F. W. Sanders, E. G. Wagner, 1960, "Dosimetric Investigation of the Radiation Accident," Vinca, Yugoslavia, IAEA TO/HS/22, pp. 25-46.

Sanders, F. W., J. A. Auxier, J. S. Cheka, 1960, "A Simple Method of Minimizing the Energy Dependence of Pocket Ionization Chambers," Health Physics 2:308-309.

Auxier, J. A., T. D. Strickler, "Experimental Evaluation of the Radiation Protection Afforded by Typical Oak Ridge Homes Against Distributed Sources," Atomic Energy Commission, CEX-59.13.

Auxier, J. A., 1961, "Dosimetric Considerations in Criticality Exposure," Diagnosis and Treatment of Acute Radiation Injury, World Health Organization, Geneva, pp. 141-150.

Auxier, J. A., C. H. Bernard, W. T. Thornton, 1961, "Silver Metaphosphate Glass for Gamma-Ray Measurements in Co-Existent Neutron and Gamma-Radiation Fields," Selected Topics in Radiation Dosimetry, IAEA, Vienna, pp. 503-510.

**JOHN A. AUXIER, Ph.D., CHP** _____ 7

Bernard, C. H., W. T. Thornton, J. A. Auxier, 1961, "Silver Metaphosphate Glass for X-Ray Measurements in Co-existent Neutron and Gamma-Radiation Fields," Health Physics 4:236-243.

Hurst, G. S., R. H. Ritchie, F. W. Sanders, P. W. Reinhardt, J. A. Auxier, E. B. Wagner, A. D. Callihan, K. Z. Morgan, 1961, "Dosimetric Investigation of the Yugoslav Radiation Accident," Health Physics 5:179-202.

Auxier, J. A., F. W. Sanders, P. N. Hensley, 1961, "A Device for Determining the Orientation of Persons Exposed to Neutron and/or Gamma-Radiation," Health Physics 5:226-227.

Auxier, J. A., F. W. Sanders, W. S. Snyder, "Na$^{24}$ Activation in the Dosimetry of Nuclear Accidents," Radioactivity in Man, G. R. Meneely, Editor, Charles C. Thomas, Publisher, Springfield, Illinois, pp. 201-211.

Auxier, J. A., W. T. Thornton, "Some X-Ray and Fast Neutron Response Characteristics of Silver Metaphosphate Glass Dosimeters," ORNL-2912 (Master's Thesis - Vanderbilt).

Auxier, J. A., J. S. Cheka, F. W. Sanders, March 1961, "Attenuation of Weapons Radiation - Application to Japanese Houses - Operation Hardtack, Phase II, Program 39, Projects 39.1, 39.2," WT-1725.

Auxier, J. A., J. S. Cheka, F. F. Haywood, F. W. Sanders, J. H. Thorngate, 1962, "Technical Concept - Operation BREN." Atomic Energy Commission, CEX-62.01.

Auxier, J. A., A. D. Callihan, G. S. Hurst, K. Z. Morgan, P. W. Reinhardt, R. H. Ritchie, F. W. Sanders, E. B. Wagner, "Dosimetry," The Vinca Dosimetry Experiment, International Agency Technical Report 6, pp. 25-43.

Sanders, F. W., J. A. Auxier, 1962, "Neutron Activation of Sodium in Anthropomorphous Phantoms," Health Physics 8:371-379.

Auxier, J. A., "Dosimetry and Exposures in Nuclear Accidents," Nuclear Safety 4:111-112.

Auxier, J. A., L. W. Gilley, F. F. Haywood, 1962 "General Correlative Studies, Operation BREN," Atomic Energy Commission, CEX-62.03.

Auxier, J. A., 1964, "Ichiban: The Dosimetry Program for Nuclear Bomb Survivors of Hiroshima and Nagasaki - A Status Report as of April 1, 1964," Atomic Energy Commission, CEX-64.3.

Auxier, J. A., F. F. Haywood, E. T. Loy, 1963, "An Experimental Investigation of the Spatial Distribution of Doses on Air-Over Ground Geometry," Atomic Energy Commission, CEX-62.14.