**JOHN A. AUXIER, Ph.D., CHP** _____ 8

Auxier, J. A., G. A. Andrew, C. C. Lushbaugh, 1964, "The Importance of Dosimetry to the Medical Management of Persons Accidentally Exposed to High Levels of Radiation," Personnel Dosimetry for Radiation Accidents, IAEA, Vienna, pp. 3-16.

Auxier, J. A., 1965, "The Health Physics Research Reactor," Health Physics 11:89-93.

Auxier, J. A., "Nuclear Accident at Wood River Junction," Nuclear Safety 6:298-301.

Auxier, J. A., F. F. Haywood, "Technical Concept-Operation HENRE," Atomic Energy Commission, CEX-65.02.

Auxier, J. A., F. F. Haywood, T. G. Provenzano, 1965, "Operation Plan-Operation HENRE," Atomic Energy Commission, CEX-65.03.

Auxier, J. A., 1965, "Ichiban:  The Dosimetry Program for Nuclear Bomb Survivors of Hiroshima and Nagasaki,"Proceedings of the Symposium on Protective Structures for Civilian Populations. NAS-NRC, Washington, pp. 121-126.

Auxier, J. A., J. S. Cheka, F. F. Haywood, T. D. Jones, J. H. Thorngate, 1966, "Free-Field Radiation Dose Distributions from the Hiroshima and Nagasaki Bombings," Health Physics 12:425-429.

Auxier, J. A., R. T. Boughner, M. D. Brown, T. D. Jones, W. D. Snyder, 1964, "Distribution of Dose and Dose Equivalent in an Anthromorphic Phantom Resulting from Broad-Beam Sources of Monoenergetic Neutrons," Transactions of American Nuclear Society 9:357.

Auxier, J. A., R. T. Boughner, M. D. Brown, T. D. Jones, W. S. Snyder, November 1966, "Distribution of Dose and Dose Equivalent in an Anthropomorphic Phantom Resulting from Broad Beam Sources of Monoenergetic Neutrons," Proceedings of Conference on Radiation Transport and Biological Effects, CONF-661125, pp. 25-45.

Auxier, J. A., "Dosimetry and Exposures in Nuclear Accidents," Nuclear Safety 8:382-   385.

Auxier, J. A., 1967, "Multilaboratory Intercomparisons of Neutron Dosimetry Systems," Neutron Monitoring, International Atomic Energy Agency, Vienna, pp. 625-630.

Auxier, J. A., 1968, "Physical Problems of Dosimetry of Neutrons and Protons. Accidental Irradiation at Place of Work," EURATOM, S. A. Vaillant-Carmannge, Liege, Belgium, pp. 181-194.

Auxier, J. A., 1967, "Special Methods in Radiation Dosimetry," Principles of Radiation Dosimetry, K. Z. Morgan and J. E. Turner, Editors, John Wiley and Sons, Inc., New York, Chapter 7, pp. 215-241.

Auxier, J. A., F. F. Haywood, S. Helf, J. H. Thorngate, 1969, "Energy and Angular Distribution of Neutrons and Gamma Rays - Operation BREN," Atomic Energy Commission, CEX-62.12.

Auxier, J. A., Proceedings: Long-Range Biomedical and Psychosocial Effects of Nuclear War, Volume 1, First Interdisciplinary Conference, Defense Nuclear Agency, DASIAC Special Report 67.

Auxier, J. A., 1967, "Radiation Propagation and Shielding Experiments at the BREN Tower," Trans American Nuclear Society 10:726.

Auxier, J. A., K. Becker, E. M. Robinson (Editors), September 23-26, 1968, Proceedings of the Second International Conference on Luminescence Dosimetry, Gatlinburg, Tennessee, CONF-680920, 1,021 pages.

Auxier, J. A ., M. D. Brown, 1966, "Neutron Cross-Sections and Reaction Products for H, C, N, and O for the Energy Range from Thermal to 15 MeV," Proceedings of the First International Congress of Radiation Protection, Pergamon Press, New York, New York, Volume 2, pp. 853-858.

Auxier, J. A., T. D. Jones, W. S. Snyder, "Neutron Interactions and Penetration in Tissue," Radiation Dosimetry, F. H. Attic and W. C. Risk, Editors, Academic Press, New York, Chapter 6, pp. 275-316.

Auxier, J. A., T. D. Jones, D. R. Johnson, J. W. Piston, September 5-10, 1966, "Dose Distribution Functions for Neutrons and Gamma-Rays in Anthropomorphous and Radiological Phantoms," Proceedings of the First International Congress of Radiation Protection, Pergamon Press, Rome, Italy, Volume 2, pp. 1461-1467.

Auxier, J. A., Thorngate, J. H., "Fast Neutron Spectrometry for Radioprotection," Colloquy d'Electronique Nucleaire et Radioprotection, Tome 1, University of Toulouse, Volume 1 of 4, pp. 27.

Auxier, J. A., 1969, "Kerma Versus First Collision Dose:  The Other Side of the Controversy," Health Physics 17:342-343.

Auxier, J. A., K. Becker, "Progress in Luminescence Dosimetry," Science 164:974-978.

Auxier, J. A., "Multi-Laboratory Intercomparisons and Standardizations:  Nuclear Accident Dosimetry Systems," International Atomic Energy Agency, Vienna, IAEA-PL-329/13, pp. 153-164.

Auxier, J. A., H. H. Hubbell, Jr., T. D. Jones, November 11-14, 1969, "Review of Depth-Dose Calculation and Experimentation," Proceedings of the Symposium on Neutrons in Radiobiology, Oak Ridge, Tennessee, CONF-691106, pp. 73-94.

