# SUPPLEMEMENTAL EXPERT REPORT
# REGARDING ENVIRONMENTAL RELEASES
# AT THE ROCKY FLATS PLANT

Prepared by:

John R. Frazier, Ph.D., CHP
Auxier & Associates, Inc.
9821 Cogdill Road, Suite 1
Knoxville, Tennessee  37932

Prepared for:

Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

August 6, 2004

**Introduction**

This report has been prepared at the request of attorneys with Kirkland & Ellis, counsel
for defendants in the matter of Merilyn Cook, et al., v. Rockwell International
Corporation and The Dow Chemical Company (U.S. District Court – Colorado, Case No.
90-K-181). This report serves as a supplement to the Expert Report of Dr. John A.
Auxier (Auxier & Associates, Inc.) that was submitted on November 25, 1996, and
addresses specific topics that have arisen since the 1996 Expert Report and that are
relevant to the environmental releases from the Rocky Flats Plant (RFP).

**Review of Relevant Documents Published Since 1996**

Since submission of the November 25, 1996 Expert Report I have reviewed numerous
additional documents pertaining to environmental releases at the RFP. The attached list
of documents contains specific published information that I have reviewed since the 1996
Expert Report. The information contained within those documents does not conflict with
the statements and opinions contained in the 1996 Expert Report. Furthermore, the
information in the listed reports is consistent with the statements and opinions of the 1996
Expert Report. I have also reviewed the annual environmental monitoring reports for
RFP since 1996. Those reports are available on the RFP internet site at www.rfets.gov. I
have found nothing within those reports that change the statements or opinions in the
1996 Expert Report.

**Publications of the International Commission on Radiological Protection (ICRP)
Since 1996**

There have been 18 reports of the ICRP issued since the November 25, 1996 Expert
Report. A list of those reports is found on the ICRP internet site [www.icrp.org]. The
specific reports of the ICRP since 1996 (Publication No. 75 through No. 92) do not
introduce information that conflicts with the statements or conclusions of the November
25, 1996 Expert Report. Most of the information contained in those ICRP reports is not
relevant to matters pertaining to the RFP in this case. Consideration of the ICRP reports
issued since 1996 does not lead to any changes in the opinions presented in the 1996
Expert Report.

**Federal Standards for Radionuclides and Radiation Protection**

No new or revised Federal standards have been issued since the November 25, 1996
Expert Report that are applicable to radioactive materials at or near the Rocky Flats Plant
or to radiation doses to members of the public from operations at DOE facilities. The
Federal standards for plutonium in environmental media that were listed in the 1996
Expert Report have not changed or been replaced since the issuance of that report.

## Air Sampling Locations at the Rocky Flats Plant

The results of air sampling and air monitoring at the RFP and in the surrounding environment were discussed extensively in the November 25, 1996 Expert Report. Those results and the statements and conclusions regarding the air sampling/monitoring data have not changed from the 1996 Expert Report. The appropriateness of the locations of environmental air samplers/monitors at and near the RFP has been addressed by others [ASI 1991; RMUCER 1992]. The conclusion of the reports that considered the appropriateness of the locations of the RFP environmental air samplers/monitors is that those monitors were in locations that would give representative measurements of airborne radioactive materials that could have originated from the RFP. I concur with the findings of those reports as they relate to the placement of environmental air samplers/monitors at the RFP.

## Plutonium in Offsite Soil

Concentrations of plutonium exceeding background concentrations have been measured in soil on some properties near the Rocky Flats Plant (RFP). The above-background concentrations of plutonium are reported to have originated from releases from the RFP. A detailed review of data pertaining to radionuclides in soil in the surrounding environment of the RFP was reported in "Final Report Evaluation of Environmental Data for Historical Public Exposures Studies on Rocky Flats Task 4: Evaluation of Environmental Data Revision 1" [Rope 1999].

The primary isotope of plutonium released from the RFP is plutonium-239 (Pu-239), with Pu-240 as a secondary isotope. Measurement of Pu-239 in soil includes the contribution of Pu-240 in the soil; results of laboratory analysis for Pu-239 in soil are thus reported as Pu-239/240. All concentrations of Pu-239/240 in soil on offsite properties as reported by the RAC study [Rope 1999] are much less than one (1) picocurie (pCi) per gram (g) [i.e., ‹1 pCi/g]. For comparison, the report indicates that background concentrations of Pu-239/240 in surface soil range from 0.008 pCi/g to 0.1 pCi/g [Rope 1999].

The chemical form of plutonium in soil is plutonium oxide ($PuO_2$) and it is present as extremely small particles [Rope 1999]. The physical size of one (1) pCi of $PuO_2$ is an invisible particle (microscopic) having an equivalent spherical diameter of approximately 1.4 microns (where a micron is one millionth of a meter). [For comparison, the diameter of a human hair is approximately 40 microns and the diameter of a human red blood cell is approximately 7 microns.] Soil that contains plutonium at less than 1 pCi/g would have a microscopic volume of $PuO_2$ per gram of soil (as the physical diameter of the $PuO_2$ at such low concentrations would be less than 1.4 microns).

