IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## DEFENDANTS' MOTION FOR READING OF JURY INSTRUCTIONS

---

Pursuant to the colloquy that took place on December 9, 2005 (*see* Tr. 7426-28), Defendants respectfully request that this Court read the following instructions to the jury on Monday, December 12:

    3.20 (Damages – Introduction)

    3.21 (Both Claims:  Damages – Actual or Nominal)

    3.22 (Both Claims:  Measure of Actual Damages)

    3.24 (Both Claims:  Matters not Relevant to Determining Actual Damages)

    3.25 (Both Claims:  Affirmative Defense – Setoff)

    3.26 (Both Claims:  Multiple Recovery Prohibited)

Dated: December 12, 2005                    Respectfully submitted,

/s/ John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                   /s/ Kari Knudsen
                                                   Kari Knudsen (legal assistant)