# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Ellen Therese Ahern
To Call Writer Directly:
312 861-2335
eahern@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

September 19, 2005

William F. Weston
3954 Calle Buena Vista
Newbury Park, CA  91320

Re: *Cook, et al. v. Rockwell Int'l, Corp., et al., No. 90-K-181*

Dear Mr. Weston:

You have agreed to act as a consulting expert for the defense of Rockwell International Corporation and The Dow Chemical Company (the Defendants) in the above captioned litigation. You will be compensated at the rate of $200 per hour for your work. You will also be reimbursed for all reasonable and necessary expenses in connection with your work. Under no circumstances are you to disclose any information with respect to your work without prior, express written consent of the Defendants and/or counsel for the Defendants in this litigation. All steps should be taken to keep your work confidential. Your work will be solely to prepare the defense of the above litigation.

Sincerely,

*Ellen Therese Ahern*
Counsel for the Defendants

Ellen Therese Ahern
KIRKLAND & ELLIS, LLP
200 East Randolph
Chicago, Illinois  60601

Acknowledges and agreed to:

*William F. Weston*
William F. Weston

London     Los Angeles     Munich     New York     San Francisco     Washington, D.C.