IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  December 9, 2005            Reporter: Therese Lindblom
                                                    Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                         Merrill Davidoff
                                                                    Louise Roselle

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION      David Bernick
and THE DOW CHEMICAL COMPANY,              Douglas Kurtenbach

Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Thirty-Four**

**8:33 a.m.     Court in session.**

Jury not present.

Discussion regarding exhibits.

Discussion regarding rebuttal testimony during defendants' case.

8:45 a.m.     Jury present.

8:45 a.m.     Defendants' witness, Otto Raabe, sworn.

Direct examination of Dr. Raabe by Mr. Kurtenbach.

Court accepts Dr. Raabe as an expert.

**Exhibits received:  DX-1535 to DX-1540, DX-1551, DX-1545, DX-1550, DX-688, DX-1558, DX-1567**

**10:25 a.m.     Court in recess.**
**10:51 a.m.     Court in session.**

Continued direct examination of Dr. Raabe by Mr. Kurtenbach.

     **Exhibits received: DX-1544, DX-1549A**

11:06 a.m.     Cross examination of Dr. Raabe by Ms. Roselle.

     **Exhibits received: P-1551, P-1550, P-1497**

**12:03 p.m.    Court in recess.**
**1:11 p.m.     Court in session.**

1:14 p.m.      Continued cross examination of Dr. Raabe by Ms.

     **Exhibits received: P-1498, P-1496, P-1541**

     **Exhibit rejected: P-1545, P-965**

2:24 p.m.      Redirect examination of Dr. Raabe by Mr. Kurtenbach.

2:44 p.m.      Jury excused.

Discussion regarding exhibits.

Discussion regarding Rule 50 motion.

**2:51 p.m.     Court in recess.**
**3:03 p.m.     Court in session.**

Jury present.

3:05 p.m.      Summation by Mr. Davidoff.

3:40 p.m.      Summation by Mr. Bernick.

4:14 p.m.      Jury excused.

Discussion regarding instructions to be read to the jury on Monday morning.

Discussion regarding instructions, including stigma instruction.

Discussion regarding witness list.

**4:30 p.m.      Court in recess.**

Time in court - 6:11.

Trial continued.