IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

Defendants.

---

### SECOND ORDER ON PENDING MOTIONS

---

Kane, J.

This matter is before me on the motions listed below.  Having carefully considered each listed motion, all related briefing, the relevant record and all applicable legal authorities, and being fully advised in the premises, I rule as follows:

1.   Plaintiffs' Motion to Compel Discovery from Dr. John Till (Docket #1772), filed December 9, 2005, is GRANTED.

2.   Plaintiffs' Motion in Limine to Limit the Scope of Testimony of Dr. John R. Frazier (Docket #1731), filed December 4, 2005, is DENIED.

3.   Defendants' Motion for Reconsideration of the Court's Order Admitting Plaintiffs' Expert Reports or, in the Alternative, for Clarification (Docket #1729), filed December 4, 2005, is DENIED.

It has also come to my attention that the docket does not reflect my rulings on the following motions:

4.    Defendants' Motion to Exclude Exhibits Sought to be Used by Plaintiffs with Dr. Steven Wing and Related Testimony (Docket #1664), filed November 15, 2005.  This motion was granted in part and denied in part as set forth on the record on November 17, 2005.

5.    Plaintiffs' Motion in Limine Regarding Cross-Examination of Bowman and Lund (Docket #1682), filed November 17, 2005.  This motion was granted in part and denied in part with respect to cross-examination of Mr. Bowman as set forth on the record on November 21, 2005.  The motion with respect to cross-examination of Mr. Lund was mooted as a result of Plaintiffs' decision not to call Mr. Lund in their case-in-chief.  This portion of Plaintiffs' motion is therefore denied without prejudice.

IT IS SO ORDERED.

Dated this 10th day of December, 2005.

S/ John L. Kane
John L. Kane, Senior District Judge
United States District Court