# EXHIBIT A

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


MERILYN COOK, ET AL.          )
                              )
          Plaintiffs,         )
                              )
     -v-                      )  CAUSE NO.
                              )  90-CV-181-JLK
ROCKWELL INTERNATIONAL        )
CORPORATION AND THE DOW       )
CHEMICAL COMPANY,             )
                              )
          Defendants.         )


     The deposition upon oral examination of
SHIRLEY FRY, a witness produced and sworn before me,
Sally Cekander, RPR, Notary Public in and for the
County of Boone, State of Indiana, taken on behalf of
the Plaintiffs at the offices of Cohen & Malad, One
Indiana Square, Suite 1400, Indianapolis, Indiana, on
December 7, 2005, at 10:15 a.m., pursuant to the
Federal Rules of Civil Procedure.

1   A  All right.

2   Q  If you want to take a break at any point, let me

3       know.  And, of course, we need a verbal record as

4       opposed to head nods and shakes and that sort of a

5       thing, so, but I think we're doing just fine, okay.

6           With respect to the pending litigation which

7       I'm going to refer to as Cook versus Rockwell for

8       short --

9   A  Yes.

10  Q  -- have you been told what you're going to testify

11      about?

12  A  I've been given a broad range of subjects that

13      might be raised.

14  Q  Can you list them for me, please?

15  A  Well, they relate primarily to my experience in

16      conducting studies of Department of Energy workers

17      and general experience in occupational radiation

18      epidemiology and my experience in other -- with

19      other populations.

20  Q  What other type of populations?

21  A  Well, I've been involved in studies of Chernobyl

22      follow-up, follow-up of Chernobyl survivors.

23  Q  Any other populations?

24  A  Not actually -- no, not involved in studies, but I

25      have been aware of other populations.

```
 1   A   Just the status of the case.  He briefed me on the
 2       status of the case as of that time.
 3   Q   Okay.  Did he tell you why they were contacting you
 4       in the middle of the litigation?
 5   A   Generally that because of my experience in having
 6       conducted -- been involved in the conduct of worker
 7       studies for DOE through a DOE contractor and my
 8       expertise, areas of expertise in epidemiology and
 9       so on.
10   Q   Okay.  I'm sorry, I don't mean to interrupt you.
11       I'll try not to do that.
12           Did you have any understanding that you were
13       being called in response to any testimony that was
14       being put on by the plaintiffs in the case?
15   A   Well, I understood that Dr. Wing had given
16       testimony and that he had been involved in the same
17       studies, some of the same studies.
18   Q   So was it your understanding that you were being
19       called to respond to Dr. Wing's testimony that was
20       going to be presented in the case?
21   A   In part.
22   Q   What was your further understanding about what you
23       were going to be testifying to?
24   A   Just general background information as an employee
25       of a DOE contractor, how we had conducted the
```

1    studies, what the environment was -- the work

2    environment was, the culture.

3    Q  When you say what the work environment was or the

4       culture, are you referring to the actual DOE

5       facilities, or are you referring to where you

6       worked?

7    A  The environment that we worked in at Oak Ridge

8       Associated Universities as we did -- as we

9       proceeded with the studies.

10   Q  Was that everything that you spoke about during

11      your first telephone conversation?

12   A  I think that was about it.

13   Q  Okay.  When was your next contact with Mr. Poland?

14   A  I have not prepared this, so I don't know dates

15      precisely.  I think there was another phone call in

16      which he indicated that he would like to come to

17      visit to brief me more fully on the case.

18   Q  Okay.  Was anything else discussed other than his

19      potential visit in that conversation?

20   A  Again, just generally -- I don't know whether the

21      trial had resumed at that stage but sort of where

22      things were and the time frame, time frame of

23      things.

24   Q  When you say time frame of things, what are you

25      referring to?

50

1   A   Back to Ireland for good.

2   Q   Oh, Ireland.

3   A   And returned about 18 months later permanently.

4   Q   So that was for good?

5   A   Yeah.

6   Q   And, again, just because I'm interested, where did

7       you live in Ireland?

8   A   In Dublin, outside Dublin.

9   Q   So your first employment in the United States was

10      for the Argonne National Laboratory?

