# Exhibit A

12/9/2005 Weston, William F

1

```
 1                   IN THE UNITED STATES DISTRICT COURT
 2                       FOR THE DISTRICT OF COLORADO
 3       Case No. 90-K-181
 4       MERILYN COOK, et al.,
 5                 Plaintiffs,
 6       vs.
 7       ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
         COMPANY,
 8
                   Defendants.
 9
10                 DEPOSITION OF WILLIAM F. WESTON, Ph.D.
                              December 9, 2005
11                               Volume I
12
13       APPEARANCES:
14       FOR THE PLAINTIFFS:        DAVID F. SORENSEN, ESQ.
                                    ELLEN T. NOTEWARE, ESQ.
15                                  Berger & Montague, P.C.
                                    1722 Locust Street
16                                  Philadelphia, PA  19103-6305
17       FOR THE DEFENDANTS:        ELLEN T. AHERN, ESQ.
                                    Kirkland & Ellis
18                                  717 Seventeenth Street
                                    13th Floor
19                                  Denver, CO  80202
20
21
22
23
24
25
```

1      FBI, were you interviewed by any other investigators?
2              A     Yes.
3              Q     Who?  From -- you know, what agency?
4              A     A Rockwell team.
5              Q     Who at Rockwell interviewed you?
6              A     I'm not sure who they were.  I don't
7      think they were Rockwell.  It was a Rockwell-sponsored
8      team.
9              Q     Who were they?
10             A     Who were they?  It may have been Lee
11     Foreman.
12                   MS. AHERN:  I would caution you not to
13     reveal privileged communications that you may have had
14     with counsel for Rockwell.  The substance of those
15     communications would remain privileged.
16             Q     (BY MR. SORENSEN)  Do you know who
17     Mr. Foreman is?
18             A     There was -- there is a law firm here in
19     Denver that Rockwell retained, and some of those people
20     were people I talked to.
21             Q     Did you testify before the grand jury?
22             A     No, I did not.
23             Q     Were you ever issued a target letter?
24             A     Yes, I was.
25             Q     When was that?

12/9/2005 Weston, William F

```
1      A    The early nineties, but I don't remember
2  exactly when.
3      Q    What became of that?
4      A    Nothing.  I turned it over to my
5  attorney and --
6      Q    Were you ever informed by the Government
7  that they were not going to indict you, or did you ever
8  get any official communication?
9      A    I don't -- I don't think I ever got any
10 official communication from the Government.
11     Q    So it just kind of faded away?  I don't
12 mean to be facetious.  I'm just trying to understand
13 what happened to it.
14     A    My understanding was that a part of the
15 plea agreement was that no individuals would be --
16 would be targeted.
17     Q    I'm sorry.  Your understanding of the
18 plea agreement was that no individuals would be
19 indicted?  Is that your understanding?
20     A    Yes.
21     Q    Where did you get that understanding
22 from?  An attorney?
23     A    Yes.
24     Q    Okay.  Which -- what's the name of the
25 attorney you're talking about?
```

1     A    No, I don't.
2     Q    Do you know when you got your target
3  letter in relation to the date of the raid?
4     A    Only that it was in the early nineties.
5     Q    Do you remember more specifically
6  whether it was 1990 versus 1991?
7     A    I don't.
8     Q    Do you know who else got target letters?
9          MS. AHERN:  Objection.  Foundation.
10 Calls for speculation.
11         MR. SORENSEN:  I'm just asking if he
12 knows.
13    A    I -- at one time, I knew.  I never knew
14 how many were issued and exactly who was issued them.
15 I thought I knew at one point a couple of other people
16 who had gotten them.
17    Q    (BY MR. SORENSEN)  Who?
18    A    I -- again, this is -- this is
19 information that I think I remember receiving, and I
20 believe one was Ed Naimon and I believe one was Chris
21 Bader.
22    Q    Do you know anyone else who got one?
23    A    I don't think so.  I can't recall that I
24 knew any others.
25    Q    Where did you get this information from?

| | | |
|---|---|---|
| 1 | A | I can't -- I'm not sure. |
| 2 | Q | Do you know whether Mr. Blaha got one? |
| 3 | A | No, I don't. |
| 4 | Q | You don't know one way or the other? |
| 5 | A | I don't know. |
| 6 | Q | Okay. After you received -- let me |
| 7 | start again. When you received this target letter, I |
| 8 | take it you were no longer working at Rocky Flats; |
| 9 | correct? |
| 10 | A | That is correct. |
| 11 | Q | Okay. I was asking you earlier about |
| 12 | these briefings you received having to do with MUF, and |
| 13 | I was a little unclear as to the -- whether some of |
| 14 | these briefings were in written form. Were they? |
| 15 | | MS. AHERN: Objection. Vague. |
| 16 | Q | (BY MR. SORENSEN) Go ahead. |
| 17 | A | I received overhead briefings where I |
| 18 | believe I had a hard copy of that briefing. |
| 19 | Q | Do you know whether these briefings |
| 20 | still exist? |
| 21 | A | Excuse me? |
| 22 | Q | Do you know whether these briefings |
| 23 | still exist? These -- |
| 24 | A | I do not know. |
| 25 | Q | Have you seen them in connection with |

