# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DEFENDANTS' PROFFER WITH RESPECT TO THE TESTIMONY OF WILLIAM WESTON**

---

I. **Dr. Weston's Testimony as a Fact Witness at Trial**

Dr. Weston will testify about the following topics:

1. <u>Education, background, employment</u>

    (a) Hired by Dow Chemical Company in June 1975 and worked for Dow for one day before Rockwell became the new contractor

    (b) Worked for Rockwell International from June 1976-December 1989

2. <u>Work history at Rocky Flats</u>

    (a) Research Physicist (1975-1977): nuclear research and development

    (b) Program Management (1977): managed advanced grade weapons R&D program, including much design safety

    (c) Head of Plutonium Fabrications in 707 (1980-81): involved with plutonium pit manufacturing, production operation, troubleshooting; became familiar with use and handling of plutonium, R&D

    (d) Resource Management (Early 1980s): involved with production control, industrial engineering, budgeting, R&D; controlled inventory and production, facilities management to get production back on schedule, and strategic planning

    (e)    Director of Safeguards and Materials Management (Early 1980s): responsible for production control, safeguards, material control and accountability for Special Nuclear Material, inventory process, and determination of plutonium content in various forms for inventory process; investigated Rocky Flats MUF history; involved in DOE reviews

    (f)    Director of Plutonium Operations (Mid 1980s): responsible for recovery operations, waste operations, regulatory compliance (including RCRA), departments that perform daily inventories; oversight over plutonium recovery (Bldg 771, 371), waste management (Bldg 374, 774), research & development (Bldg 374, 774)

    (g)    Assisting/Acting Plant Manager (Fall 1989)

3.    <u>Application of RCRA at Rocky Flats</u>

    (a)    History of dispute between EPA/CDH and DOE over application of RCRA at Rocky Flats

    (b)    Resolution of some of those disputes in the July 31, 1986 Compliance Agreement

    (c)    Efforts by Rockwell and DOE to comply with RCRA and the Compliance Agreement once it was signed

    (d)    Difficulties encountered by Rockwell and DOE in attempting to comply with RCRA and the deadlines in the Compliance Agreement

    (e)    The Waste Stream Characterization Study conducted by Rockwell as a result of the Compliance Agreement

4.    <u>FBI raid allegations and plead counts</u>

    (a)    Overview of raid allegations and plea counts

    (b)    Building 771 incinerator

        (i)    Location and operation of the incinerator

        (ii)    Incinerator was designed for recovery of Pu residues

        (iii)    Responses to Lipsky and Avery allegations that incinerator burned during the shutdown

        (iv)    Responses to Avery testimony about problems in Building 771

    (c)    Building 776 fluidized bed incinerator

        (i)    Location and history of fluidized bed incinerator

      (ii)    Fluizided bed incinerator had test burns, but never operated

      (iii)    Response to Lipsky allegations re operation of fluidized bed incinerator

  (d)    Pondcrete/Saltcrete

      (i)    Process for making pondcrete/saltcrete

      (ii)    Storage of pondcrete and saltcrete on 750 and 904 pads

      (iii)    Condition of pondcrete and saltcrete on the pads

      (iv)    Timeline for the storage of pondcrete/saltcrete outside and their shipment offsite

      (v)    Rockwell's attempts to seek funding to cover pondcrete and saltcrete on the pads

      (vi)    CDH and EPA were notified of the storage of pondcrete and saltcrete on the pads

      (vii)    Air monitoring around the 750 and 904 pads

      (viii)    The plea counts relating to pondcrete and saltcrete

  (e)    Solar Ponds

      (i)    Location and operation of the solar ponds

      (ii)    Explanation of transfers between Building 374 and the solar ponds

      (iii)    The plea count that relates to these transfers

  (f)    Vacuum filter sludge

      (i)    What vacuum filter sludge is and how/where produced

      (ii)    Timeline for the production, storage and permitting of vacuum filter sludge

      (iii)    The plea count that relates to vacuum filter sludge

5.    <u>Tiger Team Report</u>

  (a)    What the Tiger team was and what they did

  (b)    Conclusions of the Tiger Team report

  (c)    Rockwell's response to the Tiger Team report

6. <u>MUF</u>

    (a) Rocky Flats historical MUF

    (b) Contributors to MUF

    (c) Contractor efforts to address MUF

    (d) Measurement capabilities over time

    (e) Challenges to measuring Pu in waste and holdup

    (f) Contractor inventory control practices (e.g., physical inventories)

    (g) DOE scrutiny and investigation of MUF issues

    (h) How MUF was and was not used by the contractor

    (i) Careful and extensive records and documentation kept in course of inventory control

7. <u>Criticality</u>

    (a) Dr. Weston's criticality safety experience at Rocky Flats

    (b) Discussion of the Scientech Report

    (c) There was never a criticality at Rocky Flats

## II. Dr. Weston's Testimony as a Fact Witness in Other Litigation Involving Rockwell

Dr. Weston's testimony as a fact witness in the areas discussed above is no different from his testimony as a fact witness in prior litigation involving Rockwell:

| Litigation | Issues |
|---|---|
| Sierra Club Lawsuit (affidavit) | RCRA regulatory dispute relating to use of 771 incinerator and handling of plutonium residues |
| Rockwell v. United States (deposition testimony; trial testimony) | Contract dispute with DOE over Rockwell fees relating to pondcrete and other waste storage/handling issues |
| Stone Lawsuit (deposition testimony; trial testimony) | False Claims Act lawsuit relating to pondcrete and other waste storage/handling issues |
| Cook Lawsuit (deposition testimony; trial testimony) | Waste handling and storage issues such as Building 771 incinerator, Building 776 incinerator, pondcrete, solar pond transfers, etc., as well as Rockwell's inventory control and criticality safety practices |

Dated: December 12, 2005

Respectfully submitted,

/s/ Stephanie A. Brennan
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


                                        /s/ Courtney Biggins
                                        Courtney Biggins