IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–K-181

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**STATEMENT REGARDING DEFENDANTS' MOTION IN *LIMINE* TO EXCLUDE
TARGET LETTER AND ANY EVIDENCE RELATED TO THAT LETTER
OR ANY INDIVIDUAL INDICTMENT AGAINST DR. WESTON**

To spare the Court the trouble of evaluating defendants' Motion, plaintiffs state that we currently have no intention to cross-examine Dr. Weston about the fact that he received a target letter. However, plaintiffs cannot predict whether this fact will become relevant in light of his testimony. In such an event, plaintiffs will alert the Court and discuss the matter before we affirmatively raise the issue during his testimony.

                              Respectfully submitted,

Dated: December 12, 2005                       /s   Jennifer MacNaughton
                                                Merrill G. Davidoff
                                                Peter Nordberg
                                                Jennifer MacNaughton
                                                BERGER & MONTAGUE, P.C.

1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
*jmacnaughton@bm.net*

Louise Roselle
WAITE SCHNEIDER BAYLESS &
CHESLEY
Central Trust Tower, Suite 1513
Cincinnati, OH 45202
(513) 621-0267

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*