# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

## DEFENDANTS' RESPONSE TO PLAINTIFFS' COUNTER-DESIGNATIONS OF THE TESTIMONY OF GENERAL HAROLD C. DONNELLY
_____

Harold C. Donnelly Deposition Transcript with designations and objections, Exhibit A to Defendants' Response to Plaintiffs' Counter-Designations of the Testimony of General Harold C. Donnelly.