# Exhibit A

This transcript has not yet been checked against videotape and cannot, for that reason, be guaranteed as to accuracy of speakers and spelling. (JPM)

ABC NEWS NIGHTLINE #3542 Air Date: December 20, 1994

# The Most Dangerous Building in America

ANNOUNCER: December 20th, 1994.
   JIM KELLY, former Rocky Flats Worker: It was production, production, production. Safety— safety was a word, it wasn't really practiced.
COKIE ROBERTS: [voice-over] For decades, it produced nuclear weapons to protect the United States.
   ROCKY FLATS OFFICIAL: This is where we manufacture the plutonium pits for nuclear warheads.
COKIE ROBERTS: [voice-over] But, with the cold war over, it has become the enemy.
   RAY GEYER [sp?]: I've seen people with gross amounts of contamination. I've been grossly contaminated. I've had plutonium nitrate leak out from over my head and run down my forehead.
   KAREN PITTS [sp?]: And the liquid squoze up out of the tail of the cut, and it ran down my arm and down my leg, and I spent seven hours have my body deconned.
   MAN [?]: And in unusually blunt language for someone who works at Rocky Flats, he said, "Literally, these are ticking time bombs."
COKIE ROBERTS: [voice-over] Tonight, "The Most Dangerous Building in America," seen from the inside.
ANNOUNCER: This is ABC News Nightline. Substituting for Ted Koppel and reporting from Washington, Cokie Roberts.
COKIE ROBERTS: The case of Karen Silkwood, one young woman contaminated by plutonium, shocked the country when a movie was made about her life, but what's happening now in nuclear weapons plants around the country is more shocking still. Tons of radioactive waste threaten to contaminate not just workers and their plants, but the surrounding environment, as well. Today, the Department of Energy released a plan to clean up plutonium left over from nuclear weapons productions at 13 sites. The most egregious examples of poisonous buildings are at Rocky Flats, Colorado. The situation there is so bad that the Department of Energy has decided there's nothing left to do but tell the truth, say publicly that what happened at Rocky Flats was a terrible mistake. Officials there allowed Nightline cameras inside the plant, and agreed to let us see and hear just how bad it is. Dave Marash has a special three-part report.
   DAVE MARASH, ABC News: [voice-over] The Rocky Flats nuclear weapons plant is where America made the triggers for its hydrogen bombs. Small atomic bombs, these were, their key ingredient plutonium. Today, 41 years and 50,000 nuclear triggers later, the Department of Energy has confessed. Rocky Flats is awash in the leftovers: 14.2 tons of plutonium, one of the world's most toxic substances.
MARK SILVERMAN, Department of Energy: We know, for example, it is in the vents. It's in the ductwork. We know it's in the gloveboxes, in the lathes. We know it's in the walls. We know it's in the floors and the ceilings. We just can't tell you how much is in any given location in a lot of places.
DAVE MARASH: [voice-over] An internal Rocky Flats memo says as much as 1,320 pounds of plutonium may be hidden in duct, pipes, vents and gloveboxes at the plant. This fiber optic journey down one ventilation duct, past its stalactites and stalagmites of plutonium, helped convince the energy department it had a problem at Rocky Flats. Only a minute fraction of more than 400 miles of pipes and ducts have gotten this treatment, and not only have all the pipes not been surveyed, some of them haven't been found yet.
MARK SILVERMAN: Most of the sites had very poor recordkeeping, and in fact, in these and other buildings, we do not have as-built drawings. So a building was built, and then was added on to, and we literally don't know where every pipe is or every line is.
DAVE MARASH: [voice-over] Mark Silverman is half of the top management team at Rocky Flats, the federal half. Anson Burlingame leads the private side for EG&G, the Energy Department's contracted manager at the plant. Both men led Nightline on a rare television tour of some of Rocky Flats's most dangerous places, including building 776, where drums of plutonium waste overflow hallways and spare rooms.
ANSON BURLINGAME, President, EG&G Rocky Flats: They're going to punch a hole in the drum. Any gas in that drum will go through that braided line into these sample bottles.
DAVE MARASH: [voice-over] Like a lot of the more than 5,000 sealed containers of waste at Rocky Flats, this one is suspected of containing a buildup of hydrogen gas, which can rupture a container, scattering lethal plutonium.
ANSON BURLINGAME: He just punched the drum. The samples will be taken to an analytical laboratory to tell us specifically what were the gases, if any, in these drums.
DAVE MARASH: [voice-over] Like an endless game of Russian roulette, these blind tests of packages whose plutonium content cannot be known in advance are an everyday business at Rocky Flats.
   [on camera] The reason there is so much plutonium at Rocky Flats, sitting in so many dangerously inadequate containers, is that when the previous private contractor at the plant, Rockwell International, was first ordered to stop nuclear weapons production and then fired in 1989, they left everything just so.
ANSON BURLINGAME: The 14.2 tons of plutonium, the 30,000 liters of nitric acid containing plutonium, was constantly being moved and processed throughout the plant to execute the site's cold war mission to build

—1—

ID03694

nuclear weapons components. At the time of the shutdown, basically, it coasted to a halt in the middle of a production cycle.

