*Radiological Assessments Corporation*
417 Till Road Neeses, South Carolina 29107

*RAC Report No. 8 CDPHE-RFP-1998-FINAL (Rev. 1)*

# FINAL REPORT

## Development of the Rocky Flats Plant 903 Area Plutonium Source Term

Task 2:  Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals

Revision 1
August 1999

Submitted to the Colorado Department of Public Health
and Environment, Disease Control and Environmental
Epidemiology Division, Rocky Flats Health Studies in
Partial Fulfillment of Contract No. 100APRCODE 391

"Setting the standard in environmental health"  **RAC**

*Radiological Assessments Corporation*
417 Till Road Neeses, South Carolina 29107
phone 803.536.4883  fax 803.534.1995



PLAINTIFFS'
EXHIBIT
P-1082
90-CV-181

RAC Report No. 8 CDPHE-RFP-1998-FINAL (Rev. 1)

# FINAL REPORT

## Development of the Rocky Flats Plant 903 Area Plutonium Source Term

Task 2: Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals

Revision 1
August 1999

Contributing Authors
Jill M. Weber, Scientific Consulting, Inc.
Arthur S. Rood, K-Spar Inc.
H. Robert Meyer, Ph.D., Keystone Scientific, Inc.

Principal Investigator
John E. Till, Ph.D., *Radiological Assessments Corporation*

by early 1954. Records from the Waste Disposal Coordination Group indicate that the first drums containing plutonium-contaminated oil were placed in the Mound area in August 1955; however, these may have been hydraulic oils from machinery in plutonium processing areas and not significantly contaminated. Over 1400 55-gal drums were buried in the Mound area through September 1958 (Biles 1970). Biles also stated that twelve, 30-gal drums containing plutonium-contaminated waste were placed in the Mound area. Putzier (1970b) stated that 89 plutonium-contaminated oil drums from Building 776, and 46 from Building 771 were in the Mound area by September 1958. After this time, additional drums were placed at the Mound area but not buried, and they were moved across the road to the 903 Area in July 1959 (Putzier 1970b).

### Excavation of the Mound Area

The Mound area was excavated in 1970, and oil-containing barrels were processed in Building 774. According to the records available, no detectable plutonium contamination was found in these barrels (Biles 1970). Of the 1400–1600 barrels placed in the Mound area, up to 1500 contained organic chemicals, with 135 of those containing oil from the plutonium facility (Putzier 1970b). Reports indicated that many barrels were corroding in 1958 (Bronesky 1977).

### Development of the 903 Barrel Storage Area

After several interim waste-handling methods were used in the early years, the waste barrels began to accumulate "in the SW corner" of the 903 Area in mid-1959 (Biles 1970; Putzier 1970b). There were suggestions that drum storage at the 903 Area began in the mid-1950's, but photographic evidence from mid-1955 is not conclusive. A series of photographs referenced in the text of this report have been included as Appendix A. Photographs from 1959 show two parallel sets of barrel rows in the 903 Area on July 9, 1959. Most of the drums transferred to the 903 Area were 55-gal capacity; some were 30-gal drums (Seed et al. 1971). Not all the drums were full, and perhaps 75% contained plutonium-contaminated oils (Seed et al. 1971). In July 1959, ethanolamine was first added to the barrel oils to reduce internal corrosion (Seed et al. 1971).

A 1962 waste solidification research budget request noted that 50–60% of these drums was corroded, and that the contents were spilling onto the ground (Bronesky 1977). An aerial photo taken August 11, 1962, showed a large number of waste oil barrels tightly packed in the 903 Area. A June 1962 photo shows a drum, tipped on its side for viewing, with weeds penetrating a heavily corroded area on its bottom. Delays in developing solidification technology also resulted from the production emphasis stressed by upper management: work on waste product treatment was viewed as nonproductive.

Leakage from the drums was noted as early as July 1959, although Putzier (1970b) states that "1964 was the first indication that drums were leaking in the field." Funding to construct a building to store the barrels was requested early on, but it was not approved in the site budget. Efforts to develop solidification alternatives for the contaminated oil were also hampered by budget problems as well as technical difficulties including corrosion of stainless steel components (Dow 1974).

Ken Freiburg, a Health Physics Department technician, stated that the closely spaced, stored barrels were corroding from the inside out, and that they were bulging and popping in the

sunlight (Bronesky 1977). A June 1962 photo shows such a distorted drum. Freiburg noted the odor of carbon tetrachloride in the area (Bronesky 1977). Even though leakage and contamination were occurring, Freiburg noted that the (then-current) standards for radioactivity in air "were not being violated," so it was difficult for health physics staff to convince RFP management that a significant problem existed. Atomic Energy Commission (AEC) staff were aware of the contamination, but it does not appear that any serious effort to deal with the problem was initiated at the Agency level.

