Case No. 1:90-cv-00181-JLK   Document 1832-3   filed 12/13/05   USDC Colorado   pg 1 of 12

# GAO

United States General Accounting Office

Report to the Ranking Minority Member, Subcommittee on Energy, Nuclear Proliferation, and Government Processes, Committee on Governmental Affairs United States Senate

September 1986

# NUCLEAR ENERGY

# Environmental Issues at DOE's Nuclear Defense Facilities



RESTRICTED--Not to be released outside the General Accounting Office except on the basis of specific approval by the Office of Congressional Relations.

GAO/RCED-86-192      536595      13/1/21

PLAINTIFFS' EXHIBIT
P-1620
90-CV-181

# Executive Summary

| | |
|---|---|
| **Purpose** | The Department of Energy's (DOE) defense operations use and generate toxic, hazardous, and radioactive material that must be handled carefully by workers not only to prevent exposure to themselves, but also to prevent its release into the environment. At the request of the Ranking Minority Member, Subcommittee on Energy, Nuclear Proliferation, and Government Processes, Senate Committee on Governmental Affairs, this report identifies key environmental issues at DOE defense facilities and evaluates the status of DOE's efforts to strengthen its environmental, safety, and health oversight programs. As agreed with the Ranking Minority Member's office, GAO focused its review on nine diverse DOE defense facilities located at seven sites around the nation. |
| **Background** | DOE is responsible for producing nuclear material for weapons and other defense purposes at 18 major sites. It is potentially one of the more dangerous industrial operations in the world. Before many of the current environmental laws were enacted, DOE and its predecessor agencies were guided by internal guidelines and standards and by the Atomic Energy Act of 1954 for pollution and radiation control. Currently, DOE and its operating contractors must comply with environmental laws such as the Clean Water Act and the Resource Conservation and Recovery Act. These laws place strict environmental control on industrial operations through permits for liquid discharges and waste disposal. DOE facilities also must comply with its own requirements in handling hazardous and radioactive material. To ensure compliance with applicable environmental laws and its own requirements, DOE has internal oversight programs. In past reports, GAO has found that DOE's internal oversight programs need to be strengthened and made more independent to ensure that DOE's operations are carried out in a safe and environmentally acceptable manner. |

## Results in Brief



REDACTED

Chapter 1
# Introduction

For over 40 years the federal government has been producing nuclear material for defense purposes. It is potentially one of the more dangerous industrial operations in the world. The operations involve not only the use of a wide variety of toxic and hazardous materials and potentially dangerous chemical processes but also the generation of vast quantities of radioactive material. Controlling nuclear reactions is another important aspect of the overall industrial complex. These operations must be carefully managed to prevent toxic, hazardous, and/or radioactive materials from entering the environment

## Nuclear Operations at DOE's Defense Facilities

The Atomic Energy Act of 1954 (42 U S C 2140 et seq.) established the Atomic Energy Commission and made it responsible for making nuclear material for defense programs.[1] Under this act the Commission had regulatory control over nuclear defense facilities and the material generated.[2] The Energy Reorganization Act of 1974 (42 U.S.C. 5801) abolished the Commission and established the Energy Research and Development Administration (ERDA) with the responsibility of producing nuclear material for defense purposes. ERDA's responsibilities were transferred to the Department of Energy (DOE) pursuant to the Department of Energy Organization Act of 1977 (42 U.S C 7101)

The basic mission of DOE's defense activities is to produce nuclear material for weapons and naval fuel. Research, development, and testing programs for nuclear weapons and power systems is an important part of DOE's basic mission. DOE's defense mission is carried out in numerous complex steps at 18 sites around the nation.[3]

DOE defense operations begin with enriching uranium. This is accomplished at government enrichment plants where uranium-flouride gas is heated and processed to obtain products that have a higher concentration of U-235 (the fissionable isotope of uranium) than is normally found in natural uranium. Uranium that is enriched to about 3 percent U-235 is used in commercial nuclear reactors. Enriched uranium is also used for defense purposes. This enriched uranium is fabricated into

---

[1] The Commission was also responsible for encouraging the development of atomic energy for peaceful purposes

[2] For the most part the facilities were government-owned and operated for the government by contractors

[3] At some of the larger sites, s___.
 ___ :, many different facilities are colocated

nuclear fuel at DOE facilities for use in naval ships and production reactors[4] Production reactors are nuclear reactors whose principal purpose is the production of special nuclear material At these reactors the enriched fuel is irradiated and in the process produces various radioactive materials. Plutonium and tritium are two of the principal products produced for use in nuclear weapons

