# Exhibit A

# HALL & EVANS, L.L.C.
## ATTORNEYS AT LAW
SUITE 1700
1200 SEVENTEENTH STREET
DENVER, COLORADO 80202-5817
TELEPHONE 303/628-3300
FACSIMILE 303/628-3368

SEAN R. GALLAGHER
(303) 628-3406

COLORADO SPRINGS OFFICE
SUITE 600
102 SOUTH TEJON STREET
COLORADO SPRINGS, COLORADO 80903-2284
TELEPHONE 719/578-5900
DENVER TELEPHONE 303/628-3400
FACSIMILE 719/635-7458

February 9, 1995

**By Federal Express**

Jonathan Auerbach, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Re: *Cook, et al. v. Rockwell International Corp., et al.*
Case No. 90-K-81, United States District Court for the District of Colorado.

Dear Jon:

Enclosed is an updated report on the status of EG&G's search for the 98 items included in your November 23, 1994 letter to Dick Kaufman. I have also enclosed several additional documents which are responsive to that request.

Very truly yours,

*[signature]*

Sean R. Gallagher
of HALL & EVANS, L.L.C.

SRG:ca

encl.

cc: Joseph Bronesky, Esq.
    Mark Raffman, Esq.
    Richard Kaufman, Esq.
    Mark Lillie, Esq.

2/1/95   PAGE 1/5

| TITLE | | STATUS |
|---|---|---|
| 1. | CRITIQUE OF CCEI REPORT | ENCLOSED |
| 2. | USE OF 1,2-DIBROMO-3-CHLOROPROPANE AT ROCKY FLATS | PREVIOUSLY SUBMITTED |
| 3. | LIST OF MATERIALS REGARDING CARCINOGENS IN PARTICULAR AREAS | PREVIOUSLY SUBMITTED |
| 4. | EXHAUST SYSTEM- BERYLLIUM AREA | PREVIOUSLY SUBMITTED |
| 5. | PLUTONIUM REMOVALS | PREVIOUSLY SUBMITTED |
| 6. | FIRE AREA BALANCE... | TO DECLASSIFICATION REVIEW |
| 7. | PHYSICAL INVENTORY ENDING APRIL 30, 1969 | TO DECLASSIFICATION REVIEW |
| 8. | REVISED BOOK INVENTORY; COVER LETTER | PREVIOUSLY SUBMITTED |
| 9. | BUILDING 776/777 PU RETRIEVAL SUMMARY | TO DECLASSIFICATION REVIEW |
| 10. | TOTAL PU AT ROCKY FLATS AS OF MAY 11, 1969 | TO DECLASSIFICATION REVIEW |
| 11. | PU-FIRE SUMMARY 776/777 | TO DECLASSIFICATION REVIEW |
| 12. | REVISED BOOK INVENTORY; COVER LETTER | PREVIOUSLY SUBMITTED |
| 13. | SUMMARY OF PU REMOVED | TO DECLASSIFICATION REVIEW |
| 14. | FIRE AREA MATERIAL BALANCE | TO DECLASSIFICATION REVIEW |
| 15. | PLUTONIUM PHYSICAL INVENTORY | TO DECLASSIFICATION REVIEW |
| 16. | FIRE RESIDUES AND REMOVALS; COVER LETTER | PREVIOUSLY SUBMITTED |
| 17. | DOW PLUTONIUM BOOK INVENTORY | TO DECLASSIFICATION REVIEW |
| 18. | PLANS FOR MATERIAL REMOVAL-ACTIVE; FOLDER OF 7 DOCUMENTS | PREVIOUSLY SUBMITTED |
| 19. | PROCEDURES INVOLVING FIRE; FOLDER OF 8 DOCUMENTS | PREVIOUSLY SUBMITTED |
| 20. | PLANS, MEASUREMENT TOLERANCES; FOLDER WITH 12 DOCUMENTS | CANNOT LOCATE/IDENTIFY DOCUMENTS IN BOX C308 |
| 21. | FIRE DESCRIPTION | CANNOT LOCATE/IDENTIFY DOCUMENTS IN BOX C308 |
| 22. | GAMMA SPECTROSCOPY RECORDS | TO DECLASSIFICATION REVIEW |
| 23. | SOUTH CHIP CHAINVEYOR | PREVIOUSLY SUBMITTED |
| 24. | STATISTICAL EVALUATION OF MEASUREMENTS | PREVIOUSLY SUBMITTED |
| 25. | PU REMOVAL FROM FIRE AREA | TO DECLASSIFICATION REVIEW |
| 26. | PU REMOVALS FROM FIRE AREA | TO DECLASSIFICATION REVIEW |
| 27. | PU REMOVALS FROM FIRE AREA | ENCLOSED |

