# Exhibit B



**U.S. Department of Justice**

*United States Attorney*
*District of Colorado*
*Civil Division*


APR 2 1 1995

|  |  |
|---|---|
| 1961 Stout Street, Suite 1100<br>Drawer 3608<br>Denver, Colorado  80294 | (303) 844-3885<br><br>FAX 844-0098 |

April 18, 1995

Jonathan Auerbach, Esq.
Berger and Montague, P.C.
1622 Locust St.
Philadelpia, PA 19103-6365

                Re:  <u>Cook v. Rockwell, et al.</u>
                     90-K-181
                     Supplemental Privilege Log
                     <u>Church</u> Litigation

Dear Mr. Auerbach:

Enclosed is a supplemental privilege log for the <u>Church</u> litigation documents.

Recently, I discovered that the defendant in the <u>Church</u> case was the United States. Therefore, the proper party to assert the privileges is the United States represented by the U.S. Department of Justice. Please be advised that all privileges raised in the initial <u>Church</u> privilege log and in the enclosed supplemental privilege log are asserted on behalf of the United States.

Please call me if you have any questions at (303) 844-0068.

                                   Sincerely,

                                     Richard C. Kaufman
                                   Assistant United States Attorney

cc  I. Avrum Fingeret
     Mark Lillie
     Pat Hanlon

## PRIVILEGED DOCUMENTS INDEX
### Cook et al v. Rockwell International et al.
#### (Supplement)

| Document or Box # | Basis for Objection | Date | Author(s) | Addressee(s) | Summary |
|---|---|---|---|---|---|
| 881 Vault | Attorney-Client | 12-29-77 | Joseph J. Bronesky | Rod B. Hoffman | Classification review of "Barrel Incident" Memorandum |
| 881 Vault | Attorney-Client Work Product | 12-__-77 | Joseph J. Bronesky | Jake J. Chavez | Factual Development of the "Barrel Incident" (included with letter to Hoffman) |
| 881 Vault | Attorney-Client | Undated | "R.B.H." | Joseph J. Bronesky | Handwritten draft of 1-4-78 letter |
| 881 Vault | Attorney-Client | 01-04-78 | R. B. Hoffman | Joseph J. Bronesky | Classification review of "Barrel Incident" Memorandum |