# Exhibit C

**Sherman & Howard** L.L.C.

ATTORNEYS & COUNSELORS AT LAW
FIRST INTERSTATE TOWER NORTH
633 SEVENTEENTH STREET, SUITE 3000
DENVER, COLORADO 80202
TELEPHONE: 303 297-2900
FAX: 303 298-0940
OFFICES IN: COLORADO SPRINGS
RENO • LAS VEGAS

Joseph J. Bronesky
Direct Dial Number (303) 299-8450

April 11, 1995

Dr. Robert Meyer
Keystone Scientific, Inc.
5009 Alder Court
Ft. Collins, Colorado 80525

　　　　　RE:　　Privileged Document from <u>Church et al. v. United States, et al.</u>

Dear Dr. Meyer:

　　　　　This letter will confirm our telephone conversation this morning.

　　　　　We represented Rockwell International in litigation which was pending in the United States District Court for the District of Colorado from 1975 through 1985. As part of our work in this case, we also performed tasks at the direction of counsel representing the United States Department of Energy.

　　　　　We understand that Keystone Scientific, Inc., may have possession of a privileged document from the <u>Church</u> litigation which is entitled "Factual Development of the Barrel Incident." The draft in question was prepared in December 1977. This document is subject to the attorney-client and work product privileges, and was intended to be solely for the use of counsel representing Rockwell, the Department of Energy, and Dow Chemical Company in litigation. This document has also been withheld from production, and has been listed on privilege logs provided to the plaintiffs in litigation which is currently pending in the United States District Court and known as <u>Cook et al. v. Rockwell International and Dow Chemical Company</u>.

　　　　　For these reasons, we request the immediate return of all copies of the Barrel Incident memorandum which might be in the possession of you and Keystone Scientific. Please send these documents directly to me.

　　　　　By copy of this letter to Mr. Dowell, we are informing him that the memorandum is not "available" within the meaning of his April 6, 1995, letter.

# Sherman & Howard L.L.C.

Dr. Robert Meyer
April 11, 1995
Page 2

Please give me a call if you have any questions.

Sincerely,

Joseph J. Bronesky

Cc:   Patrick Hanlon
      Mark Lillie
      Rodney Dowell