# Exhibit F

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3   Case No. 90-K-181
 4   MERILYN COOK, et al.,
 5            Plaintiff,
 6   vs.
 7   ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
     COMPANY,
 8
              Defendants.
 9   _____
10          VIDEOTAPED DEPOSITION OF JOHN E. TILL, Ph.D.
                       December 1, 2005
11   _____
12   APPEARANCES:
13   FOR THE PLAINTIFFS:        LOUISE ROSELLE, ESQ.
                                Waite, Schneider, Bayless
14                                 & Chesley, LPA
                                1513 Fourth and Vine Tower
15                              One West 4th Street
                                Cincinnati, OH  45202
16                                      and
                                DAVID F. SORENSEN, ESQ.
17                              Berger & Montague, P.C.
                                1722 Locust Street
18                              Philadelphia, PA  19103-6305
19   FOR THE DEFENDANTS:        DOUGLAS M. POLAND, ESQ.
                                Lafollette, Godfrey &
20                                 Kahn
                                One East Main Street
21                              P.O. Box 2719
                                Madison, WI  53701-2719
22
     ALSO PRESENT:              Helen Grogan, Ph.D.
23                              Kathleen R. Meyer, Ph.D.
                                Timothy L. Ortmeier, CLVS
24
25
                     CARPENTER REPORTING, INC.
                         (303) 752-1200
```

```
 1        A     I have no classified documents.
 2        Q     Or formerly classified documents?
 3        A     I don't, no.
 4        Q     So RAC has no records left whatsoever?
 5        A     Quite honestly, I don't know that we
 6   have any records left.  I mean, I certainly don't.  I
 7   think most of the other members of my team turned their
 8   documents over to CDPHE, and if they have them, I don't
 9   know that they do, no.  These records would all be in
10   the public reading room and available to anybody who
11   wanted them.
12        Q     Okay.  I -- we also requested a copy
13   of -- and I quote -- the factual development of the
14   barrel incident, end quote, by Joseph Bernesky dated
15   December 1975, identified as a source document in Final
16   Report Task 2.  And here is the Final Report Task 2
17   that identifies the document, and I asked for a copy of
18   it.  We asked for a copy of it.
19        A     So I'm sorry.  What is the question
20   again?
21        Q     The -- one of the things we asked for
22   was a copy of that document --
23        A     Uh-huh.
24        Q     -- and I'm asking you:  Do you have that
25   document?
```

```
 1          A    I don't have it, and I don't know that
 2  any other members of my team have this document,
 3  either, no.
 4          Q    Okay.  Can you tell me why, in a
 5  scientific report, you cited a document written by a
 6  lawyer in litigation?
 7          A    No, I don't know what this pertains to.
 8          Q    You have no knowledge of it whatsoever?
 9          A    No.
10          Q    Okay.  And here is Till Deposition
11  Exhibit 1.  And will you just confirm you've never seen
12  that?
13          A    No.  I've not seen it.
14          Q    Okay.  During the period of 1992 to
15  2005, other than the law firm of Kirkland & Ellis, has
16  all of the work that RAC has done related to DOE
17  facilities?
18          A    I'm -- I think so, but I'm trying to
19  think if there was any others.  Certainly, the majority
20  of it was, yes.
21          Q    And with regard to the third case that
22  you're doing for the law firm of Kirkland & Ellis, is
23  that also a DOE facility?
24               MR. POLAND:  Objection.  Asked and
25  answered.
```