# Exhibit G

# RODNEY S. DOWELL

Attorney At Law
4333 E. 26th Ave.
Denver, Colorado 80207
(303) 377-0757

Facsimile (303) 394-4006

April 6, 1995

Kathleen R. Meyer, Ph.D
President
Keystone Scientific, Inc.
5009 Alder Court
Fort Collins, Colorado  80525

Dear Dr. Meyer:

In addition to the ChemRisk interview notes that I requested last week I also need to obtain a copy of a document entitled "Factual Development of the Barrel Incident" dated December 29, 1987, J. Bronesky. I believe that I saw this document listed in Dr. Robert Myers' bibliography for the 903 Pad report. If this document is available I would appreciate a copy.

I appreciate your cooperation in this matter. If you have any questions please contact me at (303) 377-0757.

Sincerely,

Rodney S. Dowell

cc:   Mark Lillie, Esq.
      Joseph Bronesky, Esq.