# Exhibit H



```
                                                    FILED
                                          UNITED STATES DISTRICT COURT
                                              DENVER, COLORADO

                                                 DEC 1 0 2003
```

IN THE UNITED STATES DISTRICT COURT   GREGORY C. LANGHAM
FOR THE DISTRICT OF COLORADO                                CLERK

MERILYN COOK, et al.,

                Plaintiffs,

v.                                            Civil Action No. 90-K-181

ROCKWELL INTERNATIONAL
CORPORATION AND THE DOW
CHEMICAL COMPANY,

                Defendants.

## STATUS REPORT RESPONDING TO THE COURT'S SEPTEMBER 11, 2003 ORDER

Pursuant to the Court's Order filed September 11, 2003, plaintiffs and defendants, respectfully submit this joint status report.

## DEFENDANTS' PRELIMINARY LIST OF TRIAL WITNESSES

| | | |
|---|---|---|
| Amen, William | Hauptman, Ronald | Sandoval, Stephen |
| Auxier, John | Hazle, Albert | Sandoval, Peggy |
| Babb, Gertrude | Hewlett, Richard | Schierkolk, Delores |
| Bartlett, Richard | Hines, Debora | Schierkolk, William |
| Bartlett, Sally | Hobbs, Ferrel | Schwartz, Ralph |
| Benedek, Elissa | Holl, Jack | Shearer, Cynthia |
| Berry, Karen Helner | Kahneman, Dan | Singer, Steve |
| Blaha, Frank | LaVelle, James | Slack, Donald |
| Bowman, Herb | Marais, Laurentius | Smart, Geneva |
| Conway, Daniel | Martin, James | Souder, Michael |
| Cook, Merilyn | McFadden, Daniel | Ten Eyck, Thomas Jr. |
| D'Arge, Ralph | McKay, Charles | Terry, Robert |
| DeArment, Maggie | Millage, Debbie | Thigpen, Roy |
| Deimer, Thomas | Miller, Anthony | Till, John |
| Deimer, Rhonda | Morehouse, Richard | Van Court, Laurie |
| Dorchester, Donald | Mower, Richard | Valentin, Frank |
| Dunshee, Don | Naimon, Edwin | Ware, Terry |
| Elms, D. Michael | Nowlin, David | Weston, Bill |
| Fallon, Tim | Oglesby, Kirk | Whicker, F. Ward |
| Fiehwig, Robert | Osborne, John | Whipple, Christopher |
| Foreman, Lee | Putzier, Edward | Wise, Ken |
| Frazier, John | Raabe, Otto | Wynne, Robert |
| | Rice, Michael Dean | Zaharias, David |
| | Rodricks, Joseph | |