```
 1            IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF COLORADO

 3   Case No. 90-K-181

 4   MERILYN COOK, et al.,

 5             Plaintiff,

 6   vs.

 7   ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
     COMPANY,
 8
               Defendants.
 9   _____

10         VIDEOTAPED DEPOSITION OF JOHN E. TILL, Ph.D.
                         December 1, 2005
11   _____

12   APPEARANCES:

13   FOR THE PLAINTIFFS:      LOUISE ROSELLE, ESQ.
                              Waite, Schneider, Bayless
14                               & Chesley, LPA
                              1513 Fourth and Vine Tower
15                            One West 4th Street
                              Cincinnati, OH   45202
16                                      and
                              DAVID F. SORENSEN, ESQ.
17                            Berger & Montague, P.C.
                              1722 Locust Street
18                            Philadelphia, PA   19103-6305

19   FOR THE DEFENDANTS:      DOUGLAS M. POLAND, ESQ.
                              Lafollette, Godfrey &
20                               Kahn
                              One East Main Street
21                            P.O. Box 2719
                              Madison, WI   53701-2719
22
     ALSO PRESENT:            Helen Grogan, Ph.D.
23                            Kathleen R. Meyer, Ph.D.
                              Timothy L. Ortmeier, CLVS
24

25
```

Page 93

1  Q (BY MS. ROSELLE) In fact, if anything,
2  it looks like it's a little higher than 10 to the minus
3  4 at the Leiden location from '53 to '59.
4     A  Well, looking at that graphic, that's
5  possible, but this sentence says that it was in the
6  range of 10 to the minus 4, and that's also not
7  explicitly pointing out the Leiden area.  This sentence
8  was made -- was referring in general to lifetime cancer
9  incidence risk.
10       (Helen Grogan enters the conference
11 room.)
12    Q (BY MS. ROSELLE) Okay.  Let's go to
13 Leiden.  Let's do it a different way.  Let's go to page
14 28 to Leiden.  You add up for me and tell me the total
15 incremental lifetime cancer incidence risk for the
16 maximally exposed person at that location from '53 to
17 '89.  Because, as I read this, I've got one that's 10
18 to the minus 4, I have one that's 10 to the minus 5, I
19 have another one that's 10 to the minus 6, and then I
20 have one that's 10 to the minus 8th.  Right?
21    A  Yes.
22    Q  Okay.  So how -- what's that add up to?
23    A  It's about 10 to the minus 4.
24    Q  Well, no, because one was 10 to the
25 minus 4 and one was 10 to the minus --

Page 94

1     A  If you take 10 to the minus 4, which is
2  one times 10 to the minus 4 and you add one times 10 to
3  the minus 5, now you're at 1.1.
4     Q  Okay.
5     A  If you add one to 10 times minus 6, now
6  you're at 1.11.
7     Q  Yeah.
8     A  That's about 10 to the minus 4.
9     Q  Oh, I see.  So the fact that it's now
10 1.11, that's still, you think, 1 chance in 10,000?
11    A  Correct.
12       MR. POLAND: Louise, when you're at a
13 convenient breaking point, I'd like to break for a
14 short lunch.
15       MS. ROSELLE: Sure.  That's fine.
16       MR. POLAND: Do it now?
17       MR. SORENSEN: Do you want to do it now?
18       MS. ROSELLE: Yeah.
19       THE VIDEO OPERATOR: We are going off
20 the record at 1:49.
21       (There was a luncheon recess taken from
22 1:49 p.m. to 2:29 p.m.)
23       THE VIDEO OPERATOR: We are back on the
24 record at 2:29.
25    Q (BY MS. ROSELLE) Dr. Till, did RAC

Page 95

1  author this book called Summary of Findings, Historic
2  Public Exposure Studies on Rocky Flats?
3     A  May I see that?
4     Q  (Tenders document.)
5     A  The book was published by the Colorado
6  Department of Public Health and Environment, and the
7  Health Advisory Panel actually put this on -- put this
8  together using the findings of -- of the study.
9     Q  RAC didn't author any of it?
10    A  Did we author it?
11    Q  Yes.
12    A  No.  I don't believe we did.  We may
13 have reviewed it.  I mean, it was based on work that we
14 did, but that was assembled by the Health Advisory
15 Panel.
16    Q  Okay.  And where did this logo on the
17 front of it come from?
18    A  I'm sorry.  I'm sorry.  I don't know.
19    Q  Because it also appears on a number of
20 other items.  But that's not something that RAC has
21 used, that logo for Rocky Flats?
22    A  No.  You see, the study was -- we were
23 working for the Health Advisory Panel, who directed
24 this study or advised this study.  And it was the
25 Health Advisory Panel and the Colorado Department of

Page 96

1  Public Health and Environment that put together that
2  document, and I assume that's where the logo that you
3  showed me came from.
4     Q  Okay.  I'd like to go through your
5  report now.  And I want to talk about the -- the
6  historic public exposure studies.
7        First of all, am I correct that you made
8  no calculations of the risk of genetic effects?
9     A  I would -- I would have to check, but I
10 don't think that's correct.  I believe that genetic
11 effects would be included in the risk coefficient and
12 may be -- so I don't know the answer to that, but it's
13 possible we did take genetic effects into account into
14 the -- into the risk coefficients that we used.
15    Q  I was going to direct you to a page of
16 the report where that statement came from, but I may
17 have to wait till we get there.
18       So you believe that you did look at
19 genetic effects?
20       MR. POLAND: Object to the form of the
21 question.
22    A  I actually would have to look at the
23 risk coefficients to -- to know whether or not genetic
24 effects were taken into account.  I don't recall.
25    Q (BY MS. ROSELLE) At least you're not