# Exhibit A

## Defendants' Responses to Plaintiffs' Objections To Be Used With Dr. John Till

| Exhibit Number | Exhibit | Response |
|---|---|---|
| DV 1 | Videotape | Explains doses over time; Within the scope of RAC's work; Development of class area discussed in report and reliance materials; plaintiffs' objections go to weight not admissibility. |
| DX 454 | ATSDR Public Health Assessment for Rocky Flats (plus associated graphics: DX 1786, 1787, 1788, 1789, 1790, 1791, 1792, 1834, 1835, 1836, 1837, 1839) | Already admitted; can testify about acceptance of work by government and scientific agencies. |
| DX 507 | Colorado Central Cancer Registry, Ratios of Cancer Incidence in Ten Areas Around Rocky Flats, Colorado (plus associated graphics: DX 1310, 1841, 1842) | Already admitted; reliance materials; Rule 703. |
| DX 4055 | Draft RCRA Facility Investigation, Appx. A - Comprehensive Risk Assessment | Responds to Dr. Selbin |
| DX 536 | Summary of Findings - Historical Public Exposure Studies on Rocky Flats | Already admitted; cited in report. |
| P-1334 | Health Advisory Panel's Report to the Public | Already admitted; provides context to RAC work; responsive to Dr. Biggs. |
| DX 1833a | HAP Conclusions on Need for Epidemiologic Studies | Study corroborates and provides context to RAC's work. |
| P-1469 | Proposed Modifications and Additions to the Rocky Flats Cleanup Agreement | Already admitted. |
| DX 37 | Plutonium Releases from the 903 Pad at Rocky Flats | ChemRisk document; reliance material; Rule 703. |
| DX 38 | Plutonium Releases from the 1957 Fire at Rocky Flats | ChemRisk document; reliance material; Rule 703. |

| Exhibit Number | Exhibit | Response |
|---|---|---|
| | Fire at Rocky Flats | material; Rule 703. |
| DX 379 | Past Radionuclide Releases from Routine Operations at Rocky Flats | ChemRisk document; reliance material; Rule 703. |
| DX 735 | Risks of Fatal Cancer from Inhalation of Plutonium by Humans | Reliance materials; Rule 703; responsive to Dr. Wing. |
| DX 398 | A Model for a Comprehensive Assessment of Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the Rocky Flats Plant, 1953-1989 | Already in evidence; Rule 703. |
| DX 543 | Risks to the Public from Historical Releases of Radionuclides and Chemicals at the Rocky Flats Environmental Site | Rule 703. |
| DX 1809 | Plaintiffs' Experts on RAC (before trial) | Admissions; Responsive to plaintiffs' criticisms of RAC. |
| DX 1773 | Lifetime Cancer Risk by Decade | In RAC reports; plaintiffs' objection goes to weight not admissibility. |
| DX 1779 | RAC Calculated Doses by Decade | In RAC reports; plaintiffs' objection goes to weight not admissibility. |
| DX 1800 | Current Acceptable Annual Doses | Responsive to plaintiffs' witnesses. |
| DX 1810 | Cochran on ChemRisk | Responsive to Dr. Cochran. |
| DX 1811 | Cochran on RAC's Calculations | Responsive to Dr. Cochran. |
| DX 1843 | "1 in 1 Million" | Explains Dr. Till's testimony. |
| DX 1844 | "Burrowing Animals Considered" | Responsive to Drs. Smallwood and Selbin. |
| DX 1845 | "RSALs" | RAC performed RSALs analysis; responsive to Dr. Selbin. |

2