# Exhibit C

# EXPERT REPORT

## Historical Public Exposures Studies on Rocky Flats

**August 6, 2004**

*Submitted to Kirkland and Ellis LLP*
*in support of Cook et al. v. Rockwell et al., U.S. District Court for the District of Colorado, No. 90-K-181*



"Setting the standard in environmental health"

**Risk Assessment Corporation**
417 Til Road, Neeses, SC 29107
Phone 803.536.4883  Fax 803.534.1995

# Introduction

The Rocky Flats Environmental Technology Site (RFETS) is a U.S. Department of Energy (DOE) facility and is currently operated by Kaiser-Hill Company. For most of its history, the site was called the Rocky Flats Plant (RFP) and was operated by Dow Chemical Company as a nuclear weapons production, research, and development facility. The RFETS is located on 2,650 acres of Federal property about 8–10 km from the cities of Arvada, Westminster, and Broomfield, and about 26 km northwest of downtown Denver. The site is now closed and is being cleaned up.

The Rocky Flats Historical Public Exposures Studies were undertaken to help the Colorado Department of Public Health and Environment (CDPHE) evaluate potential health impacts to the public resulting from contaminant releases from the site to the environment during its years of operation. This health study focused on members of the public living off site. In 1991, the Governor of Colorado appointed a Health Advisory Panel, which provided direction for the technical work of the study and enhanced its public accountability and credibility.

Phase I of the study was carried out by ChemRisk (a division of McLaren/Hart Environmental Engineering), which conducted an extensive investigation of past operations and releases from the RFP and identified the primary materials of concern; determined release points, events, quantities released, and transport pathways; and made preliminary estimates of offsite risk. The conclusions from Phase I were documented in a series of task reports and publications (ChemRisk 1992, 1994a, 1994b; Mongan et al. 1996a, 1996b; Ripple et al. 1996a, 1996b).

Phase II of the study was performed by *Risk Assessment Corporation* (*RAC*) and involved a more detailed investigation of the potential cancer incidence risks to the public from the major historical releases from the RFP. A primary question of interest was whether the risks posed to the public warranted an epidemiological study. *RAC* also completed Phase III of the project, which involved the completion of several tasks that the Health Advisory Panel decided was necessary to finalize the work.

A careful evaluation initially done in Phase I, and confirmed during Phase II, indicated that of the more than 8,000 materials used or stored at the RFP during its 40 years of operation, plutonium and carbon tetrachloride were the most important contaminants released into the environment in terms of potential exposure and associated risk to the public. Plutonium was processed at Rocky Flats for nuclear weapons components, and the solvent carbon tetrachloride was used to clean plutonium metal parts, processing machinery, and instruments. Beryllium was also targeted for further investigation during Phase II because of its extensive use at the RFP. Inhalation was the most important exposure pathway for these materials. This report summarizes the extensive process involved in the reconstruction of historical releases from the RFP to the environment and subsequent estimates of risk. Releases from the RFP resulted from both routine operations and from discrete events such as fires.

Construction of the RFP began in 1952, and its first nuclear weapons components were shipped off site in 1953. Operations involving nuclear materials were conducted at the site from 1953 to 1989. The plant's primary mission was to produce components for nuclear weapons from materials including plutonium, uranium, beryllium, and stainless steel. During plant operations, materials were released to air, surface water, and indirectly to groundwater either through routine operations or accidentally. Some contaminants have been detected in groundwater under the site, but to-date, the contamination has not traveled off site. Because the Historical Public Exposures

Studies on Rocky Flats addressed past exposures and risks to the public living off site, the groundwater pathway was not considered.

Figure 1 shows the general location and key environmental features of the site. Approximately 2.5 million people currently live within an 80-km radius of the site. Before 1990, adjacent land use was a mixture of agriculture, open space, industry, and low-density housing. The population of the area is rapidly growing, especially in the corridor between Boulder and Denver.



**Figure 1.** Location and key environmental features of the Rocky Flats Environmental Technology Site.

complexity and apparent immunological nature of chronic beryllium disease, one cannot conclude that no cases of chronic beryllium disease occurred from offsite exposure.

All results from the study were published in a summary report written for the layperson (CDPHE 1999). Included in this summary are risks from other sources that help readers make comparisons between risks from Rocky Flats and those from other sources. These comparative risks were provided by the Health Advisory Panel and include risk from death in an automobile accident (1.2%), risk from death by falling at home (0.54%), pedestrian accidents (0.11%), and lightning (0.11%). Additionally, the summary report shows the risk of dying from any cancer in Colorado (21%), lung cancer (6%), and exposure to natural background (3%). Such comparisons are critical to helping people understand risk.

