IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: December 12, 2005              Reporter: Gwyn Daniel
                                     Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                Merrill Davidoff
                                     Louise Roselle
Plaintiffs,                          David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION   David Bernick
and THE DOW CHEMICAL COMPANY,        Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Thirty-Five**

**8:10 a.m.     Court in session.**

Jury not present.

Discussion regarding exhibits.

   **Exhibits rejected: P-637, P-638**

Discussion regarding jury instructions.

**ORDERED: Defendants' Motion for Reading of Jury Instructions (Doc. No. 1802), filed December 12, 2005, is granted.**

Discussion regarding the testimony of Dr. Fry.

Discussion regarding witness schedule.

Discussion regarding Dr. Till.

**ORDERED:** Defendants' Motion for Reconsideration of 12/10/05 Order Granting Plaintiffs' Motion to Compel Discovery from Dr. John Till or in the Alternative for Limited Extension of Time (Doc. No. 1786), filed December 11, 2005, is resolved as set forth on the record today.

Discussion regarding the notes and testimony of Dr. Weston.

Court instructs Mr. Bernick to submit a written offer of proof of the specific items that Dr. Weston is going to testify to.

**8:45 a.m.** Court in recess.
**9:08 a.m.** Court in session.

> Exhibits received: DX-530, DX-533, DX-534, DX-1633, DX-1636, DX-1637, DX-1638, DX-1639, DX-1640, DX-1642, DX-1643, DX-1644, DX-1645, DX-1646, DX-1647, DX-1649, DX-1650, DX-1651, DX-1652, DX-1654, DX-1655, DX-1656, DX-1663, DX-1664, DX-3426, DX-4004, DX-4007

> **Exhibit received:** DX-1777

Jury present.

Court reads certain instructions to the jury.

Defendants' witness, John Frazier, sworn.

9:33 a.m.   Direct examination of Dr. Frazier by Mr. Kurtenbach.

Court accepts Dr. Frazier as an expert.

> **Exhibits received: DX-1635**

**10:14 a.m.** Court in recess.
**10:35 a.m.** Court in session.

Jury present.

10:37 a.m.   Continued direct examination of Dr. Frazier by Mr. Kurtenbach.

> **Exhibit rejected: DX-329**

2

**Exhibit received: DX-1662**

11:50 a.m.   Jury excused.

Discussion regarding exhibits.

**Exhibits received: DX-1585, DX-1586, DX-1663, DX-1664, DX-1651A**

**Exhibits withdrawn: DX-1584, DX-1583**

Discussion regarding defendants' rebuttal testimony.

**12:02 p.m.   Court in recess.**
**1:15 p.m.    Court in session.**

Discussion regarding the Hazle deposition.

Discussion regarding the Weston issues.

1:20 p.m.   Cross examination of Dr. Frazier by Mr. Sorensen.

**Exhibits received: PG-999, PG-1000, PG-1001, PG-1002, PG-1007, PG-1008, PG-1004, PG-1005, P-1197, P-1563, P-1568, P-1569, P-1570, P-1571, P-1572, P-1573**

3:05 p.m.   Redirect examination of Dr. Frazier by Mr. Kurtenback.

**Exhibit received: PG-1006A, PG-1003A, PG-1008A**

3:32 p.m.   Court in recess.

Time in court - 4:15

Trial continued.

3