## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Date:  December 13, 2005 | Reporter: Gwyn Daniel |
| | Deputy Clerk: LaDonne Bush |
| | J. Chris Smith |

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Thirty-Six**

**9:15 a.m.     Court in session.**

Jury not present.

Discussion regarding issues pertaining to Dr. Weston's testimony.

Jury present.

Defendants' witness, Bill Weston, sworn.

9:23 a.m.     Direct examination of Dr. Weston by Mr. Bernick.

      **Exhibits received:** DX-1667, DX-1668A, DX-1669A, DX-1670, DX-4021, DX-1778A, DX-1713, DX-1075, DX-1076, DX-1707, DX-1757, DX-1741, DX-1048, DX-1049, DX-1050, DX-1053, DX-1054, DX-1055, DX-1156, DX-1157, DX-1158, DX-1180, DX-1717A, DX-1761, DX-1764, DX-1719 demonstrative only

**10:25 a.m.**   **Court in recess.**
**10:48 a.m.**   **Court in session.**

Discussion regarding exhibits.

Jurors present.

10:51 a.m.   Continued direct examination of Dr. Weston by Mr. Bernick.

> **Exhibits received: DX-1737, DX-1729, DX-1046, DX-1739, DX-281, DX-485, DX-1726A, DX-1045, DX-1043, DX-273, DX-273A , DX-291, DX-1725, DX-1033, DX-1685, DX-1767, DX-1766, DX-1363, DX-1364, DX-4027, DX-4029, DX-4030, DX-1687, DX-1688, DX-1684, DX-1681, DX-1730, DX-1748, DX-1746, DX-1742, DX-1743, DX-1776A, DX-1751, DX-1752, DX-1756, DX-1702, P-373, DX-1341, DX-1343, DX-1680, DX-756, DX-656, P-373, P-10, DX-654**

Jurors excused.

Discussion regarding cd-video.

**12:05 p.m.**   **Court in recess.**
**1:28 p.m.**   **Court in session.**

Jury not present.

Discussion regarding Dr. Weston's notes.

> **Exhibit received:   PV-190**

Jurors present.

1:30 p.m.   Continued direct examination of Dr. Weston by Mr. Bernick.

> **Exhibits received: DX-1753, DX-1701, DX-1401, DX-650, DX-4026, DX-1755, DX-4016, DX-4015, DX-1774, DX-1674, DX-1675, DX-1673, DX-1394, DX-4028, DX-1634, DX-656**

Exhibits offered and ruling withheld :   DX-2602, DX- 4025, DX-4038, DX-4039, DX-4040, DX-4032, DX-4033, DX-4034, DX-4036, DX-4037, DX-4042, DX-4043, DX-4041

2

1:59 p.m.     Cross examination of Dr. Weston by Ms. Roselle.

>    **Exhibits received: PG-1037, PG-1031, P-1610, PV-190**

PV-46 and PV-190, videos, played for the jury.

>    **Exhibit rejected: P-1621**

**3:16 p.m.     Court in recess.**
**3:34 p.m.     Court in session.**

Discussion and argument regarding admissibility of exhibits.

>    **Exhibits rejected: P-1618, P-1628, P-1033**

>    **Exhibits received: P-1609, P-1614 with redaction of handwritten notes, PG-1022 demonstrative, PG-1023 demonstrative, PG-1024 demonstrative, PG-1025 demonstrative, PG-1021 demonstrative, PG-1020 demonstrative and PG-1019 demonstrative.**

**ORDERED:** **The Bronesky document shall be submitted to the court for review and ruling.**

Discussion regarding scheduling.

Jurors present.

3:48 p.m.     Continued cross examination of Dr. Weston by Mr. Roselle.

>    **Exhibits received: PG-1027, P-1625, P-1620, PG-1030.**

Jury excused.

Mr. Bernick submits the Bronesky document to the Court.

Argument.

**4:39 p.m.     Court in recess.**

Time in court - 6.5 hrs.     Trial continued.

3