IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  December 14, 2005 　　　　　　　　　Reporter: Gwyn Daniel
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al., 　　　　　　　　　　Merrill Davidoff
　　　　　　　　　　　　　　　　　　　　　　Peter Nordberg
Plaintiffs, 　　　　　　　　　　　　　　　　Louise Roselle

v.

ROCKWELL INTERNATIONAL CORPORATION 　　　David Bernick
and THE DOW CHEMICAL COMPANY, 　　　　　　Douglas Kurtenbach

Defendants.
_____

**MINUTE ORDER AND COURTROOM MINUTES**
_____

**IT IS ORDERED THAT:**

1. **Plaintiffs' Motion to Compel Production of Documents from William Weston and to Limit His Testimony (Doc. No. 1813), filed December 12, 2005, is resolved as set forth on the record on December 13 and 14, 2005.**

2. **Defendants' Motion in Limine to Exclude Target Letter and Any Evidence Related to that Letter or Any Individual Indictment Against Dr. Weston (Doc. No. 1824), filed December 12, 2005, is moot.**

**Jury Trial - Day Thirty-Seven**

**8:48 a.m.    Court in session.**

Jury not present.

**ORDERED:** **Plaintiffs' Motion to Exclude Certain Testimony from Michael Norton (Doc. No. 1733), filed December 5, 2005, is granted in part and denied in part.**

Argument by counsel.

Discussion regarding exhibits to be used with Mr. Norton.

**ORDERED:  The Bronesky memorandum shall be provided to plaintiffs' counsel.**

Discussion regarding privilege.

Jury present.

Defendants' witness, Michael Norton, sworn.

9:38 a.m.     Direct examination of Mr. Norton by Mr. Bernick.

   **Exhibit received:   DX-1859**

**10:43 a.m.   Court in recess.**
**11:02 a.m.   Court in session.**

Jury not present.

   **Exhibits received: DX-1884, DX-1859, DX-4068A through I**

Jury present.

11:07 a.m.    Cross examination of Mr. Norton by Mr. Davidoff.

Jury not present.

**12:12 p.m.   Court in recess.**
**1:35 p.m.    Court in session.**

Jury not present.

Discussion regarding exhibits.

Jury present.

**Exhibits received: P-529, P-1304, P-1608, P-1611, P-1612, P-1613, P-1614, P-1615, P-1616, P-1617, P-1622, P-1625, PG-1032A, PG-1018B, PG-1035A**

1:40 p.m.    Continued cross examination of Dr. Weston by Ms. Roselle.

2:42 p.m.    Redirect examination of Dr. Weston by Mr. Bernick.

**Exhibits received: DX-4059, DX-1897, DX-1885, DX-4064, DX-4066, DX-4058, DX-4057**

3:30 p.m.    Recross examination of Dr. Weston by Ms. Roselle.

**3:30 p.m.    Court in recess.**
**3:51 p.m.    Court in session.**

Jury present.

3:55 p.m.    Recross examination of Mr. Norton by Mr. Davidoff.

**Exhibit received: P-1631**

4:12 p.m.    Redirect examination of Mr. Norton by Mr. Bernick.

**Exhibit received: P-1630**

4:44 p.m.    Further cross examination of Mr. Norton by Mr. Davidoff.

Jury excused.

Discussion regarding exhibits.

**Exhibit received:   DX-1706**

Plaintiffs may have a conference call with the person who made defendants' models.  If necessary, plaintiffs may depose him.

**5:02 p.m.    Court in recess.**

Time in court - 6:11.    Trial continued.