IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

### DEFENDANTS' PROFFER WITH RESPECT TO THE TESTIMONY OF PAUL VOILLEQUE
_____

       Mr. Voilleque will testify as a rebuttal fact witness about the following topics:

1. <u>Education, background, employment</u>

2. <u>Work history at RAC</u>

3. <u>Reports</u>

       Reports with which Mr. Voilleque was involved include reports that address the following issues:

    (a)    Verifying Phase I source term and uncertainty estimates

    (b)    Assessing risks of exposure to plutonium, including calculating dose conversion factors and risk coefficients, which were used to quantify dose and risk for all releases of plutonium

    (c)    Technical summary of RAC investigation and conclusions

    (d)    The source term and releases from the 903 Pad

    (e)    Releases of plutonium to the atmosphere from routine operations

    (f)    Releases of plutonium to the atmosphere from the 1957 fire

      (g)      Releases of plutonium to the atmosphere from the 1969 fire

      (h)      Screening possible releases of uranium to the atmosphere

      (i)      Using the mass balance approach as a possible method to calculate releases of plutonium from Rocky Flats

4. <u>Responses to plaintiffs' witnesses</u>

      (a)      Dr. W. Gale Biggs

- Ambient air monitoring at Rocky Flats
- Stack sampling at Rocky Flats
- Air filter efficiency at Rocky Flats
- Environmental monitoring data at Rocky Flats

      (b)      Dr. Thomas Cochran

- Availability of classified information relating to the 1957 fire and other events at Rocky Flats
- Availability of records relating to releases of plutonium from Rocky Flats
- Investigating the potential application of a mass balance accounting approach to estimate off-site releases of plutonium from Rocky Flats
- Source term for 1957 fire

Dated: December 16, 2005                             Respectfully submitted,

<u>/s/ Stephanie A. Brennan</u>
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


               /s/ Kari Knudsen_____
               Kari Knudsen (legal assistant)

4