**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  December 15, 2005                    Reporter: Gwyn Daniel
                                            Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                       Merrill Davidoff
                                            Peter Nordberg
Plaintiffs,                                 Louise Roselle

v.

ROCKWELL INTERNATIONAL CORPORATION          David Bernick
and THE DOW CHEMICAL COMPANY,               Douglas Kurtenbach

Defendants.
_____

**MINUTE ORDER AND COURTROOM MINUTES**
_____

**IT IS ORDERED THAT:**

**Plaintiffs' Motion to Compel Production of the "Barrel Incident"
Document Relied on By RAC and Dr. Till But Withheld by Defendant
(Doc. No. 1830), filed December 13, 2005, is granted as set forth on
the record on December 14, 2005.**

**Jury Trial - Day Thirty-Eight**

**9:05 a.m.      Court in session.**

Jury not present.

**ORDERED:   Plaintiffs' Motion to Exclude Expert Testimony from Dr. Shirley Fry,
             Dr. Helen A. Grogan and Mr. Paul Voilleque (Doc. No. 1728), filed
             December 4, 2005, is granted with respect to Dr. Fry.  The motion
             remains pending as to Dr. Grogan and Mr. Voilleque.**

**ORDERED:   Motion to Exclude Defendants' Untimely Expert Evidence regarding
             Dose Calculations (Doc. No. 1784), filed December 11, 2005, is**

**denied as moot.**

Court will allow the video tape.

Argument by counsel.

Discussion regarding exhibits.

Jury present.

Defendants' witness, John Till, sworn.

9:26 a.m.      Direct examination of Dr. Till by Mr. Bernick.

**Exhibits received:  DX-1796A, DX-1803A, DX-1699 (demonstrative**)

Court accepts Dr. Till as an expert.

**Exhibits received:  DX-1759A (demonstrative), DX-1689, DX-1797A**

**10:20 a.m.     Court in recess.**
**10:43 a.m.     Court in session.**

Jury present.

10:45 a.m.     Continued direct examination of Dr. Till by Mr. Bernick.

**Exhibits received:  DX-1692, DX-1690A, DX-4056, DX-1691, P-1334, DX-1798, DX-1688, DV-1**

DV-1 played for the jury.

**Exhibits received:  DX-1696, DX-1697, DX-1700A, DX-1738 (demonstrative), DX-1678 (demonstrative), DX-1910 (demonstrative), DX-505, DX-1904 (demonstrative), DX-524, DX-1899, DX-1903 (demonstrative), DX-1200**

**12:09 a.m.     Court in recess.**
**1:28 p.m.      Court in session.**

Jury not present.

Discussion regarding exhibits.

2

Jury present.

1:29 p.m.    Continued direct examination of Dr. Till by Mr. Bernick.

**Exhibits received: DX-1901, DX-1160, DX-1902, DX-1686A, DX-1682A, DX-1673, DX-1747, DX-1703, DX-1779A, DX-1773A, DX-1843, DX-1187, DX-1800, DX-1855, DX-1856, DX-1694, DX-1882, DX-1883, DX-1851, DX-532, DX-528, DX-1852A, DX-1780, DX-1810A, DX-1812, DX-1820, DX-1920 (demonstrative), DX-542, DX-534, DX-513, DX-525, DX-532, DX-514, DX-516**

2:58 p.m.    Jury excused.

Discussion regarding exhibits.

**3:01 p.m.    Court in recess.**
**3:27 p.m.    Court in session in chambers.**

Discussion regarding a possible inadvertent communication between a witness and a juror.

Argument regarding exhibits.

Argument regarding the scope of the cross examination of Dr. Till.

**3:44 p.m.    Court in recess.**
**3:47 p.m.    Court in session.**

Jury not present.

Discussion regarding the scope of the cross examination of Dr. Till.

Discussion regarding schedule for tomorrow.

**4:08 p.m.    Court in recess.**
**4:12 p.m.    Court in session.**

Jury present.

4:13 p.m.    Cross examination of Dr. Till by Ms. Roselle.

**Exhibits received: PG-1012, PG-1011**

3

4:49 p.m.        Jury excused.

Argument by Mr. Davidoff regarding the video tape.

Argument regarding exhibits.

**4:56 p.m.        Court in recess.**

Time in court - 5:36.        Trial continued.