# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 22, 2005

**VIA FACSIMILE**

Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Re:   *Cook, et al. v. Rockwell, et al.*

Dear Counsel:

  Over the past few days we have been attempting to further streamline and expedite our case. As a result, we have further reduced the number and time of witnesses that we intend to call. Attached is a revised witness list that presents all of our witnesses for the remainder of our case. We anticipate that we will be able to complete these witnesses by the middle of the week starting January 9. As a result, if you intend to present any rebuttal case (which we do not believe is necessary or appropriate and reserve our right to object to), please provide us with the witnesses you intend to call during the latter portion of the week of January 9 by Thursday January 5, 2006.

  Because we have trimmed down the witness list substantially, it has affected when we will call the remaining witnesses. We are in the process of contacting all of them to confirm their availability on the revised days that we expect to call them, however given the holidays, we have not been able to reach all of them. If they have conflicts with the dates under the new schedule, we may have to change the order of call. In addition, if the Court grants your motion with respect to Mr. Voilleque, it will likely force us to change the order of a substantial number of our remaining witnesses. In light of our attempts to streamline the case, we can also tell you that we only intend to ask Mr. Voilleque to present testimony concerning MUF and the 1957 fire. Finally, as you probably saw from our last witness list, we do not intend to call Dr. Grogan as a witness. Therefore, your motion with respect to her testimony is moot.

  We previously offered you the opportunity to re-depose Mr. Wecker on statements and opinions set forth in an affidavit by his colleague Laurentias Marais when Mr. Wecker was ill. We have not heard back from you as to whether or not you want to take another deposition of him. Because there is a chance we may need to reorder the current list and call Mr.

London    Los Angeles    Munich    New York    San Francisco    Washington, D.C.

## KIRKLAND & ELLIS LLP

Merrill Davidoff
December 22, 2005
Page 2

Wecker during the week of January 2, his deposition – if you feel that you need it – must take place on January 4, 2006.

    If you have any questions concerning these matters, please give me a call.

        Very truly yours,

        Scott A. McMillin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No. **90-cv-0181**                    Date **December 22, 2005**

Case Title   **Cook, et al vs. Rockwell International Corp., et al**

Defendants' Witness List for January 1, 2005 through January 13, 2006

| Witness | Date(s) Testified |
|---|---|
| Paul Voilleque (1.5 hours) | |
| John Osborn (1 hour) | |
| Ken Wise (2 hours) | |
| Ralph d'Arge (2 hours) | |
| Don Dorchester (1 hour) | |
| Dan McFadden (2 hours) | |
| William Wecker (2 hours) | |

**Deposition to be read during any available time:**

Al Hazle

General Harold Donnelly

Charles McKay