IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  December 16, 2005 | Reporter: Gwyn Daniel
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | Louise Roselle |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Thirty-Nine**

**9:01 a.m.    Court in session.**

Jury not present.

**ORDERED:  Motion to Compel Defendants to Disclose Their Entire Witness List (Doc. No. 1877), filed December 16, 2005, is granted in part.**

With regard to contacting third-party witnesses, the Court states that the rule in this district has always been and continues to be that attorneys are free to contact third-party witnesses, but they must first ascertain whether that party is represented by counsel, and if so, they may only deal through counsel in contacting the witness further.

Discussion regarding witness lists and the trial schedule.

Jury present.

　　　**Exhibit received:   PG-1013**

9:09 a.m.    Cross examination of Dr. Till by Ms. Roselle.

      **Exhibits received:  PG-1014, PG-1015, P-1080, PG-1099, P-1062, P-1068**

**10:26 a.m.**     **Court in recess.**
**10:53 p.m.**     **Court in session.**

Jury present.

Discussion regarding exhibits.

      **Exhibits received: P-1667, P-1596, PG-671**

10:56 a.m.     Continued direct examination of Dr. Till by Ms. Roselle.

**11:56 a.m.**     **Court in recess.**
**1:21 p.m.**      **Court in session.**

Jury present.

1:23 p.m.     Continued cross examination of Dr. Till by Ms. Roselle.

      **Exhibit received:    P-1086, P-1082**

2:10 p.m.     Redirect examination of Dr. Till by Mr. Bernick.

      **Exhibit received:    DX-529, DX-503, DX-526, DX- 529, DX-516**

3:20 p.m.     Recross examination of Dr. Till by Ms. Roselle.

**3:21 p.m.**     **Court in recess.**
**3:27 p.m.**     **Court in session.**

3:42 p.m.     Summation by Mr. Bernick.

4:16 p.m.     Summation by Mr. Davidoff.

Jury excused.

Argument by counsel regarding defendants' motion for mistrial.

**4:50 p.m.**     **Court in recess.**

Time in court - 5:41.     Trial continued.

2