# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 22, 2005

**Via Facsimile**

Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Re:   *Cook, et al. v. Rockwell, et al.*

Dear Counsel:

During the process of confirming witness availability for the revised witness order that we sent to you yesterday, it has come to our attention that Dan McFadden cannot testify before Wednesday, January 11 due to pre-existing commitments that cannot be moved. Accordingly, we will need to switch the order of Messrs. Wecker and McFadden, calling Wecker first and McFadden last. We will keep you apprised of any additional scheduling issues with our witnesses as they arise.

Sincerely,

Scott A. McMillin

Enclosure