Exhibit E

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004

1

```
 1  27805AVLM
    IN THE UNITED STATES DISTRICT COURT
 2  FOR THE DISTRICT OF COLORADO

 3  _____

    Civil Action No. 90-K-181
 4  _____

 5  MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK,
    RICHARD and SALLY BARTLETT, LORREN and GERTRUDE
 6  BABB, BANK WESTERN, A FEDERAL SAVINGS BANK, a
    Federally Chartered Savings Bank, and FIELD
 7  CORPORATION, a Colorado Corporation, on Their
    Own Behalf and as Representatives of a Class of
 8  Persons and Entities Suffering Economic Harm; and
    WILLIAM JR. and DELORES SCHIERKOLK, RICHARD and
 9  SALLY BARTLETT, MICHAEL DEAN RICE, THOMAS L. and
    RHONDA J. DEIMER, and STEPHEN M. and PEGGY J.
10  SANDOVAL, on Their Own Behalf and as Representatives
    Of a Class of Similarly Situated Residents and
11  Workers,

12  Plaintiffs,

13  vs.

14  ROCKWELL INTERNATIONAL CORPORATION, a Delaware
    Corporation, and THE DOW CHEMICAL COMPANY, a
15  Delaware Corporation,

16  Defendants.

17  _____

              DEPOSITION OF WALTER GALE BIGGS, Ph.D.
18                      July 29, 2004

19
             Pursuant to Notice taken on behalf of the
20  Defendants at The Boulder Broker Inn, 555-30th Street,
    Boulder, Colorado 80303 at 8:05 a.m., before Valerie L.
21  Miller, Certificate of Merit Holder and Notary Public
    within Colorado.

22

23

24
                                            ORIGINAL
25
```

1    A.    But more that's gonna impact the soil at that
2  point.
3    Q.    And so, from the standpoint of determining how
4  much plutonium would get washed out of the air at a
5  certain point, theoretically, at least, you could go to
6  the soil or, I suppose if it went into a lake, you could
7  go to the sediment, to find the ultimate fate of that
8  material; is that correct?
9    A.    Not entirely, no.
10         Looking at soil sampling or lake sediments is
11 a long-term effect, an integrated effect over time.
12 Looking at rainfall and snowfall is taking an instant
13 picture of the event and looking at it at one time only.
14   Q.    And then, as you -- then, as you mentioned
15 also, that information could be used by the TRAC model and
16 plugged into the TRAC model?
17   A.    That would be one application for it, yes.
18   Q.    Okay.  Getting back to your work on the
19 scientific panel --
20         And I know that you said you don't know the
21 specific reasons that you were asked to be on the panel;
22 is that correct?
23   A.    That is correct.
24   Q.    -- the panel was comprised of people who were
25 technical experts or scientific experts; is that fair to

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004

235

```
 1  say?
 2       A.   Yes, sir.
 3       Q.   Were the people who were on the scientific
 4  panel, did they have knowledge, training, experience
 5  beyond that that ordinary citizens have?
 6       A.   I think everyone on our committee had Ph.D.s.
 7       Q.   Do you think that the work that you did on the
 8  scientific panel could have been done by somebody without
 9  the education, training, and experience that you had in
10  your field?
11       A.   Absolutely not.
12       Q.   One last thing, since I've totally neglected
13  to ask you about your education and I don't have a C.V. --
14       MR. POLAND:  Let me ask this:  Would it be
15  possible, Gary, to get a C.V.?
16       MR. BLUM:  Sure.
17       MR. POLAND:  In lieu of having to go over your
18  education.
19       MR. BLUM:  Sure.
20       Do you have a C.V.?
21       THE DEPONENT:  The only thing I brought with
22  me is a C.V.
23       MR. BLUM:  Why don't we have it marked here.
24       MR. POLAND:  Why don't we just do that.
25  That's great.
```