# Exhibit F

```
                                                                    1

 1  IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF COLORADO
 2  CIVIL ACTION NO. 90-K-181-JLK

 3  _____

    DEPOSITION OF JOEL SELBIN, Ph.D.                  COPY
 4  EXAMINATION DATE:  NOVEMBER 9, 2005

 5  _____

    MERILYN COOK, et al.,
 6
    Plaintiffs,
 7
    v.
 8
    ROCKWELL INTERNATIONAL CORPORATION
 9  and THE DOW CHEMICAL COMPANY,

10  Defendants.

11  _____

12          PURSUANT TO NOTICE, the deposition of
    JOEL SELBIN, Ph.D., was taken at 10:09 a.m. on
13  November 9, 2005, at 1801 York Street, Denver, Colorado,
    before Nathan Stormo, Registered Professional Reporter
14  and Notary Public in and for the State of Colorado, said
    deposition being taken pursuant to the Federal Rules of
15  Civil Procedure.

16

17
                        Nathan Stormo
18            Registered Professional Reporter

19

20

21

22

23

24

25
```

```
                                                              149
 1   See how terrible I am with names?  I'm glad he's not
 2   here.  Don't tell him.
 3        A    Merrill had my name suggested to him by LeRoy
 4   as someone who might be good to testify, and so Merrill
 5   got in touch with me.  As a matter of fact, I'm not sure
 6   that the first phone call was from Merrill or with
 7   somebody else in the war room.  But, anyway, Merrill is
 8   the one that came up to my house, and I spent probably
 9   two hours with him talking about my involvement with
10   Rocky Flats and my possible use as a witness.
11        Q    (By Mr. Poland)  Do you recall when you got the
12   first phone call from somebody, whether it was Merrill
13   or somebody in the war room?
14        A    No.  You know, it's probably been -- well, it's
15   weeks ago, but I don't know how many weeks ago.  It's
16   recent times.  Within the past month, I would guess.
17        Q    And what did you talk about when Merrill came
18   to your house?
19             MS. GEOPPINGER:  Objection; asked and answered.
20             You can go ahead.
21             THE DEPONENT:  That's private, isn't it?
22        Q    (By Mr. Poland)  No.
23        A    It's not?
24             MS. GEOPPINGER:  No.  You can answer the
25   question.  What did you talk about?
```