# Exhibit B

WALTER GALE BIGGS, Ph.D. JULY 29, 2004

1

```
1   27805AVLM
    IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF COLORADO

3   _____

    Civil Action No. 90-K-181
4   _____

5   MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK,
    RICHARD and SALLY BARTLETT, LORREN and GERTRUDE
6   BABB, BANK WESTERN, A FEDERAL SAVINGS BANK, a
    Federally Chartered Savings Bank, and FIELD
7   CORPORATION, a Colorado Corporation, on Their
    Own Behalf and as Representatives of a Class of
8   Persons and Entities Suffering Economic Harm; and
    WILLIAM JR. and DELORES SCHIERKOLK, RICHARD and
9   SALLY BARTLETT, MICHAEL DEAN RICE, THOMAS L. and
    RHONDA J. DEIMER, and STEPHEN M. and PEGGY J.
10  SANDOVAL, on Their Own Behalf and as Representatives
    Of a Class of Similarly Situated Residents and
11  Workers,

12  Plaintiffs,

13  vs.

14  ROCKWELL INTERNATIONAL CORPORATION, a Delaware
    Corporation, and THE DOW CHEMICAL COMPANY, a
15  Delaware Corporation,

16  Defendants.

17  _____

            DEPOSITION OF WALTER GALE BIGGS, Ph.D.
18                      July 29, 2004

19

              Pursuant to Notice taken on behalf of the
20  Defendants at The Boulder Broker Inn, 555-30th Street,
    Boulder, Colorado 80303 at 8:05 a.m., before Valerie L.
21  Miller, Certificate of Merit Holder and Notary Public
    within Colorado.

22

23

24
                                          **ORIGINAL**
25
```

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   (FAX) 312.704.4950

WALTER GALE BIGGS, Ph.D.    JULY 29, 2004

144

1    A.    Yes.

2    Q.    And 4.1 says "Air Committee Report."

3    A.    That's correct.

4    Q.    And that was your committee; correct?

5    A.    That is correct.

6    Q.    And then the second is a "Water Committee
7    Report"?

8    A.    That is correct.

9    Q.    And the third is a "Radiation Committee
10   Report"?

11   A.    That is correct.

12   Q.    Is that the report that you were just
13   referring to that had a health physicist on it?

14   A.    Yes, sir.

15         Oh, maybe more than "a."

16   Q.    Or maybe more than one.

17   A.    Yeah.

18   Q.    As a general matter, trying to narrow down a
19   little bit or hone in on the definition of "respirable,"
20   do you know whether particles that are 30 microns or
21   greater can be breathed into the deep lung?

22   A.    That's probably highly unlikely.

23   Q.    Okay. Turning to Page 6 of Exhibit No. 1.
24   Can you describe Page 6 for me.

25   A.    Page 6 is a freehand drawing of an exhaust

1  duck -- duct that I observed in Building 707 on the Rocky
2  Flats Plant.
3      Q.   And what did Building 707 do?
4      A.   Building 707, as I understand, was a plutonium
5  fabrication, I believe, plant. I'm not sure. I don't
6  think it was in the processing, but it may have been.
7      Q.   Did you observe the exhaust duct in Building
8  707 in conjunction with your work on the scientific panel?
9      A.   That is correct.
10     Q.   And why did you create what's on -- depicted
11 on Page 6?
12     A.   Because of my concerns as to their ability to
13 monitor, given the configuration of the ductwork.
14     Q.   And what were those concerns, Dr. Biggs?
15     A.   Well, you'll notice that the air flow shows it
16 going from left to right across the diagram.
17     Q.   Yes.
18     A.   And then constricts down to a narrow
19 constriction. And then opens up again to a larger
20 group -- I mean, a larger ductwork later on. And so -- so
21 my concern was whether the air flow through there was
22 conducive to the way they had placed their monitors and,
23 also, as to whether that pitot tube was really measuring
24 the air flow.
25     Q.   Okay. I think you mentioned two concerns;

```
 1  one, you said whether the air flow was conducive to --
 2          I'm sorry.
 3      A.   -- to actually measuring the amount of
 4  radioactivity that's going through there because of their
 5  placement.
 6      Q.   And what is it about their placement that
 7  might not have made them conducive to measuring the amount
 8  of radioactivity in the air?
 9      A.   When the air comes out of that constricted
10  area, you're probably going to see it coming out as a
11  small jet flow, rather than expanding out into the -- to
12  the full width of the ductwork.  It is probably going to
13  hit the paneling, because there's a -- like almost a
14  45-degree curve, plus or minus a few degrees --
15          I didn't measure it, but that's what it looked
16  like to me.
17          -- hit the paneling on the other side of the
18  ductwork and actually form an eddy in the area where the
19  air flow would be coming onto those radiological monitors
20  in a reverse direction.
21      Q.   And by the "radiological monitors," you mean,
22  on Drawing No. 6, that there are two, it looks like, tubes
23  that are depicted; and written right next to them it says,
24  "radiological monitors"?
25      A.   That is correct.
```

```
 1              I -- I do want to say, though, that the number
 2   of monitors varied from two up to as many as several.  And
 3   I've never -- I didn't count how many were on some of
 4   them.
 5         Q.   So, there were different stacks that you
 6   observed in Building 707?
 7         A.   That is correct.
 8         Q.   There's also a --
 9              How did you pronounce it?
10         A.   Pitot.
11         Q.   Pitot.
12              -- there's also a pitot in your drawing that
13   is located right in the middle of where the vent narrows.
14         A.   That is correct.
15         Q.   Was there a concern that you had about whether
16   that particular pitot tube was actually measuring the
17   amount of activity in the air?
18         A.   Yes, I did have concerns about that.
19         Q.   And what was your concern about that specific
20   pitot?
21         A.   I asked the last time that pitot tube had been
22   calibrated.  It had never been calibrated since it had
23   been installed, in the early 1950s.
24         Q.   Now, was that on a specific stack in Building
25   707, or was that a condition that existed on more than one
```

```
 1  stack?
 2       A.  I asked it about several stacks, and I got the
 3  same answer; so I, therefore, extrapolated that to all
 4  stacks.
 5       Q.  Did you observe the stacks in any of the other
 6  buildings, plutonium buildings, at the Rocky Flats Plant
 7  site?
 8       A.  No.  This was the only one they'd let us go
 9  into.
10       Q.  Now, you mentioned that you also had a second
11  concern about the, I believe, about the ability of the
12  stack samplers to accurately measure how much
13  radioactivity --
14       A.  That is correct.
15       Q.  -- was in the air?
16           And what was the second concern?
17       A.  The second concern was that the air flow onto
18  the monitors was probably in a reverse direction; in other
19  words, it was not impacting the front of the sampling
20  tube, it was impacting the back.
21       Q.  And that was because of the eddies that you
22  had just described a moment ago?
23       A.  Yes, sir.
24       Q.  Would that -- that concern would not apply to
25  the pitot that's in the narrow portion of this duct; is
```

