# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

### DEFENDANTS' STATEMENT CONCERNING ITS TRIAL WITNESS LIST

---

In light of the direct testimony of W. Gale Biggs, Defendants make the following additions to their trial witness list as rebuttal witnesses to Dr. Biggs's testimony: Paul Voilleque and James Martin.

Furthermore, in light of Dr. Clapp's testimony, Shirley Fry (already listed as a rebuttal witness to Dr. Wing's testimony) will also testify about epidemiological process and procedures, including statements made by Dr. Clapp concerning statistical significance and other issues.

Dated: November 11, 2005

Respectfully submitted,

/s/ Stephanie A. Brennan
One of the Attorneys for the Defendants
David M. Bernick

Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
Stephanie A. Brennan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on November 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                /s/ Kari Knudsen
                                                Kari Knudsen (legal assistant)