# Exhibit A

**TENDERED BY DEFENDANTS**
**PROPOSED INSTRUCTION REGARDING CLASSIFICATION**

**CLASSIFICATION**

There is no evidence or claim in this case that Dow, Rockwell, or their counsel were involved in the Department of Energy's decisions regarding the classification, declassification or redaction of documents in this case.  The DOE is solely responsible for these classification, declassification and redaction decisions in this case.  There is no evidence or claim that Dow or Rockwell or their counsel have engaged in any effort to improperly withhold documents or improperly affect the evidence presented in this case.  Both Defendants and Plaintiffs have had access to the information that the Department of Energy has provided to the parties in this case.

Therefore, the question of whether or not the classification process itself was conducted in good faith is not before you to decide.  You are not to review how classification decisions were made or the motivations of the U.S. Department of Energy in classifying or declassifying information.  Thus, you may not draw any inference against the Defendants based on the DOE's classification decisions.  You also may not draw any inference against the Defendants that information that has remained classified is, or would be, unfavorable to Defendants.

**Authority:**   8/22/05 Hr'g Tr. at 23–24; Trial Tr. at 5050–51 ("[Y]ou still have a classification decision that's made, and the Congress says it's none of my business."); *id.* at 5054 ("Whether or not they had bad faith motivations or otherwise, whether it's political, philosophical or religious doesn't matter.  What matters is the test that I set out, and I am very confident in that test."); *id.* at 5082 (whether classification "was done in good faith or not [is] beyond the purview of this Court"); *id.* ("Whatever other motivations they have, I can't go into.

I don't sit as court of review as to the—as to how classifications are made."); *id.* ("Now, whether

they—whether they refused to give you information, the Department of Energy did, they refused

to declassify MUF information on the grounds of national security, is not something I'm going to

go into."); *id.* at 5149 (barring questioning on DOE's discussions about whether producing MUF

documents would hurt DOE and its contractors); *id.* at 5230 ("The improper classification of

documents is not coming in.  That's just it.")

2