Exhibit E

4/16/1996  Siebert, Bryan A.

```
1                UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLORADO

3

4      MERILYN COOK, et al           *

5             Plaintiffs             *

6         Vs.                        *  C.A. No. 90-K-181

7      ROCKWELL INTERNATIONAL        *CORPORATION, et al

8             Defendants             *

9      *    *    *    *    *    *    *                            Tuesday,

10                                  Washington, D.C.

11     Deposition of                     VOLUME TWO

12                  A. BRYAN SIEBERT,

13     The Witness, was called for examination by counsel for

14     the Plaintiffs, pursuant to notice, taken at the law

15     offices of Connerton, Ray & Simon, 1920 L Street,

16     N.W., beginning at 1:35 p.m., before Leslie L.

17     Schneider, a Notary Public in and for the District of

18     Columbia, when were present on behalf of the

19     respective parties:

20             FRIEDLI, WOLFF & PASTORE, INC.

21             1900 L STREET, N.W., SUITE 303              WASHINGTON, D

22                     (202) 331-1981
```

191

4/16/1996  Siebert, Bryan A.

```
1     present at the TEP meeting, no counsel being present
2     in my conversations between me and my staff on this
3     declassification, no counsel.
4             Now, and I don't mean to be cagey, I don't
5     think General Counsel had anything to do with this
6     declassification and they were not present nor were
7     they consulted in any other format.
8         Q   You say General Counsel, are you referring
9     to who specifically?
10        A   Any members of the General Counsel's office,
11    here or anywhere else.  At DOE or anywhere else.  We
12    don't talk to counsel about declassification
13    decisions.  As a general rule, I can recall not once
14    myself consulting with counsel about declassification
15    actions.  I can't recall that happening on this or any
16    other issue related to declassifications.
17            The issue is whether or not under the Atomic
18    Energy Act or the national security Executive Order,
19    we can legitimately protect the national security by
20    declassifying information.  That's not a legal
21    determination, it's one that involves an estimation of
22    the impact on national security and that alone.
```

4/16/1996  Siebert, Bryan A.

```
1          Q    Sure.  In response to my question about MUF,
2     you referred to paper record, is that right, you said
3     the words paper record.
4               All right.  Now, focusing in on that as
5     you've used it, what I'm trying to understand is do
6     all the records that qualify as the paper records
7     you're referring to, do all of them have the words MUF
8     on them?  In other words, if you looked at one that
9     didn't have MUF, you'd say, well, that doesn't
10    qualify?
11         A    I guess the accurate answer is I've seen too
12    many documents to say whether I can recall or not, so
13    my answer is I can't recall.
14         Q    Well, turning to your affidavit, your second
15    one, could you -- I'll reconsider that.
16              Yes, Mr. Kurtenbach asked you I believe a
17    question about your contact with Dow and its counsel.
18              Mr. Siebert, during the -- since 1990,
19    January 1990, have you sent any written communications
20    to anyone at Dow, whether its counsel or its
21    officials, concerning this case?
22         A    Since when?
```

4/16/1996  Siebert, Bryan A.

1        Q    Since January 1st, 1990.

2        A    I don't recall communicating with Dow on
3    this case either verbally or in writing.

4        Q    Since January 1, 1990 --

5        A    You'll probably find some discovery document
6    that I did, but I certainly don't recall it.  That's a
7    hypothetical, it's not something I know for a fact.

8        Q    Are you finished?

9        A    Yes.

10       Q    Since January 1, 1990, have you received
11   anything in writing from Dow or its counsel or anyone
12   connected with Dow in connection with this case or
13   about this case?

14       A    Not that I can recall.

15       Q    This QA that Ms. Wells asked you about, I
16   believe you testified about two different types of QAs
17   occurring, is that right, one by your staff?

18       A    We did discuss that.

19       Q    Are you personally involved in any way --
20   have you personally conducted any of the QA review out
21   of the plant that you referred to?

22       A    What were the last three words; at the

426