Exhibit F

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 90-K-181

---

DEPOSITION OF RICHARD C. KAUFMAN
EXAMINATION DATE:   OCTOBER 18, 2005



---

MERILYN COOK, WILLIAM JR. and DELORES SCHIERKOLK, RICHARD
and SALLY BARTLETT, and LORREN and GERTRUDE BABB,
Plaintiffs,
v.
ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
COMPANY,

Defendants.

---

      PURSUANT TO NOTICE, the deposition of RICHARD
C. KAUFMAN was taken at 9:00 a.m., October 18, 2005, at
633 17th Street, Suite 3000, Denver, Colorado, before
Kimberley W. Gauthier, Registered Professional Reporter
and Notary Public in and for the State of Colorado, said
deposition being taken pursuant to the Colorado Rules of
Civil Procedure.

                Kimberley W. Gauthier
          Registered Professional Reporter

62

1   entire universe of documents that you located?
2       A.   Yes.
3       Q.   Did this discussion you had with -- I'm going
4   to strike that.
5            The question I had asked you at the start of
6   this line of questioning was whether defense counsel
7   played any role in the declassification review of MUF
8   documents, and that's what I believe triggered your
9   recollection of this conversation.  So just for clarity,
10  I want to ask --
11      A.   Not that I know of, no.
12      Q.   Just so that I get my full question on the
13  record, did defense counsel play any role in the
14  declassification review of MUF documents?
15           MR. SORENSEN:  Objection; foundation.
16      A.   None that I know of.
17      Q.   (By Ms. Park)  And this communication, this
18  conversation that you recall having with the defense
19  counsel with respect to the broader universe of MUF
20  documents that was subsequently located, it had nothing
21  to do with whether the MUF documents should be
22  classified or not classified, right?
23           MR. SORENSEN:  Objection; leading.
24      A.   Correct.  You're right, that's correct.
25           MR. SORENSEN:  Leading and foundation.  Counsel