Exhibit G

ORIGINAL

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

------------------------------------------------

MERILYN COOK, et al.,              :  Civil Action
                                   :  No. 90-K-181
                                   :
           Plaintiff(s)            :  DEPOSITION OF:
                                   :
      vs.                          :  ROBERT J. BUDNITZ
                                   :
ROCKWELL INTERNATIONAL             :
CORPORATION,                       :
a Delaware Corporation             :
      and                          :
THE DOW CHEMICAL COMPANY,          :
a Delaware Corporation,            :
                                   :
                                   :
           Defendant(s)            :

------------------------------------------------

Thursday, April 24, 1997

------------------------------------------------

R E P O R T E D   B Y:

    LOUIS A. MANCHELLO, Certified Shorthand Reporter

(License No. X01418) and Notary Public of New Jersey, and

Commissioner of Deeds of Pennsylvania, on the above date,

commencing at 10:00 a.m., at the law offices of Berger &

Montague, 1624 Locust Street, 6th Floor Conference Room,

Philadelphia, Pennsylvania  19103.

DelCasale, Casey, Martin & Manchello
   (215) 568-2211        (609) 482-7207

1   placed in the public domain, and yet they had only
2   examined a fraction of all the documents that appeared
3   to be relevant in this regard.
4           And what I did during those two days with
5   Auerbach, in the constant presence of a security
6   officer from Rocky Flats, from EG & G, or maybe it was
7   from Kaiser-Hill, there was a transition going on at
8   that time, but, anyway, from Rocky Flats Plant, was to
9   examine a very long list of computerized data base
10  titles of reports in broad areas that Berger & Montague
11  had requested, very broad areas, and there were
12  thousands of them.  And I remember going through the
13  list of this, this computerized list of titles and
14  picking out areas where I thought the reports were
15  relevant and some where I, with a technical knowledge
16  that I had, thought they weren't.
17          Remember, I have a technical background
18  and that provides some insights, and I've had a
19  security clearance -- my first security clearance was
20  in 1962, a very long time ago.
21  Q.      You have a security clearance, correct?
22  A.      Yes.
23  Q.      A Q clearance?
24  A.      Yes.

1    Could you read that question back
2    please.
3         (Whereupon the court reporter read back
4    the pending question.)
5         THE WITNESS: I can't answer the
6    question as framed.
7         I can tell you something that's related
8    to it, and that maybe can help you, but I kind
9    of think we ought to have a short break here
10   for a moment if it's okay with you.
11        MR. BASILE: Why don't we take a break?
12   You can answer this question, and then we'll
13   take a break. I don't want to take a break
14   with a question pending. That wouldn't be a
15   good idea.
16        THE WITNESS: I'm not complaining.
17        What I did do was in that first trip to
18   Rocky Flats, with Auerbach, I went down lists
19   of titles, there were thousands of them, a
20   computer printout a foot high, and I asked for
21   broad categories of reports to be presented.
22   For example, there would be, for example, a
23   monthly report on a subject, and there was
24   every month from 1952 to the present, and I

Case No. 1:90-cv-00181-JLK   Document 1903-8   filed 12/28/05   USDC Colorado   pg 5 of 7

Robert J. Budnitz                               52

1  asked for one, just to see whether there was
2  information that would make useful, the
3  presentation of all monthly reports of which
4  there would be hundreds. That sort of thing
5  is what I did.
6      And in some cases it was a unique
7  report, not a month, and I asked to look at
8  it. I probably looked at a couple of hundred
9  reports during those two days in terms of the
10 title, the abstract, and maybe a brief run
11 through, and I read several of them in some
12 detail where I thought that was important for
13 me. And on the basis of that, Auerbach and I
14 developed a list of reports that were then, as
15 I understand it, requested to be declassified
16 by Berger & Montague.
17     You ought to know that prior to that
18 interaction we spent half an hour with a
19 security officer there who explained to me,
20 although I have a clearance, the rules as to
21 how one goes about looking at various things,
22 and then after that we were on our own.
23     We just -- they did not hold back, as
24 far as I know, any documents that I requested

DelCasale, Casey, Martin & Manchello
(215) 568-2211          (609) 482-7207

1         to look at at that time, although there were
2         some that the officer said to me, but Bob, you
3         understand that we're not going to let out,
4         because of its security implications, and that
5         was true.  There were some when I said to him
6         and Auerbach that would be of extreme value,
7         but I agree it would not be appropriate to
8         release certain documents, and I understood
9         that.  But there was some of that stuff that I
10        looked at that I had in my head.
11   BY MR. BASILE:
12   Q.        Just to close out this area --
13   A.        There's more, but if you want to have a short
14   break it would help me.
15   Q.        Let me just close out this area, and then
16   we'll break.
17              MR. BASILE:  Off the record.
18              (Discussion off the record)
19   BY MR. BASILE:
20   Q.        Just a quick close-out question on this area.
21              What I was interested in was, after
22   reading the Cochran report, you didn't go back and look
23   at any specific MUF documents with an eye toward
24   correcting or reviewing the Cochran accuracy, correct?

1    A.    No. And that was because I had in those times
2    at Rocky Flats and from other knowledge which I had
3    had, I had in my head some pretty detailed knowledge of
4    some of that material which enabled me to do the review
5    I mentioned without having to go back.
6    Q.    When you say pretty detailed knowledge, you're
7    referring to the thousands of documents that you
8    scanned back in '95?
9    A.    And also in '96 where there was a second visit
10   to Rocky Flats, and also knowledge that I had had from
11   earlier security-clearance activities going back some
12   time.
13             I have had a clearance since 1962, and I
14   have had intermittent security-clearance knowledge on
15   unrelated issues, which I can tell you about if you
16   want.
17              MR. BASILE:  Break?
18              MR. SORENSEN:  Yes.
19              (Short recess taken at 11:05 a.m.)
20              (Proceedings resumed at 11:15 a.m.)
21   BY MR. BASILE:
22   Q.    Dr. Budnitz, I want to focus back now on the
23   work that you did related to the report on the Rockwell
24   era that you signed along with Dr. North.