**Jean M. Geoppinger**

| | |
|---|---|
| **From:** | Peter Nordberg [pn@nordbergonline.com] |
| **To:** | 'Mark Nomellini' |
| **Cc:** | |
| **Subject:** | FW: Cook |
| **Attachments:** | |

**Sent:** Sat 12/17/2005 12:00 PM

Mark,

Please transmit: (1) the declaration from Dr. Marais to which you refer; (2) any previous designation of Mr. Wecker as an expert; and (3) any previous report from Drs. Marais or Wecker.

Thanks.

-- Peter

---

**From:** Mark Nomellini [mailto:mnomellini@kirkland.com]
**Sent:** Friday, December 16, 2005 2:28 PM
**To:** pnordberg@bm.net
**Cc:** Douglas Kurtenbach; Scott McMillin; Jane Park; Daniel Rooney
**Subject:** Cook

Peter,

Defendants intend to call William Wecker as a witness. Several years ago, Dr. Wecker's colleague Dr. Laurentious Marais submitted a Declaration setting forth several expert opinions because Mr. Wecker had suddenly taken ill. Dr. Wecker is adopting the opinions set forth in the Marais Declaration. Accordingly, although you have already deposed Dr. Wecker, defendants will make Dr. Wecker available for a second deposition on Saturday January 7, 2006, so that you may examine him on the matters set forth in the Marais Declaration. Defendants do not anticipate calling Dr. Wecker until the following week.

***********************************************************

The information contained in this communication is

confidential, may be attorney-client privileged, may

constitute inside information, and is intended only for

the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.

**************************************************************