# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 28, 2005

**Via Facsimile**

Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

> **Re:**   *Cook, et al. v. Rockwell, et al.*

Dear Counsel:

We twice offered to present Mr. Wecker for deposition concerning the affidavit of his colleague Laurentius Marais that was prepared when Mr. Wecker was ill. To date, we have not heard back from you in response to either letter. We reiterate that Mr. Wecker is available for deposition in Denver on Wednesday, January 4, 2006. If we do not hear back from you by the close of business Friday, December 30, we will assume that you do not wish to re-depose Mr. Wecker and will inform him that he does not have to be in Denver for a deposition next Wednesday.

Sincerely,

*Scott A. McMillin : mdc*

Scott A. McMillin

Enclosure

London          Los Angeles          Munich          New York          San Francisco          Washington, D.C.

# KIRKLAND & ELLIS LLP

### *Fax Transmittal*

200 East Randolph Drive
Chicago, Illinois 60601
Phone: (312) 861-2000
Fax: (312) 861-2200

---

**Please notify us immediately if any pages are not received**

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY
BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND
IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE,
DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

**IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY AT:
(312) 861-2356.**

| *To:* | *Company:* | | *Fax #:* | *Direct #:* |
|---|---|---|---|---|
| Merrill G. Davidoff Peter Nordberg | Berger & Montague, P.C. | | 215-875-4604 | 215-875-3000 |
| *From:* | *Date:* | *Pages w/cover:* | *Fax #:* | *Direct #:* |
| Scott A. McMillin | December 28, 2005 | 2 | (312) 861-2200 | (312) 861-2366 |

*Message*:  Please see the attached.