# Jean M. Geoppinger

**From:** Peter Nordberg [pn@nordbergonline.com]
**Sent:** Thursday, December 29, 2005 3:00 PM
**To:** 'Jane Park'
**Subject:** RE: Cook -- Wecker/Marais Materials

Thanks, Jane.

-----Original Message-----
From: Jane Park [mailto:jpark@kirkland.com]
Sent: Thursday, December 29, 2005 2:09 PM
To: pnordberg@bm.net
Subject: RE: Cook -- Wecker/Marais Materials

Peter, the Marais Declaration was appended as an exhibit to Defendants' Reply Brief in Support of Their Motion to Strike Plaintiffs' Expert Evidence, filed 2/4/99.

| "Peter Nordberg" <pn@nordbergonline.com><br>12/28/2005 03:53 PM<br><br>Please respond to <pnordberg@bm.net> | To '"Jane Park'" <jpark@kirkland.com><br>cc<br>Subject RE: Cook -- Wecker/Marais Materials |
|---|---|

Thanks, Jane.

-----Original Message-----
From: Jane Park [mailto:jpark@kirkland.com]
Sent: Wednesday, December 28, 2005 4:41 PM
To: pnordberg@bm.net
Subject: RE: Cook -- Wecker/Marais Materials

Peter, just dropping you a line to let you know that I

1

am looking into your request and will respond as soon
as I have an answer. -- Jane

| | | |
|---|---|---|
| "Peter Nordberg" <pn@nordbergonline.com> | | |
| | To | |
| | "'Jane Park'" <jpark@kirkland.com> | |
| 12/27/2005 11:58 AM | cc | |
| | Subject | |
| | RE: Cook -- Wecker/Marais Materials | |
| Please respond to <pnordberg@bm.net> | | |

Jane,

This has been a longish case, and much of it was litigated during a less
advanced electronic age, which can make computer searches difficult. Can
you identify the occasions on which the Wecker and Marais declarations were
previously transmitted? From the dates, it does not appear to have been
with the general service of expert reports in 1996. If they were
transmitted as exhibits to some other submission, can you identify the
original submissions in connection with which they were served?

Thank you.

Peter

-----Original Message-----

From: Jane Park [mailto:jpark@kirkland.com]
Sent: Tuesday, December 20, 2005 3:44 PM
To: pn@nordbergonline.com; pnordberg@bm.net
Cc: Mark Nomellini
Subject: Cook -- Wecker/Marais Materials


Peter,

    Please find various of the Wecker/Marais materials that you requested of Mark. I believe you said that email was the best mode of transmission. However, if you have any difficulties receiving/opening these attachments, please let me know and I'll send over a paper copy to whatever address you provide. -- Jane



(See attached file: Marais Declaration.pdf)(See attached file: 04-15-1997 Order All Dep of Exprt Witnesses complete by 05-01-1997.pdf)(See attached file: 05-05-1995 Def ID of Antic Expert Subj Matter and Witnesses.pdf)(See attached file: 12-22-2000 Joint Submission Pursuant Crt Order of 11-16-2000.pdf)(See attached file: 02-04-1999 Def Plead in Resp Crt 01-05-1999 Order.pdf)
(See attached file: Wecker_wpd.pdf)
<font size=2 face="monospace,courier">
**********************************************************

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for

the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this communication in error, please notify us immediately by

return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof, including all attachments.
**********************************************************

</font>

```
<font size=2 face="monospace,courier">
***********************************************
```

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for

the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International
LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly
prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by

return e-mail or by e-mail to postmaster@kirkland.com,
and
destroy this communication and all copies thereof,
including all attachments.
```
***********************************************
</font>
```

```
<font size=2 face="monospace,courier">
***********************************************
```
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
```
***********************************************
</font>
```