Case No. 1:90-cv-00181-JLK   Document 1905-2   filed 12/30/05   USDC Colorado   pg 1 of 32

a comprehensive description of all operations in the areas served by these ducts; however, some general information can be provided. The first five ducts listed served the major processing areas (Rooms 146, 148, 149) and glovebox exhaust systems. These ducts were sampled routinely and are discussed further in the next section. Most of the building utilities were located on the second floor as were rooms housing filtration systems. Rooms 179 and 180 were in the development area. Rooms 181–182 were used for plutonium fabrication. Plutonium components were stored in Rooms 187–188 (ERFOM 1994).

### Table 3.2. Flow Rates for Ventilation Exhaust Ducts in Building 71

| Duct label | Flow rate[a] ($ft^3\ min^{-1}$) | Primary rooms or areas exhausted |
|---|---|---|
| D–74 | 29,000 | Room 146 and Building 74 |
| D–77 | 30,000 | Rooms 148, 148A, recirc. air flow |
| D–84 | 20,000 | Rooms 149, 149A, and 149B |
| D–86 (partial) | 4,800 | Booster filtration system |
| D–88 | 26,000 | Development and analytical areas |
| D–75 | 7,000 | Second floor |
| D–76 | 8,700 | Room 181 east |
| D–78 | 8,400 | Room 148 (partial) |
| D–79 | 3,900 | Room 171 |
| D–80 | 5,800 | Room 182 east |
| D–81 | 11,400 | Room 182 west |
| D–82 | 2,100 | Rooms 166, 174 |
| D–83 | 11,200 | Room 181 west |
| D–85 | 4,100 | Second floor |
| D–86 | 16,800 | Room 179 |
| D–87 | 3,500 | Room 180 |
| D–89 | 10,400 | Rooms 180, 185, 186 |
| D–90 | 2,400 | Rooms 186, 187, 188 |
| Main exhaust | 202,000 | Entire building |

[a] Flow rates consistent with a daytime flow rate of 202,000 $ft^3\ min^{-1}$ for the main exhaust. That average flow rate was not approached on a regular basis until mid-1956.

Original records of the exhaust flow rates during early years of operation of Building 71 are no longer available for review. However, the monthly health physics reports (Putzier et al. 1953–1958) contain discharge air volumes for the months December 1953 through April 1954. Other monthly health physics reports contained both the amount of plutonium released and the measured effluent concentration. For those months, the volume of air that was discharged from the building has been computed by taking the ratio of the amount released to the average concentration in the effluent. The results are shown in Figure 3.2. Average air discharge rates were quite variable during the first 3 years of operation and were generally below 120,000 $ft^3\ min^{-1}$. They were consistently higher after mid-1956.

Case No. 1:90-cv-00181-JLK   Document 1905-2   filed 12/30/05   USDC Colorado   pg 2 of 32



**Figure 3.2**. Reported or calculated monthly exhaust airflows for Building 71. Fractions of the airflow for full-time operation at 202,000 ft³ min⁻¹ are shown. That flow rate was not approached consistently until mid-1956.

Figure 3.2 shows that using the reference flow rate of 202,000 ft³ min⁻¹ to determine the flow rates for individual exhaust ducts could lead to an overestimate of the amount of plutonium carried to the main plenum filters. Before June 1956, the average ventilation flow rate was only about half of the reference value. During the latter part of 1956 and in 1957, when the most important events that caused contamination of the plenum filter bank occurred, the amount of overestimation is much smaller. For that reason, the use of reference flow rates (Table 3.2) for the individual ducts throughout the entire time period is considered to be an adequate procedure even though it will bias the results somewhat on the high side.

### 3.2.2 Plutonium Collected on the Main Plenum Filters

The fire in the main filter plenum burned many of the more than 600 CWS filters that were installed there. The extent of the damage to the filter bank is not quantified in historic reports. It is known that firefighters created firebreaks by using pikes to pull some of the filters out of their holders. This was done to reduce the lateral spread of the fire (Epp et al. 1957). The width of the firebreaks was not stated. At least two columns of filters must have been pulled down to make the firebreaks. That would have affected a dozen filters and is consistent with a report (Freiberg 1999) that few filters were removed. Photos of cleanup operations show that some filters remained in place, but there are no photos of the filter bank immediately after the fire.

The amount of contamination present on the filters is needed to estimate the release of plutonium from filters that burned. The plenum filter contamination from operational and accidental releases of plutonium into the ventilation systems in Building 71 before 11 September 1957 is discussed here. The contribution from the most important ventilation exhaust ducts is discussed first. These ducts carried about half of the air, primarily from processing areas, to the

main filter plenum. Then the contributions from other ducts, which were not sampled routinely, are discussed.

**3.2.2.1  Filter Contamination from Primary Exhaust Feeder Ducts.** Sampling of the Building 71 effluent discharge was initiated in June 1953 when operations began. At the same time, sampling of the duct that carried the exhaust from Rooms 148 and 148A and the bleed from the recirculating air system was also initiated. This was one of the most important ducts carrying air to the main filter bank. By early 1954, the sampling program had been expanded to include the five feeder ducts, which handled the ventilation exhaust air expected to contain the highest levels of contamination. Table 3.3 shows the ducts that were sampled and the functions performed in the areas that they served. Flow rates for these ducts are given in Table 3.2.

**Table 3.3. Ducts in Building 71 That Were Sampled Routinely**

| Duct label | Areas from which air was taken | Description |
|---|---|---|
| D–74 | Room 146 and Building 74 | Plutonium and waste processing operations |
| D–77 | Rooms 148, 148A, and bleed from recirculating air system | Plutonium processing operations, filtered exhaust air from processing, recovery, and fabrication gloveboxes |
| D–84 | Rooms 149, 149A, and 149B | Plutonium recovery operations, incinerator |
| D–86 | Booster exhaust filtration system | Filtered exhaust air from gloveboxes in the development and analytical areas |
| D–88 | Development area (Rooms 180, 178–179, 174–176, and 172) and analytical area (Rooms 151–154 and 156–169) | Special products processing and fabrication operations, sample analysis support efforts |

Table 3.3 shows that the duct sampling program was focused on those areas where the highest levels of airborne plutonium were expected. The gas that was filtered and bled out of the recirculating system for the gloveboxes in the main processing areas was part of the D–77 exhaust. Measurements of that exhaust alone were performed during part of the time before September 1957. The air exhausted from the main plutonium processing and recovery operations was carried through ducts D–74, D–77, and D–84. Initially, duct D–74 included the exhaust from Building 74, the waste processing facility. That exhaust was later separated, filtered, and sampled separately. The exhaust air from the development area, including Room 180, and the analytical areas was carried in duct D–88. The booster system filters treated the air exhausted from gloveboxes in these areas and it was then discharged into duct D–86. That exhaust contributed most of the plutonium activity in duct D–86.

Initially, sampling was performed only during the day shift hours, when operations were conducted. During off shifts, the exhaust flow rate was reduced because of limited activity in the building, but it was not sampled. Continuous air sampling was performed after the first year of operation. The program initially changed to collection of separate samples for the day shift and overnight period. Later, daily 24-hour samples were collected during the week and longer continuous samples were collected over weekends and holiday periods.

The duct sampling systems were designed to extract samples isokinetically. The health physics vacuum system was capable of maintaining the steady flow rates needed to achieve this goal. During the period of interest for this report, the samples were analyzed for total long lived alpha activity. The samples were counted twice and the method of Koval (1945) was used to account for the contribution of naturally occurring alpha-emitting radon progeny also collected on the sampling filter.

The routine monthly reports of the radiation protection staff in Building 71 (Putzier et al. 1953–1958) contain the results of the air sampling program for the building stack discharge to the atmosphere and for the exhaust ducts described in Table 3.3. The reported effluent and duct air sampling results are tabulated in Appendix C. Initial estimates of the amounts of plutonium carried to the plenum filters were calculated using the plutonium air concentration data listed in Appendix C and the reference flow rates for the sampled ducts (Table 3.2). Corrections of the initial estimates are discussed later in this section.

Table 3.4 shows the contributions of each flow path. The estimated amounts are presented in both activity and mass units. The initial estimate for Building 74 covers the period beginning in March 1956 when that exhaust was isolated and filtered. Separate sampling of that exhaust, whose reference flow rate was 13,000 ft$^3$ min$^{-1}$, began at that time.

**Table 3.4. Initial Estimates of Inputs to the Main Filter Bank Before the Fire in Building 71 on 11 September 1957**

| Duct number | Initial estimates of input to main filter bank[a] | |
|---|---|---|
| | ($\mu$Ci $^{239/240}$Pu) | ($\mu$g $^{239/240}$Pu) |
| D–77 | 5.4 x 10$^4$ | 7.5 x 10$^5$ |
| D–74 | 1.2 x 10$^7$ | 1.7 x 10$^8$ |
| Bldg. 74[b] | 7.7 x 10$^2$ | 1.1 x 10$^4$ |
| D–84 | 7.2 x 10$^3$ | 1.0 x 10$^5$ |
| D–86 | 5.3 x 10$^2$ | 7.4 x 10$^3$ |
| D–88 | 9.4 x 10$^2$ | 1.3 x 10$^4$ |

[a] Correction of these estimates are discussed later (see text).
[b] In March 1956, a separate filtered duct and a separate sampling point were installed for Building 74. Before that time, that effluent was carried in D–74.

The principal contributor to the filter bank activity was duct D–74, which served Room 146. An explosion occurred in that room in June 1957 (Shepherd et al. 1957) and was responsible for the vast majority of plutonium transported to the filter system. The estimated total for that exhaust, and that event, is 12 $\mu$Ci (168 g) of $^{239/240}$Pu. There were a few other events whose contributions to the total could be identified. Those were (1) maintenance activities in Room 146 in early 1956, (2) bag-out operations in Room 148 in March 1956, and (3) pump repair in Room 146 in January 1957 (Putzier et al. 1953–1958). Although the results of these activities can be detected, the resulting amount of plutonium carried to the main filter plenum is estimated to be less than 1 g.

