IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### DEFENDANTS' NOTICE OF FILING OF MCKAY DEPOSITION DESIGNATIONS

---

Defendants hereby provide notice that the following two items will be filed in the conventional fashion: (1) Defendants' deposition designations of Charles McKay[1]; and (2) the McKay deposition exhibits which are used in connection with the designated McKay testimony.

Dated:  December 30, 2005                  Respectfully submitted,

                                                               s/ John E. Tangren
                                                               One of the Attorneys for the Defendants
                                                                David M. Bernick

---

[1] Defendants are in the process of preparing a response to Plaintiffs' Motion to Preclude the Reading of Designations from the Testimony of Charles McKay, filed December 23, 2005.

2

Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

   I hereby certify that on December 30 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                 s/ Courtney Biggins
                 Courtney Biggins