# Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DEFENDANTS' NOTICE OF FILING OF MCKAY DEPOSITION DESIGNATIONS]**

---

Conventionally submitted Defendants' Deposition Designations of Charles McKay and the McKay deposition exhibits used in connection with the designated McKay testimony.