IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER REGARDING JURY VERDICT FORM

Kane, J.

Plaintiffs shall submit a proposed jury verdict form to the court no later than January 9, 2005. This proposed verdict form shall be consistent with the jury instructions as they were presented to the jury at the commencement of trial and shall cross-reference these instructions as appropriate.

Plaintiffs shall also include in their submission, either as part of the proposed jury verdict form or separately, special interrogatories that address the concerns they expressed regarding the jury verdict form in their Proposed Revisions to Jury Instructions (Docket #1885), filed December 22, 2005. Notwithstanding Plaintiffs' reluctance to propose specific language on this point at this time, I require at least a proposed framework describing how the jury would be instructed to decide these issues in order to decide how to proceed. This framework should be in the form of special interrogatories,

but may include blanks for the designation of sub-classes, geographic areas or the like.

In their submission, Plaintiffs shall also address the question of how compensatory damages are to be determined if, as I understand Plaintiffs are proposing, the jury is permitted to consider and find that Defendants caused a trespass or nuisance to a subset of the currently defined class rather than the whole.

IT IS SO ORDERED.

Dated this 29th day of December, 2005.

                                            **s/John L. Kane**
                                            John L. Kane, Senior District Judge
                                            United States District Court