IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER REGARDING DONNELLY DEPOSITION DESIGNATIONS

Kane, J.

This matter is before me on Plaintiffs' Counter-designations to Defendants' Designation of the Testimony of General Harold C. Donnelly (Docket #1782), filed December 11, 2005, and Defendants' Response and objections to these counter-designations (Docket #1828), filed December 12, 2005.  Having carefully considered Defendants' objections to Plaintiffs' counter-designations, the relevant record and all applicable legal authorities, and being fully advised in the premises, I rule as follows:

| **Deposition Counter-Designation (page and line) or deposition exhibit** | **Ruling on Defendants' Objections** |
|---|---|
| 12:25 to 13:7 | Sustained. |
| 13:20-25 | Overruled provided the complete answer, 13:22-25, is given. |
| 47:20 to 48:23 | Sustained. |

| 66:14 to 67:20 | Sustained. |
| --- | --- |
| 77:2 to 78:15 | Overruled. |
| 79:7 to 80:2 | Overruled. |
| 103:25 to 105:4 | Sustained. |
| 105:24 to 106:23 | Sustained. |
| 123:7 to 124:9 | Sustained. |
| 138:12 to 138:25 | Overruled. |
| Ex. P-1590 (Deposition Ex. B) | Sustained. |
| Ex. P-1591 (Deposition Ex. C) | Sustained. |
| Ex. P-1592 (Deposition Ex. D) | Overruled. |
| Ex. P-0169 (Deposition Ex. E) | Sustained. |
| Ex. P-0172 (Deposition Ex. F) | Sustained. |

In addition, Defendants' designation of the testimony at 135:6 is STRICKEN. Objections of counsel are not evidence.

Plaintiffs' request for permission to read portions of Donnelly Deposition Exhibits B, C, D, E and F, currently designated as stated in the table above, is granted as to Exhibit P-1592 (Deposition Ex. D) and otherwise denied; provided, however, that Plaintiffs may not read this exhibit to the jury at the end of the Donnelly deposition, but rather may do so during their rebuttal case.

Dated this 29th day of December, 2005.

     **s/John L. Kane**
John L. Kane, Senior District Judge
United States District Court