IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## ORDER

---

Kane, J.

Defendants shall file a response to Plaintiffs' Motion to Preclude the Reading of Designations from the Testimony of Charles McKay (Docket #1899), filed December 23, 2005, and to Plaintiffs' Motion to Exclude the Expert Testimony of M. Laurentius Marais, (Docket #1904), filed December 29, 2005, no later than January 4, 2006.

IT IS SO ORDERED.

Dated this 29th day of December, 2005.

                                             **s/John L. Kane**
                                             John L. Kane, Senior District Judge
                                             United States District Court