IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER

Kane, J.

Defendants' motion for mistrial made on December 16, 2005, following Plaintiffs' mini-summation, is DENIED.

Defendants' further requests to modify Jury Instruction 1.9 and for an additional instruction on classification, as stated in Defendants' Memorandum in Support of Defendants' Motion for Mistrial or, in the Alternative, Defendants' Proposed Instructions (Docket #1903), filed December 28, 2005, is under consideration. Plaintiffs shall respond to Defendants' December 28 requests for alternative jury instructions no later than January 9, 2006.

IT IS SO ORDERED.

Dated this 30th day of December, 2005.

                                            **s/John L. Kane**
John L. Kane, Senior District Judge
United States District Court