IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

　　　　Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

　　　　Defendants.

---

## ORDER ON DEFENDANTS' MOTION TO STRIKE

---

Kane, J.

　　　　This matter is before me on Defendants' Motion to Strike the Testimony of

Dr. Biggs and Dr. Selbin (Docket #1900), filed December 23, 2005.  This motion is

DENIED for the reasons stated in my rulings on Defendants' multiple previous motions

to exclude the testimony of these witnesses.

　　　　IT IS SO ORDERED.

　　　　Dated this 2nd day of January, 2006.

　　　　　　　　　　　　　　　　　**s/John L. Kane**　　　　　　
　　　　　　　　　　　　　　　　　John L. Kane, Senior District Judge
　　　　　　　　　　　　　　　　　United States District Court