Exhibit A

DX542?

(Cite as DX 542)

# Technical Memorandum

## Examination of Mass Balance Accounting as a Means for Estimating Plutonium Releases

Paul Voilleque
MJP Risk Assessment, Inc.
Idaho Falls, Idaho

May 1995

## Introduction

Citizens interested in release estimates from the Rocky Flats facility have suggested that a mass balance approach should be used to estimate past releases. The idea is to compare the quantity of plutonium (Pu) brought onsite with the quantity of Pu leaving the site as a means of estimating past environmental releases of Pu from the facility.

The idea of using plutonium accountability data to assess the magnitudes of Rocky Flats releases was seriously considered at the start of Phase II. We had previously investigated accountability data at the Fernald facility in Ohio, which processed depleted, natural, and slightly enriched uranium (U). We found that there were large uncertainties in those data and that large quantities of uranium had been written off as unmeasured losses. However, it was thought that plutonium accountability data would prove to be more reliable because of the much higher value of the plutonium. Citizens have expressed this same idea: because plutonium was more valuable than gold, you would expect that those responsible would know where every last bit was.

The following sections describe the results of our investigation into Pu accounting at Rocky Flats, first for the major fires and then for routine operations. A summary of the results of the evaluation then follows.

## Accountability Data for 1957 and 1969 Fires

One of our first goals while searching through the classified records at Rocky Flats was to identify information on plutonium accountability for the September 1957 fire in Room 180 of Building 71 and the May 1969 fire in Buildings 776 and 777. The search was successful. Records of the Pu loss for the 1957 fire were found in monthly accountability reports between the time the fire and completion of the final cleanup of Room 180 several years later. An accounting of the pre- and post-fire inventories of Pu in Buildings 776 and 777 was also found in the classified records.

PLAINTIFFS' EXHIBIT
P-1665
90-CV-181

We requested the declassification of notes taken while reviewing the 1957 fire data and of documents containing accountability data for both events. Information regarding the plutonium accounting for the two fires was declassified and released by Secretary O'Leary in June 1994, together with information on plant inventory differences at Rocky Flats and elsewhere.

For the 1957 fire, overall accountability from before the fire to the completion of cleanup showed a decrease in book inventory of 6 kg of plutonium. Following the 1969 fire, more (104 kg) Pu was recovered that had been in the inventory prior to the fire. These results illustrate that there are difficulties associated with the use of accountability data to estimate releases. Just as the latter finding does not mean that there were no releases to the environment during the 1969 fire, the reported inventory difference for the 1957 fire does not imply that the 6 kg of Pu was released to the environment.

**Example of Accountability Data for Routine Operations**

To further evaluate the utility of the mass balance approach, routine operation of a Pu processing facility was considered. The following example estimates plutonium mass balance data for such a facility.

The quantities received and shipped, the numbers of shipments, and the building inventory used in the discussion are not data from Rocky Flats but are speculative estimates of possible levels of activity for this discussion. Declassified information released by Secretary O'Leary (June 1994) show that the Savannah River Site produced about 1500 kg of Pu per year during the early 1960s. If Rocky Flats received that Pu and a comparable amount from a combination of weapon returns and Hanford production, then the annual receipts would be 3000 kg. This corresponds to an average of 250 kg per month, the rate used in this example.

Other quantities needed for the analysis are explicitly based upon published information for Rocky Flats. The estimated releases from the facility used in this example reflect the highest Building 71 releases that were measured during the 1960s. The release estimates and the uncertainties associated with those measurements are still being reviewed as part of Phase II, but are considered adequate for this example.

For the example, the amounts of Pu in waste shipped to the Burial Ground at the National Reactor Testing Station (names used at the time) in Idaho and the numbers of barrels of waste generated per month are representative of estimates reported at that time. The estimated size of the inventory difference (ID) is also consistent with data from Rocky Flats operations. Annual inventory differences of 100 kg were common during the early 1960s and comparable quantities were used in the example.

Details concerning assumptions and estimated quantities and the corresponding uncertainties in the main elements of the mass balance for the facility for an average month of operation are listed below.

Input:  monthly receipts of 250 kg Pu in 10 shipments of metal or other form having an average Pu mass of 2500 g; the amount of Pu in each of these shipments could be weighed to within 0.1 gram.

Outputs: monthly shipments of 220 kg Pu in 11 packages having an average mass of 2000 g Pu; the mass of Pu in each of these shipments could be weighed to within 0.1 gram.

