# Exhibit A

```
                                                            90
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLORADO
 2   CIVIL ACTION NO. 90-K-181-JLK
 3   ------------------------------------------------------
 4   DEPOSITION OF CHARLES C. McKAY - VOLUME II
     EXAMINATION DATE:  NOVEMBER 15, 2005
 5   ------------------------------------------------------
 6   MERILYN COOK, et al.,
                                          COPY
 7   Plaintiffs,

 8   v.

 9   ROCKWELL INTERNATIONAL CORPORATION
     and THE DOW CHEMICAL COMPANY,
10
     Defendants.
11   ------------------------------------------------------
12        PURSUANT TO NOTICE, the deposition of
     CHARLES C. McKAY - VOLUME II was taken at 10:05 a.m. on
13   November 15, 2005, at 1801 York Street, Denver,
     Colorado, before Nathan Stormo, Registered Professional
14   Reporter and Notary Public in and for the State of
     Colorado, said deposition being taken pursuant to the
15   Federal Rules of Civil Procedure.
16
17
                        Nathan Stormo
18             Registered Professional Reporter
19
20
21
22
23
24
25
```

Stormo Reporting, Inc.   (303) 200-4792

101

1     MR. BLUM:  I'm sorry, just to -- you owned the
2 158, not the hash marks?
3     THE DEPONENT:  That's correct.
4     MR. BLUM:  Sorry.  I don't want to interrupt.
5     MR. NOMELLINI:  That's fine.
6     Q    (By Mr. Nomellini)  So you've indicated with
7 hash marks in McKay Deposition Exhibit 5 the part of
8 Cimarron Park that you did not own as of 1989?
9     A    That's correct.  And, again, looking at the
10 two, just to be real clear here, Exhibit 4 and
11 Exhibit 5, I owned everything you see in Church Ranch
12 Corporate Center.  In Exhibit 4, you've got to remember
13 that every year I hopefully sold enough land to make my
14 bond payment.
15     Q    Right.
16     A    So just because -- I didn't hold the whole
17 thing.  It kind of melted down a little bit.
18     Q    I understand.  But in each of those graphics,
19 McKay Exhibit 4 and McKay Exhibit 5, the Church Ranch --
20 the boundaries of the Church Ranch Corporate Center
21 development are accurately reflected?
22     A    Yes, reasonably accurate.  It's a big property
23 on a little map.
24     Q    So other than the correction for Cimarron Park,
25 the two buildings for Mountain Plains Industrial Center,

Stormo Reporting, Inc.   (303) 200-4792

102

1  and your son Gregory's residence, does McKay Deposition
2  Exhibit 5 accurately show your property interests as of
3  '89?
4       A    Yes, I believe it does, except I did add the
5  22-1/2 percent of Smart Reservoir that I added on
6  Exhibit 4.
7       Q    And that's also known as Rocky Flats Lake,
8  right?
9       A    Also known as Rocky Flats Lake.  I believe I've
10 answered that.  I don't think I own anything.  If I did,
11 it's completely gone from my memory today.
12      Q    Let's mark as McKay Deposition Exhibit 6 a
13 graphic entitled "Church McKay Properties as of 1951."
14           (Deposition Exhibit 6 was marked.)
15      Q    (By Mr. Nomellini)  Can you tell me whether, to
16 the best of your knowledge, McKay Deposition Exhibit 6
17 fairly and accurately reflects the properties owned by
18 your ancestors as of -- on the aerial as of 1951?
19      A    Well, I was born in '40, so that would make me
20 11 years old.  I can only tell you that generally this
21 is maybe correct.
22           MR. BLUM:  He does not want you to speculate.
23           THE DEPONENT:  Okay.
24      A    I don't want to speculate.
25      Q    (By Mr. Nomellini)  But you've done some

205

1  A   No. It was -- it was Church Ranch Corporate
2  Center, but I just didn't have the nerve to try to
3  develop it as a corporate center calling it Home Place.
4  Q   What's the name that we can give --
5  A   Where my house is?
6  Q   Yes.
7  A   The McKay residence.
8  Q   Your residence at Church Ranch Corporate Center
9  is at what address?
10 A   10100 Wadsworth Boulevard.
11 Q   Did Rocky Flats have any impact on the value of
12 your residence at 10100 Wadsworth Boulevard?
13 A   I have no idea.
14 Q   Did the FBI raid publicity have any impact on
15 the value of your residence at 10100 Wadsworth?
16     MR. BLUM:  Foundation.
17 A   I have no idea.
18 Q   (By Mr. Nomellini)  Did Rocky Flats have any
19 impact on the value of the house where your son Gregory
20 lives?
21 A   Maybe it didn't; maybe it didn't.  I never had
22 it for sale.
23 Q   So you don't know one way or the other?
24 A   No.
25     (Discussion off the record.)

Stormo Reporting, Inc.   (303) 200-4792