# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO PRECLUDE THE READING OF DESIGNATIONS FROM THE TESTIMONY OF CHARLES MCKAY

Conventionally filed Exhibit B, McKay Deposition Exhibit 5, to Defendant's Response to Plaintiffs' Motion to Preclude the Reading of Designations from the Testimony of Charles McKay.