# Exhibit C

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 90-cv-00181(JLK)
 3
    MERILYN COOK, et al.,
 4
         Plaintiffs,
 5
    vs.
 6
    ROCKWELL INTERNATIONAL CORPORATION and
 7  THE DOW CHEMICAL COMPANY,

 8       Defendants.
```

---

**REPORTER'S TRANSCRIPT**
TRIAL TO JURY
VOLUME 3

---

Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, continuing at 9:16 a.m., on the 7th day of October, 2005, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Therese Lindblom, 901 19th Street, Room A259, Denver, Colorado, 80294, (303) 628-7877

1  Mr. McKay, if we didn't reach those witnesses next week, we
2  would reach them the following week.
3         As to Mr. McKay, he's not available the following
4  week. And I said in the letter that if we do not reach him
5  next week, we will call him the week of October 24. I tried to
6  provide as much information as I could.
7         Most -- four of the eight witnesses are class
8  representatives. And then there is Mr. McKay, who I'll concede
9  is a major witness. I've now learned, since I sent that
10 letter, that there is less chance that we will be able to reach
11 Mr. McKay next week because he has a problem on the 14th of
12 October, which is when I thought we might reach him.
13        So I'm -- as I get more information on the order, I
14 will in good faith endeavor to communicate with counsel. But
15 where I have a problem is exactly where I was on September 22.
16 With the exception of the class representatives, I have little
17 control over these witnesses. I do not have the -- we do not
18 have the unlimited war chest and the resources that the two
19 defendants and their indemnitor have brought to this matter.
20 Maybe they have control over all their witnesses; we don't.
21        I have to add some further history to this to make it,
22 I think, more clear to the Court.
23        Almost -- we had a list of over 80 witnesses at one
24 point, I think, in December of 2003. We have dropped about 35
25 or 40 of those witnesses and only added a handful. We agree