# Exhibit D

TABLE_AD

| PEOPLEID | NEWADDR | NEWCITY | NEWST | NEWZIP | PLATE | LASTNAME | FIRSTNAME | ADDR1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 173170 260269 | 10745 MOORE CIR | WESTMINSTER | CO | 80020 | 0 | MC DONNELL | CHARLES | 7870 W 87TH DR A | ARVADA | CO | 80005 |
| 138117 090269 | | | | | | MC DOWELL | KATHERINE | 1755 GLENN DALE DR | LAKEWOOD | CO | 80215 |
| 77387 330269 | 11550 W 78TH DR | ARVADA | CO | 80005 | +3 | MC DOWELL | MONTE | 11550 W 78TH DR | ARVADA | CO | 80005 |
| 57641 160269 | 10470 KLINE ST | BROOMFIELD | CO | 80020 | +2 | MC DOWELL | PEGGY | 10470 KLINE ST | BROOMFIELD | CO | 80020 |
| 95896 270269 | 8780 W 84TH AVE | ARVADA | CO | 80005 | +3 | MC DUFFEL | LYNN | 8780 W 84TH AVE | ARVADA | CO | 80005 |
| 127401 220269 | | OX | | | +2 | MC ELHINNEY | GRETCHEN | 7977 HARLAN ST | ARVADA | CO | 80003 |
| 140929 150269 | 9960 HOYT LA | WESTMINSTER | CO | 80020 | +1 | MC ELHONE | KIMBERLY | 9960 HOYT LA | WESTMINSTER | CO | 80020 |
| 95911 270269 | 8375 DOVER WY | ARVADA | CO | 80005 | +2 | MC ELHONE | FREDERICK | 8375 DOVER WY | ARVADA | CO | 80005 |
| 101713 330269 | | X | | | +2 | MC ELRATH | ORVEL | 7724 LEWIS ST | ARVADA | CO | 80005 |
| 124139 330269 | | X | | | 0 | MC GAUGHEY | DANIEL | 10229 W 72ND PL | ARVADA | CO | 80020 |
| 153007 270269 | 8448 EVERETT WY B | ARVADA | CO | 80005 | +2 | MC GEE | DORIS | 8448 EVERETT WKY B | ARVADA | CO | 80005 |
| 86678 160269 | 10052 LEWIS ST | WESTMINSTER | CO | 80020 | +3 | MC GEENEY | ROBERT | 10052 LEWIS ST | WESTMINSTER | CO | 80020 |
| 130234 270269 | 8796 IRIS ST | ARVADA | CO | 80005 | +2 | MC FADDEN | DAVID | 8708 W 95TH AVE | WESTMINSTER | CO | 80020 |
| 185535 270269 | 8466 EVERETT WY D-41 | DAV | | | 0 | MC FERRAN | ROBERT | 8796 IRIS ST | ARVADA | CO | 80005 |
| 253564 220269 | 8708 W 95TH AVE | WESTMINSTER | CO | 80020 | +2 | MC GINN | JAMES | 10393 MOORE ST | WESTMINSTER | CO | 80020 |
| 67101 160269 | 10393 MOORE ST | WESTMINSTER | CO | 80020 | +3 | MC GLASHAN | MARK | 7780 W 87TH DR K | ARVADA | CO | 80005 |
| 167214 260269 | | X | | | +3 | MC GLOCHLIN | JEAN | 6125 W 84TH WY | ARVADA | CO | 80005 |
| 100848 220269 | 8830 CODY ST | WESTMINSTER | CO | 80020 | +3 | MC GOVERAN | LEONARD | 8214 AMMONS CIR | ARVADA | CO | 80005 |
| 91912 260269 | | OX | | | 0 | MC GOWAN | CATHERINE | 713 20TH ST | GOLDEN | CO | 80401 |
| 400937 270269 | 8434 EVERETT WY C | ARVADA | CO | 80005 | +2 | MC GRATTH | RONALD | 9620 W 88TH PL | WESTMINSTER | CO | 80020 |
| 139271 220269 | 9620 W 88TH PL | WESTMINSTER | CO | 80020 | +3 | MC GRAW | ROBERT | 10612 VAN GORDON WY | BROOMFIELD | CO | 80020 |
| 70680 150269 | 10460 HOLLAND CT | WESTMINSTER | CO | 80020 | +3 | MC GRAW | ROSEMARY | 10526 W 107TH AVE | BROOMFIELD | CO | 80020 |
| 86095 080269 | 10612 VAN GORDON WY | BROOMFIELD | CO | 80020 | +3 | MC GUIRE | BRIAN | 6305 W 6TH AVE D-18 | LAKEWOOD | CO | 80214 |
