# Exhibit E

**COPY**

1

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
 2
    Civil Action No. 90-K-181
 3
    MERILYN COOK, et al.,
 4
                       Plaintiffs,
 5
    vs.
 6
    ROCKWELL INTERNATIONAL CORPORATION, et al.,
 7
                       Defendants.
 8  ---------------------------------------------------

 9  DEPOSITION OF JAMES F. WILLGING    (VOLUME I)

10  ---------------------------------------------------
                               350 E. Horsetooth Road
11                             Fort Collins, Colorado
                               June 25, 1996
12

13  APPEARANCES:   BERGER & MONTAGUE, P.C.

14                 DAVID F. SORENSEN, Esq.

15                 1622 Locust Street

16                 Philadelphia, Pennsylvania 19103

17

18                          For the Plaintiffs.

19

20                 KIRKLAND & ELLIS

21                 MARTIN T. TULLY

22                 200 E. Randolph Drive

23                 Chicago, Illinois 60601

24

25                          For Dow Chemical.
```



**AVERY WOODS REPORTING**

1000 Speer Boulevard • Denver, Colorado 80204
303-825-6119 • 1-800-962-3345 • FAX 303-893-8305

5

```
 1   said?
 2            A.   Yes.
 3            Q.   Okay.
 4                 Are you represented by counsel today?
 5            A.   Yes.
 6            Q.   And that would be Mr. Tully?
 7            A.   Yes.
 8            Q.   Okay.
 9                 And first could you state your full
10   name?
11            A.   James Francis Willging.
12            Q.   And how old are you, sir?
13            A.   At the moment I'm 71.
14            Q.   Okay.  And your date of birth?
15            A.   10/11/24.
16            Q.   And are you currently retired?
17            A.   Yes.
18            Q.   And when did you retire?
19            A.   Retired in 1985, May or June, I
20   believe.
21            Q.   Okay.  And when did you come to be
22   represented by Mr. Tully?  If you recall?
23            A.   Sometime in this last year.
24            Q.   And how did that come about in the
25   sense that did you call him?
```