**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90-cv-00181-JLK**

**MERILYN COOK,** *et al.***,**

      **Plaintiffs,**

      v.

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

      **Defendants.**

**PLAINTIFFS' OBJECTIONS TO THE EXHIBITS
TO BE USED WITH FRANK BLAHA**

As noted in plaintiffs' Supplemental Motion to Exclude the Expert Testimony of M. Laurentius Marais (Doc. 1904), defendants have been playing games with respect to calling Frank Blaha to testify as an expert witness for several weeks. *See id.* at 2, n.2. *See also* Defendants' Tentative Witness List as of November 7, 2005 (Doc. 1600) (listing Blaha as testifying witness); Witness List by Defendants dated November 23, 2005 (Doc. 1714) (listing Blaha as testifying witness); Letter to Davidoff regarding Witness List dated November 29, 2005 (Doc. 1718) (listing Blaha as testifying witness); Letter to M. Davidoff regarding Witness List dated December 22, 2005 (Doc. 1881) (***"revised witness list that presents all of our witnesses for the remainder of our case," not listing Blaha***) (emphasis added); Witness List for 1/1 to 1/13 dated December 31, 2005 (Doc. 1913) (listing Blaha and indicating that "if the motion with respect to Mr. Voilleque is granted, Defendants will likely begin with Mr. Blaha on Wednesday, January 4, 2006," notwithstanding fact that John Osborn precedes Blaha on order of call).

Not content to simply revise their witness list and order of call at the eleventh hour, defendants continued to play their games today, failing to timely serve the exhibits that they propose to use with Mr. Blaha – the first binder of exhibits and graphics arriving after 11:00 a.m., and the second at approximately 7:30 p.m., only after repeated requests from plaintiffs.

Even more egregious, what became apparent when the exhibits and graphics were finally served, is that defendants are not calling Mr. Blaha to testify regarding matters disclosed in his expert reports. Indeed, as noted below, more than two thirds of such exhibits and graphics grossly exceed the scope of those reports. Plaintiffs are, therefore, not only faced with a witness whom they told was not being called, but with a witness who ostensibly intends to testify regarding matters about which he has no knowledge or expertise, and has not been deposed.

By his own admission, Mr. Blaha's areas of expertise are limited to water-related issues. *See* Affidavit of Frank J. Blaha dated January 30, 1999 ["Affidavit"] at ¶¶ 2, 4 & 5 (Exhibit A); Supplemental Report: Waste Management and Environmental History of the Rocky Flats Plant dated August 6, 2004 ["Supp. Report"] at 1-4 (Exhibit B). "[His] areas of expertise include: Environmental Monitoring, RCRA Part B Permits, Radioactive Materials Management, Groundwater Monitoring, Unsaturated Zone Monitoring, Water Chemistry, Water Monitoring and Treatment, RCRA Closure Plans, Drinking Water Related Research, [and] Groundwater Regulatory Analysis." Affidavit at ¶ 2; Supp. Report at 1. "As an environmental engineer, [he has] been involved in and managed numerous projects evaluating groundwater and surface water quality, groundwater and surface water monitoring programs, groundwater and surface water

2

flow patterns, contaminant migration pathways, contaminant flow rates, and groundwater and surface water remediation." Affidavit at ¶ 4; Supp. Report at 2. "At [the Rocky Flats Plant, he has] been involved in numerous projects evaluating the extent of groundwater and surface water contamination, the groundwater and surface water monitoring programs, contaminant flow pathways, and potential surface and groundwater remediation plans." Affidavit at ¶ 5; Supp. Report at 2-3. Furthermore, Mr. Blaha appears not to have worked on *any* projects relating to Rocky Flats *after 1994*. *See* Affidavit at ¶ 5; Supp. Report at 3.

A review of Mr. Blaha's credentials confirms that he has no experience, education or training beyond water-related issues, and even that expertise appears not to have been used since 1996 when he went to work for the American Water Works Association Research Foundation, an organization dealing with public water supplies. Moreover, to the extent that defendants now seek to utilize Mr. Blaha to discuss other aspects of the clean up, including health risks, soil action levels, and decommissioning and decontamination of buildings, he never had any expertise at all. In short, in less than twenty-four hours between the time that the exhibits and graphics were belatedly served, and when trial resumes at 9:00 a.m. on Wednesday, January 4, 2006, it is virtually impossible to prepare to cross examine a witness who intends to stray so far afield from his reports.

