# Supplemental Report:
## Waste Management and Environmental History of the Rocky Flats Plant

Frank J. Blaha, P.E.
August 6, 2004

With this report I supplement the information in my report of 1996 by providing a brief overview of some of the more important recent environmental activities at the Rocky Flats Plant (RFP). These activities, documented in recent RFP reports, and more recent environmental data, serve to further support and reinforce my opinions that:

- The RFP has been a good environmental and waste management steward;
- That the RFP has had minimal impact, if any, on the environment outside the plant boundaries;
- That surface water leaving the plant site has met stringent standards for plutonium and other regulated contaminants;
- That contaminated groundwater plumes at the RFP do not flow offsite; and,
- That the RFP has had no impact on any plaintiffs in this lawsuit.

### Expert Qualifications

I am currently a senior project manager for the American Water Works Association Research Foundation. During the past twenty years, I have worked as an environmental engineer on projects ranging from simple water quality assessments to the creation and implementation of regulation-drive compliance programs for a major industrial facility.

My areas of expertise include:

- Environmental Monitoring
- RCRA Part B Permits
- Radioactive Materials Management
- Groundwater Monitoring
- Unsaturated Zone Monitoring
- Water Chemistry
- Water Monitoring and Treatment
- RCRA Closure Plans
- Drinking Water Related Research
- Groundwater Regulatory Analysis

I received a Bachelor of Science degree in Environmental Health Engineering from Northwestern University in 1982, and a Masters of Science in Civil and Environmental Engineering from the University of Wisconsin in 1984. I have also attended numerous seminars, conferences, and other educational programs relating to environmental engineering issues since 1984.

As an environmental engineer, I have been involved in and managed numerous projects evaluating groundwater and surface water quality and monitoring programs, groundwater and surface water flow patterns, contaminant migration pathways, contaminant flow rates, and groundwater and surface water remediation. Below are brief descriptions of a few representative projects with which I have been involved.

- Investigation of source and contaminant flow-path of organic solvents impacting a drinking water source at an industrial facility.
- Investigation of the nature and extent of groundwater contamination at a former oil refinery.
- Installation of a groundwater monitoring program and initial groundwater characterization for RCRA-required groundwater monitoring at land disposal units.
- Characterization of subsurface contamination and initial remediation of underground storage tank caused groundwater contamination.
- Initial characterization plan for identification of source of organic solvents at a municipal landfill.
- Subsurface characterization and creation of subsurface monitoring plan for an industrial waste land disposal unit.
- Subsurface characterization and groundwater monitoring plan implementation for RCRA-required closure plan and RCRA-required monitoring at an industrial facility.
- Implementation of a groundwater monitoring plan at a municipal solid waste landfill.
- Management and review of a stable isotope tracer project to assess quantity of groundwater recharged as well as quality changes to urban stormwater recharged to shallow aquifers.
- Management and review of a project researching disposal options for waste containing naturally occurring radioactive materials from treatment of raw water for drinking water use.
- Managed a project to research suitable methods for treatment of drinking water that contains naturally occurring radon.
- Instrumental in creation of a research program to investigate the occurrence of perchlorate contamination in groundwater and suitable methods of treatment of potable drinking water for perchlorate contamination.

During my career as an environmental engineer, I have worked extensively at the Rocky Flats Plant ("RFP"). At RFP, I have been involved in numerous projects evaluating the extent of groundwater and surface water contamination, groundwater and surface water monitoring programs, contaminant flow pathways, and potential surface and groundwater remediation plans. Below are brief descriptions of some of the projects at RFP with which I have been involved.

