# Exhibit A

## PROFFER OF TESTIMONY FOR DR. WILLIAM E. WECKER

Dr. William E. Wecker will testify about the following specific matters:

- Conclusions and work set forth in Dr. Wecker's March 1997 expert report regarding his analysis of Wayne Hunsperger's conclusions, including Dr. Wecker's opinions that Mr. Hunsperger's conclusions from the survey data from the work conducted by Decision Research are not statistically reliable;

- Conclusions and work regarding Mr. Hunsperger's analysis of the opinion survey conducted by Decision Research, as it pertains to statistical analysis (Marais Declaration);

- Conclusions and work regarding Mr. Hunsperger's analysis of analogous case studies (Marais Declaration);

- Conclusions and work regarding Mr. Hunsperger's analysis of multiple listing service (MLS) data on residential real estate transactions (Marais Declaration);

- Conclusions and work regarding Mr. Hunsperger's analysis of vacant land transaction data (Marais Declaration);

- Conclusions and work regarding Dr. Radke's regression analysis (Marais Declaration);

- Conclusion that Plaintiffs' proposed CPI-based inflation adjustment is not a valid substitute for demonstrating that the injurious situation is complete and comparatively enduring, or for a proper accounting for changes over time in the amount of diminution;

- Rebuttal trial testimony to statements made by Dr. Richard Clapp relating to statistical significance;

- Rebuttal trial testimony to statements made by Dr. John Radke and Mr. Wayne Hunsperger relating to statistical significance;

- Rebuttal trial testimony to statements made by Dr. John Radke and Mr. Wayne Hunsperger regarding a statistical demonstration of diminution in value attributable to Rocky Flats and Defendants' conduct;

- Rebuttal trial testimony to statements made by Dr. Stephen Wing relating to statistical significance;

- Rebuttal trial testimony to statements made by Dr. S. Paul Slovic relating to statistical significance.