# Exhibit E

**2/8/1999 Hearing**

```
1              IN THE UNITED STATES DISTRICT COURT           FOR
2    Civil Action No. 90-K-181
3    MERILYN COOK, et al.,
4         Plaintiffs,
5    vs.
6    ROCKWELL INTERNATIONAL CORPORATION, et al.,
7         Defendants.
8
9                       REPORTER'S TRANSCRIPT
10   (Hearing on Motion to Strike Plaintiffs' Expert Evidence:
11
12
13         Proceedings before the HONORABLE JOHN L. KANE, JR.,
14   Judge, United States District Court for the District of
15   Colorado, commencing at 9:00 a.m., on the 8th day of February,
16   1999, in Courtroom C-401, United States Courthouse, Denver,
17   Colorado.
18                            APPEARANCES
19         BRUCE H. DEBOSKEY, Attorney at Law, 1801 York Street,
20   Denver, Colorado, 80206, and MERRILL G. DAVIDOFF, PETER
21   NORDBERG, DAVID F. SORENSON, and ERIC CRAMER, Attorneys at Law,
22   1622 Locust Street, Philadelphia, Pennsylvania, 19103-6365,
23   appearing for the plaintiffs.
24    Proceeding Recorded by Mechanical Stenography, Transcription  Produce
25       P.O. Box 3563, Denver, Colorado, 80294, (303) 629-9285
```

**2/8/1999 Hearing**

1    So upon receipt of the Court's order, we began to
2    prepare affidavits for those experts and another expert,
3    Ms. Roerig, that related to the methodology and the reliability
4    in the fit of the plaintiffs' trial expert reports.
5    At a 104(a) hearing, it has been our experience that
6    the parties are not limited to calling their trial experts.  If
7    either party wishes to call the "science god" to come in and
8    inform the Court about methodology, reliability, standard
9    practice, then that is permissible under 104(a).  We have one
10   such report from a person who was not one of our trial experts.
11   I'll talk about Dr. Marais in a moment, but he is an exception
12   to this rule.
13   The one expert we came forward with, with an affidavit
14   that related purely to methodological reliability, 104(a)
15   issues, is Ms. Roerig; and that affidavit began to be prepared
16   in response to the Court's order that you would hold a 104(a)
17   hearing.
18   Last Friday, we also filed a list of our trial
19   experts; and the list is the same as the original list, with
20   the exception of Mr. Marais, who is own one of our original
21   experts' partners.  And that original expert was in the ICU,
22   and so we -- on our list we said Wecker/Marais to cover
23   ourselves in case something happens to Dr. Wecker.
24   We have two distinct issues affidavits that were filed
25   in connection with our reply brief, expert reports that were

**2/8/1999 Hearing**

```
 1      filed in connection with the Court's deadline.
 2              Now, with respect to the affidavits, there is a time
 3      line; and that time line is -- starts with January of 1990, and
 4      it extends year after year through repeated request after
 5      request for the plaintiffs to identify the bases for this
 6      lawsuit, year after year after year after year after year; and
 7      finally, at the end of 1996, we file simultaneous reports,
 8      where we are filing an expert report on issues in the case,
 9      having never received throughout the entire course of the case
10      the evidence upon which the plaintiffs are relying to base
11      their claims.
12              What we did receive throughout the course of the case
13      were repeated statements in our response to our interrogatories
14      that they could not answer those because that would be a matter
15      for expert proof.  And we have made much of Mr. DeBoskey's
16      truthful statement to this court that it is the most
17      expert-driven case he has ever seen.
18              There is a second time line that starts with November
19      of '96.  We got their reports, massive reports, several times
20      without the basic computer information that we needed in order
21      to figure out what these experts had done.  So we came to the
22      Court, after having read all of these reports, and we said,
23      Give us an opportunity to file rebuttals.  Plaintiffs
24      strenuously objected to having any one rebut what their experts
25      had said.  Your Honor granted us that right; and by March, we
```