# Exhibit G



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 10 2003

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MERILYN COOK, et al.,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL
CORPORATION AND THE DOW
CHEMICAL COMPANY,

        Defendants.

Civil Action No. 90-K-181

## STATUS REPORT RESPONDING TO THE COURT'S SEPTEMBER 11, 2003 ORDER

Pursuant to the Court's Order filed September 11, 2003, plaintiffs and defendants, respectfully submit this joint status report.

Dated: December 10, 2003                Respectfully submitted,


[Mr. Nordberg has authorized Mr. Bronesky to sign this Report on his behalf per e-mail sent 12/10/03]
One of the Attorneys for the Plaintiffs
Merrill G. Davidoff
Peter B. Nordberg
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
215-875-3000

Attorneys for MARILYN COOK, et al.


One of the attorneys for the Defendants
Joseph J. Bronesky
SHERMAN & HOWARD, L.L.C.
633 17TH Street, Ste. 3000
Denver, CO 80202
303-299-8305

Attorneys for the Defendants
David M. Bernick, P.C.
Douglas J. Kurtenbach
Thomas E. Dutton
KIRKLAND & ELLIS, LLP
200 E. Randolph Drive
Chicago, IL 60601
312-861-2000

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of December, 2003, a true and correct copy of the foregoing **STATUS REPORT RESPONDING TO THE COURT'S SEPTEMBER 11, 2003 ORDER** was delivered via U.S. Mail, postage prepaid addressed to the following:

Gary Blum, Esq.
Silver & DeBoskey
The Smith Mansion
1801 York Street
Denver, CO 80206
Fax: 303-399-2650

Daniel Berger, Esq.
Merrill Davidoff, Esq.
Peter Nordberg, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365
Fax: 215-875-4604

_____
Patricia Eckman

-3-

Cook v. Rockwell et al.
90-K-181

## Plaintiffs' Preliminary List of Trial Witnesses
December 10, 2003

| Name | Issue |
| --- | --- |
| Abbott, Bini | stigma |
| Abelson, David | stigma |
| Ackland, Len | background info |
| Ayers, Natalia | stigma |
| Babb, Gertrude | stigma |
| Barrick, Charles | negligence |
| Bartleson, Michael E. | stigma |
| Bartlett, Richard | stigma |
| Bartlett, Sally | stigma |
| Biggs, W. Gale, Ph.D. | risk of release |
| Blight, Pamela and David | stigma |
| Boss, Merlyn | negligence |
| Bowman, Joe | stigma |
| Brauch, Pearl | stigma |
| Brever, Jacqueline | statute of limitations |
| Budnitz, Dr. Robert J. | operations |
| Cassidy, Sam | stigma |
| Chabin, Susan | stigma |
| Clapp, Dr. Richard | health risks/ nuisance |
| Cochran, Dr. Tom | operations |
| Coleman, Ralph | stigma |
| Cook, Merilyn | stigma |
| Counce, Craig and Vera | stigma |
| Danek, Dennis | stigma |
| DelPizzo, Richard | negligence |
| Dewey, Roger and Cyndi | stigma |
| DiGiallonardo, Lewis | negligence |
| Eckhardt, Diane | stigma |
| Fellman, Ken | stigma |
| Flynn, Dr. Robert | damages, stigma |
| Freiberg, Ken | negligence |
| Fryback, Norman | negligence |
| Goble, Dr. Robert L. | Trespass |

Page 1 of 3

| Name | Issue |
| --- | --- |
| Griffin, Neil | stigma |
| Hardy, Edward | trespass |
| Hayne, Ralph | negligence |
| Henderson, Judith | negligence |
| Hill, John | negligence |
| Hoffman, Dan | stigma |
| Holeman, Tim | stigma |
| Honness, Kevin | negligence |
| Hunsperger, Wayne | damages, stigma |
| Kelly, Jim | negligence |
| Kelly, Pat | negligence |
| Kerchner, Ann Ficklin | negligence |
| Kettering, Esther | stigma |
| Krey, Phillip | trespass |
| Krupar, Joseph | negligence |
| Lacy, Howard | stigma |
| Ladwick, Ed and Nell | stigma |
| Laura, Gary | stigma |
| Lipsky, John | negligence |
| Lund, Pete | stigma |
| Mayer, Dr. Larry | health risk / nuisance |
| McDaniel, David and Cindy | stigma |
| McKay, Charles | stigma |
| Melichar, Nancy | stigma |
| Montano, Tom | stigma |
| North, Dr. L. Warner | operations |
| Naimon, Ed | negligence |
| Osaki, Charles | stigma |
| Park, Don and Darlene | stigma |
| Poet, Stuart | trespass |
| Radke, Dr. John | stigma, damages |
| Ray, Johnny | negligence |
| Rice, Michael D. | stigma |
| Robb, Gretchen | stigma |
| Roberson, Jesse | background info |
| Schierkolk, Delores | stigma |
| Schierkolk, William | stigma |
| Schnoor, Kathryn K. | stigma |
| Schubert, Allen | negligence |

| Name | Issue |
|---|---|
| Silverman, Mark | statute of limitations |
| Slovic, Dr. Paul | stigma, damages |
| Smallwood, Dr. Sean | risk of release |
| Stout, Ken | stigma |
| Talley, Barry | stigma |
| Teel, Ron | negligence |
| Ten Eyck, Terry | stigma |
| Tomlinson, Ed | stigma |
| Watkins, Adm. James | negligence |
| Whalen, Karen | stigma |
| White, Mimi | stigma |
| Wiltjer, Jeff and Sharon | stigma |
| Woodis, Jean | stigma |
| Zozwiak, William and Joanne | stigma |

## DEFENDANTS' PRELIMINARY LIST OF TRIAL WITNESSES

| | | |
|---|---|---|
| Amen, William | Hauptman, Ronald | Sandoval, Stephen |
| Auxier, John | Hazle, Albert | Sandoval, Peggy |
| Babb, Gertrude | Hewlett, Richard | Schierkolk, Delores |
| Bartlett, Richard | Hines, Debora | Schierkolk, William |
| Bartlett, Sally | Hobbs, Ferrel | Schwartz, Ralph |
| Benedek, Elissa | Holl, Jack | Shearer, Cynthia |
| Berry, Karen Helner | Kahneman, Dan | Singer, Steve |
| Blaha, Frank | LaVelle, James | Slack, Donald |
| Bowman, Herb | Marais, Laurentius | Smart, Geneva |
| Conway, Daniel | Martin, James | Souder, Michael |
| Cook, Merilyn | McFadden, Daniel | Ten Eyck, Thomas Jr. |
| D'Arge, Ralph | McKay, Charles | Terry, Robert |
| DeArment, Maggie | Millage, Debbie | Thigpen, Roy |
| Deimer, Thomas | Miller, Anthony | Till, John |
| Deimer, Rhonda | Morehouse, Richard | Van Court, Laurie |
| Dorchester, Donald | Mower, Richard | Valentin, Frank |
| Dunshee, Don | Naimon, Edwin | Ware, Terry |
| Elms, D. Michael | Nowlin, David | Weston, Bill |
| Fallon, Tim | Oglesby, Kirk | Whicker, F. Ward |
| Fiehwig, Robert | Osborne, John | Whipple, Christopher |
| Foreman, Lee | Putzier, Edward | Wise, Ken |
| Frazier, John | Raabe, Otto | Wynne, Robert |
| | Rice, Michael Dean | Zaharias, David |
| | Rodricks, Joseph | |