# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

## ~~DEFENDANTS' AMENDED PRE-TRIAL SUBMISSIONS, AND DEFENDANTS'~~ STATEMENT REGARDING STATUS OF PRE-TRIAL SUBMISSIONS, INCLUDING WITNESS LISTS, DEPOSITION DESIGNATIONS, PROPOSED STIPULATIONS, EXHIBIT LISTS, DEMONSTRATIVES, AND PRE-TRIAL ORDER

---

        Pursuant to the Court's instructions at the September 22 pre-trial conference and pre-trial discussions between the parties, defendants submit the pre-trial documents attached hereto (as described below), and defendants' statement regarding the status of pre-trial submissions, including: (1) witness lists (defendants' good-faith current witness list, which is subject to amendment, is attached as Exhibit A); (2) deposition designations (defendants' deposition designations are attached as Exhibit B); (3) defendants' proposed stipulations (defendants' proposed stipulations are attached as Exhibit C); (4) exhibit lists; (5) demonstratives; and (6) proposed pre-trial order (defendants' proposed pre-trial order attached as Exhibit D).

<u>Witness Lists</u>:  On September 21, the parties agreed that plaintiffs would provide their order of call of witnesses on September 30, and defendants would provide their order of call of witnesses two Fridays before the beginning of defendants' case-in-chief. (Ex. E.) On September 24, following the September 22 pre-trial conference, plaintiffs reaffirmed in writing their agreement to provide plaintiffs' order of call of witnesses on September 30. (Ex. F.) Plaintiffs have since stated that they will not provide their order of call of witnesses on September 30, which is contrary to the parties' agreement.

Any failure by plaintiffs to disclose their order of witnesses at this stage is simply hiding the ball. At last count, plaintiffs had listed forty-eight witnesses. Counsel for the plaintiffs have acknowledged that many witnesses might not be called. This puts defendants in an untenable position with respect to preparing for plaintiffs' witnesses, effectively requiring defendants to prepare for forty-eight witnesses at the same time.

Accordingly, defendants request that the Court order plaintiffs to honor their agreement regarding the exchange of an order of call of witnesses, and provide defendants with plaintiffs' order of call of witnesses on September 30, 2005.

Defendants' current good-faith witness list, which is subject to amendment, is attached hereto as Exhibit A.

<u>Deposition Designations.</u>  On September 19, 2005, September 24, and September 28, defendants indicated to plaintiffs that defendants were prepared to exchange deposition designations, and defendants asked plaintiffs to let defendants know when plaintiffs were also

prepared to do so. (Exs. G–I, Emails of 9/19/05, 9/24/05, and 9/28/05.) Plaintiffs have not responded to defendants regarding a date for exchanging deposition designations.

Accordingly, defendants submit their deposition designations as Exhibit B hereto.[1]

Stipulations: Defendants provided proposed stipulations to plaintiffs on September 27, 2005. (Ex. J.) Plaintiffs have not responded to defendants' proposed stipulations. Accordingly, defendants attach their proposed stipulations as Exhibit C hereto.

Exhibits: The parties have agreed that exhibits to be used with specific witnesses be disclosed and exchanged by 9 a.m. on the day before the witness is to be called, and the Court has so ordered in its September 28, 2005 Order.

Demonstratives: Defendants have made two installments of disclosures of demonstratives to plaintiffs. (Exs. K–L.) Plaintiffs have made no disclosures of any demonstratives to defendants.

Pre-trial order: Defendants provided plaintiffs with defendants' latest draft of the pre-trial order on September 21, 2005. (Ex. M.) Plaintiffs have not provided comments on defendants' September 21 draft of the pre-trial order. Accordingly, defendants attach as Exhibit D the proposed pre-trial order that defendants provided to plaintiffs on September 21, with certain changes to reflect intervening events, as disclosed in footnote 1 of Exhibit D.

---

[1] Defendants have not designated from depositions of those witnesses who are currently on plaintiffs' witness list. Defendants reserve the right to designate from the depositions of any such witnesses who plaintiffs do not call at trial.

Defendants respectfully request that the Court order plaintiffs to provide defendants with plaintiffs' order-of-call of witnesses on September 30, consistent with the prior agreement of the parties and with fundamental fairness.

