# Exhibit I

1

1               IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF COLORADO

3
     Civil Action No. 90-K-181
4

5    MERILYN COOK, et al.,                    COPY

6    Plaintiffs.

7    vs.

8    ROCKWELL INTERNATIONAL CORPORATION,
     et al.,
9
     Defendants.
10
     -------------------------------------------------------
11
     DEPOSITION OF F. WARD WHICKER - VOLUME I
12   April 24, 1997

13   -------------------------------------------------------

14                               Deposition location:
                                 Fort Collins Marriott
15                               350 East Horsetooth Road
                                 Fort Collins, Colorado
16
     APPEARANCES:
17

18        JONATHAN AUERBACH, Esq.,
          BERGER & MONTAGUE, P.C.
19        1622 Locust Street
          Philadelphia, Pennsylvania  19103
20
                    For the Plaintiffs.
21

22

23

24

25

6

1  A.  I have not.

2  Q.  Who are you employed by, sir?

3  A.  Colorado State University.

4  Q.  And have you been retained to render an
5  expert opinion in connection with this litigation?

6  A.  Yes, I have.

7  Q.  And who have you been retained by?

8  A.  Kirkland & Ellis.

9  Q.  And when were you retained?

10  A.  Now wait a minute. I guess I'm not
11  sure that I have technically been retained on the
12  Rocky Flats litigation, because I had an agreement
13  quite some time ago with David Bernick, one of the
14  attorneys at Kirkland & Ellis, that testimony
15  regarding the Rocky Flats case I would provide for no
16  charge.

17  So whether that means I'm retained or
18  not, I do not know.

19  I was retained officially on the
20  Hanford litigation and received payment for my
21  services with regard to Hanford, but I have not been
22  with regard to Rocky Flats.

23  Q.  Let's talk about that agreement with
24  Mr. Bernick.

25  First, can you tell me when this

AVERY/WOODS REPORTING SERVICE, INC.   (303) 825-6119

1   agreement was reached?

2          A.   Not exactly.  It was a number of years
3   ago.  It was probably close to five years ago when
4   arrangements were made to support our research at
5   Rocky Flats under sponsorship from the Dow Chemical
6   Company, and I believe that this was motivated by the
7   pending litigation, and I believe that Kirkland &
8   Ellis and Dow felt that it was in the best interests
9   of everyone concerned to gather more data.

10             We were interested in gathering such
11  data, and so we received a contract from Dow chemical
12  lasting for about three years to conduct studies,
13  primarily soil sampling, east of Rocky Flats.

14             At the time that we entered into this
15  contract, it's my recollection that I was an employee
16  of the state and as a researcher generating new
17  information on the situation at Rocky Flats, and
18  since it was motivated by litigation, I felt it was
19  in everybody's best interests, and my own included,
20  to agree as a servant of the State of Colorado to
21  conduct the study in an open way and not be tied to
22  the litigation directly at that time.

23             I felt that it might seem as though it
24  might be a conflict of interest if later on I were to
25  turn around and be paid as an expert witness to