# Exhibit L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.      90-cv-0181              Date    December 31, 2005

Case Title    Cook, et al vs. Rockwell International Corp., et al

**Defendants' Witness List for January 1, 2005 through January 13, 2006**

| Witness | Date(s) Testified |
|---|---|
| Paul Voilleque (1.5 hours) | |
| John Osborn (1 hour) | |
| Frank Blaha (2 hours)* | |
| Ken Wise (2 hours) | |
| Ralph d'Arge (2 hours) | |
| Don Dorchester (2 hours) | |
| William Wecker (2 hours) | |
| Laurentius Marais (1 hour)+ | |
| Dan McFadden (2 hours) | |

**Deposition to be read during any available time:**

Charles McKay

Bryan Siebert

---

* If the motion with respect to Mr. Voilleque is granted, Defendants will likely begin with Mr. Blaha on Wednesday, January 4, 2006.

+ Defendants reserve the right to call Dr. Marais.