# Exhibit M

M. Laurentius Marais
Deposition and Trial Testimony
January 2001 – December 2005

1. Scholten vs. Cutter Biological, et al. United States District Court for the Central District of California. No. CV974978 (CBM 9CTx).

2. Hernandez vs. General Motors Corporation, et al. United States District Court for the Southern District of Texas, Corpus Christi Division. No. 00-332.

3. Motor Werks Partners vs. BMW of North America. Commercial Arbitration Tribunal, Chicago, Illinois. No. 51 114 00389 00.

4. Doe vs. Baxter Healthcare Corporation, et al. United States District Court for the Southern District of Iowa, Central Division. No. 4-96-CV-10738.

5. Pfizer vs. Novopharm. United States District Court for the Northern District of Illinois, Eastern Division. No. 00-CV-1475.

6. Jackson vs. Health & Tennis Corporation of America. District Court of Bexar County, Texas. No. 95-CI-06483.

7. Walden vs. Crown Equipment Corporation. United States District Court for the Eastern District of Texas, Marshall Division. No. 01CV118.

8. Bullock vs. Philip Morris Inc., et al. Superior Court of Los Angeles County, California. No. BC 249171.

9. State of Rhode Island vs. Lead Industries Association, Inc., et al. Superior Court of Rhode Island, Providence. C.A. No. 99-5226.

10. Microsoft Corporation vs. Nvidia Corporation. American Arbitration Association. Case No. 13-117-01057-2.

11. Pfizer vs. Ranbaxy. United States District Court for the District of New Jersey. Civil Action No. 02-2493.

12. Chance vs. Crown Equipment Corporation. United States District Court for the Southern District of Iowa, Davenport Division. No. 3:01CV90106.

13. Salomon Brothers vs. Eagle Cayman, et al. Supreme Court of the State of New York, County of New York. No. 01-601872.

14. In Re Broadcom Corp. Securities Litigation. United States District Court for the Central District of California, Southern Division. No. SACV 01-275 GLT (MLGx).

15. In Re Meridia Products Liability Litigation. United States District Court for the Northern District of Ohio, Eastern Division. No. 5:2002CY0800 (JSG/PH).

16. Ampac JV Group, Inc., et al., vs. General Motors Corporation, et al. Superior Court of Los Angeles County, California. No. BC 206274.

17. Kerr, et al., vs. Aerojet-General Corporation. United States District Court for the Central District of California, Eastern Division. No. ED VC 01-19 VAP (SGLx).

18. Claybrooks, et al., vs. Primus Automotive Financial Services, et al. United States District Court for the Middle District of Tennessee, Nashville Division. No. 3-02-0382.

19. Crowe vs. Crown Equipment Corporation, et al. Commonwealth of Kentucky, 50th Judicial Circuit, Boyle Circuit Court. No. 97-CI-00134.

20. Du Pont vs. Cardinal Health 200, et al. United States District Court for the Middle District of Tennessee, Nashville Division. No. 3:03-0848.

Dr. Marais is a Vice President at William E. Wecker Associates, Inc., in Novato, CA. His current billing rate for professional services is $525 per hour.