# Exhibit A

# WORKSHEET

**MJP** — 42
*Risk Assessment, Inc.*

Sheet Number ____ of ____
Date _____
Prepared by _____

Subject: _____

Notes held for review by classifier. (5 pages)

Paul Voilleque
208-529-9171

MJP Risk Assessment, Inc.
P.O. Box 50430
Idaho Falls, ID 83405-0430

DEFENDANT'S EXHIBIT
DX 4101
PENGAD 800-631-6989

"REVIEWED FOR CLASSIFICATION
By _Mary_ _____
Date __/__/__"

WORKSHEET

Steve Cunningham, x7352
Pager D0200
T893 B

5822
5071 - Chuck Wilson
4595 - Janet Nesheim
6320 - Mary Juza

**MJP** — 42
Risk Assessment, Inc.

Sheet Number 1 of 5
Date 6 July 1993
Prepared by P Voilleque

Subject: Rocky Flats Document Review

Technical Library Reports
Prefixes
  C — laboratory books & notes
  Z — informal reports
  R — formal reports

Review of KWIC index of classified reports:
Aerial Monitoring   R02640
Databook Waste Disposal & Am Recovery   5 Mar 53 – 9 Aug 58   C01998
Analytical Methods for Accountability Measurements   Z01133, Z01266, Z01572
Material Balance Surveys   Z01309, Z01559, Z01181, Z01949

Z01589 — MUF 771         marked in document  CD 57 1485  (formerly CD 57 1385)

Z00429 — 1957 Fire Investigation

Z00921 — Controlled Pu fire in Room 180, Bldg 771

Z01589 ⎫
1635   ⎬  Evaluation of MUF Bldg 776-707
1636   ⎪
1644   ⎭

Z01763 — Waste Barrel fire at Idaho Burial Ground

C02021 — Calibration of α Counter May 1955

Evaluation of CCl₄ as   (Z01423)  Z00832
Elimination of CCl₄

C00001 — Coffin experiment March 1955

Z02032 — ³H Release Investigation

Z01808 — Long-term Storage

**MJP** — 42
*Risk Assessment, Inc.*

Sheet Number 2 of 5
Date 6 July 1993
Prepared by PBV

Subject: RF Document Review

```
Z01740 - Fire in 776, May 1970

C00018 ⎫
   19  ⎬ NMM Inventory Logbooks
   17  ⎭

R02879 ⎫
Z01949 ⎬ Economic Discard Limits
Z01978 ⎪
Z00684 ⎭

C01998 ⎫ Waste Disposal
Z00987 ⎪
R02281 ⎬
R02640 ⎪
Z01976 ⎭

C02027   Effluents

         Fires - prev page

Z03249 ⎫ Filters
R02197 ⎪
R02464 ⎬
R02546 ⎭

R00107   PuHazards

Z00733   HP Comments on CD67-05862

R02464 ⎫ Incinerators
R02640 ⎬
C02014 ⎭

C00208   Envir. T&D Logbooks
   209

Radioactive Waste Processing / Disposal
```

**MJP — 42**
Risk Assessment, Inc.

Subject: RF Document Review

Report Review
Z00429 Report of Investigation of Serious Incident in Building 71 on Sept. 11, 1957

Decon Start 13 Sept ~10:10 pm

Initial Decon of cold areas, chem line, fabrication line — 3 Oct

As of 30 Oct: Some production jobs have been done, but normal prod. requires more work on ventilation system, more local decon.

620 24" square CWS filters, 4 exhaust fans → concrete tunnel → 7 concrete stacks

~10 kg various forms of Pu stored in 6 containers, including one with oil sludge

| Time | Event |
|---|---|
| ~10:39 pm | explosion, prob. due to accumulated unburned gases |
| 10:25 pm | fan system ordered on high speed (to protect people fighting fire) |
| 10:58 pm | fire extinguished in room 180 |
| 10:40 pm | fans went off |
| 10:47 pm | filter bank observed to be on fire (10:28 Boiler operator observed smoke coming from exhaust fan system) |
| 11:10 pm | Total power failure — Others also observed smoke |
| 11:15 pm | water on filter bank |
| 2:00 am | filter fire knocked down |
| 11:28 am | Final fire out |

Exhaust fans and ductwork damaged by heat. Duct downstream of fans damaged by explosion/heat.

- There were filters in glove boxes (photo)
- Glove boxes damaged due to explosion in SW corner of room; no fire damage to some typical glove boxes.

Two pieces of material, ~1600 g total, were missing at time of report.

