# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DEFENDANTS' AMENDED PROFFER OF TESTIMONY FOR PAUL VOILLEQUÉ AND MOTION FOR RECONSIDERATION OF COURT'S ORDER STRIKING TESTIMONY OF PAUL VOILLEQUÉ**

---

Conventionally submitted Exhibit B, color graphics marked as DX 2104-2108, to Defendants' Amended Proffer of Testimony for Paul Voilleque and Motion for Reconsideration of Court's Order Striking Testimony of Paul Voilleque.