# Exhibit I

```
                                                               1

  1              IN THE UNITED STATES DISTRICT COURT

  2                  FOR THE DISTRICT OF COLORADO

  3
     Civil Action No.  90-K-181
  4

  5  MERILYN COOK, et al.,                    COPY

  6  Plaintiffs,

  7  vs.

  8  ROCKWELL INTERNATIONAL CORPORATION, et al.,

  9
     Defendants.
 10
     -------------------------------------------------------
 11
     DEPOSITION OF WILLIAM E. WECKER
 12  May 7, 1997

 13  -------------------------------------------------------
                                   Deposition location:
 14                                633 Seventeenth Street
                                   Suite 3000
 15                                Denver, Colorado

 16
     APPEARANCES:
 17
                         JONATHAN AUERBACH, ESQ.
 18                      BERGER & MONTAGUE, P.C.
                         1622 Locust Street
 19                      Philadelphia, Pennsylvania  19103

 20                               For the Plaintiffs.

 21                      S. JONATHAN SILVERMAN, ESQ.
                         KIRKLAND & ELLIS
 22                      200 East Randolph Drive
                         Chicago, Illinois  60601
 23
     DISK ENCLOSED       For the Defendants
 24                      Dow Chemical Company and
                         Rockwell International.
 25
```

**AVERY WOODS REPORTING**

1000 Speer Boulevard • Denver, Colorado 80204
303-825-6119 • 1-800-962-3345 • FAX 303-893-8305

```
 1   brought to assist in answering your questions today.
 2   For example, one of the binders contains the report
 3   that you just handed me.
 4            Q.   Is that the slim volume that's open in
 5   front of you?
 6            A.   Yes.  It's the one that's open in front
 7   of me.
 8            Q.   Is there anything else in that binder
 9   besides your report?
10            A.   Yes.
11            Q.   What else is in that binder?
12            A.   There's a report by McFadden.  That's
13   all.  Whoops, and a table of contents that I wrote up
14   indicating what's in the binders.
15            Q.   Do you mind if I take a quick look at
16   that?
17            A.   Sure.
18            Q.   I noticed, Dr. Wecker, that in the
19   section of the slim binder that contains your report
20   and Dr. McFadden's report, that your report is
21   marked, virtually every page, in pencil.  Is this
22   your handwriting?
23                 MR. SILVERMAN:  Object to the form,
24   slim binder.
25                 MR. AUERBACH:  Just trying to
```

1  distinguish it from the other three binders, which
2  appear to be about two and a half, three-inch thick
3  binders, and the one that I'm referring to is a
4  one-inch black binder.  That's all.
5             THE DEPONENT:  I've got a better
6  system.  You want to take my suggestion?
7             MR. AUERBACH:  Sure.
8             THE DEPONENT:  I've got the binders
9  numbered, and you're looking at binder number three.
10            MR. AUERBACH:  Binder number three.
11 That works for me.
12       Q.   (BY MR. AUERBACH) So, with respect to
13 binder number three, which contains a copy of your
14 report there, as I stated, there are notations
15 throughout that report in pencil.  Is that your
16 handwriting?
17       A.   Some of it is, and some of it's Dr.
18 Marais, M-a-r-a-i-s.
19       Q.   And who is Dr. Marais?
20       A.   He works with me and has worked with me
21 on this project.  He works-- he's an employee of
22 William E. Wecker Associates, Inc.
23       Q.   Does he have a title?  I'm talking
24 about within the organization William E. Wecker and
25 Associates, does he have a title or position?