IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## ORDER ON JURY INSTRUCTION SUBMISSIONS

Kane, J.

    Defendants reported this morning that they are preparing substantial proposed revisions to the jury instructions given at the start of this trial.  Defendants shall file their proposed revised or additional instructions no later than Monday, January 9.

    While not said, it may be that Plaintiffs intend to file proposed jury instruction revisions as well.  Because Plaintiffs are already due to make substantial filings on January 9, they may have until Wednesday, January 11, to file any additional revised or proposed instructions.

    One of the items to be filed by Plaintiffs on January 9 is a proposed jury verdict form.  *See* Order (Docket #1907), filed December 29, 2005.  Defendants may file any counter-proposed verdict form by January 11, after having reviewed Plaintiffs' proposal.

*Defendants' proposed verdict form shall be consistent with the current jury instructions.* I will review the parties' proposed verdict forms and most recent jury instruction submissions to determine if I require additional input from the parties on the verdict form or other jury instruction matters.

The remainder of this order applies to any jury instruction submissions by the parties from this point forward:[1]

For each proposed revision or addition to the jury instructions, the parties shall state whether they have previously submitted a jury instruction incorporating all or some of the revised or additional language or its underlying legal principle or authority, and identify the previously submitted instruction(s) by number, title and submission date. If the parties' proposed instruction includes substantive language or relies on a legal principle that has not previously been presented to the court, the party shall so state and provide a specific reason for presenting the proposed instruction at this time, rather than during the extended jury instruction process that preceded trial.

Immediately preceding each proposed revised or additional instruction, the parties shall make a separate certification setting forth the information required above for that instruction. This certification may not be placed in a footnote.

---

[1] These requirements do not apply to the parties' submission of a proposed jury verdict form, because these proposals are to be based on the current jury instructions as stated in the December 29 order.

For any proposed revision to a current instruction, the parties shall also provide a red-lined version clearly indicating the changes they propose to the relevant instruction.

Finally, the parties shall provide authority for each proposed revision to a current instruction or additional instruction. If that authority includes matters that occurred during trial or a pretrial hearing, the proposing party shall include specific and complete citations to the relevant transcript, including the date.

IT IS SO ORDERED.

Dated this 4th day of January, 2006.

                                                **s/John L. Kane**
                                                John L. Kane, Senior District Judge
                                                United States District Court