ROCKY FLATS NUCLEAR WEAPONS PLANT
PROPERTY IMPACT STUDY
NOVEMBER 21, 1996

HUNSPERGER & WESTON, LTD.
5889 S. GREENWOOD PLAZA BLVD., STE. 404
ENGLEWOOD, COLORADO  80112

PLAINTIFFS'
EXHIBIT
P-1441
90-CV-181

the specifics of Rocky Flats; consequently, the prospective purchasers are getting little or no information from the realtors. If prospective purchasers do make inquiry as to the effect of Rocky Flats, the realtors seem to be sending them to other sources of information. In short, we found little consistency among the realtors that we interviewed with respect to the Rocky Flats issues.

### G.     Builders

According to John Winstead, Vice President of Land Acquisitions for Falcon Homes, his company looked into building in the Arvada/Boulder area but postponed it for now. They were particularly interested in the Westwood golf course area but thought that development was slow probably due to the proximity to Rocky Flats. Mr. Winstead believes that once the appropriate regulatory authorities pronounced the Rocky Flats area to be cleaned up and no longer a risk, the land will be developable but that probably will not happen for another 10 to 20 years. He believes that ultimately the land nearest Rocky Flats will be best used for open space or commercial development. Any residential use would depend upon utility extensions because it would not be possible to develop with domestic wells.

A representative of Village Homes reported that slow sales at their Somerset at Westwood project could be due in part to Rocky Flats. She indicated that some prospective purchasers were likely lost due to proximity to Rocky Flats, but she believes purchasing a home is a personal decision and proximity to Rocky Flats affects property differently.

We contacted a salesman with Ryland Homes at Ralston Creek Estates who said that Rocky Flats has not been a problem with sales at this location, but he does believe that it would be difficult to sell homes closer to the Rocky Flats plant. He believes people who grew up in the Denver area and have some knowledge of the history of the Rocky Flats plant would stay away from that location. Many buyers apparently are from out of state. He informed us that Richmond Homes, developer of Rock Creek, requires purchasers to sign a statement indicating that they are buying in proximity to Rocky Flats. This statement is required even though the Rock Creek project is northeast of the plant and out of the prevailing wind pattern.

Given the comments by the Ryland Homes salesman, we contacted Richmond Homes to verify the existence of their disclosure statement. Mr. Rainey, Vice President of Operations, acknowledged that purchasers are required to sign a statement acknowledging that they are aware of Rocky Flats.

Dwight Bainbridge of Castle Builders informed us that there is no chance his company will purchase land around Rocky Flats until the plant and surrounding area is determined to be free of all

---

pollution. He is concerned about liability given the latency period associated with radiation induced diseases and does not believe that disclosure in and of itself would be sufficient to shed that liability. In his view, only a developer that is large enough and has sufficient money to absorb a law suit would even consider building in the area, i.e., Richmond Homes.

In addition to the home builders identified above, we have interviewed purchasers or builders of specific homes in the Rocky Flats area. We emphasize that these are not major builders; they are builders of individual houses. In fact, we are aware of three homes recently constructed in the Walnut Creek area and the builders expressed no difficulty in selling the property. They did say, however, that the sites were less expensive than in locations more distant from Rocky Flats. In essence, based upon our interviews, most builders are reluctant to risk significant amounts of money in the Rocky Flats area given the uncertainties associated with contamination on-site and perceptions of the area. As one builder put it, given a choice, they would prefer to "risk their money at other less risky locations."

We compiled a list of the top volume builders in the Denver metropolitan area and attempted to interview a representative of each company. We have retained our survey material in our file but summarize the responses below.

### U.S. Home Corp.

The representative was familiar with Rocky Flats, and reported that proximity to the plant has been an issue in deciding whether or not to build homes in the area. He indicated that his company does not want to "hassle" with the special conditions and sales contracts, etc. required for proper disclosure to the purchasers.

### Melody Homes

The representative was familiar with Rocky Flats but was not active in that market. He stated that it is "just not a desirable market for them regardless of Rocky Flats."

### Pulte Homes

No response.

### Park Engle Homes

The representative was familiar with Rocky Flats and had been involved in the Rock Creek Development. When asked if the Rocky Flats plant had been an issue in deciding whether or not to build homes in the area, the representative responded that "it was a slight concern but Richmond had hired an environmental engineering company to do some research and they felt comfortable building in the area. There was a lengthy disclosure with each sales contract."

### The Genessee Company

No response.

### McStain Enterprises

The representative was familiar with the Rocky Flats plant but indicated that they are not involved in that market. They concentrate primarily in North Boulder.

