**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  January 4, 2006                              Reporter: Kara Spitler
                                                    Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | Louise Roselle |
| | David Sorensen |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Forty**

**8:52 a.m.      Court in session.**

Jury not present.

Court informs counsel that Juror No. 113448 has been excused from further jury service.

Statement by Mr. Davidoff regarding plainitffs' response and  reply to certain motions.

Argument regarding Mr. Blaha.

Statement by Mr. Bernick regarding, witnesses, trial schedule, jury instruction conference, rebuttal witness, and proffers.

Discussion regarding rebuttal witnesses and trial schedule.

**9:26 a.m.      Court in recess.**
**9:36 a.m.      Court in session.**

Defendants' witness, Frank Blaha, sworn.

9:41 a.m.   Direct examination of Mr. Blaha by Mr. Bernick.

    **Exhibits received: DX-1939, DX-1940 (demonstrative), DX-1941**

9:56 a.m.   Voir dire by Ms. Roselle.

10:11 a.m.   Sidebar.

10:14 a.m.   Continued direct examination of Mr. Blaha by Mr. Bernick.

Court accepts Mr. Blaha as an expert.

    **Exhibits received: DX-1942 (demonstrative), DX-1946, DX-4081, DX-1948 (demonstrative), DX-777, DX-1949**

10:42 a.m.   Jury excused.

**10:43 a.m.   Court in recess.**
**11:03 a.m.   Court in session.**

11:06 a.m.   Continued direct examination of Mr. Blaha by Mr. Bernick.

    **Exhibits received: DX-1950, DX-1951, DX-1952 (demonstrative), DX-4090, DX-4092, DX-4094 through DX-4097, DX-1954, DX-4088, DX-4089, DX-4093, DX-1955, DX1956, DX-1957, DX-1958, DX-1960A (demonstrative), DX-1961A (demonstrative), DX-1963 (demonstrative), P-1557, DX-1966 (demonstrative), DX-1967 (demonstrative), DX-1965A, P-642, P-1557, DX-1969 (demonstrative), DX-1970 (demonstrative), DX-1971 (demonstrative), DX-1972 (demonstrative), DX-1973 (demonstrative), DX-1974 (demonstrative), DX-1978 (demonstrative), DX-1979 (demonstrative), DX-1980 (demonstrative), DX-1981 (demonstrative), DX-1982 (demonstrative), DX-4092, DX-4093, DX-1975 (demonstrative), DX-1976 (demonstrative), DX-4083, DX-1984 (demonstrative), DX-1983A**

**12:04 p.m.   Court in recess.**
**1:43 p.m.   Court in session.**

Jury not present.

Argument by counsel regarding the testimony of Mr. Blaha.

2

1:56 p.m.      Cross examination of Mr. Blaha by Ms. Roselle.

**3:23 p.m.     Court in recess.**
**3:42 p.m.     Court in session.**

3:44 p.m.      Continued cross examination of Mr. Blaha by Ms. Roselle.

**Exhibit received: P-1693 as redacted, DX-4085, DX-4090, P-1036**

4:13 p.m.      Redirect examination of Mr. Blaha by Mr. Bernick.

5:02 p.m.      Recross examination of Mr. Blaha by Mr. Bernick.

**5:03 p.m.     Court in recess.**

Time in court - 5:43.     Trial continued.