**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90-cv-00181-JLK**

**MERILYN COOK,** *et al.***,**

        **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

        **Defendants.**

**PLAINTIFFS' OBJECTIONS TO THE EXHIBITS
TO BE USED WITH KENNETH WISE**

Plaintiffs hereby assert the following objections to the exhibits that defendants propose to use with Dr. Wise. They further note that defendants served a first wave of potential exhibits several hours late, then served revised exhibits at approximately 2 a.m. today. Accordingly, plaintiffs may revise these objections.

**DX1082** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX1127** – Plaintiffs object to this use of this graphic with Dr. Wise as not contained in or reflective of his reports and, therefore, beyond the scope.

**DX2005** – Plaintiffs object to this graphic on the basis that the information contained therein is a mischaracterization of Dr. Wise's study. Dr. Wise did not study "defendants conduct" as stated in this graphic.

**DX2006** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2007** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2008** – Plaintiffs object to this graphic on the basis that it is argumentative.

**DX2009** – Plaintiffs object to this graphic on the basis that the information contained therein is a mischaracterization of Dr. Wise's study.  Dr. Wise did not study "conduct at RF" as stated in this graphic.

**DX2010** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2011** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2012** – Plaintiffs object to this graphic as containing information far beyond the scope of Dr. Wise's reports.

**DX2013** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2014** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2015** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2016** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2017** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2018** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2019** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2020** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2021** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2022** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports.  Dr. Wise did not study "Conduct at RF."

**DX2023** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2024** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2025** – Plaintiffs object to this graphic as inaccurate and misleading.

**DX2026** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2027** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2028** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2030** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

3

**DX2031** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2032** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2033** – Plaintiffs are still evaluating this graphic.

**DX2034** – Plaintiffs have no objection to this graphic, provided the misleading parenthetical concerning Dr. Radke is deleted.  As is, it is misleading and beyond the scope of Dr. Wise's reports.

**DX2035** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2036** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2037** – Plaintiffs object to this as beyond the scope of Dr. Wise's reports.

**DX2038** – Plaintiffs object to this object for lack of foundation.  In particular, the information in line No. 3.  And the very last line is not contained in Dr. Wise's reports.

**DX2039** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2040** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports and lacking foundation.  This, and other graphics, purport to criticize Dr. Radke, but no such criticisms are contained in Dr. Wise's reports.

**DX2041** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports and lacking foundation.  This, and other graphics, purport to criticize Dr. Radke, but no such criticisms are contained in Dr. Wise's reports.

**DX2042** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports.

**DX2044** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2045** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2046** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2047** – Plaintiffs objection to this graphic as mischaracterizing Dr. Radke's results.

**DX2048** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2049** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2050** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2051** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2052** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2053** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2054** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports.  It is also misleading.

**DX2055** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2056** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports.

**DX2057** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2058** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2059** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2060** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2061** – Plaintiffs object to this graphic, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2062** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2063** – Plaintiffs object to graphic as impermissibly suggesting the improper "before and after" measure of damages.

**DX2064** – Plaintiffs object to graphic as impermissibly suggesting the improper "before and after" measure of damages.

**DX2065** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2066** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2067** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2068** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2069** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2070** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2071** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2072** – Plaintiffs object to this graphic as misleading and impermissibly suggesting an inapplicable legal standard.

**DX2073** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2074** – Plaintiffs object to this graphic as it alters the graphic from which it is allegedly drawn, by adding the misleading caption "Rates of Appreciation."

**DX2075** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2076** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports.

**DX2077** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports.

**DX2078** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2079** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2080** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2081** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2083** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2084** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only**.**

**DX2085** –Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports and lacking foundation.

**DX2086** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2087** – Plaintiffs object to this graphic as containing information beyond the scope of Dr. Wise's reports and lacking foundation.

**DX2088** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2089** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2090** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2091** – Plaintiffs object to this graphic as beyond the scope of Dr. Wise's reports.

**DX2092** –  Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2093** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2094** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2095** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2100** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2101** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2102-03** – Plaintiffs object to these graphics, which contains trial testimony, is hearsay (subject to no exception) and outside the scope of Dr. Wise's reports.

**DX2109** – Plaintiffs object to this graphic as beyond the scope of Dr. Wise's reports.

**DX2110** – Plaintiffs object to this graphic as speculative and lacking foundation and beyond the scope of Dr. Wise's reports.

**DX2110** – Plaintiffs object to this graphic as beyond the scope of Dr. Wise's reports.

**DX2113** – Plaintiffs object to this as hearsay trial testimony, beyond the scope of Dr. Wise's reports.

**DX2115** – Plaintiffs object to this as beyond the scope of Dr. Wise's reports.

**DX2116** – Plaintiffs object to this as beyond the scope of Dr. Wise's reports.  Dr. Wise did not study "Conduct at RF."

**DX2117** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2118** – Plaintiffs object to this as beyond the scope of Dr. Wise's reports and impermissibly speculative.

**DX2119** – Plaintiffs object to this graphic insofar as it suggests an improper "before and after" measure of damages.

**DX2120** – Plaintiffs have no objection to this graphic, if used for demonstrative purposes only.

**DX2121** – Plaintiffs object to this graphic as beyond the scope of Dr. Wise's reports (comparison between his study and Dr. Radke's).

**DX4099/4100** – Plaintiffs object to the admission of Dr. Wise's reports.  If Defendants agree to the admission of the reports of Mr. Hunsperger and of Dr. Rake, Plaintiffs would not object to Dr. Wise's reports.

                            Respectfully submitted,

January 5, 2006                       *s/ Jean M. Geoppinger*

                            _____
                            Louise M. Roselle
                            Jean M. Geoppinger
                            WAITE, SCHNEIDER, BAYLESS
                            & CHESLEY CO., L.P.A.
                            1513 Fourth & Vine Tower

One West Fourth Street
Cincinnati, Ohio  45202
(513) 621-0267

Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKY, P.C.
1801 York Street
Denver, Colorado  80206
(303) 399-3000

*Attorneys for Plaintiffs
and the Class*

11