IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER

Kane, J.

This matter is before me on Plaintiffs' Motion to Preclude the Reading of Designations from the Testimony of Charles McKay (Docket #1899), filed December 23, 2005. Having carefully considered the Motion and related briefing, the relevant record and all applicable legal authorities, and being fully advised in the premises, I GRANT Plaintiffs' motion. If Defendants wish to present testimony from Mr. McKay, they must call him as a live witness.

IT IS SO ORDERED.

Dated this 5th day of January, 2006.

                                        **s/John L. Kane**
                                        John L. Kane, Senior District Judge
                                        United States District Court