IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 5, 2006                              Reporter: Kara Spitler
                                                    Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                               Merrill Davidoff
                                                    Louise Roselle
Plaintiffs,                                         David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION                  David Bernick
and THE DOW CHEMICAL COMPANY,                       Douglas Kurtenbach

Defendants.
_____

# COURTROOM MINUTES
_____

**Jury Trial - Day Forty-One**

**8:52 a.m.     Court in session.**

Jury not present.

Discussion regarding the exhibits for Mr. Osborn and Dr. Wise.

Jury present.

Defendants' witness, John Osborn, sworn.

9:05 a.m.     Direct examination of Mr. Osborn by Mr. Kurtenbach.

   **Exhibits received: DX-1986, DX-1987, DX-1988, DX-1989, DX-1999, DX-1990,
   DX-2001, DX-2003, DX-1992, DX-1992A (demonstrative)**

**10:09 a.m.   Court In recess.**
**10:36 a.m.   Court in session.**

10:38 a.m.    Cross examination of Mr. Osborn by Mr. Davidoff.

**Exhibits received: P-1684, P-1703 through 1711, P-1699, P-1702, PG-1169 (demonstrative), P-1683, P-1700, P-1686, P-1715 (demonstrative), P-1687, P-1688, P-1689**

11:47 a.m.   Redirect examination of Mr. Osborn by Mr. Kurtenbach.

12:02 p.m.   Recross examination of Mr. Osborn by Mr. Davidoff.

12:04 p.m.   Jury excused.

**12:06 p.m.   Court in recess.**
**1:25 p.m.    Court in session.**

Jury not present.

**Exhibit received:   P-1701**

Argument regarding Dr. Wise's testimony and exhibits.

**2:29 p.m.   Court in recess.**
**2:42 p.m.   Court in session.**

Jury not present.

Court instructs counsel to prepare a list of defendants' exhibits admitted to be used with Dr. Wise.

Jury present.

Defendants' witness, Kenneth Wise, sworn.

2:47 p.m.   Direct examination of Dr. Wise by Mr. Bernick.

Court accepts Dr. Wise as an expert.

**Exhibits received: DX-2032, DX-2033, DX-2037 (summary)**

3:48 p.m.   Voir dire by Mr. Davidoff.

3:56 p.m.   Continued direct examination of Dr. Wise by Mr. Bernick.

**Exhibit received:   DX-2085 (demonstrative), DX-2089 (summary)**

5:00 p.m.   Jury excused.

Argument by counsel.

**ORDERED:   Defendants' oral motion for mistrial is denied.**

**5:04 p.m.   Court in recess.**

Time in court - 6:13.   Trial continued.