# Exhibit A

8581

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

vs.

ROCKWELL INTERNATIONAL CORPORATION, and THE DOW CHEMICAL COMPANY,

    Defendants.

---

REPORTER'S TRANSCRIPT
Trial to Jury
Volume 69

---

    Proceedings before the HONORABLE JOHN L. KANE, JR., Senior Judge, United States District Court for the District of Colorado, commencing at 8:40 a.m., on the 4th day of January, 2006, in Courtroom A802, United States Courthouse, Denver, Colorado.

Proceeding Reported by Mechanical Stenography, Transcription
Produced via Computer by Kara Spitler, RMR, CRR,
901 19th Street, Denver, CO, 80294, (303) 623-3080

Frank Blaha - Direct                                8691

1        THE COURT:  They're not a real party in interest.
2        MR. DAVIDOFF:  Not in the Rule 17 sense.
3        THE COURT:  I understand that.  That's part of the
4   problem.  As I mentioned at the very beginning of this case,
5   the remedy is at the ballot box or someplace other than the
6   court.  I can't get into the fact of who has bankrolled this
7   case or what it's about.  I have to call these things as they
8   come up.  That's the only way in a case, particularly this
9   massive, that I can function as judge is to call them up.
10       So I realize that there's a lot of emotion involved in
11  this for counsel on both sides, but that stuff doesn't help me.
12  I need to know what's the objection, and I think it's probably
13  best now to recess until -- you need some time?
14       MS. ROSELLE:  Yes, as much as I can get.
15       MR. BERNICK:  I will be done in about three questions.
16       MS. ROSELLE:  Yes, let him finish.
17       THE COURT:  Okay.  All right.  We'll do that.
18       MR. DAVIDOFF:  Your Honor, why don't we finish, and I
19  can finish making my record.
20       MS. ROSELLE:  Give me as much time as you can.
21       THE COURT:  I will.  I'll give you some time.
22       After this, what will you have?
23       MR. BERNICK:  I don't have anything.  I don't want to
24  have an extended lunch hour.
25       THE COURT:  I need to have some time, myself.  There's