# Exhibit B

Technical Memorandum

Examination of Mass Balance Accounting
as a Means for Estimating Plutonium Releases

Paul Voillequé
MJP Risk Assessment, Inc.
Idaho Falls, Idaho

May 1995

### Introduction

Citizens interested in release estimates from the Rocky Flats facility have suggested that a mass balance approach should be used to estimate past releases. The idea is to compare the quantity of plutonium (Pu) brought onsite with the quantity of Pu leaving the site as a means of estimating past environmental releases of Pu from the facility.

The idea of using plutonium accountability data to assess the magnitudes of Rocky Flats releases was seriously considered at the start of Phase II. We had previously investigated accountability data at the Fernald facility in Ohio, which processed depleted, natural, and slightly enriched uranium (U). We found that there were large uncertainties in those data and that large quantities of uranium had been written off as unmeasured losses. However, it was thought that plutonium accountability data would prove to be more reliable because of the much higher value of the plutonium. Citizens have expressed this same idea: because plutonium was more valuable than gold, you would expect that those responsible would know where every last bit was.

The following sections describe the results of our investigation into Pu accounting at Rocky Flats, first for the major fires and then for routine operations. A summary of the results of the evaluation then follows.

### Accountability Data for 1957 and 1969 Fires

One of our first goals while searching through the classified records at Rocky Flats was to identify information on plutonium accountability for the September 1957 fire in Room 180 of Building 71 and the May 1969 fire in Buildings 776 and 777. The search was successful. Records of the Pu loss for the 1957 fire were found in monthly accountability reports between the time the fire and completion of the final cleanup of Room 180 several years later. An accounting of the pre- and post-fire inventories of Pu in Buildings 776 and 777 was also found in the classified records.

*Radiological Assessments Corporation*
"Setting the standard in environmental health"

DEFENDANT'S
EXHIBIT
DX-542

We requested the declassification of notes taken while reviewing the 1957 fire data and of documents containing accountability data for both events. Information regarding the plutonium accounting for the two fires was declassified and released by Secretary O'Leary in June 1994, together with information on plant inventory differences at Rocky Flats and elsewhere.

For the 1957 fire, overall accountability from before the fire to the completion of cleanup showed a decrease in book inventory of 6 kg of plutonium. Following the 1969 fire, more (104 kg) Pu was recovered that had been in the inventory prior to the fire. These results illustrate that there are difficulties associated with the use of accountability data to estimate releases. Just as the latter finding does not mean that there were no releases to the environment during the 1969 fire, the reported inventory difference for the 1957 fire does not imply that the 6 kg of Pu was released to the environment.

## Example of Accountability Data for Routine Operations

To further evaluate the utility of the mass balance approach, routine operation of a Pu processing facility was considered. The following example estimates plutonium mass balance data for such a facility.

The quantities received and shipped, the numbers of shipments, and the building inventory used in the discussion are not data from Rocky Flats but are speculative estimates of possible levels of activity for this discussion. Declassified information released by Secretary O'Leary (June 1994) show that the Savannah River Site produced about 1500 kg of Pu per year during the early 1960s. If Rocky Flats received that Pu and a comparable amount from a combination of weapon returns and Hanford production, then the annual receipts would be 3000 kg. This corresponds to an average of 250 kg per month, the rate used in this example.

Other quantities needed for the analysis are explicitly based upon published information for Rocky Flats. The estimated releases from the facility used in this example reflect the highest Building 71 releases that were measured during the 1960s. The release estimates and the uncertainties associated with those measurements are still being reviewed as part of Phase II, but are considered adequate for this example.

For the example, the amounts of Pu in waste shipped to the Burial Ground at the National Reactor Testing Station (names used at the time) in Idaho and the numbers of barrels of waste generated per month are representative of estimates reported at that time. The estimated size of the inventory difference (ID) is also consistent with data from Rocky Flats operations. Annual inventory differences of 100 kg were common during the early 1960s and comparable quantities were used in the example.

Details concerning assumptions and estimated quantities and the corresponding uncertainties in the main elements of the mass balance for the facility for an average month of operation are listed below.

Input: monthly receipts of 250 kg Pu in 10 shipments of metal or other form having an average Pu mass of 2500 g; the amount of Pu in each of these shipments could be weighed to within 0.1 gram.

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

Outputs: monthly shipments of 220 kg Pu in 11 packages having an average mass of 2000 g Pu; the mass of Pu in each of these shipments could be weighed to within 0.1 gram.

Measured losses consist of routine releases to the atmosphere and to Walnut Creek and shipments of solid wastes to Idaho.
  (a) measured release from the stack: a total of 600 µCi of $^{239/240}$Pu in a month. An estimated uncertainty range of 300–1200 µCi is assumed because of use of a single sampling point in the large exhaust duct. (Effluent monitoring data and the uncertainties associated with those measurements are still being reviewed as part of Phase II).
  (b) measured releases in liquid discharges to Walnut Creek: a monthly total of 500 µCi of $^{239/240}$Pu. An estimated uncertainty range of 250–1000 µCi was chosen to reflect use of gross alpha counting and no information on the mixture of U and Pu in the liquids discharged in the liquid waste stream, which also contained liquid from U processing in other buildings. (Effluent monitoring data and the uncertainties associated with those measurements are still being reviewed as part of Phase II).
  (c) estimate of amount of Pu in solid wastes shipped to Idaho: a monthly total of 2.5 kg in 300 barrels. The amount is more likely to be underestimated than overestimated because of difficulties in sampling discarded components and mixtures of solid materials. A preliminary uncertainty range of 1–9 kg is employed in the example. Current estimates of the Pu in buried waste in Idaho are about three times greater than original estimates.

