**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 90-cv-00181-JLK**

**MERILYN COOK,** *et al.***,**

       **Plaintiffs,**

    v.

**ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,**

       **Defendants.**

**PLAINTIFFS' PROFFERS REGARDING
THE TESTIMONY OF REBUTTAL WITNESSES**

Plaintiffs hereby submit the attached proffers regarding the testimony of Judith Barton, R.N., Ph.D./Lauren Clark, R.N./Ph.D. (Exhibit A), Thomas Coyle (Exhibit B), Wayne Hunsperger (Exhibit C) and Niels Schonbeck, Ph.D. (Exhibit D), whom they anticipate calling as witnesses in their rebuttal case.

Plaintiffs reserve the right to offer additional rebuttal witnesses if testimony not yet adduced by defendants warrants such additions. Plaintiffs also reserve the right to name at least one additional rebuttal witness, whom they have not yet been able to contact, after speaking with that witness. Finally, plaintiffs reserve the right to offer exhibits during their rebuttal case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| January 6, 2006 | *s/ Jean M. Geoppinger* |

        Louise M. Roselle
        Jean M. Geoppinger
        WAITE, SCHNEIDER, BAYLESS
        & CHESLEY CO., L.P.A.
        1513 Fourth & Vine Tower
        One West Fourth Street
        Cincinnati, Ohio  45202
        (513) 621-0267

        Merrill G. Davidoff
        Peter Nordberg
        David F. Sorenson
        BERGER & MONTAGUE, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        (215) 875-3000

        Gary B. Blum
        Holly Shook
        SILVER & DEBOSKY, P.C.
        1801 York Street
        Denver, Colorado  80206
        (303) 399-3000

        *Attorneys for Plaintiffs*
        *and the Class*

CERTIFICATE OF SERVICE

     I hereby certify that, on January 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

        David M. Bernick
        KIRKLAND & ELLIS, LLP
        200 East Randolph Drive
        Chicago, Illinois  60601

        and

Joseph J. Bronesky
SHERMAN & HOWARD, LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202

*Attorneys for Defendants*

            */s/ Jean M. Geoppinger*
            _____
            Jean M. Geoppinger