**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DEFENDANTS' SURREPLY TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF M. LAURENTIUS MARAIS**

---

Plaintiffs' (and, for that matter Defendants') previous filings on this issue miss the dispositive point; namely, that Dr. Wecker is an expert in the use of statistics (who has been disclosed as such, who has submitted an expert report and who was deposed already as part of pretrial discovery), and that as such, pursuant the Court's rulings, he is permitted to rebut the testimonies of Plaintiffs' witnesses insofar as their testimony involved statistical methodology. (*See* 1/7/97 Hearing at 35–38; 58–59.)  Plaintiffs' witnesses—Dr. Flynn, Dr. Slovic, Dr. Clapp, Dr. Wing and Mr. Hunsperger—testified about the statistical import of various analyses they or others performed.  Defendants intend to call Dr. Wecker specifically to rebut such testimony. Thus, regardless of whether Dr. Marais' declaration is considered an expert report—regardless,

in fact, of whether Dr. Marais submitted a declaration at all—Dr. Wecker, as an expert rebuttal witness on statistical issues, should be permitted to rebut the testimony of Dr. Flynn, Dr. Slovic, Dr. Clapp, Dr. Wing and Mr. Hunsperger.

Nor should the fact that other Defendant witnesses may rebut other aspects of Plaintiffs' witnesses' testimony, ***from their perspective***, be any bar to Dr. Wecker offering rebuttal testimony related to his area of expertise.  Dr. Wecker provides an additional "perspective." 11/14/05 Trial Tr. 5291-92 (Court permits Dr. Cochran to testify to matters outside his report because he offered "a different perspective" based on different expertise; *see also* 9/13/05 Tr. at 7-8 (allowing different experts to discuss the same subject matter from different disciplines or perspectives so long as the testimony was not merely duplicative or cumulative)).  Defendants, hereby incorporate the arguments recently raised in Court on this issue.  (*See* 1/5/06 Trial Tr. at 8945–8969).

Dated:  January 6, 2005                                Respectfully submitted,

/s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

3

                Joseph J. Bronesky
                SHERMAN & HOWARD L.L.C.
                633 Seventeenth Street, Suite 3000
                Denver, Colorado 80202
                Phone:  303-297-2900
                Fax:     303-298-0940

                Attorneys for ROCKWELL
                INTERNATIONAL CORPORATION and
                THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                            /s/ Kari Knudsen_____
                                            Kari Knudsen (legal assistant)