**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' SUPPLEMENTAL PROFFER FOR
REBUTTAL WITNESS RANDALL BELL**
_____

Earlier today, plaintiffs inadvertently omitted, from Plaintiffs' Proffers Regarding the Testimony of Rebuttal Witnesses [Ct. Rec. 1941], a proffer for rebuttal witness Randall Bell.

Mr. Bell is a real estate appraiser and a principal in the firm Bell Anderson & Sanders LLC, of Laguna Beach, California. He specializes in real estate damage economics and is author of the textbook *Real Estate Damages* (1999). He served as a member of the Appraisal Institute's panel on professional standards for area-wide appraisals. He is knowledgeable about the prevailing standards and techniques for studies of area-wide impacts from environmental disamenities, and his testimony will be offered to rebut contentions by defendants that Mr. Hunsperger's work did not conform with prevalent appraisal standards and techniques.

Dated: January 6, 2006        s/ Peter Nordberg
                              Merrill G. Davidoff
                              Peter Nordberg
                              Berger & Montague, P.C.
                              1622 Locust Street
                              Philadelphia, PA 19103
                              (215) 875-3000

                              Attorneys for Plaintiffs
                              And the Class

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

      David M. Bernick, Esq.
      Kirkland & Ellis LLP
      200 East Randolph Drive
      Chicago, IL 60601

          and

      Joseph J. Bronesky, Esq.
      Sherman & Howard, LLC
      633 Seventeenth Street, Suite 3000
      Denver, CO 80202

      Attorneys for Defendants

                              s/ Peter Nordberg
                              Peter Nordberg