IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK

**MERILYN COOK, et al.,**

    Plaintiffs,

    v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' EXHIBITS
TO BE USED WITH RALPH d'ARGE**

Plaintiffs hereby assert the following objections to the exhibits that defendants say they propose to use with Dr. Ralph d'Arge. We group the objections by category:

**A.    Objections to Exhibits that go Beyond the Scope of Dr. d'Arge's Reports**

Plaintiffs recognize the Court's prior rulings regarding the scope of testimony, but we wish to register and preserve our objection to the following exhibits that exceed the scope of Dr. d'Arge's Rule 26 reports:

    DX 1506
    DX 1518
    DX 2012
    DX 2016
    DX 2146
    DX 2147
    DX 2155    (second bullet only and related material)
    DX 2163

B.     **Objections to Demonstratives as Overly Argumentative and/or Misleading**

DX 1525
DX 1525a
DX 2124
DX 2124a
DX 2130
DX 2130a
DX 2131          (Plaintiffs also object to the use of a blurry photograph of Mr. Hunsperger)
DX 2131a
DX 2135
DX 2136
DX 2137
DX 2138
DX 2138a
DX 2139
DX 2141
DX 2142
DX 2150
DX 2151
DX 2151a
DX 2152
DX 2152a
DX 2154
DX 2157
DX 2158
DX 2167
DX 2172
DX 2173a

C.     **Objections to Learned Treatises If Offered into Evidence:**

DX 578
DX 761
DX 4101        (This exhibit is also an excerpt and so is incomplete)
DX 4102

D.     **No Objection if Offered for Demonstrative Purposes**:[1]

DX 748        (no objection for substantive purposes as well)
DX 1284
DX 1285
DX 1508
DX 1511
DX 1512
DX 1513
DX 1514
DX 1515
DX 1516
DX 1517
DX 1530
DX 2122
DX 2123
DX 2123a
DX 2125
DX 2126
DX 2127
DX 2129
DX 2132
DX2133
DX 2134
DX 2140
DX 2144
DX 2148
DX 2148a
DX 2149
DX 2153
DX 2153a
DX 2156
DX 2156a
DX 2159       (foundation required)
DX 2168
DX 2169       (foundation required)
DX 2170

---

[1] Defendants must establish a foundation for all exhibits offered.  We have noted a few exhibits that appear to have particular foundation issues if offered through this witness.

DX 2171
DX 2173
DX 2239        (foundation required)

                                                        Respectfully submitted,


Dated: January 8, 2006                    /s   Jennifer MacNaughton
                                          Merrill G. Davidoff
                                          David F. Sorensen
                                          Jennifer MacNaughton
                                          BERGER & MONTAGUE, P.C.
                                          1622 Locust Street
                                          Philadelphia, PA 19103
                                          (215) 875-3000
                                          fax (215) 875-4604
                                          *jmacnaughton@bm.net*

                                          Louise Roselle
                                          WAITE SCHNEIDER BAYLESS &
                                          CHESLEY
                                          Central Trust Tower, Suite 1513
                                          Cincinnati, OH 45202
                                          (513) 621-0267

                                          Gary B. Blum
                                          Steven W. Kelly
                                          SILVER & DEBOSKEY, P.C.
                                          1801 York Street
                                          Denver, CO 80206
                                          (303) 399-3000

                                          *Attorneys for Plaintiffs*