# EXHIBIT 1

PROFFER OF TESTIMONY OF NURSE WHO PARTICIPATED IN ROCKY FLATS COMMUNITY NEEDS ASSESSMENT FINAL REPORT - EITHER JUDY BARTON, RN, PhD. OR LAUREN CLARK, RN, PhD.

Dr. Barton is a retired Associate Professor from the University of Colorado School of Nursing. Dr. Barton was a senior professor involved in guiding and supervising Nursing Doctorate Students in data collection, secondary data analysis and the community needs assessment, which findings are detailed in the "Rocky Flats Community Needs Assessment Final Report" ("Report") dated Fall 1996. Dr. Barton also co-authored and co-edited the Report.

Dr. Clark is a Professor at the University of Colorado School of Nursing. Dr. Clark guided and supervised Nursing Doctorate Students and personally participated in data collection for the "Rocky Flats Community Needs Assessment Final Report" ("Report") dated Fall 1996. Dr. Clark also co-authored and co-edited the Report.

Drs. Barton or Clark will rebut two types of testimony: (1) she will address the health risk testimony of Drs. Raabe, Frazier, and Till that there have been no effects from Rocky Flats; and (2) she will address the anticipated testimony of Dr. D'Arge where he criticized the methodology of the Flynn and Slovic survey. Drs. Barton or Clark will rebut this testimony by discussing their report prepared by the University of Colorado School of Nursing Report. Drs. Barton or Clark will give factual testimony based on her participation in the Report, including but not limited to the methodology, funding, data collection, and general and specific findings and conclusions contained in the Report. Drs. Barton or Clark will also testify about the face-to-face interviews conducted in the study dealing with public views on Rocky Flats and the health concerns from Rocky Flats that were raised in those interviews. Drs. Barton or Clark may also testify about other community reports performed by the University of Colorado over the past twenty-five years related to the Rocky Flats, including but not limited to a Broomfield Community Study dealing with Rocky Flats issues.

It may be necessary to subpoena these witnesses or get permission for them to testify from the University of Colorado.