# EXHIBIT 2

# SUPPLEMEMENTAL EXPERT REPORT REGARDING ENVIRONMENTAL RELEASES AT THE ROCKY FLATS PLANT

Prepared by:

John R. Frazier, Ph.D., CHP
Auxier & Associates, Inc.
9821 Cogdill Road, Suite 1
Knoxville, Tennessee  37932

Prepared for:

Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

August 6, 2004

## Air Sampling Locations at the Rocky Flats Plant

The results of air sampling and air monitoring at the RFP and in the surrounding environment were discussed extensively in the November 25, 1996 Expert Report. Those results and the statements and conclusions regarding the air sampling/monitoring data have not changed from the 1996 Expert Report. The appropriateness of the locations of environmental air samplers/monitors at and near the RFP has been addressed by others [ASI 1991; RMUCER 1992]. The conclusion of the reports that considered the appropriateness of the locations of the RFP environmental air samplers/monitors is that those monitors were in locations that would give representative measurements of airborne radioactive materials that could have originated from the RFP. I concur with the findings of those reports as they relate to the placement of environmental air samplers/monitors at the RFP.

## Plutonium in Offsite Soil

Concentrations of plutonium exceeding background concentrations have been measured in soil on some properties near the Rocky Flats Plant (RFP). The above-background concentrations of plutonium are reported to have originated from releases from the RFP. A detailed review of data pertaining to radionuclides in soil in the surrounding environment of the RFP was reported in "Final Report Evaluation of Environmental Data for Historical Public Exposures Studies on Rocky Flats Task 4: Evaluation of Environmental Data Revision 1" [Rope 1999].

The primary isotope of plutonium released from the RFP is plutonium-239 (Pu-239), with Pu-240 as a secondary isotope. Measurement of Pu-239 in soil includes the contribution of Pu-240 in the soil; results of laboratory analysis for Pu-239 in soil are thus reported as Pu-239/240. All concentrations of Pu-239/240 in soil on offsite properties as reported by the RAC study [Rope 1999] are much less than one (1) picocurie (pCi) per gram (g) [i.e., <1 pCi/g]. For comparison, the report indicates that background concentrations of Pu-239/240 in surface soil range from 0.008 pCi/g to 0.1 pCi/g [Rope 1999].

The chemical form of plutonium in soil is plutonium oxide ($PuO_2$) and it is present as extremely small particles [Rope 1999]. The physical size of one (1) pCi of $PuO_2$ is an invisible particle (microscopic) having an equivalent spherical diameter of approximately 1.4 microns (where a micron is one millionth of a meter). [For comparison, the diameter of a human hair is approximately 40 microns and the diameter of a human red blood cell is approximately 7 microns.] Soil that contains plutonium at less than 1 pCi/g would have a microscopic volume of $PuO_2$ per gram of soil (as the physical diameter of the $PuO_2$ at such low concentrations would be less than 1.4 microns).

Numerous studies have been performed to determine the distribution of plutonium in soil for all depths below the surface of the ground. Samples of soil from various depths were collected and analyzed by radiochemical methods in laboratories to determine the concentration of plutonium in each sample. Those studies are reviewed and summarized in the 1999 report by RAC. The RAC report concludes that plutonium concentrations are

highest within a few centimeters of the ground surface, decrease exponentially beneath the ground surface, and are generally indistinguishable from background concentrations at a depth of 15 centimeters in undisturbed soil. The report notes that 90 percent or more of the plutonium contamination is within the top 12 centimeters of soil in offsite areas investigated.

### Removal of Plutonium From Soil

Location and separation of the extremely small particles of plutonium from soil at low concentrations (less than a few pCi/g) is not technically practical. Soil screening instrumentation and methods lack the needed sensitivity at concentrations less than a few pCi/g. The only way that very low concentrations of plutonium (e.g., less than 1 pCi/g) in soil can be removed from land is to remove the soil that contains the plutonium.

If one were to attempt to remove greater than 90 percent of above-background plutonium from affected offsite properties in the vicinity of the RFP one would need to remove the top 12 centimeters (or more) of soil from those properties. Such removal would correspond to excavating, transporting, and disposing of over 600 cubic yards of soil per acre of land. As soil has a density of roughly one ton per cubic yard, removal of 12 centimeters of soil would equate to over 600 tons of soil per acre of land remediated. The process of excavating, transporting, and disposing of this soil would remove valuable surface soil, cause unnecessary damage to the local environment, present transportation risks to the public, and cost hundreds of thousands of dollars per acre. The result of such remediation would not produce any measurable or demonstrable benefits to the health of anyone on or near the remediated properties. In fact, the overall health risks to the public would be increased as a consequence of the large number of trucks that would be required to haul the excavated soil on public highways.