# EXHIBIT 3

# EXPERT REPORT

## Historical Public Exposures Studies on Rocky Flats

**August 6, 2004**

*Submitted to Kirkland and Ellis LLP*
*in support of Cook et al. v. Rockwell et al., U.S. District Court for the District of Colorado, No. 90-K-181*



"Setting the standard in environmental health"

**Risk Assessment Corporation**
417 Till Road, Neeses, SC 29107
Phone 803.534.4883  Fax 803.534.1995

# Executive Summary

In August 1999, the Health Advisory Panel overseeing the Colorado Department of Public Health and Environment's (CDPHE) Historical Public Exposures Studies on Rocky Flats released the findings of the most comprehensive study of historical releases of radionuclides and chemicals to the environment from the Rocky Flats Environmental Technology Site (RFETS), also known as the Rocky Flats Plant (RFP). Technical oversight for the studies was provided by a 12-member Health Advisory Panel appointed in 1990 by former Governor Roy Romer. This independent panel, made up of scientists, physicians, government officials, community members, local officials, and members of the public was charged with overseeing research that focused on past emissions from Rocky Flats. The panel conducted the studies in an open environment and with extensive public involvement.

The project began in July 1990 with the goal of determining the risks associated with releases of chemicals and radionuclides from Rocky Flats since it began operation in 1952. The studies focused on public, not worker, health issues and reached the following conclusions:

- People who lived near Rocky Flats between 1952 and 1970 were exposed to higher concentrations of plutonium than people who moved to the area later.
- People who were in the path of airborne plutonium releases from a fire on September 11–12, 1957, were subject to the highest risks of all the Rocky Flats Plant releases.
- People who were not in the path of the plume of the 1957 fire were subject to other plutonium releases from the plant, including the 903 Area, routine releases, and a fire in 1969.
- Other than those individuals who were exposed on the night of the 1957 fire, the highest exposure and resulting cancer risks were to people east and southeast of the plant.
- A person's location, lifestyle, and period of exposure were found to have greater effect on health risks than age or gender.
- Large amounts of the cleaning solvent carbon tetrachloride were likely released from the plant resulting in cancer risks comparable to risks from Rocky Flats plutonium releases.

The technical work was carried out in three phases. In Phase I, ChemRisk (a division of McLaren/Hart Environmental Engineering) conducted an extensive investigation of past operations and releases from the RFP. *Risk Assessment Corporation* (*RAC*) was awarded the contract to conduct Phase II of the study, which was an in-depth investigation of the potential doses and risks to the public from historical releases from Rocky Flats. *RAC* also conducted Phase III of the project, which included following up on several issues identified by the Health Advisory Panel that remained unresolved at the conclusion of Phase II.

This report summarizes the primary technical conclusions found in the study by *Risk Assessment Corporation*. The focus of the report is on plutonium, the primary radionuclide of importance released by Rocky Flats and the primary contributor to risk among radionuclides included in the analysis. A detailed listing of reports that discuss the findings of the study is included in the References section of this report. Copies of these reports are available publicly at several locations in the Rocky Flats and Denver area. Additionally, results of the project have been published in the open scientific literature and are also listed in the References section.

*Risk Assessment Corporation*
*"Setting the standard in environmental health"*

Dry, cool winters and warm summers characterize the climate. The site's sloping topography and its proximity to a major mountain range can create dramatic changes in temperature and rapidly changing weather conditions. Of particular importance are the strong westerly downslope winds that often occur in winter and early spring, sometimes exceeding 36 m s⁻¹ (~80 mph). This environmental factor is especially important because it affects resuspension of plutonium-contaminated soil from around the site.

Annual precipitation averages slightly more than 38 cm (15 in.), with more than 80% of the precipitation occurring between April and September. Surface drainage at the site occurs in a west-to-east pattern along several ephemeral streams. Historically, North Walnut Creek, South Walnut Creek, and Woman Creek drained from the main plant facilities area into the Great Western Reservoir and Standley Lake. Therefore, the transport of materials from the site through surface water pathways was of concern to the public and was evaluated in the study (Meyer and Till 1999).

# Approach to Risk Assessment

The process of estimating risks to people from radionuclides and chemicals released to the environment can best be described using the illustrative equation below (Till 1995).

Risk = (S • T • E •R)uvcp
where
S = source term (characterization of the quantity and type of material released)
T = environmental transport and fate of the material released
E = exposure factors (characteristics of individuals exposed that affect their intakes)

R = conversion of intakes to risk
u = uncertainty analysis
v = validation
c = communication of results
p = public participation.

Each of the terms of the equation listed above could be considered a discipline in itself, but the combination of these different areas of expertise provides estimates of risk for an exposed population. This equation also provides a guide for completing the risk assessment process in a credible way and was instrumental for carrying out the Rocky Flats project. The equation translates release estimates (S) into concentrations of radionuclides and chemicals in the environment over time based upon the movement of radionuclides in the environment around the RFP (T). These environmental concentrations form the basis of the risk estimates depending upon exposure conditions (E and R). Finally the estimates of risk consider uncertainties (u), validation (v), communication of the results (c), and public involvement (p) in the process. The discussion that follows addresses each of these areas in relation to the Rocky Flats Historical Public Exposures Studies.

4

## Source Term (S)

The source term characterizes the amount, type, and temporal duration of the materials released to the environment. In Phase II, *RAC* analyzed specific sources of plutonium, carbon tetrachloride, and several other materials of concern that have been released from Rocky Flats since site operations began.

## Plutonium

Plutonium releases to the atmosphere were divided into four types: routine operational releases, releases during major fires in 1957 and 1969, and releases from the 903 Area, an outdoor storage location for drums of waste oil. Releases from the 903 Area were further divided into discrete event releases and continuous releases. Each is described below.

### Routine Operations

Initially, Building 771, which became operational in 1953, housed essentially all of the plutonium operations. These included plutonium recovery and purification and plutonium component manufacturing. In 1958, many of the plutonium fabrication operations were moved from Building 771 to Building 776/777 when that building came online. The recovery operations stayed in Building 771 (Ripple et al. 1996a). Construction of Building 707, which was used for plutonium fabrication, was completed in 1972. Plutonium was released via the ventilation exhaust from these plant buildings as a result of normal routine operations at the RFP. Even though the ventilation exhaust systems included high-efficiency particulate (HEPA) filters designed to remove the bulk of the plutonium, measurements showed that some plutonium was continuously released to the environment. The total estimated release from routine operations is estimated to be 4.4 GBq or about 1.7 g between 1953 and 1989 (Table 1).

The amount of plutonium released from routine operations (including many minor fires and other off-normal conditions that did not warrant separate analysis during the study) was considerably less than from non-routine events (accidents that were considered separately and are addressed later in this paper). Voillequé (1999a) evaluated the effects of non-representative sampling of the plutonium concentration in the large exhaust ducts and of the self-absorption correction factor on the site-reported release estimates. By combining these results with the bias and uncertainty estimates for the routine effluent monitoring data reported earlier in the study (Ripple et al. 1996a), Voillequé (1999a) generated revised estimates of plutonium releases to the environment for routine operations. The Phase II release estimates are higher and reflect a broader range of uncertainty than those developed in Phase I. The greatest uncertainties are for the years before 1964 and reflect the correction for non-representative sampling. The estimates of releases during four decades, which reflect the distributions of the annual estimates, are shown in Table 1 (Voillequé 1999a).

Effluent was passed through HEPA filters before discharge to the atmosphere. The particle size most likely to penetrate air filtration systems is ~ 0.3 μm. However, when filter leakage occurred, larger particles that were more typical of the workplace aerosols would have been released. For this reason, routine operational releases were assumed to be characterized by a

plutonium aerosol with an activity median aerodynamic diameter (AMAD) of ~1 µm and a GSD of 2.5 (Voillequé 1999a).

