# EXHIBIT 6

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF COLORADO

3    Case No. 90-K-181

4    MERILYN COOK, et al.,

5         Plaintiffs,

6    vs.

7    ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
     COMPANY,

8         Defendants.

9

10        DEPOSITION OF JOHN R. FRAZIER, Ph.D.
               December 5, 2005

11

12   APPEARANCES:

13   FOR THE PLAINTIFFS:        DAVID F. SORENSEN, ESQ.
                                Berger & Montague, P.C.
14                              1722 Locust Street
                                Philadelphia, PA   19103-6305
15
     FOR THE DEFENDANTS:        W. ALLEN WOOLLEY, ESQ.
16                              Kirkland & Ellis
                                717 Seventeenth Street
17                              13th Floor
                                Denver, CO   80202
18

19

20

21

22

23

24

25

1   claim of radionuclides.  The doses would have been from

2   the activation product cobalt 60 and the fission

3   product, cesium 137, and other potential activation and

4   fission products.

5          Q    And you testified about dose.  Anything

6   else?  Risk?

7          A    I compared the radiation doses to the

8   natural background doses and the medical doses that

9   Mr. Mull would have received in his lifetime based upon

10  the -- his age, his location, and the medical

11  procedures that he had undergone.

12         Q    And what happened in that case?  Who

13  won?

14         A    The worker's compensation board ruled in

15  favor of the defendant after about three or four years.

16         Q    So Mrs. Mull received nothing; is that

17  correct?

18         A    I don't know what she received.

19         Q    But her claim was -- well, you said that

20  the defendants won.

21              So you testified about dose.  You

22  compared the dose.  Did you make an explicit opinion

23  about risk?  Do you know what I'm saying when I say

24  that?  In other words, his risk of getting cancer was 1

25  in 400 million or something like that?  Do you

1   understand -- when I've been saying "risk," you

2   understand what --

3          A     The risk as I would have in my

4   profession is health risk.  I am familiar with risk

5   assessments.  I do risk assessments and risk

6   calculations and also, probabilities of causation for

7   particular illnesses.

8          Q     So, in this case, what did you do?

9          A     I don't recall that I calculated the

10  probability of causation, although I may have.  I don't

11  recall that.  I calculated the dose, more likely than

12  not, Mr. Mull received in the course of his

13  occupational exposure.  The opinions regarding the

14  likelihood in this case -- likelihood of that dose

15  causing his particular illness was given by a medical

16  doctor.

17         Q     Relying, at least in part, on your work;

18  correct?

19         A     Relying in large part on my dose

20  assessment.

21         Q     And the medical doctor's opinion was

22  what; do you recall?

23         A     I don't recall.

24         Q     Well, given that he was testifying on

25  behalf of the defendants, I take it it's fair to assume