# EXHIBIT 7

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF COLORADO

3    Case No. 90-K-181

4    MERILYN COOK, et al.,

5              Plaintiff,

6    vs.

7    ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL
     COMPANY,

8              Defendants.

9    _____

10   VIDEOTAPED DEPOSITION OF JOHN E. TILL, Ph.D.
                December 1, 2005

11   _____

12   APPEARANCES:

13   FOR THE PLAINTIFFS:          LOUISE ROSELLE, ESQ.
                                  Waite, Schneider, Bayless
14                                   & Chesley, LPA
                                  1513 Fourth and Vine Tower
15                                One West 4th Street
                                  Cincinnati, OH  45202
16                                     and
                                  DAVID F. SORENSEN, ESQ.
17                                Berger & Montague, P.C.
                                  1722 Locust Street
18                                Philadelphia, PA  19103-6305

19   FOR THE DEFENDANTS:          DOUGLAS M. POLAND, ESQ.
                                  Lafollette, Godfrey &
20                                   Kahn
                                  One East Main Street
21                                P.O. Box 2719
                                  Madison, WI  53701-2719
22
     ALSO PRESENT:                Helen Grogan, Ph.D.
23                                Kathleen R. Meyer, Ph.D.
                                  Timothy L. Ortmeier, CLVS
24

25

CARPENTER REPORTING, INC.
(303) 752-1200

1   Health -- disclosing that after they paid you

2   $5 million, now you were going to testify in a court of

3   law on behalf of Dow and Rockwell?

4                MR. POLAND:  Object to the form of the

5   question.

6          A    No.

7          Q    (BY MS. ROSELLE)  Did you think that

8   they didn't have an interest?

9          A    I don't know if they had an interest or

10  not.

11         Q    You had no obligations to notify them

12  that you knew of?

13         A    No.

14         Q    Okay.  I'd like to turn to your expert

15  report in this case.  Okay.  Can you identify that

16  Exhibit 2 is, in fact, a true and complete copy of your

17  report in this case?

18         A    Yes.

19         Q    Okay.  I did not see anywhere in your

20  report the cumulative cancer risks to a member of the

21  public who lived in the area from the time Rocky Flats

22  opened until the time Rocky Flats closed for all

23  releases from Rocky Flats.  Is it in your report

24  somewhere?

25         A    (Deponent reviewing exhibit.)

84

1              Okay.  So we need to be specific about

2    what we're talking about.  And you're asking me about

3    cumulative cancer risk at what location and at what

4    time?

5              Q      From an actually exposed person who was

6    there for the entire time.  I want to know, if you add

7    his beryllium -- well, that's not cancer.  If you add

8    his carbon tet exposure plus all his different decades

9    of exposure from plutonium, what is the total increased

10   risk of cancer to the maximally exposed person?

11             MR. POLAND:  Object to the form of the

12   question.  The only substance at issue in the

13   litigation and the trial is plutonium.  And so

14   questions pertaining to other substances are improper

15   questions and aren't in front of the Court.

16             MS. ROSELLE:  Are you going to instruct

17   the witness not to answer them in this deposition?

18             MR. POLAND:  I'm not saying that I'm

19   going to instruct the witness not to answer the

20   question.  I'm saying it's an improper question because

21   plutonium is the only -- is the only substance that is

22   at issue in the trial.

23             Q      (BY MS. ROSELLE)  You may answer my

24   question.

25             A      Well, there are a number of cancer risks

1    that we reported here in the first place.

2           Q    Go on.

3           A    You're talking about a cumulative risk

4    from carbon tet and plutonium, and I don't believe we

5    added those risks in anyplace, in any of the work that

6    we did.

7           Q    Well, can you give me, then, the

8    cumulative plutonium increased risk for a person who

9    was there from '53 to '89?  I can't find that, either.

10          A    Well, it would be -- let's see.  Well,

11   it is in our reports.  Whether it's in my expert report

12   or not, it is in our reports.  Okay?

13          Q    Tell me what report, and I'll show it to

14   you.

15          A    Let's take a look at the report on the

16   comprehensive risk assessment.

