# EXHIBIT 8



1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2                  Judge John L. Kane, Jr.
      ------------------------------------------------------------
3
      Civil Action No. 90-K-181
4
      MERILYN COOK, et al.,
5
                   PLAINTIFFS,
6
               -vs-
7
      ROCKWELL INTERNATIONAL CORPORATION,
8     et al.,

9                  DEFENDANTS.
      ------------------------------------------------------------
10

11                  THE DEPOSITION OF

12                OTTO RAABE, Ph.D.

13                  APRIL 8, 1997

14

15

16

17

18

19

20

21

22

23
                   JUDITH E. BROWNING, RMR
24                 3021 Grand Fields Lane
                 Memphis, Tennessee 38119
25                  (901) 753-1208

OTTO RAABE, Ph.D.   4-8-97

1    Q.   (BY MR. BERGER)   Well, related to radionuclides.

2    A.   Well, radionuclides, that's -- I have to go back to my

3         publication list.

4    Q.   Well, rather than do that, let me just rephrase.  Let me

5         just actually move on a little bit.

6              Now, you've testified previously that

7         inhalation toxicology involves deposition of airborne

8         material in the respiratory tract of humans and animals;

9         is that correct?

10             MR. KURTENBACH:   Form, foundation.

11             THE WITNESS:   That's part of it, yeah, only an

12        aspect.

13   Q.   (BY MR. BERGER)   What other parts are involved in

14        inhalation toxicology?

15   A.   Well, besides the deposition, the next step is to be

16        concerned with the clearance, the biokinetics of

17        retention, the transfer of materials to different organs

18        of the body, and the dose response relationships that

19        occur in those various organs.  In addition, of course,

20        inhalation toxicology concerns itself with excretion of

21        materials and the overall fate of materials that are

22        inhaled.   In addition, it concerns evaluation of the

23        potential hazardous levels and establishment of

24        standards for airborne materials.

25   Q.   Now, do you specialize in both radioactive and

JUDITH E. BROWNING, RMR
(901) 753-1208

15

OTTO RAABE, Ph.D.  4-8-97

1        nonradioactive inhalation toxicology?

2   A.   Oh, yes, I have.

3   Q.   What nonradioactive materials have you studied?

4   A.   What nonradioactive materials?

5   Q.   Yes.

6   A.   Well, coal fly ash.  That was one of my big areas of

7        work for a few years, looking at inhalation of coal

8        fly ash, but go through my publication list.  There's a

9        lot of --

10  Q.   I --

11  A.   -- nonradioactive materials in the list.

12  Q.   I would prefer just from your recollection without

13       looking at the list.

14  A.   I've got several hundred --

15            MR. KURTENBACH:  Form and foundation.

16            THE WITNESS:  -- publications.  It's easier for

17       me to recollect if I look back at my publications.  In

18       publication number 42 I generated aerosols of zinc

19       oxide.  This was a study of the effects of inhalation of

20       zinc and dietary zinc.  And I was responsible for in

21       that study the methods for developing the zinc oxide

22       aerosols, their generation, their characterization and

23       their behavior.

24            In number 43 I studied aerosols of chromate.

25       That turned out to be a prize winning study.  Actually,

OTTO RAABE, Ph.D.  4-8-97

1      there that described the standards for radionuclides

2      that had risk assessment aspects.

3   Q.  (BY MR. BERGER)  Have you performed any risk assessments

4      yourself in connection with your scientific research?

5   A.  Yes.

6   Q.  Could you identify the risk assessments that you're

7      referring to?

8   A.  Well, utilizing, for example, utilizing data that has

9      been collected with experimental animals, I have

10      developed models that scale to predict the risk to

11      people from the inhalation, ingestion of radionuclides,

12      and so I -- the type of risk assessments I've done have

13      been through models based on animal data.  Most of my

14      research with radionuclides has been in precise studies

15      with animals, and a very important aspect of these

16      studies is to be able to take those data and make

17      predictions of risk for people.  And most of my papers

18      that have reviewed those animal data have some aspect

19      related to prediction of risk in people.  Risk

20      assessment has a very broad connotation of course and

21      other areas may be involved, but that's the area that I

22      have been working in.

