# EXHIBIT 11



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

- - -

| | |
|---|---|
| MERILYN COOK, et al. | : CIVIL ACTION |
| vs. | : |
| ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation and | : |
| THE DOW CHEMICAL CORPORATION | : NO. 90-K-181 |

- - -

Thursday, April 24, 1997

- - -

Deposition of WAYNE HUNSPERGER, taken pursuant to notice, at the law offices of Berger & Montague, 1622 Locust Street, Philadelphia, Pennsylvania, beginning at approximately 9:50 a.m., on the above date, before Kenneth T. Brill, Registered Professional Reporter and Notary Public.

- - -

DELCASALE, CASEY, MARTIN & MANCHELLO REPORTING
Ten Penn Center Plaza
Suite 636 - 1801 Market Street
Philadelphia, Pennsylvania 19103
(215) 568-2211

157

Wayne Hunsperger

1 restrictions and the difficulty developing vacant
2 lands near Rocky Flats.
3 Q.          What is the third document to which you
4 just referred?
5               MR. DAVIDOFF:  I thought we
6          furnished it to you earlier.
7               THE WITNESS:  It's called "The Rocky
8          Flats Community Needs Assessment Final
9          Report."  And --
10              MR. DAVIDOFF:  Off the record.
11              (Discussion off the record.)
12              MR. LILLIE:  Let the record reflect
13         that we will at a later time mark this
14         exhibit with the document that the witness
15         is referring to as a October 3, 1986
16         document entitled Rocky Flats Community
17         Needs Assessment.
18              MR. DAVIDOFF:  And I've undertaken
19         to copy it so we can mark a Xerox copy.
20              MR. LILLIE:  Fine.
21 BY MR. LILLIE:
22 Q.          Can you point me to any particular
23 provision within any of these documents which you
24 intend to rely upon, sir?