# EXHIBIT 12

PROFFER OF TESTIMONY OF RETIRED FBI AGENT THOMAS COYLE

Retired FBI Agent Thomas Coyle is expected to rebut the testimony of Michael Norton. Mr. Coyle was the FBI Assistant Special Agent in Charge. He was FBI agent Lipsky's superior and head of the White Collar Crime Unit during the investigation of Rocky Flats until 1990.

Specifically, Mr. Coyle will respond to the attacks on FBI agent Lipsky. These attacks include, but are not limited to, the attacks by defense counsel in graphs and exhibits used in discussing Mr. Lipsky. Mr. Coyle will testify that he approved the search warrant and believed that there was evidence to support all of its allegations. Mr. Coyle will further testify that he believes that the crimes were very serious and the investigation was a major investigation. Lipsky was a meticulous, competent agent and would not distort the truth for any reason.