# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

## DEFENDANTS' STATEMENT CONCERNING ITS TRIAL WITNESS LIST

    Plaintiffs did not list Dr. Wing on their December 10, 2003 witness list. When Defendants learned that Plaintiffs intended to call Dr. Wing at trial, they moved to exclude his testimony. In light of this Court's October 3, 2005 Order denying Defendants' motion, Defendants make the following preliminary additions to their trial witness list as rebuttal witnesses to the testimony of Dr. Wing: Shirley A. Fry, David G. Hoel, and Geoffrey R. Howe.

    As set forth in Defendants' Emergency Motion for Protective Order, filed October 5, Plaintiffs apparently intend to offer testimony from Jon Lipsky and others that Defendants believe may violate the Court's rulings on Defendants' Motions in Limine concerning the FBI raid, grand jury investigation, and guilty plea. In light of Plaintiffs' recent discovery activities and Plaintiffs' continued refusal to make Jon Lipsky available for deposition, Defendants make

the following preliminary additions to their trial witness list as rebuttal witnesses to testimony plaintiffs may offer concerning the FBI raid, grand jury investigation, and guilty plea: Barry Hartman, Kenneth Buck, Kenneth Fimberg (a.k.a. Kenneth Scott), William Hassler, Thane Hendricks, Peter Murtha, Michael Norton, and William Smith.

Dated: October 5, 2005

Respectfully submitted,

/s/ John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

/s/ Kari Knudsen
Kari Knudsen (legal assistant)