# EXHIBIT 14

PROFFER OF TESTIMONY OF WAYNE HUNSPERGER

Mr. Hunsperger will respond to the criticisms made by defense witnesses to his determination of diminution in property value and his calculation of damages. Mr. Hunsperger will be responding to the criticisms raised by defendants' witnesses called so far and to be called.