# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-cv-181-JLK

---

MERILYN COOK, et al.,

   Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

   Defendants.

---

PLAINTIFFS' SUPPLEMENTAL PROFFER FOR
REBUTTAL WITNESS RANDALL BELL

---

Earlier today, plaintiffs inadvertently omitted, from Plaintiffs' Proffers Regarding the Testimony of Rebuttal Witnesses [Ct. Rec. 1941], a proffer for rebuttal witness Randall Bell.

Mr. Bell is a real estate appraiser and a principal in the firm Bell Anderson & Sanders LLC, of Laguna Beach, California. He specializes in real estate damage economics and is author of the textbook *Real Estate Damages* (1999). He served as a member of the Appraisal Institute's panel on professional standards for area-wide appraisals. He is knowledgeable about the prevailing standards and techniques for studies of area-wide impacts from environmental disamenities, and his testimony will be offered to rebut contentions by defendants that Mr. Hunsperger's work did not conform with prevalent appraisal standards and techniques.

Dated: January 6, 2006            s/ Peter Nordberg
                                  Merrill G. Davidoff
                                  Peter Nordberg
                                  Berger & Montague, P.C.
                                  1622 Locust Street
                                  Philadelphia, PA 19103
                                  (215) 875-3000

                                  Attorneys for Plaintiffs
                                  And the Class

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

>David M. Bernick, Esq.
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL 60601
>
>and
>
>Joseph J. Bronesky, Esq.
>Sherman & Howard, LLC
>633 Seventeenth Street, Suite 3000
>Denver, CO 80202
>
>Attorneys for Defendants

s/ Peter Nordberg
Peter Nordberg
