# EXHIBIT 25

PROFFER OF TESTIMONY OF NIELS SCHONBECK

Niels Schonbeck was a member of the Health Advisory Panel and the RSAL committee. Dr. Schonbeck will provide testimony in response to comments made by Frank Blaha and John Till. Dr. Schonbeck's testimony will be limited to factual matters which are based on his experience working on these panels. Dr. Schonbeck's testimony will not be expert testimony, but rather, will reflect the panels' discussions.

The testimony of Dr. Schonbeck will rebut:

- Statements by John Till that the Health Advisory Panel did not think that there were other pathways of exposure that needed to be investigated and statements that the Health Advisory Panel controlled what investigations were done. Dr. Schonbeck will discuss the projects that were suggested by the Health Advisory Panel for Phase III work, that were never completed.

- Statements by John Till that the RSAL committee understood that there was depth limit for the proposed limit of plutonium in soil of 35 pCi/gram. Dr. Schonbeck will state that there was no thought among the RSAL committee that there was a depth limit on cleanup.

- Statements by Frank Blaha that the clean up at Rocky Flats is protective of human health. Dr. Schonbeck will testify that the panels recognized that there are many uncertainties in the estimates of risk including the RBE factor for plutonium in the risk calculations. Dr. Schonbeck is expected to testify that it is uncertain whether the risk calculations for clean up are protective of human health.

- Statements by John Till that the Health Advisory Panel agreed with RAC's work. Dr. Schonbeck is expected to testify that the role of the panel was limited to overseeing the scientific dose reconstruction.

- Statements by John Till and Frank Blaha about decisions being made based on public health concerns. Dr. Schonbeck is expected to testify that politics influenced the decisions affecting clean up at Rocky Flats. Members of the public desired that Rocky Flats be cleaned up to background levels and that was not done. Some RSAL panel members that were representatives of the public are not happy with the clean up. Dr. Schonbeck will testify that the plant has been remediated to some extent, not cleaned up. Dr. Schonbeck will testify that some RSAL panel members disagreed with the public policy decision that has been made regarding the clean up of Rocky Flats.

- Statements by John Till and Frank Blaha about decisions being made that the clean up is protective of human health. Dr. Schonbeck will testify that some RSAL committee members believe that the clean up is not protective of human health because too many uncertainties remain.

1

- Statements by John Till that RAC determined the range of uncertainties in risk exactly. Dr. Schonbeck will testify that the Health Advisory Panel and the RSAL panel thought that the uncertainties in risk could not be determined exactly because of the limitations of the available data, uncertainties in the range of background radiation and uncertainties in the calculations of dose and risk. Dr. Schonbeck is expected to testify that historically the risk estimates have been recalculated many times and keep changing. Dr. Schonbeck is expected to testify that the Health Advisory Panel understood that the RAC "intrinsic merit" evaluation of other radiation studies amounted to RAC's using an intuitive process rather than calculations from known data.

- Statements by John Till that there really is no difference between concentrations measured for background and concentrations of plutonium from Rocky Flats. Dr. Schonbeck is expected to explain that soil levels that fall within the range of background may contain plutonium from Rocky Flats because the range of background is 0.01 pCi/gm of soil to 0.1 pCi/gram of soil.

- Statements by John Till about MUF. Dr. Schonbeck will explain the Health Advisory Panel's position about the mass balance approach.

- Statements by John Till that the uncertainties in the risks are known exactly. Dr. Schonbeck will testify to the extent of the plutonium contamination found at the 903 pad. This is an example of the inherent uncertainty at the entire plant.

- Statements by William Weston and others that the risks to the neighbors were nonexistent. Dr. Schonbeck will testify that the risks to the neighbors was severe because defendants were operating the plant in such a hazardous manner and the defendants were close to catastrophe, especially during the 1969 fire. Some members of the Health Advisory Panel thought that the report should emphasize that the Rocky Flats had been operated in a hazardous manner and was dangerous to the neighbors. The decision was made (not by the Health Advisory Panel) not to include that. The final report omitted something that was important.