# EXHIBIT 26

# Supplemental Report:
## Waste Management and Environmental History of the Rocky Flats Plant

Frank J. Blaha, P.E.
August 6, 2004

With this report I supplement the information in my report of 1996 by providing a brief overview of some of the more important recent environmental activities at the Rocky Flats Plant (RFP). These activities, documented in recent RFP reports, and more recent environmental data, serve to further support and reinforce my opinions that:

- The RFP has been a good environmental and waste management steward;
- That the RFP has had minimal impact, if any, on the environment outside the plant boundaries;
- That surface water leaving the plant site has met stringent standards for plutonium and other regulated contaminants;
- That contaminated groundwater plumes at the RFP do not flow offsite; and,
- That the RFP has had no impact on any plaintiffs in this lawsuit.

### Expert Qualifications

I am currently a senior project manager for the American Water Works Association Research Foundation. During the past twenty years, I have worked as an environmental engineer on projects ranging from simple water quality assessments to the creation and implementation of regulation-drive compliance programs for a major industrial facility.

My areas of expertise include:

- Environmental Monitoring
- RCRA Part B Permits
- Radioactive Materials Management
- Groundwater Monitoring
- Unsaturated Zone Monitoring
- Water Chemistry
- Water Monitoring and Treatment
- RCRA Closure Plans
- Drinking Water Related Research
- Groundwater Regulatory Analysis

I received a Bachelor of Science degree in Environmental Health Engineering from Northwestern University in 1982, and a Masters of Science in Civil and Environmental Engineering from the University of Wisconsin in 1984. I have also attended numerous seminars, conferences, and other educational programs relating to environmental engineering issues since 1984.

- One of a team involved in the initial RCRA groundwater characterization and well installation activities (1986).
- Preparation of landfill groundwater and leachate collection characterization program and evaluation of initial data (1987).
- Preparation of solar pond characterization plan for soil and groundwater as well as evaluation of initial data (1987).
- Involved in groundwater site-wide characterization work (1987).
- Involved in High Priority Sites initial RI/FS work (1987).
- Involved in initial Medium Priority Sites RI/FS characterization work (1987).
- Managed preparation of initial Annual RCRA Groundwater Monitoring Report (1988).
- Managed preparation of the solar pond subsurface characterization for interim status closure plan (1988).
- Managed preparation of the present landfill subsurface characterization for interim status closure plan (1988).
- Managed preparation of overall RCRA groundwater monitoring plan for post-closure care permit application (1988).
- Involved in preparation of the groundwater quality assessment plan to address State of Colorado June 1989 comments on groundwater monitoring (1989).
- Evaluation of the quality of the interceptor trench system groundwater collection system relative to the zero offsite water discharge studies (1990/1991).
- Evaluation of the quantity and quality of the leachate generated by the present landfill relative to the zero offsite water discharge studies (1990/1991).
- Involved in preparation of the groundwater protection monitoring and program plan to address DOE orders (1989 - 1992).
- Involved in the Interceptor Trench System, Solar Ponds Area evaluation plan creation and implementation (1992).
- Evaluation of solar pond interceptor trench system (1993 - 1994).
- Pond water management IM/IRA to address RCRA requirements relative to surface water, State of Colorado water quality control criteria, changing NPDES permit status, identification and treatment of leachate from multiple sources, all relative to surface water discharges from the Rocky Flats Plant (1993 - 1994).
- Involved in extensive research of historical environmental and waste management records for a variety of projects, most notably the Historical Release Report (1990 – 1992).
- Involved in the Industrial Area Interim Measure/Interim Remedial Action Plan preparation (1993 – 1994).
- Involved as part of the team in a comprehensive review of groundwater monitoring activities (1993 – 1994).

3

As a result of this work, I have detailed knowledge of surface and groundwater quality at RFP, surface and groundwater flow pathways at RFP, the surface and groundwater monitoring programs at RFP, and the extent and migratory potential of contaminants in surface and groundwater at RFP.

Through my education and work experience, I also have extensive knowledge of the proper methods for designing and implementing groundwater and surface water investigations and for determining the potential for contaminant migration through groundwater and surface water.

1. **Introduction**

Since the filing of this lawsuit in 1990, many environmental challenges have been surmounted by the Rocky Flats Plant (RFP). In 1992 the RFP lost its plutonium production mission and was re-directed to decontamination and decommissioning (D&D). The focus of the D&D activities has been safe dismantling of the plant so as to leave the plant in a safe end state. Among the notable environmental accomplishments since 1990 are the following.

1. A new overarching clean-up agreement, the Rocky Flats Cleanup Agreement (RFCA), was signed in 1996. The terms of RFCA included requirements for an annual review of the appropriateness of the provisions of this agreement, including possible modification of the provisions of the agreement (RFCA, 1996).
2. A new discharge permit for water discharges from the RFP was negotiated in 2000, replacing an earlier permit dating from the 1980s. The specific objectives of both the earlier and the new permit have been to protect human health and the environment (USEPA, 2000).
3. The Solar Evaporation Ponds have been closed, with all sludge and water permanently removed in 1995 (RMRS, 1999).
4. Pondcrete has been completely shipped offsite for disposal (Kaiser-Hill, 1999a, Kaiser-Hill, 1999b).
5. The 903 Pad soils have been remediated, with 32,000 tons of contaminated soil and asphalt removed and disposed offsite (RFCAB, 2004).
6. The contaminated groundwater associated with the 903 Pad and Lip Area has been extensively characterized, and is undergoing remediation. This work demonstrated that contaminated groundwater associated with the 903 Pad did not flow offsite and is currently being remediated on-site (RMRS, 2000).
7. Extensive characterization and response actions to address source terms of contamination have taken place at other high priority environmental clean-up sites including the 881 Hillside, Ryan's Pit, the East Trenches, the Mound Area, the Industrial Area, the Present Landfill, and Walnut and Woman Creek drainages.
8. Groundwater characterization studies associated with the 881 Hillside, Ryan's Pit, the East Trenches, the Mound Area, the Industrial Area, and the Present Landfill, indicated that any contaminated groundwater associated with these sites had not impacted the offsite environment above relevant standards. Monitoring of groundwater and surface water is designed to characterize contaminant plumes in

