**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' PROPOSED VERDICT FORM**
_____

Pursuant to the Court's Order on Jury Instruction Submissions (Jan. 4, 2006) [Ct. Rec. 1929], plaintiffs respectfully submit the proposed verdict form attached as Exhibit A. As directed in the Court's January 4 Order, plaintiffs have based the proposed verdict form on the Court's existing jury instructions – subject to two caveats.

First, the proposed verdict form incorporates the parties' agreement to a less-than-unanimous verdict, as stipulated between plaintiffs, *see* Tr. (9/22/05) at 16-18, and defendants, *see* Ct. Rec. 1473 (Sept. 29, 2005). Second, the Court's existing instructions appear at one point to contemplate separate verdict forms for Dow and Rockwell (*see* Instruction No. 4.5), but elsewhere it appears that the Court may have contemplated one single verdict form for both defendants (*see* Instruction No. 3.28). Plaintiffs have prepared a single form, calling for separate answers for Dow and Rockwell where appropriate. In some instances, plaintiffs believe separate answers are not only unnecessary

but affirmatively unwarranted. This is particularly true on the issue of compensatory damages, where the conduct of both defendants has contributed to an indivisible harm for which defendants are jointly and severally liable.

Pursuant to the January 4 Order, plaintiffs will submit proposed revisions to the existing jury instructions by January 11, 2006, and will address in that context the effect that any proposed changes would have on the verdict form.

Dated: January 9, 2006               s/ Peter Nordberg
                                                     Merrill G. Davidoff
                                                     Peter Nordberg
                                                     Berger & Montague, P.C.
                                                     1622 Locust Street
                                                     Philadelphia, PA 19103
                                                     (215) 875-3000

                                                     Attorneys for Plaintiffs
                                                     And the Class

# CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                            s/ Peter Nordberg
                                            Peter Nordberg