IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 6, 2006

Reporter: Kara Spitler
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Louise Roselle
David Sorensen

David Bernick
Douglas Kurtenbach

_____

### COURTROOM MINUTES
_____

**Jury Trial - Day Forty-Two**

**12:12 p.m.   Court in session.**

Jury not present.

Discussion regarding pending motions concerning Messrs. Wecker and Marais.

Discussion regarding exhibits.

Jury present.

12:30 p.m.   Cross examination of Dr. Wise by Mr. Davidoff.

    **Exhibits received:**  P-1698, P-1716, P1716A, P-1721, P-1722, P-1723, P-1724,
                                      P-1680, P-1681, PG-1174 (demonstrative)

    **Exhibit rejected:**   P-1720

Jury excused.

**2:19 p.m.**      **Court in recess.**
**2:38 p.m.**      **Court in session.**

Jury present.

2:42 p.m.      Cross examination of Dr. Wise by Mr. Davidoff.

2:56 p.m.      Redirect examination of Dr. Wise by Mr. Bernick.

3:34 p.m.      Jury excused.

Discussion regarding exhibits.

>   **Exhibits received:  DX- 2071 (summary), DX-2067 (summary), DX-2069 (summary), DX-2070 (summary), DX-2088 (summary), DX-2120**

**ORDERED:**   With regard to Plaintiffs' Motion to Exclude the Expert Testimony of M. Laurentius Marais, Dr. Wecker can testify as set forth on the record and his deposition shall proceed tomorrow as set forth on the record.

**3:48 p.m.**      **Court in recess.**
**4:04 p.m.**      **Court in session.**

Jury present.

4:06 p.m.      Summation by Mr. Bernick.

4:37 p.m.      Summation by Mr. Davidoff.

**5:08 p.m.**      **Court in recess.**

Time in court - 4:21.  Trial continued.