IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

      v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

## MOTION TO CLARIFY THE RECORD REGARDING DEFENDANTS' 3-D MODEL EXHIBITS

On January 6, 2006, the Court orally ruled that Defendants' 3-D models were admitted, but the exhibit numbers were not read into the record. (*See* 1/6/06 Trial Tr. at 9227-8 ("But at any rate, your aerial photos that have been embossed and those giant things over there, it's pretty clear that in a literal sense, they're not going back to the jury room. There's just not room there. So they are admitted, and they would be here in the courtroom if the jury wants to use them.")) Defendants therefore request that the record reflect the following exhibit numbers of the admitted 3-D models: DX2602, DX2603, DX2604 and DX2605.

Dated: January 9, 2006
                                    Respectfully submitted,

                                    /s/ John E. Tangren
                                    One of the Attorneys for the Defendants
                                    David M. Bernick
                                    Douglas J. Kurtenbach

Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

/s/ Kari Knudsen
Kari Knudsen (legal assistant)