IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER ON DEFENDANTS' MOTIONS FOR RECONSIDERATION

Kane, J.

This matter is before me on Defendants' Amended Proffer of Testimony for Paul Voillequé and Motion for Reconsideration of Court's Order Striking Testimony of Paul Voillequé (Docket #1926), filed January 4, 2006, and Defendants' Amended Proffer with Respect to the Testimony of Shirley Fry (Docket #1924), also filed January 4, 2006. Although not denominated as such, Defendants' second motion is also a motion for reconsideration of my order striking Dr. Fry's testimony. Having carefully considered both motions and related briefing, the relevant record and all applicable legal authorities, and being fully advised in the premises, I DENY both motions.

IT IS SO ORDERED.

Dated this 9th day of January, 2006.

    **s/John L. Kane**
John L. Kane, Senior District Judge
United States District Court