**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  January 9, 2006                          Reporter: Gwen Daniel
                                                Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                           Merrill Davidoff
                                                Louise Roselle
Plaintiffs,                                     David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION              David Bernick
and THE DOW CHEMICAL COMPANY,                   Douglas Kurtenbach

Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Forty-Three**

**8:57 a.m.       Court in session.**

Jury not present.

Statement by Mr. Bernick regarding jury instructions, brief on rebuttal witnesses, defendants' witnesses, trial schedule, exhibits,

Statement by Mr. Kurtenbach regarding Mr. D'Arge.

Statement by Mr. Davidoff.

Discussion regarding plaintiffs' response to the Rule 50 motion.

Jury present.

Defendants' witness, Ralph D'Arge, sworn.

9:25 a.m.       Direct examination of Dr. D'Arge by Mr. Kurtenbach.

**Exhibits received: DX-2122 (demonstrative), DX-2125**

Dr. D'Arge accepted as an expert.

**Exhibits received: DX-2129, DX-2131A (demonstrative), DX-2133, DX-2160, DX-2132, DX-2167 (demonstrative), DX-2126, DX-1530, DX-2158A (demonstrative), DX-2157, DX-2135 (demonstrative), DX-1284 (demonstrative), DX-2137 (demonstrative), DX-2169 (demonstrative)**

**10:30 a.m.    Court in recess.**
**10:53 a.m.    Court in session.**

Jury not present.

Comments by the court regarding exhibits and motions.

Court and counsel agree that the response to the Rule 50 motion may be filed on Wednesday.

Jury present.

10:56 a.m.    Voir dire by Mr. Sorensen.

10:57 a.m.    Continued direct examination of Dr. D'Arge by Mr. Kurtenbach.

**Exhibits received: DX-2171, DX-2016 (demonstrative), DX-2170 (demonstrative), DX-2145 (demonstrative), DX-2153A (demonstrative), DX-2156A (demonstrative), DX2154 (demonstrative), DX-2156A (demonstrative), DX-2155, DX-2146 (demonstrative), DX-2147 (demonstrative), DX-2127, DX-2124A, DX-2130A**

11:40 a.m.    Cross examination of Dr. D'Arge by Mr. Sorensen.

**12:03 p.m.    Court in recess.**
**1:22 p.m.    Court in session.**

Jury not present.

**Exhibit received:   PG-1195**

Jury present.

1:26 p.m.      Continued cross examination of Dr. D'Arge by Mr. Sorensen.

       **Exhibit received:   PG-1192**

2:25 p.m.      Redirect examination of Dr. D'Arge by Mr. Kurtenbach.

2:58 p.m.      Recross examination of Dr. D'Arge by Mr. Sorensen.

3:02 p.m.      Further examination of Dr. D'Arge by Mr. Kurtenbach.

**3:05 p.m.      Court in recess.**
**3:30 p.m.      Court in session.**

Jury not present.

Discussion regarding exhibits.

       **Exhibits received:  DX-2142 (demonstrative), DX-2149 (demonstrative)**

Jury present.

Defendants' witness, John Dorchester, sworn.

3:40 p.m.      Direct examination of Mr. Dorchester by Mr. Bernick.

       **Exhibits received:  DX-2175, DX-2176**

Court accepts Mr. Dorchester as an expert.

       **Exhibit received:   DX-2247**

4:07 p.m.      Voir dire by Ms. Roselle on DX-2188A.

       **Exhibit received:   DX-2188A (summary)**

4:11 p.m.      Continued direct examination of Mr. Dorchester by Mr. Bernick.

       **Exhibit received:   DX-2193, DX-2292 (summary), DX-2294 (summary), DX-2195 through DX-2207.**

**4:35 p.m.      Court in recess.**

Time in court - 5:33.  Trial continued.