IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## ORDER

---

Kane, J.

This matter is before me on the following motions:

1. Defendants' Motion to Clarify the Record Regarding Defendants' 3-D Model Exhibits (Docket #1950);

2. Plaintiffs' Amended Motion to Enter Deposition Designations as Part of the Record (Docket #1776); and

3. Plaintiffs' Unopposed Motion to Seal Document (Docket #1681).

Each of the listed motions is GRANTED.

Dated this 10th day of January, 2006.

                                          **s/John L. Kane**
                                          John L. Kane, Senior District Judge
                                          United States District Court