IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

90-CV-00181-JLK

**MERILYN COOK, et al.,**
**Plaintiffs,**

**v.**

**ROCKWELL INTERNATIONAL CORPORATION and**
**THE DOW CHEMICAL COMPANY,**
**Defendants.**

### PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF BRATTLE GROUP BILLING & FEE INFORMATION WITHHELD BY DEFENDANTS

Plaintiffs move to compel the production of information concerning the fees and other compensation paid to certain defense experts called to testify in the case. Specifically, plaintiffs move to require defendants to produce immediately:

> documents sufficient to identify (a) the total amount that the Brattle Group (the consulting firm with which defense expert witnesses Drs. McFadden and Wise are affiliated) has been paid and/or has invoiced to date for work on this case; and (b) the individual dollar amounts billed by and/or paid to individual members or personnel of the Brattle Group, including, but not limited to Dr. McFadden and Dr. Wise, for their work relating to this case.

Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure requires a party to disclose in required pre-trial expert reports the amount of "compensation to be paid for the study and testimony" of the expert witness. Under Rule 26(e)(1) a party must disclose any additions or other changes to this information when the information is incomplete or incorrect and the additional or corrective information is unknown to opposing counsel.

Supplemental disclosures are due "by the time the party's disclosures under Rule 26(a)(3) are due" or in other words, at least thirty days before trial. *See* Fed. R. Civ. P. 26(a)(3). No scheduling order was entered in this case which contradicted the mandate of these rules. Nevertheless, defendants have failed to provide, prior to trial, required information concerning the total amount of compensation paid to defense experts Drs. Wise and McFadden. Rule 37 provides for exclusion of evidence if the party who intends to use certain evidence fails to follow the requirements of Rule 26 with respect to disclosure of such evidence.

It became clear during last week's cross examination of defense expert Dr. Wise that defendants have failed to disclose required information concerning the total amount of compensation defendants paid expert witnesses Wise and McFadden:

> Q:   And how much has The Brattle Group[1] been paid in total in its engagement in this case from the beginning from 1994?
>
> A:   I don't know the number.

*See* Ct. Rec. at 9118 (Dr. Wise's testimony)(attached as Ex. 1).

While Dr. Wise was on the stand, Plaintiffs' counsel asked defense counsel for the information concerning Brattle Group's compensation that defendants have failed to provide. *See* 1/5/06 E-mail from D. Sorensen to D. Bernick *et al.* (attached as Ex. 2). Plaintiffs reiterated the request for the required information several days ago. *See* 1/7/06 E-mail from D. Sorensen to D. Bernick *et al.* (attached as Ex. 3). As of this writing, Plaintiffs have not received the requested

---

[1] The Brattle Group is a consulting firm that both Drs. Wise and McFadden.

material from defendants nor have we received clear confirmation that defendants will produce these materials before McFadden testifies.

    The requested information is readily available to defense counsel, since they have paid (or at the very least processed the invoices for) the compensation in question.  Defendants should be required to produce the required fee information, which is overdue, prior to the testimony of Dr. McFadden later this week.

                              Respectfully submitted,

Dated: Jan. 10,  2005                /s Jennifer MacNaughton
                                        Merrill G. Davidoff
                                        David F. Sorensen
                                        Ellen Noteware
                                        Jennifer MacNaughton
                                        Berger & Montague, P.C.
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        (215) 875-3000
                                        fax (215)875-4604
                                        *jmacnaughton@bm.net*

                                        Gary B. Blum
                                        Steven W. Kelly
                                        Silver & DeBoskey, P.C.
                                        1801 York Street
                                        Denver, CO 80206
                                        (303) 399-3000

                                        *Attorneys for Plaintiffs*
                                        *And the Class*