9118
1  A   No, she's moved on.
2  Q   All right.  She did work on it?
3  A   She did, yes.
4  Q   Was she always research analyst?
5  A   She was, yes.
6  Q   So that would have been $150 an hour or more?
7  A   Yes.
8  Q   Mark Hamre, H-A-M-R-E?
9  A   Yes.
10 Q   He was a research analyst?
11 A   Yes, he was.
12 Q   And incidentally, does he still work on the case?
13 A   No.  He's gone off to graduate school.
14 Q   So for the research analysts, it's 150 or more; is that
15 right?
16 A   Yes.
17 Q   What's the highest rate for a research analyst?
18 A   I don't know.  I mean, I have to look at our rate sheet.
19 Q   So the only one that -- incidentally, do you know how much
20 The Brattle Group in total has been paid for its engagement in
21 this case as an expert -- it is Brattle Group that's engaged?
22 A   That's true, yes.
23 Q   And how much has The Brattle Group been paid in total in
24 its engagement in this case from the beginning, from 1994?
25 A   I don't know the number.
9119
1  Q   You just don't know?
2  A   I don't know.
3  Q   You're one of the owners and you don't know the amount of
4  money that you've billed on this matter?
5  A   No, I don't.
6  Q   Well, you told us nine years ago in your deposition that
7  you alone had billed more than $100,000 at that time; is that
8  true, sir?  Do you recall reading this in your deposition?
9  A   That's probably -- that was probably true, yes.
10 Q   And if it was probably true, it's probably still true now,
11 right?
12 A   It's more than true now.
13 Q   Have you billed more time in the nine years since 1996?
14 A   Yes, I have.
15 Q   In this matter?
16 A   Yes.
17 Q   Have you billed at least another $100,000 on this matter?
18 A   That, I don't know.
19 Q   And then Dr. Liu?
20 A   Yes.
21 Q   He's continued to work on the matter from the beginning to
22 the end?
23 A   Yes, he has.
24 Q   And he's been -- he's actually worked more hours on the
25 matter than you; is that a fair statement?
9120
1  A   That's probably true, yes.
2  Q   And he's been billing at $320 or -- an hour recently and
3  before that, at the associate rate; is that correct?
4  A   Yes, that's correct.