**David Sorensen**

| | | | |
|---|---|---|---|
| **From:** | David Sorensen | **Sent:** | Sat 1/7/2006 6:03 PM |
| **To:** | 'David Bernick'; 'Douglas Kurtenbach' | | |
| **Cc:** | Merrill Davidoff; Louise Roselle | | |
| **Subject:** | FW: Brattle Group | | |
| **Attachments:** | | | |

Dear Counsel:

Please let me know whether Defendants will comply with Plaintiffs' request set forth in the attached email, sent on Jan. 5. If not, or if we do not hear from you, we intend to file a Motion to Compel on Monday, Jan. 9.
Thank you.
-David F. Sorensen

**From:** David Sorensen
**Sent:** Thu 1/5/2006 8:12 PM
**To:** 'David Bernick'; 'Douglas Kurtenbach'
**Cc:** Merrill Davidoff; Louise Roselle
**Subject:** Brattle Group

Dear Counsel:

Plaintiffs request that defendants produce, prior to the direct testimony of Dr. McFadden, documents sufficient to identify (a) the total amount that the Brattle Group has been paid and/or has invoiced to date for work on this case; and (b) the individual dollar amounts billed by and/or paid to individual members or personnel of the Brattle Group, including but not limited to Dr. McFadden and Dr. Wise, for their work relating to this case.

Thank you.

David F. Sorensen