IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER ON REBUTTAL WITNESSES

Kane, J.

This matter is before me on Defendants' Motion to Preclude Rebuttal Witnesses (Docket #1946), filed January 9, 2006. Having carefully considered the Motion and response, the relevant record and all applicable legal authorities, and being fully advised in the premises, I rule as follows:

1. Defendants' motion is moot with respect to rebuttal witnesses Judith Barton and Lauren Clark, both of whom have been withdrawn by Plaintiffs.

2. Randall Bell may testify regarding professional standards in the field of appraisal and to rebut defense witnesses' interpretation of those standards. He may not apply those standards to provide an opinion on the impact on

      Rocky Flats area property values or to support Mr. Hunsperger's empirical findings.

3. Thomas Coyle or potential substitute witness Robert Pence, whichever is available, may testify under Fed. R. Evid. 608(a) regarding matters going to Mr. Lipsky's credibility.

4. Niels Schonbeck may testify to rebut testimony stating or implying that the Health Advisory Panel, RSAL committee or their members were in agreement with particular conclusions drawn by defendants' witnesses.

5. I defer ruling with respect to Wayne Hunsperger for the present time. If Mr. Hunsperger is permitted to testify in Plaintiffs' rebuttal case, it will only be in response to specific criticisms of his work or methods made by Defendants' witnesses. Plaintiffs shall file a specific proffer of Mr. Hunsperger's proposed rebuttal testimony consistent with this standard no later than 8:00 AM on Thursday, January 12, so I may decide the matter.

IT IS SO ORDERED.

Dated this 10th day of January, 2006.

                                                                 _____
                                                                 John L. Kane, Senior District Judge
                                                                 United States District Court