**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' PROPOSED CHANGES TO PRELIMINARY JURY INSTRUCTIONS**
_____

       Defendants hereby submit their proposed changes to the preliminary jury instructions and state as follows:

       On October 7, 2005, this Court issued "preliminary" jury instructions and read them to the jury. (10/6/05 Trial Tr. at 264.) This Court is obliged to reconsider the preliminary instructions it read in light of the evidence as it has developed in this trial, because defendants are entitled to a set of instructions that reflects this evidence. *See Perlmutter v. U.S. Gypsum Co.*, 4 F.3d 864, 872 (10th Cir. 1993) ("A party is entitled to an instruction on their theory of the case so long as the instruction is supported by competent evidence on the issue or theory supporting the instruction.").

       At the time the Court read the preliminary instructions, the Court stated: "I'm working a lot on the opinion that explains the rulings on the instructions. And clearly, you will have the

right to make a record again after you've seen everything that I've done." (10/7/05 Trial Tr. at 320.)  This opinion has not yet been issued, however, and now that the trial is about to conclude, defendants respectfully submit the following proposed changes to the preliminary jury instructions.

Defendants set forth each of the preliminary instructions in Exhibit A with defendants' proposed changes indicated by the use of **bold, double-underlined** text for additions and ~~struck through~~ text for deletions.  Defendants' proposed new instructions appear in **bold** text.  Attached as Exhibit B is a set of modified instructions without the extra formatting for easier reading.  Pursuant to this Court's 1/4/06 Order, preceding each instruction is a statement concerning whether the proposed changes relate to previously submitted instructions, and following each of the instructions is the argument and authority supporting defendants' proposed changes.  Defendants are also submitting their proposed changes on a 3.5″ computer disk in Microsoft Word form.

Defendants have sought to propose changes within the framework of the Court's preliminary instructions rather than resubmit previously rejected instructions or reargue past objections on which this Court has ruled.  Defendants preserve their previously-stated objections to plaintiffs' proposed instructions to the extent they apply to the current instructions and object to the extent that the current instructions depart from defendants' previously-proposed instructions.

Dated:  January 10, 2006                                                        Respectfully submitted,


                                                                                                s/ John E. Tangren_____
                                                                                                One of the Attorneys for the Defendants
                                                                                                David M. Bernick
                                                                                                Douglas J. Kurtenbach

2

3

Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                        s/ Courtney Biggins
                                        Courtney Biggins (legal assistant)