IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 10, 2006                              Reporter: Gwen Daniel
                                                     Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                                Merrill Davidoff
                                                     Louise Roselle
Plaintiffs,                                          David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION                   David Bernick
and THE DOW CHEMICAL COMPANY,                        Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Forty-Four**

**9:00 a.m.      Court in session.**

Jury not present.

9:05 a.m.      Continued direct examination of Mr. Dorchester by Mr. Bernick.

   **Exhibits received:  DX-2208, DX-2209, DX-2297, DX-2235, DX-2013, DX-2016,
                       DX-2047, DX-2226, DX-2238, DX-2298**

**10:13 a.m.     Court in recess.**
**10:35 a.m.     Court in session.**

Jury not present.

Discussion regarding the testimony of Mr. Dorchester.

**ORDERED:    With regard to Plaintiffs' Motion for Additionaltime to Cross-examine
             Defense Expert John Dorchester (Doc. No. 1952), filed January 10,
             2006, plaintiffs may have 2.5 hours for cross examination of Mr.**

      **Dorchester.**

      **Exhibits received:  DX-2193, DX-4103**

Jury present.

10:42 p.m.    Cross examination of Mr. Dorchester by Ms. Roselle.

      **Exhibits received: PG-1199, PG-1197, PG-1198, PG-1190**

      **Exhibits rejected:  PG-1186, PG-1187,  PG-1191**

11:34 a.m.    Voir dire by Mr. Bernick on P-1791.

      **Exhibit received:  P-1791**

11:37 a.m.    Continued cross examination of Mr. Dorchester by Ms. Roselle.

      **Exhibit received:   P-1783**

**12:00 p.m.    Court in recess.**
**1:27 p.m.    Court in session.**

Jury present.

1:29 p.m.    Continued cross examination of Mr. Dorchester by Ms. Roselle.

      **Exhibit received:   DX-4104**

      **Exhibit rejected:    P-1725, P-1717**

**2:57 p.m.    Court in recess.**
**3:21 p.m.    Court in session.**

Jury present.

3:23 p.m.    Redirect examination of Mr. Dorchester by Mr. Bernick.

4:30 p.m.    Recross examination of Mr. Dorchester by Ms. Roselle.

4:32 p.m.    Jury excused.

Argument by counsel.

**ORDERED:   Plaintiffs' Motion to Compel Production of Brattle Group Billing & Fee Information Withheld by Defendants (Doc. No. 1955), filed January 10, 2006, is granted as set forth on the record.**

Discussion regarding exhibits, jury instructions, rebuttal case, schedule.

Court states that trial will not be held on January 17, 2006.

**4:45 p.m.      Court in recess.**

Time in court - 5:32.  Trial continued.