# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  January 11, 2006                    Reporter: Gwen Daniel
                                           Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                      Merrill Davidoff
                                           Louise Roselle
Plaintiffs,                                David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION         David Bernick
and THE DOW CHEMICAL COMPANY,              Douglas Kurtenbach

Defendants.
_____

## MINUTE ORDER AND COURTROOM MINUTES
_____

**ORDERED:**  Defendants' Motion for Clarification and Other Relief (Doc. No. 1961), filed January 11, 2006, is denied as moot.

**Jury Trial - Day Forty-Five**

**9:00 a.m.    Court in session.**

Jury not present.

**Exhibit received:   DX-2193A**

Court's comments regarding length of the examination of rebuttal witnesses.

Argument regarding witnesses and schedule.

Court states that Mr. Schonbeck may not testify.

Jury present.

Defendants' witness, William Wecker, sworn.

9:28 a.m.    Direct examination of Dr. Wecker by Mr. Bernick.

    **Exhibits received:** DX-2249, DX-2251, DX-2250 (demonstrative), DX-2252, DX-2263 (demonstrative), DX-2288 (demonstrative), DX-2289 (demonstrative), DX-2306 (demonstrative), DX-2307 (demonstrative), DX-2291 (demonstrative), DX-2290 (demonstrative), DX-2312 (demonstrative)

**10:27 a.m.    Court in recess.**
**10:52 a.m.    Court in session.**

Jury present.

10:53 a.m.    Continued direct examination of Dr. Wecker by Mr. Bernick.

    **Exhibits received:** DX-2284A (demonstrative), DX-2285A, DX-2250A, DX-2260, DX-2261, DX-2265, DX-2267 (demonstrative), DX-1089 (demonstrative), DX-2275 (demonstrative), DX-2276 (demonstrative), DX-2308 (demonstrative), DX-2279 (demonstrative), DX-2256 (summary), DX-2312Z

**11:53 a.m.    Court in recess.**
**1:10 p.m.    Court in session.**

Jury present.

1:10 p.m.    Cross examination of Dr. Wecker by Ms. Roselle.

1:12 p.m. - 1:16 p.m.    Bench conference.

1:17 p.m.    Continued cross examination of Dr. Wecker by Ms. Roselle.

    **Exhibits rejected:** P-1781, P-1796, P-1803

    **Exhibits received:** P-1795, P-1802, P-1804 (demonstrative)

**2:40 p.m.    Court in recess.**
**3:03 p.m.    Court in session.**

Jury present.

3:05 p.m.      Continued cross examination of Dr. Wecker by Ms. Roselle.

3:15 p.m.      Redirect examination of Dr. Wecker by Mr. Bernick.

**Exhibits received: DX-2307E, DX-2256A**

3:58 p.m.      Recross examination of Dr. Wecker by Ms. Roselle.

4:00 p.m.      Jury excused.

Argument regarding rebuttal witnesses and exhibits.

**4:09 p.m.      Court in recess.**

Time in court - 5:04.  Trial continued.