IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

**ORDER RE PLAINTIFFS' SUPPLEMENTAL PROFFER FOR REBUTTAL WITNESS WAYNE HUNSPERGER**

---

Kane, J.

I have reviewed Plaintiffs' Supplemental Proffer for Rebuttal Witness Wayne Hunsperger (Doc. 1966) filed this morning. The offer of proof is rejected. Mr. Hunsperger has already testified to the points raised in the offer. Elaboration on these points is not appropriate for rebuttal. Each point raised can be addressed in closing argument because it is already in the record.

Dated January 12, 2006.

                                    BY THE COURT:

                                    **s/John L. Kane**
                                    John L. Kane, Senior District Judge
                                    United States District Court