IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____
**PARTIES' STIPULATED AGREEMENT REGARDING ADMISSION OF EXHIBITS**
_____

On January 12, 2006, the Parties reached agreement with respect to the admission of the following exhibits.

| Defendants' Exhibits | Witness | Description | Agree to Admit as part of deal | Limitation/ Qualification/ Reservation |
|---|---|---|---|---|
| **DX 295** | Avery | Line 37 ID Log Sheets | Yes | |
| **DX 501** | Goble | ChemRisk Task 2 Report: Selection of the Chemicals and Radionuclides of Concern (6/1/91) | Yes | |
| **DX 502** | Goble | ChemRisk Task ¾: Review and Dose Reconstruction February 1992 (2/1/92) | Yes | |
| **DX 504** | Goble; Budnitz | ChemRisk Task 6 Final Report: Exposure Pathway Identification and Transport Modeling | Yes | |
| **DX 515** | Cochran | RAC: Estimated Airborne Releases of Plutonium During the 1969 Fire in Building 776-777 - Task 2: Verification and Analysis of Source Terms | Yes | |

| Defendants' Exhibits | Witness | Description | Agree to Admit as part of deal | Limitation/ Qualification/ Reservation |
|---|---|---|---|---|
| **DX 521** | Goble; Biggs | RAC: Estimated Exposure and Lifetime Cancer Incidence Risk from Routine Plutonium Releases at the Rocky Flats Plant - Part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals | Yes | |
| **DX 527** | Cochran | RAC: Comprehensive Assessment of Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from Rocky Flats Plant, 1953-1989 - Part of Task 3: Independent Analysis of Exposure, Dose, and Health Risk to Offsite Individuals | Yes | |
| **DX 765** | Hunsperger | Handwritten Notes re Falson Homes, Homebuilders, Planners | Yes | |
| **DX 791** | Hunsperger | Uniform Standards of Professional Appraisal Practice | Yes | |
| **DX 1009z** | Cook | Whiteboard of Merilyn Cook's 96th & Indiana Parcels | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| **DX 1010z** | Cook | Whiteboard of Merilyn Cook's Class Properties | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| **DX 1078z** | Radke | Graphic Radke Magnet Board Graphic - With Handwriting During Court | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |

| Defendants' Exhibits | Witness | Description | Agree to Admit as part of deal | Limitation/ Qualification/ Reservation |
|---|---|---|---|---|
| DX 1274z | Slovic | Picture of Large Whiteboard Magnets used with Slovic | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| DX 1416z | Cochran | Large whiteboard used with Cochran - with writing | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| DX 1483 | Hunsperger | Graphic entitled Appraisers | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| DX 1485A | Hunsperger | Graphic entitled Additional Hunsperger Market Participant Conclusions-Sources Removed | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| DX 1486 | Hunsperger | Graphic entitled Rocky Flats Area Builders | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| DX 1487 | Hunsperger | Graphic entitled Class Area Realtors and New Home Sales Personnel | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| DX 1498 | Hunsperger | Graphic entitled Hunsperger Corrected MLS % Change | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |

| Defendants' Exhibits | Witness | Description | Agree to Admit as part of deal | Limitation/ Qualification/ Reservation |
|---|---|---|---|---|
| **DX 1532** | Hunsperger | Graphic entitled Area Builders Interviewed | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| **DX 1533a** | Hunsperger | Large magnet board entitled Value Fluctuations per Radke-with handwritten notes | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| **DX 1534** | Hunsperger | Graphic entitled Comparison of Case Studies | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |
| **DX 1594** | Hunsperger | Graphic entitled Market Participants Interviewed, but not Reported | Yes | Based on agreement that demonstratives used through 12/8/2005 be admitted |

| Plaintiffs' Exhibits | Witness | Description | Agree to Admit as part of deal | Admit with limitation or qualification |
|---|---|---|---|---|
| **P0146** | Budnitz | AEC Note to Editors and Correspondents re: Pu in soil near Rocky Flats | Yes | |
| **P0355 (see limitations)** | Cochran | Classification Implications of RFP Inventory Difference (ID) Data | Yes, with limitations | Only Appendix 2 is agreed upon -Appendix 3 is already admitted -Remaining portions not admitted |
| **P0529** | Holeman | Assessment of Environmental Conditions at the Rocky Flats Plant- redacted | Yes | |
| **P0635** | Kaufman | Stipulated Order re: Cook v Rockwell | Yes | |
| **P0646** | Kaufman | Subpoena Served to Records Custodian of the U.S. Department of Energy | Yes | |
| **P0647** | Kaufman | Fax from Richard Kaufman to Jonathan Auerbach | Yes | |
| **P650** | Kaufman | Letter from D. Sorensen to R. Kaufman and J. Heffernan | Yes | Newspaper articles not included |
| **P0704A** | Holeman | Rocky Mountain News, "flats Can't be Cleaned up, GAO says" with last paragraph redacted | Yes | |
| **P0707A** | Holeman | Denver Post, "Federal Agents Raid Rocky Flats.  Illegal Storage, disposal of hazardous wastes alleged" - Redacted | Yes | |
| **P1073** | No Witness | RAC Final Report. Estimated Exposure and Lifetime Cancer Incidence Risk from Beryllium Released to the Air from the Rocky Flats Plant. Part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals | Yes | |

