**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' REVISED MOTION TO ADMIT EXHIBITS**
_____

        Defendants respectfully move the Court to admit into evidence certain documents listed below. This is akin to the procedure that plaintiffs used to admit documents and read them to the jury before the close of their case-in-chief. Defendants do not intend to read these documents to the jury; however, their admission is necessary to complete the record in this case.

        As with the documents that plaintiffs sought to have admitted before the close of their case, the documents listed below are all comprehensible to the average juror and their contents speak for themselves. Moreover, many of these documents are ancient records that are authentic under Fed. R. Evid. 901(b)(8), are business records admissible under Fed. R. Evid. 803(6), are government records admissible under Fed. R. Evid. 803(8), or are being offered for non-hearsay purposes.

The specific documents that defendants seek to have admitted are:

| Exhibit Number | Date | Description |
| --- | --- | --- |
| DX 0024 | 8/00/1989 | Selected excerpts from Report of the Chromic Acid Incident Investigation at Rocky Flats February 22, 1989 |
| DX 0062 | 3/21/1972 | Denver Post Article by F. Gillies, "Rocky Flats: It's Always There" |
| DX 0326 | 00/00/1991 | Regression Analysis by Example |
| DX 0328A | 10/00/1973 | Selected excerpts from Instrumentation for Environmental Monitoring Radiation |
| DX 0329 | 4/16/1971 | NTIS: Proceedings of Rocky Flats Symposium on Safety in Plutonium Handling Facilities, April 13-16, 1971 |
| DX 0332 | 05/00/1973 | Colorado Department of Health USAEC Rocky Flats Plant Surveillance |
| DX 0333 | 6/00/1973 | Colorado Department of Health USAEC Rocky Flats Plant Surveillance |
| DX 0346 | 10/05/1960 | Letter to L.A. Matheson from K.W. Calkins re Trip Report: National Reactor Testing Station - September 26-30, 1960 |
| DX 0365 | 08/20/1970 | AEC makes report on contamination at Rocky Flats |
| DX 0388 | 9/19/1973 | Possible Tritium Contamination at the Rocky Flats Plant |
| DX 0421 | 12/05/1957 | Monthly Progress Report - Site Survey 1957 |
| DX 0543 | 09/00/2002 | Journal of Exposure Analysis and Environmental Epidemiology article entitled Risks to the Public from historical releases of radio nuclides and chemicals at the Rocky Flats Plant Technology Site |
| DX 0567 | 3/6/1970 | AEC Veracity Challenged, Area Plutonium Peril Claimed |
| DX 0568 | 11/23/1971 | The Denver Post, Rocky Flats Plant, Plutonium Safety Doubted |

| DX 0572 | 6/20/1974 | Plutonium contamination in area presents high risks, scientist says |
| --- | --- | --- |
| DX 0575 | 10/13/1975 | Soil East of Rocky Flats, New Test Rates Plutonium Above Limits |
| DX 0672 | 6/17/1986 | Letter to Ed Naimon from John Hayden and Jim Alexander re Management of Mixed Waste at Rocky Flats |
| DX 0735 | 11/03/2000 | Paper entitled Risks of Fatal Cancer from Inhalation of $^{239,240}$Plutonium by Humans: a Combined Four-Method Approach with Uncertainty Evaluation |
| DX 4019 | 2/00/1996 | (DOE) Plutonium: The First 50 Years |
| DX 4120 | 12/15/1988 | City of Broomfield Letter from Thurber to Miullo re Organic Sampling and Analysis of Great Western Reservoir |
| DX 4121 | 1/31/1967 | Health Physics Guide for Rocky Flats Division |
| DX 4122 | 6/13/1968 | Health Physics Status Report |
| DX 4123 | 7/17/1959 | History Report-Waste Disposal Coordination Group-June 1969 and Summary for Fiscal Year 1959 |
| DX 4124 | 12/22/1966 | Oil Coolant Waste Disposal |
| DX 4125 | 7/00/2002 | First Five Year Review Report for Rocky Flats Environmental Technology Site July 2002 |
| DX 4127 | 03/24/1970 | Dow Corral |
| DX 4128 | 12/29/1970 | Boulder Daily Camera-Team Plane Crash Voted Colorado's Top News Story |
| DX 4129 | 00/00/0000 | Rocky Flats Peril Denied by Union |
| PX 163 | 7/11/1969 | Letter re: fire experience - Rocky Flats Plant (with attachments re: fires in Bldgs 771 & 776). |

In addition, there were several graphics that were used by defendants during their case or on cross of plaintiffs' witnesses that either were not offered at the time or on which the record is unclear as to whether they have been admitted. Defendants now offer the following such exhibits:

| Exhibit Number | Description |
| --- | --- |
| DX 1005 | Graphic entitled Onsite Air Monitors (1970-1974) |
| DX 1477 | Graphic entitled Comments Re Offsite Soil Contamination |
| DX 1041 | Main FBI Raid Allegations |
| DX 1527z | Large Magnet Board re Appraisal Factors, Actual Owner Loss, Proximity to Rocky Flats - With handwriting |
| DX 2041 | Comparison of Strengths of Models: Wise vs. Radke |
| DX 2046 | Graphic entitled Radke Report, Table 1 Phase II Property Value Findings |
| DX 2225 | Graphic entitled Methods for Appraising Property That May Be Impacted by Environmental Contamination |
| DX 4000 | Article "Award Presentation: 1994 Distinguished Scientific Achievement Award Presented to Otto Raabe at the 39th Annual Meeting of the Health Physics Society, San Francisco, CA" |
| PG582aa | Power Point Presentation Slide entitled Measuring the Effects of Proximity to Rocky Flats on Property Values: Phase III data - With Bernick's handwritten notes |

Defendants will provide a binder containing copies of these exhibits to plaintiffs and the Court contemporaneous with the filing of this motion.

4

For the reasons stated above, defendants respectfully request that the Court admit these documents as it did with the documents proffered by plaintiffs prior to the close of their case.

Dated:  January 12, 2006                                    Respectfully submitted,


                    s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                                   s/ Kari Knudsen_____
                                                                   Kari Knudsen (legal assistant)