**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION REGARDING WISE EXHIBITS**

---

The Court admitted certain exhibits during the testimony of Dr. Kenneth Wise. (*See* 1/5/06 Trial Tr. at 8969–95, 9033–34, 9043, 9048–49, 9086, 9229–33.) The Defendants hereby move that the record reflect the numbers of exhibits that are admitted, as set forth in Exhibit A.[1] If there is no notation in Exhibit A next to the Exhibit number, the exhibit was admitted for demonstrative purposes.

Because the Court ruled that DX2067 was admitted, Plaintiffs requested that the backup for DX2067 also be admitted. (*See* 1/6/06 Trial Tr. at 9229–30.) The backup document is

---

[1] Exhibit A was previously provided to Ms. Bush, but the Defendants wish that it be formally filed so that it can be reflected in the record.

PX1146, which is Exhibit 1 to Wise's Supplemental Report.  PX1146 is included in Exhibit A attached hereto.

Accordingly, the Defendants request admission of the Wise exhibits set forth in Exhibit A attached hereto.

Dated:  January 12, 2006                             Respectfully submitted,

        s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                /s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)