# EXHIBIT A

## Exhibits Used with Wise Direct - 01/05/2006

DX1127

DX2006

DX2007

DX2008

DX2009

DX2012

DX2021

DX2022

DX2023

DX2024

DX2025

DX2026

DX2027

DX2031

DX2032 - Offered and admitted as a summary / non-demonstrative exhibit on 1.5.06

DX2033 - Admitted as a demonstrative exhibit on 1.5.06

DX2037 - Admitted as a summary / substantive exhibit on 1.5.06

DX2039

DX2040

DX2041

DX2042

DX2045

DX2047

DX2051

DX2052

DX2053

DX2067 - Offered and admitted as a summary / substantive exhibit on 1.6.06

DX2069 - Offered and admitted as a summary / substantive exhibit on 1.6.06

DX2070 - Offered and admitted as a summary / substantive exhibit on 1.6.06

DX2071 - Offered and admitted as a summary / substantive exhibit on 1.6.06

DX2074

DX2078

DX2083

DX2084

DX2085 - Offered as a summary / substantive exhibit 1.5.05, but admitted as a demonstrative

DX2087

DX2088 - Offered and admitted as a summary / substantive exhibit 1.6.05

DX2089 - Offered and admitted as a summary / substantive exhibit 1.5.05

DX2090

DX2103

DX2111

DX2113

DX2115

DX2116

DX2119

DX2120 - Offered as a summary / substantive exhibit 1.5.05 and admitted 1.6.05

DX2121

PX 1146