903 Area

CONFIDENTIAL
WORK PRODUCT

MEMORANDUM

TO:       Chavez, Elliott. Schoeberlein

FROM:     Joseph J. Bronesky

DATE:     March 3, 1978

RE:       Factual Summary of the "Barrel Storage Incident"

I.   INTRODUCTION

        The contamination problems emanating from the
"barrel storage area," "903 area," or "asphalt pad" (whatever
term is applied to the same area) can best be understood
within the context of the entire history of attempts made at
Rocky Flats to dispose of its "contaminated" organic liquids.
This memorandum will trace the history of this disposal
problem, including attempts made to solve the problem and
the difficulties associated with achieving solutions.

II.  INITIAL PROBLEMS:  1953-1956

A.  Early Disposals

        In its early days of operation, Rocky Flats did
not generate a significant amount of oil that was contaminated
with radioactive materials.  A few people recall that the
uranium buildings (44 and 81) were the first ones to produce
contaminated organics, with Building 44 producing a machine
lubricant that had to be considered "hot" because it had
come from a "hot" area where depleted uranium was being
machined.[1]  At some point, Building 81 began utilizing a
coolant composed of 95% water and 5% water soluble oil in
its work with enriched uranium.[2]

        Deciding upon a way to dispose of this contaminated
oil was by no means easy, for Rocky Flats was already having
problems in finding a place to dispose of its solid waste
(laboratory glassware, cloths used for cleaning in "hot"
areas, casting materials).[3]  Eventually, Rocky Flats received
approval to ship its radioactive solid wastes to Arco,
Idaho, where a private contractor operated an AEC burial
ground.  The records of the Rocky Flats Waste Disposal



PLAINTIFF'S
EXHIBIT
P-1003
90-CV-181

Coordination Group, which was charged with responsibility
for the disposal of waste, indicate that a representative of
the Arco burial site visited Rocky Flats in February 1954,[4]
and that shipments began in April of that year.[5] However,
no one can currently recall who negotiated for the use of
Arco, whether there were any restrictions on what could be
sent there, and the extent of the AEC's control over disposals
there. Nor is it clear whether any liquid wastes were sent
there for burial, although it appears that at some point
there were regulations requiring liquids shipped to Arco to
be enclosed with a sufficient amount of absorbent material
to prevent leaks.[6] On later occasions, officials at Arco
flatly refused to accept any organic liquids for burial.[7]

B.    The Mound Area

Not all solid wastes from Rocky Flats were sent up
to Arco, however. In April 1954, F. H. Langell, the Rocky
Flats Plant Manager, directed Chuck Schiller, the Service
Department head, to bury some barrels containing solid waste
on the plant site. At present, it is uncertain why Langell
directed this action, inasmuch as his order occurred the
same month that Rocky Flats started shipping wastes to Arco.
Langell himself does not recall this order, although John
Epp has some recollection of it, and the minutes of the
Executive Safety Committee for April 8, 1954,[8] document that
the order was given. Epp speculates that Langell directed
this action in order to pressure the AEC into approving
shipment of radioactive wastes to Arco. Larry Farrell, who
worked for Epp, speculates that Langell's decision was
prompted by the facts that many of the barrels of solid
wastes contained finely divided metal turnings that constituted
a fire hazard, and that the contaminating material involved--
depleted uranium--did not contain sufficient radioactivity
to justify shipment to Arco.

Equally uncertain is whether the materials Schiller
buried were to be dug up at a later date, or were to be left
in eternal repose. Langell speculates that any directions
he would have given for the burial of materials would be
conditioned on the fact that they would ultimately be dug
up. George Patterson, who in turn received the directive
from Schiller to bury the barrels, believes that he heard

that burial was to be temporary.  Finally, Lloyd M. Grow,
the Operations Chief of the Rocky Flats Area Office of the
AEC, believes that Dow officials told him that the burials
would be temporary.

        Langell's order to Schiller resulted in the creation
of the "mound."  Initially, 869 barrels from the depleted
uranium and laboratory buildings[9] were placed out on an area
of open ground north of the road that now leads to the east
gate of the plant, and then covered with three feet of
dirt.[10]  The operation was supervised by George Patterson
with assistance from Ed Ryan, who worked for Epp and Farrell.
Laborers deposited the barrels in the area, and Glenn Sherman,
operating a crane with a dragline scoop, covered the barrels.
A mound-type burial was preferred, probably because it would
be easier to detect any leakage from the barrels.  The
result was a burial "mound" which looked quite a bit like
some of the other hills around the plant site.

        In October or November of 1954, contaminated
organic liquids were added to the mound area for the first
time.  These liquids came from Buildings 44 and 81, where
depleted and enriched uranium were being worked on, respec-
tively.  Larry Farrell requested permission for burial of
these liquids from John G. Epp by his letter of October 27,
1954, and received it by Epp's endorsement on it.[11]  Today
Farrell is not exactly sure why he requested burial of these
liquids, but speculates that his request was due to the
refusal of Arco to accept organic liquids, as well as the
realization that it was not worth spending money to ship
liquids which contained only minimal amounts of contamination.
In fact, on one occasion the Waste Disposal Coordination
Group prepared a table showing how much more economical
mound burial was than shipment to Arco.[12]

        Additional drums containing contaminated waste
were added to the mound area from 1955 through 1958.  Records
of the Waste Disposal Coordination Group indicate that the
first barrels containing plutonium-contaminated oil were
added to the mound area in August 1955[13].  At present, it is
difficult to determine exactly what type of oil was contained
in these drums, although there has been some speculation
that, based upon the fact that almost no activity was detected
in the oil when the mound was later uncovered in 1970, these
drums contained oil taken from hydraulic pumps and presses
in "hot" areas of the plutonium production buildings.[14]

Although F. H. Langell was the prime mover in the creation of the mound, the AEC was well aware of it and gave its tacit consent. Lloyd Grow of the Area Office believes that he was consulted by Dow officials before the first burials were made at the mound. Larry Farrell recalls escorting several AEC officials around the plant site, and showing them the mound area. Finally, Everett Mathews, a former employee of the Health Protection Branch of the Albuquerque Operations Office of the AEC, indicates that he was aware of the fact that deposits were being made at the mound.

The mound burials coincided with other burials at the plant site. Several letters document requests by Dow Chemical personnel for permission from the AEC to bury depleted uranium on the plant site, and the approvals given by the Rocky Flats Area Office.[15]  Such approval was given both by Lloyd Grow and Seth Woodruff, the Manager of the Rocky Flats Area Office.

The mound area was ultimately dug up in 1970 under pressure from the union representing Rocky Flats workers (who voiced fears that it contained dangerous amounts of radiation) and as a result of a genuine desire to improve the image of Rocky Flats.[16]  Apparently, Rocky Flats officials were at first at a loss in responding to the union agitation for removal of the mound, as there were no records documenting exactly what was in it. However, Lloyd Joshel, the plant manager at the time, believed that the mound contained very little radioactivity and decided not to unearth the barrels. However, when Joshel was out of the country, Bill Lee, the Environmental Control Manager, decided to dig them up and to ship them to Arco. Robert Vogel, a member of the Health Physics Department, was made the project manager for unearthing the barrels, and he in turn consulted with Ed Ryan, who told him how the mound had been constructed and what kind of wastes were buried in the mound.

