





N40665-01 / 1

N40665-01

P-1341-C



N38538-01 / 1

N38538-01

P-1341-D





N37853-12 / 1

N37853-12
P-1341-F



N38538-02 / 1

N38538-02

P-1341-G