

**Department of Energy**

ROCKY FLATS FIELD OFFICE
P.O. BOX 928
GOLDEN, COLORADO 80402-0928

January 24, 1996

**VIA HAND DELIVERY**

David Kreutzer, Esq.
1911 Eleventh Street, Suite 311
Boulder, CO  80302

Re:  Cook et al. v. Rockwell International Corp. et al.
     No. 90-K-181 (D. Colo.)

Pursuant to your request of January 11, 1996 faxed to Wood Rigsby, enclosed are color prints, sized at 8" x 10" at your request, of 64 negatives which you identified. The 65th negative, 13623-33, was inadvertently omitted from the request submitted to the Photography Department. It has now been requested and will be provided as soon as we receive it. The photographs have not been Bates-stamped, but the negative frame reference is stamped on the back of each print.

The cost for printing each picture is $4.80. Please arrange to have a check cut in the amount of $307.20, made payable to the Department of Energy.

Sincerely,

Dana C. Lindsay
Chief Counsel
Office of Chief Counsel


cc w/o encls.:
M. Johnston, GC-30, HQ
R. Kaufman, DOJ

cc w/ encls:
D. Kurtenbach, Esq., Kirkland & Ellis
J. Bronesky, Esq., Sherman & Howard
A. Wilson, SourceOne



**Department of Energy**

ROCKY FLATS FIELD OFFICE
P.O. BOX 928
GOLDEN, COLORADO 80402-0928

January 29, 1996

**VIA HAND DELIVERY**

David Kreutzer, Esq.
1911 Eleventh Street, Suite 311
Boulder, CO  80302

Re:  Cook et al. v. Rockwell International Corp., et al.
     No. 90-K-181 (D. Colo.)

Dear Mr. Kreutzer:

Accompanying this letter is the 65th print you requested on January 11, 1996.  The print has not been Bates-stamped, but it does have the negative frame reference on the back.  Please add the cost of this print, $4.80, to the $307.20 we requested on January 24, 1996.  Please make the check for $312.00 payable to the Department of Energy.

Sincerely,

Dana C. Lindsay
Chief Counsel
Office of Chief Counsel

I have received the above-identified photograph:

Eric Johnson

ccw/o encl.:
M. Johnston, GC-30, HQ
R. Kaufman, DOJ
M. Lillie, Esq. Kirkland & Ellis
S. Gallagher, Esq. Hall & Evans

cc w/encl.:
J. Bronesky, Esq. Sherman & Howard
D. Kurtenbach, Esq. Kirkland & Ellis
A. Wilson, Source One