


# Dow Took 3 Years To "Clean-Up" 903 Area

| 1967 | 1968 | 1969 |
|---|---|---|
| J F M A M J J A S O N D | J F M A M J J A S O N D | J F M A M J J A S O N D |

**18 months to remove drums** → | **5 mos. inactivity** → | **12 months to pave** →

**Jan '67** Dow begins removal of radioactive drums

**Jun '68** Dow removes all drums from field

**Nov '68** Dow grades land in high wind conditions

**Jul '69** Fill applied

**Oct '68** Dow burns contaminated vegetation from field

**Nov '69** Asphalt paving completed

**Airborne Contamination During "Clean-up," According to Dow**

*(See Figure 1 of the Budnitz report)*

pCi/M³

0.35
0.30
0.25
0.20
0.15
0.10
0.05
0

J F M A M J J A S O N D J F M A M J J A S O N D J F M A M J J A S O N D

G502