IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–CV-00181-JLK

MERILYN COOK, et al.,

    Plaintiffs,

        v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

    Defendants.

### PLAINTIFFS' MOTION TO ADMIT DOCUMENTS

**Conventionally Submitted Materials**

Exhibit 6 to the above document, a lengthy document marked as P-1067, will be conventionally filed with the Court.