**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90–CV-00181-JLK**

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

      **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

**PLAINTIFFS' MOTION TO ADMIT DOCUMENTS**

---

**Conventionally Submitted Materials**

Exhibit 7 to the above document, a lengthy document marked as P-1069, will be conventionally filed with the Court.