IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' MOTION TO ADMIT DOCUMENTS**

**Conventionally Submitted Materials**

Exhibit 8 to the above document, a lengthy document marked as P-1071, will be conventionally filed with the Court.