

Properties Bought and Sold by Class Members

