**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90-cv-181-JLK**

_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' PROPOSED REVISIONS TO JURY INSTRUCTIONS**
_____

Pursuant to the Court's Order on Jury Instruction Submissions (Jan. 4, 2006) [Ct. Rec. 1929], plaintiffs respectfully submit the proposed revisions to the jury instructions, in the form of a redline attached as Exhibit A. The redline follows the same typeface conventions as defendants' own, ~~because plaintiffs agree with defendants about nearly everything~~ **because those are sensible conventions.** The bases for each proposed revision are stated in the redline document.

The proposed revisions are not extensive. Many are minor changes in wording (e.g., verb tenses) based on plaintiffs' position that the injurious situation need not appear likely to continue indefinitely as of the time of trial; rather, under section 930, it suffices (in plaintiffs' view) if the injurious situation appeared likely to continue indefinitely as of the time it became complete and comparatively enduring. *See Restatement (Second) of Torts* § 930 comment b. Other revisions, offered on other grounds, are also fairly modest in typographical dimension, though not thought by plaintiffs to be unimportant in substance. No new instructions are proposed.

Dated: January 12, 2006    s/ Peter Nordberg
                                                Merrill G. Davidoff
                                                Peter Nordberg
                                                Berger & Montague, P.C.
                                                1622 Locust Street
                                                Philadelphia, PA 19103
                                                (215) 875-3000

                                                Attorneys for Plaintiffs
                                                And the Class

## CERTIFICATE OF SERVICE

  I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

  David M. Bernick, Esq.
  Kirkland & Ellis LLP
  200 East Randolph Drive
  Chicago, IL 60601

    and

  Joseph J. Bronesky, Esq.
  Sherman & Howard, LLC
  633 Seventeenth Street, Suite 3000
  Denver, CO 80202

  Attorneys for Defendants

                s/ Peter Nordberg
                Peter Nordberg