**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90-cv-181-JLK**

_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

_____

**PLAINTIFFS' SUPPLEMENT TO
PLAINTIFFS' MOTION TO STRIKE THE TESTIMONY OF
DR. JOHN TILL REGARDING THE "BULLDOZER THEORY"**

_____

Plaintiffs respectfully submit this supplement to Plaintiffs' Motion to Strike the Testimony of Dr. John Till Regarding the "Bulldozer Theory" (filed Jan. 14, 2004) [Ct. Rec. 1980].

Plaintiffs neglected to attach Dr. Till's report to their motion. A copy is attached as Exhibit A to this submission.

Dated: January 15, 2006

                                          s/ Peter Nordberg
                                          Merrill G. Davidoff
                                          Peter Nordberg
                                          Berger & Montague, P.C.
                                          1622 Locust Street
                                          Philadelphia, PA 19103
                                          (215) 875-3000

                                          Attorneys for Plaintiffs
                                          And the Class

## CERTIFICATE OF SERVICE

      I hereby certify that on January 15, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

      David M. Bernick, Esq.
      Kirkland & Ellis LLP
      200 East Randolph Drive
      Chicago, IL 60601

          and

      Joseph J. Bronesky, Esq.
      Sherman & Howard, LLC
      633 Seventeenth Street, Suite 3000
      Denver, CO 80202

      Attorneys for Defendants

                                              s/ Peter Nordberg
                                              Peter Nordberg