#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

### DEFENDANTS' MOTION FOR EQUAL TIME FOR CLOSING ARGUMENTS
_____

      The Court ruled as follows with respect to the schedule for closing argument:

> [P]laintiffs' closing argument will go from 1 to 5 on Wednesday, and I'll tell the jury to be back and ready to go at 1 on Wednesday. Defendants will have from 9 until 3 on [Thursday], and plaintiffs' rebuttal will be from 3 until 5 on [Thursday].

(Tr. at 10071)  Under this schedule, assuming a 15-minute afternoon break, plaintiffs will have 3 hours and 45 minutes for closing argument on Wednesday.  Assuming a 15-minute morning break, a one-hour lunch break (since lunch will be brought in), and no afternoon break prior to the end of defendants' closing argument, defendants will have only 4 hours and 45 minutes for their closing argument on Thursday.  Even assuming that a 15-minute afternoon break cuts against plaintiffs' rebuttal time, plaintiffs would have an additional 1 hour and 45 minutes for rebuttal.  That brings plaintiffs' total closing time to 5 hours and 30 minutes as compared to defendants' 4 hours and 45 minutes.

Defendants respectfully request that the parties receive equal amounts of time for closing arguments. To facilitate this, Defendants propose that plaintiffs' rebuttal on Thursday be limited to *one hour,* which would make the closings equal in time.

Dated: January 16, 2006                                Respectfully submitted,

                                                       s/ Stephanie A. Brennan_____
                                                       One of the Attorneys for the Defendants
                                                       David M. Bernick
                                                       Douglas J. Kurtenbach
                                                       Ellen Therese Ahern
                                                       Mark J. Nomellini
                                                       Stephanie A. Brennan
                                                       KIRKLAND & ELLIS LLP
                                                       200 East Randolph Drive
                                                       Chicago, Illinois 60601-6636
                                                       Phone: 312-861-2000
                                                       Fax:    312-861-2200

                                                       Joseph J. Bronesky
                                                       SHERMAN & HOWARD L.L.C.
                                                       633 Seventeenth Street, Suite 3000
                                                       Denver, Colorado 80202
                                                       Phone: 303-297-2900
                                                       Fax:    303-298-0940

                                                       Attorneys for ROCKWELL
                                                       INTERNATIONAL CORPORATION and
                                                       THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on January 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                            s/ Kari Knudsen_____
                                            Kari Knudsen (legal assistant)