**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90-cv-181-JLK**

_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' STATEMENT ON CLOSING ARGUMENT**
_____

Plaintiffs respectfully submit this statement regarding closing argument for the Court's consideration. Plaintiffs do not oppose a fair allocation of time for closing argument between the parties. Moreover, plaintiffs are acutely cognizant of the scheduling issues facing the Court, and plaintiffs do not wish to complicate them. Plaintiffs are concerned, however, that ninety minutes of rebuttal time will be insufficient to respond, with no intervening time for preparation, to defendants' five hour and thirty minute presentation. This concern arises, in part, from the fact that defendants' filing [Ct. Rec. 1982] did not limit itself to requesting equal time, but took special pains to propose, very specifically, that the equalization occur at the expense of plaintiffs' rebuttal.

Plaintiffs therefore request that they be permitted to make their rebuttal argument on Friday morning, and that they be permitted the full two hours in rebuttal originally allotted by the Court. This would permit proceedings on Thursday to occur under the usual schedule, beginning at 9 a.m. and with the usual lunch break. It would even permit the allocation of some additional time to

defendants, if equality of allotted time is important. Finally, it would promote parity, given that defendants will have overnight to prepare their own responsive arguments to plaintiffs' main closing.

                              Respectfully submitted,

Dated: January 17, 2006               s/ Peter Nordberg
                              Merrill G. Davidoff
                              Peter Nordberg
                              Berger & Montague, P.C.
                              1622 Locust Street
                              Philadelphia, PA 19103
                              (215) 875-3000

                              Attorneys for Plaintiffs
                              And the Class

# CERTIFICATE OF SERVICE

  I hereby certify that on January 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

  David M. Bernick, Esq.
  Kirkland & Ellis LLP
  200 East Randolph Drive
  Chicago, IL 60601

    and

  Joseph J. Bronesky, Esq.
  Sherman & Howard, LLC
  633 Seventeenth Street, Suite 3000
  Denver, CO 80202

  Attorneys for Defendants

               s/ Peter Nordberg
               Peter Nordberg