IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 12, 2006   Reporter: Gwen Daniel
Deputy Clerk: LaDonne Bush
Bernique Abiakam

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,   Merrill Davidoff
Louise Roselle
Plaintiffs,   David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION   David Bernick
and THE DOW CHEMICAL COMPANY,   Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Forty-Six**

**8:58 a.m.      Court in session.**

Argument by counsel.

**ORDERED:  Oral motion for reconsideration regarding Mr. Hunsperger is denied.**

**ORDERED:  Motion for Judgment as a Matter of Law (Doc. No. 1771), filed December 8, 2005, is denied.**

Defendants' witness, Daniel McFadden, sworn.

9:15 a.m.     Direct examination of Dr. McFadden by Mr. Kurtenbach.

Court accepts Dr. McFadden as an expert.

   **Exhibits received:  DX-2313, DX-2314, DX-2315, DX-2119**

**9:58 a.m.      Court in recess.**
**10:30 a.m.     Court in session.**

*90-cv-00181-JLK*
*January 12, 2006*
*Jury Trial Day 46*

10:32 a.m.	Continued direct examination of Dr. McFadden by Mr. Davidoff.

    **Exhibits received:  DX-1085E, DX-2119E, DX-1088 (demonstrative), DX-2340A (demonstrative), DX-2610 (demonstrative), DX-2609E (demonstrative), DX-2610E (demonstrative)**

11:27 a.m.	Jury excused.

Argument by counsel.

**11:44 a.m.	Court in recess.**
**1:15 p.m.	Court in session.**

Jury not present.

    **Exhibit received:    P-1819**

Jury present.

1:21 p.m.	Cross examination of Dr. McFadden by Mr. Davidoff.

    **Exhibits received: P-1809, PG-1205, P-1214**

    **Exhibit rejected:    P-1800**

2:52 p.m.	Jury excused for recess.

Discussion regarding trial schedule, closing arguments and instructions.

3:13 p.m.	Discussion regarding testimony of Dr McFadden.

**3:14 p.m.	Court in recess.**
**3:24 p.m	Court in session.**

Jury not present.

Discussion regarding remaining time for examination.

3:29 p.m.	Jury present.

*90-cv-00181-JLK*
*January 12, 2006*
*Jury Trial Day 46*

Continued cross examination of Dr. McFadden by Mr. Davidoff.

>  **Exhibits received: P-1801, P-1812**

>  **Exhibits received: P-1816, P-1818**

4:04 p.m.      Redirect examination of Dr. McFadden by Mr. Kurtenbach.

4:43 p.m.      Re-cross examination of Dr. McFadden by Mr. Davidoff.

4:46 p.m.      Further examination of Dr. McFadden by Mr. Kurtenbach.

4:47 p.m.      Evidence is closed.

Court instructs jurors to return on Wednesday, January 18, 2006 at 12:30 p.m.

Court instructs jurors to arrive at 8:30 a.m. on Thursday, January 19, 2006.

**ORDERED:   Clerk will provide lunch for the jurors on Thursday, January 19, 2006.**

Court gives jurors brief instructions regarding deliberations and trial publicity.

4:49 p.m.      Jury excused.

Court informs counsel that all exhibits will be reviewed tomorrow beginning at 9:00 a.m.

**4:54 p.m.     Court in recess.**

Time in court - 5:43.  Trial continued.