IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 13, 2006                          Reporter: Gwen Daniel
                                                 Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                            Merrill Davidoff
                                                 Louise Roselle
Plaintiffs,                                      David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION               David Bernick
and THE DOW CHEMICAL COMPANY,                    Douglas Kurtenbach

Defendants.
_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Forty-Seven**

**11:36 a.m.    Court in session.**

Jury not present.

Discussion regarding exhibits.

>            **Exhibits received:** DX-24, DX-62, DX-328A, DX-329, DX-332, DX-333, DX-346, DX-365, DX-388, DX-421, DX-567, DX-568, DX-572, DX-575, DX-672, DX-4019A, DX-4120, DX-4121, DX-4122, DX-4123, DX-4124, DX-4125, DX-4127, DX-4128, DX-4129, P-163, DX-1005, DX-1041, DX-1477, DX-1527Z, DX-2225, DX-4000, PG-582AA, Defendants' Group Exhibit 1, DX-1127, DX-2006, DX-2007, DX-2008, DX-2009, DX-2012, DX-2021, DX-2022, DX-2023, DX-2024, DX-2025, DX-2026, DX-2027, DX-2031, DX-2032, DX-2033, DX-2037, DX-2039, DX-2040, DX-2041, DX-2042, DX-2045, DX-2047, DX-2051, DX-2052, DX-2053, DX-2067, DX-2069, DX-2070, DX-2071, DX-2074, DX-2078, DX-2083, DX-2084, DX-2088, DX-2089, DX-2090,DX-2103, DX-2111, DX-2113, DX-2115, DX-2116,

**DX-2119, DX-2120, DX-2121, PX-1164, DX-1526, DX-2357, DX-295, DX-501, DX-502, DX-504, DX-515, DX-521, DX-527, DX-765, DX-791, DX-1009Z, DX-1010Z, DX-1078Z, DX-1274Z, DX-1416Z, DX-1483, DX-1485A, DX-1486, DX-1487, DX-1532, DX-1533A, DX-1534, DX-1594**

**Exhibits received:** **P-146, P-355, P-529, P-635, P-646, P-647, P-650, P-704A, P707A, P-1073, P-1074, P-1088, P-1235, P-1350, P-1378, P-1387, P-1388, P-1419, P-1420, P-1465, P-1465A, P-1466, P-1466A, P-1493, P-1341A, P-1341B, P-1341C, PG-569, P-1067, P-1069, P-1822,  P-1823,  P-1824 , P-1667, P-1554**

Argument regarding disputed exhibits.

Court's ruling on exhibits.

**Exhibits received:  DX-2087 (demonstrative), DX-4101, P-1663 (in part)**

**12:43 p.m.    Court in recess.**

Time in court - 1:07.  Trial continued.