IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

### PLAINTIFFS' MOTION TO CLARIFY THE RECORD REGARDING CERTAIN EXHIBITS, AND MOTION TO ADMIT EXHIBITS

Plaintiffs hereby move that (1) the record be clarified to reflect that certain documents previously used during trial are admitted; and (2) that certain additional documents be admitted. We list those documents below.

**Exhibit G-034** - This is the class contour map, used throughout the trial. Plaintiffs request that it be admitted under FRE 1006.

**Exhibit G-1003** - This exhibit was used in the cross-examination of Dr. Frazier. Tr. 7606-08. Plaintiffs request that it be admitted as a demonstrative.

**Exhibit V-046** - Rockwell video clip used with, for example, Dr. Weston. Tr. 7829.

**Exhibits P-731, P-738, P-778, P-796:** These are additional newspaper clippings that plaintiffs ask be admitted.

Copies of all exhibits are attached, except the video clip, which will be supplied separately.

Plaintiffs are attempting to work out other exhibit issues with defendants, and may supplement this Motion.

Respectfully submitted,

Dated: January 17, 2006

/s   Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
*jmacnaughton@bm.net*

Louise Roselle
WAITE SCHNEIDER BAYLESS & CHESLEY
Central Trust Tower, Suite 1513
Cincinnati, OH 45202
(513) 621-0267

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

  /s   Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
*jmacnaughton@bm.net*

*Attorney for Plaintiffs*