## Class Area





Source: JeffCo Map (10/25/04) and Krey Hardy Map (8/1/70)

G034