## So-Called "Permissible" Amounts of Plutonium–239 in Air

| Date | Amount in pCi/m³ |
|---|---|
| Jan. 3, 1951 – Aug. 28, 1957 | 2.0 ↓ |
| Aug. 29, 1957 – Aug. 11, 1963 | 0.2 ↓ |
| Aug. 12, 1963 – Aug. 4, 1985 | 0.33 ↓ |
| Aug. 5, 1985 – Dec. 31, 1989 | 0.04 ↓ |
| Current | 0.002 |

**1,000 times lower**

Sources: Auxier 11/96 Rep. at IV-5
Frazier depo, 12/5/05 at 195

G1003