Rocky Mountain News   Wed., Jan. 31, 1990

# Flats won't come clean for years

## Task likely to continue well into next century

**By Janet Day**
*Rocky Mountain News Environmental Writer*

Environmental officials will need the next five years just to figure out what needs to be cleaned up at the Rocky Flats nuclear weapons plant.

Fully cleaning up the pollution will take well into the 21st century, federal and state health officials said last night.

"We'll get site assessments in the next five years," said Nat Miullo of the Environmental Protection Agency. "There's no bottom-line date for cleanup — that would be foolish. There are a lot of unknowns at Rocky Flats. It's better to go for five years looking at the high-priority sites, then look at the big picture.

"Cleanup activities will go considerably beyond the year 2000."

Miullo and other health officials spoke last night at a meeting of the governor's Rocky Flats Environmental Monitoring Council.

EPA and the Colorado Department of Health last month signed a cleanup agreement with the U.S. Department of Energy, setting deadlines and target dates for analyses and studies through 2000. Most of those deadlines involve characterizations of waste stored at the plant, analyses of groundwater and soil pollution and short-term cleanup plans for the most contaminated areas.

The cleanup agreement identified 178 polluted sites at the plant that need to be analyzed.

Rocky Flats officials last month started the plant's first cleanup when it began construction of a groundwater treatment facility at an area known as the 881 hillside, where chemicals threaten to seep into creeks that feed nearby community reservoirs.

A half-dozen or so other sites polluted by toxic chemicals or radioactive elements also are targeted for short-term cleanup programs while officials debate the full cleanup plan for the plant.

"These were tough decisions to be made about what comes first. The agreement represents what we think are the priority areas," Miullo said. "Even though there is not a tremendous amount of contamination off-site, it certainly is a priority concern of the communities and will be addressed."

PLAINTIFFS' EXHIBIT
P-738
90-CV-181