THE DENVER POST

Wednesday, August 7, 1991

# DOE admits Flats violating waste law

**By Peter G. Chronis**
Denver Post Staff Writer

For the first time since a Sierra Club environmental lawsuit was filed in 1989, the U.S. Department of Energy has admitted that the Rocky Flats nuclear weapons plant is in "technical violation" of federal hazardous-waste law.

The admission came yesterday during a hearing before U.S. District Judge Lewis Babcock, who promised to rule by the end of the month on the Sierra Club's bid to force the DOE to comply with the hazardous-waste law at Rocky Flats.

Mary Beth Ward, a U.S. Department of Justice attorney representing the DOE, made the admission while being quizzed by Babcock. Ward told Babcock the government has an agreement "that moves us toward compliance" and any newly generated wastes would comply with the law if production resumes at the plant.

But after she told the court that Rocky Flats will bring an existing batch of 599 cubic yards of waste into compliance "within 60 to 120 days," Babcock asked if that weren't "tantamount to an admission" that DOE was violating the law.

"There's no denying, yes, (the plant is) in technical violation," Ward replied.

The dispute focuses on 599 cubic yards of waste that the Sierra Club says contains "transuranic" material, which is more radioactive than uranium. The club contends the material is stored in violation of the Resource Conservation and Recovery Act.

The 599-cubic-yard batch, plus another 1,002 cubic yards of transuranic wastes, put Rocky Flats at the 1,601-cubic-yard limit imposed on the facility under so-called "interim status" provisions of the hazardous materials law, according to the Sierra Club. That would preclude generation of new waste when the plant resumes production of plutonium triggers.

Club attorney Adam Babich told Babcock that "unlike most members of the regulated community," the U.S. Department of Energy has had at least three chances to come into compliance" at Rocky Flats since November 1980 but has failed to do so.

DOE "claimed falsely" to be exempt from the law because the plant was a "small-quantity generator," he charged.

Babich said the club isn't asking that Rocky Flats be prohibited from operating, but that production resume only after the plant complies with the law.

PLAINTIFFS' EXHIBIT
P-778
90-CV-181