

# THE DENVER POST

*THURSDAY*

*Voice of the Rocky Mountain Empire*

1892 — 100 YEARS — 1992

June 4, 1992

Cool
High 70

Final Edition / 25 cents
35 cents in Designated Areas

## INSIDE THE POST

### BULLS CRUSH TRAIL BLAZERS AS FINALS BEGIN

Michael Jordan scores 39 points as the Chicago Bulls pound Portland 122-89 in Game One of the NBA playoffs. **SPORTS, 1D**

### PBS GETS THUMBS-UP

## THEY LEFT THEIR ♥s AT STEVENS



## Flats' spill site tainted 'to infinity'

**By Mark Obmascik**
*Denver Post Environment Writer*

The same room where 2,100 gallons of plutonium-contaminated liquid leaked last weekend at the Rocky Flats nuclear weapons plant was the site of two other significant leaks in the past two months, federal records show.

Even before those leaks, the room was so radioactive from previous accidents that a Colorado Health Department inspector refused last year to enter it on a tour, citing fears for his health.

"It was described to me as a room that is contaminated to infinity," said inspector David Maxwell, referring to the reading on an instrument that measures radioactivity. "I didn't go for that."

Maxwell, who now monitors Rocky Flats for the U.S. Environmental Protection Agency, said the room is so "hot" from earlier accidents that workers are required to use supplied air or a self-contained breathing apparatus before going inside.

Rocky Flats officials said the room, No. 1115 in the sub-basement of Building 371, was contam-

Please see **FLATS** on 16A

PLAINTIFFS' EXHIBIT
P-796
90-CV-181

# Leaks plague site of latest Flats' spill

**FLATS** from Page 1A

inated from plutonium operations in the early 1980s. Plant spokesman Pat Etchart said yesterday he couldn't provide any more specifics.

An estimated 2,100 gallons of caustic fluid tainted with plutonium was discovered leaking from waste pipes into room No. 1115 on Sunday. Plant officials said the leak was contained inside the 40-foot deep sub-basement, and no one's health was harmed.

The Colorado Health Department is investigating that accident to see if any environmental laws were violated.

### Never worked properly

Room 1115 is inside Building 371, which was built in the 1970s to recover and reprocess traces of plutonium from chemicals at Rocky Flats. The $300 million building never worked properly, and was largely mothballed by the Department of Energy in the 1980s.

Rocky Flats records show that room No. 1115 was the site of additional hazardous-waste leaks in May and April. Although those leaks involved only about a pint of fluid, federal regulators consider the accidents significant because they weren't cleaned up within 24 hours.

The Energy Department, which operates the Jefferson County plutonium trigger complex, was required to file the reports under the federal Resource Conservation and Recovery Act.

On May 8, records show, a Rocky Flats custodian reported a "fresh release" of liquid from waste lines inside a protective glovebox, a sealed enclosure where radioactive materials are handled. The glovebox already contained the residue of earlier leaks that came before Rocky Flats began hazardous-waste inspections as required by federal law in October 1991, the federal report said.

Energy Department officials estimated that 4 cubic feet of "released material" was inside the glovebox.

The May 8 leak came from a pipe linked to Tank D2A, which "was identified as 'unfit for use' because an accumulation of salts on a flange ... suggests that the ancillary tank has leaked in the past," the report stated.

Tank D2A contained 1,746 gallons of liquid waste, the U.S. Department of Energy stated. Energy Department officials said they didn't empty Tank D2A on the day of the May leak "due to the condition of downstream tank systems," the report said. "It is believed that the tank drain valves located in Room 1117 (a vault with high levels of contamination which limits accessibility due to safety concerns) are closed," the report said.

The other leak in Room 1115 came on April 24. That's when 20 milliliters of hazardous waste — less than 1 ounce — was discovered in a double plastic wrap that covers drain lines from two other waste tanks.

Rocky Flats officials said in a report that they had believed the tanks were empty — until they found the leak. Even after closing all valves in the leaky system, however, Energy Department inspectors wrote that "there is still a possibility that material could be leaking past a valve."

The Energy Department said in the report that it hopes to drain and clean up this leaky system by Nov. 6.

"The material captured within the plastic wrap could be removed prior to this date," the federal report stated. "However, until the source of the material is drained from the system, future leaks would probably occur."

### $18.5 million fine accepted

Rocky Flats has been the site of environmental problems for years. Last January, saying the need for the facility had diminished with the end of the Cold War, Energy Department officials announced the operations would be phased out and 4,000 jobs eliminated by 1996. But another 4,500 workers will remain on site indefinitely for a $1 billion cleanup.

Earlier this week, U.S. District Judge Sherman Finesilver approved an $18.5 million fine from the plant's former operator, Rockwell International Corp. for committing 10 environmental crimes.