# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

---

Exhibit A, the color graphic DX 2087, to Defendants' Response to Plaintiffs' Motion for Judgment as a Matter of Law will be conventionally filed with the court.