# Exhibit A

# ROCKY FLATS NUCLEAR WEAPONS PLANT
## PROPERTY IMPACT STUDY
### NOVEMBER 21, 1996

HUNSPERGER & WESTON, LTD.
5889 S. GREENWOOD PLAZA BLVD., STE. 404
ENGLEWOOD, COLORADO  80112

location near the landfill, the unit prices are greater than prices Boulder County paid for lands near Rocky Flats in the two aforementioned transactions. Further, the unit prices paid increased in proportion to distance from the landfill. In relative terms, these transactions suggest that lands near Rocky Flats are extremely depressed (see following map).

- In August of 1992, 42.209 acres of land were purchased at approximately 104th and Alkire Street for an average unit price of $1,291 per acre. The seller was Affiliated National Bank and the purchaser was Brauch, et al. Based on conversations with the seller and its appraiser, this parcel suffered stigma due to proximity to Rocky Flats, even though the buyer was an adjoining property owner. The seller indicated that with the exception of the adjacent property owner, there were no other serious inquiries to purchase the property. We note that this property would have been positively affected by location near Highway W-470. Nonetheless, the eventual selling price was about one-third of the appraised value.

While it may be true that not every land sale transaction is negatively affected by Rocky Flats, many indeed are. It is axiomatic in real estate that the lowest prices in the area tend to set the market. In other words, it is difficult to command high prices in the area when other sellers and buyers are negotiating low prices because of proximity to Rocky Flats and concerns about the resulting effect on marketability. As an example of a similar transaction at a different location, we cite the recent sale of the Gun Club Partnership land at the southeast corner of Mississippi Avenue and Gun Club Road in Aurora. This property is located adjacent to the Lowry Landfill, a superfund site. Approximately 1,100 acres of land was purchased for +/- $1,200 per acre. (This actually represents the consummation of Sale No. 2 on the following spreadsheet.) According to the purchaser (Mr. Michael Sheldon), proximity to the landfill could have resulted in as much as an 80% discount for the land. This example is not unlike those sales that occurred near Rocky Flats. Whether the risk is real or perceived, there is evidence of market resistance; concerns about financing and marketing the end product necessarily add to risk which is inversely proportionate to price.

By way of comparison, we have included nine pre-1989 sales located in the vicinity of Rocky Flats. A summary of these sales follows. Note that the average unit prices range from a low of $3,516 per acre to a high of $12,000 per acre. Sale No. 4 is of particular significance because it is located just south of the Ochsner-Ten Eyck parcel identified as past 1989 Sale No. 1. The same buyers and sellers were also involved, but the post 1989 price was less than half the pre-1989 price.

These transactions indicate at least 50% diminution in value for those lands near to Rocky Flats. It follows also then that if land value is depressed, improved properties would not sell for what they otherwise would have.