IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## ORDER ON CLOSING ARGUMENTS

Kane, J.

This matter is before me on Defendants' Motion for Equal Time for Closing Arguments (Docket #1982), filed January 16, 2006, and Plaintiffs' Statement on Closing Argument (Docket #1983), filed January 17, 2006. On January 16, I notified the parties of my intended schedule for closing arguments in this case. Upon further consideration, I modify that schedule and direct that the parties' closing arguments proceed as follows:

| | |
|---|---|
| Plaintiffs: | Wednesday, January 18, 12:00 to 5:00 PM with one 15 minute break at approximately 3:15 PM. |
| Defendants: | Thursday, January 19, 9:00 AM to 12:30 PM and 1:30 to 5:15 PM with 15 minute breaks at approximately 10:15 AM and 3:15 PM. |
| Plaintiffs (rebuttal): | Friday, 9:00 - 11:00 AM |
| Jury instruction: | Friday, 11:15 - 12:30 PM |

As I previously notified the parties, I will not entertain any motions or conferences on Wednesday or Thursday.  If any objection is made during closing argument --- and I discourage them, I will not permit speeches or argument.  A short objection such as: "Objection, not in the record," or "Objection, contrary to Instruction No. ___," is the most I want to hear.  Again, I will repeat that personal references to opposing counsel are improper and will be corrected by me *sua sponte*.  Likewise, as counsel know full well, statements of personal belief or opinion are highly improper and, again, I will correct such behavior in front of the jury and to counsel's extreme discomfort.   No counsel, nor their law firms, are on trial in this case and none are to be mentioned other than with deference and courtesy, or not at all.

IT IS SO ORDERED this 17th day of January, 2006.

    **s/John L. Kane**
John L. Kane, Senior District Judge
United States District Court