**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
No. 90-cv-181-JLK**

_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' STATEMENT RE: DEFENDANTS' MOTION
TO STRIKE SELECTED TESTIMONY OF WAYNE HUNSPERGER,
JOHN RADKE, AND THOMAS COCHRAN**
_____

Plaintiffs respectfully submit this statement in connection with Defendants' Motion to Strike Selected Testimony of Wayne Hunsperger, John Radke, and Thomas Cochran (Jan. 17, 2006) [Ct. Rec. 2003].

Although defendants' motion relies on arguments that have been raised and rejected on multiple previous occasions, plaintiffs request leave to file a written response before the Court rules on the motion. Plaintiffs are prepared to submit that response by noon on Wednesday, January 18, 2006, or at such earlier time as the Court may direct.

                                        Respectfully submitted,

Dated: January 17, 2006          s/ Peter Nordberg
                                        Merrill G. Davidoff
                                        Peter Nordberg
                                        Berger & Montague, P.C.
                                        1622 Locust Street
                                        Philadelphia, PA 19103
                                        (215) 875-3000

                                        Attorneys for Plaintiffs
                                        And the Class

# CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

      David M. Bernick, Esq.
      Kirkland & Ellis LLP
      200 East Randolph Drive
      Chicago, IL 60601

          and

      Joseph J. Bronesky, Esq.
      Sherman & Howard, LLC
      633 Seventeenth Street, Suite 3000
      Denver, CO 80202

      Attorneys for Defendants

                                        s/ Peter Nordberg
                                        Peter Nordberg