**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

## DEFENDANTS' PROPOSED INSTRUCTION REGARDING CORPORATE RETENTION OF EXPERT WITNESSES

---

      Pursuant to the colloquy that took place on January 12, 2006, defendants hereby submit

their proposed instruction regarding corporate retention of expert witnesses (attached as Exhibit

A).

Dated:  January 17, 2006               Respectfully submitted,

                          s/ John E. Tangren
                          One of the Attorneys for the Defendants
                          David M. Bernick
                          Douglas J. Kurtenbach
                          Ellen Therese Ahern
                          Mark J. Nomellini
                          John E. Tangren
                          KIRKLAND & ELLIS LLP
                          200 East Randolph Drive
                          Chicago, Illinois 60601-6636
                          Phone:  312-861-2000
                          Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

s/ Courtney Biggins_____ ___
Courtney Biggins (legal assistant)

3