# Exhibit A

TENDERED BY DEFENDANTS
PROPOSED INSTRUCTION NO. 2.2B

**CORPORATE RETENTION OF EXPERT WITNESSES**

Some of the expert witnesses from whom you have heard were retained and paid by corporations. Some of these experts were retained by corporations in this case, and some were retained by corporations in other cases. In judging the testimony of these expert witnesses, you should remember that all persons are equal before the law regardless of race, national origin, citizenship, or whether the party is a corporation. Corporations that are involved in litigation are entitled to retain and to pay experts. You should not consider the fact that an expert has been retained by a corporation as evidence that the expert is biased or not credible.

**Authority:** 1/12/06 Trial Tr. at 10037–39 ("MR. BERNICK: [I]t's very important for your Honor to instruct the Court that in this case these jurors can reach no judgment because people work for big companies or small companies— THE COURT: I will do that at the close of the case . . . ."); Instruction No. 1.3 ("All persons are equal before the law. A corporation is considered by the law to be a person. Corporations are entitled to the same fair and conscientious consideration by you as any physical person.").