IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' REPLY IN SUPPORT OF THEIR PROPOSED INSTRUCTION ON
CORPORATE RETENTION OF EXPERT WITNESSES**
_____

        Defendants propose this instruction for the reasons stated by counsel on January 12, 2006:

> MR BERNICK: [W]hat [plaintiffs' counsel's cross-examination] is really being used for is to suggest that somehow these people should discount his testimony because he works for big companies, and that very strongly suggests that the people who are not big companies are entitled to a different brand of justice. It is very insidious. It's particularly insidious, your Honor we objected to this yesterday, we saw it being used yesterday as well, that where—what happens is he's just quoting headlines. He wants the jury to reach a conclusion about discounting without getting into the substance of anything he had to say in any of those cases simply because he was involved in that kind of litigation. It's guilt by association. It is the same problem of having prejudicial effects if the Court allows it, gives blessing to the notion that this is okay.
>
> Well, if you testified in a case that involves a large company, you can't be a good person. That is exactly what's being suggested.

> You testify for these big companies, you can't possibly be a person that's worthy of the same consideration . . . .
>
> That is completely unnecessary, and it is very prejudicial. The only way this witness can respond is to say, Let me tell you what was going on in this case, let me tell you what was going on in that case. It's totally collateral. He can't defend himself, we can't defend ourselves, and that's why I think it's very important for your Honor to instruct the Court that in this case these jurors can reach no judgment because people work for big companies or small companies—

(1/12/06 Trial Tr. at 10038–39.) After these remarks, this Court agreed, "I will do that at the close of the case . . . ."

Dated:  January 18, 2006                    Respectfully submitted,


                                            s/ John E. Tangren_____
                                            One of the Attorneys for the Defendants
                                            David M. Bernick
                                            Douglas J. Kurtenbach
                                            Ellen Therese Ahern
                                            Mark J. Nomellini
                                            John E. Tangren
                                            KIRKLAND & ELLIS LLP
                                            200 East Randolph Drive
                                            Chicago, Illinois 60601-6636
                                            Phone:  312-861-2000
                                            Fax:     312-861-2200

                                            Joseph J. Bronesky
                                            SHERMAN & HOWARD L.L.C.
                                            633 Seventeenth Street, Suite 3000
                                            Denver, Colorado 80202
                                            Phone:  303-297-2900
                                            Fax:     303-298-0940

                                            Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                s/ Courtney Biggins_____
                Courtney Biggins (legal assistant)

4