**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' MOTION TO EXCLUDE SANCHINI JOURNALS**

---

Defendants respectfully request that this Court exclude the pages of Dominic Sanchini journals from evidence for plaintiffs' failure to redact inadmissible material from them contrary to this Court's orders. Plaintiffs produced 1700 pages of Mr. Sanchini's journals to defendants and showed only 21 pages to the jury during the testimony of Mr. Lipsky. The Court ruled that in order to be admissible, the journal pages must be redacted to exclude "any references to other litigation or claims or settlements of such claims (including the claims for compensation of allegedly injured workers employed by Rockwell or Dow)." (10/31/05 Courtroom Minutes). Since that date, Plaintiffs have never redacted any of the journal pages and produced them to Defendants or to the Court. Yesterday the Court instructed Plaintiffs that the burden was on them to redact the pages they wanted admitted into evidence. (*See* 1/17/06 Tr. at 10206–07.)

Not only did Plaintiffs not redact the initial 21 pages they sought to have into evidence, at 4:25 a.m. on the day that Plaintiffs are to begin their closing argument, Plaintiffs emailed 41 additional unredacted pages to Defendants.  This Court held that no pages from the Sanchini journals were to be admitted unless plaintiffs redacted them.  Plaintiffs have not redacted any pages, and now incorrectly assert that these pages have already been admitted with no need of redaction.

Defendants' main concerns about these pages, with which the Court has agreed, include: issues dealing with sites other than Rocky Flats and worker safety issues, including union complaints and other law suits and claims related to such matters.  First, with regard to the Sanchini journals, the Court specifically directed that other sites were not relevant. (*See* 10/25/05 Tr. at 2494 (THE COURT:  "we're not concerned with other sites.")  The Court specifically admonished Plaintiffs' counsel for suggesting that an N reactor existed at Rocky Flats, where counsel should have known that the reference in the journal was to the Hanford reactor.  (*See* 10/25/05 Tr. at 2493–95; *see also id.* at 2497–2503 ("I don't think you should have done that, I really don't.  We know there is no nuclear reactor there, all of us know that."))  Yet, Plaintiffs have offered those very Sanchini journal pages again in unredacted form.  (*See* P1241 at 121 ("Real possibility that N Reactor and Z Plant may not reopen.  Decision will be within 3-6 months.")).  Additionally objectionable journal pages also reference other sites.  (*See* P1239 at 64, P1240 at 78 (Hanford);  P1243 at 123.)

Second, the Court expressly issued an order barring references in the Sanchini journals to worker safety and union lawsuits and claims.  Nevertheless, Plaintiffs have offered journal pages

2

containing unredacted materials on exactly these subjects. (*See* P1244 at 24 ("Radiation injury claims"); *see also* P1240 at 81 ("talking to union guys . . ."); P1243 at 99 ("Omnibudsman" issue); P1240 at 100, 109; P1241 at 41, 35.)

For the foregoing reasons, we ask that the Court exclude all unredacted Sanchini journal pages.

Dated: January 18, 2006                                  Respectfully submitted,


                                                            s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

3

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                               s/ Courtney Biggins_____
                                               Courtney Biggins (legal assistant)