IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

**DEFENDANTS' OBJECTIONS TO JURY INSTRUCTIONS AND VERDICT FORM**

---

      Defendants respectfully submit the following objections to the Court's jury instructions and jury verdict form (attached as Exhibit A).

      1.    On October 7, 2005, this Court issued "preliminary" jury instructions. (10/6/05 Trial Tr. at 264.) At the time the Court read the preliminary instructions, the Court stated: "I'm working a lot on the opinion that explains the rulings on the instructions. And clearly, you will have the right to make a record again after you've seen everything that I've done." (10/7/05 Trial Tr. at 320.) This opinion has not yet been issued, however, and now that closing arguments have commenced, defendants respectfully submit the following objections to the jury instructions and jury verdict form.

      2.    The Court mistakenly asserted that it emailed to defendants' counsel a copy of the jury verdict form. (12/18/05 Trial Tr.) Defendants did not receive a copy of the jury verdict form until 12:30 p.m. on January 18, 2006, minutes before the beginning of closing arguments.

3.      Defendants object generally to the Court's instructions and jury verdict form to the extent that those instructions depart from defendants' proposed instructions (which are hereinafter referred to as "Defendants' Proposed Instructions," and which are incorporated by reference as if fully set forth herein), including the following:

- Defendants' Proposed Trespass Jury Instructions and Jury Verdict Forms, filed July 13, 2004;

- Defendants' Revised Proposed Trespass Jury Instructions and Jury Verdict Forms, filed August 6, 2004;

- Defendants' Proposed Nuisance Jury Instructions and Jury Verdict Forms, filed August 6, 2004;

- Defendants' Proposed Phase III Jury Instructions and Verdict Form, filed September 3, 2004;

- Defendants' Proposed Supplemental Jury Instructions and Jury Verdict Form, filed September 16, 2005;

- Defendants' Proposed Limiting and Supplemental Jury Instructions, filed September 23, 2005.

- Defendants' Submission of a Limiting Statement Pursuant to the 10/7/05 Hearing and a Related Statement by Defendants, filed October 10, 2005

- Defendants' Motion for a Limiting Instruction Regarding the Testimony of Dr. S. Paul Slovic, filed November 6, 2005.

- Defendants' Proposed Instruction Regarding Stigma Evidence and Class Members, filed December 7, 2005.

- Defendants' Proposed Instruction Regarding the Type of Compensatory Damages That Can Be Awarded, filed December 8, 2005.

- Defendants' Memorandum in Support of Defendants' Motion for Mistrial or, In the Alternative, Defendants' Proposed Instructions, filed December 28, 2005.

- Defendants' Proposed Changes to Preliminary Jury Instructions, filed January 10, 2006.

- Defendants' Proposed Jury Verdict Forms, filed January 11, 2006.

4.   Defendants also incorporate by reference as if fully set forth herein their objections to plaintiffs' proposed jury instructions and jury verdict form (hereinafter referred to as "Defendants' Previous Objections"), including the following:

- Defendants' Objections to Plaintiffs' Trespass Jury Instructions and Jury Verdict Forms, filed July 13, 2004.

- Defendants' Response to Plaintiffs' Proposed Plan for Determination of Compensatory Damages, filed July 21, 2004.

- Defendants' Objections to Plaintiffs' Nuisance Jury Instructions, filed August 6, 2004.

- Defendants' Responses to Plaintiffs' Objections to Defendants' Proposed Nuisance Jury Instructions, filed August 13, 2004.

- Defendants' Response to Plaintiffs' Brief on the Statute of Limitations, State Regulatory Standards, Ultrahazardous Liability, Spoliation, and Negligent Trespass, filed August 18, 2004.

- Defendants' Submission of Phase III Jury Instructions and Jury Verdict Forms, filed September 3, 2004.

- Defendants' Submission of Objections to Plaintiffs' Nuisance Jury Verdict Form and Res Ipsa Loquitur Instruction, filed September 7, 2004.

- Defendants' Objections to Plaintiffs' Additional and Revised Nuisance Jury Instructions, filed November 8, 2004.

- Defendants' Response to Plaintiffs' Statement Regarding Alleged Forms of Interference With Use and Enjoyment, filed November 30, 2004.

- Defendants' Submission of Their Responses to Plaintiffs' Objections to Defendants' Proposed Prior Market Discount Instructions, filed October 3, 2005.

- Defendants' Objections to Plaintiffs' Proposed Supplemental Jury Instructions, filed September 16, 2005.

- Defendants' Submission of Their Objections to Plaintiffs' Proposed Limiting Instruction, filed September 29, 2005.

5.   Defendants' additional objections to the Court's specific instructions are set forth below. Defendants' Proposed Instructions and Defendants' Previous Objections are incorporated

by reference in each of defendants' objections to the Court's specific instructions below as if fully set forth therein.

6.  ***Unless otherwise indicated herein (by use of bold, italics, and underlining), defendants' objections have already been ruled on and rejected by the Court.***

Dated: January 18, 2006                                                  Respectfully submitted,


                                                                         s/ John E. Tangren
                                                                         One of the Attorneys for the Defendants
                                                                         David M. Bernick
                                                                         Douglas J. Kurtenbach
                                                                         Ellen Therese Ahern
                                                                         Mark J. Nomellini
                                                                         John E. Tangren
                                                                         KIRKLAND & ELLIS LLP
                                                                         200 East Randolph Drive
                                                                         Chicago, Illinois 60601-6636
                                                                         Phone: 312-861-2000
                                                                         Fax:   312-861-2200

                                                                         Joseph J. Bronesky
                                                                         SHERMAN & HOWARD L.L.C.
                                                                         633 Seventeenth Street, Suite 3000
                                                                         Denver, Colorado 80202
                                                                         Phone: 303-297-2900
                                                                         Fax:   303-298-0940

                                                                         Attorneys for ROCKWELL
                                                                         INTERNATIONAL CORPORATION and
                                                                         THE DOW CHEMICAL COMPANY

4

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                s/ Courtney Biggins
                Courtney Biggins (legal assistant)