IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: January 17, 2006

Reporter: Janet Coppock
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

Merrill Davidoff
Louise Roselle
David Sorensen
Peter Nordberg

David Bernick
Douglas Kurtenbach

_____

## COURTROOM MINUTES
_____

**Jury Trial - Day Forty-Eight**

**2:15 p.m.    Court in session.**

Jury not present.

Discussion regarding closing arguments.

**ORDERED:** **Plaintiffs' Motion for Judgment as a Matter of Law (Doc. No. 1979), filed January 14, 2006, on the affirmative defense of prior market discount is denied. As to the second part of the motion relating to the removal of plutonium, the motion is treated as a motion in limine and that portion is granted.**

**ORDERED:** **Plaintiffs' Motion to Strike the Testimony of Dr. John Till Regarding "Bulldozer Theory" (Doc. No. 1980), filed January 14, 2006, is granted, but the video exhibit that was used during his testimony will remain as an exhibit and can be used for comment in closing argument.**

**ORDERED:** Defendants' motion to strike the testimony of Wayne Hunsperger, John Radke and Thomas Cochran (Doc. No. 2003), filed January 17, 2006, is denied.

Discussion regarding exhibits.

**Exhibits received:** DX-1, DX-3, DX-1043, DX-1137, DX-1138, DX-1152A, DX-1167, DX-1170, DX-1364A, DX-1382, DX-1638, DX-1639, DX-1640, DX-1654, DX-1655, DX-1942, DX-1963, DX-1663A, DX-1664A, DX-2085

**Exhibits received:** DX-2033, DX-2291

**Exhibits received:** DX-1303, DX-1304, DX-1476, DX-1478, DX-1480, DX-1523, DX-1524, DX-1531, DX-1582, DX-1583, DX-1587, DX-1914, DX-1918, DX-2156Z, DX-2297Z, DX-2298Z, DX-2614, DX-2618, DX-2619, DX-2634, DX-2632, DX-2624, DX-1416, DX-2332, DX-1298, DX-1397A, PG-582AA, PG582AB

**Exhibits received:** DX-352, DX-1409Z, DX-1439, DX-1474, DX-1500, DX-4131, DX-626, DX-1003, DX-1651B, DX-2002, DX-1499A, DX-1475

Argument regarding exhibits.

**Exhibits received:** PG-0027B, PG-561, PG-569, PG-799, PG-804, PG-809, PG-810, PG-811, PG-812, PG-813, PG-814, PG-815, PG-818, PG-821, PG-822, PG-823, PG-824, PG-825, PG-832, PG-847, PG-848, PG-849, PG-850, PG-856, PG-870, PG-894, PG-947, PG-950, PG-952, PG-954, PG-955, PG-1011, PG-1032A, PG-1099, PG-1197, PG-1198, PG-4003E

Exhibit withdrawn:   P-1663

**Exhibits received:** P1341A through P-1431G, PG-569, PG-502, PG-034, PG-1003

**Exhibits received:** P-738, P-778, P-796

**Exhibits received:** P-178, P-1301, P-1302, P-1303, P-1214

Argument regarding Sanchini exhibits.

**Exhibit received:   PV-046**

**Court admits 21 pages of the Sanchini diaries.**

**3:15 p.m.     Court in recess.**
**3:35 p.m.     Court in session.**

Argument regarding exhibits.

**Exhibits received: DX-4019A, PG-034, PG-034A**

Exhibits withdrawn: DX-326, DX-2319, DX-4084

**Exhibit received:   DX-1079**

**3:50   p.m.   Court in recess.**

Time in court - 1:15.  Trial continued.