# Exhibit B

### 1/18/2006  Cook v. Rockwell 01/18/06 PM

| | |
|---|---|
| 1 | The evidence in this case has shown wrongdoing by Dow |
| 2 | and Rockwell.  The releases of plutonium both on and off site, |
| 3 | lying and criminal conduct by Rockwell, how could all that not |
| 4 | affect the neighbors?  Any exposure to radiation damages DNA, |
| 5 | any exposure to radiation increases the risk of cancer. |
| 6 | Although this case is not about personal injuries, |
| 7 | it's a property case, the medicine in this case is |
| 8 | straightforward.  Defendants have nothing but excuses. |
| 9 | Rockwell says that environmental laws were new in the late |
| 10 | 1980s, but the evidence was that pollution laws have been in |
| 11 | place in the United States since the 1899 Refuse Act, that the |
| 12 | Clean Water Act was passed in 1948, that RCRA was passed in |
| 13 | 1976, that NPDES permits have been required since 1972. |
| 14 | The defendants say the laws were too complicated, but |
| 15 | the plant manager, Mr. Weston, said that he understood the laws |
| 16 | and that he learned about RCRA in his master's degree program |
| 17 | in the early 1980s. |
| 18 | Defendants told you that DOE told them not to comply |
| 19 | with the environmental laws, but according to U.S. Attorney |
| 20 | Norton, Rockwell was essentially in charge of Rocky Flats, that |
| 21 | Rockwell was the tail that wagged the dog. |
| 22 | Defendants said that it was too expensive, that DOE |
| 23 | wouldn't give them the money.  No one from DOE or Rockwell or |
| 24 | Dow identified a single instance where a lack of funding caused |
| 25 | the plant to break the law. |

```
 1        was that nothing had been done as part of the cleanup other
 2        than they characterized the waste site.  And these charts we
 3        just went through about 30, 35 of the waste sites according to
 4        the testimony you have heard, there is anywhere from 160 to 180
 5        waste sites at Rocky Flats, and those are the ones that they
 6        know about.
 7                  Dr. Selbin, the chemist who was on the soil action
 8        committee, told you that RAC recommended a cleanup level of 35
 9        picocuries per gram, but that level was not adopted for the
10        cleanup.  There is a cleanup level, as you have heard, of 50
11        picocuries per gram in the first 3 feet, a thousand picocuries
12        per gram in the next 3 feet, and no cleanup below that.
13                  As Dr. Smallwood told you, even ants can go down more
14        than 6 feet.  The ants he told you, the harvester ants can go
15        down 16 feet.  And he also, as you remember, showed you the
16        movie of the gophers.
17                  Another important fact is the constant lying that was
18        done by Dow, Rockwell and the AEC.  And one example of this is
19        the Dow press release from November 30th, 1971, where they
20        wrote, Edward Martell's statements on the concentration of
21        plutonium in the Denver metropolitan area are not based on any
22        known scientific evidence.
23                  This press release was issued after both the Atomic
24        Energy Commission and Dow had confirmed by independent sampling
25        Dr. Martell's results.
```

1/18/2006  Cook v. Rockwell 01/18/06 PM

1       Another example is this ad in 1989 where Rockwell
2   said, Rockwell's investigation shows the principal allegations
3   in the affidavit are just not true.  We have operated the Rocky
4   Flats plant with integrity and high ethical standards.
5       And then in 1990 Rockwell put out another ad and they
6   said, talking about the FBI charges, that these are sensational
7   charges of irresponsible acts that are demonstrably untrue.
8       Another important fact is that the problems at Rocky
9   Flats began to be disclosed in the 1980s, that it didn't happen
10   overnight.  In the mid 1980s, the Federal Government began
11   requiring, that is the DOE, Rocky Flats to comply with
12   environmental laws.  The EPA and Colorado gained regulatory
13   authority over Rocky Flats, that is that DOE was no longer
14   policing itself.  As a result of this process, in 1986, the
15   three party or the triparty agreement was signed which gave
16   Colorado some authority to regulate Rocky Flats.
17       In 1987, Colorado issued a notice of violation that
18   Rockwell was violating the agreement, and between '86 and '88
19   there were numerous GAO investigations that repeatedly
20   documented deficiencies.  In 1988, you recall DOE closed
21   building 771 due to safety concerns.  And then in 1989, the FBI
22   search warrant after a year of research was provided to the
23   Court, to the magistrate judge in this court, who issued an
24   order that allowed the raid.
25       Throughout this entire period, as bad news kept

