IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 18, 2006                     Reporter: Janet Coppock
                                            Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                       Merrill Davidoff
                                            Louise Roselle
Plaintiffs,                                 David Sorensen
                                            Peter Nordberg
v.

ROCKWELL INTERNATIONAL CORPORATION          David Bernick
and THE DOW CHEMICAL COMPANY,               Douglas Kurtenbach

Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Forty-Nine**

**12:19 p.m.    Court in session.**

Jury not present.

Discussion regarding exhibits.

12:38 p.m.    Jury present.

12:41 p.m.    Closing argument by Mr. Davidoff.

12:43 p.m.    Closing argument by Ms. Roselle.

**1:59 p.m.    Court in recess.**
**2:09 p.m.    Court in session.**

Jury present.

2:10 p.m.    Continued closing argument by Ms. Roselle.

2:27 p.m.      Continued closing argument by Mr. Davidoff.

4:58 p.m.      Jury excused.

Argument by counsel.

**5:15 p.m.      Court in recess.**

Time in court - 4:46.  Trial continued.