IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

**DEFENDANTS' OBJECTIONS TO ADDITIONAL
AND REVISED JURY INSTRUCTIONS**

---

Defendants respectfully submit the following objections (attached as Exhibit A) to the Court's additional and revised jury instructions—Instruction Nos. 2.2AA, 2.2B, 3.5, and 3.19A—received by defendants on January 18, 2006.

1.    The Court sent an email with new Instruction No. 2.2AA and the jury verdict form to plaintiffs' counsel at 11:47 a.m. on January 18, 2006. (*See* Ex. B.) Counsel for defendants did not receive the email at that time because the email addresses of defendants' counsel were incorrect (reading "kirkland.net" rather than "kirkland.com"). Counsel for defendants first learned that this Court had issued a jury verdict form when they received a copy of the jury verdict form in hard copy form in the courtroom at 12:30 p.m, minutes before plaintiffs' closing argument began. (*See* 12/18/06 Trial Tr. at 10230.) Defendants filed their objections to this jury verdict form later that afternoon. (*See* Defs.' Objections to Jury

Instructions and Verdict Form, filed 1/18/06 at 1:58 p.m.)  Defendants also requested by email that this Court transmit the verdict form in electronic form, after which this Court resent the email attaching the jury verdict form and new Instruction No. 2.2AA to the correct email address for defendants' counsel at 2:10 p.m.  (*See* Exs. B–C.)

2.  The Court had previously sent an email with new Instruction No. 2.2B, revised Instruction No. 3.5, and new Instruction No. 3.19A to plaintiffs' counsel at 10:07 p.m. on January 17.  (*See* Ex. D.)  Counsel for defendants did not receive this email at that time either because the email was sent to the same incorrect addresses of defendants' counsel.  Counsel for defendants did not learn that this Court had added Instruction No. 2.2B and revised Instruction No. 3.5 until plaintiffs' counsel showed these instructions to the jury during their closing argument.  (*See* 12/18/06 Trial Tr. at 10313–14, 10319, 10355–56.)  Defendants immediately requested that this Court email these and any other additional instructions to their correct e-mail addresses.  (*See* Ex. E.)  This Court acknowledged the error, (*see* 12/18/06 Trial Tr. at 10356 ("I am sorry.  I can tell you that when people who work for me are handling the e-mail it's done correctly.  When I do it, there is a larger amount of error.")), and Defendants received the remaining additional and revised instructions at 5:14 p.m.  (*See* Ex. D.)

3.  Defendants object generally to the Court's additional and revised instructions (Instruction Nos. 2.2AA, 2.2B, 3.5, and 3.19A) to the extent that those instructions depart from defendants' proposed instructions (which are hereinafter referred to as "Defendants' Proposed Instructions," and which are incorporated by reference as if fully set forth herein), including the following:

- Defendants' Proposed Trespass Jury Instructions and Jury Verdict Forms, filed July 13, 2004;

2

- Defendants' Revised Proposed Trespass Jury Instructions and Jury Verdict Forms, filed August 6, 2004;

- Defendants' Proposed Nuisance Jury Instructions and Jury Verdict Forms, filed August 6, 2004;

- Defendants' Proposed Phase III Jury Instructions and Verdict Form, filed September 3, 2004;

- Defendants' Proposed Supplemental Jury Instructions and Jury Verdict Form, filed September 16, 2005;

- Defendants' Proposed Limiting and Supplemental Jury Instructions, filed September 23, 2005.

- Defendants' Submission of a Limiting Statement Pursuant to the 10/7/05 Hearing and a Related Statement by Defendants, filed October 10, 2005

- Defendants' Motion for a Limiting Instruction Regarding the Testimony of Dr. S. Paul Slovic, filed November 6, 2005.

- Defendants' Proposed Instruction Regarding Stigma Evidence and Class Members, filed December 7, 2005.

- Defendants' Proposed Instruction Regarding the Type of Compensatory Damages That Can Be Awarded, filed December 8, 2005.

- Defendants' Memorandum in Support of Defendants' Motion for Mistrial or, In the Alternative, Defendants' Proposed Instructions, filed December 28, 2005.

- Defendants' Proposed Changes to Preliminary Jury Instructions, filed January 10, 2006.

- Defendants' Proposed Jury Verdict Forms, filed January 11, 2006.

- Defendants' Proposed Instruction Regarding Corporate Retention of Expert Witnesses, filed January 17, 2006.

4.  Defendants also incorporate by reference as if fully set forth herein their objections to plaintiffs' proposed jury instructions and jury verdict form (hereinafter referred to as "Defendants' Previous Objections"), including the following:

- Defendants' Objections to Plaintiffs' Trespass Jury Instructions and Jury Verdict Forms, filed July 13, 2004.

- Defendants' Response to Plaintiffs' Proposed Plan for Determination of Compensatory Damages, filed July 21, 2004.

- Defendants' Objections to Plaintiffs' Nuisance Jury Instructions, filed August 6, 2004.

- Defendants' Responses to Plaintiffs' Objections to Defendants' Proposed Nuisance Jury Instructions, filed August 13, 2004.

- Defendants' Response to Plaintiffs' Brief on the Statute of Limitations, State Regulatory Standards, Ultrahazardous Liability, Spoliation, and Negligent Trespass, filed August 18, 2004.

- Defendants' Submission of Phase III Jury Instructions and Jury Verdict Forms, filed September 3, 2004.

- Defendants' Submission of Objections to Plaintiffs' Nuisance Jury Verdict Form and Res Ipsa Loquitur Instruction, filed September 7, 2004.

- Defendants' Objections to Plaintiffs' Additional and Revised Nuisance Jury Instructions, filed November 8, 2004.

- Defendants' Response to Plaintiffs' Statement Regarding Alleged Forms of Interference With Use and Enjoyment, filed November 30, 2004.

- Defendants' Submission of Their Responses to Plaintiffs' Objections to Defendants' Proposed Prior Market Discount Instructions, filed October 3, 2005.

- Defendants' Objections to Plaintiffs' Proposed Supplemental Jury Instructions, filed September 16, 2005.

- Defendants' Submission of Their Objections to Plaintiffs' Proposed Limiting Instruction, filed September 29, 2005.

- Defendants' Reply in Support of Their Proposed Instruction on Corporate Retention of Expert Witnesses, filed January 18, 2006

- Defs.' Objections to Jury Instructions and Verdict Form, filed January 18, 2006.

Dated:  January 19, 2006 Respectfully submitted,

                    s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                s/ Courtney Biggins_____
                                                Courtney Biggins (legal assistant)