# Exhibit B



**Sara_E_Shears@cod.uscourts.gov**
01/18/2006 02:10 PM

To jtangren@kirkland.com

cc

bcc

Subject Fw: Cook v. Rockwell - Revised Jury Verdict Form and New Instruction

this was sent out just before noon today - not sure what you mean by "clean copies", but this is it. Hard copies were also provided to counsel in the courtroom.

----- Forwarded by Sara E Shears/COD/10/USCOURTS on 01/18/2006 02:08 PM -----

Kane Chambers/COD/10/USCOURTS

Sent by: Sara E Shears

01/18/2006 11:47 AM

To pnordberg@bm.net, kmarkert@bm.net, dkurtenbach@kirkland.net, jtangren@kirkland.net

cc

Subject Cook v. Rockwell - Revised Jury Verdict Form and New Instruction

Counsel - Judge Kane asked that I provide you with the attached revised jury verdict form and new Instruction No. 2.2AA. The revised jury verdict form corrects typographical errors and the inadvertent omission of "indefinitely" in Questions A.3 and B.3 and some "roadmap" directions in Paragraph G (punitive damages). A redlined version showing the changes from the 1-17 version can be provided if needed.

New Instruction No. 2.2AA reflects Judge Kane's decision on the parties' proposed instruction on the retention of experts.

Complete copies of the jury instructions and jury verdict form will be available for counsel at the start of today's proceedings.

Jury Verdict Form 01-18.wpd  INSTRUCTION NO 2.2AA.wpd