# Exhibit C



| | | |
|---|---|---|
| **John Tangren/Chicago/Kirkland-Ellis** | To | kane_chambers@cod.uscourts.gov, sara_e_shears@cod.uscourts.gov |
| 01/18/2006 01:33 PM | cc | pnordberg@bm.net, kmarkert@bm.net |
| | bcc | mnomellini; "Dan Rooney" <drooney@kirkland.com> |
| | Subject | Fw: Cook v. Rockwell - Defendants' Motion for Equal Time for Closing Arguments |

Defendants did not receive a clean copy of the jury verdict form either last night or today. Could you please send an electronic version of the current jury verdict form to this email address? Thank you.

John Tangren
Kirkland & Ellis LLP
(312) 861-2002
200 East Randolph
Chicago, IL 60601
jtangren@kirkland.com