# Exhibit D



| | | |
|---|---|---|
| Sara_E_Shears@cod.uscourts.gov<br>01/18/2006 05:14 PM | To | John Tangren <jtangren@kirkland.com> |
| | cc | |
| | bcc | |
| | Subject | Fw: Jury Instructions and Jury Verdict Form |

----- Forwarded by Sara E Shears/COD/10/USCOURTS on 01/18/2006 05:14 PM -----

| Kane Chambers/COD/10/USCOURTS<br>Sent by: Sara E Shears<br><br>01/17/2006 10:07 PM | To | pnordberg@bm.net, kmarkert@bm.net, dkurtenbach@kirkland.net, jtangren@kirkland.net |
|---|---|---|
| | cc | |
| | Subject | Jury Instructions and Jury Verdict Form |

Counsel - Judge Kane has asked that I forward to you the following: new Instruction No. 2.2B, revised Instruction No. 3.5 and new Instruction No. 3.19A, all of which were added or revised as a result of rulings made at today's conference. The final version of Instruction No. 3.25, which is unchanged but was under review in the January 16 set of instructions, is also included. I have also attached a revised index to the complete set of jury instructions.

A copy of the jury verdict form is also attached. This form has not yet been proof read. If the parties identify any typographical errors or mistaken cross-references, the judge would appreciate it if you notify him of them by return e-mail.

The judge has just received Defendants' Proposed Instruction Regarding Corporate Retention of Expert Witnesses. He wishes to advise that he has no problem with adding some language conveying the thrust of this proposed instruction to Instruction 1.2, but will wait until he hears from Plaintiffs' counsel if the communication is made before 10:00 a.m. January 18, 2006.

    
Additional and Revised Instructions - 01-17.wpd   Index to Revised Jury Instructions - 01-17.wpd   Jury Verdict Form 01-17.wpd