# Exhibit E

| | | |
|---|---|---|
| John Tangren/Chicago/Kirkland-Ellis<br>01/18/2006 04:12 PM | To | "kane_chambers" <kane_chambers@cod.uscourts.gov>, "sara_e_shears" <sara_e_shears@cod.uscourts.gov> |
| | cc | "Peter Nordberg" <pnordberg@bm.net>, "kmarkert" <kmarkert@bm.net> |
| | bcc | Mark Nomellini/Chicago/Kirkland-Ellis; Daniel Rooney/Chicago/Kirkland-Ellis; "David Bernick" <dbernick@kirkland.com>; "Doug Kurtenbach" <dkurtenbach@kirkland.com> |
| | Subject | Missing emails in 90-CV-181, Cook v Rockwell |

Defendants have apparently not received emails from the Court for several days because emails to defense counsel were being sent to "kirkland.net" rather than "kirkland.com". As a result, defendants did not receive a copy of the jury verdict form until a few minutes before plaintiffs' closing argument began. What is more, defendants were not apprised of certain revisions to jury instructions until those instructions were displayed to the jury during plaintiffs' closing argument. Defendants have previously alerted the Court to this problem, but not knowing what other emails may have been sent recently, we request that all emails that have been distributed to counsel during the last two weeks be resent to the following addresses:

dkurtenbach@kirkland.com
jtangren@kirkland.com
drooney@kirkland.com

Thank you,

John Tangren
Counsel for Defendants Dow and Rockwell