IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER

Kane, J.

Defendants' Motion to Strike Portion of Jury Instruction No. 3.5 (Docket #2019), filed January 19, 2006, is DENIED.  The challenged portion of Instruction No. 3.5 correctly states Colorado law on this issue, and Plaintiffs made no statements to the contrary in their January 18 argument.  Even if they had, the remedy would have been to object to Plaintiffs' argument, not to revise Instruction No. 3.5 to ignore Colorado law.

Dated this 19th day of January, 2006.

                                       **s/John L. Kane**
                                       John L. Kane, Senior District Judge
                                       United States District Court