IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**MOTION REGARDING NUMBERING OF DUPLICATE EXHIBITS**

Pursuant to the Court's instruction (see Tr. 10201), plaintiffs respectfully request that the Court enter an Order deeming duplicate exhibits to be re-numbered as follows:

    PG-003E and PG-4003E:    to be numbered PG-003E

    PG-100 and PG-4100:    to be numbered PG-100

    PG-026A and PG-4026A:    to be numbered PG-026A

    Respectfully submitted,

Dated: January 20, 2006          /s   Jennifer MacNaughton
    Merrill G. Davidoff
    Peter Nordberg
    Ellen Noteware
    Jennifer MacNaughton
    BERGER & MONTAGUE, P.C.
    1622 Locust Street

Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
*jmacnaughton@bm.net*

Louise Roselle
WAITE SCHNEIDER BAYLESS &
CHESLEY
Central Trust Tower, Suite 1513
Cincinnati, OH 45202
(513) 621-0267

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

### [PROPOSED] ORDER

On Plaintiffs' Motion Regarding Numbering of Duplicate Exhibits, it is hereby Ordered that the duplicate exhibits shall be renumbered as follows:

| Duplicate Exhibits | To be Renumbered As |
|---|---|
| PG-003E and PG-4003E | PG-003E |
| PG-100 and PG-4100 | PG-100 |
| PG-026A and PG-4026A | PG-026A |

It is so ordered.

_____
Kane, J.

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

　　/s   Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
*jmacnaughton@bm.net*

*Attorney for Plaintiffs*