IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–cv-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

In response to defendants' Renewed Motion for Judgment as a Matter of Law (docket #2010), plaintiffs incorporate by reference their brief in opposition to defendants' initial Motion for Judgment as a Mater of Law (docket #1962).

                                                  Respectfully submitted,

Dated: January 20, 2006                         /s   Jennifer MacNaughton
                                                           Merrill G. Davidoff
                                                           Peter Nordberg
                                                           Ellen Noteware
                                                          Jennifer MacNaughton
                                                          BERGER & MONTAGUE, P.C.
                                                          1622 Locust Street
                                                         Philadelphia, PA 19103
                                                         (215) 875-3000
                                                         fax (215) 875-4604
                                                         *jmacnaughton@bm.net*

Louise Roselle
WAITE SCHNEIDER BAYLESS &
CHESLEY
Central Trust Tower, Suite 1513
Cincinnati, OH 45202
(513) 621-0267

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

  /s   Jennifer MacNaughton
Merrill G. Davidoff
Peter Nordberg
Jennifer MacNaughton
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
fax (215) 875-4604
*jmacnaughton@bm.net*

*Attorney for Plaintiffs*