IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER DENYING DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

Kane, J.

This matter is before me on Defendants' Renewed Motion for Judgment of Law (Docket # 2010), filed January 17, 2006. Having carefully considered the motion and response, the relevant record and all applicable legal authorities, and being fully advised in the premises, I deny Defendants' motion.

Dated this 20th day of January, 2006.

                              **s/John L. Kane**
                              John L. Kane, Senior District Judge
                              United States District Court