**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'
PROPOSED CHANGE TO JURY INSTRUCTION NO. 3.28**
_____

    Plaintiffs respectfully submit this response to Defendants' Proposed Change to Jury Instruction No. 3.28 (Jan. 20, 2006) [Ct. Rec. 2031].

    Plaintiffs are very concerned that modification of the instructions now, with deliberations already underway, may send confusing signals to the jury and prejudicially upset the course of its deliberations. Moreover, defendants have failed to propose parallel revisions to other questions on the Verdict Form (e.g., ¶ H, Question 4; *see also* ¶ A, Question 3; ¶ B, Question 3; ¶ C, Question 4; ¶ D, Question 4), and such further (consistent) revisions would make the changes more disruptive still.

    Plaintiffs meanwhile do not concur with the reasoning offered by defendants in support of the proposed change and do not agree that the existing instruction is incorrect. By definition, a damage subclass would be of interest only if the jury has already found, in awarding damages

consistent with the instructions, that the harm became "complete and comparatively enduring" at some point in the period from 1988-95.

Defendants' objection to the existing instruction is meanwhile tardy. Defendants had ample opportunity to propose revisions to the instructions and verdict form before the jury retired for its deliberations. The time is past for such objections and revisions now.

                                         Respectfully submitted,

Dated: January 20, 2006              s/ Peter Nordberg
                                         Merrill G. Davidoff
                                         Peter Nordberg
                                         Berger & Montague, P.C.
                                         1622 Locust Street
                                         Philadelphia, PA 19103
                                         (215) 875-3000

                                         Attorneys for Plaintiffs
                                         And the Class

## CERTIFICATE OF SERVICE

  I hereby certify that on January 20, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

  David M. Bernick, Esq.
  Kirkland & Ellis LLP
  200 East Randolph Drive
  Chicago, IL 60601

    and

  Joseph J. Bronesky, Esq.
  Sherman & Howard, LLC
  633 Seventeenth Street, Suite 3000
  Denver, CO 80202

  Attorneys for Defendants

                 s/ Peter Nordberg
                  Peter Nordberg