**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90-cv-181-JLK
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' STATEMENT RE: DEFENDANTS' MOTION TO STRIKE
SELECTED TESTIMONY OF WAYNE HUNSPERGER,
JOHN RADKE, AND THOMAS COCHRAN**
_____

On January 17, 2006, defendants filed the latest in a long series of motions to exclude testimony from plaintiffs' experts Wayne Hunsperger, John Radke, and Thomas Cochran. *See* Ct. Rec. 2003. The Court has already denied the motion, without requiring or awaiting a response from plaintiffs. *See* Courtroom Minutes, at 2 (Jan. 17, 2006) [Ct. Rec. 2016].

For the sole purpose of ensuring the completeness of the record, plaintiffs wish to lodge with the Court certain published materials on which plaintiffs would rely in opposition to defendants' motion, if required. Those materials are as follows:

J. Flynn, et al., *Risk, Media, and Stigma at Rocky Flats*, 18 Risk Analysis 715 (1988) (previously marked as plaintiffs' exhibit P-1375) (Ex. A). This article reports on the work of Drs. Flynn and Slovic in connection with their media analysis and telephone survey in this case.

W. Hunsperger, "The Effects of the Rocky Flats Nuclear Weapons Plant on Neighboring Property Values" (chapter 9 from *Risk, Media and Stigma: Understanding Public Challenges to Modern Science and Technology* (J. Flynn, P. Slovic, & H. Kunreuther, eds.) (Earthscan 2001)) (previously marked as plaintiffs' exhibit P-1459) (Ex. B).  This book chapter reports on Mr. Hunsperger's work in connection with estimating property damages in this case.

J. Flynn, et al., "Risk, Media, and Stigma at Rocky Flats" (chapter 20 from *Risk, Media, and Stigma*) (previously marked as plaintiffs' exhibit P-1460) (Ex. C).  This book chapter reprints the article by J. Flynn, et al., referenced above and attached to this statement as Exhibit A.

J. Flynn, et al., *A Survey Approach for Demonstrating Stigma Effects in Property Value Litigation*, Appraisal Journal 35 (Winter 2004) (previously marked as plaintiffs' exhibit P-1695) (Ex. D).  This article reports on the work of plaintiffs' experts in connection with the telephone survey in this case.

M. Allen, et al., *The Role of Formal Survey Research Methods in the Appraisal Body of Knowledge*, Appraisal Journal 294 (October 2001) (previously marked as plaintiffs' exhibit P-1696) (Ex. E).  This article discusses the use of statistical and market survey techniques in the real estate appraisal profession.

T. Jackson, et al., *The Analysis of Environmental Case Studies*, Appraisal Journal 86 (January 2002) (previously marked as plaintiffs' exhibit P-1712) (Ex. F).  This article discusses the use of case study data with respect to contaminated properties in the real estate appraisal profession.

T. Jackson, *Methods and Techniques for Contaminated Property Valuation*, Appraisal Journal 311 (October 2003) (previously marked as plaintiffs' exhibit P-1717) (Ex. G).  This article

discusses methods and techniques for valuation of contaminated properties in the real estate appraisal profession.

                                              Respectfully submitted,

Dated: January 22, 2006               s/ Peter Nordberg
                                              Merrill G. Davidoff
                                              Peter Nordberg
                                              Berger & Montague, P.C.
                                              1622 Locust Street
                                              Philadelphia, PA 19103
                                              (215) 875-3000

                                              Attorneys for Plaintiffs
                                              And the Class

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                        s/ Peter Nordberg
                                        Peter Nordberg