# Exhibit A

Risk Analysis, Vol. 18, No. 6, 1998

# Risk, Media, and Stigma at Rocky Flats

James Flynn,[1] Ellen Peters,[1] C. K. Mertz,[1] and Paul Slovic[1]

Public responses to nuclear technologies are often strongly negative. Events, such as accidents or evidence of unsafe conditions at nuclear facilities, receive extensive and dramatic coverage by the news media. These news stories affect public perceptions of nuclear risks and the geographic areas near nuclear facilities. One result of these perceptions, avoidance behavior, is a form of "technological stigma" that leads to losses in property values near nuclear facilities. The social amplification of risk is a conceptual framework that attempts to explain how stigma is created through media transmission of information about hazardous places and public perceptions and decisions. This paper examines stigma associated with the U.S. Department of Energy's Rocky Flats facility, a major production plant in the nation's nuclear weapons complex, located near Denver, Colorado. This study, based upon newspaper analyses and a survey of Denver area residents, finds that the social amplification theory provides a reasonable framework for understanding the events and public responses that took place in regard to Rocky Flats during a 6-year period, beginning with an FBI raid of the facility in 1989.

**KEY WORDS:** Rocky Flats; social amplification of risk; technological stigma; property values; risk perception.

## 1. INTRODUCTION

This article examines one of the more dramatic yet poorly understood claims about the impacts of nuclear science and technology, the stigmatization of places associated with a nuclear facility. In this case, the facility is a nuclear weapons site and the associated places are residential properties. The studies reported here focus on a dramatic news story about conditions at the Rocky Flats, Colorado nuclear weapons facility. The studies are conceptualized within the social amplification of risk framework[1,2] and provide an analysis of both newspaper coverage and a survey of actual and potential home buyers in the adjacent metropolitan area.

The development of public responses to the dangers of radioactivity has a long history. Nuclear science and its technologies are among the great achievements of the twentieth century—at once magnificently impressive and greatly feared. The fear emanates from the massive destructive power of nuclear weapons and from the dangers of other sources of man-made radiation. Short- and/or long-term exposure to radiation results from nuclear medicine (e.g., X-rays, radiation therapy, etc.), nuclear power, nuclear weapons, and the disposal of nuclear wastes. Although some advocates of nuclear technology argue that small doses of radiation are good for human health, and others think small levels are acceptable, a number of scientists believe that almost any exposure presents some health risks.[2]

---

[1] Decision Research, 1201 Oak Street, Eugene, Oregon 97401; e-mail: jflynn@decisionresearch.org

[2] Several authors have argued that low doses of radiation may be beneficial to health. See, for example, recent comments by Wolfe (Ref. 3). A recent issue of the *Belle Newsletter* presented a paper by Heitzmann and Wilson (Ref. 4) that argues for a policy of assuming low-dose linearity of response to radiation and chemicals. This was critiqued by Pollycove (Ref. 5, see especially p. 18), who argued for health benefits from low levels of radiation exposure. For a number of years, the U.S. Nuclear Regulatory Commission has considered adopting regulations for radiation "below regulatory concern," on the basis that human physiology is capable of repairing minor damages to the body that might occur from very small exposures to radiation. Other scientists believe that even very small exposures to radiation can result in damage to DNA and possibly cancer. For example, the ICRP (Ref. 6) lowered radiation exposure limits for workers based on a conservative interpretation of a linear low-dose (no threshold) theory.

0272-4332/98/1200-0715$15.00/1 © 1998 Society for Risk Analysis

PLAINTIFFS' EXHIBIT P-1375 90-CV-181

Flynn, J., Peters, E., Mertz, C. K., & Slovic, P. (1998). Risk, media, and stigma at Rocky Flats. *Risk Analysis*, **18**(6): 715-727. Reprinted as Chapter 18 in Flynn, J., Slovic, P., & Kunreuther, H., (eds.) (2001) ***Risk, Media, and Stigma***. London: EarthScan.



**Fig. 1.** A preliminary model of social amplification of risk and stigma impacts.

Over the past few decades, the public opinion reversed from support of nuclear technologies. For example, public opinion that once supported nuclear power by more than 60%, now opposes it by more than 60%.[7] This reversal of public opinion has played a role in halting the development of nuclear power, slowed and stopped the search for nuclear waste sites, and complicated management of the nuclear weapons complex.

Slovic[8] observed that laypersons evaluate health and environmental risks on a number of characteristics, which he and his colleagues analyzed with factor analysis and combined into two dimensions of (1) dread risk and (2) unknown risk. Dread risks are catastrophic, deadly, uncontrollable, etc. Unknown risks are poorly understood, unknown to those exposed, with delayed effects, etc. Nuclear power and nuclear waste were rated extreme on the dread and unknown dimensions. Validation of these psychometric studies occurred when survey respondents were asked for word associations to a high-level radioactive waste repository. The resulting images were overwhelmingly negative, dominated by thoughts of death, destruction, pain and suffering, and environmental damage.[9]

Technological hazards with such affective imagery can shape individual and societal behaviors. A conceptual model of social responses to hazards developed by Kasperson and his associates was termed the "social amplification of risk."[1,2] It incorporated the earlier work by Slovic and his colleagues on the perception of risks. The social processes described in this model are complex and interactive with a wide range of outcomes, of which stigmatization is one possible result (see Fig. 1, below). Basically the model states that once a risk-relevant event enters the processes of social communication, awareness and concern about the risk often increases and initiates individual and group behaviors. Information about risk, broadcast through the mass media and producing widespread concern, can result in important social, economic, and political impacts. This social process underlies "technological stigma," an aversion or shunning of places, products, or technologies with impacts that often include substantial economic losses.[10]

Public acceptance of technological hazards will depend in large part on confidence in the ability of hazards managers, on how well they understand and control hazards and how trustworthy they are in fulfilling their protective duties. The history of the nation's nuclear weapons complex, including Rocky Flats, have produced serious concerns about the motives and performance of DOE and its contractors resulting in loss of trust and confidence in the operations of these facilities.[11]

A stigmatized place, the subject of this article, exists when people view an area as undesirable because of its association with a technological danger, in this case radiation. Such dangers, it is believed, should not exist and would not exist with proper procedures, controls, or management. Underlying technological stigma is the sense that those responsible for public safety have failed their fiduciary responsibilities and acted in a way that is antisocial, illegal, or immoral—they are to blame for the danger. The public avoids property in areas placed at risk by these management failures. Eligible buyers either will not buy at all or will only buy when prices are discounted or when they are ignorant of the risk involved.

