# Exhibit B


Risk, Media and Stigma
Understanding Public Challenges to Modern Science and Technology
PLAINTIFFS' EXHIBIT
P-1459
90-CV-181

Case No. 1:90-cv-00181-JLK Document 2039-2 filed 01/22/06 USDC Colorado pg 3 of 17

# 9 The Effects of the Rocky Flats Nuclear Weapons Plant on Neighboring Property Values

Wayne L. Hunsperger, MAI, SRA

## Introduction

The Rocky Flats Nuclear Weapons Facility, located 16 miles northwest of downtown Denver, Colorado, has been the source of thousands of jobs and the consequent economic impacts for more than four decades. In this sense it has contributed to the economic base of the metropolitan area. At the same time, it has processed some extremely dangerous materials and thereby existed as a source of risk to nearby residents and properties.

Historically, there have been a number of on-site accidents and off-site releases of hazardous substances. In June of 1989, the plant was raided by the Federal Bureau of Investigation (FBI), and its operator, Rockwell International, subsequently pleaded guilty to environmental crimes and paid an $18.5 million fine. Given the conflicting economic, social, and risk-related issues associated with Rocky Flats, any study of property value impacts due to the plant and its operations is complex.

One result of the FBI raid was a class action suit against the facility contractors claiming compensation for health and property claims. The motion for class certification was filed in June, 1993. The population claimed for the health effects was about 40,000 people (in 1990) and the property value class area contained about 15,000 properties. The studies reported here were conducted on behalf of the plaintiffs.

One essential obligation for the plaintiffs was to determine property values impacts due to Rocky Flats and, if found, to quantify the effect. Because these impacts could be subtle, a research program was designed to examine the problem from a number of perspectives. Consequently, experts were engaged from a number of disciplines—survey research, risk analysis, statistics, economics, and real estate appraisal.

## Rocky Flats History

Rocky Flats was established in 1951 on a 10 square mile tract in Jefferson County, Colorado, as one of 17 major facilities that make up what is known as the

Case No. 1:90-cv-00181-JLK Document 2039-2 filed 01/22/06 USDC Colorado pg 4 of 17



"Nuclear Weapons Complex." The plant opened in 1953 with Dow Chemical Company as the first Operating Contractor. Dow was succeeded in 1975 by Rockwell International Corporation, who operated the plant until EG&G took over in 1990. Until 1990, plutonium triggers for nuclear weapons were processed, purified, machined, and prepared for assembly. These triggers, called "pits," also include uranium, beryllium, and other materials provided by various facilities in the DOE's Nuclear Weapons Complex. The completed pits were shipped to the Pantex plant near Amarillo, Texas, where they were assembled with other components to build nuclear weapons.

Due to the way hazardous materials were handled, stored, and disposed of over the years, the facility experienced a number of accidents and releases involving toxic substances. In 1989, Rocky Flats was added to the National Priorities List for cleanup under the federal Superfund program. As part of an investigation into possible environmental mismanagement, FBI and EPA agents raided the plant in June, 1989. Subsequently, a federal grand jury was hearing testimony about the operation of the plant and possible violation of environmental law when the U.S. Justice Department agreed to dismiss criminal charges and allow Rockwell to pay a fine. In an unusual response, the grand jury strongly opposed this plea bargain agreement and has since sued the Federal Government for the right to tell its story publicly. These events were covered extensively by the Denver area news media.

## Environmental Conditions and Their Effect on Property Value

Once the public becomes aware that a community has been (or may be) exposed to radioactive contamination, real property in the area can be stigmatized (Gregory et al., 1995). In the case of Rocky Flats, the stigma issue was exacerbated by the 1989 FBI raid. Since that date, the investigations and subsequent closure of the plant have received considerable coverage by the news media and a number of past, present and future risks have been enumerated (Flynn et al., 1998). While not all documents have been released by the DOE, it is known that: (a) drinking water may have been tainted, (b) soils on-site are highly contaminated, (c) nearby residents have been subjected to releases of hazardous materials, (d) 14½ tons of plutonium remain on site, (e) barrels used to store plutonium and uranium waste have leaked, and (f) the community does not know if or when hazardous substances will be removed from the site.

There have been numerous efforts to define stigma in a real estate context, although as yet no uniform and precise definition exists within the real estate literature. Generally, stigma is considered to be a condition of real property that negatively affects the current value of the property and possibly its future value as well. This may be separate from loss of use.

The hazard to real property is likely to be greater for on-site contamination than for properties proximate to contamination because loss of use and/or cost of remediation may represent servitudes or liens against the property. Properties proximate to contamination may be adversely affected if a plume is moving in their direction or if they are downwind from contaminants that can be transported through the air. In the case of the class action in this case, properties near Rocky Flats were included because they fell within a plutonium contamination plume. This contamination, if known and understood, reinforces

Case No. 1:90-cv-00181-JLK Document 2039-2 filed 01/22/06 USDC Colorado pg 5 of 17



adverse public perceptions even when no dramatic health impacts are documented. In effect, "because stigmatization is based on perceptions of risk, places can suffer stigma in advance of any demonstrated physical impacts" (Gregory et al., 1995).

