Exhibit E



**features**

# The Role of Formal Survey Research Methods in the Appraisal Body of Knowledge

*by Marcus T. Allen, PhD, and Grant W. Austin, MAI*

**PLAINTIFFS'
EXHIBIT
P-1696**
90-CV-181

**abstract**

This article discusses how formal research methods fit into the appraisal body of knowledge. While appraisers frequently use informal data collection methods to gather information, the use of formal or "scientific" survey research methods is relatively rare. The authors discuss pending changes with respect to statistical and market survey techniques in the real estate appraisal profession and suggest how these methods may be useful to practicing appraisers.

Appraisers have long relied on informal data collection methods to gather information for specific appraisal situations. Nonetheless, formal or "scientific" survey research methods are not common in most appraisers' toolboxes. This article considers the role of formal survey research methods in the appraisal body of knowledge with the intent of giving appraisers an understanding of how formal survey research methods can enhance their ability to accurately estimate real estate value in certain situations.

Recent writings in *The Appraisal Journal* and other real estate journals suggest that the use of survey research methods in real estate analysis is an increasingly contentious issue. This may be because much of the published debate deals with formal survey research methods in relation to contaminated or stigmatized properties. To shift the focus away from the special issues involved with these properties, this article focuses specifically on the general aspects of survey research methodology. With proper application, we believe that survey research methods may someday prove to be an indispensable tool in appraisal theory and practice.

## How Does Survey Data Fit Into Appraisal Theory?

An appraiser's "informal" market survey to collect information relevant to an appraisal assignment typically consists of conversations with knowledgeable market participants, including buyers, sellers, brokers, lenders, other appraisers, and public officials. Informal surveys are part of appraisers' daily practice as they collect a wide assortment of information ranging from specific property rental rates to the general attitudes and anticipations of market participants.

The focus of this paper is on formal (scientific) market survey research methods. By definition, formal survey research methods are based upon accepted theory and methods from specialists in economic theory, econometrics, statistics, psychology, and market research. Formal market surveys must be objective in nature and are typically accompanied by a statistical analysis of the survey responses. In a real property valuation assignment, it is a method that attempts to estimate how market participants are likely to behave with respect to an issue

presented to them. Survey research methods are, in essence, procedures for collecting data based on expectations and perceptions rather than observed transactions or behaviors.

The idea of using data based on expectations and perceptions may appear almost sacrilegious to transaction-data-driven appraisers. A common but erroneous criticism of the data collected from surveys is labeling it as "non-market" data. In fact, if rigorous and objective survey methods are employed, the data generated by an appropriately designed and administered survey can be regarded as market data even though it is, admittedly, "non-transactional" data. Even the most conservative value theorist is likely to acknowledge that when direct observations of market participants' behaviors are not available, asking participants how they would behave if faced with a certain situation is an acceptable method of forecasting the market's collective behavior.

## Non-Transactional Data and Appraisal Principles

The preference of one property over another by a market participant is explained by the fundamental principles as defined in *The Appraisal of Real Estate*.[1] These fundamental principles were developed by valuation theorists in an attempt to "analyze the many dynamic and interactive factors that influence people's attitudes and beliefs about value."[2] They are:

- Anticipation—"Value is created by the anticipation of benefits to be derived in the future." Despite the bias of most appraisers in favor of transactional data, the discussion of "anticipation" concludes that "historical data on a property or a market is relevant only insofar as it helps interpret current market anticipations."[3]

- Change—"The dynamic nature of social, economic, governmental, and environmental forces that influence real property value accounts for change."[4] *The Appraisal of Real Estate* states that it is the job of appraisers to identify changes in the forces that influence supply and demand and shifts in market preferences. Again, the appraiser must interpret current market anticipations.

> The data generated by an appropriately designed and administered survey can be regarded as market data even though it is, admittedly, non-transactional data.

The fundamental principles and tasks of appraisers are consistent throughout appraisal literature. Appraisers are attempting to understand human anticipations, choices, and preferences. This goal was well stated by Gordon, "Most appraisers now come to realize that all value estimates are economic forecasts that attempt to simulate the thinking of knowledgeable market participants."[5] Indeed, the fundamental principles of generally accepted appraisal theory lead to a simplified job description: It is the job of appraisers to understand and interpret current market anticipations in an effort to predict value.

