6100

# The "Cleanup": How Much Plutonium Remains?
