15A

THE DENVER POST

Police may face random drug tests Denver & West/ 1B

Co-pilot in New York pressed wrong button See below

Cubs, A's both maintain leads with wins Sports/ 1D

# THE DENVER POST

*Voice of the Rocky Mountain Empire*

Clearing, Sunny
Highs 66-71

September 23, 1989

Rockies Edition

PLAINTIFFS'
EXHIBIT
P-731
90-CV-181

# Rockwell out as Flats contractor

**By Thomas Graf and Beth Frerking**
Denver Post Staff Writers

In a surprise announcement, the U.S. Department of Energy said yesterday it will replace the contractor at its Rocky Flats nuclear weapons plant, Rockwell International Corp.

Wellesley, Mass.-based EG&G Inc. soon will take over operation of the plant, the

■ **NEW FACES:** EG&G a key nuclear contractor/8A
■ **REACTIONS:** Officials say problems won't go away./9A

The announcement came just one day after Rockwell sued the Energy Department and other agencies. Rockwell sought assurances that it would not be prosecuted for future violations of federal environmental laws forced on the company by terms of its Rocky Flats contract.

Rockwell and Energy Department offi-

cials are under investigation by a federal grand jury in Denver that is probing alleged environmental crimes at the plant, 15 miles northwest of Denver.

In a two-paragraph statement released late yesterday, Energy Secretary James D. Watkins said he and Rockwell Chairman Donald R. Beall "have mutually agreed that it would be in the best interest of both parties ... to provide for the orderly transition to the new operator in the near future."

EG&G, a $1.4 billion scientific engineering firm, is the primary contractor at

three Energy Department nuclear facilities. Representatives of the company will arrive at Rocky Flats on Monday.

Rockwell will continue to operate the plant during the transition, which is expected to take "a few months," said Energy Department spokeswoman Catherine Kaliniak.

Gov. Roy Romer said last night that he had been assured by Deputy Energy Secretary Henson Moore that Rocky Flats employees other than top Rockwell executives will keep their jobs. There will be changes in top-level management, he said,

"but people who do the jobs at Rocky Flats will stay."

Rockwell employs 5,000 of the roughly 6,000 workers at Rocky Flats.

Few details were available on negotiations that transpired before yesterday's announcement. But Kaliniak did say that the Energy Department's contract with EG&G would be modified to reflect the new importance Watkins is putting on environmental health and safety in awarding performance bonuses to contractors.

Please see FLATS on 8A

Case No. 1:90-cv-00181-JLK   Document 2040-3   filed 01/23/06   USDC Colorado   pg 3 of 5

# Rockwell Corp. star faded after promising '75 start

**By Judith Brimberg**
*Denver Post Staff Writer*

When Rockwell International Corp. became the operator of Rocky Flats 14 years ago, company President Robert Anderson promised to run the plant in "the safest, most efficient and most economical manner possible."

The aerospace firm succeeded Dow Chemical Co. as plant manager on June 30, 1975.

The promising start and achievements over the years contrast sharply to events of recent months and the announcement yesterday that the federal government was canceling its contract with Rockwell to run the plant.

A long-running U.S. Justice Department investigation of Rocky Flats was revealed in June when scores of agents raided the north Jefferson County plant, where plutonium triggers for nuclear weapons are made.

A special grand jury has been empaneled to investigate alleged violations of federal environmental laws.

Safety concerns have dogged Rockwell since the first year it ran Rocky Flats. That year, two incidents in the plant's plutonium recovery area triggered an intensive examination of equipment and procedures.

The year 1978 brought the first strong wave of criticism of Rocky Flats under Rockwell's management.

The late Carl Johnson, then director of the Jefferson County Health Department, claimed that "highly significant" cesium contamination near Rocky Flats suggested that there had been an unreported nuclear fission accident at the plant, which might have released dangerous amounts of radiation. That allegation was vehemently denied by the plant.

And militant protesters who called themselves the Rocky Flats Truth Force began regular occupations of a railroad spur near the plant. The Rocky Flats protests were to continue for the next 11 years.

In April 1979, between 10,000 and 15,000 protesters turned out to watch anti-war activist Daniel Ellsberg, the man who had leaked the secret "Pentagon Papers" to the press, burn a stock dividend check from Rockwell.

In the early 1980s, plant operators reported radioactive emissions had an "imperceptible impact on people living within a 50-mile radius of Rocky Flats."

Yet questions about plant operations persisted. State officials asked why they hadn't been notified about a July 1983 industrial accident. That same year, an estimated 17,000 people linked arms plant around the plant in protest of operations there.

