IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

---

### DEFENDANTS' STATEMENT REGARDING EXHIBITS
---

    Defendants state that all exhibits (in binder sets) will be ready to go at one time to the jury before they resume deliberations this morning, January 23, 2006.

Dated: January 23, 2006                           Respectfully submitted,

                                                      /s/ Stephanie A. Brennan
                                                      One of the Attorneys for the Defendants
                                                      David M. Bernick
                                                      Douglas J. Kurtenbach
                                                      Ellen Therese Ahern
                                                      Mark J. Nomellini
                                                      Stephanie A. Brennan
                                                      KIRKLAND & ELLIS LLP
                                                      200 East Randolph Drive
                                                      Chicago, Illinois 60601-6636

Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                              /s/ Kari Knudsen_____
                                              Kari Knudsen (legal assistant)