**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90–CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

## STIPULATION TO CLARIFY THE RECORD
## REGARDING CERTAIN EXHIBITS

Counsel for the parties having met and conferred, plaintiffs and defendants agree and stipulate that:

**Exhibits PG-026A** and **PG-100** are admitted as demonstrative exhibits.

**Exhibit P-731,** as redacted as of Jan. 23, 2006, is admitted as a newspaper article.

**Exh. P-1830**, consisting of 19 pages of the Sanchini diaries, as redacted, is admitted.

Plaintiffs withdraw their earlier submission of Exhibits P-1239 through P-1249 (the entire set of diaries).

The record reflects the admission of Defendants' Exhibit **DX2250A,** but that was in error. The admitted exhibit is **DX2258.**

Defendants agree that this Stipulation may be filed by plaintiffs on behalf of plaintiffs and defendants.

Respectfully submitted,

Dated: January 23, 2006

  /s  Jennifer MacNaughton  
Merrill G. Davidoff  
Peter Nordberg  
David F. Sorensen  
Jennifer MacNaughton  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
(215) 875-3000  
fax (215) 875-4604  
*jmacnaughton@bm.net*

Louise Roselle  
WAITE SCHNEIDER BAYLESS & CHESLEY  
Central Trust Tower, Suite 1513  
Cincinnati, OH 45202  
(513) 621-0267

Gary B. Blum  
Steven W. Kelly  
SILVER & DEBOSKEY, P.C.  
1801 York Street  
Denver, CO 80206  
(303) 399-3000

*Attorneys for Plaintiffs*

2

David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

    and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

    /s   Jennifer MacNaughton
    Merrill G. Davidoff
    Peter Nordberg
    Jennifer MacNaughton
    BERGER & MONTAGUE, P.C.
    1622 Locust Street
    Philadelphia, PA 19103
    (215) 875-3000
    fax (215) 875-4604
    *jmacnaughton@bm.net*

    *Attorney for Plaintiffs*