IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

---

## STIPULATION REGARDING EXHIBITS

---

Counsel for the parties have conferred and agree that the exhibits in the courtroom this morning are all of the exhibits admitted into evidence during trial and that these exhibits may be reviewed by the jurors during their deliberations.

Dated at Denver, Colorado, this __23__ day of January, 2006.

_____          _____
Attorney for Plaintiffs                                  Attorney of Defendants