IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

_____

**ORDER REGARDING EXHIBITS**
_____

This matter is before the Court on the Stipulation to Clarify the Record Regarding Certain Exhibits (Doc. No. 2043), filed January 23, 2006. Based on the agreement of the parties, it is

ORDERED that:

1.     Exhibits PG-026A and PG-100 are admitted as demonstrative exhibits.

2.     Exhibit P-731, as redacted as of Janury 23, 2006, is admitted as a newspaper article.

3.     Exhibit P-1830, consisting of 19 pages of the Sanchini diaries, as redacted, is admitted.

4.     Exhibits P-1239 through P-1249 are withdrawn.

5.     Exhibit DX-2258 is admitted.

Counsel have agreed that the exhibits in the courtroom on January 23, 2006, are the exhibits that have been admitted and may be reviewed by the jurors during their deliberations. Accordingly, it is

FURTHER ORDERED that by Thursday, January 26, 2006, the parties shall file lists of the admitted exhibits and indicate which of the exhibits are demonstrative exhibits.

Dated this 24th day of January, 2006.

                                     **s/John L. Kane**
                                     John L. Kane, Senior District Judge
                                     United States District Court