IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90–CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

**NOTICE OF FILING OF PLAINTIFFS' LIST OF
PLAINTIFFS' ADMITTED TRIAL EXHIBITS**

Attached hereto is a copy of Plaintiffs' Exhibit List of plaintiffs' admitted trial exhibits.

        Respectfully submitted,

Dated: January 24, 2006        /s Merrill G. Davidoff
        Merrill G. Davidoff
        Peter Nordberg
        David F. Sorensen
        BERGER & MONTAGUE, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        (215) 875-3000
        fax (215) 875-4604

Louise Roselle
WAITE SCHNEIDER BAYLESS &
CHESLEY
Central Trust Tower, Suite 1513
Cincinnati, OH 45202
(513) 621-0267

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

>David M. Bernick, Esq.
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL 60601
>
>and
>
>Joseph J. Bronesky, Esq.
>Sherman & Howard, LLC
>633 Seventeenth Street, Suite 3000
>Denver, CO 80202
>
>Attorneys for Defendants

>/s Merrill G. Davidoff
>Merrill G. Davidoff
>Peter Nordberg
>Jennifer MacNaughton
>BERGER & MONTAGUE, P.C.
>1622 Locust Street
>Philadelphia, PA 19103
>(215) 875-3000
>fax (215) 875-4604
>*jmacnaughton@bm.net*
>
>*Attorney for Plaintiffs*