**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

             v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**NOTICE OF FILING OF DEFENDANTS' ADMITTED TRIAL EXHIBITS LIST**
_____

       Attached hereto is a copy of Defendants' Admitted Trial Exhibits List.

Dated: January 24, 2006                            Respectfully submitted,

                                                              /s/ John E. Tangren_____
                                                               One of the Attorneys for the Defendants
                                                               David M. Bernick
                                                               Douglas J. Kurtenbach
                                                               Ellen Therese Ahern
                                                               Mark J. Nomellini
                                                               John E. Tangren
                                                               KIRKLAND & ELLIS LLP
                                                               200 East Randolph Drive
                                                               Chicago, Illinois 60601-6636
                                                               Phone:  312-861-2000
                                                               Fax:    312-861-2200

                                                              Joseph J. Bronesky
                                                               SHERMAN & HOWARD L.L.C.
                                                               633 Seventeenth Street, Suite 3000
                                                               Denver, Colorado 80202

Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

2

## CERTIFICATE OF SERVICE

  I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                /s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)