# Exhibit A

To: The Jury in Cook, et al., v. Rockwell, et al., 90-cv-181-JLK

You have asked the following question:
Please define the word "intentionally" in Question 2. Is it the same definition given in J/I 3.13 ~~(or 3.14)~~ on the nuisance claim?

The answer is "No. It is not the same."

Under Colorado law, the plaintiff need not prove that a defendant intended to commit a trespass. "Intentionally" in the context of the trespass claim refers to whether Dow or Rockwell or both of them intended to commit the act or acts that in the usual course of events resulted in the trespass. (See Instruction No. 3.2, second element, page 35 of the Instructions.) There must, however, be a causal connection b/n the acts intended + the resulting trespass.

January 24, 2006                        John L. Kane