# Exhibit B

Intent and trespass claim:

The instructions regarding "intentional conduct" for purposes of deciding the nuisance claim do not apply in deciding the trespass claim, and specifically, to determining the second element of the trespass claim as stated in Instruction No. 3.2 and Questions A.2 and B.2 of the Jury Verdict Form.

Under Colorado law, the plaintiff need not prove that a defendant intended to commit a trespass. (CJI 4th: Civ. 18:1 note 4; *Burt v. Beautiful Savior Lutheran Church*, 809 P.2d 1064, 1067 (Colo. Ct. App. 1991). "Intentionally" in the context of the trespass claim refers to whether the defendant intended to commit the act or acts that "in the usual course of events" resulted in the trespass. *See* Instruction No. 3.2 (second element).

*Hoery*: "A landowner who set in motion a force which, in the usual course of events, will damage property of another is guilty of a trespass on such property."