# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### No. 90–CV-00181-JLK

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

### NOTICE OF FILING OF PLAINTIFFS' REVISED LIST OF PLAINTIFFS' ADMITTED TRIAL EXHIBITS

    Attached hereto is a revised copy of the list of Plaintiffs' Admitted Trial Exhibits.

Defendants agree that this list may be shown to the jury.

                                                                            Respectfully submitted,

Dated: January 26, 2006                                         /s Merrill G. Davidoff
                                                                       Merrill G. Davidoff
                                                                       Peter Nordberg
                                                                       David F. Sorensen
                                                                       BERGER & MONTAGUE, P.C.
                                                                       1622 Locust Street
                                                                       Philadelphia, PA 19103
                                                                       (215) 875-3000
                                                                       fax (215) 875-4604

Louise Roselle
WAITE SCHNEIDER BAYLESS &
CHESLEY
Central Trust Tower, Suite 1513
Cincinnati, OH 45202
(513) 621-0267

Gary B. Blum
Steven W. Kelly
SILVER & DEBOSKEY, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

    and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

    _____
    Merrill G. Davidoff
    Peter Nordberg
    Jennifer MacNaughton
    BERGER & MONTAGUE, P.C.
    1622 Locust Street
    Philadelphia, PA 19103
    (215) 875-3000
    fax (215) 875-4604
    *jmacnaughton@bm.net*

    *Attorney for Plaintiffs*