IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-K-181**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

_____

**ORDER SEALING TRANSCRIPT
FROM PROCEEDINGS ON JANUARY 25, 2006**
_____

Kane, J.

    For the reasons stated in the proceedings held yesterday morning regarding the dismissal of a juror in this case, the transcript from yesterday's proceedings is SEALED. Counsel may discuss the proceedings and replicate the transcript for use in their internal discussions with co-counsel and clients, but may not provide copies of the transcript or disclose its to anyone else without leave of Court for good cause shown. It should be clarified that only the proceedings related to the dismissal of the juror are deemed confidential; other matters discussed are and should remain of public record. Leave to replicate and disclose nonconfidential portions of the transcript will be given freely, upon written request by the parties.

    Dated this 26th day of January, 2004.

                                                   **s/John L. Kane**
                                                 Senior U.S. District Judge