IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## ORDER

Kane, J.

This matter is before me on Plaintiffs' Proposed Supplemental Jury Instruction (Docket #2052), filed January 25, 2006. Plaintiffs are correct that Jury Instruction Nos. 4.2 and 4.5 need to be revised to reflect that eight jurors rather than nine must reach agreement now that the jury numbers ten instead of eleven. Although the jury is aware of this change as result of the answer I provided, after notice to counsel, to its question on this point yesterday, I also concur that a supplemental instruction confirming this change is appropriate. Accordingly, I intend to provide the jury with a new, supplemental Instruction No. 4.6 and revised copies of Instruction Nos. 4.2 and 4.5, as set forth in Attachment A, before it ends its deliberations for the day at 4:00 PM. If the parties wish to submit any comments on these new and revised instructions, they shall file them no later 2:30 PM today.

Dated this 26th day of January, 2006.

    **s/John L. Kane**
John L. Kane, Senior District Judge
United States District Court

**ATTACHMENT A**

New - January 26, 2006

**INSTRUCTION NO. 4.6**

<u>Number of Jurors Necessary to Reach Agreement</u>

Yesterday in court, I re-read certain instructions to you. As you are aware from a note I sent you that same day in response to a question from you, the instructions I re-read to you were incorrect in one respect. That respect is that now that a second juror has been excused, and there are ten of you remaining rather than eleven, it is no longer necessary for nine of you to agree to reach a decision on questions on the verdict form. Only eight of you must now agree.

Along with this new instruction No. 4.6, I am providing you with revised copies of Instruction Nos. 4.2 and 4.5 that have been corrected to show that the agreement of eight jurors is necessary to answer the questions on the Jury Verdict Form. You should continue your deliberations with this change in mind.

Revised January 26, 2006

## INSTRUCTION NO. 4.2

<u>Jury - Deliberations</u>

When you go to the jury room to begin your deliberations, you must elect one member of the jury as your Presiding Juror. He or she will preside over your deliberations and speak for you here in court.

You will then discuss the case with your fellow jurors to reach agreements if you can do so. In order to answer any question on the Verdict Form, eight jurors must agree upon the answer. It is not necessary that the jurors who agree on the answer be the same jurors who agreed on the answer to any other question, so long as eight jurors agree to each answer.

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it with your fellow jurors, and listened to the views of your fellow jurors. I offer some suggestions on how you might do this in the next jury instruction, entitled "Jury - The Deliberations Process."

Do not be afraid to change your opinion if the discussion persuades you that you should. But do not come to a decision simply because other jurors think it is right.

It is important that you attempt to reach agreement to answer the questions on the Verdict Form, but, of course, only if each of you can do so after having made your own conscientious decision. Do not change an honest belief about the weight of the evidence simply to reach an answer.

Revised January 26, 2006

## INSTRUCTION NO. 4.5

<u>Jury Verdict Form</u>

You will each have copies of a document called a Jury Verdict Form. You are instructed to answer the questions in each Jury Verdict Form as directed in that form.

In order to answer any question on the Jury Verdict Forms, eight jurors must agree upon the answer. It is not necessary that the jurors who agree on the answer be the same jurors who agreed on the answer to any other question, so long as eight jurors agree to each answer.

Upon arriving at an agreement, your Presiding Juror will insert each answer on the Jury Verdict Form. After all of the questions have been answered as directed by the Jury Verdict Form, your Presiding Juror will date Jury Verdict Form, sign it, and then ask all of the other jurors to sign it.

After you have filled out the Jury Verdict Form in this manner, your Presiding Juror should advise the court security officer stationed outside the jury room that you have reached a verdict.