IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date:  January 19, 2006                                      Reporter: Janet Coppock
                                                             Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                                        Merrill Davidoff
                                                             Louise Roselle
Plaintiffs,                                                  David Sorensen
                                                             Peter Nordberg
v.

ROCKWELL INTERNATIONAL CORPORATION                           David Bernick
and THE DOW CHEMICAL COMPANY,                                Douglas Kurtenbach

Defendants.
_____

**MINUTE ORDER AND COURTROOM MINUTES**
_____


    **ORDERED:** Based on the stipulations of counsel and the Court's ruling on exhibits, the following motions are denied as moot:

    1.    Motion to Clarify the Record to Reflect Admission of DX328A (Doc. No. 1723), filed December 2, 2005;

    2.    Motion to Clarify the Record to Reflect the Admission of Specific RAC and ChemRisk Reports Bearing Specific Exhibit Numbers (Doc. No. 1724), filed December 2, 2005;

    3.    Motion to Supplement Admission of Exhibits Used During the Cross-Examination of Ronald Avery (Doc. No. 1727), filed December 4, 2005.

    4.    Amended Motion to Amend/Correct/Modify Motion to Supplement Admission of Exhibits (Doc. No. 1970), filed January 12, 2006;

5. **Unopposed Motion to Admit Wise Exhibits (Doc. No. 1971), filed January 12, 2006;**

6. **Motion to Admit Documents (Doc. No. 1972), filed January 13, 2006;**

7. **Motion to Clarify the Record Regarding Certain Exhibits, and Motion to Admit Exhibits (Doc. No. 2000), filed January 17, 2006; and**

8. **Defendants' Motion to Exclude Sanchini Journals (Doc. No. 2014), filed January 18, 2006.**

**Jury Trial - Day Fifty**

**9:05 p.m.**     **Court in session.**

Jury not present.

**ORDERED:** **Defendants' Motion for Clarification (Doc. No. 2020), filed January 19, 2006, is granted as set forth on the record.**

Jury present.

9:08 a.m.     Closing argument by Mr. Bernick.

10:29 a.m.     Jury excused.

Court requests that the spectators do not comment about this case in the hallway or elevators.

**10:30 a.m.**     **Court in recess.**
**10:49 a.m.**     **Court in session.**

10:50 a.m.     Continued closing argument by Mr. Bernick.

**12:23 p.m.**     **Court in recess.**
**1:51 p.m.**     **Court in session.**

Jury present.

1:53 p.m.     Continued closing argument by Mr. Bernick.

2

**3:06 p.m.        Court in recess.**
**3:25 p.m.        Court in session.**

Jury present.

3:27 p.m.       Continued closing argument by Mr. Bernick.

**4:30 p.m.        Court in recess.**

Time in court - 5:19.  Trial continued.