**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Senior Judge John L. Kane

Date:  January 20, 2006                         Reporter: Janet Coppock
                                                Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Louise Roselle |
| Plaintiffs, | David Sorensen |
| | Peter Nordberg |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

**MINUTE ORDER AND COURTROOM MINUTES**
_____

   **ORDERED:**  Motion Regarding Numbering of Duplicate Exhibits (Doc. No. 2026), filed January 20, 2006, is granted.

**Jury Trial - Day Fifty-One**

**9:11 a.m.**     **Court in session.**

Jury not present.

Argument by counsel.

Jury present.

9:15 a.m.     Rebuttal argument by Mr. Davidoff.

**10:15 a.m.     Court in recess.**
**10:45 a.m.     Court in session.**

Jury present.

Court instructs the jury.

**12:15 p.m.    Court in recess.**
**12:30 p.m.    Court in session.**

Further instructions to the jury.

Court security officer sworn.

Jury excused to deliberate.

**12:34 p.m.    Court in recess.**

Time in court - 2:38.  Trial continued.