**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  January 20, 2006                                Reporter: Janet Coppock
                                                       Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                                  Merrill Davidoff
                                                       Louise Roselle
Plaintiffs,                                            David Sorensen
                                                       Peter Nordberg
v.

ROCKWELL INTERNATIONAL CORPORATION                     David Bernick
and THE DOW CHEMICAL COMPANY,                          Douglas Kurtenbach

Defendants.
_____

**MINUTE ORDER AND COURTROOM MINUTES**
_____


**ORDERED:** Motion Regarding Numbering of Duplicate Exhibits (Doc. No. 2026), filed January 20, 2006, is granted.


**Jury Trial - Day Fifty-One**

**9:11 a.m.     Court in session.**

Jury not present.

Argument by counsel.

Jury present.

9:15 a.m.     Rebuttal argument by Mr. Davidoff.

**10:15 a.m.     Court in recess.**
**10:45 a.m.     Court in session.**

Jury present.

Court instructs the jury.

**12:15 p.m.    Court in recess.**
**12:30 p.m.    Court in session.**

Further instructions to the jury.

Court security officer sworn.

Jury excused to deliberate.

**12:34 p.m.    Court in recess.**

Time in court - 2:38.  Trial continued.