**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  January 24, 2006                          Reporter: Gwen Daniel
                                                 Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                            Merrill Davidoff

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION               David Bernick
and THE DOW CHEMICAL COMPANY,                     Douglas Kurtenbach

Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Fifty-Three**

Jury continues to deliberate.

**4:10 p.m.      Court in session.**

Jury not present.

Discussion regarding a note from the jury.

Argument by counsel.

Court will respond to the jury's note as set forth on the record.

**4:30 p.m.      Court in recess.**

Time in court - 00:20.  Trial continued.