**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

No. 90-cv-181-JLK

---

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**

---

### PLAINTIFFS' STATEMENT RE DEFENDANTS' RESPONSE
### TO JURY'S QUESTION RE SETOFF

---

Plaintiffs respectfully hereby respond to Defendants' filing [Ct. Rec. 2073] regarding the jurors' question re defendants' affirmative defense of setoff.

Plaintiffs understand that the Court is requesting clarification from the Jury about the instruction(s) to which their question relates. If the Jury's reply includes Instruction 3.25, the Court's previously provided draft answer should be provided to the Jury, with one minor change. It appears that in line 4, the word "value" was omitted inadvertently after the word "their".

Plaintiffs believe the Court has correctly understood the jurors' question and has drafted an appropriate response. By contrast, Plaintiffs *object* to defendants' proposed language, on the grounds that the jury has specifically inquired about the affirmative defense of setoff – and not about Instruction No. 1.8, nor about whether defendants have offered evidence in opposition to plaintiffs' claims. To add defendants' proposed language would turn the Court's neutral and precise response

into a prejudicial and confusing one.  The jury's relatively straightforward inquiry should not be distorted to allow the defendants to once again argue their entire case, which defendants' proposed response would entail.

Respectfully submitted,

Dated: January 31, 2006

s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
David F. Sorensen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Attorneys for Plaintiffs
And the Class

## CERTIFICATE OF SERVICE

  I hereby certify that on January 31, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

  David M. Bernick, Esq.
  Kirkland & Ellis LLP
  200 East Randolph Drive
  Chicago, IL 60601

    and

  Joseph J. Bronesky, Esq.
  Sherman & Howard, LLC
  633 Seventeenth Street, Suite 3000
  Denver, CO 80202

  Attorneys for Defendants

                s/ Peter Nordberg
                Peter Nordberg