## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

## DEFENDANTS' RESPONSE TO THE COURT'S FEBRUARY 1, 2006 PROPOSED RESPONSE TO THE JURY'S <u>SECOND</u> JANUARY 31, 2006 QUESTION REGARDING DEFENDANTS' AFFIRMATIVE DEFENSE

_____

      In response to the Court's request for clarification on an earlier question asked on January 31, 2006, the jury asked on the same day: "Does the Defendants Affirmative Defense J/I 1.8 Apply to Trespass/Dim in Value & Nuisance?  Do they have the burden of proof to prove they did not trespass, nuisance or effect potential Diminution in property value.  Or does it only apply to set-off - JI 3.25."

      Defendants have no objection to the Court's February 1, 2006 proposed response, with this exception:  In the first paragraph, the Court states in the second sentence:  "Nor do Defendants have the burden of proving that any trespass or nuisance you find they committed did not affect the value of Class properties."  This should be re-worded, in defendants' view, to say: "Defendants have no burden of proving that there was not a diminution in value of Class Properties."  That is in accordance with the Court's instructions (and the law) and it is directly responsive to the jury's question, namely, "Do they [defendants] have the burden … to prove

they did not ... effect potential Diminution in property value?"  In addition, the Court's language,

by referring to "any trespass or nuisance you find they committed" could be read to suggest that

the jury should find that defendants committed such a trespass or nuisance, which would be

error.  The reformulation suggested by defendants above eliminates that problem.


Dated:  February , 2006                    Respectfully submitted,



                                           s/ John E. Tangren_____
                                           One of the Attorneys for the Defendants
                                           David M. Bernick
                                           Douglas J. Kurtenbach
                                           Ellen Therese Ahern
                                           Mark J. Nomellini
                                           John E. Tangren
                                           KIRKLAND & ELLIS LLP
                                           200 East Randolph Drive
                                           Chicago, Illinois 60601-6636
                                           Phone:  312-861-2000
                                           Fax:     312-861-2200

                                           Joseph J. Bronesky
                                           SHERMAN & HOWARD L.L.C.
                                           633 Seventeenth Street, Suite 3000
                                           Denver, Colorado 80202
                                           Phone:  303-297-2900
                                           Fax:     303-298-0940

                                           Attorneys for ROCKWELL
                                           INTERNATIONAL CORPORATION and
                                           THE DOW CHEMICAL COMPANY

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


s/ Kari Knudsen_____
Kari Knudsen (legal assistant)