**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' RESPONSE TO THE PLAINTIFFS' FEBRUARY 1, 2006 PROPOSED
RESPONSE TO THE JURY'S <u>SECOND</u> JANUARY 31, 2006 QUESTION REGARDING
DEFENDANTS' AFFIRMATIVE DEFENSE (DOCUMENT 2076)**
_____

      Plaintiffs' proposal creates confusion and is erroneous, for at least two reasons.  First, it is now clear from the jury's question late in the day on January 31st that the jury was not asking about the subject of the paragraph plaintiffs now propose.  The jury is asking about the burden of proof.  The jury did not ask whether they should consider "any 'prior market discount' at which Class Members may have purchased their properties in deciding whether there is a difference between the actual value of the Class Properties and what their value would have been but for any trespass or nuisance you have found."  Consequently, there is no need to answer any such question, particularly with this language.  Second, defendants reiterate the points they made in yesterday's filing (Document 2073) with respect to the Court'' proposal of yesterday which plaintiffs now ask the Court to adopt in part.

Dated: February , 2006						Respectfully submitted,


							s/ John E. Tangren_____
							One of the Attorneys for the Defendants
							David M. Bernick
							Douglas J. Kurtenbach
							Ellen Therese Ahern
							Mark J. Nomellini
							John E. Tangren
							KIRKLAND & ELLIS LLP
							200 East Randolph Drive
							Chicago, Illinois 60601-6636
							Phone:  312-861-2000
							Fax:     312-861-2200

							Joseph J. Bronesky
							SHERMAN & HOWARD L.L.C.
							633 Seventeenth Street, Suite 3000
							Denver, Colorado 80202
							Phone:  303-297-2900
							Fax:     303-298-0940

							Attorneys for ROCKWELL
							INTERNATIONAL CORPORATION and
							THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

      I hereby certify that on February , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


                                        s/ Kari Knudsen_____
                                        Kari Knudsen (legal assistant)