**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date:  January 31, 2006                           Court Reporter: Janet Coppock
                                                  Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                             Merrill Davidoff
                                                  Peter Nordberg
Plaintiffs,                                       David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION                David Bernick
and THE DOW CHEMICAL COMPANY,                     Douglas Kurtenbach

Defendants.
_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Fifty-Eight**

**8:40 a.m.      Court in session.**

Jury not present.

Discussion regarding a note from the jury and the Court's response.

**8:45 a.m.      Court in recess.**

Jury continues to deliberate.