# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  February 1, 2006                                    Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | David Sorensen |
| | Louise Roselle |
| v. | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Jury Trial - Day Fifty-Nine**

Jury continues to deliberate.