IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

 Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

 Defendants.

---

**ORDER**

---

Kane, J.

 Defendants' Notice of Filing of Court's Jury Instructions, filed January 31, 2006, is stricken. The court's jury instructions in this case are a matter for the court to record, not the parties. All instructions to the jury in this case from the start of trial to its conclusion are set forth in the trial transcript and thus are already of record. A separate copy of the final jury instructions will also be filed when the jury returns its verdict. The addition of Instruction No. 4.6 and revisions to Instruction Nos. 4.2 and 4.5 as a result of a juror being excused after deliberations began are also a matter of record, and will be further recorded by the filing of the final jury instructions. Both parties' proposed instructions and objections to each other's proposed instructions and to the court's revised instructions are also a matter of record. Defendants' "Notice of Filing of Court's

Jury Instructions" is therefore superfluous and is potentially confusing to the extent it or any of its attachments are inconsistent with the existing court record.

Accordingly, I ORDER Defendants' Notice of Filing of Court's Jury Instructions, filed January 31, 2006, stricken and deleted from the record in this matter.

Dated this 1st day of February, 2006.

                                         **s/John L. Kane**
                                         John L. Kane, Senior District Judge
                                         United States District Court