IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

Defendants.

---

STIPULATION REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 25th day of January, 2006.

BY THE COURT:

_____
John L. Kane, Senior Judge
United States District Court

_____        _____
Attorney for Plaintiffs                                    Attorney of Defendants