IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

_____

**DEFENDANTS' PROPOSED RESPONSE TO THE JURY'S FEBRUARY 3, 2006
QUESTION REGARDING JURY INSTRUCTION NO. 3.22**
_____

      Defendants were informed on the afternoon of February 3, 2006 that the Court received the following question from the jury:

> In considering JI 3.22, are we to consider only the amount of diminution common to the entire class as a whole?

Defendants' proposed response to the jury's question is as follows:

> Yes. In considering JI 3.22, you are to consider only the amount of diminution common to the entire class as a whole. As stated in JI 3.1 (Introduction to Plaintiffs' Claims), "Plaintiffs' claims are made and must be proved for the Class as a whole as stated in the instructions for each claim that I am about to give you. Individual claims by individual Plaintiffs are not to be decided in this trial."

Dated: February 3, 2006                              Respectfully submitted,

                                                          s/ John E. Tangren_____
                                                          One of the Attorneys for the Defendants
                                                          David M. Bernick
                                                          Douglas J. Kurtenbach
                                                          Ellen Therese Ahern

2

Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone: 312-861-2000
Fax:    312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


               s/ Kari Knudsen_____
               Kari Knudsen (legal assistant)

3