**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' PROPOSED RESPONSE TO
JURY'S QUESTION RE: DIMINUTION MEASURE**
_____

    Plaintiffs respectfully submit this proposed response to the jury's question today regarding class damages for diminution in value. The question is, "In considering JI 3.22 are we to consider only the amount of diminution common to the entire class as a whole?" Plaintiffs proposed answer is as follows:

    No. You should consider the sum total of all diminution in value experienced by Class members under Instruction No. 3.22, even if some Class members may have experienced more diminution than others. As explained in Instruction No. 3.23, individual Class members' share of any damages you award will be determined in later proceedings.

    The Instructions and Verdict Form require that you report your findings on damages in two ways. First, you must report your findings on the percentage by

which Class Properties in each property category were diminished or depressed in value. The Verdict Form also refers to this figure as "Percentage Undervaluation." *See* Verdict Form, Paragraphs E & F, Questions 3, 8, 13, & 16. As stated in the Verdict Form, this figure should be an average. The diminution suffered by some Class Properties may be greater than the average, while that suffered by others may be less than the average.

Second, as also explained in Instruction No. 3.23 and the Verdict Form, you must report your findings on the total dollar amount by which the Class Properties were diminished or depressed in value. The Verdict Form also refers to this figure as "Aggregate Damages (Entire Class)." *See* Verdict Form, Paragraphs E & F, Questions 3, 8, 13, & 16. This figure should represent the sum total of all actual diminution in value for the Class properties under Instruction 3.22.

You are not being asked to determine the amount of actual damages suffered by any individual Class member. *See* Instruction No. 3.23. Individual Class members' share of any damages you award will be determined in later proceedings.

                                            Respectfully submitted,

Dated: February 3, 2006           s/ Peter Nordberg
                                            Merrill G. Davidoff
                                            Peter Nordberg
                                            Berger & Montague, P.C.
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            (215) 875-3000

                                            Attorneys for Plaintiffs
                                            And the Class

## CERTIFICATE OF SERVICE

    I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                              s/ Peter Nordberg
                              Peter Nordberg