**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' REPLY RE THE JURY'S FEBRUARY 3, 2006 QUESTION
REGARDING JURY INSTRUCTION NO. 3.22**
_____

       Plaintiffs' Response regarding the jury's question on jury instruction 3.22 is telling. All of the jury verdict form questions referenced at page 2 of plaintiffs' response - ¶¶ E & F, Questions 3, 8, 13, and 16 - make reference only to JI 3.23 (to the extent they refer to any instruction at all), which was ***not*** the subject of the jury's question. The jury verdict form questions cited by plaintiffs do not make reference to JI 3.22, which ***was*** the subject of the jury's question. Instead, JI 3.22 is referenced in the jury verdict form questions relating to the fact of damages - that is, does the jury find that there are damages or not (*e.g.*, ¶ E, Question 7).

       Plaintiffs' proposed response would make questions in the jury verdict form such as ¶ E, Question 7 entirely superfluous, because under plaintiffs' approach as long as the jury determined that the average amount of damages (*e.g.*, ¶ E, Question 8) was greater than zero, there would be no need to answer questions relating to the fact of damages (*e.g.*, ¶ E, Question 7). The case law is clear that the fact of damages must be proven for the class as a whole. *See,*

*e.g., Cimino v. Raymark Indus., Inc.*, 151 F.3d 297, 319-21 (5th Cir. 1998) (reversing damages award where certain plaintiffs had no damages).

Even in citing to JI 3.23 -- which the jury never asked about -- plaintiffs are careful to omit from their quotation the "damages suffered by the entire class *as a whole*." (Pls. Response at p. 2-3) (italicized language omitted in plaintiffs' brief).

Dated:  February 3, 2006                                     Respectfully submitted,


                                                             s/ John E. Tangren_____
                                                             One of the Attorneys for the Defendants
                                                             David M. Bernick
                                                             Douglas J. Kurtenbach
                                                             Ellen Therese Ahern
                                                             Mark J. Nomellini
                                                             John E. Tangren
                                                             KIRKLAND & ELLIS LLP
                                                             200 East Randolph Drive
                                                             Chicago, Illinois 60601-6636
                                                             Phone:  312-861-2000
                                                             Fax:     312-861-2200

                                                             Joseph J. Bronesky
                                                             SHERMAN & HOWARD L.L.C.
                                                             633 Seventeenth Street, Suite 3000
                                                             Denver, Colorado 80202
                                                             Phone:  303-297-2900
                                                             Fax:     303-298-0940

                                                             Attorneys for ROCKWELL
                                                             INTERNATIONAL CORPORATION and
                                                             THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


              s/ Kari Knudsen_____
              Kari Knudsen (legal assistant)

3