**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 844-6118

**JOHN L. KANE**
SENIOR JUDGE

February 6, 2006

To:   The Jury in *Cook et al. V. Rockwell et al.* – 90-cv-181-JLK

Re:   Jury question regarding JI 3.22

On February 3, you asked the following question:

"In considering JI 3.22 are we to consider only the amount of diminution common to the entire class as a whole?"

My answer to your question is:

**No.  As stated in Instruction No. 3.23 (which is referenced in Instruction No. 3.22) and the Jury Verdict Form, you should consider the sum total of all diminution in value experienced by Class members under Instruction No. 3.22 in determining the amount of any actual damages, even if some Class members may have experienced more diminution than others.  This is referred to as "aggregate" Class damages in Instruction No. 3.23, and is described in the Jury Verdict Form as "the total dollar amount by which Class Properties, as a whole, were diminished or depressed in value, relative to what their value would have been" without any trespass or nuisance you may have found.  *See* Verdict Form, Paragraphs E & F, Questions 3, 8, & 13.**

**Instruction No. 3.23 and the Verdict Form also require that you consider and report your findings on the amount of any actual damages in the form of the percentage by which Class Properties in each property category were diminished or depressed in value as a result of any trespass or nuisance you may have found.  The Verdict Form also refers to this figure as "Percentage Undervaluation."  *See* Verdict Form, Paragraphs E & F, Questions 3, 8 & 13.  As stated in the Verdict Form, this figure should be an average, and should correspond to the amount of any aggregate Class damages you find.  The percentage diminution in value suffered by some Class Properties may be greater than the average, while that suffered by others may be less than the average.**

**As explained in Instruction No. 3.23, individual Class members' share of any actual damages you award will be determined in later proceedings.**