**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

___

**DEFENDANTS' STATEMENT REGARDING THE JURY'S REQUEST FOR A CALCULATOR**
___

      Defendants have been informed verbally that the jury has indicated on a note: "We need calculator to figure multiple regression figures."

      The answer to this request should be no. The jury has no competence to conduct multiple regression analysis and even if it did such multiple regression calculations would go beyond the evidence in the record. Plaintiffs bear the burden of performing any damage calculations, including multiple regressions, necessary to support their damages claims. Plaintiffs only offered Dr. Radke's multiple regression analysis, which is already in the record. Defendants presented other multiple regression analyses, each of which is in the record. Those regression calculations are a part of the record. It is not up to the jury to run additional multiple regression calculations.

      To supply the jury with a "calculator to figure multiple regression figures" would be to ask the jury to resolve an evidentiary gap in plaintiffs' case. In addition, with its last instruction to the jury in response to their question regarding JI 3.22, the Court already erroneously has

invited the jury to engage in, among other things, a "summing up" exercise that goes beyond the evidence that is in the record in this case, as neither plaintiffs nor defendants supplied the jury with any damages evidence to "sum up" in the manner contemplated by the Court's response to the jury's question with respect to JI 3.22.  To supply the jury with a "calculator to figure multiple regression figures" would compound that error.

Dated:  February 6, 2006

Respectfully submitted,

s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone: 303-297-2900
Fax:    303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

3

## CERTIFICATE OF SERVICE

      I hereby certify that on February 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


                                                             s/ Kari Knudsen_____
                                                             Kari Knudsen (legal assistant)