**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' STATEMENT REGARDING P-240 AND DX-1290**
_____

       At approximately 2:30 CST on the afternoon of February 6, 2006, defendants were informed by court personnel that, on February 3, 2006, the jury had requested copies of P-240, an exhibit relating to a proposed Jefferson County enterprise zone.  Earlier, on February 1, 2006, the jury had asked to see the enterprise zone maps that were exhibits to P-240.  The maps in question were not admitted as part of P-240.  Rather, the only map of the proposed enterprise zone that was admitted was DX1290, which was verified by Mr. Hunsperger and Mr. Cassidy.  Given that the jury has requested extra copies of P-240, it should also be provided with copies of DX1290.

       Wherefore, defendants respectfully request that the jury be provided with copies of DX1290.

Dated:  February 6, 2006  Respectfully submitted,

        s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

# CERTIFICATE OF SERVICE

  I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


                s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)