**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' STATEMENT REGARDING
JURY'S REQUEST FOR A CALCULATOR**
_____

Plaintiffs respectfully submit this statement in connection with the jury's request for a calculator.

The calculator should be provided, without inquiry into the jurors' reasons for wanting one. In response to defendants' statement [Ct. Rec. 2095], plaintiffs note that the jurors' request has absolutely nothing to do with the burden of proof. In addition, plaintiffs are highly dubious that the jurors intend to perform multiple regressions themselves with pocket calculators. To plaintiffs, the jury's request, as worded, implies no such ambition.

                                                       Respectfully submitted,

Dated: February 6, 2006                s/ Peter Nordberg
                                                       Merrill G. Davidoff
                                                         Peter Nordberg
                                                         Berger & Montague, P.C.
                                                         1622 Locust Street
                                                         Philadelphia, PA 19103
                                                         (215) 875-3000

                                                         Attorneys for Plaintiffs
                                                         And the Class

## CERTIFICATE OF SERVICE

      I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                        s/ Peter Nordberg
                                        Peter Nordberg