**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT
REGARDING P-240 AND DX-1290**
_____

Plaintiffs respectfully submit this response to "Defendants' Statement Regarding P-240 and DX-1290" (Feb. 6, 2006) [Ct. Rec. 2096].

The jury should be provided with or directed to exhibits that it actually requests. It should not be directed to exhibits it has not requested. It has not requested DX-1290. DX-1290 is not the map that was attached to P-240. It is a graphic of defendants' own manufacture. This issue was already addressed in connection with a previous failed attempt by defendants to direct the jury to DX-1290.

                                              Respectfully submitted,

Dated: February 6, 2006　　　　　　　s/ Peter Nordberg
　　　　　　　　　　　　　　　　　　Merrill G. Davidoff
　　　　　　　　　　　　　　　　　　Peter Nordberg
　　　　　　　　　　　　　　　　　　Berger & Montague, P.C.
　　　　　　　　　　　　　　　　　　1622 Locust Street
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　(215) 875-3000

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　And the Class

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

  David M. Bernick, Esq.
  Kirkland & Ellis LLP
  200 East Randolph Drive
  Chicago, IL 60601

    and

  Joseph J. Bronesky, Esq.
  Sherman & Howard, LLC
  633 Seventeenth Street, Suite 3000
  Denver, CO 80202

  Attorneys for Defendants

                s/ Peter Nordberg
                Peter Nordberg