**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

MERILYN COOK, et al.,

      **Plaintiffs,**

          **v.**

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

      **Defendants.**
_____

**PLAINTIFFS' STATEMENT REGARDING**
**JURY'S QUESTION OF FEBRUARY 7, 2006**
_____

Plaintiffs respectfully submit this statement regarding the jury's question of February 7, 2006, and the Court's proposed response (*see* Ex. A).  Plaintiffs believe the Court's proposed response is appropriate and have no objection to the proposed response.  Plaintiffs reserve the right to object to any different proposed response that defendants may submit.

          Respectfully submitted,

Dated: February 8, 2006          s/ Peter Nordberg_____
                        Merrill G. Davidoff
                        Peter Nordberg
                        Berger & Montague, P.C.
                        1622 Locust Street
                        Philadelphia, PA 19103
                        (215) 875-3000

                        Attorneys for Plaintiffs
                        And the Class

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

s/ Peter Nordberg
Peter Nordberg