Exhibit A

**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 844-6118

**JOHN L. KANE**
SENIOR JUDGE

**DRAFT - 2/07**

February 8, 2006

To:   The Jury in *Cook et al. V. Rockwell et al.* – 90-cv-181-JLK

Re:   Jury question about identifying a specific jury instruction.

---

On February 7, you asked the following question:

"We have a question in regards to a specific J/I that would indicate to you our exact location in the Jury Verdict form. What should we do."

My answer to your question is:

**If your question relates to a jury instruction, as opposed to a question on the Verdict Form, you may tell me the number of that instruction.**

**If your question relates to a specific question in the Verdict Form, please write out enough of the Verdict Form question for me to identify it, substituting the word "Defendant" or "Defendants" wherever "Dow" or "Rockwell" appears. Do not provide the paragraph and number for the question. Many of the questions in the Verdict Form are repeated in the different sections of the Verdict Form, so if you tell me the question without stating where it is located in the Verdict Form, I should be able to answer your question about it while preserving the confidentiality of your deliberations.**