IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

**DEFENDANTS' STATEMENT REGARDING THE COURT'S PROPOSED RESPONSE
TO THE JURY'S QUESTION OF FEBRUARY 7, 2006**

---

      Defendants have no objection to the Court's proposed response to the jury's question of February 7, 2006. The question and proposed response are attached hereto as Exhibit A.

Dated: February 8, 2006

      Respectfully submitted,

      s/ John E. Tangren
      One of the Attorneys for the Defendants
      David M. Bernick
      Douglas J. Kurtenbach
      Ellen Therese Ahern
      Mark J. Nomellini
      John E. Tangren
      KIRKLAND & ELLIS LLP
      200 East Randolph Drive
      Chicago, Illinois 60601-6636
      Phone: 312-861-2000
      Fax:    312-861-2200

      Joseph J. Bronesky
      SHERMAN & HOWARD L.L.C.

2

633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


          s/ Kari Knudsen_____
          Kari Knudsen (legal assistant)