**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

       **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' STATEMENT REGARDING JURY'S QUESTION
OF FEBRUARY 8, 2006, REGARDING INSTRUCTION NO. 3.25**
_____

Plaintiffs respectfully submit this statement regarding the jury's question on Instruction No. 3.25 and the Court's proposed response (*see* Ex. A).

At the beginning of the first paragraph of the Court's response, a sentence should be added responding to the jury's question as follows: "Yes, defendants have the burden of proving that they 'conferred a direct benefit' upon the plaintiffs." In the first sentence of the second paragraph of the Court's proposed response, the word "specific" should be deleted and the word "additional" substituted.

In the Court's opinion of May 17, 2005, the Court invoked *Restatement (Second) of Torts* § 920 as the primary support for this defense. *See* Order, at 17-18 (May 17, 2005). Section 920 reads:

> When the defendant's tortious conduct has caused harm to the plaintiff or to his property *and in doing so has conferred a special benefit to the interest of the plaintiff that was harmed*, the value of the benefit conferred is considered in mitigation of damages, to the extent that this is equitable.

Section 920 explicitly makes it a necessary element of the defense that the tortious conduct conferred a special benefit to the interest of plaintiffs. The appropriate answer to the jurors' question is therefore "yes."

With plaintiffs' proposed revisions, the Court's proposed instruction is unobjectionable, subject to plaintiffs' standing objection that this defense is not available in this case under Colorado law.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 8, 2006 | s/ Peter Nordberg |
|  | Merrill G. Davidoff |
|  | Peter Nordberg |
|  | Berger & Montague, P.C. |
|  | 1622 Locust Street |
|  | Philadelphia, PA 19103 |
|  | (215) 875-3000 |
|  |  |
|  | Attorneys for Plaintiffs |
|  | And the Class |

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

> David M. Bernick, Esq.
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL 60601
>
> and
>
> Joseph J. Bronesky, Esq.
> Sherman & Howard, LLC
> 633 Seventeenth Street, Suite 3000
> Denver, CO 80202
>
> Attorneys for Defendants

s/ Peter Nordberg<br>
Peter Nordberg