# Exhibit A

**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 844-6118

JOHN L. KANE
SENIOR JUDGE

**DRAFT - 2/8**

February 8, 2006

To:   The Jury in *Cook et al. V. Rockwell et al.* – 90-cv-181-JLK

Re:   Jury question about Jury Instruction No. 3.25

---

On February 8, you asked the following question:

"In regards to J/I 3.25, the second paragraph starts "based on the rule" - does this mean the defendants do or do not have to prove "conferred a direct benefit."

My answer to your question is:

**The second paragraph of Jury Instruction No. 3.25 states the general rule that allows the affirmative defense of setoff to be asserted in any case. How that general rule applies in this particular case is set out in the rest of Instruction No. 3.25.**

**The specific matters that Defendants must prove for the affirmative defense to apply in this case are set out in the fourth paragraph of No. 3.25, which begins "In order to prevail on this affirmative defense," and continues with numbered paragraphs 1 and 2. The rest of Instruction No. 3.25 and the corresponding sections of the Verdict Form (paragraphs E and F, Question Nos. 4-5, 9-10, 15-16) provide you with additional direction on how to decide whether the affirmative defense of setoff has been proved and how to report your decision on this affirmative defense.**