**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT REGARDING THE COURT'S PROPOSED RESPONSE TO THE JURY'S QUESTION OF FEBRUARY 8, 2006 REGARDING JURY INSTRUCTION 3.25**
_____

        Defendants object to plaintiffs' proposed response to the jury's question regarding instruction 3.25, and in support thereof state the following.

        First, as the Court's proposed response correctly suggests, the third paragraph of JI 3.25 is prefatory in nature. The actual elements that defendants are required to prove to prevail on their affirmative defense are set forth in the fourth paragraph of JI 3.25.

        Second, even plaintiffs' citation does not reference a "direct benefit." Nor does any other part of the instruction, or the instructions as a whole, use the term "direct benefit."

Dated: February 8, 2006                              Respectfully submitted,

                                                         s/ John E. Tangren_____
                                                         One of the Attorneys for the Defendants
                                                         David M. Bernick

2

Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com

                s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)