IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 90-cv-181-JLK

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    Defendants.

**PLAINTIFFS' REPLY REGARDING JURY'S QUESTION
OF FEBRUARY 8, 2006, REGARDING INSTRUCTION NO. 3.25**

    Plaintiffs respectfully submit this reply in further support of their statement on the jury's question on Instruction No. 3.25 and the Court's proposed response [Ct. Rec. 2015].

    Plaintiffs would not object if the words "special benefit" from *Restatement (Second) of Torts* § 920 were substituted for "direct benefit."

|  | Respectfully submitted, |
|---|---|
| Dated: February 8, 2006 | s/ Merrill G. Davidoff |
|  | Merrill G. Davidoff |
|  | Peter Nordberg |
|  | Berger & Montague, P.C. |
|  | 1622 Locust Street |
|  | Philadelphia, PA 19103 |
|  | (215) 875-3000 |
|  |  |
|  | Attorneys for Plaintiffs |
|  | And the Class |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                              s/ Merrill G. Davidoff
                                              Merrill G. Davidoff