# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

### No. 90-cv-181-JLK

---

**MERILYN COOK, et al.,**

    Plaintiffs,

        v.

**ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY,**

    Defendants.

---

### PLAINTIFFS' RESPONSE TO JURORS' QUESTION OF FEBRUARY 10, 2006, REGARDING INSTRUCTION NO. 3.27

---

Plaintiffs respectfully submit this statement in connection with the jury's question of today's date. The question is, "Where did the Aug. 20, 1988 date come from? relating to J/I 3.27?"

The Court has proposed two alternative answers. Alternate 1 is: "The August 20, 1988 date stated in Instruction No. 3.27 comes from a federal statute by which we are all bound." Alternate 2 is: "The August 20, 1988 date stated in Instruction No. 3.27 comes from a federal statute that is part of the law defining when and how a plaintiff can recover punitive damages in a case such as this."

Plaintiffs believe the second of these alternatives is the more responsive and informative. Either alternative, however, is acceptable to plaintiffs.

                                                Respectfully submitted,

Dated: February 10, 2006         s/ Peter Nordberg
                                                Merrill G. Davidoff
                                                Peter Nordberg
                                                Berger & Montague, P.C.
                                                1622 Locust Street
                                                Philadelphia, PA 19103
                                                (215) 875-3000

                                                Attorneys for Plaintiffs
                                                And the Class

Case No. 1:90-cv-00181-JLK   Document 2111   filed 02/10/06   USDC Colorado   pg 2 of 3

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                        s/ Peter Nordberg
                                        Peter Nordberg