IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

      Defendants.

---

**DEFENDANTS' PROPOSED RESPONSE TO THE JURY'S FEBRUARY 10, 2006
QUESTION REGARDING JURY INSTRUCTION NO. 3.27**

---

At approximately 1:00 CST on February 10, 2006, defendants were informed that the jury had asked the following question: "Where did the 8/20/88 date come from? Relating to J/I 3.27?" Defendants were also informed that the Court had proposed two responses. Defendants were told that the first proposed response is that "[t]he August 20, 1988 date stated in J/I 3.27 comes from a federal statute by which we are all bound" (Proposed Response #1). Defendants were also informed that the second proposed response is that "[t]he August 20, 1988 date stated in J/I 3.27 comes from a federal statute that is part of the law defining when and how a plaintiff can recover punitive damages in a case such as this" (Proposed Response #2).

Defendants do not object to proposed response #1. The jury should be informed that the August 20, 1988 date is set by federal statute. Defendants object to proposed response #2, because while it tells jurors that the statute is "part of the law defining" when a plaintiff can recover punitive damages, it does not tell jurors that "all of the law" is consistent on the August 20, 1988 date, and it does not tell the jurors that they are "bound" by that law in making their

determination.[1]  Defendants reserve the right to respond to any filing that plaintiffs may make on this issue.

Dated:  February 10, 2006								Respectfully submitted,

s/ John E. Tangren
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL INTERNATIONAL CORPORATION and THE DOW CHEMICAL COMPANY

---

[1] Defendants preserve their objections to Jury Instruction No. 3.27, and the arguments in support of those objections, but do not reargue them here.

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net


Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206

blumg@s-d.com


              s/ Kari Knudsen_____
              Kari Knudsen (legal assistant)