IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

 Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

 Defendants.

## ORDER

Kane, J.

 Following the recess of trial today, Defendants submitted a handwritten note requesting that the jurors' notes be impounded and requesting permission to talk to the jurors directly. To preserve the status quo, the jurors' notes were retained before the jurors left for the day. Also to preserve the status quo, my standing order barring counsel, the parties or any of their agents or representatives from contacting any juror in this action, including the jurors who were excused, remains in force.

 If Defendants wish to make any additional requests with respect to the jury or the jurors' notes, they must file a motion stating the specific relief they seek and supporting facts and authority. Plaintiffs will be given an opportunity to respond in writing. However, any motions or other filings with the court shall not refer to any juror, excused or otherwise, by name or other public identifier.

A telephone status conference in this action is set for 2:30 PM MST on Friday, February 17, 2006.  The parties may submit a proposed agenda for this conference no later than 8:00 AM on February 17.  I will not, however, hear argument or decide any motions at this time.

IT IS SO ORDERED.

Dated this 14th day of February, 2006.

        **s/John L. Kane**
John L. Kane, Senior District Judge
United States District Court