IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Date: February 14, 2006

Court Reporter: Gwen Daniel
Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,                  Peter Nordberg
                                                                  Louise Roselle
Plaintiffs,                           David Sorensen

v.

ROCKWELL INTERNATIONAL CORPORATION     David Bernick
and THE DOW CHEMICAL COMPANY,           Douglas Kurtenbach

Defendants.

## COURTROOM MINUTES

**Jury Trial - Day Sixty-Eight**

2:58 p.m.     Court in session.

Jury not present.

Court's comments regarding procedure.

Discussion regarding exhibits.

Discussion regarding a conference call with counsel this Friday.

Discussion regarding communications with jurors.

3:06 p.m.     Jury present.

Court explains the procedure for this afternoon.

Court thanks jurors for their service.

Jury returns verdict.

Court reads verdict. See Jury Verdict Form.

Jury polled.

Bench conference.

Jury answers questions asked by the Court.

Bench conference.

Discussion.

**ORDERED: Verdicts are accepted.**

3:52 p.m.     Court in recess.

Time in court: 00:50. Trial concluded.