IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

Defendants.

|  | JUROR NUMBER | JUROR NAME | PLAINTIFFS' CHALLENGE | DEFENDANTS' CHALLENGE |  |
|---|---|---|---|---|---|
| 1. | 098953 | | | | 1. |
| 2. | 117755 | | | | 2. |
| 3. | 115572 | JURORS' NAMES REDACTED | | | 3. |
| 4. | 097290 | | | ③ | 4. |
| 5. | 086943 | | | ② | 5. |
| 6. | 100330 | | ① | | 6. |
| 7. | 087807 | | | | 7. |
| 8. | 107335 | | | | 8. |
| 9. | 113448 | | | | 9. |
| 10. | 103205 | | | | 10. |
| 11. | 112787 | | | | 11. |
| 12. | 120333 | | | | 12. |
| 13. | 101197 | | | ① | 13. |
| 14. | 100151 | | | | 14. |
| 15. | 097525 | | ② | | 15. |
| 16. | 087226 | | ③ | | 16. |
| 17. | 090498 | | | | 17. |
| 18. | 090766 | | | | 18. |