Today Done @ 4:00

Mon - Fri
      9:00 - 4:00

45 min Lunch

**JUROR'S NAME REDACTED.**

We need the
Kray & Hardy
Study & Exibits

**JUROR'S NAME REDACTED.**

Can we please have
an Exibit of the
Class Per the
Kreg & Hardy Study.
Big as Possible

**JUROR'S NAME REDACTED.**

Page 21 of
Krey & Hardy We
need to see where the
Sample sites are.
1-33

JUROR'S NAME REDACTED.

Please Order
Deli Tray for
Monday!

JUROR'S NAME REDACTED.

Request for Supplies.                    11/03

12   Highlighters Yellow
12   highlighters other Color
2   Sizes of Stickie Pads
Paper Clips
Staplers

Requests   1/23/06

PX 493

PX 939

PX 199

Donnely Letter   Oct 6, 1971

Rockwell Contracts

Dow Contracts

Martel Study

Zang Study

1969 AEC Fire Invest. Report

P1290      1969 Fire Report

P 1028     1957 Fire

HAP Panel Reports   1334

**JUROR'S NAME REDACTED.**

Requests 1/23/06

PX 493

PX 939

PX 199

Donnely Letter Oct 6, 1971    P 168

Rockwell Contracts   P 606, P 1625, ~~DX 445~~, DX 4058

Dow Contracts   DX 445, P 1049

Martel Study   P 533, DX 1167, DX 1245

Zang Study   DX 477, DX 1262-65

1969 AEC Fire Invest. Report   P 1024-1029, DX 441

P 1290   1969 Fire Report

P 1028   1957 Fire

HAP Panel Reports   1334, DX 58

**JUROR'S NAME REDACTED.**

We need more
Note Books —

(12)

**JUROR'S NAME REDACTED.**

Friday
11 – 4

**JUROR'S NAME REDACTED.**

We can't 12/24/04
10:42 AM

Find the OU3
Report -
DOE Report,

JUROR'S NAME REDACTED.

Can't Find These
Defense Exibits
DX
171
189          Need to
210          Watch Videos
ATSDR Report

JUROR'S NAME REDACTED.

I Can't Find These
of Defense Exibits
171
AT: 189          Need to
210          Watch Videos
DX-454    ATSDR Report

**JUROR'S NAME REDACTED.**

We can't 1/24/06
10:42 AM
Find the OU3      DX-36
Report -          DX-53
DOE Report

**JUROR'S NAME REDACTED.**

DX-171 was not admitted into evidence.  DX-1639 is a similar exhibit.

DX-189 was never used and was not admitted into evidence.

Although there is no DX-210, there was a reference to DX-310 in the same question.

1/24/06

I need to request
a meeting with
Judge Kane @ 12:45
Today if Possible

**JUROR'S NAME REDACTED.**

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19ᵗʰ STREET
DENVER, COLORADO 80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

January 24, 2006

Dear **JUROR'S NAME REDACTED.**

Please refer to Jury Instruction No. 4.4 on Page 86. I cannot meet with you except on the record in open court with counsel for the parties present. Please write a note to me and if I have to bring counsel in, I will. Otherwise, I will answer you in writing. This process is cumbersome, but the law is intend to make certain that I do not attempt in any way to influence your deliberations or verdict. Thus, a written record of all communications must be made.

Thank you for your cooperation in this regard,

Sincerely,

John L. Kane

Please Define The word "intentionally" in ~~I/I~~ Question 2. Is it the same ~~Defnt~~ given in J/I 3.13. in the nuisance claim.

1/24/06          **JUROR'S NAME REDACTED.**

To: The Jury in Cook, et al., v. Rockwell, et al., 90-cv-181-JLK

You have asked the following question:
Please define the word "intentionally" in Question 2.  Is it the same definition given in J/I 3.13 on the nuisance claim?

The answer is "No.  It is not the same."

Under Colorado law, the plaintiff need not prove that a defendant intended to commit a trespass. "Intentionally" in the context of the trespass claim refers to whether Dow or Rockwell or both of them intended to commit the act or acts that in the usual course of events resulted in the trespass. There must , however, be a causal connection between the act or acts intended and the resulting trespass.  (See Instruction No. 3.2, second numbered element, page 35 of the Instructions.)

January 24, 2006

John L. Kane

We are Done Eating 4/25/06 12:20 PM
Lunch & Ready.

**JUROR'S NAME REDACTED.**

1/25/06

Do we still have
to have 9 yes
or no votes. Or
is it 8 & 2 = 10 Total Jurers

JUROR'S NAME REDACTED.

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19ᵗʰ STREET
DENVER, COLORADO 80294
(303) 844-6118

**JOHN L. KANE**
SENIOR JUDGE

January 25, 2006

To:     The Jury in *Cook et al. V. Rockwell et al.* – 90-cv-181-JLK

Re:     Jury Question re less-than-unanimous verdict

_____

You have asked the following question:

"Do we still have to have 9 yes or no votes.  Or is it 8 to 2 = 10 total jurors."

I have consulted with counsel for the parties and the answer is " yes, eight (8) 'yes or no' votes is enough" to reach agreement on any question before you.

Can we have a spreadsheet
with all admitted exibits
by name. —

1/25

JUROR'S NAME REDACTED.

/

**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19ᵗʰ STREET
DENVER, COLORADO 80294
(303) 844-6118

**JOHN L. KANE**
SENIOR JUDGE

January 25, 2006

To:     The Jury in *Cook et al. V. Rockwell et al.* – 90-cv-181-JLK

Re:     spreadsheet

_____

You have asked the following question:

Can we have a spreadsheet with all admitted exhibits by name.

The requested spreadsheets are being prepared and will be given to you as soon as they are completed.

Tiger Team
Report

Exibit # Please -

1/26/08: 10:10 am

JUROR'S NAME REDACTED.

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6116

**JOHN L. KANE**
SENIOR JUDGE

January 26, 2006

To:     The Jury in *Cook et al. V. Rockwell et al.* – 90-cv-181-JLK

Re:     Tiger Team Report

---

You have asked for the following information:

Tiger Team Report Exhibit # Please.

**It is Plaintiff's Exhibit #529.**

We Need Video

PV46 — Sanchini Video

1/20/90

JUROR'S NAME REDACTED.

We Need the   1/30/06

P046   Video —

It is Shown as admitted.

**JUROR'S NAME REDACTED.**

1/30/06

8 RED BULL

20 WATER

2 BOXES TISSUES

WE WOULD ALSO LIKE TO TAKE FEB 16 ; 17
OFF DUE TO EXISTING PLANS.

JUROR'S NAME REDACTED.

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO
### UNITED STATES COURTRHOUSE
### 901 19ᵗʰ STREET
### DENVER, COLORADO 80294
### (303) 844-6118

**JOHN L. KANE**
**SENIOR JUDGE**

## January 31, 2006

To:     The Jury in *Cook et al. v. Rockwell et al.*  -- 90-cv-181-JLK

Re:     Jury Note on January 30, 2006

---

You have sent a note stating:

> 8 Red Bull
> 20 Water
> 2 Boxes Tissues

> We would also like to take Feb 16 & 17 off due to exiting plans.

It is my understanding that you have received the drinks and tissues.

During your deliberations, you set your own schedule.  Thank you for letting us know that you will take February 16 and 17 off.

Because Monday, February 20, 2006, is a holiday (President's Day), the courthouse will be closed.  Thus, I have told counsel that you will not be deliberating on that day.