IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## NOTICE OF FINAL JURY INSTRUCTIONS

Kane, J.

The final instructions to the jury in this action are attached to this notice. The jury was first instructed and provided with jury instruction notebooks on October 11, 2005. Jury instructions that were added or revised after this date are identified as "new" or "revised" in the index to the attached final instructions. The jury verdict form referenced in the index is not included here because it has been filed separately.

Each juror received a complete set of the final instructions and the jury verdict form on January 18, 2006,[1] and I instructed them in accordance with these instructions after closing arguments concluded on January 20, 2006.

---

[1] The jurors' copies of the October, 2005 jury instructions, as updated during trial, were also collected by court staff on this date.

On January 26, 2006, I provided the jury with an additional instruction, Instruction No. 4.6, and revised copies of Instruction Nos. 4.2 and 4.5, in response to a juror being excused the previous day. Instruction Nos. 4.2, 4.5 and 4.6 as added or revised on January 26 are included in the final jury instructions attached to this notice.

Dated this 16$^h$ day of February, 2006.

                                             **s/John L. Kane**
                                             John L. Kane, Senior District Judge
                                             United States District Court