## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

## MOTION TO SEAL DEFENDANTS' MOTION TO SPEAK WITH JUROR
_____

Defendants respectfully request this Court to seal their Motion to Speak With Juror (filed concurrently herewith). This motion pertains to matters that have been deemed confidential by this Court. (*See* 1/27/06 Order Sealing Transcript.)

Dated: February 16, 2006                Respectfully submitted,

                                   s/ John E. Tangren_____
                                   One of the Attorneys for the Defendants
                                   David M. Bernick
                                   Douglas J. Kurtenbach
                                   Ellen Therese Ahern
                                   Mark J. Nomellini
                                   John E. Tangren
                                   KIRKLAND & ELLIS LLP

200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

s/ Kari Knudsen_____
Kari Knudsen (legal assistant)