**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

    Defendants.

_____

**MOTION TO SEAL DEFENDANTS' MOTION TO UNSEAL REDACTED VERSION
OF JUROR NOTES AND TRANSCRIPTS (FILED UNDER SEAL)**
_____

Defendants respectfully request this Court to seal their Motion to Unseal Redacted Version of Juror Notes and Transcripts (filed concurrently herewith). This motion pertains to matters that have been deemed confidential by this Court. (*See* 1/27/06 Order Sealing Transcript.)

Dated:  February 16, 2006                                      Respectfully submitted,


                                                                   s/ John E. Tangren_____
                                                                   One of the Attorneys for the Defendants
                                                                   David M. Bernick
                                                                    Douglas J. Kurtenbach
                                                                    Ellen Therese Ahern

Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:     312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:     303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

  I hereby certify that on February 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)

3