**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

        Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

        Defendants.

_____

**DEFENDANTS' SUBMISSION REGARDING THE AGENDA FOR THE FEBRUARY 17, 2006 CONFERENCE**
_____

        Defendants respectfully request that the following issues be placed on the agenda for the February 17, 2006 conference call:[1]

- Defendants' request that they be allowed to contact the juror whose jury service was terminated on January 25, 2006 ("Juror X"). *See* Defendants' Motion to Speak With Juror (to be filed under seal today).

- Defendants' request that the Court reveal any communications that occurred between the Court or Court personnel and Juror X after Juror X left the jury room. *See* Defendants' Motion to Speak With Juror (to be filed under seal today).

- Defendants' request to unseal the jury's two notes to the Court in connection with Juror X's departure, as well as the transcript of the proceedings on January 25, 2006. *See*

---

[1] Defendants attempted to contact plaintiffs' counsel regarding this agenda but were unsuccessful.

Defendants' Motion to Unseal Redacted Version of Juror Notes and Transcripts (to be filed under seal today).

- Defendants' request that the jury's notes from its deliberations be preserved. *See* Defendants' Motion to Preserve Jury Notes (to be filed today).

- Defendants' proposal to set a briefing schedule to address various post-trial issues.

Dated:  February 16, 2006                             Respectfully submitted,


                                                      s/ John E. Tangren
                                                      One of the Attorneys for the Defendants
                                                      David M. Bernick
                                                      Douglas J. Kurtenbach
                                                      Ellen Therese Ahern
                                                      Mark J. Nomellini
                                                      John E. Tangren
                                                      KIRKLAND & ELLIS LLP
                                                      200 East Randolph Drive
                                                      Chicago, Illinois 60601-6636
                                                      Phone:  312-861-2000
                                                      Fax:    312-861-2200

                                                      Joseph J. Bronesky
                                                      SHERMAN & HOWARD L.L.C.
                                                      633 Seventeenth Street, Suite 3000
                                                      Denver, Colorado 80202
                                                      Phone:  303-297-2900
                                                      Fax:    303-298-0940

                                                      Attorneys for ROCKWELL
                                                      INTERNATIONAL CORPORATION and
                                                      THE DOW CHEMICAL COMPANY

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
Apartments at Denver Place, Apt. 2812
1880 Arapahoe Street
Denver, CO 80202
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                s/ Kari Knudsen_____
                Kari Knudsen (legal assistant)