**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' STATEMENT REGARDING AGENDA FOR CONFERENCE**
_____

Pursuant to the Court's Order of February 14, 2006 (the "Order") [Ct. Rec. 2115], plaintiffs respectfully submit this statement concerning the agenda for the telephonic conference set for February 17, 2006.

Plaintiffs concur that a discussion of the schedule for post-verdict motions and proceedings is appropriate. Plaintiffs object to any argument of defendants' various post-verdict motions during the conference. *See* Order at 2 (Court will not decide or entertain argument on any motions at February 17 conference). Plaintiffs request an opportunity to respond to defendants' motions in writing before any argument thereon. *See* Order at 1 (plaintiffs will be permitted to file written responses).

                                                      Respectfully submitted,

Dated: February 17, 2006            s/ Peter Nordberg
                                                    Merrill G. Davidoff
                                                    Peter Nordberg
                                                    Berger & Montague, P.C.
                                                    1622 Locust Street
                                                    Philadelphia, PA 19103
                                                    (215) 875-3000

                                                    Attorneys for Plaintiffs
                                                    And the Class

## CERTIFICATE OF SERVICE

     I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

     David M. Bernick, Esq.
     Kirkland & Ellis LLP
     200 East Randolph Drive
     Chicago, IL 60601

          and

     Joseph J. Bronesky, Esq.
     Sherman & Howard, LLC
     633 Seventeenth Street, Suite 3000
     Denver, CO 80202

     Attorneys for Defendants

                                         s/ Peter Nordberg
                                         Peter Nordberg