# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:  February 17, 2006                    Court Reporter: Gwen Daniel
                                            Deputy Clerk: LaDonne Bush

Civil Action No. 90-cv-00181-JLK

| | |
|---|---|
| MERILYN COOK, et al., | Merrill Davidoff |
| | Peter Nordberg |
| Plaintiffs, | David Sorensen |
| | Louise Roselle |
| v. | Ellen Noteware |
| | |
| ROCKWELL INTERNATIONAL CORPORATION | David Bernick |
| and THE DOW CHEMICAL COMPANY, | Douglas Kurtenbach |
| | Mark Nomellini |
| Defendants. | John Tangren |

_____

## COURTROOM MINUTES
_____

**Status Conference**

2:30 p.m.     Court in session - conference call.

Gary Blum present in person.  Also present by conference call - Steve Kelly and Jean Geoppinger.

Court's statement.

**ORDERED:  By February 24, 2006, plaintiffs shall file their written responses to defendants' motions.  Defendants' replies shall be filed by March 3, 2006.**

Discussion regarding motions, schedule, damages,    and appeal procedure.

2:58 p.m.     Court in recess.