# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**No. 90-cv-181-JLK**
_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        v.

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

## PLAINTIFFS' MOTION TO FILE PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO SPEAK WITH JUROR UNDER SEAL
_____

Plaintiffs respectfully move for leave to file Plaintiffs' Memorandum in Opposition to Defendants' Motion to Speak with Juror under seal. Plaintiffs' filing responds to a motion by defendants [Ct. Rec. 2122] that was itself filed under seal, pursuant to directives from this Court including the Order Sealing Transcript from Proceedings on January 25, 2006 [Ct. Rec. 2055].

                                                    Respectfully submitted,

Dated: February 24, 2006　　　　　　　　　s/ Peter Nordberg
                                           Merrill G. Davidoff
                                           Peter Nordberg
                                           Berger & Montague, P.C.
                                           1622 Locust Street
                                           Philadelphia, PA 19103
                                           (215) 875-3000

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

> David M. Bernick, Esq.
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL 60601
>
> and
>
> Joseph J. Bronesky, Esq.
> Sherman & Howard, LLC
> 633 Seventeenth Street, Suite 3000
> Denver, CO 80202
>
> Attorneys for Defendants

s/ Peter Nordberg
Peter Nordberg
