# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## No. 90-cv-181-JLK
_____

MERILYN COOK, et al.,

      **Plaintiffs,**

          **v.**

ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,

      **Defendants.**
_____

## PLAINTIFFS' MOTION TO FILE PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANTS' MOTION TO UNSEAL REDACTED VERSION OF JUROR NOTES AND TRANSCRIPTS UNDER SEAL
_____

Plaintiffs respectfully move for leave to file Plaintiffs' Memorandum in Response to Defendants' Motion to Unseal Redacted Version of Juror Notes and Transcripts under seal. Plaintiffs' filing responds to a motion by defendants [Ct. Rec. 2130] that was itself filed under seal, pursuant to directives from this Court including the Order Sealing Transcript from Proceedings on January 25, 2006 [Ct. Rec. 2055].

Respectfully submitted,

Dated: February 24, 2006

s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

David M. Bernick, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

      and

Joseph J. Bronesky, Esq.
Sherman & Howard, LLC
633 Seventeenth Street, Suite 3000
Denver, CO 80202

Attorneys for Defendants

s/ Peter Nordberg
Peter Nordberg