IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, et al.,

Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,

Defendants.
_____

**ORDER**
_____

Based on the stipulations of the parties and the Notice of Filing of Plaintiffs' Revised List of Plaintiffs' Admitted Trial Exhibits (Doc. No. 2053), filed January 26, 2006, and the list of Plaintiffs' Admitted Trial Exhibits attached thereto, it is

ORDERED that the following motions are moot:

1. Plaintiffs' Motion to Admit Documents (Doc. No. 1764), filed December 8, 2005, and

2. Plaintiffs' Motion to Clarify the Record Regarding Certain Exhibits (Doc. No. 2040), filed January 23, 2006.

Dated this 27th day of February, 2006.

S/John L. Kane
John L. Kane, Senior District Judge
United States District Court