# Exhibit B



Article Launched: 2/15/2006 01:00 AM

denver & the west

# Flats plaintiffs due $554 million

### The lawsuit, the biggest environmental class action in Colorado history, claimed contamination.

By Alicia Caldwell
Denver Post Staff Writer
DenverPost.com

A federal jury Tuesday awarded $553.9 million to property owners who live downwind of the now-defunct Rocky Flats nuclear-weapons plant, rejecting long-held government arguments that there was no risk from plutonium contamination.

The verdict was the culmination of a 16-year mission by property owners and activists who believe the federal government has hidden behind a veil of national security to avoid taking responsibility for pollution from the Cold War-era factory.

Plaintiffs in the lawsuit, the largest environmental class action in Colorado history, reacted with joy and tears as the judge read the 30-page verdict form in U.S. District Court in Denver.

"I'm just grateful that justice has been served," said Sally Bart lett, one of the named plaintiffs in the action. "This was a concern for the whole community."

The jury's verdict against Dow Chemical and Rockwell International is intended to compensate the owners of 12,000 properties in the class-action area for decreased property values due to plutonium contamination and to punish the plant operators.

However, any verdict that eventually is paid will come out of federal coffers because the government indemnified the contractors. The government also is paying the companies' legal fees, which tally more than $58 million, according to David Bernick, a lawyer representing Dow and Rockwell.

Bernick took issue with the verdict form and the instructions given to the jury, saying they were "one-sided" and encouraged a plaintiff's verdict.

"It's apparent from the verdict itself that justice has been lost," Bernick said.

Lawyers for the plaintiffs praised the diligence of jurors who deliberated for 17 days in the trial, which started Oct. 3.

"What happened at Rocky Flats was wrong, and this jury obviously agreed with that," said Louise Roselle, a lawyer for the plaintiffs.

Roselle said that once Senior U.S. District Judge John Kane takes case law and damage caps into account, the verdict probably will be reduced to $352 million. And she said she expects the appeals in the case to last for years.

Len Ackland, a University of Colorado journalism professor and author of "Making a Real Killing: Rocky Flats and the Nuclear West," said it was a shame that the verdict probably will get entangled in years of second-guessing.

"One thing you can be sure of is that there will be an appeal," Ackland said. "And the taxpayers will again foot the bill for the lawyers for Rockwell and Dow. The folks that will definitely be getting rich off this are the lawyers."

Erin Hamby, a Rocky Flats Citizens Advisory Board member who has frequently criticized the plant's $7 billion cleanup, said the public airing of the misdeeds at the plant has a value beyond the compensation awarded to property owners.

"I think one of the extremely important things to come out of this trial was a better telling of the Rocky Flats story," she said. "So much of its history was hidden away, literally locked inside a storage room. Now, we know a lot more about the plant's

operational history."

Dow and Rockwell have contended that while their workers were involved in the inherently dangerous mission of manufacturing nuclear weapons, their precautions were effective and nearby residents did not suffer because of their conduct.

Lawyers for the plaintiffs picked apart those assertions, repeatedly showing news clips of the 1989 FBI raid of the plant, north of Golden, which occurred during an investigation of environmental crimes. They showed jurors news reports and photographs of barrels oozing plutonium-laden wastes into the ground.

They told jurors there were 160 to 180 waste sites on the 6,500-acre property. And they repeatedly emphasized during the trial that 2,600 pounds of plutonium - enough to make 400 nuclear weapons - had gone missing from the plant.

Jurors reacted by awarding damages on plaintiffs' claims of "trespass" and "nuisance," which have legal meanings that are different from their everyday meanings.

The jury found that accidents and mishaps caused by Dow and Rockwell's operation of the plant caused plutonium to "trespass" on neighbors' properties. And they found the companies caused a "nuisance" by unreasonably interfering with the use and enjoyment of their properties.

Jurors found that residents near the now-razed plant suffered loss of property value due to trespass and awarded nearly $177 million; they awarded an additional amount of nearly $177 for property value loss due to nuisance; and they awarded punitive damages of $200 million.

State Rep. Wes McKinley, the foreman of a grand jury that investigated environmental crimes at Rocky Flats, said the verdict was not surprising.

"The facts about Rocky Flats are out there," McKinley said. "The public knows what plutonium can do to you."

McKinley said he's considering resurrecting legislation he introduced last year that would inform visitors of the future Rocky Flats wildlife refuge that the site was contaminated.

"Just so people can know what's out there," he said.

*Staff writers Kim McGuire and Dave Curtin contributed to this report.*

*Staff writer Alicia Caldwell can be reached at 303-820-1930 or acaldwell@denverpost.com.*

## Other lawsuits stemming from weapons plants

Other lawsuits aimed at contamination and pollution generated from Cold War-era nuclear-weapons plants:

**1953:** The Rocky Flats nuclear-weapons plant opens north of Golden.

**1988:** The U.S. Justice Department begins to investigate alleged environmental crimes committed at the plant.

**JUNE 7, 1989:** The plant is shut down after an FBI raid searching for evidence of illegal waste disposal. It does not reopen.

**AUGUST 1989:** In the wake of the FBI raid, a federal grand jury is impaneled to review the Flats case. Indictments are not issued.

**1990:** A class-action lawsuit is filed on behalf of property owners living downwind of the plant. The suit alleges that Dow Chemical and Rockwell International, the plant's operators, negligently allowed plutonium to blow off the plant and contaminate their land.

**MARCH 25, 1992:** Rockwell settles with the Justice Department - bypassing the federal grand jury - by pleading guilty to 10 violations of the Clean Water Act and federal hazardous-waste laws, including illegal storage of hazardous wastes. Rockwell agrees to pay $18.5 million in fines.

**NOV. 13, 1995:** A U.S. District Court judge holds the Department of Energy in contempt for failure to comply with a court order

to release millions of pages of documentation regarding missing plutonium and health trends at the plant. The documents had been requested in regard to the 1990 class-action suit.

**OCT. 15, 1999:** Notices are mailed to the owners of 12,000 properties deemed eligible to be a part of the Rocky Flats lawsuit.

**OCT. 11, 2005:** The case goes to trial as the largest environmental class-action lawsuit in Colorado history, with property owners seeking $500 million in damages.

**FEB. 14, 2006:** Jury awards plaintiffs almost $554 million.

*Sources: The Associated Press and Denver Post archives. Compiled by Barry Osborne of The Denver Post research library.*