## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

___

### DEFENDANTS' MOTION TO SEAL MARCH 3, 2006 FILINGS
___

Defendants respectfully request this Court to seal three of their March 3, 2006 filings. These filings are: (1) Defendants' Reply in Support of Motion to Speak with Juror; (2) Defendant's Reply in Support of Motion to Unseal Redacted Version of Juror Notes and Transcripts; and (3) Defendants' Response to Plaintiffs' Motion for Reconsideration of the Court's Order Allowing the Parties to Communicate With Jurors Who Contact Them.  These briefs pertain to matters that have been deemed confidential by this Court.  (*See* 1/26/06 Order Sealing Transcript.)

Dated:  March 3, 2006                                   Respectfully submitted,


                                                          s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
1622 Locust Street
Philadelphia, PA 19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                                        s/ Kari Knudsen_____
                                                        Kari Knudsen (legal assistant)