IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motion to Seal March 3, 2006 Filings (Doc. 2141) is **GRANTED**.

Dated: March 6, 2006