IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendants' so-called "Response to Plaintiffs' Motion for Reconsideration of the Court's Order Allowing the Parties to Communicate with Jurors who Contact Them (Filed Under Seal)" (Doc. 2142) is **STRICKEN**.  Whatever they conceive their rights and authority under the Federal Rules to be, Defendants cannot simply declare Plaintiffs' Opposition to Defendants' Motion to Speak With Juror to be a "Motion for Reconsideration" to which they are then entitled unilaterally to respond.  It should be noted Defendants filed a Reply in Support of their Motion to Speak with Juror (Doc. 2144) at the same time they filed their "Response" to the derived "Motion."  Any rejoinder triggered by the substance of Plaintiffs' Opposition should have been included in the Reply.

Dated:  March 7, 2006