IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

___

## MINUTE ORDER
___

Judge John L. Kane **ORDERS**

      Defendants' Motion to Seal Defendants' Motion to Speak with Juror (Doc. 2125) and Motion to Seal Defendants' Motion to Unseal Redacted Version of Juror Notes and Transcripts (Doc. 2126) and Plaintiffs' Motions to Seal Document (Doc. 2132 and 2134) are **GRANTED.**

      The Minute Order dated March 6, 2006 (Doc. 2150) is **VACATED**. It was entered prematurely.

___

Dated: March 7, 2006