Exhibit A

CC: MGD ✓
PH

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Scott A. McMillin
To Call Writer Directly:
312 861-2366
smcmillin@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

March 6, 2005

**VIA FACSIMILE**

David Sorenson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Re:   *Cook, et al. v. Rockwell, et al.*

Dear David:

It has recently come to our attention that the jurors in the Cook case made notes on some of the exhibits in the exhibit binders provided to them for their deliberations. I am writing to demand that plaintiffs preserve those juror notes. Do not destroy, redact or otherwise obliterate any juror notes on the plaintiffs' trial exhibits that were provided to the jurors. Likewise, we will preserve any juror notes on the defendants' trial exhibits that were provided to the jurors.

Additionally, as we exchange copies of the trial exhibits that were provided to the jurors, we propose exchanging the exhibits exactly as we received them back from the Court – with the juror notes on them. Please let me know if you are in agreement with this.

Very truly yours,

*Scott A. McMillin*
(nkf)

Scott A. McMillin

London        Los Angeles        Munich        New York        San Francisco        Washington, D.C.



# KIRKLAND & ELLIS LLP
### Fax Transmittal

200 East Randolph Drive
Chicago, Illinois 60601
Phone: 312 861-2000
Fax: 312 861-2200

Please notify us immediately if any pages are not received.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE ATTORNEY-CLIENT PRIVILEGED, MAY CONSTITUTE INSIDE INFORMATION, AND IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY US IMMEDIATELY AT:
312 861-2356.

| To: | Company: | | Fax #: | Direct #: |
|---|---|---|---|---|
| David Sorenson | Berger & Montague, P.C. | | 215-875-4604 | 1-800-424-6690 |
| From: | Date: | Pages w/cover: | Fax #: | Direct #: |
| Scott A. McMillin | March 6, 2006 | 2 | 312 861-2200 | 312 861-2366 |

*Message*: