Exhibit B

LAW OFFICES

# BERGER & MONTAGUE, P.C.

1622 LOCUST STREET

PHILADELPHIA, PA 19103-6365

TELEPHONE (215) 875-3000

FAX (215) 875-4604

www.bergermontague.com

MERRILL G. DAVIDOFF

WRITER'S DIRECT DIAL NUMBER:
(215) 875-3084

WRITER'S DIRECT FAX NUMBER:
(215) 875-4671

WRITER'S DIRECT E-MAIL ADDRESS:
mdavidoff@bm.net

March 7, 2006

**VIA FACSIMILE: (312) 861-2200**

David M. Bernick, Esq.
Douglas J. Kurtenbach, Esq.
Scott A. McMillin, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Re: *Cook v. Rockwell Int'l Corp.*, No. 90-K-181 (D. Colo.)

Gentlemen,

We are in receipt of Mr. McMillin's faxed letter of March 6, 2006, regarding markings by jurors on some of the trial exhibits. Plaintiffs will file a submission seeking the Court's guidance on this subject. We will preserve the exhibits in their current form pending the Court's consideration of the matter.

Sincerely,

Merrill G. Davidoff

MGD/sll

403547.wpd