**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 90-cv-00181-JLK

MERILYN COOK, *et al.*,

       Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL COMPANY,

       Defendants.

_____

**DEFENDANTS' MOTION TO SEAL SUPPLEMENT TO DEFENDANTS'
REPLY IN SUPPORT OF MOTION TO SPEAK WITH JUROR**
_____

Defendants respectfully request this Court to seal their Supplement to Defendants' Reply in Support of Motion to Speak with Juror. This brief pertains to matters that have been deemed confidential by this Court. (*See* 1/26/06 Order Sealing Transcript.)

Dated:  March 8, 2006                                     Respectfully submitted,

                                                            s/ John E. Tangren_____
                                                            One of the Attorneys for the Defendants
                                                            David M. Bernick
                                                           Douglas J. Kurtenbach
                                                           Ellen Therese Ahern
                                                           Mark J. Nomellini
                                                           John E. Tangren
                                                           KIRKLAND & ELLIS LLP

2

        200 East Randolph Drive  
        Chicago, Illinois 60601-6636  
        Phone:  312-861-2000  
        Fax:     312-861-2200

        Joseph J. Bronesky  
        SHERMAN & HOWARD L.L.C.  
        633 Seventeenth Street, Suite 3000  
        Denver, Colorado 80202  
        Phone:  303-297-2900  
        Fax:     303-298-0940

        Attorneys for ROCKWELL  
        INTERNATIONAL CORPORATION and  
        THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

       I hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
c/o Karen M. Markert
1622 Locust Street
Philadelphia, PA 19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                              s/ Kari Knudsen_____
                                              Kari Knudsen (legal assistant)