IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motions to Seal, Document Nos. 2141, 2155 and 2157, are **GRANTED.**

_____

Dated: March 15, 2006