## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 90-cv-181-JLK

MERILYN COOK, *et al.*,

      Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION
and THE DOW CHEMICAL  COMPANY,

      Defendants.

---

## DEFENDANTS' MOTION TO HAVE JURY NOTES
## MADE PART OF THE TRIAL COURT RECORD

---

Defendants request that the jury notes which the Court ordered preserved in its March 13, 2006 Order be made part of the trial court record under seal.  (*See* 3/13/06 Order ("Defendants' Motion to Preserve Jury Notes (Doc. 2124), is **GRANTED**.").)

As defendants noted in their Reply in Support of Motion to Preserve Jury Notes (filed Mar. 3, 2006), one purpose of preserving the notes is to enable "meaningful review" of the Court's decision not to permit jurors to refer to the notes to explain their verdict.  (*See* Defs.' Reply at 2.)  Such review is only possible if the Court makes the jury notes part of the trial court record.  *See United States v. Vasquez*, 985 F.2d 491, 494 (10th Cir. 1993) ("When the record on appeal fails to include copies of the documents necessary to decide an issue on appeal, the Court of Appeals is unable to rule on that issue.").  Defendants have not seen the notes, and therefore

do not know which specific portion of the notes contain, for example, the discussion of punitive damages that the jury volunteered to obtain (in response to the Court's question about how damages were calculated) in order to explain the jury's verdict (2/14/06 Trial Tr. at 10814); defendants therefore request that the notes as a whole be included in the record under seal.

Accordingly, defendants respectfully request that the jurors' notes—which the Court ordered preserved in its March 13, 2006 Order—be filed as part of the record under seal.

Dated:  March 27, 2006                    Respectfully submitted,


s/ John E. Tangren_____
One of the Attorneys for the Defendants
David M. Bernick
Douglas J. Kurtenbach
Ellen Therese Ahern
Mark J. Nomellini
John E. Tangren
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
Phone:  312-861-2000
Fax:      312-861-2200

Joseph J. Bronesky
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Phone:  303-297-2900
Fax:      303-298-0940

Attorneys for ROCKWELL
INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on March 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses for the following:

Peter B. Nordberg, Esq.
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA  19103
pnordberg@bm.net
kmarkert@bm.net

Gary B. Blum, Esq.
SILVER & DEBOSKEY
The Smith Mansion
1801 York Street
Denver, Colorado 80206
blumg@s-d.com

                                        s/ Kari Knudsen_____
                                          Kari Knudsen (legal assistant)