IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

    Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

    Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendants' Motion to Have Jury Notes Made Part of the Trial Court Record (doc. #2165), filed March 27, 2006, is **DENIED**. The notes will remain lodged with the court, but not included in the records of the court unless and until ordered by the court of appeals.

Dated: March 28, 2006