IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **90-cv-181-JLK**

**MERILYN COOK, et al.,**

      Plaintiffs,

v.

**ROCKWELL INTERNATIONAL CORPORATION AND THE DOW CHEMICAL COMPANY,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      I issued the attached Amended Order on Pending Motions Filed Under Seal (Doc. 2122, 2123, 2156) and to Preserve Jury Notes (Doc. 2124) today to correct a citation error p. 8 (reflecting the *Voight* case cited both *Miller* and *Jelsma*), to change "was" to "were" on p. 14, and to capitalize the citation to the Federal Rules of Evidence on p. 15.  No other substantive changes were made.

Dated:  April 18, 2006