**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**No. 90-cv-181**

_____

**MERILYN COOK, et al.,**

    **Plaintiffs,**

        **v.**

**ROCKWELL INTERNATIONAL CORPORATION and
THE DOW CHEMICAL COMPANY,**

    **Defendants.**
_____

**PLAINTIFFS' MOTION FOR ENTRY OF JUDGMENT
AND CERTIFICATION UNDER LOCAL RULE 7.1**
_____

Plaintiffs respectfully move for entry of judgment on the jury's special verdict pursuant to Fed. R. Civ. P. 54(b). In support, plaintiffs rely on the entire record in these proceedings, and on the accompanying memorandum of law, which is incorporated here by reference.

Pursuant to Local Rule 7.1, Peter Nordberg, one of plaintiffs' counsel, contacted Douglas J. Kurtenbach, one of defendants' counsel, by phone and e-mail on May 2-4, 2006. Defendants had not reported their position on the relief requested in this motion by the time of filing.

Oral argument is respectfully requested.

Dated: May 4, 2006                                   Respectfully submitted,


                                                                                                 s/ Peter Nordberg
Merrill G. Davidoff
Peter Nordberg
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000

Gary B. Blum
Steven W. Kelly
Silver & DeBoskey, P.C.
1801 York Street
Denver, CO 80206
(303) 399-3000

Louise Roselle
Waite, Schneider, Bayless
  & Chesley Co., L.P.A.
1513 Central Trust Tower
Cincinnati, OH 45202
(513) 621-0267

Attorneys for Plaintiffs
And the Class

## CERTIFICATE OF SERVICE

      I hereby certify that on May 4, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will effect service of such pleading upon:

    David M. Bernick, Esq.
    Kirkland & Ellis LLP
    200 East Randolph Drive
    Chicago, IL 60601

        and

    Joseph J. Bronesky, Esq.
    Sherman & Howard, LLC
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202

    Attorneys for Defendants

                                      s/ Peter Nordberg
                                      Peter Nordberg