# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 90-K-181

MERILYN COOK, et al.,

    Plaintiffs,

v.

ROCKWELL INTERNATIONAL CORPORATION, a Delaware Corporation, and
THE DOW CHEMICAL COMPANY, a Delaware Corporation.

    Defendants.

---

ORDER AMENDING MEMORANDUM OPINION AND ORDER ON PENDING
MOTIONS TO CERTIFY CERTAIN ISSUES FOR INTERLOCUTORY APPEAL,
STAYING ALL PROCEEDINGS, AND DEFERRING RULING ON MOTION FOR
APPROVAL OF REVISED CLASS NOTICES

---

KANE, J.

    On July 28, 1998, I issued a Memorandum Opinion and Order on Pending Motions. On August 20, 1998, Defendants Rockwell International Corporation and The Dow Chemical Company filed a Motion to Amend Memorandum Opinion and Order to Certify Interlocutory Appeal. Although I disagree with the manner in which Defendants have framed some of the issues they wish certified for appeal, I am of the opinion that the orders on certain motions addressed in the July 28, 1998 memorandum opinion involve controlling questions of law as to which there is substantial ground for difference of opinion and that an immediate appeal from these orders may materially advance the ultimate termination of the litigation. See 28 U.S.C. § 1292(b). Accordingly,

    IT IS ORDERED THAT pursuant to 28 U.S.C. § 1292, the following orders in the

Memorandum Opinion and Order on Pending Motions signed on July 28, 1998 are certified for appeal and application for appeal to be taken from any of the said orders may be made to the Tenth Circuit Court of Appeals within ten days of the entry of this order:.

1. Order granting Defendants' Motion for Class Decertification with regard to the Medical Monitoring Class and decertifying that class and denying Defendants' Motion for Class Decertification with regard to the Property Class;

2. Order denying Dow's motion for summary judgment on statute of limitations grounds;

3. Order denying Defendants' Combined Motion for Summary Judgment on Plaintiffs trespass and nuisance claims;

4. Order denying Class Plaintiffs' Motion for Partial Summary Judgment.

IT IS FURTHER ORDERED THAT all proceedings in this case are stayed and a ruling on Plaintiffs' Motion for Approval of Revised Class Notices is deferred pending the decision of the Tenth Circuit Court of Appeals as to whether to permit an appeal to be taken on any issue certified for interlocutory appeal.

Dated this 27 day of August, 1998 at Denver, Colorado.

John L. Kane, Jr.
JOHN L. KANE, JR.
U.S. SENIOR DISTRICT COURT JUDGE

2