# Exhibit C

# EXHIBIT C

Timetable for Ten Most Recent Appellate Dispositions in
Tenth Circuit Interlocutory Appeals Under 28 U.S.C. § 1292(b)

| Case | Date of Initial Docket Entry in 10th Circuit | Mandate Issued | Further Appellate Proceedings | Elapsed Time |
|---|---|---|---|---|
| *Paper Workers Int'l Union v. Cont'l Carbon Co.*, 428 F.3d 1285 (10th Cir. 2005) | 9/9/03 | 11/30/05 | -- | 2 years, 2 months, 21 days |
| *Milsap v. McDonnell Douglas Corp.*, 368 F.3d 1246 (10th Cir. 2004) | 7/28/03 | 10/20/04 | -- | 1 year, 2 months, 22 days |
| *EEOC v. W.H. Braum, Inc.*, 347 F.3d 1192 (10th Cir. 2003) | 4/11/02 | 12/22/03 | -- | 1 year, 8 months, 11 days |
| *Kidneigh v. UNUM Life Ins. Co. of Am.*, 345 F.3d 1182 (10th Cir. 2003), *cert. denied*, 540 U.S. 1184 (2004) | 6/20/02 | 11/10/03 | *cert. denied*, 2/23/04 | 1 year, 8 months, 3 days |
| *Salt Lake Tribune Publ'g Co. v. AT&T Corp.*, 320 F.3d 1081 (10th Cir. 2003) | 7/24/02 | 3/18/03 | | 7 months, 22 days |

| Case | Date of Initial Docket Entry in 10th Circuit | Mandate Issued | Further Appellate Proceedings | Elapsed Time |
|---|---|---|---|---|
| *Sterling Consulting Corp. v. United States*, 245 F.3d 1161 (10th Cir. 2001), *cert. denied*, 534 U.S. 1114 (2002) | 8/17/00 | 8/15/01 | *cert. denied*, 1/22/02 | 1 year, 5 months, 5 days |
| *Trigalet v. City of Tulsa*, 239 F.3d 1150 (10th Cir.), *cert. denied*, 534 U.S. 814 (2001) | 12/18/98 | 3/1/01 | *cert. denied*, 10/1/01 | 2 years, 9 months, 13 days |
| *Lusk v. Ryder Integrated Logistics*, 238 F.3d 1237 (10th Cir. 2001) | 8/12/99 | 2/8/01 | -- | 1 year, 5 months, 27 days |
| *Padilla v. Sch. Dist. No. 1*, 233 F.3d 1268 (10th Cir. 2000) | 2/9/99 | 1/17/01 | -- | 1 year, 11 months, 8 days |
| *Davoll v. Webb*, 194 F.3d 1116 (10th Cir. 1999) | 10/22/97 | 1/7/00 | -- | 2 years, 2 months, 16 days |