Exhibit D

# General Docket
## United States Court of Appeals for the 10th Circuit

Lower court information:

    District: 1087-5 : 02-CV-1677-R
    Ordering Judge: David L. Russell, Chief District Judge
    Court Reporter: Alana LaGrow, C.S.R.
    Date Filed: 11/26/02
    Date order/judgment: 6/23/03
    Date NOA filed: 8/7/03

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Prior cases:
    None
Current cases:

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion: | | | | |
| | 03- 703 | 03- 704 | 7/29/03 | |
| Prior related: | | | | |
| | 03- 703 | 03- 6243 | 9/9/03 | |

Docket as of February 9, 2006 8:04 pm                    Page 1

Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon

PAPER, ALLIED-INDUSTRIAL,                Rick W. Bisher
CHEMICAL & ENERGY WORKERS                FAX 405/525-2123
INTERNATIONAL UNION, LOCAL 8-            [COR LD NTC ret]
593                                      Boettcher, Ryan, Martin &
    Plaintiff - Appellee                 Bisher
                                         4323 Northwest 63rd Street
                                         Suite 110
                                         Oklahoma City, OK 73112
                                         405/528-4567

                                         Richard W. Lowerre

```
                                    [COR NTC ret]
                                    Lowerre & Kelly
                                    44 East Ave.
                                    Suite 101
                                    Austin, TX 78701
                                    512/482-9345

                                    David O. Frederick
                                    FAX 512/469-0743
                                    [COR NTC ret]
                                    Frederick-Law
                                    44 East Ave.
                                    #102
                                    Austin, TX 78701
                                    512/469-6000

PONCA TRIBE OF OKLAHOMA             Rick W. Bisher
     Plaintiff - Appellee           (See above)

                                    [COR LD NTC ret]

                                    Richard W. Lowerre
                                    (See above)

                                    [COR NTC ret]

                                    David O. Frederick
                                    (See above)

                                    [COR NTC ret]


  v.

CONTINENTAL CARBON COMPANY          Darcy M. Goddard
     Defendant - Appellant          [NTC ret]
                                    Fried, Frank, Harris, Shriver &
                                    Jacobson
                                    One New York Plaza
                                    New York, NY 10004
                                    212/820-8050

                                    Malcolm E. Wheeler
                                    [NTC ret]
                                    Wheeler, Trigg & Kennedy
                                    1801 California St., Suite 3600
```

```
Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon


                                Denver, CO 80202
                                303/292-2525

                                John F. Barg
                                [COR NTC ret]
                                Barg, Coffin, Lewis & Trapp
                                Steuart Street Tower
                                1 Market Square
                                Suite 2700
                                San Francisco, CA 94105-1475
                                415/228-5400

                                Mark D. Coldiron
                                FAX 405/239-6766
                                [COR NTC ret]
                                Ryan, Whaley, Coldiron & Shandy
                                900 Robinson Renaissance
                                119 N. Robinson Ave.
                                Oklahoma City, OK 73102
                                405/239-6040


------------------------
OKLAHOMA DEPARTMENT OF          Donald D. Maisch
ENVIRONMENTAL QUALITY           [COR NTC ret]
     Amicus Curiae              Robert D. Singletary
                                [COR NTC ret]
                                Oklahoma Department of
                                Environmental Quallity
                                P.O. Box 1677
                                Oklahoma City, OK 73101
                                405/702-7198

ENVIRONMENTAL FEDERATION OF     James Barnett
OKLAHOMA                        [LD NTC ret]
     Amicus Curiae              Kerr, Irvine, Rhodes & Ables
                                201 Robert S. Kerr
                                Oklahoma City, OK 73102

ENVIRONMENT COLORADO            Charles C. Caldart
     Amicus Curiae              [-]
                                National Environmental Law
```

```
                                          Center
                                          3240 Eastlake Avenue E
                                          Suite 100
                                          Seattle, WA 98102
                                          206/568-2853

NEW MEXICO PUBLIC INTEREST        Charles C. Caldart
RESEARCH GROUP                    (See above)


     Amicus Curiae               [-]


UNITED STATES PUBLIC INTEREST     Charles C. Caldart

Docket as of February 9, 2006 8:04 pm              Page 3
```



```
Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon

RESEARCH GROUP                    (See above)


     Amicus Curiae               [-]

SIERRA CLUB, The Sierra Club      Charles C. Caldart
     Amicus Curiae               (See above)

                                 [-]



Docket as of February 9, 2006 8:04 pm              Page 4
```



```
Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon

PAPER, ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS
INTERNATIONAL UNION, LOCAL 8-593; PONCA TRIBE OF OKLAHOMA

               Plaintiff - Appellee


    v.


CONTINENTAL CARBON COMPANY

               Defendant - Appellant
```

------------------------
OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENVIRONMENTAL
FEDERATION OF OKLAHOMA; ENVIRONMENT COLORADO; NEW MEXICO
PUBLIC INTEREST RESEARCH GROUP; UNITED STATES PUBLIC
INTEREST RESEARCH GROUP; THE SIERRA CLUB,

         Amicus Curiae


Docket as of February 9, 2006 8:04 pm                    Page 5


Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon

9/9/03          [1644826] Civil case docketed.  Preliminary record filed.
                DATE RECEIVED: 09/08/03. Transcript order form due 9/19/03
                for Alana LaGrow. Docketing statement due 9/19/03 for
                Continental Carbon. Notice of appearance due 9/19/03 for
                Continental Carbon, for Ponca Tribe, for Paper, Allied-Ind.
                (bjv) [03-6243]

9/9/03          [1644863] Docketing statement filed by Continental Carbon
                in 03-6243. Original and 4 copies  c/s: y. (bjv)

                [03-6243]

9/9/03          [1644866] Notice received from Appellant Continental Carbon
                in 03-6243 that a transcript is not necessary for this
                appeal. Notice due that record is complete 9/15/03 for
                David L. Russell. (bjv) [03-6243]

9/9/03          [1644868] Fee paid. Date paid in District Court on 8/13/03.
                (bjv) [03-6243]

9/11/03         [1645559] Case referred for mediation conferencing. (lg)

                [03-6243]

9/18/03         [1647451] Notice sent to Clerk of District Court that roa
                completion notice has not been received. Completion notice
                now due 9/29/03 for David L. Russell. (lg) [03-6243]

9/24/03         [1649171] Filed notice record is complete 9/23/03.

                          Appellant's brief and appendix due 11/3/03 for Continental
                          Carbon. (lg) [03-6243]

9/29/03             [1650240] Order filed by PF notice of appearance form due
                    10/9/03 for Continental Carbon  Parties served by mail. (jet)

                    [03-6243]

9/29/03             [1650243] Order filed by PF notice of appearance form due
                    10/9/03 for Ponca Tribe, for Paper, Allied-Ind.,  Parties
                    served by mail. (jet) [03-6243]

9/29/03             [1651536] Notice of appearance filed by David Frederck as
                    attorney for Paper, Allied-Ind. in 03-6243, Ponca Tribe in
                    03-6243. OF INTERESTED PARTIES (y/n): y. (jet)

                    [03-6243]

10/3/03             [1651655] Notice of appearance filed by Jim T. Priest and
                    Mark D. Coldiron as attorneys for Continental Carbon in
                    03-6243.  CERT. OF INTERESTED PARTIES (y/n): y. (kr)

                    [03-6243]

10/24/03            [1657633] On the court's own motion and pursuant to 10th
                    Cir. R. 33.1, order filed by (PF) to extend time to file
                    appellant's brief and appendix until 12/3/03 for
                    Continental Carbon. Parties served by mail. (lg)

                    [03-6243]


Docket as of February 9, 2006 8:04 pm                     Page 6



Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon

11/10/03            [1661397] Notice of appearance filed by Rick W. Bisher as
                    attorney for Paper, Allied-Ind. and Ponca Tribe in 03-6243.
                    CERT. OF INTERESTED PARTIES (y/n): y. (das) [03-6243]

12/1/03             [1666006] Appellant's brief and separate addendum of
                    statutes, regulations and legislative materials filed by
                    Continental Carbon in 03-6243. Original and 7 copies.  c/s:
                    y. Served on 12/1/03. Oral argument? y. Appendix filed.
                    Original and 1 appendix copy.  Appendix Pages: 285.

Appellee/Respondents' brief due 1/5/04 for Ponca Tribe, for Paper, Allied-Ind. (oac) [03-6243]

12/5/03     [1667492] Motion for leave to become amicus [03-6243] filed by OK Dep't of Envtl. in 03-6243.  Original and 7 copies. c/s: y (afw) [03-6243]

12/10/03    [1668239] Order filed by PF granting motion for leave to become amicus. [1667492-1] Notice of appearance due 12/24/03 for Donald D. Maisch attorney for Oklahoma Department of Environmental Quality.  Parties served by mail. (afw) [03-6243]

12/10/03    [1668326] Amicus Curiae brief filed by OK Dep't of Envtl. in 03-6243.  Original and 7 copies.  c/s: y. (afw)

            [03-6243]

12/10/03     [1668443] Motion for leave to become amicus [03-6243] filed by Environmental Federation of Oklahoma, Inc. in 03-6243. Original and 3 copies. c/s: y. (oac)

            [03-6243]

12/10/03     [1668448] Amicus Brief w/Appendix received from Environmental Fed in 03-6243, but not filed pending ruling on motion to file.  Original and 9 copies.  c/s: y. (oac)

            [03-6243]

12/10/03     [1670810] Amicus Curiae brief and appendix filed by Environmental Federation of Oklahoma, Inc. in 03-6243. Original and 7 copies. c/s: y. Served on 12/8/03. (See order of 12/17/03 granting permission to file.) (oac)

            [03-6243]

12/12/03     [1669359] Motion(s) for leave to become amicus filed by Movant Environmental Fed in 03-6243 submitted to court. (oac)

            [03-6243]

12/17/03     [1670808] Order filed by Judge(s) Murphy, O'Brien granting motion of Environmental Federation of Oklahoma Inc. for leave to become amicus.  The amicus brief received 12/10/03 is ordered filed as of the date received.  [1668443-1] Parties served by mail. (oac) [03-6243]

Docket as of February 9, 2006 8:04 pm                    Page 7

Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon

12/18/03        [1672011] On the court's own motion and pursuant to 10th
                Cir. R. 33.1, order filed by (PF) to extend time to file
                appellee's brief until 2/4/04. Appellee's brief due 2/4/04
                for Ponca Tribe, for Paper, Allied-Ind. Parties served by
                mail. (bjv) [03-6243]

12/18/03        [1673736] Notice of appearance filed by Robert D.
                Singletary in 03-6243, Donald D. Maisch in 03-6243 as
                attorney for OK Dep't of Envtl. in 03-6243.  CERT. OF
                INTERESTED PARTIES (y/n): n. (bjv) [03-6243]

2/5/04          [1683717] Appellee's deficient brief (no statement of prior
                or related appeals, no statement on front cover if oral
                argument is needed) filed by Paper, Allied-Ind. in 03-6243,
                Ponca Tribe in 03-6243. Appellee's corrected brief due
                2/17/04 for Ponca Tribe, for Paper, Allied-Ind. (bjv)

                [03-6243]

2/10/04         [1684828] Appellee's brief filed by Paper Allied-Ind. and
                Ponca Tribe in 03-6243. Addendum filed. Original and 7
                copies. c/s: y. Served on 2/6/04. Oral Argument? no.
                Appellant's optional reply brief due 2/23/04 for Continental
                Carbon. (lg) [03-6243]

2/10/04          [1685296] On the court's own motion and pursuant to 10th
                Cir. R. 33.1, order filed by (PF) to extend time to file a
                reply brief until 4/8/04 [03-6243] . Parties served by
                mail. (oac) [03-6243]

2/17/04          [1686401] Motion for leave to become amicus [03-6243]
                filed by Environment Colorado; New Mexico Public Interest
                Research Group; United States Public Interest Research
                Group;and The Sierra Club in 03-6243.  Original and 7
                copies.   c/s: y. (oac) [03-6243]

2/17/04          [1686406] Order filed by PF granting motion leave to
                become amicus filed by Environment Colorado; New Mexico
                Public Interest Research Group; United States Public

                        Interest Research Group; The Sierra Club. [1686401-1]
                        Parties served by mail. (oac) [03-6243]

2/17/04              [1686411] Amicus Curiae brief filed by Environment
                        Colorado ; New Mexico Public; United States Public, and The
                        Sierra Club in 03-6243. Original and 7 copies.  c/s: y.
                        Served on 2/13/04. (oac) [03-6243]

3/1/04               [1690149] Appellant's motion filed by Continental Carbon to
                        clarify the court's order granting Continental's petition
                        for interlocutory review (03-703) and denying
                        cross-petition for interlocutory review (03-704); to stay
                        briefing pending resolution of motion; and to file an
                        oversize reply brief of 14,000 words. [03-6243]  Original
                        and 3 copies.  c/s: y (afw) [03-6243]


Docket as of February 9, 2006 8:04 pm                    Page 8



Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon

3/2/04               [1690243] Amended Appellant's motion filed by Continental
                        Carbon to clarify the court's ordering granting
                        Continental's petition for interlocutory review (03-703)

                        and denying cross-petition for interlocutory review;
                        (03-704) to stay briefing pending resolution of motion; and
                        to file an oversize brief of 14,000 words. [03-6243]
                        Original and 3 copies.  c/s: y (afw) [03-6243]

3/2/04               [1690253] Order filed by PF ordering a response to
                        Appellant's motion to clarify, to stay briefing and to file
                        an oversize brief. Response due 3/12/04 for Paper,
                        Allied-Ind.  Parties served by mail. (afw) [03-6243]

3/10/04              [1692420] Case mediation conferencing terminated. (bjv)

                        [03-6243]

3/12/04              [1693157] Appellees' response filed by Paper, Allied-Ind.
                        and Ponca Tribe in 03-6243 to Appellant/Petitioner motion
                        to clarify, motion for stay of briefing schedule, and
                        motion to file an oversize brief. Original and 7 copies.
                        c/s: y. (oac) [03-6243]

Docket Sheet for 03-6243

3/16/04          [1693542] Appellant's  motion to clarify, and Appellee's
                 response submitted to court. (eas) (oac) [03-6243]

3/19/04          [1694757] Order filed by Judge(s) Murphy, O'Brien -
                 Regarding the Motion to Clarify, etc., the ultimate issue
                 of the scope of the issues on appeal is REFERRED TO PANEL
                 ON THE MERITS. The motion to respond to appellees'
                 arguments in the reply brief is granted.  The motion to
                 expand the page limitation is denied. Reply brief is due
                 4/5/04.  No other briefs will be filed.  Parties served by
                 mail. (oac) [03-6243]

4/5/04           [1698860] Appellant's reply brief filed by Continental
                 Carbon in 03-6243.  Original and 7 copies.  c/s: y (afw)

                 [03-6243]

4/5/04           [1698863] Notice of Firm Change filed by Malcolm E. Wheeler
                 stating that firm has changed name to Wheeler Trigg Kennedy
                 LLP. (afw) [03-6243]

6/10/04          [1715784] Hearing set for September, 2004 Session, at
                 Denver, Colorado. (ss) [03-5162 03-6243 03-7093 03-7133
                 03-7134 04-7021]

9/28/04          [1743922] Case argued by Malcom E. Wheeler for the
                 appellant; David O. Frederick for the appellee,  and
                 submitted to Judges Ebel, O'Brien, Stewart. (hrs)

                 [03-6243]

9/28/04          [1744098] Appellees' supplemental authority filed by Paper,
                 Allied-Ind. and Ponca Tribe in 03-6243. Original and 6
                 copies. (afw) [03-6243]

Docket as of February 9, 2006 8:04 pm                    Page 9


Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon


9/29/04          [1744453] Appellee's supplemental authority submitted to
                 court. (afw) [03-6243]

10/1/04          [1745616] Appellant's supplemental authority filed by
                 Continental Carbon in 03-6243.  Original and 7 copies. c/s:

                        y (afw) [03-6243]

10/4/04        [1745618] Appellant's supplemental authority submitted to
               court. (afw) [03-6243]

10/5/04        [1745836] Order filed by Judges Ebel, O'Brien and Stewart
               ordering Simultaneous briefs due 10/15/04 for Continental
               Carbon, Ponca Tribe and Paper, Allied-Ind.  The briefs are
               not to exceed 10 pages and are to address whether all or any
               part of this appeal is mooted by possible expiration of
               Continental Carbon's permit and/or by any repermitting
               procedures that might be purused.  Parties served by mail.
               (afw) [03-6243]

10/15/04       [1749203] Appellee's brief on mootness filed by Paper,
               Allied-Ind. and Ponca Tribe in 03-6243.  Original and 3
               copies. c/s: y. (afw) [03-6243]

10/18/04       [1749370] Appellant's supplemental brief filed by
               Continental Carbon in 03-6243. Original and 7 copies. c/s:
               y. Served on 10/15/04. Oral argument? no. (lg)

               [03-6243]

10/19/04       [1749349]  Appellees' brief on mootness submitted to court.
               (afw) [03-6243]

10/19/04       [1749372] [1749370-1] Appellant supplemental brief
               submitted to court. (lg) [03-6243]

10/28/04        [1752424] Appellee's supplemental authority filed by Paper,
               Allied-Ind. and  Ponca Tribe in 03-6243 and submitted to
               court. Original and no copies.  c/s: y. (oac)

               [03-6243]

1/7/05         [1772106] Notice of Firm Name Change filed by Appellant
               Continental Carbon in 03-6243.  c/s: y (afw)

               [03-6243]

1/14/05        [1772850] E-Motion received from attorney Jim Priest to
               withdraw as attorney for Continental Carbon in 03-6243.
               Submission type: e-mail. (oac) [03-6243]

1/18/05         [1774544] Notice of withdrawal of attorney Jim T. Priest as
               counsel for Continental Carbon Co. Original and 3 copies.

```
                        c/s: y. (oac) [03-6243]



Docket as of February 9, 2006 8:04 pm                Page 10




Proceedings include all events.
03-6243  Paper, Allied-Ind., et al v. Continental Carbon
```

6/6/05         [1814194] Other E-document received from Continental Carbon
                          in 03-6243. Pleading type: supplemental authority.
                          Submission type: email (lg) [03-6243]

6/6/05          [1814251] Appellant's supplemental authority filed by
                          Continental Carbon in 03-6243 and submitted to court.
                          Original and 7 copies. c/s: y (lg) [03-6243]

11/8/05         [1860978] Terminated on the Merits after Oral Hearing;
                          Affirmed and Remanded; Written, Signed, Published. Ebel,
                          authoring O'Brien; Stewart. Parties served by mail on
                          11/8/05 (lg) [03-6243]

11/30/05         [1866698] Mandate issued. (oac) [03-6243]

2/9/06          [1887696] Case file closed. Shipment to records center due
                          2/9/08 in 03-6243, in 03-703 (en) [03-6243 03-703]



Docket as of February 9, 2006 8:04 pm                Page 11

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/19/2006 00:42:17 | | |
| **PACER Login:** | bm0072 | **Client Code:** | 89168-000 |
| **Description:** | dkt report | **Case Number:** | 03-6243 |
| **Billable Pages:** | 11 | **Cost:** | 0.88 |

Home    PACER    Opinions                                                    Help

# General Docket
## United States Court of Appeals for the 10th Circuit

```
Current cases:
                   Lead          Member        Start         End
      Prior:
                   03-  702      03- 5124      7/28/03



Docket as of January 19, 2005 8:03 pm                    Page 1
```

```
Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas
```

```
JAMES R. MILLSAP                   Michael M. Mulder
     Plaintiff - Appellee          [NTC ret]
                                   Paul W. Mollica
                                   [COR NTC ret]
                                   Meites, Mulder, Burger &
                                   Mollica
                                   208 S. LaSalle St.
                                   Suite 1410
                                   Chicago, IL 60604

                                   Bill V. Brumley, Jr.
                                   [NTC ret]
                                   15 W 6th, Suite 1303
                                   Tulsa, OK 74119
                                   918/582-0043

JOSE RAMON                         Paul W. Mollica
     Plaintiff - Appellee          (See above)

                                   [COR NTC ret]

CATHY KIRBY                        Paul W. Mollica
     Plaintiff - Appellee          (See above)

                                   [COR NTC ret]

LAWRENCE WILSON                    Paul W. Mollica
```

```
        Plaintiff - Appellee          (See above)

                                       [COR NTC ret]


WANDA HUNTER                           Paul W. Mollica
        Plaintiff - Appellee          (See above)

                                       [COR NTC ret]


RITA OWENS                             Paul W. Mollica
        Plaintiff - Appellee          (See above)

                                       [COR NTC ret]


BOB KEPHART                            Paul W. Mollica
        Plaintiff - Appellee          (See above)

                                       [COR NTC ret]


JIM COOPER                             Paul W. Mollica
        Plaintiff - Appellee          (See above)

                                       [COR NTC ret]


HOWARD BOWLIN                          Paul W. Mollica
        Plaintiff - Appellee          (See above)

                                       [COR NTC ret]


RAY PETERSON, for themselves           Paul W. Mollica
and all others similarly               (See above)

situated                               [COR NTC ret]
        Plaintiff - Appellee



Docket as of January 19, 2005 8:03 pm              Page 2



Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

     v.


MCDONNELL DOUGLAS CORPORATION          Thomas Dunn Robertson
        Defendant - Appellant         [COR NTC ret]
```

S. M. Fallis, Jr.
[COR NTC ret]
Karen M. Grundy
[COR NTC ret]
Paula J. Lynch
[COR NTC ret]
Nichols, Wolfe, Stamper, Nally
& Fallis
124 E. Fourth St.
Suite 400 Old City Hall
Building
Tulsa, OK 74103
918/584-5182

Thomas E. Wack
[COR NTC ret]
Bryan Cave
211 N. Broadway
One Metropolitan Square, Suite
3600
St. Louis, MO 63102-2659
314/259-2000

John E. Harper, Jr.
[COR NTC ret]
Nichols, Wolfe, Stamper et al
124 E. 4th Street
Suite 400
Tulsa, OK 74103

Sean Connelly
[COR NTC ret]
Hoffman, Reilly, Pozner &
Williamson
511 Sixteenth Street
Suite 700
Denver, CO 80202
303/893-6100

Daniel S. Hoffman
[COR NTC ret]
Hoffman, Reilly, Pozner &
Williamson, L.L.P.
511 16th Street
#700
Denver, CO 80202
303/893-6100

```
                                   Jeffrey L. Dorman
                                   [COR NTC ret]


Docket as of January 19, 2005 8:03 pm                    Page 3



Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

                                   Freeborn & Peters
                                   311 S. Wacker Dr.
                                   Suite 300
                                   Chicago, IL 60606
                                   312/360-6000


-------------------------
CHAMBER OF COMMERCE OF THE         William J. Kilberg
UNITED STATES OF AMERICA           [LD NTC ret]
     Amicus Curiae                 Mark A. Perry
                                   [NTC ret]
                                   Joseph B. Maher
                                   [NTC ret]
                                   Gibson, Dunn & Crutcher
                                   1050 Connecticut Avenue, N.W.
                                   Washington, DC 20036

                                   Stephen A. Bokat
                                   [LD NTC ret]
                                   National Chamber Litigation
                                   Center
                                   1615 H Street, NW
                                   Washington, DC 20062
                                   202/463-5337

ELAINE L. CHAO, Secretary of       Mark E. Papadopoulos
the United States Department       [COR NTC gvt]
of Labor                           United States Department of
     Amicus Curiae                 Labor
                                   200 Constitution Ave., NW
                                   Washington, DC 20210


AMERICAN ASSOCIATION OF            Mary Ellen Signorille
RETIRED PERSONS                    [COR LD NTC ret]
     Amicus Curiae                 Melvin Radowitz
                                   [COR NTC ret]
                                   AARP
```

```
                                   601 E Street N.W.
                                   Washington, DC 20049
                                   202/434-2070

THE SECRETARY OF LABOR             Elizabeth Hopkins
     Amicus Curiae                 [NTC gvt]
                                   United States Department of
                                   Labor
                                   Office of the Solicitor
                                   200 Constitution Avenue, N.W.
                                   Room S2002
                                   Washington, DC 20210
                                   202/693-5774


                                   Mark E. Papadopoulos
```

Docket as of January 19, 2005 8:03 pm                    Page 4



Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

```
                                   (See above)

                                   [LD NTC gvt]
                                   Edward M. Radzely
                                   [LD NTC gvt]
                                   Timothy D. Hauser
                                   [NTC gvt]
                                   United States Department of
                                   Labor
                                   200 Constitution Ave., NW
                                   Washington, DC 20210

                                   Robin Springberry Parry
                                   [NTC gvt]
                                   U.S. Department of Labor
                                   Plans Bebefits Security
                                   Division
                                   P.O. 1914
                                   Washington, DC 20013
                                   202/693-5614
```

Docket as of January 19, 2005 8:03 pm                    Page 5

Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

JAMES R. MILLSAP; JOSE RAMON; CATHY KIRBY; LAWRENCE WILSON;
WANDA HUNTER; RITA OWENS; BOB KEPHART; JIM COOPER; HOWARD
BOWLIN; RAY PETERSON, for themselves and all others
similarly situated,

                    Plaintiffs - Appellees,

      v.