Auxier, J. A., K. Fukushima, S. Fujita, T. Ishimaru, S. Jablon, November 11-14, 1969, "REB of Neutrons in Japanese Survivors," Proceedings of the Symposium on Neutrons in Radiobiology, Oak Ridge, Tennessee, CONF-691106, pp. 547-579.

Johnson, D. R., J. W. Poston, J. A. Auxier, D. G. Brown, W. A. Gramly, W. D. Gibbs, H. D. Hodges, D. R. Davy, "'Total' and 'Exchangeable' Sodium Studies in Swine and Sheep Using Activation Analysis and Isotopic Dilution," Health Physics 18:729-731.

Auxier, J. A., "The Outcry Over Exposure Guidelines," Nuclear Safety 2:456-460.

Jones, T. D., J. A. Auxier, 1971, "Neutron Dose, Dose Equivalent, and Linear Energy Transfer from 252-Cf Sources," Health Physics 20:252-258.

Auxier, J. A., K. Becker, E. M. Robinson, D. R. Johnson, R. H. Boyett, C. H. Abner, 1971, "A New Radon Progeny Personnel Dosimeter," Health Physics 21:126-128.

Auxier, J. A., B. G. Auxier, 1971, "Review of the Story of Radioactivity," Health Physics 21:129.

Jones, T. D., W. S. Snyder, J. A. Auxier, 1971, "Absorbed Dose, Dose Equivalent, and LET Distributions in Cylindrical Phantoms Irradiated by a Collimated Beam of Monoenergetic Neutrons," Health Physics 21:252-272.

Brown, D. G., D. F. Johnson, J. A. Auxier, 1971, "Unilateral and Bilateral Exposure of Swine to Fission Neutrons," Health Physics 21:537-545.

Auxier, J. A., 1971, "Review of Personnel Dosimetry Systems for External Radiation Exposure," International Atomic Energy Agency Technical Report No. 109," Health Physics 21:613.

Auxier, J. A., F. F. Haywood, 1971, "Unusual and Unexpected Radiation Sources," Safety Newsletter of the National Safety Council.

Auxier, J. A., J. H. Thorngate, 1972, "Advances in Dosimetric Instrumentation," American Nuclear Society Transactions 14:408-409.

Auxier, J. A., Z. G. Burson, R. L. French, F. F. Haywood, L. G. Mooney, E. A. Straker, "Nuclear Weapons Free-Field Environment Recommended for Initial Radiation Shielding Calculators," ORNL-TM-3396.

Auxier, J. A., T. D. Jones, 1972, "Local Dose from Neutron Produced Recoil Ions in the Region of a Therapeutic 252-Cf Needle," Radiology 104:187-189.

Turner, J. E., J. A. Auxier, 1972, "Symposium on Radiation Standards and Regulations," Health Physics 23:445-446.

Auxier, J. A., "Concluding Summary," Neutron Monitoring for Radiation Purposes, IAEA, Vienna, pp. 495-498.

Auxier, J. A., "Developments in Neutron Dosimetry for Radiation Protection," Neutron Monitoring for Radiation Protection Purposes, IAEA, Vienna, IAEA-SM-167/26, Volume 1, pp. 3-12.

Auxier, J. A., R. O. Chester (Editors), 1972, "Report of the Clinch Valley Study," May 15-June 2, 1972. ORNL-4835.

Auxier, J. A., D. J. Christian, T. D. Jones, G. D. Kerr, P. T. Perdue, W. H. Shinpaugh, J. H. Thorngate, "Contribution of Natural Terrestrial Sources to the Total Radiation Dose to Man." ORNL-TM-4323 (Ph.D. Thesis - Georgia Institute of Technology).

Jones, T. D., J. A. Auxier, W. S. Snyder, G. G. Warner, 1973, "Dose to Standard Reference Man from External Sources of Monoenergetic Photons," Health Physics 24:241-255.

Perdue, P. T., W. H. Shinpaugh, J. H. Thorngate, J. A. Auxier, 1974, "A Convenient Counter for Measuring Alpha Activity of Smear and Air Samples," Health Physics 26:114-116.

Auxier, J. A., W. H. Shinpaugh, G. D. Kerr, D. J. Christian, 1974, "Preliminary Studies of the Effects of Sealants on Radon Emanation from Concrete," Health Physics 27:389-391.

Auxier, J. A., P. T. Perdue, W. H. Shinpaugh, J. H. Thorngate, 1963, Determination of Radon in Air, U.S. Patent No. 3,805,070.

Jones, T. D., J. A. Auxier, J. S. Cheka, G. D. Kerr, 1975, "In Vivo Dose Estimates for A-Bomb Survivors Shielded by Typical Japanese Houses," Health Physics 28:367-381.

Auxier, J. A., 1976, "Respiratory Exposure in Buildings Due to Radon Progeny," Health Physics 31:119-125.

Auxier, J. A., "Physical Dose Estimates for A-Bomb Survivors - Studies at Oak Ridge, U.S.A.," Journal of Radiation Research 16, Supplement:1-11.

Auxier, J. A., 1976, "Studies Directed Toward the Spatial Resolution of the Distribution of Plutonium in Bone," Health Effects of Plutonium and Radium, Webster, S. S. Jee (Ed.), The J. W. Press, Salt Lake City.

Auxier, J. A., 1976, ICHIBAN: Radiation Dosimetry for the Survivors of the Bombings of Hiroshima and Nagasaki, ERDA Prestige Series.

Auxier, J. A., 1977, "Need for Improved Standards in Neutron Personnel Dosimetry," National Bureau of Standards Special Publication 493, Proceedings of the International Specialists Symposium on Neutron Standards and Applications, held at the National Bureau of Standards, Gaithersburg, Maryland, March 28-31, 1977.