Numerous studies have been performed to determine the distribution of plutonium in soil for all depths below the surface of the ground. Samples of soil from various depths were collected and analyzed by radiochemical methods in laboratories to determine the concentration of plutonium in each sample. Those studies are reviewed and summarized in the 1999 report by RAC. The RAC report concludes that plutonium concentrations are

highest within a few centimeters of the ground surface, decrease exponentially beneath the ground surface, and are generally indistinguishable from background concentrations at a depth of 15 centimeters in undisturbed soil. The report notes that 90 percent or more of the plutonium contamination is within the top 12 centimeters of soil in offsite areas investigated.

## Removal of Plutonium From Soil

Location and separation of the extremely small particles of plutonium from soil at low concentrations (less than a few pCi/g) is not technically practical. Soil screening instrumentation and methods lack the needed sensitivity at concentrations less than a few pCi/g. The only way that very low concentrations of plutonium (e.g., less than 1 pCi/g) in soil can be removed from land is to remove the soil that contains the plutonium.

If one were to attempt to remove greater than 90 percent of above-background plutonium from affected offsite properties in the vicinity of the RFP one would need to remove the top 12 centimeters (or more) of soil from those properties. Such removal would correspond to excavating, transporting, and disposing of over 600 cubic yards of soil per acre of land. As soil has a density of roughly one ton per cubic yard, removal of 12 centimeters of soil would equate to over 600 tons of soil per acre of land remediated. The process of excavating, transporting, and disposing of this soil would remove valuable surface soil, cause unnecessary damage to the local environment, present transportation risks to the public, and cost hundreds of thousands of dollars per acre. The result of such remediation would not produce any measurable or demonstratable benefits to the health of anyone on or near the remediated properties. In fact, the overall health risks to the public would be increased as a consequence of the large number of trucks that would be required to haul the excavated soil on public highways.

John R. Frazier, Ph.D., CHP

august 6, 2004

Date

# Documents Reviewed

Advanced Sciences, Inc. (ASI) 1991. *Air Surveillance Network Siting Study Rocky Flats Plant Site.,* Lakewood, Colorado. December.

Grogan, H.A., P.D. McGavran, K.R. Meyer, H.R. Meyer, H.J. Mohler, A.S. Rood, W.K. Sinclair, P.G. Voillequé, and J.M. Weber. 1999. *Technical Summary Report for the Historical Public Exposures Studies for Rocky Flats Phase II.* RAC Report No. 14-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. September.

Grogan, H.A., W.K. Sinclair, and P.G. Voillequé. 2000. *Assessing Risks of Exposure to Plutonium. RAC* Report No. 5-CDPH-RFP-1998-FINAL(Rev.2). *Risk Assessment Corporation*, Neeses, South Carolina. February.

Grogan, H.A., W.K. Sinclair, and P.G. Voillequé. 2001. "Risks of Fatal Cancer from Inhalation of [239,240]Plutonium by Humans: A Combined Four Method Approach with Uncertainties." *Health Physics* 80: 447–461.

Grogan, H.A., W.K. Sinclair, and P.G. Voillequé. 2002. "Response to Risks of Fatal Cancer for the Inhalation of Plutonium in Humans: A Combined Four Method Approach with Uncertainties" *Health Physics* Vol. 83 (3) p. 404

Grogan, H.A. and W.K. Sinclair. 2002. *Task 4: Assessing the Risks of Exposure to Plutonium from Inhalation and Ingestion – Revision 1.* RAC Report No. 5-CDPHE-2001-FINAL (Rev.1). *Risk Assessment Corporation*, Neeses, South Carolina. May.

Hardy, E.P. and P.K. Krey. 1996. "Plutonium in the Environs of the Former Rocky Flats Plant." *Health Physics* 71 (5): 796.

Killough, G.G., A.S. Rood, J. Weber Aanenson, K.R. Meyer, H.A. Grogan, and W.K. Sinclair. 2000. Task 5: *Independent Calculation,* a report to the Radionuclide Soil Action Level Oversight Panel. *RAC* Report No. 16-RSALOP-RSAL-1999-FINAL. *Radiological Assessments Corporation,* Neeses, South Carolina.

Killough, G.G., J.W. Aanenson, and A.S. Rood. 2002. *Evaluation of Exposures Due to Plutonium Resuspension-Task 3e – 3f: Model Development and Validation.* RAC Report No. 11-CDPHE-2001-Final. *Risk Assessment Corporation,* Neeses, South Carolina. April.

Litaor, M.I., 1999. "Plutonium Contamination in Soils in Open Space and Residential Area near Rocky Flats." *Health Physics* 76 (2): 171–179.

Litaor, M.I. and L. Allen. 1996. "Response to Hardy and Krey." *Health Physics* 71 (5): 797–798.

Meyer, H.R., S.K. Rope, T.F. Winsor, P.G. Voillequé, K.M. Meyer, L.A. Stetar, J.E. Till, and J.M. Weber. 1996. *Task 2: The Rocky Flats Plant 903 Area Characterization*. RAC Report No. 2-CDPHE-RFP-1996-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina.