11  A   Yes.

12  Q   And can you just briefly describe for me what you

13      did for the Argonne National Lab?

14  A   At that time Argonne had the responsibility for the

15      follow-up of the radium dial painter cohorts in the

16      United States.  They had all been brought to

17      Argonne.  They had been conducted in different

18      areas, different facilities, locations.  And they

19      had all been brought to Argonne.  Part of that

20      program was the clinical follow-up of tracing and

21      follow-up of that population, and individuals were

22      invited to Argonne for medical examinations.  I

23      along with Dr. Austin Bruce, who was my supervisor,

24      would interview the patients or the participants as

25      to how they had been involved in the radium dial

51

```
 1      industry and their medical history.

 2           I also did coding of medical records for paper

 3      records, coding them for clinical end points that

 4      would be entered into the database for analysis.  I

 5      reviewed a lot of literature in regard to that

 6      study which had been going on for a long time.  It

 7      was really history taking, records review and that

 8      type of activity.

 9   Q  Okay.  And then in 1978 your CV indicates that you

10      moved to the Oak Ridge Associated Universities?

11   A  Yes.

12   Q  And my reading of your CV seems to indicate that

13      you were with Oak Ridge Associated Universities

14      through -- you indicated you retired.  Let me ask

15      you:  When did you retire from Oak Ridge?  When did

16      you retire?

17   A  I retired formally from full-time employment in

18      1995.

19   Q  Would that have been the February 1995 date

20      indicated?

21   A  Yeah, yeah.

22   Q  Okay.  And then that's what I was confused about.

23      You retired in 1995.  And then it seems that you

24      continued with -- it's ORAU is the acronym,

25      correct?
```

1   A   Can I ask you to define what you mean by what I

2       have done?

3   Q   Let me rephrase it for you.  Can you list for me

4       the DOE funded epidemiology research in which you

5       have been involved?

6   A   Well, what was called the Health Mortality Studies

7       of DOE Workers which encompassed studies being

8       conducted that involved workers in the Oak Ridge

9       operations facilities directly and indirectly at

10      other DOE facilities nationwide.

11  Q   What others?

12  A   Los Alamos, Rocky Flats, Hanford.

13  Q   Now, are these the other facilities that you're

14      referencing or are these other epidemiologic

15      studies you've been involved with?

16  A   These are other facilities at which epidemiologic

17      studies have been or were conducted, not

18      necessarily by ORAU epidemiology program.

19  Q   But you were involved in these?

20  A   But it involved in the sense of interacting with

21      the epidemiologists that were conducting studies at

22      those sites.

23  Q   When you say interactive, what does that mean?

24  A   Well, we would meet periodically and discuss

25      scientific issues, epidemiologic issues,

1   Q  Okay.  But when you say chemical exposures, that

2       excludes anything that was radioactive?

3   A  Yes.

4   Q  Can you just briefly describe the study and its

5       results?

6   A  It was the same population that had been looked at

7       for other risk factors.  And, again, the results

8       were equivocal, that there was no definite

9       clear-cut relationship with exposure to chemicals

10      in general or specific ones, which as far as I

11      recall, I would need to look at the study, but they

12      included cutting oils and other industrial

13      chemicals.

14   Q  Okay.  And that was also the American Journal of

15      Industrial Medicine?

16   A  Yes.

17   Q  And was that the first journal it was submitted to?

18   A  As far as I recall, yes.

19   Q  Okay.  Down at the bottom of the page, Gilbert Fry,

20      et al.  Analyses of combined data on workers at the

21      Hanford site, Oak Ridge National Laboratory, and

22      Rocky Flats Nuclear Weapons Plant.  That was, I

23      assume, a radiation-related study?

24   A  Yes.

25   Q  Could you describe the study for me and its

142

1   the study that is reflected in Exhibit No. 1.

2   A   This is a follow-up study of mortality in a

3   previously identified population of white males who

4   were employed at the Oak Ridge National Laboratory

5   between 1943 and 1972 and who have followed up,

6   which means to determine whether they were alive or

7   dead in 1984 based on death certificate

8   information.