111

12/10/2005 Weston, William F

169

```
 1                    IN THE UNITED STATES DISTRICT COURT
 2                        FOR THE DISTRICT OF COLORADO
 3        Case No. 90-K-181
 4        MERILYN COOK, et al.,
 5                  Plaintiffs,
 6        vs.
 7        ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
          COMPANY,
 8
                    Defendants.
 9
10              DEPOSITION OF WILLIAM F. WESTON, Ph.D.
                         December 10, 2005
11                          Volume II
12
13        APPEARANCES:
14        FOR THE PLAINTIFFS:       ELLEN T. NOTEWARE, ESQ.
                                    Berger & Montague, P.C.
15                                  1722 Locust Street
                                    Philadelphia, PA  19103-6305
16
          FOR THE DEFENDANTS:       ELLEN T. AHERN, ESQ.
17                                  Kirkland & Ellis
                                    717 Seventeenth Street
18                                  13th Floor
                                    Denver, CO  80202
19
20
21
22
23
24
25
```

12/10/2005  Weston, William F

1       MS. AHERN:  Object to the form of the
2  question as vague.
3       A    In -- in reviewing the document briefly,
4  but I hope somewhat thoroughly, I didn't see anything
5  at this point that I would disagree with.
6       Q    (BY MS. NOTEWARE)  Okay.  Before we turn
7  to that, I want to ask you a question -- a couple
8  background questions.  You received the target letter
9  before or after this interview took place in June of
10 1989?  It was much later; right?
11      A    I think it was much later, yes.
12      Q    And the target letter meant that you
13 were a subject of an investigation and could have been
14 indicted; correct?
15      A    That was the way it was explained to me,
16 yes.
17      Q    And did you retain your separate
18 counsel, Mr. Maurella, before or after you received the
19 target letter?
20      A    I believe it was before.
21      Q    Now, turning back to this document,
22 Plaintiffs' Exhibit 7, the second paragraph -- well, in
23 the first paragraph of the document, you were asked
24 whether the Building 771 incinerator -- that's the same
25 thing as the SNM incinerator that was the subject of

12/10/2005  Weston, William F

```
 1    other fashion.
 2              Q    (BY MS. NOTEWARE)  You said yesterday
 3    that you were aware of some newspaper reports about the
 4    grand jury, but that you didn't really follow those
 5    newspaper reports?  Is that fair to say?  That was
 6    after you left Rocky Flats.
 7              A    After I left Rocky Flats, I tried to not
 8    review anything I didn't have to about Rocky Flats.
 9              Q    Did you ever become aware that,
10    according to Westword magazine and the grand jury
11    report that they released, that the grand jury had
12    intended to indict you if you -- you personally,
13    Mr. Weston, if the case hadn't been settled through
14    plea negotiation?
15              MS. AHERN:  Can we stop here for a
16    moment?  I want to object to any question with regard
17    to that grand jury report as being violative of the
18    Court's --
19              MS. NOTEWARE:  Right.  But he can still
20    answer the question at this deposition.
21              MS. AHERN:  I'm just saying for the
22    purpose of discovery, it's fine.  I object to the
23    substance of it ever being introduced at trial.
24              MS. NOTEWARE:  I can't rule on that,
25    so ...
```

12/10/2005  Weston, William F

```
 1              MS. AHERN:  I know.
 2              MS. NOTEWARE:  Thanks for noting it.
 3              MS. AHERN:  I also want to object to any
 4    specific question with regard to the prospect of
 5    indicting Mr. Weston as being personally harassing, but
 6    we can go forward.
 7         Q    (BY MS. NOTEWARE)  Okay.  Just answer
 8    the question.
 9         A    I -- while I was aware that there
10    were -- there came information -- information came out
11    of the grand jury in some fashion or another, I never
12    looked at it.  I didn't want to look at it.  If my name
13    was in it, I didn't know.
14         Q    So you didn't know?
15         A    I didn't know.  I didn't want to know.
16         Q    If I showed you the article, you'd say,
17    Boy, I've never seen this before?
18         A    I would be amazed if I had read it.  I
19    knew there were articles out there.
20         Q    Is today the first time you heard that
21    the Westword article had said that the grand jury had
22    intended to indict you?
23         A    I don't know.  If I heard it, I don't
24    remember it, but it doesn't necessarily surprise me.  I
25    just -- I know I didn't read that stuff.
```