RAY GEYER: And that's one of the greatest risks right now, is that these cans that are stored for five years were not packaged to be stored any longer than a year, at the most, before they would be recycled back into the stream, and I've seen it catch on fire. I don't know what's keeping it from burning right now.

DAVE MARASH: [voice-over] Most affected, says Ray Geyer, who's worked there for 32 years, is building 771, once Rocky Flats's plutonium processing center, and now, says the Energy Department, perhaps the most dangerous building in America.

RAY GEYER: It scares the hell out of me, because I had to clean up after a lot of fires, when plutonium caught on fire in storage. And I hope it doesn't happen today.

DAVE MARASH: [voice-over] Anson Burlingame shares these sentiments, asserting that what's needed is not just an action plan, but immediate action.

ANSON BURLINGAME: We can't just leave these tanks sitting here, filled with nitric acid and plutonium, for an indefinite period. They're potentially unstable. We need to get these liquids out of here and solidified, and any of the solid wastes that are here, we need to have it treated so that it is truly stable and will not be in any continuing degrading condition, such that it could corrode, could produce potential hydrogen gas or other explosive mixtures, would not be a fire hazard.

DAVE MARASH: [voice-over] For all this resolve, Energy Department manager Mark Silverman admits since Rocky Flats's production line closed, there's been more paralysis than progress. In fact, he says, at one site—

MARK SILVERMAN: The regulators kept asking questions. We did 17 volumes of studies, paperwork, over four years, and we didn't clean up a single problem at that site.

DAVE MARASH: [voice-over] Now, he says, that real cleanup is about to begin, a chilling realization has also sunk in.

MARK SILVERMAN: When we start going and doing the cleanup, it's going to be more hazardous and more dangerous for the workers, for the workers, first of all, than when we were in actual operation.

DAVE MARASH: [voice-over] How dangerous is this contaminated plant to visitors? Not very, we were told, because we were short-term visitors. But still, our bodies were frequently checked for exposure to radiation, just in case.

COKIE ROBERTS: The cleanup of Rocky Flats is viewed with skepticism and concern by many of those who work and live near the facility. When we return, in part two of Dave Marash's report, we'll hear from two workers who were exposed to the very worst toxic substances.

[Commercial break]

DAVE MARASH: [voice-over] It was 1954 when Jim Kelly started his 37-year career at Rocky Flats.

JIM KELLY, former Rocky Flats Worker: Well, I think people, from the very beginning, felt that the plant was a very special place. It maintained a very good reputation for a long time, and was always the place to work.

DAVE MARASH: Back in the 1950s and '60s, the hydrogen bomb was seen as the guardian of America's national security. But with so much at stake, Jim Kelly says, output soon erased human health as a priority.

JIM KELLY: It was production, production, production. Safety— safety was a word, it wasn't really practiced. The job was to get the product out the door, and if you got it done safely, okay, and if you didn't, they'd turn their head.

RAY GEYER: A lot of my good friends that I worked with in the '50s and the '60s are real bad ill.

DAVE MARASH: [voice-over] Among the people who worked for decades with Ray Geyer and Jim Kelly, there's a whole catalog of illnesses associates with exposure to radiation or toxic chemicals.

RAY GEYER: They have beryllosis and asbestosis. Several of them have leukemia. Several of them have different forms of cancer. When I go to the retirement luncheons that they hold every— on an irregular basis, I see them, and it really tears you up.

KAREN PITTS: There wasn't a day I didn't work there that somebody wasn't contaminated.

DAVE MARASH: [voice-over] Karen Pitts represents a later generation. Her seven years at Rocky Flats began in 1984. Listen to her story of one of the many times, she says, she was contaminated.

KAREN PITTS: And we were working with some plutonium nitrate solution, and the liquid squoze up out of the tail of the cut and ran down my arm and down my leg, and I spent seven hours having my body deconned.

DAVE MARASH: Do you remember the feeling? Do you remember what ran through your mind as that stuff is spilling down the front of your body?

KAREN PITTS: "Get it off." That's what you're thinking, "Get it off." So you lose your ability to be— you know, vanity, it's gone, I mean, that is gone, you don't care who sees your body, you just want to get it off, and "Scrub me," I mean, that's just it.

DAVE MARASH: Karen Pitts is suing Rocky Flats. Almost every day, she says, she and her fellow workers would debate quitting there. But, she says, once you've worked at Rocky Flats you're stuck there, because your heightened medical risk requires insurance coverage.