It proved difficult to deal with leaking drums except individually. Putzier reported that once, when a routine site survey showed contamination from leaky drums, uncontaminated soil was brought in to cover that area. One former employee stated that oil from a leaky drum was once used to suppress dust near the 903 Area.

### Evidence Concerning Barrel Storage Conditions

Drum corrosion and leakage proceeded rapidly during the early 1960s. By 1964, the Health Physics Department's Site Survey Group was reporting soil contamination increases in the 903 Area in weekly reports. In July 1964, evidence of large-scale deterioration of drums was reported. Photographs from 1963–1965 show the area of stored barrels increasing from May 1963 through March 1964 to April 1965.

Many of the drums were packed so tightly that inspecting barrels located toward the interior of the group was not feasible. A retired health physics manager interviewed by *RAC* stated that, "they tried to keep an eye out for leakers," but that they could not see into the tightly packed pile. An April 1965 photograph views the problem from ground level. A perspective of the Plant taken from the west is provided in a January 6, 1966, photograph. The 903 Area is just visible above the twin-stack building toward the lower right side of the photo. Great Western Reservoir is visible in the distance, near the photo's top right corner.

Wildlife contributed to the spread of contamination. One of the health physics personnel, Joe Ferrerese, reported the spread of contamination by rabbits in the early 1960s. A rabbit fence was constructed during 1964. Measurements of killed rabbits showed "grossly" contaminated fur, confirmed recently during a *RAC* interview with a union representative who worked at the 903 Area during the period. Dale Bokowski noted that he and another Rocky Flats worker had trapped two or three live rabbits from around the barrel storage area in 1967. They analyzed lungs, long bones, and livers, with results that were "screaming" with $^{239}$Pu. He believes that the confirming data may have been lost.

### Influence of Wind and Rain

Ferrerese recalled that winds occasionally caused the contaminated soil to become airborne. When this occurred, he halted sampling work in the area. He and another monitor discovered contaminated dirt from the 903 Area at the Rocky Flats site perimeter (Bronesky 1977). A worker involved in the eventual barrel removal noted that, "one evening a dust devil came from the east" and caused measurable contamination on a guard car. Litaor et al. (1995) noted that, "A detailed analysis of wind direction, frequency and average velocity for each direction for a period between 1953 and 1970 suggested that >75% of the winds exhibited a westerly component." He stated that, "The spatial plume of $^{239,240}$Pu and $^{241}$Am clearly followed this wind pattern," and,

**Table II-1. Drums Transferred to 903 Area**[a]

| Source building | Number of drums |
|---|---|
| 444 | 405 |
| 881 | 795 |
| 883 | 165 |
| 771 | 119 |
| 77 | 3245 |
| **Total** | 4729 |

[a] Source: Putzier (1970a).

Oil from the 903 Area drums was transferred into new 55-gal drums during cleanup, and volumes were recorded. Putzier states that 4,826 drums containing repackaged oil were transferred to the plutonium waste processing plant during the cleanup operation. The "difference of 411 drums was attributed to leakage of oil into the soil and some of the drums were not full when first transferred to the field..." (Putzier 1970a). Putzier is apparently comparing the number of new drums (4826) transferred from the 903 Area to the number of drums (5237) he reports were originally delivered to the 903 Area. The difference between these two counts is 411, and this difference is assumed to be due to the fact that a number of barrels were not full (either originally or because of leakage). In summary, 265,430 gal of oil (4826 drums each containing 55 gal) were transferred to Building 774 for processing and 196,460 gal (3572 drums each containing 55 gal) were contaminated with plutonium and the remainder with uranium.

If we assume that the contents of 411 drums leaked to soil, this would amount to approximately 22,605 gal (411 drums each containing 55 gal). However, Don Anderson recalled (Bronesky 1977) that the barrels exhibiting the most leakage were those with uranium-contaminated oils. This leads to difficulty in estimating the quantity of plutonium-contaminated oil leaked to soil based on the (22,605 gal) total leakage (uranium and plutonium-contaminated liquids) inferred from Putzier's estimates.

## Health Physics Department Reports

The Health Physics Department surveyed the ground contamination in the vicinity of the 903 Area following barrel removal and recorded their findings in a series of reports. Health Physics Department staff reported in their June 1968 monthly that, "...some slight contamination spread from the contaminated oil drum storage area by the wind and rain is being experienced. The transfer of the contaminated oil from the area has been completed. The packaging for shipment of the empty drums and pallets should be completed by June 17, 1968. On May 20, 1968, a second shift was added to expedite the cleanup of this area" (Dow 1968, June).

On June 11, 1968, "...a leaking solvent drum being transported by forklift truck from the 903 Area to Building 774 caused significant contamination to the roadway. No personnel or vehicle contamination resulted. The contaminated roadway was reopened to traffic the following day after a seal coat had been applied. A 25-foot grid has been staked out over the 903 contaminated area to facilitate contamination surveys. The area is approximately 550 feet by 475