The next important step in DOE's defense operations is the extraction of usable material from the irradiated fuel. To obtain plutonium, uranium, and other products, DOE uses large reprocessing facilities At these facilities the irradiated fuel from production reactors is dissolved by nitric acid Various radioactive materials, such as plutonium and uranium, are then separated from the acid solution through various chemical processes The plutonium is sent to a facility where it is fabricated into components for weapons Tritium, another important material used for weapons, is extracted from irradiated material in a special facility

DOE's operations, according to DOE officials, reuse as much material as is economically practical. For example, enriched uranium recovered from spent fuel via reprocessing facilities is recycled into new fuel for use again in production reactors Spent fuel from naval ships and even DOE test reactors is reprocessed to recover and reuse the nuclear material it contains. Plutonium is also recovered from waste produced at plutonium solidification and/or fabrication facilities

DOE's defense operations routinely use and generate hazardous and/or radioactive materials Some of the hazardous chemicals include acids, nitrates, various oils, reactive metals (e g., sodium), flouride, heavy metals (e g , mercury), beryllium, and high explosives Exposure to some of these materials in large doses can pose immediate health threats, long-term illness, or even death. As a result, many of these materials must be handled carefully by workers not only to prevent exposure to themselves but also to prevent these materials from being released into the environment.

Some of the radioactive material, because of its lethal levels of radiation and high heat generation, must be handled with special shielded equipment to prevent worker exposure Other material, while much less radioactive, is very toxic and can present a health hazard if inhaled or

---

[4]Enriched fuel is also produced for use in DOE's research reactors

Chapter 1
Introduction

ingested.[5] Because of their long life, many radioactive materials must be carefully stored so that they are not released in the environment Finally, DOE operations also involve controlling nuclear reactions and handling highly fissionable nuclear material, which requires special safety systems and controls. Accidental release of radioactive material in the day-to-day operations of these facilities can also have a detrimental effect on the environment

## Protecting the Environment at DOE's Defense Facilities

It is DOE's policy to conduct its operations in an environmentally safe manner and in compliance with applicable environmental statutes, regulations, and standards DOE orders present the basic environmental policy and program requirements for its operations. These orders include mandatory standards that are imposed by laws as well as DOE's own environmental standards. Importantly, these standards govern air and liquid emissions from DOE operations as well as handling and disposing of waste.

Air emission standards, both radioactive and nonradioactive, are established pursuant to the Clean Air Act (42 U S C. 7401 et seq ) DOE must meet air emission standards established by the Environmental Protection Agency (EPA) under the act. Nonradioactive air emissions standards are generally enforced by states Accordingly, DOE contractors monitor emissions and report any violation to the appropriate state government DOE must also keep air releases of radioactive material to standards established by EPA. DOE contractors measure radioactive air releases and report them to DOE. DOE reports them to EPA

In regard to liquid emissions, DOE, under the Atomic Energy Act of 1954, regulates itself for the amount of radioactive material in liquid releases Accordingly, DOE sets limits on the allowable concentration of radioactive material in liquid discharges that can be released to sanitary sewage systems and water sources outside DOE facilities. DOE requires contractors to monitor water leaving their boundaries to ensure that the amount of radioactivity it contains does not exceed DOE's concentration limits and is as low as reasonably achievable. Nonradioactive liquid releases from DOE facilities are regulated through permits from states pursuant to the Clean Water Act (33 U S.C 1251 et seq ). The act created the National Pollutant Discharge Elimination System (NPDES) whereby states receive authority from EPA to issue NPDES permits for

---

[5]Some transuranic elements—man-made elements that are heavier than uranium—pose unique health concerns if inhaled or ingested

Chapter 1
Introduction

nonradioactive pollutant releases These permits establish (1) discharge limits for pollutants, (2) actions required to control releases, and (3) monitoring requirements

DOE's defense facilities generate both radioactive and hazardous waste Until 1984, DOE self-regulated all its waste activities In 1984, however, a US district court ruled that DOE's hazardous waste was subject to the Resource Conservation and Recovery Act of 1976 (RCRA) (42 U S C 6901 et seq ) While the case involved only one facility, DOE is applying the ruling to all its defense facilities Thus, DOE's handling and disposal of hazardous waste is now subject to EPA regulation. DOE is still self-regulating in the area of radioactive waste  A third category of waste—referred to as mixed waste—includes both radioactive and hazardous material  Regulatory authority for certain types of mixed waste is in question when it contains hazardous material, as defined by EPA under RCRA, and radioactive substances, which are exempt from RCRA  Such waste crosses the regulatory responsibilities of both EPA and DOE