EG&G ROCKY FLATS, INC., P.O. BOX 464, GOLDEN, COLORADO 80402-0464 (303) 966-7000

| # | TITLE | STATUS |
|---|-------|--------|
| 28. | OCCUPATIONAL SAFETY AND HEALTH COMPLAINT DOE #194 628-89-25 (6672) | ENCLOSED |
| 29. | WEATHER SUMMARY JAN 1959-SEP 1962 | ENCLOSED |
| 30. | ENVIRONMENTAL NEWS CONTACTS 1970-1971 | ENCLOSED |
| 31. | PROGRESS REPORTS ON ACCOUNTABILITY; PRODUCTION CONTROL AND BUDGET; JAN-DEC 1957 MONTHLY REPORTS | TO DECLASSIFICATION REVIEW |
| 32. | RADIATION EXPOSURE LIMITS BUILDING 776 FIRE | UNABLE TO LOCATE IN BOX A196 |
| 33. | SUMMARY OF ENVIRONMENTAL MONITORING DATA COLLECTED AT AEC FACILITIES FOR THE YEARS 1967-1968-1969 | ENCLOSED |
| 34. | ROCKY FLATS AIR SAMPLING | ENCLOSED |
| 35. | SUMMARY OF WASTE SHIPPED TO IDAHO | UNABLE TO LOCATE IN BOX C192 |
| 36. | THE FACTUAL DEVELOPMENT OF THE "BARREL INCIDENT" | ENCLOSED (Withheld due to Rockwell's claim of Privilege.) |
| 37. | HISTORY - CRITICALITY GROUP REPORTS | TO DECLASSIFICATION REVIEW |
| 38. | MEASURED LOSS REPORTS, CD62-3854 | ITEMS 38, 39, 40 AND 41: |
| 39. | MEASURED LOSS REPORTS JULY 1961 THROUGH JUNE 1962 | BOX H262 NEEDS TO BE RADIOLOGICALLY SURVEYED |
| 40. | MEASURED LOSS REPORTS JUNE THROUGH AUGUST 1964 | BEFORE ACCESS TO DOCUMENTS WILL BE ALLOWED |
| 41. | PLUTONIUM MATERIAL UNACCOUNTED FOR (MUF) SUMMARY THROUGH FY 1963 | |
| 42. | CLASSIFICATION GUIDANCE-TRITIUM RELEASE INFORMATION - COK-70-114(U) | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 43. | RFP ENRICHED U HISTORY OF MATERIALS UNACCOUNTED FOR (MUF) (U) | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 44. | RFP PU HISTORY OF MUF (U) | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 45. | REPORT OF INVESTIGATION OF SERIOUS INCIDENT IN BUILDING 71 ON SEPTEMBER 11, 1957 (U) | PREVIOUSLY SUBMITTED |
| 46. | DPA 94620 ELECTROREFINING-AQUEOUS WASTE PRODUCTION | UNABLE TO LOCATE AS YET |
| 47. | SURVEY OF PU WASTE DISCARDS | UNABLE TO LOCATE AS YET |
| 48. | EFFECT OF PART 5 EXPANSION...ON WASTE DISPOSAL | UNABLE TO LOCATE AS YET |
| 49. | SAFETY ANALYSIS | UNABLE TO LOCATE AS YET |