## Related studies that *RAC* has performed on Rocky Flats

As a result of public concern about the soil action levels established in 1996, the Radionuclide Soil Action Level Oversight Panel, a group of community members with considerable experience in Rocky Flats issues, was formed. In 1998, DOE provided funds for the Radionuclide Soil Action Level Oversight Panel to select a contractor to conduct an assessment of the interim RSALs and to independently calculate RSALs for the RFETS. *Risk Assessment Corporation* (*RAC*) was selected by the Radionuclide Soil Action Level Oversight Panel to carry out the study. The primary objective of the was to review radionuclide soil action levels (RSALs) adopted by the U.S. Department of Energy, the U.S. Environmental Protection Agency, and the Colorado Department of Health and Environment in 1996 for cleanup at the Rocky Flats Environmental Technology Site. Another objective was to recommend a technical method for independently deriving RSALs for the site. The reports summarizing the results of this work are have been reported in technical reports and the open literature (Killough et al., 2000; Till et al., 2000a; Till et al. 2000b; Till and Meyer 2001) as well as the project reports related to the RSALS work available on the Rocky Flats Citizens Advisory Board web site.

*RAC*'s methodology for determining RSALs applicable to the Rocky Flats site was based on several extensions of an earlier approach proposed by DOE/EPA/CDPHE that used the RESRAD computer program. The contract required that the work consider maximum annual dose limits of 15 and 85 mrem in any year over the next 1000 years. *RAC* adopted the 15 mrem per year limit for a technically based RSAL because it was more protective of the public. Although several computer codes were considered for use as the basis of RAC's analysis, the RESRAD code was adopted because it was the most practical choice and was required to be used in addition to any other code that may have been selected. *RAC* designed extensions to RESRAD to include (1) considering the heterogeneity of radionuclide concentrations in soil around the site, (2) quantifying uncertainty in predictions of dose, (3) considering additional exposure scenarios, and (4) treating the possible occurrence of a large grass fire. The exposure pathways considered were inhalation, soil and food ingestion, and external irradiation. In addition, groundwater use for both irrigation and drinking water was assumed for some scenarios.

The RSAL values include estimates of the uncertainties and are designed to ensure that the permitted annual dose limit for the targeted individual is exceeded only with low probability. For each scenario, curves were presented that representing the probability of exceeding the radiation dose limit as a function of $^{239+240}$Pu or uranium concentrations in the soil. Each probability level corresponds to a distinct concentration of $^{239+240}$Pu or uranium in soil.

*RAC* applied this methodology to the Rocky Flats data using the most restrictive exposure scenarios approved by the Rocky Flats Soil Action Level Oversight Panel and assuming a 10% probability that the 15 mrem per year dose limit will be exceeded (i.e. a 90% probability that the dose limit will not be exceeded). Using this approach, the technically derived RSAL for $^{239+240}$Pu in soil at Rocky Flats would be 35 pCi $g^{-1}$. This calculation was corroborated by an alternate method calculation that also resulted in an RSAL at the 10% level of about 37 pCi $g^{-1}$, suggesting 35 pCi $g^{-1}$ as a technically based RSAL for the Rocky Flats site. The results as presented are a reasonable indication of RSAL magnitudes based on purely scientific considerations if the prescribed dose is not to be exceeded.

Public involvement was particularly important in this study because of the impact the cleanup may have on the local communities surrounding the site. *RAC*, along with the Rocky Flats Soil Action Level Oversight Panel, were committed to ensuring that there was public involvement and interaction during the entire review process through open technical work sessions and general public meetings.

## Conclusions

This study is a comprehensive and detailed analysis of the exposure circumstances surrounding the Rocky Flats Plant since it began operating as a facility in 1952. The results of the Rocky Flats Historical Public Exposures Studies show that the primary risks posed to the public from operations at the Rocky Flats Plant were from plutonium and carbon tetrachloride. The most important pathway of exposure was inhalation of these materials. Other pathways, such as ingestion of food and water that contained plutonium or carbon tetrachloride and external exposure, were much less important. The major event contributing risk from plutonium exposure was the 1957 fire. This important finding differs from previous analyses of risk to the public near the site, in which it was determined that exposures and risks from plutonium released to the atmosphere from the 903 Area were the largest contributor to health risk to the public. Based on the estimated exposures and risks reported in these findings, further epidemiological studies of the exposed population do not appear to be justifiable or warranted.