151

1  stack?
2      A.   As far as I know --
3      Q.   Okay.
4      A.   -- it has absolutely nothing to do with the
5  monitoring of radioactivity. Its purpose is to measure
6  air flow.
7      Q.   So, it's the radiological monitors that you
8  had said were in that eddy --
9      A.   Yes.
10     Q.   -- that ...
11          And would those have -- if they were in an
12 eddy, would they have undercounted or underestimated the
13 radioactivity in the air flowing through the stack?
14     A.   If, indeed, that eddy was there -- which I did
15 get independent confirmation of -- then that would say
16 that those radiological monitors were way underestimating
17 the amount of radioactivity in that air.
18     Q.   Do you know -- and you just said "way
19 underestimating" -- do you know how much they would have
20 been underestimating the concentrations by?
21     A.   No, I'm not.
22     Q.   Do you know whether any determination was ever
23 made about the amount that they were underestimating the
24 activity in the air?
25     A.   I was told that they were going to look at

1  that and they were going to do some studies relating to
2  it.  I never heard any of the results.
3      Q.   Do you know of anybody else who ever made any
4  kind of estimates about the amount that the radiological
5  monitors in the Building 707 stack would have undercounted
6  the activity in the air?
7      A.   No, sir.
8      Q.   You testified a moment ago, Dr. Biggs, that
9  you thought that this might have been addressed as a
10 recommendation in your report, your committee report?
11     A.   It might have been.
12     Q.   Why don't we take a look --
13     A.   Okay.
14     Q.   -- and see if it was.
15     A.   I know the panel was in agreement on that
16 point.
17     Q.   Or actually, I think that this was something
18 that I had seen.  I believe, if you look at Page 13347 --
19     A.   Ah.
20          I'm sorry, 1333 --
21     Q.   13347.
22     A.   Oh, sorry.
23     Q.   -- Section 2.2 is entitled "STACK MONITORING."
24     A.   Yes, I believe that's where we discussed it.
25     Q.   And if I look in that second paragraph, it

1    A.    But more that's gonna impact the soil at that
2  point.
3    Q.    And so, from the standpoint of determining how
4  much plutonium would get washed out of the air at a
5  certain point, theoretically, at least, you could go to
6  the soil or, I suppose if it went into a lake, you could
7  go to the sediment, to find the ultimate fate of that
8  material; is that correct?
9    A.    Not entirely, no.
10         Looking at soil sampling or lake sediments is
11 a long-term effect, an integrated effect over time.
12 Looking at rainfall and snowfall is taking an instant
13 picture of the event and looking at it at one time only.
14   Q.    And then, as you -- then, as you mentioned
15 also, that information could be used by the TRAC model and
16 plugged into the TRAC model?
17   A.    That would be one application for it, yes.
18   Q.    Okay.  Getting back to your work on the
19 scientific panel --
20         And I know that you said you don't know the
21 specific reasons that you were asked to be on the panel;
22 is that correct?
23   A.    That is correct.
24   Q.    -- the panel was comprised of people who were
25 technical experts or scientific experts; is that fair to

235

WALTER GALE BIGGS, Ph.D.   JULY 29, 2004

```
 1  say?
 2       A.   Yes, sir.
 3       Q.   Were the people who were on the scientific
 4  panel, did they have knowledge, training, experience
 5  beyond that that ordinary citizens have?
 6       A.   I think everyone on our committee had Ph.D.s.
 7       Q.   Do you think that the work that you did on the
 8  scientific panel could have been done by somebody without
 9  the education, training, and experience that you had in
10  your field?
11       A.   Absolutely not.
12       Q.   One last thing, since I've totally neglected
13  to ask you about your education and I don't have a C.V. --
14           MR. POLAND:  Let me ask this:  Would it be
15  possible, Gary, to get a C.V.?
16           MR. BLUM:  Sure.
17           MR. POLAND:  In lieu of having to go over your
18  education.
19           MR. BLUM:  Sure.
20           Do you have a C.V.?
21           THE DEPONENT:  The only thing I brought with
22  me is a C.V..
23           MR. BLUM:  Why don't we have it marked here.
24           MR. POLAND:  Why don't we just do that.
25  That's great.
```