Figure 3.3 is a plot of the initial estimates of buildup of $^{239/240}$Pu on the main filter bank from startup of Building 71 operations until 11 September 1957. The dominant feature is clearly the increase in total activity resulting from the peroxide explosion in June 1957. The increases from the problems with bag-out operation in March 1956 and to the pump repair work can be discerned. Although the quantities involved in those two cases were approximately equal, they appear to be different because of the logarithmic scale of the figure. It is possible that some early contributions may have been underestimated because the sampling program was not fully implemented until early 1954. Use of the reference flow rates in the calculation generally overestimates the amounts for measured concentrations. As a result, it is expected that the effect on the total of any underestimation during the first 6 months would be quite small.



**Figure 3.3.** Estimated buildup of $^{239/240}$Pu activity on Building 71 main filter bank from startup until 11 September 1957. The final value of 1.2 x $10^7$ µCi corresponds to a $^{239/240}$Pu mass of 1.7 x $10^8$ µg.

The Building 71 incinerator, which later became a significant source of plutonium contamination of the exhaust system, was installed in Room 149 in 1957. However, it does not appear to have been operated frequently during that year. In his review of the history of Building 71, Owen (1963) does not identify incinerator problems until 1958. In March of that year, the building exhaust concentrations were about 4 times higher than in February and contamination of the duct was measured. Contamination problems caused by the incinerator in 1960–1963 were even more severe (Owen 1963).

A review of the log of special air sampling efforts (Anonymous 1957) revealed several special samples for incinerator maintenance (bag changes, filter changes) in November and December 1957. There was also an incinerator fire reported on 18 December. However, all of

these problems associated with incinerator operations in 1957 occurred after the fire in Room 180.

A deficiency of the Building 71 effluent and duct sampling program was that there was only one sampling point in each of the ducts. The ducts that were sampled were large, with cross-sectional areas of 16–21 ft$^2$ for the main feeder ducts and 60 ft$^2$ for the main exhaust duct. Sampling guidance (ANSI 1961) recommends multiple probes for such large ducts. The use of single sampling probes raised a serious question about whether the samples collected were representative of the plutonium concentrations in the various ducts.

Voillequé (1999b) reviewed sampling results for the largest duct, the main building exhaust. Single-point sampling of the main exhaust was replaced by 3-point sampling in 1963. Data collected after that time provided a basis for evaluating whether the samples from the single centerline point were representative. Analysis of the data showed that the single probe did not provide representative sampling of the building effluent, and that the likelihood that the discharge would be underestimated was greatest when effluent concentrations were low. Under all conditions there was considerable uncertainty associated with corrections for samples that were not representative.

There are no comparable multi-point sampling results for the feeder ducts described in Table 3.3. The fact that the cross-section of the main building exhaust duct is about 3 times larger than those of the feeder ducts does not necessarily imply that single-point sampling of those ducts will be more reliable. The methods developed by Voillequé (1999b) were used to estimate the sampling bias associated with the reported concentration in the Room 146 duct as a result of the peroxide explosion. The median estimate for those conditions was 1, with a geometric standard deviation of 1.5.

Other possible sources of sampling bias for effluents were analyzed in Phase I (ChemRisk 1994a; Ripple et al. 1996). That study concluded that the estimates of effluent releases were too low. The estimated bias factor developed for plutonium concentration estimates during the period 1953–1973 was lognormal, with a median of 1.3 and a geometric standard deviation of 1.6. That analysis did not address bias from non-representative sampling or from the choice of the alpha-particle self-absorption correction factor used at Rocky Flats.

Voillequé (1999b) evaluated the self-absorption correction factor that was used at Rocky Flats. Analysis of data of self-absorption from a variety of sources led to the conclusion that the value that had been used at Rocky Flats underestimated the plutonium activity on air sampling filters. The correction was estimated to be lognormal, with a median value of 1.16 and a geometric standard deviation of 1.05.

The overall estimate of bias considers all the factors discussed above. The distribution of estimates is approximately lognormally distributed with a median of 1.5 and a geometric standard deviation of 1.9. In the Monte Carlo calculations in Section 5, this estimate of bias is used together with the estimate of 170 g carried to the main filter bank (Table 3.4, Figure 3.3) to characterize the earlier deposition of $^{239/240}$Pu on the filters.

### 3.2.2.2 Filter Contamination from Secondary Exhaust Feeder Ducts.

Table 3.2 shows that only about half of the air transported to the inlet of the main filter bank was carried by ducts that were sampled. There were other ducts, with generally low flow rates, that were not sampled. These ducts exhausted ventilation air from a variety of locations in the building. Two of the ducts served the second floor, which did not contain any plutonium processing areas. However, the booster system filters and fans were located there, as was the main filter plenum. Ventilation

system components, steam boilers, chemical makeup areas, and electrical equipment were all located on the second floor.

Activities in some of the rooms whose ventilation exhausts were not sampled are of particular interest. These ventilation exhaust ducts carried some air from Rooms 179 and 180 in the development area. Plutonium fabrication, including casting and machining, was performed in gloveboxes in Rooms 181–182. The glovebox exhaust air from this area was handled by the recirculating air system (Table 3.3). Plutonium components were stored in Rooms 187–188. The reviews of Chew and Associates (1992) and ERFOM (1994) indicate that these are the areas most likely to have had airborne plutonium contamination.

The Building 71 room air sampling program provides information about possible contributions to the main filter bank loading from these sources. A program for sampling ambient air in rooms and hallways was initiated at the time the facility began operations. The room air samplers were designed to obtain estimates of airborne activity to which workers might be exposed and to identify locations where releases from gloveboxes or other systems were occurring. The measured concentrations do not necessarily reflect average air concentrations in the rooms, but they provide indications of the areas where substantial airborne contamination occurred and of the areas were airborne activity was found only infrequently. Special air samples were also collected to measure concentrations in work areas when it was known that there would be elevated air concentrations.

Initially, the samples were collected only during the day shift. Later, as the work schedule increased, two- and three-shift sampling was implemented. The room air samples were counted for total long-lived alpha activity and the Koval (1945) method was used to correct for naturally occurring radioactivity. Room air sampling data were reported using units of percent of maximum permissible level (MPL). At the time, the MPL for $^{239/240}$Pu was $4 \times 10^{-12}$ $\mu$Ci cm$^{-3}$ (4pCi cm$^{-3}$ or 8.88 disintegrations per minute per cubic meter [dpm m$^{-3}$]). This is a very small mass of airborne plutonium, approximately $5.6 \times 10^{-11}$ $\mu$g cm$^{-3}$ (56 pg m$^{-3}$).

The results of measurements from this sampling program are tabulated in Appendix D. Before May 1955, plutonium air concentrations were overestimated because of inadequate correction for the presence of naturally occurring radionuclides. The change, resulting from an improved counting procedure, was most obvious in areas where air concentrations were routinely low.

The room air sampling data collected before the 1957 fire are summarized in Table 3.5. The rooms are grouped according to the average air concentrations that were measured during that period. Hallways are not listed individually, but nearly all of those results fall in the lowest category of 0–20% MPL (<0.8 pCi m$^{-3}$). Hallway 196 was the exception, with an average concentration of 23% MPL (<0.9 pCi m$^{-3}$). Examination of the data shows that most of the rooms the measured concentrations of $^{239/240}$Pu were highest (greater than 50% MPL or 2 pCi m$^{-3}$) were exhausted through ducts that were routinely sampled.

Case No. 1:90-cv-00181-JLK Document 1905-2 filed 12/30/05 USDC Colorado pg 8 of 32

**Table 3.5. Average Pre-fire Air Concentrations Measured in Rooms in Bldg. 71**

| Percentage of maximum permissible level (MPL) | | | | |
|---|---|---|---|---|
| 0–20[a] | 20–50[b] | 50–100[c] | 100–200[d] | > 200[e] |
| Room 108 | Room 125 | Room 160 | Room 149 | Room 151 | Room 146 |
| Room 135 | Room 129 | Room 164 | Room 180 | Room 181 | Room 148 |
| Room 147 | Room 141 | Room 166 | Room 186 | Bldg. 74 | Room 148A |
| Room 155 | Room 152 | Room 182 | | | Room 149A |
| Room 179 | Room 153 | Room 235 | | | Room 149B |
| Room 179A | Room 156 | Room 247 | | | Room 187 |
| Room 180A | Room 158 | Room 248 | | | |
| Room 233 | Room 159 | | | | |
| Room 240 | | | | | |
| Room 283 | | | | | |

<sup></sup>
[a] Concentrations of $^{239/240}$Pu less than 0.8 pCi m$^{-3}$.
[b] Concentrations of $^{239/240}$Pu in the range 0.8–2 pCi m$^{-3}$.
[c] Concentrations of $^{239/240}$Pu in the range 2–4 pCi m$^{-3}$.
[d] Concentrations of $^{239/240}$Pu in the range 4–8 pCi m$^{-3}$.
[e] Concentrations of $^{239/240}$Pu greater than 8 pCi m$^{-3}$.

Some rooms with higher concentrations were not covered by the duct sampling program. In the highest category, Room 187, which was sampled for less than 1 year, showed consistently elevated concentrations, with an average of 337% MPL (13 pCi m$^{-3}$). It is not known whether the failure to sample reflected a lack of activity in the plutonium component storage room. The record does not exclude the possibility that elevated concentrations had occurred there for a number of years. Air concentrations in the other plutonium part storage room (Room 186) were measured over the entire period and were lower. The concentration there averaged 85% MPL (3.4 pCi m$^{-3}$).