Measured losses consist of routine releases to the atmosphere and to Walnut Creek and shipments of solid wastes to Idaho.
  (a) measured release from the stack: a total of 600 µCi of $^{239/240}$Pu in a month. An estimated uncertainty range of 300–1200 µCi is assumed because of use of a single sampling point in the large exhaust duct. (Effluent monitoring data and the uncertainties associated with those measurements are still being reviewed as part of Phase II).
  (b) measured releases in liquid discharges to Walnut Creek: a monthly total of 500 µCi of $^{239/240}$Pu. An estimated uncertainty range of 250–1000 µCi was chosen to reflect use of gross alpha counting and no information on the mixture of U and Pu in the liquids discharged in the liquid waste stream, which also contained liquid from U processing in other buildings. (Effluent monitoring data and the uncertainties associated with those measurements are still being reviewed as part of Phase II).
  (c) estimate of amount of Pu in solid wastes shipped to Idaho: a monthly total of 2.5 kg in 300 barrels. The amount is more likely to be underestimated than overestimated because of difficulties in sampling discarded components and mixtures of solid materials. A preliminary uncertainty range of 1–9 kg is employed in the example. Current estimates of the Pu in buried waste in Idaho are about three times greater than original estimates.

Building Inventory: at the end of the month an inventory of the facility identifies 18 kg of Pu in components being fabricated and in identifiable scrap material. Although particular pieces can be weighed with the same precision identified above (±0.1 g), incomplete identification of scrap fines in process equipment leads to an estimated uncertainty in the inventory quantity of 0.1%.

The following table summarizes the estimated quantities with uncertainty estimates based upon the assumptions given above. The uncertainties in the receipts (R) and shipments (S) reflect the total uncertainty for the month; that is, the combined uncertainties for the individual shipments. The example releases to air (A) and water (W) have been converted to mass, as shown. Preliminary estimates of uncertainties in these quantities were discussed above; they will be refined later following further investigation. Estimates of uncertainties in the amount of Pu in shipments of solid wastes (SW) and in the monthly building inventory (BI) also correspond to the foregoing discussion.

Each of these elements of the mass balance is used in the calculation of inventory difference (ID) for the period. The equation used is

$$ID = R - S - (A + W + SW) - BI$$

The uncertainty range for the inventory difference reflects the uncertainty ranges for all the quantities used in the calculation.

| \multicolumn{3}{c}{**Example Mass Balance for Plutonium Processing Facility**} | | |
|---|---|---|
| Mass balance element | Measured mass (kg) | Uncertainty in mass (kg) |
| Pu received by facility (R) | 250 | $\pm 3.2 \times 10^{-4}$ |
| Pu sent from facility (S) | 220 | $\pm 3.3 \times 10^{-4}$ |
| Pu in releases to air (A)[a] | $8.3 \times 10^{-6}$ | $0.42–1.7 \times 10^{-5}$ |
| Pu in releases to water (W)[a] | $6.9 \times 10^{-6}$ | $0.35–1.0 \times 10^{-5}$ |
| Pu in solid wastes (SW) | 2.5 | 1–9 |
| Building Pu inventory (BI) | 18 | $\pm 0.018$ |
| | Estimated (kg) | |
| Inventory difference (ID)[b] | 9.5 | 3–11 |

[a] Estimates (µCi) were converted using a specific activity of 0.072 µCi/µg.
[b] Computed using the equation: ID = R – S – (A + W + SW) – BI.

Some features of the tabulated estimates in the table deserve particular attention. First, the elements in the mass balance evaluation are not of commensurate magnitudes. The monthly receipts, shipments, and building inventory elements are much larger than the solid waste component and the latter is very much larger than the highest measured monthly releases of plutonium to air and water. The largest uncertainties in Pu mass are in those for the solid waste disposal and building inventory categories.

The first feature is notable because of a previous review of the utility of the material balance approach. In an independent review for the Environmental Protection Agency, as part of the Superfund Amendments and Reauthorization Act of 1986, the National Academy of Sciences (NAS) concluded that when there are major disparities in quantities processed and released, the engineering mass balance approach has no potential value in determining releases by difference (Tracking Toxic Substances at Industrial Facilities, National Academy Press, 1990). The results in the table illustrate numerically the NAS conclusion for the semi-hypothetical Rocky Flats facility.