| 336694 090269 | 10526 W 107TH AVE | BROOMFIELD | CO | 80020 | +3 | MC GUIRE | BRIAN | 8250 GARLAND DR | ARVADA | CO | 80005 |
| 57878 290269 | | OX | | | +1 | MC GUIRE | JOHN | 6305 W 6TH D-18 | LAKEWOOD | CO | 80214 |
| 134194 270269 | 8250 GARLAND DR | ARVADA | CO | 80005 | +2 | MC HAN | RICHARD | 8641 W 88TH PL | WESTMINSTER | CO | 80020 |
| 60123 290269 | | | | | +1 | MC HENRY | TED | 8279 JELLISON CT | ARVADA | CO | 80005 |
| 100790 220269 | 8641 W 88TH PL | WESTMINSTER | CO | 80020 | +3 | MC HUGH | GERALD | 9010 W 88TH CIR | BROOMFIELD | CO | 80020 |
| 124808 270269 | 8279 JELLISON CT | ARVADA | CO | 80005 | +2 | MC HUGH | SCOTT | 9288 W 100TH PL | WESTMINSTER | CO | 80020 |
| 186720 220269 | 9010 W 88TH CIR | WESTMINSTER | CO | 80020 | +3 | MC INTOSH | GARY | 9120 GARRISON ST | WESTMINSTER | CO | 80020 |
| 402789 150269 | 9288 W 100TH PL | WESTMINSTER | CO | 80020 | +3 | MC INTYRE | SCOTT | 2514 CONTINENTAL | NEW WINDSOR | NY | 12550 |
| 104645 220269 | 9120 GARRISON ST | WESTMINSTER | CO | 80020 | +2 | MC IVER | JUNE | 10471 W 83RD PL | ARVADA | CO | 80005 |
| 192413 230269 | 8387 W. 90TH PL | ARVADA | CO | 80005 | +3 | MC JUNKIN | STEVEN | 10730 W 102ND PL | WESTMINSTER | CO | 80020 |
| 180672 260269 | 10471 W 83RD PL | WESTMINSTER | CO | 80020 | +2 | MC KAY | DONALD | 5197 S BEAR MTN DR | EVERGREEN | CO | 80439 |
| 82229 160269 | 10730 W 102ND PL | ARVADA | CO | 80005 | +2 | MC KAY | CHARLES | 10100 WADSWORTH BLVD | BROOMFIELD | CO | 80020 |
| 153897 270269 | 8726 W 86TH AVE | BROOMFIELD | CO | 80020 | +2 | MC KEAN | DONNA | 18300 W HWY 72 | GOLDEN | CO | 80403 |
| 38198 140269 | 10100 WADSWORTH BLVD | | | | 0 | MC KELVEY | CHARLES | 8A444 EVERETT WY B | ARVADA | CO | 80005 |
| 38290 140269 | | X | | | 0 | MC KENDRY | DIANNE | 6326 W 92ND PL | WESTMINSTER | CO | 80030 |
| 186525 270269 | | X | | | 0 | MC KENDRY | H | 9843 W 83RD AVE | ARVADA | CO | 80005 |
| 50304 240269 | 8431 EVERETT WY C | ARVADA | CO | 80005 | +2 | MC KENDRY | H ROBERT | 9843 W 83RD AV | ARVADA | CO | 80005 |
| 168114 270269 | 9004 DOVER ST | WESTMINSTER | CO | 80020 | +3 | MC KENDRY | H. ROBERT | 9843 W. 83RD AVENUE | ARVADA | CO | 80005 |
| 103565 220269 | 9843 W. 83RD AVENUE | ARVADA | CO | 80005 | +2 | MC KEON | RHONDA | 9220 W 104TH PL | WESTMINSTER | CO | 80020 |
| 111365 220269 | 9220 W 104TH PL | WESTMINSTER | CO | 80020 | +3 | MC LACHLAN | JEFF | 9020 CODY CT | WESTMINSTER | CO | 80020 |
| 131105 100269 | 9020 CODY CT | WESTMINSTER | CO | 80020 | +3 | MC LAUGHLIN | GARY | 10721 W 101ST PL | BROOMFIELD | CO | 80020 |
| 127895 220269 | 10721 W 101ST PL | BROOMFIELD | CO | 80020 | +3 | MC LAUGHLIN | HERBERT | 8415 EVERETT WY E | ARVADA | CO | 80005 |
| 84726 160269 | 8415 EVERETT WY E | ARVADA | CO | 80005 | +2 | MC LAUGHLIN | JAMES | 11350 W 78TH DR | ARVADA | CO | 80005 |
| 162670 270269 | | X | | | 0 | MC LAUGHLIN | ROBERT | 9673 W 87TH CIR | ARVADA | CO | 80005 |
| 77392 330269 | 9673 W 87TH CIR | ARVADA | CO | 80005 | +2 | MC LAUGHLIN | RONALD | 15050 FOOTHILL RD | GOLDEN | CO | 80401 |