In addition to the foregoing, plaintiffs hereby assert the following objections to the exhibits that defendants propose to use with Mr. Blaha:

3

**DX0036 (Report:  Corrective Action Decision/Record of Decision:  Operable Unit 3, The Offsite Areas of Rocky Flats Environmental Technology Site dated April, 1997)** – Mr. Blaha is not qualified to testify regarding the offsite area. Furthermore, there is no evidence that he performed any work relating to offsite issues, either while employed by Rocky Flats or while doing contract work relating to Rocky Flats.  Finally, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX0043 (Agreement:  Agreement in Principle Between the United States Department of Energy and the State of Colorado dated June 28, 1989)** – Plaintiffs have no objection to this exhibit.

**DX0051 (Agreement:  Tri-Party Agreement between the United States Environmental Protection Agency, the U.S. Department of Energy and the Colorado Department of Health dated July 30, 1986)** – Plaintiffs have no objection to this exhibit, which was previously admitted as P-557.

**DX0777 (Agreement:  Final Rocky Flats Clean Up Agreement)** – Mr. Blaha is not qualified to testify regarding non-water-related clean-up issues at Rocky Flats. Furthermore, there is no evidence that he performed any work relating to non-water-related clean-up issues, either while employed by Rocky Flats or while doing contract work relating to Rocky Flats.  Finally, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1939 (Graphic:  Education)** – Plaintiffs have no objection to this graphic.

**DX1940 (Graphic:  Work History)** – Plaintiffs have no objection to this graphic.

**DX1941 (Graphic: Rocky Flats Employment History)** – Plaintiffs have no objection to this graphic.

**DX1942 (Graphic: Key Agreements Relating to Cleanup)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.[1] Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1943, 1944 & 1945 (Graphics: Holeman Testimony)** – Mr. Blaha is not qualified to testify regarding non-water-related remediation issues at Rocky Flats. Furthermore, such testimony would be beyond the scope of his reports. And as he has had no involvement with any issues pertaining to Rocky Flats after 1994, he cannot testify regarding matters about which he has no personal knowledge.

**DX1946 (Graphic: 1986 Compliance Agreement)** – Plaintiffs have no objection to this graphic.

**DX1947 (Graphic: 1989 Agreement in Principle)** – Plaintiffs have no objection to this graphic.

**DX1948 (Graphic: 1991 Interagency Agreement)** – Plaintiffs have no objection to this graphic.

**DX1949 (Graphic: 1996 Rocky Flats Cleanup Agreement)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

---

[1] With respect to each "beyond the scope objection," plaintiffs note that Mr. Blaha has failed to reference the source materials in his several written reports.

**DX1950 (Graphic:  Plaintiffs Demonstrative, Rocky Flats Known Waste Disposal Areas)** – Plaintiffs have no objection to this graphic.

**DX1951 (Graphic:  1996-2006 Cleanup:  Selected Sites)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1952 (Graphic:  Solar Ponds Cleanup)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1953 (Graphic:  Pondcrete/Saltcrete Storage Pad Clean-Up)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1954 (Graphic:  Spray Field Closeout)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1955 (Graphic:  Rocky Flats Known Waste Disposal Areas)** – Plaintiffs object to this graphic, which is a modified version of their demonstrative.  Defendants' intend use of this graphic is unclear without additional information or explanation.

6

Furthermore, Mr. Blaha has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1956, 1957, 1958 (Graphics:  Building Removal, Building Decontamination and Decommissioning, Building Demolition**) – Mr. Blaha is not qualified to testify regarding non-water-related clean-up issues – including building removal, decontamination and decommissioning, and demolition – at Rocky Flats. Furthermore, there is no evidence that he performed any work relating to non-water-related clean-up issues, either while employed by Rocky Flats or while doing contract work relating to Rocky Flats.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1959 (Graphic:  Rocky Flats Known Waste Disposal Areas)** – Plaintiffs object to this graphic, which is a modified version of their demonstrative.  Defendants' intend use of this graphic is unclear without additional information or explanation. Furthermore, Mr. Blaha has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1960 and 1960a (Graphics:  Shipment of Materials Offsite)** – Plaintiffs object to these graphics as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