2

- One of a team involved in the initial RCRA groundwater characterization and well installation activities (1986).
- Preparation of landfill groundwater and leachate collection characterization program and evaluation of initial data (1987).
- Preparation of solar pond characterization plan for soil and groundwater as well as evaluation of initial data (1987).
- Involved in groundwater site-wide characterization work (1987).
- Involved in High Priority Sites initial RI/FS work (1987).
- Involved in initial Medium Priority Sites RI/FS characterization work (1987).
- Managed preparation of initial Annual RCRA Groundwater Monitoring Report (1988).
- Managed preparation of the solar pond subsurface characterization for interim status closure plan (1988).
- Managed preparation of the present landfill subsurface characterization for interim status closure plan (1988).
- Managed preparation of overall RCRA groundwater monitoring plan for post-closure care permit application (1988).
- Involved in preparation of the groundwater quality assessment plan to address State of Colorado June 1989 comments on groundwater monitoring (1989).
- Evaluation of the quality of the interceptor trench system groundwater collection system relative to the zero offsite water discharge studies (1990/1991).
- Evaluation of the quantity and quality of the leachate generated by the present landfill relative to the zero offsite water discharge studies (1990/1991).
- Involved in preparation of the groundwater protection monitoring and program plan to address DOE orders (1989 - 1992).
- Involved in the Interceptor Trench System, Solar Ponds Area evaluation plan creation and implementation (1992).
- Evaluation of solar pond interceptor trench system (1993 - 1994).
- Pond water management IM/IRA to address RCRA requirements relative to surface water, State of Colorado water quality control criteria, changing NPDES permit status, identification and treatment of leachate from multiple sources, all relative to surface water discharges from the Rocky Flats Plant (1993 - 1994).
- Involved in extensive research of historical environmental and waste management records for a variety of projects, most notably the Historical Release Report (1990 – 1992).
- Involved in the Industrial Area Interim Measure/Interim Remedial Action Plan preparation (1993 – 1994).
- Involved as part of the team in a comprehensive review of groundwater monitoring activities (1993 – 1994).

3

As a result of this work, I have detailed knowledge of surface and groundwater quality at RFP, surface and groundwater flow pathways at RFP, the surface and groundwater monitoring programs at RFP, and the extent and migratory potential of contaminants in surface and groundwater at RFP.

Through my education and work experience, I also have extensive knowledge of the proper methods for designing and implementing groundwater and surface water investigations and for determining the potential for contaminant migration through groundwater and surface water.

## 1. Introduction

Since the filing of this lawsuit in 1990, many environmental challenges have been surmounted by the Rocky Flats Plant (RFP). In 1992 the RFP lost its plutonium production mission and was re-directed to decontamination and decommissioning (D&D). The focus of the D&D activities has been safe dismantling of the plant so as to leave the plant in a safe end state. Among the notable environmental accomplishments since 1990 are the following.

1. A new overarching clean-up agreement, the Rocky Flats Cleanup Agreement (RFCA), was signed in 1996. The terms of RFCA included requirements for an annual review of the appropriateness of the provisions of this agreement, including possible modification of the provisions of the agreement (RFCA, 1996).
2. A new discharge permit for water discharges from the RFP was negotiated in 2000, replacing an earlier permit dating from the 1980s. The specific objectives of both the earlier and the new permit have been to protect human health and the environment (USEPA, 2000).
3. The Solar Evaporation Ponds have been closed, with all sludge and water permanently removed in 1995 (RMRS, 1999).
4. Pondcrete has been completely shipped offsite for disposal (Kaiser-Hill, 1999a, Kaiser-Hill, 1999b).
5. The 903 Pad soils have been remediated, with 32,000 tons of contaminated soil and asphalt removed and disposed offsite (RFCAB, 2004).
6. The contaminated groundwater associated with the 903 Pad and Lip Area has been extensively characterized, and is undergoing remediation. This work demonstrated that contaminated groundwater associated with the 903 Pad did not flow offsite and is currently being remediated on-site (RMRS, 2000).
7. Extensive characterization and response actions to address source terms of contamination have taken place at other high priority environmental clean-up sites including the 881 Hillside, Ryan's Pit, the East Trenches, the Mound Area, the Industrial Area, the Present Landfill, and Walnut and Woman Creek drainages.
8. Groundwater characterization studies associated with the 881 Hillside, Ryan's Pit, the East Trenches, the Mound Area, the Industrial Area, and the Present Landfill, indicated that any contaminated groundwater associated with these sites had not impacted the offsite environment above relevant standards. Monitoring of groundwater and surface water is designed to characterize contaminant plumes in

4

groundwater, monitor plume degradation, and verify protection of the off-site environment.
9. Further characterization has taken place in regards to the quantity and quality of surface water and groundwater at the RFP. These various studies have provided further data that contaminated water and groundwater associated with the site has not migrated offsite (RMRS, 2000).
10. Great Western Reservoir, which had been a source of drinking water for some of the local communities in the Rocky Flats Area, has been taken off-line as a drinking water source. Similarly, the Woman Creek Reservoir was constructed to further protect Standley Lake's drinking water from possible Rocky Flats impacts.
11. Considerable quantities of Transuranic (TRU) waste, TRU waste mixed with hazardous waste (TRU-mixed waste), and low-level radioactive waste mixed with hazardous waste have been shipped offsite for disposal (RFCAB, 2004).
12. The inventory of weapons grade plutonium and enriched uranium, also known as Special Nuclear Material (SNM), has all been shipped offsite (USDOE and Kaiser-Hill, 2003).
13. Significant D&D activities have taken place at the plant, with 330 structures out of 805 structures torn down by the end of 2003 (RFCAB, 2004).