Dated: September 29, 2005

Respectfully submitted,

/s/John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I, Kari Knudsen, hereby certify that a true and correct copy of the foregoing was served this 29th Day of September, 2005, upon the following counsel by email, facsimile, and hand delivery:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

/s/Kari T. Knudsen
Kari T. Knudsen (legal assistant)



## Defendants' September 29, 2005 Witness List[1]

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Amen, William | Longmont, CO | Mr. Amen purchased the Babbs' property. He will testify about the circumstances surrounding the sale and living and owning property in the area. |
| Blaha, Frank | Golden, CO | Mr. Blaha is both a former Rockwell employee and expert who will testify concerning his experiences at Rocky Flats, Dow's and Rockwell's waste management practices, wastewater treatment, the remediation and closure of Rocky Flats, surface water and groundwater operations and monitoring and Rockwell's regulatory compliance. Mr. Blaha's testimony will include opinions consistent with his expert disclosures. |
| Bowman, Herb | Rio Rancho, NM | Mr. Bowman is a former Dow employee. He will testify about matters relating to plant operations, waste disposal, installation of the 903 pad, Dow management, contract issues, the 1969 fire, inventory issues, site selection and other issues relating to the Dow era. |
| Calkins, Kenneth | Golden, CO | Mr. Calkins is a former Dow and Rockwell employee. He is expected to testify regarding solvent and oil disposal, activities of the research and development staff, aspects of the 1957 and 1967 fires, plutonium processing operations, wastewater treatment, and other issues relating to the Dow era. |

[1] Pursuant to the agreement of the parties, attached is defendants' good-faith current witness list, which is subject to amendment. The attached list sets forth the witnesses that Defendants may call live. Defendants' deposition designations are separately attached to this filing.

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| D'Arge, Ralph | Paris, KY | Dr. d'Arge is an expert who is the John S. Bugas Distinguished Professor Emeritus of Economics at the University of Wyoming, and who will testify regarding plaintiffs' property damage claims and the methodologies used by plaintiffs' experts, including the analogous case studies methodology and the survey methodology. |
| Dorchester, Don | Prescott, AZ | Mr. Dorchester is an expert and the founder of The Dorchester Group, a real estate appraisal and consulting firm, and former president of The Appraisal Institute. He will testify regarding real estate values, development, and trends within and outside of the class area, publicity about Rocky Flats, and plaintiffs' claims of property value diminution from Rocky Flats. Mr. Dorchester will also testify regarding the methodologies used by plaintiffs' property damage experts. |
| Dunshee, Donald | Broomfield, CO | Mr. Dunshee is President and CEO of the Broomfield Economic Development Corporation and former President of the Jefferson County Economic Council. He will testify about property values and development over time related to Rocky Flats and other issues. |
| Foreman, Lee | Boulder, CO | Mr. Foreman is a Denver attorney. It is anticipated that, if necessary, he will offer testimony related to the FBI raid, investigation of the Rocky Flats plant following the raid, Rockwell's plea agreement, and factual background and issues related to these subjects. |
| Frazier, John | Knoxville, TN | Dr. Frazier will testify about radiation, dose, dosimetry, metabolism, compliance with standards, risk, health effects, health physics, and environmental monitoring. |
| Freiberg, Kenneth | Berthoud, CO | Mr. Freiberg is a former Dow and Rockwell employee. He is expected to testify regarding Dow's health physics program, aspects of Dow's environmental monitoring program, waste disposal, and other issues relating to the Dow era. |