T. Eckert — smoke column 80-100 ft high → toward 91    Chapman — contamination found between Bldgs 81 & 91 by Owen

Floyd W. Parker

Robt. VandeGriff — 2 explosions, ~~first in Room 180~~ ~~one after initial application of H₂O~~ second very small

**MJP** — 42
Risk Assessment, Inc.

Sheet Number 4 of 5
Date 6 July 1993
Prepared by PEV

Subject: Rf Document Review

Venable — explosion led to gross contamination of salvage & chemistry areas

When power went off, Anal & Fab areas were contaminated by operation of ~~some~~ two (small?) supply systems.

Pringle — nickel carbonyl cylinders in filter plenum — material escaping and burning buried in drums filled with vermiculite & $H_2O$

Quinn — 3 Sept. Inventory of area recollections, interviews → 42.3 kg of material — Accountability Records

Need to look at cleanup & waste disposal records.

Listing of amounts & locations total ~28 kg, with some uncertainties re chip mass. — not a final value

difference due to material transferred out and not recorded or material whose amount or location kg is not known.

Z 00921

CP 61-457 — Pu fire, controlled in glovebox Jan 19, 1961 — apparently not a source of release, but effluent data should be checked.

~~Z 00284~~

Z-1763  Fire at NRTS in RF waste Barrel June 1970

Z-1808 — not of great interest — long term storage of Pu — recommended precautions

Z-00284 — Pu waste discards → INEL   1969

Steam distillation to reclaim $CCl_4$ from Bldg 76 line wastes

Survey Jan 66 → Apr 67

Z-02032  $^3H$ Release — not of particular interest

Z-1976 — term paper for Engineering Economy class

Z-1978 — Waste Management 24 Oct 1969 — review of waste processing improvements needed.

**MJP** — 42
*Risk Assessment, Inc.*

Sheet Number  5  of  5
Date  6 July 1993  & 7 July 1993
Prepared by  PGV

Subject:  RF Document Review

Z-1949   Economic Discard Limits for Pu Residues at RF
— not of great interest, process info may be reviewed later

Z 00987   31 December 1968 — Reduction of Pu in Wastes — Precursor to Z00978

Z-1589   Bldg 776-707 MUF Investigation 31 Oct 1973

FY-73   Metall. Op. Group experienced large MUF (apparently) — 24.4 kg
Input quantity depends on average core assay — impurities may be a factor, due to nonuniform distribution

Perhaps ⅙ – ½ of MUF due to non-representative assay (5-month period)

Z-1635   1 Feb 1974 — Additional work on MUF investigation — not a significant contribution to total Δ

Z-1636   8 Feb 1974 — additional work on MUF — not a sig. contributor to total Δ

Z-1644   3 Apr. 1974 — additional work on MUF — impurities a factor — may account for ~⅔ of the MUF — if consistent, internal assay factors to be developed

~~CONFIDENTIAL~~

Draft ~~1-21-94~~
Orig. ~~1-21-94~~
~~5 pages~~

Annie — The four attached pages are my notes of information from various documents related to the 1957 fire. I have tried to reach Rod Hoffman to talk to him about those documents but he was out.

This needs to be reviewed to determine its classification status. I will be back in Denver next Tuesday and will call you then.

Thanks for your help.

Paul Voillequé
14 Jan 1994
208-529-9171

DEFENDANT'S EXHIBIT
DX 4102
PENGAD 800-631-6989

DECLASSIFICATION REVIEW
1ST REVIEW - DATE: 3-8-95
AUTHORITY: ☐ AOC  ☐ ADC  ☒ ADD
NAME: Mary A. [illegible]
2ND REVIEW - DATE: 3/8/95
AUTHORITY: ADD
NAME: Greg [illegible]

DETERMINATION (CIRCLE NUMBER(S)):
1. CLASSIFICATION RETAINED
2. CLASSIFICATION CHANGED TO:
3. CONTAINS NO DOE CLASSIFIED INFO
4. COORDINATE WITH:
5. (CLASSIFICATION CANCELLED)
6. CLASSIFIED INFO BRACKETED
7. OTHER (SPECIFY):

~~RESTRICTED DATA
This document contains Restricted Data as defined in the Atomic Energy Act of 1954. Unauthorized disclosure subject to Administrative and Criminal sanctions.~~

Classified on ~~1-21-94~~
Derivative Classifier [illegible]
Title and Organization

~~CONFIDENTIAL~~

~~CONFIDENTIAL~~   P. Voilleque   1/4

Accountability Information for 1957 Fire   14 January 1994

CD57-2   (CZ12)

Joshel Reports - Accountability, Production Control, & Budget Section History

| Category | October 1957 Report | November 1957 Report |
|---|---|---|
| Pre-fire | 56.4 | 62.5 |
| Recovered | (10-31) 29.9 | (11-30) 37.3 |
| Located in Room | 15.9 | 15.9 |
| Believed Present, but not located | 6.3 | 4.9 |
| Measured Loss (writeoff) | 2.3 | 2.3 |
| Unaccounted for (writeoff) | 2.0 | 2.0 |

CD59-1413   (CZ12)

April 1959 Report - PA Kerwood   1255 g high NGS material removed from Room 180
Transferred from material not visibly checked   (BPBNL?)