### Kaufman & Broad

No response.

### Oakwoods Homes

The representative would not answer any questions.

### David Weekley Homes

The representative was familiar with Rocky Flats as well as some developments within the area. When asked if the Rocky Flats plant had been an issue in deciding whether or not to build homes in the area, the representative responded that the company has not wanted to build homes "up there regardless of Rocky Flats."

### Centex Homes

The representative was familiar with Rocky Flats and indicated that it has not been an issue in deciding whether or not to build homes in the area. This builder is active in the Broomfield area.

### Park Homes West

No response.

### April Corporation

No response.

### Sheffield Homes

No response.

In addition to interviewing specific builders, we called on new home sales offices within the Class Area, and no sales personnel indicated that Rocky Flats was a problem. In fact, of the sample of six, each stated that Rocky Flats is not a problem . One did offer the name of someone who could provide

---

HUNSPERGER & WESTON, LTD.

more information, and one did say that no one would build near Rocky Flats; consequently, mountain views would be maintained.

Obviously, it would be difficult to sell homes in the area if Rocky Flats were painted as a negative. More importantly, these responses suggest that buyers do not get much information about Rocky Flats unless they are willing to do their own independent research. This might indicate that some purchasers are neither well informed nor well advised; thus, the prices they paid could not be truly indicative of the effects of Rocky Flats, according to the definition of market value.

## VI.   INDIVIDUAL PROPERTY OWNERS

In the course of this assignment, we interviewed a number of property owners in the Rocky Flats area. Opinions within and about the neighborhood vary and the best summary of responses is detailed in the opinion survey located in another section of this report. That survey was prepared by Decision Research of Eugene, Oregon, with the assistance of the University of Maryland Research Center.

In addition to responses summarized by Decision Research, we have included below comments of representative plaintiffs in this case with respect to impacts on their property.

- **Merilyn Cook**

  In Ms. Cook's response to Rockwell's interrogatories, she stated that she learned the property across the street from her had been tested and that it was contaminated. That concerned her as she was informed at the time she purchased the property that there was no contamination on her parcel. Further, Transamerica Title Insurance Company notified her by letter on May 15, 1989 that her property might be polluted by plutonium or other hazardous chemicals. As a result, she believed that the value of her property had decreased because of its proximity to the Rocky Flats plant. She went on to say that she was informed by Jefferson County that she could not change the zoning of her property to allow higher density residential development because of its proximity to the Rocky Flats plant. She noted that several real estate agents were unwilling to list the property for sale without a disclaimer stating that the property was near the Rocky Flats plant. She also indicated that in 1988, clients began to show concern about the safety of horses boarded at her facility. Because of the concerns with respect to their safety, due to location near the plant and the use of well water, the clients began removing their horses from her stables and refused to conduct any additional business with her.

- **Lorren Babb**

  Mr. Babb described in a response to interrogatories his experience purchasing the property and attempting to sell or lease it. He indicated that when he attempted to lease the property, "people would be interested until they found out the property was close to the Rocky Flats plant." He listed the property for sale in 1989 at a price of $200,000. He subsequently sold it in June of 1990 for $137,000. This compares to a purchase price of $128,000 in 1986. Mr. Babb believes his property value was affected by proximity to Rocky Flats and his experiences are indicative

---

HUNSPERGER & WESTON, LTD.                                                                          113

the radiation map area, an owner must provide a soil test indicating that no radiation-related substances exist in the parcel to be subdivided. In recent years there has been almost no subdivision activity within the radiation map area. Jefferson County officials suggest that given the radiation area's 22 square mile coverage, the level of activity appears to be extraordinarily low in light of the economic recovery in the Denver metropolitan area since 1990.

The Jefferson County School District declined an offer on the part of DOE to install monitoring devices in Standley Lake High School that could measure pollutants that may or may not have traveled from the plant to the school. The reason given for declining the offer was a potential public relations controversy.

In addition, the school district declined the donation of a football stadium site even at no cost to the district. This was because of the proximity to the Rocky Flats plant.

## State of Colorado

Colorado Department of Health:

CDH is charged with reviewing soil test data within the radiation map area located around the Rocky Flats plant. CDH recalls no tests in which measures of plutonium have exceeded the accepted health standard. They also note that only three to four applications have actually been submitted since 1989 within the radiation map area.

## Quasi Public Entities

W-470 Highway Authority:

The most westerly leg of the beltway around Denver (W-470) was never constructed, in part, due to concerns regarding pollution near the Rocky Flats site. While from a scientific perspective, the Authority did not consider this issue to be significant, it was important to voters who defeated the W-470 extension.