Building Inventory: at the end of the month an inventory of the facility identifies 18 kg of Pu in components being fabricated and in identifiable scrap material. Although particular pieces can be weighed with the same precision identified above (±0.1 g), incomplete identification of scrap fines in process equipment leads to an estimated uncertainty in the inventory quantity of 0.1%.

The following table summarizes the estimated quantities with uncertainty estimates based upon the assumptions given above. The uncertainties in the receipts (R) and shipments (S) reflect the total uncertainty for the month; that is, the combined uncertainties for the individual shipments. The example releases to air (A) and water (W) have been converted to mass, as shown. Preliminary estimates of uncertainties in these quantities were discussed above; they will be refined later following further investigation. Estimates of uncertainties in the amount of Pu in shipments of solid wastes (SW) and in the monthly building inventory (BI) also correspond to the foregoing discussion.

Each of these elements of the mass balance is used in the calculation of inventory difference (ID) for the period. The equation used is

$$ID = R - S - (A + W + SW) - BI$$

The uncertainty range for the inventory difference reflects the uncertainty ranges for all the quantities used in the calculation.

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

### Example Mass Balance for Plutonium Processing Facility

| Mass balance element | Measured mass (kg) | Uncertainty in mass (kg) |
|---|---|---|
| Pu received by facility (R) | 250 | $\pm 3.2 \times 10^{-4}$ |
| Pu sent from facility (S) | 220 | $\pm 3.3 \times 10^{-4}$ |
| Pu in releases to air (A)[a] | $8.3 \times 10^{-6}$ | $0.42-1.7 \times 10^{-5}$ |
| Pu in releases to water (W)[a] | $6.9 \times 10^{-6}$ | $0.35-1.0 \times 10^{-5}$ |
| Pu in solid wastes (SW) | 2.5 | 1-9 |
| Building Pu inventory (BI) | 18 | $\pm 0.018$ |
| | Estimated (kg) | |
| Inventory difference (ID)[b] | 9.5 | 3-11 |

[a] Estimates (µCi) were converted using a specific activity of 0.072 µCi/µg.
[b] Computed using the equation: $ID = R - S - (A + W + SW) - BI$.

Some features of the tabulated estimates in the table deserve particular attention. First, the elements in the mass balance evaluation are not of commensurate magnitudes. The monthly receipts, shipments, and building inventory elements are much larger than the solid waste component and the latter is very much larger than the highest measured monthly releases of plutonium to air and water. The largest uncertainties in Pu mass are in those for the solid waste disposal and building inventory categories.

The first feature is notable because of a previous review of the utility of the material balance approach. In an independent review for the Environmental Protection Agency, as part of the Superfund Amendments and Reauthorization Act of 1986, the National Academy of Sciences (NAS) concluded that when there are major disparities in quantities processed and released, the engineering mass balance approach has no potential value in determining releases by difference (Tracking Toxic Substances at Industrial Facilities, National Academy Press, 1990). The results in the table illustrate numerically the NAS conclusion for the semi-hypothetical Rocky Flats facility.

Because the quantities received and shipped could be determined with great precision, the uncertainties in R and S are small, about one part in one million in the example. Even so, these uncertainties alone are 20-80 times larger than estimated amounts of Pu released to air and water. The range of the ratio was computed using the alternative release estimates listed in the column showing the uncertainty ranges of A and W. The comparison reflects uncertainty bounds on the highest monthly release estimates previously recorded. As noted, the measured effluent releases and their uncertainties are subjects that we are still reviewing and the computed ratios may be revised. Overall uncertainties in the input and output quantities depend on the numbers of incoming and outgoing shipments. Assuming different numbers of packages would affect the uncertainties in R and S somewhat, but they would remain substantially greater than the tabulated ranges of releases to air and water based on plant measurement data.

*Radiological Assessments Corporation*
*"Setting the standard in environmental health"*

Technical Memorandum  
Examination of Mass Balance Accounting as a Means for Estimating Pu Releases

Page 5

The estimated uncertainty in the month-end building inventory of Pu is less than 0.01% of the Pu processing rate assumed for this example. However, that uncertainty of ~0.02 kg also greatly exceeds the highest recorded monthly discharges in gaseous and liquid wastes.

Uncertainties in the amount of Pu in solid waste shipped offsite for burial are even larger and dominate the overall uncertainty of the inventory difference. These uncertainty estimates reflect the fact that for many years there was no reliable way to measure the amount of plutonium in waste shipments. Gamma ray surveys of the barrel exterior could detect the presence of elevated amounts of the contaminant $^{241}$Am, but interpretation of the measurement depended upon knowledge of the waste matrix. Smears surveys could measure levels of contamination on discarded equipment and other wastes, but were unable to detect material trapped in crevices. Even with contemporary equipment, measurements of Pu in solid wastes are difficult and uncertain.

### Summary

Although it was initially expected that a mass balance approach would be useful in the evaluation of releases from a plutonium facility, this review shows that it is not feasible to make quantitative estimates in this way. For routine operations, this conclusion is in agreement with a previous NAS report that assessed the same question for chemical processing facilities.

For early plutonium operations at Rocky Flats, (a) large uncertainties in solid waste measurements and (b) uncertainties in inventory estimates due to material held up in processing lines are both estimated to be much greater than measured effluent releases. Although the difference is smaller, uncertainties associated with measured receipts and shipments also appear to be substantially greater than the highest reported plant releases. Review of the effluent release data is continuing and the relative magnitudes of the quantities assumed in this evaluation may change.

*Radiological Assessments Corporation*  
"Setting the standard in environmental health"