**Table 1. Estimates of Rocky Flats Routine Plutonium Releases**

| Period | Median estimate (GBq)[a] | 5th–95th percentile values (GBq)[a] |
|---|---|---|
| 1953–1959 | 2.2 | 1.0–6.3 |
| 1960–1969 | 2.1 | 1.7–3.2 |
| 1970–1979 | 0.16 | 0.13–0.21 |
| 1980–1989 | 0.0028 | 0.024–0.33 |
| 1953–1989 | 4.4 | 3.2–8.9 |

[a] To convert to grams, divide by 2.7 GBq $g^{-1}$ (for example, 4.4 GBq = 1.7 g).

*RAC* also investigated the use of a mass balance approach for estimating the release of plutonium during Rocky Flats operations. The results of this analysis concluded a mass balance approach was not possible due to very large uncertainties involved with the plutonium inventories into and out of the plant. This analysis is documented in Meyer et al. 1999.

## 1957 Fire

A major fire occurred in Building 771 on September 11, 1957, that resulted in a significant release of plutonium to the atmosphere. A detailed analysis of the fire chronology established the probable sequence of events during the fire, described the progression of the fire through the filter systems, and provided input for the possible range of oxidation conditions to which plutonium metal was exposed during the fire (Voillequé 1999b). The timing of the release of plutonium from the fire was modeled beginning at 10 p.m. on the evening of September 11, 1957, and ending at 2 a.m. the following morning (September 12, 1957). The first 45 minutes of the fire were modeled in one-minute intervals to account for the rapidly changing conditions, and releases during this time were summed to give 15-minute totals. The remainder of the fire was modeled in 15-minute intervals, corresponding to the resolution of the available meteorological data.

The fire began in a glove box at about 10 p.m., as a result of spontaneous ignition of metallic plutonium casting residues. Subsequently, the Plexiglas glove boxes caught fire and burned, as did the rubber gloves attached to the glove boxes. At 10:39 p.m., there was an explosion in the ventilation system. The exhaust filter plenum consisted of a long concrete-block walled room into which the individual exhaust systems discharged. Exhaust air was passed through a structural steel framework that contained 620 flammable 61-cm square Chemical Warfare Service (CWS) filters. Four exhaust fans were connected to the filtered side of the plenum and discharged into a common exhaust duct leading to a concrete tunnel and the 44-m high stack for Building 771. Burning of some plenum filters was estimated to occur as early as 10:25 p.m., permitting the direct release of plutonium up the building stack. The firemen ultimately used water to extinguish the primary fire at 10:38 p.m.; however, the fire had already spread to the exhaust filter plenum system.

*RAC*'s analysis showed that the largest releases of plutonium occurred between 10:15 p.m. and 10:45 p.m. because of the rapid burn-through of the booster system filters and the main

plenum filters before water was applied to the plenum filter fire (Voillequé 1999b). The exhaust fans were placed on high speed at 10:25 p.m. and then stopped working at 10:40 p.m. when fire burned through the power cable. After 10:45 p.m., the main fire was out and releases were much lower. At 2 a.m., the fire was declared extinguished. By this time, water had been applied to the plenum fire for almost three hours. The sum of all plutonium releases after 2 a.m. was a small fraction of the total estimated release.

A number of factors and their uncertainties were taken into account in *RAC*'s analysis of the fire. The different sources of plutonium that could have contributed to atmospheric releases during the fire were identified. These included the plutonium present in the fire area; plutonium that had accumulated on the booster system filters, main plenum filters, glove box exhaust filters, and room air prefilters before the fire; and plutonium deposited in ductwork that may have been suspended during the fire. Estimates of the collection efficiencies of the various filtration systems were made and supported by historic measurements of activity in plant exhaust systems.

The median estimate of the total quantity of plutonium released was 290 g (780 GBq). The 5th and 95th percentiles of the distribution were 160 g (410 GBq) and 510 g (1300 GBq), respectively. The release estimates were sensitive to the amount of vigorous oxidation of plutonium assumed; there is considerable uncertainty that sufficiently high temperatures were achieved for this to occur. If vigorous oxidation did not occur in the manner assumed, the release estimate would be biased high.

The size of plutonium particles released during the fire is not known. It was assumed that all the activity released was respirable and could have ranged from submicron up to 10-μm AMAD. For this reason, particle size was treated as a distribution and handled stochastically in the transport calculations.

### 1969 Fire

A major fire also occurred on May 11, 1969. It began in a glove box in the North Foundry glove box line in Buildings 776/777. The fire started at about 2 p.m. when a pressed plutonium metal briquette, stored in an open can in the glove box, spontaneously ignited. At 2:27 p.m., the alarm was received at the fire station. Two minutes later, when the captain and three firemen arrived at the west-end of the building, there were flames about 4,550 cm above the glove box line. At this time, the firemen reported two loud noises and observed fireballs, presumably because of the rapidly burning gases. Based on his personal experience from the 1957 fire, the captain soon directed that water be used to fight the fire. The fire spread along the north foundry glove box line, but it was prevented from moving into the north machining glove boxes by a barrier. The fire then spread along the north-south conveyer glove box line. The fire was observed in that area at 2:50 p.m., at which time a loud noise was heard and firemen felt vibrations on the second floor of the building. Considerable damage was done to the building and its equipment. Between 3:20 p.m. and 4:10 p.m., smoke was observed issuing from the roof and exhaust vents. The roof was sprayed with water and watched until after 5 p.m. The fire was considered contained by 6:40 p.m., and extinguished by 8 p.m., at which time a fire watch was established. Several small fires recurred within the building during the night and the following morning (Voillequé et al. 1999c).

During the early stages of the fire, Booster System No. 2 in Building 776/777, which serviced the North Foundry line, became clogged. Air from this portion of the building was then

processed through Booster System No. 1. Releases from the booster systems were monitored until 4 p.m., at which time the stack samplers were disabled by power failure. It was reported that the first two of the four HEPA filter banks in Booster System No. 1 were breached and that the gaskets in the third and fourth filter banks had also failed. The main exhaust system samplers, which operated between May 9 and May 15, indicated that approximately 2.8 mg (0.0074 GBq) of plutonium was released via that exhaust. Measurements made following the fire of surface contamination on the roof indicated that most of the release was through Booster System No. 1 exhaust duct. These measurements were central to estimating the magnitude of releases during the fire, which was modeled from 2 p.m. to 8 p.m., May 11, 1969. The total release, which was primarily from Booster System No.1, was estimated to be in the range of 140 to 900 mg (0.37 to 2.2 GBq) of plutonium.

As with the 1957 fire, there were no measurements of the particle size of the plutonium released during the fire. Because the HEPA filters in the main filter plenum and booster systems were largely intact after the fire, it was assumed that most of the particles released were relatively small and, therefore, respirable. Significant deposition of larger particles on the roof and nearby ground surfaces was likely because the main discharge from the building was through a duct that turned downward toward the roof of the building.

### 903 Area

The 903 Area is located in the eastern part of the main production area of the RFP (see Figure 1). During the late 1950s and 1960s, it served as a waste storage area for barrels containing plutonium-contaminated cutting oil and degreasing agents, primarily carbon tetrachloride. More than 4,500 barrels were reported to have been stored at the 903 Area (Meyer et al. 1996).