17          Q    Do you want -- are you talking about

18   Task 3, Final Report Assessing Risks of Exposure to

19   Plutonium?

20          A    I don't believe that's it.  No.  It's a

21   comprehensive assessment of risk from Rocky Flats.

22               MS. ROSELLE:  Have you got one called

23   that?

24               MR. SORENSEN:  I'm looking.

25          A    While you're looking for that, I'll look

1    through here for that figure, if you don't mind.

2            Q      (BY MS. ROSELLE)  I can tell you I -- I

3    haven't found it, but that doesn't mean anything.  We

4    have now a report called Final Report, Comprehensive

5    Assessment of Exposure and Lifetime Cancer Incidence

6    Risk.  It's Plaintiffs' Exhibit 1088.  If you'd rather

7    look at this, be my guest.

8            A      Well, the first reference in the expert

9    report is on page 26 where we talk about the highest

10   estimated incremental lifetime cancer incidence risk at

11   the 95th percentile or in the 10 to the minus 4

12   range.

13           Q      Okay.  But --

14           A      At the fifth percentile, the highest

15   cancer risk was in the 10 to the minus 7th range.

16           Q      Right.  But that --

17           A      On the second page --

18           Q      Wait.  Excuse me.  Doesn't -- isn't that

19   just a ten -- a decade risk?

20           A      No, ma'am.  And then if you want the

21   total risk, what you could do is look at Figure 9 --

22   and it takes a bit of mathematics, I guess -- and try

23   to find the area where the highest risk occurred.  You

24   can sum, if you want, for the different decades.

25                  For example, if you're looking at

Case No. 1:90-cv-00181-JLK   Document 1946-7   filed 01/09/06   USDC Colorado   pg 7 of 16

1    Leiden -- this is times 10 to the minus 6, it's a value

2    of about -- if you look at the median risk for the

3    range of 1953 to 1959, it's a value of about 2 times 10

4    to the minus 6.  And then you could add that to the

5    next decade, which is 10 -- 1960 to '69, which would be

6    about .2.  So you could go through a calculation like

7    this.  So that's another place you could get it.

8              You could also look at the graphic in

9    Figure 8.  It would be more difficult to discern

10   exactly where the maximum was looking -- by looking at

11   isopleths, of course; however, if you would like me to

12   look at this, I'll take a look at this, as well.

13         Q    Okay.  You're saying on page 26, the

14   sentence that says, "Highest estimated incremental

15   lifetime cancer incidence risks at the 95th

16   percentile level were in the 10 to the minus 1 range, 1

17   chance in 10,000."

18         A    Wait a minute.  I'm -- I'm not sure

19   where you are, Ms. Roselle.  Could you tell me where

20   you are again?

21         Q    I'm at page 26 of your report.

22         A    Okay.

23         Q    The sentence you pointed me to.

24         A    Okay.

25         Q    Okay.  And it's -- the sentence you

1    showed me was, "Highest estimated incremental lifetime

2    cancer incidence risks at the 95th percentile level

3    were in the 10 to the minus 4 range, 1 chance in

4    10,000, of developing cancer from Rocky Flats plutonium

5    releases during a lifetime."

6              And it's your testimony that that is a

7    cumulative risk for someone who was exposed every year

8    from 1953 through 1969?

9              MR. SORENSEN:   1989.

10             Q     (BY MS. ROSELLE)   1989.

11             A     No.   Not until I can check it in this

12   report here.

13             Q     Oh, okay.

14             A     Okay?

15             (Deponent reviewing document.)

16             There is a single value in this report

17   that points out that, however, for a single grid node

18   near the southwest corner of the Rocky Flats plant

19   boundary, there was a 95th percentile cancer risk

20   value of 1.1 times 10 to the minus 3 for the laborer

21   scenario.

22             And I believe that's the highest risk

23   value that we calculated at the 95th percentile.   And

24   I believe that's cumulative exposure for all releases.

25             Q     Okay.   Where do you see something that

1    says that that's cumulative exposure for all releases?

2              A     I don't see that.  It just says "highest

3    estimated incremental lifetime cancer incidence risk."

4    Perhaps I could have been more clear to say this is for

5    all cumulative releases.