23   Q.  Let me ask this:  How would you define uncertainty in

24      risk assessment?

25              MR. KURTENBACH:   Form, foundation.

OTTO RAABE, Ph.D.  4-8-97

1            THE WITNESS:  Well, any estimate that may be

2    made quantitatively of a risk would have certain

3    uncertainty.  In fact, any measurement that's made would

4    have a certain uncertainty in that we know that that

5    specific value is not going to be exactly correct, but

6    there may be small variations in the true value around

7    that value.  So uncertainty could relate to areas of

8    measurement.  It could relate to statistical

9    variability.  There are various factors, but any value

10   that's measured or predicted is an expected value, but

11   not necessarily exactly correct.

12   Q.   (BY MR. BERGER)  As I understand it from your second

13        report you have definite views on quantifying

14        uncertainty in risk assessment; is that correct?

15   A.   Definite views?

16            MR. KURTENBACH:  Form.

17            THE WITNESS:  I'm not sure I know what you're

18   referring to.

19   Q.   (BY MR. BERGER)  Is it true that you believe that you

20        can quantify uncertainty only when you have sufficient

21        data and that that data should be statistically fit to a

22        frequency distribution?

23   A.   That's one way.

24            MR. KURTENBACH:  Form.

25            THE WITNESS:  That's one way.  You have to have

JUDITH E. BROWNING, RMR
(901) 753-1208

OTTO RAABE, Ph.D.  4-8-97

1    it's not even clear sometimes whether he knows the

2    difference between deposition and retention because of

3    what he writes in these things.

4   Q.   (BY MR. BERGER)  But right now you can't distinguish

5        between what he said in his Hanford report and what he

6        may have said in his Rocky Flats report; is that right?

7             MR. KURTENBACH:  Form, foundation.

8             THE WITNESS:  The Rocky -- I think the Rocky

9        Flats report, much of the emphasis is on coming up with

10       a risk factor based on the atomic bomb survivor data.

11       If you have a copy of it, I could probably recall much

12       more easily.  I haven't read it since December.  I

13       recall one of the major things he was doing was trying

14       to come up with some sort of a lung cancer risk factor

15       using the atomic bomb survivor data.  He also used

16       some -- I think he tried -- he used some of the animal

17       data, too, in some of this.  I think he tried to come up

18       with risk factor using some of the Utah data.

19  Q.   (BY MR. BERGER)  So the criticisms of Doctor Radford's

20       report which you have involve his lung dose coefficient?

21  A.   Yes.

22  Q.   And his attempts to establish risks for plutonium

23       exposure based on A bomb survivor data and animal data;

24       is that right?

25  A.   Yes.

JUDITH E. BROWNING, RMR
(901) 753-1208

113

OTTO RAABE, Ph.D.   4-8-97

1   Q.   Anything else?

2   A.   Those are the main things I recall.

3   Q.   That you recall about Doctor Radford's report?

4   A.   As I say, I can't remember between the two reports which

5        one had the calculations of doses to basal cells and

6        stuff like that, which he sort of makes up as he goes

7        along.   Certainly at variance with the ICRP.

8   Q.   Okay.   Now, with respect to Doctor Stillwagon, what

9        aspects of his report have you formed an opinion on?

10  A.   Well, I did read his report all the way through, and he

11       did some studies that involved measurement of alpha

12       radioactivity in some bone sections that came out of the

13       University of Utah studies with plutonium 239.   But

14       unfortunately, his technique was extremely insensitive

15       to alpha radiation.   I just sort of recall something

16       like one alpha per thousand emitted were actually

17       detected.   And he has four different standards that he

18       used to calibrate his technique, which was a track

19       technique.   And when one plots the four standards as a

20       function of the alpha efficiency and the alpha

21       concentration per unit area of the sample, one finds

22       that there is a gigantic difference in efficiency that

23       occurs as a function of alpha dose rate, which means in

24       order to use the method he used you would have to know

25       the alpha intensity of the sample before you could

JUDITH E. BROWNING, RMR
(901) 753-1208

114