4

> groundwater, monitor plume degradation, and verify protection of the off-site environment.
> 9. Further characterization has taken place in regards to the quantity and quality of surface water and groundwater at the RFP. These various studies have provided further data that contaminated water and groundwater associated with the site has not migrated offsite (RMRS, 2000).
> 10. Great Western Reservoir, which had been a source of drinking water for some of the local communities in the Rocky Flats Area, has been taken off-line as a drinking water source. Similarly, the Woman Creek Reservoir was constructed to further protect Standley Lake's drinking water from possible Rocky Flats impacts.
> 11. Considerable quantities of Transuranic (TRU) waste, TRU waste mixed with hazardous waste (TRU-mixed waste), and low-level radioactive waste mixed with hazardous waste have been shipped offsite for disposal (RFCAB, 2004).
> 12. The inventory of weapons grade plutonium and enriched uranium, also known as Special Nuclear Material (SNM), has all been shipped offsite (USDOE and Kaiser-Hill, 2003).
> 13. Significant D&D activities have taken place at the plant, with 330 structures out of 805 structures torn down by the end of 2003 (RFCAB, 2004).

As has always been the case, in addition to site monitoring and environmental work conducted by plant personnel, extensive monitoring, data review, or consultation is done with other involved non-RFP personnel. Among the involved non-RFP personnel are local municipalities, the Colorado Department of Public Health and the Environment (CDPHE), the U.S. Environmental Protection Agency (USEPA), as well as various other environmental or Rocky Flats-oriented groups. These outside agencies, to various degrees, are also involved in the selection and oversight of implementation of any environmental remediation work.

## 2. Update on Environmental Restoration, Environmental Monitoring, and Waste Management-Related Issues

### 2.1. RFCA

The RFCA is the governing document under which the RFP has conducted numerous environmental characterization and response actions in recent years. RFCA replaced the Interagency Agreement (IAG) of January 1991, which had governed earlier cleanup activities at the RFP. The IAG had, in turn, replaced the earlier Compliance Agreement of 1986. All three of these documents generally provided guidance and an overall structure for addressing a number of waste management and environmental activities at RFP. The RFCA is still in use today, continuing to provide overall structure for environmental activities at the RFP.

RFCA and most environmental regulations include a definition of the physical point at which applicable standards must be met, the Point of Compliance (POC). While these terms have been applied to surface water and groundwater at the RFP, the RFCA defined a POC for surface water only, and did away with a POC in relation to groundwater

(RFCA, 1996, pp. 3, 4 of Attachment 5). However, groundwater monitoring and related environmental protection was addressed in RFCA by establishing a strategy to prevent contamination of surface water by applying Maximum Contaminant Levels (MCLs) as groundwater action levels. This change was made due to the understanding that all contaminated groundwater emerges to surface water before leaving the RFETS. The groundwater action levels were based on a two-tier approach. Tier 1 action levels are near-source action levels for accelerated cleanup set at 100 times the MCLs. Tier 2 action levels are protective of surface water, with Tier 2 levels defined as the MCLs (RFCA, 1996, page 10 of Attachment 5). Maximum Contaminant Levels (or MCLs) are drinking water standards for given contaminants.

### 2.2. Offsite Areas Evaluation

The focus of RFCA is on on-site issues. However, RFCA did incorporate ongoing Operable Unit 3, Offsite Areas, activities as part of the RFCA supporting documentation (RFCA, 1996, p. 1 of Attachment 1). The OU 3 work ultimately resulted in a Record of Decision, which concluded that further actions for offsite areas related to the RFP were not necessary. The conditions in these areas were already protective of human health and the environment. Surface water was extensively studied in the OU 3 work. Groundwater was also investigated, and it was concluded that no direct connection existed between the shallow groundwater at RFETS and groundwater in OU 3 (USEPA, 1997). Further, the RFCA also addressed offsite issues through the regulatory framework established for groundwater, with this approach to groundwater protection expressly protective of surface water quality (RFCA, 1996, page 10 of Attachment 5).

### 2.3. Surface Water and Groundwater

Surface water has been routinely monitored at the RFP from the start of plant operations to the current time. Similarly, groundwater has been monitored at the RFP from the 1950s to the present time. Groundwater and surface water at the RFP are interconnected, with most groundwater emerging as seeps to surface water. Surface water has typically met all applicable standards as it leaves the RFP, and there have been no NPDES violations since 1990. Although contaminated plumes of groundwater exist at the RFP, these plumes of contaminated groundwater are not flowing offsite.

#### 2.3.1. Surface Water Monitoring and Remediation

In addition to routine monitoring of surface water, at various times special efforts were made to characterize one or more of the ponds or water discharges or inputs of water to the drainages leading offsite. These special studies were conducted for various time frames, and with various objectives, and were done in addition to routine monitoring. To get the most complete picture of conditions in the drainages, one should consider data and conclusions from both the routine environmental monitoring and the special environmental studies.