| Plaintiffs' Exhibits | Witness | Description | Agree to Admit as part of deal | Admit with limitation or qualification |
|---|---|---|---|---|
| **P1074** | No Witness | RAC Final Report Estimated Exposure and Lifetime Cancer Incidence Risk from Carbon Tetrachloride Released from Rocky Flats Plant. Part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals | Yes | |
| **P1088** | No Witness | RAC Final Report. Comprehensive Assessment of Exposure and Lifetime Cancer Incidence Risk from Plutonium Released from the Rocky Flats Plant, 1953-1989. Part of Task 3: Independent Analysis of Exposure, Dose and Health Risk to Offsite Individuals | Yes | |
| **P1235** | Cook | Photograph of house with descriptions | Yes | |
| **P1350** | Smallwood | Transactions of Meeting on Rocky flats Buffer Zone Ecological Environmental Research meeting | Yes | |
| **P1378** | Flynn | Slides | Yes | Except G676, G690 |
| **P1387** | Kaufman | Subpoena to Records Custodian of DOE's Rocky Flats Office | Yes | |
| **P1388** | Kaufman | Subpoena to Records Custodian of DOE's Rocky Flats Office | Yes | |
| **P1419** | Kaufman | Excerpts from Hearing Transcript-re-offering excerpt only (pages 1 and 2) | Yes | |
| **P1420** | Kaufman | Excerpt from Hearing Transcript-re-offering excerpt only (pages 1 and 2) | Yes | |
| **P1465** | No Witness | Statistical Digest, Federal Reserve Board, 1990-1995 | Yes | Defendants' Experts can respond without objection to document |
| **P1465A** | No Witness | Summary of Yearly Averages of Annual Treasury Bill, 1990-95 | Yes | Defendants' Experts can respond without objection to document |
| **P1466** | No Witness | Statistical Digest, Federal Reserve Board, 1996-2000 | Yes | Defendants' Experts can respond without objection to document |
| **P1466A** | No Witness | Summary of Yearly Averages of Annual Treasury Bill, 1996-2000 | Yes | Defendants' Experts can respond without objection to |

|  |  |  |  | document |
|---|---|---|---|---|
| **P1493** | Siebert | Draft report for public comment: Fundamental Classification Policy Review | Yes |  |

### ADDITIONAL QUALIFICATIONS AND LIMITATIONS

**Demonstratives:**  The parties agree that all demonstratives used up to and through the end of testimony on December 8, 2005 will be admitted.

**DX-654:** Given the admission of the Roberts Report (DX-654), Plaintiffs reserve the right to proffer the Cochran MUF report at a later date, and Defendants reserve the right to object to its admission.

Dated:  January 12, 2006                                              Respectfully submitted,

| | |
|---|---|
| /s/ John E. Tangren_____<br>One of the Attorneys for the Defendants<br>David M. Bernick<br>Douglas J. Kurtenbach<br>Ellen Therese Ahern<br>Mark J. Nomellini<br>John E. Tangren<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636<br>Phone:  312-861-2000<br>Fax:      312-861-2200<br><br>Joseph J. Bronesky<br>SHERMAN & HOWARD L.L.C.<br>633 Seventeenth Street, Suite 3000<br>Denver, Colorado 80202<br>Phone:  303-297-2900<br>Fax:      303-298-0940<br><br>Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY | /s/ Peter Nordberg_____<br>Merrill G. Davidoff<br>Peter Nordberg<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103<br>Phone:  215 875-3000<br>Fax:      215-875-4604<br><br>Louise Roselle<br>WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.<br>1513 Central Trust Tower<br>Cincinnati, OH   45202<br>Phone:  513-621-0267<br>Fax:      513-621-0262<br><br>Attorneys for PLAINTIFFS AND THE CLASS |

9

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com


              /s/ Courtney Biggins_____
              Courtney Biggins (legal assistant)