Using a front-end loader, Vogel and his crew started to unearth the mound from the east side. They were surprised to find little or no radioactivity upon opening the barrels, as it appeared to them that most of the solid wastes which they encountered should have been disposed of as uncontaminated garbage  Later, the crew unearthed some barrels containing oil  Many of them were shipped directly

to Building 774 for processing.  Others developed leaks a
short time after they were uncovered, and their contents
were pumped into new barrels.  Morrie Maas, a supervisor in
Building 774, joined Vogel's crew about this time because of
a strike at the plant which required supervisors to fill in
at other jobs.  Maas' records indicate that about 212 drums
from the mound were leakers.[17]  However, each time a barrel
leaked, a Health Physics monitor obtained a sample of the
oil for laboratory analysis.  This analysis disclosed no or
very little contamination.

        In all, 1,405 barrels were buried at the mound
area, and approximately 440 of them contained some sort of
organic liquids.[18]  A report written by Bob Vogel[19] concerning
the unearthing operation indicates that 13 of the barrels
containing oil originated from the plutonium building
(Building 71).

### C.  Oil Burning

        Other methods of disposing of organic liquids were
attempted at Rocky Flats in the mid-1950's.  One was the
burning of oils containing uranium.  Appparently there were
two sites where such oils were burned, the first being a
garage pit located in the southwest portion of the plant
site where trial burnings were conducted in 1956.[20]  For
some reason, burning was not attempted again until 1961 in a
second site in the eastern portion of the plant which John
Waschak, the supervisor of trucking and labor, recalls was a
30 x 60 foot pit with earthen walls located near the mound
area.  The records of the Waste Disposal Coordination Group
indicate that oil for burning in this pit was obtained from
Buildings 44 and 81.[21]  Lyle Zodtner, who supervised Building 81
at the time, contends that none of the oil taken to the
burning pit from his building contained enriched uranium.[22]
Edward Putzier, who worked with Health Physics at the time,
also believes that only depleted uranium was in the oil
which was burned in the pit.

        The procedure for burning the oil called for
laborers under the direction of John Waschak to truck the
oil to the burial pit after Ed Ryan or another member of the
Waste Disposal Coordination Group had made sure that the oil
could be burned.  In an interview before his death, Ryan
indicated that he followed a standard in determining which

oil could be burned, and that he believed that it was the
one applicable to breathable air in a work area.  In order
to avoid any alarm, and probably to avoid any protests, the
oil was burned at night by the fire department.  While the
oil was being burned, a Health Physics monitor maintained a
portable air sampler to attempt to take samples of the smoke
plume coming from the oil.  Several witnesses believe that
logs of the readings from the plumes were kept.[23]  Thus far,
these logs have not been located.

At the same time that attempts were being made to
burn and bury oil, experiments were being conducted to find
a material that could absorb the oil and produce a solid
substance for shipment to Arco.  Morrie Maas conducted some
experiments without success on an informal basis in Building 74,
and even tested bentonite clay (found in ample quantities
around Rocky Flats) as a solidifying agent.  Reports of the
Waste Disposal Coordination Group also suggested magnesia
and portland cement as solidifying agents.[24]  Use of all
these materials achieved little success, for, although many
of them produced a solid, they soon began to weep contaminated
oil.[25]

III.  AGGRAVATION OF THE OIL PROBLEM:  1957-1966

A.  Increased Oil Generation

The major contributor to the aggravation of the
oil coolant problem was the expanding technology in weaponry.
Previously, atomic devices called only for plutonium parts
to be cast and then pressed.  The increasingly complex
designs turned out by the agencies, however, required that
extensive machining be done on the parts so that they would
meet the rigid government specifications.  As a result,
Rocky Flats started using tracer lathes, which allowed both
the precision demanded as well as the increased productivity
to meet weapons quotas.[26]

Primitive lathes were initially used in Building 71
in the mid-1950's.  Because they utilized an inert atmosphere,
little coolant was needed to reduce the friction caused by
the machining process that could lead to plutonium fires.
However, increased reliance on tracer lathes and problems
with maintaining an inert atmosphere required the use of
increasing quantities of oil coolant, as well as more carbon

tetrachloride to clean off the parts and to insure that the gloves within the glove box did not become slippery.[27] Although there is some dispute as to whether Building 71 generated this contaminated lathe coolant before Building 776 was opened in 1957 (as Chuck Stone does not think it did, but Frank Quinn, Ken Calkins, and Frank Springer think it was), there is no doubt that this lathe coolant was produced in ample quantities when Building 776 was finally opened.

The problem of disposing of the contaminated lathe coolant was recognized quite early. Records of the Waste Disposal Coordination Group indicate that, in July 1956, inquiries were directed to Arco, Idaho, as to whether it would take the lathe coolant and either store or dispose of it.[28] In fact, Arco probably attempted to burn some of the oil at its site, and determined that it could not be done without spreading contamination.[29] About the same time, I. E. Venable requested the Waste Disposal Coordination Group to find a new way for disposing of oils contaminated with plutonium.[30] In short, the problem was that the oil could not be shipped to Arco, could not be burned, and could not be decontaminated by any method known to man.

While attempts were being made to find a way to deal with the oil, it was initially sent to Building 771, where Herman Vaughan supervised the operations involving the removal of plutonium from aqueous wastes. Vaughan, however, had no way to remove the plutonium from the oil, and for a long time the oil sat around, stored in two-gallon jars. Vaughan spaced at one foot centers for criticality purposes. Vaughan recalled seeing centrifuges being used to remove bits of metal from diesel oil, and he recommended to Bud Venable that some centrifuges be purchased and installed in Building 776. Ken Calkins recalls that some specifications were set out for such a centrifuge, and that a private contractor installed two of them in Building 776.

These centrifuges became the mainstay of the lathe coolant collection system in Building 776. Each lathe had its own internal filter for recirculating and removing bits of machined plutonium from the coolant. At least once a month the coolant would be drained from the individual lathes through another filter into a central system for inventory purposes. It would then pass into collection

tanks which led to the centrifuge.[31]  The centrifuge was
operated by foundry personnel under the supervision of Clyde
C. Perry.  The usual operator of the centrifuge was Bob
Pratt.  Pratt believes that operating instructions for the
system were posted at the centrifuge, and that they called
for him to drain a quantity of oil from the holding tanks
into the centrifuge, turn the centrifuge on for a certain
period of time, and then to remove the cake-like material
containing plutonium particles which had been separated out
during the process.  Pratt does not recall the capacity of
the centrifuge or how long it took for it to take out the
solids.  After centrifuging, the oil went into another
holding tank where the oil was agitated by an air sparging
method before sampling.  If the sampling indicated that the
oil satisfied the discard limit, which various people recall
being $10^{-2}$, $1.5 \times 10^{-2}$, and $10^{-3}$ g/l, the oil would be
placed into 55-gallon drums.  Pratt placed approximately 50
gallons of oil into each 55-gallon drum, and utilized an
alarm device on the filling mechanism to assist him in
measuring out the desired quantity.  Subsequently, another
person in Building 776 would add ethanolamine to the coolant
to prevent it from corroding the drum.  After the bung was
placed on the drum, the drum would be removed from Building
776 by maintenance personnel.