| | |
|---|---|
| 1 | increasing, the neighbors felt the effect, but it was the FBI |
| 2 | raid that was the climax.  This class has been narrowly |
| 3 | defined.  It does not include homeowners who moved away before |
| 4 | the FBI raid.  It does not include people who moved in after |
| 5 | the FBI raid.  Drs. Cochran and Budnitz made a video that |
| 6 | contains their opinion about the conduct at Rocky Flats.  You |
| 7 | will have the video.  It's P188 to view, if you want to. |
| 8 | Because our time is limited, we are only going to show you a |
| 9 | few sections of the video, and when you are watching the video, |
| 10 | please remember that the video was made about nine years ago |
| 11 | before the cleanup at Rocky Flats, and as I said, it is what |
| 12 | Drs. Cochran and Budnitz themselves said.  It wasn't something |
| 13 | that the lawyers prepared. |
| 14 | MR. DAVIDOFF:  Your Honor, if we could have a short |
| 15 | break, maybe we could show that after we resume, if that is |
| 16 | amenable to the Court. |
| 17 | THE COURT:  All right.  Let's keep it very, very |
| 18 | close, very short, very brief. |
| 19 | (Brief recess at 2:15 p.m.) |
| 20 | MR. BERNICK:  There were some demonstratives that were |
| 21 | shown that were not received in evidence.  I have not objected |
| 22 | on the theory other demonstratives are going to be used not |
| 23 | received in evidence, but I want to make sure we are going to |
| 24 | have the sauce rule. |
| 25 | THE COURT:  If they are not and have been shown, we |

1  testified as to the anguish they felt raising their family
2  there.
3          We think the evidence is overwhelming that what
4  Rockwell and Dow did and the conditions that they caused were
5  all three things.  They were annoying, they were offensive, and
6  they were inconvenient.  This isn't merely loud noises or
7  horrible smells or odors or even illegal activities.  We have a
8  much bigger nuisance here.  We have the placement of deadly
9  plutonium on neighbors' property and the placement of deadly
10  plutonium on their property where it could be redistributed to
11  neighbors' properties for 37 years, and then we have a series
12  of lies about it.  I think that that satisfies the requirement
13  of annoying -- satisfies the requirement of annoying, offensive
14  or inconvenient.  Certainly in our mind we believe the evidence
15  shows that all class members, virtually all class members would
16  find those things to be all three.
17          Let's look at jury instruction 3.10.  This is a
18  balancing test.  I am not going to spend any time on it, but we
19  think you will see there are a number of factors here that you
20  have to use as a balancing test for determining whether or not
21  unreasonable interference has been shown.  And that is if the
22  gravity of the harm outweighs the utility of the conduct that
23  caused it.  There are some more jury instructions on this
24  balancing test, and they are referred to in this instruction.
25  Those are instructions 3.11 and 3.12.

### 1/18/2006  Cook v. Rockwell 01/18/06 PM

1  correspondence.  Here you have 20 years earlier Dow ghost
2  writing the DOE's predecessor's correspondence, the AEC.  What
3  he is talking about is a press release.
4        I think you folks may remember this example of the
5  railroad trainman who waved the lantern but didn't light it,
6  and he was lucky to get out of court on that day, but here is a
7  part of this memo that I don't think I had a chance to read you
8  in the last miniclosing.
9        In the first sentence of the third paragraph that he
10 is talking about, the press release in the article of the
11 newspaper, we admit releasing trace amounts of plutonium to the
12 environment which is okay.  However, in the second sentence we
13 lead the uninitiated to think that this amount of plutonium is
14 so minute that the plutonium radioactivity detected by the
15 off-site samples is no higher than background.  How would the
16 public react if they knew we didn't routinely analyze our
17 on-site air samples and off-site air samples for plutonium?
18 Just what is normal background radiation from plutonium in air?
19 It certainly is not a fixed value.  Then he has some figures
20 here.
21       He says, On the other hand, if we ran the off-site
22 samples for plutonium, they might from time to time show
23 abnormally high plutonium results.  Such times could have
24 occurred after the 1957 fire or during periods of extremely
25 high winds.

### 1/18/2006  Cook v. Rockwell 01/18/06 PM

| | |
|---|---|
| 1 | Credibility Gap written in February of 1970. |
| 2 | Now, I think that you can conclude from this and some |
| 3 | of the other documents and other evidence that has been shown, |
| 4 | much of which has been discussed by Ms. Roselle, that there was |
| 5 | intentional willful and wanton misconduct here.  There was the |
| 6 | press release of 1971 where they trashed Dr. Martell when their |
| 7 | own internal documents showed that Dr. Martell was right or at |
| 8 | least he was partially right, and he said there was no |
| 9 | contamination. |
| 10 | In the case of both -- of Rockwell there were knowing |
| 11 | violations of federal environmental laws, and there were guilty |
| 12 | pleas that were second only to the environmental crimes that -- |
| 13 | the Exxon Valdez oil spill.  There is no question, as |
| 14 | Ms. Roselle explained, that Dow and Rockwell were aware of the |
| 15 | danger.  Remember all those letters from the early 1950s. |
| 16 | If you hired a builder to build you a home, that |
| 17 | builder violated the building codes, left toxic substances on |
| 18 | your land, falsified applications for building permits, you |
| 19 | would call that conduct intentional wrongdoing. |
| 20 | MR. BERNICK:  That's an improper argument.  It asks |
| 21 | the jury to put themselves in the plaintiffs' shoes -- |
| 22 | THE COURT:  Sustained. |
| 23 | MR. DAVIDOFF:  The evidence in this case shows that |
| 24 | this is no different than a builder who does the things that I |
| 25 | described. |