Hunsperger[12] designed a study to examine the possible price impacts of the Rocky Flats, Colorado nuclear weapons plant on real estate in two nearby communities. The study determined that properties in the two communities experienced losses in value compared to other housing in the Denver metropolitan area. This finding was based upon (1) interviews with planners and local real estate experts, (2) review of analogous cases dealing

with hazardous facilities and conditions, (3) examination of real estate records and transactions, and (4) a multiple regression analysis of property sales data. In collaboration with this study, we examined news media reports and conducted a survey to see if stigmatization based upon perceptions and behaviors in response to the Rocky Flats weapons facility may have accounted for some of the property value losses.

This research used the social amplification of risk model as the basis for an examination of risk, media, and stigma in connection with Rocky Flats. The basic hypothesis is that dramatic and highly visible stories about Rocky Flats mismanagement and the potential contamination of the adjacent communities stigmatized residential property in the subject communities. This process would provide a reasonable explanation for diminution of property values. We focused on events associated with the June 6, 1989 raid at Rocky Flats by the Federal Bureau of Investigation. This raid was an extraordinary event that created widespread news media coverage. News accounts of the raid and its consequences were reported over the following years with major stories up to the present time.

News coverage of an event, such as this FBI raid, may produce stigma impacts by (1) initiating awareness of a danger, (2) increasing perceptions of a known danger, (3) stimulating recall for people with latent negative reactions that have atrophied with time, and (4) increasing the number and geographical locations of people with knowledge about the danger.

The general public response to radioactive contamination and the ability of responsible management agencies to control exposure of residents near nuclear facilities provide a general background to the specific events surrounding the FBI raid. Together with our understanding about the role of the news media and the potential for technological stigma, we can structure three propositions to guide our research:

1. Media coverage after the FBI raid (compared to before) will communicate conditions consistent with stigma such as high risk perceptions including dread, distrust in facility managers, and aversion to the purchase of residential property associated with Rocky Flats.
2. These characterizations of Rocky Flats will continue to exist in 1995 news media presentations and in the evaluations of Denver area residents.
3. Stigma responses and behaviors will be more prominent for those residents who have heard of Rocky Flats events compared with those who have not heard of these events.

## 2. BACKGROUND ON ROCKY FLATS

The U.S. Department of Energy's (DOE) Rocky Flats facility, located in Jefferson County approximately 16 miles northwest of Denver, Colorado, began operations in 1953 to produce components for nuclear weapons. The plant produced "plutonium pits," the triggers for nuclear weapons, during the period 1953–1989 (Ref. 13, pp. CO-11–39).[14–16] Dow Chemical was the management contractor beginning in 1952 and Rockwell International operated the facility from 1975 through 1989.

On June 6, 1989, agents from the Federal Bureau of Investigation (FBI) and the U.S. Environmental Protection Agency (EPA) raided Rocky Flats with a warrant charging violations of environmental laws. These federal agents impounded a large volume of records and in August 1989 the U.S. Department of Justice impaneled a Federal Grand Jury to investigate the evidence and possibly authorize charges against Rockwell and its employees. The Grand Jury considered the case well into 1992 and prepared a report. Before any indictments were returned, Rockwell agreed in 1992 to plead guilty to ten violations of environmental law and paid a fine of $18.5 million. The Justice Department agreed not to prosecute any Rockwell employees.[17]

The FBI raid was unprecedented—no other plant in the nuclear weapons complex (with 126 facilities) before or since has been raided—and the story was covered by national news media, including the major television networks. Subsequently, numerous stories about the raid, the Grand Jury, and conditions at Rocky Flats were communicated to residents of the Denver metropolitan area.

Rocky Flats was closed as a weapons plant in 1992 and designated as the Rocky Flats Environmental Technology Site. The new mission at the facility is to clean up and restore contaminated buildings, facilities, soils and ground water while also managing the radioactive and chemical hazards that remain from the production period. Rocky Flats contains the largest inventory of plutonium in the DOE complex, about 60% of the total amount.[18,19]

The FBI raid was not in and of itself a hazardous event. It did not create nor mismanage any hazard that existed at Rocky Flats. What it did was create public interest in the facility and a continuing scrutiny of its management. Subsequent newspaper stories encouraged distrust of the government and its contractors, prompting concerns about past, continuing, and future hazards at the facility. For example, one story reported how, in 1990, the Federal government resorted to a deliberate

deception of state and local officials to maintain the option of future nuclear weapons production.[20],[3]

This complex series of events generated questions about the risks to people off-site, especially in neighboring communities. Safety assurances from DOE and its contractors had lost credibility. One result of the FBI raid and the subsequent information about Rocky Flats was a major class action suit claiming damages to public health and property values.

A motion for a class certification of plaintiffs was filed in June, 1993. Geographical boundaries for health and property claims were based on exposure during the operating period to radioactive isotopes, such as plutonium, in an area east and south and approximately 90 degrees downwind from the Rocky Flats plant. The population claimed for the medical monitoring class area was about 40,000 persons (in 1990) and the property value class area contained about 15,000 properties.[21]

## 3. OVERVIEW OF THE STUDIES

The studies reported here were conducted on behalf of the plaintiffs. One was an analysis of Rocky Flats newspaper coverage during the period 1989–1996 with a special focus on the 1989 FBI raid. The second was a survey of Denver metropolitan area residents' attitudes toward Rocky Flats and associated real estate purchase decisions. The purpose of these studies was to examine the issues of perceived risk from Rocky Flats, the media coverage of events and stories related to Rocky Flats, and to increase understanding of possible stigma effects.

In Study 1, we examined the information communicated to the public about Rocky Flats in the time periods just prior to and after the raid with respect to stigma conditions such as attitudes and feelings of dread and distrust. In Study 2, a 1995 survey of experienced and/or potential Denver home buyers, we directly examined home buyers' attitudes toward Rocky Flats and home purchases in adjacent communities. We attempted to assess the impact of knowledge about the Rocky Flats events separately for those who had heard of the events (and therefore may show stigma impacts resulting from the FBI raid) and those who had not (and therefore may not show these stigma impacts).

## 4. STUDY 1

The newspaper analysis focused on three periods: (a) the year 1989, before and after the FBI raid (the "event" in the social amplification of risk model); (b) the period from 1990 through 1995; and (c) the period immediately preceding and during the 1995 survey data collection.