## Methodology

In order to study this problem, we developed a model consisting of five components designed to determine if the area is stigmatized, and quantify the effect (if any). The five components are summarized in Table 9.1.

## Data Collection and Findings

### REAL ESTATE MARKET RESEARCH

The *Real Estate Market Research* included interviews with representatives from a variety of public and quasi-public entities, as well as individual market participants, during a 2½-year period (1994 through mid-1996). In addition, numerous public documents were collected and reviewed, including resolutions passed by the various municipal and county jurisdictions, zoning regulations and other policy documents. The findings are summarized as follows.

#### Municipalities

The City of Broomfield concerns focused on the public drinking water supply. Great Western Reservoir, located immediately east of the Rocky Flats buffer

**Table 9.1 Valuation Model**

| Component | Definition/purpose |
|---|---|
| Real Estate Market Research | Review public policies and documents as well as interview public and private market participants in order to understand market reaction to Rocky Flats. This is the first step in determining the likelihood (or extent) of stigma. |
| Analogous Case Studies | Examine the effects of other environmental disamenities to: (a) understand how real estate markets in other settings react to, or perceive, risk, (b) study how these reactions translate into overall value, (c) test the reasonableness of other valuation or evaluation techniques, and (d) apply these findings to the Rocky Flats context. |
| Market Sales Information | Review real estate sales data in order to identify trends or any direct effects to prices. |
| Multiple Regression Analysis | Compare sales data within the Class Area to sample data elsewhere in order to illustrate and quantify the influence of the plant and the 1989 FBI raid. |
| Public Opinion Surveys | Scientifically survey market participants in order to determine the attitudes of potential purchasers and quantify any reluctance to purchase within the Rocky Flats Class Area. |

zone and subject to drainage and runoff from Rocky Flats, had been the source of Broomfield's water supply. Due to contamination, Great Western Reservoir was closed as a source of drinking water, and Broomfield is developing an alternative water supply, in part financed by $80 million from the federal government and the DOE. Even so, the city is concerned that the land around the reservoir no longer has viable commercial, residential, or public uses beyond being held as open space.

Like Broomfield, the City of Westminster, as well as the Cities of Thornton and Northglenn, had problems with their public water supply. The primary source of drinking water for these towns is Standley Lake, which past environmental studies reported as contaminated by surface water and airborne contaminants from Rocky Flats. This condition prompted the Standley Lake Protection Project to intercept runoff from Rocky Flats. The $25 million project was funded by the Department of Energy.

Soil contamination is another problem. For example, in the early 1980s an owner of land west of Simms Street approximately two miles east of the Rocky Flats plant submitted a plan to the City of Westminster for a residential development to be known as Colorado Hills. Soil testing showed contamination by Rocky Flats. The city rejected the plan and prohibited residential development west of Simms. Eventually the city purchased the land and converted it to open space. Since that time, virtually all the government jurisdictions in the area, including Jefferson County, Broomfield and Westminster, have prohibited residential development west of Simms Street.

## Counties

Because the Rocky Flats Nuclear Weapons Plant is located in Jefferson County, the County Commissioners and Health Department have been active in Rocky Flats oversight activities. On September 8, 1994, the County Board of Commissioners passed Resolution No. CC94-654 that continues an undeveloped buffer zone around Rocky Flats. Similarly, the Jefferson County Board of Health passed Resolution No. B0H94-4, on September 14, 1994, in part recognizing that:

> There have been discharges of both radioactive and non-radioactive hazardous substances into the environment surrounding the plant. The board believes that the plant poses a potentially significant and long-term risk of harm to public health, safety and the environment due to, among other things, the past releases and potential future releases of hazardous substance into the environment and the past, present, and future storage of large amounts of plutonium and other hazardous substances.

In the Fall, 1996, Brown, Barton, and Bjork (1996) released their report, *Rocky Flats Community Needs Assessment*, which, among other things, recommended *a moratorium on building and other development in the area adjacent to the buffer zone, until such time as the land is proven to be suitable for unrestricted use.*

The Rocky Flats Future Site Use Working Group (1995), of which Jefferson County is part, noting that approximately 14½ tons of plutonium remain at the site, forwarded to the Honorable Hazel O'Leary, then Secretary of Energy, a statement that, *"These (radioactive) materials pose an on and off-site hazard as*

*long as they are on the site."* Further, according to the group, *"These uncertainties affect use and development of adjacent land."*

As part of their zoning regulations, Jefferson County adopted a "radiation map" which included the geographic area of Rocky Flats and the surrounding lands. For any development proposed within this geographic area, the developer is required to prepare a "radiation report" and "radiation plans," which must be approved by the Colorado Department of Health (unless it delegates its authority to the Jefferson County Health Department) prior to plat approval. Within recent years, there has been almost no subdivision activity within the radiation map area.