Appraisers have only two ways to predict the choices or transactional values of buyers and sellers:

1. Estimates that are inferred from observed actions such as the sale of comparable properties. This approach, derived from early valuation theory economists, has a strong bias in favor of transactional data; and

2. Stated preferences, anticipations, beliefs, and attitudes of knowledgeable market participants. These are measured by market survey techniques.

Typically, an appraiser's method of choice is to search for comparable sales. The sales will be relied upon to form the basis for an estimate of value. To rely exclusively on past sales is inconsistent with *The Appraisal of Real Estate*: "Historical data on a property or a market is relevant only insofar as it helps interpret current market anticipations."[6]

Therefore, consistent with both economic and traditional valuation theory, any attempt to understand, simulate, and quantify the thinking of market

1. Appraisal Institute, *The Appraisal of Real Estate*, 12th ed. (Chicago: Appraisal Institute, 2001): 35.
2. Ibid.
3. Ibid.
4. ibid., 36.
5. Gordon, Roy L., Jr., "Discounted Cash Flow Analysis: Where Do We Stand Today?" *The Appraisal Journal* (April 1988): 259.
6. *The Appraisal of Real Estate*, Ibid, 35.

participants is valid. Thus, the use of market surveys has both theoretical and practical applicability.

The appraisal profession can appear resistant to adopting new methods into the appraisal body of knowledge. This is partly due to intentional conservatism and to the time it takes to disseminate newly accepted knowledge to members of the profession. For example, not long ago discounted cash flow (DCF) analysis "was viewed by most appraisers as an esoteric 'investment analysis' technique employed by super-sophisticated investors... tantamount to crystal-ball gazing... not appropriate to real estate valuation."[7] *The Appraisal of Real Estate* now considers DCF analysis "a practical tool for everyday appraisal work."[8]

Familiarity with market survey techniques is still limited. Appraisers feel that they are on unsure ground—there are no appraisal courses on these methods, the Uniform Standards of Professional Appraisal Practice (USPAP) has yet to formally adopt standards governing survey research methods; the techniques are from allied fields in which most appraisers have no training, and appraisers are not sure how non-transactional data fits into traditional appraisal theory.

The Appraisal Foundation released an exposure draft on September 12, 2000, of a proposed Statement on USPAP that addresses the role of statistical and market survey techniques in real estate research, appraising, counseling, and consulting assignments. The Statement draft is the work of an impressive task group of appraisal theorists and practitioners. Readers are encouraged to review the document at the task group's website, http://www.taskgrp.com. We offer the following abbreviated interpretations of portions of the exposure draft.

## Overview of Appraisal Foundation's Proposed Statement on Statistical and Market Survey Techniques

Part one of the exposure draft discusses the Foundation's perception of the implications of recent changes to the Federal Rules of Evidence on the real estate appraisal and counseling professions, including the appropriate use of statistical or market survey techniques. The objective of the proposed Statement on Appraisal Standards is to ensure that appraisers are in conformance with proposed Rule 702:

> Rule 702. Testimony by Experts
> If scientific, technical, or other specialized knowledge will assist the trier of fact to understand the evidence to determine a fact in issue, a witness qualified as

an expert by knowledge, skill, experience, training, or education, may testify thereto in the form of an opinion or otherwise, if (1) the testimony is based upon sufficient facts or data, (2) the testimony is the product of reliable principles and methods, and (3) the witness has applied the principles and methods reliably to the facts of the case.

Part two of the exposure draft defines a series of steps that appraisers must follow when applying statistical or market survey techniques to real property appraisal, consulting, or counseling assignments. These steps were established in order to avoid misuse of these techniques, which would violate Standard 1 of USPAP, or misleading reports, which would violate Standard 2 of USPAP. The steps that appraisers, counselors, real estate consultants, and other real estate professionals should follow:

- Properly state the problem and purpose of the research.
- Determine if the researcher is competent for the task at hand or if professional assistance is needed.
- Consider and select the most appropriate procedure and methodology and provide an explanation for the selection.
- Consider and select appropriate data sources.
- Analyze the data using the methodology selected.
- Externally validate the results of the analysis.

Part two of the exposure draft also discusses some specific issues that the researcher must consider when conducting market surveys. Researchers must provide convincing evidence of the reliability of the survey on the following points:

- The population from which the sample is drawn must be unbiased with respect to the research issue.
- The survey instrument and the method of its administration must not introduce bias.
- The researcher must provide a clear and convincing statement concerning how the results of a nontransactional data survey relates to a real market transaction.