Maintenance problems at a new plutonium recycling building in 1985 forced Rockwell to spend $46 million to fix up an old plutonium reprocessing facility.

Recently, state and federal agencies had begun to get tougher about the handling of hazardous or radioactive wastes at Rocky Flats. The U.S. Environmental Protection Agency proposed fines against Rockwell International for improper disposal of cancer-causing substances and other violations.

And after opposition from environmental groups and the Colorado Department of Health, the Energy Department abandoned plans to burn 3,100 pounds of radioactive waste. Instead, Rockwell decided to ship the waste to Nevada.

Last year, the Energy Department temporarily closed the main plutonium processing building at Rocky Flats because of safety concerns after three workers entered a potentially dangerous area without protection.

---

# Pullout won't hurt Rockwell profits

**By Peter Sleeth**
*Denver Post Business Writer*

In leaving Rocky Flats behind, Rockwell International Corp. is ridding itself of an embarrassing problem that will hardly affect the huge company's bottom line, analysts said yesterday.

Rockwell, is losing a relatively small $9.4 million in annual revenues it received for managing the nuclear weapons plant, while disposing of a controversy that was...

### AT A GLANCE

...ence," Harris said. "I would think at this point they are probably relieved to be rid of the facility."

The company's operations at Rocky Flats are under investigation by a federal grand jury probing alleged environmental crimes at the plant.

An industry leader in space and defense technology, Rockwell reported net income for its third fiscal quarter, which ended June 30,...

What Rockwell lost in abandoning the plant is a annual performance-based management fee that totaled $9.4 million in 1988. The beauty of the contract, Harris said, was that Rockwell earned the money with virtually no investment of capital or equipment. Rockwell received another $480 million annually for salaries and operations, paid by the U.S. Department of Energy, which owns the plant.

---



**TOP LEADER:** John M. Kucharski, EG&G chairman and CEO.

**IN NEVADA:** EG&G also has contract with the Energy Department at the Nevada Test Site.

# EG&G a key nuclear contractor

## Growing company founded by Manhattan Project scientists

**By Adriel Bettelheim**
*Denver Post Business Writer*

The company chosen to replace Rockwell International Corp. as Rocky Flats' operator has in recent years become a major contractor in the nation's nuclear weapons system.

EG&G Inc. of Wellesley, Mass., was founded in 1947 by scientists who participated in the Manhattan Project that developed the atomic bomb.

The company, with 25,000 employees and annual sales of $1.4 billion, manages several sites linked with the U.S. nuclear arsenal. More than 30 percent of its revenues come from U.S. Department of Energy-related work, a factor that has troubled analysts because of liability concerns at some of the sites.

A look at EG&G reveals a complex entity with 152 businesses making products from meters and valves to X-ray equipment used... Rocky Flats in the nation's nuclear weapons chain. Waste from pluto-

[...] nuclear weapon [...] while dis- [...] posing of a controversy that was straining the defense contractor's relations with the federal government.

Rockwell put itself in the best situation possible under the circumstances, said Lawrence Harris, an analyst with investment firm Bateman Eichler, Hill Richards in Los Angeles.

The loss of profit from Rockwell's Rocky Flats operations "is not going to make much difference in [...] defense technology. Rockwell reported net income for its third fiscal quarter, which ended June 30.

Based in El Segundo, Calif., Rockwell is best known for its work on the space shuttle and the B-1B bomber. Rockwell had operated the Rocky Flats facility, which manufactures triggers used to detonate nuclear warheads, since 1975.

[...] million annually for salaries and operations, paid by the U.S. Department of Energy, which owns the plant.

Rockwell takes away 14 years of experience in nuclear weapons production that will be of significant help in its aerospace division, said Harris. "The reason they did it in the first place was the exposure to the nuclear technology and the spinoffs that could result for other defense department contracts."

[...] with 152 businesses making products from meters and valves to X-ray equipment used at airport security checkpoints

But its fastest growing business comes from managing nuclear facilities for the government, among them the Idaho National Engineering Laboratory near Idaho Falls, the Nevada Test Site northwest of Las Vegas and the Mound Laboratory in Miamisburg, Ohio.

EG&G earlier this month gained headlines by winning a $200 million Army contract to build and operate a chemical weapons disposal plant at the Tooele Army Depot in Utah. The site will be used to destroy nerve and mustard gases packaged in artillery shells, mortars and rockets.

That contract, combined with yesterday's announcement that the company will assume management of Rocky Flats, could help EG&G reach its goal of 15 percent annual earnings growth by 1992.