MCDONNELL DOUGLAS CORPORATION,

                    Defendant - Appellant,

_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ELAINE
L. CHAO, Secretary of the United States Department of Labor;
AMERICAN ASSOCIATION OF RETIRED PERSONS; THE SECRETARY OF
LABOR,

                    Amici Curiae.


Docket as of January 19, 2005 8:03 pm                 Page 6



Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

7/28/03          [1630908] Civil case docketed.  Preliminary record filed.
                 DATE RECEIVED: 7/28/03. Transcript order form due 8/11/03
                 for Glenn Dorrough pursuant to R.42.1.  Docketing statement
                 due 8/11/03 for McDonnell Douglas.  Notice of appearance
                 due 8/11/03 for Ray Peterson, Howard Bowlin, Jim Cooper,
                 Bob Kephart, Rita Owens, Wanda Hunter, Lawrence Wilson,
                 Cathy Kirby, Jose Ramon, James R. Millsap, and McDonnell
                 Douglas. (afw) [03-5124]

7/28/03          [1630928] Fee paid. Date paid in District Court on 7/24/03.
                 (bjv) [03-5124]

7/28/03      [1631013] Deficient docketing statement filed. (Cover pages
             of district court docket sheet and copy of notice of appeal,
             which is the order entered granting permission to appeal).
             Docketing statement due 8/11/03 for McDonnell Douglas. (afw)

             [03-5124]

7/28/03      [1631021] Notice filed that the transcript is already on
             file in district court. Notice due that record is complete
             8/11/03 for Sven Erik Holmes. (afw) [03-5124]

7/30/03      [1631836] Docketing statement filed by McDonnell Douglas in
             03-5124. Original and 4 copies.  c/s: y. (afw)

             [03-5124]

8/4/03       [1633157] Petitioner's and Respondent's joint Motion to
             establish briefing schedule filed by McDonnell Douglas and
             James R. Millsap in 03-5124. Original and 3 copies. c/s: n
             (lg) [03-5124]

8/5/03        [1633291] Notice of appearance filed by Daniel S. Hoffman
             Sean Connelly as attorney for McDonnell Douglas in 03-5124.
             CERT. OF INTERESTED PARTIES (y/n): n. (jet) [03-5124]

8/6/03       [1633368] Order filed by PF granting joint motion to
             establish briefing schedule. [1633157-1] Parties served by
             mail. (lg) [03-5124]

8/6/03       [1633606] Case referred for mediation conferencing. (bjv)

             [03-5124]

8/6/03        [1633626] Notice of appearance filed by Thomas E. Wack in
             03-5124 as attorney for McDonnell Douglas in 03-5124.
             CERT. OF INTERESTED PARTIES (y/n): y. (jet) [03-5124]

8/11/03       [1634928] Notice of appearance filed by Bill V. Brumley as
             attorney for James R. Millsap et al. CERT. OF INTERESTED
             PARTIES (y/n): n. (kr) [03-5124]

8/12/03       [1635148] Notice of appearance filed by Michael M. Mulder
             as attorney for James R. Millsap et al., in 03-5124. CERT.
             OF INTERESTED PARTIES (y/n): y. (das) [03-5124]

Docket as of January 19, 2005 8:03 pm                    Page 7

Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

8/13/03             [1635412] Filed notice record is complete 8/11/03.
                    Appellant's brief and appendix due 8/21/03 for McDonnell
                    Douglas pursuant to accelerated briefing schedule set out
                    in order of 8/6/03. (oac) [03-5124]

8/21/03             [1639238] Two notices to remove attorneys' J. David Mustain
                    and Tony M. Graham (already termed out) received from James
                    R. Millsap in 03-5124, but not filed. Original and 0
                    copies. c/s: y (lg) [03-5124]

8/22/03             [1639732] Appellant's brief filed by McDonnell Douglas in
                    03-5124. Original and 7 copies. c/s: y. Served on 8/21/03.
                    Oral argument? y. Appendix filed. Original and 1 appendix
                    copy. Appendix Pages: 752 (2 vols). Appellee/Respondent's
                    brief due 9/23/03 for James R. Millsap, et al. (oac)

                    [03-5124]

8/28/03             [1642117] Amicus Curiae brief filed by Chamber of Commerce
                    of the United States in 03-5124. Original and 7 copies.
                    c/s: y. Served on 8/27/03. (oac) [03-5124]

9/23/03             [1648824] Notice of appearance filed by Paul W. Mollica in
                    03-5124 as attorney for Jose Ramon, Cathy Kirby , Lawrence
                    Wilson, Wanda Hunter, Rita Owens in , Bob Kephart, Jim
                    Cooper, Howard Bowlin, Ray Peterson. CERT. OF INTERESTED
                    PARTIES (y/n): y. (jet) [03-5124]

9/24/03             [1649060] Appellees' brief filed by James R. Millsap, et
                    al., in 03-5124. Original and 7 copies. c/s: y. Served on
                    9/23/03. Oral Argument? y, Appendix filed. Original and 1
                    appendix copy. Appendix Pages: 214. Appellant's optional
                    reply brief due 10/10/03 for McDonnell Douglas. (oac)

                    [03-5124]

9/26/03             [1649720] Motion to extend time to file amicus brief until
                    10/9/03 [03-5124] filed by Elaine L. Chao in 03-5124.
                    Original and 3 copies. c/s: y (afw) [03-5124]

9/26/03             [1649722] Order filed by PF granting motion to extend time
                    to file amicus brief for Elaine L. Chao. [1649720-1] Parties
                    served by mail. (afw) [03-5124]

9/26/03          [1649777] Appellant's motion filed by Appellant McDonnell
                 Douglas in 03-5124 to extend time to file a reply brief
                 until 10/31/03 [03-5124] Original and 3 copies. c/s: y. (bjv)

                 [03-5124]

9/26/03          [1649780] Order filed by PF granting Appellant's motion to
                 extend time to file apet reply brief [1649777-1] 10/31/03
                 for McDonnell Douglas.  Parties served by mail. (bjv)

                 [03-5124]

10/2/03           [1651736] Motion for leave to become party [03-5124] filed
                 by AARP in 03-5124.  Original and 3 copies.   c/s: y. (oac)


Docket as of January 19, 2005 8:03 pm                    Page 8



Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

                 [03-5124]

10/2/03           [1651739] Amicus brief in support of appellees received
                 from AARP in 03-5124, but not filed. Original and 7 copies.
                 c/s: y.  (See order 10/3/03 granting leave to file.) (oac)

                 [03-5124]

10/2/03           [1651868] Amicus Curiae brief filed by AARP in 03-5124.
                 Original and 7 copies. c/s: y. Served on 10/1/03. (oac)

                 [03-5124]

10/3/03           [1651867] Order filed by  PF granting motion  of AARP for
                 leave to become amicus. The amicus brief received 10/2/03 is
                 ordered filed as of that date. [1651736-1] Parties served by
                 mail. (oac) [03-5124]

10/10/03          [1653685] Amicus Curiae brief filed by Secretary of Labor
                 in 03-5124. Original and 7 copies. c/s: y. Served on
                 10/9/03. (oac) [03-5124]

10/10/03          [1653694] Notice of appearance filed by Mark E.
                 Papadopoulos in 03-5124 as attorney for amici Secretary of

                    Labor. CERT. OF INTERESTED PARTIES (y/n): n. (oac)

                    [03-5124]

10/14/03        [1654118] Appellant's motion filed by Appellant McDonnell
                Douglas in 03-5124 to file an oversize brief 10,500 words
                long. Original and 3 copies, c/s: y. (lg) [03-5124]

10/14/03        [1654120] [1654118-1] Appellant's motion to file an
                oversize brief submitted to court. (lg) [03-5124]

10/15/03        [1654655] Order filed by Judges Murphy and O'Brien granting
                Appellant's motion to file an oversize brief [1654118-1]
                Parties served by mail. (lg) [03-5124]

10/22/03        [1656547] Appellant's motion filed by Appellant McDonnell
                Douglas in 03-5124 [03-5124] to file supplemental appendix.
                Original and 3 copies. c/s: y. (bjv) [03-5124]

10/22/03        [1656554] Supplemental appendix received from McDonnell
                Douglas in 03-5124, but not filed. Original and 1 copies.
                c/s: y. (bjv) [03-5124]

10/23/03        [1656607] Order filed by PF referring Appellant's motion to
                file supplemental appendix [1656547-1] REFERRED TO PANEL ON
                THE MERITS., referring appellant's supplemental appendix
                [1656554-1] REFERRED PANEL ON THE MERITS.  Parties served
                by mail. (bjv) [03-5124]

10/31/03         [1658970] Appellant's reply brief filed by McDonnell
                Douglas in 03-5124.  Original and 7 copies.  c/s: y. (oac)

                    [03-5124]


Docket as of January 19, 2005 8:03 pm                    Page 9



Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

11/5/03         [1659959] Appellant's and appellee's Motion to present oral
                argument filed by McDonnell Douglas and James R. Millsap,
                et al. in 03-5124. Original and 3 copies. c/s: y (lg)

                    [03-5124]

12/2/03          [1665611] Hearing set for January 2004 Session, at Denver,
                 Colorado. (hrs) [03-5124]

12/8/03          [1667639] Supplemental authority filed by  Amicus Curiae
                 Secretary of Labor in 03-5124 and submitted to court.
                 Original and no copies.  c/s: y. (oac) [03-5124]

12/12/03         [1668986] Motion filed by Secretary of Labor in 03-5124 to
                 present oral argument [03-5124] ; submitted to court. (hrs)

                 [03-5124]

12/12/03         [1669277] Order filed by PF, granting the amicus motion to
                 present oral argument. Time for the amicus will be from the
                 appellees 15 minutes. [1668986-1]  Parties served by mail
                 on 12/12/03. (hrs) [03-5124]

12/31/03         [1675087] Notice of appearance filed by Robin Springberry
                 Parry in 03-5124 as attorney for Secretary of Labor in
                 03-5124.  CERT. OF INTERESTED PARTIES (y/n): n. (oac)

                 [03-5124]

1/15/04          [1678407] Case argued by Thomas E. Wack, for appellant;
                 Robin Springberg Parry for amicus; and Paul W. Mollica for
                 appellee; Submitted to Judges Lucero, Baldock, Tymkovich.
                 (ss) [03-5124]

4/20/04          [1703099] Case mediation conferencing terminated. (bjv)

                 [03-5124]

5/21/04          [1710762] Order filed by Judges Lucero, Baldock and
                 Tymkovich granting Appellant's motion to file supplemental
                 appendix. [1656547-1] (Found in opinoin)  Parties served by
                 mail. (afw) [03-5124]

5/21/04          [1710767] Per opinion of 5/21/04 the filing of the
                 Supplemental Appendix filed by Appellant McDonnell Douglas
                 is allowed. (afw) [03-5124]

5/21/04          [1710771]  Terminated on the Merits after Oral Hearing;
                 Judgment is Reversed and Remanded; Written, Signed,
                 Published. Lucero, dissenting; Baldock, authoring judge;
                 Tymkovich. [03-5124] Parties served by mail on 5/21/04. (afw)

                 [03-5124]

6/3/04              [1714156] Appellees' motion to extend time to file
                    petition for rehearing until 6/21/04 [03-5124]  filed by
                    James R. Millsap, et al. in 03-5124.  Original and 3
                    copies.  c/s: y. (oac) [03-5124]


Docket as of January 19, 2005 8:03 pm              Page 10



Proceedings include all events.
03-5124  Millsap, et al v. McDonnell Douglas

6/4/04              [1714158] Order filed by Judge(s) PF granting
                    Appellee/Respondent motion to extend time to file petition
                    for rehearing until 6/21/04. [1714156-1]  Parties served by
                    mail. (oac) [03-5124]

6/10/04             [1715726] Appellees' second motion to extend time to file
                    petition for rehearing until 10/19/04 [03-5124]  filed by
                    James R. Millsap, Jose Ramon, Cathy Kirby, Lawrence Wilson,
                    Wanda Hunter, Rita Owens, Bob Kephart, Jim Cooper, Howard
                    Bowlin and Ray Peterson.  Original and 7 copies. c/s: y (afw)

                    [03-5124]

6/10/04             [1715728] Appellees' second motion to extend time until
                    10/19/04 to file petition for rehearing submitted to court.
                    (afw) [03-5124]

6/18/04             [1717621] Order filed by Judges Lucero, Baldock and
                    Tymkovich granting Appellees' second motion to extend time
                    to file petition for rehearing until 10/19/04.  [1715726-1]
                    No further extension wil be granted by the court.  Parties
                    served by mail. (afw) [03-5124]

10/19/04            [1749786] District Court settlement order w/judgment
                    dismissing all remaining claims filed. [03-5124] (oac)

                    [03-5124]

10/20/04            [1749779] Mandate issued. Mandate receipt due 11/19/04.
                    (oac) [03-5124]

10/27/04            [1751899] Mandate receipt filed. (jmm) [03-5124]

1/19/05             [1773825] Case file closed. Shipment to records center due
                    1/19/07 (jaz) [03-5124]

Docket as of January 19, 2005 8:03 pm                    Page 11

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/19/2006 00:57:34 | | |
| PACER Login: | bm0072 | Client Code: | 89168 |
| Description: | dkt report | Case Number: | 03-5124 |
| Billable Pages: | 11 | Cost: | 0.88 |

# General Docket
## United States Court of Appeals for the 10th Circuit

```
Current cases:
                Lead          Member        Start         End
      Companion:
                02- 7039      02- 7046      4/11/02
      Prior related:
                02-  700      02- 7046      4/11/02
      Related:
                02- 7038      02- 7039      3/25/02



Docket as of March 16, 2004 9:03 am                    Page 1



Proceedings include all events.
02-7046   EEOC, et al v. H. W. Braum, Inc.

EQUAL EMPLOYMENT OPPORTUNITY        Gwendolyn Young Reams, Assoc.
COMMISSION                          Gen. Counsel
      Plaintiff - Appellant         [COR LD NTC gvt]
                                    Devika S. Dubey
                                    [COR LD NTC gvt]
                                    David Rivela
                                    [COR LD NTC gvt]
                                    U.S. Equal Employment
                                    Opportunity Commission
                                    Dallas District Office
                                    207 S. Houston St.
                                    Dallas, TX 75202
                                    214/655-3355

                                    Robert A. Canino
                                    [COR LD NTC gvt]
                                    Toby Costas
                                    [COR LD NTC gvt]
                                    EEOC
                                    207 S. Houston Street
                                    Dallas, TX 75202
                                    214/655-3332
```

```
                                 Joseph A. Seiner
                                 [COR LD NTC gvt]
                                 E.E.O.C.
                                 Office of General Counsel
                                 1801 L Street
                                 7th Floor
                                 Washington, DC 20507

                                 Holly Waldron
                                 [COR LD NTC gvt]
                                 Equal Employment Opportunity
                                 Commission
                                 201 Park Ave
                                 Suite 1350
                                 Oklahoma City, OK 73102
                                 405/231-4363

                                 Michelle M. Robertson
                                 [COR LD NTC gvt]
                                 Equal Employment Opportunity
                                 Commission
                                 210 Park Ave
                                 Suite 1350
                                 Oklahoma City, OK 73102
                                 405/231-4363


    v.

H. W. BRAUM, INC., d/b/a          Jim T. Priest
Braum's Ice Cream and Dairy       [COR LD NTC ret]

Docket as of March 16, 2004 9:03 am                Page 2



Proceedings include all events.
02-7046   EEOC, et al v. H. W. Braum, Inc.

Store, an Oklahoma corporation    Robert E. Norman
     Defendant - Appellee         [COR LD NTC ret]
                                  McKinney & Stringer
                                  101 N. Robinson, Suite 1300
                                  Oklahoma City, OK 73102-5504
                                  405/239-6444


-------------------------
```

```
EVA WILLIS                          Dan Little
     Movant                         [COR LD NTC ret]
                                    Prudence Little
                                    [COR LD NTC ret]
                                    P.O. Box 618
                                    Madill, OK 73446
                                    405/795-3397
```

Docket as of March 16, 2004 9:03 am                    Page 3


Proceedings include all events.
02-7046  EEOC, et al v. H. W. Braum, Inc.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

               Plaintiff - Appellant,

     v.

H. W. BRAUM, INC., d/b/a Braum's Ice Cream and Dairy Store,
an Oklahoma corporation,

               Defendant - Appellee.
_____

EVA WILLIS,

               Movant.


Docket as of March 16, 2004 9:03 am                    Page 4


Proceedings include all events.
02-7046  EEOC, et al v. H. W. Braum, Inc.

4/11/02            [1502104] Civil case docketed.  Preliminary record filed.
                   DATE RECEIVED: 4/11/02. Transcript order form due 4/22/02
                   for Stephen D. Allen and Karla McWhorter pursuant to
                   R.42.1. Docketing statement due 4/22/02 for EEOC.  Notice
                   of appearance due 4/22/02 for EEOC and H. W. Braum, Inc. (as)

[02-7046]

4/11/02       [1502113] Notice of appearance filed by Joseph A. Seiner in
              02-7046 as attorney for EEOC.  CERT. OF INTERESTED PARTIES
              (y/n): y (as) [02-7046]

4/11/02       [1502115] Notice received from Appellant EEOC in 02-7046
              that a transcript is not necessary for this appeal. Notice
              due that record is complete 4/16/02 for James H. Payne. (as)

              [02-7046]

4/11/02       [1502116] Docketing statement filed by EEOC in 02-7046.
              Original and 4 copies.  c/s: y. (as) [02-7046]

4/16/02       [1503043] Order filed by PF Record complete notice due
              4/26/02 for James H. Payne  Parties served by mail. (bjv)

              [02-7046]

4/22/02        [1504927] Notice of appearance filed by Robert E. Norman
              in 02-7046, Jim T. Priest in 02-7046 as attorneys for H. W.
              Braum, Inc. in 02-7046.  CERT. OF INTERESTED PARTIES (y/n):
              n (jet) [02-7046]

4/29/02        [1506467] Filed notice record is complete 4/23/02.
              Appellant/Petitioner's brief and appendix due 6/3/02 for
              EEOC. (oac) [02-7046]

5/13/02       [1510278] On the court's own motion and pursuant to 10th
              Cir. R. 33.1, order filed by (PF) to extend time to file
              appellant's brief and appendix until 6/24/02 [02-7046] for
              EEOC. Parties served by mail. (lg) [02-7046]

6/13/02       [1519793] On the court's own motion and pursuant to 10th
              Cir. R. 33.1, order filed by (PF) to extend time to file
              appellant's brief and appendix until 7/24/02 [02-7046]
              Appellant's brief and appendix due 7/24/02. Parties served
              by mail. (bjv) [02-7046]

7/26/02        [1530532] Appellant's brief filed by EEOC in 02-7046.
              Original and 7 copies. c/s: y. Served on 7/22/02. Oral
              argument? y. Appendix filed. Original and 1 appendix copy.
              Appendix Pages: 37. Appellee/Respondent's brief due 8/26/02
              for H. W. Braum, Inc. (oac) [02-7046]

8/28/02        [1540400] Appellee's brief filed by H. W. Braum, Inc. in
              02-7046. Original and 7 copies. c/s: y. Served on 8/26/02.

                    Oral Argument? y, Appendix filed. Original and y appendix
                    copy. Appendix Pages: 14. Appellant's optional reply brief
                    due 9/12/02 for EEOC. (bjv) [02-7046]

Docket as of March 16, 2004 9:03 am                    Page 5



Proceedings include all events.
02-7046  EEOC, et al v. H. W. Braum, Inc.