Auxier, J. A., 1977, "Radiation Safety," Twenty-Fourth National Conference on Campus Safety, Monograph No. 39, Safety Monographs for Schools and Colleges, University of Hawaii at Manoa, Honolulu, Hawaii, June 9-16, 1977, pp. 58-60.

Auxier, J. A., 1977, "The Regulatory Pendulum, or, a Matter of Common Sense...," American Industrial Hygiene Association Journal (38), December, 1977.

Auxier, J. A., 1977, "Brief Synopsis of Symposium," IAEA International Symposium on National and International Standardization in Radiation Dosimetry, Atlanta, Georgia, December 5-9, 1977.

Auxier, J. A., 1978, "A Brief Synopsis of the Symposium," National and International Standardization of Radiation Dosimetry, Volume II, International Atomic Energy Agency, Vienna.

Auxier, J. A., C. D. Berger, C. M. Eisenhauer, T. F. Gesell, A. R. Jones, M. E. Masterson, October 1, 1979, "Report of the Task Group on Health Physics and Dosimetry," Presidents Commission on the Accident at Three Mile Island.

Jones, T. D., D. G. Jacobs, J. A. Auxier, G. D. Kerr, 1979, "Risk of Cancer Based on Promotion from Cytotoxicity," Proceedings of a Conference on Neutrons from Electron Medical Accelerators (H. T. Heaton, II and R. Jones, Eds.) NBS Special Publication 554.

Eichholz, G. G., J. W. Poston, M. F. Fair, J. A. Auxier, May 1980, "Cost-Benefit Effects of Conversion to SI Units in Health Physics," Oak Ridge National Laboratory, Oak Ridge, Tennessee, NUREG/CR 1419; ORNL/NUREG-68.

Auxier, J. A., W. F. Ohnesorge, June 1980, "Gamma Exposure Rates Due to Neutron Activation of Soil:  Site of Hood Detonation, Operation Plumbbob," Oak Ridge National Laboratory, ORNL/TM-7406.

Auxier, J. A., K. Z. Morgan, 1983, "Radiation, Ionizing: Detectors and Portable Survey Instruments," Encyclopedia of Occupational Health and Safety, Volume II, ILO, Geneva, 1983.

Auxier, J. A., H. W. Dickson, 1983, "Guest Editorial:  Concern Over Recent Use of the ALARA Philosophy," Health Physics 44:95-600.

Auxier, J. A., 1987, "The Windscale Accident," AMA Radiation Conference, Washington, D.C.

Auxier, J. A., C. D. Berger, J. R. Frazier, R. T. Greene, B. R. Thomas, December 1987, Radiological Emergency Manual for Livestock, Poultry, and Animal Products, U.S. Department of Agriculture, Animal and Plant Health Inspection Service.

Auxier, J. A., 1989, "The Role of the Expert Witness", Radiation Research 117:178-180.

**JOHN A. AUXIER, Ph.D., CHP** _____ **13**

Lloyd, R. D., J. A. Auxier, 1989, "How Science Can Contribute to the Legal Process", Health
    Physics 56:929-932.

Numerous ORNL Internal Publications

ATTACHMENT 2

QUALIFICATIONS OF DR. JOHN R. FRAZIER

My name is John R. Frazier, Ph.D., and I am a Senior Radiological Scientist with Auxier & Associates, Inc., in Knoxville, Tennessee. My area of expertise is health physics and radiation safety. My academic degrees include a B.A. in physics, an M.S. in physics, and a Ph.D. in physics, with emphasis in health physics. I have over 20 years of professional experience in health physics, primarily in the areas of radiation detection and measurement, external radiation dosimetry, internal dosimetry, bioassay, radiation dose assessments and dose reconstructions, and radiation protection standards and regulations. I have received Comprehensive Certification by the American Board of Health Physics and I am a member of the American Academy of Health Physics. My further qualifications and experience as a health physicist are detailed in my Curriculum Vitae (attached).

# JOHN R. FRAZIER, Ph.D., CHP

*Professional Qualifications*

Dr. Frazier has over 20 years of health physics experience in external and internal dosimetry, environmental dose assessment, radiation risk assessment, radiation spectroscopy, health physics training, bioassay, radiation detection and measurement, and radiological site characterization. Numerous federal agencies including the Nuclear Regulatory Commission (NRC), Environmental Protection Agency (EPA), U.S. Department of Agriculture (USDA), U.S. Department of Defense (DOD), and U.S. Department of Justice (DOJ) have sought his advice on a wide range of health physics and radiation protection topics from operational health physics program design to environmental radiation dose and risk assessments. He has also served as a consultant to private companies and individuals on numerous health physics issues. Dr. Frazier has made various presentations on introductory and advanced health physics and radiation protection topics for professional society meetings, student groups, and public interest forums. His publications are in the areas of fundamental interactions of radiation with matter, radiation detection instrumentation, radiological site assessments, and external and internal radiation dosimetry.

*Education*

> Ph.D., Physics, University of Tennessee, Knoxville, Tennessee; 1978.
>
> M.S., Physics, University of Tennessee, Knoxville, Tennessee; 1973.
>
> B.A., Physics, Berea College, Berea, Kentucky; 1970.

*Registrations/Certifications*

> Certification by the American Board of Health Physics in 1981; recertified through 2001.

*Experience and Background*

1993 -
Present
> *Senior Radiological Scientist, Auxier & Associates, Inc., Knoxville, Tennessee.*
> Dr. Frazier serves as senior consultant on radiation protection issues for private companies and government agencies. He performs assessments of internal and external radiation exposures, environmental radiation doses and radiological risks from occupational and environmental exposures. He also performs evaluations and assessments of all aspects of operational radiation protection programs.