Meyer, K.R. and J.E. Till. 1999. *Characterization of Releases to Surface Water from the Rocky Flats Plant*. RAC Report No.7-CDPHE-1996-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Meyer, K.R., H.G. Grogan, and J.E. Till. 1999. *RAC Responses to Public Questions and Concerns*. RAC Report No.12-CDPHE-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

NCRP. 1997. *Uncertainties in Fatal Cancer Risk Estimates Used in Radiation Protection*. NCRP Report No. 126. National Council on Radiation Protection and Measurements, Bethesda, Maryland.

NCRP. 2001. *Liver Cancer Risk from Internally-Deposited Radionuclides.* NCRP Report No. 135. National Council on Radiation Protection and Measurements, Bethesda, Maryland.

Rocky Mountain Universities Consortium for Environmental Restoration (RMUCER). 1992. *An Independent Review of the Report: Air Surveillance Network Siting Study Rocky Flats Plant Site*. Denver, Colorado. April. (Draft for Review: April 17, 1992.)

Rood, A.S. 1999. *Performance Evaluation of Atmospheric Transport Models*. RAC Report No. 3-CDPHE-RFP-1996-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from Routine Plutonium Releases at the Rocky Flats Plant*. RAC Report No. 8-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. 2002. *Documentation of the Rocky Flats Individual Risk Calculator*. RAC Report No. 4-CDPHE-RFP-2001-FINAL. *Risk Assessment Corporation*, Neeses, South Carolina. April.

Rood, A.S. 2002. *Reanalysis of the 1957 Fire using the CALPUFF Dispersion Modeling System and Suggested Sampling for Model Validation – Task 3a – 3c: Model Development and Validation*. RAC Report No. 12-CDPHE-RFP-2001-FINAL. *Risk Assessment Corporation*, Neeses, South Carolina. April.

Rood, A.S. and H.A. Grogan. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from 903 Area Plutonium Releases at the Rocky Flats Plant*. RAC Report No. 1-CDPHE-RFP-1997-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S. and H.A. Grogan. 1999. *Estimated Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the 1969 Fire at the Rocky Flats Plant*. RAC Report No. 7-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Rood, A.S., G.G. Killough, and J.E. Till. 1999. "Evaluation of Atmospheric Transport Models for use in Phase II of the Historical Public Exposure Studies at the Rocky Flats Plant." *Risk Analysis* 19 (4): 559–576.

Rood, A.S., H.A. Grogan, and J.E. Till. 2002. "A Model for a Comprehensive Evaluation of Plutonium Released to the Air from the Rocky Flats Plant, 1953–1989." *Health Physics* 82 (2).

Rood, A.S. and H.A. Grogan. 2002. *Comprehensive Assessment of Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the Rocky Flats Plant, 1953–1989*. RAC Report No. 13-CDPHE-RFP-1999-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. March.

Rood, A.S. and H.A. Grogan. 2002. *Estimated Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the 1957 Fire at the Rocky Flats Plant*. RAC Report No. 2-CDPHE-RFP-1999-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. March.

Rope, S.K., K.R. Meyer, M.J. Case, H.A. Grogan, D.W. Schmidt, M. Dreicer, T.F. Winsor, and J.E. Till. 1999. *Evaluation of Environmental Data for Historical Public Exposures Studies on Rocky Flats. Final Report. RAC* Report No. 1-CDPHE-RFP-1997-FINAL(Rev. 1). *Radiological Assessments Corporation,* Neeses, South Carolina. August.

UNSCEAR. 2000. *Sources and Effects of Ionizing Radiation*. UNSCEAR 2000 Report to the General Assembly, with Scientific Annexes. Volume II: Effects. United Nations Publication, New York.

Voil, P.G. 1999. *Review of Routine Releases of Plutonium in Airborne Effluents at Rocky Flats*. RAC Report No. 6-CDPHE-RFP-1997-FINAL(Rev.1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voilequé, P.G. 1999. *Review of Routine Releases of Plutonium in Airborne Effluents at Rocky Flats*. RAC Report No. 6-CDPHE-RFP-1998-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voilequé, P.G. 1999. *Estimated Airborne Releases of Plutonium During the 1969 Fire in Buildings 776-777*. RAC Report No. 9-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999. *Estimated Airborne Releases of Plutonium During the 1957 Fire in Building 71*. RAC Report No. 10-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Voillequé, P.G. 1999. *Results of Screening Calculations to Assess the Relative Importance of Rocky Flats Uranium Releases*. RAC Report No. 11-CDPHE-RFP-1999-FINAL. *Radiological Assessments Corporation*, Neeses, South Carolina. August.

Webb, S.B., S.A. Ibrahim, and F.W. Whicker. 1997. "A Three-Dimensional Spatial Model of Plutonium in Soil near Rocky Flats, Colorado." *Health Physics* 73 (2): 340–349.

Weber, J.M., A.S. Rood, H.R. Meyer, and J.E. Till. 1999. *Development of the Rocky Flats Plant 903 Area Plutonium Source Term. Final Report*. RAC Report No. 8-CDPHE-RFP-1998-FINAL (Rev. 1). *Radiological Assessments Corporation*, Neeses, South Carolina. August.