9   And their mortality was then -- their death

10   experience, causes of death were compared to both

11   to the general population and then within -- to

12   other workers within the same facility who had not

13   been exposed to radiation or who had lesser low

14   doses of radiation.

15   Q   What was your position at ORAU at the time that

16   this study was conducted?

17   A   I was director of the epidemiology program.

18   Q   Were you also in that position when the study was

19   published?

20   A   I don't believe so.  I think it was about the time

21   I had stepped down.

22   Q   Okay.  What were the results of the study?

23   A   They found a radiation cancer dose response that

24   was considerably higher, ten times higher, in fact,

25   than the estimates from follow-up studies of the A

```
 1        bomb survivors which was unexpected based on
 2        current knowledge of biological interactions of
 3        radiation and the experience of the A bomb
 4        survivors.  And that was the basic bottom line,
 5        that it was much higher relation -- much stronger
 6        relationship than had been expected or based on
 7        previous knowledge.
 8    Q   When you say they found, who are you referring to?
 9    A   I'm referring to Dr. Wing and Dr. Shy.  I think at
10        that time Dr. Wing had just become -- he graduated
11        and got his Ph.D. and Dr. Shy was sort of a co- --
12        this study was physically done at the University of
13        North Carolina in Chapel Hill so that most of the
14        day-to-day preparation the data and the analysis
15        was done at the University of North Carolina, and
16        then we would have the conference calls or
17        meetings.
18            We used to meet with them at the University of
19        North Carolina group, epidemiology group.  We would
20        drive from Oak Ridge and they would drive from
21        Chapel Hill.  We would meet somewhere in the wilds
22        in western North Carolina.  There was a lot of back
23        and forth but the actual analysis of the data was
24        done at Chapel Hill.
25    Q   But when you say they found, does that not include,
```

```
 1        for example, Joy Wood, Susanne Wolf, Donna Cragle,

 2        or Ed Frome?

 3    A   Well, the results were the product of the work of

 4        those individuals, individuals working

 5        collaboratively.  Joy Wood was responsible for the

 6        database, the development of the database, the

 7        technical support for the database.  Susanne Wolf

 8        provided epidemiologic support, verifying data,

 9        checking and that type of thing.  Donna Cragle was

10        my deputy at Oak Ridge, an epidemiologist in her

11        own right trained at the University of North

12        Carolina and had scientific input into the design

13        of the analysis, that type of thing.  And Ed Frome

14        is a biostatistician who was employed -- was a

15        member of the epidemiology group at ORAU, but I

16        believe at this stage had moved to Oak Ridge

17        National Laboratory and worked with our group as a

18        consultant to provide biostatistical.  He was very

19        familiar with the data also.  And so it was a

20        collaborative effort.

21    Q   Were you not working on this collaborative effort?

22    A   Well, other than my role was largely oversight and

23        scientific input into design, methodology, general

24        discussions of epidemiologic issues.  And I saw the

25        data as it was analyzed and discussed it with Steve
```

145

```
 1      and with Donna and Ed.
 2   Q  So typically your name would have appeared on this
 3      article when it was published, correct?
 4   A  Yes.  And it was on the initial draft that I got to
 5      review.
 6   Q  Were the results of the study correct?
 7           MR. POLAND:  Object to the form of the
 8      question.
 9   Q  You can answer.
10   A  The results of the study were as they appear in the
11      publication.  As I mentioned, there was -- everyone
12      was concerned, interested what could explain this
13      large difference over what had been anticipated.  I
14      can't say expected because you have to have an open
15      mind when you're looking at data.  You don't go in
16      with any preconceived notions.  But we knew that
17      this was fairly low exposure and based on what had
18      been determined to that stage by the atomic bomb
19      survivor studies, what the outcomes were there.  So
20      it was a surprise.
21           But I had every faith in Steve as an
22      epidemiologist.  He's a very careful, diligent
23      worker, and he was as concerned as anybody, I
24      think, to get it -- to be sure that what he
25      wanted -- what he was going to publish would stand
```

1    up to scientific review.  And to that end, they had

2    Ethel Gilbert and Ed Frome look at the data,

3    reanalyze it using different approaches.  And it

4    always came out the same way.  So I had every

5    confidence that what was going to be put in the

6    paper was what they were finding, what was being

7    found.