KAREN PITTS: I guess after you've been exposed enough you need those kind of benefits, because people do get ill, and not only that, no one will take you. You tell them you worked at Rocky Flats, and they ask you, "You worked with radioactive material?" and they don't want you. You are a health risk. They see cancer written all over you.

DAVE MARASH: [voice-over] Are many Rocky Flats workers just pre-existing medical conditions waiting to be diagnosed? The true answer is, nobody knows,

ID03695

because almost nobody has tried to find out. The major exception? Gregg Wilkinson, whose study of worker health was commissioned by the Energy Department in 1987. He found—
GREGG WILKINSON: That exposures to plutonium are suggestive of increased risks to the leukemias and lymphatic cancers, and also possibly to some digestive cancers.
DAVE MARASH: [voice-over] But when Wilkinson's superiors at the Energy Department read his tentative conclusions—
GREGG WILKINSON: They told me to— to throw out the paper, not to let it get published.
DAVE MARASH: [voice-over] Wilkinson published anyway, but it was years before any follow-up research was done. Meanwhile, danger remains a constant at Rocky Flats, where a portion of the work floor in building 771 is still closed, months after an episode in which a worker draining plutonium-polluted liquids from tanks into these plastic bottles violated all the safety codes by mixing solutions. In doing so, he almost created a cocktail capable of going critical.
ANSON BURLINGAME: Had a criticality occurred, the consequences could have been sufficient neutron exposure to that operator and anyone within the immediate vicinity, it could have been a lethal exposure.
MARK SILVERMAN: In one sense, I'm sort of glad that it happened, because it served as a wake-up call here to reinforce the need to rely on your procedures and not to rely on your process knowledge or your memory of what is there.
DAVE MARASH: [voice-over] Silverman and Burlingame say the swift action in closing down the fluid-draining operation and disciplining the men involved in the accident are proof that things have changed for the better at Rocky Flats. But Ray Geyer insists, things have hardly changed at all.
RAY GEYER: You still have things that are happening that have to be taken care of, and they're still being taken care of, the same way they were. They have to be, because they don't have anything new to replace them with.
COKIE ROBERTS: While there's little disagreement on the dangers within the facility, there's a real debate on the threats posed by Rocky Flats to the environment and people living nearby. That when we return.
[Weapons cleanup: 13 major sites, 29 tons of plutonium (Source: Department of Energy)]
[Commercial break]
DAVE MARASH: This anonymous stretch of asphalt behind me is known at the Rocky Flats plant as the 903 pad, but to Rocky Flats's many critics, this is the launching pad. From here, contaminated groundwater leaked down the ridge towards the plain and the northern and western suburbs of Denver.
JIM KELLY: As an individual worker, I protested, I protested, that that was not right. Those drums were not going to last out on that— on that pad. Well, it wasn't a pad then, it was out on the bare ground.
Dr. GALE BIGGS [sp?]: The barrels, in some cases, rusted and started leaking, and the— the liquids that was in them, the cleaning fluids and stuff, went into the ground, carrying the plutonium with them.
DAVE MARASH: [voice-over] And so began one of the best-known migrations of toxic wastes away from Rocky Flats. It can be traced, says Dr. Gale Biggs, on a map of drainage patterns in the Rocky Flats area.
Dr. GALE BIGGS: Walnut Creek drains down and dumps into the Great Western reservoir, and then Women's Creek comes down and feeds the Stanley Lake reservoir.
DAVE MARASH: [voice-over] Samples from the bottoms of both reservoirs show deposits of plutonium. The plutonium traveled through water and through the air.
KEN KORKIA, Rocky Flats Citizens Advisory Board: The winds are very strong when they come through this corridor, and you can look right through the gap there, on the plants, where the two mountains come across, we see the Indian Peaks behind us, with the snow, comes right down that— through that canyon, is one of the primary areas where the wind just really shoots down.
DAVE MARASH: [voice-over] Rocky Flats officials admit some plutonium dust was blown past the plant perimeter after a huge fire at Rocky Flats in 1957, an event an official of the Atomic Energy Commission told The Denver Post at the time cause, quote, "no spread of radioactive contamination of any consequence."
JIM KELLY: The plutonium caught fire in a dry box in room 180 in building 771 in the middle of the night.
DAVE MARASH: [voice-over] Before the fire was out, it had burned through all of the plant's filters, sending plutonium dust residues that had never been cleaned in four years up the stack.
JIM KELLY: It's out in the atmosphere, it is, out in the environment.
DAVE MARASH: [voice-over] Since 1957, there have been other releases of plutonium and other toxics from Rocky Flats.
Dr. GALE BIGGS: We have just conducted some soil sampling along both Dry Creek and out in the South Platte River valley, and those results have suggested that the plutonium levels do not drop off as you go further away from the plant.
DAVE MARASH: [voice-over] As far as 40 miles from Rocky Flats, you find plutonium dust. Much, much closer, you find people's homes.
[interviewing] Paula, this development here is about how far, as the crow flies, from Rocky Flats?
PAULA ELLOFSON-GARDINE [sp?]: About two miles.
DAVE MARASH: [voice-over] Paula Ellofson-Gardine is an anti-Rocky Flats militant who's lived downwind of the plant for 30 years. She remembers when state guidelines discouraged homebuilding within four miles of the plant's perimeter. Today, homes creep ever close