DOE uses a three-tier approach for ensuring that its operations are carried out in an environmentally acceptable manner and in conformance with environmental laws  The first tier is the contractor that actually does the work. The contractor develops its own environmental protection program and periodically checks on its implementation through internal audits and self-appraisals. The contractor has the most direct contact with the actual work and hence has a high degree of responsibility in ensuring that the work is carried out in an environmentally acceptable manner consistent with environmental laws. The second tier is the DOE field office responsible for the contractor's work  Oversight by the field office is directed toward ensuring that the contractor is following DOE's orders, regulations, and policy.

The final tier is oversight by DOE headquarters management  DOE headquarters has numerous ways of maintaining oversight. These include (1) appraising the field office's environmental protection activities, (2) reviewing plans for each field office on how it is going to carry out its respective environmental programs, and (3) reviewing accidents and unusual occurrences that happen at DOE facilities. DOE's program office (e g., Assistant Secretary for Defense Programs) has primary responsibility for ensuring that DOE defense operations are consistent with DOE orders and regulations. DOE also has an Assistant Secretary for Environment, Safety, and Health who, among other things, provides technical advice, carries out appraisals of field offices, and serves as a focal point

Chapter 1
Introduction

for environmental matters While this office, in the past, acted primarily in an advisory role, recent initiatives within DOE are changing its role

On September 18, 1985, the Secretary of Energy announced a number of initiatives to strengthen environmental, safety, and health activities within DOE. Many of these initiatives are aimed at improving environmental protection These include (1) establishing within DOE an office of the Assistant Secretary for Environment, Safety, and Health with a Deputy Assistant Secretary for Environment, (2) revising DOE orders, (3) conducting a comprehensive environmental survey of DOE facilities, and (4) providing greater policy guidance from DOE headquarters in meeting federal and environmental laws

## Objectives, Scope, and Methodology

On April 15, 1985, the Ranking Minority Member, Subcommittee on Energy, Nuclear Proliferation, and Government Processes, Senate Committee on Governmental Affairs, requested that we review how effectively DOE is protecting worker health and the environment at its defense production facilities nationwide. As part of that request, we were asked to focus our work initially and report separately on three defense plants in         In response, we issued two reports—
_____ s (GAO/RCED-86-51FS, Nov 29, 1985), and Environment and Workers Could Be Better Protected At         (GAO/RCED-86-61, Dec. 13, 1985). In the course of our work, we were also asked by the Ranking Minority Member's office to report separately on (1) DOE's status in implementing environmental, safety, and health initiatives announced in September 1985 and (2) DOE's safety analysis review process. Subsequently, we issued two reports—Status of DOE's Implementation of 1985 Initiatives (GAO/RCED-86-68FS, Mar 4, 1986), and Safety Analysis Reviews for DOE's Defense Facilities Can Be Improved (GAO/RCED-86-175, June 16, 1986).

This report, as agreed with the Ranking Minority Member's office, addresses environmental issues at DOE defense facilities and DOE's overall efforts to strengthen its environmental, safety, and health programs. Because it was impractical to review all DOE defense facilities, we agreed with the Ranking Minority Member's office to focus on nine specific DOE defense facilities that reflect the diversity of DOE's defense operations. These operations include nuclear fuel fabrication, production of special nuclear material, reprocessing of nuclear fuel, fabrication and recovery of special nuclear material, and research. These nine facilities are located at seven different sites around the nation DOE has 18 sites that are primarily devoted to nuclear defense work We selected

REDACTED

Chapter 2

# Groundwater and Soil Contamination at Selected DOE Facilities

DOE and its predecessor agencies have, over the years, discharged and disposed of a wide variety of chemical and radioactive materials at many facilities As a result, chemical and radioactive materials have built up in the groundwater and/or soil. At eight of the nine facilities we reviewed, the groundwater is contaminated as a result of DOE activities At most of the facilities, the groundwater is contaminated with both hazardous waste and radioactive material Although not as widespread our review also showed that soil, outside of restricted burial grounds or disposal facilities, was also contaminated with radioactive and/or hazardous waste at six of the facilities we reviewed.