2/1/95  PAGE 3/5

| TITLE | | STATUS |
|---|---|---|
| 50. | DRAFT REPORT TO COMMITTEE INVESTIGATING RF TRITIUM RELEASE | UNABLE TO LOCATE AS YET |
| 51. | BREW FURNACE INCIDENT | UNABLE TO LOCATE AS YET |
| 52. | INVESTIGATION OF VAX INCIDENT | UNABLE TO LOCATE AS YET |
| 53. | HISTORY OF MATERIAL CONTROL INCIDENTS | UNABLE TO LOCATE AS YET |
| 54. | HISTORY OF MATERIAL CONTROL INCIDENTS TO RFO (U) | UNABLE TO LOCATE AS YET |
| 55. | HISTORY OF MATERIAL CONTROL INCIDENTS-DRAFT | UNABLE TO LOCATE AS YET |
| 56. | PAST-RELATED INCIDENTS AT RFP(U) | UNABLE TO LOCATE AS YET |
| 57. | INCIDENT REPORT(U) | UNABLE TO LOCATE AS YET |
| 58. | OBSOLETE MATERIAL INVENTORY LIST/ENCLOSURE TO ROCKY LTR NO 88-RF-2335 | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 59. | DOCUMENT INVENTORY FOR H.G. WELLS | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 60. | BERYLLIUM SCRAP INVENTORY | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 61. | INCIDENT CRITIQUE HELD ON JULY 18, 1990 | UNABLE TO LOCATE AS YET |
| 62. | RAD EFFLUENT MONITORING APPLICABILITY STUDY-HEPA FILTER PLENUM #771-MAI | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 63. | RAD EFFLUENT MONITORING APPLICABILITY STUDY-HEPA FILTER PLENUM #776-204 | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 64. | RAD EFFLUENT MONITORING APPLICABILITY STUDY | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 65. | OPERATIONAL SAFETY ANALYSIS (OSA-AUTOCLAVE OPERATIONS - BLDG 707, NO. 707, 024) | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 66. | CHEMICAL INVENTORY - B/707 | UNABLE TO LOCATE AS YET |
| 67. | HISTORY OF INVENTORY DIFFERENCES AT RFP(U) | UNABLE TO LOCATE AS YET |
| 68. | MBA AUDIT 0389-74 WASTE TREATMENT | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 69. | STATUS OF SANITARY WASTE SYSTEM | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 70. | HISTORY OF INVENTORY DIFFERENCES AT RFP(U) | UNABLE TO LOCATE AS YET |
| 71. | SURVEY OF PU WASTE DISCARDS | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 72. | PLANT MUF (MATERIAL UNACCOUNTED FOR) CONSIDERATIONS | TO BE SENT FOR DECLASSIFICATION REVIEW |

2/1/95 PAGE 4/5

| TITLE | | STATUS |
|---|---|---|
| 73. | INVENTORY ADJUSTMENT DATA-ASA | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 74. | PU MUF STUDY | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 75. | CONSOLIDATION OF SF MONTHLY MATERIALS BALANCE AND INVENTORY REPORTS FY 1953-DOWNGRADED | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 76. | CONSOLIDATION OF SF MONTHLY MATERIALS BALANCE AND INVENTORY REPORTS FY 1955-DOWNGRADED | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 77. | SFJ MATERIALS BALANCE AND INVENTORY - FY 1956-DOWNGRADED | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 78. | CONSOLIDATION OF MONTHLY MATERIALS BALANCE/INVENTORY REPORTS - JULY 1956 THROUGH JUNE 1957 | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 79. | CONSOLIDATION OF MONTHLY MATERIALS BALANCE/INVENTORY REPORTS - FY1958 | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 80. | RESOLUTION OF AQUEOUS INVENTORY DIFFERENCE FY-85 | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 81. | RESOLUTION OF AQUEOUS INVENTORY DIFFERENCE RFAO #84789 | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 82. | STATUS OF SANITARY WASTE SYSTEM | UNABLE TO LOCATE AS YET |
| 83. | INQUIRING INTO SAFEGUARDS OF JULY 13, 1990; REQUEST FOR ACTION FY90-25-5 | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 84. | INQUIRING INTO SAFEGUARDS INCIDENTS OF JULY 13, 1990; EG&G RESPONSE | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 85. | DOSE ESTIMATES FROM RFP RADIONUCLIDE EFFLUENT AIR EMISSIONS | TO BE SENT FOR DECLASSIFICATION REVIEW |
| 86. | SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | ITEMS 86-95: BOX G336 NEEDS TO BE RADIOLOGICALLY SURVEYED BEFORE ACCESS TO DOCUMENTS WILL BE ALLOWED. |
| 87. | SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |
| 88. | SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |
| 89. | SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |

2/1/95  PAGE 5/5

| TITLE | STATUS |
|---|---|
| 90. SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |
| 91. SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |
| 92. SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |
| 93. SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |
| 94. SEQUENTIAL LOGBOOKS FOR ACTIVITIES IN BUILDING 776-777 FOLLOWING MAY 1969 FIRE | |
| 95. BUILDING LAYOUT AND PHOTOGRAPHS OF FIRE DAMAGED AREAS | SEE ITEM 11 |
| 96. PU- FIRE SUMMARY BLDG. 776-777 AS OF 12/19/69 | SEE ITEM 9 |
| 97. BLDG. 776/777 PU RETRIEVAL SUMMARY (SUPPLEMENT TO CD69-7715) | SEE ITEM 14 |
| 98. FIRE AREA MATERIAL BALANCE 12/8/70 | |

EG&G ROCKY FLATS, INC., P.O. BOX 464, GOLDEN, COLORADO 80402-0464 (303) 966-7000