Average concentrations of $^{239/240}$Pu in the fabrication area (Rooms 181 and 182) were also elevated. The higher levels in Room 181 were primarily due to high concentrations in the period October 1954–February 1955. The average for the pre-fire period was 117% MPL (4.7 pCi m$^{-3}$). Concentrations in Room 182 were lower, averaging 29% MPL (1.2 pCi m$^{-3}$).

Four rooms on the second floor of the building had pre-fire average $^{239/240}$Pu concentrations in the range 20–50% MPL (0.8–2 pCi m$^{-3}$). Reference flow rates for exhaust serving areas on the second floor totaled about 11,000 ft$^3$ min$^{-1}$. This exhaust flow amounts to about 453,000 m$^3$ d$^{-1}$. If air were discharged to the plenum continuously at the reference flow rate during the roughly 1530 days between startup of operations and the fire, the total volume of air would be 6.9 x 10$^8$ m$^3$. If the average concentration in all of the exhausted air were 2 pCi m$^{-3}$, the total amount of $^{239/240}$Pu carried to the plenum filters would be 1.4 x 10$^9$ pCi. This $^{239/240}$Pu activity corresponds to a plutonium mass of 1.9 x 10$^{10}$ pg or ~0.02 g.

Similar calculations have been performed for the other ducts that were not sampled routinely. It is possible that the unmeasured air concentration in Room 187 was high throughout the period of interest. Perhaps the average concentration of $^{239/240}$Pu in the exhaust from Rooms 186–188 was 20 pCi m$^{-3}$. If the reference flow rate (2400 ft$^3$ min$^{-1}$) for the storage was maintained continuously, the total amount of $^{239/240}$Pu carried to the filter plenum would be about

0.04 g. The reference flow rate for the fabrication area is about 10 times higher (~26,000 ft$^3$ min$^{-1}$ in all). Average concentrations measured in Rooms 181–182 were about 3 pCi m$^{-3}$. Using assumptions similar to those stated above, the estimated amount of $^{239/240}$Pu carried to plenum filters from the fabrication area was ~0.07 g.

In summary, estimates based on the room air sampling data indicate that contributions to the $^{239/240}$Pu loading on the main plenum filters did not exceed 1 g. This is a small fraction of the loading estimated for the ducts carrying air from the main process areas. The uncertainty band for that estimate is broad enough to include the minor contribution from unsampled ducts.

### 3.2.3 Plutonium Collected on the Booster System Filters

The fire in the booster system filters is believed to have rapidly consumed them (see Table 2.2. Plutonium that was made airborne during that fire was carried to the plenum filters and some of it penetrated through those filters. The methods used to estimate the amount of plutonium that had collected on the booster system filters are discussed below.

Inputs to the booster system came from the filtered glovebox exhaust ports in the analytical and development areas, including those from gloveboxes in Room 180. Concentrations of airborne plutonium were measured in the outlet from the booster system as part of the duct sampling program that was described above (Section 3.2.2.1). Reported measurement results are given in Appendix C. The reported concentrations have been used to make initial estimates of the $^{239/240}$Pu activity that passed through the filters and was carried to the main filter bank. Figure 3.3 is a plot of the amounts of $^{239/240}$Pu that passed through the booster system filters between plant startup and 11 September 1957.

The amount of plutonium on the booster filters at the time of the fire depends upon the history of booster system filter changes. One change of the booster system filters before the 1957 fire has been positively identified from review of plant reports and logs (Putzier et al. 1953–1958; Anonymous 1957). The time of the known filter change is indicated in Figure 3.4. The plot of the amount of activity leaving the booster system filters suggests that other changes of these filters may have occurred. However, documentation has not been found to verify that other filter changes occurred.

The initial estimate of the cumulative amount of $^{239/240}$Pu that passed through the booster system filters was 530 μCi (Table 3.4). This quantity (7.4 mg) can be used to estimate the amount collected by the filters by making various assumptions about the efficiency of these filters. It has been assumed that there were no additional changes of the booster system filters. There were two sets of booster system filters through which the air passed sequentially. In the Monte Carlo analysis of releases, the efficiency of each set of booster system filters is considered to range between 98 and 99% (see Section 5). This exemplary calculation uses a central value of 98.5% for the efficiency of each set of filters. The following relationships apply for each set of filters.

$$I = \frac{\varepsilon E}{(1 - \varepsilon)} \tag{3.1}$$

$$T = \varepsilon I \tag{3.2}$$

where

$I$ = the amount of plutonium (g) carried to the filter inlet

$\varepsilon$ = the collection efficiency of the filter

$E$ = the amount of plutonium (g) that penetrated through the filter

$T$ = the amount of plutonium (g) trapped by the filter.



**Figure 3.4.** Initial estimates of the amounts of $^{239/240}$Pu that passed through the booster system filters and were carried to the main filter bank.

The initial estimate of the amount of $E$ for the second filter set was 0.0074 g. The central value of $\varepsilon$ was 0.985. The preliminary estimates of the amount of plutonium on the second and first filter sets were 0.48 g and 32 g, respectively. The preliminary estimate of the total amount of plutonium that was on the booster filters at the time of the fire was 33 g. A preliminary estimate of the average rate of accumulation of plutonium on the booster system filters was 0.021 g d⁻¹.

The need to make corrections to estimates based upon <u>Appendix C</u> was discussed in <u>Section 3.2.2.1</u>. Three types of corrections (for nonrepresentative sampling, for measurement bias, and for self-absorption of alpha particles) were identified there. Because the booster system exhaust line was only 18 in. in diameter and the sampling point was downstream of the booster system exhaust fan, samples collected from that line were very likely to be representative. No correction for non-representative sampling was applied to the booster system exhaust data. The measurement correction factor identified in Phase I (<u>ChemRisk</u> 1994a; <u>Ripple et al.</u> 1996) was characterized by a lognormal distribution with a median of 1.3 and a geometric standard deviation of 1.6. The correction for self-absorption of alpha particles (<u>Voilleque</u> 1999b) was also found to be lognormal, with a median of 1.16 and a geometric standard deviation of 1.05. The combination of these factors yielded a composite correction factor whose distribution was lognormal, with a median of 1.5 and a geometric standard deviation of 1.65.

In the Monte Carlo calculations of releases in <u>Section 5</u>, initial estimate of activity passing through the booster filters (7.4 mg) was modified using the two correction factors applicable to

the measurement procedures. The range of filter efficiencies considered there was 0.98–0.99; a uniform distribution of efficiencies over this range was assumed. This range is consistent with the observed performance of the main exhaust filters before the accident.

There has been some confusion about the nature of booster filter contamination in Building 71. The following discussion is presented to distinguish between the booster system present in 1957 and another system studied years later under different conditions.

After the 1957 fire, the primary mission of Building 71 was plutonium recovery. Many changes were made in the ventilation filtration systems to address operational problems. As noted earlier, the incinerator was a major source of plutonium contamination in the ventilation system in the early 1960s (Owen 1963). During 1962–1964, the capability of plutonium recovery operations in Building 71 was increased to about 600 kg month[-1]. This was a major change from the original design throughput of about 25 kg month[-1] (Chew and Associates 1992; ERFOM 1994). Figure 3.5 illustrates the increase in production that occurred in Building 71. The figure also charts the increase in the badged worker population at Rocky Flats as an indicator of the overall increase in production between 1953 and 1970. Both parameters are measures of the increase in Rocky Flats production operations over time.



**Figure 3.5**. Changes in Rocky Flats operations with time after startup.

Several years after the large increase in processing rate, there was a study of plutonium buildup on filters in Booster System No. 3 (Woodward 1971). That system was installed to handle exhausts from gloveboxes in the expanded plutonium recovery processing line. The buildup of plutonium on the filters of Booster System No. 3 was estimated to average 13 g d[-1]. There were large differences between the scope and nature of the development and analytical area operations during 1953–1957 and the massive plutonium recovery operations that occurred in Building 71 during the early 1970s. For that reason, the reported measurements of plutonium buildup on the filters of Booster System No. 3 (Woodward 1971) are not representative of the buildup of 239/240Pu on booster system filters prior to September 1957. The estimates made by Woodward for Booster System No. 3 are even less representative of the buildup of 239/240Pu on main plenum exhaust filters before September 1957. In Fairfield and Woods (1978), the data

from Woodward (1971) are used incorrectly to estimate the plutonium content of the main filter plenum before the fire.

### 3.2.4  Plutonium Collected on the Glovebox Outlet Filters and Room Air Prefilters

The booster system collected air from about 130 filtered exhausts from gloveboxes in the development and analytical areas of Building 71. Twenty-eight of these glovebox exhaust lines were located in Room 180 (Austin 1952). The total amount of plutonium that had been collected on glovebox outlet filters can be estimated using Equations (3.1) and (3.2), given above. An example calculation is presented here. The preliminary estimate of the total amount of plutonium that escaped from the glovebox outlet filters was about 33 g. The average efficiency of the glovebox outlet filters is estimated to range from 90 to 95%. The central value of 92.5% is used in this preliminary calculation. The approximate central estimate of the total amount of plutonium on all of the glovebox outlet filters is 400 g.

In the Monte Carlo calculations described in Section 5, estimates of the amount of plutonium on glovebox filters reflect the stated range of glovebox filter efficiencies. They also reflect the range of booster filter efficiencies given above and the measurement uncertainties associated with the amount of plutonium in the booster system exhaust.

The plutonium loading on individual filters is estimated to be about 3.1 g. In the Monte Carlo calculations, this quantity also depends upon the variables identified above. Photographs in the fire investigation report (Epp et al. 1957) were used to examine the extent of the fire and to estimate the number of filters burned. It is estimated that 16 glovebox filters in Room 180 were consumed in the fire.