Because the quantities received and shipped could be determined with great precision, the uncertainties in R and S are small, about one part in one million in the example. Even so, these uncertainties alone are 20–80 times larger than estimated amounts of Pu released to air and water. The range of the ratio was computed using the alternative release estimates listed in the column showing the uncertainty ranges of A and W. The comparison reflects uncertainty bounds on the highest monthly release estimates previously recorded. As noted, the measured effluent releases and their uncertainties are subjects that we are still reviewing and the computed ratios may be revised. Overall uncertainties in the input and output quantities depend on the numbers of incoming and outgoing shipments. Assuming different numbers of packages would affect the uncertainties in R and S somewhat, but they would remain substantially greater than the tabulated ranges of releases to air and water based on plant measurement data.

The estimated uncertainty in the month-end building inventory of Pu is less than 0.01% of the Pu processing rate assumed for this example. However, that uncertainty of ~0.02 kg also greatly exceeds the highest recorded monthly discharges in gaseous and liquid wastes.

Uncertainties in the amount of Pu in solid waste shipped offsite for burial are even larger and dominate the overall uncertainty of the inventory difference. These uncertainty estimates reflect the fact that for many years there was no reliable way to measure the amount of plutonium in waste shipments. Gamma ray surveys of the barrel exterior could detect the presence of elevated amounts of the contaminant $^{241}$Am, but interpretation of the measurement depended upon knowledge of the waste matrix. Smears surveys could measure levels of contamination on discarded equipment and other wastes, but were unable to detect material trapped in crevices. Even with contemporary equipment, measurements of Pu in solid wastes are difficult and uncertain.

## Summary

Although it was initially expected that a mass balance approach would be useful in the evaluation of releases from a plutonium facility, this review shows that it is not feasible to make quantitative estimates in this way. For routine operations, this conclusion is in agreement with a previous NAS report that assessed the same question for chemical processing facilities.

For early plutonium operations at Rocky Flats, (a) large uncertainties in solid waste measurements and (b) uncertainties in inventory estimates due to material held up in processing lines are both estimated to be much greater than measured effluent releases. Although the difference is smaller, uncertainties associated with measured receipts and shipments also appear to be substantially greater than the highest reported plant releases. Review of the effluent release data is continuing and the relative magnitudes of the quantities assumed in this evaluation may change.

From HAP transcripts        May 25, 1995 (afternoon)
Discussion of mass balance during P. Voilequé's
1957 fire presentation.

1               Well, let's see.

2               Okay. I guess this is a slide that some

3    of you have seen before that has to do with--with using a

4    mass balance approach. Before the fire, we have plutonium

5    in the room and--and masses of plutonium that were on

6    the--had been collected on the filters.

7               After the fire, plutonium was recovered.

8    There was solid and liquid waste from the cleanup. There

9    was residual plutonium contamination on the walls of the

10   room. Particular--this is particularly true of Room 180

11   which was ultimately decontaminated with paint. And that

12   is to say, the contamination was covered up by multiple

13   layers of paint. And then there was airborne effluents.

14              There was a time when I thought, and a

15   time actually when I showed these slides, that it would be

16   possible to do some sort of material balance calculation

17   using information from the plant. This is just another

18   way of saying the same thing. Initially, we had this

19   amount; finally, we had these quantities. You can solve

20   that equation to get the amount released to the

21   atmosphere. That's the initial amount minus these--the

22   recovery and the residual contamination with the waste.

23              But what you find out when you dig deeper

24   into this, is that you can't do this calculation because

25   this amount of waste is not known and that the solid

1   wastes that were shipped from the plant--the plutonium
2   and solid waste shipped to the plant in Idaho was not
3   measured.  And so this approach falls apart.
4              I have--because it's of interest in this
5   regard, I have put together some of the information on
6   material I accounted for as a function of time.  This is
7   again from the Zodtner and Rogers investigation of the
8   material unaccounted for that occurred in 1964.
9              And at the end of fiscal 1963, there was
10  a lot of material unaccounted for.  And you can imagine
11  that that might be enough to cause an investigation.
12  664 kilograms is a lot of plutonium.
13             1953, relatively little material
14  unaccounted for; '54, growing; growing, '56.  These are
15  cumulative--excuse me.  These aren't annual amounts.
16  These are cumulative.  At the end of '53, at the end of
17  '54.
18             At the end of September--these data are
19  given quarterly, so I was able to get a number for the end
20  of September which was about 69 kilograms.  But then you
21  can see at the end of all of '57, is about 82.  And then
22  we skip to 1960 and to the end of fiscal '63.
23             After 1957--there were roughly
24  35 kilograms of material unaccounted for in '57 which
25  do not include material involved in the fire because