| 130229 270269 | 11027 W 76TH PL | ARVADA | CO | 80005 | +1 | | | | | | |
| 181800 330269 | | | | | | | | | | | |

TABLE_AD

| PROPERTY | NEWCOMER | NSP | NEW2H | PART | LASTNAME | FIRSTNAME | ADDR1 | ADDR2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 162592 | 110269 | | X | | 0 | MCCLURE | HOWARD | 11123 ZEPHYR ST | | WESTMINSTER | CO | 80020 |
| 100798 | 220269 | | | WESTMINSTER | CO | 80020 | +3 | MCCLUSKEY | MARK | 8854 DUDLEY CT | | WESTMINSTER | CO | 80020 |
| 172798 | 160269 | | | WESTMINSTER | CO | 80020 | +3 | MCCOMB | MICHAEL | 10236 QUAIL CT | | WESTMINSTER | CO | 80020 |
| 140934 | 150269 | | | WESTMINSTER | CO | 80020 | +3 | MCCOMBS | KEITH | 9916 HOYT WY | | WESTMINSTER | CO | 80020 |
| 97557 | 270269 | | | ARVADA | CO | 80005 | +2 | MCCONNELL | ROBERT | 8430 DOVER WY | | ARVADA | CO | 80005 |
| 180644 | 280269 | | | ARVADA | CO | 80005 | +3 | MCCORD | JAMES | 10485 W 85TH PL | | ARVADA | CO | 80005 |
| 125623 | 240269 | | X | | | | 0 | MCCORKINDALE | DAVID | 232 W PROMCESS ANNE | | NORFOLK | VA | 23517 |
| 153812 | 230269 | | | WESTMINSTER | CO | 80020 | +2 | MCCORMAC | JOHN | 9002 BALSAM CT | | BROOMFIELD | CO | 80020 |
| 138125 | 090269 | | | WESTMINSTER | CO | 80020 | +3 | MCCORMACK | MICHAEL | 10744 MOORE CIR | | WESTMINSTER | CO | 80020 |
| 104642 | 220269 | | | BROOMFIELD | CO | 80020 | +3 | MCCOY | DENNIS | 9150 GARRISON ST | | BROOMFIELD | CO | 80020 |
| 167021 | 220269 | | | WESTMINSTER | CO | 80020 | +3 | MCCOY | EDWIN | 9543 W 89TH CIR | | BROOMFIELD | CO | 80020 |
| 177916 | 150269 | | X | | | | +1 | MCCOY | MICHAEL | 9680 BRENTWOOD WY | | WESTMINSTER | CO | 80020 |
| 103453 | 220269 | | | WESTMINSTER | CO | 80020 | +3 | MCCRACKEN | LESLIE | 8939 W 91ST PL | | ARVADA | CO | 80020 |
| 139312 | 220269 | | | WESTMINSTER | CO | 80020 | +3 | MCCREA | TED | 9662 W 89TH CIR | | WESTMINSTER | CO | 80020 |
| 278023 | 220269 | | | ARVADA | CO | 80005 | +2 | MCCUALEY | DANNY | 9990 W 81ST AVE | | ARVADA | CO | 80005 |
| 257252 | 240269 | | X | | | | +1 | MCCULLOUGH | WILLIAM | 5731 W 92ND AVE 114 | | WESTMINSTER | CO | 80030 |
| 187272 | 280269 | | | ARVADA | CO | 80005 | +3 | MCCULLOUGH | | 5522 E ROAD 5 NORTH | | MONTE VISTA | CO | 81144 |
| 92991 | 050369 | | X | | | | 0 | MCDANIEL | KENNETH | 6675 YOUNGFIELD CIR | | ARVADA | CO | 80004 |
| 190573 | 290269 | | X | | | | +1 | MCDANIEL | LESLIE | 12758 W 84TH DR | | ARVADA | CO | 80005 |
| 131052 | 260269 | | X | | | | 0 | MCDONALD | FORREST | 7705 W 87TH DR | | ARVADA | CO | 80005 |
| 161455 | 150269 | | X | | | | +1 | MCDONALDS | | P O BOX 66207 116/05 | | CHICAGO | IL | 60666 |
| 181175 | 090269 | | | WESTMINSTER | CO | 80020 | +3 | MCDONNELL | MICHAEL | 10592 W ROBB DR | | WESTMINSTER | CO | 80020 |
| 184110 | 150269 | | | WESTMINSTER | CO | 80020 | +3 | MCDONOUGH JR | ROBERT | 9828 JELLISON WY | | WESTMINSTER | CO | 80020 |