7

**DX1961 and 1961a (Graphics:  RSAL)** – Plaintiffs object to these graphics as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1962 (Graphic:  Radionuclide Soil Action Level (RSAL))** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1963 (Graphic:  Surface Soil and Surface Sediment Sample Locations)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1964 (Graphic:  Purposes of 2005 Aerial Radiation Survey)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1965 and 1965a (Graphics:  Results of Aerial and Ground Gamma Surveys at Rocky Flats)** – Plaintiffs object to these graphics as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1966 (Graphic: Elevated Soil Samples Found in Summer 2005)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1967 (Graphic: Elevated Soil Sample Locations)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1968 and 1968a (Graphics: Final Sitewide RI/FS (Draft))** – Plaintiffs object to these graphics as containing information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1969 (Graphic: Figure 3.16 from Final Sitewide RI/FS (Draft))** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1970 (Graphic: Figure 3.16 from Final Sitewide RI/FS (Draft))** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1971 (Graphic:  Figure 3.16:  Pu in Surface Soil)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1972 (Graphic:  Figure 8.5 from Final Sitewide RI/FS (Draft))** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1973 (Graphic:  Figure 8.5 from Final Sitewide RI/FS (Draft))** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1974 (Graphic:  Figure 8.5:  Groundwater Sampling Results)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1975 (Graphic:  Groundwater Containing Sediment Does Not Extend Offsite)** – Plaintiffs do not object to this graphic, if used for demonstrative purposes only.

**DX1976 (Graphic:  1997 OU3 Report)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's expertise.  Mr. Blaha is not qualified to testify regarding the offsite area.  Furthermore, there is no evidence that he performed any work relating to offsite issues, either while employed by Rocky Flats or while doing contract work relating to Rocky Flats.  Furthermore, he has had no

involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1977 (Graphic:  CDPHE 2000 Groundwater Technical Topic Paper)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1978 (Graphic:  Locations of Groundwater Contamination Plumes the Rocky Flats Environmental Technology Site in 2002)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1979 (Graphic:  Landfill Plume)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1980 (Graphic:  Industrial Area Plume)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1981 (Graphic:  Solar Pond Plume)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had

11

no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1982 (Graphic:  903 Pad Plume)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1983 and 1983a (Graphics:  Current Site Conditions)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1984 (Graphic:  Certification of Physical Completion of Cleanup)** – Plaintiffs object to this graphic as containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX1985 (Graphic:  DOE Certifies Rocky Flats Cleanup "Complete" Press Release)** – Plaintiffs object to this graphic as containing hearsay (subject to no exception) and information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4055 (Report:  RCRA Facility Investigation – Remedial Investigation/Corrective Measures Study – Feasibility Study Report for the Rocky Flats Environmental Technology Site Appendix A – Comprehensive Risk**

**Assessment dated October 2005**) – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4080 (Curriculum Vitae:  Curriculum Vitae of Frank Blaha)** – Plaintiffs have no objection to this exhibit.

**DX4081 (Report:  Rock Flats Interagency Agreement dated January 22, 1991)** – Plaintiffs object to this exhibit to the extent that it pertains to issues other than water-related issues, and issues regarding which Mr. Blaha has personal knowledge.

**DX4082 (Article:  DOE Certifies Rocky Flats Cleanup "Complete" dated December 8, 2005)** – Plaintiffs object to this exhibit as containing hearsay (subject to no exception) and information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4083 (Letter:  Letter from Nancy Tutor to Frazer Lockhart regarding Declaration of Physical Completion dated October 13, 2005)** – Plaintiffs object to this exhibit as lacking foundation, containing hearsay (subject to no exception), and containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4084 (Article:  Pondcrete Radioactive Waste Gone from Rocky Flats Ahead of Schedule dated April 26, 1999)** – Plaintiffs object to this exhibit as containing hearsay (subject to no exception) and information beyond the scope of Mr. Blaha's

reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4085 (Article: Technical Topic Papers: Rocky Flats Public Exposure Studies – Movement of Contaminated Groundwater at the Rocky Flats Environmental Technology Site dated March 1, 2000)** – Plaintiffs have no objection to this exhibit.