As has always been the case, in addition to site monitoring and environmental work conducted by plant personnel, extensive monitoring, data review, or consultation is done with other involved non-RFP personnel. Among the involved non-RFP personnel are local municipalities, the Colorado Department of Public Health and the Environment (CDPHE), the U.S. Environmental Protection Agency (USEPA), as well as various other environmental or Rocky Flats-oriented groups. These outside agencies, to various degrees, are also involved in the selection and oversight of implementation of any environmental remediation work.

## 2. Update on Environmental Restoration, Environmental Monitoring, and Waste Management-Related Issues

### 2.1. RFCA

The RFCA is the governing document under which the RFP has conducted numerous environmental characterization and response actions in recent years. RFCA replaced the Interagency Agreement (IAG) of January 1991, which had governed earlier cleanup activities at the RFP. The IAG had, in turn, replaced the earlier Compliance Agreement of 1986. All three of these documents generally provided guidance and an overall structure for addressing a number of waste management and environmental activities at RFP. The RFCA is still in use today, continuing to provide overall structure for environmental activities at the RFP.

RFCA and most environmental regulations include a definition of the physical point at which applicable standards must be met, the Point of Compliance (POC). While these terms have been applied to surface water and groundwater at the RFP, the RFCA defined a POC for surface water only, and did away with a POC in relation to groundwater

5

(RFCA, 1996, pp. 3, 4 of Attachment 5). However, groundwater monitoring and related environmental protection was addressed in RFCA by establishing a strategy to prevent contamination of surface water by applying Maximum Contaminant Levels (MCLs) as groundwater action levels. This change was made due to the understanding that all contaminated groundwater emerges to surface water before leaving the RFETS. The groundwater action levels were based on a two-tier approach. Tier 1 action levels are near-source action levels for accelerated cleanup set at 100 times the MCLs. Tier 2 action levels are protective of surface water, with Tier 2 levels defined as the MCLs (RFCA, 1996, page 10 of Attachment 5). Maximum Contaminant Levels (or MCLs) are drinking water standards for given contaminants.

### 2.2. Offsite Areas Evaluation

The focus of RFCA is on on-site issues. However, RFCA did incorporate ongoing Operable Unit 3, Offsite Areas, activities as part of the RFCA supporting documentation (RFCA, 1996, p. 1 of Attachment 1). The OU 3 work ultimately resulted in a Record of Decision, which concluded that further actions for offsite areas related to the RFP were not necessary. The conditions in these areas were already protective of human health and the environment. Surface water was extensively studied in the OU 3 work. Groundwater was also investigated, and it was concluded that no direct connection existed between the shallow groundwater at RFETS and groundwater in OU 3 (USEPA, 1997). Further, the RFCA also addressed offsite issues through the regulatory framework established for groundwater, with this approach to groundwater protection expressly protective of surface water quality (RFCA, 1996, page 10 of Attachment 5).

### 2.3. Surface Water and Groundwater

Surface water has been routinely monitored at the RFP from the start of plant operations to the current time. Similarly, groundwater has been monitored at the RFP from the 1950s to the present time. Groundwater and surface water at the RFP are interconnected, with most groundwater emerging as seeps to surface water. Surface water has typically met all applicable standards as it leaves the RFP, and there have been no NPDES violations since 1990. Although contaminated plumes of groundwater exist at the RFP, these plumes of contaminated groundwater are not flowing offsite.

#### 2.3.1. Surface Water Monitoring and Remediation

In addition to routine monitoring of surface water, at various times special efforts were made to characterize one or more of the ponds or water discharges or inputs of water to the drainages leading offsite. These special studies were conducted for various time frames, and with various objectives, and were done in addition to routine monitoring. To get the most complete picture of conditions in the drainages, one should consider data and conclusions from both the routine environmental monitoring and the special environmental studies.