2

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Hauptman, Ron | Arvada, CO | Mr. Hauptman is President of Remington Homes. He will testify about property values and development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |
| Holl, Jack | Dallas, TX | Dr. Holl is a professor of history and the former historian of the DOE. He will testify about matters addressed in his report, including the history of the nuclear weapons complex, classification policy, and the mission of the Rocky Flats plant. |
| Ladwig, Ed | Arvada, CO | Mr. Ladwig is a member of the class. He will testify about the impact of Rocky Flats on property values and development over time related to Rocky Flats. |
| Lavelle, James | Denver, CO | Dr. Lavelle is a toxicologist and was a member of the Health Advisory Panel. He will testify about the HGP dose reconstruction project. |
| Marais, Laurentius | Novato, CA | Dr. Marais is Vice President of William G. Wecker Associates, Inc., a statistical and mathematical consulting firm. He is an expert and will testify regarding Plaintiffs' risk, MUF, and property damage claims, and the analyses conducted by plaintiffs' experts Cochran, Hunsperger, Radke, and Goble. |
| McFadden, Daniel | Berkeley, CA | Dr. McFadden is an expert who will testify regarding plaintiffs' claims of property value diminution from Rocky Flats. Dr. McFadden will also testify regarding the methodologies used by plaintiffs' experts and by Dr. Kenneth Wise addressing alleged property value diminution from Rocky Flats. |
| Millage, Deborah | Arvada, CO | Ms. Millage is a sales manager for Remington Homes, class member, and realtor. She will testify about property values, residential real estate transactions, development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |

3

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Moorehouse, Richard | Arvada, CO | Mr. Moorehouse is a Remax Broker. He will testify about property values, residential real estate transactions, development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |
| Osborn, John | Littleton, CO | Mr. Osborn is President of Village Homes. He will testify about property values, development over time related to Rocky Flats and other issues, and publicity related to Rocky Flats. |
| Putzier, Edward | Boulder, CO | Mr. Putzier is a former Dow and Rockwell employee. He is expected to testify regarding Dow's health physics and environmental monitoring programs, Dow management, the 1957 and 1969 fires, waste management and disposal, and other issues related to the Dow era. Mr. Putzier's testimony will include opinions consistent with his expert disclosures. He is expected to appear by video deposition. |
| Raabe, Otto | Davis, CA | Dr. Raabe is an expert in health physics and will testify regarding plutonium, its potential effects on humans, and other health risk issues. |
| Rodricks, Joseph | Arlington, VA | Dr. Rodricks will testify regarding non-radioactive materials, releases, fate and transfer in the environment, exposure and doses to members of the class, toxicity and toxicology, and health risks. |
| Slack, Donald | Denver, CO | Mr. Slack is Executive Vice President of Westfield Development Company, Inc. He will testify about property values and development over time related to Rocky Flats and other issues. |
| Terry, Robert W. | Denver, CO | Mr. Terry is an employee of the Colorado Department of Public Health and Environment. Mr. Terry will testify about the CDPHE's regulation of Rocky Flats, including monitoring and sampling programs, publicity, and public knowledge about alleged off-site releases, state standards, and property development in the off-site areas near Rocky Flats, etc. |

| Defendants' Witnesses | Location | Nature and Purpose |
|---|---|---|
| Till, John | Neeses, SC | Dr. Till is the President of Risk Assessment Corporation ("RAC"). He will testify about the historical dose reconstruction project that RAC performed for Rocky Flats under the HAP. |
| Wecker, William | Novato, CA | Dr. Wecker is president of William G. Wecker Associates, Inc., a statistical and mathematical consulting firm. He is an expert and will testify regarding Plaintiffs' risk, MUF, property damage claims, and the analyses conducted by plaintiffs' experts Cochran, Hunsperger, Radke, and Goble. |
| Weston, William F. | Newbury Park, CA | Mr. Weston is a former Rockwell employee. He will testify about Rocky Flats plant operations, management, inventory issues, environmental regulatory issues and other matters concerning Rockwell's tenure at the plant. |
| Whicker, F. Ward | Fort Collins, CO | Dr. Whicker will testify regarding deposition, concentration, and transport of radionuclides in the environment/biosphere surrounding Rocky Flats. |
| Whipple, Christopher | Emeryville, CA | Dr. Whipple is an expert who will testify regarding risk assessment studies related to the Rocky flats plant, the remediation and closure of Rocky Flats and future risk from the site. He will also respond to and critique the opinions and conclusions of certain of plaintiffs' experts with regard to risk assessment and related issues. |
| Willging, James | Fort Collins, CO | Mr. Willging is a former Dow employee. He is expected to testify regarding aspects of Dow management, Dow's health physics and environmental monitoring programs, waste disposal practices, and plutonium processing operations. |
| Wise, Kenneth | San Francisco, CA | Dr. Wise is an expert who will testify regarding plaintiffs' claims of property value diminution from Rocky Flats. |

5