June 1959 Report - PA Kerwood - Initial work on cleanup of Room 180 was
(CZ12)   begun in November 1958. YTD BPID 82.0 kg

CD59-2048 Kerwood monthly reports

May 1960 - "Measured Quantities" on 30 Apr inventory not reliable, being reevaluated
per RA Vanderquist who was in charge of Room 180. 618 Account.

June 1960 - During April, Room 180 was opened for the first time since the fire
in 1957. Year-end

| | BPID | Measured Loss |
|---|---|---|
| Fabrication | 88.7 | 0.62 |
| Chem. & Recovery | 8.2 | 3.6 |
| Anal Labs. | (0.1) | 0.1 |
| Development | 0.5 | -0- |
| | 97.3 | 4.3 |

~~CONFIDENTIAL~~ 2

~~CONFIDENTIAL~~

1957 Fire Accounting
2/4

eD 59-2048  Kerwood monthly reports
(C212)

July 1960 — 989 g removed from Room 180

    419 g from "measured" inventory ⇒ Balance 2052 g

    570 g from "unmeasured" inventory ⇒ Balance 10,551 g

Aug 1960   21 g from "measured" inventory ⇒ Bal = 2031 g

~~3062 g transferred from Room 180~~

Sept 1960   233 g from "measured"

    2829 g from "unmeasured"

    166 g moved from measured to unmeasured, based on new analyses of 30 April measurements

Oct 1960   64 g transferred from measured category

    2 g transferred to unmeasured ⇒ Bal = 7890 g

    Meas. Bal = 1568 g

    Overall Bal changed from 9520 → 9458 g

Nov 1960 — No material removed from fire account during Nov.

Dec 1960   1675 g recovered from unmeasured residues taken from Room 180. The residues were on combustible material that was sent to the incinerator and burned. The Pu recovered from the ash credited to the fire account. Balance = 7783 g of which 1568 g were reported as measured in Apr 1960.

Jan 1961   6 g removed from unmeasured account ⇒ Bal = 7777 g (overall)

Feb 1961 — new pilot plant in Room 180

Mar 1961 — no items
Apr 1961 — no items

~~CONFIDENTIAL~~  3

~~CONFIDENTIAL~~

May 1961 — no items

June 1961

| | | Year-End BPIO |
|---|---|---|
| | Fabrication | 56.4 |
| | Chem. & Recovery | 27.9 |
| | Laboratory | (0.67) |
| | Development | 0.77 |
| | Room 180 Fire Acct | 4,025 |

Fire account (#618) closed with the balance of the recoverable material transferred to Chem & Recovery area.

| | |
|---|---|
| Removed to other areas | 54,100 |
| Measured losses | 2,343 |
| Unaccounted for loss | 6,072 |

$\Sigma = 62.5$ kg, the pre-fire value in Nov 1957 report.

CD59-1843   Material Control Record   Rooms 180 & 180B Fire Area
(#262)   PA Kerwood

| | kg |
|---|---|
| Balance at time of fire | 62.5 |
| Removals after fire | −29.9 |
| Meas. Loss (declared) | −2.3 |
| Unaccounted for (est) | −2.0 |
| Est. Inventory (31 Oct) | 28.4 |

Measured discard 12-4-58  26 g
Estimated Balance  17.9  (30 Apr 1959)
Balance 31 May 1959  16.5

~~CONFIDENTIAL~~ 4

~~CONFIDENTIAL~~

kg     1957 Fire Accounting 4/4

| | | |
|---|---|---|
| Balance | 30 June 1960 | 13.6 |
| | 31 July | 12.6 |
| | 31 Aug | 12.6 |
| | 30 Sept | 9.52 |
| | 31 Dec | 7783 |
| | 31 Jan 1961 | 7777 |
| | 31 May | 7046 |
| | 30 June 1961 | 4025 — account closed |

~~CONFIDENTIAL~~

5