In addition to the W-470 authority, we interviewed various recreation districts, special improvement districts and the Jefferson County Airport. Many expressed no negative experiences regarding proximity to the plant.

## Market Participants

Residential Lenders:

Because financing is critical to real estate value, we interviewed a number of

---

HUNSPERGER & WESTON, LTD.                                                     117

residential lenders regarding their policies toward making loans in the Rocky Flats area. All those interviewed make loans in the area, but did indicate that they would not make a loan in the circumstance of a demonstrated health hazard. Their loans, of course, are based on appraisals and they entrust the appraiser to take into account the effect (if any) due to Rocky Flats.

Real Estate Appraisers:

Residential appraisers by and large are not terribly concerned about the effect of Rocky Flats on property values because by using sale comparables from the sale area, any impact (if one does exist) is inherent in their value conclusions. There is rarely discussion of the degree to which market participants took Rocky Flats into account. Most lending institutions require appraisers to note the proximity of a given property to Rocky Flats and comment on the impact, if any, relative to value and marketability. They acknowledge, however, that this policy is not strictly enforced.

Appraisals prepared for condemnation of properties impacted by the Standley Lake Protection Project indicate that Rocky Flats does indeed have a negative effect on the immediate area.

Realtors:

Realtors opinions of value and marketability within the class area are extremely diverse. Some believe property is impacted: some believe it is not. Some report that potential purchasers inquire about Rocky Flats, while others indicate that they rarely are asked. It was apparent from our interviews, however, that prospective purchasers obtain little or no negative information with respect to Rocky Flats from realtors.

Builders:

Like realtors, builders seem to be split on their attitudes toward Rocky Flats. Some will not build in the area but some will. It does appear that small builders are more likely to build homes in the area than are developers of large projects. Although the Rock Creek development is not within the class area, we do note that the builder (Richmond Homes) requires purchasers to sign a statement acknowledging that they are buying in proximity to Rocky Flats. We are not aware of any negative impact on Rock Creek due to proximity to Rocky Flats. Richmond Homes believes there is no impact due to their "upwind" location. On the other hand, small builders in the Walnut Creek area acknowledge that building sites in that location are less expensive than in locations more distant from Rocky Flats.

It is apparent that sales agents for new homes in the contour area do not volunteer much information about Rocky Flats. In fact, most of those surveyed professed no problem at all. Some did offer to provide telephone numbers of

persons who could provide additional information.

## VIII.  CONCLUSIONS

In the development of this section of the report, we interviewed a number of direct and indirect market participants.  We also considered research data and opinion surveys developed by others.  Based upon this information, we have arrived at the following conclusions.

- It is axiomatic in real estate that value is a function of <u>location</u>, <u>location</u>, <u>location</u>.  While not all respondents were negative, quite clearly there is substantial concern in the marketplace with respect to location near Rocky Flats.  Officials of the various municipalities, as well as residents of those municipalities, have expressed these concerns.  They have taken the form of restrictive land use planning insistence on maintaining a buffer area, and conscious choices not to live or work in the area.  In our view, the negatives are so substantial as to impact real estate value.

- We interviewed a number of people who have experienced no problems to date with Rocky Flats, such as title companies, lenders and secondary mortgage market participants.  This is because either they believe there is no risk to the service they provide or that risk is already inherent in the sale price of a property.  For example, if sale prices are affected by Rocky Flats, the effect is taken into account by using similarly impacted properties as a basis for valuation or for a loan.  On the other hand, if these participants believed that an actual health risk exists, they would no longer be players in the marketplace.  This response is understandable and in our view, these market participants are not particularly instructive in ascertaining whether properties have been affected by Rocky Flats.

- Generally, the various municipalities and individuals comprising groups, such as the Rocky Flats Future Site Use Working Group, tend to have much more knowledge and concern regarding risks associated with Rocky Flats.  On the other hand, the local citizenry appears to develop opinions based upon what they have read or heard, and generally they are not able to articulate their concern to the same level as local government officials.  Additionally, based upon our interviews with realtors and builders, it appears they may not be getting sufficient information to be able to make fully informed decisions.

- A substantial amount of negative reaction occurred after the 1989 FBI raid.  For example, the Broomfield Opinion Survey appeared to be in response to disclosures arising out of that raid.  Similarly, the negative impact of the raid was the genesis for two new public water projects: the Broomfield water supply and the Standley Lake Water Diversion Project.  The Arvada Public Opinion Survey was taken six months after the raid.  Thus, in our opinion, publicity in the late 1980s, particularly the raid and disclosures arising from it, shaped to a large extent public opinion regarding Rocky Flats.