Site personnel reported barrel corrosion and subsequent leakage onto the soil as early as 1962. By 1964, this had become a major issue, and fences were constructed to limit the spread of contamination by intruding wildlife. In 1967, efforts were made to remove the barrels from the 903 Area, repackage the contents, and ship the waste off site. Barrel removal was completed in June 1968. However, by late 1968, there was evidence that wind action had transported plutonium-contaminated soil beyond the 903 Area. In 1969, the area was paved with asphalt to prevent further transport of plutonium-contaminated soil away from the area. The first coat of asphalt was placed over the contaminated area in July 1969, although paving was not completed until November of that year. High wind events during January 1969 had already spread the contamination further, as did the surface grading and leveling operations that took place in March and April 1969 in preparation for paving. Various estimates of the mass of plutonium released to the soil from the leaking barrels ranged from 85 g (230 GBq) and 800 g (2200 GBq) (Meyer et al. 1996).

To estimate releases from the 903 Area for the risk calculations, atmospheric releases from the 903 Area were calculated for a six-year period, 1964 through 1969, and were divided into two types: discrete event releases and continuous releases. Discrete event releases occurred during short-term, high-wind events in 1968 and 1969 and were modeled as individual days. In contrast, continuous releases occurred during typical meteorological conditions from 1964 to 1969 and were calculated annually (Weber et al. 1999).

8

Air monitoring data from a sampler located east of the 903 Area in the path of soil particles suspended by wind storms were used to identify discrete event releases. The wind usually blows from west to east during such storms. A total of 24 discrete release event days were identified. Meteorological data for these 24 days were obtained from a portable meteorological station located about 10 km north of the RFP. Further investigation determined that six of the 24 days accounted for about 90% of the total releases (Weber et al. 1999). These six days were modeled as discrete events, and the remaining 18 days were included with the continuous plutonium releases.

The uncertainty estimates for the amount of plutonium released into the atmosphere from the 903 Area during the six-year period for discrete and continuous releases are summarized in Table 2 and Table 3. The estimates of releases from the 903 area take into account filter clogging and other problems with sampling methods. The median estimate for the total activity of plutonium released on particles <30-μm aerodynamic equivalent diameter (AED) was 110 GBq (43 g), and the 5th and 95th percentiles of the distribution were 52 GBq (19 g) and 560 GBq (210 g), respectively.

**Table 2. 903 Area Discrete Release Estimates for Plutonium Attached to <30-μm Aerodynamic Equivalent Diameter Soil Particles (Weber et al. 1999)**

| Release date | Distribution of estimated release quantity (GBq) | | |
|---|---|---|---|
| | 5th percentile | 50th percentile | 95th percentile |
| 5-Dec-68 | 0.36 | 1.9 | 9.3 |
| 6-Jan-69 | 1.3 | 6.7 | 32 |
| 7-Jan-69 | 6.7 | 33 | 160 |
| 30-Jan-69 | 3.6 | 20 | 89 |
| 19-Mar-69 | 0.44 | 2.0 | 10 |
| 7-Apr-69 | 2.8 | 14 | 70 |
| Total[a] | 44 | 104 | 520 |

[a] The distribution of total releases was determined by sampling from the distribution of each individual release event and summing. It is not the sum of the given percentile value.

**Table 3. 903 Area Continuous Release Estimates (1964–1969) for Plutonium Attached to <30-μm AED Soil Particles**

| Year | Distribution of estimated release quantity (GBq) | | |
|---|---|---|---|
| | 5th percentile | 50th percentile | 95th percentile |
| 1964 | 0.03 | 0.24 | 1.4 |
| 1965 | 0.035 | 0.48 | 3.7 |
| 1966 | 0.048 | 0.52 | 3.7 |
| 1967 | 0.11 | 0.96 | 5.9 |
| 1968 | 1.4 | 7.0 | 37 |
| 1969 | 0.81 | 4.1 | 20 |

## Summary of Plutonium Releases

Distributions of the total estimated plutonium release quantities to air for the four categories of release events evaluated in Phase II are shown in Table 4. The 1957 fire and 903 Area releases dominate the total estimated quantity of plutonium released from the site.

10

**Table 4. Plutonium Release Estimate Distributions by Event**

| Release Event | Distribution of estimated release quantity (GBq) | | |
|---|---|---|---|
| | 5th percentile | 50th percentile | 95th percentile |
| Routine operations 1953–1989 | 3.2 | 4.4 | 8.9 |
| 1957 fire | 410 | 780 | 1300 |
| 1969 fire | 0.05 | 1.4 | 2.3 |
| 903 Area | 52 | 110 | 560 |

## Carbon Tetrachloride

Large quantities of carbon tetrachloride (CCl4), a highly volatile solvent, were used at Rocky Flats to clean and degrease product components and equipment. During the years of highest use (1958–1970), it was estimated that between 36,000 and 180,000 kg (40 and 200 tons) of carbon tetrachloride were used annually at the RFP, as shown in Figure 2. Most of the carbon tetrachloride was assumed to evaporate during cleaning and degreasing operations and escape to the atmosphere through roof vents on Buildings 776/777 and Building 707 where operations of this type were performed (Rood et al. 2001). Because the information base for release estimates was quite variable, release estimates were made for three time periods and are summarized in Table 5. The estimates were based on inventory amounts, plutonium production, and solvent degreaser use during the different time periods (ChemRisk 1994a). In total, 1 million to 4.5 million kg of carbon tetrachloride was estimated to have been released from 1953–1989 (McGavran and Rood 1999). Uncertainty in the annual release of carbon tetrachloride was described by a uniform distribution between the lower- and upper-bound estimates.



**Figure 2.** Carbon tetrachloride release estimates for each year of the assessment period (1953–1989).

**Table 5. Carbon Tetrachloride Source Term Estimates**

| Time period | Estimated release in kg per year [a] |
|---|---|
| 1953–1957 | 4000–20,000 |
| 1958–1970 | 40,000–200,000 |
| 1971–1989 | 40,000–200,000 in 1970, decreasing linearly to 20,000–100,000 by 1989. |

[a] Lower- and upper-bound estimates

## Beryllium

Beryllium is a non-radioactive metal used in the production of nuclear weapons components. Beryllium manufacturing operations in Building 444 (see Figure 1) included casting (foundry), cutting, heat-treating, rolling, and machining. Details about these beryllium component operations and ventilation systems used to control beryllium emissions at the RFP have been described at length (ChemRisk 1992; McGavran et al. 1999). At Rocky Flats, beryllium dust was produced

12

during its machining and was released through vents and stacks at the plant. With the possible exception of effluent from one building in the early 1960s, all air discharged from RFP beryllium-processing facilities was filtered (ChemRisk 1994a). Between 1958 and 1989, beryllium was released to the air during routine operations and three accidental fires (1962, 1964, and 1978) at the RFP.

Beryllium was monitored in the plant air exhaust effluent from at least 1963. The sampling practices, sampling system design, sample line losses, calculations of flow rates, and exhaust volume and uncertainties determined previously for radioactive particles were applied to the beryllium sampling data (ChemRisk 1994a). Figure 3 summarizes the estimates for beryllium releases to air and shows that release estimates were less than 15 g y$^{-1}$ through the mid 1960s and then increased dramatically to more than 30 g y$^{-1}$ for 1965 to 1968. Releases were generally less than 10 g y$^{-1}$ after 1971. The median estimate for the total release from 1958 to 1989 was 324 g. Beryllium was also released during three fires that occurred in 1962, 1964, and 1978. Those releases were monitored by the stack sampling equipment and, therefore, were included in the annual release estimates.



**Figure 3**. Annual release estimates for beryllium as estimated by ChemRisk (1994a).

# Environmental Transport (T)

Elements of the environmental transport and exposure history are critical to understanding the dose and risk calculations that emerge from this modeling effort. Some of these elements are the types of events for which dose and risk were calculated, the model domain or geographical area of concern, the atmospheric transport calculations, the historical exposure scenarios, and the types of uncertainty associated with the calculations.