6              Q     But it's your testimony that that is

7    for -- a person -- that was for every year, and that's

8    not the highest of these decade calculations?

9              A     I believe that's correct.

10             Q     And can you point me to anywhere in any

11   of the reports that verify that?

12             A     That verify --

13             Q     That that's correct.

14             A     That this is the cumulative risk -- is

15   that what you're asking --

16             Q     Uh-huh.

17             A     -- or that the number is correct?

18             Q     The cumulative risk.

19             A     Well, let me look through this

20   comprehensive assessment report and see if it's -- it

21   appears at another place in the back and see if that's

22   any more clear.

23                   (Deponent reviewing document.)

24             I don't see it explicitly.  It's

25   implicit in the description that we're giving because

1   in this particular report on the comprehensive risk

2   assessment, we talk about certain contributions being

3   greater from the 903 area than -- and so forth, but I

4   mean, it's definitely the cumulative risk for the

5   releases, and there may be some other reports that we

6   have that say that more explicitly, that it's

7   cumulative, but it's inherent.  And when I talk about

8   the highest estimated incremental lifetime cancer risk

9   at the 95th percentile, I mean, that's -- that's

10  highest.  Okay?

11          Q    Right.  But that could be --

12          A    Also --

13          Q    -- highest because for -- of any of the

14  ones you calculated for any given decade.  Because --

15              MR. POLAND:  Object to the form.

16          Q    (BY MS. ROSELLE)  -- when I go to the

17  next page and I look at that -- or the page with the

18  chart, there are some that go up that high.

19          A    I'm sorry.  But -- Ms. Roselle, when you

20  take the highest value, then, on a logarithmic scale

21  and you add the next value down and the next value

22  down, you're not going to be adding much to the top

23  number.

24          Q    But if you look at page 28, okay --

25          A    And again, could I ask you --

1        Q    -- of your report?

2        A    -- which document we're --

3        Q    Of your report.

4        A    Which report?

5        Q    Your expert report.

6        A    Okay.

7        Q    Okay.  And if you look at the Y axis, it

8 says incremental lifetime cancer incidence risk at 10

9 to the minus 6th.  But then when you look at it, it's

10 per decade.

11        A    Well, the way it's presented in this

12 graphic, it is per decade, yes.  It's presented in this

13 graphic broken down by decades, just so that it would

14 give people an idea of what the risk would be to them

15 from the various scenarios by decade.

16        Q    Okay.  And --

17        A    But the --

18        Q    If you look at the 1953 to '59 Leiden,

19 that's where you get that -- that one times 10 to the

20 minus 4.  So that person got that -- that risk in

21 the -- the period of '53 to '59.

22        MR. POLAND:  Object to the form of the

23 question.

24        Q   (BY MS. ROSELLE)  That's not a

25 cumulative thing.

1        A    For that particular bar, that's not

2    cumulative.  That is for that decade.  And if you want

3    the cumulative, you would -- you really can't add the

4    bars together, but it would be an approximation to take

5    the 95th percentile of each bar for each decade.

6        Q    Okay.  But when I go back to page 26 and

7    look at the same sentence we've been looking at, all

8    right, and it uses the same language as the Y axis

9    chart, and it's got the same number, why would I assume

10   that that includes every decade and that's just not

11   this '53 to '59?

12       A    You see on page 26 --

13       Q    Yes.

14       A    -- the sentence, "Highest estimated

15   incremental lifetime cancer incidence risk" --

16       Q    Right.

17       A    -- "at the 95th percentile level were

18   in the range" --

19       Q    Right.

20       A    10 to the minus 4 range.

21       Q    And then you go to page 28 and you look

22   at the Y axis, and those are the words and that's the

23   number.

24            MR. POLAND:  Objection.  You're

25   mischaracterizing the document and his testimony.

93

1    Q    (BY MS. ROSELLE)  In fact, if anything,

2  it looks like it's a little higher than 10 to the minus

3  4 at the Leiden location from '53 to '59.

4    A    Well, looking at that graphic, that's

5  possible, but this sentence says that it was in the

6  range of 10 to the minus 4, and that's also not

7  explicitly pointing out the Leiden area.  This sentence

8  was made -- was referring in general to lifetime cancer

9  incidence risk.