Despite high hopes, the centrifuge process did not
remove a sufficient quantity of plutonium to make it possible
to reuse the oil or to permit its disposal as uncontaminated
waste.  A number of reasons are offered to explain this
failure, among them being the fact that the chemical form of
many of the plutonium particles within the oil precluded
their removal.[32]

## B.  Creation of the Drum Storage Area

Deciding what to do with the barrels once they
were removed from Building 776 was another matter.  Rocky
Flats officials were apparently in agreement that the oil
had to be stored until some method could be worked out for
decontaminating or disposing of it.  There was, however, no
agreement on where the oil ought to be placed.  Kenneth
Calkins remembers that it was moved around, being stored
first at the burial mound, then at a "bull pen" consisting
of a fence which was used to enclose construction materials,
and finally at a level area which subsequently became known

as the drum storage or the 903 area.  It is not clear who
made the decision to store the barrels in the 903 area,
although John Epp concedes that it might have been his
decision.  Larry Farrell speculates that the decision was
based upon the facts that the area was flat, that it allowed
for easy forklift operation, and that it was out of the way.
The June 1959 report of the Waste Disposal Coordination
Group, which documents the first use of this area, states
that storage there was to be a "temporary measure."[33]
However, slowly the barrels began to accumulate, with the
first being stored in the southwest portion of the area.  No
one can recall any specific markings being placed on the
drums, although many barrels contained organic liquids that
were contaminated with uranium, and not plutonium.[34]

It appears that the area where the drums were
stored had no official designation, other than being called
the barrel or drum storage area, and on occasion the "drum
mound," the denomination "903 Area" was to come later when a
building numbered "903" was constructed to filter the oil.

All witnesses acquainted with the matter are in
general agreement that it would have been impossible to
construct a building to store these drums.  The AEC apparently
informed F. H. Langell and other Rocky Flats officials in
the late 1950's that belt-tightening was necessary, and even
in times of ample funding it would have been hard to justify
a permanent building to store materials on a temporary
basis.  However, people such as Livingston T. Ferris have
indicated that any person with a chemistry background should
know that the combination of carbon tetrachloride and water
in the barrels would produce hydrochloric acid which would
eat away at the barrels.  Consequently, it would be inadvisable
to store them outside (or anywhere, actually) for any long
period of time.

C.  Attempts at Distillation

As the barrels began to accumulate at a rapid pace
in the late 1950's, efforts to find a way of treating or
disposing of the oil intensified.  Leo Grill and Bill Turnley
conducted research to find filtration agents to remove
plutonium in their lab in Building 771 in 1958.  Their work,
however, indicated that the filtration agent which did the
best job was unworkable because of its bulk and criticality

problems.[35]   Records indicate that a person by the name of
Eugene Johnson strongly recommended in 1959 that the oil be
sludged.[36]   He conducted a number of tests, reported favorably
upon their results, and urged that his solutions be adopted
because the drums in the drum storage area were rapidly
corroding.  Although Johnson's present whereabouts are
unknown, Kenneth Calkins remembers that Johnson's method
called for a tremendous amount of magnesia cement to produce
a "grease" out of the lathe coolant, and that the grease
eventually would "weep" contaminated oil.  As a result,
Johnson's recommendations were not followed.

        Calkins himself was working on a process for
distilling the lathe coolant mixture in the late 1950's and
early 1960's.  This research had two goals.  The first was
to recover carbon tetrachloride for reuse in the production
process in order to reduce operating costs at the plant.
The second was to reduce the quantity of liquid containing
plutonium which had to be discarded.  Funds for research on
the distillation process were authorized by Dow officials in
early 1959, and Calkins' engineering group produced a new
design in late 1959.  However, Dow's Capital Equipment
Committee vetoed the purchase of the new equipment on cost
grounds, and accordingly Calkins and his group had to fashion
some secondhand equipment.[37]  F. H. Langell, the plant
manager at the time, recalls that the funds for new equipment
were denied because of budgetary pressure from the Albuquerque
Operations Office of the AEC, as well as the fact that some
modifiable equipment was available in Building 81 where
uranium operations were being curtailed.

        Once the carbon tetrachloride still was fashioned,
however, it was anything but a success.  The equipment first
developed leaks because the distillation process produced
hydrochloric acid which ate away at the stainless steel.[38]
(Calkins pointed out that the new equipment which he had
requested did not contain stainless steel in crucial parts.)
After steps had been taken to avoid this problem, it was
discovered that the carbon tetrachloride which was recovered
contained ethanolamine, a corrosion retardant which rendered
the $CCl_4$ unsuitable for use because it was "gunky" (to use
the word devised by Frank Quinn).  After the development of
a water scrub process to remove the ethanolamine in the
early part of 1961, the still failed completely in the
summer of 1961,[39] and all of the oil produced by Building

776 was once again sent out to the 903 area.  Additional
funds were requested for new equipment in the 1964 congres-
sional budget, but Calkins recalls that they were deleted
and never appropriated.

## D.  Development of the Sludging Process

John Epp recalls that, during the early 1960's,
Rocky Flats officials sought the assistance of other Dow
divisions for finding a solution to the oil coolant problem.
During one company-wide meeting, Epp mentioned his problem
to officials from Dow's Dowell division, and they suggested
a material known as Cab-o-sil, a silica material that would
cause oil to form a gel or grease.  Records of the Waste
Disposal Coordination Group indicate that a meeting was
subsequently held at Rocky Flats in February 1962,[40] where
the decision was made to proceed with development of a
Cab-o-sil sludging operation to convert the existing accumula-
tion of lathe coolant into a grease and to solidify the
residues produced by the carbon tetrachloride still which
was still being planned at the time.  As a result of that
meeting, Rocky Flats officials began searching for suitable
equipment to blend the contaminated coolant with Cab-o-sil
or a similar material, as a procedure similar to this had
never been attempted by any other industry.

A principal figure in development of the sludging
operation was Frank E. Butler, whom we have not yet been
able to locate.  He and Rue Hall ordered mixer-extruder
equipment at the Read Standard Company in Pennsylvania,[41]
and in August 1962, Butler wrote a justification for the
purchase of the equipment[42] which noted that 50-60% of the
drums in the barrel storage area were corroded and that the
contents of several were spilling out onto the ground.
(Note that some Rocky Flats documents indicate that leaking
wasn't discovered until 1964).  For some reason, it took
about a year before the mixer-extruder was actually purchased
and another year before the reports of the Waste Disposal
Coordination Group reported any modifications being done on
the equipment to get operational.[43]

It is hard to explain the initial delays in pur-
chasing and getting the mixer-extruder operational, although
John G. Epp believes that some of the delay is caused by the
failure of Rocky Flats management to realize the need for

-11-

the mixer-extruder.  Doug Heberlein recalls that I. E. Venable, who had charge of the plutonium operations at Rocky Flats, wanted most of his research people to devote their efforts to solving problems related to the production of weapons, rather than working on garbage problems.  In any event, the funds for the distillation equipment were deleted from a Rocky Flats appropriation request in December 1963, and Ken Calkins believes that this necessitated a revision of the plans for the mixer-extruder in order to increase its capacity to handle the oils that the distillation equipment ordinarily would have taken.

Problems in getting the mixer-extruder operational after July 1964 are documented in the monthly reports of the Waste Disposal Coordination Group,[44] the recollections of Morrie Maas, Jerry McClure, James Luckow, and Don Anderson, as well as reports prepared by Don Anderson.[45]  An initial problem was that the Purchasing Department at Rocky Flats, pursuant to government procedures, could not simply order Cab-o-sil, but instead had to invite bids for the purchase of a silicate material.  As result of the bidding process, Rocky Flats purchased a boxcar of Santocel, which simply did not work in the mixer-extruder.[46]  It was quite difficult to feed the Santocel into the mixer-extruder, and, once inside, it would not interact with the oil to produce a greasy substance.  John DeRocchi, who worked in Building 774 where the mixer-extruder was installed, recalls that it was possible to dump the Santocel into a barrel of oil and to see it float to the top rather than to react with the oil.  After about a year of experimentation, the Purchasing Department bought Micro Cell-E, a product of Johns-Manville, for use in the mixer-extruder.  Once again, there were problems of getting the material to go into the mixer-extruder and in getting a consistent substance which did not leak oil.  As late as November 1964, an acceptable product was being produced only 50% of the time.[47]  Apparently, these problems were worked out in 1965 and early 1966.  However, no witness really recalls why it took so long to work out these problems, although it appears that Don Anderson was primarily in charge of the project and he had many other duties elsewhere.