### 4.1. Background on Denver Newspapers

In 1989, Denver was one of the major metropolitan areas in the nation. The 1990 U.S. Census placed the Denver-Boulder Standard Metropolitan Statistical Area (SMSA) as the 22nd largest in the nation with a population of 1,848,319. When limited to only the Denver metropolitan area, the 1990 population was recorded as 1,622,980. This population is served by two major local newspapers, *The Denver Post (The Post)* and *The Rocky Mountain News (The News)*. In the 6-month period ending in March, 1991 *The Post* had an average net paid circulation of 248,493 (413,343 on Sundays) while *The News* averaged a net paid circulation of 374,009 (432,502 on Sundays).[22],[4]

During the time periods in which we were interested, *The Post* and *The News* kept index systems of printed articles. In 1989 (the year of the raid) articles from *The Post* were indexed consistently into general categories. Articles on Rocky Flats could be located by finding the appropriate general categories (e.g., nuclear weapons, radiation) and reading article abstracts to determine their relevance to Rocky Flats events. The index system for *The News* was changed on June 1, 1989. Prior to this date, articles were filed by the Denver Library under general categories. Beginning with this date, *The News* articles were contained on a CD-ROM file with an electronic index system. The text of all published articles could be searched to select all articles that mentioned Rocky Flats (or Flats) at least once. A comparable index to the original *The News* system or to *The Post* system was not available.

---

[3] Reference 20 reports on the exit interview from the DOE of John Tuck, former undersecretary of energy, who was instrumental in negotiating a 1990 compliance agreement between DOE, EPA, and the State of Colorado. Tuck said that DOE could not meet its part of the agreement and knew it at the time they signed but made the agreement because they thought this was the best way to maintain weapons production as an option at Rocky Flats.

[4] A third paper (Boulder Camera) did not have a comprehensive index, and its home delivery was limited to the Boulder County area. It was not included in the *1992 Information Please Almanac* which included all cities with at least one paper having an average net paid circulation of more than 75,000.

### 4.2. Full-Text Article Analysis for Time Periods a: 1989 and c: July–October, 1995

A full-text analysis was completed for the available Rocky Flats articles published in 1989 in both newspapers ($N = 609$). For *The Post* this database included 46 articles published before the FBI raid and 203 published after the raid. For *The News* it included 17 pre-raid articles and 343 post-raid articles. The same full-text analysis was completed for articles for the period July 1995 through October 1995 published in *The News* ($N = 38$). Articles that mentioned Rocky Flats, but not as a main point of the article (e.g., an obituary that mentioned earlier employment at Rocky Flats), were not included in this analysis.

The authors developed the coding protocol, tied to the theory of the social amplification of risk,[23-25] and a coding sheet, which was refined during training sessions for research assistants who did the coding.[5] Coders were graduate students at the University of Oregon who were recruited for this task.

After reading each article, coders recorded general information about the article (e.g., date, article length), then indicated on a 7-point scale ($-3 = $ *strongly negative* to $+3 = $ *strongly positive*) their judgment of the general attitude that was conveyed about events at Rocky Flats, and the most important reasons for that attitude. Coders also indicated whether the article discussed exposures to radiation and whether the article indicated any issues of trust or blame in the Rocky Flats management. Harms and benefits to people and groups were indicated and, finally, coders marked any demands made or actions taken with respect to Rocky Flats.

### 4.3. Analysis of Citations with Headlines for the Period b: 1990–1995

A brief analysis was made of all headlines of articles in which Rocky Flats appeared from 1990–1995 in the CD-ROM files of *The News*. For the period January 1990 through December 1995, the files provided 1727 citations of Rocky Flats (i.e., Rocky Flats was mentioned at least once in each full-text story). The large volume of articles over this time period required a brief and efficient overview that we addressed by doing an analysis of the headlines only. In addition, a headlines analysis was completed for all articles from 1989 subjected to a full text analysis ($N = 609$) in order to check on the reliability of coding headlines only as compared to coding the full text of the same articles.

A separate and simplified coding sheet was used to analyze the headline items. On this simplified coding sheet, coders indicated their judgment of the attitude or affective tone conveyed by the headline on a 3-point scale ($-1 = $ *negative* to $+1 = $ *positive*). From the headline alone, it was often difficult to determine how the article might pertain to events at Rocky Flats. These articles were coded $99 = $ *can't tell*. In addition, coders indicated the general content of the headline (e.g., whether it mentioned Rocky Flats, environmental cleanup).

### 4.4. The Reliability of Newspaper Analyses

Twenty percent of the 609 articles from 1989 were double-coded to monitor coder reliability. Each pair of double-coded articles was compared, and the authors resolved any differences and calculated the reliability of each article. The standard for reliability of full-text articles was set at a conservative value of 75% agreement between independent analyses. Coders averaged 82% reliability, considerably above the standard.[6] Reliability was calculated as a simple percent by counting the number of correct responses and dividing by the total number of correct and incorrect responses. A response was correct only if the coder circled a correct response (e.g., the coder circled $-2$ for the attitude and the correct answer was $-2$). While it was also correct not to circle a response that should not have been circled, this was not included as a correct response (e.g., the coder did not circle "distrust of management" as a main reason for the attitude, and it was correct not to circle that item). A response was incorrect if a coder did not circle a correct response and if the coder circled an incorrect response. Note that this is a conservative estimate because the coding sheet frequently allows for multiple responses on a single line or table, and the coder could circle all or none of the responses. The coding reliability for the 1989 database is estimated at 86% with 120 double-coded articles with 100% reliability (after the authors corrected any mistakes) and 489 articles with 82% reliability based upon the double-coded data. A similar pro-

---

[5] Coding instruments and directions are available from the authors.

[6] Every fifth article was double coded in order to check reliability. Each coder was paired against every other coder in order to check reliability between each pair. Reliability articles were corrected, tabulated, and given back to each individual coder for review in order to continue training and avoid coder drift on the content analysis of articles.

Table I. Rocky Flats Articles Published in Two Denver Newspapers During 1989

|  | Total articles | The Denver Post (January–Dec.) Positive/ neutral | Negative | Rocky Mountain News (June–Dec.) Positive/ neutral | Negative |
|---|---|---|---|---|---|
| January | 13 | 2 | 11 | — | — |
| February | 12 | 1 | 11 | — | — |
| March | 9 | 0 | 9 | — | — |
| April | 5 | 1 | 4 | — | — |
| May | 4 | 0 | 4 | — | — |
| June | 3 | 0 | 3 | — | — |
| Pre-raid total | 46 | 4 | 42 | — | — |
| *6/6/89 FBI raid* | *189* | *5* | *72* | *11* | *101* |
| July | 74 | 3 | 26 | 13 | 32 |
| August | 65 | 4 | 23 | 4 | 34 |
| September | 72 | 5 | 21 | 6 | 40 |
| October | 65 | 2 | 16 | 3 | 44 |
| November | 49 | 2 | 12 | 5 | 30 |
| December | 32 | 1 | 11 | 1 | 19 |
| Post-raid total | 546 | 22 | 181 | 43 | 300 |
| Total articles | 592 | 26 | 223 | 43 | 300 |

Table II. A Census of *Denver Post* Articles in the Pre- and Post-Raid Periods

|  | Pre-raid | | Post-raid | |
|---|---|---|---|---|
|  | % | No. | % | No. |
| Days of the year | 43.0 | 157 | 57.0 | 208 |
| Articles published | 18.5 | 46 | 81.5 | 203** |
| Paragraphs published | 16.2 | 613 | 83.8 | 3,168** |

** $p < .01$.

cess and outcome was recorded for the full-text 1995 articles.