In a proactive move, the Jefferson County Economic Council (1996) recently petitioned the State of Colorado to create an Enterprise Zone for lands just south and east of Rocky Flats. This would give special tax considerations to developers in the area. The Council believes such a step is necessary to induce development in an area that has been blighted by Rocky Flats.

### Market Participants

Because financing is critical to real estate value, we interviewed a number of residential lenders regarding their policies toward making loans in the Rocky Flats area. All those interviewed do make loans in the area, but said they would not finance property with a demonstrated health hazard. Lenders entrust the appraiser to identify areas of concern and adequately reflect the impact on value, if any.

Realtor opinions of value and marketability within the Class Area are extremely diverse. Some believe property is impacted, some believe it is not. Some report that potential purchasers inquire about Rocky Flats, while others indicate that they rarely are asked. It was apparent from our interviews, however, that prospective purchasers obtain little or no negative information with respect to Rocky Flats from realtors. This lack of information is a point of concern expressed by respondents to researchers who conducted the *Rocky Flats Community Needs Assessment* (Brown et al., 1996).

## ANALOGOUS CASE STUDIES

The *Analogous Case Studies* were developed from a variety of sources including the economics and appraisal literature, other professional journals and publications, Appraisal Institute text materials, and court documents (i.e., expert reports and trial verdicts).

When valuing an individual property, sales of similar properties are used for comparison. When analyzing entire communities, such a technique is not possible because entire communities do not sell. Thus, the use of case studies becomes a surrogate for direct sales comparison. Case study examples are helpful in defining market reactions and quantitative impacts associated with various types of environmental conditions. In some ways, they are similar to the concept of *stare decisis*, or case law, used by the legal profession.

We reviewed the case studies for evidence of market reaction in terms of behavior and quantitative impact on value. Although some economists might be concerned about the issue of "benefits transfer," we believe the case studies provide a legitimate framework for estimating diminution in property value. Even if the case study communities and their environmental conditions differ, the impacts can be placed in context (Roddewig, 1994). The following

studies document market behaviors surrounding various environmental disamenities.

McClelland, Schulze, and Hurd (1990) examined property values surrounding the Operating Industries Inc. (OII) landfill in California. The purpose of their paper was to document public perceptions of health risk and compare those perceptions to land value data. They conducted a multivariate data analysis of sales and a public sample telephone survey. Some of the more significant findings were:

1. Among the approximately 4,100 homes near the site, the estimated loss in property value was approximately 7% before the landfill was closed and 3.5% after the landfill was closed.
2. Despite local requirements regarding disclosure, 62% of the respondents were not aware of the landfill when they bought their homes. That finding suggests that with more awareness the likely losses in property values would have been even larger.
3. Even when scientific evidence suggests there is no possibility of adverse health, public perceptions often differ and may result in a negative impact on property value.

One standard reference study for analyzing housing prices due to proximity to an environmental disamenity was published by Kohlhase (1991). She analyzed the impact of EPA announcements and policy actions on housing markets surrounding ten National Priority List sites, including examination of home prices in Houston's Harris County before the superfund act and after (1976 and 1985). The multiple regression analysis of these data found:

1. Diminution in value occurred out to a limit of approximately six miles.
2. The market did not distinguish between severity of the sites. For example, diminution in value was greater near one site that was considered less severe than another.
3. Loss in value was due to perception that in some cases was contradictory to scientific evidence.
4. Cleanup efforts can enhance property values depending upon the nature, timing and certainty of cleanup.

Because Rocky Flats presents the issue of radioactive contamination, we looked at the literature on property values and nuclear risks.

One example involves the analysis of property values by Beron (1992) around the Feed Materials Production Center in Fernald, Ohio. In the context of a lawsuit, these studies were designed to determine if nearby properties had suffered losses in value. Only properties within physical sight of the facility were found to have experienced measurable impacts. Since Fernald is a large and highly visible facility, these conditions applied to approximately 5,500 households. In contrast to the Beron study, Rosen and Burke (1987) found damage to considerably more properties, including many homes not within sight of the plant.

Two studies assessing the impacts of the transport of radioactive materials and the impacts on property values apply to Rocky Flats and show market resistance to location along transportation corridors. In a New Mexico case,

land was acquired from a property owner in order to construct a highway to transport nuclear waste to the Waste Isolation Pilot Project (WIPP) site near Carlsbad, New Mexico (*City of Santa Fe v. Komis*, 1992). The City of Santa Fe argued that there was no loss in value to the remainder property. On the other hand, the property owner's appraiser relied in part upon a public opinion survey. The survey was designed to measure the market's knowledge and opinions with respect to diminution in property value. Forty-one percent of the respondents believed that residential property near the road would sell for between 11% and 30% less than comparable property not in proximity to the road. The Komis family was awarded $337,815, a finding that was upheld by the New Mexico Supreme Court in 1992.