In addition, the exposure draft strongly states that the reliability of the results should be evaluated in terms of how faithfully the method measures or describes what it truly represents; the precision of the method; the completeness of the data and method; and the extent to which the results can be verified and replicated. Appendix A of the Foundation's ex-

---

7. Gordon, Ibid.

8. Appraisal Institute, *The Appraisal of Real Estate*, 12th ed. (Chicago: Appraisal Institute, 2001): 569.

posure draft provides a question-based reference guide that appraisers should consider while designing, administering, and analyzing market surveys.

## Tools for Appraisers

Two types of formal market survey methods are the "contingent valuation method" and "conjoint analysis." Although a complete description of these methods is beyond the scope of this article, we explain each method briefly to demonstrate their applicability.

### Contingent Valuation

Contingent valuation is a method for directly asking market participants how much value they place on a particular good or service. This method is based on the work of economists who were asked to provide economic support for public policy decision-making. They were asked the value of "public goods" or goods not traded in private markets, e.g., the value of a wilderness area, acceptable levels of impurity in our drinking water, increases in air visibility, and many other environmental and natural resources.[9] Economists, familiar with the empirical link between price, income change, and consumer behavior developed this technique for the valuation of non-market goods.

Contingent valuation uses carefully constructed surveys to obtain people's values for goods or services. The technique asks people what they would be willing to pay for goods and services or specific changes they would be willing to accept in the quantity or quality of goods or services.

Contingent valuation has been in use for more than 30 years and is also widely used as a method of measuring damages where transactional data is not fully reflective of the impaired condition. There are numerous books on the theoretical and empirical issues involved.[10] Carson, Wright, et al.[11] provides a bibliography of over 2,000 contingent valuation papers and studies from over 40 countries.

### Conjoint Analysis

Conjoint analysis is another survey method used for discovering market participants' value preferences. Conjoint measurement developed from a branch of mathematical psychology and psychometrics into a powerful quantitative method that can be used to effectively predict the consumer's choices and trade-offs in making purchase decisions.

# Conjoint analysis is used for discovering market participants' value preferences.

The Final Rule of the Natural Resource Damage Assessment document (produced by the National Oceanic and Atmospheric Administration, Department of Commerce) addresses damage assessments and describes conjoint analysis as follows: "Conjoint analysis is a survey procedure that is used to derive the values of particular attributes of goods or services. Information is collected about individuals' choices between different goods that vary in terms of their attributes or service levels. With this information, it is possible to derive values for each particular attribute or service. If price is included as an attribute in the choice scenarios, values can be derived in terms of dollars, which can be used with the valuation approach."[12]

Real estate valuation involves understanding a market participant's reaction to a multiattribute product—real property. The consumers' evaluations of the attributes of the property are often subjective ratings or categorical judgments (e.g., SCHOOL QUALITY = Very good). In the absence of a significant amount of data, quantitative methods are not applicable. Conjoint analysis is designed for situations where multiple non-metric (or metric) independent variables are interdependent and affect the ordering of a dependent variable. For example, if the buyer's purchase price is the dependent variable and the selected house attributes are the independent variables, conjoint analysis can measure the degree of importance of each house attribute and its influence on the buyer's purchase price.

To illustrate, the non-metric attributes of a single-family residence could be described as:

> STYLE = Ranch,
> CONSTRUCTION = Brick,
> SCHOOL QUALITY = Very good,
> LOCATION = Very desirable, and
> SWIMMING POOL = Yes.

9. Robert Cameron Mitchell and Richard T. Carson, *Using Surveys to Value Public Goods: The Contingent Valuation Method* (Washington, D.C.: Resources for the Future, 1989).

10. A. M. Freeman, III, *The Measurement of Environmental and Resource Values: Theory and Methods* (Washington, D.C. Resources for the Future, 1993).

11. R.T. Carson, J. L. Wright, N. J. Carson, A. Alberini, and N.E. Flores, *A Bibliography of Contingent Valuation Studies and Papers.* (La Jolla, CA. NRDA, Inc., 1995).

12. *Federal Register.* January 5, Final Rules and Regulations. NOAA, Department of Commerce (61: 4, 1996).