In EG&G's annual report for 1988, company Chairman John M. Kucharski said the company is pursuing new and expanded involvement in long-term government contracts. Revenues in 1988 from Energy Department work increased more than $45 million

## TOP LEADER: John M. Kucharski, EG&G chairman and

from the year earlier.

The Value Line Investment Survey gives EG&G an A+ rating for financial strength. But in a report released yesterday, analyst Lucien Virgile said the 15 percent goal probably won't be met, due in part to continuing controversy surrounding environmental and safety problems at some Energy Department facilities.

Rocky Flats in the nation's nuclear weapons chain. Waste from plutonium fabricating at Rocky Flats is sent to Idaho for processing. Tritium produced at Rocky Flats makes its way to Mound Laboratory. And low-level radioactive waste from work at Mound is, in turn, shipped to the Nevada Test Site.

Despite the concerns, analysts give EG&G's management generally high marks. Jeremy Tannenbaum, of Solomon Brothers Inc., earlier this year credited Kucharski for getting earnings on track.

"He's very much a hands-on manager with a coherent vision of what the company needs to do to keep growing," Tannenbaum said.

Much of EG&G's inspiration came from a group of nuclear pioneers who formed the company soon after World War II. The group included Bernard J. O'Keefe, who built the firing circuits for the atomic bombs that leveled Hiroshima and Nagasaki and received a presidential citation for his efforts.

But O'Keefe, who died this year, spoke out against the nuclear arms race in his later years.

## Informants intimidated, group says

**By Eric Anderson**
States News Service

WASHINGTON — A Washington advocacy group is charging that two Rocky Flats whistle-blowers were subjected to "retaliatory security clearance interviews" by a Department of Energy investigator after they testified about alleged fraud at the plant.

The Government Accountability Project, a private group that represents both workers, also says a third whistle-blower was subjected to biased security clearance interviews. That person no longer works at the plant.

Two employees told a House subcommittee in 1987 that the plant's model shop was used for manufacture "exotic personal items" for Rockwell International Corp. and department officials. The model shop is where prototypes of equipment are manufactured.

One witness estimated that the production of jewelry, grandfather clocks, wine presses and other items at the shop cost taxpayers more than $1 million.

Rockwell's contract fee for running Rocky Flats was reduced by $150,000 because of that, according to a Rockwell spokesman.

The project says the three workers were forced to undergo security interviews 13 months later because they reported the fraud to Congress.

Many of charges were submitted in written testimony this week to the House Armed Services Investigation Subcommittee, which is considering legislation to protect whistle-blowers employed by the Department of Energy or Defense Department contractors. The sponsor is Rep. Pat Schroeder, a Denver Democrat.

The workers still have not heard the status of their clearance reviews.

## Rockwell won't drop suit

**FLATS from Page 1A**

Rockwell's 1989 bonuses of between $4 million and $5 million were frozen by the Energy Department after June 6, when more than 70 federal agents raided the plant in search of evidence of alleged environmental crimes.

Neither Rockwell nor DOE would comment on the status of the frozen bonuses.

Rockwell spokesperson Virnell Bruce said the company's lawsuit against the government will not be dropped.

Watkins and other top Energy Department officials could not be reached last night. EG&G officials also were unavailable for comment.

But Rep. David Skaggs, a Boulder Democrat whose district includes Rocky Flats, said Energy Department Undersecretary John Tuck briefed him late yesterday.

"It was characterized to me as a 'no-fault divorce,' in which everybody agreed they would not take shots at the other side," Skaggs said.

However, Skaggs surmised that the Energy Department probably moved to end the relationship with Rockwell.

"Obviously the Department of Energy had to have had ongoing discussions with EG&G that enabled this announcement, and that certainly suggests that they saw the relationship with Rockwell as very tenuous," Skaggs said. "My guess is, the lawsuit pushed them over the edge."

EG&G has worked as a contractor for the Energy Department, running various operations at its Nevada nuclear test site, where the Massachusetts firm has earned a good reputation. Skaggs said.

However, Skaggs said department officials told him "that this will be a major increase in scope of operations compared to anything EG&G has done before."

EG&G is no stranger to Rocky Flats. One of its divisions — EG&G Energy Measurements Inc. of Las Vegas, Nev., — was involved in a scientific survey this summer of environmental and radioactive conditions at the plant.

And Nat Muillo, the Environmental Protection Agency official overseeing the federal cleanup of Rocky Flats, said EG&G workers have been representing the Energy Department at routine hazardous waste meetings at Rocky Flats for several months.

Rocky Flats contract will force EPA to change some agreements and environmental orders directed at Rockwell, said Jack McGraw, EPA's deputy regional chief.