8/29/02            [1540922] On the court's own motion and pursuant to 10th
                   Cir. R. 33.1, order filed by (PF) to extend time to file a
                   reply brief until 9/27/02 [02-7046]. Parties served by
                   mail. (as) [02-7046]

9/23/02            [1547706] Appellant's reply brief filed by EEOC in 02-7046.
                   Original and 7 copies. c/s: y. (bjv) [02-7046]

6/5/03             [1617578] Hearing set for September, 2003 Session, at
                   Denver, Colorado. (ss) [02-5076 02-5094 02-5112 02-5124
                   02-5133 02-7038 02-7046]

9/17/03            [1647265] Case argued by Joseph A. Seiner, for appellant
                   and Jim T. Priest for appellee; Submitted to Judges Ebel,
                   Baldock, Kelly. (ss) [02-7046]

9/22/03            [1648348] Supplemental authority filed by Appellee H. W.
                   Braum, Inc. in 02-7046, 02-7038 and 02-7039 and submitted
                   to court. Original and 7 copies. c/s: y. (lg)

                   [02-7038 02-7046]

10/28/03           [1657736] Terminated on the Merits after Oral Hearing;
                   Reversed/Remanded; Written, Signed, Published. Ebel;
                   Baldock; Kelly, authoring judge. Parties served by mail on
                   10/28/03 (lg) [02-7046]

12/22/03           [1672689] Mandate issued. Mandate receipt due 1/21/04. (oac)

                   [02-7046]

12/31/03           [1675510] Mandate receipt filed. (kmh) [02-7046]

3/16/04            [1693593] Case file closed. Shipment to records center due
                   3/16/06 (erb) [02-7046]

Docket as of March 16, 2004 9:03 am                 Page 6

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/19/2006 01:06:47 | | | |
| **PACER Login:** | bm0072 | **Client Code:** | 89168 |
| **Description:** | dkt report | **Case Number:** | 02-7046 |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |

Home    PACER    Opinions                                                Help

# General Docket
## United States Court of Appeals for the 10th Circuit

Lower court information:

    District: 1082-1 : 02-Z-210 (OES)

    Ordering Judge: Zita L. Weinshienk, Sr.District Judge
    Court Reporter: Paul Zuckerman, C.S.R.
    Date Filed: 2/4/02
    Date order/judgment: 5/6/02
    Date NOA filed: 6/19/02
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   02-0501   MBB   HLH   -
  Date filed: 5/24/02   Date disposed: 6/14/02   Disposition: granted

Current cases:

|  | Lead | Member | Start | End |
|---|---|---|---|---|
| Cross-appeal: | 02- 1277 | 02- 1282 | 6/24/02 | |

Docket as of January 27, 2006 6:03 pm                          Page 1

Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance

JON F. KIDNEIGH                    Stephen C. Kaufman
    Plaintiff                  [COR NTC ret]
                                   3801 E. Florida Ave.
                                   Suite 900
                                   Denver, CO 80210
                                   303/393-6666

                                   Nevin A. Seeger
                                   [COR NTC ret]
                                   Zodrow, P.C.

```
                                   1050 17th Street
                                   Suite 1940
                                   Denver, CO 80265
                                   303-572-0700

BARBARA KIDNEIGH               Stephen C. Kaufman
     Plaintiff - Appellant     (See above)

                               [COR NTC ret]


                               Nevin A. Seeger
                               (See above)


                               [COR NTC ret]



    v.


UNUM LIFE INSURANCE COMPANY OF   Jack M. Englert, Jr.
AMERICA, a Maine corporation     Below Address Terminated on 3/22/05
     Defendant - Appellee        [COR NTC ret]
                                 Holland & Hart
                                 P.O. Box 8749
                                 Denver, CO 80201-8749
                                 303/295-8000

                                 Marcy G. Glenn
                                 [COR LD NTC ret]
                                 Holland & Hart
                                 555 17th Street
                                 Suite 3200
                                 Denver, CO 80202
                                 303/295-8000

                                 Michael S. Beaver
                                 [COR LD NTC ret]
                                 Holland & Hart
                                 8390 E. Crescent Parkway
                                 Suite 400
                                 Greenwood Village, CO 80011-
                                 2800

                                 Parker W. Dragovich
                                 [COR LD NTC ret]
                                 Holland & Hart, LLP
                                 8390 East Crescent Parkway
```

Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance

```
                              #400
                              Greenwood Village, CO 80111
                              303/290-1600


------------------------
COLORADO TRIAL LAWYERS        Bradley A. Levin
ASSOCIATION                   [COR LD NTC ret]
      Amicus Curiae           Roberts Levin & Patterson
                              1660 Wynkoop
                              Suite 800
                              Denver, CO 80202
                              303/575-9390

                              Michael J. Rosenberg
                              [COR LD NTC ret]
                              Roberts, Levin & Patterson,
                              P.C.
                              1660 Wynkoop, Ste. 800
                              Denver, CO 80202
                              303/575-9390
```

Docket as of January 27, 2006 6:03 pm                    Page 3

Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance

JON F. KIDNEIGH,

```
                Plaintiff - Cross -
                Appellee,

          and

BARBARA KIDNEIGH,

                Plaintiff - Appellant -
                Cross - Appellee,
```

                    v.                          Nos. 02-1277 & 02-1282

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,

                    Defendant - Appellee -
                    Cross - Appellant.

------------------------

COLORADO TRIAL LAWYERS ASSOCIATION,

                    Amicus Curiae.

Docket as of January 27, 2006 6:03 pm                Page 4

Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance

6/20/02          [1520720] Civil case docketed. Preliminary record filed.
                 DATE RECEIVED: 6/20/02. Transcript order form due 7/1/02 for
                 Paul Zuckerman pursuant to R.42.1. Docketing statement due
                 7/1/02 for Barbara Kidneigh and Jon F. Kidneigh. Notice of
                 appearance due 7/1/02 for Unum Life Insurance, Barbara
                 Kidneigh and Jon F. Kidneigh. (gah) [02-1277]

6/24/02           [1521707] Notice of appearance filed by Nevin A. Seeger in
                 02-1277, Stephen C. Kaufman in 02-1277, Nevin A. Seeger in
                 02-1282, Stephen C. Kaufman in 02-1282 as attorney for
                 Barbara Kidneigh in 02-1277, Jon F. Kidneigh in 02-1282,
                 Barbara Kidneigh in 02-1282.  CERT. OF INTERESTED PARTIES
                 (y/n): n (jet) [02-1277 02-1282]

6/25/02          [1521618] Docketing statement filed by Barbara Kidneigh in
                 02-1277. Original and 4 copies.  c/s: y. (klp)

                 [02-1277]

6/25/02          [1521624] Notice filed that the necessary transcript is
                 already on file in district court. Notice due that record is
                 complete 7/1/02 for Zita L. Weinshienk. (klp)

                 [02-1277]

7/3/02          [1524492] Notice of appearance filed by Marcy G. Glenn as
                attorney for Unum Life Insurance in 02-1277. CERT. OF
                INTERESTED PARTIES (y/n): y. (das) [02-1277]

7/3/02          [1524499] Notice of appearance filed by Michael S. Beaver
                and Parker W. Dragovich as attorneys for Unum Life
                Insurance in 02-1277.  CERT. OF INTERESTED PARTIES (y/n):
                y. (das) [02-1277]

7/10/02         [1525811] Case referred for mediation conferencing. (afw)

                [02-1277 02-1282]

7/24/02          [1529860] Case mediation conferencing terminated. (klp)

                [02-1277 02-1282]

8/2/02          [1532752] Memorandum filed by district court indicating
                appellant has not filed a transcript order form. Original.
                c/s: n. (klp) [02-1277 02-1282]

8/16/02         [1536968] Filed notice record is complete 8/15/02.
                Appellant's first brief on cross-appeal and appendix due
                9/24/02 for Barbara Kidneigh in 02-1277 and 02-1282. (jal)

                [02-1277 02-1282]

8/30/02         [1541086] Appellant's motion to include motion for expended
                discovery in appendix filed by Barbara Kidneigh in 02-1277
                and 02-1282. [02-1277, 02-1282]  Original and 3 copies. c/s:
                y (afw) [02-1277 02-1282]


Docket as of January 27, 2006 6:03 pm                    Page 5



Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance

9/3/02          [1541509] Order filed by PF granting Appellant's motion to
                include motion for expanded discovery in appendix
                [1541086-1] in 02-1277 and 02-1282.  Parties served by
                mail. (afw) [02-1277 02-1282]

9/20/02         [1547059] First brief on cross-appeal filed by Barbara
                Kidneigh in 02-1277 and Jon F. Kidneigh and Barbara

Kidneigh in 02-1282.  Original and 7 copies. c/s: y. Served on 9/20/02.  Oral Argument? y.  Appendix filed. Original and appendix copy.  Appendix Pages: 544. 2nd cross-appeal brief due 10/23/02 for Unum Life Insurance. (klp)

[02-1277 02-1282]

9/27/02    [1549227] Motion for leave to become amicus filed by Colorado Trial in 02-1277 and 02-1282. Original and 4 copies.  c/s: y. (klp) [02-1277 02-1282]

9/30/02    [1549238] Amicus Brief received from Colorado Trial in 02-1277, Colorado Trial in 02-1282, but not filed, pending ruling on motion to become amicus. Original and 7 copies. c/s: y. (klp) [02-1277 02-1282]

9/30/02    [1549412]  Motion leave to become amicus in 02-1277 and 02-1282 submitted to court. (klp) [02-1277 02-1282]

10/1/02    [1549836] Order filed by Judge Murphy and Porfilio granting motion leave to become amicus [1549227-1] in 02-1282 and 02-1277.  Parties served by mail. (klp) [02-1277 02-1282]

10/1/02    [1549918] Amicus Curiae brief filed by Colorado Trial in 02-1277 and 02-1282. Original and 7 copies. c/s: y. Served on 9/27/02. (klp) [02-1277 02-1282]

10/23/02    [1556664] Second brief on cross-appeal filed by Unum Life Insurance in 02-1277 and 02-1282. Original and 7 copies. Served on 10/23/02. Oral Argument? y (dab) [02-1277 02-1282]

11/8/02    [1562174] Third brief on cross-appeal filed by Barbara Kidneigh in 02-1277 and Jon F. Kidneigh and Barbara Kidneigh in 02-1282. Original and 7 copies. Served on 11/8/02. Fourth brief on cross-appeal due 11/25/02 for Unum Life Insurance in 02-1277 and 02-1282. (afw) [02-1277 02-1282]

11/25/02    [1566688] Fourth brief on cross-appeal filed by Unum Life Insurance in 02-1277 and 02-1282. Original and 7 copies. Served on 11/25/02. (dab) [02-1277 02-1282]

1/31/03    [1583680] Hearing set for May 2003 Session, at Denver, Colorado. (hrs) [02-1277 02-1282 02-5095 02-5097 02-5104 02-5135 02-9543]

3/5/03    [1593074] Appellant's supplemental authority filed by Barbara Kidneigh in 02-1277 and 02-1282.  Original and 7 copies.  c/s: y. (jal) [02-1277 02-1282]

Docket as of January 27, 2006 6:03 pm                    Page 6


Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance


4/4/03          [1601450] Supplemental authority filed by Appellant Barbara
                Kidneigh in 02-1277 and Appellees Jon F. Kidneigh and
                Barbara Kidneigh in 02-1282. Original and 7 copies.  c/s:
                y. (klp) [02-1277 02-1282]

4/4/03          [1601454] Joint motion for leave to file supplemental briefs
                filed by Barbara Kidneigh and Unum Life Insurance in 02-1277
                and Jon F. Kidneigh, Barbara Kidneigh and Unum Life
                Insurance in 02-1282.  Original and 5 copies.  c/s: y. (klp)

                [02-1277 02-1282]

4/7/03          [1601479] Appellant's motion for leave to file supplemental
                briefs, and supplemental authority letter submitted to
                argument panel regarding an April 2, 2003 decision of the
                Supreme Court. (ss) [02-1277 02-1282]

4/7/03          [1602099] Appellee's supplemental authority filed by Unum
                Life Insurance in 02-1277 and 02-1282. Original and 7
                copies.  c/s: y (afw) [02-1277 02-1282]

4/7/03          [1602100] Appellee's supplemental authority filed by Unum
                Life Insurance in 02-1277 and 02-1282. Original and 7
                copies.  c/s: y (afw) [02-1277 02-1282]

4/8/03          [1601873] Order filed by PF, granting motion to file a
                supplemental brief [1601454-1] in 02-1277, 02-1282 -
                supplemental brief due 4/21/03 for Unum Life Insurance,
                for Barbara Kidneigh in 02-1277, 02-1282.  Parties served
                by mail on 4/8/03. (hrs) [02-1277 02-1282]

4/8/03          [1602101] Appellee's supplemental authorities submitted to
                court. (afw) [02-1277 02-1282]

4/17/03         [1604547] Appellants' response to UNUM's supplemental
                authorities filed by Barbara Kidneigh in 02-1277 and
                Barbara Kidneigh and Jon Kidneigh in 02-1282 and submitted
                to court. Original and 7 copies.  c/s: y. (klp)

                        [02-1277 02-1282]

4/18/03          [1604915] Appellant's/cross-appellees' supplemental brief
                 filed by Barbara Kidneigh in 02-1277 and Barbara and Jon
                 Kidneigh. Original and 7 copies. c/s: y. (klp)

                        [02-1277 02-1282]

4/18/03          [1604918] Appellant's and cross-appellees' supplemental
                 brief submitted to court. (klp) [02-1277 02-1282]

4/21/03           [1605618] Supplemental brief filed by Unum Life Insurance
                 in 02-1277 and 02-1282 and submitted to court. Original and
                 7 copies. c/s: y. (gah) [02-1277 02-1282]



Docket as of January 27, 2006 6:03 pm                    Page 7



Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance

5/7/03            [1610140] Case argued by Stephen C. Kaufman for Kidneigh
                 et al.; Micahel S. Beaver for Unum Life Insurance, and
                 submitted to Judges Kelly, Henry, Hartz. (hrs)

                        [02-1277 02-1282]

6/23/03          [1622132] Supplemental authority filed by  Appellee Unum
                 Life Insurance in 02-1277 02-1282 and submitted to court.
                 Original and 7 copies. c/s: y. (klp) [02-1277 02-1282]

6/27/03           [1623345] Response filed by Barbara Kidneigh and Jon F.
                 Kidneigh in 02-1277 and 02-1282 to appellee's supplemental
                 authority and submitted to court. Original and 7 copies.
                 c/s: y. (gah) [02-1277 02-1282]

9/15/03           [1646682] Appellant's supplemental authority filed by
                 Barbara Kidneigh in 02-1277 and 02-1282 and submitted to
                 court. Original and 7 copies. c/s: y. (gah) [02-1277 02-1282]

9/29/03           [1650454] Appellee's response filed by Unum Life Insurance
                 in 02-1277 and 02-1282 to appellant's supplemental
                 authority and submitted to court. Original and 7 copies.
                 c/s: y. (gah) [02-1277 02-1282]

9/29/03          [1650456] Appellee's supplemental authority filed by Unum
                 Life Insurance in 02-1277 and 02-1282 and submitted to
                 court. Original and 7 copies. c/s: y. (gah) [02-1277 02-1282]

10/3/03          [1651576]  Terminated on the Merits after Oral Hearing;
                 Affirmed (in part) and Reversed (in part); Written, Signed,
                 Published. Kelly, authoring judge; Henry, concurring in
                 part and dissenting in part; Hartz. [02-1277, 02-1282]
                 Parties served by mail on 10/3/03. (na) [02-1277 02-1282]

10/15/03         [1654743] Petition for rehearing in banc [02-1277,
                 02-1282] filed by Barbara Kidneigh in 02-1277, Jon F.
                 Kidneigh and Barbara Kidneigh in 02-1282. Original and 12
                 copies. c/s: y (na) [02-1277 02-1282]

10/16/03         [1654746] Document [1654743-1] Petition for rehearing in
                 banc filed by Barbara Kidneigh and Jon F. Kidneigh, in
                 02-1282 submitted to court. (na) [02-1277 02-1282]

10/28/03         [1657683] Order filed by Judges Kelly, Henry,and Hartz
                 denying appellant/cross-appellees' petition for rehearing
                 in banc [1654743-1]. (gah) [02-1277 02-1282]

11/3/03          [1659453] Appellant's motion to stay execution of the
                 mandate filed by Barbara Kidneigh and submitted to court
                 [02-1277, 02-1282]. (jal) [02-1277 02-1282]

11/10/03         [1660688] Order filed by Judges Kelly, Henry and Hartz
                 denying Appellant/Cross-Appellees' motion for stay of
                 mandate in 02-1277 and 02-1282.  Parties served by mail.
                 (jal) [02-1277 02-1282]

Docket as of January 27, 2006 6:03 pm                    Page 8


Proceedings include all events.
02-1277  Kidneigh, et al v. Unum Life Insurance


11/10/03         [1660693] Mandate issued.  Mandate receipt due 12/10/03 in
                 02-1277 and 02-1282. (jal) [02-1277 02-1282]

11/18/03         [1663691] Mandate receipt filed. (kmh) [02-1277 02-1282]

1/12/04          [1677426] Petition for writ of certiorari filed on 1/8/04
                 by Jon F. Kidneigh and Barbara Kidneigh in 02-1277 and
                 02-1282. Supreme Court Number 03-987. (gah) [02-1277 02-1282]

2/27/04              [1689384] Supreme Court order dated 2/23/04 denying
                     certiorari filed. (na) [02-1277 02-1282]

4/15/04              [1701230] Case file closed. Shipment to records center due
                     4/15/06 in 02-1277, in 02-1282 (erb) [02-1277 02-1282]


Docket as of January 27, 2006 6:03 pm                    Page 9


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/19/2006 01:13:35 | | | |
| PACER Login: | bm0072 | Client Code: | 89168 |
| Description: | dkt report | Case Number: | 02-1277 |
| Billable Pages: | 9 | Cost: | 0.72 |

Home    PACER    Opinions                                           Help

# General Docket
## United States Court of Appeals for the 10th Circuit

Lower court information:

        District: 1088-2 : 2:00-CV-936-ST
        Ordering Judge: Ted Stewart, District Judge
        Court Reporter: Ed Young, C.S.R.
        Date Filed: 12/1/00
        Date order/judgment: **/**/**
        Date NOA filed: 7/22/02
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion: | | | | |
| | 02- 4126 | 02- 4165 | 9/6/02 | |
| Prior related: | | | | |
| | 02- 4126 | 02-  600 | 8/29/02 | |
| | 02- 4126 | 02- 4165 | 9/6/02 | |
| | 01- 4030 | 02- 4126 | 7/24/02 | |
| | 01- 4030 | 02- 4004 | 1/8/02 | |
| | 02- 4004 | 02- 4108 | 7/2/02 | |
| Related: | | | | |
| | 01- 4030 | 01- 4148 | 7/26/01 | |

Docket as of March 6, 2006 3:03 pm                    Page 1

Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

SALT LAKE TRIBUNE PUBLISHING        Patrick J. Carome
COMPANY, LLC                        [COR LD NTC ret]
        Plaintiff - Appellant       Seth P. Waxman
                                    [COR NTC ret]
                                    A. Stephen Hut, Jr.

[COR NTC ret]
Rachael Hill
[COR NTC ret]
Luke A. Sobota
[COR NTC ret]
Jennifer M. O'Connor
[COR NTC ret]
Wilmer Cutler Pickering Hale &
Dorr
2445 M Street, N.W.
Washington, DC 20037
202/663-6000

Barbara Z. Blumenthal
[COR LD NTC ret]
Daniel M. Reilly
[COR NTC ret]
Van Aaron Hughes
[COR NTC ret]
Sean Connelly
[COR NTC ret]
Hoffman, Reilly, Pozner &
Williamson
511 Sixteenth Street
Suite 700
Denver, CO 80202
303/893-6100

Gary F. Bendinger
Below Address Terminated on 3/3/04
[COR LD NTC ret]
Milo Steven Marsden
Below Address Terminated on 8/11/04
[COR LD NTC ret]
Lisa R. Petersen
Below Address Terminated on 3/3/04
[COR LD NTC ret]
Bendinger, Crockett, Peterson &
Casey
170 South Main Street
Suite 400
Salt Lake City, UT 84101
801/533-8383

Jeffery S. Williams
FAX 801/363-3614
[COR NTC ret]
Nelson, Christensen & Helsten

```
                              68 South Main Street

Docket as of March 6, 2006 3:03 pm                          Page 2



Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

                              6th Floor
                              Salt Lake City, UT 84101
                              801/531-8400

JAMES E. SHELLEDY, as editor
and administrator of news
gathering for The Salt Lake
Tribune
      Plaintiff-Intervenor

THE SALT LAKE CITY WEEKLY
      Plaintiff-Intervenor

KUTV
      Plaintiff-Intervenor

KUTV HOLDINGS
      Plaintiff-Intervenor

KTVX-TV
      Plaintiff-Intervenor

CLEAR CHANNEL COMMUNICATIONS
      Plaintiff-Intervenor


    v.

AT&T CORP.                     Marc Wolinsky
      Defendant - Appellee     [COR LD NTC ret]
                               Wachtell, Lipton, Rosen & Katz
                               51 W. 52nd Street
                               New York, NY 10019
                               212/403-1000

                               Alan L. Sullivan
                               [COR LD NTC ret]
                               Todd M. Shaughnessy
                               [COR NTC ret]
```

```
                                    Snell & Wilmer
                                    15 W. South Temple, Suite 1200
                                    Gateway Tower West
                                    Salt Lake City, UT 84101
                                    801/257-1900

                                    Laura A. Kaster
                                    [COR LD NTC ret]
                                    AT&T Law Department
                                    295 N. Maple Ave.
                                    Basking ridge, NJ 07039
                                    908/221-6716

AT&T BROADBAND & INTERNET            Marc Wolinsky
SERVICES, LLC                        (See above)
```

Docket as of March 6, 2006 3:03 pm                Page 3


Proceedings include all events.
02-4126   Salt Lake Tribune, et al v. Media News Corp., et al

```
     Defendant - Appellee            [COR LD NTC ret]

                                     Alan L. Sullivan
                                     (See above)
                                     [COR LD NTC ret]
                                     Todd M. Shaughnessy
                                     (See above)
                                     [COR NTC ret]

                                     Laura A. Kaster
                                     (See above)
                                     [COR LD NTC ret]

DESERET NEWS                         Charles Goldberg
     Defendant - Appellee            [COR LD NTC ret]
                                     Cindy C. Oliver
                                     [COR LD NTC ret]
                                     Rothgerber, Johnson & Lyons
                                     1200 17th Street
                                     Suite 3000 One Tabor Center
                                     Denver, CO 80202-5839
                                     303/623-9000

                                     Jill M. Pohlman
                                     [COR NTC ret]
```

```
                                      201 South Main
                                      Suite 1100
                                      Salt Lake City, UT 84111-4904
                                      801/328-3131

                                      David J. Jordan
                                      [COR LD NTC ret]
                                      Stoel Rives, LLP
                                      201 S. Main St.
                                      Suite 1100
                                      Salt Lake City, UT 84111
                                      801/328-3131

MEDIANEWS GROUP, INC.                 Allan T. Brinkerhoff
     Defendant - Appellee             [COR NTC ret]
                                      Allan T. Brinkerhoff
                                      (See above)
                                      [COR NTC ret]
                                      Ray, Quinney & Nebeker
                                      79 South Main Street
                                      Suite 700, P.O. Box 45385
                                      Salt Lake City, UT 84145-0385
                                      801/532-1500

                                      Brendan V. Sullivan, Jr.
                                      [COR LD NTC ret]
                                      Kevin T. Baine
                                      [COR NTC ret]
                                      Kevin T. Baine
```

Docket as of March 6, 2006 3:03 pm                 Page 4


Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

```
                                      (See above)
                                      [COR NTC ret]
                                      Paul B, Gaffney
                                      [COR NTC ret]
                                      Paul B, Gaffney
                                      (See above)
                                      [COR NTC ret]
                                      Williams & Connolly
                                      725 - 12th Street, N.W.
                                      Washington, DC 20005
                                      (202) 434-5532
```

James S. Jardine
[COR NTC ret]
James S. Jardine
(See above)
[COR LD NTC ret]
Ray, Quinney & Nebeker
36 S. State St., #1400
P.O. Box 45385
Salt Lake City, UT 84145-0385
801/532-1500

George A. Davidson
[COR LD NTC ret]
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004
212/837-6000

Victoria Radd Rollins
[COR NTC ret]
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005-5901
202/434-5029

KEARNS-TRIBUNE CORP                Allan T. Brinkerhoff
       Defendant - Appellee       (See above)
                                   [COR NTC ret]

                                   Brendan V. Sullivan, Jr.
                                   (See above)
                                   [COR LD NTC ret]
                                   Kevin T. Baine
                                   (See above)
                                   [COR NTC ret]
                                   Paul B, Gaffney
                                   (See above)
                                   [COR NTC ret]

                                   James S. Jardine
                                   (See above)
                                   [COR NTC ret]

Docket as of March 6, 2006 3:03 pm                Page 5

Docket Sheet for 02-4126

Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al


Docket as of March 6, 2006 3:03 pm                 Page 6



Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

SALT LAKE TRIBUNE PUBLISHING COMPANY, LLC

            Plaintiff - Appellant


        and

JAMES E. SHELLEDY, as editor and administrator of news
gathering for The Salt Lake Tribune; THE SALT LAKE CITY
WEEKLY; KUTV; KUTV HOLDINGS; KTVX-TV; CLEAR CHANNEL
COMMUNICATIONS

            Plaintiff-Intervenor


    v.