Dr. Frazier serves as technical advisor to organizations that perform environmental radiological assessments and risk assessments and that provide occupational radiation protection services in government and industry.

1986 – 1993
*Senior Radiological Scientist, Nuclear Sciences, IT Corporation, Knoxville, Tennessee.*
Dr. Frazier served as senior radiological scientist and technical manager of the health physics consulting group within IT. He was responsible for health physics professional services provided by IT for federal, state, and local agencies, contractors, and private companies. These services included development of all aspects of the health physics programs for nuclear facilities, technical assessments and evaluations of existing health physics programs, and environmental and occupational radiation dose assessments. He served as technical advisor and task manager for radiological aspects of remedial investigations and feasibility studies (RI/FSs). He also served as manager and technical director for specific projects in areas that included design and implementation of environmental monitoring and sampling programs, assessment of operational health physics programs, and radiation dose and risk assessments for occupational exposures and environmental releases. Previous responsibilities included serving as senior technical consultant for upgrading Environmental Health and Safety Programs at the Department of Energy Rocky Flats Plant, Oak Ridge National Laboratory, and the Oak Ridge Y-12 Plant.

1980 – 1986
*Health Physicist, Oak Ridge Associated Universities, Oak Ridge, Tennessee.*
Dr. Frazier developed and coordinated Oak Ridge Associated Universities (ORAU) health physics training programs. He taught health physics and radiation protection courses for several hundred students each year at ORAU Professional Training Programs. He developed new lectures, laboratory exercises, and training materials for health physics training for the Nuclear Regulatory Commission, Department of Energy, and corporate clients. In addition to his training responsibilities, Dr. Frazier served as division health physicist for the Manpower Education, Research, and Training Division of ORAU. He served as technical consultant to federal and state agencies, other training institutions, and ORAU clientele on environmental, health and safety issues. He evaluated radiation measurement and radiation protection instrumentation equipment.

1978 – 1980
*Chief Radiation Physics Section, Bureau of Radiological Health, Rockville, Maryland.*
Dr. Frazier supervised research and support activities of a staff of seven health physics professionals and technicians. He planned and implemented radiation research projects pertaining to ionizing radiation detection/ measurement. He scheduled personnel requirements in accordance with the scope of such projects. He coordinated support for external radiation dosimetry by the Radiation Physics

Section for all other branches in the Division of Electronic Products.  He supervised and performed multi-point calibrations of radiation detection/ measurement instruments per month.  Dr. Frazier also assisted in planning radiation dosimetric surveys of large numbers and types of ionizing radiation sources to reduce population exposure.  He coordinated environmental radiation dosimetry for extended geographical areas using external radiation dosimeters.

1977-    *Research Physicist, Bureau of Radiological Health, Rockville, Maryland.*
1980     Dr. Frazier calibrated X-ray detection/measurement instruments.  He maintained radiation calibration secondary standards traceable to the National Bureau of Standards.  He evaluated new X-Ray detection/measurement instruments with radio-frequency fields under controlled environmental conditions and a wide range of ionizing radiation fields.  He also developed external radiation dosimetry techniques with both active and passive dosimeters.

*Awards/Activities*

Elda E. Anderson Award, Health Physics Society, 1988
Senior Technical Associate, IT Corporation, 1988
Distinguished Technical Associate, IT Corporation, 1990

*Professional Affiliations*

Health Physics Society (Plenary Membership; Board of Directors, 1992-1995;
    Treasurer-Elect, 1997; Treasurer, 1998-1999)
American Academy of Health Physics (Secretary, 1996-1997)
East Tennessee Chapter of the Health Physics Society (Past President)
International Radiation Protection Association (Plenary Membership)

*Publications*

Dr. Frazier has prepared or contributed to over 100 reports and publications in the fields of health physics and environmental science.

*List of Publications*

Frazier, J. R., "Negative Ion Resonances in the Fluorobenzenes and Biphenyl" Ph.D. Dissertation, University of Tennessee, Knoxville, Tennessee, 1987.

JOHN R. FRAZIER, Ph.D., CHP                                                      4

Frazier, J. R., "Low-Energy Electron Interactions with Organic Molecules: Negative Ion States of Fluorobenzenes," Journal of Chemical Physics, Vol. 69, No. 3807, 1978.

Frazier, J. R., "Performances of X-ray Measurement Instruments in RF Fields," HEW Publication (FDA) 78-8065 Rockville, Maryland, 1978.

Frazier, J. R., "A Dosimetry System for Evaluating Chest X-Ray Exposures," HEW Publication (FDA) 79-I 107, 1979.

Film Badge Dosimetry in Atmospheric Nuclear Tests, National Academy Press, Washington, D.C., 1989.

## Exhibit 1
## Map Showing Location of CDII Air Monitor APC-56
### (from RAC Report No. 1 CDPHE-1997-Final, p. III-20)

**APC-56**



Figure III-13. Map of eastern part of Rocky Flats industrial area, showing location of Colorado Department of Health Samplers D-1 through D-5. A physical description of all the CDH air sampler locations near Rocky Flats is given in Table III-4. This map was obtained from a report by Michels (1972) and shows features relevant to that study.

**Exhibit 2**
**Map Showing Location of Air Monitor S-18**
(from RAC Report No. 1 CDPHE-1997-Final, p. III-62)



Figure III-39. Location of offsite (perimeter) air samplers in 1971. Note the
sample locations and numbers were different than they were in 1986 (Figure
III-36).