8  Q  Okay.  So is it fair to say that you signed off on

9    the results of the study?

10 A  I signed off on the epidemiology results, yes.

11 Q  And the results of the study were published,

12   correct?

13 A  Yes.  As Steve presented them.

14 Q  And what journal were they published in?

15 A  In JAMA.

16 Q  And you previously indicated that at least the

17   first draft of the article that was submitted to

18   JAMA had your name on it; is that correct?

19 A  No, it wasn't submitted to JAMA.  It was before it

20   was submitted.

21 Q  And it had your name on it?

22 A  Yes.

23 Q  Was your name on the article when it was submitted

24   to JAMA?

25 A  I don't remember that, whether it was or not,

147

```
 1      whether -- it certainly was before it was
 2      submitted.  And I don't know whether I asked to
 3      have it removed after the journal had gone to JAMA.
 4      I'm not sure of the chronology on that.
 5   Q  Your name does not appear on the article, does it?
 6   A  No.
 7   Q  So at some point before the article was published
 8      you did ask that your name be withdrawn or removed?
 9   A  Yes.
10   Q  Why did you ask that it be removed?
11   A  Because after a long discussion with Steve over
12      comments towards the end of the discussion, that I
13      felt that it was not appropriate to include in a
14      scientific paper of this nature that was reporting
15      results, that we beg to differ over whether it was
16      appropriate.  And he felt strongly that the
17      comments needed to be included, and I said that I
18      would rather not have my name on the paper because
19      I didn't think it was appropriate -- it was
20      relevant to the study.
21   Q  Okay.  Will you take a look at Exhibit No. 1 and
22      identify for me the comments that you found
23      objectionable?
24   A  It was generally the comments in the last
25      paragraph.
```

© Ace-Merit, LLC  2005 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

```
 1   Q   Can you tell me what page you're looking at?  I'm
 2       sorry.
 3   A   I'm looking at page 1402, the first column midway
 4       down that paragraph beginning, conversely while
 5       factors other than radiation.  I didn't feel that
 6       it was appropriate in this paper -- it's not that I
 7       didn't agree necessarily agree or disagree with the
 8       comments as standalone.  But I felt that they would
 9       be more appropriate in a different type of paper,
10       not necessarily associated with the results that
11       were being presented.  And then the comments that
12       are in that paragraph roughly beginning with the
13       exposure of workers in this setting.
14   Q   Okay.  Read for me the comments that you find
15       objectionable.
16   A   Well, it's not that I find --
17   Q   Let me withdraw the question.  I understand.  I
18       misspoke.  Read for me the comments with which you
19       had concern for inclusion in this paper?
20   A   Beginning in that paragraph, the exposure of
21       workers in this setting and any attending health
22       effects depends upon the historical development of
23       an industry linked to a concentration of resources
24       in military spending which itself has gross health
25       effects.  By providing an alternative to fossil
```

1    fuels for electric power generation, the industry

2    encourages ever increasing energy consumption, a

3    factor in potential health effects of global

4    climate and environmental change.  Additional

5    effects of ionizing radiation from the industry may

6    occur in the surrounding communities, in offspring

7    of workers in the areas where waste products must

8    be isolated in the environment for generations.

9    Use of radioisotopes in medical research, diagnosis

10   and therapy also affects public health.  Further

11   consideration of potential harmful effects of

12   low-dose ionizing radiation -- I think I would end

13   there.

14 Q  Where I'm sorry?

15 A  With affects public health.  Diagnosis and therapy

16   also affecting public health.  And just to

17   reiterate, it's not that I necessarily disagree

18   with those comments.  I just felt that those

19   comments were not appropriate in this particular

20   paper, that that would be much more suitable for

21   discussion in more of a philosophical, sociological

22   paper.

23 Q  So why did you think that they were inappropriate

24   in this type of paper?

25 A  Well, I thought it was raising issues that were not

1    related necessarily to the study that was being

2    reported directly.

3  Q  So it's fair to say that you agreed with the

4    results of the study, if not the discussion,

5    correct?