to Rocky Flats's south fence.

**PAULA ELLOFSON-GARDINE:** That blue line area of concern has slowly disappeared as the developers have continued to lobby the county planning commission.

**DAVE MARASH:** [voice-over] Matching the greed of the developers, says Ellofson-Gardine, has been the ignorance of their customers, homeowners kept ignorant, she says, by state, federal and Rocky Flats officials. An FBI raid in 1989 code-named "Operation Moonglow" turned up a lot of new information about allegedly polluting practices at Rocky Flats. Most of the info went directly to a specially formed grand jury.

**1st GRAND JUROR:** I had nightmares, you know. I couldn't sleep at night, thinking about what I had heard for a whole week in that jury room.

**DAVE MARASH:** [voice-over] This woman was part of the grand jury, and so was this man. He led a unanimous rebellion two years ago against federal prosecutors. They, the grand jurors told ABC News's Catherine Crier, had settled for a controversial plea bargain, rather than indict Rocky Flats officials from both Rockwell International and the Energy Department.

**CATHERINE CRIER, ABC News:** At what point in time did the body decide they wanted to issue indictments?

**2nd GRAND JUROR:** We— questions like that we'd like to answer, and we could be doing 20 years for doing that.

**DAVE MARASH:** [voice-over] Justice Department threats of imprisonment silenced the grand jurors. Even a final investigative report the jurors wrote was censored by the judge. Reporter Ryan Ross broke that story.

**RYAN ROSS:** They thought that anybody who'd committed a crime should have been held accountable for it. They didn't care whether they worked in the federal government, or in the private sector, or high up in the government they were. There were about 12 sections that were taken out of the report. Almost all of them had to do with the conclusions of the jury that the illegal conduct they found that Rockwell had engaged in was continuing to be done under the successor contractor, EG&G.

**DAVE MARASH:** [voice-over] A congressional subcommittee investigated the case of the silenced grand jury in 1992, blasting the Justice Department not only for quashing individual criminal indictments. Most importantly, subcommittee chairman Howard Wolpe concluded, quote, "...the prosecutors bargained away their right to fully and accurately inform the public about the conditions, crimes and activities at the Rocky Flats plant."

The plea bargain not only protected Rockwell International and the Energy Department from grand jury revelations. Ray Geyer says it may shield them from liability for damages suffered by workers.

**RAY GEYER:** It looks like, according to what I've read, it may be very difficult for my co-workers to get any kind of restitution for the damages done to their health because of the global immunity given to Rockwell in that settlement. That is scary.

**DAVE MARASH:** [voice-over] Today at Rocky Flats they say they're focused not on the past, but on the future, and on a possibly unfundable compromise between two impossible solutions.

**MARK SILVERMAN:** We're talking about cleaning up Rocky Flats. You have two extremes. At one end of the spectrum, it's the do-nothing, leave it alone, walk away from it. That's unacceptable. The other end of the spectrum, you have clean it up to the way it was in 1950, before the Atomic Energy Commission got here. That's an area could take 80 years, 90 years, a hundred or more billions of dollars to do it.

**DAVE MARASH:** Mark Silverman's stop-gap solution? Stabilize all the plutonium here, and move the weapons-grade materials inside a single building. He says he can do that, for about a billion dollars, by 1998. As for a more permanent solution, removing everything here to some remote location, that seems pretty remote itself right now. I'm Dave Marash for Nightline, at Rocky Flats, Colorado.

**COKIE ROBERTS:** I'll be back in a moment.
*[Commercial break]*
**COKIE ROBERTS:** Many of us remember the scary schoolroom drills when we huddled under our desks; the danger of the mushroom cloud loomed as all too real. Now, the danger comes to the workers who will have to clean up these plants, and to taxpayers who'll be saddled with an enormous bill. Even as we celebrate the end of the cold war, we're forced to deal with the fact that its legacy will be with us for years to come.

That's our report for tonight. I'm Cokie Roberts in Washington. For all of us here at ABC News, good night.

*Copyright © 1994 American Broadcasting Companies, Inc.*

— 4 —

ID03697