## Groundwater Contamination

Groundwater is an important natural resource It provides drinking water to millions of homes around the country and is the main source of water for agricultural purposes. Many industrial operations, including those of DOE, use hazardous materials. In addition, DOE defense facilities routinely deal with large quantities of radioactive materials Proper safeguards in handling and disposing of these materials are necessary so that discharges, whether accidental or designed, do not find their way into groundwater supplies.

EPA, in August 1984, published a Groundwater Protection Strategy Under this strategy, EPA specified guidelines for protecting different types of groundwater supplies, such as irreplaceable sources of drinking water or groundwater of limited potential use. These guidelines suggest that potentially useful groundwater supplies should be protected so that contaminants in the groundwater do not exceed background levels or drinking water standards.[1] This strategy allows some flexibility in protection, depending on various factors, such as the groundwater's likely future use

## Levels of Contamination at Selected DOE Facilities



Current and past practices in handling and disposing of hazardous and radioactive materials by DOE and its predecessor agencies have not always prevented groundwater contamination.
--

........ .... .........3. Table 2 1 shows the major types of contamination that DOE has found in the groundwater resulting from plant operations at each of the facilities we reviewed. Since DOE has not established standards governing groundwater contamination at its facilities, table 2 1

---

[1]Drinking water standards refer to interim standards established by EPA that specify the maximum permissible level of a particular contaminant in water delivered from a public water system

Chapter 2
Groundwater and Soil Contamination at
Selected DOE Facilities

Table 2.1: Groundwater Contamination at Selected DOE Facilities[a]

| Facility | Major type(s) of contamination | Level of contamination |
|---|---|---|
| | REDACTED | |
| Rocky Flats plant, Colorado | solvents, cadmium, and selenium | Solvents have been reported as high as 1,000 times the proposed drinking water standards. Cadmium and selenium have been detected at or slightly above the drinking water standards |
| | REDACTED | |

\...r standards,......,..                              ...g.. ... .. .. .. .. g

[a]Tritium      REDACTED

Chapter 2
Groundwater and Soil Contamination at
Selected DOE Facilities

**Table 2.2: Soil Contamination at Selected DOE Facilities**

| Facility | Description of unplanned soil contamination |
|---|---|
| REDACTED | |
| Rocky Flats plant Colorado | Elevated levels of plutonium both on- and off site Data indicate that the levels are, in some places, more than 50 times background levels |
| REDACTED | |

The sources of contamination vary somewhat from facility to facility The plutonium soil contamination at both the Rocky Flats, according to DOE officials, is from effluent releases over the years.

REDACTED

## Health Threat Potential and DOE Efforts to Address the Contamination

At what level contaminants in the soil pose a health threat is difficult to determine because it would depend on how the soil is used and/or whether the contamination can migrate from the soil. Some of the more immediate concerns are that the contaminants could get into water supplies and be consumed and/or built up in aquatic life Also, the soil can be disturbed in such a manner that the contaminants are exposed and suspended in the air where they could be inhaled.

Except possibly for the mercury situation at the DOE does not believe soil contamination poses a threat to public health. Nevertheless, DOE has planned soil cleanup at two of the facilities and will continue to monitor and assess the soil contamination at all its facilities to be assured that no health threat will occur

Case No. 1:90-cv-00181-JLK   Document 1832-3   filed 12/13/05   USDC Colorado   pg 11 of 12

**Chapter 2**
Groundwater and Soil Contamination at
Selected DOE Facilities



Elevated levels of plutonium have been found in the soil around the Rocky Flats plant. DOE's site monitoring program has reported elevated levels around the facility's boundary. Elevated levels were also found off-site on land adjacent to the facility. Finally, elevated levels have been found in sediment at the bottom of reservoirs near the plant Although DOE has no guidelines for plutonium concentrations in soil, the state of Colorado has a plutonium standard for soil[7] Some samples taken on- and off-site exceeded the state's standard DOE officials, however, do not believe the contamination poses a health threat They told

---

[7] The Colorado standard is approximately 1 picocurie per gram A picocurie is a measure of the amount of radioactivity emitted by a substance

us that the radiation effect on the public would be negligible even if the areas contaminated were available for public use The off-site land that was contaminated has been purchased by the federal government and DOE plans to undertake remedial action on the property to reduce the level of contamination DOE officials told us that plutonium in the sediment of the reservoirs is stabilized and is below the surface sediment As a result, they do not believe the situation is a health threat ³



..., ... ..... ........., .... ... ppm. .. protect human

[3]DOE has recently signed an agreement with EPA and the state of Colorado that commits DOE to a site-wide investigation of all contamination, including off-site soil

10⋅