Prefilters for the Room 180 ventilation air exhaust ducts were also burned in the fire. Estimates of the amount of plutonium that had been collected by those filters are also needed. Table 3.4 shows the preliminary estimate of the total amount of plutonium carried to the filter plenum by the D-88 exhaust duct. That duct collected air from all of the development and analytical areas, including Room 180.

The activity on the Room 180 prefilters can be estimated by assuming that all the plutonium carried by the D-88 exhaust duct originated in that room. Table 3.5 shows that the average concentrations in that room were highest among the rooms in the development and analytical areas. If the nominal efficiency of the prefilters were as high as that for the booster system filters (98.5%), this approximate calculation yields an estimated plutonium loading of 0.09 g on the prefilters. This estimate is inexact and does not consider the correction factors. Nonetheless, it can be concluded that the amount of plutonium on these prefilters was not an important source of plutonium in the 1957 fire.

### 3.3  Plutonium Deposited in the Ventilation System

Plutonium particles that are carried in air through a ventilation duct will deposit on the walls of the duct. When the particles are large or dense and when the air velocity is low the amount of deposition will be increased. Conditions conducive to plutonium deposition in exhaust lines occurred at Rocky Flats. During the period of early operations, there were two sets of lines where plutonium deposition was most likely. These were the glovebox exhaust lines in the recirculating air system, which served the main production gloveboxes, and those in the booster exhaust

system, which served the development and analytical areas. Earlier deposition of plutonium in the portion of the booster exhaust system that was involved in the fire is estimated in this section.

Buildup of plutonium deposits in glovebox exhaust system lines was addressed as an operational problem in the early 1970s (Cruickshank et al. 1974). About 375 ft of lines that exhausted gloveboxes in plutonium processing areas were replaced between 1972 and 1974. However, an inspection team found, in late 1974, that the total amount of plutonium in glovebox exhaust lines had not been estimated and that some glovebox exhausts were not filtered at the outlet (Cruickshank et al. 1974). The survey team also found that there was no regular schedule for changing glovebox outlet filters and few records of changes that had occurred. The absence of outlet filtration and intentionally induced failures (which have been reported by former workers) of filters that had been in operation so long that they were plugged would both lead to further releases into the glovebox exhaust lines and greater deposition of plutonium in those lines.

Following the inspection, a survey of glovebox exhaust lines in Building 71 was performed. At that time (1975), because of the expansion in recovery operations that was discussed in Section 3.2.3, there were many more glovebox exhaust systems in operation. There were eight booster systems for processing gloveboxes and one for the research and development gloveboxes. Nearly all of the 17.6 kg of plutonium that was estimated to be in glovebox lines was associated with the main recovery operations. More than 3 kg of plutonium had been removed from one section of a processing glovebox line. Another 470 ft of processing glovebox line, estimated to contain nearly 8 kg, was being replaced. In contrast, the total amount of plutonium in the 750 ft of research and development glovebox lines was estimated to be 130 g (Bowman 1975).

None of the lines in the development area were among those that had been replaced during the 1972–1974 period identified above. It is not known whether the glovebox outlet lines in Room 180 were removed or whether the exterior surfaces were simply decontaminated during the cleanup of that room in 1960–1961. There were some further modifications of the development area and of Room 180 in 1965, but it is not known whether those changes significantly affected the glovebox outlet lines.

It is known that glovebox outlet filters were in use in the development area before the 1957 fire. This would tend to minimize the amount of plutonium in the lines and is consistent with the finding, nearly 20 years later, of small quantities of plutonium in those lines. If the rate of accumulation of plutonium in the lines was constant over the period, it is estimated to be about 6 g y$^{-1}$. In the approximately 4-year period between plant startup and the fire, accumulation of plutonium in the booster system is estimated to be about 25 g. An uncertainty range of a factor of 2 is assumed in the calculations described in Section 5.

A comparable amount (25 g) of plutonium is assumed to have been attached to Plexiglas structural components. This is expected to have occurred primarily as the result of spills onto the floors of the gloveboxes.

### 3.4 Summary of Amounts of Plutonium Involved in the Fire

The estimated amounts of plutonium that were present in Room 180 and elsewhere in the path of the fire are summarized in Table 3.6. The quantities shown are those estimated to be present at the time the fire began. The uncertainty estimates for these quantities are also included in the table. For some quantities, such as the amount of plutonium in lathe oil and sludge and the

amount of plutonium metal, the uncertainty is reflected as a range of possible amounts. The values given for the amounts of plutonium on filters are the preliminary nominal estimates. A range of values was computed, as described in the corresponding footnotes. The range reflects the measurement uncertainties for quantities used to derive the nominal estimates (Section 3.2) as well as uncertainties in filtration efficiencies.

**Table 3.6. Estimated Amounts of Plutonium Involved in the Fire**

| Location and form | Nominal amount (kg) | Uncertainty distribution type and parameter values |
|---|---|---|
| Room 180 | | |
| Pu in organic liquids | 1.7 | Uniform, 1.0–2.4 kg |
| Pu metal pieces and components | 12 | Uniform, 9–16 kg |
| Pu dioxide in can | 2.6 | Uniform, 2.5–2.7 kg |
| Pu collected in glovebox outlet filters that burned | 0.050[a] | [b] |
| Pu contamination of Plexiglas glovebox walls | 0.025 | Uniform, 12–50 g |
| Pu deposited in glovebox exhaust lines | 0.025 | Uniform, 12–50 g |
| Filter systems | | |
| Pu collected on booster system filters | 0.033 | [c] |
| Pu collected on main plenum filters | 0.17 | Lognormal, GM = 1.5, GSD = 1.9[d] |

[a] This is the nominal estimate for the 16 glovebox outlet filters in Room 180 that burned during the fire.

[b] The quantity of plutonium on the glovebox outlet filters is computed as part of the Monte Carlo calculations. The range of values depends upon the calculations for the booster system filters (note c) and the uncertainty in the outlet filter efficiency (uniform, 0.90–0.95).

[c] The quantity of plutonium on the booster system filters is computed as part of the Monte Carlo calculations. The range of values depends upon the uncertainties in the measurements of the booster exhaust and upon the uncertainty in the efficiency of the booster system filters. The measurement uncertainty is characterized by a lognormal distribution with GM = 1.5 and GSD = 1.65.[d] The efficiency of the booster system filters is characterized by a uniform distribution over the range 0.98–0.99.

[d] GM is the geometric mean of the lognormal distribution and GSD is the geometric standard deviation of the lognormal distribution.

## 4. FRACTIONS OF PLUTONIUM RELEASED INTO AIR DURING FIRES

Section 3 described the various sources of plutonium that were involved in the 1957 fire and were potentially available for release to the air during the fire. The next step (see Figure 1.2) is to estimate, for each source, the fraction of the plutonium that was suspended into the air as a result of the fire. The airborne plutonium was then transported by the booster system and room ventilation systems to filters or, when those had failed, to the stack and the environment. This section describes the release fractions for plutonium in various forms under conditions that are either known to have occurred or may have occurred during the fire.

The fractional release of plutonium into the air depends upon the chemical and physical form of the material and the forces that are applied. Estimates of airborne release fractions for various situations are based upon experimental studies. These tests employed plutonium that was heated, oxidized, or subjected to other stresses under controlled conditions.

Several different chemical forms were present in the area affected by the fire (Section 3.1). Most of the plutonium was present as the metal, mainly in the form of hemispheres. Metal turnings were also present in lathe oil and sludge. Plutonium dioxide ($PuO_2$) powder was stored in a can. Plutonium had also collected on filters in various locations (Section 3.2). This plutonium had been continuously exposed to air and would be expected to be present as the oxide. Plutonium was also deposited in the booster system exhaust lines that led from the glovebox outlets to the booster system filters. These deposits would also be expected to be plutonium oxide because of their previous exposure to air flowing through the booster system.

A review of measurements of releases of plutonium and plutonium simulants in various types of fires was commissioned to support emergency planning activities by the State of Colorado and the Rocky Flats Plant. The report (Kogan and Schumacher 1993) contains recommendations for estimating airborne release fractions and respirable fractions of aerosols released from a variety of fires that may occur in the future. Kogan and Schumacher (1993) reviewed original reports of plutonium release measurements, examined other reviews and recommendations, and prepared their own recommendations for use at Rocky Flats. Their report provides recommended release fractions for three categories of interest: oxidation of plutonium metal, burning of organic liquids containing plutonium metal, and burning of solids contaminated by plutonium.

More recently, a standard has been developed to provide a uniform approach for selecting airborne release fractions used in accident consequence assessments (ANS 1998). That document addresses accidental releases at nonreactor nuclear facilities. Appendix A of the ANS standard provides a summary of bounding airborne release fractions that have been peer reviewed and whose basis is supported by data from one or more experimental investigations. That appendix is based primarily upon information analyzed and compiled in a comprehensive report on this topic (DOE 1994b, 1994c). These documents contain an extensive review of experimental data relevant to assessing release fractions for a variety of accidents.

The U.S. Nuclear Regulatory Commission (NRC) has also published a new handbook for analyzing the effects of accidents in nuclear fuel cycle facilities (SAIC 1998). The NRC handbook also recommends airborne release fractions for various accident situations. Many of the recommendations in the NRC handbook are based on information and evaluations presented in the earlier U.S. Department of Energy (DOE) handbook (DOE 1994b, 1994c). A large fraction of the recommended values in the NRC handbook are included in Appendix A of the ANS standard (ANS 1998).

Most accident analyses are prospective assessments of events that are considered unlikely but possible. The term "maximum credible accident" has been used to describe such an event. In general, the goal of such an analysis is to provide bounding estimates (upper limits) for the consequences of the accident being evaluated. This goal often leads to very cautious (also called "conservative") assumptions regarding various parameters used in the calculations. The present retrospective analysis of an actual event attempts to make realistic estimates of the releases. The range and distribution of release estimates are calculated using the Monte Carlo procedure described in Section 5 and reflects uncertainties in all parts of the calculations.