1  this accounting wasn't completed until the end of 1961.
2  But in the years '58--starting with '58 through '60 and
3  on to '63, typically, a hundred--in round numbers, a
4  hundred kilograms of plutonium a year was in the category
5  of material unaccounted for.
6           Now, so that--the fire investigation.
7           DR. SCHONBECK:  Paul.
8           MR. VOILLEQUE:  Yes.  Sorry.
9           DR. SCHONBECK:  Are these numbers site
10 life or are they building specific?
11          MR. VOILLEQUE:  This is--this is plutonium
12 material unaccounted for.  And so until this time, it
13 refers primarily to Building 71 because 76 and 77 just
14 were just beginning to operate in '57.  But many of
15 the--then many of the losses--well, then following this
16 time when we started to see a hundred kilograms a year,
17 it's a combination of 71 and also of 76 and 77.
18          MR. ALBRIGHT:  And prior to this 1957, it
19 would be in Building 71.  And how much of that would be
20 in--in Room 180?  180, is that representation a small
21 fraction of the entire operation?
22          MR. VOILLEQUE:  Yeah.
23          DR. SCHONBECK:  Okay.  So this represents
24 the site wide.
25          MR. VOILLEQUE:  This is all of--this is

```
 1   all of Building 71 essentially up to this point.  And you
 2   have to remember that this development work, that picture
 3   I showed you when--when those glovebox lines in Room 180
 4   were shiny and new was taken in the spring of 1957.  So
 5   this is a relatively new piece of an ongoing operation.
 6              DR. SCHONBECK:  And then to follow that
 7   up, did you run across any kind of commentary in the
 8   documents to indicate concern about this kind of loss?
 9              MR. VOILLEQUE:  Well, as I said somewhat
10   facetiously, it's not surprising that an investigation was
11   initiated when it got to be 600 kilograms.
12              And--but I don't know whether what--I
13   mean, I can't explain--well, a couple of things.
14              One, I haven't seen significant--well, or
15   any indication of previous investigations of material
16   unaccounted for.  It--it was routinely reported in
17   those--those lovely reports that I showed you some numbers
18   from earlier, those October and November reports.
19              Also in those reports were--material
20   balancing information is given, and it would oscillate
21   back and forth.  One month, you may have lost some
22   material; the next month, you know, some material
23   appeared, and so on.
24              But it was--I don't recall seeing earlier
25   than this any detailed investigation.  I mean, in the
```

```
 1   monthly reports, there would be statements about, well, we
 2   believe this is due to X, Y, and Z.  And maybe the next
 3   month, it would be that they found out that X, Y, and Z
 4   was, in fact, the case and they referred to that and said,
 5   well, we think it's something else.
 6              But--but sort of a comprehensive
 7   investigation put together in one place, I don't think
 8   they had that.
 9              Yeah.  Dave.
10              MR. ALBRIGHT:  I think it's important
11   to add that the throughputs of the plant were increasing
12   dramatically during this period from--the throughputs are
13   still classified but--from headquarters.
14              CHAIRMAN QUILLIN:  David, can you use your
15   microphone, please.
16              MR. ALBRIGHT:  All right.
17              It's--it's important to remember on these
18   numbers that the throughputs in the plant were going up
19   dramatically.  And so the--the headquarters has said that
20   they'll probably--they'll probably release the throughputs
21   in the building, but they have to go through the formal
22   process.  But from--from '53 to '63, it's--it's a huge
23   increase in throughput.
24              And--and so you--and also, I think
25   just--this is more speculation.  By '63, the--we were
```

```
 1   making so many nuclear weapons that I imagine they were
 2   looking for plutonium everywhere.  And--and--and they
 3   probably started seeing that there were huge amounts
 4   ending up in--in recoverable--potentially recoverable
 5   materials.
 6             MR. VOILLEQUE:  Yeah.  That brings up
 7   another point.
 8             Prior to this time, there was no--a lot of
 9   you probably heard about the economic discard limit.  And
10   that's--that's--that refers to an evaluation of how much
11   it would cost to process and recover the plutonium in--in
12   some material versus the value of plutonium at the time.
13   That discard limit did not exist in the early years.
14             So there--the sort of routine analysis
15   of--of should we reprocess this material or is it okay to
16   throw it away wasn't going on.
17             And--and I guess the--in terms of--in
18   terms of the--the waste or the potentially waste material
19   reprocessing capabilities, I--as I recall, there's in
20   19--in the early years, say maybe up to '57, there--the
21   throughput for the recovery process was potentially
22   something like 25 kilograms a month.  But by 1962, it was
23   600 kilograms a month.  And that's another indication of
24   the kind of scale-up that--that Dave was talking about.
25             And later on, when we talk about the
```