| 140341 | 310269 | | | ARVADA | CO | 80005 | +2 | MCDOUGAL | MICHAEL | 7403 COORS DR | | ARVADA | CO | 80005 |
| 91930 | 260269 | | OX | | | | +3 | MCDOWELL | JERRY | 8253 AMMONS CIR | | ARVADA | CO | 80005 |
| 103613 | 220269 | | | WESTMINSTER | CO | 80020 | 0 | MCDOWELL | JERRY | 8253 AMMONS CIR | | ARVADA | CO | 80005 |
| 162591 | 110269 | | X | | | | 0 | MCDUFF | JOHN | 11133 ZEPHYR ST | | WESTMINSTER | CO | 80020 |
| 143655 | 100269 | | | WESTMINSTER | CO | 80020 | +2 | MCEACHERN | KEVIN | 10414 IRIS WY | | WESTMINSTER | CO | 80020 |
| 27778 | 270269 | | | ARVADA | CO | 80005 | +2 | MCFARLAND | WILLARD | 9695 W 81ST AVE | | ARVADA | CO | 80005 |
| 85942 | 160269 | | | WESTMINSTER | CO | 80020 | +3 | MCFARLAND | WILLIAM | 10020 LEWIS CT | | WESTMINSTER | CO | 80020 |
| 162568 | 110269 | | X | | | | +1 | MCGEE | DEWEY | 11072 ZEPHYR ST | | BROOMFIELD | CO | 80020 |
| 401798 | 220269 | | OX | | | | +1 | MCGINLEY | BRADLEY | 120 W 95TH AV | | WESTMINSTER | CO | 80020 |
| 172845 | 160269 | | | WESTMINSTER | CO | 80020 | +3 | MCGRATH | KEVIN | 10311 ROUTT ST | | WESTMINSTER | CO | 80020 |
| 181159 | 090269 | | X | | | | +1 | MCGRATH | RICHARD | 11548 W 105TH WY | | WESTMINSTER | CO | 80020 |
| 147523 | 260269 | | | ARVADA | CO | 80005 | +2 | MCGRAW | MICHAEL | 8602 W 86TH CIR | | ARVADA | CO | 80005 |
| 136636 | 090269 | | | WESTMINSTER | CO | 80020 | +3 | MCINTYRE | KEVIN | 10612 OWENS ST | | WESTMINSTER | CO | 80020 |
| 101342 | 340269 | | X | | | | 0 | MCIVER JR | GEORGE | 9485 W 74TH AVE | | ARVADA | CO | 80005 |
| 138367 | 220269 | | | WESTMINSTER | CO | 80020 | +3 | MCKAY | BRENT | 9354 GARRISON DR | | BROOMFIELD | CO | 80020 |
| 92172 | 240270 | | OX | | | | 0 | MCKAY | CHARLES | 10100 WADSWORTH BLVD | | BROOMFIELD | CO | 80020 |
| 195086 | 020270 | | OX | | | | 0 | MCKAY | CHARLES | 10020 WADSWORTH BLVD | | WESTMINSTER | CO | 80020 |
| 44103 | 110270 | | OX | | | | +1 | MCKAY | PERRY | 250 ARAPAHOE AVE 203 | | BOULDER | CO | 80302 |
| 90028 | 230270 | | OX | | | | 0 | MCKAY | PERRY | 250 ARAPAHOE AVE 203 | | BOULDER | CO | 80302 |
| 172632 | 160269 | | | WESTMINSTER | CO | 80020 | +3 | MCKEE | BONITA | 10241 ROUTT ST | | WESTMINSTER | CO | 80020 |
| 125352 | 220269 | | | WESTMINSTER | CO | 80020 | +3 | MCKEE | MICHAEL | 8798 W 95TH AVE | | WESTMINSTER | CO | 80020 |
| 141153 | 150269 | | | WESTMINSTER | CO | 80020 | +3 | MCKEEL | MICHAEL | 9840 GARLAND DR | | WESTMINSTER | CO | 80020 |
| 95893 | 270269 | | | ARVADA | CO | 80005 | +2 | MCKENNA | COLIN | 8370 ESTES CT | | ARVADA | CO | 80005 |
| 125321 | 220269 | | | WESTMINSTER | CO | 80020 | +3 | MCKENNA | STEVE | 9562 DUDLEY DR | | WESTMINSTER | CO | 80020 |
| 163762 | 230269 | | | BROOMFIELD | CO | 80020 | +2 | MCKINSTER | ROY | 9496 WEBSTER WY | | BROOMFIELD | CO | 80020 |
| 131034 | 260269 | | X | | | | 0 | MCLAIN | CHARLES | 8761 YUKON ST | | ARVADA | CO | 80005 |
| 173079 | 260269 | | | ARVADA | CO | 80005 | +2 | MCLAIN | DONALD | 8640 W 87TH DR D | | ARVADA | CO | 80005 |