**DX4086 (Newsletter: Rocky Flats Endvision dated October 20, 2004)** – Plaintiffs object to this exhibit as containing hearsay (subject to no exception) and information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4087 (Newsletter: Rocky Flats Endvision dated January 19, 2005)** – Plaintiffs object to this exhibit as containing hearsay (subject to no exception) and information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4088 (Letter: Letter from Gary Kleeman to Joseph Legare regarding Characterization Data Summary IHSS Group NE/NW dated October 7, 2003)** – Plaintiffs object to this exhibit as lacking foundation, containing hearsay (subject to no exception), and containing information beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4089 (Report:  Data Summary Report IHSS Group NE/NW dated October 2003)** – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4090 (Report:  Proposed Action Memorandum for IHSS 1010 and RCRA Closure of the RFETS Solar Evaporation Ponds dated December 2002)** – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4091 (Letter:  Letter from Steven Gunderson to Richard DiSalvo regarding Solar Evaporation Ponds PAM dated May 22, 2003)** – Plaintiffs object to this exhibit as lacking foundation, containing hearsay (subject to no exception), and containing information beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4092 (Report:  Annual Report for the RFETS Groundwater Plume Treatment Systems – January 2003 through December 2004 dated August 1, 2005)** – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4093 (Letter:  Letter from Steven Gunderson and Mark Aguilar to John Rampe regarding Final Interim Measure/Interim Remedial Action for**

15

**Groundwater at the RFETS dated July 6, 2005**) – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4094 (Letter: Letter from Steven Gunderson to Joseph Legare regarding Final Approval, Data Summary Report, IHSS Group 900-3 (904 Pad) dated December 17, 2003**) – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4095 (Report: Data Summary Report IHSS Group 900-3 dated December 2003**) – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4096 (Letter: Letter from Steven Gunderson to Joseph Legare regarding Draft Data Summary Report for IHSS Group 700-8, IHSS 700-214, 750 Pad Pondcrete/Saltcrete Storage dated December 17, 2004**) – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports. Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**DX4097 (Report: Data Summary Report for IHSS Group 700-8, IHSS 700-214, 750 Pad Pondcrete/Saltcrete Storage dated December 2004**) – Plaintiffs object to

16

this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**P0642 (Report:  Results of Aerial and Ground Gamma Surveys at Rocky Flats:  Status Update Brief to RFCAB dated September 1, 2005)** – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**P1470 (Report:  RFETS Action Levels and Standards Framework for Surface Water, Groundwater and Soils – Final RFCA Attachment 5 dated May 28, 2003)** –Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

**P1557 (Report:  Draft RCRA Facility Investigation/Corrective Measures Study – Feasibility Study Report for the RFETS, Book I dated October 2005)** – Plaintiffs object to this exhibit as beyond the scope of Mr. Blaha's reports.  Furthermore, he has had no involvement with any issues pertaining to Rocky Flats after 1994 and cannot testify regarding matters about which he has no personal knowledge.

                                      Respectfully submitted,

January 4, 2006                       *s/ Jean M. Geoppinger*
                                      _____
                                      Louise M. Roselle
                                      Jean M. Geoppinger
                                      WAITE, SCHNEIDER, BAYLESS
                                      & CHESLEY CO., L.P.A.
                                      1513 Fourth & Vine Tower
                                      One West Fourth Street
                                      Cincinnati, Ohio  45202
                                      (513) 621-0267

                                      Merrill G. Davidoff
                                      Peter Nordberg
                                      David F. Sorenson
                                      BERGER & MONTAGUE, P.C.
                                      1622 Locust Street
                                      Philadelphia, PA 19103
                                      (215) 875-3000

                                      Gary B. Blum
                                      Steven W. Kelly
                                      SILVER & DEBOSKY, P.C.
                                      1801 York Street
                                      Denver, Colorado  80206
                                      (303) 399-3000

                                      ***Attorneys for Plaintiffs***
                                      ***and the Class***


## CERTIFICATE OF SERVICE

       I hereby certify that, on January 4, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

            David M. Bernick, Esq.
            KIRKLAND & ELLIS, LLP
            200 East Randolph Drive
            Chicago, Illinois  60601

                and

Joseph J. Bronesky, Esq.
SHERMAN & HOWARD, LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202

*Attorneys for Defendants*

                                              *s/ Jean M. Geoppinger*
                                      _____
                                      Jean M. Geoppinger