In 1989 the RFP significantly modified the management of its drainage pond water. These changes resulted in an effort to discharge surface water in a batch manner, but only after extensive monitoring which demonstrated that the water met stringent quality criteria established by the Colorado Water Quality Control Commission. In addition, the Colorado Department of Health/CDPHE also routinely sampled and analyzed the water and concurred in the decision to discharge the water prior to its discharge. This approach to water discharge and sampling continued until changed under terms of the RFCA agreement (RFCA, 1996). From 1990 until RFCA became effective water discharged from the RFP met stringent requirements for plutonium concentrations in monthly discharges. Under the RFCA program, and through March of 2004, the last month of available data, the monthly averages of plutonium in water discharged from the RFP have met stringent requirements with the exception of the average calculated for June, 1997. For that month the USEPA contended that the RFP had exceeded the standard for plutonium, but the sample did not meet quality assurance/quality control requirements.

There have been numerous studies and activities undertaken to address various surface water management issues, such as characterization of areas near the drainages, in order to identify possible sources of contamination of surface water. Extensive studies have been conducted recently to characterize environmental conditions and to protect surface water quality at the RFP. Work on OUs 1, 2, 4, 5, 6, and 7, and their related IHSSs, directly related to surface water quality protection. Indeed, response actions were undertaken in relation to OU1, OU2, OU4, and OU7 specifically for surface water quality protection or to address contaminated groundwater that would in turn impact surface water (Kaiser-Hill and RMRS, 1996a; Kaiser-Hill and RMRS, 1996b, Kaiser-Hill, 1997; RMRS, 1999; RMRS, 2000; and USDOE, 2003). A number of the other OUs were more generally addressed in terms of surface water protection by "Industrial Area" monitoring where the "Industrial Area" generally consisted of the 385 acre developed area of the RFP (USDOE, 1994; RFCA, 1996; USEPA, 2000).

These data indicate that surface water leaving the RFP has met stringent standards with regards to plutonium.

### 2.3.2. Revised NPDES Permit

The main governing document for offsite discharge of surface water from the RFP from 1974 to the current time has been the National Pollutant Discharge Elimination System (NPDES) permit. The first NPDES permit for the RFP was issued in 1974. Typically an NPDES permit has a five-year lifespan, but the 1984 NPDES permit for the RFP was the governing permit, as modified and extended, until 2000.

A new NPDES permit was issued in 2000 after extensive discussions with both the USEPA and CDPHE (USEPA, 2000). From June 1989 to the current time there have been no NPDES violations.

7

### 2.3.3. Groundwater

The considerable quantity of currently available data, generated from a variety of sources, indicates that while contaminated plumes of groundwater exist at the RFP in various locations, these plumes of contaminated groundwater are not flowing offsite. Indeed, some of these plumes have already reached their maximum extent of flow in certain directions, since the groundwater surfaces as seeps near drainages and would then contribute to surface water flows if not lost to evapotranspiration.

Shallow groundwater flow at the RFP is extremely complicated, partly due to the small quantities of groundwater present, and partly due to the many natural groundwater flow controls and the many cultural impacts (pipes, building footing drains, filled areas, etc.) that also affect groundwater flow.

The "Site-Wide Water Balance Model Report" completed in 2002 characterized RFP groundwater flows. Correlation of model results with observed conditions is good, verifying that the groundwater/surface water system at RFP is well understood (Kaiser-Hill, 2002). There are no continuous plumes of contaminated groundwater that leave the RFP (CDPHE, 1996; RMRS, 2000; Kaiser-Hill, 2002; Kaiser-Hill, 2004).

### 2.4. Solar Evaporation Ponds

The Solar Evaporation Ponds (SEPs) have had all waste removed, all SEP waste has been shipped offsite for disposal, and the Solar Pond Plume is continuing to be remediated. Pondcrete remained at the plant in one form or another until 1999, when the last Pondcrete was shipped offsite to Envirocare, a commercial disposal facility, for treatment and disposal (Kaiser-Hill, 1999a, Kaiser-Hill, 1999b). Cleanout of sludge and water from the SEPs continued until 1995 when the last sludge and water was removed from the ponds area (RMRS, 1999) thus removing the original source term for groundwater contamination in the Solar Ponds area. In addition, in a continuing response to groundwater contamination in the SEP area, a passive reactive metal barrier (zero-valence iron) with organics to provide for nitrate removal has been constructed (RMRS, 1999). The installation and operation of this system further protects surface water and groundwater and further reduces environmental impact associated with the SEPs.