For the most part, the releases that emerged as important for exposure and risk calculations in this study were those that occurred over relatively short periods of time (less than a day or so),

referred to as discrete releases. This finding is consistent with previous investigations. For this study, there were three primary discrete releases of plutonium at the RFP: the 1957 fire in Building 771, the 1969 fire in Buildings 776/777, and releases from the 903 Area largely during high wind events that occurred on six days in 1968 and 1969.

Continuous releases occurred over the operational history of the facility. In particular, routine operational releases of plutonium from the Building 771 stack and from roof vents on Buildings 776/777 were important contributors to routine plutonium releases. The suspension of plutonium-contaminated soil from the 903 Area during typical meteorological conditions from 1964 to 1969 was also treated as a continuous release. Releases of non-radiological contaminants (particularly carbon tetrachloride and beryllium) were more or less continuous.

For discrete events, exposure was dependent on spatial location and timing. If an individual was not in the path of the contaminant plume at the time of the event, that individual was not exposed to the release. In contrast, for continuous events, exposure occurred throughout the model domain, and the magnitude of exposure was mainly a function of direction and distance from the plant.

### Model Domain and Computational Grid

A domain was developed within which contaminant concentrations, receptor exposures, and cancer risks were calculated. The model domain encompassed a 2,200-km$^2$ area that extended 28 km south, 12 km west, 22 km north, and 32 km east from the center of the RFP (see Figure 1). Most of the Denver metropolitan area and the city of Boulder are included in the domain. The domain was limited in its western extent because few individuals lived there and most of the contaminants traveled east and southeast of the plant. The number of computational grid nodes was 2,295 with a grid node spacing of 1,000 meters.

### Atmospheric Dispersion and Transport

Atmospheric transport modeling was performed using the RATCHET model (Ramsdell et al. 1994). The RATCHET model was selected based on the results of a model comparison study involving five models, and results of a site-specific tracer study conducted in 1991 (Rood et al. 1999). While no model consistently outperformed the others, estimated concentrations from RATCHET exhibited better correlation to observed values overall. In addition, RATCHET incorporates spatially varying meteorological and environmental parameters and modules that perform random sampling of the meteorological parameters, which permitted a Monte Carlo analysis of uncertainty.

Atmospheric transport simulations were performed differently for discrete and continuous events. For discrete events (Rood and Grogan 1999a, 1999b, 1999c), meteorological data for the specific days of the event were obtained. RATCHET was run using the Monte Carlo sampling features that sample from distributions of the basic transport parameters for each Monte Carlo trial.

Continuous events were modeled somewhat differently because meteorological data from the RFP for most of the assessment period were not available. Therefore, compilations of more recent meteorological data served as a surrogate for approximating past conditions. A five-year meteorological data set from 1989 to 1993 was used to estimate annual average plutonium

14

concentrations from routine operational releases and continuous 903 Area suspension releases (Rood et al. 1999; Rood and Grogan 1999a). This technique was also used to estimate annual average concentrations of beryllium and carbon tetrachloride (McGavran and Rood 1999; Rood et al. 2001).

Air concentrations from discrete and continuous releases were integrated over the relevant years of RFP operations at each computational node in the model domain. Next, the time-integrated concentration values were combined with scenario exposure information and risk coefficients to yield the incremental lifetime cancer incidence risk to hypothetical individuals in the model domain.

### *Environmental Transport: Plutonium*

For routine releases of plutonium, estimated annual concentrations of plutonium in air east of the RFP along Indiana Street (the location of highest concentration outside the buffer zone) are shown in Figure 4. These values can be compared to weapons testing fallout concentrations of 239,240Pu in air of 4.8 $\mu$Bq m$^{-3}$ in 1957 and 1.8 $\mu$Bq m$^{-3}$ in 1978 (Rope et al. 1999). The GSD of the estimated concentration of plutonium in air was typically around 2 to 2.4. A comprehensive analysis of the atmospheric dispersion and transport calculations for the routine releases is given in Rood (1999) together with the exposure and risk calculations.



**Figure 4.** Comparison of estimated annual average plutonium concentrations in ambient air with measurements east of the RFP on Indiana Street outside the current buffer zone.

*Note:* Lines labeled 5th, 50th, and 95th represent the 5th, 50th, and 95th percentiles of the distribution of estimated concentrations. Weapons testing fallout measured in Denver represents estimated $^{239,240}$Pu concentrations in air from nuclear weapons tests as reported in Rope et al. (1999). Measured concentrations at each of the samplers are corrected for this background contribution. The inverted triangles on the x-axis represent concentrations measured at the D-5 sampler (operated by the Colorado Department of Health) that were less than the background $^{239,240}$Pu concentrations measured in Denver.

Plutonium released during the 1957 fire was modeled as puffs that entered the atmosphere every 15 minutes from 10 p.m. September 11 until 2 a.m. September 12, 1957 (Rood and Grogan 1999b). The transport calculations were continued until 7 a.m. September 12, 1957, to allow all the released plutonium to disperse throughout the model domain. The computer code simulations performed using RATCHET covered a nine-hour period. Because the effluent release temperature was estimated to be near 400°C, there was significant plume rise, and maximum plutonium concentrations in ground-level air were estimated some distance southeast of the RFP, not adjacent to it. The concentration in air at ground-level (typically 1-meter height) represents the air concentration to which people would have been exposed.

At the time the fire started, the plume was transported in a westerly direction for a few kilometers. Around 10:45 p.m., the wind direction at the RFP shifted so that it blew out of the northwest and continued to blow from that direction until about 4 a.m., September 12. These winds transported the bulk of the airborne plutonium to Arvada and toward the Denver metropolitan area. Near southern Arvada, the air mass converged with air flowing from the southwest in the Platte River Valley, which resulted in a northeasterly plume trajectory. Figure 5 shows the median (50th percentile) estimated time-integrated plutonium concentrations in air near ground level.

The plutonium released during the 1969 fire was also modeled as puffs that entered the atmosphere every 15 minutes after 2 p.m. until 8 p.m. May 11, 1969 (Rood and Grogan 1999c). The transport calculations were continued until 5 a.m. the following morning to allow all the released plutonium to disperse throughout the model domain. The RATCHET simulations covered a 15-hour period.

The plume of contamination was initially transported west of the RFP by the prevailing easterly winds that occur during upslope conditions. This continued until about 10 p.m., when there was a change to downslope conditions and a reversal of the plume trajectory to the east. The largest releases are estimated to have occurred from about 3 p.m. to 6 p.m. The highest 15-hour plutonium concentrations in air (0.25 mBq m$^{-3}$ at the 95th percentile) were estimated at the west entrance of the RFP.

The six discrete release events from the 903 Area resulted in relatively narrow plumes of airborne contamination that extended in an easterly direction but with a more pronounced northeast-southwest elongation (Rood and Grogan 1999a). These high wind events were responsible for suspension of relatively large amounts of plutonium-contaminated soil.

In contrast to discrete events, the continuous releases from the 903 Area resulted in an east-southeast trending ellipsoidal plume that reflects the predominant wind direction that is from the west-northwest. Higher concentration isopleths near the source move mostly easterly; however, farther away from the source, they shift to the northeast. The northeast trend is believed to be due

16

to the influence of the Platte River Valley and the diurnal pattern of upslope-downslope conditions that characterize the general air movement on the Colorado Front Range. The estimated time-integrated concentration of plutonium attached to respirable soil particles in air (<15-μm AED) for all 903 Area releases (discrete and continuous) is shown in Figure 6.

For the 903 Area releases, three different particle-size fractions were considered for the risk calculations: <3-μm AED, 3-10-μm AED, and 10-15-μm AED. Particles >15-μm AED were not considered "respirable" because most do not penetrate beyond the bronchial region of the respiratory tract, and they are eliminated from the body either by direct expulsion (e.g., nose blowing) or via transfer to the gastrointestinal tract.