10    (Helen Grogan enters the conference

11  room.)

12    Q    (BY MS. ROSELLE)  Okay.  Let's go to

13  Leiden.  Let's do it a different way.  Let's go to page

14  28 to Leiden.  You add up for me and tell me the total

15  incremental lifetime cancer incidence risk for the

16  maximally exposed person at that location from '53 to

17  '89.  Because, as I read this, I've got one that's 10

18  to the minus 4, I have one that's 10 to the minus 5, I

19  have another one that's 10 to the minus 6, and then I

20  have one that's 10 to the minus 8th.  Right?

21    A    Yes.

22    Q    Okay.  So how -- what's that add up to?

23    A    It's about 10 to the minus 4.

24    Q    Well, no, because one was 10 to the

25  minus 4 and one was 10 to the minus --

94

1        A        If you take 10 to the minus 4, which is

2    one times 10 to the minus 4 and you add one times 10 to

3    the minus 5, now you're at 1.1.

4        Q        Okay.

5        A        If you add one to 10 times minus 6, now

6    you're at 1.11.

7        Q        Yeah.

8        A        That's about 10 to the minus 4.

9        Q        Oh, I see.  So the fact that it's now

10   1.11, that's still, you think, 1 chance in 10,000?

11       A        Correct.

12               MR. POLAND:  Louise, when you're at a

13   convenient breaking point, I'd like to break for a

14   short lunch.

15               MS. ROSELLE:  Sure.  That's fine.

16               MR. POLAND:  Do it now?

17               MR. SORENSEN:  Do you want to do it now?

18               MS. ROSELLE:  Yeah.

19               THE VIDEO OPERATOR:  We are going off

20   the record at 1:49.

21               (There was a luncheon recess taken from

22   1:49 p.m. to 2:29 p.m.)

23               THE VIDEO OPERATOR:  We are back on the

24   record at 2:29.

25       Q        (BY MS. ROSELLE)  Dr. Till, did RAC

1  author this book called Summary of Findings, Historic

2  Public Exposure Studies on Rocky Flats?

3          A    May I see that?

4          Q    (Tenders document.)

5          A    The book was published by the Colorado

6  Department of Public Health and Environment, and the

7  Health Advisory Panel actually put this on -- put this

8  together using the findings of -- of the study.

9          Q    RAC didn't author any of it?

10         A    Did we author it?

11         Q    Yes.

12         A    No.  I don't believe we did.  We may

13  have reviewed it.  I mean, it was based on work that we

14  did, but that was assembled by the Health Advisory

15  Panel.

16         Q    Okay.  And where did this logo on the

17  front of it come from?

18         A    I'm sorry.  I'm sorry.  I don't know.

19         Q    Because it also appears on a number of

20  other items.  But that's not something that RAC has

21  used, that logo for Rocky Flats?

22         A    No.  You see, the study was -- we were

23  working for the Health Advisory Panel, who directed

24  this study or advised this study.  And it was the

25  Health Advisory Panel and the Colorado Department of

221

1          A      Could you show me, Ms. Roselle, where

2     you're looking at, please.

3          Q      Sure.  On page 31, for example.

4          A      Page 31.  I'm sorry.

5          Q      On the one, two, three, four -- sixth

6     line, 35 picocuries gram and then there's a minus 1

7     superscript.

8          A      That's scientific notation for per gram.

9     In other words, that's 35 picocuries per gram, or 35

10    per gram.  However you want to call it.  That's

11    scientific notation.

12         Q      And this 35 picocuries per gram, what

13    depth was this standard supposed to be for?

14         A      Well, I don't believe that we were given

15    any -- we weren't prescribed a depth.  I believe that

16    we made our calculation for a depth of 15 inches or

17    thereabout.  I'm not sure.

18         Q      Did you, as part of your study, look at

19    how deep the plume contamination at Rocky Flats was?

20         A      That's something that was certainly

21    discussed with the panel.  But the fact is, when you

22    are trying to derive a level for cleanup, the

23    contribution to dose from -- to individuals, the

24    contribution to dose would come from any plutonium near

25    the surface of the soil, because the pathways that