E.  Deterioration of the Barrels

While attempts were being made to find a way to dispose of the oil, the barrels were deteriorating.  As was

-12-

previously noted, Eugene Johnson reported as early as 1958 that many of the barrels were corroding in the drum storage area. Frank Butler estimated that 50-60% of the barrels were corroding and leaking as early as 1962.[48] In 1964, the Site Survey Group of the Health Physics Department began regularly to report the increase of contamination in the area.[49] Among its various duties, the Site Survey Group was supposed to survey various areas around the plant site for radioactive materials. Although there was no designated route for these monitors to travel, they ordinarily visited the drum storage area on a weekly basis, in addition to accompanying truckloads of barrels to the area on a periodic basis. The Site Survey Group had many monitors and many supervisors during the time that the contamination problem in the 903 area was developing. Ken Freiberg and Joe Fererese were the monitors who have the best recollections of what they observed in the drum storage area. Fererese, who may have worked in the area as early as 1962 or 1963, noted the barrels were leaking, and he killed several rabbits running around the pallets holding the drums for analysis by the Health Physics laboratories. It turned out that the fur of the rabbits was grossly contaminated from the oil which was leaking from the drums. In September 1964, a rabbit fence was erected around the area to keep the cottontails out.[50] Fererese also recalls that, on occasion, he would accompany chemists into the area who were drawing samples from the barrels for laboratory analysis. On occasion the wind would cause some of the oil to become airborne and Fererese would order that the sampling be discontinued. He also recalls that on one occasion he was accompanied by another monitor who found that dirt containing contamination had been carried from the area and had been stopped by the perimeter fence around the plant. Freiberg, who conducted some site survey monitoring in 1965, noted that the barrels were corroding from the inside out and that they were bulging and popping in the sunlight. He was also able to detect the odor of carbon tetrachloride around the area.

Despite the worsening condition of the barrels, it appears that no attempt was made to cover them with dirt (as had been done in the mound area) or tarpaulins to protect them from the elements. There is some disagreement among the witnesses on this point, as some contend that such measures would have prevented rain water from collecting on the barrel lids and resting them, and others believe that

these measures would have been ineffective because the corrosion occurred from the inside out.

Both Kit Kittinger and Bruce Owen served as head of the Site Survey Group, Kittinger in 1964 and Owen in 1965. Both were aware of the deteriorating condition of the barrels, Kittinger recalling the corrosion in both the bottoms and tops from moisture, and Owen noting the corrosion of the barrels from the inside out on their sides. The Health Physics status reports signed by both documental occasions involving the spread of contamination. Owen personally asked manufacturing people such as John Epp to try to decrease the production of oil, since the gradual accumulation of barrels in the area was certainly undesirable. C. W. Piltingsrud, who was the head of Health Physics at the time and the supervisor of Owen and Kittinger, was aware of the contamination being carried from the area by storms and rabbits, but he recalls he had little success in convincing Rocky Flats management that there was actually a problem. The source of this difficulty was that Piltingsrud could not cite any violations caused by the condition, as the standards for radioactivity in air were not being exceeded by the winds blowing over the drum storage area.

The AEC knew about the accumulation of barrels in the 903 area. It was common knowledge that the AEC's task was to go around the plant site and ask questions about anything they saw. Officials of the Health Protection Branch of the Occupational Health and Safety Division of the Albuquerque Operations Office of the AEC visited Rocky Flats on at least a semiannual basis to inspect waste disposal and radiation protection programs. As early as 1961, Everett Mathews of the Albuquerque Operations Office noted in his audit report that there was an accumulation of barrels in the drum storage area and that efforts were being made to solve the lathe coolant problem.[51] Claude Davis of the same office was aware of the problem, as well as the attempts made to solve it. As he did not have any special expertise in dealing with organic liquids, he deferred to Dow's expertise and conceded that he could not really offer any help. A third Albuquerque employee, Ray Miller, claims that he was unaware of the accumulation of barrels until the drums were cleared from the area beginning in 1967, but an audit report he wrote in early 1966 mentions the problem.[52] At the Rocky Flats Area Office of the AEC, officials also knew about the

-14-

problems of the drum storage area. Although Seth Woodruff, who was head of the office at the time, currently claims that he was unaware of the problem, Herman Vaughan of Dow recalls telling Mike Sunderland, one of Woodruff's assistants, about the problem and the dangers of contamination which it presented. Lloyd Grow, the head of the Operation Branch of the Area Office, was also aware of the problem and kept up on the attempts made to correct it. It was Grow's job to brief Mathews and Davis on the problem each time they came to Rocky Flats. It is unclear how much control the AEC exerted over attempts to get funds for the mixer-extruder and the distillation equipment.

## IV.   THE BEGINNING OF THE END
### 1967-1969

### A.  Solutions

Progress was eventually made towards handling the lathe coolant problem. At some point, Keith Best, who managed Building 776, decided that the centrifuge method of removing plutonium from oil was not satisfactory, and he ordered the installation of a series of full-flow filters in a glove box in Building 776 to filter out the chunks of plutonium in the oil. Apparently these filters did a lot better job of removing the plutonium than did the centrifuge method, as use of the centrifuge ceased. However, the oil run through these filters still was sent to the barrel storage area. At some point, the mixer-extruder was finally made operational, and, although some bleeding of the grease still occurred, the addition of sweeping compound into the bottoms of the drums took care of the problem.[53] Accordingly, the mixer-extruder was put to work on the oil being contemporaneously produced in Building 776 in November 1966,[54] and in January 1967, clearance operations began on the backlog of drums in the drum storage area.[55]

### B.  Clearance of the 903 Area

A number of problems were involved in plans for clearing the drum storage area. First, there was some uncertainty as to how much plutonium was actually in the oil in the drums.[56] Second, it was not really clear how much the barrels had actually deteriorated, as the close spacing of the barrels, as well as the fact that most deterioration

-15-

occurred from the inside out, obscured a proper analysis of their condition.[57] In any event, a decision was made to attempt to filter the oil standing out in the 903 area to try to recover any plutonium in it. For this purpose funds were requested for the construction of a building to house the filters and the pumps needed for the operation. It is presently unclear who made the decision.

Because the Davis-Bacon Act was involved in the request for over $100,000 to construct the building, it took a year to design and obtain funding for it. It appears from the reports of Don Anderson that work had to be halted on at least one occasion because of the shortage of funds.[58] Nevertheless, in January of 1968, building was complete and the the clearance operation began. As the filtration building was assigned the number 903, the drum storage area required a numerical designation.

The health protection procedures for the clearance operation were devised by Bruce Owen, who prescribed protective clothing, respirators, and booties for the workmen handling the oil. The clearance operation was nominally under the direction of Morrie Maas, who tasked Don Anderson with much of the day-to-day supervision. John DeRocchi eventually took over for Anderson. Health Physics monitors were assigned to monitor the personnel working on the drums, and to maintain portable air samplers to insure that contamination was not being spread by operations in the area.