For the full-text articles from 1989, the reliability of the coder's attitude judgment was calculated as well. The pairs of coders agreed on an exact attitude rating 70.8% of the time (172 articles). Pairs of coders differed by more than 1-point on the 7-point scale only six times (2.4% of the articles). Coders rated the attitudes in the same direction (i.e., positive, negative) or agreed that the attitude was neutral 92.6% of the time (225 articles).

The reliability procedure was the same for the headlines analysis, with 20% of the citations double-coded. The coding reliability for the headlines database was about 90% (i.e., 501 citations with 100% reliability after the authors corrected any mistakes and 2004 citations with 87% reliability).

### 4.5. Newspaper Analyses Results

This section presents the results of the newspaper analysis chronologically in order to examine the FBI raid as an event in terms of the social amplification of risk model.

A full-text analysis of newspaper articles from 1989 was conducted for the periods before and after the FBI raid. This was followed by an analysis of the headlines only in the 6 years after the raid (1990–1995) and a full-text analysis for newspaper stories about Rocky Flats for the time immediately before and during the 1995 survey (July–October 1995).

#### 4.5.1. Articles from 1989

*The Post* was indexed consistently during the entire year 1989 and was therefore the best source of information to track any changes from before to after the FBI raid on June 6, 1989. Table I shows the publication of articles on Rocky Flats, by month, for the calendar year 1989. While the period from June 7, 1989, when the first article on the FBI raid was published, to December 31, 1989 makes up 57% of the year, the proportion of articles published in *The Post* during this same post-raid period was significantly higher (81.5%, $p < .01$). See Table II for a census of articles. In fact, *The Post* rated the FBI raid as the number one Colorado story of the year and as the number two story for the decade of the 1980s.[26]

The articles were judged for overall attitude toward perceptions of Rocky Flats events on a scale ranging from +3 (*Strongly positive*) to −3 (*Strongly negative*). By averaging across articles appearing in a particular time period, we can calculate the average attitude conveyed by the newspaper in that time period. In *The Post* articles, the average attitude after the FBI raid was not significantly more negative than before the raid, suggesting that the potential for stigma was there before the raid. The raid, however, markedly increased the volume of negativity. There were more than eight times the number of negative articles than positive or neutral articles after the raid and the number of negative articles increased substantially (from 42 articles before the raid to 181 after the raid).

Not only did many more negative articles appear, but the representation of Rocky Flats changed following the raid when the hazards of the facility were more likely to be presented as something to be dreaded (a dreaded risk included characteristics such as the potential for cat-

Risk, Media, and Stigma at Rocky Flats        721

Table III. A Comparison of *Denver Post* Article Attributes, Pre-Versus Post-Raid

| Average attitude | Pre-raid (−1.33) | | Post-raid (−1.45) | |
|---|---|---|---|---|
| | % | No. | % | No. |
| Number of positive and neutral articles | 8.7 | 4 | 10.8 | 22 |
| Number of negative articles | 91.3 | 42 | 89.2 | 181 |
| Potential exposure to radiation | 50.0 | 23 | 68.5 | 139* |
| Dreaded potential exposure to radiation | 43.5 | 10 | 70.5 | 98** |
| Increased trust (contractor) | 4.4 | 2 | 4.4 | 9* |
| Decreased trust (contractor) | 39.1 | 18 | 59.1 | 120 |
| No blame in contractor | 15.2 | 7 | 16.3 | 33* |
| Blame contractor | 28.3 | 13 | 47.8 | 97 |
| Increased trust (DOE) | 10.9 | 5 | 16.3 | 33 |
| Decreased trust (DOE) | 60.9 | 28 | 49.8 | 101 |

\* $p < .05$.
\*\* $p < .01$.

Table IV. Comparison of *The Post* and *The News*, Post-Raid, 1989

| Average attitude | The Post (−1.5) | | The News (−1.3) | |
|---|---|---|---|---|
| | % | No. | % | No. |
| Distrust of management as reason for attitude | 72 | 147 | 58 | 200** |
| Dread toward potential exposure to radiation | 70.5 | 98 | 61.2 | 156 |
| Potential radiation exposures are manageable | 44.9 | 62 | 57.6 | 147* |

\* $p < .05$.
\*\* $p < .01$.

astrophic, uncontrolled, or extremely serious and involuntary risks; see Ref. 8). These dreaded characteristics were associated with potential exposures of humans and the environment to radiation and/or chemicals. A greater proportion and number of articles after the FBI raid, compared to before the raid, communicated a condition of dreaded risk associated with Rocky Flats ($p < .01$; see Table III).

Table III also clearly shows the increase in reports indicating distrust and blame of Rocky Flats management after the raid ($p < .05$). Interestingly, the management contractor seemed to bear the brunt of these issues of blame and trust since after the raid the articles were somewhat (although not significantly) more likely to indicate that the Department of Energy should be trusted more ($p > .35$). This difference may reflect attempts by James Watkins, then Secretary of Energy, to address hazardous conditions at Rocky Flats.

### 4.5.2. Post-Raid Comparison of The Post and The News

Articles from *The Post* were selected in order to compare pre- and post-raid periods in 1989 because the *Post* was indexed consistently throughout that year. The index system for the *Post* was not ideal, however, because articles were indexed by hand under general categories, and it was therefore not possible to retrieve and examine any article that mentioned Rocky Flats. It is unknown how many relevant articles were excluded due to the less efficient nature of this index system. *The News*, while not indexed consistently throughout 1989, is a better database for article selection starting June 1, 1989 when it was entered onto CD-ROM. This change in format allows searches for all articles that mentioned Rocky Flats at least once as opposed to being limited (as with *The Post*) to articles that were indexed under general categories such as "nuclear weapons." Starting at about the time of the June 6 FBI raid and continuing up to the time of the telephone survey, it was possible to examine *The News* articles or headlines for articles that mentioned Rocky Flats at least once. Before drawing any conclusions that rely on data from these two different sources, however, we must examine the comparability of articles from *The Post* with articles from *The News*.