A survey of residents along a key interstate highway route in eastern Oregon by MacGregor et al. (1994) produced a number of findings about radioactive wastes that are relevant to the Rocky Flats case:

1. These respondents expressed high levels of concern about the health and safety risk associated with nuclear materials and most particularly with nuclear wastes.
2. A majority strongly agreed that accidents involving the transport of hazardous waste are inevitable.
3. Up to 70.5% of the respondents said that transportation risks were greater than storage.
4. Overall, negative images accounted for 88% of the responses elicited in response to the prompt: *nuclear waste transport*.
5. Public perception of these risks contrast with technical community beliefs that radioactive waste transportation and disposition will be safe.

Smith and Desvouges (1986) developed an economic model to test the premise that nuclear power plants and hazardous disposal sites seem to be the least acceptable "locally undesirable land uses." They estimated a dollar measure of household desire to avoid living near such sites with a hedonic property value model and demand surveys. Extrapolating their mathematics, it would appear that if diminution extends outward 10 miles (as the authors suggest) those houses nearest the source would have been damaged on the order of approximately $4,140 each in 1984 dollars.

The case studies suggest some impact on surrounding real estate due to actual contamination and/or proximity to a negative environmental condition and they indicate more negative reactions to nuclear issues than to other potential dangers or contamination.

## MARKET SALES INFORMATION

The *Market Sales* research considered vacant land prices and improved residential property prices both inside and outside the Class Area. Vacant land sales for 367 parcels that occurred over an eight-year period within the Rocky Flats area and in comparable Denver metropolitan areas were examined to see if the transactions had been influenced by Rocky Flats or the 1989 FBI raid. This analysis was supplemented with a study of Boulder County open space land acquisitions in the vicinity of Rocky Flats to see if purchase prices bore any relationship to proximity to Rocky Flats.

Case No. 1:90-cv-00181-JLK Document 2039-2 filed 01/22/06 USDC Colorado pg 10 of 17



The Metro Area Multiple Listing Service (MLS), which compiles the listing and sales data for homes, served as the basis for an analysis of the improved residential properties. Data were compiled for end of year (12-month) statistics provided by MLS for 1989, when the FBI raid took place, and 1995, the most recent available data. Comparing prices from 1989 to 1995 produced a compound appreciation/depreciation rate for each area and a compound change rate per year for the six-year period.

The Rocky Flats Class Area was compared with all submarkets within the suburban Jefferson County area and with the area surrounding the Rocky Mountain Arsenal, which like Rocky Flats, is a widely known superfund site from which contamination has migrated off-site (EPA, 1991).[1]

Table 9.2 shows within the Class Area compared to other locations. This table contains raw data not adjusted for time or other considerations. However, because the parameters are constant for each category, the data are informative. Vacant land in the class area tends to sell at lower prices than elsewhere in Jefferson County and even the area near the Rocky Mountain Arsenal.

Next, individual vacant land sale transactions in the vicinity of Rocky Flats were considered. For example, in November of 1992, 357.83 acres of land located just north of the plant were sold for $612,000 or $1,710 per acre. When it was impossible for the buyer to obtain long-term financing for the property because of its proximity to Rocky Flats, the original lien holder was unwilling to foreclose and take possession of the property, but did facilitate, in effect, the liquidation of the property by discounting the note so the net real cost was $612 per acre. In 1993, Boulder County acquired the property for open space at $2,732 per acre. While this was considerably higher than the 1992 net purchase price, it is at the extreme low end of prices paid by Boulder County for

**Table 9.2 Land Sale Comparisons**

Cumulative Totals (1988-1995)

| | Jefferson County North: Class Area | Jefferson County North: Outside Class Area | South Boulder County | Jefferson County South | Adams County: Rocky Mountain Arsenal Area |
|---|---|---|---|---|---|
| Total acreage sold | 2,245.17 | 2,957.31 | 8,100.74 | 3,467.73 | 2,678.27 |
| # parcels sold | 42 | 31 | 163 | 87 | 44 |
| Weighted average | $10,351 per acre | $10,621 per acre | $12,189 per acre | $25,477 per acre | $16,120 per acre |
| Price difference w/class area | Base | $270/ac. | $1,838/ac. | $15,126/ac. | $5,769/ac. |
| Price difference as % | Base | +3% | +18% | +146% | +56% |

[1]The 17,000-acre Rocky Mountain Arsenal site is a facility owned and operated by the U.S. Army. It is located 10 miles northeast of Downtown Denver. Over the years, the facility was used by both government and industry to manufacture and dispose of various chemical products and munitions including rocket fuels, herbicides, pesticides, nerve gases, mustards and munitions.

open space. It also implies that the highest and best use of this property was as open space.