Similarly, metric attributes of the residence could be:

$$SIZE = 2{,}000 \text{ sq. ft.,}$$
$$BEDROOMS = 3, \text{ and}$$
$$BATHROOMS = 2.$$

Many of these attributes are dependent upon subjective estimation (e.g., buyers don't really know the difference between a "good" school and a "very good" school). In conjoint measurement, market participants are able to rank these attributes in order of preference even though they would not be able to quantify them for a statistical analysis. Realistically, real property can rarely combine all desired characteristics and having more than one attribute (three bedrooms) often involves sacrificing another attribute ("affordable price"). Since it is not enough to know only those attributes the buyer prefers, the appraiser needs to know the trade-offs among the attributes that the buyer is willing to make.

Conjoint analysis is useful in calculating the relative importance of attributes based on trade-offs.[13] To be a viable tool for predicting market choices or real world actions, though, conjoint analysis must accurately capture the attributes on which the market participants base their decisions. Though the mathematical procedures can be complex, there are numerous commercial software packages designed to facilitate conjoint analysis studies, including Bretton Clark, Sawtooth Software, and CONSERV from Intelligent Marketing Systems.

## Conclusion

There is certainly room for differences of opinion about how important survey methods are likely to become in the appraisal profession. The profession, however, can no longer disregard the potential for including formal survey methods in its body of knowledge. When properly structured, administered, and analyzed, formal survey methods can be invaluable tools for understanding the thoughts of real estate market participants in the absence of transactional data. We believe that non-transactional data can be accurately interpreted to predict market participants' anticipations in a manner consistent with modern appraisal theory.

## References

Appraisal Institute. *The Appraisal of Real Estate.* 12th ed. (Chicago, IL: Appraisal Institute, 1996).

Austin, Grant W. "Putting the 'Survey Method' to the Test." *Valuation Insights and Perspectives* (5: 4, 2000): 35–36.

Carson, R.T., J. L. Wright, N. J. Carson, A. Alberini, and N.E. Flores. *A Bibliography of Contingent Valuation Studies and Papers.* (La Jolla, CA: NRDA, Inc., 1995).

Council of American Survey Research Organizations. *Code of Standards and Ethics for Survey Research.* (Port Jefferson, N.Y.: Council of American Survey Organizations, 2001).

Dolan, Robert J. *Research Methods in Marketing: Survey Research.* Harvard Business School, No. 9-582-055 (1981).

*Federal Register.* January 5, Final Rules and Regulations. NOAA, Department of Commerce (61: 4, 1996).

**Marcus T. Allen, PhD,** is on the faculty of the college of business at Florida Atlantic University where he teaches in the graduate and undergraduate real estate degree program. His research writings have appeared in numerous real estate journals, including *The Appraisal Journal,* the *Journal of Real Estate Research,* and the *Journal of Real Estate Finance and Economics.* **Contact: fax (954) 236-1298; email: mallen@fau.edu.**

**Grant W. Austin, MAI,** is president of American Valuation, Inc. in Florida. His practice is limited to litigation and eminent domain appraisal assignments and formal survey research. He is a Certified General Appraiser and is an adjunct professor of real estate appraisal at Florida Atlantic University. Mr. Austin has been a guest speaker at numerous industry conferences including The Florida Bar and ALI-ABA seminars. **Contact: fax (954) 389-6307; email: amervalu@aol.com.**

---

13. There are many alternative analysis methodologies that could be employed by appraisers to analyze survey data. In addition to contingent valuation and conjoint analysis, logistic regression analysis offers a tool for analysis of respondent choices between mutually exclusive alternatives that conveys the importance of various independent variables on a discrete choice variable using mathematical relationships.

Freeman, A. M., III. *The Measurement of Environmental and Resource Values: Theory and Methods.* (Washington, D.C.: Resources for the Future, 1993).

Gordon, Roy L., Jr. "Discounted Cash Flow Analysis: Where Do We Stand Today?" *The Appraisal Journal* (April 1988): 259–263.

Hoyt, Richard W. and Robert J. Aalberts. "Implications of the Kumho Tire Case for Appraisal Expert Witnesses." *The Appraisal Journal* (January 2001): 11–18.

Hoyt, Richard W. and Robert J. Aalberts. "New Requirements for the Appraisal Expert Witnesses." *The Appraisal Journal* (October 1997): 342–349.

Keller, Bruce P. "A Survey of Survey Evidence." *Litigation* (19: 1, 1992): 23–31.