A U.S. Justice Department official in Denver said the contractor switch probably won't significantly affect the ongoing criminal investigation of Rocky Flats. Unionized workers at Rocky Flats are guaranteed jobs if there's a switch in contractors, said Jim Kelly, staff representative for the United Steelworkers of America, representing about 2,600 plant workers.

"I'm not really surprised that Rockwell is out," Kelly said. "At the beginning of the FBI raid, I had the feeling it was just the beginning. Then when they filed the lawsuit, I really felt somebody was trying to bring something to a head."

Romer said he doesn't expect employment cutbacks at the plant under EG&G because stricter environmental and safety requirements imposed on Rocky Flats by the state necessitate the present workforce.

Romer would not say whether he welcomes Rockwell's departure from the plant. However, he said, "I'm going to take this new operator as an opportunity (for them) to do a better job."

## ELEGANT Relaxation ■ HARDEN

SAVE 30% to 50% ON UPHOLSTERED HARDEN FLOOR SAMPLES!

More than elegant styling, Harden upholstery bespeaks a collection created to design, quality construction and strict attention to detail. Individually crafted, solid maple frames and an eight-way hand tied process provide durability and maximum seating comfort.

**Ivanhoe FURNITURE**
HURRY! OFFER ENDS SOON!

10697 E. Dartmouth • 695-8686
Mon. & Thurs. 9-8 Tues. Wed. Fri. or Sat. 9-5:30 Sun. 1-4

Saturday, September 23, 1989

THE DENVER POST

## CHANGES AT ROCKY FLATS

# Energy Dept. must still solve old problems, state officials insist

**By Alan Gottlieb**
Denver Post Staff Writer

Rocky Flats soon will be run by a new contractor, but the agency that hired Rockwell International Corp. to run the plant — the U.S. Department of Energy — still must resolve serious problems there, officials said last night.

"I am going to continue to hold the feet of DOE and the operator to the fire to be sure that there is no endangerment to the citizens of Colorado from the operation of the Rocky Flats plant," Gov. Roy Romer said in a written statement.

Other officials, while expressing dissatisfaction with the legacy Rockwell will leave, questioned the wisdom of bringing in a new operator — EG&G Inc. — at a time when the plant is facing crises.

"Over the last few months we had made progress in getting the attention of Rockwell and the DOE concerning problems at the plant," said Tom Looby, environmental chief for the Colorado Department of Health. "But it was a little early to tell whether Rockwell would perform all of the things we worked out in agreements with the DOE."

Rep. Pat Schroeder, a Denver Democrat, congratulated the Energy Department "for standing firm. I'm delighted they found a contractor who is willing to play by the rules.

"Everyone is sorry about the turbulence (during the transition) . . . but in the long term we'll be better off with a contractor with a better attitude," she said.

Officials in suburban communities that border the plant expressed some unease at the sudden and unexpected change. George DiChiero, Broomfield's city manager, said the city had established "pretty good" relations with Rockwell management over the past several months.

Neil Berlin, Arvada city manager, said the Energy Department may be avoiding the real problems. "The replacement of Rockwell isn't the issue. The issue is how we deal with waste out there, and the failure of the federal government to address that problem."

Several people last night speculated that a lawsuit Rockwell filed Wednesday against the federal government to bar any prosecution for future environmental violations at Rocky Flats forced a final confrontation with the Energy Department.

"It is a logical solution to the lawsuit that Rockwell brought," said U.S. Rep. Hank Brown, a Republican from Greeley. "It seems to end the controversy."

And Jim Kelly, staff representative for the United Steelworkers of America, which represents 2,600 Rocky Flats workers, said he felt Rockwell "was trying to bring the issue to a head" by filing the suit.

Kelly also said he and plant workers expect EG&G to abide by a "successor clause" in the union contract, which calls for any new contractor to abide by the terms of existing labor contracts.

A group of Rocky Flats workers discussing the new contractor over beer and pool at the Rocky Flats Lounge near the plant said they barely had time to think about the change before being bombarded with reporters' questions.

They said the announcement came so late in the day that Rockwell couldn't do much to keep the employees informed on what was happening. They praised Rockwell as a good employer.

Environmentalists said the change shows that Rockwell recognized problems at Rocky Flats aren't solvable.

"(Rockwell officials) have, in their own way, become whistle blowers," said Shira Flax, a spokeswoman for the Sierra Club in Washington, D.C. "They are saying, correctly, that the emperor has no clothes."

Jan Pilcher, a longtime Rocky Flats critic, agreed. "I don't know anything about EG&G. But I'm not sure you can produce nuclear weapons at Rocky Flats and stay within the law."