AT&T CORP.; AT&T BROADBAND & INTERNET SERVICES, LLC; DESERET
NEWS; MEDIANEWS GROUP, INC.; KEARNS-TRIBUNE CORP

            Defendant - Appellee



Docket as of March 6, 2006 3:03 pm                 Page 7



Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

7/24/02          [1529784] Civil case docketed.  Preliminary record filed.
                 DATE RECEIVED: 7/24/02. Fee due 8/5/02 for Salt Lake
                 Tribune. Transcript order form due 8/5/02 for Ed Young
                 pursuant to R.42.1. Docketing statement due 8/5/02 for Salt
                 Lake Tribune. Notice of appearance due 8/5/02 for

Kearns-Tribune Corp, MediaNews Group, Deseret News, AT&T Broadband, AT&T Corporation, and for Salt Lake Tribune. (mt) [02-4126]

7/24/02        [1529785] Appellant's motion filed by Salt Lake Tribune to exceed page limits for emergency motion. Original and 3 copies.  c/s: y. (mt) [02-4126]

7/24/02        [1529786] Appellant's emergency motion filed by Salt Lake Tribune for injunction pending appeal, and request for expedition of appeal. Original and 3 copies.  c/s: y. Appendix filed. (3 Volumes and 2 copies) (mt) [02-4126]

7/29/02        [1530638] Appellee's response in opposition to appellant's emergency motion for injunction and request for expedition filed by MediaNews Group and Kearns-Tribune Corp in 02-4126, Original and 3 copies. c/s: y. (kf) [02-4126]

7/29/02        [1530640]  Supplemental appendix in support of the response filed by Appellees MediaNews Group and Kerns-Tribune Corp in 02-4126. Original and 3 copies.  c/s: y. (kf) [02-4126]

7/29/02        [1530706] Appellee's response in opposition to appellant's emergency motion for injunction and request for expedition of appeal filed by Deseret News in 02-4126. Original and 3 copies.  c/s: y. (kf) [02-4126]

7/29/02        [1530724] Appellee's response in opposition to appellant's emergency motion filed by MediaNews Group, Kearns-Tribune Corp in 02-4126. Document [1530638-1]  submitted to court. (sl) [02-4126]

7/29/02        [1530727] Order filed by PF granting Appellant's motion to exceed page limit.  Parties served by mail. (kf) [02-4126]

7/29/02        [1530775] Appellee's response in opposition to emergency motion filed by Deseret News in 02-4126. Document submitted to court. (sl) [02-4126]

7/29/02        [1530936] Supplemental appendix filed by Appellee Deseret News in 02-4126. Original and 3 copies. (kf) [02-4126]

Docket as of March 6, 2006 3:03 pm                    Page 8


Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

7/29/02          [1530937] Appellant's motion filed by Appellant Salt Lake
                 Tribune in 02-4126 to withdraw exhibits from appendix and
                 to file substitute exhibits under seal. Original and 3
                 copies. c/s: y. (kf) [02-4126]

7/29/02          [1530942] Exhibit H (tab 23) and Exhibit CC of appellant's
                 appendix to be filed under seal received from Salt Lake
                 Tribune in 02-4126, but not filed. Original and 3 copies.
                 (kf) [02-4126]

7/29/02          [1531058] Appellant's motion filed by Salt Lake Tribune
                 for leave to file reply in support of emergency motion for
                 injunction pending appeal. Received by FAX.  c/s: y. (mt)
                 [02-4126]

7/29/02          [1531059] Reply Memorandum received from Salt Lake
                 Tribune, but not filed. Received by FAX. c/s: y. (mt)
                 [02-4126]

7/30/02          [1531091]  Reply Appendix Volume I (SEALED) and Reply
                 Appendix Volume II received from Salt Lake Tribune in
                 02-4126, but not filed. Original and 3 copies. (kf)
                 [02-4126]

7/30/02          [1531511] Order filed by Judges Kelly and Briscoe denying
                 Appellant's motion for injunction; granting Appellant's
                 motion for leave to file reply brief and to substitute
                 exhibits under seal; granting Appellant's motion to
                 expedite the underlying appeal. The appeal will be placed
                 on the next available oral argument calendar and an
                 expedited briefing schedule will be set.  Parties served by
                 mail. (kf) [02-4126]

7/30/02          [1531548] Exhibit H (Tab 23) and Exhibit CC of appellant's
                 appendix (Filed under SEAL) and appellant's Reply Appendix
                 volume I (Filed under SEAL) and Reply Appendix volume II
                 filed by Appellant Salt Lake Tribune in 02-4126 per court's
                 order 7/30/02. Original and 3 copies. c/s: y. (kf)
                 [02-4126]

7/30/02            [1531753] Sealed record stored.  Record can be located at
                   Section: J  Shelf: 2. (kmh) [02-4126]


7/31/02            [1532203] Notice of appearance filed by Van Aaron Hughes
                   in 02-4126, Sean Connelly in 02-4126, Barbara Z. Blumenthal
                   in 02-4126 as attorneys for Salt Lake Tribune in 02-4126.
                   CERT. OF INTERESTED PARTIES (y/n): y (jet) [02-4126]


8/1/02             [1532260] Notice filed that the transcript is already on
                   file in district court. Notice due that record is complete
                   8/6/02 for Ted Stewart. (sl) [02-4126]



Docket as of March 6, 2006 3:03 pm                Page 9



Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

8/1/02             [1532262] Notice of appearance filed by Patrick J. Carome
                   in 02-4126 as attorney for Salt Lake Tribune in 02-4126.
                   CERT. OF INTERESTED PARTIES (y/n): y. (sl) [02-4126]

8/1/02             [1532263] Docketing statement filed by Salt Lake Tribune
                   in 02-4126. Original and 4 copies.  c/s: y. (sl)
                   [02-4126]

8/1/02             [1532277] Order filed by PF (jbh) - This is an expedited
                   briefing schedule. Appellant's brief and appendix due
                   8/21/02 for Salt Lake Tribune. Appellee's brief due 9/10/02
                   for Kearns-Tribune Corp, for MediaNews Group and for Deseret
                   News. Appellant's reply brief due 9/17/02 for Salt Lake
                   Tribune. No extensions will be granted. Parties served by
                   mail. (kf) [02-4126]

8/1/02             [1532717] Notice of appearance filed by Gary F. Bendinger,
                   Milo Steven Marsden and Lisa R. Petersen as attorneys for
                   Salt Lake Tribune. CERT. OF INTERESTED PARTIES (y/n): n. (mt)
                   [02-4126]

8/2/02             [1532413] Fee paid. Date paid in District Court on
                   7/22/02. (mt) [02-4126]

8/2/02             [1532599] Notice of appearance filed by Todd M.
                   Shaughnessy in 02-4126, Alan L. Sullivan in 02-4126 as
                   attorneys for AT&T Corporation in 02-4126, AT&T Broadband

                         in 02-4126. CERT. INTERESTED PARTIES (y/n): n (jet)
                         [02-4126]

8/2/02                   [1532617] Notice of appearance filed by Jill M. Pohlman in
                         02-4126, David J. Jordan in 02-4126 as attorneys for
                         Deseret News in 02-4126. CERT. OF INTERESTED PARTIES (y/n):
                         y (jet) [02-4126]

8/5/02                   [1532998] Notice of appearance filed by Paul B, Gaffney in
                         02-4126, Kevin T. Baine in 02-4126, Allan T. Brinkerhoff in
                         02-4126, James S. Jardine in 02-4126 as attorney for
                         MediaNews Group in 02-4126, Kearns-Tribune Corp in 02-4126.
                         CERT. OF INTERESTED PARTIES (y/n): y (jet) [02-4126]

8/5/02                   [1533110] Notice of appearance filed by Victoria Radd
                         Rollins in 02-4126 as attorney for MediaNews Group in
                         02-4126.  CERT. OF INTERESTED PARTIES (y/n): y (jet)
                         [02-4126]

8/5/02                   [1533608] Filed notice record is complete 8/2/02. (mt)
                         [02-4126]

8/8/02                   [1534561] Notice of appearance filed by Luke A. Sobota in
                         02-4126, Rachael Hill in 02-4126, A. Stephen Hut in 02-4126
                         as attorney for Salt Lake Tribune in 02-4126.  CERT. OF
                         INTERESTED PARTIES (y/n): n (jet) [02-4126]


Docket as of March 6, 2006 3:03 pm                   Page 10



Proceedings include all events.
02-4126   Salt Lake Tribune, et al v. Media News Corp., et al

8/12/02                  [1535496] Notice of appearance filed by Daniel M. Reilly
                         attorney for Salt Lake Tribune in 02-4126.  CERT. OF
                         INTERESTED PARTIES (y/n): y. (kf) [02-4126]

8/16/02                  [1536836] Hearing set for November, 2002 Session, at
                         Denver, Colorado. (ss) [00-5154 01-4190 01-4200 01-4226
                         01-4228 02-4126]

8/21/02                  [1538367] Appellant's deficient appendix filed by Salt
                         Lake Tribune in 02-4126 (brief is OK, no index for
                         appendix). Corrected appellant's appendix due 9/3/02 for
                         Salt Lake Tribune. (kf) [02-4126]

8/23/02          [1539014] Appellant's brief filed by Salt Lake Tribune in
                 02-4126. Original and 7 copies. c/s: y. Served on 8/23/02
                 (brief served on 8/21/02; index to the appendix served on
                 8/23/02). Oral argument? y. Appendix filed in 28 volumes
                 (10A &B, 14A &B, 17A &B). Volumes 10-23 are SEALED.
                 Original and 1 appendix copy. Appendix Pages: 8163.
                 Appellee's brief due 9/10/02 per of 8/1/02. (kf)
                 [02-4126]

8/23/02          [1539018] Certificate of service filed by appellant Salt
                 Lake Tribune stating that the index to appellant's appendix
                 was served on 8/23/02. (kf) [02-4126]

8/23/02          [1539042] Notice of appearance filed by Seth P. Waxman as
                 attorney for Salt Lake Tribune in 02-4126.  CERT. OF
                 INTERESTED PARTIES (y/n): n. (kf) [02-4126]

8/23/02          [1539049] Sealed record stored.  Record can be located at
                 Section: J  Shelf: 2,3,5. Four boxes of SEALED appellant's
                 appendix consisting of volumes 10-23. Volume(s) (erb)
                 [02-4126]

8/23/02          [1539068] Oversized record stored.  Record can be located
                 at  Section: WW  Shelf: 5.  Two boxes of appellant's
                 appendix.  Volumes 1-9. (erb) [02-4126]

8/30/02          [1541049] Expedited Motion for Reconsideration of Order
                 filed by the court on 8/1/02 filed by AT&T Corporation and
                 AT&T Broadband in 02-4126. Original and 3 copies. c/s: y
                 (kjs) [02-4126]

8/30/02          [1541281] Appellant's response filed by Salt Lake Tribune
                 to AT&T's motion for reconsideration.  Original and 3
                 copies. c/s: y (kjs) [02-4126]


Docket as of March 6, 2006 3:03 pm                    Page 11



Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

9/3/02           [1541689] Order filed by PF (jbh) granting AT&T's motion
                 to file an appellee's response brief. [1541049-1] AT&T
                 shall file a joint response brief with appellees. The word
                 limit remains the same. Appellees' joint response brief

shall be received by this court on or before 9/10/02, with
service to appellants by expedited mail or delivery service
on the same date.  No extensions of time will be granted in
light of the expedited oral argument schedule.  Parties
served by mail. (kjs) [02-4126]

9/3/02          [1541696] Order filed by PF Appellee's brief due 9/10/02
                for AT&T Broadband, and AT&T Corporation. (Scheduling
                purposes only)  Parties served by mail. (kjs)
                [02-4126]

9/4/02          [1542731] Notice of appearance filed by Cindy C. Oliver and
                Charles Goldberg as attorneys for Deseret News in 02-4126.
                CERT. OF INTERESTED PARTIES (y/n): y. (das) [02-4126]

9/10/02         [1544897] Appellant's motion filed by Appellant Salt Lake
                Tribune in 02-4126 to reschedule oral argument [02-4126]
                "Consent Motion of Appellant Regarding Oral Argument Date" .
                Original and 3 copies  c/s: y (ss) [02-4126]

9/10/02         [1544900] Appellant's motion regarding resetting Nov. 18th
                oral argument date submitted to argument panel. (ss)
                [02-4126]

9/11/02         [1544235] Appellee's deficient brief filed by AT&T
                Corporation, AT&T Broadband, Deseret News in, MediaNews
                Group, Kearns-Tribune Corp in 02-4126. (no prior/related
                statement, filed one day out of time) Appellee's corrected
                brief due 9/23/02 for Kearns-Tribune Corp, for MediaNews
                Group, for Deseret News, for AT&T Broadband, for AT&T
                Corporation. (sl) [02-4126]

9/11/02         [1544252] Deficient E/Res brief submitted to court. (sl)
                [02-4126]

9/12/02         [1544570] Appellee's unopposed motion for leave to file an
                untimely brief  [02-4126]  filed by AT&T Corporation , AT&T
                Broadband, Deseret News, MediaNews Group, and
                Kearns-Tribune Corp in 02-4126. Original and 3 copies.
                c/s: y. (sl) [02-4126]

9/12/02         [1544574] Appellee's unopposed motion for leave to file an
                untimely brief submitted to court. (sl) [02-4126]

9/12/02         [1544756] Appellant's motion filed by Appellant Salt Lake
                Tribune to extend time to file a reply brief until 9/18/02
                . Original and 3 copies  c/s: y (kjs) [02-4126]

Docket as of March 6, 2006 3:03 pm                    Page 12


Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

9/13/02          [1545054] Order filed by PF granting Appellant's motion to
                 extend time to file apet reply brief [1544756-1].
                 Appellant's reply brief due 9/18/02.  Parties served by
                 mail. (kjs) [02-4126]

9/17/02          [1545801] Order filed by PF - Granting appellants' motion to
                 reschedule oral argument - entitled "Consent Motion of
                 Appellant Regarding Oral Argument Date,"  This matter is
                 moved from Monday, November 18, 2002 to Wednesday, November
                 20, 2002 for oral argument, in 02-4126 and 02-4165. Parties
                 served by mail. (ss) [02-4126 02-4165]

9/18/02          [1546132] Order filed by PF granting Appellee's unopposed
                 motion for leave to file an untimely brief.  Appellee's
                 brief and supplemental appendix will be docketed as filed
                 as of the date of this order. [1544570-1]  Parties served
                 by mail. (sl) [02-4126]

9/18/02          [1546140] Appellee's joint brief filed by AT&T Corporation
                 , AT&T Broadband, Deseret News, MediaNews Group,
                 Kearns-Tribune Corp in 02-4126. Original and 7 copies. c/s:
                 y. Served on 9/11/02.  Oral Argument? y. Appendix filed.
                 Original and 1 appendix copy. Appendix Pages: 188. (sl)
                 [02-4126]

9/18/02          [1546406] Appellant's reply brief filed by Salt Lake
                 Tribune in 02-4126.  Original and 7 copies.  c/s: y. (kf)
                 [02-4126]

9/18/02          [1546408] Appellant's motion filed by Appellant Salt Lake
                 Tribune in 02-4126 to file a supplemental appendix and to
                 file under seal. Original and 7 copies.  c/s: y. (kf)
                 [02-4126]

9/18/02          [1546412] Appellant's supplemental appendix to be filed
                 under seal received from Salt Lake Tribune in 02-4126, but
                 not filed. Original and 2 copies. c/s: d. (kf)
                 [02-4126]

9/19/02          [1546411] Appellant's motion to file a supplemental
                 appendix and to file under seal submitted to court. (kf)
                 [02-4126]

9/26/02          [1548620] Order filed by PF - appellant shall show cause
                 why any part of any appendix should be maintained under
                 seal and why two appendices, one sealed and one not sealed,
                 should not be filed. Response due 10/7/02 for Salt Lake
                 Tribune in 02-4126 and in 02-4165.  Parties served by mail.
                 (kf) [02-4126 02-4165]

9/30/02          [1550971] Appellees' response filed by Deseret News,
                 MediaNews Group and Kearns-Tribune Corp. to Appellant's
                 motion to file supplemental appendix. Original and 3
                 copies. c/s: y. (mt) [02-4126 02-4165]

Docket as of March 6, 2006 3:03 pm                    Page 13



Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al


10/2/02          [1550976] Amended Certificate of Service filed by
                 Katherine P. Chiarello for appellees' opposition to
                 appellant's motion for leave to file supplemental appendix
                 and attached to pleading. (mt) [02-4126 02-4165]

10/4/02          [1550991] Appellees' response filed by Deseret News,
                 MediaNews Group and Kearns-Tribune Corp. to appellant's
                 motion to file supplemental appendix submitted to court. (mt)
                 [02-4126 02-4165]

10/7/02          [1551437] Notice of appearance filed by Jeffery S.
                 Williams in 02-4126 as attorney for Salt Lake Tribune in
                 02-4126. CERT. OF INTERESTED PARTIES (y/n): n (jet)
                 [02-4126]

10/7/02          [1552108] Appellant's response to order to show cause
                 filed by Salt Lake Tribune in 02-4126, 02-4165. Original
                 and 3 copies.  c/s: y. (sl) [02-4126 02-4165]

10/8/02          [1552111] Appellant's response to order to show cause
                 filed by Salt Lake Tribune in 02-4126, 02-4165. Document
                 [1552108-1] in 02-4126, in 02-4165 submitted to court. (sl)
                 [02-4126 02-4165]

10/10/02          [1553129] Reply Memorandum in support of  motion for leave
                  to file supplemental appendix filed by Salt Lake Tribune in
                  02-4126.  Original and 3 copies.  c/s: y. (sl)
                  [02-4126]

10/11/02          [1553137] Reply memorandum in support of motion for leave
                  to file appellant's supplemental appendix submitted to
                  court. (sl) [02-4126]

10/15/02          [1553810] Notice of appearance filed by Jennifer M.
                  O'Connor in 02-4126, Patrick J. Carome in 02-4126 as
                  attorneys for Salt Lake Tribune in 02-4126.  CERT. OF
                  INTERESTED PARTIES (y/n): n (jet) [02-4126]

11/4/02           [1560548] Appellant's motion to to enlarge the time for
                  oral argument [02-4126, 02-4165] filed by Salt Lake Tribune
                  in 02-4126,  in 02-4165 and submitted to court. (hrs)
                  [02-4126 02-4165]

11/5/02           [1560918] Order filed by PF, granting in part Appellant
                  motion to enlarge time for argument. Each side will now
                  have 20 minutes of argument time. [1560548-1] in 02-4126,
                  02-4165  Parties served by mail. (hrs) [02-4126 02-4165]

11/20/02          [1565028] Cases argued by Seth P. Waxman, for appellant and
                  Kevin T. Baine, and David J. Jordan, for appellees;
                  Submitted to Judges Tacha, Ebel, O'Brien. (ss)
                  [02-4126 02-4165]


Docket as of March 6, 2006 3:03 pm                    Page 14



Proceedings include all events.
02-4126  Salt Lake Tribune, et al v. Media News Corp., et al

12/13/02          [1571374] Appellant's supplemental authority filed by Salt
                  Lake Tribune in 02-4126 and 02-4165 and submitted to court.
                  Original and 3 copies. c/s: y. (mt) [02-4126 02-4165]

12/23/02          [1573616] Appellee's supplemental authority filed by
                  Deseret News, MediaNews Group, Kearns-Tribune Corp in
                  02-4126, Deseret News, MediaNews Group, Kearns-Tribune Corp
                  in 02-4165 and submitted to court.  Original and 3 copies.
                  c/s: y. (sl) [02-4126 02-4165]

2/24/03           [1589957]  Terminated on the Merits after Oral Hearing;

| | |
|---|---|
| | Affirmed (in part) and Reversed (in part); Written, Signed, Published. Tacha; Ebel, authoring judge; O'Brien, concurring. [02-4126, 02-4165] Parties served by mail on 2/24/03. (sl) [02-4126 02-4165] |
| 2/24/03 | [1590202] Appellee's supplemental authority filed by MediaNews Group and Kearns-Tribune Corp in 02-4126 and in 02-4165 and submitted to court. Original and 3 copies. c/s: y. (kf) [02-4126 02-4165] |
| 3/18/03 | [1596347] Mandate issued. Mandate receipt due 4/17/03 in 02-4126 and 02-4165. (mt) [02-4126 02-4165] |
| 4/1/03 | [1599957] Mandate receipt filed. (kg) [02-4126 02-4165] |
| 6/25/03 | [1622826] Case file closed. Shipment to records center due 6/24/05 (erb) [02-4126] |

Docket as of March 6, 2006 3:03 pm Page 15


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/19/2006 01:18:32 | | | |
| **PACER Login:** | bm0072 | **Client Code:** | 89168 |
| **Description:** | dkt report | **Case Number:** | 02-4126 |
| **Billable Pages:** | 15 | **Cost:** | 1.20 |

| Home | PACER | Opinions |    | Help |

# General Docket
## United States Court of Appeals for the 10th Circuit

Lower court information:

      District: 1082-1 : 95-Z-777
      Ordering Judge: Zita L. Weinshienk, Sr.District Judge
      Court Reporter: Paul Zuckerman, C.S.R.
      Date Filed: 4/7/95
      Date order/judgment: 8/14/00
      Date NOA filed: 8/11/00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: U.S. appellant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None

Docket as of March 2, 2006 8:04 pm                    Page 1

Proceedings include all events.
00-1317  Sterling Consulting v. United States

STERLING CONSULTING              John M. Tanner
CORPORATION, a Colorado          [COR NTC ret]
corporation, as receiver for     Fairfield & Woods
the Indian Motorcycle            1700 Lincoln Street
Manufacturingf Inc., a New       Suite 2400, One United Bank
Mexico coporation                Center
      Plaintiff - Appellee       Denver, CO 80203
                                 303/830-2400

                                 Joseph H. Baldiga
                                 [NTC ret]
                                 Paul W. Carey
                                 [NTC ret]
                                 100 Front Street
                                 Worcester, MA 01608-1477

```
------------------------
STEPHEN M. RODOLAKIS            Todd P. Blakely
      Trustee                   [COR NTC ret]
                                Sheridan Ross
                                The Denver Post Tower
                                1560 Broadway, Suite 1200
                                Denver, CO 80202
                                303/863-9700

                                Stephen M. Rodolakis
                                [NTC ret]
                                McCarthy, Pojani & Hurley
                                446 Main Street
                                21st Floor
                                Worcester, MA 01608



    v.

UNITED STATES OF AMERICA        Kenneth W. Rosenberg
      Intervenor - Appellant    202/514-1919
                                [COR NTC gvt]
                                United States Department of
                                Justice
                                Tax Division
                                P.O. Box 502
                                Washington, DC 20044
                                202/514-3361

                                Paula M. Junghans
                                [NTC gvt]
                                Thomas J. Clark
                                [NTC gvt]
                                Alice L. Ronk
                                [COR NTC gvt]
                                Department of Justice
```

Docket as of March 2, 2006 8:04 pm                Page 2

Proceedings include all events.
00-1317  Sterling Consulting v. United States

```
                                Tax Division
                                P. O. Box 502
```

Washington, DC 20044
202/514-3361


Docket as of March 2, 2006 8:04 pm                    Page 3



Proceedings include all events.
00-1317  Sterling Consulting v. United States

STERLING CONSULTING CORPORATION, a Colorado corporation, as
receiver for the Indian Motorcycle Manufacturing Inc., a
New Mexico corporation,

                  Plaintiff - Appellee,

    v.