Exhibit 3

## Composition of Total Long-Lived Alpha Activity
## For Locations Near the 903 Pad



☐36%

☒64%

☐Plutonium   ☒Other

Exhibit 4

## Map Showing Location of Offsite Air Monitors





Exhibit 5

Plutonium in Air at CDH Station APC-56, 1969-1970
(With Lognormal Fit)

▲ Station APC-56 (monthly)

— Lognormal Fit

Concentration (fCi/m³)

Standard Deviations from the Median

$y = 1.2222e^{0.9736x}$
$R^2 = 0.9499$



Exhibit 6

Plutonium in Air
Goble Prediction for Sector 4B, 1969-1970
Compared to On-Site Measurements

fCi/m3



Gobel's Opinion on Sector 4B Plutonium in Air
Compared to Measurements Made in 1969 and 1970 at Station APC-56

Exhibit 7



Exhibit 8

Goble Sector 4B Respirable Plutonium Estimates
And Observed Mean Long-Lived Alpha At S-18



Exhibit 9

Predicted and Measured Pu-239 in Air
In Sector 4B After 1970



Exhibit 10

Goble Predictions of Plutonium in Air in Sector 4B, 1965-1970
Before and After Correction for Deposition Velocity (Vd)



Exhibit 11

Plutonium in Air
Adjusted Goble Prediction for Sector 4B, 1969 -1970
Adjusted for Deposition Velocity and Compared to On-Site Measurements



Exhibit 12

Goble's Estimate of Sector 4B Resp. Plutonium in Air
Compared to Measurements Made at Station APC-56 and to
Estimates Made with Goble's Program Using a Modified Deposition Velocity

ATTACHMENT 3

AEC Manual Chapter 0550
August 29, 1957

ADVANCE COPY

TN-0000-190

U. S. ATOMIC ENERGY COMMISSION
AEC MANUAL

TRANSMITTAL NOTICE

Revision:   Chapter 0550   CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

1.  Attached is revised Chapter 0550 which supersedes Chapter 0550 dated
    February 26, 1954 and Chapter 0522 dated February 26, 1954.  An
    appropriate section on Industrial Health will be added when it has
    been developed and approved.

2.  This Chapter was revised for the purpose of consolidating in one
    Chapter the codes and standards for health, safety, and fire protec-
    tion to avoid duplication between Chapters and to update the informa-
    tion given.

3.  The principle changes are:

    a.  Section 0550-01, Purpose and Scope, has been revised to include a
        statement on how the codes and standards affect AEC licensees,
        particularly where an AEC contractor also performs work under a
        license.

    b.  Section 0550-03, Responsibility, has been revised to make clear
        where the demarcation is between Headquarters' and Operations
        Office' responsibilities.

    c.  Section 0550-05, Basic Standards, Guides, Codes and Regulations
        for Radiation Protection, has been added to incorporate a pre-
        viously proposed revised draft of Chapter 0522, Basic Standards
        for Radiation Protection.

    d.  Section 0550-06, Basic Standards for Health Protection, has been
        added to establish the basic standards for the protection of
        health from toxic materials.

    e.  Section 0550-07, Basic Guides for General Environmental Sanitation,
        has been added to establish those codes, standards, and regulations
        which shall be followed in maintaining a satisfactory level of
        sanitation.

4.  Please file this Chapter to replace the superseded ones in Part 0500 of
    your AEC Manual.

R. W. Cook
Deputy General Manager

Dated August 29, 1957

ADVANCE COPY

ADVANCE COPY

## U. S. ATOMIC ENERGY COMMISSION
### AEC MANUAL

| | |
|---|---|
| Volume   0000 General Administration | AEC 0550-01 |
| Part     0500 Health and Safety | OPSFP&EMEP |

### Chapter 0550   CODES AND STANDARDS FOR HEALTH, SAFETY, AND FIRE PROTECTION

## 0550-01  Purpose and Scope

* The purpose of this Chapter is to specify minimum codes and standards that shall be used as basic guides for protection of AEC and AEC contractor personnel from excessive exposure to ionizing radiations, for physical aspects of health, safety, and fire protection, and for safe working prac- tices.  They are applicable to design, construction, operation, or pro- tection activities conducted by AEC personnel or performed for AEC by contractors whose health and safety programs are of direct concern to the AEC.  In those instances where an AEC contractor is also an AEC licensee, the contract relationship will not exempt him from compliance with AEC regulations and the terms of his license.  Accordingly, such contractor- licensee normally will be obligated to conduct his radiation protection activities under his license in accordance with AEC regulation 10 C.F.R., Part 20 "Standards for Protection Against Radiation". *

## 0550-02  Policy

021 * Applicability of Codes and Standards. * The codes and standards specified in this Chapter (Sections 0550-04, -05, -06, and -07, below) cover the major problems of health, safety, and fire protection.  The level of performance established by these codes and standards shall serve as a guide in problems not covered directly.  Standards employed by Operations Offices shall meet nationally recognized standards, where these exist. *

022 * Changes to Existing Facilities. * It is not intended that exist- ing physical facilities be arbitrarily changed to comply with the codes and standards specified.  Rather, these standards shall be fully consid- ered when weighing the desirability of changes, and when a program of modification or replacement has been determined. *

023  Supplemental Guides.  Guides to supplement those listed herein will be developed by AEC and distributed separately on subjects that cannot be covered by reference to recognized existing codes.  (For example, several presently in effect are Municipal Fire Protection, Industrial Fire Protection, ------and operators of Federal Motor Vehicles.)

ADVANCE COPY

AEC 0550-03

CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

0550-03  Responsibilities.

*031  Heads of Offices and Divisions, Headquarters, are responsible for ensuring compliance with the requirements of this Chapter by AEC employees and Operations Offices under their jurisdiction.