6  A  Well, I agreed with most of the scientific -- the

7    analytic discussion and the discussion as it

8    related to the study itself, yes.

9  Q  Okay.  How long did you work on the study with

10    Steve Wing?

11  A  Well, Checkoway published in '85 and Steve probably

12    began this in -- began this in '87.  So it would be

13    three -- roughly three years.

14  Q  Do you have any personal animosity towards Steve

15    Wing?

16  A  No, not at all.

17  Q  Have you had any disagreements with Dr. Wing about

18    anything else?

19  A  No.

20  Q  Did you ever make public your disagreement with

21    Steve Wing regarding the inclusion of these

22    comments?  Did you publish anything anywhere?

23  A  No, no.  I had a very high regard for Steve as an

24    epidemiologist.  It was just we had a difference of

25    opinion over those comments.

187

```
 1        it and submitted it to JAMA?
 2   A    Yes.
 3   Q    In your experience or to your knowledge, did any
 4        representative of the Department of Energy ever
 5        suggest or instruct Dr. Wing to change any of the
 6        results of his study that is Exhibit 1?
 7   A    Not to my knowledge.
 8   Q    In your experience, did the Department of Energy
 9        ever require you or any other epidemiologist at
10        ORAU to submit to for review any manuscript before
11        it was submitted for publication to a journal?
12   A    No, not to my -- no, no.
13   Q    And to your knowledge or in your experience, did
14        the Department of Energy ever suggest to you or to
15        any other epidemiologist that you're aware of that
16        they ought to change or alter the results of a
17        study before it was submitted for publication?
18   A    Not to my knowledge, no.
19   Q    Dr. Fry, have you ever engaged in any review of the
20        epidemiology studies of radiation workers in the
21        United States?
22   A    Could you rephrase that or define your term review?
23   Q    Sure.  Have you ever written a paper that
24        investigates the history of epidemiological studies
25        conducted of radiation workers in the United
```

188

```
 1        States?
 2              MS. GEOPPINGER:  I'm going to object to the
 3        form of the question.  You can answer.  I'm
 4        preserving the record.
 5    A   Not investigate.  Summarizes, I would say, the
 6        historical background of the epidemiological
 7        studies.
 8    Q   Could you please explain that?
 9    A   Well, I'm thinking particularly of the paper
10        presented as I gave as a presentation to the
11        American Chemical Society, and it was published in
12        their -- the proceedings, if we can find it.
13    Q   And for the record, Dr. Fry, you are looking at
14        Exhibit No. 2; is that correct?
15              MS. GEOPPINGER:  Yes, it is.
16    A   Yes.  And it's the one with a lot of authors on it,
17        one of the ones with a lot of authors on it.  Here
18        we are.  Studies of health and mortality among
19        contractor employees at the United States
20        Department of Energy, facility, Department of
21        Energy facilities that was published by the
22        American Chemical Society in 1995.  And that was a
23        summary of the health and mortality studies as were
24        being conducted or had been conducted up to that
25        point with the focus on those that had been
```

© Ace-Merit, LLC  2005 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

189

1    conducted under the epidemiology program after

2    Dr. Mancuso but as background gave a brief history

3    of the studies of health of the Department of

4    Energy contractor employee workers from the

5    beginning of the development of the epidemiologic

6    studies.  So it gave a historical background to the

7    main focus of the presentation.

8  Q  And you're listed a co-author of that paper; is

9    that correct?

10 A  I was the first author of that.

11      MS. GEOPPINGER:  Just for the record, it is

12   the last entry on page eight of your CV; is that

13   correct.

14 A  Yes.

15      MS. GEOPPINGER:  Okay, thanks.

16      MR. POLAND:  That's fine.  I have no other

17   questions at this time.

18 REDIRECT EXAMINATION

19 BY MS. GEOPPINGER:

20 Q  And the danger of defendant's counsel asking

21   questions is I always have one or two follow-up

22   questions.  They will be brief, I promise.

23      Dr. Fry, in your discussion of the advisory

24   committee that you just had with Mr. Poland, did I

25   understand you correctly to say that the advisory