The following sections discuss information about airborne release fractions for various situations that are relevant to the 1957 fire. Section 4.1 addresses oxidation of plutonium metal. Sections 4.2 and 4.3 deal with combustion of plutonium contaminated liquids and solids, respectively. Section 4.4 considers the release fraction for plutonium dioxide powder. Section 4.5 addresses the question of resuspension of previously deposited plutonium. Release fractions for filters subject to blast effects are described in Section 4.6. All of the release fractions and the associated uncertainty distributions are summarized in Section 4.7.

## 4.1  Airborne Release Fractions for Plutonium Metal Oxidation

Airborne release fractions for oxidation of plutonium metal depend upon several factors. The metallurgical type and temperature of the metal are quite important. Under some conditions, the surface area of the metal, the humidity of the air, and the air velocity have also been shown to be important considerations when estimating release fractions.

### 4.1.1  Oxidation at Temperatures Below the Melting Point of Plutonium

Kogan and Schumacher (1993) recommended methods for calculating airborne releases of plutonium oxidized at temperatures below the melting point. They considered both alpha- and delta-phase plutonium. Their recommendations for alpha-phase plutonium, the type present in Room 180, are discussed here. Alpha-phase plutonium has a density of 19.8 g cm$^{-3}$ and a melting point of 640°C (1180°F). For static conditions, the airborne release rate ($ARR$, µCi cm$^{-2}$ h$^{-1}$) depends upon the absolute (Kelvin scale) temperature ($T_a$, K) and the absolute humidity ($AH$, mg L$^{-1}$). The relationship is given by Equation (4.1), which relates the logarithm of the airborne release rate to those variables. Kogan and Schumacher (1993) presents information that indicates that minimum and maximum values of the $ARR$ measured under the same conditions differ by factors of 2–5.

$$\log (ARR) = (-4.36 + 0.071\, AH)(0.23 - 350.6\, T_a^{-1} + 1.91 \times 10^5\, T_a^{-2}) \qquad (4.1)$$

It is necessary to estimate the area of the metal hemispheres in order to use Equation (4.1) predict the total amount of plutonium made airborne. The dimensions and masses of the hemispheres that were present in the glovebox line are not described in available documents. Public statements have been made to the effect that the critical part of the plutonium bomb used at Nagasaki was "the size of a billiard ball" (true billiards, pool, or snooker not specified). That uncertain information about the diameter, together with the upper bound estimate of 1.8 kg for the average mass of the hemispherical shells, has been used to estimate a range of surface areas of 150–300 cm$^2$.

**Radiological Assessments Corporation**
*"Setting the standard in environmental health"*

The airborne release rate from a hemisphere that was oxidized was estimated for an absolute humidity of 16 mg L$^{-1}$ and a temperature of 500°C (930°F). That temperature (773 K) is near the ignition temperature of a plutonium component that has a low surface to mass ratio. For those conditions, the *ARR* is about 0.5 µCi cm$^{-2}$ h$^{-1}$ or about 7 µg cm$^{-2}$ h$^{-1}$. Considering the range of estimated areas of hemispheres involved in the fire and the fire duration of about 40 minutes, the total release is estimated to be between 0.7 and 1.4 mg of plutonium. The fraction of the original mass (1800 g) that would be released is estimated to be in the range 4–8 x 10$^{-7}$.

For a lower temperature of 350°C (523°F), the computed *ARR* is about 0.18 µCi cm$^{-2}$ h$^{-1}$ or about 2.5 µg cm$^{-2}$ h$^{-1}$. A central estimate of the *ARF* for that temperature is about 2 x 10$^{-7}$. The bounding value given in Appendix A of the ANS standard for plutonium oxidation at less than the ignition temperature is 3 x 10$^{-5}$ (ANS 1998). That is the same bounding estimate that is given in the DOE and NRC handbooks (DOE 1994b, 1994c; SAIC 1998). It is much higher than the estimate made using Equation (4.1), but it does not explicitly consider the surface area involved or the time period. Data compiled in the DOE (1994b, 1994c) handbook for these conditions show an experimental *ARF* for alpha-phase plutonium of 1.3 x 10$^{-6}$, which is about 8 times higher that the estimate from Equation (4.1). The bounding value and most of the experimental data considered were for delta- and beta-phase plutonium.

In general, processes produce or suspend a range of particle sizes. For plutonium that is released to the environment and may be inhaled, it is the respirable fraction (*RF*) of the aerosol that is of interest. As a general rule, particles with aerodynamic diameters exceeding 10 µm do not penetrate into the pulmonary region of the lung (ICRP 1994; Grogan et al. 1999). For that reason, the respirable fraction consists of the particles having aerodynamic diameters that are less than 10 µm. For PuO$_2$ particles, which have a density of 11.5 g cm$^{-3}$, respirable particles are those having physical diameters less than 3 µm.

Kogan and Schumacher (1993) recommended an equation for calculation of the respirable fraction of the aerosol produced under these conditions. The respirable fraction was considered to be a function of temperature, measured on the Celsius scale ($T_c$, C) as shown in Equation (4.2).

$$RF = 1.07 - 0.00353 \, T_c + 3.82 \times 10^{-6} \, T_c^2 \qquad (4.2)$$

Kogan and Schumacher (1993) show measured respirable fractions for alpha-phase plutonium, by two different investigators, ranged from 0.9–1 at 22°C (72°F) to 0.6–0.7 at 123°C (253°F). One measured value for alpha-phase plutonium at 350°C was 0.2. Equation (4.2) bounds the measurement data that they compiled from the two studies. The computed value from Equation (4.2) for a temperature of 500°C is 0.26. For a temperature of 350°C (523°F), Equation (4.2) yields an estimate of the respirable fraction of 0.30, which is 50% greater than the measured value for alpha-phase plutonium oxidized at 350°C. It was, however, consistent with a measured *RF* for delta-phase plutonium at that temperature.

The generic respirable fraction listed in Appendix A of the ANS standard is 0.04 (ANS 1998). That value is based upon a particle size distribution measured for oxidation of delta-phase plutonium at 123°C (DOE 1994b, 1994c).

### 4.1.2 Oxidation at Temperatures Above the Melting Point of Plutonium

For combustion of plutonium at temperatures between the melting point and boiling point of 3235°C (5855°F) of plutonium, Kogan and Schumacher (1993) did not provide any relationship of the release fraction data with temperature. For static conditions, the authors recommended that respirable release fraction be estimated using the product of an $ARF$ of 2 x $10^{-4}$ as and a respirable fraction ($RF$) of 0.5. This product of 1 x $10^{-4}$ was also recommended, for different reasons, for dynamic conditions in this temperature range. Variability among experimental measurements suggests that the uncertainty range for the recommended value could be as high as an order of magnitude.

Appendix A of the ANS standard (ANS 1998) gives a bounding value of the $ARF$ for plutonium oxidation above the ignition temperature of 5 x $10^{-4}$. The respirable fraction estimated for the same conditions is 0.5. The product, $ARF$ x $RF$, for that condition is 2.5 times greater than that recommended by Kogan and Schumacher (1993).

The data tabulated in the DOE (1994b, 1994c) handbook for oxidation above the ignition temperature include four results for alpha-phase plutonium. Measured airborne release fractions ranged from 3.9 x $10^{-6}$ to 2.4 x $10^{-3}$. The mean of 4.6 x $10^{-4}$ is strongly influenced by the one very large value. Three of the measurements were made using large pieces (0.45–1.7 kg). For those tests, the mean $ARF$ was 2.1 x $10^{-4}$. Measurements of particle size were reported for two of the tests. Mass median diameters of 8 and 11 μm were found. These results support selection of a $RF \sim 0.5$.

For a free fall spill of molten plutonium, Appendix A of the ANS standard (ANS 1998) recommends a bounding value of 0.01 for the $ARF$. The recommended $RF$ for this condition was not given in Appendix A (ANS 1998), but the DOE (1994b, 1994c) handbook gives a value of 1 based on experiments in which plutonium droplets fell 0.75 m (2.5 ft).

For other dynamic conditions at elevated temperatures, release fractions estimated by Ballerau (1991) are of possible interest. Kogan and Schumacher (1993) cite his recommendations for conditions of high air velocity and for "vigorous" oxidation of plutonium. For air velocities in excess of 1.5 m $s^{-1}$ and temperatures in the range 800–1000°C (1470–1830°F), an $ARF$ of 5 x $10^{-4}$ and a $RF$ of 1 were recommended. The "vigorous" oxidation conditions are even more severe, including projection of droplets and sparks, with temperatures in the range 1500–2000°C (2700–3600°F). For this condition, Ballerau recommended an airborne release fraction of 0.1 and a respirable fraction of 0.01.

No conditions that are directly comparable to those just listed are addressed in Appendix A of the ANS standard (ANS 1998) or the underlying documentation (DOE 1994b, 1994c). A violent dispersal of molten plutonium in which large drops (diameters of hundreds of micrometers) travel for distances of more than 1 m is addressed there. In this case, the explosive force comes from within the metal itself rather than from an external source. Examples of this type of event are exploding wire experiments in which a large electrical discharge is applied to destroy the wire. These results are definitely not applicable to events during the 1957 fire.

### 4.2 Airborne Release Fractions for Plutonium in Organic Liquids That Burn

For burning of contaminated organic liquids, Kogan and Schumacher (1993) recommended two values for the $ARF$: 0.1 for a dissolved contaminant in a tributyl phosphate (TBP) and kerosene mixture and 0.02 for powdered plutonium in kerosene. A respirable fraction of 1 is

recommended in both cases unless the respirable fraction of the powder was known. The value of 0.1 is nearly an upper bound for all experimental data; some measured release fractions are much lower ($10^{-3}$–$10^{-2}$). Neither of the conditions is exactly the same as the situation, at the time of the fire, in which particles of plutonium were present in cutting oil or sludge.