1   ventilation system some, you'll see. In fact, you may
2   have already seen the growth in the flow rate through the
3   ventilation system. And this grew because initially it
4   was only a day-shift operation. Subsequently, some of the
5   operations went to two shifts. Ultimately, a lot of it--a
6   lot of operations were--were 24 hours a day. And that
7   reflects this scale-up in--in production capacity that
8   David was referring to.
9               The investigation of material unaccounted
10  for that took place in 1964 identified that there were a
11  number of ways that plutonium had not been accounted for
12  that contributed to this--this material.
13              One thing that you need to understand is
14  that material unaccounted for doesn't necessarily mean
15  that it--it was all waste or that it was all--that it was
16  all discharged through the environment or anything like
17  that.
18              One of the most surprising things to
19  me reading this report, a deleted version of which is
20  available, is that radioactive decay was a nontrivial
21  contributor to the material unaccounted for. They hadn't
22  taken account of radioactive decay. And when you're
23  dealing with large quantities of plutonium, that can
24  be--that can be an important factor.
25              It wasn't as important, however, as not

```
 1    accounting for plutonium sent off in solid waste.  This
 2    analysis that they did, some of which is--is based on
 3    detailed measurements of concentrations in waste such as
 4    casting residues in bowls where the graphite was shipped
 5    off site as waste, they--they made a bunch of measurements
 6    of those--of concentrations of that material to come up
 7    with their estimate.
 8              But overall, they attributed about
 9    two-thirds of the--of that 660 kilograms to materials that
10    had been disposed of in waste.  And the biggest categories
11    were the--the graphite molds and the--and filters from
12    various parts of the building that had been sent off site
13    without taking credit on the books for how much plutonium
14    was contained in those materials.  And so this material
15    disappeared from the inventory because it's in wastes that
16    were shipped away that were--wherever the quantity of
17    plutonium was never quantified, was never measured, and it
18    was not accounted for.
19              I mentioned radioactive decay.  Oxide
20    losses on returns.  Some of the plutonium on--on returned
21    bomb parts had oxidized.  And this oxide was wiped off
22    when this material came back.  And overall, as I recall
23    the numbers, they estimated that some 40 kilograms in
24    that--that wiped-off material was--was lost from the
25    system.  And they estimated that that accounted for about
```

```
 1   40 kilograms.
 2              They also identified holdup in the
 3   buildings which became really obvious after the 1969 fire
 4   as being a significant contributor to material unaccounted
 5   for.
 6              MR. FOUNTOS:  Excuse me, Paul.
 7              MR. VOILLEQUE:  Yes.
 8              MR. FOUNTOS:  Could you clarify what is
 9   meant by holdup in the buildings.  Is it just material
10   that fell on the floor or something?
11              MR. VOILLEQUE:  Well, not on the floor;
12   in the gloveboxes.
13              Well, you've got--you've got to envision
14   inside these gloveboxes, hydraulic presses and lathes
15   that are used to shape metal pieces and stuff like that.
16   So there are turnings and things that fall down in the
17   cracks.  And even when they cleaned the gloveboxes out for
18   the inventories, they didn't find all those bits and
19   pieces.  So that's one source of holdup in the buildings.
20              Another source of holdup in the buildings
21   that's--that's been of particular concern for Building 707
22   is--is deposition of material in the exhaust ductwork.
23   There are some ducts that are comparable to those booster
24   exhaust pipes that I showed you in the previous slide
25   that have been found to be filled with mixtures of--of
```