### 2.5. 903 Pad

At this time the 903 Pad soils have been remediated, the 903 Lip area soils are undergoing remediation, and contaminated groundwater associated with the 903 Pad is also undergoing remediation and continuing monitoring and evaluation. The 903 Pad has been investigated, and interim measures undertaken, a number of times. The most current 903 area response actions are described in the "Draft Interim Measure/Interim Remedial Action for IHSS 900-11 (903 Lip Area and Vicinity, the Windblown Area, and Surface Soil in Operable Unit 1 [881 Hillside])" of April 2004 (RFETS, 2004). These actions consisted of removal of the 903 asphalt pad itself, base material, and radionuclide contaminated soil. This work was conducted over the period of November 2002 through

8

December 2003 and included the removal of approximately 32,000 tons of contaminated materials in accordance with RFCA cleanup limits (RFETS, 2004). Similar response actions are now underway in the 903 Lip Area and are expected to be completed by the end of September, 2004.

The 903 Pad and Lip area have been scrutinized with regards to impacts to surface water moving offsite. Surface water data indicate that water quality at Points of Compliance GS31 (below Pond C-2) and GS01 (Woman Creek at Indiana Street) have been in compliance with the 0.15 pCi/l RFCA standard for plutonium and americium since RFCA sampling was started in late October, 1995 (RFETS, 2004).

### 2.6. TRU Waste

Transuranic Radioactive (TRU) Waste is defined as waste that contains 100 nanoCuries per gram of radioactive contaminants with an atomic number greater than 92. Offsite shipment of TRU wastes resumed in 1999 with the opening of the Waste Isolation Pilot Project (WIPP) in Carlsbad, New Mexico (RFCAB, 2000). Shipments of TRU waste have continued every year since then. For 2003 alone, 4,000 cubic meters of TRU waste was shipped offsite for disposal (RFCAB, 2001; RFCAB, 2004).

### 2.7. Special Nuclear Material

Special Nuclear Material (SNM), or weapons-grade plutonium and enriched uranium, were present at the RFP in considerable quantities when production operations ceased in 1989. Significant milestones in the removal of these materials included removal of uranium nitrate solutions in 1996 (USDOE and Kaiser Hill, 2003), removal of all plutonium pits in 1999 (RFCAB, 2000), followed by consolidation of all SNM in Building 371 in 2001 (USDOE and Kaiser Hill, 2003). In 2002 shipments of plutonium oxides and metals offsite began, and residues were all successfully stabilized. In August of 2003 the last SNM materials were removed from the plant site (USDOE and Kaiser Hill, 2003).

\*         \*         \*         \*         \*

For preparation of this report I have been compensated at my normal hourly rate of $72 per hour.

In the last four years I have not testified at trial or deposition.

A list of my publications for the last ten years is attached.

_Frank J. Blaha_    August 6, 2004
Frank J. Blaha, P.E.

9

## REFERENCES

CDPHE, 1996, "Analysis of Split Sampling Results Collected from Wells at the East Boundary of Rocky Flats Environmental Technology Site, Technical Status Report," Colorado Department of Public Health and Environment, May 28, 1996.

EG&G, 1996, "Resource Conservation and Recovery Act Facility Investigation/Remedial Investigation Report, Operable Unit 3 (Offsite Areas)," Final Report, June 1996.

Kaiser-Hill, 1997, "Final Mound Site Plume Decision Document," Major Modification to the Final Surface Water Interim Measures/Interim Remedial Action Plan/Environmental Assessment Decision Document for South Walnut Creek, March 1991, Revised October 1994, RF/RMRS-97-024, September 30, 1997.

Kaiser-Hill, 1999a, "Closure," Rocky Flats Closure Project, Volume 3, Number 11, May, 1999.

Kaiser-Hill, 1999b, "Closure," Rocky Flats Closure Project, Volume 4, Number 12, September, 1999.

Kaiser-Hill, 2002, "Site-Wide Water Balance Model Report, Rocky Flats Environmental Technology Site," May, 2002.

Kaiser-Hill, 2004, "Final Fate and Transport Modeling of Volatile Organic Compounds at Rocky Flats Environmental Technology Site," April, 2004.