Rocky Flats Exposure Studies                                                                17



μBq-y per cubic meter: Contour interval: 2x

**Figure 5.** Estimated time-integrated plutonium concentration in air 1 meter above ground during the 1957 fire. The median (50th percentile) of the distribution of estimated air concentrations is shown.

18



County Line     Federal and State Routes     Interstate     Other Roads

μBq·y per cubic meter: Contour interval: 2x

**Figure 6.** Estimated time-integrated concentration of plutonium attached to respirable particles (<15-μm AED) for 903 Area releases (1964–1969). The median (50th percentile) of the distribution of estimated air concentrations is shown.

### Carbon Tetrachloride Transport

For carbon tetrachloride releases, inhalation is the primary pathway of interest for releases from Rocky Flats. Carbon tetrachloride does not bioconcentrate, and it is estimated (ChemRisk 1994b) that the dose from direct inhalation is at least 1,800 times higher than that from indirect exposure pathways that involve transfer from air through plants and animals before transfer to humans. No monitoring for carbon tetrachloride released to surface water or soil was conducted. Carbon tetrachloride rapidly volatilizes from soil and surface water and would have likely evaporated from creeks and reservoirs within days of its release. Therefore, concentrations in these media were expected to be inconsequential compared to concentrations in the ambient air.

Historical environmental monitoring data for CCl4 was very limited because of the high volatilization of this material in the environment. For 1988, the maximum estimated air concentration for carbon tetrachloride along Indiana Street was 0.19 $\mu$g m–3. Concentrations for 1988 ranged from 0.095 (5th percentile) to 3.2 $\mu$g m$^{-3}$ (95[th] percentile). This can be compared to typical background concentrations in rural areas of 1 $\mu$g m$^{-3}$. Air concentrations for earlier years (1957–1969) would most likely have been higher (see Figure 2).

### Beryllium Transport

Beryllium moved off site in the air and in creeks that flowed to reservoirs used as drinking water sources. Starting in 1980, beryllium was monitored in liquid effluents, but routine surface water monitoring showed less than the analytical detection limit of 0.05 mg of beryllium per liter of water. Historically, inhalation of beryllium has been a much greater human health concern than ingestion because less than 1% of ingested beryllium is absorbed through the gastrointestinal tract (EPA 1991) and beryllium is not known to bioaccumulate. Releases of beryllium to surface water were not evaluated because of a lack of effluent and environmental monitoring data to quantify the releases, insufficient evidence of accumulation in soils and sediments, and low solubility and gastrointestinal absorption. Therefore, inhalation was the exposure pathway of greatest concern for beryllium releases from the RFP and beryliium releases to air were evaluated. The median estimated concentrations for beryllium at the location of highest concentration outside the buffer zone (east of the plant along Indiana Street) ranged from 1.3 $\times$ 10$^{-6}$ ng m$^{-3}$ in 1986 to 7.3 $\times$ 10$^{-4}$ ng m$^{-3}$ in 1968, the year of highest release. These concentrations can be compared with an annual average natural background range of 0.03 to 0.3 ng m$^{-3}$ (median of 1 $\times$ 10$^{-1}$ ng m$^{-3}$) (Rope et al. 1999).

## Exposure Factors (E)

A key component of the Rocky Flats dose reconstruction work was estimating the health impacts to hypothetical, but representative, individuals in the model domain. The cancer risk to a person from exposure to the contaminants released depended upon a number of factors, such as where the person lived and worked, when and how long that person lived near the site, the age and gender of the person, and lifestyle. To consider the many factors that influence exposure, exposure scenarios were developed of hypothetical residents for whom representative risk estimates could be made, incorporating typical lifestyles, ages, genders, and times in the area. The scenarios provided a range of potential profiles, and included a laborer, an office worker, a homemaker, an infant-child, and a student. The infant-child scenario represented a single

individual who matured during the exposure period. Table 6 lists key features of the exposure scenarios used in the analysis.

The five exposure scenarios were organized according to occupational and non-occupational activities. Occupational activities included work, school, and extracurricular activities away from the home. Non-occupational activities included time spent at home doing chores, sleeping, and leisure activities. In these calculations, the person r was assumed to perform occupational and non-occupational activities at the same location. The age of the individual during which exposure occurred was also considered when calculating risk. In addition, the scenarios were location independent, which allowed the spatial-dependency of risk for each scenario within the model domain to be observed.

**Table 6. Exposure Scenario Descriptions**

| Exposure scenario | Gender | Year of birth | Year beginning exposure | Year ending exposure | Days per year exposed |
|---|---|---|---|---|---|
| Laborer | Male | 1934 | 1953 | 1989 | 365 |
| Homemaker | Female | 1934 | 1953 | 1989 | 350 |
| Office worker | Female | 1940 | 1965 | 1989 | 350 |
| Infant-child | Female | 1953 | 1953 | 1960 | 350 |
| Student | Male | 1957 | 1964 | 1974 | 350 |

## Risk Factors (R)

Combining the exposure scenarios with the time-integrated air concentration at the location of interest allowed the total contaminant intake via inhalation to be estimated. Plutonium dose and risk coefficients were developed specifically for this project (Grogan et al. 2001); the risk factors were used in calculations discussed here. Published EPA risk factors (also called slope factors) for chemicals were used to convert contaminant intake to estimates of incremental lifetime cancer incidence risk.

### *Plutonium*

The principal plutonium isotopes of concern at the RFP are 239Pu and 240Pu. Lung, liver, bone, and bone marrow were shown to be the principal organs of concern (Grogan et al. 2001), and the dose per unit activity inhaled varied for these four tissues. Furthermore, the dose per unit activity also varied depending on the particle size distribution of the inhaled plutonium aerosol. Three different particle size distributions (1, 5, and 10-μm AMAD and GSD of 2.5) were assumed to characterize plutonium releases from the RFP. Lifetime cancer incidence risk coefficients with uncertainties for plutonium inhalation were developed for lung, liver, bone, and bone marrow (leukemia) as part of the project (Grogan et al. 2001) using four independent sources of information:

1. Epidemiological studies of workers exposed to plutonium in Russia
2. The dose response relationship observed in the Japanese atomic bomb survivors exposed primarily to gamma (low-linear energy transfer) radiation combined with a relative biological

effectiveness factor to account for the difference in biological effectiveness of alpha radiation compared to gamma radiation

3. Human dose-response relationships determined for populations exposed to other alpha-emitting radionuclides (mainly radon, thorium, and radium)

4. The results of controlled experiments with animals exposed to plutonium and other alpha-emitting radionuclides, and extrapolated to humans.

The independent cancer risk coefficient distributions were combined to develop an overall cancer incidence risk coefficient distribution that accounted for both the uncertainties associated with the estimate and an assigned intrinsic merit of the approach. These analyses are described in detail in Grogan et al. 2001.

### Carbon Tetrachloride

Although acute and chronic inhalation exposure to carbon tetrachloride may cause toxic injury to the liver, kidney, and nervous system, liver cancer is the health effect expected to occur at lower exposure concentrations. The EPA (1998a) classifies carbon tetrachloride as a probable human carcinogen because it has been shown to cause liver cancer in several animal species; however, studies of workers exposed to high levels of carbon tetrachloride are inconclusive.

Liver cancer risk from carbon tetrachloride inhalation was calculated using cancer risk factors established by the EPA (Rood et al. 2001a). The EPA cancer risk factor represents the 95% upper confidence limit of the probability of a carcinogenic response per daily unit intake of a chemical over 70 years. Uncertainty in the risk factor was also accounted for in the analysis.