The first part of the clearance operation was directed at removal of the drums which had most recently been taken from Building 776 to the drum storage area. As these drums contained oils that had been passed through the full-flow filters installed by Keith Best, it was not necessary to filter these oils once again. Accordingly, they were sent directly to Building 774 for greasing. Maas, Cecil Ratliff, and Jack Heisz recall some of the problems involved in drawing the oil from the drums. It was quite difficult to open the bungs on many of the drums, and there were some problems with getting the pumps to operate properly. Finally, after a few months, Morrie Maas and Keith Best decided that the filtration step was uneconomical.[59] Not enough plutonium was being caught in the filters to justify recovery, and the filtration process delayed the project to such an extent that the waste of valuable time and manpower was simply not worth it.

The clearance operation took approximately a year and a half, and was hampered by bad weather. No one can recall whether any markings still existed on the barrels, although it appeared that the barrels containing uranium contaminated oil were segregated from those containing plutonium. In addition, some of the barrels contained ordinary trash, as well as tars which did not contain contamination.[60]

In all, approximately 5,237 barrels were cleared from the area.[61] Not all of them were full, however, as many had developed leaks.

It it quite difficult to confidently estimate the amount of oil which leaked into the soil. The figure which many people agree upon--and which is the Rocky Flats estimate for this litigation--is 5,000 gallons of oil.[62] This estimate is used for the further calculation that 86 grams of plutonium leaked from the barrels. It appears that the 5,000-gallon figure originated from Morrie Maas, who was pressed by Ken Freiberg to come up with an estimate some time after the clearance operation. Although Freiberg thinks that Maas relied upon his notebooks for this figure, Maas contends that this figure is only a good hunch. Other people such as Cecil Ratliff believe that this figure is a little high.

However, there does appear to be a discrepancy of 411 barrels[64] between the number of barrels that were originally in the 903 area and the number of barrels that were processed in Building 774 for shipment to Arco, Idaho. It has been suggested by plaintiffs (per Steve Chinn)[65] that multiplication of 411 barrels by 50 gallons per barrel would give a more accurate estimate as to the amount of oil that leaked into the soil. However, this does not appear to be an accurate theory, as it appears that many of these 411 barrels contained unpumpable tars which were boxed and shipped to Arco rather than being sent to Building 774, and others contained ordinary trash.[66] In addition, many of the barrels in the drum storage area contained coolant contaminated with uranium, and Don Anderson recalls that these barrels were in the worst shape and had probably leaked the most. Therefore, it is wrong to assume that all of the oil which leaked into the soil contained plutonium.

-17-

## C.  Paving of the Area

After the 903 area was cleared, the Health Physics Department made a survey of the contamination on the ground both inside and outside of the fence which had been erected to keep the rabbits out of the area.  J. Bruce Owen reported the extent of contamination to J. Seastone in July 1968,[67] and noted that a large part of the 903 area within the rabbit fence was contaminated with levels of plutonium that made the area "extremely hazardous."  The report also mentioned that wind and ground water had carried plutonium outside of the fenced area.  Owen's letter also contained proposals for dealing with the 903 area, which included moving contaminated soil back into the area within the rabbit fence and paving the area with a concrete pad.  Owen also recommended precautions to prevent the spread of dust during the bulldozing operations.

Owen believes that his letter was part of an effort of Dow officials to try to get Dow management and the AEC to do something about the 903 area.  He and Clarence Piltingsrud realized that wind and water were carrying contamination from the area, and both believed that decisive action was necessary.  In fact, on one occasion Piltingsrud called Jack Burke of the AEC in Albuquerque to get him to convince engineering personnel in Albuquerque to hasten their review of the proposals for covering the area.  Burke does not recall this telephone call, and neither Owen nor Piltingsrud can recall exactly when it was made.

On the engineering front, it appears that the first drawings for covering the area with concrete were done in July of 1968.[68]  Another drawing which proposed covering the area with asphalt was done about a month later.  However, in October of 1968, Dow Engineering requested initial approval for covering the area with concrete at a cost of $185,000.[69]  It is unclear what happened to this proposal, but in November of 1968, Piltingsrud thought it necessary to call a meeting of local AEC officials to complain about the spread of contamination from the 903 area by the wind and the rain, and to demand immediate action.[70]  As a result, Dow was allowed to move uncontaminated dirt from outside the 903 area into the area in order to cover up the contaminated dirt and prevent its erosion from the elements.  About the same time, Dow's proposal for a concrete pad was apparently

-18-

vetoed, and a new proposal involving the use of asphalt was devised.[71]  However, the AEC ultimately rejected this because it was too costly,[72] and final AEC approval for an acceptable proposal was not given until April of 1969.[73]  Fill material supplied by an outside contractor was applied in July 1969 by Dow personnel,[74] and the asphalt work was completed in November 1969.[75]

A report by a committee headed by J. R. Seed, entitled "Committee Evaluation of Plutonium Levels in Soil Within and Surrounding USAEC Installation at Rocky Flats, Colorado" contains a chart listing the monthly averages of daily airborne contamination values for an air sampler located east of the barrell storage area.[76]  This chart indicates that higher plutonium airborne concentrations were detected for the months of April and May of 1968, November and December of 1968, and January, February, March, and April of 1969.  During April and May of 1968, the 903 area was still being cleaned up, and the pallets which contained the drums were being removed.  Weeds and vegetation were burned off the area in October without problems.  In November of 1968, some grading was taking place to move uncontaminated dirt over the contaminated dirt.[77]  Glenn Sherman, who operated the grader, indicates that precautions were taken to make sure that the grading operations did not raise much dust that could be carried away by the wind.  Bruce Owen agrees that the grading operations probably did not cause much dust to be carried from the area.  It should also be noted that winds and rain probably carried contamination from the area in early November, and that this gave rise to the meeting which Piltingsrud called in order to get the grading done. December of 1968 brought the highest readings for airborne contamination, with an average of 0.34 picocuries per cubic meter being registered on air sampler S-8.  There is no record of any work having been done in the area that month. The first four months of 1969 also produced high readings. During all of these months it appeared that no activity was taking place in the 903 area, other than the natural erosion of the soil by the wind and the removal of rocks and stakes from the area in April.  This was also the time when the AEC and Dow were arguing about what to do with the area.  It does appear, however, that there is no clear evidence that the grading operations caused the resuspension of plutonium-contaminated dust.  In fact, air sampler readings were relatively low for July and August of 1969, when a fill coat was applied to the area and spread about by a road grader.

-19-

The paving of the area with asphalt, however, was not the end of the problem, for sampler S-8 still recorded relatively high readings for various months.[78] These readings, together with the development of the Fidler instrument for measuring soil contamination, necessitated further attempts to cover up the dirt around the 903 area, simply because the earlier surveys had not detected the full extent of contamination. Therefore, at various time, base coarse material was laid down, and soil sterilants were added.[79] In addition, proposals were being made to remove the contaminated soil from under the asphalt pad, and Bill Lee, the Environmental Control Manager of Dow, prepared cost proposals for the project.[80] However, as a result of the promise to the governor of Colorado by the AEC that the soil would not be removed until a place was found for it, no action was taken.[81]

Further factual development of the problems and attempted solutions associated with contaminated soil surrounding and to the southeast of the saphalt pad remains to be done, and will be reported later.