Table I shows the frequency of articles and their positive/neutral or negative values appearing in *The News* after the raid. Not surprisingly, more articles were coded from *The News* based upon an electronic word search for Rocky Flats as opposed to the manual search required for *The Post*. The general pattern of articles, however, remained similar. There were no statistical differences between *The Post* and *The News* in the average attitude conveyed by the post-raid articles in 1989 (−1.5 and −1.3, respectively; $p > .15$). Other sections of the content analysis also were compared across the two newspapers during this time period. No statistical differences were found on issues of trust or blame in the management contractor or DOE (all $ps > .1$). *The News*, however, did seem to be somewhat less negative in its treatment of three issues: trust as a reason for the overall attitude; dread toward a suspected or actual exposure to radiation or chemicals; and manageability of the same exposure ($ps < .10$; see Table IV).

The newspaper analyses that follow come from *The News*. Based on the post-raid comparison of *The Post* and *The News* above, *The News* is expected to be somewhat less negative toward the management of Rocky

Table V. Newspaper Article Database—*The News*

|  | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | Total |
|---|---|---|---|---|---|---|---|---|
| Number of articles in database | 343[a] | 434 | 304 | 319 | 210 | 235 | 225 | 2070 |
| Number of headlines with ratings | 315 | 175 | 129 | 173 | 100 | 100 | 91 | 1083 |
| Average rating of headline attitude | $-.64^{b,d}$ | $-.46^{c,d}$ | $-.40^{c}$ | $-.45^{c,d}$ | $-.44^{c,d}$ | $-.41^{c}$ | $-.23^{c}$ | |

[a] This is based on the 7 months of 1989 after the June 6 FBI raid.
[b] The average attitude in 1989 based on the full text analysis was $-.78$ on same range of $-1$ to $+1$.
[c] The average attitude is significantly less negative than 1989, $p < .01$.
[d] The average attitude is more negative than 1995, $p < .05$.

Flats and in their assessments of potential exposure to radiation or chemicals.

### 4.5.3. 1990–1995: Citations and Headlines Analysis

Headlines from stories reporting about Rocky Flats in *The News* files for the period 1990 to 1995 were coded for attitude and general content. Attitudes toward Rocky Flats, based upon newspaper headlines, were more difficult to assess than was the case for the full-text articles for two reasons. First, the authors did not examine the full text of the articles to assess their relevance to Rocky Flats events so that irrelevant articles, such as obituaries of former employees, were included in the analysis. Second, even when their relevance could be determined, the headlines contained much less information. In order to compare the ratings of the two data sources, *The News* headlines and full-text articles were analyzed separately for 1989. In general, the headlines conveyed a less negative attitude compared to the full-text articles (1989 headline ratings averaged $-.64$; 1989 full-text ratings averaged $-.80$; $p < .0001$). Still, the headlines often gave strong clues. The majority of the headlines matched the text (62.4%). An additional 28.6% of the headlines from stories that were negative in the full-text analysis were classified as neutral (21.6%), positive (2.0%), or "can't tell" (4.9%) in the headlines analysis. These comparisons suggest that the headlines data base will understate the negative message contained in the articles.

A total of 1727 *The News* headlines were assessed for the period 1990–1995. Of these, 55.5% ($n = 959$) were coded as "can't tell" for the attitude because the headlines did not state how the articles related to events at Rocky Flats[7] 22.2% ($n = 384$) were coded with a negative attitude, 18.3% ($n = 315$) were coded as neutral, and 4.0% ($n = 69$) were coded as positive. Of those articles where an attitude could be assessed, the average overall attitude communicated to readers was negative ($-.41$ on a scale of $-1$ = negative to $+1$ = positive).

From the time of the June 6, 1989 FBI raid through 1995, a total of 2070 articles that mentioned Rocky Flats at least once appeared in *The News*. This number was at its highest in the 7 months of 1989 following the raid ($n = 343$) and steadily decreased from 1989 to 1995 although the number remained high ($n = 225$) even in 1995.

The overall attitude conveyed by the headlines (for those headlines where an attitude could be determined) remained consistently negative throughout the time period although it seems to be somewhat less negative in 1995 (average attitude = $-.23$) compared to the earlier time periods (average attitudes range from $-.40$ to $-.46$; all $ps < .06$). As shown in Table V, a consistent negative attitude pattern persisted over the years following the FBI raid.

### 5. STUDY 2 AND DISCUSSION

The newspaper analysis clearly showed that the FBI raid produced more articles, especially negative articles, concerning events at Rocky Flats. In particular, the event marked an increase in articles suggesting that Rocky Flats should be dreaded and its facility managers should not be trusted. The citations analysis showed that the average attitude conveyed by the headlines remained consistently negative even 6 years after the raid. The results of this examination of newspaper coverage over a 6-year period (Study 1) indicate that the negative messages were available to support public stigmatization or shunning of Rocky Flats and its communities.

An analysis of newspaper coverage cannot specify however, the public's views toward home purchases in communities near Rocky Flats. As a result, in Study 2 we conducted a survey of Denver area residents in order to assess public attitudes toward Rocky Flats and to examine whether knowledge of the potentially stigmatizing events of the FBI raid and its aftermath impacted attitudes toward home purchases in nearby communities. A

---

[7] Of the 959 headlines coded "can't tell," 923 (96%) did not mention Rocky Flats in the headline. Occasionally ($n = 36$), Rocky Flats was mentioned in the headline but coders still could not determine the article's relevance to conditions at Rocky Flats (e.g., "Flats grand juror McKinley ponders running for Congress").

Table VI. Comparison of Newspaper Headlines

|  | July–October 1994 | March–June 1995 | July–October 1995 |
|---|---|---|---|
| Number of articles | 64 | 82 | 58 |
| Average attitude[a] | −.26 | +.04[c] | −.31[b] |

[a] The average attitude is based on the 26–27 headlines in each period for which coders could identify the article's relevance to Rocky Flats events.
[b] The average attitude based on the full text analysis was −.89 on a scale that ranged from −3 to +3. After rescaling the attitude based on the full-test analysis to the same −1 to +1 scale used in the headlines analysis, the average attitude was −.31.
[c] The March–June 1995 attitude was more positive than the July–October 1995 period, $p = .06$. No other comparisons approached significance.