In reviewing residential properties, resale prices for comparable residential properties in various locations within the metropolitan area were examined with a focus on overall appreciation or depreciation rates within sub-markets. Specifically, appreciation/depreciation over time within the Rocky Flats Class Area was compared to other metropolitan areas. These results are shown in Table 9.3.

While the differences are subtle, the submarkets exhibiting the lowest compound rate of change in price are generally those areas surrounding and including the Class Area. This data does not lend itself to quantification for property appraisals, but it is once again suggestive of stigmatization.

## MULTIPLE REGRESSION ANALYSIS

In order to more specifically determine the impact on property values and quantify it if appropriate, Dr. John Radke of the University of California at Berkeley conducted a systematic, quantified study of the property value history of residential real estate in the Class Area. The information data base was organized using a Geographic Information System (GIS), which allowed use of location variables. All Multilist sales data in the vicinity of Rocky Flats were compared against representative sample data from comparable areas in the metro area.

Eleven years of sales records were pooled to obtain a sufficient sample of sales records in three submarkets: commercial, vacant land, and multi-residential. Monthly sales of single-family residential properties were entered into a data base. The data represented almost a 100% sample within the class area over an eight-year period and a representative sample outside the contour area over the same study period. These data were examined to make a determination of the gain or loss in value within each sub-class.

Multiple regression modeling techniques were used to address three issues: (a) to see if property values were depressed around Rocky Flats and if Rocky Flats was the cause; (b) to see if the June 1989 FBI raid of Rocky Flats played a role in property value diminution; and (c) to determine the amount of diminution in property value, assuming the influence of the Rocky Flats plant and the FBI raid.

**Table 9.3 MLS—Residential Metrolist Data Summary**

| Area | Avg. price 1989 | Avg. price 1995 | Avg. annual appreciation | Rocky Flats class area? |
|---|---|---|---|---|
| Jefferson North | $83,127 | $124,023 | 6.90 | yes |
| Jefferson North Central | $91,016 | $129,759 | 6.09 | yes |
| Broomfield | $94,009 | $138,627 | 6.69 | |
| North Suburban West | $77,405 | $110,319 | 6.08 | yes |
| Jefferson Central | $82,656 | $113,075 | 5.30 | |
| Jefferson South Central | $80,659 | $123,991 | 7.43 | |
| Jefferson West | $106,311 | $171,014 | 8.25 | |
| Jefferson South | $97,196 | $156,488 | 8.26 | |
| North Suburban East | $43,825 | $69,580 | 8.01 | |
| North Suburban Central | $63,979 | $104,059 | 8.44 | |

In order to address these issues, hedonic price modeling was used with property value as the dependent variable. Generally, previous property studies of this type used the physical attributes of the property as independent variables. However, by using a GIS base location, proximity and accessibility are introduced as independent variables.

Exactly 6,392 data points covering an eight-year period (almost 100% of single-family residential sales activity) within the class area were pooled and compared against a 4% stratified random sample of sales throughout the Denver metropolitan area. The confidence level was in excess of 95%. Weighted least squares estimation was used to balance the influence of samples inside and outside the Class Area because different percentage samples were used.

Two methods were used to empirically determine the effects of Rocky Flats on surrounding property values. Method 1 assumed that the effect is uniform within the Class Area and there is no effect outside. Method 2 assumes that any effect was dependent on air distance from the borders of the Rocky Flats facility, and went out to a certain distance to be determined empirically.

The following tables (Table 9.4 and 9.5) show the results of each method.

Because the specific purpose was to measure impact on value within a defined geographic area, e.g., the Class Area, we considered Method 1 to be the more appropriate model. However, it is important to recognize that some of the properties within the sample pool, although outside the Class Area, are within the cutoff distances delineated in Method 2. Thus, the percentage of property value loss calculated in Method 1 is conservative.

The estimates of loss in value for residential property after the 1989 FBI raid range from 5.45% to 9.33%; the average over time is approximately 8%. The fluctuation may be attributable to economic climate and media coverage. Expressed in 1993 dollars, the range of loss for single-family detached residential property in the class area was estimated at between $64,503,340 to $97,510,144. Table 9.6 shows the estimated loss by year for single-family detached properties within the class area (1993 constant dollars).

As might be expected, these results show that loss in value fluctuates over time. The average over the eight-year period was about 8%. The low point of diminution was in 1995, which corresponds to arguably the best housing market in Denver's history and may reflect the decline in negative media coverage of Rocky Flats since the FBI raid.

## PUBLIC OPINION SURVEYS

The City of Arvada (1989) and the City of Broomfield (Talmey-Drake Research and Strategies, 1990) commissioned public opinion surveys shortly after the 1989 FBI raid. The EG&G Rocky Flats Community Relations Department conducted some interviews in November 1994.