Kinnard, W. N. "Evolving Attitudes and Policies of Institutional Investors and Lenders toward On-Site and Nearby Contamination: Report on a 1996 Nationwide Survey." Paper presented at the 12th annual meeting of the American Real Estate Society, South Lake Tahoe, California, March 26, 1996.

*Kumho Tire Company, Ltd., et al. v. Patrick Carmichael,* 119 S.Ct. 1167 (March 23, 1999).

Linne, Mark R., M. Steven Kane, and George Dell. *A Guide to Appraisal Valuation Modeling.* (Chicago, IL: Appraisal Institute, 2000).

McLean, David and Bill Mundy. "The Addition of Contingent Valuation and Conjoint Analysis to the Required Body of Knowledge for the Estimation of Environmental Damage to Real Property." *Journal of Real Estate Practice and Education* (1: 1, 1998): 1–19.

McLean, David, John A. Kilpatrick, and Bill Mundy. "Summation of Evidentiary Rules for Real Estate Experts Mandated by *Daubert v. Merrell Dow Pharmaceuticals, Inc.*" *Real Estate Issues* (Fall 1999): 24–32.

Mitchell, Robert Cameron and Richard T. Carson. *Using Surveys to Value Public Goods: The Contingent Valuation Method.* (Washington, D.C.: Resources for the Future, 1989).

Morgan, Fred W. "Judicial Standards for Survey Research: An Update and Guidelines." *Journal of Marketing* (54, 1990): 59–70.

Mundy, Bill, David McLean, and John A. Kilpatrick. "The Brownfield Challenge." *Valuation Insights and Perspectives* (1999):16.

Mundy, Bill, and John A. Kilpatrick. "Factors Influencing CBD Land Prices." *Real Estate Issues* (Fall 2000): 39–49.

Mundy, Bill, and David McLean. "Clarification of and Rejoinder to: Junk Science, Environmental Stigma, Market Surveys, and Proper Appraisal Methodology: Recent Lessons from the Litigation Trenches." *The Appraisal Journal* (April 2000): 222–227.

Task Group for the Development of Standards for Determining the Acceptability of Applications of Statistical and Market Survey Techniques to the Valuation of Real Property. *Proposed USPAP Statement on Appraisal Standards, First Exposure Draft.* (September 12, 2000). Washington, D.C. Available: www.taskgrp.com.

Roddewig, Richard J. "Junk Science, Environmental Stigma, Market Surveys, and Proper Appraisal Methodology: Recent Lessons from the Litigation Trenches." *The Appraisal Journal* (October 1999): 447–453.

Weber, Bruce R. "The Valuation of Contaminated Land." *Journal of Real Estate Research* (14: 3, 1997): 383.

## Appendix A:  Reference Guide on Survey Research
(from Proposed Statement on Appraisal Standards First Exposure Draft: September 12, 2000)

**Purpose and Design of the Survey**
A.  Was the survey designed to address relevant questions?
B.  Was participation in the design, administration, and interpretation of the survey appropriately controlled to ensure the objectivity of the survey?
C.  Are the experts who designed, conducted, or analyzed the survey appropriately skilled and experienced?
    D. Are the experts who will testify about surveys conducted by others appropriately skilled and experienced?

**Population Definition and Sampling**
A.  Was an appropriate universe or population identified?
B.  Did the sampling frame approximate the population?
C.  How was the sample selected to approximate the relevant characteristics of the population?
D.  Was the level of nonresponse sufficient to raise questions about the representativeness of the sample? If so, what is the evidence that nonresponse did not bias the results of the survey?
E.  What procedures were used to reduce the likelihood of a biased sample?
F.  What precautions were taken to ensure that only qualified respondents were included in the survey?

**Survey Questions and Structure**
A.  Were questions on the survey framed to be clear, precise, and unbiased?
B.  Were filter questions provided to reduce guessing?
C.  Did the survey use open-ended or close-ended questions? How was the choice in each instance justified?
D.  If probes were used to clarify ambiguous or incomplete answers, what steps were taken to ensure that the probes were not leading and were administered in a consistent fashion?
E.  What approach was used to avoid or measure potential order or context effects?
F.  If the survey was designed to test a causal proposition, did the survey include an appropriate control group or question?
G.  What limitations are associated with the mode of data collections used in the survey?
    1)   In-person interviews
    2)   Telephone surveys
    3)   Mail surveys

**Surveys Involving Interviews**
A.  Were the interviewers appropriately selected and trained?
B.  What did the interviewers know about the survey and its sponsorship?
C.  What procedures were used to ensure and determine that the survey was administered to minimize error and bias?