UNITED STATES OF AMERICA,

                  Intervenor - Appellant.



Docket as of March 2, 2006 8:04 pm                    Page 4



Proceedings include all events.
00-1317  Sterling Consulting v. United States

8/17/00           [1348204] Civil case docketed.  Preliminary record filed.
                  DATE RECEIVED: 8/11/00. Transcript order form due 8/28/00
                  for Paul Zuckerman pursuant to R.42.1. Docketing statement
                  due 8/28/00 for United States. Notice of appearance due
                  8/28/00 for IMOCOA Licensing, for Stephen M. Rodolakis, for
                  United States and for Sterling Consulting. (kf)

8/17/00           [1348207] Notice of appearance filed by Thomas J. Clark
                  and Kenneth W. Rosenberg as attorneys for United States.
                  CERT. OF INTERESTED PARTIES (y/n): y. (kf)

8/18/00           [1348583] Notice filed that the transcript is already on
                  file in District Court. Notice due that record is complete
                  8/23/00 for Zita L. Weinshienk. (kf)

8/21/00        [1348888] Docketing statement filed by United States.
               Original and 4 copies. c/s: y. (kf)

8/21/00        [1349326] Filed notice record is complete 8/21/00. (kf)

8/22/00        [1349162] Order filed by PF (ktc) expediting case.
               [00-1317] Appellant's brief and appendix due 10/2/00 for
               United States. Appellee's answer brief must be served and
               filed 30 days after service of appellant's brief.
               Appellants may serve and file a reply brief 14 days after
               service of appellee's answer brief.  Parties served by
               mail. (kf)

8/24/00        [1350134] Notice of appearance filed by John M. Tanner as
               attorney for Sterling Consulting.  CERT. OF INTERESTED
               PARTIES (y/n): y. (nak)

8/28/00        [1350755] Appellant's motion filed by Appellant United
               States for stay of the district court's orders of July 17,
               2000. [00-1317] Original and 3 copies. c/s: y. (kf)

8/28/00        [1350874] Appellant's motion for stay submitted to court.
               (kf)

8/30/00        [1351467] Order filed by Judges Briscoe and Murphy
               granting Appellant's motion for stay of district court
               order of July 17, 2000. [1350755-1]  Parties served by
               mail. (gah)

10/6/00        [1361290] Appellant's brief filed by United States.
               Original and 7 copies.   c/s: y. Served on 10/2/00.   Oral
               argument? y., Appendix filed. Original and 1 appendix copy.
               Appendix Pages: 134. Appellees' brief due 11/6/00 for
               IMOCOA Licensing, for Stephen M. Rodolakis, for Consulting.
               (nak)

10/20/00       [1364911] Order filed by PF notice of appearance form due
               10/30/00 for Stephen M. Rodolakis.  Parties served by mail.
               (afw)

Docket as of March 2, 2006 8:04 pm                    Page 5


Proceedings include all events.
00-1317  Sterling Consulting v. United States

10/24/00          [1365265] Hearing set for January 2001 Session, at Kansas
                  City, Kansas. (hrs)


10/27/00          [1366743] Appellee's notice that response brief will not
                  be filed by Appellee Stephen M. Rodolakis (Mass. Bankruptcy
                  Trustee).  Original and 7 copies.  c/s: y. (gah)


11/1/00           [1368243] Letter from Attorney Stephen Rodolakis advising
                  that he does not intent to enter an appearance. (nak)


11/6/00           [1369592] Appellee's  motion to extend time to file
                  appellee's brief until 11/7/00 filed by Sterling
                  Consulting.  Original and 3 copies.  c/s: y. (kf)


11/7/00           [1369593] Order filed by PF granting Appellee's motion to
                  extend time to file eres brief (1 day extension).
                  [1369592-1] Appellee's brief due 11/7/00 for Sterling
                  Consulting.  Parties served by mail. (kf)


11/8/00           [1370078] Appellee's brief filed by Sterling Consulting.
                  Original and 7 copies. c/s: y. Served on 11/7/00. Oral
                  Argument? y. Appendix filed. Original and 1 appendix copy.
                  Appendix Pages: 639.  Appellant's optional reply brief due
                  11/24/00 for United States. (kf)


11/21/00          [1372990] Order filed by PF Appellee's brief due 12/4/00
                  for IMOCOA Licensing pursuant to FRAP 31(a) and Rule 31.2.
                  Parties served by mail. (afw)


11/27/00          [1374255] Appellant's reply brief filed by United States.
                  Original and 7 copies.  c/s: y (afw)


1/24/01           [1387611] Case argued by Thomas J. Clark for appellant and
                  John M. Tanner for appellee; and submitted to Judges
                  Baldock, Briscoe, Murphy. (ss)


1/31/01           [1391247]  Copy of appellee's supplemental appendix (titled
                  Re-Submission of Supplemental Appendix) filed pursuant to
                  discussion during oral argument.  2 Volumes, 639 pages. (afw)


3/2/01            [1397310] Supplemental authority filed by Appellee
                  Sterling Consulting and submitted to court. Original and 7
                  copies. c/s: y. (kf)


3/9/01            [1398556] Appellant's motion filed by Appellant United
                  States to strike appellee's "submission of supplemental
                  authorities" [00-1317].  Original and 3 copies.  c/s: y.
                  (jal)

3/9/01          [1398557] [1398556-1] Appellant's motion to strike
                appellee's "submission of supplemental authorities" filed
                by Appellant United States submitted to court. (jal)


Docket as of March 2, 2006 8:04 pm                    Page 6



Proceedings include all events.
00-1317   Sterling Consulting v. United States

3/15/01          [1400264] Appellee's supplemental authority filed by
                 Sterling Consulting and submitted to court. Original and 7
                 copies. c/s: y. (kf)

3/19/01          [1401016] Appellant's supplemental authority filed by
                 United States and submitted to court.  Original and 7
                 copies.  c/s: y. (jal)

3/19/01          [1401938] Appellee's response to motion to strike
                 appellee's submission of supplemental authorities filed by
                 Sterling Consulting. Original and 3 copies. c/s: y. (kf)

3/22/01          [1401944] Appellee's response to motion to strike
                 appellee's submission of supplemental authorities filed by
                 Sterling Consulting submitted to court. (kf)

4/10/01          [1406374] Order filed by Judges Briscoe, Baldock and
                 Murphy granting Appellant's motion to strike the receiver's
                 first submission of supplemental authority. [1398556-1]
                 (Found in opinion)  Parties served by mail. (afw)

4/10/01          [1406375]  Terminated on the Merits after Oral Hearing;
                 Judgment is Reversed; Written, Signed, Published. Briscoe;
                 Baldock; Murphy, authoring judge. [00-1317] (afw)

4/23/01          [1409919] Notice of appearance filed by Alice L. Ronk as
                 attorney for United States.  CERT. OF INTERESTED PARTIES
                 (y/n): n. (gah)

4/23/01          [1409925] Bill of costs filed by Appellant United States.
                 Original and 3 copies.  c/s: y. (gah)

4/24/01          [1409930] Order filed by PF - any response to apet bill of
                 costs due 5/4/01 for IMOCOA Licensing and Sterling
                 Consulting. (gah)

5/8/01            [1413472] Statement of costs in favor of Appellant filed.
                  (gah)

5/23/01           [1418174] Appellee's motion to extend time to file
                  petition for rehearing until 6/18/01. [00-1317]  filed by
                  Sterling Consulting. Original and 3 copies.  c/s: y. (kf)

5/23/01           [1418681] Appellee's motion to extend time to file a
                  petition for rehearing submitted to court. (kf)

5/24/01           [1418705] Order filed by Judges Baldock, Briscoe and Murphy
                  granting Appellee's motion to extend time to file petition
                  for rehearing. Petition for rehearing due 6/18/01 for
                  Sterling Consulting.[1418174-1] Parties served by mail. (kf)


Docket as of March 2, 2006 8:04 pm                    Page 7


Proceedings include all events.
00-1317  Sterling Consulting v. United States

6/18/01           [1424502] Appellee's second motion to extend time to file
                  petition for rehearing until 14 days after final
                  determination of the motion to change venue in the
                  bankruptcy court in Massachusetts to the bankruptcy court in
                  Colorado or until 7/18/01, and to file a 25 page petition
                  filed by Sterling Consulting. Original and 3 copies. c/s: y.
                  (kf)

6/18/01           [1424509] Appellee's second motion to extend time to file a
                  petition for rehearing and to file a 25 page petition
                  submitted to court. (kf)

6/18/01           [1424623] Supplement to appellee's second motion for
                  extension of time to file a petition for rehearing filed by
                  Appellee Sterling Consulting. Original and 3 copies. c/s: y.
                  (kf)

6/19/01           [1424624] Supplement to appellee's second motion for
                  extension of time submitted to court. (kf)

6/21/01           [1425278] Order filed by Judges Baldock, Briscoe and
                  Murphy granting Appellee's motion to extend time to file
                  petition for rehearing and denying the motion to extend the

```
                     page limit.[1424502-1]  Parties served by mail. (kf)

6/27/01            [1427051] Appellee's motion to involve the 10th Circuit
                   Mediation Office [00-1317] filed by Sterling Consulting.
                   Original and 3 copies.  c/s: y. (gah)

6/28/01            [1427119] Appellee's motion to involve 10th Circuit
                   Mediation Office submitted to court. (gah)

7/2/01             [1427734] Order filed by Judges Briscoe, Baldock, and
                   Murphy denying Appellee's motion to refer the case to
                   mediation [1427051-1].  Parties served by mail. (gah)

7/6/01             [1429037] Appellant's response to appellee's motion to
                   refer case to mediation filed by United States.  Original
                   only. (gah)

7/23/01            [1433414] Petition for rehearing in banc filed by Sterling
                   Consulting.  Original and 14 copies.  c/s: y. (jal)

7/24/01            [1433419] Petition for rehearing in banc filed by Appellee
                   Sterling Consulting submitted to panel. (jal)

8/7/01             [1437068] Order filed by Judges Briscoe, Baldock and Murphy
                   denying Petition for rehearing en banc. [1433414-1] (afw)

8/15/01            [1439475] Statement of costs issued for Appellant against
                   Appellee in the amount of $94.32. (gah)

8/15/01            [1439477] Mandate issued.  Mandate receipt due 9/14/01. (gah)


Docket as of March 2, 2006 8:04 pm                    Page 8



Proceedings include all events.
00-1317  Sterling Consulting v. United States

8/22/01             [1441730] Mandate receipt filed. (mav)

11/30/01           [1467378] Petition for writ of certiorari filed on 11/5/01
                   by Appellee Sterling Consulting.  Supreme Court Number
                   01-694. (jal)

1/29/02            [1481787] Supreme Court order dated 1/22/02 denying
                   certiorari filed. (gah)
```

Docket Sheet for 00-1317

3/5/02                 [1491288] Case file closed. Shipment to records center due
                       3/4/04 (jaz)

3/2/06                 [1893893] Archived case received at records center.
                       Accession number: 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   Box number: 51   Location
                       number: 826430-826717 (jg)


Docket as of March 2, 2006 8:04 pm                       Page 9

---

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 04/19/2006 01:26:12 | | |
| **PACER Login:** | bm0072 | **Client Code:** | 89168 |
| **Description:** | dkt report | **Case Number:** | 00-1317 |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

# General Docket
## United States Court of Appeals for the 10th Circuit

Current cases:

|              | Lead     | Member   | Start      | End  |
|--------------|----------|----------|------------|------|
| Prior related: | 98- 751 | 98- 5261 | 12/18/98   |      |

Docket as of December 17, 2003 4:04 pm                    Page 1

Proceedings include all events.
98-5261  Trigalet, et al v. City of Tulsa

JEAN F. TRIGALET                    Andrew C. Clarke
      Plaintiff - Appellee          [COR LD NTC ret]
                                    Bailey & Clarke
                                    6256 Poplar Avenue
                                    Memphis, TN 38119
                                    901/680-9777

                                    R. Sadler Bailey
                                    [COR LD NTC ret]
                                    6256 Poplar Ave.
                                    Memphis, TN 38119

MYRA J. TRIGALET, Personal          Andrew C. Clarke
Representtives of the Estate        (See above)

of Constance Trigalet              [COR LD NTC ret]
      Plaintiff - Appellee

                                    R. Sadler Bailey
                                    (See above)

                                    [COR LD NTC ret]

      v.

CITY OF TULSA, OKLAHOMA, a          Michael C. Romig

```
municipal corporation, et al.,        [COR LD NTC ret]
     Defendant - Appellant            200 Civic Center
                                      Suite 316
                                      Tulsa, OK 74105



Docket as of December 17, 2003 4:04 pm              Page 2



Proceedings include all events.
98-5261  Trigalet, et al v. City of Tulsa

JEAN F. TRIGALET; MYRA J. TRIGALET, Personal Representtives
of the Estate of Constance Trigalet

              Plaintiffs - Appellees,

     v.

CITY OF TULSA, OKLAHOMA, a municipal corporation.

              Defendant - Appellant.



Docket as of December 17, 2003 4:04 pm              Page 3



Proceedings include all events.
98-5261  Trigalet, et al v. City of Tulsa

12/18/98         [1189334] Civil case docketed.  Preliminary record filed.
                 DATE RECEIVED: 12/17/98. Fee due 12/28/98 for City of Tulsa
                 Transcript order form due 12/28/98 for Glenn Dorrough
                 pursuant to R.42.1. Docketing statement due 12/28/98 for
                 City of Tulsa.  Notice of appearance due 12/28/98 for City
                 of Tulsa, for Myra J. Trigalet, for Jean F. Trigalet. This
                 case is a granted interlocutory appeal(98-751). (pjs)

                 [98-5261]

12/21/98         [1189741] Docketing statement filed by City of Tulsa in
                 98-5261 . Original and 4 copies.  c/s: y. (pjs)
```

[98-5261]

12/21/98        [1189743] Notice received from Appellant City of Tulsa in
                98-5261 that a transcript is not necessary for this appeal.
                Notice due that record is complete 12/28/98 for Glenn
                Dorrough. (pjs) [98-5261]

12/21/98        [1189746] Notice of appearance filed by Michael C. Romig
                in 98-5261  as attorney for City of Tulsa in 98-5261 .
                CERT. OF INTERESTED PARTIES (y/n): n (pjs) [98-5261]

12/28/98        [1196032] Notice of appearance filed by Andrew C. Clarke as
                attorney for Jean F. Trigalet and Myra J. Trigalet in
                98-5261. CERT. OF INTERESTED PARTIES (y/n): y (as)

                [98-5261]

12/30/98        [1192061] Case referred for mediation conferencing. (oac)

                [98-5261]

1/4/99          [1195697] Filed notice record is complete 12/28/98.
                Appellant's brief and appendix due 2/8/99 for City of
                Tulsa. (dmc) [98-5261]

1/27/99         [1199254] Case mediation conferencing terminated. (oac)

                [98-5261]

2/11/99         [1203043] Appellant's deficient brief filed by City of
                Tulsa in 98-5261 . Corrected appellant's brief due 2/18/99
                for City of Tulsa Apet Appendix due 2/18/99 for City of
                Tulsa. (ccd) [98-5261]

2/22/99         [1206299] Appellant's brief filed by City of Tulsa in
                98-5261 . Original and 7 copies.  c/s: y. Served on
                2/18/99  Oral argument? n., Appendix filed. Original and 1
                appendix copy.  Appendix Pages: 102 Appellees' brief due
                3/23/99 for Myra J. Trigalet, Jean F. Trigalet. (oac)

                [98-5261]

2/25/99         [1207082] Order filed by  PF - docket fee  3/8/99 for
                City of Tulsa pursuant to Rule 42.  Parties served by mail.
                (pjs) [98-5261]

Docket as of December 17, 2003 4:04 pm                    Page 4


Proceedings include all events.
98-5261  Trigalet, et al v. City of Tulsa

3/5/99              [1209420] Fee paid. Date paid in District Court on
                    12/10/98. (pjs) [98-5261]

3/24/99             [1215233] Appellee's brief filed by Jean F. Trigalet in
                    98-5261, Myra J. Trigalet in 98-5261 . Original and 7
                    copies. c/s: y. Served on 3/22/99.  Oral Argument? n
                    Appellant's optional reply brief due 4/8/99 for City of
                    Tulsa. (pjs) [98-5261]

4/9/99              [1221228] Appellant's reply brief filed by City of Tulsa
                    in 98-5261 . Original and 7 copies.  c/s: y (pjs)

                    [98-5261]

10/12/99            [1270952] Case submitted to panel on the briefs  pursuant
                    to Rule 34 for Conference Calendar. (sls) [98-5261]

2/7/01              [1390749]  Terminated on the Merits after Submission
                    Without Oral Hearing; Reversed; Remanded. Written, Signed,
                    Published. Ebel, authoring judge; Lucero; Murphy. [98-5261]
                    (oac) [98-5261]

3/1/01              [1395912] Mandate issued. Mandate receipt due 4/2/01. (ds)

                    [98-5261]

3/14/01             [1399681] Mandate receipt filed. (mav) [98-5261]

4/18/01             [1408542] Appellees' motion to recall the mandate filed by
                    Jean F. Trigalet and Myra J. Trigalet in 98-5261.  Original
                    and 3 copies.  c/s: y (as) [98-5261]

4/18/01             [1408544] [1408542-1]  Appellees' motion to recall the
                    mandate submitted to court. (as) [98-5261]

5/10/01             [1414556] Appellant's response filed by City of Tulsa in
                    98-5261 to Appellee's motion to recall the mandate and
                    submitted to court.  Original and 3 copies.  c/s: y. (oac)

Docket Sheet for 98-5261

                          [98-5261]

5/10/01          [1414726] Order filed by Judges Ebel, Lucero and Murphy
                 denying Appellee's motion to recall the mandate [1408542-1]
                 Parties served by mail. (as) [98-5261]

5/11/01          [1415093] Petition for writ of certiorari filed on May 8,
                 2001 by Appellees Jean F. Trigalet and Myra J. Trigalet in
                 98-5261.  Supreme Court Number 00-1682. (as)

                          [98-5261]

5/15/01          [1415835] notice that petition for writ of certiorari was
                 filed received from Jean F. Trigalet in 98-5261, Myra J.
                 Trigalet in 98-5261, but not filed.  Original and 0 copies.
                  c/s: y. (bjv) [98-5261]

10/5/01          [1453608] Supreme Court order dated October 1, 2001 denying
                 certiorari filed. (as) [98-5261]

Docket as of December 17, 2003 4:04 pm                    Page 5




Proceedings include all events.
98-5261  Trigalet, et al v. City of Tulsa


9/16/02          [1545425] Case file closed. Shipment to records center due
                 9/15/04 in 98-751, in 98-5261 (jaz) [98-5261 98-751]

8/11/03          [1671193] Archived case received at records center.
                 Accession number: 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;  Box number: 201 of 312;
                 Location number: 711897-712214. (erb) [98-5261]



Docket as of December 17, 2003 4:04 pm                    Page 6




| PACER Service Center |
| --- |
| Transaction Receipt |
| 04/19/2006 01:36:00 |

| PACER Login: | bm0072 | Client Code: | 89168 |
|---|---|---|---|
| Description: | dkt report | Case Number: | 98-5261 |
| Billable Pages: | 6 | Cost: | 0.48 |

Home    PACER    Opinions                                    Help

# General Docket
## United States Court of Appeals for the 10th Circuit

Current cases:

|          | Lead    | Member   | Start   | End |
|----------|---------|----------|---------|-----|
| Related: | 99- 700 | 99- 6297 | 8/12/99 |     |

Docket as of May 15, 2001 0:33 am                    Page 1

Proceedings include all events.
99-6297   Lusk v. Ryder Integrated

LOUIS RAY LUSK, an individual          Jim T. Priest
      Plaintiff - Appellant           [COR NTC ret]
                                       Jefferson I. Rust
                                       [COR LD NTC ret]
                                       Lora F. Irani
                                       [COR NTC ret]
                                       McKinney & Stringer
                                       101 N. Robinson, Suite 1300
                                       Oklahoma City, OK 73102-5504
                                       405/239-6444

      v.