*032  Managers of Operations are responsible for interpreting and applying the specified codes and standards used as basic guides and for determining that a level of performance in health, safety, and fire protection is maintained consistent with the intent of these guides for those operations under their jurisdiction.*

0550-04  Basic Guides for Safety and Fire Protection

The codes, standards, and regulations listed below shall be considered minimum requirements.  The latest edition (including supplements when such exist) should be followed.  (Publications marked with Symbol # are available from the Superintendent of Documents, Government Printing Office, Washington 25, D. C.)

   a.  AMERICAN SAFETY STANDARDS (ASA)

      These standards include codes prepared or sponsored by numerous organizations such as American Society of Mechanical Engineers, Illuminating Engineering Society, Association of American Railroads, and the National Bureau of Standards.  They should be used primarily for physical aspects of safety, and for specifications of equipment.

      Special attention is called to SAFETY CODE FOR BUILDING CONSTRUCTION, ASA, A10.2.  This code, or other accepted codes conforming with the requirements of this code, shall be used as a reference in contracts covering construction work. Accepted codes are:

         1.  U. S. Corps of Engineers' Safety Requirements, -----

         2.  Minimum Safety Requirements, Oak Ridge Operations,-----, and

         3.  State codes which provide equal or greater protection than A10.2.  These are:

            (a)  California - Construction Safety Orders.

            (b)  Idaho - Minimum Safety Standards and Practices for the Building and Construction Industries, Code 2.

            (c)  Washington - Department of Labor and Industries Safety Code and Amendments-----.

Revised:  August 29, 1957              TN-0000-190

ADVANCE COPY

ADVANCE COPY

AEC 0550-04 k                                    CODES AND STANDARDS FOR HEALTH,
                                                 SAFETY, AND FIRE PROTECTION

_____

      k.  CIVIL AERONAUTICS BOARD CIVIL AIR REGULATIONS (SEE TITLE 14,
          PART 49, C.F.R.)#
          - - - - - - - - -

      l.  RAILWAYS

          Railroad operations shall be consistent with operating regula-
          tions of the connecting railway company.

If there are differences between the foregoing codes and standards and State
or local codes, the requirements providing the greater protection shall govern.

* 0550-05   Basic Standards, Guides, Codes, and Regulations for Radiation
            Protection

The basic standards, guides, codes, and regulations listed below shall be
considered minimum requirements.  The latest edition (including supplements
when such exist) shall be followed.  (Publications marked with Symbol # are
available from the Superintendent of Documents, Government Printing Office,
Washington 25, D. C.)

   * 051   Basic Standards of Performance in the protection of personnel from
excessive exposure to ionizing radiations are based on National Committee
on Radiation Protection and Measurement (NCRP) recommendations.

          a.  NBS 1/ 52, "Maximum Permissible Amounts of Radioisotopes in the
          Human Body and Maximum Permissible Concentrations in Air and Water",
          NCRP. #

          b.  NBS 59, "Permissible Dose from External Sources of Ionizing
          Radiation."

          c.  National Committee on Radiation Protection and Measurement
          recommendations for Maximum Permissible Radiation Exposures to Man,
          dated January 8, 1957, appended to AEC Manual Chapter 0524, Per-
          missible Levels of Radiation Exposure (to be published).

   * 052   Guides and Codes for Radiation Protection

          a.  National Bureau of Standards (NBS) Handbook numbers:

             1.  NBS 42, "Safe Handling of Radioactive Isotopes",
                 NCRP. #

             2.  NBS 48, "Control and Removal of Radioactive Contamination
                 in Laboratories", NCRP. #

_____

1/  National Bureau of Standards (NBS) Handbooks publish NCRP recommendations.

Revised:  August 29, 1957              ADVANCE COPY              TN-0000-190

ADVANCE COPY

CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

AEC 0550-04 b

b.  NATIONAL FIRE CODES - 5 Volumes (NFPA)

Use for safety and fire protection information on flammable
liquids, gases, chemicals, and explosives; dust explosions, static
electricity; building exits; extinguishing and alarm equipment.
The NATIONAL ELECTRICAL CODE is included in this group of standards.

c.  UNIFORM BUILDING CODE (PC)

Use for building design, construction, quality of materials,
use and occupancy, location and maintenance, except where these
features are specifically covered by other safety and fire pro-
tection codes and standards listed herein.  (See Section 0550-08,
below.)

d.  MANUAL SHEETS (MCA)

CHEMICAL DATA SHEETS (MCA)

Use for chemical information such as properties, shipping
containers, storage, handling, waste disposal, and health hazards
and their control.

e.  INTERSTATE COMMERCE COMMISSION REGULATIONS FOR TRANSPORTATION
OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES (SEE TITLE 49, PARTS
71 TO 78, C.F.R.)# -----

* These regulations apply specifically to interstate transporta-
tion, but there are many provisions on parts and accessories that
are recommended as excellent guides for any operation.*

f.  BOILER CONSTRUCTION CODE - 8 Sections (ASME)

Use for boiler and pressure vessel operation, maintenance,
inspection, and test.

g.  TRAFFIC ENGINEER'S HANDBOOK (ITE)

h.  MANUAL ON UNIFORM TRAFFIC CONTROL DEVICES FOR STREETS AND
HIGHWAYS (FRA)

i.  MOTOR VEHICLE INSPECTION MANUAL (AACSC)

j.  LISTS OF INSPECTED APPLIANCES, EQUIPMENT AND MATERIALS (UL)

Recommended as a guide in purchasing equipment, appliances,
and materials which incorporate adequate safeguards against
accident and fire.