Appendix A of the standard (ANS 1998) gives a bounding value of 0.1 for vigorous burning, with surface turbulence, of the organic liquid to complete dryness. This is an upper bound for a broad range of values found experimentally (DOE 1994b, 1994c). The experiments employed a mixture of TBP and kerosene. When burning does not continue to complete dryness, a bounding *ARF* of 0.03 is recommended (DOE 1994b, 1994c; ANS 1998). In both cases, the *RF* was taken to be 1. The data on particle size were available from only one experiment (DOE 1994b, 1994c).

It has been suggested that the carbon tetrachloride present in the fire area could lead to production of plutonium chloride that would have a high release fraction. No experimental data specific to carbon tetrachloride were located. Because the amount of plutonium in the bottle of carbon tetrachloride is estimated to be quite small, the broad range of release fractions used is considered adequate to address this possibility.

### 4.3 Airborne Release Fractions for Burning of Plutonium Contaminated Solids

Kogan and Schumacher (1993) recommended two different values for burning of polymethylmethacrylate (PMMA, the main constituent of Plexiglas) with surficial contamination. If the contaminant was a solution or a salt, an *ARF* of 0.02 was recommended. If the contaminant was a dry powder, the value selected was 0.05. Experimental data show that *ARF*s from combustion of contaminated plastics are definitely higher those produced when cellulosic material is burned. The release apparently occurs primarily while the plastic is softening and material is out-gassing before flaming.

The DOE (1994b, 1994c) handbook also shows that *ARF*s for burning PMMA exceed those from burning cellulose. A bounding value for the *ARF* for contaminants on burning PMMA of 0.05 is estimated (DOE 1994b, 1994c). The *RF* for such releases is estimated to be 1.

For burning of cellulose and mixed solids contaminated with plutonium, Kogan and Schumacher (1993) recommended relationships that reflect a dependence upon the air velocity ($u$, m s$^{-1}$) through the fire. For the situation most like the combustion of filters, the particulate contaminants can be considered to be powders. For those conditions, Equation (4.3) was recommended for calculating the *ARF*. An upper bound for the *ARF* is 0.5 based on data for large fires.

$$ARF = 0.2754 \times 3.254^{\ln u} \tag{4.3}$$

Using a model of cellulose combustion and relevant data, Kogan and Schumacher (1993) estimated that, for accidental fires (but not jet fuel conflagrations) an appropriate value of $u$ would be 8.3 x $10^{-3}$ m s$^{-1}$. When substituted into Equation (4.2), this estimate of $u$ leads to a computed *ARF* of 9.7 x $10^{-4}$, which is within a factor of 2 of release fractions measured for combustion of cardboard boxes of wastes. Kogan and Schumacher (1993) recommended an *ARF* of 1 x $10^{-3}$ for that type of release. The *RF* recommended for this type of release is one.

The DOE handbook gives a comparable upper bound for the airborne release fraction of 0.4. The respirable fraction of 1 is a cautious value chosen in the absence of relevant data (DOE 1994b, 1994c).

The airborne release factors for burning filters were estimated using Equation (4.3). For the booster system filters, the linear velocity of air through the filters was about 300 ft min$^{-1}$ or about 1.5 m s$^{-1}$. For that velocity, Equation (4.3) predicts an $ARF$ of 0.45, near the upper bound of values observed. It is also midway between the two recommended bounding values of 0.4 and 0.5. For the glovebox outlet filters, a range of air velocity from 0.8 to 1 m s$^{-1}$ was identified. The range of $ARF$s for those filters is 0.22–0.28.

The air flow through the main filter plenum was low when the fire started. However, most of the filters in the main plenum were burned when the fans were on high speed or after the fans failed and natural draft conditions prevailed. From 10:25–10:40 p.m., the fans were operating at high speed. The air flow rate through each filter was about 480 ft$^3$ min$^{-1}$. This corresponds to a linear velocity of 2 ft s$^{-1}$ or 0.61 m s$^{-1}$. For that air velocity, Equation (4.3) yields an $ARF$ of 0.15 for the plenum filters. For later periods, many filters had burned through and it is not certain that air was flowing through each filter. However, a range of $ARF$s from 0.005–0.01 was estimated using Equation (4.3) under the assumption that there was flow through the burning filters.

## 4.4  Airborne Release Fractions for Plutonium Oxide Powder

Appendix B of the ANS standard (ANS 1998) provides some example calculations. For a fire that involved plutonium oxide in cans that did not have airtight lids, a bounding $ARF$ of 6 x $10^{-3}$ was selected. This was based upon measurements of heating plutonium oxide in a stream of flowing air. The results were dependent on the air velocity, and the range of values for the highest velocity (1.2 m s$^{-1}$) ranged from 2.5 x $10^{-4}$ to 5.6 x $10^{-3}$ (DOE 1994b, 1994c). The $RF$ for powdered plutonium oxide was taken to be 0.01 (ANS 1998).

## 4.5  Resuspension of Plutonium Deposited in Glovebox Exhaust Lines

Deposits of plutonium in the glovebox exhaust lines are estimated to have occurred during the first few years of operation before the fire. Deposited material could be resuspended during the course of the fire. Appendix A of the ANS standard (ANS 1998) provides a bounding estimate of the airborne release rate ($ARR$) for powder on surfaces, including steel, with an air velocity of less than 2 m s$^{-1}$. This velocity condition is consistent with the flow rate through the larger diameter piping where the deposits would most likely occur. The bounding estimate for the $ARR$ is 4 x $10^{-5}$ h$^{-1}$. The corresponding $ARF$ for suspension of the deposited plutonium in a 40-minute period would be about 3 x $10^{-5}$.

## 4.6  Airborne Release Fractions for Plutonium on
## HEPA Filters Subjected to Blast Effects

Bounding estimates of the airborne release fraction for HEPA filters subject to blast effects are given in Appendix A of the ANS standard (ANS 1998). The estimated upper bound for the $ARF$ from the pressure pulse from a deflagration is 1 x $10^{-2}$. The bounding estimates were derived from experimental data on glass fiber HEPA filters. The bounding values were based

upon pressure differentials for simulated tornado conditions. The *RF* for such an event is assumed, in the absence of data, to be 1 (DOE 1994b, 1994c).

### 4.7  Summary of Airborne Release Fractions for Plutonium Involved in the Fire

Table 4.1 contains a summary of the airborne release fractions used in estimating plutonium release to the atmosphere during the 1957 fire. Uncertainties associated with the airborne release fractions are also included. When a central value was identified, an uncertainty distribution that covers a relatively narrow range was used. This was done to assure that the range of values employed in the Monte Carlo calculations will be consistent with the experimental basis used to estimate a particular *ARF*. In some cases, a range of values was identified and the central value was chosen to be the mean of the distribution. The bases for individual values are described in the footnotes to the table.

**Table 4.1. Estimated Release Fractions for Plutonium Involved in the 1957 Fire**

| Location and form | Airborne release fraction (ARF) | Uncertainty distribution type and parameter values |
|---|---|---|
| Room 180 | | |
| Pu in burning organic liquids | 0.06 [a] | Uniform, 0.02–0.1 [b] |
| Pu metal oxidation category | | |
| T < melting point (640°C) | $1.3 \times 10^{-6}$ [c] | $0.6–2 \times 10^{-6}$ [d] |
| T > melting point | $2 \times 10^{-4}$ [e] | Loguniform, $0.02–2 \times 10^{-3}$ [f] |
| Dynamic, $u > 1.5$ m s$^{-1}$ | $5 \times 10^{-4}$ [g] | Uniform, $0.25–0.75 \times 10^{-3}$ |
| Vigorous, T > 1500°C | 0.1 [g] | Uniform, 0.05–0.15 |
| Pu dioxide in can | $3 \times 10^{-3}$ [a] | Uniform, $0.3–6 \times 10^{-3}$ [h] |
| Pu collected in glovebox outlet filters that burned | 0.28 [i] | Uniform, 0.24–0.32 |
| Pu contamination of Plexiglas glovebox walls | 0.035 [a] | Uniform, 0.02–0.05 [b] |
| Pu deposited in glovebox exhaust lines | $3 \times 10^{-5}$ [j] | Uniform, $1–5 \times 10^{-5}$ |
| Pu collected by room air duct prefilters that burned | 0.45 [k] | Uniform, 0.4–0.5 [b] |
| Filter systems | | |
| Pu collected on booster system filters | 0.45 [k] | Uniform, 0.4–0.5 [b] |
| Pu collected on main plenum filters, burning | 0.15 [l]<br>0.008 [a] | 0.1–0.2<br>0.005–0.01 [m] |
| Pu collected on main plenum filters, deflagration | 0.01 [j] | Uniform, 0.05–0.015 |

[a] Mean of distribution.

[b] Range of recommended bounding values.

[c] Value for alpha-phase plutonium.

[d] Lower bound computed using Equation (4.1); upper bound chosen to give a mean for the distribution that is equal to the observed value for alpha-phase plutonium.

[e] Mean of results for large pieces of plutonium.

[f] Broad range reflects wide range of observed values for alpha-phase plutonium.

[g] Value recommended by Ballerau (1991).

[h] Range of observed values.

[i] Derived using Equation (4.3) for $u = 1$ m s$^{-1}$.

[j] Recommended bounding value.

[k] Derived using Equation (4.3) for $u = 1.5$ m s$^{-1}$.

[l] Derived using Equation (4.3) for $u = 1.0$ m s$^{-1}$ for fan operation at high speed during 10:25–10:40 p.m.

[m] Estimated range derived using Equation (4.3) for natural draft flow through burning filters after fans ceased operation.