1   plutonium-contaminated material that's gotten off as a
2   result of processing in the glovebox that they served.
3   And so there's a lot of material in the pipes.  And in
4   recent years, they have actually done standing
5   measurements to determine the amount of material
6   that's--that's in the pipes.  That's another example
7   of holdup.
8                  MR. FOUNTOS:  Thank you.
9                  MR. VOILLEQUE:  Yes.  Bill.
10                 DR. KEMPER:  I suppose all the material
11  that's in the pipelines--
12                 MR. VOILLEQUE:  Well, I think it's--
13                 DR. KEMPER:  By that, I mean in process at
14  the time that they were taking the measurements.
15                 MR. VOILLEQUE:  The material that's
16  flowing inside the system in the glovebox, that's
17  accounted for except for the little bits and pieces that
18  are caught in the cracks and so on.  That's the kind of
19  holdup they're talking about, the not readily identifiable
20  or measurable in pieces or the bits and pieces that are in
21  the cracks.
22                 Yes.
23                 DR. SCHONBECK:  Did they give any
24  estimates from the radioactive decay losses?  I mean,
25  I've made calculations for 239, and it's minuscule.

```
 1                    MR. VOILLEQUE:  Well, that's true, but--
 2                    DR. SCHONBECK:  So 241, I mean, it's
 3   a small percent.
 4                    MR. VOILLEQUE:  It's piqued my interest.
 5   As I said, I'm very surprised to see this.
 6                    And it has to be--I've done some
 7   calculations, and it has to be due to the 241 even though
 8   the 241 is less than half a percent of the total amount.
 9   It's if you got a large mass of plutonium, half a percent
10   of a large mass is itself pretty large.  And it's decaying
11   with the 14-year half life.
12                    DR. SCHONBECK:  But let me follow that up.
13                    If it doesn't decay to nothing, the mass
14   loss is so small.  Are we talking about that after
15   purification as a--
16                    MR. VOILLEQUE:  It decays to americium
17   which--
18                    DR. SCHONBECK:  Yeah.
19                    MR. VOILLEQUE:  --which disappears.
20                    DR. SCHONBECK:  It doesn't disappear.
21                    MR. VOILLEQUE:  Well, no, it doesn't
22   disappear.  It disappears from the plutonium accounting
23   system.
24                    The mass doesn't change, but they don't
25   keep track of Americium 241.
```

```
 1                 DR. SCHONBECK:  You're presuming now that
 2   that accounting comes in after they've purified the
 3   americium away from the plutonium.
 4                 MR. VOILLEQUE:  Right.
 5                 DR. SCHONBECK:  Because otherwise, you
 6   would just put it on a balance.
 7                 MR. VOILLEQUE:  No.  No.  Those
 8   losses--those decay losses are not--are not based on--on
 9   measurements, okay?
10                 We make a bomb.  We send it--well, we make
11   several hundred bombs.  We send them off to the stockpile,
12   okay?  And they come back--the average time they estimated
13   was three years.  They come back three years later and
14   they've got less plutonium in them than they had when we
15   sent them off.
16                 DR. SCHONBECK:  Now, how do they establish
17   that they had less?
18                 MR. VOILLEQUE:  Well, it's--the laws of
19   nature establish that they have less.
20                 DR. SCHONBECK:  Well, I know.  But what is
21   the measurement?
22                 MR. VOILLEQUE:  There is no measurement.
23                 DR. SCHONBECK:  Oh, it's just presumed.
24                 MR. VOILLEQUE:  Well, it's not a
25   presumption.  We know that Plutonium 241 decays.
```

```
 1                    DR. SCHONBECK:  Well, here is my
 2     confusion.  We're talking about measured losses, right?
 3     In terms of unaccounted for--
 4                    MR. VOILLEQUE:  We're talking about
 5     contributions to material unaccounted for--
 6                    DR. SCHONBECK:  Now, but how that--
 7                    MR. VOILLEQUE:  --that has not previously
 8     been taken into account.  One of these is radioactive
 9     decay.
10                    You send this material away and it
11     stays away for a certain period of time.  It comes
12     back.  We receive it as the same amount as we sent.
13                    MS. GROGAN:  But it's not the same amount.
14                    MR. VOILLEQUE:  But it's not the same
15     amount.  And that amount is the contribution from
16     radioactive decay that occurred while it was gone.
17                    DR. SCHONBECK:  I understand the
18     calculation.  But at some point, there is a measurement
19     years later.  And is this what--is this what they're
20     trying to account for?  And it comes after the
21     purification?
22                    MR. VOILLEQUE:  Yeah.  Well, the
23     measurements--the unaccounted-for totals are totals
24     of plutonium.
25                    DR. SCHONBECK:  Right.
```