Kaiser-Hill and RMRS, 1996a, "Modification to the Proposed Action Memorandum for the Remediation of Individual Hazardous Substance Site 109, Ryan's Pit," Revision 4, RF/ER-96-0022.UN, April 9, 1996.

Kaiser-Hill and RMRS, 1996b, "Proposed Action Memorandum for the Source Removal at Trenches T-3 and T-4, IHSSs 110 and 111.1," Revision 2, RF/ER-95-0111.UN, March 28, 1996.

RFCA, 1996, "Rocky Flats Cleanup Agreement," July 19, 1996.

RFCAB (Rocky Flats Citizens Advisory Board), 2000, "Annual Report 1999," 2000.

RFCAB (Rocky Flats Citizens Advisory Board), 2001, "Year 2000 Annual Report," 2001.

RFCAB (Rocky Flats Citizens Advisory Board), 2004, "2003 Annual Report," 2004.

RFETS, 2004, "Interim Measure/Interim Remedial Action for IHSS 900-11 (903 Lip Area and Vicinity, the Windblown Area, and Surface Soil in Operable Unit 1 [881 Hillside]), Draft," Rocky Flats Environmental Technology Site, April 26, 2004.

RMRS, 1999, "Draft Final Solar Ponds Plume Decision Document, Major Modifications to the Final Proposed Interim Measures/Interim Remedial Action Decision Document for the Solar Evaporation Ponds, Operable Unit 4, 1992," RF/MRMR-98-286.UN, April 14.

RMRS, 2000, "Final 1999 Annual Rocky Flats Cleanup Agreement (RFCA) Groundwater Monitoring Report for the Rocky Flats Environmental Technology Site," 00-RF-03112, November 30, 2000.

USDOE, 1994, "Final Interim Measures/Interim Remedial Action Plan/Decision Document for Rocky Flats Industrial Area," November, 1994.

USDOE and Kaiser-Hill, 2003, "Rocky Flats Closure Project Fact Sheet, Special Nuclear Materials Now Complete," SNM-01R-2, August, 2003.

USDOE, 2003, "Draft Interim Measure/Interim Remedial Action for Operable Unit 7 (IHSS 114) and RCRA Closure of the RFETS Present Landfill," September, 2003.

USEPA, 1997, "EPA Superfund Record of Decision: Rocky Flats Plant (USDOE), EPA ID: CO7890010526, OU 03, Golden, CO," June 3, 1997.

USEPA, 2000, "Authorization to Discharge under the National Pollutant Discharge Elimination System, U.S. Department of Energy – Golden, Colorado, Kaiser-Hill Company, L.L.C., and Rocky Flats Closure Site Services, L.L.C.," August 7, 2000.

## Publications of Frank J. Blaha, for Previous Ten Years as of August 6, 2004

"The Radon Regulation: Status, Resources, and Tools for Compliance," Presented at the 1999 AWWA Rocky Mountain Section Conference, September 13, 1999.

"Maintaining Drinking Water Quality – Summary of Research Projects on *Cryptosporidium* And Disinfection By-Products Formation And Control," Kenan Ozekin, Ph.D., Misha Hasan, And Frank Blaha, Presented At The 9th Canadian Water Works Association National Conference On Drinking Water, Regina, Saskatchewan, May 16 – 18, 2000

"National Activities to Protect Drinking Water," 2002 AWWA Annual Conference and Exposition, New Orleans, Louisiana, June 18, 2002.

"Smaller Vulnerability Assessments and Emergency Response Plans," 2003 AWWA Annual Conference and Exposition, Anaheim, California, June 18, 2003.

"The Critical Role of Research in Addressing Infrastructure Needs," Martin J. Allen, Ph.D., Stephanie M. Passarelli, P.E., And Frank Blaha, P.E., Presented At The 9th International Workshop On Drinking Water Quality Management & Treatment, Taipei. Taiwan, September 2003.

"Distribution System Research Activities at AwwaRF and Emerging Distribution System Needs," 2003 AWWA Distribution System Symposium, Portland, Oregon, September 28 to October 1, 2003.

"The Critical Role of Research in Addressing Infrastructure Needs," Martin J. Allen, Ph.D., Stephanie M. Passarelli, P.E., And Frank Blaha, P.E., Presented At The 11th Canadian National Conference and Second Policy Forum on Drinking Water, Calgary, Alberta, Canada, April 4 - 6, 2004.