### Beryllium

Beryllium is classified as a B1 probable human carcinogen (EPA 1998b) because even though numerous studies have shown that beryllium compounds are carcinogenic in experimental animals by several routes of exposure (including inhalation), there has been debate as to whether beryllium causes cancer in humans. A number of epidemiological studies have reported an increased risk of lung cancer in beryllium workers, but deficiencies in the studies have not allowed an unequivocal conclusion to be reached.

Cancer risk factors established by the EPA were used for calculating lung cancer risk from beryllium inhalation. Uncertainty in the cancer risk factor values was accounted for based on the relative risk estimates from an occupational epidemiological study used by the EPA to determine the risk factors (McGavran et al. 1999). Beryllium can also cause a serious progressive granulomatous disease called chronic beryllium disease. Although the lung is primarily involved, it is a systemic disease, and granulomatous inflammation may involve other organs. No clear dose-response relationship or duration of exposure-response relationship has been established for chronic beryllium disease, which is interpreted as involving a delayed hypersensitivity that may be induced by very low exposures. The estimated beryllium air concentrations were compared to the EPA's established reference concentration (RfC) for beryllium of $2.0 \times 10^{-2}$ $\mu g$ $m^{-3}$ (EPA 1998b). The EPA defines the RfC as an estimate (with uncertainty spanning perhaps an order of magnitude) of a daily exposure to the human population (including sensitive subgroups) that is likely to be without appreciable risk of deleterious effects during a lifetime. The RfC was

established based on evidence of sensitization to beryllium that can be detected by measuring in vitro proliferative responses of lymphocytes to beryllium.

## Uncertainty (u)

Finally the estimates of cancer risk considered uncertainties to provide a level of confidence in the results. The uncertainty analysis for this project included evaluating both parameter and model uncertainties. Parameter uncertainties were evaluated using Monte Carlo simulation combined with simple random sampling to generate an empirical approximation of the probability distribution of the model output. Model uncertainty was determined through model validation, comparing estimated concentrations in environmental media (air, soil, vegetation, and lake sediment) to independent measurements of relevant environmental concentrations.

Parameter uncertainty in the air dispersion process was addressed differently for the discrete and continuous events. For the discrete events, uncertainty was represented by providing probability distributions of the basic transport parameters (wind speed, wind direction, mixing height, precipitation, and Monin-Obukhov scaling length). For the continuous events, uncertainty was represented using several multiplicative correction factors that accounted for uncertainty in the dispersion process, meteorology, deposition, and plume depletion. Source term and risk coefficient uncertainties were also included in both discrete and continuous release simulations.

Uncertainty in the plutonium risk coefficients, expressed as risk per unit activity intake for a given particle size distribution, accounted for dosimetric uncertainties as well as the uncertainties associated with the approaches used to derive risk per unit dose. Some of the uncertainty in the beryllium and carbon tetrachloride risk factors was addressed by using a distribution of risk factors in the risk analyses. For example, for carbon tetrachloride, *RAC* accounted for variation among cancer studies in rodents, metabolic conversions from animals to humans, body weight, and breathing rate variation. Other sources of uncertainty (e.g., uncertainty in assuming low-dose linearity, in extrapolating from high-dose animal studies to low-dose human exposures, and in variability in cancer response among animals and humans) could not be quantified and were not considered.

In summary, the components of parameter uncertainty that appear in the cancer risk estimates express uncertainty in the source terms, environmental transport, and risk coefficients. Such components of uncertainty are real in the sense they can be derived from measured quantities or inferred from historical records.

## Validation (v)

Validation compares the estimated results to measurement data that were collected over the years. In this study, models were used extensively to estimate the risks to people from releases of plutonium, carbon tetrachloride, and beryllium to the atmosphere from the RFP. The choice of models was based on the available data, the required resolution of the calculations, and uncertainty considerations. Throughout this project, every effort was made to validate the models to establish confidence in the estimated magnitudes and impacts of the contaminant releases (Rood et al. 2001). Peer review of the models and assumptions by established experts in the fields of application were used to address many of these aspects.

An important early step in the project was to compile potentially useful data for model validation (Rope et al. 1999). At the end of the study, these data were compared with estimates of concentrations in environmental media for validation purposes. Although it is rarely possible in risk assessment to completely validate the models and assumptions, it is always essential to use whatever data are available for validation to help provide confidence in the results. An important aspect of the validation process used in this study is that the environmental data sets applied in model validation exercises were independent of the data sets used to develop and calibrate the model.

The validation effort focused on plutonium because quality environmental measurement data were lacking for carbon tetrachloride and beryllium. Nevertheless, the validation results for plutonium transport in the environment provided some confidence that the transport of other contaminants was estimated reasonably well because the same models were used to estimate the atmospheric release and transport of carbon tetrachloride and beryllium as for routine releases of plutonium. While a wealth of historic environmental data was compiled for the project, the model used for the analysis provided estimates of plutonium concentrations in ambient air and soil. In general, model comparisons were limited to measurements in soil, ambient air, lake sediment, and vegetation.

The comparison between model predictions and measurements for plutonium in air provides a good example of this validation process (Rood et al. 2001). Comparisons with annual average ambient air measurements were performed for post-1970 data only because of the lack of quality data before 1970. Comparisons of air data tested the resuspension portion of the model because releases after 1970 were dominated by resuspension of contaminated soil east of the 903 Area rather than routine releases or discrete events. Estimated concentrations on site and at the new RFP boundary were generally within the range of measured values, except for a few years. The model underestimated concentrations at community locations in the late 1970s and early 1980s. However, many of these measurements were below the monitoring agency's minimum detectable concentrations (MDC), and some reported concentrations were less than atmospheric weapons testing fallout concentrations in Denver.

Four monitoring stations were selected for evaluating the annual average plutonium concentrations in air, and they include measurements made by the RFP contractor, Health and Safety Laboratory, and CDPHE. The four locations were (1) the original RFP boundary (about 2,300 m west of Indiana Street) where it intersected the east access road, (2) Indiana Street where it intersected the east access road (three air monitoring stations), (3) the city of Broomfield, and (4) Leyden (Rope et al. 1999). Annual contributions from fallout sources were estimated from the U.S. Public Health Service/Environmental Protection Agency monitoring of air in Denver and were subtracted from the annual average measured concentrations to yield net annual average plutonium concentrations in air resulting from RFP releases. The net plutonium concentrations were compared to model estimated concentrations from the RFP releases (see Figure 7).

Estimated concentrations during the 1970s are dominated by resuspension sources, with some perturbations during routine releases from buildings and stacks. The peaks observed in the estimated concentrations in 1974 and 1984 (most pronounced at the Leyden location) reflect routine releases from the Building 771 stack and Buildings 776/777 roof vents. The decrease in the estimated concentrations of plutonium in air from 1970 to 1980 is in response to the decrease in resuspension over time and, to a lesser extent, the weathering of plutonium from the 0–3-cm

24

soil layer. The 903 Area was paved in 1969, which reduced the amount of plutonium available for resuspension.

In general, the range of model estimates between the 5th and 95th percentiles of uncertainty, encompass the measured values until about 1976. After 1976, the model tends to underestimate air concentrations at all locations except Indiana Street. There is a noticeable increase in the measured concentrations during the years 1976 to 1982 at all stations except Indiana Street. The reason for this increase was not determined. During that same time frame, several of the annual average concentrations at Leyden and Broomfield were either less than Denver fallout or less than the monitoring agency's MDC. These measurements should be interpreted with caution because of the large uncertainty associated with them. After 1983, all annual average concentrations at the Leyden and Broomfield stations were less than the RFP contractor's MDC.



**Figure 7.** Comparison of estimated annual average plutonium concentrations in ambient air with measurements at four locations in the model domain.