FOOTNOTES

1. Larry C. Farrell and M. E. Maas

2. Doug Heberlein, Bert Reichner, M. E. Maas; also, an interview with E. S. Ryan before his death.

3. John G. Epp and Larry C. Farrell

4. Progress Report of Waste Disposal Unit dated March 5, 1954, written by E. S. Ryan and addressed to John Epp

5. Progress Report of Waste Disposal Unit dated May 6, 1954, signed by E. S. Ryan and addressed to John Epp

6. Interview with E. S. Ryan before his death.

7. History Report for Waste Disposal Coordination Group dated September 5, 1956, signed by E. S. Ryan and addressed to L. C. Farrell

8. See the last page of these minutes, document C-813

9. Progress Report of Waste Disposal Unit dated May 6, 1954, signed by E. S. Ryan and addressed to John Epp

10. Interview with E. S. Ryan before his death; Ellis "Glen" Sherman

11. Letter of October 27, 1954, from L. C. Farrell to J. G. Epp, with endorsement of J. G. Epp dated October 28, 1954

12. Progress Report of Waste Disposal Coordination Group dated September 3, 1954, signed by E. S. Ryan and addressed to L. C. Farrell

13. Report entitled "Summary of On-Site Radioactive Waste Disposal" dated April 22, 1970, written by E. A. Putzier, page 8

14. M. E. Maas believes that Daryl Hornbacher may have told him this.

15. Letter dated December 1, 1958, from Lloyd M. Joshel to John G. Epp; letter dated April 12, 1961, from F. H. Langall to Seth R. Woodruff; letter dated December 6, 1962, from L. D. Hazelton to Norman H. MacKay; and letter dated December 12, 1962, from L. M. Grow to L. D. Hazelton

16. W. H. Lee

17. Handwritten notes of M. E. Maas dated 8-70

18. Ibid.  The contents of the 212 leaking drums were transferred into 111 new drums

19. Letter dated June 2, 1970, from R. M. Vogel to E. A. Putzier.  See also call report reporting call of July 10, 1970, from Tom Jones to E. A. Putzier

20. History Report of Waste Disposal Coordination Group dated September 5, 1956, signed by E. S. Ryan and addressed to L. C. Farrell

21. A summary of these records appears in the report entitled "A Summary of On-Site Radioactive Waste Disposal" by E. A. Putzier dated April 22, 1970.

22. Mr. Zodtner is currently retired from Rocky Flats and he resides in Lakewood. His memory is not outstanding.

23. John Hill, Edward Putzier, and John G. Epp.

24. Letter dated November 10, 1958, from E. E. Johnston to L. C. Farrell; letter dated December 15, 1958, from E. E. Johnston to L. C. Farrell; letter dated January 9, 1959, from E. E. Johnston to L. C. Farrell

25. M. E. Maas, K. W. Caulkins, and J. G. Epp

26. F. J. Quinn, George Spooner, and Frank Springer

27. F. J. Quinn, Frank Springer

28. History Report of Waste Disposal Coordination Group dated August 3, 1956, signed by E. S. Ryan and addressed to L. C. Farrell

29. History Report of Waste Disposal Coodination Group dated September 5, 1956, signed by E. S. Ryan and addressed to L. C. Farrell; apparently some oils were shipped, for the History Report of the Waste Disposal Coordination Group of September 2, 1958, signed by E. S. Ryan and addressed to L. C. Farrell indicates that the shipment of the contaminated oils had been stopped. The History Report of the Waste Disposal Coordination Group dated October 8, 1958, signed by E. S. Ryan and addressed to L. C. Farrell indicates that rupture of a drum of contaminated oil led to the final decision that no more oils would be sent to Arco.

30. Letter dated July 9, 1956, from I. B. Venable to J. G. Epp

31. Clyde Perry, Bob Sorensen, and Robert Pratt

32. J. G. Epp; K. W. Calkins; see letter dated February 28, 1964, from D. E. Alexander to N. E. Moody.

33. History Report of Waste Disposal Coordination Group, undated, for June, 1959 and fiscal year 1959 signed by E. S. Ryan and addressed to L. C. Farrell

34. D. M. Anderson; report entitled "A Summary of On-Site Radioactive Waste Disposal" by E. A. Putzier dated April 22, 1970. At present, no one can recall any markings being placed on the drums. Nor can anyone recall 30-gallon drums being used.

35. Leo Grill; Bill Turnley; letter dated August 27, 1958, from L. F. Grill to R. W. Hawley.

36. See note 24, supra

37. K. W. Calkins; report dated August 19, 1970, from K. W. Calkins to L. M. Joshel entitled "Summary--Drum Field Activity"

38. K. W. Calkins, J. G. Epp

39. History Report of Waste Disposal Coordination Group dated February 15, 1961, signed by E. S. Ryan and addressed to J. G. Epp; history report of Waste Disposal Coordination Group dated September 26, 1961, signed by E. S. Ryan and addressed to J. G. Epp

40. Letter dated February 27, 1962, from R. A. Vandegrift to I. E. Venable.

41. A copy of the engineering order for sludging equipment is in the possession of M. E. Maas, building 774, Rocky Flats Plant.

42. Letter dated August 17, 1962, from F. E. Butler to A. H. Sampson

43. Purchase of the equipment is reported in the history report of the Process Waste Disposal Group dated July 30, 1963, signed by E. S. Ryan and addressed to G. E. White. The first report of work done on the mixer extruder appears in the history report of the Process Waste Disposal Group dated July 29, 1964, signed by E. S. Ryan and addressed to G. E. White.

44. History reports of Process WAste Disposal Group dated August 25, 1964, September 11, 1964, and December 28, 1964

45. Apparently no reports document the work being done in 1965. Anderson's reports pick up in May, 1966, on a monthly basis.

46. M. E. Maas, D. M. Anderson, J. L. DeRocchi

47. History report of Process Waste Disposal Group dated December 28, 1964, signed by E. S. Ryan and addressed to G. E. White

48. See note 42, supra

49. See summary of Health Physics Site Survey Reports prepared by J. B. Owen and K. J. Freiberg. The actual monthly reports have not yet been located.

50. See note 49, supra.

51. Report, undated, entitled "Trip Report on Industrial Health Survey of Rocky Flats Plant" by Everett R. Mathews transmitted from L. M. Grow to F. H. Langell on August 13, 1971

52. Report, undated, entitled "Health Report Rocky Flats Plant" by Raymond L. Miller regarding visit of February 8-11, 1966, to Rocky Flats Plant

53. Monthly report of D. M. Anderson for October, 1966, entitled "Pu Removal from Oil"

54. Monthly report of D. M. Anderson for November, 1966, entitled "Pu Removal from Oil"

55. Monthly report of D. M. Anderson for January, 1967, entitled "Pu Removal from Oil"

56. K. V. Best, D. G. Heberlein, W. S. Turnley

57. J. Bruce Owen, M. E. Maas

58. Monthly report of D. M. Anderson for October, 1966, entitled "Pu Removal from Oil". The actual cost of the 903 building is presently unknown.

59. Letter dated December 13, 1967, from M. E. Maas to K. V. Best.

60. Jack Heisz, Cecil Ratliff

61. Letter dated September 24, 1968, from M. E. Maas to K. V. Best.

62. Letter dated April 14, 1970, from K. J. Freiberg to E. A. Putzier. This figure has been repeated many times since the date of this letter.

63. Internal letter dated November 23, 1976, from K. W. Calkins to M. E. Thompson. Calkins made a similar estimate in his report of August 19, 1970, to L. M. Joshel, but he apparently cannot recall the basis for it at this date.