Table VII. Comparison of Full-Text Analyses of Post-Raid, 1989 with Pre-Survey, 1995 (*The News* only)

|  | Post-raid, 1989 % | Post-raid, 1989 No. | Pre-survey, 1995 % | Pre-survey, 1995 No. |
|---|---|---|---|---|
| Radiation/chemical exposure is a main issue | 74.3 | 255 | 52.6 | 20** |
| Of these |  |  |  |  |
| Exposure is dreaded | 61.2 | 156 | 60.0 | 12 |
| Exposure is manageable | 57.6 | 14.7 | 60.0 | 12 |
| Harm to health or environment | 71.7 | 246 | 52.6 | 20* |
| Distrust in management is a main reason for attitude | 58.3 | 200 | 34.2 | 13* |
| Decreased trust in management contractor | 50.7 | 174 | 31.6 | 12 |
| Increased trust in management contractor | 4.4 | 15 | 23.7 | 9*** |
| Blame management contractor | 40.2 | 138 | 21.1 | 8** |
| Increased or decreased trust in DOE | 58.0 | 199 | 18.4 | 7*** |

\* $p < .05$.
\*\* $p < .01$.
\*\*\* $p < .001$.

more extensive newspaper analysis was also done for the period before and during the survey.

### 5.1. Media Coverage Around the Time of the 1995 Survey

Most of the telephone survey interviews took place during September 1995. In order to examine how Rocky Flats was represented just before and during the time that survey interviews were conducted, the number of headlines and attitude conveyed by headlines were compared for three 4-month periods: July–October 1994; March–June 1995; and July–October 1995. These results are shown in Table VI.

Table VI indicates that headline attitudes appearing in the 4-month period prior to and during the time when survey interviews took place were similar to the same time period a year earlier, in 1994 ($p < .75$). Fewer articles appeared in the survey time period compared to the previous 4-month time period (March–June 1995) although the headlines were somewhat more negative ($p < .06$). The headlines from these time periods, however, remained less negative than in previous years (e.g., −.41 in 1994 and −.44 in 1993, $ps < .06$).

A full-text analysis of those articles ($n = 38$) with Rocky Flats as a primary or secondary point was made for the 4 months preceding survey completion (July–October 1995). Comparison of these 38 articles to primary/secondary articles from *The News* that appeared in 1989 after the FBI raid ($n = 343$) yielded some interesting results (see Table VII).

The percentage of articles reporting an exposure to chemicals or radiation from Rocky Flats as a main issue decreased, as did the proportion of articles mentioning a harm to health or the environment in the local community. However, the proportion of articles indicating dread and manageability of the risks from a human or environmental exposure remained the same ($ps > .90$).[8] In other words, the percentage of articles with human or environmental exposure to radiation or chemicals as a main issue decreased, but of the articles with an exposure as a main issue, the majority of articles in both years portrayed the exposures as dreaded and manageable.

To believe that the risks are manageable and to have trust and confidence in the existing management can be two different things. Issues of trust and blame are interwoven throughout the history of Rocky Flats. A comparison of newspaper articles from 1989 and 1995 suggests that distrust and blame decreased (while trust increased) from the time in 1989 when Rockwell was the management contractor and the time of the 1995 survey after 5 years of EG&G as the management contractor and just after Kaiser-Hill had taken over (see Table VII). Specifically, a larger proportion of the post-raid 1989 articles compared to the pre-survey 1995 articles indicated distrust of management in general and decreased trust in the management contractor in particular ($ps < .05$).

Overall, *The News* articles on the subject of Rocky Flats during the period July–October 1995—immediately before and during the survey interviews—focused

---

[8] Dread and manageability of the risk was assessed only in those articles mentioning a contamination.

724          Flynn, Peters, Mertz, and Slovic

on cleanup issues and were less negative than those published in the aftermath of the 1989 FBI raid.

### 5.2. The 1995 Survey Methodology

A total of 604 persons were interviewed during the period August 31, 1995 to October 1, 1995. Targeted respondents were people who were knowledgeable and experienced in the Denver area residential housing market. These respondents were defined as people who had an interest, knowledge, and/or recent experience in considering or making a home purchase. The formal criteria were residents 18 years of age and older, currently residing in the Denver metropolitan area who have: (1) bought a home in the last 5 years; (2) plans to purchase a home in the next couple of years; or (3) been actively in the market for a home during the past 5 years. At the 95% level of confidence, the margin of error for the Denver area sample of 416 was 5.0% and for the Arvada/Westminster sample of 188 it was 7.2%. The response rate was conservatively estimated at 54%.

All interviews were conducted by telephone from the University of Maryland Survey Research Center at the College Park, Maryland campus. The Survey Research Center also developed weights to correct for sample bias and account for conditions such as the number of household telephones, adult household size, and eligibility for the sample. The questions asked for evaluations of the major downwind communities (Arvada and Westminster) and two comparable communities located in other areas of the Denver metropolitan area.[9] Respondents were asked about the advantages and disadvantages of Arvada and Westminster. Each respondent was asked about knowledge of the location of Rocky Flats, perceptions of the plant, and an evaluation of how the plant affected the desirability of homes in Arvada and Westminster. A question set was used to inquire about how distance from Rocky Flats and housing costs might affect the desirability and acceptability of a house.[10]

### 5.3. Survey Results

This section provides a brief summary of key findings from the survey. The focus is on: (1) Impressions of Rocky Flats; (2) Effects of Rocky Flats on the desirability of homes in Arvada and Westminster; (3) Effects of distance and price incentives on willingness to buy in the Arvada and Westminster areas; (4) Recollection or knowledge of the 1989 FBI raid; and (5) Evaluations of the legacy and safety of Rocky Flats.

#### 5.3.1. Impressions of Rocky Flats

Survey respondents were asked to identify Rocky Flats (as opposed to the Rocky Mountain Arsenal) and to locate it in the Denver metropolitan area. Those who had heard of Rocky Flats were asked to provide up to three images or word associations of Rocky Flats and they were then asked to provide an overall impression of Rocky Flats using a 5-point scale from "strongly positive" to "strongly negative." For the Denver metropolitan area respondents, 7.0% provided positive responses, 28.3% were neutral (neither positive nor negative), and 63.8% were negative. Only 0.9% didn't know.

#### 5.3.2. Effects on Home Desirability in Arvada and Westminster

Denver metropolitan area respondents were asked if Rocky Flats would make a house located in Arvada or Westminster more or less desirable (using a 5-point scale). Only 1.4% said that Rocky Flats would make a house "somewhat" or "considerably" more desirable, while 64.2% said the plant would make a house "somewhat" or "considerably" less desirable. A third of the sample, 32.8%, said Rocky Flats would "make no difference."