Decision Research conducted the 1995 survey reported below and in Flynn et al. (1998, reprinted as Chapter 20, below), on behalf of the plaintiffs.

Talmey-Drake Research & Strategy, Inc. (1990), a public opinion and market research firm in Boulder, Colorado, conducted the Broomfield Issues Survey ($N$ = 406) by telephone between September 7–17, 1990. The sample has a 4.9% margin of error at the 95% confidence level.

The survey asked about (a) residents' health concerns about "the Rocky Flats Nuclear Plant" and (b) community perceptions about Rocky Flats and its effects on the city's drinking water. A majority of Broomfield residents (54%)

**Table 9.4 Mean Property Value Loss Within Medium Plutonium Contour: Methods 1 & 2**

| Year | MPC | No. of samples | Mean sale value ($ | Method 1 Mean loss ($) | Method 1 Loss rate | Method 2 Mean loss ($) | Method 2 Loss rate |
|---|---|---|---|---|---|---|---|
| 1988 | outside | 343 | 110,597.20 | -8,158.55 | — | -7,046.15 | — |
| | inside | 324 | 106,263.50 | | 7.68% | | 6.63% |
| 1989 | outside | 358 | 119,766.00 | -7,838.04 | — | -5,527.64 | — |
| | inside | 365 | 107,457.40 | | 7.29% | | 5.14% |
| 1990 | outside | 416 | 112,944.30 | -9,474.82 | — | -8,572.35 | — |
| | inside | 370 | 101,578.50 | | 9.33% | | 8.44% |
| 1991 | outside | 318 | 115,399.60 | -8,046.32 | — | -8,607.47 | — |
| | inside | 493 | 104,658.30 | | 7.69% | | 8.22% |
| 1992 | outside | 290 | 113,403.70 | -9,854.25 | — | -10,129.90 | — |
| | inside | 624 | 107,310.40 | | 9.18% | | 9.44% |
| 1993 | outside | 380 | 119,696.70 | -9,897.10 | — | -9,429.55 | — |
| | inside | 557 | 115,628.00 | | 8.56% | | 8.16% |
| 1994 | outside | 282 | 119,134.70 | -9,194.64 | — | -9,726.80 | — |
| | inside | 546 | 122,597.50 | | 7.50% | | 7.93% |
| 1995 | outside | 274 | 119,196.40 | -6,796.14 | — | -6,948.29 | — |
| | inside | 452 | 124,629.40 | | 5.45% | | 5.58% |
| Total sample | | 6,392 | | | | | |

**Table 9.5 Method 2: Distance Dependent Loss Estimation Up to Empirical Cutoff Distances**

| Year | Coefficient level | Effect per mile | Cutoff distance (miles) | Standard error of coefficient | T-statistic | Confidence level |
|---|---|---|---|---|---|---|
| 1988 | -0.024438 | -2.41% | 7.0 | 0.007960 | 3.070 | 99.79% |
| 1989 | -0.023008 | -2.27% | 6.5 | 0.008990 | 2.559 | 98.95% |
| 1990 | -0.018295 | -1.81% | 9.0 | 0.004312 | 4.242 | 100% |
| 1991 | -0.024903 | -2.46% | 7.5 | 0.005930 | 4.200 | 100% |
| 1992 | -0.020314 | -2.01% | 9.0 | 0.003989 | 5.093 | 100% |
| 1993 | -0.019414 | -1.92% | 8.5 | 0.004314 | 4.500 | 100% |
| 1994 | -0.015373 | -1.53% | 9.5 | 0.003480 | 4.417 | 100% |
| 1995 | -0.024927 | -2.46% | 6.5 | 0.008404 | 2.966 | 99.70% |

**Table 9.6 Berkeley Estimate of Loss in Value**

| Year | % loss | Avg. price* | $ Loss/ home | No. of properties | Total loss |
|---|---|---|---|---|---|
| 1988 | –7.68% | $106,263/prop | –8,839.9 | 8,979 | $79,373,462 |
| 1989 | –7.29% | $107,457/prop | –8,449.6 | 8,979 | $75,868,958 |
| 1990 | –9.33% | $101,578/prop | –10,452.4 | 8,979 | $93,852,100 |
| 1991 | –7.69% | $104,658/prop | –8,718.7 | 8,979 | $78,285,207 |
| 1992 | –9.18% | $107,310/prop | –10,859.8 | 8,979 | $97,510,144 |
| 1993 | –8.56% | $115,628/prop | –10,824.3 | 8,979 | $97,191,390 |
| 1994 | –7.50% | $122,597/prop | –9,940.3 | 8,979 | $89,253,954 |
| 1995 | –5.45% | $124,629/prop | –7,183.8 | 8,979 | $64,503,340 |