**Data Entry and Grouping of Responses**
A.  What was done to ensure that the data were recorded accurately?
B.  What was done to ensure that the grouped data were classified consistently and accurately?

**Disclosure and Reporting**
A.  When was information about the survey methodology and results disclosed?
B.  Does the survey report include complete and detailed information on all relevant characteristics?
C.  In surveys of individuals, what measures were taken to protect the identities of individual respondents?

## Appendix B: Checklist for the Use of Survey Techniques in Appraisal

We offer the following checklist of issues for appraisers to consider when contemplating the use of a survey approach. This checklist was developed by the authors from generally accepted survey standards, the proposed USPAP Statement on appraisal standards for statistical and market survey techniques, recent litigation valuation cases where surveys were admitted and not admitted, methodological guidelines by Morgan[14] and Dolan,[15] and the authors' experiences.

### Decision to Use a Market Survey

- The use of a market survey to support an estimate of real property value must have probative value. That is, it must be relevant to and necessary for the appraiser's estimate of value.
- The use of a market survey is most persuasive when it is the only proof of value or diminution in value. However, it can be effectively utilized to complement other survey techniques, multiple regression analysis, hedonic modeling, or first generation valuation methods.
- An appraiser should first consider other sources of data that may be more relevant in terms of customary use by other appraisers or in terms of actual use in the transactional marketplace.

### Preparing for Challenges

- Review the *Daubert* decision to decide whether the proposed survey is built on a reliable foundation and is relevant to the task at hand. The court cited four factors: testing, peer review, error rates, and acceptability in the relevant scientific community.
- Review the *Kumho Tire* ruling since it extends *Daubert* to appraisal testimony and is based on "technical" and other "specialized knowledge."
- Review the *Zippo* case for the seven factors that determine the reliability of surveys.
- Read the guidelines for developing admissible survey evidence, in the *Manual for Complex Litigation*. Include a reading of the 1982 edition since it is more informative and has been incorporated into more case law than the current edition.
- Prior to accepted USPAP Standards for market survey techniques, it is advisable to consider the most current exposure draft of the Statement on these standards at www.task.grp.com.
- Market survey research used to support a property impairment may face the challenge of whether the survey methods are "generally accepted" and whether the data and analysis would customarily be relied upon by other appraisers undertaking similar assignments.

### Sample Population Definition and Sample Selection

- Include in the survey population all relevant respondents and exclude inappropriate, unknowledgeable, or unconcerned respondents. At a minimum, the population must include those involved in the property type (e.g., resort hotels, regional malls, automobile dealerships). No other population is relevant. The survey must accurately poll the reactions of these property consumers.
- Explain how the sampling frame approximates the population. The characteristics of the sample population must closely approximate those of the population. One way to limit disputes over the sampling frame is to calculate results for the entire sample frame and for sub-categories of respondents in the sample with slightly different characteristics.
- Explain the procedures taken to ensure that only qualified respondents were included in the survey.
- Define the population in the context of the real property valuation question(s) being investigated.
- Probability sampling is preferred. Convenience and nonprobability sampling must be justifiable with the key factor being the absence of any reasonable alternative sampling approach.
- Describe the procedures taken to reduce the likelihood of a biased sample.
- Sample size must be justifiable—ideally with face validity and statistical arguments.

---

14. Fred W. Morgan, "Judicial Standards for Survey Research: An Update and Guidelines," *Journal of Marketing* (54, 1990): 59–70.

15. Robert J. Dolan, *Research Methods in Marketing: Survey Research*. Harvard Business School, No. 9-582-055 (1981).

- Do not bias your sampling toward any viewpoint or opinion group.
- Address the level of nonresponse and whether it is high enough to raise questions about the representativeness of the sample.