RYDER INTEGRATED LOGISTICS             John F. McCormick, Jr.
aka                                    [COR LD NTC ret]
Ryder System Inc.                      Kevin P. Doyle
      Defendant - Appellee            [COR LD NTC ret]
                                       Pray, Walker, Jackman,
                                       Williamson & Marlar
                                       100 W. Fifth Street
                                       900 Oneok Plaza
                                       Tulsa, OK 74103
                                       918/584-4136

```
Docket as of May 15, 2001 0:33 am              Page 2




Proceedings include all events.
99-6297  Lusk v. Ryder Integrated

LOUIS RAY LUSK, an individual,

            Plaintiff - Appellant,

    v.

RYDER INTEGRATED LOGISTICS, also known as Ryder System Inc.,

            Defendant - Appellee.



Docket as of May 15, 2001 0:33 am              Page 3



Proceedings include all events.
99-6297  Lusk v. Ryder Integrated

8/12/99          [1255848] Civil case docketed.  Preliminary record filed.
                 DATE RECEIVED: 08/11/99. Fee due 8/23/99 for Louis Ray Lusk
                 Transcript order form due 8/23/99 for Liz Waggoner pursuant
                 to R.42.1 Docketing statement due 8/23/99 for Louis Ray
                 Lusk  Notice of appearance due 8/23/99 for Ryder
                 Integrated, for Louis Ray Lusk (ccd) [99-6297]

8/13/99          [1256226] Deficient docketing statement filed. (Not enough
                 copies; no attachments.) Docketing statement due 9/3/99 for
                 Louis Ray Lusk. (oac) [99-6297]

8/19/99          [1258194] Notice of appearance filed by Kevin P. Doyle ,
                 John F. McCormick in 99-6297 as attorneys for Ryder
                 Integrated.  CERT. OF INTERESTED PARTIES (y/n): n (pjs)

                 [99-6297]

8/24/99          [1258730] Notice of appearance filed by Jim T. Priest as
                 attorney for Louis Ray Lusk in 99-6297. CERT. OF INTERESTED
                 PARTIES (y/n): n. (as) [99-6297]

8/24/99          [1258731] Docketing statement filed by Louis Ray Lusk in
```

99-6297. Original and 4 copies.  c/s: y. (as)

[99-6297]

8/24/99        [1258733] Fee paid. Date paid in District Court on 8/12/99.
               (as) [99-6297]

8/24/99        [1258734] Notice received from Appellant Louis Ray Lusk in
               99-6297 that a transcript is not necessary for this appeal.
               Notice due that record is complete 8/30/99 for David L.
               Russell. (as) [99-6297]

8/25/99        [1259391] Case referred for mediation conferencing. (oac)

               [99-6297]

8/27/99        [1259961] Filed notice record is complete 8/25/99.
               Appellant/Petitioner's brief and appendix due 10/4/99 for
               Louis Ray Lusk. (ccd) [99-6297]

9/2/99         [1261774] On the court's own motion and pursuant to 10th
               Cir. R. 33.1, order filed by (PF) to extend time to file
               appellant's brief and appendix until 10/12/99 for Louis Ray
               Lusk. . Parties served by mail. (pjs) [99-6297]

9/26/99        [1267886] On the court's own motion and pursuant to 10th
               Cir. R. 33.1, order filed by (PF) to extend time to file
               appellant's brief and appendix until 10/18/99 [99-6297] for
               Louis Ray Lusk. . Parties served by mail. (oac)

               [99-6297]

10/13/99       [1271605] On the court's own motion and pursuant to 10th
               Cir. R. 33.1, order filed by (PF) to extend time to file
               appellant's brief and appendix until 11/1/99 [99-6297] for
               Louis Ray Lusk. . Parties served by mail. (pjs)

Docket as of May 15, 2001 0:33 am            Page 4


Proceedings include all events.
99-6297  Lusk v. Ryder Integrated

               [99-6297]

10/27/99       [1275013] Case mediation conferencing terminated. (as)

                     [99-6297]

11/1/99              [1276772] Notice of appearance filed by Lora F. Irani in
                     99-6297 as attorney for Louis Ray Lusk in 99-6297.   CERT.
                     OF INTERESTED PARTIES (y/n): n. (oac) [99-6297]

11/3/99              [1276604] Appellant's brief  filed by Louis Ray Lusk in
                     99-6297. Original and 7 copies.   c/s: y. Served on 11/1/99
                     Oral argument? y. Appendix filed.  Vols. I-II - Appendix
                     Pages: 291. Appellee's brief due 12/6/99 for Ryder
                     Integrated. (oac) [99-6297]

12/6/99              [1284509] Appellee's brief filed by Ryder Integrated in
                     99-6297. Original and 7 copies. c/s: y. Served on 12/3/99 -
                     Oral Argument? n. Appellant's optional reply brief due
                     12/20/99 for Louis Ray Lusk. (as) [99-6297]

12/13/99             [1286150] Appellant's motion filed by Louis Ray Lusk in
                     99-6297 to extend time to file a reply brief until 1/3/00
                     [99-6297]. Original and 3 copies. c/s: y. (oac)

                     [99-6297]

12/13/99              [1286154] Order filed by  PF granting Appellant's motion
                     to extend time to file reply brief. [1286150-1] Apet reply
                     brief due 1/3/00 for Louis Ray Lusk.  Parties served by
                     mail. (oac) [99-6297]

1/3/00               [1290770] Appellant's reply brief filed by Louis Ray Lusk
                     in 99-6297.  Original and 7 copies.  c/s: y (as)

                     [99-6297]

2/14/00              [1301319] Hearing set for May, 2000 Session, at Denver,
                     Colorado. (ss) [98-7166 99-6108 99-6150 99-6270 99-6297
                     99-7062 99-7066 99-8046]

3/20/00              [1310619] Appellee's motion to vacate May 8, 2000 oral
                     argument and submit the matter on the briefs. [99-6297]
                     filed by Ryder Integrated in 99-6297.  Original and 3
                     copies.  c/s: y (ss) [99-6297]

3/20/00              [1310622] Appellee's motion to vacate May 8, 2000 argument
                     submitted to the panel. (ss) [99-6297]

3/23/00              [1311403] Order filed by PF granting Appellee motion to
                     vacate oral argument [1310619-1]  Parties served by mail.

```
                        (hrs) [99-6297]


3/23/00           [1311438] Order filed by PF vacation of oral argument
                  [99-6297]  Parties served by mail. (hrs) [99-6297]




Docket as of May 15, 2001 0:33 am                     Page 5




Proceedings include all events.
99-6297  Lusk v. Ryder Integrated

6/26/00           [1335306] Hearing set for September 2000 Session, at
                  Denver, Colorado. (hrs) [98-6405 99-6223 99-6259 99-6273
                  99-6297 99-6352]

8/28/00           [1350931] Appellee's supplemental authority filed by Ryder
                  Integrated in 99-6297 and submitted to court. Original and
                  7 copies.  c/s: y. (ds) [99-6297]

9/1/00            [1352324] Notice of appearance filed by Jefferson I. Rust
                  as attorney for Louis Ray Lusk in 99-6297.  CERT. OF
                  INTERESTED PARTIES (y/n): n. (bjv) [99-6297]

9/27/00           [1358268] Case argued by Jefferson I. Rust, for appellant,
                  and Kevin P. Doyle, for appellee; Submitted to Judges
                  Baldock, McWilliams, Shadur. (ss) [99-6297]

10/5/00           [1361043] Appellant's motion filed by Appellant Louis Ray
                  Lusk in 99-6297 to file a supplemental brief [99-6297] .
                  Original and 3 copies  c/s: y. (bjv) [99-6297]

10/5/00           [1361047] [1361043-1]  Appellant's motion to file a
                  supplemental brief submitted to court. (bjv)

                  [99-6297]

10/11/00          [1362210] Order filed by Judge(s) Baldock, McWilliams,
                  Shadur granting Appellant's motion to file a supplemental
                  brief [1361043-1] Simultaneous briefs due 10/26/00
                  [99-6297] Parties simultaneous briefs due 10/26/00 for
                  Ryder Integrated and for Louis Ray Lusk. Parties served by
                  mail. (bjv) [99-6297]

10/26/00          [1366281] Supplemental brief filed by Appellee Ryder
                  Integrated in 99-6297. Original and 3 copies. c/s: y. (bjv)
```

```
                        [99-6297]

10/26/00         [1366282] Supplemental brief filed by  Appellant Louis Ray
                 Lusk in 99-6297. Original and 7 copies. c/s: y. (bjv)

                        [99-6297]

10/26/00         [1366283] [1366281-1]  supplemental brief filed by appellee
                 submitted to court. (bjv) [99-6297]

10/26/00         [1366285] [1366282-1]  supplemental brief filed by the
                 appellant submitted to court. (bjv) [99-6297]

1/17/01          [1385537]  Terminated on the Merits after Oral Hearing;
                 Affirmed; Remanded.  Written, Signed, Published. Baldock,
                 authoring judge; McWilliams; Shadur. [99-6297] (oac)

                        [99-6297]

2/8/01           [1391091] Mandate issued. Mandate receipt due 3/12/01. (ds

                        [99-6297]

2/16/01          [1393308] Mandate receipt filed. (mav) [99-6297]

Docket as of May 15, 2001 0:33 am                    Page 6




Proceedings include all events.
99-6297  Lusk v. Ryder Integrated


5/14/01          [1415186] Case file closed. Shipment to records center due
                 5/14/03 (das) [99-6297]



Docket as of May 15, 2001 0:33 am                    Page 7
```

---

## PACER Service Center

### Transaction Receipt

Docket Sheet for 99-6297

| 04/19/2006 01:42:11 | | | |
|---|---|---|---|
| **PACER Login:** | bm0072 | **Client Code:** | 89168 |
| **Description:** | dkt report | **Case Number:** | 99-6297 |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |

Home    PACER    Opinions        Help

# General Docket
## United States Court of Appeals for the 10th Circuit

```
Current cases:
               Lead           Member        Start         End
     Consolidated:
               99- 1061       99- 1345      8/6/99
```

```
Docket as of April 25, 2001 0:32 am                      Page 1
```

```
Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al
```

```
SHAYNE PADILLA, by and through      Kathleen Mullen
her legal guardians and next        [COR NTC ret]
friends MICHELLE PADILLA and        Linda Marie Davison
MARIANO PADILLA                     [NTC ret]
        Plaintiff - Appellee        733 E. 8th Avenue
                                    Denver, CO 80203
                                    303/894-0995


        v.

SCHOOL DISTRICT NO. 1 IN THE
CITY AND COUNTY OF DENVER,
COLORADO
        Defendant

DENVER SCHOOL DISTRICT BOARD
OF EDUCATION
        Defendant

PATRICE HALL                        Patrick B. Mooney
        Defendant - Appellant       [COR NTC ret]
                                    Julie C. Tolleson
                                    [COR NTC ret]
                                    Elizabeth J. Hyatt
                                    [COR NTC ret]
                                    Semple, Miller & Mooney
```

```
                                   1120 Lincoln Street, Suite 1308
                                   The Chancery
                                   Denver, CO 80203
                                   303/595-0941

CYNTHIA ROSE                       Patrick B. Mooney
      Defendant - Appellant        (See above)

                                   [COR NTC ret]
                                   Julie C. Tolleson
                                   (See above)

                                   [COR NTC ret]
                                   Elizabeth J. Hyatt
                                   (See above)

                                   [COR NTC ret]

MARIA DIAZ                         Patrick B. Mooney
      Defendant - Appellant        (See above)

                                   [COR NTC ret]
                                   Julie C. Tolleson
                                   (See above)

                                   [COR NTC ret]
                                   Elizabeth J. Hyatt
                                   (See above)

                                   [COR NTC ret]

JEAN BOGGS, individually and
in her official capacity as

Docket as of April 25, 2001 0:32 am                    Page 2



Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

employee of School District
No. 1 in the City and County
of Denver
      Defendant

JEANNIE HAYES, individually        Patrick B. Mooney
and in their official              (See above)
```

```
capacities as employeees of       [COR NTC ret]
School District No. 1 in the      Julie C. Tolleson
City and County of Denver         (See above)

        Defendant - Appellant     [COR NTC ret]
                                  Elizabeth J. Hyatt
                                  (See above)

                                  [COR NTC ret]


- - - - - - - - - - - - - - - - - - - - - - - - -
LEGAL CENTER FOR PEOPLE WITH       Chester R. Chapman
DISABILITIES AND OLDER PEOPLE      [COR NTC ret]
        Amicus Curiae              The Legal Center Serving
                                   Persons With Disabilities
                                   455 Sherman Street
                                   Suite 130
                                   Denver, CO 80203
                                   303/722-0300

COLORADO DEVELOPMENTAL             Chester R. Chapman
DISABILITIES PLANNING COUNCIL      (See above)

        Amicus Curiae              [COR NTC ret]

NATIONAL ASSOCIATION OF            Chester R. Chapman
PROTECTION AND ADVOCACY            (See above)

SYSTEMS                            [COR NTC ret]
        Amicus Curiae

CENTER FOR LAW AND EDUCATION       Kathleen B. Boundy
        Amicus Curiae              [COR NTC ret]
                                   Center for Law an Education
                                   Counsel
                                   515 Washington St.
                                   Third Floor
                                   Boston, MA 00211
                                   617/451-0855

TASH                               Kathleen B. Boundy
        Amicus Curiae              (See above)

                                   [COR NTC ret]


THE ASSOCIATION FOR COMMUNITY      Michael W. Breeskin
```

```
LIVING IN BOULDER COUNTY, INC.        [COR NTC ret]
      Amicus Curiae                   Fox & Robertson
                                      910 16th Street
                                      Suite 610


Docket as of April 25, 2001 0:32 am                Page 3



Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

                                      Denver, CO 80202
                                      303-595-9700


ARC OF DENVER                         William P. Bethke
      Amicus Curiae                   [COR NTC ret]
                                      Kristin A. Kutz
                                      [COR NTC ret]
                                      Kutz & Bethke
                                      363 S. Harlan
                                      Suite 104
                                      Lakewood, VC 80226
                                      303/922-2003


ARC OF ADAMS COUNTY                   William P. Bethke
      Amicus Curiae                   (See above)

                                      [COR NTC ret]
                                      Kristin A. Kutz
                                      (See above)

                                      [COR NTC ret]


ARC OF ARAPAHOE & DOUGLAS             William P. Bethke
COUNTIES                              (See above)

      Amicus Curiae                   [COR NTC ret]
                                      Kristin A. Kutz
                                      (See above)

                                      [COR NTC ret]


ARC OF COLORADO                       William P. Bethke
      Amicus Curiae                   (See above)

                                      [COR NTC ret]
                                      Kristin A. Kutz
```

```
                                      (See above)

                                      [COR NTC ret]

ARC OF THE UNITED STATES              William P. Bethke
     Amicus Curiae                    (See above)

                                      [COR NTC ret]
                                      Kristin A. Kutz
                                      (See above)

                                      [COR NTC ret]

NAMI COLORADO                         William P. Bethke
     Amicus Curiae                    (See above)

                                      [COR NTC ret]
                                      Kristin A. Kutz
                                      (See above)

                                      [COR NTC ret]

NATIONAL ALLIANCE FOR THE             William P. Bethke
MENTALLY ILL                          (See above)

     Amicus Curiae                    [COR NTC ret]
                                      Kristin A. Kutz
                                      (See above)

                                      [COR NTC ret]

Docket as of April 25, 2001 0:32 am                    Page 4



Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al


ROCKY MOUNTAIN CHILDREN'S LAW         Kathryn A. Wingard
CENTER                                [COR NTC ret]
     Amicus Curiae                    Richard F. Hennessey
                                      [COR NTC ret]
                                      Pendleton, Friedberg, Wilson,
                                      Hennessey & Meyer
                                      303 E. 17th Avenue
                                      Suite 1000
                                      Denver, CO 80203
```

303/839-1204


Docket as of April 25, 2001 0:32 am                    Page 5



Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

SHAYNE PADILLA, by and through her legal guardians and next
friends MICHELLE PADILLA and MARIANO PADILLA,

                Plaintiff - Appellee,


    v.

SCHOOL DISTRICT NO. 1 IN THE CITY AND COUNTY OF DENVER,
COLORADO; DENVER SCHOOL DISTRICT BOARD OF EDUCATION; JEAN
BOGGS, individually and in her official capacity as employee
of School District No. 1 in the City and County of Denver,

                Defendants,


            and

PATRICE HALL; CYNTHIA ROSE; MARIA DIAZ; JEANNIE HAYES,
individually and in their official capacities as employees
of School District No. 1 in the City and County of Denver,

                Defendants - Appellants,


_____

LEGAL CENTER FOR PEOPLE WITH DISABILITIES AND OLDER PEOPLE;
COLORADO DEVELOPMENTAL DISABILITIES PLANNING COUNCIL;
NATIONAL ASSOCIATION OF PROTECTION AND ADVOCACY SYSTEMS;
CENTER FOR LAW AND EDUCATION; TASH; THE ASSOCIATION FOR
COMMUNITY LIVING IN BOULDER COUNTY, INC.; ARC OF DENVER; ARC
OF ADAMS COUNTY; ARC OF ARAPAHOE & DOUGLAS COUNTIES; ARC OF
COLORADO; ARC OF THE UNITED STATES; NAMI COLORADO; NATIONAL
ALLIANCE FOR THE MENTALLY ILL; ROCKY MOUNTAIN CHILDREN'S LAW
CENTER; NATIONAL SCHOOL BOARDS ASSOCIATION; COLORADO
ASSOCIATION OF SCHOOL BOARDS,

                    Amici Curiae.


Docket as of April 25, 2001 0:32 am                    Page 6



Proceedings include all events.
99-1061   Padilla v. School Dist. No. 1, et al

2/9/99          [1202270] Civil case docketed.  Preliminary record filed.
                DATE RECEIVED: 2/4/99. Fee due 2/19/99 for Jeannie Hayes,
                Maria Diaz, Cynthia Rose, and Patrice Hall. Transcript
                order form due 2/19/99 for Gwen Daniel pursuant to R.42.1.
                Docketing statement due 2/19/99 for Jeannie Hayes, Maria
                Diaz, Cynthia Rose, and Patrice Hall.  Notice of appearance
                due 2/19/99 for Jeannie Hayes, Maria Diaz, Cynthia Rose,
                Patrice Hall, and Shayne Padilla. (afw) [99-1061]

2/9/99          [1202282] Fee paid. Date paid in District Court on 2/3/99.
                (afw) [99-1061]

2/11/99         [1203143] Docketing statement filed by Patrice Hall,
                Cynthia Rose, Maria Diaz, Jeannie Hayes. Original and 4
                copies.  c/s: y. (nak) [99-1061]

2/11/99         [1203145] Notice of appearance filed by Elizabeth J.
                Hyatt, Patrick B. Mooney as attorneys for Patrice Hall,
                Cynthia Rose, Maria Diaz, Jeannie Hayes. CERT. OF
                INTERESTED PARTIES (y/n): y. (nak) [99-1061]

2/11/99         [1203147] Notice received from Appellants Patrice Hall,
                Cynthia Rose, Maria Diaz, and Jeannie Hayes that a
                transcript is not necessary for this appeal. Notice due
                that record is complete 2/16/99 for Clarence A. Brimmer.
                (nak) [99-1061]

2/12/99         [1203817] Filed notice record is complete 2/12/99.
                Appellants' brief and appendix due 3/24/99 for Jeannie
                Hayes, Maria Diaz, Cynthia Rose, Patrice Hall. (nak)

                [99-1061]

2/12/99         [1204144] Notice of appearance filed by Kathleen Mullen as
                attorney for Shayne Padilla.  CERT. OF INTERESTED PARTIES
                (y/n): y (hrs) [99-1061]

2/18/99          [1205009] Appellee's motion to dismiss appeal or in the
                 alternative to strik appellate issues that are beyond the
                 jurisdiction of this court [99-1061]  filed by Shayne
                 Padilla.  Original and 3 copies.  c/s: y. (nak)

                 [99-1061]

3/2/99           [1208541] Appellant's motion filed by Appellant Patrice
                 Hall, Appellant Cynthia Rose, Appellant Maria Diaz,
                 Appellant Jeannie Hayes to extend time to file response to
                 the motion to dismiss until 3/9/99 or in the alternative...
                 [99-1061] . Original and 3 copies c/s: y (fg)

                 [99-1061]

3/8/99           [1210020] Appellants' response in opposition filed by
                 Patrice Hall, Cynthia Rose, Maria Diaz and Jeannie Hayes to
                 Appellee's motion to dismiss case or in the alternative
                 motion to strike appellate issues that are beyond the
                 jurisdiction of this court. Original and 3 copies.  c/s: y

Docket as of April 25, 2001 0:32 am                    Page 7


Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

                 (afw) [99-1061]

3/8/99           [1210073] Appellee's supplemental motion to dismiss case
                 and motion for attorney fees and costs, and certificate of
                 conferral filed by Shayne Padilla.  Original and 7 copies.
                 c/s: y (afw) [99-1061]

3/17/99          [1212599] Appellant's motion filed by Appellant Patrice
                 Hall,  Cynthia Rose,  Maria Diaz, Appellant Jeannie Hayes
                 to strike appellees' supplemental motion to dismiss appeal
                 or alternatively appellant's response thereto. [99-1061] .
                 Original and 3 copies  c/s: y (hrs) [99-1061]

4/26/99          [1226348] Order filed by PF reserves judgment on the
                 jurisdicitonal issues raised in Appellee's motion to
                 dismiss or, in the alternative, motion to strike,
                 appellee's supplemental motion to dismisss and motion for
                 attorney fees and appellant's motion to strike. [1205009-1]
                 REFERRED TO PANEL ON THE MERITS. Appellants' motion for
                 extension of time to respond to appellee's motion to

dismiss or, in the altenative, motion to strike is granted. Appellants' response to said motion has been filed. [1208541-1] Appellant's brief and appendix due 6/7/99 for Jeannie Hayes, Maria Diaz, Cynthia Rose and Patrice Hall. Parties served by mail. (afw) [99-1061]

5/17/99        [1233562] Supplemental Preliminary record on appeal filed. (fg) [99-1061]

5/26/99        [1235852] Appellants' motion filed by Patrice Hall, Cynthia Rose, Maria Diaz, Jeannie Hayes to extend time to file appellants' brief until 7/7/99 [99-1061]. Original and 3 copies.  c/s: y. (nak) [99-1061]

5/27/99        [1235854] Appellants' motion to extend time to file apet brief filed by Patrice Hall, Cynthia Rose, Maria Diaz, Jeannie Hayes submitted to panel. (nak) [99-1061]

6/2/99         [1237305] Order filed by Judges Porfilio, Briscoe granting Appellant's motion to extend time to file apet brief [1235852-1]. Appellant's brief shall be filed on or before 30 days following disposition of appellants' petition for leave to appeal in 99-501.  Parties served by mail. (nak)

               [99-1061]

8/6/99          [1254355] Order filed by  PF consolidation of appeals [99-1061, 99-1345], - Appellant's brief and appendix due 8/25/99 for Jeannie Hayes, for Maria Diaz, for Cynthia Rose, for Patrice Hall1, for Jean Boggs, for Denver School Dist.99-1061, in 99-1345.  Parties served by mail. (hrs)

               [99-1061 99-1345]