Revised: August 29, 1957

TN-0000-190

ADVANCE COPY

CODES AND STANDARDS FOR HEALTH,                    AEC 0550-052 & 3
SAFETY, AND FIRE PROTECTION

---

3.  NBS 49, "Recommendations for Waste Disposal of Phosphorus 32 and Iodine 131 for Medical Users", NCRP. #

4.  NBS 51, "Radiological Monitoring Methods and Instruments", NCRP. #

5.  NBS 53, "Recommendations for the Disposal of Carbon 14 Wastes", NCRP. #

6.  NBS 54, "Protection Against Radiations from Radium, Cobalt 60, and Cesium 137", NCRP. #

7.  NBS 55, "Protection Against Betatron-Synchrotron Radiations up to 100 Million Electron Volts", NCRP. #

8.  NBS 56, "Safe Handling of Cadavers Containing Radioactive Isotopes", NCRP. #

9.  NBS 58, "Radioactive Waste Disposal in the Ocean", NCRP. #

10.  NBS 60, "X-ray Protection", NCRP. #

b.  American Standards Association (ASA)

ASA Z54.1, "Safety Code for Industrial Use of X-rays".

c.  Title 10, Chapter 1, Code of Federal Regulations, Part 20, Standards for Protection Against Radiation. These regulations apply only to AEC licensees (see 0550-01). Copies may be obtained from the Director, Division of Civilian Application, Headquarters.

053  Regulations Applicable to Transportation of Radioactive Materials. Transportation of radioactive materials is subject to the provisions of:

a.  Chapter 5201 of the AEC Manual.

b.  Code of Federal Regulations: #

1.  Title 49, Parts 71-78, Interstate Commerce Regulations.

2.  Title 14, Part 49, Civil Air Regulations.

3.  Title 46, Parts 146-147, U. S. Coast Guard Regulations.

c.  U. S. Postal Regulations as detailed in "Postal Manual, U. S. Post Office Department." #

Revised:  August 29, 1957

ADVANCE COPY

ADVANCE COPY

AEC 0550-053 d

CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

d.  AEC "Handbook of Federal Regulations Applying to Trans-
portation of Radioactive Materials." # This handbook is
intended to serve as a guide in locating, understanding, and
applying current Federal Regulations governing shipment of
radioactive materials by land, water, or air.*

0550-06  Basic Standards for Health Protection

Basic standards for the protection of health from toxic materials are
established by the Hygienic Guide Series published by the American
Industrial Hygiene Association. These standards are specified in the
recommendations for maximum atmospheric concentrations and permissible
safe exposure of individuals to toxic materials. The Hygienic Guide
Series also provides guidance on approved practices, procedures, and
methods pertinent to the protection of health from toxic materials.*

*  0550-07  Basic Guides for General Environmental Sanitation

The codes, standards and regulations listed below shall be considered
minimum requirements.  The latest edition (including supplements when such
exist) should be followed.  (Publications marked with Symbol # are avail-
able from the Superintendent of Documents, Government Printing Office,
Washington 25, D. C.)*

*These standards include codes prepared or sponsored by several organizations,
namely, The American Water Works Association (AWWA); The Public Health
Service (PHS) of the U. S. Department of Health, Education and Welfare
(formerly the USPHS); and The American Public Health Association (APHA).  In
addition, there are the regulations of intra-state or inter-state water
pollution control authorities and the public health codes of individual
states.

a.  Accepted guides for the protection of water supplies are:

1.  Public Health Service drinking water standards.  Public
Health Reports 61:371 (1946).  Reprint No. 2697. #

2.  Manual of recommended water-sanitation practice.  Public
Health Service Bulletin No. 296, 1946. #

3.  Manual of Water Quality and Treatment.  AWWA 2nd Edition
(1951).

4.  Standard Methods for the Examination of Water, Sewage and
Industrial Wastes.  AWWA, APHA, and Federation of Sewage
and Industrial Wastes Associations.  10th Edition 1955.

Revised:  August 29, 1957

TN-0000-190

ADVANCE COPY

CODES AND STANDARDS FOR HEALTH,                     AEC 0550-07 a 5.
SAFETY, AND FIRE PROTECTION

     5.  Sanitation manual for public ground water supplies.
       Public Health Reports 59:137-177 (1944). Reprint 2539. #

     6.  Individual Water Supply Systems - Recommendations of the
       Joint Committee on Rural Sanitation. PHS Pub. No. 24
       Rev. 1950. #

     7.  AWWA Standards and Specifications for Water Supply,
       Treatment, Distribution System, and Storage Equipment,
       Materials and Procedures.

b.  Disposal of liquid wastes to ground and surface waters shall
be in accordance with State Public Health codes and the regulations
of intra-state or inter-state water pollution control authorities;
except that the requirements for the disposal and release of
licensed material shall be in accordance with the provisions of
Title 10, Chapter 1, Code of Federal Regulations, Part 20,
Standards for Protection Against Radiation.  These regulations
(10 CFR 20) apply only to AEC licensees (see 0550-01).

c.  Codes which establish standards of sanitation for eating and
drinking establishments are:

     1.  State and local Public Health Codes, and

     2.  PHS Ordinance and Code Regulating Eating and Drinking
       Establishments, Publication No. 37 (1943), #

d.  The accepted sanitation guide for swimming pools is,
"Recommended Practice for Design, Equipment and Operation of
Swimming Pools and Other Public Bathing Places" (APHA 1949). *

0550-08   Sources of Supply for Codes and Regulations

  (AACSC)  American Association of Casualty and Surety Companies,
  60 John Street, New York, N. Y.