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

## 5. PLUTONIUM RELEASE CALCULATIONS

Estimates of the amount of plutonium that was released to the environment during the fire depend upon many factors. The locations and amounts of plutonium involved in the fire were described in Section 3 and were summarized in Table 3.6. Information on release fractions to the air for plutonium in various forms and under various conditions has been discussed in Section 4. Airborne release fractions for material identified in Table 3.6 were presented in Table 4.1. The supplemented accident chronology was described in Section 2. That sequence of events, particularly the progress of the fire through the filter systems, is a primary factor affecting the time history of releases and also the magnitudes of releases at specific times.

In this section, we describe how information from Sections 2–4 is used in calculations of the plutonium release. As mentioned previously, the release estimates were obtained using Monte Carlo techniques to propagate the uncertainties through the steps of the calculations.

Table 2.2 showed the augmented chronology for the fire that was developed in Diliberto (1999). It indicates that the fire moved rapidly from the glovebox line to the booster system filters and then to the main filter bank. Glovebox outlet filters were nearest to the origin of the fire and were the first to be burned. It is estimated that the first of those filters was burned through by 10:07 p.m. The other glovebox filters that burned are estimated to have burned at the rate of about 1 per minute during the following 15 minutes. Plutonium that became airborne as the result of burning of these filters was carried through the booster system exhaust line to the booster system filters. While these filters were functioning, much of that airborne plutonium was trapped on those filters. However, as those filters burned through, their filtration efficiency was being reduced and eventually lost completely.

Estimates of the effectiveness of the booster and main plenum filters were developed using the chronology in Table 2.2. Figures 5.1 and 5.2 show the behavior of these filters as a function of time after the start of the fire. In the figures, filter performance is measured by the fractional penetration of plutonium particles through the filters. The fractional penetration ($p$) is the complement of the filter collection efficiency ($\varepsilon$) defined in Section 3.2.3. That is, $p = 1 - \varepsilon$. In Figure 5.1, both the central value and the uncertainty bounds for $p$ are shown. The uncertainties in $p$ were estimated using a uniform distribution centered on the best estimate. Based upon prior performance of the plenum filters, the pre-fire penetration through those filters was estimated to be 0.015, with a range of 0.01–0.02. The same initial value and range were used for each set of booster filters. However, those filters were burning soon after the start of the fire and failed completely within a few minutes.

Filters in the main plenum did not catch fire until 10:20 p.m. Initially, the fire progressed slowly because the ventilation system fans were operating at low speed with a flow of about 100,000 ft$^3$ min$^{-1}$. As the plenum filters began to burn their performance was degraded. After some filters had burned through, much of the building exhaust air could pass through with little or no filtration. At sonic velocity, which is about 1870 ft s$^{-1}$ at an air temperature of 1000°F, an opening of only ~3 ft$^2$ is sufficient to handle a flow rate of 300,000 ft$^3$ min$^{-1}$.



**Figure 5.1.** Estimated fractional penetration of particles through booster system exhaust filters. Central estimate and uncertainty bounds shown for times before filter failure. These filters became completely ineffective at about 10:12 p.m.



**Figure 5.2.** Fractional penetration of particles through the filters in the main exhaust plenum of Building 71. Central estimate and uncertainty bounds shown for times before filter failure. These filters became completely ineffective at about 10:26 p.m.

When the fire in Room 180 was discovered, flames were already outside the Plexiglas gloveboxes. By that time (10:10 p.m.), the normal airflow pattern from the room into the gloveboxes was disrupted. Releases of plutonium from the metal being oxidized and from the lathe oil and sludge being burned were then carried primarily into the air in Room 180. The booster system exhaust flow rate from gloveboxes affected by the fire was only about 640 ft$^3$ min$^{-1}$. As the Plexilas glovebox components burned, the booster system connections to the gloveboxes were lost.

The room ventilation air passed through prefilters that were located in the exhaust ducts. Those prefilters were estimated to have caught fire at 10:17 p.m. and to have burned through quickly. Particle penetration through these filters is estimated to have increased rapidly beginning at 10:14 p.m. as their temperature increased. It is estimated that $p = 1$ for the prefilters at 10:19 p.m. Uncertainties in the estimates of the efficiencies of the prefilters were comparable to those estimated for a single bank of booster filters and were somewhat smaller than those indicated in Figure 5.1. After the time that the prefilters had burned through, there were no intact filters between the fire in Room 180 and the main filter plenum.

Figure 5.2 shows the estimated increase of particle penetration through the main filter bank as a function of time. The main filter bank is estimated to have failed before 10:30 p.m. After that time, airborne plutonium carried by ducts to the exhaust plenum was transported to the stack and to the environment without filtration.

Table 4.1 identifies four categories of release fractions for plutonium metal oxidation under various conditions. The actual conditions of plutonium oxidation during the fire are not known. For baseline estimates of plutonium releases, equal amounts of the plutonium metal inventory (9–16 kg [Table 3.6]) were assigned to each of the four metal oxidation categories. Table 5.1 illustrates the amounts of material in each category and bounding estimates of releases for the largest estimated amounts of plutonium that became airborne in Room 180. It is clear that assignment of equal amounts to the four metal oxidation categories is recognized to be an important scenario uncertainty that affects the estimated amounts released. Therefore, some alternative assumptions were considered to examine this factor and are discussed in Section 6.

**Table 5.1. Largest Estimated Amounts of Plutonium
That Became Airborne in Room 180**

| Location and form | Quantity of material in Room 180 | Range of estimated airborne amount[a] |
|---|---|---|
| Pu in burning organic liquids | 1.0–2.4 kg | 20–240 g |
| | | |
| Pu metal oxidation category | Total of 9–16 kg | |
| T < melting point (640°C) | 25% of total | 1.4–8.0 mg |
| T > melting point | 25% of total | 0.045–8.0 g |
| Dynamic, $u > 1.5$ m s$^{-1}$ | 25% of total | 0.56–1.7 g |
| Vigorous, T > 1500°C | 25% of total | 110–340 g |
| | | |
| Pu dioxide in can | 2.5–2.7 kg | 0.75–16 g |
| [a] Two significant figures shown only to illustrate the arithmetic results. | | |

Rates of release are assumed to be linear during the period to which they are applicable. For the plutonium metal components that were in the gloveboxes, metal turnings that were in oil and sludge, and the can of plutonium oxide, the period of release is the duration of the fire in Room 180. The same period of release was used for plutonium contamination on the glovebox walls. For plutonium that had been collected by various filters, the release period was the time during which the filters were burning. Suspension of plutonium previously deposited in glovebox exhaust lines was assumed to continue throughout the time while the power was on and the booster exhaust system was operating.

It is indicated in Tables 3.6 and 4.1 and in the foregoing discussion that both the amounts of material and the applicable release fractions are uncertain quantities. Table 5.1 illustrates the bounds of some of the multiplication of the two parameters. The Monte Carlo calculation procedure uses information about the entire distributions of possible values for these and other parameters to make a series of estimates of the plutonium release amounts for various time periods during the fire.

The calculations entail the following steps. The release pathways to the atmosphere were identified (Figure 1.2). Central estimates and distributions of values for the quantities of plutonium involved in the fire were developed (Table 3.6). Distributions of estimates of release fractions, as well as central estimates, were developed for each of the plutonium amounts identified in Table 3.6. Those estimates were summarized in Table 4.1. Transport of the material that became airborne to the environment depended upon filter efficiencies. The most important of those are illustrated in Figures 5.1 and 5.2. In the calculations, each of the relevant distributions was sampled and the selected values were used to compute an estimate of the release for the time period under consideration. The calculations were repeated many times to produce a large number of estimates of the release quantity for that time period. The many results form a distribution of estimates of the particular release quantity that reflects the uncertainties of parameters used in its calculation.

Release estimates for the early part of the fire (10:00–10:45 p.m.) were computed at 1-minute intervals. For the next half-hour (10:45–11:15 p.m.), when conditions were not changing as rapidly, 5-minute average release estimates were calculated. Later still (11:15 p.m.– 2 a.m.), the release estimates were made for 15-minute periods.

The primary results from the calculations are the releases during 15-minute periods. That duration corresponds to the time resolution of the meteorological data that are available for the time of the fire. Distributions of 15 one-minute estimates were summed to obtain the distributions of release estimates for each of the first three release periods. Distributions of three 5-minute release estimates were summed to obtain the distribution of release estimates for the next two release periods. No summation was needed for the time periods after 11:15 p.m. The estimated 15-minute releases are considered more reliable than estimates made for shorter time intervals because the latter are more subject to uncertainties in the fire chronology.

Results of the calculations and their uncertainties are discussed in the following section. In addition to the main results (15-minute release totals), the 1-minute release estimates are shown to illustrate how the release estimates changed with time during the early part of the accident. Estimates of the amount of plutonium released over the entire period from 10 p.m. to 2 a.m. are also discussed.

## 6. RESULTS

The results of calculations of plutonium release during 15-minute periods after the start of the fire are shown in Figure 6.1. For each time period, there is a distribution of estimates. The central (median, 50th percentile) value of each distribution is indicated by the horizontal bar. The confidence interval (bounded by the 5th and 95th percentiles of the distribution) for a particular estimate is indicated by the length of the vertical line. The figure shows that releases are estimated to have been largest during the two periods between 10:15 and 10:45 p.m. Releases during 15-minute periods after that time were estimated to diminish substantially. By 2 a.m., water had been applied to the plenum filter fire for 105 minutes and estimated releases from burning of plenum filters are seen to be much lower. The results shown in Figure 6.1 are considered to be the most reliable estimates that were made.



**Figure 6.1.** Estimated releases of plutonium to the atmosphere during consecutive 15-minute periods during the 1957 fire.