*Note:* Lines labeled 5th, 50th, and 95th represent the 5th, 50th, and 95th percentiles of the distribution of estimated concentrations. Weapons testing fallout measured in Denver represents estimated [239,240]Pu concentrations in air from nuclear weapons tests as reported in Rope et al. (1999). Measured concentrations

at each of the four locations are corrected for this background contribution. The inverted triangles on the x-axis represent concentrations that were less than the background [239,240]Pu concentrations measured in Denver.

It is interesting to note that the measured concentrations at the original RFP boundary (about 2,300 m west of Indiana Street) between the years 1974–1979 (HASL 4) decrease with about the same slope as the estimated values (see Figure 7, upper left plot). This observation provides some validation of the time-dependent soil resuspension model used in this study. In 1980–1981, measured concentrations at HASL 4 increased substantially probably because of resuspension resulting from vehicular traffic.

## Communication of Results and Public Involvement (c and p)

One goal of risk communication is to document the results of a scientific study in a straightforward and technically accurate way so that people can understand them. To do this effectively, the public must be involved throughout the process for credibility and to consider their concerns and ideas (Till and Meyer 2001). Throughout the course of the project, extensive involvement and dialogue was maintained with the members of the public and other stakeholders. It was recognized early on that public concerns are very important for both the credibility of the research and for identifying issues perceived to be critical. As a result, a number of changes were made in the direction of the research to help respond to questions raised. Citizens were asked to participate on a special sampling committee authorized by the Health Advisory Panel. The results of these samples have been summarized in a report that is available in the public reading room.

Early in Phase II, a meeting was held with members of the public to identify and discuss their concerns about the project. Transcripts of the meeting were used to understand existing criticisms about the work. These issues were catalogued as part of the permanent project record so each item could be addressed as thoroughly as possible. As Phase II continued, the list of citizens' concerns was updated based on letters, written reports, electronic mailings, and questions at public meetings, and responses for them developed (Meyer et al. 1999). It was not possible to respond to every issue, but from 210 questions and issues that were raised, responses were developed for more than 200. The few that remain unresolved are issues that lie beyond the scope of the study or for which there was inadequate historical information. Meetings of the Health Advisory Panel were open to the public, and evening public meetings were also held to report progress. Transcripts of these meeting are available in the public reading room or from the Colorado Department of Public Health and Environment for anyone to review. During Phase II, public meetings were held on a wide variety of topics ranging from atmospheric transport to developing source terms for releases to the environment. These meetings and one-on-one conversations with interested members of the public were a primary means of communicating the technical work as it progressed and the findings. In addition to direct communication with people, newsletters, fact sheets, and layman summaries of technical reports were employed.

The Health Advisory Panel provided technical peer review to the work. In addition, the panel organized peer review by outside experts throughout the course of work. Comments from peer reviews and *RAC*'s responses to the comments are maintained in the project's records. *RAC* also published the results of the project in a number of open literature publications.

# Results

In this section, risk estimates are summarized for inhalation of plutonium, carbon tetrachloride, and beryllium released from the RFP from 1953 to 1989. Risks are presented for the individual described by the laborer scenario because in all cases, this scenario exhibited the highest risk. The laborer was exposed longer and had a higher breathing rate than any of the other exposure scenarios (see Table 6). Results are presented in terms of an uncertainty distribution represented by the 5th, 50th, and 95th percentiles. Uncertainty distributions were developed from 500 model realizations. While adding more realizations would result in greater confidence in the output distribution, the real question is what confidence exists in any given percentile of the overall distribution. Confidence intervals were defined for percentiles on the tails of the output distribution using a distribution-free approach developed in Hahn and Meeker (1991). Using ordered statistics, an interval is defined where the true value lies at a specified level of confidence. In this way, the confidence for any given percentile within the distribution could be defined. The tails of the distribution are of most interest, because values at the top and bottom of the distribution change most with the number of model realizations; central values are more stable. The ordered statistics for the 5th and 95th percentiles for 500 model realizations are 25 and 475, respectively. That is, if the output values for 500 realizations are sorted in ascending order, the 5th percentile represents the 25th highest value; the 95th percentile represents the 475th highest value. The 95% confidence interval around the 5th percentile in terms of the ordered statistics is 15 and 35. The 95% confidence interval around the 95th percentile in terms of the ordered statistics is 465 and 485. The range of values represented by these ordered statistics will vary depending on the distribution. Model estimated risks and air concentrations reported in this paper are expressed in terms of the 95% confidence interval around the 5th and 95th percentile values. That is, the 95th percentile (with 95% confidence) is given by the ordered statistic 485, and the 5th percentile (with 95% confidence) is given by the ordered statistic 15.

## Risks from Plutonium

The spatial distribution of the lifetime cancer incidence risk for the sum of the four main cancer sites (lung, liver, bone surface, bone marrow) for plutonium inhalation for the laborer scenario is shown in Figure 8. These sites account for ~97% of the total risk from plutonium inhalation (Grogan et al. 2001). The individual organ risks were highest for the lung, followed by the liver, bone surface, and bone marrow. The two risk isopleth maps in Figure 8 show the spatial distribution of the 5th and 95th percentile values of the output distributions. The area of highest risk at the 95th percentile level extended south of the RFP to the intersection of Colorado 58 and Interstate 70. Highest estimated incremental lifetime cancer incidence risks at the 95th percentile level were in the $10^{-4}$ range (1 chance in 10,000) of developing cancer from Rocky Flats plutonium releases during a lifetime. At the 5th percentile level, the highest cancer risk was in the $10^{-7}$ range (1 chance in 10 million) of developing cancer during a lifetime.



**Figure 8.** Lifetime cancer incidence risk from plutonium inhalation for the laborer scenario; 5th percentile (left plot) and 95th percentile (right plot). Risk values have been multiplied by $10^6$ so a value of 1.0 in the plot represents a risk of $1 \times 10^{-6}$ or 1 chance in 1 million of developing cancer.

To demonstrate the importance of location and time of exposure, plutonium cancer risk estimates were examined by the decade of exposure since plant operations began in 1953 at selected locations in the model domain for the laborer scenario, as shown in Figure 9The relative importance of each decade of exposure depended on the location within the model domain and the percentile level chosen. The highest risks at the 95th percentile were estimated from exposure during the years 1953–1959, provided the laborer was located in the path of the plume from the 1957 fire. The selected locations outside the plume from the 1957 fire were Denver, Boulder, Broomfield, Superior, and the RFP East Entrance. Highest cancer risk estimates at these and other locations outside the path of the plume from the 1957 fire were estimated from exposure during the 1960s primarily from 903 Area releases. In most cases, the 50th percentile and 5th percentile level followed this trend. One exception was the Coal Creek location (see Figure 9), which lies to the east of the RFP. The highest estimated risk at the 50th percentile level was from exposures in the 1960s; at the 95th percentile level, the highest risk was estimated from exposures in the 1950s. There is a large uncertainty in the estimated risk from exposure during the 1950s for the laborer located at Coal Creek. This uncertainty reflects the uncertainty in the 1957 fire plume path. While there is a low probability the plume traveled in that direction, the resulting risks are relatively high.

28



**Figure 9.** Lifetime cancer incidence risk from plutonium inhalation for the laborer scenario at selected locations in the model domain. Dots represent the 50th percentile value; horizontal bars represent the 5th and 95th percentile range. Cancer risks have been sorted by decade of exposure

Estimated cancer risks at the 95th percentile level are within the point of departure for acceptable risks established by the EPA of $10^{-6}$ to $10^{-4}$. However, a single grid node near the southwest corner of the RFP boundary had a 95th percentile cancer risk value of $1.1 \times 10^{-3}$. The spatial extent of this excursion above the EPA's acceptable risk range was limited to an area no greater than 1 km$^2$ that historically was uninhabited.