64. See page 2 of the letter of April 14, 1970, from K. J. Freiberg to E. A. Putzier for the basis of this calculation.

65. See plaintiffs' soil sample hearing exhibit number 205.

66. Jack Heisz

67. Letter dated July 28, 1968, from J. Bruce Owen to J. Seastone

68. Preliminary drawing for "Building 903 Storage Area Concrete Slab" drawn July 30, 1968

69. Letter of October 9, 1968, from R. H. Miller to Alvin W. Ashley entitled "Administration of the Construction Program Contamination Barrier"

70. This meeting is summarized in an internal communication dated November 18, 1968, from Wendell Edwards to Royce Whitworth

71. "Preliminary Proposal for Contamination Barrier--Barrel Storage Area at Rocky Flats Plant" prepared by Facilities Engineering of Dow Chemical Company at Rocky Flats, December 12, 1968.

72. Letter dated January 24, 1969, from L. W. Myers to D. M. Bassler

73. A new "Preliminary Proposal" was submitted April 2, 1969. AEC approval was given in a TWX of April 23, 1969, from Julian T. Lefler to S. R. Woodruff.

74. Letter dated April 14, 1970, from K. J. FReiberg to E. A. Putzier

75. Ibid

76. Report, undated, entitled "Status Report of Committee on Plutonium in Soil"

77. See note 74, supra

78. Rocky Flats Division Ecology Council Minutes dated January 9, 1974; Report entitled "Diagnosis of Plutonium Reentrained in Air" dated April 27, 1973.

79. Letter of May 16, 1974, from B. W. Colston to H. C. Donnelly; Monthly Environmental Progress Report for June 1975

80. This cost was estimated to be $1,444,000.00.  Lee's estimate is contained on the document with Baker #015194.

81. H. B. Bowman, W. H. Lee

CHRONOLOGY

OIL COOLANT DISPOSAL

| | |
|---|---|
| Jan. 1953 | Waste Disposal Group created. |
| Dec. 1953 | Amount of waste in barrels reaches 1,331 bbl. |
| Feb. 1954 | Dr. Victor Beard of AEC, Arco, Idaho, visits RF. |
| Apr. 1954 | First shipment (343 drums) to Arco; first deposit of 869 drums (most from Building 44) on mesa to south of 95 building, drums covered with dirt; 351 drums deposited for temporary storage on a concrete slab. |
| Jun. 1954 | 347 drums from temporary concrete pad shipped to Arco. |
| Jul. 1954 | Visits by A. Gorman (AEC Wash. D.C.) and J. Newell (Los Alamos). |
| Aug. 1954 | Trial burning of Building 91 wastes.  Ashes drummed. |
| Sep. 1954 | Blending of Buildings 44 and 74 wastes tested with view to disposing of coolant, now on slab, at a place on plant site. |
| Oct. 1954 | Sludging contaminated oils and organics contemplated as disposal technique; bentonite clay will make oil OK for shipping. |
| Nov. 1954 | Second deposit made at mound--118 bbls., 99 of which are from 94 Building; burial of 7 drums of combustible 44 Building waste. |
| Jan. 1955 | Permission received from Hoover of AEC to store D-38 oxide in drums. |
| Jan., Feb., Apr. to Dec. 1955 | Further deposits of drums on mound area.  Most are from 44 Building. |
| Jun. 1955 | Visits by J. F. Newell (AEC Wash.) and E. Matthews (AECSFOO, N.M.); difficulty in sludging coolant still bottoms partially solved. |
| Jul. 1955 | Visits by J. A. Lieberman (AEC Wash.), E. Matthews, A. B. Joseph (Johns Hopkins Univ., Baltimore)-- on site mound showed to visitors. |
| Aug. 1955 | First addition of plutonium-contaminated oil (12 drums) to mound. |
| Jan. to Dec. 1956 | More drums, some with plutonium added to mound. |
| Mar. 1956 | Visits by J. Newell (AEC Wash.) and E. Matthews (ALO); contaminated liquid and solid waste disposal discussed. |

| | |
|---|---|
| May 1956 | Visit by Tom Powers (Dow, Midland) |
| Jul. 1956 | Venable requests WDCG to find "new avenue of disposal" for contaminated oils produced in 71 Building and to be produced in 76 Building. |
| Jul. 1956 | Inquiry to Dr. G. V. Beard regarding disposal of oil at Arco, Idaho. Attempt to burn oil in in plant incinerator discussed. |
| Aug. 1956 | G. V. Beard expresses unwillingness to accept contaminated oils; if necessary, Arco will take and burn oil. Ten drums of contaminated oil burned in Rocky Flats garage oil pit. |
| Sep. 1956 | Visit by J. F. Newell (AEC, Wash.) and E. R. Matthews (ALO). Experimental burning of low level contaminated oil in incinerator or burning pit contemplated. |
| Oct. 1956 | Study of decontamination of high level oil using clays, super cel, and activated carbon graphite underway. Low level wastes from 44 Building burned in incinerator; shifting winds hampered monitoring of smoke plume. |
| Nov. 1956 | Contamination from overturned drum on storage slab south of 34 Building requires removal of 134 drums to bull pen. |
| Dec. 1956 | Proposed burning pit tabled to future date. |
| Jan. to Apr. 1957 | Materials moved to mound from Buildings 44 and 71. |
| Feb. 1957 | Meeting held on waste disposal problems among Rocky Flats personnel. E. E. Johnson submits report on decontamination of high level oils. |
| Mar. 1957 | Meeting held on operational procedures for wastes among Rocky Flats personnel. Ninety drums of Building 44 wastes burned in oil burning pit |
| May 1957 | Visit by E. R. Matthews to review work of WDCG. |
| Jun. 1957 | Permission given to Lowry AFB to dispose of wastes by delivery to Rocky Flats (for shipment to Arco). Materials moved to mound from Buildings 44 and 71. |
| Dec. 1957 | AEC permission granted to ship 44 Building by-products to Hanford, Washington. |
| Jul. 1958 | Proposal for investigation of activity levels of oils from production areas in hopes of burning them at plant site. Preliminary investigation begun on use of clay pellets to decontaminate certain wastes. |

-2-

| | |
|---|---|
| Aug. 1958 | Uncertainty about future use of Arco, Idaho, for disposal of liquids; consideration of on-site burial, burning, stills and evaporators. Difficulty encountered in pelletizing clay for decontamination of certain wastes. |
| Aug. 27, 1958 | L. F. Grill reports on attempts to filter and remove plutonium from oil. |
| Sep. 1958 | Rupture of drum of oil from 76 Building on loading facility leads to decision not to send more oil to Arco.  WDCG begins work on program to reduce bulk of contaminated oil; distillation to recover $CCl_4$ contemplated. |
| Nov. 10, 1958 | Johnson reports to Farrell on distillation and decontamination attempts; suggests sludging as long-known immediate answer. |
| Dec. 15, 1958 | Johnson reports to Farrell on sludging and surry methods of disposal; urges fast decision because drums are corroding. |
| Dec. 1958 | WDCG progress report notes that "usable area of on-site mound is being rapidly depleted." |
| Jan. 9, 1959 | Johnson reports to Farrell on sludging test results. |
| Jan. 1959 | Installation of plant still at 74 Building recommended by Ryan. |
| Feb. 1959 | Johnson speculates that many drums on plant site are leakers. |
| Mar. 1959 | Area to east of bull pen graded and drums stored there on pallets as "temporary measure" until solvent still operational.  Cost seen as barrier to successful sludging technique. |
| Apr. 1959 | Development authorizations issued for precipitation and evaporation work. |
| May  1959 | Development work stopped by training of T. F. Gambezski to replace E. E. Johnson.  T. J. Powers (Dow, Midland) visits to review deep well disposal |
| Jul. 1959 | Visit by E. R. Matthews (ACO). |
| Jan. 1960 | Approval received for purchase of $CCl_4$ distillation equipment. |
| Feb. 1960 | Visits by N. H. Woodruff, G. V. Beard and J. E. Turner (AEC, Washington) and E. R. Mathews (ALO)--waste disposal operations reviewed. Work progressing on $CCl_4$ distillation equipment with delivery of parts and availability of labor. |
| Jun. 1960 | Test runs on $CCl_4$ distillation equipment favorable. |
| Jul. 1960 | Distillation equipment develops leaks. |

-3-

Sep. 1960    Distillation equipment begins to process
             Building 76 wastes.