#### 5.3.3. Effects on Willingness to Buy in the Arvada and Westminster Areas

Denver metropolitan area respondents (n = 416) were presented with a set of four progressive scenarios to measure the effects of distance and price on their willingness to buy a house in the target area. The order of the presentation was to move from the least costly to the most costly, from the seller's point of view. The order and the outcome of the questions is shown in Fig. 2. If the respondents accepted the conditions at any point in the question set, this answer was recorded as their final outcome decision.

The first two mitigation questions asked people if they would accept an otherwise desirable house located

---

[9] The two comparable communities, Ken Caryl and Highlands Ranch, were selected by an experienced Denver appraiser and are located southwest and south in the Denver metropolitan area. Arvada and Westminster are located adjacent to each other northwest of the Denver metropolitan area.

[10] A copy of the survey instrument and/or the coding protocols for full text and headlines analysis is available from the authors.



Fig. 2. Design and distribution of results from a question set with distance and discount options applied to a hypothetical house purchase in the Arvada/Westminster communities.

Table VIII. Price and Distance Discounts

|  | Accept without discount | Accept with discount, mean value | Mean value with and without discount |
|---|---|---|---|
| 2–4 miles | $n = 67$ | $n = 29$<br>$30,740 | $n = 96$<br>$9,270 |
| 4–6 miles | $n = 63$ | $n = 40$<br>$15,747 | $n = 103$<br>$6,084 |

Table IX. Knowledge or Recollection of the 1989 FBI Raid

|  | Yes, respondent had heard of raid | | No, respondent had not heard of raid | |
|---|---|---|---|---|
|  | No. | Percent | No. | Percent |
| Total respondents ($n = 408$) | 255 | 61.3% | 153 | 36.9% |
| Familiar with Arvada | 195 | 76.4% | 84 | 54.5%*** |
| Familiar with Westminster | 196 | 77.0% | 100 | 65.0%** |
| Negative impression of Rocky Flats | 144 | 63.5% | 57 | 62.4% |
| Believe Arvada/Westminster would be more desirable without Rocky Flats | 133 | 73.4% | 52 | 54.6%** |
| Believe Rocky Flats is a health risk | 170 | 66.8% | 88 | 57.3%* |
| Thought Rocky Flats had affected values of property located within 6 miles | 229 | 89.7% | 102 | 66.7%*** |
| Thought Rocky Flats was unsafe or probably unsafe | 201 | 78.8% | 116 | 75.9% |
| Believe that contaminates in residential areas, at very small levels, would be a moderate or high risk | 146 | 70.7% | 101 | 67.4% |
| **Summary outcomes for buying a house near Rocky Flats**[a] | | | | |
| Would not buy at all within 6 miles of Rocky Flats | 128 | 53.2% | 62 | 42.5% |
| Would buy either with a discount or without any discount | 112 | 46.8% | 83 | 57.5% |

[a] ($\chi^2 = 4.1, p < .05$).
* $p < .05$.
** $p < .01$.
*** $p < .001$.

2–4 miles from Rocky Flats, to which 16.1% said "yes." Those who said "no" were then asked about a house at a distance of 4–6 miles, which an additional 15.1% accepted.

The remaining two-thirds of the sample were then offered price discounts (of $5000, then $10,000, and finally at a price of their own choosing) for a house at the 4–6 mile distance. A total of 16.6% of the sample accepted a combination of the 4–6 mile distance and a price discount. These respondents were then asked if they would accept the same conditions or an even better discount (of their own choosing) for a house in the 2–4 mile range, which 7.0% did. Therefore, the final outcome for distance and price acceptance was that 7.0% accepted at the 2–4 mile distance and 9.6% accepted at the 4–6 mile distance. The final outcomes for the distance and cost incentives are shown in Table VIII.

A substantial proportion (46.2%) rejected offers of distance and price at the 4–6 mile distance. In other words, they stated they would not purchase a home in that area regardless of the price discount.

### 5.3.4. Recollection of the 1989 FBI Raid

Respondents were asked a single question about whether they had heard of the FBI raid and the subsequent $18.5 million fine paid by Rockwell. A substantial majority (61.3%) of the Denver metropolitan area respondents said they had heard of these events and 80% thought values were decreased by association with Rocky Flats. A comparison of those who knew about the FBI raid with those who did not is presented in Table IX.

Respondents who recalled the raid were more familiar with Arvada and Westminster, were more likely

to say that property in these two communities would be more desirable without Rocky Flats, and to think that Rocky Flats had adversely affected property values. They were more likely to say Rocky Flats is a health risk, less likely to say they would buy a house within 6 miles of Rocky Flats even with a combination of distance and price incentives, and less likely to buy without any discount at either of the two distances specified in the questionnaire.

In some cases, the respondents who recalled the FBI raid and those who had not heard of it, recorded similar responses. Both groups were equally likely to have negative impressions of Rocky Flats, and to believe that Rocky Flats is unsafe or probably unsafe. This suggests that respondents who did not recall the FBI raid were influenced by other accounts of Rocky Flats. On the question about very small levels of contaminants in residential areas, both groups of survey respondents recorded similar proportions of moderate or high risk responses. This question indicates that those who had heard of the raid and those who had not were similar in their basic risk values. What stands out in these data is the greater proportion of negative evaluations of property near Rocky Flats on the part of those with knowledge of the FBI raid.

### 5.3.5. Evaluations of the Legacy and Safety of Rocky Flats

The FBI raid and its subsequent events, such as the investigations of a federal grand jury and the large fine paid by Rockwell, produced substantial news coverage. Other events, not directly connected with the raid, were reported before, during, and after this high-profile story was in the news. Almost half the Denver metropolitan area respondents (48.9%) said they had heard of possibly hazardous events before the FBI raid. When confronted with two statements, one arguing for the present safety of Rocky Flats and the other claiming that hazardous conditions exist at the plant, over three-quarters (77.4%) of the Denver metropolitan area respondents said they thought the facility was unsafe (31.3%) or probably unsafe (46.1%). This finding is consistent with other findings of a negativity bias.[27,28]

### 6. CONCLUSIONS

The research reported here examined newspaper reports about Rocky Flats beginning with January 1989 and continuing through to 1995. This research focused on the intense news media interest in the FBI raid of June 6, 1989 and the subsequent treatment of Rocky Flats as an ongoing story. Consistent with the conceptual model entitled "the social amplification of risk," the messages from the news media conveyed the contamination from Rocky Flats, distrust of the plant operators and managers, and serious concern about potentially harmful health effects in nearby communities. These characterizations of the risks associated with Rocky Flats also were found in a survey of the Denver metropolitan area target population that made up a second part of the research. The survey found considerable knowledge of the FBI raid and responses of aversion and avoidance with regard to buying real property in two nearby communities. These perceptions, attitudes, and responses are consistent with stigmatization of property in these communities and provide an explanation for the negative differential in property values, which was documented in the Hunsperger[12] studies. The responses of people who recalled or knew about the FBI raid were more negative than the responses of people who did not have specific recall of this event.