*Because this figure represents the actual average (1993) price for properties within the impacted area, property diminution is inherent. Thus, loss per home is calculated as 7.68% x ($106,263 x 92.32%).

said they were more concerned about Rocky Flats in 1990 than one year earlier, particularly with respect to drinking water. Over a third (37%) said Rocky Flats posed a moderate health threat to the residents of Broomfield, and another 25% said the threat was very serious. Only 10% reported that Rocky Flats did not pose a health threat at all. In terms of trust and confidence in the new contractor, 40% said they trusted the new management of the Rocky Flats more than they trusted the previous management while 33% did not, and 27% did not make a selection in the comparison. Over two-thirds (67%) disagreed with the statement that "Rocky Flats has no effect on property values in Broomfield." A result of the concerns recorded by the survey was that the City of Broomfield closed the Great Western Reservoir as a source of city water.

The "Arvada Citizen Attitude Survey" was conducted by the City of Arvada (1989) several months after the FBI raid, to gather citizen opinion about city services, and other issues including concerns about Rocky Flats. Frequency responses, shown in Table 9.7, were available but the data base and back-up material for the survey were not.

Arvada residents support the removal of plutonium from Rocky Flats and strongly oppose leaving it on-site. A substantial minority (42%) believed that Rocky Flats had created a health threat to their household.

In 1995 Decision Research and The University of Maryland Survey Research Center surveyed residents 18 years of age and older, currently living in the Denver metropolitan area who: (a) had bought a home in the past five years, or (b) had plans to purchase a home in the next couple of years, or (c) had been actively in the market for a home some time during the past five years. Two sample frames were used: a list of recent home purchasers obtained from the U.S. West telephone company, and a random digit dialing (RDD) sample, which was generated by the University of Maryland Survey Research Center. An oversample of the Arvada/Westminster area resulted in 188 respondents from these two communities.

The survey had the following objectives: (a) To obtain interviews with respondents who were knowledgeable and experienced in the Denver area residential housing market; (b) to interview a random selection of qualified respondents in the Denver metropolitan area and a random selection of

**Table 9.7 1989 Citizen Attitudes Survey**

| | Survey year | Strongly agree | Agree | Neutral | Disagree | Strongly disagree |
|---|---|---|---|---|---|---|
| The City should support the removal of plutonium processing operations from Rocky Flats | 1989 | 38% | 22% | 22% | 10% | 7% |
| | 1987 | * | * | * | * | * |
| The City should support the removal of plutonium processing operations from Rocky Flats if present employment levels can be maintained | 1989 | * | * | * | * | * |
| | 1987 | 46% | 22% | 19% | 9% | 5% |
| The City should oppose the incineration of toxic radioactive waste at Rocky Flats | 1989 | * | * | * | * | * |
| | 1987 | 56% | 17% | 15% | 7% | 4% |

Do you feel the Rocky Flats Nuclear Weapons Plant northwest of Arvada has created a health threat to your household? (Asked in 1989 only)
Yes 42% No 32% Don't Know 27%

*Not asked that year.

respondents in the communities of Arvada and Westminster; (c) to obtain evaluations of community characteristics for Arvada, Westminster, and either Highlands Ranch (located in the southern part of the Denver metropolitan area) or Ken Caryl (located in the southwestern part of the Denver metropolitan area); (d) to ask about and record respondent evaluations of the advantages and disadvantages of living in Arvada and Westminster; (e) to measure respondent perceptions of the Rocky Flats nuclear weapons facility and their evaluations of the overall effects of the facility on the desirability of homes in Arvada and Westminster; (f) to determine how changes in the distance from Rocky Flats and variability in cost might affect the desirability and the acceptability of a house.

A total of 604 persons was interviewed during the period August 31, 1995 to October 1, 1995 including 416 respondents from the Denver Metropolitan Area and 188 respondents from Arvada/Westminster. The margin of error for a total sample size of 604 respondents is 4.1% at the 95% confidence level (for 416 respondents the figure is 5.0%; for 188 respondents it is 7.2%). Several ways of calculating the response rate were used resulting in a conservative estimate of 54% and a more realistic estimate of 63%.

This survey found that public perception that Rocky Flats is considered to be an important health risk and to produce adverse impacts on nearby residential properties. A set of questions asked respondents about the acceptability of a house located close to Rocky Flats under a variety of conditions to see how people would evaluate the risks and benefits under different scenarios. A small proportion of the respondents (16.1%) said they would accept an otherwise desirable house within the 2-4 miles of Rocky Flats without a discount and 15.2% would accept a house within the 4-6 mile area without a discount. Those who rejected the existing safety buffer zone as adequate and even the added 4-6 miles distance, were offered a progressive series of discounts to the

house's cost and finally asked to specify a discount of their own choosing. An additional 16.6% would accept a house in either distance category with discounts. However, almost half (46.2%) of the respondents would not trade distance and/or discounts of any size as compensation for a house located within six miles of Rocky Flats.