**Design of Survey Instrument**
- Select the communication method that offers the most advantages—personal interview, telephone, mail, facsimile, or email.
- Use common sense—don't ask a question unless truthful answers will provide useful information.
- Be objective in the presentation of facts to survey participants—make sure that the information is complete, does not leave out significant information, and is unbiased (an equal tendency to fall on either side of what it represents).
- Validate property fact descriptions to determine what a reasonable, knowledgeable, and typical market participant would need in order to understand the entire situation and to answer the survey questions.
- Pre-test and evaluate property fact descriptions for the importance of their elements and for potentially biased descriptions or issues.
- Put yourself in the respondent's position to uncover instrumental problems. Administer the survey to a small test group similar to the test group to be sampled in the survey.
- Eliminate potential bias with pre-survey validation by an independent reviewer with no stake in the assignment or outcome of the analysis.
- Write the survey in direct, clear, unambiguous, and unbiased language.
- Explain the rationale for the selection of open-ended and/or close-ended questions.
- Make sure the order and context of the questions is logical and unbiased.
- Design the questions so that respondents are likely to know and be willing to give you the answer.
- Respondents must appear to be capable of understanding the question topics.
- Develop survey questions that relate directly to relevant valuation issues. Questions should have "representational faithfulness" or faithfully measure or describe what they truly represent.
- Write objective questions that are clear, unbiased, and unambiguous. Provide complete sets of response scales.
- Describe the steps taken to ensure that probes used to clarify ambiguous or incomplete answers are not leading, biased, or inconsistent.
- Instruct respondents not to guess or filter questions.
- Address limitations of the study (e.g., mode of data collection) in the report along with bias and the efforts made to eliminate it from the market survey.

**Administration of Survey Instrument**
- Results must not appear to be an artifact of the research design.
- Respondent tasks must appear possible to perform.
- Surveys should not omit necessary respondent tasks.
- Respondents should not know the sponsor or purpose of the survey. However, for certain high profile, national, or otherwise unique properties, the potential for respondent bias should be addressed.
- Research designs must be devised in the context of normal marketplace conditions in order to eliminate confusion and mirror market circumstances.

**Interviewers' Qualifications and Techniques**
- The survey administration procedures should be designed to ensure that the survey is administered to minimize error and bias.

- Some suggest that interviewers should not know the purpose of the research project. This may not be applicable when the design of the survey instrument is controlled to eliminate the potential for interviewer bias and when post-survey interviews are a necessary information-gathering element.
- Interviewer decision-making, through probing questions or intervention during questioning, should be minimized to avoid misleading or biasing the respondents or giving the preception of trying to do so.

### Data Analysis and Reporting
- Assumptions underlying data interpretations must be obvious and justifiable.
- The data must be reasonably reliable.
- Response coding must be accurate and unbiased.
- The data derived from the study must be a reasonably complete data set in order to provide meaningful and reliable insights or to be statistically reliable.
- Multiple responses to an open-ended question should not be combined unless the groupings are obvious and justifiable. A statement should be provided on how the grouped data were classified consistently and accurately.
- The frequencies and order of multiple responses to a question should be reported.
- The appraiser should consider whether the reliability of the analysis and the ultimate conclusions from it would be enhanced by analyzing or combining more than one data source or an alternate data source.
- The proposed statement on appraisal standards for market survey techniques suggests that there should be external validation of the analysis and conclusions reached. External validation is suggested to take the form of one or more of the following techniques: "testing" the results by reference to common sense, personal experience, and independent market knowledge or information. Additionally, it is suggested that external validation of the results and opinions be documented to permit other researchers to duplicate the results.

### Design, Administration, and Reporting of the Research
- The survey administrator must be qualified by education and experience as an expert in survey research. Most appraisers will not have the specialized knowledge to prepare a formal market survey. The USPAP Competency Rule requires that an appraiser either have the knowledge and expertise necessary to complete the appraisal, or disclose the lack of knowledge or expertise to the client. The appraiser is responsible for any "analytical method" used in the assignment, which would include the appropriate theory of the method, its proper application, and an interpretation of the results.[16]
- The survey administrator must continuously and closely supervise all steps in the process.
- Bias can intentionally or inadvertently be inserted into market surveys in a variety of ways, including client characterization of the facts and the problem to be addressed; selection of the data base; elimination of outliers; selection of the survey population; selection of survey questions and wording; characterization of the facts for survey participants; and omission of key facts from a description of the factual situation.
- The methods, procedures, and data must be verifiable and replicated by other similarly knowledgeable experts. Implicit in this requirement is that the expert provide detailed methods, procedures, data, and data sources for other experts to replicate and test.
- Anticipate attacks on all aspects of the survey and prepare defenses and counterarguments.
- Consider the use of a pilot market survey—it will save time and is less expensive than having to redo an entire survey if a flaw is discovered upon completion.

---

16. *Uniform Standards of Professional Appraisal Practice*, 2000 ed., The Appraisal Foundation, Washington, D.C., 2001.