Docket as of April 25, 2001 0:32 am                    Page 8



Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

8/6/99          [1254810] Notice received from Appellant Patrice Hall in 99-1061, Appellant Cynthia Rose in 99-1061, Appellant Maria Diaz in 99-1061 that a transcript is not necessary for this appeal. Notice due that record is complete 8/16/99 for Clarence A. Brimmer. (fg) [99-1061]

8/9/99            [1255133] Filed notice record is complete 8/9/99. (fg)

                  [99-1061 99-1345]

8/16/99           [1256717] Appellants' motion filed by Patrice Hall, Cynthia
                  Rose, Maria Diaz, Jeannie Hayes, School Dist. No. 1, Denver
                  School Dist., Patrice Hall, Jean Boggs, in 99-1061 and
                  99-1345 to extend time to file appellant's brief until
                  9/14/99 [99-1061, 99-1345], and to file an oversize brief
                  40 pages long [99-1061, 99-1345]. Original and 3 copies.
                  c/s: y. (nak) [99-1061 99-1345]

8/16/99           [1256720] Appellants' motion to extend time to file apet
                  brief and to file an oversize brief in 99-1061, 99-1345
                  filed by Patrice Hall, Cynthia Rose, Maria Diaz, School
                  Dist. No. 1, Denver School Dist., Jean Boggs, Jeannie Hayes
                  submitted to court. (nak) [99-1061 99-1345]

8/19/99           [1257524] Order filed by Judge(s) Porfilio, Briscoe
                  granting Appellants' motion to extend time to file apet
                  brief [1256717-1] A/Pet brief due 9/14/99 for Jeannie
                  Hayes, Maria Diaz, Cynthia Rose, Patrice Hall, Jeannie
                  Hayes, in 99-1061 and Jean Boggs, Cynthia Rose, Patrice
                  Hall, Denver School Dist., for School Dist. No. 1 in
                  99-1345, in 99-1061, 99-1345, granting Appellant/Petitioner
                  motion to file an oversize brief [1256717-2] NOT TO EXCEED
                  40 PAGES IN LENGTH.  SEE ORDER IN FILE! in 99-1061,
                  99-1345.  Parties served by mail. (fg) [99-1061 99-1345]

8/31/99           [1261491] Appellee's motion to extend time to file
                  appellee's brief until 10/21/99  filed by Shayne Padilla in
                  99-1061, 99-1345. Original and 3 copies. c/s: y. (pdw)

                  [99-1061 99-1345]

9/2/99            [1261495] Order filed by PF denying Appellee's motion to
                  extend time to file eres brief without prejudice upon its
                  renewal after the appellant's opening brief is filed
                  [1261491-1].  Parties served by mail. (pdw) [99-1061 99-1345]

9/14/99           [1264491] Appellant's deficient brief filed by Patrice
                  Hall, Cynthia Rose, Maria Diaz, Jeannie Hayes, School Dist.
                  No. 1, Denver School Dist., Maria Diaz, Jean Boggs in
                  99-1061, 99-1345. Corrected appellant's brief and appendix
                  due 9/27/99 Patrice Hall, Cynthia Rose, Maria Diaz, Jeannie
                  Hayes, School Dist. No. 1, Denver School Dist., Maria Diaz,
                  Jean Boggs. (pdw) [99-1061 99-1345]

Docket as of April 25, 2001 0:32 am                    Page 9

Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

9/16/99          [1265053] Appellant's brief filed by Patrice Hall, Cynthia
                 Rose, Maria Diaz, Jeannie Hayes, School Dist. No. 1, Denver
                 School Dist., Jean Boggs in 99-1061, 99-1345. Original and
                 7 copies. c/s: y. Served on 9/16/99. Oral argument? y.
                 Appendix filed. Original and 1 appendix copy. Appendix
                 Pages: 191. Appellee's brief due 10/19/99 for Shayne
                 Padilla in 99-1061, for Shayne Padilla in 99-1345. (pdw)

                 [99-1061 99-1345]

9/24/99          [1267288] Motion for leave to become amicus [99-1061,
                 99-1345] filed by National School, Colorado Association in
                 99-1061, 99-1345. Original and 3 copies. c/s: y. (pdw)

                 [99-1061 99-1345]

9/30/99          [1268683] Order filed by PF granting motion leave to
                 become amicus [1267288-1]. Notice of appearance due
                 10/12/99 for Julie Murphy Seavy, Lauren B. Kingsbery, Julie
                 J. Weatherly, Julie Underwood in 99-1061, 99-1345. Parties
                 served by mail. (pdw) [99-1061 99-1345]

9/30/99          [1268687] Amicus Curiae brief filed by National School,
                 Colorado Association in 99-1061, 99-1345. Original and 7
                 copies. c/s: y. (pdw) [99-1061 99-1345]

10/1/99          [1268816] Appellee's motion to extend time to file
                 appellee's brief until 11/1/99, to file an oversize brief
                 40 pages long [99-1061, 99-1345]  filed by Shayne Padilla
                 in 99-1061, in 99-1345.  Original and 3 copies. c/s: y (hrs)

                 [99-1061 99-1345]

10/4/99          [1269161] Appellee's motion [1268816-1] motion to extend
                 time to file eres brief [1268816-2] and motion to file an
                 oversize brief in 99-1061, 99-1345 submitted to court. (hrs)

                 [99-1061 99-1345]

10/6/99          [1269761] Order filed by Judge(s) Briscoe, Murphy granting
                 Appellee motion to extend time to file eres brief.
                 [1268816-1] Eres brief due 11/1/99 for Shayne Padilla in
                 99-1061,in 99-1345. Granting Appellee motion to file an
                 oversize brief not to exceed 40 pages in length.[1268816-2]
                 in 99-1061, 99-1345  Parties served by mail. (hrs)

                 [99-1061 99-1345]

10/12/99         [1271408] Notice of appearance filed by Julie Murphy Seavy
                 and Lauren B. Kingsberry in 99-1061 and 99-1345 as attorneys
                 for Colorado Association. CERT. OF INTERESTED PARTIES
                 (y/n): n. (nak) [99-1061 99-1345]

11/1/99          [1276819] Appellee's brief filed by Shayne Padilla in
                 99-1061, 99-1345. Original and 7 copies. c/s: y. Served on
                 11/1/99. Oral Argument? y. Appellant's optional reply brief
                 due 11/18/99 for Jeannie Hayes, for Maria Diaz, for Cynthia
                 Rose, for Patrice Hall, Jean Boggs, Denver School Dist.,
                 School Dist. No. 1 in 99-1061 & 99-1345. (pdw)


Docket as of April 25, 2001 0:32 am                  Page 10


Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

                 [99-1061 99-1345]

11/5/99          [1278412] Notice of appearance filed by Chester R. Chapman
                 as attorney for Legal Center, Colo. Developmental and
                 National Association in 99-1061 and 99-1345. CERT. OF
                 INTERESTED PARTIES (y/n): n. (afw) [99-1061 99-1345]

11/8/99          [1277935] Appellant's motion filed by Appellant Patrice
                 Hall, Cynthia Rose, Maria Diaz, Jeannie Hayes, School Dist.
                 No. 1, Jean Boggs,in 99-1061,in 99-1345, to extend time to
                 file a reply brief until 12/9/99.[99-1061, 99-1345] .
                 Original and 3 copies  c/s: y (hrs) [99-1061 99-1345]

11/8/99          [1277959] Appellant's motion filed by Appellant Patrice
                 Hall , et al., in 99-1061,n 99-1345 to file an oversize
                 reply brief 25 pages long.[99-1061, 99-1345] . Original and
                 3 copies  c/s: y (hrs) [99-1061 99-1345]

11/8/99            [1278079] Amicus Curiae brief filed by Center - Law &
                   Educ. TASH and Community Living in 99-1061 and 99-1345.
                   Original and 7 copies. c/s: y. Served on 11/8/99. (afw)

                   [99-1061 99-1345]

11/8/99            [1278104] Amicus Curiae brief filed by ARC of Denver, ARC
                   of Adams County, ARC of Arapahoe, ARC of Colorado, ARC of
                   the US, NAMI Colorado and Nat'l Alliance in 99-1061 and
                   99-1345. Original and 7 copies. c/s: y. Served on 11/8/99.
                   (afw) [99-1061 99-1345]

11/8/99            [1278125] Amicus Curiae brief filed by Rocky Mtn Children's
                   in 99-1061 and 99-1345. Original and 7 copies. c/s: y.
                   Served on 11/8/99. (afw) [99-1061 99-1345]

11/9/99            [1277940] Order filed by  PF granting Appellant motion to
                   extend time to file apet reply brief until 12/8/99 for
                   Jeannie Hayes, et al., in 99-1061  and 99-1345. Parties
                   served by mail. (hrs) [99-1061 99-1345]

11/9/99            [1278072] Motion for leave to become amicus [99-1061,
                   99-1345] filed by Legal Center, Colo. Developmental, and
                   National Association in 99-1061 and 99-1345. Original and 3
                   copies. c/s: y (afw) [99-1061 99-1345]

11/9/99            [1278088] Order filed by PF notice of appearance form due
                   11/19/99 for Community Living, TASH and Center - Law &
                   Educ. in 99-1061 and 99-1345.  Parties served by mail. (afw)

                   [99-1061 99-1345]

11/9/99            [1278139] Order filed by PF notice of appearance form due
                   11/19/99 for Rocky Mtn Children's in 99-1061 and 99-1345.
                   Parties served by mail. (afw) [99-1061 99-1345]


Docket as of April 25, 2001 0:32 am                    Page 11



Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

11/9/99            [1278141] Order filed by PF notice of appearance form due
                   11/19/99 for Nat'l Alliance, NAMI Colorado, ARC of the US,
                   ARC of Colorado, ARC of Arapahoe, ARC of Adams County, and

ARC of Denver in 99-1061, and 99-1345. Parties served by
mail. (afw) [99-1061 99-1345]

11/10/99    [1278282] Appellant's motion [1277959-1] to file an
oversize brief in 99-1061, 99-1345 submitted to court. (hrs)

[99-1061 99-1345]

11/10/99    [1278403] Motion for leave to become amicus in 99-1061,
99-1345 filed by Movants Legal Center, Colo. Developmental,
and National Association in 99-1061 and 99-1345 submitted
to court. (afw) [99-1061 99-1345]

11/16/99    [1279910] Order filed by Judge(s) Briscoe, Murphy granting
motion leave to become amicus [1278072-1] in 99-1061,
99-1345, granting Appellant motion to file an oversize
reply brief[1277959-1] in 99-1061, 99-1345. Parties served
by mail. (hrs) [99-1061 99-1345]

11/16/99    [1279914] Amicus Curiae brief filed by Legal Center, Colo.
Developmental, National Association in 99-1061,in 99-1345
in support of Shayne Padilla. Original and 7 copies.   c/s:
y. Served on 11/5/99. (hrs) [99-1061 99-1345]

11/16/99    [1280361] Notice of appearance filed by William P. Bethke,
and Kristin A. Kutz in 99-1061 and 99-1345 as attorneys for
ARC of Denver, ARC of Adams County, ARC of Arapahoe, ARC of
Colorado, ARC of the US, NAMI Colorado and Nat'l Alliance.
CERT OF INT. PARTIES (y/n): n. (kf) [99-1061 99-1345]

11/17/99    [1280408] Notice of appearance filed by Kathryn A. Wingard,
Richard F. Hennessey in 99-1061, in 99-1345 as attorneys
for Rocky Mtn Children's. CERT. OF INTERESTED PARTIES
(y/n): n (hrs) [99-1061 99-1345]

11/19/99    [1281070] Notice of appearance filed by Michael W.
Breeskin in 99-1061 as attorney for Community Living. CERT.
OF INTERESTED PARTIES (y/n): n. (nak) [99-1061]

11/30/99    [1282987] Notice of appearance filed by Kathleen B. Boundy
in 99-1061 and 99-1345 as attorney for Center - Law & Educ.
and TASH. CERT. OF INTERESTED PARTIES (y/n): n. (kf)

[99-1061 99-1345]

12/9/99    [1285513] Appellant's motion to extend time to file a
reply brief until 12/9/99 filed by Appellants Patrice Hall,
Cynthia Rose, Maria Diaz and Jeannie Hayes in 99-1061 and

```
                      by Appellants School Dist. No. 1, Denver School Dist.,
                      Patrice Hall, Cynthia Rose, Maria Diaz, Jean Boggs and
                      Jeannie Hayes in 99-1345 [99-1061, 99-1345]. Original and 3
                      copies.  c/s: y. (kf) [99-1061 99-1345]


Docket as of April 25, 2001 0:32 am                       Page 12



Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

12/9/99          [1285521] Order filed by PF granting Appellant's motion to
                 extend time to file apet reply brief [1285513-1] 12/9/99
                 for Jeannie Hayes, Maria Diaz, Cynthia Rose and Patrice
                 Hall in 99-1061, and for Jeannie Hayes, Jean Boggs, Maria
                 Diaz, Cynthia Rose, Patrice Hall, Denver School Dist. and
                 School Dist. No. 1 in 99-1345. Parties served by mail. (kf)

                 [99-1061 99-1345]

12/9/99          [1285540] Appellant's reply brief filed by Patrice Hall,
                 Cynthia Rose, Maria Diaz and Jeannie Hayes in 99-1061 and
                 School Dist. No. 1, Denver School Dist., Patrice Hall,
                 Cynthia Rose, Maria Diaz, Jean Boggs and Jeannie Hayes in
                 99-1345. Original and 7 copies. c/s: y. (kf)

                 [99-1061 99-1345]

12/21/99         [1288299] Hearing set for March 2000 Session, at Denver,
                 Colorado. (sls) [98-9548 99-1030 99-1061 99-1173 99-1345
                 99-2079 99-2084 99-5132 99-9501]

2/7/00           [1300061] Appellants' supplemental authority filed by
                 Patrice Hall, Cynthia Rose, Maria Diaz, and Jeannie Hayes
                 in 99-1061 and School Dist. No. 1, Denver School Dist.,
                 Patrice Hall, Cynthia Rose, Maria Diaz, Jean Boggs and
                 Jeannie Hayes in 99-1345. Original and 7 copies.  c/s: y
                 (afw) [99-1061 99-1345]

2/8/00           [1300062] Appellant's supplemental authority submitted to
                 court. (afw) [99-1061 99-1345]

3/8/00           [1307617] Case argued by Patrick Moooney for the appellant;
                  Kathleen Mullen for the appellee, and submitted to Judges
                 Baldock, McKay, Alarcon. (hrs) [99-1061 99-1345]
```

| | |
|---|---|
| 12/5/00 | [1375800] Terminated on the Merits after Oral Hearing; Affirmed (in part), Reversed (in part) and Remanded; Written, Signed, Published. Baldock; McKay, authoring judge; Alarcon. [99-1061, 99-1345] (kf) [99-1061 99-1345] |
| 12/19/00 | [1379796] Petition for rehearing en banc [99-1061, 99-1345] filed by Shayne Padilla in 99-1061 and 99-1345. Original and 14 copies.  c/s: y (afw) [99-1061 99-1345] |
| 12/20/00 | [1379810] Document [1379796-1] Petition for rehearing en banc filed by Appellee Shayne Padilla in 99-1061 and 99-1345 submitted to panel. (afw) [99-1061 99-1345] |
| 1/9/01 | [1384013] Order filed by Judges Baldock, McKay and Alarcon denying Petition for rehearing en banc [1379796-1] in 99-1061 and 99-1345. (afw) [99-1061 99-1345] |
| 1/17/01 | [1385546] Mandate issued.  Mandate receipt due 2/16/01 in 99-1061 and 99-1345. (gah) [99-1061 99-1345] |
| 1/19/01 | [1386264] Mandate receipt filed. (mav) [99-1061 99-1345] |

Docket as of April 25, 2001 0:32 am                    Page 13

Proceedings include all events.
99-1061  Padilla v. School Dist. No. 1, et al

| | |
|---|---|
| 4/24/01 | [1409802] Case file closed. Shipment to records center due 4/24/03 (lg) [99-1061] |

Docket as of April 25, 2001 0:32 am                    Page 14

| PACER Service Center | | | |
|---|---|---|---|
| | Transaction Receipt | | |
| | 04/19/2006 01:48:19 | | |
| PACER Login: | bm0072 | Client Code: | 89168 |
| Description: | dkt report | Case Number: | 99-1061 |
| Billable Pages: | 14 | Cost: | 1.12 |

Home    PACER    Opinions                                                    Help

# General Docket
## United States Court of Appeals for the 10th Circuit

Current cases:

|  | Lead | Member | Start | End |
|---|---|---|---|---|
| Companion: |  |  |  |  |
|  | 97- 1279 | 97- 1406 | 11/3/97 |  |
|  | 97- 1403 | 97- 1431 | 11/20/97 |  |
|  | 97- 1280 | 97- 1403 | 10/31/97 |  |
| Cross-appeal: |  |  |  |  |
|  | 97- 1279 | 97- 1381 | 10/22/97 |  |
| Related: |  |  |  |  |
|  | 97- 1381 | 97- 1406 | 1/2/98 |  |
|  | 97- 1279 | 97- 1431 | 11/20/97 |  |
|  | 97- 1279 | 97-  552 | 10/24/97 |  |
|  | 97- 1279 | 97- 1280 | 8/5/97 |  |
|  | 97- 1280 | 97-  552 | 10/24/97 |  |

Docket as of August 19, 2003 3:03 pm                    Page 1

Proceedings include all events.
97-1381   Davoll, et al v. Webb, et al

JACK L. DAVOLL                      David C. Feola
      Plaintiff - Appellant         [COR NTC ret]
                                    King, Minnig, Clexton & Feola
                                    633 17th Street
                                    Suite 1970
                                    Denver, CO 80202
                                    303/298-9878

                                    Craig Clayton Eley
                                    [COR NTC ret]
                                    Eley & Eley
                                    3515 South Tamarac Drive
                                    #200
                                    Denver, CO 80237
                                    303/757-5000

                                    Marilee E. Langhoff

```
                                Below Address Terminated on 10/25/99
                                [COR NTC ret]
                                6628 South Marion Street
                                #1970
                                Littleton, CO

DEBORAH A. CLAIR                David C. Feola
      Plaintiff - Appellant    (See above)

                                [COR NTC ret]

                                Craig Clayton Eley
                                (See above)

                                [COR NTC ret]

                                Marilee E. Langhoff
                                Below Address Terminated on 10/25/99
                                (See above)

                                [COR NTC ret]

PAUL L. ESCOBEDO                David C. Feola
      Plaintiff - Appellant    (See above)

                                [COR NTC ret]

                                Craig Clayton Eley
                                (See above)

                                [COR NTC ret]

                                Marilee E. Langhoff
                                Below Address Terminated on 10/25/99
                                (See above)

                                [COR NTC ret]


    v.

WELLINGTON WEBB, in his         Sybil Ruth Kisken
capacity as the Mayor of the    [COR NTC ret]
```

Docket as of August 19, 2003 3:03 pm                         Page 2

Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al


City and County of Denver                Office of the City Attorney
        Defendant - Appellee             1437 Bannock Street, Room 353
                                          Denver, CO 80202
                                          720/913-3250

                                          Daniel E. Muse
                                          Below Address Terminated on 4/6/00
                                          [COR NTC ret]
                                          Wayne Edwin Vaden
                                          Below Address Terminated on 10/14/99
                                          [NTC ret]
                                          City Attorney's Office
                                          1445 Cleveland Place
                                          #303
                                          Denver, CO 80202
                                          303/640-2931

                                          J. Wallace Wortham, Jr.
                                          [COR NTC ret]
                                          Office of the City Attorney
                                          201 West Colfax Avenue
                                          Dept. 1207
                                          Denver, CO 80202
                                          720/913-3290

THE CITY AND COUNTY OF DENVER            Sybil Ruth Kisken
        Defendant - Appellee             (See above)

                                          [COR NTC ret]

                                          Daniel E. Muse
                                          Below Address Terminated on 4/6/00
                                          (See above)

                                          [COR NTC ret]
                                          Wayne Edwin Vaden
                                          Below Address Terminated on 10/14/99
                                          (See above)

                                          [NTC ret]

                                          J. Wallace Wortham, Jr.
                                          (See above)

                                          [COR NTC ret]

```
DAVID L. MICHAUD, in his          Sybil Ruth Kisken
capacity as the Chief of the      (See above)

Denver Police Department          [COR NTC ret]
     Defendant - Appellee

                                  Daniel E. Muse
                                  Below Address Terminated on 4/6/00
                                  (See above)

                                  [COR NTC ret]
                                  Wayne Edwin Vaden
                                  Below Address Terminated on 10/14/99
                                  (See above)

                                  [NTC ret]
```

```
Docket as of August 19, 2003 3:03 pm              Page 3
```

```
Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al


                                  J. Wallace Wortham, Jr.
                                  (See above)

                                  [COR NTC ret]

ELIZABETH H. MCCANN, in her       Sybil Ruth Kisken
capacity as the Manager of        (See above)

Safety for the City and County    [COR NTC ret]
of Denver
     Defendant - Appellee         Daniel E. Muse
                                  Below Address Terminated on 4/6/00
                                  (See above)

                                  [COR NTC ret]
                                  Wayne Edwin Vaden
                                  Below Address Terminated on 10/14/99
                                  (See above)

                                  [NTC ret]

                                  J. Wallace Wortham, Jr.
                                  (See above)
```

```
                                    [COR NTC ret]

THE CIVIL SERVICE COMMISSION,       Sybil Ruth Kisken
for the City and County of          (See above)

Denver                              [COR NTC ret]
      Defendant - Appellee
                                    Daniel E. Muse
                                    Below Address Terminated on 4/6/00
                                    (See above)

                                    [COR NTC ret]
                                    Wayne Edwin Vaden
                                    Below Address Terminated on 10/14/99
                                    (See above)

                                    [NTC ret]

                                    Ashley R. Kilroy
                                    [NTC ret]
                                    107 Sherman Street
                                    Denver, CO 80203
                                    303/733-4706

                                    J. Wallace Wortham, Jr.
                                    (See above)

                                    [COR NTC ret]
```

Docket as of August 19, 2003 3:03 pm                    Page 4

Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al

JACK L. DAVOLL; DEBORAH A.
CLAIR; PAUL L. ESCOBEDO,

                  Plaintiffs - Appellants,

    v.

WELLINGTON WEBB, in his capacity
as the Mayor of the City and County

of Denver; THE CITY AND COUNTY OF
DENVER; DAVID L. MICHAUD, in his
capacity as the Chief of the Denver
Police Department; ELIZABETH H. MCCANN,
in her capacity as the Manager of Safety
for the City and County of Denver;
THE CIVIL SERVICE COMMISSION, for the
City and County of Denver,

                   Defendants - Appellees.