   *(AIHA)  American Industrial Hygiene Association, 605 North
  Michigan Ave., Chicago 11, Ill. *

  *(APHA)  American Public Health Association, 1790 Broadway,
  New York 19, N. Y. *

  (ASA)  American Standards Association, 70 E. 45th Street,
  New York 17, N. Y.

ADVANCE COPY

ADVANCE COPY

AEC 0550-08
CODES AND STANDARDS FOR HEALTH,
SAFETY, AND FIRE PROTECTION

(ASME)  American Society of Mechanical Engineers,
29 W. 39th Street, New York 18, N. Y.

* (AWWA)  American Water Works Association, 521 Fifth Avenue,
New York 17, N Y. *

(ITE)  Institute of Traffic Engineering, Strathcona Hall,
New Haven 11, Conn.

(MCA)  Manufacturing Chemists' Association, Inc. 606 Woodward
Building, Washington 5, D. C.

(NBS)  National Bureau of Standards, Conn. Ave. & Van Ness
Streets, Washington 25, D. C. (obtain NBS Handbooks from GPO)

(NFPA)  National Fire Protection Association, 60 Batterymarch
Street, Boston 10, Mass.

(NSC)  National Safety Council, 425 N. Michigan Avenue,
Chicago 11, Ill.

(PC)  Pacific Coast Building Officials Conference, 124 W. 4th
Street, Los Angeles, Calif.

(PRA)  Bureau of Public Roads, U. S. Department of Commerce,
18th and F Streets, N. W., Washington 25, D. C.

(UL)  Underwriters' Laboratories, Inc., 207 E. Ohio Street,
Chicago 11, Illinois.

Revised:  August 29, 1957                    TN-0000-190

ATTACHMENT 4

NCRP Radiology, Vol. 68,  pp. 260-1
1957

*Radiology 68 (1957)*

# MAXIMUM PERMISSIBLE RADIATION EXPOSURES TO MAN

## A Preliminary Statement of the National Committee on Radiation Protection and Measurement

Since the publication of *NBS Handbook 59* on Permissible Dose from External Sources of Ionizing Radiation, the National Committee on Radiation Protection and Measurement (NCRP) has continued the study and review of its recommendations, particularly with respect to genetic effects and the possible shortening of average life expectancy due to radiation exposure of a larger fraction of the population. The NCRP proposals resulting from these studies had an important influence on the decisions reached by the International Commission on Radiological Protection (ICRP) in Geneva in April 1956, which resulted in a general lowering of the maximum permissible accumulated dose (MPD) for occupational radiation exposures, as well as for exposures of the population as a whole. These changes are in accord with the informal agreements reached by the ICRP in Stockholm in 1952.

The NCRP has now agreed upon the formulation of revised recommendations on maximum permissible doses which integrate the national and international views for practical application. The Committee is pleased to note that the findings of the ICRP are reinforced by the important information and data provided in the subsequent reports of the National Academy of Sciences and the British Medical Research Council.

The changes in the accumulated MPD are not the results of positive evidence of damage due to use of the earlier permissible dose levels, but rather are based on the desire to bring the MPD into accord with the trends of scientific opinion; it is recognized that there are still many uncertainties in the available data and information. Consideration has also been given to the probability of a large future increase in radiation uses. In spite of the trends, it is believed that the risk involved in delaying the activation of these recommendations is very small if not negligible. Conditions in existing installations should be modified to meet the new recommendations as soon as practicable, and the new MPD limits should be used in the design and planning of future apparatus and installations. Because of the impact of these changes and the time required to modify existing equipment and installations, it is recommended on the basis of present knowledge that a conversion period of not more than five years be adopted within which time all necessary modifications should be completed.

### DEFINITIONS

For the purposes of this preliminary statement, the following tentative definitions are given.

*Controlled Area.* A defined area in which the occupational exposure of personnel to radiation or to radioactive material is under the supervision of a radiation safety officer. (This implies that a controlled area is one that requires control of access, occupancy, and working conditions for radiation protection purposes.)

*Workload.* The output of a radiation machine or a radioactive source integrated over a suitable time and expressed in appropriate units.

*Occupancy Factor.* The factor by which the workload should be multiplied to correct for the degree or type of occupancy of the area in question.

*RBE Dose.* RBE stands for relative biological effectiveness. An RBE dose is the dose measured in rems. (This is discussed in the forthcoming report of the International Commission on Radiological Units and Measurements.)

### MPD RECOMMENDATIONS FOR OCCUPATIONAL CONDITIONS (CONTROLLED AREAS)

1. *Accumulated Dose.* The maximum permissible accumulated dose, in rems, at any age, is equal to five times the number of years beyond age eighteen, provided no annual increment exceeds 15 rems. Thus the accumulated MPD = 5 (N-18) rems where N is the age and greater than eighteen. This applies to all critical organs except the skin, for which the value is double.

2. *Weekly Dose.* The previous permissible weekly whole-body dose of 0.3 rem, and the thirteen-week dose of 3 rems when the weekly limit is exceeded, are still considered to be the weekly MPD with the above restriction for accumulated dose.

3. *Emergency Dose.* An accidental or emergency dose of 25 rems to the whole body, occurring only once in the lifetime of the person, shall be assumed to have no effect on the radiation tolerance status of that person. (See *NBS Handbook 59.*)

4. *Medical Dose.* Radiation exposures resulting from necessary medical and dental procedures shall be assumed to have no effect on the radiation tolerance status of the person concerned.

### MPD RECOMMENDATIONS FOR THE WHOLE POPULATION

5. The maximum permissible dose to the gonads for the population of the United States as a whole from all sources of radiation, including medical and other man-made sources, and background, shall not exceed 14 million rems per million of population over the period from conception up to age thirty, and one-third that amount in each decade thereafter.