Although the chronology upon which the detailed estimates are based is not exact, it is useful to examine the more detailed estimates that were made for the first 45 minutes after the start of the fire. Those results are presented in Figure 6.2. It shows that the largest releases occurred during the periods when the main exhaust fans were operating at high speed and the filtration systems were seriously compromised. The changes in plenum filter efficiency are shown separately in Figure 5.2, and the period of rapid decline in plenum filter efficiency is also illustrated. The individual estimates shown in Figure 6.2 are subject to uncertainties in the times of the fire chronology. Totals for the longer (15-minute) periods are considered to be more reliable.



**Figure 6.2.** Estimated releases of plutonium to the atmosphere during consecutive 1-minute periods during the first 45 minutes of the 1957 fire.

The amount of plutonium that was released over the duration of the fire was estimated using the assumption of uniform distribution of metal into the four categories of metal oxidation. That assumption led to a median release estimate of ~300 g. The estimated confidence interval (5th to 95th percentiles) for that estimate was 160–490 g. This range does not reflect the scenario uncertainty identified in Section 5. The calculated releases are most sensitive to the amount of metal assumed to have been subject to very high temperature ("vigorous") oxidation. It is not known whether the necessary conditions were achieved during the fire. Additional calculations of the total release were performed using a range of assumptions regarding the amount of metal in the vigorous oxidation category. For those estimates, amounts of plutonium removed from that category were placed in the category of oxidation under dynamic conditions. These calculations indicate that the range of uncertainty in the total amount of plutonium released is from ~40 g to ~500 g when the scenario uncertainty is considered. In forming this range, we have rounded the upper bound given above (490 g) to one significant figure.

Table 6.1 shows a history of plutonium release estimates for the 1957 fire. The initial estimates were based upon the failure to detect appreciable amounts of plutonium in the environment during and soon after the fire. Considering the effective release height, many of the sampling locations chosen may well have been too close to the facility. The effective release height was affected both by the height of the stack and the rise of the hot plume because of its buoyancy and discharge velocity. The "large" estimates postulated in the pre-trial statement of the Church litigation (Fairfield and Woods 1978) and referenced by Johnson (1980) were based upon the mistaken belief that the results of Woodward (1971) were representative of conditions in 1953–1957 (see Section 3.2.3). The details of Barrick's calculations have not been located. They relied upon soil contamination measurements that were made several years after the 1957 fire.

**Table 6.1. History of Estimates of Plutonium Releases from the 1957 Fire**

| Year | Source of release estimate | Release amount | Comments |
|------|----------------------------|----------------|----------|
| 1957 | AEC[a] | "insignificant" | Plutonium was not mentioned in the public announcement. No release estimate was given in investigation report or in the serious accident bulletin. |
| 1958–62 | Dow internal reports | 0.2–0.3 g | Amounts implied in descriptions of the history of plutonium releases from Building 71. |
| 1970 | Dow | "at least mCi amounts" | Answer to inquiry from AEC following publication of soil sampling report by Colorado Committee on Environmental Information. |
| 1972 | Dow Hammond presentation | "milligram amount" < 1 g offsite | Based upon environmental measurements. |
| 1975–77 | ERDA[b]/DOE | 0.3–0.4 g | Amount of measured releases attributed to the fire; measurements did not include releases in the period 11–18 September. |
| 1978 | Plaintiffs' pre-trial statement[c] | "large amount" | Based upon their estimates of 10–250 kg of plutonium on plenum filters[d] and MUF of 14 kg. |
| 1980 | Johnson (1980) | "large" | No amount specified. Cited plaintiffs pre-trial statement estimates of the amount of plutonium on the main filter bank. |
| 1981 | Barrick (1981) | 9.5–18 g | Based on interpolation and integration of soil contamination data (Krey and Hardy 1970). |
| 1994 | ChemRisk (1994b) | 1 g (0.03–33 g) | Based upon environmental measurements. |
| 1999 | This report | 40–500 g | Broad range resulting from uncertainty about conditions of plutonium oxidation (see text). |

[a] U.S. Atomic Energy Commission.

[b] U.S. Energy Research and Development Administration; estimates prepared for Rocky Flats Environmental Impact Statement (DOE 1980).

[c] Documents from the Church lawsuit related to historic environmental contamination by releases from Rocky Flats facilities (Fairfield and Woods 1978).

[d] Estimates were based on filter contamination rates reported by Woodward (1971); see Section 3.2.3.

The size distributions of plutonium particles that were released at various times during the 1957 fire are not known. No measurements of the particle size of the airborne activity were performed. Experiments in which plutonium was oxidized and contaminated materials were burned have yielded a broad range of aerosol sizes. As noted in Section 4, particles with aerodynamic diameters that exceed 10 μm cannot penetrate into the pulmonary region of the lung. For the types of plutonium oxidation and combustion of contaminated materials that occurred during the 1957 fire, we recommend considering of a range of activity median aerodynamic diameters between 1 μm and 10 μm.

# 7. REFERENCES

AEC (U.S. Atomic Energy Commission). 1955. *Serious Accidents, Issue No. 83, Fire in Ventilation System Filters*. 27 July.

AEC. 1957. *Serious Accidents, Issue No. 130, Small Metallic Plutonium Fire Leads to Major Property Damage Loss*. 27 November.

Anonymous. 1955. Air Duct Data. One-page tabulation of information about flow rates required to achieve isokinetic sampling. The Dow Chemical Company. 19 December.

Anonymous. 1957. Special Air Sampling Results. Log of results of special measurements of air concentrations within Building 71; samples identified by room, the operation monitored, and the personnel involved. The Dow Chemical Company.

ANS (American Nuclear Society). 1998. *Airborne Release Fractions at Non-reactor Nuclear Facilities*. American National Standard ANSI/ANS-5.10-1998. LaGrange Park, Illinois.

ANSI (American National Standards Institute). 1961. *Guide to Sampling Airborne Radioactive Materials in Nuclear Facilities*. American National Standard N13.1. New York.

Austin (The Austin Company). 1952. Heating and Ventilating — Building 71, Airflow diagram and drawings of ductwork arrangement.

Ballerau, P. 1991. *Formation of Aerosols by Oxidation and Combustion of Plutonium and Its Compounds*. Report UCRL-TT-108790. Lawrence Livermore National Laboratory.

Barrick, C.W. 1981. *Past Accidental Releases of Radioactivity from the Rocky Flats Plant*. Rockwell International.

Beltz, J.W., E.D. Erickson, A.J. Johnson, and J.W. Lindsay. 1970. *Thermal Behavior and Compatibility of Materials of Construction at Rocky Flats, Part 1: Laboratory Studies*. Report RFP-1441. The Dow Chemical Company. 21 July.

Bowman, H.E. 1975. The Dow Chemical Company. Letter to W.M. Lamb, Rocky Flats Area Office, Energy Research and Development Administration. Subject: Special Survey of Material Accumulation in Glovebox Exhaust Ducts in Building 71. 16 May.

ChemRisk. 1994a. *Estimating Historical Emissions from Rocky Flats*. Project Task 5 Report. Health Studies on Rocky Flats, Phase I: Historical Public Exposures. ChemRisk, a Division of McLaren/Hart, Alameda, California.

ChemRisk. 1994b. *Exposure Pathway Identification and Transport Modeling*. Project Task 6 Report. Health Studies on Rocky Flats, Phase I: Historical Public Exposures. ChemRisk, a Division of McLaren/Hart, Alameda, California.

Chew and Associates (M.H. Chew and Associates, Inc.). 1992. *Facility History for Building 771 at the Rocky Flats Plant*. Preliminary unnumbered report.

Cruickshank, J.W., K.E. Elliott, R.L. Miller, and R.R. Walston. 1974. *Special Survey of Material Accumulation in Glovebox Exhaust Ducts in Building 771*. Unnumbered report. U.S. Atomic Energy Commission.

Diliberto, M.C. 1999. *Rocky Flats Building No. 71 Plutonium Fire Analysis*. Diliberto + Associates, Inc. July.

DOE (U.S. Department of Energy). 1980. *Final Environmental Impact Statement, Rocky Flats Plant Site, Golden, Jefferson County, Colorado*. DOE/EIS-0064.

DOE. 1994a. *Openness Press Conference Fact Sheets*.

DOE. 1994b. *DOE Handbook, Airborne Release Fractions/Rates and Respirable Fractions for Nonreactor Nuclear Facilities — Volume I: Analysis of Experimental Data*. Report PB95-974301. National Technical Information Service.

DOE. 1994c. *DOE Handbook, Airborne Release Fractions/Rates and Respirable Fractions for Nonreactor Nuclear Facilities — Volume 2:Appendices*. Report PB95-974302. National Technical Information Service.

ERFOM (Environmental Restoration Facilities Operations Management). 1994. *Building Histories for Buildings 371, 444, 447, 460, 707, 771, 776/777, 881, 883, and 991; Historical Release Report*. EG&G Rocky Flats, Inc.

Epp, J.G. 1957. *Supplementary Report on Fire in Building 71, September 11, 1957*. Unnumbered report. The Dow Chemical Company. 10 December.

Epp, J.G., W.R. Cornelison., R.R. Harrison, B.P. Shepherd, E.R. Turnquist, and H.A. Spavin. 1957. *Report of Investigation of Serious Incident in Building 71 on September 11, 1957*. Unclassified version of classified report CD57-1485. The Dow Chemical Company. 7 October.

Erickson, P.D. and F.J. Linck, Jr. 1958. *Absolute Air Filters, Flammability and Fire Control Studies*. Report RFP-97. The Dow Chemical Company. 17 March.

Erickson, P.D., J.A. Geer, and F.J. Linck, Jr. 1961. *Evaluation of Filter Flammability and Filter Bank Fire Detection Systems*. Report RFP-222. The Dow Chemical Company. 24 February.

Fairfield and Woods. 1978. *Pre-trial Statement re Civil Actions No. 75-M-1111, 75-M-1162, and 75-M-1296*. United States District Court for the District of Colorado.