## Risks from Carbon Tetrachloride

The spatial distribution of lifetime cancer incidence risk for carbon tetrachloride inhalation as shown in Figure 10 is somewhat different from that of plutonium. The difference is attributed to the nature of carbon tetrachloride releases, which were assumed to vary only by annual release quantities in any particular year. There were also no known catastrophic releases of carbon tetrachloride during RFP operations. Consequently, dispersion patterns reflect annual average characteristics of the release quantities and meteorological conditions. For a laborer living near the RFP east entrance along Indiana Street, the 5th and 95th percentile risk values were $9.2 \times 10^{-7}$ and $2.5 \times 10^{-5}$, respectively. These risks were comparable to the risks from inhalation of Rocky Flats plutonium at the same location.



**Figure 10.** Lifetime cancer incidence risk from carbon tetrachloride inhalation for the laborer scenario; 5th percentile (left plot) and 95th percentile (right plot). Risk values have been multiplied by $10^6$ so a value of 1.0 in the plot represents a risk of $1 \times 10^{-6}$ or 1 chance in 1 million of developing cancer.

## Risks from Beryllium

The spatial distribution of lifetime cancer incidence risk for beryllium is similar to that of carbon tetrachloride. That is, dispersion patterns reflect annual average characteristics of the source term and the prevailing meteorological conditions. For a laborer living near the RFP east entrance along Indiana Street, the 5th and 95th percentile risk values were $7.5 \times 10^{-11}$ and $1.8 \times 10^{-9}$, respectively. These risks were substantially lower than those calculated for plutonium and carbon tetrachloride.

Although beryllium exposures for workers at the RFP have been of great concern and the attention to workers caused public concern about health effects from beryllium exposure off site, the results of this assessment estimated that the lung cancer risk from offsite exposure to Rocky Flats beryllium was negligible. However, great uncertainty is associated with estimating the risk for chronic beryllium disease in the offsite public. The maximum estimated annual average beryllium concentration in air in the entire model domain was calculated within the RFP industrial boundaries and ranged from $2.5 \times 10^{-6}$ to $6.8 \times 10^{-5}$ µg m$^{-3}$ (5th and 95th percentiles, respectively). These concentrations are over 300 times lower than the EPA's RfC of $2.0 \times 10^{-2}$ µg m$^{-3}$. The maximum annual average air concentration estimated along Indiana Street ranged from $9.4 \times 10^{-7}$ to $1.4 \times 10^{-5}$ µg m$^{-3}$ (5th and 95th percentiles respectively), concentrations over 1,400 times lower than the RfC. A hazard index calculated using these values would be well below 1; therefore, any cases of chronic beryllium disease are unlikely. However, because of the

complexity and apparent immunological nature of chronic beryllium disease, one cannot conclude that no cases of chronic beryllium disease occurred from offsite exposure.

All results from the study were published in a summary report written for the layperson (CDPHE 1999). Included in this summary are risks from other sources that help readers make comparisons between risks from Rocky Flats and those from other sources. These comparative risks were provided by the Health Advisory Panel and include risk from death in an automobile accident (1.2%), risk from death by falling at home (0.54%), pedestrian accidents (0.11%), and lightning (0.11%). Additionally, the summary report shows the risk of dying from any cancer in Colorado (21%), lung cancer (6%), and exposure to natural background (3%). Such comparisons are critical to helping people understand risk.

## Related studies that *RAC* has performed on Rocky Flats

As a result of public concern about the soil action levels established in 1996, the Radionuclide Soil Action Level Oversight Panel, a group of community members with considerable experience in Rocky Flats issues, was formed. In 1998, DOE provided funds for the Radionuclide Soil Action Level Oversight Panel to select a contractor to conduct an assessment of the interim RSALs and to independently calculate RSALs for the RFETS. *Risk Assessment Corporation* (*RAC*) was selected by the Radionuclide Soil Action Level Oversight Panel to carry out the study. The primary objective of the was to review radionuclide soil action levels (RSALs) adopted by the U.S. Department of Energy, the U.S. Environmental Protection Agency, and the Colorado Department of Health and Environment in 1996 for cleanup at the Rocky Flats Environmental Technology Site. Another objective was to recommend a technical method for independently deriving RSALs for the site. The reports summarizing the results of this work are have been reported in technical reports and the open literature (Killough et al., 2000; Till et al., 2000a; Till et al. 2000b; Till and Meyer 2001) as well as the project reports related to the RSALS work available on the Rocky Flats Citizens Advisory Board web site.

*RAC*'s methodology for determining RSALs applicable to the Rocky Flats site was based on several extensions of an earlier approach proposed by DOE/EPA/CDPHE that used the RESRAD computer program. The contract required that the work consider maximum annual dose limits of 15 and 85 mrem in any year over the next 1000 years. *RAC* adopted the 15 mrem per year limit for a technically based RSAL because it was more protective of the public. Although several computer codes were considered for use as the basis of RAC's analysis, the RESRAD code was adopted because it was the most practical choice and was required to be used in addition to any other code that may have been selected. *RAC* designed extensions to RESRAD to include (1) considering the heterogeneity of radionuclide concentrations in soil around the site, (2) quantifying uncertainty in predictions of dose, (3) considering additional exposure scenarios, and (4) treating the possible occurrence of a large grass fire. The exposure pathways considered were inhalation, soil and food ingestion, and external irradiation. In addition, groundwater use for both irrigation and drinking water was assumed for some scenarios.

The RSAL values include estimates of the uncertainties and are designed to ensure that the permitted annual dose limit for the targeted individual is exceeded only with low probability. For each scenario, curves were presented that representing the probability of exceeding the radiation dose limit as a function of $^{239+240}$Pu or uranium concentrations in the soil. Each probability level corresponds to a distinct concentration of $^{239+240}$Pu or uranium in soil.

*RAC* applied this methodology to the Rocky Flats data using the most restrictive exposure scenarios approved by the Rocky Flats Soil Action Level Oversight Panel and assuming a 10% probability that the 15 mrem per year dose limit will be exceeded (i.e. a 90% probability that the dose limit will not be exceeded). Using this approach, the technically derived RSAL for $^{239+240}$Pu in soil at Rocky Flats would be 35 pCi g$^{1}$. This calculation was corroborated by an alternate method calculation that also resulted in an RSAL at the 10% level of about 37 pCi g$^{-1}$, suggesting 35 pCi g$^{1}$ as a technically based RSAL for the Rocky Flats site. The results as presented are a reasonable indication of RSAL magnitudes based on purely scientific considerations if the prescribed dose is not to be exceeded.

Public involvement was particularly important in this study because of the impact the cleanup may have on the local communities surrounding the site. *RAC*, along with the Rocky Flats Soil Action Level Oversight Panel, were committed to ensuring that there was public involvement and interaction during the entire review process through open technical work sessions and general public meetings.

# Conclusions

This study is a comprehensive and detailed analysis of the exposure circumstances surrounding the Rocky Flats Plant since it began operating as a facility in 1952. The results of the Rocky Flats Historical Public Exposures Studies show that the primary risks posed to the public from operations at the Rocky Flats Plant were from plutonium and carbon tetrachloride. The most important pathway of exposure was inhalation of these materials. Other pathways, such as ingestion of food and water that contained plutonium or carbon tetrachloride and external exposure, were much less important. The major event contributing risk from plutonium exposure was the 1957 fire. This important finding differs from previous analyses of risk to the public near the site, in which it was determined that exposures and risks from plutonium released to the atmosphere from the 903 Area were the largest contributor to health risk to the public. Based on the estimated exposures and risks reported in these findings, further epidemiological studies of the exposed population do not appear to be justifiable or warranted.