Oct. 1960    Distillation disrupted by discovery of II-amino-
             ethanol in the distillate.

Dec. 29,     Meeting on plant waste disposal problems. Further
  1960       modifications of CCl$_4$ still necessary to obtain
             a usable product. Equipment needed to decontaminate
             Shell Vitrea.

Jan. 1961    Water scrub process found to be effective for
             removing the 2-amino-ethanol from CCl$_4$. No
             action on Shell Vitrea still. E.D.T.A. (ethylene
             di-sodium tetra acetate) used in tests to decon-
             taminate nonaqueous wastes.

May  1961    Test runs on seven drums to remove II-amino-
             ethanol through use of water scrub are successful.
             Operating procedure written for process. Space
             obtained in 71 building for decontamination of
             Shell Vitrea.

Jun. 1961    Tests run for decontamination of feed and still
             bottoms for CCl$_4$-Shell Vitrea.

Aug. 1961    Wall of CCl$_4$ still fails and processing. Drums
             of oil once again stored in 903 area. Informa-
             tion received on the use of cab-o-sil in
             greases.

Jan. 1962    Visit by E. R. Mathews and Ray Miller (ALO).

Feb. 1962    Meeting held regarding disposal of contaminated
             liquid wastes. Decision made to proceed for
             a cab-o-sil sludging operation as a stop-gap
             method of disposing of wastes. Design and flow
             sheet plans for CCl$_4$ facility in final stages
             for submission to the architectural engineers.
             Correspondence to obtain cab-o-sil sludging
             equipment.

May  1972    Visit by Lewis S. Parenteau of Colorado State
             Department of Health.

Jun. 1962    Tests conducted for sludging of CCl$_4$-Shell-
             Vitrea. Plans for sludging facility reviewed
             and revised. Title of waste disposal coordina-
             tion group changed to Process Waste Disposal
             Group.

Aug. 1962    F.E. Butler writes justification for cab-o-sil
             mixing facility, noting that 50 to 60% of
             drums storing organic liquids are badly
             corroded and that contents have spilled out on
             ground.

Aug. 1962    Claude Davis and Ray Miller (ALO) visit site.

Feb. 1963    E. R. Mathews (ALO) visits site.

Jun. 1963    Equipment for cab-o-sil sludging purchased and
             awaiting installation in 74 building addition.
             Equipment for decontamination and separation
             of CCl$_4$ and Shell Vitrea deleted from 74 building
             expansion because of lack of funds.

-4-

Jul. 1963    Visit by T. L. Miller (ALO).

Feb. 1964    Visit by T. L. Miller (ALO).

| | |
|---|---|
| Jul. 1963 | Visit by R. L. Miller, AEC, ALO. |
| Feb. 1964 | Visit by R. L. Miller, AEC, ALO. |
| Feb. 23, 1964 | D. E. Alexander reports on new method for determining plutonium in lathe coolants. |
| Jun. 1964 | Process waste disposal group report for month relates attempts to concentrate plutonium for through use of two 1,400 gallon stainless steel treatment tanks for recycling iron floc. Screwer received and installed on Cab-O-Sil mixer-extruder after reaming by Maintenance. |
| Jul. 1964 | F. E. Butler suggests delaying determination on filtering plutonium pending tests on whether weather contamination and oil mixture is parculate, in solution, or in suspension. |
| Jul. 28, 1964 | F. E. Butler reports on success of extracting CCl₄ from lathe coolant under laboratory conditions and suggests further tests on oils in 903 area. |
| Jul. 1964 | Process waste disposal group report for month calls for extreme care in sampling drums in 903 area, and notes that in making one transfer from a full drum to an empty drum, "a fine mist was carried by a slight breeze over wide area." Sampling program undertaken to determine amount of plutonium present in stored drums; attempts to centrifuge and filter sludge unsuccessful. Cab-O-Sil feed bin fabricated and delivery chute fashioned to remove bottleneck in mixer-extruder. |
| Aug. 20, 1964 | Meeting in office of D. G. Heberlein; decision made to recirculate lathe coolant in 76 Building. Decision also made to conduct more test work on filtering characteristics of oil liquids in 903 area. |
| Aug. 27, 1964 | D. L. Bradford prepares cost justification for recirculation of lathe coolant in 76 Building. Proposal does not discuss disposal of drums in 903 area. |
| Aug. 31, 1964 | Meeting in office of H. E. Heberlein; Bradford proposal discussed and corrosion tests bland. |
| Aug. 1964 | Process waste disposal group report for month notes that meetings were held with Manufacturing Technical on cleaning up of lathe coolant in field. Laboratory methods employed in filtering and centrifuging samples of lathe coolant unsuccessful. Test of grease plant discloses need for modifications to oil feed line, vibrators for the feed bin and storage bin, and slide gates to control the rate of feed of Santocel. |

Decision made to attempt to purify and reuse lathe coolant through a process of filtration, centrifuging, and recirculation. D. L. Bradfield prepares cost justification for purchase of new equipment.

Nov. 1964    Paddles of mixer extruder rearranged and tests made. Acceptable product produced only 50% of the time.

Feb. 1965    Visit by R. L. Miller, AEC, ALOO.

Jun. 1965    Burning of oils and still bottoms in open pit halted. Report to be written on more efficient method of disposal by J. N. Vance.

Feb. 1966    J. N. Vance proposes use of filter to remove 70% of plutonium during recovery of CC1. His study projects a savings of $187,000 and a period of 33 months to become current.

Apr. 1966    Waste disposal coordinate group ceases keeping records on accumulation of oil drums.

Jan. 1967    Removal of drums from 903 area to Building 774 begins. Oldest drums shipped first.

Mar. 1967    Waste treatment begins to filter lathe coolant through ful-flo filters in Building 03.

May  1967    K. V. Best and M. E. Maas decide to transfer coolant from corroded drums to sound drums before shipment to Building 74. Coolant passed through five micron filters before entering feed tanks.

Oct. 1967    Visit by E. R. Matthews, AEC, ALO.

Nov. 1967    AEC officials visit Rocky Flats to review shipping containers, packaging, and AEC and DOT regulations. Hold placed on shipment of Cab-O-Sil grease because of meeting until acceptable packaging developed and permits obtained.

Jun. 1968    Last drum shipped from 903 area to Building 774 for processing. Piltingsrud reports to Love on alternatives for dealing with 903 area.

Jul. 1968    Owen reports to Seastone on measures needed to prevent spread of contamination from 903 area.

Sep. 1968    Preliminary proposal for containment cover prepared by Rocky Flats Facilities Engineering.

Jul. 1969    First coat of fill material applied.

Aug. 1969    Fill work completed,          contract let.

Sep. 1969    Overlay material, soils sterilant and asphalt prime coat completed.

-6-

Nov. 1969     Asphalt containment cover completed, including
            four sampling wells.