Over the period 1989–1995, the U.S. Department of Energy made a number of changes in the operations at Rocky Flats, attempting to improve conditions there and modify public perceptions of the facility. Within a few months following the FBI raid, they replaced the long-term operator, Rockwell International. In 1992, they terminated the facility as a weapons-production plant and designated it as the Rocky Flats Environmental Technology Site. Numerous programs to clean up the environmental problems at the facility were initiated during the 1990s. Despite these efforts, the Rocky Flats plant and nearby residential communities are viewed with concern as places with significant risks to public health. The survey supports a finding that the FBI raid played a key role in the stigmatization of the target communities within the Denver metropolitan area. While negative impressions toward Rocky Flats were similar for those who recalled or knew about the FBI raid and those who did not, respondents who recalled the raid exhibited more negative responses toward the communities and housing values associated with Rocky Flats.

## REFERENCES

1. R. Kasperson, O. Renn, P. Slovic, H. Brown, J. Emel, R. Goble, J. Kasperson, and S. Ratick, "The Social Amplification of Risk: A Conceptual Framework," *Risk Anal.* **8**, 177–187 (1988).
2. R. E. Kasperson, "The Social Amplification of Risk: Progress in Developing an Integrative Framework of Risk," in S. Krimsky

Case No. 1:90-cv-00181-JLK   Document 2039-1   filed 01/22/06   USDC Colorado   pg 15 of 15

and D. Golding (eds.), *Social Theories of Risk* (New York, Praeger, 1992), pp. 153–178.
3. B. Wolfe, "An Apology to Dan Rather—But Are Mr. Rather and His Colleagues Still Dangerous?" *Nuclear News* 38–39 (April 1997).
4. M. Heitzmann and R. Wilson, "Low-Dose Linearity: The Rule or the Exception?" *Belle Newslett.* 6(1), 2–8 (March 1997).
5. M. Pollycove, "Invited Commentary to the Heitzmann and Wilson Article: Myron Pollycove," *Belle Newslett.* 6(1), 13–18 (March 1997).
6. International Commission on Radiological Protection (ICRP), *Recommendations of the ICRP*. ICRP Publication 60, Ann ICRP 21, Nos. 1–3 (Pergamon, London, 1991).
7. E. Rosa and R. Dunlap, "Nuclear Power: Three Decades of Public Opinion," *Public Opin. Quart.* 58, 295–325 (1994).
8. P. Slovic, "Perception of Risk," *Science* 236, 280–285 (1987).
9. P. Slovic, J. H. Flynn, and M. Layman, "Perceived Risk, Trust, and the Politics of Nuclear Waste," *Science* 254, 1603–1607 (1991).
10. R. Gregory, J. Flynn, and P. Slovic, "Technological Stigma," *Am. Sci.* 83, 220–223 (1995).
11. Secretary of Energy Advisory Board: Task Force on Radioactive Waste Management, *Earning Public Trust and Confidence: Requisites for Managing Radioactive Waste* (Author, Washington, D.C., November 1993).
12. W. Hunsperger, "The Effects of the Rocky Flats Nuclear Weapons Plant on Neighboring Property Values," Paper presented at the Conference on Risk, Media, and Stigma, Philadelphia, PA, March 23–24 (1997).
13. U.S. Department of Energy, Office of Environmental Management, *Estimating the Cold War Mortgage: The 1995 Baseline Environmental Management Report*, 2 Vols. (NTIS, Springfield, VA, March 1995) (see Volume II, Site Summaries, pp. CO-11–39).
14. U.S. Government Accounting Office, *Nuclear Materials: Removing Plutonium Residues from Rocky Flats Will Be Difficult and Costly*, GAO/RCED-91-219 (GAO, Washington, D.C., September 1992).
15. U.S. Office of Technological Assessment, *Complex Cleanup: The Environmental Legacy of Nuclear Weapons Production* (GPO, Washington, D.C., 1991).
16. Colorado Council on Rocky Flats, *The Handbook on Rocky Flats* (Author, Golden, CO, 1993).
17. B. Abas, "The Rocky Flats Cover-up Continued," *Harper's Magazine* 19–23 (December 1992).
18. National Research Council, Board on Radioactive Waste Management, *Barriers to Science: Technical Management of the Department of Energy Environmental Remediation Program* (National Academy Press, Washington, D.C., 1996).
19. Consortium for Environmental Risk Evaluation, *Health and Ecological Risks at the U.S. Department of Energy's Nuclear Weapons Complex: A Qualitative Evaluation*. CERE Interim Risk Report (New Orleans, LA, Author, 1995) (see Chapter 5 on Rocky Flats).
20. M. Obmascik, "DOE 'Knew' Cleanup Pacts Doomed," *The Post*, 1A, 7A (March 1, 1994).
21. "Cook *et al.*, Plaintiffs v. Rockwell International Corp. and Dow Chemical Co., Defendants," Plaintiff's Motion for Class Certification, *Civ. A. No. 90-K-181* (March 29, 1993) (U.S. District Court, Co.).
22. *The 1992 Information Please Almanac* (Houghton Mifflin, New York, 1992).
23. R. E. Kasperson and J. X. Kasperson, "The Social Amplification and Attenuation of Risk," *Ann. Am. Acad. Pol. Soc. Sci.* 545, 95–105 (May 1996).
24. J. X. Kasperson, R. E. Kasperson, B. J. Perkins, O. Renn, and A. L. White, *Information Content, Signals, and Sources Concerning the Proposed Repository at Yucca Mountain: An Analysis of Newspaper Coverage and Social-group Activities in Lincoln County. Nevada*, RP0136/MRDB (Clark University, CENTED, Worcester, MA, 1992).
25. A. L. White, S. Edwards, and S. Emani, *Risk Perceptions of the Yucca Mountain Repository: A Comparative Assessment of Caliente and Other Southern Nevada Communities* (Clark University, CENTED, Worcester, MA, 1990).
26. T. Engdahl, "1989: Top Colo. Stories Played on National Stage," *The Post* (December 28, 1989).
27. F. Pratto and O. P. John, "Automatic Vigilance: The Attention-Grabbing Power of Negative Social Information," *J. Person. Soc. Psychol.* 61, 380–391 (September 1991).
28. J. J. Skowronski and D. E. Carlston, "Negativity and Extremity Biases in Impression Formation: A Review of Explanations," *Psychol. Bull.* 105, 131–142 (January 1989).