The average discount for the 2-4 mile category for those who required a discount for this scenario ($n$ = 29) had a mean value of $30,740 and a median value of $20,000. When the calculations include those who would not require a discount for a purchase in the 2-4 mile category, the mean value is $9,270 and the median value is $0. (That is, a greater number would buy without a discount than the number who would buy only with a discount.)

The average discount for the 4-6 mile category for those who required a discount for this scenario ($n$ = 40) had a mean value of $15,747 and a median value of $10,000. When the calculations include those who would not require a discount for a purchase in the 4-6 mile category, the mean value is $6,084 and the median value is $0. (That is, a greater number would buy without a discount than the number who would buy only with a discount.)

A large and important proportion of the survey respondents (46.2%) are not included in these calculations of discount values because they would not buy at any discount, even if they could fix the sales price at an amount of their own choice. This level of resistance to housing associated with Rocky Flats would be expected to result in negative marketing and price pressures on houses in the communities of Arvada and Westminster.

In a related question, respondents were asked if Rocky Flats had affected the value of property within six miles or so. More than two-thirds of the Arvada/Westminster respondents (69.7%) and 81% of the Denver metropolitan area respondents agreed that there were impacts on property values. When asked if the direction of these impacts was to increase or decrease property values, 92.4% of the Arvada/Westminster and 97.0% of the Denver metropolitan areas respondents said that Rocky Flats has reduced property values.

## Conclusions

The combination of *Real Estate Market Research* and *Public Opinion Surveys* focused on the investigation of attitudes, perceptions and actions (or anticipated actions) for the public and private sector marketplace within the Rocky Flats sphere of influence. Both public and private market participants were concerned about the risks associated with Rocky Flats and these concerns were directly related to knowledge of the 1989 FBI raid. Public Opinion Surveys conducted by local municipalities following the raid led to efforts to improve or protect the quality of drinking water. Over time, the public sector has responded to concerns about public safety by restricting development in certain locations (i.e., use of a radiation map) and by designating land use in some instances to open space only. Boulder County, Jefferson County, Broomfield, and Westminster have all added land to open space that was once thought to be developable.

The 1995 Decision Research Survey documented similar reactions within the private sector. The survey supports four primary conclusions about property values associated with Rocky Flats.

The Decision Research survey showed that people who recalled the FBI raid some years later were less likely to purchase property in the nearby communities.

The association with Rocky Flats makes housing in that community less desirable and works to reduce the market size and therefore the price of housing in Arvada and Westminister. This antipathy is most strongly expressed by the 46.2% of the Denver metropolitan area residents who said they would not buy a house associated with Rocky Flats, even when they were offered distance as a protection and discounted prices as an incentive.

Respondents wanted extraordinary distances between themselves and the plant itself. Denver metropolitan area respondents said that the "closest distance to Rocky Flats" they would consider was a mean distance of 21 miles and a median distance of 15 miles.

Only 16% of the Denver metropolitan area respondents would consider a house in Arvada and Westminster when a discount was offered. The average discount including those who would buy in the 2-4 mile range without a discount (i.e., their discount price is $0) was $9,270 and in the 4-6 mile range it was $6,048.

These findings are consistent with results from the *Analogous Case Studies*, which generally show adverse impacts on neighboring property values due to an environmental disamenity. Beron (1992) found that the impact applied to only those properties from which the disamenity could be seen. Kinnard (1992), in his study of New Jersey radium contamination, concluded that the degree, significance and duration or persistence of any negative price effects depend in large part on whether the contamination is perceived by potential buyers as an isolated event or a continuing condition. Depending upon distance from the environmental disamenity, loss in value was found among the case studies to range between approximately 3.5% and 35%. Range of impact also varied from a mile or two to as much as 22 miles for the siting of a nuclear power plant (Smith & Desvouges, 1986).

The GIS-based sales data analyzed by the Berkeley researchers using multivariate regression analysis techniques concluded that the property value impact from Rocky Flats extends beyond six miles from the plant and over time has averaged approximately 8% per year for detached single family homes. We note that the amount of property value diminution spiked just following the 1989 FBI raid, which was accompanied by overwhelming media attention.

The raw data summarized in the *Market Sales Information* research also supports the opinion that property values are diminished. These results show that vacant land sales within the Class Area produced the lowest average price per acre of any of the five geographic areas studied and that Rocky Flats was a factor.

The results of each component of the study add to the evidence that Rocky Flats has produced negative impacts on nearby property values. There are a number of locational and aesthetic attractions to the areas around Rocky Flats and there is a market for housing in the area, but these research results show that the area is stigmatized for many potential buyers. Based upon these findings, it is our opinion that over the study period (1989 through 1995), vacant land and residential property values have been consistently diminished by the influences of the Rocky Flats Nuclear Weapons Facility and the 1989 FBI raid of the plant.