Docket as of August 19, 2003 3:03 pm           Page 5


Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al

10/22/97          [1078126] Civil case docketed.  Preliminary record filed.
                   DATE RECEIVED: 10/14/97. Transcript order form due 11/3/97
                   for Charlotte Hoard pursuant to R.42.1. Docketing statement
                   due 11/3/97 for Paul L. Escobedo, Deborah A. Clair, Jack L.
                   Davoll.  Notice of appearance due 11/3/97 for Civil Service
                   Comm, Elizabeth H. McCann, David L. Michaud, City & County
                   of Den, Wellington Webb, Paul L. Escobedo, Deborah A.
                   Clair, Jack L. Davoll. (nak) [97-1381]

10/22/97          [1078132] Notice received from Appellant Jack L. Davoll,
                   Deborah A. Clair and Paul L. Escobedo in 97-1381 that a
                   transcript is not necessary for this appeal. Notice due
                   that record is complete 10/27/97 for John L. Kane. (nak)

                   [97-1381]

10/22/97          [1078138] Filed notice record is complete 10/21/97. (nak)

                   [97-1381]

10/22/97          [1078139] Cross-appeal schedule set. A/Pet appendix due
                   12/1/97 for City & County of Den in 97-1279 (nak)

                   [97-1279 97-1381]

11/3/97           [1082258] Docketing statement filed by Jack L. Davoll in
                   97-1381, Deborah A. Clair in 97-1381, Paul L. Escobedo in
                   97-1381 . Original and 4 copies  c/s: y. (hrs)

[97-1381]

11/20/97        [1086004] Order filed by PF notice of appearance form due
                12/1/97 for Civil Service Comm, for Elizabeth H. McCann,
                for David L. Michaud, for City & County of Den, for
                Wellington Webb, for Paul L. Escobedo, for Deborah A.
                Clair, for Jack L. Davoll  Parties served by mail. (fg)

                [97-1381]

11/21/97        [1086535] Notice of appearance filed by Sybil Ruth Kisken
                John Wallace Wortham and Daniel Eugene Muse in 97-1381 as
                attorneys for Wellington Webb, City & County of Den, David
                L. Michaud, Elizabeth H. McCann and Civil Service Comm.
                CERT. OF INTERESTED PARTIES (y/n): y. (nak) [97-1381]

12/1/97         [1088652] Notice of appearance filed by David C. Feola and
                Marilee E. Langhoff in 97-1381 as attorney for Jack L.
                Davoll, Deborah A. Clair, Paul L. Escobedo.  CERT. OF
                INTERESTED PARTIES y. (nak) [97-1381]

12/17/97        [1093321] Appellant's motion for entry of a stipulated
                briefing schedule and to procedurally link appeals for
                briefing purposes in 97-1381, 97-1406 and 97-1403. Original
                and 3 copies.  c/s: y. (nak) [97-1381 97-1403 97-1406]


Docket as of August 19, 2003 3:03 pm                    Page 6


Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al

12/19/97        [1093809] Motion(s) Appellant/Petitioner motion for entry
                of a stipulated briefing schedule and to procedurally link
                these appeal for briefing purposes in 97-1431 filed by
                Appellant Jack L. Davoll in 97-1381, Appellant Deborah A.
                Clair in 97-1381, Appellant Paul L. Escobedo in 97-1381,
                Appellee Wellington Webb in 97-1381, Appellee City & County
                of Den in 97-1381, Appellee David L. Michaud in 97-1381,
                Appellee Elizabeth H. McCann 97-1381, Appellee Civil
                Service Comm in 97-1381, Appellant City & County of Den in
                97-1403, Appellee USA in 97-1403, Appellee Jack L. Davoll
                in 97-1406, Appellee Deborah A. Clair in 97-1406, Appellee
                Paul L. Escobedo in 97-1406, Appellant City & County of Den

in 97-1406, Appellant City & County of Den in 97-1431, Appellee USA in 97-1431  submitted to panel. (fg)

[97-1381 97-1403 97-1406 97-1431]

12/23/97        [1094681] Order filed by Judge Porfilio granting parties motion for entry of proposed briefing schedule and motion to procedurally link appeals [1093320-1] 97-1381, 97-1403, 97-1406 and 97-1431.  Please see order for briefing schedule.  These appeals are consolidated for purposes of briefing, panel assignment and oral argument. Parties served by mail. (nak) [97-1381 97-1403 97-1406 97-1431]

12/23/97         [1094687] Order filed by Judge Porfilio first brief on cross-appeal due 2/2/98 for Civil Service Comm, Elizabeth H. McCann, David L. Michaud, City & County of Den, and Webb; second brief on cross-appeal due 3/9/98 for Paul L. Escobedo, Deborah A. Clair, and Jack L.; third brief on cross-appeal due 4/13/98 for Civil Service Comm, Elizabeth H. McCann, David L. Michaud, City & County of Den and Wellington Webb; fourth brief on cross-appeal due 4/30/98 for Paul L. Escobedo, Deborah A. Clair, Jack L. Davoll in 97-1381 and 97-1406. Parties served by mail. (nak)

[97-1381 97-1406]

2/4/98         [1104494] First brief on cross-appeal filed by Wellington Webb, City & County of Den, David L. Michaud, Elizabeth H. McCann, Civil Service Comm in 97-1381, City & County of Den in 97-1403, City & County of Den in 97-1406. Original and 7 copies c/s: y Served on 2/2/98 Oral Argument? y, Appendix filed. Original and 1 appendix copy, VOLS I-XI. Appendix Pages: 3965 2nd cross-appeal brief due 3/9/98 for Paul L. Escobedo in 97-1381, for Deborah A. Clair in 97-1381, for Jack L. Davoll in 97-1381, for USA in 97-1403, for Paul L. Escobedo in 97-1406, for Deborah A. Clair in 97-1406, for Jack L. Davoll in 97-1406 (hrs) [97-1381 97-1403 97-1406]

3/10/98         [1112947] Second brief on cross-appeal filed by USA in 97-1403 .  Original and 7 copies. Served on 3/6/98  Oral Argument? y, SUPPLEMENTAL Appendix filed. Original and 1 appendix copy. Appendix Pages: 16 (fg) [97-1381 97-1403 97-1406]

Docket as of August 19, 2003 3:03 pm                    Page 7

Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al

3/11/98            [1113263] Second brief on cross-appeal filed by Jack L.
                   Davoll, Deborah A. Clair, Paul L. Escobedo, in 97-1381,
                   Jack L. Davoll, Deborah A. Clair, Paul L. Escobedo in
                   97-1406. Original and 3 copies. Served on 3/9/98 Oral
                   Argument? y, Appendix filed. Original and 1 appendix copy.
                   Appendix Pages: 146. (fg) [97-1381 97-1403 97-1406]

3/26/98            [1117145] Suggestion for initial hearing in banc filed by
                   Jack L. Davoll, Deborah A. Clair and Paul L. Escobedo in
                   97-1381, 97-1406, and 97-1403 submitted to panel. Order due
                   4/27/98 in 97-1381, in 97-1403, in 97-1406 (nak)

                   [97-1381 97-1403 97-1406]

4/15/98            [1123172] Third brief on cross-appeal filed by Wellington
                   Webb in 97-1381, City & County of Den in 97-1381, David L.
                   Michaud in 97-1381, Elizabeth H. McCann in 97-1381, Civil
                   Service Comm in 97-1381, City & County of Den in 97-1406 .
                   Original and 7 copies. Served on 4/13/98. (hrs)

                   [97-1381 97-1406]

4/30/98            [1127573] Appellant's motion "For Leave To File Surreply
                   Brief" filed by Appellant Jack L. Davoll in 97-1381,
                   Appellant Deborah A. Clair in 97-1381, Appellant Paul L.
                   Escobedo in 97-1381. [97-1381, 97-1403, 97-1406] . Original
                   and 3 copies  c/s: y (fg) [97-1381 97-1403 97-1406]

5/4/98             [1127574] Appellant's motion(s) Appellant/Petitioner
                   motion for "Leave To File Surreply" in 97-1381, 97-1403,
                   97-1406 submitted to panel. (fg) [97-1381 97-1403 97-1406]

5/4/98             [1127742] Cross-appeal reply brief filed by Jack L. Davoll
                   in 97-1381, Deborah A. Clair in 97-1381, Paul L. Escobedo
                   in 97-1381, Jack L. Davoll in 97-1406, Deborah A. Clair in
                   97-1406, Paul L. Escobedo in 97-1406 .  Original and 7
                   copies. Served on 4/30/98. (fg) [97-1381 97-1403 97-1406]

5/6/98             [1128234] Order filed by Judges Porfilio and Briscoe
                   denying Davoll plaintiffs' motion to file a surreply brief
                   [1127573-1] in 97-1381, 97-1403 and 97-1406.  Parties
                   served by mail. (afw) [97-1381 97-1403 97-1406]

11/10/98           [1178918] Hearing set for January 1999 Session, at Denver,

Docket Sheet for 97-1989

```
                    Colorado. (sls) [97-1235 97-1292 97-1358 97-1381 97-1398
                    97-1403 97-1406 97-1431 98-1379]

12/10/98            [1187350] Attorney's motion to withdraw as attorney for
                    City & County of Den [97-1381] filed by Grace Fell Regan in
                    97-1381. Original and 3 copies. c/s: y. (nak)


                    [97-1381]

12/14/98            [1187669] Order filed by PF granting attorney motion to
                    withdraw as attorney. [1187350-1] Attorney Grace Fell Regan
                    terminated as counsel for City & County of Den in 97-1381.
                    Parties served by mail. (nak) [97-1381]

Docket as of August 19, 2003 3:03 pm                     Page 8
```

```
Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al
```

```
12/21/98            [1190033] Supplemental authority filed by City & County of
                    Den in 97-1381, 97-1403, and 97-1406. Original and 7
                    copies.  c/s: y (afw) [97-1381 97-1403 97-1406]

12/22/98            [1190034] Supplemental authority filed by City and County
                    of Denver submitted to panel. (afw) [97-1381 97-1403 97-1406]

12/28/98            [1190950] Motion to enlarge the time for oral argument
                    [97-1381, 97-1406] filed by Jack L. Davoll, Deborah A.
                    Clair, Paul L. Escobedo in 97-1381,97-1406.   Original and
                    3 copies.  c/s: y (hrs) [97-1381 97-1406]

12/28/98            [1190956] Motion to vacate oral argument [97-1381,
                    97-1406] filed by Jack L. Davoll, Deborah A. Clair,  Paul
                    L. Escobedo in 97-1381,97-1406.   Original and 3 copies.
                    c/s: y (hrs) [97-1381 97-1406]

12/29/98            [1191159] Appellant's motion(s) [1190950-1]  motion to
                    enlarge time for argument in 97-1381, 97-1406, [1190956-1]
                    motion to postpone oral argument in 97-1381, 97-1406
                    submitted to panel. (hrs) [97-1381 97-1406]

12/30/98            [1192041] Motion to enlarge the time for oral argument
                    [97-1381] filed by Jack L. Davoll, Deborah A. Clair, Paul
                    L. Escobedo in 97-1381 .  Original and 3 copies.   c/s: y
                    (hrs) [97-1381]
```

Docket Sheet for 97-1389

12/31/98        [1192045] Motion [1192041-1]  to enlarge time for argument
                filed by Appellant Jack L. Davoll,  Deborah A. Clair,  Paul
                L. Escobedo in 97-1381  submitted to panel. (hrs)

                [97-1381]

1/8/99          [1194014] Order filed by PF denying motions to vacate oral
                argument [1190956-1], [1190961-2], [1190962-1];• granting
                motions to enlarge time for argument for an additonal five
                minutes per side only [1190950-1], [1190959-1].[1190960],
                [1191159-1], [1191160-1], [1191162-1], [1192041-1],
                [1192044-1], [1192045-1], [1192046-1] in 97-1381, 97-1403,
                97-1406, 97-1431. Parties served by mail. (sls)

                [97-1381 97-1403 97-1406 97-1431]

1/20/99         [1196973] Case argued and submitted to Judges Seymour,
                Brorby, Henry. (sls) [97-1381 97-1403 97-1406 97-1431]

6/1/99          [1237051] Appellee's supplemental authority filed by City
                & County of Denver in 97-1381, 97-1403 and 97-1406.
                Original and 8 copies.  c/s: y (afw) [97-1381 97-1403
                97-1406]

6/2/99          [1237084] Appellee's supplemental authority submitted to
                panel. (afw) [97-1381 97-1403 97-1406]


Docket as of August 19, 2003 3:03 pm                    Page 9


Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al

6/10/99         [1239897] Supplemental authority filed by Jack L. Davoll,
                Deborah A. Clair, Paul L. Escobedo in 97-1381, in 97-1406.
                Original and 7 copies. c/s: y (hrs) [97-1381 97-1406]

6/10/99         [1239906] Supplemental authority submitted to panel. (hrs)

                [97-1381 97-1406]

7/8/99          [1246964] Order filed by Judges Seymour, Brorby, Henry
                Simultaneous briefs due 7/23/99 on the following three
                issues; 1.  Is the question of whether Title II of ADA

applies to employment actions one of the subject matter
jurisdiction?  2.  Does Title II apply to employment
actions?  3.  If Title II does not apply to an employment
action, what are the implications for each plaintiff in
this case?  Each party's brief should not exceed 15 pages.
All briefs must be received by 7/23/99.  No extensions will
be granted. [97-1381, 97-1403] Parties simultaneous briefs
due 7/23/99 for Civil Service Comm, Elizabeth H. McCann,
David L. Michaud, City & County of Den, Wellington Webb,
Paul L. Escobedo in 97-1381, Deborah A. Clair, Jack L.
Davoll in 97-1381, for City & County Den, United States,
Denver Police Dept. in 97-1403.  Parties served by mail.
(nak) [97-1381 97-1403]

7/23/99      [1251042] Supplemental brief filed by  Appellee United
             States in 97-1403. Original and 7 copies.  c/s: y. (nak)

             [97-1381 97-1403]

7/23/99      [1251043]  Supplemental brief in 97-1381, 97-1403 and
             97-1406 submitted to panel. (nak) [97-1381 97-1403]

7/23/99      [1251125] Supplemental brief filed by Wellington Webb, City
             & County of Den, David L. Michaud, Elizabeth H. McCann,
             Civil Service Comm, Denver Police Dept. and City & County
             of Den in 97-1403, 97-1406 and 97-1381. Original and 7
             copies. c/s: y. (nak) [97-1381 97-1403]

7/23/99      [1251130]  Supplemental brief in 97-1381, 97-1403,and
             97-1406 submitted to panel. (nak) [97-1381 97-1403]

7/23/99      [1251152] Supplemental brief filed by Jack L. Davoll,
             Deborah A. Clair, and Paul L. Escobedo in 97-1381, 97-1403,
             and 97-1406. Original and 7 copies. c/s: y (nak)

             [97-1381 97-1403]

7/26/99      [1251154]  Supplemental brief filed by Davoll, Clair and
             Escobedo in 97-1381, 97-1403, 97-1406 submitted to panel.
             (nak) [97-1381 97-1403]

10/25/99     [1274072]  Terminated on the Merits after Oral Hearing;
             Affirmed; Written, Signed, Published. Seymour, authoring
             judge; Brorby; Henry. [97-1381, 97-1403, 97-1406,
             97-1431](Please see the opinion for complete breakdown.)

             (hrs) [97-1381 97-1403 97-1406 97-1431]

Docket Sheet as of 1989

Docket as of August 19, 2003 3:03 pm                    Page 10


Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al


11/1/99             [1276202] Appellee's motion to extend time to file
                    petition for rehearing until 12/9/99 [97-1381, 97-1406]
                    filed by City & County of Den in 97-1381 and 97-1406.
                    Original and 3 copies. c/s: y. (nak) [97-1381 97-1406]

11/2/99             [1276204] Appellee's motion to extend time to file petition
                    for rehearing in 97-1381, 97-1406 filed by City & County of
                    Denver submitted to court. (nak) [97-1381 97-1406]

11/8/99             [1277666] Order filed by Judges Seymour, Brorby, Henry
                    granting Appellee's motion to extend time to file petition
                    for rehearing [1276202-1] in 97-1381, 97-1406.  Petitions
                    for rehearing shall be filed on or before 12/9/99.  Parties
                    served by mail. (nak) [97-1381 97-1406]

11/9/99             [1278097] Attorney's motion for attorney fees and for costs
                    [97-1381, 97-1403, 97-1406] filed by David C. Feola.
                    Original and 3 copies. c/s: y. (pdw) [97-1381 97-1403
                    97-1406]

11/10/99            [1279369] Appellant's motion filed by Jack L. Davoll,
                    Deborah A. Clair, Paul L. Escobedo in 97-1381 to amend
                    motion for attorneys fees and costs [97-1381, 97-1403,
                    97-1406]. Original and 3 copies.  c/s: y. (pdw)

                    [97-1381 97-1403 97-1406]

11/12/99            [1279640] Appellee's motion to extend time to file response
                    to motion for attorneys fees and costs until 12/6/99
                    [97-1381, 97-1403, 97-1406] filed City & County of Den in
                    97-1381, 97-1406, 97-1403 and 97-1431. Original and 3
                    copies. c/s: y (nak) [97-1381 97-1403 97-1406]

11/15/99            [1279373] Appellant's motion to amend motion for attorneys
                    fees and costs in 97-1381, 97-1403, 97-1406 submitted to
                    court. (pdw) [97-1381 97-1403 97-1406]

11/15/99            [1279714] Report of conference filed by Jack L. Davoll in
                    Deborah A. Clair and Paul L. Escobedo in 97-1381, 97-1406,
                    and 97-1403 regarding motion for attorney fees. Original

Docket Sheet for 97-1989

and 3 copies. c/s: y. (nak) [97-1381 97-1403 97-1406]

11/16/99        [1279643] Appellee's motion to extend time to file response
                in 97-1381, 97-1403, 97-1406 filed by Appellee City &
                County of Denver submitted to court. (nak) [97-1381 97-1403
                97-1406]

11/16/99        [1279715] Report of conference filed by Jack L. Davoll,
                Deborah A. Clair and Paul L. Escobedo in 97-1381, 97-1406
                and 97-1403 submitted to court. (nak) [97-1381 97-1403
                97-1406]


Docket as of August 19, 2003 3:03 pm            Page 11


Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al

12/6/99         [1284581] Appellant's response filed by Jack L. Davoll,
                Deborah A. Clair and Paul L. Escobedo in 97-1381, 97-1406,
                97-1403 and 97-1431 to motion for attorney fees. Original
                and 3 copies. c/s: y. (nak) [97-1381 97-1403 97-1406]

12/7/99         [1284584] Response filed by Jack L. Davoll, Deborah A.
                Clair and Paul L. Escobedo in 97-1381, 97-1406, 97-1403 and
                97-1431 to motion for attorney fees submitted to court. (nak)

                [97-1381 97-1403 97-1406]

12/9/99         [1285568] Petition for rehearing in banc [97-1381,
                97-1403, 97-1406, 97-1431] filed by City & County of Den,
                Denver Police Dept., in 97-1381, in 97-1403, in 97-1406,
                and 97-1431. Original and 14 copies. c/s: y (hrs)

                [97-1381 97-1403 97-1406 97-1431]

12/10/99        [1285570] Document [1285568-1] Petition for rehearing in
                banc  filed by City & County of Den, Denver Police Dept.,
                in 97-1381,in 97-1403, in 97-1406, and 97-1431, submitted
                to en banc panel. (hrs) [97-1381 97-1403 97-1406 97-1431]

12/16/99        [1287362] Appellant's motion filed by Jack L. Davoll,
                Deborah A. Clair and Paul L. Escobedo in 97-1381, 97-1406
                and 97-1403 to extend time to 12/23/99 to file reply to
                responses regarding attorney fees. [97-1381, 97-1403,

97-1406]  Original and 3 copies.  c/s: y (afw)

[97-1381 97-1403 97-1406]

12/17/99      [1287381] Appellant's motion to extend time to file reply
              to responses regarding attorney fees in 97-1381, 97-1403
              and 97-1406 submitted to court. (afw) [97-1381 97-1403
              97-1406]

12/23/99      [1289233] Motion to extend time to file reply to response
              re: attorney fees and costs until 12/30/99 [97-1381,
              97-1403, 97-1406, 97-1431] filed by Jack L. Davoll, Deborah
              A. Clair, Paul L. Escobedo. Original and 3 copies. c/s: y.
              (pdw) [97-1381 97-1403 97-1406 97-1431]

12/30/99      [1290175] Order filed by Judges Seymour, Brorby, Henry
              denying Petition for rehearing in banc [1285568-1] (pdw)

              [97-1381]

12/30/99      [1290179] Order filed by Judges Seymour, Brorby, Henry
              granting motion to extend time to file reply regarding
              attorneys fees and costs [1289233-1].  Reply due 12/30/99
              in 97-1381, 97-1403, 97-1406, 97-1431. Parties served by
              mail. (pdw) [97-1381 97-1403 97-1406 97-1431]

12/30/99      Stipulation on private plaintiffs' attorney fees and costs,
              filed by Jack L. Davoll, Deborah A. Clair, Paul L. Escobedo
              , City & County of Den in 97-1381, in 97-1403, in 97-1406,
              and 97-1431. (hrs) [97-1381 97-1403 97-1406 97-1431]

Docket as of August 19, 2003 3:03 pm              Page 12

Proceedings include all events.
97-1381  Davoll, et al v. Webb, et al

1/3/00        [1290507] Stipulation filed by Jack L. Davoll, Deborah A.
              Clair, Paul L. Escobedo, City & County of Den in 97-1381,
              in 97-1403, in 97-1406, and 97-1431 submitted to court. (hrs)

              [97-1381 97-1403 97-1406 97-1431]

1/7/00        [1291877] Mandate issued. Mandate receipt due 2/7/00 in
              97-1381, in 97-1406. (hrs) [97-1381 97-1406]

| | |
|---|---|
| 1/11/00 | [1292796] Order filed by Judges Seymour, Brorby, Henry pursuant to the parties stipulation, attorney fees are awarded to the private plaintiffs and against the defendants in the amount of $70,000.00 [1278097-1] in 97-1381, 97-1403, 97-1406 and 97-1431. The clerk shall issue a supplemental mandate. Parties served by mail. (nak)<br><br>[97-1381 97-1403 97-1406 97-1431] |
| 1/11/00 | [1292803] Supplemental mandate issued. Mandate receipt due 2/10/00 in 97-1381, 97-1403, 97-1406 and 97-1431. (nak)<br><br>[97-1381 97-1406] |
| 1/11/00 | [1293170] Mandate receipt filed. (nak) [97-1381 97-1406] |
| 1/13/00 | [1293596] Mandate receipt filed. (nak) [97-1381 97-1403 97-1406 97-1431] |
| 9/20/01 | [1449442] Case file closed. (erb) [97-1381] |
| 7/16/03 | [1637827] Archived case received at records center. See 97-1279. (adh) [97-1381] |

Docket as of August 19, 2003 3:03 pm          Page 13

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/19/2006 01:53:06 | | | |
| **PACER Login:** | bm0072 | **Client Code:** | 89168 |
| **Description:** | dkt report | **Case Number:** | 97-1381 |
| **Billable Pages:** | 13 | **Cost:** | 1.04 |